US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 2/13/18

                                            TIME SPENT: /

DOCKET NO. 17 CV 4550

CASE: DaSilva v NYCTA

✓ INITIAL CONFERENCE           ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE        ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE       ___ TELEPHONE CONFERENCE
___ MOTION HEARING              ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED              3/23  DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Mandatory disclosures (including authorizations) by 3/23
Parties to exchange doc requests and interrogo by 4/6
Responses 5/11

Conference May 22, 2018 at 11:30 a.m.