UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LUISA JANSSEN HARGER DA SILVA,

                Plaintiff,

          -against-

NEW YORK CITY TRANSIT AUTHORITY,
METROPOLITAN TRANSPORTATION AUTHORITY
AND RAQIA SHABAZZ,

                Defendants.
------------------------------------------------------------------------X

**DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

*Civil Action No.* 1:17-CV-04550-FB-VMS

**Case Assigned to Magistrate Judge Vera M. Scanlon**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants, NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY AND RAQIA SHABAZZ, by and through their attorneys SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C., Trial Counsel to Lawrence Heisler, make the following disclosures:

**PRELIMINARY STATEMENT**

Defendants, NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY AND RAQIA SHABAZZ, make these initial disclosures without waiving their right to: (1) object to the admissibility of any documentary or other evidence on grounds of competency, privilege, work product doctrine, undue burden, relevancy, materiality, hearsay, or any other evidentiary grounds; (2) object to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action; (3) object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these initial disclosures; and (4) oppose any discovery requests issues by Plaintiffs to any individuals named herein. NEW

YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY AND RAQIA SHABAZZ further reserves their right to supplement, amend, or correct all parts of these initial disclosures and any production of documents made pursuant to same.

## DISCLOSURES

A.   **Individuals likely to Have Discoverable Information (Rule 26(a)(1)(A)(i)):**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that defendant(s) may use to support their claims or defenses, unless solely for impeachment, identifying the subjects of the information:

1. George Brown, 309 Gold Street, Brooklyn, NY 11201;

2. Eliot Ramos, 127 E. Fifth Street, Brooklyn, NY;

3. Gabrielle Santo, 636 Clarkson Avenue, Brooklyn, NY;

4. Police Officer Simmons, Tax Registry #952241, employed by non-party The City of New York;

5. Police Officer Hoernel, Tax Registry #951822, employed by The City of New York;

6. Sgt. Alfredo Ruiz, Tax Registry #907224, employed by The City of New York;

7. Police Officer John Francois, Tax Registry #917788, employed by The City of New York;

8. Conductor Markens, Pass 558031, employed by New York City Transit Authority, represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler;

9. Superintendent McCarthy employed by New York City Transit Authority represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler;

10. TSS Sasso, Pass 783675, employed by New York City Transit Authority represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler;

11. TSS D. Perl, Pass 692876, employed by New York City Transit Authority represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler;

12. RCI O. Laurent, Pass 506010, employed by New York City Transit Authority represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler;

13. M/S Kingston, employed by New York City Transit Authority represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler;

14. TSS Zabaleta, Pass 993841, employed by New York City Transit Authority represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler;

15. Superintendent Broderick, employed by New York City Transit Authority represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler;

16. Detective Gillespie, employed by The City of New York Police Department;

17. Deputy Inspector Costello, employed by The City of New York Police Department;

18. Conductor A. Yeninas, Pass 990024; employed by New York City Transit Authority represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler;

19. Emergency Service Unit employees employed by The City of New York as reflected in New York City Police Department reports;

20. Richard Rigby, Station Supervisor, Pass 747317, employed by New York City Transit Authority represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler;

21. Jerome Hamlet, Pass 357009, Cleaner, employed by New York City Transit Authority represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler; and

22. Station Agent Anthony, Pass 019076, employed by New York City Transit Authority represented by Smith Mazure Director Wilkins Young & Yagerman P.C., Trial Counsel to Lawrence Heisler.

B. **Documents, Data Compilations, and Tangible Things (Rule 26(a)(1)(A)(ii)):**

A description by category and location of all documents that are in the possession, custody or control of defendant(s) that they may use to support their claims or defenses, unless solely for impeachment, identifying the subjects of the information:

