# SMITH MAZURE

ATTORNEYS AT LAW

Smith Mazure Director Wilkins Young & Yagerman, P.C.

| Long Island Office: | | New Jersey Office: |
|---|---|---|
| 200 Old Country Road, Suite 590 | 111 John Street | 92 East Main Street, Suite 402 |
| Mineola, New York 11501 | New York, New York 10038 | Somerville, New Jersey 08876 |
| (516) 414-7400 | (212) 964-7400 | (908) 393-7300 |
| (516) 294-7325 Fax | Fax (212) 374-1935 | Fax (908) 231-1030 |

*Writer's Direct Dial:* (212) 485-8703    *Please Respond to:*
myagerman@smithmazure.com    New York, NY

November 14, 2019

VIA EFILE
The Honorable Vera M. Scanlon, U.S.M.J.
United States District Court, Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  Luisa Janssen Harger Da Silva v. New York City Transit Authority, Metropolitan Transportation Authority and Raqia Shabazz
Index No.   : 1:17-CV-04550-FB-VMS
D/L            : 8/2/2016
Our File     : NYCTA-00547

Dear Honorable Madam:

As you are aware, this office represents Defendants New York City Transit Authority, Metropolitan Transportation Authority and Raqia Shabazz in the above entitled action.  The undersigned, Mark Yagerman, writes this letter to advise the Court   prospectively of my withdrawal  from  handling the subject case.

The undersigned is resigning from Smith Mazure Director Wilkins Young & Yagerman, P.C., effective date December 31, 2019.  On December 19, 2019, the undersigned, who is an attorney, employee and officer of the firm, turns 65.  The undersigned will withdraw from handling this case as I will no longer to be an employee, attorney or officer affiliated with Smith Mazure Director Wilkins Young & Yagerman, P.C.  The undersigned has had health issues over the years, including three heart stents, bilateral hip resurfacing, among other issues. The rigors of owning and working in the firm have  taken  its toll .It is respectfully requested prospectively that the undersigned's name be removed from the team handling this case for the defense.

The Honorable Vera M. Scanlon, U.S.M.J.
Page 2
November 14, 2019

                                          Respectfully yours,

                                          SMITH MAZURE DIRECTOR WILKINS
                                          YOUNG & YAGERMAN, P.C.

                                          By: _____
                                                MARK S. YAGERMAN

MSY/aml

cc:    Gershbaum & Weisz, PC
        192 Lexington Avenue, Suite 802
        New York, NY  10016
        (212) 385-2121/(212) 532-3801 (F)

        Roth & Roth, LLP
        192 Lexington Avenue, Suite 802
        New York, NY  10016
        (212) 425-1020/(212) 532-3801 (F)

        Krinsky, PLLC
        Peri D Krinsky, Esq.
        160 Broadway Suite 603
        New York, New York 10038

        Denise Rozza
        New York City Transit Authority
        Denise.Rozza@nyct.com

1564