# SMITH MAZURE

ATTORNEYS AT LAW

Smith Mazure Director Wilkins Young & Yagerman, P.C.

Long Island Office:
200 Old Country Road, Suite 590
Mineola, New York 11501
(516) 414-7400
(516) 294-7325 Fax

111 John Street
New York, New York 10038
(212) 964-7400
Fax (212) 374-1935

New Jersey Office:
92 East Main Street, Suite 402
Somerville, New Jersey 08876
(908) 393-7300
Fax (908) 231-1030

*Writer's Direct Dial:* (212) 485-8703
myagerman@smithmazure.com

*Please Respond to:*
New York, NY

December 6, 2019

The Honorable Vera M. Scanlon, U.S.M.J.
United States District Court, Eastern District of New York
United States Courthouse
225 Cadman Plaza East

Brooklyn, NY 11201

    Re:    Luisa Janssen Harger Da Silva v. New York City Transit Authority, Metropolitan Transportation Authority and Raqia Shabazz
           Index No.   : 1:17-CV-04550-FB-VMS
           D/L         : 8/2/2016
           Our File    : NYCTA-00547

Dear Honorable Madam:

      We respectfully request Your Honor sign and enter as So Ordered the Consent Order Granting Substitution of Attorney, executed by Mr. Lawrence Heisler as Executive Assistant General Counsel for New York City Transit, Mr. Mark Yagerman/ Smith Mazure as outgoing counsel, and Mr. Andrew Keaveney at Landman Corsi Ballaine & Ford, P.C., as incoming counsel.

Respectfully yours,

SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.

By: _____
Jennifer M. Van Voorhis

MSY/jmv

Enclosures

cc: Gershbaum & Weisz, PC
    192 Lexington Avenue, Suite 802
    New York, NY 10016
    (212) 385-2121/(212) 532-3801 (F)

    Roth & Roth, LLP
    192 Lexington Avenue, Suite 802
    New York, NY 10016
    (212) 425-1020/(212) 532-3801 (F)

    Landman Corsi Ballaine & Ford, P.C.
    120 Broadway, 13th Floor
    New York, New York 10271
    (212) 238-4800

1639