UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUISA JANSSEN HARGER DA SILVA,

                Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY,
METROPOLITAN TRANSPORTATION
AUTHORITY, and RAQIA SHABAZZ,

                Defendants.
-----------------------------------------------------------X

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

17 CIV. 04550(FB)(VMS)

Notice is hereby given that, subject to approval by the court, defendants New York City Transit Authority, Metropolitan Transportation Authority, and Raqia Shabazz substitutes Landman Corsi Ballaine & Ford P.C. as counsel of record in place of Smith Mazure Director Wilkins Young & Yagerman, P.C.

Contact information for new counsel is as follows:

Landman Corsi Ballaine & Ford P.C.
120 Broadway, 13th Floor.
New York, NY 10271
(212) 238-4800
Andrew P. Keaveney
akeaveney@lcbf.com

I consent to the above substitution:
Dated: 12/5/19

Lawrence Heisler
Executive Assistant General Counsel
New York City Transit

I consent to being substituted:
Dated: December 3, 2019

Mark S. Yagerman, outgoing counsel

I consent to the above substitution:
Date: 12/4/19

Andrew P. Keaveney, incoming counsel

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                          USDJ

4822-4477-3294v.1