

### NYCT 'Struck By' or 'Collision w/ Individual' Incidents & Fatalities 2001-2019

6/16/2019

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 5 | 8 | 12 | 10 | 11 | 4 | 5 | 7 | 7 | 12 | 15 | 14 | 110 | |
| (Fatalities) | 0 | 2 | 3 | 4 | 4 | 2 | 1 | 2 | 1 | 4 | 2 | 6 | 31 | 31 |
| 2002 | 10 | 10 | 10 | 8 | 8 | 8 | 13 | 6 | 16 | 11 | 23 | 13 | 136 | |
| (Fatalities) | 6 | 5 | 3 | 4 | 3 | 2 | 7 | 1 | 4 | 1 | 5 | 5 | 46 | 46 |
| 2003 | 9 | 16 | 9 | 13 | 20 | 4 | 23 | 20 | 22 | 11 | 16 | 21 | 188 | |
| (Fatalities) | 2 | 7 | 4 | 3 | 4 | 1 | 3 | 4 | 0 | 2 | 3 | 4 | 37 | 37 |
| 2004 | 6 | 17 | 19 | 12 | 17 | 28 | 17 | 5 | 5 | 8 | 11 | 13 | 158 | |
| (Fatalities) | 1 | 3 | 2 | 1 | 3 | 4 | 7 | 4 | 1 | 2 | 2 | 5 | 35 | 35 |
| 2005 | 15 | 20 | 27 | 9 | 8 | 9 | 12 | 7 | 9 | 5 | 17 | 13 | 151 | |
| (Fatalities) | 6 | 3 | 6 | 5 | 4 | 3 | 4 | 2 | 0 | 1 | 5 | 5 | 44 | 44 |
| 2006 | 6 | 5 | 16 | 12 | 10 | 7 | 12 | 12 | 5 | 9 | 9 | 6 | 109 | |
| (Fatalities) | 3 | 2 | 5 | 3 | 5 | 1 | 3 | 1 | 4 | 5 | 4 | 2 | 38 | 38 |
| 2007 | 10 | 8 | 10 | 12 | 5 | 6 | 8 | 15 | 10 | 9 | 5 | 12 | 110 | |
| (Fatalities) | 6 | 2 | 5 | 5 | 5 | 2 | 4 | 8 | 2 | 7 | 2 | 7 | 55 | 55 |
| 2008 | 10 | 12 | 12 | 9 | 8 | 11 | 7 | 5 | 6 | 15 | 5 | 7 | 107 | |
| (Fatalities) | 3 | 4 | 3 | 4 | 3 | 3 | 1 | 3 | 2 | 4 | 0 | 4 | 34 | 34 |
| 2009 | 10 | 13 | 20 | 10 | 12 | 12 | 9 | 16 | 7 | 6 | 8 | 13 | 136 | |
| (Fatalities) | 4 | 5 | 8 | 3 | 3 | 6 | 4 | 6 | 3 | 2 | 3 | 2 | 49 | 49 |
| 2010 | 7 | 14 | 12 | 8 | 12 | 13 | 10 | 8 | 11 | 14 | 6 | 12 | 127 | |
| (Fatalities) | 3 | 6 | 7 | 4 | 4 | 4 | 4 | 4 | 6 | 4 | 2 | 3 | 51 | 51 |
| 2011 | 17 | 13 | 10 | 13 | 7 | 9 | 10 | 14 | 13 | 11 | 12 | 17 | 146 | |
| (Fatalities) | 3 | 3 | 4 | 7 | 5 | 1 | 5 | 5 | 3 | 4 | 3 | 4 | 47 | 47 |
| 2012 | 9 | 13 | 19 | 11 | 11 | 12 | 8 | 6 | 14 | 12 | 9 | 17 | 141 | |
| (Fatalities) | 7 | 9 | 8 | 2 | 3 | 5 | 3 | 0 | 6 | 4 | 3 | 6 | 56 | 56 |
| 2013 | 17 | 14 | 16 | 13 | 13 | 8 | 11 | 8 | 16 | 12 | 12 | 12 | 152 | |
| (Fatalities) | 7 | 6 | 3 | 7 | 4 | 4 | 2 | 2 | 5 | 7 | 7 | 1 | 55 | 55 |
| 2014 | 10 | 17 | 18 | 8 | 10 | 12 | 11 | 11 | 12 | 10 | 17 | 9 | 145 | |
| (Fatalities) | 2 | 5 | 6 | 7 | 5 | 2 | 6 | 4 | 5 | 6 | 6 | 4 | 58 | 58 |
| 2015 | 19 | 9 | 22 | 8 | 16 | 20 | 12 | 12 | 12 | 14 | 11 | 17 | 172 | |
| (Fatalities) | 6 | 4 | 5 | 0 | 3 | 5 | 4 | 3 | 5 | 9 | 4 | 2 | 50 | 50 |
| 2016 | 12 | 17 | 14 | 23 | 12 | 12 | 13 | 10 | 10 | 12 | 19 | 14 | 168 | |
| (Fatalities) | 1 | 3 | 6 | 7 | 6 | 4 | 3 | 2 | 5 | 3 | 7 | 2 | 49 | 49 |
| 2017 | 21 | 13 | 19 | 15 | 17 | 16 | 10 | 15 | 23 | 8 | 9 | 15 | 181 | |
| (Fatalities) | 6 | 3 | 3 | 4 | 6 | 7 | 3 | 3 | 3 | 5 | 1 | 2 | 46 | 46 |
| 2018 | 19 | 14 | 17 | 11 | 11 | 14 | 16 | 14 | 16 | 18 | 16 | 23 | 189 | |
| (Fatalities) | 7 | 2 | 4 | 2 | 4 | 9 | 8 | 4 | 6 | 9 | 5 | 8 | 68 | 68 |
| 2019 | 13 | 13 | 12 | 24 | 21 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 88 | |
| (Fatalities) | 2 | 3 | 3 | 10 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 27 | 27 partial year |

**Notes:**
Fatalities are a subset of the total incident count.  i.e. There were 189
total cases in 2018 where a person came in contact with a moving train, of which
68 resulted in a fatality.