



Harger Da Silva 00178