UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUISA JANSSEN HARGER DASILVA,

                Plaintiff,

   -against-

NEW YORK CITY TRANSIT AUTHORITY;
METROPOLITAN TRANSPORTATION
AUTHORITY, and RAQUIA SHABAZZ,

                Defendants.
-------------------------------------------------------------X

**NOTICE OF MOTION**
**FOR SUMMARY JUDGMENT**

1:17-cv-04550 (FB) (VMS)

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Andrew P. Keaveney, dated November 6, 2023 and the exhibits attached thereto, the Declaration of Tony Abdallah, dated November 6, 2023, the Statement of Material Facts pursuant to Local Rule 56.1, the accompanying Memorandum of Law and all the pleadings and proceedings had herein, defendants New York City Transit Authority, Metropolitan Transportation Authority, and Raquia Shabazz will move this Court on or about February 2, 2024, before the Hon. Frederic Block, U.S.D.J., for an Order granting Defendants summary judgment and dismissing the complaint in its entirety pursuant to Rule 56, Fed. R. Civ. P., and granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise agreed, plaintiff will serve opposition papers (and any cross-motion) on December 19, 2023; Defendants will serve reply papers (and any opposition to cross motion) on January 10, 2024; and plaintiff will serve reply to any cross-motion on February 1, 2024.

Dated:  November 6, 2023
         New York, NY

                                                   Yours, etc.,

                                                   Landman Corsi Ballaine & Ford P.C.

                                                   _____
                                                   Andrew P. Keaveney
                                                   Attorneys for Defendants
                                                   120 Broadway, 13th Floor
                                                   New York, NY 10271
                                                   (212) 238-4800

To:    Roth & Roth, LLP
Co-Counsel for Plaintiff
192 Lexington Avenue, Suite 802
New York, NY 10024
(212) 425-1020

Sonin & Genis
Co-Counsel for Plaintiff
One Fordham Plaza, Suite 907
Bronx, NY 10458
(718) 561-4444