# Exhibit P

REQUEST FOR INFORMATION #10RFIN44
Platform Screen Door/Platform Edge Door/Platform Edge Gate System
Reply Date: March 1, 2011

New York City Transit (NYCT) is seeking an expression of interest in order to identify and obtain information from firms experienced in designing, furnishing and installing a platform screen door, platform edge door, and/or a platform edge gate (PSD/PED/PEG) system to enhance passenger safety, comfort and the overall station appearance.

This Request for Information ("RFI") is not a solicitation of actual bids, which may be solicited by means of a Request for Proposal ("RFP") at a later date. This RFI has two purposes:
1) To identify proven manufacturers of PSD/PED/PEG systems that have been successfully implemented in large transit systems throughout the world.
2) To elicit information from the PSD/PED/PEG industry on topics that will improve NYCT's ability to specify and procure a proven system and improve the ability of qualified suppliers to do business with NYCT in a commercially viable manner.

NYCT is particularly interested in systems that have the following attributes at minimum:
1) Minimal on-site assembly – platform doors/gates that can be partially assembled offsite to reduce the frequency and length of track outages and service diversions associated with installation.
2) Flexible control – ability to open platform doors/gates remotely via a supervisory control and data acquisition (SCADA) panel or via an access panel located on the station platform.
3) Dynamic operations – ability to detect a train of any length or of any equipment berthed in the station and open the platform doors according to the location of the train. The system must be designed to accommodate multiple stopping positions along the station platform, while ensuring the train is fully berthed with train doors aligned with the platform doors/gates before the doorways are opened.
4) Emergency/maintenance access – auxiliary platform doors/gates to permit rapid ingress to or egress from the platform or train during an emergency, as well as provide access for maintenance personnel and heavy equipment.
5) Component reliability – all components must be designed or rated for continual operation in an extreme operating environment. All components should be protected from and resistant to acid, extreme temperatures, graffiti, high humidity, salt, steel dust, and water. If a component should fail, the system must be designed to compensate for the failure in order to preserve normal train operations until repairs can be made.
6) Maintenance and repair – all components should be designed for minimal preventative maintenance and rapid exchange in the event of a component failure. Components must be arranged so that all preventative maintenance and repair work can be performed on the station side of the system to eliminate the need to schedule track access for routine maintenance and cleaning.
7) Security – tamper/vandal resistant hardware, components, and glass to deter vandalism and tampering by unauthorized persons.

8) Information display and advertising options - space for posters and integrated electronic/video displays for both service information and advertisements.
9) Integration with existing infrastructure – the system must be able to seamlessly integrate with the existing infrastructure and technologies (CCTV, lighting, communication systems, etc.) currently in use within each station.
10) Operational compatibility - The system must also be fully compatible with both conventional wayside signaling and communication-based train control systems currently in use by NYCT and should not extend station dwell times.

For the avoidance of doubt, NYCT will only consider PSD/PED/PEG systems that have been proven in large-scale applications involving the use of PSD/PED/PEG in a heavy rail environment.

**Qualification**

NYCT intends to qualify PSD/PED/PEG systems that will enhance passenger safety, comfort and overall station appearance within existing subway stations. Qualification may entail a supplier's installation, operation, and maintenance of a system at one or more subway stations, followed by a period of demonstration and observation.

**System Design Considerations**

NYCT seeks creative solutions for the integration of the PSD/PED/PEG system into the existing NYCT infrastructure. The PSD/PED/PEG system shall maximize the use of existing NYCT structural and electrical infrastructure, and subway car control systems.

**PSG/PED/PEG Project Financing**

NYCT is considering cost-sharing financing options for a potential PSG/PED/PEG retrofit project, including design, build-operate-transfer and advertising revenue sharing agreements. NYCT is particularly interested in financing options involving little or no upfront construction costs to NYCT.

**Background Information**

The NYCT subway system is located within the boroughs of Brooklyn, Manhattan, Queens and the Bronx in New York City. At present there are 468 stations, with 4 stations currently under construction. 281 stations are underground (including stations under construction), 153 stations are elevated, 29 are located on embankments, and 9 are built in open cuts. All stations feature platforms arranged between the tracks (island platforms) or platforms adjacent and parallel to the right of way (perimeter platforms); some platforms are curved and/or built on a grade. Stations servicing express and local trains and/or multiple train routes have a combination of island and perimeter platforms. The maximum number of tracks through a station is 8.

NYCT has approximately 6,300 revenue subway cars used in revenue service and an additional 460 specialized cars for nonrevenue work service. There are three variations of the revenue cars: 51' 4" long cars with three pairs of car bi-parting doors per side, 60' 6" long cars with four pairs

of bi-parting car doors per side, and 75' long cars with four pairs of bi-parting car doors per side. The 51' 4" long cars operate exclusively on the IRT or "A" Division; the 60' 6" and 75' long cars operate exclusively on the BMT/IND division or "B" Division. Due to numerous tunnel and curve restrictions, "B" Division cars cannot be operated on the "A" Division; "A" Division cars can be operated on the "B" Division, but only as nonrevenue trains being transferred to or from the overhaul shop. Subway cars of the same length are assembled into trains which vary from 2 to 11 cars long; the minimum train length is 150' and the maximum train length is 605'.

NYCT subways operate 24 hours a day, 7 days a week, servicing all stations. The average train frequency for a station during rush hours is 2-4 minutes, increasing to 6-10 minutes on weekdays and weekends and up to 20 minutes late nights. Average ridership is approximately 5.1 million riders on weekdays, 2.9 million riders on Saturdays, 2.4 million riders on Sundays, and 1.6 billion riders annually.

Please review the above requirements and submit your reply including the type of PSD/PED/PEG system, company brochures, company size, a list of transit properties or municipalities with contact information that are presently using the system(s) being offered, experience and capabilities, to the address below no later than March 1, 2011.

**New York City Transit**
**2 Broadway, 19th Floor, Room D19.91**
**New York, NY 10004**
**Attn: John C. Oricchio**
**Tel (646) 252-6849**

If you would like to make your submission electronically, please send it to john.oricchio@nyct.com