1. Report Marine McCarthy August 2, 2016;

2. New York City Transit Authority Rapid Transit Operations Train Trouble Delay Report;

3. New York City Transit Authority Car Equipment Department Train Trouble Control Request for Assistance Report;

4. Division of Car Equipment Post Incident Inspection Report;

5. Report of Superintendent Broderick Dated August 2, 2016;

6. Correspondence Sheet Report D. Pearl - TSS Pass 692876;

7. Correspondence Sheet Report L. Zabaleta - TSS Pass 993841;

8. Correspondence Sheet John Sasso, Train Service Supervisor - Pass 783675;

9. Correspondence Sheet Paul Markens, Conductor – Pass 558031;

10. Correspondence Sheet Raqia Shabazz, Train Operator – Pass 809087;

11. Division of Subway Train Incident Report Dated August 2, 2016;

12. Correspondence Sheet Richard Rigby, SSI Dated August 2, 2016;

13. Customer Unusual Occurrence Report;

14. Correspondence Sheet Richard Rigby, August 2, 2016 – Pass 747317;

15. Station Time Control Log and Anti-Crime Program Log;

16. Report of Train Service Disruption Affecting Passengers at Stations;

17. CTA Cleaning Report;

18. Customer Incident Report;

19. The Following Records Are of Public Record and Are From New York City Police Department and Detectives Division Which are of Public Record and Can Be Easily Obtained by Plaintiff: Police Department The City of New York August 2, 2016; Report of Sgt. Ruiz New York City Police Department Complaint Report; and

Detective Investigation. Said Records Can Be Obtained By Plaintiff as a Matter of Public Record.

20. Photocopies of Photographs of Scene of Occurrence (26);

21. Additional Documents May Be Presently Unknown to New York City Transit Authority et al and it Reserves its Right to Supplement These Disclosures to the Extent That Discovery or Additional Investigation Reveals Further Evidence Supporting its Positions and Defenses. Upon Information and Belief, New York City Transit Authority et al May Rely Upon Documents, Data Compilations and Tangible Things Produced to it by Plaintiff if any.

**C.     Computation of Damages (Rule 26(a)(1)(A)(iii)):**

Not applicable, because New York City Transit Authority, et al is not asserting any counterclaims; Defendants reserve the right to supplement this response should additional information become available.

**D.     Insurance Agreement (Rule 26(a)(1)(D):**

Not applicable; New York City Transit Authority et al is self insured.

**E.     Expert Testimony Pursuant to Rule 26(a)(1)(E):**

New York City Transit Authority et al has not selected any expert witnesses as of yet but expressly reserves its right to do so in accordance with the Federal Rules of Civil Procedure and any applicable Court Order.

Dated: New York, New York
       February 21, 2018

                                    SMITH MAZURE DIRECTOR WILKINS
                                    YOUNG & YAGERMAN, P.C.

                                    _____
                                    MARK S. YAGERMAN (4928)
                                    For the Firm
                                    Trial Counsel to Lawrence Heisler
                                    Attorneys for Defendants
                                    Metropolitan Transportation Authority, New
                                    York City Transit Authority and Raqia Shabazz
                                    111 John Street
                                    New York, NY 10038
                                    (212) 964-7400
                                    Our File No. NYCTA-00547

- 6 -

TO:
Gershbaum & Weisz, PC
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 385-2121/(212) 532-3801 (F)
Attorney for Plaintiff
Luisa Janssen Harger Da Silva

Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 425-1020/(212) 532-3801 (F)
Attorney for Plaintiff
Luisa Janssen Harger Da Silva

MSY/she
63

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES was mailed by first class mail, postage prepaid, this 26 February, 2018, to all counsel of record as indicated on the service list below.

_____
For the Firm   4928

## SERVICE LIST

Gershbaum & Weisz, PC
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 385-2121/(212) 532-3801 (F)
Attorney for Plaintiff
Luisa Janssen Harger Da Silva

Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 425-1020/(212) 532-3801 (F)
Attorney for Plaintiff
Luisa Janssen Harger Da Silva

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
LUISA JANSSEN HARGER DA SILVA,

                Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY AND RAQIA SHABAZZ

                Defendants.
-----------------------------------------------------------------X

*Civil Action No.* 1:17-CV-04550-FB-VMS

## DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES

**SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C.**
*Attorneys for Defendants*
*Metropolitan Transportation Authority, New York City Transit Authority and Raqia Shabazz*
111 John Street
New York, NY 10038
(212) 964-7400
NYCTA-00547

### CERTIFICATION PURSUANT TO F.R.Civ.P. 11

MARK S. YAGERMAN hereby certifies that, pursuant to F.R.Civ.P. 11, the foregoing is not frivolous nor frivolously presented.

Dated:    New York, New York
          February 21, 2018

                                                              MARK S. YAGERMAN

MSY/she
63