# Exhibit CCC



# New York City Transit

# DEPARTMENT OF SUBWAYS SYSTEM SAFETY PROGRAM PLAN

## 2016

Approved: _____
Cheryl E. Kennedy
**Vice President**
Office of System Safety

Approved: _____
**Wynton Habersham**
**Senior Vice President**
**Department of Subways**

Approved: _____
John O'Grady
**Senior Vice President & Chief Engineer**
Capital Program Management

Approved: _____
**Veronique Hakim**
**President**

NYCTA-04541

## SYSTEM SAFETY PROGRAM PLAN (SSPP) FOR SUBWAYS - TABLE OF CONTENTS

| SECTION: | TITLE: | PAGE: |
|---|---|---|
| 1 | Introduction | 1-1 |
| 2 | Goals and Objectives | 2-1 |
| 3 | Management Structure | 3-1 |
| 4 | SSPP Control and Update Procedures | 4-1 |
| 5 | SSPP Implementation, Activities and Responsibilities | 5-1 |
| 6 | Hazard Management Process | 6-1 |
| 7 | Managing Safety in System Modifications | 7-1 |
| 8 | Safety Certification | 8-1 |
| 9 | Safety Data and Acquisition | 9-1 |
| 10 | Accident Incident Investigation | 10-1 |
| 11 | Emergency Management Program | 11-1 |
| 12 | Internal Safety Audit Reviews | 12-1 |
| 13 | Rules Compliance / Procedures Review | 13-1 |
| 14 | Facilities and Equipment Inspections | 14-1 |
| 15 | Maintenance Audits and Inspections | 15-1 |
| 16 | Training and Certification Review / Audit | 16-1 |
| 17 | Configuration Management and Control | 17-1 |
| 18 | Compliance with Local, State and Federal Requirements | 18-1 |
| 19 | Hazardous Materials | 19-1 |
| 20 | Drug Safety and Alcohol Policy | 20-1 |
| 21 | Procurement | 21-1 |

NYCTA-04542

# SECTION 1: INTRODUCTION

The New York City Transit (NYCT) System Safety Program Plan (SSPP) consists of a series of required activities which must be undertaken to ensure the safety of both the public and NYCT employees.  The program includes the application of: a comprehensive management structure; accident investigation; safety analysis and hazard management techniques; emergency management; environmental compliance; and fire protection.

## 1.0    Authority

New York City Transit (NYCT) was created on June 15, 1953 pursuant to Article 5, Title 9 of the New York State (NYS) Public Authorities Law.  The State Legislature established NYCT as a separate public corporation; responsible for the management and operation of all city-owned bus, trolley, and subway routes.  On March 1, 1968 the NYS Legislature created the Metropolitan Transportation Authority (MTA) to oversee transportation operations in the 12 lower counties of the state.  As a result, NYCT was placed under the control of the MTA and integrated into the newly formed regional public transportation network.  Under 49 CFR Part 659, NYS's Public Transportation Safety Board (PTSB) has been designated as the State Safety Oversight Agency (SSOA) for public railway systems throughout the state.  In a coordinated effort with the Federal Transit Administration (FTA), the PTSB requires that public railway systems operating in NYS develop SSPPs and System Security Plans (SSPs).  Consequently, NYCT is required by law to develop and implement its own SSPP and SSP, specific to the agency's operations.

## 1.1    Policy Statement / Commitment to Safety

In accordance with NYCT's "Safety Policy Instruction" (P/I 10.1.6) it is the policy of NYCT to provide a safe transportation system for our customers, safe working conditions for our employees, and to adhere to responsible environmental management principles.  It is recognized that safety and environmental compliance are critical elements of our operation and are as important as providing orderly, crime-free, comfortable, convenient and reliable transportation.  The P/I provides for the establishment and implementation of NYCT's System Safety Program as it applies to the Department of Subways.  All managers, supervisors, and employees must ensure that safety and environmental protection are integrated into their operations and be held accountable for the responsibilities. [P/I attached]

NYCTA-04543

*NEW YORK CITY TRANSIT*
### POLICY/INSTRUCTION

| Subject: | Classification: | Issued: | P/I Number |
|---|---|---|---|
| **NYCT SAFETY POLICY** | **SAFETY** | 03/09/16 | **10.1.6** |

## 1.0 POLICY

It is the policy of New York City Transit (NYC Transit) to provide a safe system for our customers, a safe working environment for our employees, and to uphold sound environmental management principles. It is recognized that safety and environmental protection are critical elements of our operation and are as important as providing clean and reliable transportation. All managers, supervisors, and employees must ensure that safety and environmental protection are integrated into their operations and be held accountable for their responsibilities.

## 2.0 SCOPE

This Policy/Instruction is a NYC Transit-wide policy which provides for the establishment and implementation of NYC Transit's System Safety Program which incorporates components and principles of the Safety Management System (SMS), a top-down, organization-wide, data-driven approach to managing safety risk and assuring the effectiveness of safety mitigations. This Policy/Instruction applies to NYC Transit, Manhattan and the Bronx Surface Transit Operating Authority, and the Staten Island Railway.

## 3.0 GOAL STATEMENT

To control high risk events and hazards through the implementation of key proactive measurable safety initiatives that address the hazards, enhance employee commitment to safety, foster a safety culture where all employees embrace safety as a core value and optimizes the safety of our customers and the general public.

## 4.0 OBJECTIVES

4.1 Establish and clearly define for all staff, managers and supervisors their accountabilities and responsibilities for the development, implementation and enforcement of NYC Transit's System Safety Program Plan (SSPP) and the performance of the SMS components and principles.

| Issued By: | Supersedes: | Page: |
|---|---|---|
| **VERONIQUE HAKIM PRESIDENT** | **10.1.5** | **1 of 6** |

NYCTA-04544

*NEW YORK CITY TRANSIT*
**POLICY/INSTRUCTION**

| Subject: | Classification: | Issued: | P/I Number |
|---|---|---|---|
| NYCT SAFETY POLICY | SAFETY | 03/09/16 | 10.1.6 |

4.2   Support the management of safety through the allocation of appropriate resources that will result in a culture that values and fosters safe work practices, mitigates risks of injuries to our employees and customers, and encourages effective employee safety reporting and communication.

4.3   Establish hazard identification and analysis procedures, including a safety reporting program that will ensure the early identification and resolution of safety and environmental hazards.

4.4   Establish procedures that will ensure compliance with and/or exceed all federal, state and local safety laws and regulations.

4.5   Establish procedures to ensure the implementation of safety assurance activities to verify that safety control measures are appropriate and implemented.

4.6   Continually improve upon safety performance through management processes that ensure both appropriate and effective safety management actions are taken.

4.7   Ensure that employees who disclose a safety concern through the safety reporting program are not discriminated or retaliated against, and safety rule violations committed by employees are addressed.

4.8   Ensure that NYC Transit personnel are provided the appropriate and required safety training and are competent in safety management.

4.9   Establish and measure NYC Transit's safety performance against data-driven safety performance indicators and safety performance targets.

4.10   Develop methodologies for integrating SMS processes and activities that identify, assess and resolve safety risks, safety deficiencies and safety concerns.

4.11   Establish and implement safety communications to ensure that all employees are aware of the safety management policy and processes that are relevant to their responsibilities.

| Issued By: | Supersedes: | Page: |
|---|---|---|
| VERONIQUE HAKIM PRESIDENT | 10.1.5 | 2 of 6 |

NYCTA-04545

*NEW YORK CITY TRANSIT*
## POLICY/INSTRUCTION

| Subject: | Classification: | Issued: | P/I Number |
|---|---|---|---|
| NYCT SAFETY POLICY | SAFETY | 03/09/16 | 10.1.6 |

4.12    Maintain a high level of ability to respond to emergency/disaster conditions.

**5.0    RESPONSIBILITIES**

All levels of management and all front line employees are accountable for the delivery of the highest level of safety performance, starting with the President of NYC Transit.

5.1    It is the responsibility of the President of NYC Transit to foster a safety culture where all employees embrace safety as a core value and optimize the safety of our employees and customers through:

5.1.1    Ensuring that safety is a top priority at NYC Transit.

5.1.2    Ensuring that operational and maintenance activities and capital construction are supported by an appropriate allocation of resources.

5.1.3    Enforcing the management of safety as an explicit responsibility of all managers and employees.

5.1.4    Ensuring the Safety Policy is appropriate and communicated throughout NYC Transit.

5.2    The Vice President, System Safety is responsible for the development of safety and environmental policies and programs, implementing the SMS component and principles, communicating safety information, analyzing data, and monitoring safety performance.  Specifically:

5.2.1    Develop the overall required standards for a formalized System Safety Program Plan (SSPP).  This plan focuses all personnel on a common goal of preventing customer and employee accidents and/or injuries by providing safe revenue service, a safe work environment, and protecting the environment.

5.2.2    Manage the SMS implementation plan by ensuring that the four components/pillars of the SMS (Safety Management Policy, Safety Risk

| Issued By: | Supersedes: | Page: |
|---|---|---|
| VERONIQUE HAKIM PRESIDENT | 10.1.5 | 3 of 6 |

NYCTA-04546

*NEW YORK CITY TRANSIT*
## POLICY/INSTRUCTION

| Subject: NYCT SAFETY POLICY | Classification: SAFETY | Issued: 03/09/16 | P/I Number 10.1.6 |
|---|---|---|---|

Management, Safety Assurance and Safety Promotion) are being addressed.

5.2.3   Coordinate the development of departmental Safety Goal Action Plans that outline the means by which they will implement the overall safety program set forth by the Office of System Safety.

5.2.4   Develop safety policies and guidelines to ensure compliance with federal, state and local laws and regulations including emergency response.

5.2.5   Maintain safety documentation.

5.2.6   Direct and facilitate hazard identification, safety risk analysis and assessment, and the development and implementation of controls and corrective actions.

5.2.7   Provide technical safety services in the areas of hazard analysis, asbestos and lead management, environmental management, industrial hygiene, fire safety, safety engineering, accident investigation and near miss incident investigation.

5.2.8   Develop an effective safety reporting program.

5.2.9   Promote a positive safety culture.

5.2.10  Monitor the operating and support departments' implementation and enforcement of safety and environmental requirements.

5.2.11  Review the implementation of the SSPP.

5.2.12  Report to the executive level on the safety performance and any requirements for improvement.

5.3   Department/division heads are responsible for the implementation and enforcement of the SSPP and the SMS plan components as they are developed within their organizations. Specifically:

| Issued By: VERONIQUE HAKIM PRESIDENT | Supersedes: 10.1.5 | Page: 4 of 6 |
|---|---|---|

NYCTA-04547

*NEW YORK CITY TRANSIT*
## POLICY/INSTRUCTION

| Subject: NYCT SAFETY POLICY | Classification: SAFETY | Issued: 03/09/16 | P/I Number 10.1.6 |
|---|---|---|---|

5.3.1 Direct and facilitate the identification of high risk hazards, the development and implementation of control measures to mitigate those hazards, and monitor the implementation and the effectiveness of control measures.

5.3.2 Demonstrate by their actions and during discussions with managers, supervisors and employees that every task must be performed in the safest manner possible.

5.3.3 As part of the SMS plan, develop safety performance objectives (leading indicators) and safety performance targets to measure and continually improve safety performance.

5.3.4 Audit the implementation of Departmental/Divisional inspection and maintenance programs.

5.3.5 Establish employee safety, customer safety, and environmental goals that focus on preventing accidents and protecting the environment in areas under their jurisdiction and track the status of the goals.

5.3.6 Establish and maintain programs that will enable the achievement of employee safety goals, customer safety goals, and environmental compliance goals.

5.3.7 Report and thoroughly investigate all accidents and environmental incidents, and develop corrective actions to prevent recurrence.

5.3.8 Develop, implement and document regularly scheduled inspections of customer and employee environments.

5.3.9 Develop and implement a tracking system to record the implementation of all corrective actions necessary to remedy identified safety, occupational health and environmental hazards.

| Issued By: VERONIQUE HAKIM PRESIDENT | Supersedes: 10.1.5 | Page: 5 of 6 |
|---|---|---|

NYCTA-04548

*NEW YORK CITY TRANSIT*
**POLICY/INSTRUCTION**

| Subject:<br>NYCT SAFETY POLICY | Classification:<br>SAFETY | Issued:<br>03/09/16 | P/I Number<br>10.1.6 |
|---|---|---|---|

5.3.10  Train employees to ensure their safety and competency and communicate safety information.

5.4  Management and supervision at all levels are responsible for:

5.4.1  The implementation and enforcement of NYC Transit's System Safety Program Plan and SMS components as they are developed.

5.4.2  Enforcement of Safety Policies, rules and regulations.

5.4.3  Ensure that hazards are identified and controlled in their work environment and that control measures are effective.

5.5  Employees are responsible for:

5.5.1  Understanding and complying with all New York City Transit rules and regulations pertaining to safety and occupational health.

5.5.2  Reporting all unsafe acts and conditions, as well as environmental contaminations observed in the work environment to supervision.

5.5.3  Acting in the best interest of the safety of our fellow employees, customers and the general public.

5.5.4  Cooperating and communicating to enhance the safety of all employees, customers and the general public.

Approved: _Veronique Hakim_

Veronique Hakim, President

| Issued By:<br>**VERONIQUE HAKIM<br>PRESIDENT** | Supersedes:<br>10.1.5 | Page:<br>6 of 6 |
|---|---|---|

NYCTA-04549

## SECTION 2: GOALS AND OBJECTIVES

**2.0    Purpose**

The purpose of this System Safety Program Plan is to provide a formalized action plan that will ensure that safety and environmental compliance is integrated into all phases of the operations including design, procurement, construction, modification or rehabilitation, operation, maintenance, and disposal.  The System Safety Program Plan establishes a coordinated safety effort that is responsible to the needs of the operating and support departments such that all personnel are working toward the common goal of minimizing the occurrence of customer and employee accidents by providing safe revenue service to our customers and a safe work environment for our employees.  The System Safety Program Plan fosters commitment and involvement by management and staff in safety and environmental activities.

**2.1    Goals and Objectives**

The goals of the SSPP are to ensure the safety of customers, employees and the public; and to comply with the Public Transportation Safety Board (PTSB).  The goals are reviewed and updated annually.  The objectives of the SSPP are: to define safety related activities, management controls and plans and establish a process for monitoring and assuring safety in accordance with NYC Transit Policy.  The purpose of these goals and objectives is to minimize the public, personnel and New York City Transit property exposure to hazards and unsafe conditions.

2.1.1   Goals

The NYC Transit safety goals are the following:

- To strive to reduce customer and employee accidents and injuries each year.

- To provide a safe, reliable and economical transportation system.

- To identify, eliminate, minimize and/or control safety hazards and risks.

- To assure compliance with safety, health and environmental laws, regulations and codes.

- To maintain a high level of ability to respond to emergency/disaster conditions.

- To establish requirements, lines of authority, levels of responsibility and accountability for implementation of the System Safety Program Plan within the organization.

NYCTA-04550

2.1.2    Objectives

The System Safety Program Plan goals are attained by achieving the following objectives:

- Implementation of the System Safety Program Plan and updating the plan regularly.

- Enforce the NYC Transit Rules and Regulations.  Develop and enforce departmental safety rules.  Implement operational General Orders and Bulletins.

- Development and implementation of departmental Safety Goal Action Plans.

- Establish, implement and evaluate maintenance and inspection programs for track, signals, third rail and power.

- Establish, implement, and evaluate a maintenance program and a pre-trip inspection program and procedures for the safe operation of revenue and non-revenue vehicles.

- Establish, implement and evaluate procedures for facility/structure maintenance and respond to divisional requests for repairs to structures and equipment to ensure customer and employee safety while on the system.

- Develop, implement and evaluate technical training (equipment/vehicle maintenance and operation) programs for employees, refresher courses for employee and ensure that all appropriate personnel attend.

- Establish, implement and update technical training programs for new technology, equipment modifications, and maintenance procedures.

- Establish and implement employee safety training (i.e. respirator, hearing conservation, right to know, etc.).

- Establish and implement emergency response procedures for facilities, stations, and depots, and equipment failures in service, collisions, derailments, fires, inclement weather and release of hazardous materials.

- Review federal, state, and local safety and environmental regulations as well as NYC Transit operations to determine if safety Policy/Instructions should be developed. Develop and implement safety and environmental Policy/Instructions when necessary.

- Review federal, state, and local safety regulations as well as NYC Transit operations to determine the necessity of safety training and assist Training with the development of the course

- Investigate all fatal employee and selected customer fatality accidents and conduct Boards of Inquiry when required and develop corrective action plans to prevent recurrence.

- Investigate fire-related incidents.  Investigate and classify subway car door drag incidents.  Investigate structural/equipment failures.  Investigate subway collision/ derailment incidents.  Develop corrective action plans to prevent recurrence.

- Conduct Hazard Analyses on safety critical system/equipment, operating procedures/ rule changes in accordance with established system safety principals outlined in Military Standard 882E.

- Conduct industrial hygiene investigations of work sites and customer areas and identify corrective measures (i.e. product substitution, engineering, administrative changes, and/or personal protective equipment).

- Conduct inspections of operating department work locations and the customer environment to identify hazards and resolutions.

- Conduct internal safety audits of Department of Subways' operating units to ensure compliance with the System Safety Program Plans (SSPP).

- Evaluate the work and customer environment to ensure that all safety Policy/Instructions are being implemented.

- Evaluate the long-term safety and environmental compliance related initiatives included in the capital program during the capital program development phase and make recommendations to assist in the prioritization process.

## 2.2    Management's Responsibilities for Safety

Management and supervision at all levels are responsible for the implementation and enforcement of the New York City Transit System Safety Program, which includes safety policies and rules and regulations to ensure a safe work environment for their employees, a safe system for customers, and environmental protection.

To effectively implement the program, responsibilities are delegated as outlined below:

2.2.1   The Vice President, System Safety is responsible for the development of safety and environmental policies and programs.  Specifically:

- Develop the overall required standards for a formalized System Safety Program Plan. This plan focuses all personnel on a common goal of preventing customer and employee accidents by providing safe revenue service and a safe work environment, as well as protecting the environment.

NYCTA-04552

- Develop Safety Goal Action Plan outlines for use by each department in the development of their specific Safety Goal Action Plan.

- Develop safety and environmental policies and guidelines required to ensure compliance with applicable federal, state and local regulations.

- Provide technical safety services in the areas of hazard analysis, asbestos/lead management, environmental management, industrial hygiene, fire safety, safety engineering and accident investigation.

- Monitor the operating and support departments' implementation and enforcement of safety and environmental requirements.

2.2.2   Department/division heads are responsible for the implementation and enforcement of the system safety program within their organizations.  Specifically:

- Establish employee safety, customer safety, and environmental goals that focus on preventing accidents and protecting the environment in areas under their jurisdiction and track the status of the goals.

- Establish and maintain safety programs that will enable the achievement of the employee safety goals, customer safety goals, and environmental protection.

- Report and thoroughly investigate all accidents and environmental incidents, and develop corrective actions to prevent recurrence.

- Develop, implement and document regularly scheduled inspections of customer and employee environments.

- Develop and implement a tracking system to record the implementation of all corrective actions necessary to remedy identified safety, occupational health and environmental hazards.

- Develop maintenance and inspection programs for rolling stock physical plants, tracks, signals, power, communication systems and infrastructure.

NYCTA-04553

## SECTION 3: MANAGEMENT STRUCTURE

### 3.0    General Overview and History of NYCT

New York City Transit (NYCT) is the largest metropolitan transit system in the United States. The agency provides both rapid rail and bus transportation services to New York City's five boroughs (or counties). NYCT strives to deliver safe, convenient, comfortable, and reliable train service through the proper maintenance of rolling stock, tracks, signals, power, communication systems, and infrastructure. Provided below (Figure 3-1), is an organizational chart which outlines the overall management structure for NYCT:



*__Figure 3-1:__  NYCT Organizational Chart*

New York City's subway system has historically been a mechanism for growth, not only for the city's sprawling economic activity, but its citizenry as well. The development of the subway system eased the city's expansion from lower Manhattan to the far reaches of the outer boroughs (counties). In addition to contributing to the shaping of New York's geographical outlay, the subway has in many ways come to define the city's very character as well.

New York City Transit (NYCT) is the agency responsible for maintaining and operating the city's subway system. NYCT serves as the city's circulatory system; an essential component of New York's structural framework. NYCT helps in sustaining the economic vitality of the city by affording safe and dependable rapid transit to residents and visitors alike. Below is a brief history of the agency:

- Prior to 1940, private companies managed most rapid transit routes and surface lines in New York City (NYC). NYC's first official subway system, the privately owned Interborough Rapid Transit Company (IRT), opened in Manhattan on October 27, 1904. The IRT operated a 9.1-mile long subway line that consisted of 28 stations. IRT service expanded into the Bronx in 1905, into Brooklyn in 1908, and into Queens in 1915.

NYCTA-04554

- The Brooklyn Rapid Transit Company (BRT) began subway service between Brooklyn and Manhattan in 1915. The Brooklyn-Manhattan Transit Corporation (BMT) took over the BRT a few years later.

- In 1932, the city's Board of Transportation completed construction of the Eighth Avenue Line and created the Independent Rapid Transit Railroad (or IND); the first city-run subway system. While NYC owned and operated the IND, the IRT and BMT where still in the hands of private enterprises.

- NYC would later purchase the IRT and BMT in 1940 and incorporate all three subways (including the IND) into a unified system. After acquiring the IRT and BMT, the City of New York became the sole owner and operator of all NYC subway service.

- In 1953, the New York State Legislature created the New York City Transit Authority (now known as MTA - New York City Transit, or NYCT) as a separate public corporation to manage and operate all city-owned bus, trolley, and subway routes.

- In 1968, the New York State Legislature created the Metropolitan Transportation Authority (MTA) to oversee transportation operations in the12 lower counties of the state. The MTA would thereby become NYCT's parent agency.

- After suffering shortfalls in funding for maintenance and system upgrades throughout much of the1970s, NYCT began an aggressive campaign to turn things around in the mid-1980s. Organizational restructuring, along with increased funding for capital programs and service improvements has led to a sharp increase in ridership numbers.

- NYCT continues to expand its existing subway system via the MTA's Capital Program. Currently MTA Capital Construction is in the process of extending the 7 Line to the west side of Manhattan, as well as constructing a new subway line (the Second Avenue Subway) on the east side of the borough. In addition, NYCT continues to rehabilitate many of its subway stations and maintenance facilities, as well as to upgrade its existing fleet of subway cars.

## 3.1    Scope of Service

NYCT is the largest agency within the MTA's regional transportation network. NYCT's transportation organization also includes MTA-Staten Island Railway (SIR); a subsidiary agency that falls under the jurisdiction of NYCT's Department of Subways (DOS). NYCT's subway system (see figure 3-2, *Subway Map*) is the largest such transportation system in the United States. The subway system itself consists of 24 individual train lines and 468 active stations. The Staten Island Railway (see figure 3-3, *Staten Island Railway*) or SIR provides rail service to the borough of Staten Island. SIR is comprised of one train line and 22 active stations.

In addition to employees responsible for daily subway operations and routine maintenance, the DOS work force also includes: engineers; computer programmers; ironworkers; masons; electricians; carpenters; environmental specialists; and many other job titles.

NYCTA-04555



***Figure 3-2:*** **Map of the NYC Subway System**

Page 3-3

NYCTA-04556



***Figure 3-3***: *S.I. Railway (SIR)*

NYCT possesses the largest subway fleet in the world, and provides 24-hour-a-day subway service throughout the five boroughs (or counties) of New York City. NYCT's fleet consists of roughly 6,500 subway cars; all of which are air conditioned and either new, remanufactured, or overhauled. In 2010 the entire fleet averaged 170,217 miles between repairs.

- According to 2014 ridership numbers, the subway system carried an average of 5,597,551 passengers on any given weekday, 3,233,114 passengers on a typical Saturday and 2,662,791 passengers on a typical Sunday.

## 3.2    Physical Plant

The systems 24 individual rail lines (excluding SIR which is a distinct MTA subsidiary) are made-up of approximately 660 miles of track that are designated for passenger service. When combined with track used for non-revenue purposes (e.g., in subway yards), the total number of track miles (system-wide) is more than 850. Additionally, the system utilizes over 2,600 track switches to appropriately guide rail traffic. NYCT has four-track system and three track systems. The two outer tracks provide local service in either direction, while the interior tracks provide express service. The track gauge (distance between rails) is 4 feet 8.5 inches; the same as that of major American railroads.

NYCTA-04557

The system contains 123 miles of underground tunnels, 70 miles of elevated track structures and viaducts, 22 miles of grade, and 13 under-river tunnels. In addition, the system includes 286 pump rooms, 190 ventilation fan plants and 216 power substations. Substations receive as much as 27,000 volts from power plants, and then convert the electricity for use throughout the subway system. Alternating Current (A.C.) is utilized for the operation of signals, station and tunnel lighting, ventilation, and miscellaneous line equipment. Direct Current (D.C.) on the other hand, is utilized for the operation of trains and auxiliary equipment, such as water pumps and emergency lighting.

NYCT's subway system has the largest number of public transit subway stations for any system in the world. Most of the 468 subway stations were constructed by 1930. Their design represents three distinct styles reflective of the (once separate) entities that built them; the IRT, BMT and IND. Over the past 20 years, NYCT has rehabilitated or upgraded almost half the stations in the system, making sure to carefully reconstruct the distinctive tile mosaics decorating many of the locations.

Since the subway system was constructed by separate entities, NYCT uses different sized cars in order to compensate for differences in tunnel widths and varying track configurations. Cars on the lettered lines (BMT/IND or B-Division) are longer than those on the numbered lines (IRT or A-Division), as well as wider (10' as opposed to 8.5'). B-Division cars are typically 60' and 75' in length, while A-Division cars generally measure 51' in length. A-Division trains normally consist of a total of 10 cars, whereas B-Division trains can consist of either 8 or 10 cars (depending on the car class). In addition to its existing fleet of 6,375 passenger train cars (including SIR), NYCT has approximately 500 work cars. The work cars serve a variety of functions, including but not limited to: refuse collection; snow removal; track welding and crane operations.

For more than a decade NYCT has worked diligently toward replacing an aging car fleet  by purchasing new R142, R142A and R143 subway cars manufactured by Bombardier of Canada, and Kawasaki of Japan. A total of 1,842 cars were delivered and accepted between 2000 and 2004. Furthermore, NYCT awarded contracts to Alstom; taking delivery of 1,662 R160 passenger cars by June 2010. The new trains bring to New York City 21st century technology, comfort and reliability for its riding public.

Staten Island Railway passenger service was electrified in 1925 and the City of New York began providing an operating subsidy in the 1950's. In 1971, the City assumed ownership and leased the line to the MTA, which established the Staten Island Rapid Transit Operating Authority. While managed by New York City Transit, SIRTOA is a separate and distinct MTA subsidiary. There are 22 stations along a two track system that is 14.3 miles. It serves 22,000 daily customers with a fleet of 64 R44 passenger cars.

NYCT's new generation of subway cars is safer, more reliable, easier to maintain and user-friendly. Much of the equipment is positioned for easy access to inspections and repairs. The on-board equipment is the most modern available. NYCT requires that vendors supply cars that will consistently have a "Mean Distance Between Failure" (MDBF) of over 100,000 miles. [See figure 3-4 – *MDBF*]

Page 3-5





***Figure 3-4:*** *MDBF*

NYCTA-04559

<u>The new cars have many state-of-the-art features including</u>:

- A.C. (alternating current) traction motors that give greater reliability, performance, and enable train operators to monitor specified speed.
- Solid state propulsion controllers.
- Unitized air conditioners on cradles that can be lifted from within the roof so that repairs can be made without holding the car out of service.
- Lighter fabricated trucks with air bags that reduce wear, minimize repairs, and provide a gentler ride.
- Unitized master controllers that can be unplugged and replaced in a short period of time.
- Electronic brake packages to provide for comfortable, efficient and quieter braking. .
- Customer amenities such as: electronic strip maps; automated announcements; door-closing lights; intercoms; and folding seats at wheelchair locations.
- On-board diagnostic equipment to help identify malfunctioning, defective or broken components.
- Laptop computers to aid in the identification of suspect equipment and the exact car in which that equipment is located.
- Computer controls to reduce the number of train line circuits and thereby provide greater reliability.

In addition, NYCT has purchased new work train rolling stock that also employs state-of-the-art technology. A prime example is the 5-car unit vacuum train. This equipment was purchased to reduce the number of track fires by suctioning refuse and steel dust from the track bed. Two units are presently in operation.

NYCT operates 23 rail yards. The yards house (among other structures) fleet maintenance and/or overhaul shops/facilities, operations support centers, as well as infrastructure servicing and repair shops. Yard locations are necessary for storage of rolling stock (both revenue and non-revenue), non-revenue motor vehicles, maintenance equipment, and parts/supplies.

Depending on the location, a typical NYCT train yard may include the following structures:

- Maintenance Facility (Revenue)

- Overhaul Shop (Revenue)

- Work Equipment Maintenance/Overhaul Facility

- Track and Infrastructure Shop

- Wheel Truing Machine Shop

- Car Wash Facility

- Signal (Master) Tower

NYCTA-04560

NYCT has a total of 13 Revenue Maintenance Facilities, 2 Overhaul Shops, 1 Work Equipment Maint./Overhaul Facility, 12 Track and Infrastructure Shops, 7 Wheel Truing Machine Shops, 8 Car Wash Facilities and 26 Master Signal Towers.

NYCT's rail yards (listed below) are located in four of the five boroughs.  There are a total of 6 yards in the Bronx, 9 in Brooklyn, 4 in Queens, and 4 in Manhattan.

| Bronx: | Brooklyn: | Queens: | Manhattan: |
|---|---|---|---|
| 180th St. Yard | 38th St. Yard | Corona Yd. | 207th St. Yard |
| 239th St. Yard | Livonia Yard | Fresh Pond Yd. | 137th St. Yard |
| 240th St. Yard | Avenue X Yd. | Jamaica Yard | 148th St. Yard |
| Mosholu Yard | Canarsie Yd. | Rockaway Park Yd. | 174th St. Yard |
| Westchester Yd | Coney Island Yd. | | |
| Concourse Yard | East New York Yd. | | |
| | Linden Yard | | |
| | Pitkin Yard | | |
| | Stillwell Yard | | |

NYCTA-04561

### 3.3    Department of Subways (DOS) Structure and Responsibilities/Functions

DOS consists of 7 distinct divisions.  Each division is responsible for carrying out specific operations or maintenance functions that help ensure safe and reliable rapid rail transportation.



***Figure 3-5*:  *DOS Organizational Chart***

NYCTA-04562

### 3.3.1  Service Delivery



***Figure 3-6***:  *Service Delivery's Organizational Chart*



***Figure 3-7***:  *Service Delivery – Field Operations Organizational Chart*



***Figure 3-8***:  *Service Delivery – Rail Control Center & Support Organizational Chart*

Service Delivery is responsible for the provision of customer service relating to train operations.  Personnel are responsible for operating NYCT's fleet of revenue and non-revenue cars 24-hours a day / 7 days a week, serving 5.5 million customers on an average weekday and 1.2 billion customers over the course of a year.  The Division's primary mission is to ensure the delivery of safe, reliable, cost-efficient, around-the-clock rapid

NYCTA-04563

transit service.  A large share of its staff is comprised of Conductors, Train Operators, Train Dispatchers and Tower Operators.  Service Delivery personnel deal directly with customers from the time they board the train, travel to their destinations, and ultimately exit the system. Service Delivery employees interact with customers as a matter of course in order to enhance customer service and safety.

Service Delivery consists of two units, one of which handles day to day operations (managing NYCT's 24 individual subway lines).  The other handles the Rail Control Center and all operations support and planning functions.  These units are discussed in detail below:

- Field Operations

  Field Operations is comprised of five sections (see Figure 3-7).

  o Operating Units (Subdivision A and Subdivision B)  - Each of these operating units is headed by an Assistant Chief Transportation Officer who is responsible for overseeing all operations for the subway lines under his/her command, including crew assignments.  The 24 subway lines are grouped into Districts. Each District is led by a General Superintendent who administers activities specific to transportation and customer service for the District.  Line Superintendents assist each General Superintendent in carrying out his or her duties for specific lines.  The operating units are as follows:

    o Subdivision A
      ▪ Subdivision A includes the IRT or the numbered subway lines: 1, 2, 3, 4, 5, 6, 7, as well as the 42nd St Shuttle (S).
    o Subdivision B
      ▪ Subdivision B includes the BMT and the IND or the lettered subway lines: B, J/Z, L, M, N, Q, R, S (Franklin Shuttle) and the A, C, D, E, F, G and S (Rockaway Park Shuttle) lines respectively.

  o Capital Support and Planning (Subdivision C) is responsible for operating work trains and providing flagging for construction activities.  The section supports NYCT's Capital Program in order to enhance the completion of capital projects in a timely and cost effective manner.  Capital Support and Planning allows contractors to work safely, while minimizing disruptions to service regularity. Subdivision C also represents Service Delivery in the General Order planning process.

  o 7 Line Rehabilitation Program Manager - An extraordinary amount of right-of-way maintenance and capital investment is programmed for the #7 Line beginning in early 2011.  In order to assure effective interdepartmental coordination and enhanced customer communication and public outreach, the 2011 reorganization of the Department of Subways included the assignment of an Assistant Chief

NYCTA-04564

Transportation Officer to oversee these efforts.  The efforts include the day to day operation of the line.

- Rail Control Center & Support

  Rail Control Center & Support is comprised of four sections (see figure 3.8) that manages the Rail Control Center, develops and maintains Service Delivery's operating rules, policies and procedures.  The section handles the Division's operations analysis, planning, and emerging customer service technology.

  o The Rail Control Center (RCC) acts as the "nerve center" for the Department of Subways.  The RCC's team works around-the-clock, monitoring train movement throughout the entire system, and coordinating the response to all emergencies and major service disruptions that occur.

    During an emergency, the RCC also coordinates the interaction among the numerous departments and outside agencies that must work together to get the situation resolved.  RCC operations include the following critical activities:

    - Emergency Management
    - Service Monitoring and Control
    - Service Delay Management
    - Customer Communication Coordination

  o Methods and Procedures is responsible for developing and maintaining operating policy and procedures.  This includes operating directives, bulletins and training programs.  The section is also responsible for all aspects of customer service: public address and on-board service announcements including the scripts that crews use during revenue service, and the application of new and emerging technologies to enhance the customer experience.  Finally, as part of the of the federal IESS/C3 program that monitors and tracks potential threats to the security of the system security, one of the newer function of the section is the monitoring of the system's 561 CCTV cameras and maintaining related statistics and history.

  o Performance Analysis is responsible for compiling and reporting service performance statistics such as: On Time Performance, Wait Assessment, and Mileage for internal consumption and for the MTA Board.  The section also generates operating statistics and performance data to support a multitude of performance improvement initiatives.

  o Operations Development is responsible for all the electronic systems that support the Rail Control Center.  The section is also engaged in the development of future operating plans, making maximum utilization of investments in central monitoring and control capability and new signal technology.

NYCTA-04565

### 3.3.2   Maintenance of Way



***Figure 3-9*:  *MOW's Organizational Chart***

MOW is comprised of six (6) operating subdivisions, as outlined in Figure 3-9 and described in detail below:

- **Track**

  Track personnel strive to provide a safe, reliable, orderly customer orientated track system.  Track is tasked with the responsibility of maintenance and repair of all track-ways and related equipment.

  The Track section is made up of the following 5 groups:

  o  Subway Maintenance

    Major responsibilities include:
    ▪  Inspecting and maintaining all subway and yard track and switches.
    ▪  Vacuum Train operations.
    ▪  Providing system-wide emergency response.

NYCTA-04566

- o System Maintenance

  Major responsibilities include:
  - Inspecting and maintaining all track and switches located on elevated and open cut sections throughout the system.
  - Providing system-wide emergency response.

- o Track Construction

  Major responsibilities include:
  - System-wide track construction activities.
  - Track fabrication activities.
  - Transporting track materials and equipment.
  - Removal of track debris from train yards.
  - Managing Track's Capital Program.
  - Assisting in emergency response activities, as required.

- o Third Rail

  Major responsibilities include:
  - System-wide inspection and maintenance of contact rail and appurtenances (including cables from breaker houses to field locations).
  - Providing system-wide emergency response.

- o Planning and Technical Field Support

  Major responsibilities include:
  - Collecting and maintaining the Track Defect Database.
  - Scheduling Track General Orders (G.O.s).
  - Providing budgetary, administrative, architectural support to the other groups within the Track section.

- o **Infrastructure**

  Infrastructure personnel are tasked with the responsibility of maintenance and repair of the structural elements of the Right-of-Way, buildings, facilities, structures and related equipment.

  The Infrastructure section is made up of the following groups:

  - o Structures & Facilities

    Major responsibilities include:
    - Building and facility maintenance.
    - Structural maintenance.
    - Maintaining stand pipe systems.
    - Iron Operations (repairing steel components of the subway system).
    - Concrete pouring for track construction activities (capital projects).
    - General maintenance activities.
    - Tunnel & Yard Lighting

Page 3-14

NYCTA-04567

- Subway grouting activities.
- Hydraulics maintenance (including 780 pump and 57 ejectors to prevent flooding of the subway system).
- Maintaining emergency exit alarms.

o    Infrastructure Capital Construction (ICC) Heating and Air Conditioning

Major responsibilities include:
- Facility stairway replacements.
- Employee crew quarter rehab projects.
- Emergency exit and substation hatchway replacements.
- Installing tunnel lighting.
- Managing Public Address/Customer Information Signs (PACIS).
- HVAC (Heating, Ventilation, and Air Conditioning) maintenance.

- **Electrical (Power and Signals)**

  It is the mission of the Power section to plan, manage, operate, maintain and build a safe, effective and efficient electrical power supply system for the furnishing of a continuous, reliable and adequate supply of required electrical energy for the operation of the NYCT's subway system.  In order to uphold this mission, the section ensures proper maintenance and operation of the following equipment:

  - 216 Traction Power Substations
  - 362 High Voltage Power Transformers/Circuit Breakers
  - 222 High Water Indication Circuits
  - 338 Interphase Transformers
  - 13 Lead Sheath Protection Circuits
  - 10 Mercury Arc Rectifiers
  - 3,500 Overhead & Underground Cables (Miles)
  - 7,500 Power Manholes
  - 1,600 'Rail Alive' Boxes
  - 23,500 Relays
  - 222 Automatic Transfer Switches
  - 215 Battery Chargers
  - 61 Cable Sheath Panels
  - 1 Cathodic Protection System
  - 1,343 D.C. Feeder Breakers
  - 129 D.C. Bus Ties
  - 410 Door Indicators
  - 117 Electrolysis Drain Circuits
  - 10 Electronic Uninterrupted Power Supplies
  - 181 Emergency Alarm Panels
  - 180 Fiber Optic A.C. Units
  - 510 Fiber Optic Cable (Miles)
  - 28 Frequency Converters

NYCTA-04568

The Power Operations (PO) group is responsible for the operation of NYCT's 216 power substations, in Brooklyn, Manhattan, Queens and the Bronx, which convert high voltage alternating current (A.C.) to direct current (D.C.) traction power. The group controls the delivery of the 650 volt D.C. to contact rails throughout the transit system and monitors (24/7) power feeds via the computerized 'Supervisory Control and Data Acquisition' (SCADA) system. The group also performs critical safety tests, inspections, and secures traction power feeds to allow any work along the right-of-way to be performed safely.

The Power Section's Electrical Maintenance (EM) group is responsible for the operational quality of the electrical infrastructure required for transporting and monitoring the transit system's electric power. The group tests, maintains and repairs power and communication cables. Utilizing a computerized maintenance management tracking system, work orders are generated for all deficiencies, prioritized, and completed in compliance with system needs in order to minimize threats to the reliability of traction power delivery.

o   Signals

Signals mission is to plan, manage, test, inspect, repair, renew and maintain signals, train detection circuits, automatic train stops, switch lock movements, interlocking plants, electronic train control systems, electric/ compressed air power networks and allied equipment to provide safe and reliable signal train control systems for NYCT and the riding public.

Signals is responsible for maintaining the following equipment:

| DIVISION OF SIGNALS | |
|---|---|
| SIGNAL ASSETS | NUMBER OF UNITS |
| Enclosures/Rooms | 667 |
| Air Supply Compressor Rooms | 47 |
| Air Supply Compressors | 134 |
| Interlockings | 201 |
| Interlocking Racks | 7,050 |
| Solid State Interlocking | 1 |
| Signal Relays | 350,000 |
| Mainline Switches | 1,605 |

Page 3-16

NYCTA-04569

| | |
|---|---|
| Yard Switches | 941 |
| Model – 3 Switches | 567 |
| Model – 4 Switches | 13 |
| Model – 5 Switches | 1,082 |
| Air Switches | 847 |
| Power Operated Track Switches | 2,546 |
| Derailers | 10 |
| Platform Gap Fillers | 37 |
| Bridge Detection Equipment | 2 |
| Maintainer Control Panel | 76 |
| Signal Power Distribution Rooms | 54 |
| Power Locations | 771 |
| Contact Rail Indicators | 1,000 |
| Signals with Stops | 10,790 |
| Signals Without Stops | 892 |
| Spring (Air) Stops | 2,122 |
| Induction Stops | 1,349 |
| Capacitor Stops | 6,624 |
| Cut – Sections | 3,375 |
| Smoke Fire Detection System | 37 |
| Storage Batteries Sets | 410 |
| Ground Detector Apparatus | 1,963 |
| Train Detection Track Circuits | 13,452 |
| Code Control Systems | 95 |

NYCTA-04570

| Event Recorders | 197 |
|---|---|
| Train Annunciators | 263 |
| Speed Enforcement Systems & Components | 318 |
| CBTC Equipment | 376 |
| Programmable Logic Controller's | 291 |

- **Electronics Maintenance is comprised of the following sections:**

  o  Central Electronics Shop (CES)
  CES - performs repairs and modifications to various electronic modules and repairable components which are used in subway car and bus systems.  In addition the Central Electronic Shop performs repairs on repairable components which are used in Communications, Automated Fare Collection,  CCTV systems.  The Central Electronics Shop re-engineers obsolete electronic modules, researches replacement obsolete electronic parts and/or manufactures components which are no longer available but are required for NYCT systems in use.

  o  Automated Fare Control and Bus Electronics
  The mission of the AFC section is to provide NYCT customers with a fare collection system maintained at the highest levels of safety, availability and reliability.  AFC is responsible for installation, testing and maintenance of all NYCT fare collection equipment.  The subdivision additionally provides installation and reconfiguration services for station rehabilitation programs and changes to station operations.

  Also responsible for the maintenance and repair of the bus radio system, destination signs and bus depot CCTV and PA systems.

  o  Telecommunications
  Responsible for the maintenance and/or repair of the NYCT fiber optic and SONET networks; PBX (Private Branch Exchange) operations, data network devices (routers, servers and hubs), communication service centers emergency Alarms/emergency telephones and Public Address and Public Address/Customer Information Systems (PA &PA/CIS), Fire Suppression Systems, Emergency Booth Communication Systems (EBCS), Total Flooding Fire Extinguishing System (TFFES), Customer Assistance Intercoms (CAI) /Help Point Intercom (HPI), Subway Radio System(RTO) and Police Radio System, Closed Circuit Television Systems (CCTV), Access Intrusion System.  The subdivision is also responsible for the daily operation, configuration management, circuit assignment, monitoring and maintenance of NYCT's fiber optic networks.  Fiber and cable network planning, contract compliance inspections and testing of network devices are the responsibility of the subdivision.

Page 3-18

NYCTA-04571

- **MOW Engineering**

  Engineering personnel provide professional engineering and technical support to the operating sections of Track/Infrastructure, Electrical (Signals and Power) and Electronics Maintenance. Support is provided for day to day maintenance activities as well as the planning and design of major reconstruction through both in-house and Capital Projects. The staff is committed to safe and efficient work practices with the objective to deliver safe, reliable and cost effective designs, equipment, and procedures. Engineering is comprised of the following 7 subsections:

  o Electrical Engineering (Signal and Power Engineering)
    Responsible for engineering functions pertaining to Power Operations, Signal Operations and New Technology Signal Operations.

  o Track Engineering
    Responsible for engineering design, evaluation and promulgation of standards for NYCT's entire track system. The subsection is further subdivided into groups that provide quality assurance, field support, cost estimation/project management and control and track geometry car inspections. Control functions are managed by means of computer software, hand written forms, work procedure documentation and directives of supervision.

  o Infrastructure Engineering
    Responsible for infrastructure inspections, electro-mechanical engineering tasks, code compliance review, structural inspections, as well as the upkeep of shops and yards.

  o Contracts (Operating and Capital Contracts)
    Develops and administers numerous operating contracts, such as: painting of structures, concrete delivery, procurement and delivery of heating fuel, and performs inspections of operating construction projects and third party construction work.

  o Office Planning, Design & Construction
    Plans and administers space allocation for all properties owned and leased by NYCT. The subsection also oversees the relocation of NYCT personnel

  o Inspection & Emergency Response
    - Inspection staff assesses structural work performed by both in-house personnel and contractors.
    - Emergency Response staff is dedicated to the remediation and control of unusual occurrences and emergencies in concert with other divisions and departments.

  o Systems Planning & Integration

NYCTA-04572

Responsible for providing telecommunications/technology engineering services in support of new Capital Program technology initiatives to ensure they are transitioned into current NYCT operations and maintenance organizations.

- **Escalator & Elevator (E&E)**

  E&E personnel are tasked with the responsibility of the maintenance, repair and inspection of 270 elevators, 191 escalators, 2 power-walks, the South Channel Swing Bridge and all related equipment located throughout NYCT's system.

### 3.3.3  Car Equipment



***Figure 3-10***:  *Car Equipment Organizational Chart*

The Division of Car Equipment is comprised of the following subdivisions:

- A and B Division Maintenance Shops

NYCTA-04573

Maintenance shop employees are responsible for managing and maintaining NYCT's existing fleet of rolling stock. NYCT operates 14 maintenance shops (not including SIR). Shop personnel strive to achieve excellence in providing a safe, convenient, comfortable, reliable, cost-effective, responsive and customer-oriented public transportation system.

Maintenance shop work falls into four major categories: (1) scheduled inspections; (2) unscheduled maintenance; (3) SMS (Scheduled Maintenance System) replacement cycles and (4) car appearance/car wash scheduling. Cars receive a scheduled maintenance inspection per the work manuals for the various car classes. Maintenance teams check and service/repair or replace components. Each team inspects two cars a day and is responsible for the same cars over a period of time. Maintenance shop personnel perform unscheduled maintenance (including special projects and modifications) on cars that have defects identified by Service Delivery employees which need to be addressed.

SMS is a proactive maintenance program that is designed to replace components prior to their failure. It follows a periodic component renewal/replacement schedule (4, 5, 6, 6.5, 7 and 13-year cycle) that restores aging major components before failure - over a revenue car's useful life. All four-year cycle work is carried out at the maintenance shops.

Each of the maintenance shops supports an intensive 'Car Appearance Program'; ensuring that customer amenities such as correct signage, adequate lighting, operative PA systems, operative HVAC systems and working doors are present before cars go into service. Employees perform an average of 4,500 car washes each week at eight car wash facilities. Fifty-two car cleaning facilities (located in stations and yards) help keep cars in service; clean and graffiti-free.

Six-year and twelve-year cycle work is carried out at the two overhaul shops located at Coney Island and 207th St. in Manhattan. The overhaul shops are discussed below.

- Overhaul Shops

The Overhaul Shops remanufacture and repair railcar components and assemblies including electric motors, pneumatic equipment, wheels, axles and trucks, as well as electrical components (other than motors). The shops also carry out major car body repair and unscheduled large component change-outs, car painting and special projects. Special Projects include the maintenance, inspection and repair of historic railcars housed in the Transit Museum and modification of older revenue cars for special events (such as movie productions). The two overhaul shops are located at the 207th Street and Coney Island Yards. The Pelham Locomotive Repair Shop, which repairs work trains, is located at Westchester/Pelham Yard (in the Bronx) and falls under the administration of the Overhaul Shops Division.

NYCTA-04574

DCE's SMS program has been an integral component for the improvement of fleet performance. The purpose of SMS is to systematically replace components before they fail. The six and twelve-year work cycles include (among other things): overhauling the air brake system's brake valve; overhauling the electric portion and gauging the mechanical coupler; overhauling the master controller; overhauling the converter; performing car body work (including new flooring, door hangers/tracks and threshold plates); overhauling the HVAC system; as well as overhauling the truck frame and propulsion system components. The SMS program has greatly reduced the frequency of failures of equipment while in revenue service.

A key indicator of how effectively the SMS program is working involves the analysis of MDBF (Mean Distance Between Failure) data (refer to Figure 3-4). In 1989, when SMS was started, the 12 month MDBF was 22,000 miles. By 2005 MDBF had increased to 178,000 miles. Beginning in 1984, the subway car fleet became renewed through the complimentary program of GOH (general overhauls) and the purchasing of new cars. A total of 4,030 cars were remanufactured through the GOH. In 1992 the fleet was declared to be in a 'state of good repair' (SOGR) when the last R44 car went through the GOH program. The SOGR status has been maintained ever since.

o   The Coney Island (C.I.) Overhaul Shop, situated within NYCT's C.I. Yard (in southern Brooklyn), is the largest subway car repair shop in North America. The Yard itself consists of 25-acres of buildings within a 74-acre property. The C.I. Overhaul Shop is comprised of various support shops, including:
    ▪ Plant Maintenance
    ▪ Machine Shop
    ▪ Sheet Metal Shop
    ▪ Blacksmith Shop
    ▪ Wood Mill
    ▪ Sign Shop
    ▪ Car Wash
    ▪ Traction Motor Shop
    ▪ Small Motor Shop
    ▪ Shoe Beam Shop
    ▪ Battery Shop
    ▪ Pneumatic Shop ( Association of American Railroads certified)
    ▪ Car repair Shop
    ▪ Paint Shop
    ▪ Wheel & Axle Shop (A.A.R. certified)
    ▪ Journal Bearing Shop (A.A.R. certified)
    ▪ Truck Shop
    ▪ Wheel Truing
    ▪ Special Projects and Equipment

o   The 207th Street Overhaul Shop is located in northern Manhattan between 10th Avenue and the Harlem River. It extends from 207th Street to 215th Street and covers approximately 43 acres. The property is shared by other Transit facilities,

NYCTA-04575

namely the 207th Street Maintenance Shop, the 215th Street Signal Shop and several Storerooms.  The Overhaul Shop performs jobs that the maintenance shops are not equipped to perform.  This includes jobs outside of the normal preventive maintenance or repairs that require either specialized skills or equipment.  These "running repair" jobs consist of repairing cars damaged by collisions, derailments, floods, fires or other special projects which all must be completed.  The 207th Street Overhaul Shop is comprised of many separate but interrelated support shops. These shops include the following:

- Car Repair Shop
- Electric Component Shop
- Truck Shop
- Brake Rigging Shop
- Plant Maintenance & Support Shops
- Machine Shop
- Sheet Metal Shop
- Carpentry Shop
- Blacksmith Shop
- Modular HVAC Repair Shop

- Engineering and Technical Support

Car Equipment Engineering is the technical subdivision of the Division of Car Equipment.  The section provides support to the maintenance and overhaul shops and other DCE subdivisions in monitoring and resolving equipment performance issues, while ensuring maintenance and material standards are set, including the development and update of the SMS program.  In addition it is responsible for the specification, procurement, and acceptance of new passenger rail cars and work cars and locomotives, the maintenance of work manuals, specification of replacement parts, qualification of parts suppliers.

The unit is also responsible for the following:

o   performing project management of new car procurement programs (including technical specification development);

- Emergency Response / Work Equipment / Road Operations

Emergency Response is responsible for monitoring all rolling stock (Revenue & Non Revenue) running in the system 24 hours a day, 7 days a week, 365 days a year from their facility in the Rail Control Center.  They respond to breakdowns, derailments, collisions, weather related emergencies and other unusual occurrences from 43 locations throughout the system and 6 EDV's dispatched from their Greenpoint facility in Brooklyn.  They respond to 23,000 Requests for Assistance (RFA) annually.

NYCTA-04576

o Work Equipment is responsible for the maintenance and inspection of more than 547 pieces of equipment. This work is performed at three locations, Westchester Locomotive shop, Coney Island Overhaul shop and 207th Street Overhaul Shop. The fleet consists of the following equipment;

N.Y.C.T. Car Equipment – Work Equipment Roster

| Car Description | Car Number | Contract Numbers | # of Cars | Year Built | Converted | Life Yrs |
|---|---|---|---|---|---|---|
| Ballast Reg. | BR-02, 04 | R172 | 3 | 86/89 | N | 20 |
| Crane Cars | C211-80 C281-92 | R53, 61, 73 R102, 113, 163 | 39 | '73-90 | N | 25 |
| CWR Handlers | CCR01-8 DCR01-8 ACR01-8 BCR01-8 | R17, 21, 22 R157 | 32 | 89 | Y | 10 |
| De-Icer | RD340-4 RD440-1 | R17, 21, 22 R33 | 8 | | Y | 10 |
| Flat Cars | F116-638 F640-716 | R20, 48, 49 R51A/B, 58 R72, 101, 141 R157 | 174 | 56-08 | N/Y | 30 |
| Flat Cars Ref. | RF01-27 | R58 | 27 | 83 | N | 25 |
| Hopper Cars | H280-97 H310-19 | R80, 116 | 28 | 83/88 | N | 30 |
| Loco Electric | EL01-10 | R77E | 10 | 83 | N | 35 |
| Loco Diesel | 0050-82, N1-2, L883-909 L912-39 | R37, 41, 43, R47, 52, 77, R120 R156 | 90 | 66-07 | N | 35 |
| Pump Car | PC01-03; PF219-20 | R65 | 3 | 89 | N | 35 |
| Reach | P6835-7629 | R21 | 9 | 88 | Y | 15 |
| RAT Car | 8429, 558, 885 | R30, 33 | 3 | 97 | Y | 10 |
| Rail Grinder | RG101-03 | R140 | 3 | 08 | N | 15 |
| Refuse Coll. | EP001-18 | R127, 134 | 18 | 90-95 | N | 40 |
| Rider Cars | RD400-41 | R33m | 39 | 04 | NYCT | 10 |
| Signal Supply | S01-02 | R74 | 2 | 84 | N | 35 |

NYCTA-04577

| Car Description | Car Number | Contract Numbers | # of Cars | Year Built | Converted | Life Yrs |
|---|---|---|---|---|---|---|
| Snow Removal | JB001-4 | N/A | 4 | 78-81 | N | 20 |
| Snow Thrower | ST201-02 ST301-08 | R146, 22 R190 | 12 | 04/06 | N | 20 |
| Tampers | TP236-39 | R148 | 4 | 03 | N | 10 |
| Tank | T204-06 | R66 | 3 | 83 | N | 35 |
| Track Geo. | OTG01-04 | R59, 63 | 4 | 84/88 06/07 | N | 15 |
| Vacuum | VT101-105 | R137 | 10 | 97/00 | N | 35 |
| Weld Car | W301-02 | R56 | 2 | 81 | N | 35 |
| Work Motors | 9307-45 13494-695 | R33s R32 | 29 10 | 04 | Y | 10 |

o **Road Operations** is responsible for performing pretrip inspections system-wide on all work trains going into service daily. The unit performs 15,000 pretrip Inspections yearly. They are also responsible for all emergency calls regarding work equipment. This includes Derailments, Floods, Snow Storms and any unusual occurrences. Additionally they handle the removal of all obsolete rolling stock and assist with the delivery of new rolling stock.

- Facilities, Industrial Certification & Investigations

**Facilities:** Manages all DCE's facilities capital projects for the rehabilitation or reconstruction of overhaul and maintenance facilities, car washers, car cleaning facilities (in yards), Road Car Inspector (RCI) quarters and the expansion of railcar storage yards. The group performs monitoring/tracking maintenance of over 5,000 pieces of shop equipment, the Implementation the Facilities Maintenance Plan (MP2) system in all DCE shops, and Technical specification development for shop equipment. They perform contract management for shop equipment and Review/manage service contracts and purchases. Direct the DCE Association of American Railroads (AAR) certification program at the Coney Island Overhaul Shop.

**Chemical Products:** Responsible for review and evaluation of all chemical materials and products specified/proposed for the entire subway car fleet. Direct the DCE waste management program to reduce the use of hazardous and industrial products to minimize their disposal and assure required reporting state and federal regulatory agencies. The group is the Divisional representative for NYCT Chemical Safety evaluation and approval. They resolve violations/penalties issued against DCE maintenance/overhaul facilities by oversight agencies {e.g. Fire Department New York (FDNY), NYS Department of Labor (DOL), NYS Department of Environmental Conservation (DEC), U.S. Environmental Protection Agency (EPA).}

NYCTA-04578

<u>Car Accident Investigations & Testing:</u>  Investigates all railcar safety-related incidents to make recommendations and develop action plans to preclude their recurrence including modification to safety/work procedures and altering of railcar/safety operations.  The group conducts track testing of existing railcar fleet to assure NYCT performance criteria is satisfied and meet reliability, maintainability, safety requirements for internal and external customers.  Compile, interpret and forward carborne data/event recorder records involving serious customer injuries to the Torts Division, Law Department.  Assess division's conformance to in-house, federal and state regulatory requirements.  Disseminate safety rules and DCE-specific safety guidelines.

- Quality Assurance & New Car Warranty (NCW)

  QA & NCW's policy is "To effectively meet customer requirements by providing services that enhance their ability to provide safe, dependable and reliable public transportation in an atmosphere of continual improvement."  New Car Quality Assurance develops and manages Quality Assurance/Quality Control program for new subway cars, including inspection services during production to ensure standards of workmanship, quality of materials, and conformance to engineering standards and specification are adhered to.  In addition, the group also develops and manages a qualification and acceptance program in order to commission new subway cars for both 'A' and 'B' Divisions.  QA & NCW  provides the following services:

  - Gage Maintenance Services.
  - Material/Parts Inspection Services.
  - Managing Rolling Stock Maintenance Information Systems (RSMIS).
  - Maintenance/Overhaul Audit Services.
  - Shop Safety and Procedure Audit Services.
  - System Audit Services.
  - Supplier Audit Services.
  - Warranty Administration Services.
  - Data Services.

- Maintenance Support & Scheduled Maintenance System (SMS)

  <u>The Maintenance Support section is responsible for the following</u>:

  - providing technical support for maintenance shops;
  - maintaining standards and procedures related to rolling stock maintenance (including SMS workscopes);
  - establish and maintain all commodity number material for the entire fleet.

NYCTA-04579

### 3.3.4   Station Environment & Operations



***Figure 3-11:  Station Environment & Operations Organizational Chart***

The Division of Station Environment and Operations is responsible for providing clean, orderly, and well-maintained subway stations for customers and employees alike.  Stations' employees cover a wide array of occupations, such as: Cleaners; Station Agents; Painters; Carpenters; Plumbers; Masons; Electricians; Tinsmiths and other Professional & Technical as well as administrative titles.  Station Environment and Operations is comprised of six subdivisions as described below:

o   Field Operations North and South
These two subdivisions are responsible for the daily operations within the station confines at 468 stations, providing a clean and well maintained station environment for our customers.  They are also responsible for cleaning subway cars at terminal stations.  Daily operations consist of station cleaning, fare media sales, customer service and terminal car cleaning.  The North consists of 218 stations in Manhattan and the Bronx and the South consists of 250 Stations in Brooklyn and Queens.

NYCTA-04580

o  Station Environment Maintenance
Station Environment Maintenance plans, organizes, directs and controls work associated with carpenters, masons, tinsmiths, plumbers, painters, and ventilation & drainage to provide well maintained and safe surroundings for both customers and employees alike.  Stations Environment is responsible for maintaining:

- 468 stations (Structures and Lighting)
- Graffiti removal (within 72 hours)
- Lighting rooms
- Subways ventilation bays (inside/outside station and related street level gratings)
- Station drains
- Station safety painting (rubbing boards, stairway risers)
- Overhead inspections
- Standpipe column base
- Wash/Re-lamp

o  Specialized Cleaning – comprised of three units:

- Refuse Operations - Responsible for system-wide refuse collection utilizing both specialized refuse collection trains and refuse compactor trucks. Collect 14,000 tons of trash annually (recycle 50%).
- Mobile Wash - Utilizes a fleet of 84 specially designed trucks to perform heavy duty cleaning and sanitizing at all underground stations.  This self-contained equipment allows for operation regardless of the lack of water and power in many locations.
- Enhanced Cleaning (Track Tile) - Washes the ceramic track tile walls at 131 stations throughout the New York City Transit system.

o  Quality Assurance & Operations Support – comprised of five units:

- Rail Control Center (RCC)/ Operations Support & Assignment Center (OSAC) - Responsible for quickly disseminating and communicating information to help mobilize our personnel and coordinate our response with other departments and city agencies in all emergency situations and monitoring the Emergency Booth Communications System (EBCS) and Six Wire. Also responsible for tracking attendance of "O" Stairways/Escalators and Easement Areas, the "O" stairways and escalators are privately owned and are maintained by the private buildings.  They are usually located on street level (escalators within station confines).  Easement Areas are privately owned areas surrounding stairways and/or street level mezzanines.  Any defects and/or litter should be reported to the owner/building immediately.  There are over 5,000 Station Environment personnel to ensure that station agent and cleaner jobs are covered, preparing routine operational bulletins and memorandums, coordinating all general orders and special events, and scheduling deliveries of various types of fare media for all station service booths.
- Station Signage - Manages the installation, maintenance and replacement of signs on station platforms, mezzanines, entrances, exits, booths, etc. including

Page 3-28

NYCTA-04581

the installation of Braille signs at all 468 stations.  Station Signage also produces and installs a variety of signs for other divisions and departments within NYC Transit.

- Station Programs - Manages all aspects of Capital work for the Division of Station Environment & Operations including work impacting stations performed by other agencies and private developers.  Work involves review of polices, procedures, scopes, designs and construction phasing as they impact station operations and maintenance.

- Engineering Technical Field Support - Develops and tracks the operating budgets, reported defects, material needs, maintenance schedules and inspection/preventive maintenance cycles and also provides estimating and engineering services to maintenance forces and prepare monthly reports on graffiti, production and performance goals.

- Quality Assurance - Independently reviews and critiques work performed by Station Environment & Operations personnel (Station Cleaning, Maintenance and Customer Service) assuring departmental standards are being maintained. Also performs station inspections throughout the entire system, records results of inspections, computes percentages of defects recorded and other statistical measures as well as prepares inspections and departmental reports.

o Support Services – Comprise of Three Units
- Work Experience Program (WEP) - Under this program the Division of Station Environment & Operations in coordination with NYC HR assigns public assistance recipients to supplement routine Station Cleaning and Terminal Car Cleaning system wide.  The purpose of this program is to provide a supportive environment in which participants can gain work experience while improving the quality of life in the New York City Subways.

- Homeless Outreach – Acts as a liaison with MTA/ Connections in connecting the homeless to medical, psychological or substance abuse treatment and shelter.

- Fleet Services – Manages the day-to-day operations for the Executive car fleet.

## 3.3.5   MTA – Staten Island Railway

NYCTA-04582



***Figure 3-12***:  ***Staten Island Railway Organizational Chart***

The MTA took control of the Staten Island Railway (SIR) in 1971.  The railway had previously been a subsidiary of the Baltimore & Ohio Railroad.  Although SIR is a division within DOS, it is run much like an independent railroad.  SIR has a total of 64 rail cars (revenue) and 22 stations.  The railway consists of a single train line (primarily a 2 track system), extending 14 miles from the borough's southern-most section all the way to its northern-most tip.  The railway runs completely aboveground; essentially dividing the island in half (see figure 3-3).  SIR does not link-up with any other NYCT subway line, but rather provides connection to the Staten Island Ferry (offering service between S.I. and Manhattan – across New York's Harbor).  Much like the subway system servicing the other four boroughs, SIR is a 24-7 operation.  Routine maintenance activities for the railway are carried out at the division's two yards (Tompkinsville Yd. and Clifton Yd.); both located within the borough of Staten Island.  Overhauls, however, are performed at the C.I. Shop.

### 3.3.6   Operations Support/Administration

NYCTA-04583



***Figure 3-13:*** *Operations Support Organizational Chart*

The division is responsible for the following:
- o   Managing the operating and capital budgets for the division, and providing contract management support.
- o   Providing department-wide human resources, finance, and administrative support.
- o   DOS Operations Support and Safety (DOS Safety) addresses safety related issues facing DOS employees and NYCT customers in coordination with OSS

- DOS Safety is primarily responsible for addressing safety related issues facing DOS employees as well as NYCT subway customers by coordinating with OSS and assisting in the implementation of safety policies and procedures

Additional responsibilities include the following:
- o   Providing sound safety related guidance and support to all DOS divisions/groups/lines and personnel.
- o   Implementation of safety policies and procedures
- o   Acting as a critical link between DOS divisions/groups/lines with internal and external regulatory units/agencies that monitor the Department's compliance with NYCT rules/regulations, P/Is, and federal, state and local laws/regulations.
- o   Developing safety publications for DOS.

Page 3-31

NYCTA-04584

- o   Enforcing safety rules and regulations.
- o   Ensuring the proper use of personal protective equipment (PPE), and the safe operation of vehicles and other equipment.
- o   Conducting internal safety audits (announced and unannounced).
- o   Conducting job task hazard assessment surveys in order to determine the necessary PPE for specific tasks/duties.
- o   Procuring PPE and other safety-related equipment (e.g., flashlights), and distributing the items to employees.
- o   Ensuring that DOS employees are scheduled to attend their mandated safety training and periodic medical examinations; as required.
- o   Maintaining all safety related reports.
- o   Maintaining Employee On-the-Job-Injury-Reports and providing recommendations in order to inhibit the recurrence of similar incidents.
- o   Supporting employee availability efforts by managing all long term illness and injury cases to expedite employees' return to duty.
- o   Investigating potentially hazardous conditions (e.g., chemicals, lead, asbestos, excessive noise).
- o   Ensuring that all chemically based materials are safe and effective through product evaluation and commodity management.
- o   Participation in NYCT Safety Committees.
- o   Supporting emergency response efforts.

NYCTA-04585

### 3.3.7 Capital Programs



***Figure 3-14:*** *Capital Programs Organizational Chart*

The Capital Programs Office coordinates and oversees all capital improvement projects and programs sponsored by the Department of Subways' various operating divisions, including Staten Island Railway.  This effort encompasses the development of Subways' long-term 20 Year Capital Needs Assessment, the management of the Unified Capital Asset Inventory Database, the planning and budgeting of each 5-Year Capital Program, and the analysis and oversight of all individual projects from the Master Plan phase through Final Acceptance. The responsibilities of the Capital Program are broken down into the following areas:

- o  Program Management, Analysis, and Oversight
- o  Strategic and Long-Range Planning
- o  Coordination of Capital Investments for all asset categories, e.g. Cars, Track, Telecommunications
- o  Agency Liaison for MTA-CC Managed Projects including, Lower Manhattan Infrastructure Improvements, 2nd Ave Subway, #7 Line Extension
- o  Agency representative for the planning and development of the Security Program
- o  Employee Facilities/Consolidation/Coordination
- o  Oversight and coordination of the development of the Force Account estimation process, which establishes all support costs for capitally funded projects

To carry out these responsibilities, the Capital Programs Office works collaboratively with the various Subways' divisions to identify and prioritize capital needs.  Over the course of a project, Capital Programs is the liaison between divisional project sponsors and the

NYCTA-04586

Department of Capital Program Management or the MTA-Capital Construction Company. Additionally, the Capital Programs Office works directly with the Divisions of Track and Car Equipment on planning, managing, and funding the Capital Track and New Cars programs. In addition, Capital Programs works directly with Infrastructure Capital Construction (ICC) in the planning and development of other in-house sponsored/managed capital projects.

## 3.4    Integration of Safety Management

NYCT's safety function is thoroughly integrated throughout the agency via the delegation of safety responsibilities - as documented and outlined in NYCT's Safety Policy (see P/I 10.1.5, attachment to Section 1). NYCT's Safety Policy displays the fundamentals of the agency's safety function and its strong commitment to providing a safe workplace for employees and a safe transportation system for its customers. OSS interfaces with all departments, and thus reinforces the necessity for each division within each department to adhere to the policy.

NYCT's SSPP for Subways has been developed by OSS with valuable input provided by the individual divisions within DOS. The plan serves as a blueprint for the integration of the safety function throughout every section of the agency, whereby the safety function is incorporated into all operations and activities of NYCT.

## 3.5    Lines of Authority Used to Manage Safety Issues

NYCT's President is ultimately accountable for the agency's safety program. The President delegates authority for safety related issues and responsibilities (including environmental compliance) to the Vice President of OSS, as well as to DOS Executive Leadership. The Executive Leadership instructs senior managers to include safety requirements, responsibilities and objectives within the work plans of mid and lower level managers – who in turn ensure the same regarding the work plans of supervisors under their direction. Managers and supervisors are held accountable (via performance evaluations) for carrying out operational and maintenance objectives consistent with NYCT's mission and in a manner that ensures the safety of passengers and personnel. Safety performance is measured through the monthly tracking and reporting of indicators, such as employee and passenger injury rates.

The Vice President of OSS is responsible for overseeing the development of the agency's safety policies and programs. The Senior Vice President of Subways (along with divisional management/supervision) is responsible for implementation and enforcement of NYCT's safety program, as well as adhering to a sound environmental management strategy.

OSS is the focal point of all NYCT safety-related activities. OSS staff members provide technical support to DOS personnel to ensure compliance with the all elements of the SSPP when: addressing safety concerns of employees and passengers; investigating accidents; identifying safety hazards (via internal reviews and audits/inspections); providing recommendations and developing corrective action plans; tracking the implementation of corrective actions; and reporting findings to executive staff.

NYCTA-04587

With OSS oversight, NYCT implements its safety program via a clear, concise and organized chain of command.  The Sr. Vice President of Subways delegates safety responsibilities to the Department's upper level managers (e.g., Vice Presidents/Chief Officers, GGMs and LGMs), who in turn allocate authority to mid/lower level managers and supervisors who directly oversee hourly personnel.  Hourly staff are responsible for obeying all applicable NYCT work rules and policies; including those pertaining to safety, and environmental and occupational health.  NYCT's methodology assures a free flow of information that aids in providing clearly defined roles and responsibilities for all employees to adhere to.

NYCTA-04588

## SECTION 4: SSPP CONTROL AND UPDATE PROCEDURES

### 4.0     Annual SSPP Review

The System Safety Program Plan (SSPP) is reviewed annually to;

- Incorporate modifications required by the Public Transportation Safety Board (PTSB)
- Incorporate changes in management
- Incorporate new equipment
- Incorporate new or modified systems and facilities
- Incorporate extended or modified operations
- Incorporate newly added safety related topics

### 4.1     SSPP Control and Update

The SSPP analysis, review, revision and publication process is the responsibility of the Office of System Safety. Input for the annual review is solicited from the various divisions within the Department of Subways (DOS). Modifications in the SSPP are forwarded to OSS for review and approval. The final SSPP is submitted to the President of NYC Transit, the Senior Vice President of the Department of Subways and the Vice President of the Office of System Safety for review, approval and to affix their signature to the plan. An electronic copy of the document is posted on the NYCT intranet TENS (Transit Employee News Service).

### 4.2     SSPP Review and Approval by the Oversight Agency

In accordance with 49 CFR 659.25 it is required that New York City Transit conducts an annual revision of the SSPP. In the event the plan had been modified, the modified plan and any subsequent modified procedures are submitted to the PTSB for review and approval.

In accordance with PTSB guidelines the System Safety Program Plan is submitted to the PTSB for their review and approval every other year for the biennial recertification or when changes in conditions require a modification of the SSPP.

After the plan is approved, the PTSB issues a formal letter of approval to New York City Transit.

NYCTA-04589

**SECTION 5:  SSPP IMPLEMENTATION, ACTIVITIES AND RESPONSIBILITIES**

**5.0     Overview**

The Office of System Safety (OSS) is responsible for the development, dissemination, and oversight of a comprehensive system safety program.  OSS also provides guidance and technical expertise to the operating departments/divisions to assist in the plan's implementation and to ensure the achievement of goals and objectives that are set forth in the plan.  The System Safety Program Plan (SSPP) is designed to afford a safe mode of transportation for NYCT's customers while upholding stringent occupational health and safety standards for the benefit of the agency's employees.

The Department of Subways (DOS) management is responsible for ensuring that each applicable element of NYCT's SSPP is properly implemented into daily work tasks. Employees are assigned distinct roles and must carry out specific duties in order to help guarantee the proper integration of the plan into the work place.

**5.1     System Safety Function**

OSS orchestrates NYCT's system safety function in a structurally organized and efficient manner.  The Vice President of OSS is delegated (by NYCT's President) with the authority to oversee and address safety-related issues affecting the agency.  In accordance with NYCT Safety Policy (P/I 10.1.5), it is the responsibility of the Vice President of OSS to develop the overall required standards for a formalized SSPP.

OSS is comprised of the following divisions:

- Safety Analysis, Review, and Development

- Risk Assessment and Fire Safety

- Environmental Protection and Industrial Hygiene

- Investigations

- Hazard Assessment

- Bus and Rail Field Operations

NYCTA-04590

### 5.1.1 OSS Structure

The following departmental chart outlines the organizational structure of OSS.



### 5.1.2 OSS Divisional Responsibilities

<u>Safety Analysis, Review, and Development</u>:  comprised of two sections; Safety Analysis and Safety Administration.

- <u>Safety Analysis</u>

  o Maintains, analyzes, and reports critical data pertaining to subway customer, bus customer, and employee accidents and injuries.
  o Works closely with the Law Department, DOS and Department of Buses (DOB) to update maintain and improve accuracy of downloaded subway customer, bus customer and employee accident information.  Accident statistics are downloaded, and the information is reported regularly to federal and state organizations (e.g., Federal Transit Administration, New York State Department of Labor) the MTA Board, NYCT President, Department Heads, and various Field Administrative and Operating Managers.
  o Responds to regular and ad hoc requests for information from within NYCT and outside agencies.  Supports database applications for use by other OSS personnel.

- <u>Safety Administration</u>

  o Manages OSS's operating and capital budgets, and procures material and services for the department.
  o Administers departmental human resource functions, including initiating, tracking and approval of personnel actions.

NYCTA-04591

    o  Oversees and performs departmental labor relations functions.
    o  Organizes and coordinates requests for training opportunities for departmental employees.

<u>Risk Assessment and Fire Safety</u>:  comprised of three sections; Risk Assessment, Fire Safety, and New Technology & Application Safety.

- <u>Risk Assessment (Engineering)</u>

  - Reviews plans and specifications for the design, construction and renovation of facilities, structures, and rolling stock and equipment to ensure that NYCT standards, NYS building code, ADA and OSHA/NYS Department of Labor rules and regulations are adhered to
  - Performs facility and equipment safety evaluations.
  - Participates in the development of procedures and training programs.
  - Reviews specifications pertaining to mandated or proposed safety related devices.

- <u>Fire Safety</u>

  - Evaluates design reviews of capital projects and fire alarm systems
  - Conducts Life Safety inspections, Inspection and Acceptance Testing of sprinkler, standpipe and fire suppression systems
  - Conducts investigations of fires within NYCT and MTA Bus properties.
  - Serves as NYCT's liaison with the New York City Fire Department (FDNY).
  - Conducts multiple inter-agency emergency preparedness drills throughout the year that include DOS and DOB
  - Provides guidance on City, State, and national fire Life Safety Codes

- <u>New Technology Application Safety</u>

  - Represents OSS on all safety certification working groups, peer groups and review boards.  Participates in safety audits of vendors and suppliers of new technology.

<u>Environmental Protection and Industrial Hygiene</u>:  comprised of two sections; Environmental Protection and Industrial Hygiene.

- <u>Environmental Protection</u>

  - Provides compliance oversight and technical assistance concerning generation, handling and control of hazardous materials.
  - Responsible for the administration of Hazardous Waste Disposal, Infectious Waste Disposal and Environmental Sampling/Analysis contracts.
  - Provides oversight of the Chemical Bulk and Petroleum Storage Tank Programs.
  - Liaison for NYCT with environmental regulatory agencies.
  - Compliance oversight of the Storm Water Management.

NYCTA-04592

- o Reviews and approves waste disposal work plans and permits for PCBs, Mercury, batteries, lamps, oil/water separators, etc.
- o Conducts environmental audits.
- o Chairs the 'Hazardous Waste Minimization Committee' and researches/reviews proposed waste minimization strategies.
- o Provides oversight of Air Pollution Prevention Program.
- o Provides compliance oversight of environmental regulations; with respect to facilities and capital construction projects.
- o Develops and reviews of environmental protection policies and procedures.

- <u>Industrial Hygiene</u>

  - o Investigates occupational health hazards.
  - o Conducts worksite investigations.
  - o Conducts baseline exposure assessments of job tasks.
  - o Recommends strategies to control hazardous exposures to employees.
  - o Conducts evaluations of chemical products for safe use and handling.
  - o Conducts compliance oversight of occupational health regulations
  - o Conducts screening of products that are considered for use by NYCT.
  - o Tracks NYS Department of Labor (DOL) violations and acts as a clearinghouse and liaison to agencies.
  - o Develops policies and instructions to help NYCT meet DOL requirements.

<u>Investigations</u>:

- <u>Rapid Transit Investigations</u>

  - o Investigates mainline and yard collisions, derailments, employee fatalities related to train accidents, serious employee injuries along the right-of-way and near miss incidents that could have resulted in employee/train contact or the inadvertent restoration of third rail power.  The group also investigates and/or tracks other accidents/incidents involving (but not limited to):
    - ▪ subway car door drags;
    - ▪ subway car doors opening en-route;
    - ▪ and obstruction incidents.

  - o Notifies the Public Transportation Safety Board (PTSB) within 2 hrs. of an incident involving a rail transit vehicle or an incident which has occurred on NYCT controlled property.  The following events are subject to this notification:
    - ▪ Mainline derailments.
    - ▪ A collision with an individual on the right of way.
    - ▪ A customer or employee injury that results in a death within 30 days from the time of the incident.
    - ▪ Two or more passenger/employee injuries that require immediate medical attention (away from the scene).

NYCTA-04593

- Any collision between a rail transit vehicle and another rail transit vehicle or a rail transit non-revenue vehicle.
- Property damage of $25,000 or more.
- Evacuations due to life safety reasons.

  o Notifies the National Transportation Safety Board (NTSB) within 2 hrs. of an incident involving a rail transit vehicle. The following events are subject to this notification:
    - A customer or employee fatality.
    - Two or more serious passenger/employee injuries that require admission to a hospital.
    - Evacuations of passengers from rail transit vehicles.

  o Notifies the NTSB, within 4 hrs. of an incident involving a rail transit vehicle and where the circumstances of the incident do not involve those which are outlined above. The following events are subject to this notification:
    - Property damage of $25,000 or more to a passenger train or property (NYCT or otherwise).
    - Damage of $150,000 or more for repairs to or replacement costs to property (NYCT or otherwise).

  o Coordinates requests for information from outside agencies to ensure that a response is comprehensive and provided in a timely fashion.

  o Provides 24 hour/7 day per week coverage system-wide, including the Staten Island Railway.

Hazard Assessment: comprised of two sections; Hazard Analysis and Hazard Abatement.

- Hazard Analysis

  o Conducts hazard assessments at the request of senior management when changes to rules, operations, or equipment are proposed.
  o Addresses union, as well as individual employee and customer complaints pertaining to safety matters.
  o Evaluates personal protection equipment (PPE) prior to purchase, to ensure the specifications are met.
  o Coordinates the development and revisions of NYCT's System Safety Program Plans.
  o Develops and maintains policy/instructions on 'Personal Protective Equipment' and 'Lock-Out/Tag-Out'.
  o Coordinates the development of annual Safety Goal Action Plans for NYCT departments/divisions including auditing and tracking implementation.
  o Participates in evaluations of employees with disabilities to meet ADA (Americans with Disabilities Act of 1990) requirements.

NYCTA-04594

- o Reviews proposals for movies, TV shows, commercials, etc. to address safety concerns.
- o Coordinates Safety Times Poster and Safety Times Newsletter programs.

- Hazard Abatement

  - o Develops and maintains NYCT's Lead and Asbestos Policy Instructions.
  - o Responds to complaints by NYCT Departmental Asbestos/Lead Representatives who suspect possible asbestos/lead hazards. Concerns are addressed prior to any renovation project commencing to avoid possible incidental disturbances.
  - o Performs lead and asbestos site surveys/inspections and manages any necessary remediation projects.
  - o Reviews and approves asbestos abatement and lead disturbance activities carried out by outside contractors
  - o Evaluates and develops removal/disturbance procedures for in-house personnel.
  - o Performs exposure monitoring to ensure compliance with the applicable regulations.
  - o Provides oversight/review/approval of asbestos abatement/lead disturbance projects.
  - o Performs random unannounced site inspections to ensure that the approved procedures are being implemented in the field.
  - o Develops, maintains and coordinates the implementation of the 'NYCT Pandemic Plan Policy/Instruction'.

- Bus & Rail Field Operations

  - o Evaluates operating departments'/divisions' compliance with safety regulations, policies and procedures.
  - o Conducts comprehensive reviews of the implementation of the System Safety Program Plan to meet PTSB reporting requirements and safety evaluations of worksite activities.
  - o Participates in departmental Labor/Management Safety Committees.
  - o Investigates serious, non-fatal industrial-type employee injuries.
  - o Provides technical assistance to operating departments relative to safety programs and procedures.
  - o Coordinates the joint TWU Local 100/OSS daily reviews of construction and maintenance projects along the right-of-way.

## 5.2    DOS Divisional Safety-Related Tasks

DOS management is responsible for ensuring that each applicable element of NYCT's SSPP is properly implemented into daily work tasks. Divisional employees are assigned safety-related responsibilities in order to help guarantee the proper integration of the SSPP within the work place. In addition, individual employees carry out specific roles to ensure that rail operations are conducted in the safest manner possible.

NYCTA-04595

### 5.2.1  Service Delivery

- Service Delivery is responsible for providing safe and reliable train service to NYCT's customers.  Service Delivery (discussed in detail in Section 3.3.1) consists of two units.  Rail Control Center & Support which monitors train movement throughout the system and maintains the operating rules, policies and procedures and Field Operations which is responsible for planning, directing and controlling the execution of field operations in Subdivisions A, B & C.

Service Delivery managers and supervisors are responsible for incorporating the SSPP into daily operations and effectively managing the safety-related tasks that pertain to each District and their subsequent Lines.  In an effort to achieve this management & supervision are accountable for ensuring that their District and/or Line(s) carry out the following:

- o  Implement safety rules and procedures.

- o  Set safety goals, and strive to achieve those which are outlined in each Group's corresponding Safety Goal Action Plan (SGAP).

- o  Provide safe and reliable rapid rail transportation to the riding public by:
  - conducting comprehensive pre-trip inspections of both revenue and non-revenue vehicles in accordance with written procedures/instructions;
  - identifying and addressing vehicle defects and removing such vehicles from service when appropriate;
  - abiding by procedures and adhering to rules pertaining to the safe operation of both revenue and non-revenue vehicles;
  - adhering to operational General Orders (G.O.s) and associated Bulletins.

In addition Service Delivery provides the following support to personnel (assigned to the individual lines) in addition to safely managing the RCC and effectively directing rail traffic along the system's extensive network of track:

- o  Implementing operational G.O.s and associated Bulletins.
- o  Developing and maintaining emergency procedures for inclement weather, collisions, sick/injured customers, releases of hazardous materials, etc.
- o  Ensuring RCC operations are conducted in a manner that enhances service without jeopardizing the well being of passengers and employees.
- o  Providing flagging protection for contractors and vendors conducting work or providing services along NYCT's right-of-way.

*[Service Delivery's inspection programs are discussed in detail in Sections 14]*

### 5.2.2  Maintenance of Way (MOW)

- Track

NYCTA-04596

Track is primarily responsible for inspecting and maintaining NYCT's network of track and associated equipment requiring the following:

- o Implementing and evaluating a track inspection/maintenance program which includes:
    - inspecting all trackways as per the Subdivision of Track's 'MW-1 Track Standards and Reference Manual' (whereby all track defects are corrected in priority order based on their severity);
    - conducting special inspections immediately following a fire, flood, severe storm, or other occurrence which might have damaged track and/or structures;
    - conducting joint inspections (alongside Signal employees) of all mainline track and yard switches;
    - inspecting walkways on elevated structures;
    - inspecting flangeways,
    - inspecting and maintaining the system's third rails;
    - conducting trackway cleaning operations.

- o Maintaining the track construction program.

- o Implementing and evaluating procedures for equipment maintenance activities.

- o Providing emergency response.


- Infrastructure

Infrastructure is primarily responsible for inspecting and maintaining NYCT's structures and equipment requiring the following:

- o Implementing and evaluating procedures for facility/structure maintenance, and responding to requests for repairs to structural equipment, including:
    - conducting equipment inspections such as: standpipe systems, HVAC/ventilation systems, lighting, walkways, and conductor aides (such as mirrors and stop boards);
    - inspecting tunnel ventilation fan plants on a four week cycle;
    - inspecting subway emergency exits and high entry/exit turnstiles (HEETs);
    - inspecting and maintaining the hydraulics subway tunnel drainage systems - which include pump plants that extract water and redirect it to the city's sewer system to help prevent flooding.

- o Conducting engineering reviews of reports that pertain to infrastructure inspections, and ensuring that repairs are scheduled accordingly.

- o Providing emergency response.

NYCTA-04597

- Elevators & Escalators

Elevators & Escalators is responsible for the following:

  o  Inspecting elevators and escalators in accordance with the American Society of
     Mechanical Engineers (ASME), A17.2 Inspection Guidelines.

- Electrical (Power and Signals)

The Power section's primary responsibility is to maintain a safe and reliable network of
electrical systems, and provide consistent and dependable power supply.  The subdivision is
accountable for the following:

  o  Establishing and evaluating procedures for maintenance of power supply and
     electrical equipment.
  o  Planning, managing, testing, inspecting, repairing, renewing, and maintaining all
     DOS electrical equipment.
  o  Performing critical safety tests, inspections, and secure traction power feeds to allow
     track maintenance and other projects to be performed safely.
  o  Performing critical field maintenance operations at each of the active substations to
     keep the equipment operating as designed.  Replacing damaged rectifiers, switchgear
     and transformers as needed.

The Signals section's primary responsibility is to provide reliable signal and train control
systems.  The subdivision is accountable for the following:

  o  Implementing, and evaluating procedures for the maintenance of signals and other
     related equipment.  Such equipment includes, but is not limited to:  train detection
     circuits; automatic train stops; switches; and interlocking plants.
  o  Planning, managing, testing, inspecting, repairing, renewing, and maintaining all
     signal systems and related equipment.
  o  Performing critical field maintenance on signals, switches and related wayside
     equipment to keep it operating as designed.
  o  Replacing equipment as necessary.

- Electronics Maintenance

This section's primary responsibilities are to maintain the DOS and DOB Telecommunica-
tions, Automated Fare Control, Electronic and Radio equipment and to ensure the repair of
sensitive electronic equipment at the Central Electronic Shop.  The subdivision is
accountable for the following:

  o  Establishing, implementing and evaluating procedures for the upkeep and repair of
     such equipment as::

NYCTA-04598

- Subway & NYCT Bus radio systems
- Subway & NYCT Bus depot Public Address and Public Address/Customer Information Systems (PA &PA/CIS)
- Fire Detection systems
- Station agent booth telephones and emergency booth communications systems (EBCS); HALON, INTERCOMS (CAI)
- Telecommunications equipment (including emergency telephones and emergency alarm boxes along the right-of-way) and throughout the NYCT bus depots
- All closed circuit television (CCTV) systems including platform edge within certain stations and throughout the NYCT bus depots
- Automated fare collections (AFC) equipment located in the subway stations throughout the system, NYCT bus fleet and depots
- IESS/ESS Security systems
- Fire suppression systems
- Access Intrusion systems
- PBX'sFiber Optic Network
- ATM Sonet Network.

  o Establishing, implementing, and evaluating procedures for the Central Electronic Shop's maintenance activities pertaining to sensitive electrical devices such as solid state equipment and test meters.

- **MOW Engineering**

The section's primary responsibilities are providing engineering services to other MOW subdivisions (e.g., Track and Infrastructure, and Electrical), reviewing engineering plans pertaining to capital programs, and measuring and inspecting platform gaps (in efforts to propose remedial actions for reducing them).

*[MOW inspection/maintenance programs are discussed in detail in Sections 14 and 15]*

### 5.2.3    Division of Car Equipment (DCE)

Primary responsibility is maintaining NYCT's fleet of revenue rail transit vehicles, as well as any and all supporting shop equipment (e.g., cranes, jacks, forklifts, main and auxiliary bugs). The division is accountable for the following:

  o Establishing, implementing, and evaluating revenue and non-revenue vehicle maintenance programs to help ensure customer/employee safety.
  o Scheduling preventative maintenance inspections of railcars based on mileage and/or time, and assuring the repair/replacement of electronic and mechanical components as necessary.
  o Conducting quality assurance audits as a method for ensuring implementation of inspection program standards.

NYCTA-04599

- o Maintaining train crew control systems (components utilized by train operators/conductors for train service operations).
- o Maintaining railcar climate control systems.
- o Providing adequate lighting within rail vehicles.
- o Cleaning the interior and exteriors of rail vehicles.
- o Temporarily removing cars from service that have been defaced and promptly reentering those cars into service after graffiti has been removed.
- o Cleaning shops and other maintenance facilities located within subway yards.
- o Painting rail parts/components which have been refurbished.
- o Scheduling the periodic overhaul of railcars based on mileage and/or time, and assuring the replacement of all electronic and mechanical components (including worn undercarriage parts) as necessary.
- o Maintaining non-revenue vehicles.
- o Providing emergency response for equipment failures, collisions, derailments and fires.

*[DCE's inspection/maintenance programs are discussed in detail in Sections 14 and 15]*

### 5.2.4   Station Environment and Operations

Primary responsibility is addressing the needs of NYCT's subway riders through effective maintenance of subway stations and associated equipment.  The division is accountable for the following:

- o Implementing and evaluating a comprehensive Station and Terminal Car Cleaning program.

- o Maintaining certain plant and equipment located within subway stations (in conjunction with the MOW's Infrastructure section), including:
  - ▪ station signage;
  - ▪ platform edge 'Rubbing Boards';
  - ▪ station work involving carpentry, masonry, plumbing, and electrical services (excluding turnstiles and booth equipment).

- o Address the needs of NYCT's subway riders by:
  - ▪ Assisting Customers with travel directions and the use of automatic fare control (AFC) equipment.

*[Stations' inspection/maintenance programs are discussed in detail in Sections 14 and 15]*

### 5.2.5   Staten Island Railway (SIR)

Primary responsibility is safely operating and maintaining the Staten Island Railway System. The division is accountable for the following:

NYCTA-04600

- o Implementing and evaluating revenue and non-revenue vehicle maintenance programs to help ensure customer/employee safety.
- o Scheduling preventative maintenance inspections of revenue and non-revenue rail vehicles based on mileage and/or time, and assuring the repair/replacement of electronic and mechanical components as necessary.
- o Implementing and evaluating procedures for facilities/structures to ensure customer/employee safety.
- o Implementing and evaluating a comprehensive station cleaning program.
- o Implementing and evaluating a track inspection/maintenance procedure.

- o Implementing and evaluating procedures for the maintenance of signals and other related equipment.  Such equipment includes, but is not limited to:  train detection circuits; automatic train stops; switches; and interlocking plants.
- o Conducing comprehensive pre-trip inspections of both revenue and non-revenue vehicles in accordance with written procedures/instructions.

*[SIR's inspection/maintenance programs are discussed in detail in Sections 14 and 15]*

### 5.2.6   Operations Support/Administration

Primary responsibility is providing DOS divisions with centralized administrative and safety-related services.  The division is accountable for the following:

- o Providing department-wide staffing and labor relations support.
- o Providing oversight and guidance to DOS divisions in matters related to safety and regulatory compliance.
- o Conducting periodic safety inspections of DOS facilities and worksites.
- o Developing and updating 'Safety Goal Action Plans' for individual DOS divisions.
- o Developing and distributing 'Safety Times' newsletters to DOS divisions.
- o Coordinating employee training.
- o Ensuring that DOS employees adhere to all applicable rules and procedures.

### 5.3     Safety-Related Tasks Pertaining to All DOS Divisions

General Procedures:

- o Establishing departmental and divisional safety goals in accordance with the Policy/Instruction on "Establishing Safety Goals and Action Plans" (P/I 10.18.2), and ensuring that NYCT safety programs are maintained.
- o Enforcing NYCT Rules and Regulations.
- o Developing and enforcing departmental/divisional specific safety rules.
- o Documenting unsafe acts by employees and implementing corrective measures.
- o Ensuring that changes in operational procedures that have an effect on the safety of customers/employees are reviewed by OSS prior to implementation.

NYCTA-04601

- o Administering the drug (P/I 4.24.5) and alcohol (P/I 4.13.3) programs.
- o Adhering to operational G.O.s and associated Bulletins.
- o Participating in Safety Committees in accordance with P/I 10.30.4.

Safety Walkthroughs/Audits and Evaluations:

- o Regularly evaluating the work environment to identify, evaluate, and resolve hazards.
- o Reporting deficiencies identified during inspections to the appropriate division for corrective action and tracking the status of resolutions.
- o Ensuring that recommendations issued as a result of ergonomic studies, industrial hygiene surveys, hazard analyses, facility safety audits and other inspections of work locations and customer environments are implemented.
- o Evaluating the workplace to ensure that all applicable safety Policy Instructions have been properly implemented.

Incident Reporting and Investigation:

- o Evaluating employee accidents to determine if corrective action is necessary.
- o Investigating and reporting employee accidents and submit reports to Workers' Compensation (Department of Law) and OSS.
- o Ensuring departmental accident investigation procedures are developed and enforced in accordance with the Accident Investigation Policy Instruction (P/I 10.28.1).
- o Reporting to OSS all near-miss accidents involving train and/or right of way operations which did not involve personal injury or damage to equipment/property, but could have resulted in death or injury.
- o Investigating, resolving, and reporting to OSS failures of safety critical systems/equipment (e.g., Emergency Booth Communications System (EBCS), booth fire suspension systems, ventilation equipment, fire protection equipment, emergency lighting, door systems, and track systems).
- o Reporting failures of critical vehicle/equipment/system component failures to a central DOS location for analysis.

Data Collection and Analysis:

- o Conducting analysis of critical failure events to identify trends and reporting significant trends to the Office of System Safety.
- o Implementing corrective measures to address critical failure trends.
- o Evaluating employee On-The-Job Injury Reports for trends.
- o Implementing corrective measures to address employee accident trends.

System Safety Analysis:

- o Incorporating provisions for conducting system safety analyses and ergonomic evaluations into the scope of work for the preliminary design of safety critical systems/equipment and coordinating their review with OSS.

NYCTA-04602

- o Designing new or modified facilities and equipment to incorporate up-to-date safety requirements.
- o Ensuring that specifications for new equipment or modifications of existing equipment that pertain to the health or welfare of any customers or employees are submitted to OSS for review.
- o Ensuring that requests for new personal protection equipment and chemical products are submitted to OSS for review/approval prior to purchase.
- o Incorporating provisions for the conduct of system safety analyses in the contract specification for new Station Maintenance designs and coordinating the review with OSS.
- o Submitting design specifications/modifications for new vehicles/station changes/track, etc. to OSS for review.

Regulatory Compliance:

- o Ensuring that employee safety and health regulations (e.g., OSHA) are enforced at all work locations, and complying with all applicable policies; including the 'Safety' and 'Hazard Communication' Policy Instructions (P/Is 10.1.5 and 10.10.1).
- o Complying with the 'Environmental Management' and 'Infection Control Policy' policies (P/Is 10.27.1 & 10.15.4).
- o Managing Petroleum and Chemical Spills in accordance with regulatory requirements.
- o Ensuring that violations issued at work locations and customer environments are resolved, including those issued by the following regulatory agencies:  NYSDOL, NYS Department of Transportation (DOT), U.S. Environmental Protection Agency (EPA), NYS Department of Environmental Conservation (DEC), NYC Department of Environmental Protection (DEP) and FDNY.

Emergency Response:

- o Providing emergency response for emergency conditions at the work location.
- o Participating in interagency drills.
- o Ensuring that the Policy Instructions "Building Evacuation Procedures" (P/I 10.3.3) and "Procedure for Response to NYC Transit Rapid Transit Emergencies" (P/I 10.32.4) are enforced.

***The following safety-related tasks are carried out in a coordinated effort between DOS Divisions, Labor Relations, Human Resources and/or Occupational Health Services:***

- o Evaluating the selection criteria for new personnel to ensure that it is effective.
- o Developing and enforcing a policy to ensure that employees reporting for duty are physically capable of performing their assigned tasks (i.e. fitness for duty).
- o Developing and implementing a procedure to monitor the performance of employees to ensure acceptable performance.
- o Ensuring that employees with an unacceptable performance record are retrained or dismissed.

NYCTA-04603

o   Ensuring that employees with medical restrictions are evaluated and assigned to perform tasks that are consistent with their restriction (P/I 4.20.2).

***The following safety-related tasks are carried out in a coordinated effort between DOS Divisions and Training:***

o   Developing, implementing, and evaluating technical training (equipment/vehicle maintenance and operation) programs for employees and ensure that all appropriate personnel attend.
o   Ensuring that the necessary technical training and frequency of refresher courses for employees are in place and that all appropriate personnel attend the training.
o   Ensuring that technical training programs are kept up-to-date with respect to new technology, equipment modifications, and maintenance procedures.
o   Ensuring that employees receive all required employee safety training (i.e. respirator, hearing conservation, right to know, etc).
o   Implementing DuPont safety programs.

NYCTA-04604

## SECTION 6: HAZARD MANAGEMENT PROCESS

**6.0    Overview**

The hazard management process is the primary tool utilized to ensure the safety of New York City Transit activities, passengers, employees, vehicles and facilities.  It is a process whereby hazards are identified, assessed for potential impacts and resolved in a manner acceptable to management.

Hazard identification is the initial step in the hazard management process. Within the Office of System Safety (OSS) hazard identification is achieved through the conduct of safety inspections, safety reviews, accident investigations, environmental compliance reviews, industrial hygiene and fire safety surveys.  Trend analyses are conducted focusing on employee and customer accidents, near miss incidents, fire incidents and common deficiencies resulting from inspections, investigations, reviews and surveys. Additionally hazard assessments conducted in accordance with Military Standard 882E and the safety certification process are two other methods utilized in the hazard identification process.  Methods utilized in hazard identification are further discussed in the following section.

**6.1    Hazard Identification**

<u>Reviews</u> – New construction and design reviews are conducted to ensure standards and regulations are complied with.  Inspections are conducted prior to beneficial use to identify and address all hazards.

Comprehensive reviews of the implementation of the System Safety Program Plan and Safety Goal Action Plan are performed to identify hazards and potential problem areas. Additionally, joint labor/management inspection teams conduct safety inspections on construction and maintenance projects along the right of way to identify deficiencies/hazards.

<u>Accident Investigations</u> - Investigations are conducted on serious employee accidents and customer related escalator accidents, all mainline and yard collisions/derailments, fatal employee accidents and near miss incidents where employee contact with a train could have occurred.  Other high visibility accidents and serious fires involving NYCT property are also investigated.  Additionally, all employee accidents are investigated by operating department supervision whereby the root cause of the accident is identified.  Accident investigations are conducted in accordance with policy instruction 10.28.1 Accident Investigation which is discussed in more detail in section 10.

<u>Surveys</u> -  Environmental and industrial hygiene site surveys are performed at operating departmental work locations and in the customer environment to identify site specific hazards. Additionally, fire safety surveys are conducted on the right of way and in stations to identify fire related hazards.

NYCTA-04605

Hazard Analyses – hazard analyses are performed on significant operational changes, new or modified work practices/procedures if deemed necessary by the operating departments and selected maintenance equipment in accordance with established system safety principles outlined in Military Standard 882E. The analysis is conducted to identify the hazards, assess the hazards relative to their severity and probability of occurrence and identify corrective actions to bring the hazard to an acceptable level.

Trend Analyses – common types of hazards are identified through the performance of the following trend analyses.

- o Accident trend analyses are conducted by division, employee title, accident type, accident location, and injury type.

- o Fire data trend analyses are conducted utilizing a Fire Incident Reporting System (FIRS) which enables a detailed analysis of the type of fire and location.

- o Near miss trend analyses are conducted to identify common events and potential problem areas

- o Joint labor/management safety inspection trend analyses are conducted to identify common deficiencies

Alternative means of hazard identification -

- o Complaints/inquiries from customers regarding service, equipment and facilities

- o Complaints/inquiries from employees regarding facilities, equipment, operating procedures, work locations etc.

- o Rapid Transit Operations Daily Summary of significant events summarizes incidents that result in train delays. The daily summary is reviewed and significant safety incidents are noted and provided to senior management on a daily basis.

- o Union inquiries regarding work practices, equipment, facilities and environmental conditions

- o Supervisors Daily Checklist that identifies right of way work place and work practice deficiencies.

- o MOW Blitz audits will occur each quarter with audit teams from various MOW sub-divisions. They will audit safety elements such as but not limited to: flagging, lighting, housekeeping, job site hazards, PPE and the review of supervision checklists.

NYCTA-04606

    o   At least four Interagency Emergency Preparedness Exercises are conducted annually. These exercises simulate various types of emergencies that involve public transportation. Various NYC emergency response agencies participate in the exercises and each exercise is critiqued to identify areas where problems were not fully addressed and require additional focus during future exercises.

## 6.2     Hazard Classification

As previously mentioned one of the methods utilized by OSS to identify hazards is the performance of a hazard analysis in accordance with Military Standard 882E. This methodology incorporates hazard classification by assessing the severity (effects) of the hazard and the probability (likelihood) of hazard occurrence.

To determine the appropriate severity category as defined in Table 6-1 for a given hazard at a given point in time, identify the potential for death or injury, environmental impact, or monetary loss. A given hazard may have the potential to affect one or all of these three areas.

Table 6-1 Severity Categories

| SEVERITY CATEGORIES | | |
|---|---|---|
| Description | Severity Category | Mishap Result Criteria |
| Catastrophic | 1 | Could result in one or more of the following: death, permanent total disability, irreversible significant environmental impact or monetary loss equal to or exceeding $10M. |
| Critical | 2 | Could result in one or more of the following: permanent partial disability, injuries or occupational illness that may result in hospitalization of at least three personnel, reversible significant environmental impact, or monetary loss equal to or exceeding $1M but less than $10M. |
| Marginal | 3 | Could result in one or more of the following: injury or occupational illness resulting in one or more lost work day(s), reversible moderate environmental impact, or monetary loss equal to or exceeding $100K but less than $1M. |
| Negligible | 4 | Could result in one or more of the following: injury or occupational illness not resulting in a lost work day, minimal environmental impact, or monetary loss less than $100K. |

To determine the appropriate probability level as defined in Table 6-2 for a given hazard at a given point in time, assess the likelihood of occurrence of a mishap. Probability level F is used to document cases where the hazard is no longer present.

NYCTA-04607

Table 6-2 Probability levels

| PROBABLITY LEVELS | | | |
|---|---|---|---|
| Description | Level | Individual Item | Fleet or Inventory* |
| Frequent | A | Likely to occur often in the life of an item. | Continuously experienced. |
| Probable | B | Will occur several times in the life of an item. | Will occur frequently. |
| Occasional | C | Likely to occur sometime in the life of an item. | Will occur several times. |
| Remote | D | Unlikely, but possible to occur in the life of an item. | Unlikely but can reasonably be expected to occur. |
| Improbable | E | So unlikely, it can be assumed occurrences may not be experienced in the life of an item. | Unlikely to occur, but possible. |
| Eliminated | F | Incapable of occurrence within the life of an item. This level is used when potential hazards are identified and later eliminated. | |

*The size of the fleet or inventory should be defined.

Assessed risks are expressed as a Risk Assessment Code (RAC) which is a combination of one severity category and one probability level. For example, a RAC of 1A is the combination of a Catastrophic severity category and a Frequent probability level. Table 6-3 assigns a risk level of High, Serious, Medium, or Low for each RAC.

Table 6-3 Risk Assessment Matrix

| RISK ASSESSMENT MATRIX | | | | |
|---|---|---|---|---|
| SEVERITY / PROBABILITY | Catastrophic (1) | Critical (2) | Marginal (3) | Negligible (4) |
| Frequent (A) | High | High | Serious | Medium |
| Probable (B) | High | High | Serious | Medium |
| Occasional (C) | High | Serious | Medium | Low |
| Remote (D) | Serious | Medium | Medium | Low |
| Improbable (E) | Medium | Medium | Medium | Low |
| Eliminated (F) | Eliminated | | | |

Categorizing the hazards as depicted in the table allows for the hazards to be prioritized for corrective action. Categorization may be based on severity since not all hazards are of equal magnitude or criticality as the anticipated consequences of hazardous events may be minimal, while in others it could be catastrophic. Hazard categorization also involves the determination of the likelihood of a hazardous event actually occurring. The likelihood of occurrence can be assigned in non-numeric (qualitative) or numeric (quantitative) terms.

NYCTA-04608

### 6.3     Hazard Resolution

The hazard resolution for each risk level as determined in the Hazard Assessment Matrix is as follows: high hazards are unacceptable, serious hazards are undesirable and require a management decision to reduce the hazard, medium hazards are acceptable with review by management and low hazards are acceptable without review by management.

Therefore, the high hazards may require immediate corrective action, the serious hazards would require a management decision, while the medium hazards requiring management review would have a lower priority.

In addition to recommendations that result from the conduct of hazard analysis, OSS makes recommendations to resolve hazards identified as a result of inspections, surveys, investigations, reviews, trend analysis etc.  The recommendations are submitted to the Department of Subways for corrective action and tracked by OSS until closure.  Each section within OSS has developed a recommendation tracking database whereby recommendations are logged into the database and tracked until corrective actions are implemented and the hazard is resolved and tracked to closure.

### 6.4     Coordinating with the State Oversight Agency

For conditions or events where a hazard analysis is conducted, the results of the analysis are submitted to, and reviewed by, the Vice President of the OSS.  If the Vice President determines that the condition is an unacceptable hazard and catastrophic in nature the hazard will be reported to the state oversight agency (PTSB).

In addition to the hazard analyses, the recommendations that result from hazards, including the status of the recommendations, are provided to the PTSB for the following:
- Joint NYCT/TWU Track Safety Task Force recommendation status (Quarterly Submissions);
- Collision, Derailment, and Employee Accident Board of Inquiry Investigations (Major Incident Investigation follow-up report submitted quarterly);
- System Safety Program Plan Reviews (submitted quarterly);
- Near miss/close call recommendations (submitted quarterly).

Fire statistics are provided to the PTSB quarterly.

NYCTA-04609

## SECTION 7:  MANAGING SAFETY IN SYSTEM MODIFICATIONS

**7.0    Overview**

OSS is actively involved in the review of proposed system modifications, such as new construction or renovation of facilities, structures, modified rolling stock and new or modified equipment.  All proposed system modifications are submitted to OSS for review to verify compliance with safety standards.  The department proposing the modification must ensure that the design complies with applicable safety codes and rules/regulations; such as:  NYS Building Codes, the NFPA standards, OSHA regulations, etc.

**7.1    Review Process**

OSS conducts the following reviews:

7.1.1   Engineering Reviews

- Design Reviews

   o   Reviews plans and specifications for the design, construction and renovation of facilities, structures and rolling stock to ensure that NYCT standards and all applicable codes, rules and regulations are adhered to.

   o   Participates in the various design review stages and provides input relative to safety requirements that should be incorporated into the design.

- Product and Equipment Reviews

   o   Conducts safety evaluations pertaining to new/modified products and equipment as requested by the Department of Subways (DOS); including:
      - Modified Work Cars (e.g., Fan Car, Scaffold Train)
      - Wheel Truing Machines
      - Mechanical Equipment related to Railcar Maintenance (e.g., Milling Machines, Lathes, Drill Presses, etc.)
      - Wheel Chocks/Blocks
      - Bumper Blocks
      - Rail 'Sliding Anchorage Systems'
      - Equipment Storage Racks

   o   Participates in the review of mandated or proposed safety related devices; including:
      - Fall Protection Systems
      - Working Platforms and Scaffolds
      - Portable/Fixed Ladders
      - Cranes

NYCTA-04610

- o Participates in the review and evaluation of new/revised procedures and training programs as requested by DOS to assure the safe use of approved products/equipment.  Some examples include:
    - "Right-to-Know" Training
    - Forklift Training
    - Fall Protection Training
    - General PPE Training

### 7.1.2   Fire Safety Reviews

- Design Reviews

    - o Reviews plans/designs for new construction, or modifications to an existing facility, for fire/life safety features and code compliance.

- Product and Equipment Reviews

    - o Reviews the following systems/equipment/items to determine their impact on the safety of employees and customers:
        - Emergency Alarm Systems (e.g., Fire/Smoke Detection Systems)
        - Automatic Fire Suppression Systems
        - Standpipe/Sprinkler Systems
        - Fuel Transfer Systems
        - Paints and Chemicals
        - Plastics (flammability and smoke toxicity)
        - Safety Cans and Equipment

    - o Reviews and witnesses acceptance testing of new or updated fire detection and suppression systems.

- Evaluations of New and Modified Facilities

    - o Assists in the selection of the fire protection/suppression system and reviews installation proposals to ensure that the facility is adequately protected and that all applicable codes are complied with.

### 7.1.3   Operational Procedures and Rule Changes

- o Participates in the development/revision of operating procedures/rules and training programs as requested by DOS to assure safe use of facilities and equipment.  Some examples include:
    - Track Flagging
    - CBTC Rules and Regulations

NYCTA-04611

## 7.2    System Safety Analysis

In addition to design reviews, and in accordance with the *System Safety Analysis Policy* (P/I 10.26.0), DOS divisions are required to submit system safety analysis of any new or modified system, software, equipment, and/or operating procedure to OSS for review prior to implementation.  Furthermore, DOS divisions must require contractors to prepare safety analyses for any proposed modifications to safety critical systems/items, software, or procedures being provided to the agency.

- In accordance with P/I 10.26.0, DOS:

  o Outlines, describes, compares and provides the advantages of the modified system/equipment/software over existing system/equipment/software.

  o Classifies any hazards associated with the use or application of equipment modifications.

  o Compares the existing item(s) with the new/modified item(s) to justify the proposed change(s).

  o Forwards the proposal to OSS for review and approval (if justified).

- In accordance with P/I 10.26.0, OSS:

  o Reviews safety analysis requirements, as requested by DOS, prior to the approval of modifications.

  o Reviews contractor safety analyses through the application of systems engineering best practices and ensures Safety Critical Items (SCI) are included in contract specifications.

  o Reviews and provides comments on the following types of system safety analyses on existing systems, sub-systems, equipment and software as required:
    - Fault Tree Analysis (FTA) (e.g., review for R-162 Crane Car procurement)
    - Failure Modes and Effects Criticality Analysis (FMECA) (e.g., review for R-156 Locomotive procurement)
    - Preliminary Hazard Analysis (PHA) (e.g., review for Second Avenue Subway's pre-construction 'Concept of Operations')
    - System Hazard Analysis (SHA) (e.g., review for Communications Based Train Control (CBTC))
    - Sub-System Hazard Analysis (SSHA) (e.g., review for R-160 Passenger Car procurement)

NYCTA-04612

## SECTION 8: SAFETY CERTIFICATION

### 8.0    Overview

The purpose of safety certification at NYC Transit is to ensure that hazards and safety concerns are adequately addressed prior to the initiation of passenger operations for new starts such as Communication Based Train Control, (CBTC), new rail lines, extensions to existing rail lines and new rail vehicles, excluding functionally similar replacements at NYC Transit.  Safety certification is the process whereby hazards are identified, assessed, prioritized, resolved, accepted and tracked.  This process supports the consideration of safety during all activities of the dynamic and evolving project.

The contractor has fundamental responsibility for safety of the project, and is required to have a safety assurance process that is directed to meeting the safety requirements defined in the contract for the project.  That process, defined in the contractor's safety plan, involves activities directed to designing safety into the project/system and demonstrating safety via the conduct of hazard and safety analyses, inspections, testing and the performance of a quantitative risk assessment on the system. The contractor's safety assurance process forms an integral part of the safety certification program.

CBTC safety certification process includes the following:

- Development of a Certifiable Items List (CIL) that defines the items that require certification. These activities include the identification of Safety Certifiable Items (SCIs) that are primarily based on the hazards that have been identified and documented in the CBTC Hazard Log

- Documentation of the SCIs in the CIL which includes references to relevant safety requirements and identification of related safety evidence for each item such as results of safety hazard analyses , safety related verification, validation results such as analysis and test reports, requirement specifications, certification/safety reports, operating and maintenance procedures and training.

- Assessments of the aforementioned documented safety evidence of SCI's are conducted by NYCT participating representatives and third parties.  These assessments include document reviews, verification of system design, operating and maintenance procedures, training and other aspects.

- Safety evidence produced from the safety certification process is submitted to the System Safety Certification Board for certification.  When approved by the Board the process is completed by the preparation of a Final Safety Certification Report by NYCT and the consultant to document final safety certification status.

NYCTA-04613

New rail vehicles safety certification process includes the following:

**Design**

- Contractor submits a System Safety Plan for the vehicles that complies with MIL-STD-882 NYCT, with a specified safety analyses for approval.

- Design details are sent to the NYSPTSB for their information and the Project Manger will address any comments from the NYSPTSB with the Contractor.

- The Project Manger sends correspondence dealing with safety critical matters to OSS for review and comment and invites representatives from OSS to attend design reviews.

- System Integration – Contractor is responsible to achieve system integration during the design, which includes operations, monitoring and diagnostics, safety, reliability and electromagnetic compatibility.

**Manufacturing**

- Production Management – First Article Inspection (FIA), the first production piece is inspected to verify the design is compliant with specifications.  When completed, the manufacturer is given release to produce components/system.

- Quality Audits, to confirm that major components are manufactured within specifications and quality guidelines.

- Inspections are performed to ensure sub-contractors are in compliance with specifications.  Pre-shipment inspections, resident consultant inspections and hold point inspections are performed to verify manufacturing process.

- Conformance testing to verify the production process supplies a product that meets the contract specifications and performance requirements.

- Safety – the contractor is required to submit a SSPP to NYCT for review and approval to meet requirements and guidelines of the Authority.

- Change Order Control, the process outlined by NYCT to allow change orders during the manufacture process.

NYCTA-04614

**Testing**

- Acceptance Location – After delivery, the cars will be unpacked and transferred to the shop designated by DCE.  At this location the Contractor will perform acceptance testing.

- Inspection – new cars are inspected for shipping damage.

- Car Acceptance – each car will be examined and analyzed in accordance with established New Car Procurement Quality Procedure to insure safety and conformance to the technical specification.

- Following acceptance testing, cars will be officially released to passenger service by the Assistant Chief Mechanical Officer, Car Equipment Engineering & Technical Support (ACMO, CEE & TS) and transferred to the maintenance shop.

**Activation (Start up)**

- The contractor will supply spare parts, special tools and test equipment to facilitate maintenance and repair.

- Training – Maintenance personnel, train operators and conductors will be trained using training materials provided by the contractor in accordance with the specifications.

- Manuals – to facilitate operations, maintenance and repair of the contract vehicles, the contractor will provide all of the necessary manuals.

- Acceptance – When a new car has passed all required acceptance testing and inspections, the Project Manger signs a letter of acceptance, which includes any issues which remain open on the cars and states the contractor will close these open items.

- Scheduled Maintenance Inspection - Upon completion of the acceptance testing, the car is transferred to the designated maintenance shop and released to that shop for pre-service inspection.  Upon the completion of the inspection, the Project Manager is notified and the car is entered into the NYCT maintenance tracking system.

- Release – Upon completion of the Scheduled Maintenance Inspection and acceptance of the car by the Project Manager, the ACMO, CEE & TS releases the car for normal operations in passenger service.

.

NYCTA-04615

## SECTION 9:  SAFETY DATA ACQUISITION

**9.0    Process Overview**

NYCT utilizes data analysis as a tool for identifying problem areas and in determining the effectiveness of practices which have been employed to reduce hazards and enhance safety. The data analysis process is an essential component for the successful fulfillment of this responsibility.

**9.1    Data Collection, Maintenance, Analysis and Distribution/Reporting**

9.1.1   Data Collection

OSS retrieves data from the following sources:

- Statistical Transportation Analysis and Reporting System (STARS)

  o Provides access to DOS divisional incident reports.  Users are provided with the following information:

    - Daily service performance.
    - Train delay information.
    - Significant events, including:  customer/employee accidents/injuries/deaths; assaults/robberies against customers/employees; brakes-in-emergency (BIE); derailments; smoke/fire conditions; and wrong routes.

- Internal NYCT Divisional Message Boards

  o Provide daily DOS divisional incident briefs.

- NYCT's Public Liability Information System (PLIS)

  o The Law Department's Accident/Claims Processing Unit receives information pertaining to customer incidents/accidents that occur on NYCT property.  The information is recorded and maintained.  Data that can be accessed includes:

    - Aided reports generated by the New York City Police Department.
    - Train delay reports; consisting of accident/incidents that result in train delays.
    - Station summary reports; consisting of incidents relating to customer illnesses/injuries/assaults, and other miscellaneous incidents.
    - Customers reporting accidents/incidents.
    - Incident briefs relating to NYCT's Department of Buses (DOB).

NYCTA-04616

- NYCT's Workers Compensation Information System (WCIS)

  o The Law Department's Workers Compensation Unit receives copies of departmental employee accidents reports and utilizes the database to maintain the information.

- Fire Incident Reporting System (FIRS)

  o The central collection of fire incidents that occur within the NYCT's subway system. The database includes detailed information pertaining to each incident, such as: date; time; location; cause; etc.

### 9.1.2   Data Maintenance

OSS maintains and updates the following multiple databases to generate reports, provide data to regulatory agencies and to support data analysis.

- Employee Accident Database System

- Employee Fatality Database

- Train Trouble Report Database

- Rapid Transit Passenger Accident Database

- Major Incident Follow-Up Report (MIFUR) Database

- 'Near-Miss' Database

- 'Side Door Drag' Database

- 'Door Open Enroute' Database

- Bus Accident/Incident Database

- Bus Brief Database

- Contractor Accident Database

- Hazardous Waste Manifest Tracking System

- Chemical Evaluation Database

NYCTA-04617

### 9.1.3    Data Analysis

OSS utilizes data analysis to identify common trends/problems, and to determine if the number of incidents/occurrences are increasing or decreasing over specific time periods.  Types of data analyses include the following:

- Conducting Statistical Analyses to identify employee/customer accident trends according to:

  o  Division/Group and Responsibility Center
  o  Location
  o  Accident/Injury Type

- Conducting Trend Analyses (for the purpose of identifying hazards) as follows:

  o  Accident trend analyses are conducted by division, employee title, accident type, accident location, and injury type.

  o  Fire data trend analyses are conducted utilizing a Fire Incident Reporting System (FIRS) which enables a detailed analysis of the type of fire and location.

  o  Potential employee contact near miss incident trend analyses are conducted to identify common events and potential problem areas.

  o  Joint labor/management safety audit trend analyses are conducted to identify common deficiencies.

- Conducting Hazard Analyses (when necessary) on hazards or trends identified as a result of employee/customer accident statistics.


### 9.1.4    Data Distribution/Reporting

OSS generates the following reports:

- **Monthly Reports**

  o  Employee Accident Statistics (Lost Time Accident Rate Update)

    Provides a detailed comparison of 'lost time accident rates' with regards to NYCT's safety goals.

  o  Subway Safety Performance (Customer Accidents & Injuries)

    Provides subway customer accident/injury rates, and provides a comparison with data from previous years.

NYCTA-04618

o  <u>Bus Safety Performance</u> (Bus Collisions & Customer Accidents/Injuries)

Provides bus customer accident/injury rates, and provides a comparison with data from previous years.

o  <u>NYCT Safety Report Summary</u>

Provides a year to year comparison analysis of the following:

- Subway Customer Accidents, Injuries and Rates.
- Main Line Collision and Derailment Information.
- Subway Fire Statistics.
- Bus Customer Accidents, Injuries and Rates.
- Bus Collision Accidents, Injuries and Rates.
- Employee Lost Time Accidents and Rates by Department.

o  <u>National Transit Database</u>

Reporting incident statistics (on a monthly basis) to the FTA for purposes of inclusion within the agency's 'National Transit Database'. Both major and non-major cases are reported. The database provides summaries and trends in addition to the following:

- Operational Characteristics (e.g, vehicle revenue hours and miles traveled).
- Service Characteristics (e.g., reliability and safety).
- Capital Revenues and Assets (e.g., sources and uses of capital, fleet size, age of fleet, fixed guideway system, etc.).
- Financial Operating Statistics (e.g., operating costs, revenues, and funding from federal, state and local sources).

- **Quarterly Reports**

o  <u>MTA Quarterly Request</u>

Provides statistical information pertaining to both employee and customer accidents/injuries.

o  <u>Employee Accident Statistics</u>

Details the categories that each accident falls into in order to help departments/divisions/groups determine the causes and, in turn, initiate corrective actions.

NYCTA-04619

o Potential Employee Contact Near Miss Incidents

Provides a summary of the potential employee contact near miss incidents and analyses by incident type, department and operating division.

o Joint Labor / Management Safety Audit Trend Analysis

Provides an analysis of the audit findings by finding type and project.

- **Annual Reports**

o Employee Lost Time Accidents

Provides a detailed analysis of accidents by category, department, division, and job title.

o Annual Safety Review

Provides an overview of:

- Subway Customer Accidents, Injuries and Rates.
- Main Line Collision and Derailment Information.
- Subway Fire Statistics.
- Bus Customer Accidents, Injuries and Rates.
- Bus Collision Accidents, Injuries and Rates.
- Employee Lost Time Accidents and Rates by Department.

o Employee Accident Summary (DOSH 900S Report)

Mandated by the following regulatory agencies:

- FTA
- NTSB
- PTSB
- NYS Dept. of Labor

NYCTA-04620

## SECTION 10: ACCIDENT INCIDENT INVESTIGATION

### 10.0    Overview

This section discusses the criteria associated with the identification of accidents and incidents that require an investigation, notification to external agencies and the generation of required accident/incident reports.  Additionally, the section outlines the investigative processes associated with rail accidents, industrial accidents, employee fatalities and employee on the job injuries.

### 10.1    Department of Subways Notifications

The Rail Control Center (RCC) shall notify the Office of System Safety (OSS) of all incidents involving:

- A fatality at the scene: or where an individual is confirmed dead within thirty (30) days of a rail transit-related incident.
- Injuries requiring immediate medical attention away from the scene for two or more individuals.
- Property damage to rail transit vehicles, non-rail transit vehicles, other rail transit property or facilities, and non-transit property that equals or exceeds $25,000.
- An evacuation due to life safety reasons.
- Derailments.
- Collision with an individual on a rail right of way.
- Collisions between a rail transit vehicle and another rail transit vehicle or a rail transit non-revenue vehicle. These events could take place on a rail transit vehicle or rail transit controlled property, and could involve rail transit passengers, employees, contractors, rail transit facility occupants, other workers, trespassers, or other persons.
- Employee accidents that are life threatening or require hospitalization.
- Near-miss incidents that involve potential employee contact with trains.
- Explosions on any Transit property.
- Door related drags.
- Doors open in route.
- Switch run through.
- Asbestos emergencies.
- Water main breaks.
- Escalator accidents.
- Passenger or community exposures to hazardous substances.
- Spills of materials into the ground or sewer regardless of quantity.
- Spills of five or more gallons that do not enter the ground or sewer.
- Fan plants taken out of service.
- Emergency alarm boxes taken out of service.

NYCTA-04621

- False clear signal aspects/incorrectly displayed signal aspects.
- Fires:

    - In any Transit facility (shop, barn, storeroom, station room, etc.).
    - In subway concession stands.
    - Activation of fire suppression system in token booths.
    - Involving the rolling stock that causes moderate to severe damage.
    - Caused by an outside contractor working on Transit property.

## 10.2    Office of System Safety Notifications

### Public Transportation Safety Board (PTSB) Criteria Accidents
OSS shall notify the PTSB within two (2) hours of all accidents for which the PTSB has primary responsibility in accordance with Title 49CFR, Part 659.33. (See Policy Instruction (P/I) 10.28.1 Accident Investigation Policy Program Manual Appendix A)

### National Transportation Safety Board (NTSB) Criteria Accidents
OSS shall notify the National Response Center (Phone number 800 424-0201) within two (2) hours of all accidents that the NTSB may assume primary responsibility in accordance with Title 49CFR, Part 840.3 (See Policy Instruction (P/I) 10.28.1 Accident Investigation Policy Program Manual Appendix A)

### Department of Labor (DOL) notification:
OSS shall notify the Department of Labor within 8 hours of any fatality or hospitalization of two (2) or more employees.

## 10.3    Office of System Safety Investigations

Investigations are conducted in accordance with Policy Instruction (P/I) 10.28.1 Accident Investigation Policy Program Manual.  The P/I Manual establishes comprehensive procedures to be implemented for Rapid Transit (Rail).

Rapid Transit Investigations (RTI) investigates:

- All derailment and collision accidents involving NYCT and Staten Island Railway (SIR) passenger and work trains.
- All employee fatalities that occur on the active right of way, excluding fatalities that result from apparent natural causes.  Incidents deemed to be non-industrial related will be investigated by RTI to conclusion.
- All serious employee injuries that occur on the active right-of-way.
- All potential employee contact (PEC) near miss incidents that involve train and/or right-of-way operations, which did not involve personal injury or damage to equipment or property, but could have resulted in death or serious injury.

NYCTA-04622

- All High Visibility Accidents regardless of type and/or severity that generate widespread publicity and may warrant a formal investigation at the discretion of the Vice President of OSS.
- NOTE: The Sr. Director, Operations, Office of System Safety, or his representative, shall be the Investigator-in-Charge at the scene of rapid transit accidents and shall determine the classification of incidents.
- Minor incidents (collision/derailments) that result from shifting cars and making up trains in yards where negligible/no damage has occurred may be deemed as an unusual occurrence at the discretion of the Sr. Director, Operations.

Rail Field Operation investigates:

- Serious industrial accidents (amputation, puncture, crushing, burn, chemical exposure) resulting in hospitalization or death or accidents resulting in significant property loss.
- Escalator accidents involving two or more persons requiring medical treatment away from the accident scene. *Injuries that are caused by medical conditions or inappropriate customer behavior are not included in this category. Additionally, "Out of System" escalators maintained by a Private Developer are not included.*

## 10.4    OSS Investigation Procedures For Derailments/Collisions

OSS investigators are authorized to do all things necessary for proper investigation, including examination or testing of any vehicle, rolling stock, track or any part or any such item when such examination or testing is determined to be required for purposes of such investigation.

Investigators will perform the following tasks:

- Interview the train crew, other employees and any witnesses to the accident. Interviews may be scheduled by the Office of System Safety after the drug and alcohol tests have been completed to prevent unnecessary delay in post incident testing.
- Document the position(s) of the train(s) involved, skid marks, and the location(s) of any other equipment that may have been involved.
- Inspect the tracks, switches, signals, and vehicles involved in the incident to determine their condition.
- Inspect the immediate area to determine:

  – Damage to wayside equipment
  – Damage to car equipment
  – The location of other trains that may have been in the area at the time of the incident
  – Damage to tools, equipment, facilities.

NYCTA-04623

DOS Divisions will upon request assign representatives to assist OSS personnel on an "as needed" basis to provide technical assistance in those areas where detailed knowledge or expertise is required.

OSS shall request that written statements are secured from all incident participants, other eyewitnesses and persons called to the scene, such as: police, emergency, medical and operational personnel, who may have information pertinent to the inquiry.

DOS is responsible for supporting OSS Rapid Transit accident investigation activities by providing the necessary information as required by P/I 10.28.1 Accident Investigation Policy Program Manual.

As a result of the investigation, a report is generated with recommendations. OSS maintains a tracking database to track departmental response to all OSS recommendations (corrective action plan) regarding major incidents (i.e., derailments, collisions and employee fatalities) to closure. OSS will provide the PTSB the following:

1. The Investigation Report with recommendations (Corrective Action Plan) if applicable.
2. The status (Major Incident Investigation follow-up report) of each recommendation (Corrective Action Plan) quarterly.

## 10.5    DOS Investigation of Industrial Accidents or Derailments/Collisions

For an industrial accident or derailment/collision of a passenger/work train on the mainline or in a yard the Department of Subways shall:

- Notify OSS immediately.
- Notify emergency response agencies per Policy Instruction, 10.32.4 *Procedures for Response to Rapid Transit Emergencies.*
- Do not move, repair, service, clean, or release the train(s) into revenue service unless authorized to do so by OSS.
- Secure the train(s) at a facility designated by OSS.
- Do not disturb the accident site except where necessary to prevent injuries, loss of life, and/or to maintain the integrity of the system.
- Document any significant changes that were made to the accident site.
- Restore service only after consultation with the Vice President, System Safety or his/her designated representative.
- DOS Divisions will, upon request, assign representatives to assist OSS personnel on an "as needed" basis to provide technical assistance in those areas where detailed knowledge or expertise is required.
- DOS will generate a line management incident package/report for distribution.

NYCTA-04624

Reasonable efforts shall be made to protect from disclosure in a draft or the final report specific medical information concerning individual employees.

DOS is responsible for supporting OSS Rapid Transit & OSS Rail Field operations accident investigation activities by providing the necessary information as required by P/I 10.28.1 Accident Investigation Policy Program Manual.

## 10.6    OSS Investigation Procedures for Train Incidents Resulting in Serious Injury or Death to an Employee

In accordance with P/I 10.28.1 whenever a train incident causes serious injury or death to an employee, a Board of Inquiry shall be convened by the President to investigate the circumstances of the incident, make findings of fact, determine principal causation and responsibility, and develop recommendations for preventing similar occurrences.  In addition, the President may convene the board at his/her discretion to investigate a serious employee injury.

In general the Board of Inquiry shall

    a)  Question all witnesses
    b)  Compile all documentary evidence.
    c)  Ascertain all applicable safety rules.
    d)  Upon completion of its investigation, prepare a written report, which shall:

        1)  Set forth the material facts leading to and causing the incident.
        2)  Determine principal and contributing causes of the incident.
        3)  Reach conclusions as to the persons, policies, procedures, practices, and divisions, as applicable, responsible for the incident.
        4)  As applicable, provide recommendations for changes in safety rules, work rules, or other policies, practices and procedures of MTA NYCT to prevent the occurrence of similar incidents.

## 10.7    Major Incident Follow-Up Report (MIFUR)

OSS shall maintain a system to track departmental responses (corrective action plans) to all OSS recommendations regarding major incidents (i.e. derailments, collisions and employee fatalities) to closure.  Reports are submitted to the PTSB quarterly.

## 10.8    OSS Investigation Procedures for Serious Industrial Accidents or Escalator Accidents

OSS Rail Field Operations is responsible for:

NYCTA-04625

1) Notifying Operating Department of intent to investigate any accident which meets OSS criteria.
2) Investigating serious industrial accidents (amputation, puncture, crushing, burn, chemical exposure) resulting in hospitalization or death or accidents resulting in significant property loss.
3) Investigating escalator accidents involving two or more persons requiring medical treatment away from the accident scene. Injuries that are caused by medical conditions or inappropriate customer behavior are not included in this category. Additionally, "Out of System" escalators maintained by a Private Developer are not included.
4) Photographing the accident scene.
5) Inspecting the immediate area for property, bus, train, equipment, and tools and/or parts damage.
6) Documenting, measuring and recording the position of bus, train, equipment, tools and/or parts, injuries, and any other information that may be applicable.
7) Interviewing the employee(s) and any witnesses within 24 hours, unless the employee or witness is not available for medical reasons.
8) Securing all equipment that may require third party examination.
9) Reviewing statements, drug/alcohol testing results, employee work history, employee training records, personal protective equipment usage (job task assessment form), inspection records, procedure/policy and other supporting documents.
10) Requesting third party testing and/or examinations of bus, train, equipment, tools and/or parts, if necessary.
11) Provide a preliminary report within 5 working days.
12) Issue a final report to the Department Head within 90 days contingent on the need for third party e.g. consultant and/or laboratory services.

As a result of the investigation, a report is generated with recommendations and tracked to closure utilizing a tracking database.


## 10.9  Near Miss Investigations

**OSS Investigation of Near Miss Incidents**

In accordance with P/I 10.28.1 OSS Rapid Transit Investigation shall investigate Potential Employee Contact (PEC) type near miss incidents including but not limited to:

- General Order violations
- Improper flagging
- Potential employee contact with trains while working on the roadbed
- Portable trip overruns
- Train fails to blow horn when passing yellow caution lights
- Train passes work area at excessive speed.

NYCTA-04626

For incidents where it is determined that PEC with a train may occur, a report is written with recommendations that are tracked to closure (using a tracking database).

**DOS Investigation of Near Miss Incidents**

All near miss incidents involving train and/or right of way operations, which did not involve personal injury or damage to equipment/property, but could have resulted in death or serious injury, must be immediately reported to the supervisor of the employee(s) involved. Supervisory personnel or designee must handle the reporting of the incident as follows:

- Immediate notification to the RCC
- Immediate notification to the Divisional Chief Officer.
- Immediate notification to the OSS.
- Initiate an investigation within 24-hrs of the incident in order to determine the causative factors involving the incident.
- Issue an incident report within 30 days of the incident to the Divisional Chief Officer of the employees involved and submit a copy to OSS. This report should include the following:

  – Synopsis overview of the incident
  – Findings
  – Conclusions
  – Recommendations
  – Actions taken

The types of near miss incidents that must be handled in this manner include the following:

Switch run-throughs
Home signal overruns
General Order Violations
Miscellaneous: Incidents that could have resulted in death, serious injury or significant equipment/property damage.
Improper flagging
3rd Rail explosions involving work procedures
All incidents involving potential employee contact with trains while working on the roadbed
Portable trip overruns
Doors opening on wrong side/doors opening outside of station
Train fails to blow horn when passing yellow caution lights
Train passes work area at excessive speed
False clear signal aspects/incorrectly displayed signal aspects

NYCTA-04627

## 10.10   Employee On the Job Injury Investigation

Managers and supervisors must investigate employee injuries and complete telephonic notification to the telephonic accident reporting system (888-682-4301) within 24 hours of an accident.  Supervision must complete the On The Job Injury Report, identify root causes and ensure corrective actions are implemented within 2 business days of an accident.

Supervision and management must follow the Injury Response Guidelines to ensure proper accident reporting and investigation.  Follow up with employees that are not able to return to work due to an on the job injury must also be conducted.

The Department of Subways, Rolling Stock and MOW issued Departmental Procedure 5.1 *Accident Reporting* to inform all Maintenance of Way employees how to respond to, investigate, and report on-the-job injuries, based on the latest Transit policies.

## 10.11   Contractor Injury Investigation

For accidents involving Contractor or Subcontractor personnel, the public, and/or property damage, the Construction Manager's Office (CMO) or Design Manager (DM) shall ensure that the Contractor complies with the requirements of the contract by submitting an MTA Supervisor's Accident Investigation Report properly completed by the Contractor Safety Engineer (CSE).  For accidents classified as OSHA recordable, the Contractor shall also provide a copy of the C-2.  The CMO shall retain the original report(s) in the contract file and forward a copy of the completed accident report(s) to each of the following within 24 hours of the accident:

- Chief Safety Management, CPM, 300 Cadman Plaza West, Brooklyn
- Office of System Safety, 2 Broadway, 28th Floor, and
- MTA Risk Management, 2 Broadway, 21st Floor (when applicable)

The CMO shall also ensure that the contractor provides a completed Supervisor's Accident Investigation Report for any accident where no lost time is incurred or is not deemed OSHA Recordable to the Assistant Chief of Safety Management, CPM.

After any lost time accident the CMO shall ensure that the Contractor convenes an investigative meeting within 24 hours for the purpose of determining the cause of the accident and actions to be taken by the Contractor to prevent a recurrence of the accident. The CMO shall ensure the Contractor makes available all personnel involved in or witness to the accident at this investigative meeting for interviews. The CMO or his representative and the CSE/Contractor Safety Manager (or designated Contractor Safety Supervisor) are required to attend the investigative meeting.  The CMO will also notify CPM Safety Management of the time and location of this meeting so that they may send a representative.  The CSE shall, if necessary, update Accident Prevention Program/Hazard

NYCTA-04628

Communication Program and Safe Work Plan to include post-accident measures to prevent recurrence of the accident.

### 10.12   Staten Island Railway Customer Investigation

For accidents involving customers, the Staten Island Railway employees at the location of the accident notify their supervision or RCC where the information is then recorded. Management investigates the accident, has the employees at the accident location complete Form SR-2 Correspondence/Incident Detail Sheet (attached) and collects any other pertinent information available from police, maintenance or others.  SIR management then writes a memorandum summarizing the accident and any action taken by SIR employees.

NYCTA-04629

**MTA Staten Island Railway**

**Form SR-2**

## CORRESPONDENCE/INCIDENT DETAIL SHEET

Page _____ of _____

_____    _____
*(Time)*                *(Date)*

**From:** _____    _____    _____
                     *(Name)*                      *(Title)*                      *(Pass Number)*

| **Dept:** | **Time of Incident:** | **Day of Week:** | **Date of Incident:** | **Train Number/ Assignment ID:** |
|---|---|---|---|---|

**To:** _____
                     *(Name)*                                          *(Title)*

**Subject:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| **Signature** | **ID #** | **Date** |
|---|---|---|

All reports must include all information concerning the subject matter known to the employee at the time the report is prepared. (Including, but not limited to name(s) and identification of witnesses, participants; location; time of occurrence; weather and other environmental conditions; vehicle identification; damage incurred; notifications; action taken.) Use additional, properly identified Form SR-2s as necessary.

Employees should retain a copy of this report for their records.

SR-2 1/10/2006

NYCTA-04630

### 10.13   Station Environment and Operations Customer Investigation

For accidents involving customers in the stations, the employees at the location of the accident notify their supervision.  Management investigates the accident and completes a Customer Unusual Occurrence Report (attached).

### 10.14   NYS Public Transportation Safety Board Investigation of NYC Transit Accidents

In the event of an incident involving a rail transit vehicle or taking place on rail transit-controlled property where one or more of the following occurs, the PTSB will submit a Request for Information to OSS:

(1) A fatality at the scene; or where an individual is confirmed dead within thirty (30) days of a rail transit-related incident;

(2) Injuries requiring immediate medical attention away from the scene for two or more individuals;

(3) Property damage to rail transit vehicles, non-rail transit vehicles, other rail transit property or facilities and non-transit property that equals or exceeds $25,000;

(4) An evacuation due to life safety reasons;

(5) A collision at a grade crossing;

(6) A main-line derailment;

(7) A collision with an individual on a rail right of way; or

(8) A collision between a rail transit vehicle and a second rail transit vehicle, or a rail transit non-revenue vehicle.

OSS will provide the requested information and the PTSB investigates and prepares a report to the Public Transportation Safety Board.  The PTSB has the authority to conduct an on-site investigation with NYC Transit representation.

NYCTA-04631

MTA New York City Transit
Division of Station Operations

**CUSTOMER UNUSUAL OCCURRENCE REPORT**

REVISED 7/08

WEATHER: Clear  Fair  Rain  Snow
     (Circle One)

Date Reported _____ 20____

This report is to be completed by the Supervisor or Manager. Attach the Customer Incident Report and CTA Cleaning Report to this report.

Item # _____    Station Location Code:_____    Line_____

Station _____ Booth No. _____ Division _____

Place of Incident _____ Time _____ Date _____

Name of Injured/ill customer _____ Age_____ Male____ Female _____
    (circle one)

[ ] Check box if no CTA Cleaning report is required due to customer illness

Address _____

Details of Occurrence (State Cause) _____

_____

_____

_____

_____

(Continued on Back)

Emergency Booth Communications Utilized    Yes ____ No ____

Hospital Name _____  Doctor
    EMT _____ Admitted  Yes ____ No ____ Unknown____

Claimed Injury/Illness (circle one)_____

Was police officer present? ____ Name_____ Badge No. _____ Transit Bureau/Precinct No.____
    (Circle One)

Witness _____ Address _____

Condition of Area at Time of Inspection _____

Inspection by _____  _____  _____ Date _____ Time _____
    Name         Title       Pass No.

Cleaning Report to be Submitted by Cleaner/TA _____

Superintendent Notified _____  Pass No.

Supervisor Assigned _____  Pass No.

Incident Reported by _____  _____  Pass No.
    Name         Title

Remarks (State Other Departments Notified) _____

Train Incident:  Car Numbers _____

Door No. _____ Leaving Terminal _____ Time _____

Received at Time _____  Received by _____  _____  _____
    Name         Title       Pass No.

NYCTA-04632

## SECTION 11:  EMERGENCY MANAGEMENT PROGRAM

**11.0    Program Overview and Emergency Planning Responsibilities/Requirements**

The identification of possible emergencies and the development of mitigation plans are critical to New York City Transit's (NYCT) mission for providing safe, reliable mass transportation for its customers.  Through years of experience with incidents, drills, and by way of a cooperative effort with local agencies, NYCT has developed procedures for responding to and recovery from emergencies.  The agency has taken an all-hazards approach to its planning in order to ensure preparedness for all potential/foreseeable incidents.

While the well being of customers and employees is the primary concern, continuity of operations remains a vital component of NYCT's overall emergency management program.  Accordingly, a 'Service Restoration Plan' has been developed to address the restoration of subway and bus service following an event resulting in a full or significant loss of service.  The plan was developed with the help of valuable input from outside agencies (including NYC's Office of Emergency Management or OEM), and incorporates the principles of the National Incident Management System (NIMS) and Citywide Incident Management System (CIMS).

The Office of System Safety (OSS) is responsible for responding to emergencies involving subway collisions, derailments, subway/bus fires (which are deemed significant), releases of hazardous materials (depending on the substance and quantity), and employee fatalities.  During and immediately following actual emergencies, OSS evaluates the effectiveness of existing emergency response procedures and considers changes or improvements.  Collisions, derailments, employee fatalities, and incidents resulting in passenger injuries/fatalities are investigated by the New York State Public Transportation Safety Board (NYS PTSB) and the National Transportation Safety Board (NTSB) at their discretion.  Investigation findings (including evaluations of emergency response efforts) and subsequent recommendations are then forwarded to OSS.  OSS then provides responses to PTSB and NTSB recommendations and implements corrective measures as required.

**11.1    Coordinated Schedule**

Representatives from NYCT's OSS, Department of Subways (DOS) and Operations Planning meet with OEM, the New York City Fire Department (FDNY) and New York City Police Department (NYPD) to discuss emergency preparedness for the subway and surface transit systems.  These meetings are used to refine and further develop notification and communication procedures between agencies; both during and prior to incidents.  These meetings are also used for planning of incidents affecting the City of New York that require the support of NYCT resources.  NYCT is an active participant in the City's Hurricane and Coastal Evacuation plans.

NYCT has liaisons for the FDNY and NYPD, and participates in quarterly planning meetings coordinated by OEM.  Meetings are also held between DOS, FDNY, NYPD & OEM to discuss response procedures during emergencies affecting the subway system.  During these

NYCTA-04633

meetings, protocols are established for the notification of outside agencies and communication protocols during subway-related emergencies.

Whenever NYCT's Emergency Response Plan (ERP) is revised, meetings are held to discuss proposed changes and revisions to existing protocols and procedures. Meetings are held following major incidents in order to discuss/evaluate agency responses and plan future 'Interagency Emergency Planning Exercises'. In addition, throughout the year NYCT and any of the outside agencies can request a meeting to discuss/clarify protocols which may lead to revisions to policies and procedures.


## 11.2    Emergency Preparedness Exercises & Meetings with External Agencies

NYCT conducts four 'Interagency Emergency Preparedness Exercises' annually. The exercises include participation from the FDNY, NYPD, the NYC OEM, MTA Police, Red Cross and other City, State and Federal Agencies that would typically take part in responding to an actual incident. Following the four 'Interagency Emergency Preparedness Exercises', critiques are held to discuss the response to, and actions taken during each exercise. 'After-Action Reports' are prepared in order to detail the exercises. Action items are then communicated to the appropriate department(s) and/or agencies so that they may be properly addressed. During the course of the year NYCT also participates in citywide drills coordinated by OEM.

Following a major incident impacting NYCT's subway system, any participating agency may request a critique to discuss the event. Following the conclusion of the critique(s), 'After-Action Reports' are prepared to document actions taken during the event, and to decide if revisions to response policies or protocols are necessary.


## 11.3    Policy Instructions and Procedures

NYCT's procedures for responding to emergencies are outlined in various Policy Instructions (P/Is) maintained and distributed by OSS. Each P/I is specific to relevant emergency situations and explicitly outlines protocols to be followed. P/Is associated with emergency response include: "Procedures for Response to NYCT Rapid Transit Emergencies" (P/I 10.32.4); "Building Evacuation Procedures" (P/I 10.3.3); Emergency Closure of Station Facilities (P/I 10.31.0); and NYCT's Pandemic Plan (P/I 10.37.1). OSS also evaluates the implementation of the aforementioned P/Is.

Contractors are responsible for developing Emergency Response/Contingency Plans for projects for which they have been awarded. In addition, through the capital plan, departmental projects and other safety initiatives, fire protection and life safety systems are installed in new and renovated facilities to minimize the effect of incidents. Materials used in both surface and subway vehicles are selected to minimize the spread of fire and smoke during emergencies and buses are provide with onboard fire extinguishing systems to quickly extinguish engine compartment fires before they can endanger customers.

NYCTA-04634

Changes to emergency response policies and procedures are coordinated by OSS.  When changes to procedures are proposed, the appropriate in-house resources, as well as city agencies affected will be convened to review the proposed change(s).  A thorough review of the change and its impact on emergency response will be undertaken.  After the review process is completed and a decision is made regarding any proposed changes - they will be formalized in writing and distributed to all of the appropriate departments and outside agencies.  During the next review cycle of the ERP, all changes will be incorporated.

11.3.1  NYCT's Emergency Response Plan (ERP) for subway related incidents (P/I 10.32.4)

P/I 10.32.4, "Procedures for Response to NYCT Rapid Transit Emergencies", is NYCT's ERP for subway related incidents.  The ERP addresses the actions to be taken by NYCT operating personnel for the notification, response and mitigation of emergencies that can occur within the subway system.  The ERP was developed to formalize the policies and procedures that NYCT employees and responding agencies are to perform when handling an incident.  The ERP is the culmination of years of experience gained during incidents as well as training and planning with city agencies.  The ERP is a living document, and is reviewed and revised periodically.  After the revised ERP is approved it will be sent to NYCT reproduction to have bound copies made.  Bound copies will then be distributed to the Rail Control Center (RCC), and posted on the NYCT intranet TENS (Transit Employee News Service) site.

    P/I 10.32.4 outlines emergency procedures relating to the following:

- Notifications to Participating Agencies
- Command Post Communications
- Fire/Smoke Conditions in Tunnels
- Fire/Smoke Conditions Inside/Under Train
- 'Smoke' Fan Control in Under-River Tunnels
- Fire/Smoke Conditions On or Adjacent to NYCT Property
- Total/Partial Power Failures
- Collisions/Derailments – Passenger Service
- Mass Customer Evacuations from Trains
- Person Underneath a Train
- Bomb Threats or Explosive Devices
- Nuclear/Biological/Chemical Releases
- Spills/Releases of Flammable/Combustible Liquids/Vapors
- Emergency Procedures Manual: Fan Operation
- Emergency Evacuation Devices
- Power Removal/Restoration
- Emergency Track Closures
- Safety During Exercises

11.3.2  Building Evacuation (P/I 10.3.3)

    P/I 10.3.3 outlines the responsibilities and procedures to conduct a building evacuation.

NYCTA-04635

### 11.3.3  Emergency Closure of Station Facilities (P/I 10.31.0)

P/I 10.31.0 outlines the purpose, coordination with external agencies and public notification when an emergency closure of subway station(s) is necessary.

### 11.3.4  Pandemic Plan (P/I 10.37.1)

P/I 10.37.1 outlines the responsibilities and procedures that must be implemented when a pandemic has been declared.

## 11.4    Employee Emergency Management Training

NYCT has identified those employees who may be involved in emergency incidents and provided them with Fire and Passenger Evacuation Training (FPET).  The training is given when the employee enters the appropriate title, and every three years thereafter.  The FPET covers use of fire extinguishers and how to manage a train evacuation during an emergency. The training stresses the need to control customer panic, communicate with the RCC and when to make the decision to evacuate.  Essentially all DOS employees who work in the field are required to attend this training.

All new NYCT employees attend an awareness class to familiarize them with identifying suspicious people, activities and packages, with the need for the employees to serve as the eyes and ears of the agency.  All NYCT employees are required to take some level of National Incident Management System (NIMS) training.  New employees attend NIMS awareness training understanding how NYCT fits into the incident management structure. As employees ascend to managerial positions, they are required to take the following training:

- IS-700         –         All levels of Management
- ICS-100       –         All levels of Management
- ICS-200       –         All levels of Management
- ICS-300       –         Middle and Senior Managers
- IS-800         –         Middle and Senior Managers
- ICS-400       –         Senior Managers

The classes cover an introduction to NIMS and the Incident Command System to the advanced Incident Command System activities.  Additionally, NYCT in cooperation with the Transport Workers Union (TWU) Local 100, has developed training for employees in dealing with Weapons of Mass Destruction (WMD) type incidents.  WMD training is limited to employees responsible to responding to incidents involving releases of hazardous materials.

Members of NYCT's volunteer 'Hazmat Team' receive OSHA 40hr Hazwoper training upon induction, and refresher training annually (at a minimum).

NYCTA-04636

## 11.5    Familiarization Training/Interagency Drills

NYCT conducts four interagency emergency preparedness exercises each year which provide an opportunity for local agencies to familiarize themselves with NYCT facilities and equipment.  The exercises also give external agency personnel the opportunity to become familiar with communication and power removal/restoration procedures.  NYCT has assisted both the FDNY and NYPD in developing training centers for their respective agencies that they use to provide training to a wide range of personnel on both the subway and surface operations and environment.  The FDNY has developed PowerPoint presentations that provide equipment familiarization for both bus and train cars and have constructed a train simulation tunnel for hands on subway training.  The NYPD has train cars at their training center for hands on tactical training in extrication, hostage as well as WMD incidents.  OSS coordinates with both agencies to provide local familiarization of NYCT subway cars and buses as well as bus depot and train yard familiarization for the local companies.  When new equipment (buses and/or train cars) are purchased NYCT reaches out to the FDNY and NYPD to provide information on the changes from existing equipment and things they need to be aware or.  This is an ongoing effort that is coordinated by OSS and the responsible NYCT department.

In addition, NYCT participates in familiarization drills when requested by the FDNY, NYPD and OEM.

NYCTA-04637

# SECTION 12: INTERNAL SAFETY REVIEWS

## 12.0    Overview

This section describes the process used by NYCT to ensure that planned and scheduled internal safety reviews are performed to evaluate compliance with the SSPP.   The internal safety review process will determine if all organizational elements, equipment, procedures and functions are performing as intended from a safety perspective.

## 12.1    Scope of Activities

The objectives of the review process are to provide a mechanism for determining if the plan has been effectively implemented.  The internal safety review objectives are as follows:

- verify that safety programs have been developed/implemented in accordance with SSPP elements

- assess the effectiveness of the safety programs

- identify program deficiencies

- verify that corrective actions are being developed, implemented and tracked to closure

- recommend improvements to the SSPP

- provide management with an assessment of the adequacy of the SSPP

- assure continuing evaluation of the safety related programs

## 12.2    Office of System Safety

The Office of System Safety is responsible to plan, schedule and implement an internal safety review program in compliance with state and federal regulations.  All of the divisions within the Department of Subways are responsible to provide support and assistance in the performance of safety reviews and to implement corrective actions as needed.  Typical review activities include record reviews, physical inspection of stations, yards, shops, plant and equipment, interviews and observations of operations and other operational activities.  While ongoing inspections may be conducted on an unannounced basis, the reviews will be performed on a coordinated basis with management support.

NYCTA-04638

Safety reviews focus on safety related NYC Transit activities identified within the SSPP. REVIEW areas include but are not limited to the following:

- achievement of safety goals and objectives

- SSPP implementation

- hazard management program

- system modification review and approval process

- safety certification

- safety data acquisition and analysis

- accident/incident notification, investigation, and reporting

- emergency response planning, coordination and training

- operating and maintenance rules and procedures compliance

- facilities and equipment inspections

- systems and facilities maintenance and inspection programs

- training and certification for employees and contractors

- configuration management

- compliance with local, state and federal safety regulations

- hazardous materials program

- drug and alcohol program/policy compliance

- procurement

## 12.3    Review Process

12.3.1  Managing the Review Process

The Office of System Safety shall be responsible for managing the review and ensuring the independent nature of the review process.  The Department of Subways shall support the review process by ensuring personnel are available that are needed to participate in

NYCTA-04639

the review, provide access to the locations being reviewed and providing required documentation.  The following is the Office of System Safety internal System Safety Program Plan review program:

- OSS conducts reviews of Department of Subways' operating Divisions SSPP based on a three year review cycle.

- The sections of the SSPP to be reviewed, each year, are selected on a rotating basis to complete the comprehensive review within the three year cycle.

- An Opening Conference is held between OSS and senior management to discuss the purpose and requirements of the reviewing process.

- A checklist is developed by OSS to include all the elements of the SSPP section to be reviewed.

- OSS coordinates the SSPP review process with the PTSB.  The PTSB is invited to participate in the review process.

- OSS conducts comprehensive SSPP reviews through meetings with the identified responsible units, interviewing managers and supervisors, conducting site inspections, and collecting and reviewing supporting documents.

- At the conclusion of the review process, a Closing Conference is held between OSS and senior management to discuss all the significant findings and recommendations.

- A final report is issued detailing all review findings and recommendations for correcting deficiencies.  The comprehensive checklist is also included.

- The final reports are distributed to senior management and the PTSB.

NYCTA-04640

- Senior Management is required to provide OSS with a corrective action plan indicating: action taken/to be taken; implementation schedule; and individual or Department responsible for the implementation.

- OSS tracks the status of implementation of the corrective action plan to ensure that the recommendations are implemented, and provides an annual report to the PTSB that summarizes the results of the reviews and the status of the corrective actions or recommendations.

- OSS provides quarterly updates to the PTSB on the status of open recommendations.

## 12.4    Safety Audits Conducted by MTA Audits

In addition to the systematic SSPP reviews that are conducted by OSS, MTA Audit conducts audits that focus on compliance with safety requirements annually.

NYCTA-04641

## SECTION 13: RULES COMPLIANCE/PROCEDURES REVIEW

**13.0    Overview**

The NYCT operating rules and procedures for Department of Subways (DOS) employees are conveyed in the *Rules & Regulations Governing Employees of MTA New York City Transit, Manhattan and Bronx Surface Transit Operating Authority (MaBSTOA) and South Brooklyn Railway* (know as the Rule Book). The rules set forth in this Rule Book apply to all employees. The rule book contains the flagging rules that apply when personnel enter the right of way.

There are currently 31 Safety Policy/Instruction documents issued by the Office of System Safety that outline each department's responsibility, procedures to be followed, training requirements, etc.; which cover a wide variety of safety concerns. All of the divisions within the Department of Subways are responsible for following these procedures. See Appendix I - Safety Policy/Instructions at the end of this section for a list of the Safety Policy/Instructions.

In addition, each operating division develops specialized rulebooks, operating bulletins, advisories, field maintenance procedures, special orders, executive orders, special instructions, standard operating procedures and/or other similar documents, generally referred to as rules and procedures.

The following are the divisional rulebooks:

- Division of Car Equipment (DCE): With the approval of the Office of System Safety (OSS), DCE has developed a document entitled "Safety Rules and Regulations for Car Equipment Employees (Rev. F.)" and these are applicable to DCE employees.
- Rapid Transit Operations (RTO): To supplement the Rule Book, DOS Safety has developed a general information Safety Manual that is distributed to all RTO employees.
- Division of Station Environment & Operations: A divisional safety instruction manual for Station Operations and Maintenance employees has been published. This manual is distributed to all division employees.
- Maintenance of Way (MOW) has developed a MOW Safety Rules and Regulations Book, containing rules that govern MOW work practices. When hired, all supervisory and hourly employees receive safety equipment and a copy of the MOW Safety Rules and Regulations Book. All technical and non-represented employees receive a copy of the MOW Safety Rules and Regulations Book from their manager.
- Staten Island Railway (SIR): The SIR employees are governed by the SIRTOA Book of Operating Rules, SIR Safety Rules, and SIR Roadway Worker Protection Rules and Procedures.

NYCTA-04642

## 13.1    Review of Rules and Procedures

The Rules & Regulations Governing Employees of MTA New York City Transit, Manhattan and Bronx Surface Transit Operating Authority (MaBSTOA) and South Brooklyn Railway are periodically reviewed for their effectiveness and revised as needed. OSS participates in the periodic review and revision of the Rules.  DOS may determine that it is necessary to immediately revise a rule or section of rules at times other than the periodic review.  A bulletin would be published explaining which rule(s) are being revised and distributed within the department to advise supervision and the employees of the change.

The Department of Subways Safety Goal Action Plan requires divisional safety rules to be re-evaluated annually to ensure they are up-to-date and reflect safe practices.

The DCE rulebook, "Safety Rules and Regulations for Car Equipment Employees (Rev. F.)", is reviewed annually and updated as needed by DCE Central Safety Committee, DCE Senior Staff and AAR & Safety Programs.

DOS Safety reviews the RTO Safety Manual's contents annually, following major operating incidents, following serious injuries on duty to employees and following additions, deletions or amendments to operating rules/tools/equipment.

DOS Safety reviews the MOW Safety Rule Book contents annually or as required.

DOS Safety reviews Stations operational and maintenance Safety Manual contents annually and following major incidents, including serious injuries on duty to employees.

DOS Safety is responsible for updating the rules and procedures when state regulations change, as a result of feedback from supervisors in the field, accident investigations, and subway bulletins.  Safety audits are conducted to enforce the rules and observe the effective application of the rules. DOS Safety issues revised changes in rules and procedures pertaining to any work activity, incident or request for clarification from field supervision.

Upon recognizing operating deficiencies either through review or an event that occurs, Subdivision of Signals reviews and revises the rules and procedures and seeks feedback from all Signals managers to provide the best method moving forward.  Updated rules and procedures are disseminated through weekly circulation of safety, maintenance and flagging grams and positive compliance directives that are reviewed with each employee and signed by the employee and their supervisor.

The SIR operating and maintenance rules and procedures that are found to be deficient or outdated either through regular review or an event are updated and documented through Operations Bulletins, Supplements or Revisions and Amendments.  Supplements are issued as needed, reviewed, discussed and signed for by employees.  Bulletins are issued

NYCTA-04643

quarterly or as needed and carry permanent rule revisions. They are also signed for by all department employees.

OSS reviews revisions to the Departmental/Divisional Safety Rule books.

## 13.2    Process for Ensuring Rules Compliance

Within DOS the operating divisions employ different strategies for ensuring compliance with the rules that govern all employees and their divisional rules and procedures. Below are the processes for ensuring rules compliance.

**DCE:**  As documented in the DCE Safety Goals Action Plan, ensuring adherence to safety rules is covered by a process that includes the following:
>    (a) Daily facility safety inspections conducted by supervisory employees.
>    (b) DCE Central Safety Committee and shop safety committee critique of safety rules and work procedures on a routine basis and in response to specific employee accidents and safety incidents.
>    (c) QA audits are conducted semi-annually by the Quality Assurance subdivision to assess the implementation of operating and maintenance rules and procedures by employees and is reported directly to the Chief Mechanical Officer. This includes site inspections conducted by managers, shop safety committee critique of supervisors' implementation of safety rules and work procedures on an ongoing basis and in response to specific employee accidents or safety incidents.
>    (d) Update of the Safety Rules and Regulations Booklet for DCE employees.

**RTO:**  Train Service Supervisors (TSS) in RTO monitor the operations of Conductors, Train Operators and Tower Operators by conducting field inspections and visually monitoring employee performance. For Tower Operators, the Dispatchers also perform this function. Managers perform this function for all supervisory titles. Additionally, Department of Subways Safety (DOS Safety) conducts Efficiency Tests designed to ensure compliance with current safety rules.

The following are the Efficiency Test Programs that DOS Safety conducts:
- Door Operation/Platform Observation and Indication Board/Safety Glasses: Conductors will be tested for compliance with New York City Transit Rule Numbers 3.70(m), 9.01(c), 9.01(l), 9.01(r); and all active RTO related to *"Door Operations and Proper Platform Observations"*, *"Acknowledging the Conductor's Indication Board"* and *"Personal Protective Equipment (PPE) – Safety Glasses."*
- Train Operations through a Work Area (Flagging): Train Operators will be tested for compliance with NYCT Rule Number 3.82 and current RTO Bulletins regarding *"Train Operation through Work Areas."*
- Train Operations in Yards: Train Operators will be tested for compliance with NYCT Rule Numbers 2.39(m), 2.39(n), 2.52(g), 2.55(e), 9.02(b) and all RTO

NYCTA-04644

Bulletins in effect pertaining to *"Train Operation in Yards"* and *"Incomplete Moves (No Signal in Front of Switch)."*

- <u>Red Automatic Signals:</u> With cooperation from the Division of Electrical Systems, Train Operators will be tested for compliance with NYCT Rule Numbers 2.40(m), 2.40(n) and all active RTO Bulletins governing *"When Encountering a Red Automatic Signal."*

- <u>Distractions:</u> All train service employees will be tested for compliance with NYCT Rule Numbers 11(e), 9.01(c), 9.02(b) and current RTO Bulletins regarding *"Distractions."* Observations for compliance will be in effect at all times and will be part of the aforementioned test and recorded during all Efficiency testing.

En route, train crews are subject to unannounced and covert observation by Train Service Supervisors, whose primary function is to ride trains frequently, observing the manner in which Train Operators and Conductors perform their duties, and to correct any improper actions. At terminals between trips, train crews are also subject to observation by terminal supervision, Train Service Supervisors, or Operating Managers. Train Service Supervisors, Train Dispatchers, and Superintendents monitor the operations of Tower Operators by visually inspecting their performance if they share the facility with the Tower Operator. At remote locations, Managers and Supervisors conduct field inspections of Tower Operators' operations. Train Service Supervisors, Yard Dispatchers, and Yard Superintendents monitor the operations of Yard Tower Operators by visually monitoring yard train movements for safe operations. RTO operating employees are evaluated at least once per pick by Supervision. This information is entered into the Handheld Employee Evaluation Program (HEEP). The DOS Safety unit conducts Efficiency Tests to ensure compliance with current safety rules.

DOS Safety conducts Efficiency Tests that measure performance in specific areas. For the Train Operators, tests include compliance with signal rules and yard operations. For Conductors, tests include compliance with acknowledging proper train stops at the Conductors' indication board. For all employees, tests include monitoring compliance with Personal Protective Equipment (PPE) rules. Additionally, TSSs evaluate the performance of Train Operators and Conductors twice each pick (four times per year); Dispatchers evaluate the performance of Tower Operators twice each pick (four times per year).

In addition, Train Service Supervisors will perform a minimum of 20 radar checks per line each month and will check each Train Operator brake handle 3 times per year.

Mangers regularly conduct random observations of supervisors at work. Formal evaluations of job performance are conducted by management at least once a pick.

**STATIONS:** The Division of Station Environment & Operations includes a wide range of job descriptions. Therefore, all employees are required to comply with any or all rules pertaining to their current job assignments. Supervisors informally inspect the personnel in their charge during the workday. The supervisor focuses on areas, such as the

NYCTA-04645

availability and usage of personal protective equipment, and work procedures of personnel at the work site.  Field inspections and safety violations are documented with regard to improper/unsafe work practices. Follow-up inspections are performed to ensure that corrective action has been taken.  In the event that corrective action has not been taken immediately, the employee may be subject to re-instruction or formal disciplinary action.

Managers regularly conduct random observations of supervisors at work.  A six month review and a yearly evaluation of job performance are conducted.

**MOW:**  Adherence is assured by daily supervisory oversight and safety audits performed by field supervisors.  Supervisors conduct random audits to ensure compliance with safety rules, PPE, quality inspection of work activities and all safety and maintenance related issues.  The findings are discussed and if required corrective actions are initiated with the operating supervisor.  These reports are distributed within the responsible division for further review.  In addition, SMAT (Safety Management Audit Training) audits, and the Joint Safety Task Group submit their findings that are circulated throughout to the area of responsibility of the managers for review and discussion of corrective actions or if requiring additional updating to any policy.

DOS Safety participates in the enforcement of NYCT safety rules through field inspections and documents safety violations with regard to improper and unsafe work practices.  The desired results are to ensure employee compliance with New York City Transit policies and an overall accident rate reduction.  The inspections concentrate on, but are not limited to, personnel wearing appropriate personal protective equipment and compliance with work procedures and New York City Transit policies.  In addition the following audits/inspections are performed: Manager Safety Audit, Log Book Audit (Signals), General Supt. Flagging Audit (Signals), Quarterly Safety Stand down (Infra., Power), Supervisory Daily Activity Log (HVAC) and Manager's Behavioral Audit (TRO).

**SIR:**  Monthly random reviews of employee performance and compliance with all applicable departmental rules and procedures are performed.  Department supervisors and managers observe employees performing the selected task for the purpose of auditing compliance with all applicable operating procedures, fitness-for-duty checks, safety procedures, PPE, flagging, maintenance and administrative requirements.  Department managers perform field audits of flagging sites, ride passenger trains, perform periodic random inspections of station platforms, station houses, facilities and equipment and perform evaluations of department employees to ensure rules compliance.  The SIR Safety Committee consisting of departmental representatives from management and labor conduct additional monthly random inspections and surveys of various SIR facilities, stations and work sites. Completed reports are reviewed for identification of possible trends and occurrences that require updates, revisions or corrective actions.  Negative trends are adjusted by issuance of rule revisions.  In addition, Safety Culture Observation Team (SCOT) audits and Joint Track Safety Audit (monthly) are performed. OSS and

NYCTA-04646

SIR Safety performs monthly roadway worker protection audits.  The RWP Briefing
Form is reviewed during the audit.

Log #_____                              Reviewed by:_____
　　　　Provided by Train Dispatcher                                          Upon Return to Dept.

**MTA Staten Island Railway**

# Roadway Worker Protection (RWP) Briefing Form (May 2016)

| Section 1: (Must be completed regardless of method of RWP provided) | |
|---|---|
| 1.  Date: | 2.  Department: |
| 3.  Roadway Worker Responsible for Protection[1] (RWRP): | |
| 4.  Supervisor: | 5.  Manager: |
| 6.  Task: | |
| 7.  Equipment: | |
| 8.  Location of Work: | |
| 9.  Time **ON** roadway (In effect): _____  TD Authorization: | 10. Time **CLEAR** roadway (Cancelled): _____  TD Authorization: |

| 11. Will work be performed (check appropriate boxes): | |
|---|---|
| a)  On active tracks? | ☐ Proceed to Section 3 |
| b)  Within 7 feet of the field side of the near running rail of an active track? | ☐ Proceed to Section 3 |
| c)  On a station platform within 30" from the platform edge? | ☐ Proceed to Section 3 |
| d)  On ladder on a station platform within a distance from the platform edge equal or less than the height of the ladder? | ☐ Proceed to Section 3 |
| e)  None of the above | ☐ Proceed to Section 2 |

| Section 2: (To be completed if work area is "out of bounds") |
|---|
| 12. Is work being performed by a contractor?  (Check appropriate box)    ☐ Yes: RWRP/Flagger Required   ☐No:  Proceed to Line 13 |
| 13. Will the work area remain behind a Permanent Barrier (Station Platform, Wall, Fence, Trestle or Temporary Safety Barrier) **WITH NO POSSIBILITY OF PERSONNEL OR EQUIPMENT FOULING AN ACTIVE TRACK?**  (Check appropriate box)    ☐ Yes: NO RWP Required    ☐No: RWRP/Flagger Required |

| Section 3: (To be completed if work area is "in bounds") | | |
|---|---|---|
| 14. Can Roadway Workers clear-up in 15 seconds advance notice from a Flagger/Watchman? | ☐ Yes | ☐ No |
| 15. Can a single Flagger/Watchman see an approaching train 1500' away or if not, are multiple Flagmen/Watchmen available (450' at St. George Terminal [2])? | ☐ Yes | ☐ No |
| 16. Can Roadway Workers reliably hear air-horn/whistle signals from the Flagger/Watchman? | ☐ Yes | ☐No |
| 17. (Check Appropriate Box)  ☐"Yes" to Line 14, 15, **AND** 16: Proceed to Line 18  ☐ "No" to Line 14, 15, **OR** 16: Proceed to Section 6 | | |
| 18. Will the duration of roadway work be less than an hour and/or roving (moving point), or more than an hour (fixed point)? (Check appropriate box)  ☐Less than 1 Hour/Roving (Moving Point): **Proceed to Section 4**  ☐More than 1 Hour (Fixed Point): **Proceed to Section 5** | | |

| Section 4:  Train Approach Warning (TAW) | If applicable see Section 5 ☐ , 6 ☐ , 7 ☐ , or 8 ☐ |
|---|---|
| 19.  Equipment Checklist:<br>• Red Flag or Lantern  ☐<br>• Air Horn or Whistle  ☐ | 20. Personnel (as required):<br>Watchman [1]:<br>Watchman [1]: |
| 21. Will trains/on-track equipment be operating through the work area in both directions?  ☐ Yes:  Required equipment (above) must be doubled.  There must be at least 2 Watchmen (except STG [2])  ☐ No:  Exit Blocks must be requested & applied to prevent opposing moves. Time Applied _____TD | |

| Section 5:  Standard Track Flagging (STF) | If applicable see Section 6 ☐ , 7 ☐ , or 8 ☐ |
|---|---|
| 22.  Equipment Checklist:<br>• Full-Mast Green Flag  ☐<br>• Full-Mast Yellow Flag  ☐<br>• Half-Mast Yellow Flag  ☐<br>• Red Flag or Lantern  ☐<br>• Air Horn or Whistle  ☐ | 23. Personnel (as required):<br>Flagger [1]:<br>Flagger [1]:<br>Flagger [1]:<br>24.  What form of RWP is being used to set up flags?  ☐ TAW    ☐ FT Form X # _____ |
| 25. Will trains/on-track equipment be operating through the work area in both directions?  ☐ Yes: Required equipment (above) must be doubled.  There must be at least 2 Flaggers (Except STG[2]).  ☐ No: Exit Blocks must be requested & applied to prevent opposing moves. Time Applied _____ T/D | |

[1] **Must be equipped with a Radio**
[2] **Special RWP procedures permit TAW and STF at STG in one direction with reduced visibility requirements provided T/D alerts RWRP of eastbound movement prior to establishing a route.**

| Section 6: Foul Time (FT) | If applicable see Section 7 ☐, or 8 ☐ |
|---|---|

| 26. Can work be performed between trains? | |
|---|---|
| (Check appropriate box) ☐ Yes: **Proceed to Line 27** ☐ No: **Proceed to Section 7** | |
| 27. Employee in Charge [1] (EIC): | |
| 28. Authorization: Form X Number | |
| 29. Working Limits (Controlled Points): | |
| 30. On-track equipment in use? ☐ No ☐ Yes: ID    TCO:    TCF: | |

| Section 7: Exclusive Track Occupancy (ETO) |
|---|

31. Will the track be rendered inaccessible by a physical barrier such as derail, discontinuity in the rail, or switch locked or remotely blocked in a position to prevent train movement?
(Check appropriate box)    ☐ Yes: **Proceed to Section 8**    ☐ No: **Proceed to Line 32**

| 32. Employee in Charge [1]: |
|---|
| 33. Authorization: Form Z Number |
| 34. Working Limits: |
| 35. On-track equipment in use? ☐ No ☐ Yes: ID    TCO:    TCF: |

| Section 8: Inaccessible Track (IT) |
|---|

| 36. Employee in Charge [1]: |
|---|
| 37. Authorization: Form Z Number |
| 38. Working Limits: |
| 39. Track rendered inaccessible by: |
| 40. On-track equipment in use? ☐ No ☐ Yes: ID    TCO:    TCF: |

| Section 9: Clear- Up Location and Other Special Instructions (Must be completed) | ☐ **Combined Forms of Protection** [Check if applicable and list forms of protection(s) being used below and in applicable sections.] |
|---|---|

Do not enter upon:

Third Rail Power will be (Check Appropriate box): ON ☐    OFF ☐    ON/OFF Between Trains ☐

| Section 10: Question/Answers (Must be completed if applicable) |
|---|

| Section 11: Attendance (Must be completed) |
|---|

*All attendees must print full name and initial in acknowledgment to confirm understanding of this Roadway Worker Protection Briefing*

| 1 | | 7 | | 13 | |
|---|---|---|---|---|---|
| 2 | | 8 | | 14 | |
| 3 | | 9 | | 15 | |
| 4 | | 10 | | 16 | |
| 5 | | 11 | | 17 | |
| 6 | | 12 | | 18 | |

| Section 12: Relief Assignments (Must be completed if applicable): | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | RWRP [1] | | | EIC [1] | | | Flagger/Watchman [1] | |
| # | Current | Relieved By | Time | Current | Relieved By | Time | Current | Relieved By | Time |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |

[1] **Must be equipped with a Radio**
The RWRP must have this form available for review while at the work area upon request. Completed RWP Briefing Forms with Log # are to be returned to the respective Department at the completion of work.

Page 13-7

NYCTA-04648

**OSS:** Independently of DOS, the Office of System Safety performs periodic field safety inspections to monitor compliance with safety rules and Safety Policy/Instructions. Joint inspections with OSS and Transport Workers Union (TWU) representatives are conducted on Subway construction and maintenance projects to identify deficiencies in flagging, training, and equipment. Quarterly trend analysis of the data is performed. In addition, OSS conducts annual reviews of the DOS System Safety Program Plan and Safety Goal Action Plan. Written reports are sent to the operating department with recommendations and corrective action when required.

## 13.3    Documentation

The divisional safety units and OSS provide documentation of audits, which includes findings and corrective actions to the management of the unit being audited. Local supervision use various forms and checklists to document their daily auditing of work tasks, inspections of work locations and enforcing the use of personal protective equipment. The DOS Safety Goal Action Plans require managers and supervision to track the status of the implementation of recommendations.

**DCE:** A Maintenance/Overhaul Shop Audit report is issued, and all nonconformities are documented with corrective/preventive action request. Safety critical findings must be corrected within 24 hours. Audit reports are closed upon verification of implementation of corrective or preventive action plans.

**RTO:** Efficiency Test results are transmitted to Group and Line General Managers. Field supervisors and managers conduct STOP (Safety Training Observation Program) for Safety and SMAT (Safety Management Audit Training) audits, the results of those audits are transmitted to OSS and trend results are incorporated in the Safety Goal Action Plan.

**STATIONS:** Observations in the field are noted and transmitted to the Superintendent and General Superintendent of the respective area. Supervision conducts STOP for Safety and SMAT Audits. The results of those audits are transmitted to OSS as required and trend results are incorporated in the Safety Goal Action Plan.

**MOW & SIGNALS:** Audits are distributed for review throughout the department and discussed by the managers. SMAT audits are conducted monthly and the documented findings and/or corrective actions are also discussed. New rules and policies, which are developed, are distributed in bulletin form, which is required to be displayed in employee quarter facilities.

Reports are generated by the Signals Asset Management conducting SMAT reviews, monthly maintenance outlier audits for ISEIS and perform logbook audits to verify ISEIS entries. These reports are forwarded to the managers in the area involving the report for corrective action. Field managers use a SMAT form to conduct audits and document their findings and corrective actions required.

NYCTA-04649

**SIR:**  Department managers and SIR Safety Committee members use SIR specific forms and check lists for conducting audits and evaluations.  Completed forms, reports or inspection/check lists are reviewed and evaluated during departmental monthly operating staff and safety meetings and monthly SIR Safety Committee meetings and submitted to the department heads for review and to ensure compliance with current rules and procedures and establishing necessary corrective actions as needed.

**OSS**:  OSS prepares and distributes regular safety reports to upper level management in an effort to ensure that they are aware of the safety performance.  The regular reports include monthly Employee Lost Time Accident Rate reports, periodic safety performance of NYC Transit and review/inspection reports.

NYCTA-04650

## Appendix I - Safety Policy/Instructions

| 10.1.6 | NYCTA Safety Policy | System Safety | 03/06/16 |
|---|---|---|---|
| 10.2.1 | Inspection and Testing of New Water Based Fire Protection Systems | System Safety | 06/26/13 |
| 10.3.3 | Building Evacuation Procedures | System Safety | 06/26/13 |
| 10.4.3 | Portable Fire Extinguishers | System Safety/Subways | 06/25/13 |
| 10.5.2 | Fire Department Permits and Certificates | System Safety | 10/22/13 |
| 10.6.2 | Flammable & Combustible Liquids Program | System Safety | 03/31/09 |
| 10.7.1 | Handling, Storage & Transportation of Compressed and Liquefied Petroleum Gases | System Safety | 12/31/13 |
| 10.9.2 | Respiratory Protection Program | System Safety | 03/05/04 |
| 10.10.1 | Hazard Communication | System Safety | 11/06/00 |
| 10.14.2 | Hearing Conservation Program | System Safety | 06/05/06 |
| 10.15.4 | Infection Control Policy | System Safety | 10/22/14 |
| 10.16.4 | Asbestos Management | System Safety | 03/09/09 |
| 10.17.1 | Painting Safety Program | System Safety | 10/01/09 |
| 10.18.2 | Establishing Safety Goals and Action Plans | System Safety | 06/29/09 |
| 10.19.1 | Confined Spaces | System Safety | 08/27/97 |
| 10.20.2 | Lockout/Tagout | System Safety | 08/16/13 |
| 10.21.1 | Personal Protective Equipment | System Safety | 02/20/09 |
| 10.23.1 | Inspection, Testing & Maintenance of Existing Water Base Fire Protection System and Appendicies | System Safety | 07/03/13 |
| 10.23.1 Appendices | Policy Instruction 10.23.1 Appendices | System Safety | 07/03/13 |
| 10.26.0 | System Safety Analysis | System Safety | 12/09/98 |
| 10.27.1 | Environmental Management | System Safety | 04/30/02 |
| 10.28.1 | Accident Investigation | System Safety | 05/03/10 |
| 10.29.1 | Emergency Exits | System Safety/Subways | 06/28/13 |
| 10.30.4 | Safety Committees | System Safety | 08/16/13 |
| 10.31.0 | Emergency Closure of Stations Facilities | System Safety/Subways | 04/14/93 |
| 10.32.4 | Procedure for Response to NYCTA Rapid Transit Emergencies: In preparation | System Safety/Subways | 12/11/09 |
| 10.33.1 | Lead Particulate Management | System Safety | 03/18/14 |
| 10.34.2 | Inspection, Test & Maintenance of Existing Fire Alarm Systems | System Safety | 12/31/13 |
| 10.35.0 | NYCT Hazardous Materials Team | System Safety/Subways | 01/24/06 |
| 10.36.0 | Powered Industrial Trucks | System Safety | 07/14/06 |
| 10.37.1 | Pandemic Plan | System Safety | 12/31/12 |
| 10.38.0 | Environmental Policy | System Safety | 11/13/14 |

NYCTA-04651

## SECTION 14: FACILITIES AND EQUIPMENT INSPECTIONS

**14.0    Overview**

Routine safety inspections of New York City Transit (NYCT) facilities and periodic inspections/testing of equipment are performed by Department of Subway's (DOS) supervision/management and hourly employees.  In addition, periodic compliance audits/inspections are performed by DOS safety personnel and the Office of System Safety (OSS).  OSS audits are discussed in greater detail in Section 12.

All NYCT facilities are subject to periodic inspections.  Facility safety inspections are conducted in accordance with internal procedures, as well as numerous regulations and codes; including those developed by the following agencies:

- o  United States Occupational Safety and Health Administration (OSHA)
- o  United States Environmental Protection Agency (US EPA)
- o  New York State Department of Labor (NYS DOL)
- o  NYS Department of Environmental Conservation (NYS DEC)
- o  NYS Department of State (NYS DOS)

For equipment inspections, NYCT utilizes manufacturers' recommendations, as well as internal procedures which are generally derived from national consensus standards; such as those developed by the following organizations:

- o  National Fire Protection Association (NFPA)
- o  American National Standards Institute (ANSI)
- o  American Society for Testing and Materials (ASTM)
- o  Association of American Railroads (AAR)
- o  American Railway Engineering and Maintenance-of-Way Association (AREMA)
- o  American Society of Civil Engineers (ASCE)
- o  American Society of Mechanical Engineers (ASME)
- o  Institute of Electrical and Electronics Engineers (IEEE)

NYCTA-04652

## 14.1    Facility Inspections

### 14.1.1  Department of Subways

The Daily Department of Subways Facility Safety Checklist (in accordance with
Subways Bulletin 14-18) is required to be completed in Subways industrial type facilities.
The facilities that adopt this form no longer have to comply with Crew Quarters
Inspection requirements and the Daily Maintenance Supervisor Safety Checklist
requirements.

**POST ON ALL BULLETIN BOARDS**

**NEW YORK CITY TRANSIT
DEPARTMENT OF SUBWAYS
OFFICE OF THE SENIOR VICE PRESIDENT**

DATE:     July 2, 2014

TO:        All Subways Superintendents and Supervisors

FROM:   Sally Librera, Vice President & Chief Officer, Operations Support Subways

SUBJECT: **SUBWAYS BULLETIN 14-18**
              **FACILITY SAFETY CHECKLIST**
              (Supersedes Subways Bulletin 12-11)

This is to remind all Subways superintendents and supervisors that the **Daily Department of
Subways Facility Safety Checklist** is required to be completed in Subways industrial type facilities,
to comply with the *NYCT Safety Goal Action Plan (SGAP)* and *System Safety Program Plan (SSPP)*.

*SGAP Action Element 2-2*
*Supervisors must observe the work environment to identify and correct unsafe conditions. Engage
employees in this process and ask for their input. Document the observations and implement
employee suggestions if needed.*

*SSPP, Section 14 Overview*
*Routine safety inspections of NYCT facilities...are performed by DOS supervision/management
and hourly employees...All NYCT facilities are subject to inspections...*

The facilities listed in Attachment 1 require the completion of a facility checklist because they have
one or more of the following characteristics:
  * Shop/Machinery Activities      • Hazardous Material Handling/Use
  • Powered Industrial Truck Use   • Hazardous Material Storage

The checklist (Attachment 2) may be modified to include unique facility/divisional safety issues not
included here, with DOS Safety approval. Call (718) 694-1216.

The checklist must be maintained for a period of 90 days at the facility for review and inspection by
management.

These facilities are not required to comply with *Crew Quarter Inspection* requirements and the *Daily
Maintenance Supervisor Safety Checklist* requirements.

Ensure this bulletin is discussed by supervisors with all hourly employees during safety/toolbox talks.

Attachments

cc:   J. Leader          Office of the VP and Chief, SIR      J. Samuelsen (TWU)
      J. Bromfield       Office of the VP, Security            B. Franklin (SSSA)
      M. Brown           R. Bergen                            T. Wilson (UTU)
      J. Gaito           C. Kennedy                           T. Malodobry (TCU)
      J. Gaul            F. Smith                             M. Cummings (ATDA)
      W. Habersham

Page 14-2

All other Subways, non-office reporting locations are required to complete the weekly Crew Quarters Inspection Checklist.  The facilities include but are not limited to those listed in the following table because they have one or more of the following characteristics:

- o   Shop/Machinery Activities
- o   Powered Industrial Truck Use
- o   Hazardous Material Handling/Use
- o   Hazardous Material Storage

### Table 14.1 SUBWAYS FACILITIES LIST

| DIVISION | FACILITY |
|---|---|
| DCE | All Maintenance Shops |
| | All Overhaul Shops |
| | Pelham Diesel Shop |
| EMD | Central Electronics Shop |
| | Glendale Shop (AFC) |
| | 2020 Broadway, East New York, Brooklyn |
| Infrastructure | Cozine Shop (Iron) |
| | Tiffany Shop (Iron) |
| | Glendale Shop (ICC) |
| | 129 Jamaica Avenue (ICC) |
| | Canal Street (ICC) |
| | 148th Street Shop (HVAC) |
| | 38th Street Shop (HVAC) |
| | Broadway-Lafayette (Hydraulics) |
| | Sands Street (Hydraulics) |
| | Bergen Shop (Facilities) |
| Elevators & Escalators | Sutphin/Archer Shop |
| | Dykman Street Shop |
| Track | Small Tool Shop (Linden) |
| | Fabrication Shop (Linden) |
| | Fleet Operations (Linden) |
| | Production Equipment Shop (38th St. Yard) |
| Signals | 215th Street Shop |
| Power | 100 Locust Ave. (Cable) |
| | 1114 Atlantic Avenue (Cable) |
| | Pitkin Yard (Test) |
| | Power Command Center |

NYCTA-04654

Station Environment          Conway Street
and Operations               145th St. & St. Nicholas Avenue
                             Roosevelt Avenue
                             99th Street Fire Extinguisher Shop
                             Hoyt/Schermerhorn Shop
                             Bedford Avenue
                             Bergen Shop (Signage)
                             Quay Street (Mobile Wash)
                             4th Ave., Brooklyn (Refuse Operations)
                             East 180th Street
                             125th Street/St. Nicholas
                             14th Street/6th Avenue
                             Queens Plaza
                             Stillwell Avenue
                             Myrtle/Wyckoff
                             2nd Avenue
                             Grand Central

The following Daily Facility Safety Checklist lists safety issues that are commonly
encountered in Subways shop facilities.  It may be modified to include unique facility/
divisional safety issues not included here.  Modifications must have DOS Safety
approval.  The checklist must be maintained for a period of 90 days at the facility for
review and inspection by management.

NYCTA-04655

DOS DAILY FACILITY SAFETY INSPECTION CHECKLIST          DATE: _____

Instructions:

Please read the following instructions before starting the inspection

*Circle only the appropriate response (Y=Yes, N=No, NA = Not Applicable) or write where necessary

*If you observe something important that is not included in the checklist, please write in section (Additional Comments).

*Print/Sign your full name and enter pass number in the spaces provided.

*Write the date of inspection on all sheets.

| NO | INSPECTION ITEMS | RESPONSE | COMMENTS |
|---|---|---|---|
| A | *Toolbox Safety Talk* | | |
| 1 | Were all employees observed at the beginning of the tour concerning their fitness for duty? | Y N NA | |
| 2 | Were the daily safety rules read?  Rule of the Day #: _____ and the Job Specific Rule # | Y N NA | |
| 3 | Do you have STOP Cards and Safety Rule Dispute Forms in your possession? | Y N NA | |
| 4 | List the newly issued safety bulletins and safety advisories that were discussed: ___ | Y N NA | |
| B | *General Housekeeping* | | |
| 1 | Floor, stairwells, work areas, etc., are generally clean and free of tripping hazards & debris | Y N NA | |
| 2 | Spill cleaned promptly. | Y N NA | |
| 3 | Absorbed materials, if used, disposed of in a timely manner. | Y N NA | |
| 4 | Floors, stairs and handrails maintained in good repair | Y N NA | |
| 5 | Floors kept clear from parts and tools | Y N NA | |
| 6 | Parts and tools placed in proper storage or salvage bins | Y N NA | |
| 7 | Floor free from grease/oil build up | Y N NA | |
| 8 | Oily waste rags and similar combustibles stored in approved, self closing metal containers | Y N NA | |
| 9 | Electrical Equipment (electrical panels et.,) unblocked | Y N NA | |
| 10 | All materials stored in an orderly fashion | Y N NA | |
| 11 | All materials stored in either a separate room or in lockers | Y N NA | |
| 12 | All kitchen/muster areas kept neat and clear of excess debris | Y N NA | |
| 13 | No temporary wiring  (i.e., extension cords, etc.) being used | Y N NA | |
| 14 | All lockers kept neat and clear and free of excess storage | Y N NA | |
| 15 | No smoking sign posted and enforced | Y N NA | |
| 16 | Garbage removed in a timely manner | Y N NA | |
| 17 | All 600V heater warning signs posted | Y N NA | |
| C | *Flammable/Combustible Liquids* | | |
| 1 | Drums properly labeled | Y N NA | |
| 2 | Drums used for dispensing are grounded and containers bonded to drum | Y N NA | |
| 3 | Drip pans provided for drums in use | Y N NA | |
| 4 | Small containers of flammable liquids stored in flammable liquid storage cabinets when not being used | Y N NA | |
| 5 | NO SMOKING /NO OPEN FLAMES signage posted | Y N NA | |
| D | *Hazardous Waste & Raw Material Storage Areas* | | |
| 1 | Drums properly labeled | Y N NA | |
| 2 | Drums are stored on spill containment skids or in an area with a six inch containment berm | Y N NA | |
| 3 | Contents of drums intact | Y N NA | |
| 4 | Properly designated storage area neat and orderly | Y N NA | |
| 5 | Storage area kept free from other materials/equipment | | |
| 6 | Spill control material available | Y N NA | |
| 7 | Drums stored outside are properly covered | Y N NA | |
| 8 | NO SMOKING /NO OPEN FLAMES signage posted | Y N NA | |
| E | *Fire Safety and Fire Protection System* | | |
| 1 | Is a Fire Alarm System present? If n/a go to D.5 | Y N NA | |
| 2 | Is the system operational | Y N NA | |
| 3 | Is the system being inspected | Y N NA | |
| 4 | Are all manual pull stations clear and unobstructed | Y N NA | |
| 5 | Is a sprinkler system present? If n/a go to D.8 | Y N NA | |
| 6 | Is the sprinkler system operational. | Y N NA | |
| 7 | Is the sprinkler system being inspected monthly | Y N NA | |
| 8 | Are there fire extinguisher present? If yes answer the following: | Y N NA | |
| 9 | Are the fire extinguisher mounted, being inspected monthly, and unobstructed | Y N NA | |

NYCTA-04656

DOS DAILY FACILITY SAFETY INSPECTION CHECKLIST          DATE: _____

| | | | |
|---|---|---|---|
| 10 | Are the extinguishers charged, is the safety pin in place, and are they undamaged? | Y N NA | |
| 11 | Sprinkler heads are unobstructed | Y N NA | |
| 12 | Fire doors operable, unobstructed, unlocked, self closing with positive latch | Y N NA | |
| 13 | Space underneath stairwell clear | Y N NA | |
| 14 | Fire Evacuation plan in place and posted | Y N NA | |
| 15 | Fire Evacuation routes posted | Y N NA | |
| 16 | Employees familiar with the evacuation plan | Y N NA | |
| 17 | Are evacuation drills being conducted and are records present? | Y N NA | |
| **F** | **Grinding** | | |
| 1 | Tongue guard, work rest & eye shield present & properly adjusted | Y N NA | |
| 2 | Dust Collectors connected | Y N NA | |
| 3 | Proper materials being ground | Y N NA | |
| 4 | Operator wearing safety glasses/goggles and face shield | Y N NA | |
| **G** | **Personal Protective Equipment (PPE)** | | |
| 1 | Approved protective goggles/face shields are worn where there is a danger of flying particles or corrosive materials | Y N NA | |
| 2 | Approved safety glasses/goggles worn at all times where there is risk of eye injuries | Y N NA | |
| 3 | Approved hearing protection used in required areas | Y N NA | |
| 4 | Approved safety vest used in required areas | Y N NA | |
| 5 | Approved protective gloves, aprons, shields etc., are worn where there is risk of cuts and contact with chemicals | Y N NA | |
| 6 | Approved hard hats (no bump caps) are worn where danger from overhead objects exists | Y N NA | |
| 7 | Hard hats are free from damage and holes drilled in the shell for attachments | Y N NA | |
| 8 | Approved safety shoes are worn. | Y N NA | |
| 9 | Personnel required to use respirators are respirator qualified | Y N NA | |
| 10 | Eyewash facilities/quick drench shower are operational with unobstructed access and location signage | Y N NA | |
| **H** | **Emergency Egress** | | |
| 1 | Clear and unobstructed (no debris/storage) | Y N NA | |
| 2 | Adequate illumination | Y N NA | |
| 3 | Door(s) open/close properly | Y N NA | |
| 4 | Exit signs posted | Y N NA | |
| 5 | Directional exit sign posted (if required) | Y N NA | |
| 6 | All stairs and handrails in good condition | Y N NA | |
| 7 | Emergency lighting present and operational | Y N NA | |
| 8 | Security gates secured in open position when quarters are occupied | Y N NA | |
| **I** | **Compressed Gases** | | |
| 1 | Cylinders legibly marked to clearly identify contents | Y N NA | |
| 2 | Oxygen & Acetylene cylinders stored separately, upright and secured | Y N NA | |
| 3 | Cylinders capped when not in use | Y N NA | |
| **J** | **Welding** | | |
| 1 | Flammable/Combustible materials removed from welding area | Y N NA | |
| 2 | Welding screens properly positioned | Y N NA | |
| 3 | Fire guard with fire extinguisher properly positioned | Y N NA | |
| 4 | Local ventilation equipment such as fume eliminator used where required | Y N NA | |
| 5 | Appropriate PPE use. (PPE may include welding helmets, welding goggles and welders leggings, sleeves, aprons, & jackets.) | Y N NA | |
| **K** | **Forklift Operations** | | |
| 1 | One operator on the forklift - no passengers | Y N NA | |
| 2 | Light, horn & backup alarm function properly on all powered industrial trucks. | Y N NA | |

ADDITIONAL COMMENTS: _____
_____
_____
_____
_____

| | |
|---|---|
| **Representative performing the inspection (Print/Signature)** | |
| **Pass Number** | |
| **Location/RC** | |

Page 14-6

NYCTA-04657

### 14.1.2 **Service Delivery**

o   Service Delivery's responsibilities are discussed in detail in Section 3.3.1.  The division is primarily accountable for the provision of customer service relating to train operations

o   Service Delivery facilities subject to inspection include the following, which are not included on Table 14.1 – Subways Facilities List:

  ▪   Signal (Master) Towers
    o   The Supervisor assigned to the Signal (Master) Towers inspects the facility upon arrival on each tour.  Results of the inspection are entered in the Signal (Master) Tower Log Book

  ▪   Subways Terminal Crew Quarters
    o   Subways Terminal Crew Quarters are inspected weekly and results are recorded on the *Weekly Crew Quarters Inspection Form* (page 14-8).  The *Weekly Crew Quarters Inspection Form* includes fields that require that the individual conducting the inspection verify and record that important documents (e.g., emergency evacuation plan) and signs (e.g. emergency exits) are posted.  In addition, it requires that the individual verify and record that egresses are clear of debris, flammable/combustible materials are properly stored, and that employees are adhering to the principals of 'good housekeeping' (in efforts to prevent slips, trips, and falls).

o   Periodic safety audits are also conducted by managers utilizing the following *SMAT Observation Form* (page 14-11).

o   When corrective action is required, the supervisor/manager corrects the condition or contacts the appropriate section/division to have the condition (e.g., damaged flooring, stairs or handrails) corrected/rectified.

NYCTA-04658

## WEEKLY CREW QUARTERS INSPECTION FORM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date of Inspection | | | | | | | |
| Line | | | Responsibility Center | | | | |
| Location | | | | | | | |
| Title of Inspector | ☐ Manager    ☐ Train Service Supervisor   ☐ Dispatcher   ☐ Assistant Dispatcher | | | | | | |
| Name of Inspector | | | | | | | |
| Signature of Inspector | | | | | | | |
| Pass | | | BSC ID Number | | | | |

| NO. | INSPECTION ITEM | Yes | No | DNA | UNK |
|---|---|---|---|---|---|
| | Check the appropriate response box: Yes, No, DNA - Does Not Apply, UNK - Unknown. | | | | |
| 1 | **EGRESS** | | | | |
| 1.1 | Clear and unobstructed (no debris/storage) | | | | |
| 1.2 | Adequate illumination | | | | |
| 1.3 | Door(s) open/close properly | | | | |
| 1.4 | Exit signs posted | | | | |
| 1.5 | Directional exit signs posted | | | | |
| 1.6 | All stairs and handrails in good condition | | | | |
| 1.7 | Emergency lighting present and operational | | | | |
| 1.8 | Security gates secured in the open position when quarter(s) is occupied | | | | |
| 2 | **FIRE EVACUATION PLAN** | | | | |
| 2.1 | Fire Evacuation plan in place and posted | | | | |
| 2.2 | Fire Evacuation routes posted | | | | |
| 2.3 | Employees familiar with the evacuation plan | | | | |
| 2.4a | If this is a full time Crew Room are table top or evacuation drills conducted? | | | | |
| 2.4b | If this is a full time Crew Room are table top or evacuation drill records present? | | | | |
| 3 | **GENERAL HOUSEKEEPING** | | | | |
| 3.1 | All materials stored in an orderly fashion | | | | |
| 3.2 | All materials stored in either a separate room or in lockers | | | | |
| 3.3 | All kitchen/muster areas kept neat and clear of excess debris | | | | |
| 3.4 | No temporary wiring (i.e.: extension cords, etc.) utilized | | | | |
| 3.5 | All lockers kept neat and clear of excess storage | | | | |
| 3.6 | No smoking signs posted and enforced | | | | |
| 3.7 | Garbage removed in a timely manner | | | | |
| 3.8 | All 600V heater warning signs posted | | | | |
| 4 | **FIRE PROTECTION SYSTEMS** | | | | |
| 4.1 | Is a Fire Alarm System present? *If No, go to 4.5.* | | | | |
| 4.2 | Is the system operational? | | | | |
| 4.3 | Is the system being inspected? | | | | |
| 4.4 | Are all manual pull stations clear and unobstructed? | | | | |
| 4.5 | Is a sprinkler system present? *If No, go to 4.8.* | | | | |
| 4.6 | Is the sprinkler system operational? | | | | |
| 4.7 | Is the sprinkler system being inspected monthly? | | | | |
| 4.8 | Are there fire extinguishers present? *If Yes, go to 4.9 a, b, c and 4.10 a, b, c.* | | | | |
| 4.9a | Are the fire extinguishers mounted? | | | | |
| 4.9b | Are the fire extinguishers inspected monthly? | | | | |
| 4.9c | Are the fire extinguishers unobstructed? | | | | |
| 4.10a | Are the fire extinguishers charged? | | | | |
| 4.10b | Is the safety pin in place on the fire extinguishers? | | | | |
| 4.10c | Are the fire extinguishers undamaged? | | | | |
| COMMENTS | | | | | |

*If you observe something that is not included in the checklist, please indicate your findings under Comments.*
*Copy of this Inspection form must be filed at the Quarters for 2 years.*

Field Operations 11 2016

NYCTA-04659

## CREW QUARTERS INSPECTION FORM

**Instructions:**
Please read the following instructions before completing the inspection.
a) Check the appropriate response box *(Good, Poor, N/A)*.
b) If you observe something that is not included in the checklist, please indicate these findings in the Comments Section.
c) Print your full name and pass number in the spaces provided.
d) Write the date and location of inspection on all sheets.

| NO | INSPECTION ITEM | GOOD | POOR | N/A |
|---|---|---|---|---|
| 1.0 | *Egress* | | | |
| 1.1 | Clear and unobstructed (no debris/storage) | | | |
| 1.2 | Adequate illumination | | | |
| 1.3 | Door(s) open/close properly | | | |
| 1.4 | Exit signs posted | | | |
| 1.5 | Directional exit signs posted | | | |
| 1.6 | All stairs and handrails in good condition | | | |
| 1.7 | Emergency lighting present and operational | | | |
| 1.8 | Security gates secured in the open position when quarter(s) is occupied | | | |

| NO | INSPECTION ITEM | GOOD | POOR | N/A |
|---|---|---|---|---|
| 2.0 | *Fire Evacuation Plan* | | | |
| 2.1 | Fire evacuation plan in place and posted | | | |
| 2.2 | Fire evacuation routes posted | | | |
| 2.3 | Employees familiar with the evacuation plan | | | |
| 2.4 | Are evacuation drills being conducted and are records present? | | | |

| NO | INSPECTION ITEM | GOOD | POOR | N/A |
|---|---|---|---|---|
| 3.0 | *General Housekeeping* | | | |
| 3.1 | All materials stored in an orderly fashion | | | |
| 3.2 | All materials stored in either a separate room or in lockers | | | |
| 3.3 | All kitchen/muster areas kept neat and clear of excess debris | | | |
| 3.4 | No temporary wiring (i.e.: extension cords, etc.) utilized | | | |
| 3.5 | All lockers kept neat and clear of free of excess storage | | | |
| 3.6 | No smoking signs posted and enforced | | | |
| 3.7 | Garbage removed in a timely manner | | | |
| 3.8 | All 600V heater warning signs posted | | | |

Date: _____

Location: _____

Crew Quarters Inspection Form                    Page 1 of 2

NYCTA-04660

## CREW QUARTERS INSPECTION FORM

| NO | INSPECTION ITEM | GOOD | POOR | N/A |
|---|---|---|---|---|
| 4.0 | *Fire Protection Systems* | | | |
| 4.1 | Is a fire alarm system present? *If N/A, go to 4.5* | | | |
| 4.2 | Is the system operational? | | | |
| 4.3 | Is the system being inspected? | | | |
| 4.4 | Are all manual pull stations clear and unobstructed? | | | |
| 4.5 | Is a sprinkler system present? *If N/A go to 4.8* | | | |
| 4.6 | Is the sprinkler system operational? | | | |
| 4.7 | Is the sprinkler system being inspected monthly? | | | |
| 4.8 | Are there fire extinguishers present?  If yes, answer the following | | | |
| 4.9 | Are the fire extinguishers mounted, being inspected monthly and unobstructed? | | | |
| 4.10 | Are the extinguishers charged? Is the safety pin in place? Are they undamaged? | | | |

ADDITIONAL COMMENTS:_____

_____

_____

_____

| Description | Response/Information |
|---|---|
| Responsibility Center | |
| Print Name of Supervisor who performed Inspection | |
| Supervisors Signature | |
| Pass Number | |
| Date of Inspection | |
| Location of Inspection | |

Crew Quarters Inspection Form                    Page 2 of 2

NYCTA-04661

## SMAT OBSERVATION FORM

| | | | | | |
|---|---|---|---|---|---|
| Audit Date | | | Time | | |
| Year | | | Quarter | ☐ 1st   ☐ 2nd   ☐ 3rd   ☐ 4th | |
| Audit Location(s) | | | | | |
| Responsibility Center(s) | | | | | |
| Auditor Title | ☐ Assistant Chief Officer | | ☐ General Superintendent | | |
| Auditor Name | | | | | |
| Signature | | | | | |

| SECTION 1 PERSONAL PROTECTIVE EQUIPMENT | SECTION 2 POSITIONS | SECTION 3 ERGONOMICS | SECTION 4 TOOLS AND EQUIPMENT | SECTION 5 PROCEDURES |
|---|---|---|---|---|
| ☐ Head | ☐ Striking Against Struck By, Caught In, On or Between Objects | ☐ Posture | ☐ Wrong for Job | ☐ Inadequate |
| ☐ Eyes and Face | | ☐ Type & Number of Motions | ☐ Used Incorrectly | ☐ Not Known Understood |
| ☐ Ears | ☐ Falling | ☐ Load Handled | ☐ In Unsafe Condition | ☐ Not Followed |
| ☐ Respiratory System | ☐ Contacting Temperature Extremes | ☐ Work Area Design | | |
| ☐ Hands and Arms | ☐ Contacting Electrical Current | ☐ Tools and Grips | | |
| ☐ Trunk | ☐ Inhaling, Absorbing, Swallowing Hazardous Substance | ☐ Vibration | | |
| ☐ Feet and Legs | | ☐ Lighting | | |
| | ☐ Overexertion | ☐ Noise | | |

| SECTION(S) | BRIEF SUMMARY OF OBSERVATIONS |
|---|---|
| | |
| | |
| | |
| | |
| | |

| SECTION(S) | SAFE OR UNSAFE ACTS OBSERVED |
|---|---|
| | |
| | |
| | |
| | |
| | |

**ITEM(S) FOR FOLLOW UP AND TARGET DATE FOR COMPLETION**

| ITEM | TARGET DATE |
|---|---|
| | |
| | |
| | |
| | |
| | |

*(right margin, vertical text)* September 30 or December 31 June 30, on March 31, each quarter by the end of complete this Observation form and submit via email to Fosafetyreports@nyct.com. Please conduct the SMAT Observation,

Field Operations 11 2016

Page 14-11

NYCTA-04662

14.1.3  **Maintenance of Way (MOW)**

- Work Site Inspections

MOW Supervisors conduct daily safety inspections of work sites in accordance with the Daily Subways Maintenance Supervisor Checklist (page 14-13).

- Division of Track and Division of Infrastructure

Track and Infrastructure is responsible for maintaining NYCT's network of track and track-related infrastructure, as well as structural elements of DOS facilities.  The subdivision's facilities are located throughout the system.  For MOW facilities that are not included on Table 14.1 – Subways Facilities List, supervision shall use the following:

- o  Supervisors conduct weekly safety inspections of crew quarters in accordance with the Weekly Crew Quarters inspection Form (page 14-13).

- o  Requests for minor construction repairs for defects identified during facility inspections are assigned to the appropriately titled Structure Maintainers (e.g., Masons, Carpenters, etc.).

- o  In addition, monthly labor/management 'Safety Committee' facility walk-through inspections are conducted utilizing the checklist provided on page 14-15.  All findings are documented and tracked utilizing the form displayed on page 14-16.

NYCTA-04663

**DAILY SUBWAYS MAINTENANCE SUPERVISORS CHECKLIST**

Date: _____ Gang: _____ Crew (s): _____

Location (s): _____ Task (s): _____

Check One
Y   N   N/A

[ ] [ ] [ ]  1. Was the nearest EAB/ET functional status verified at the location to determine if planned work needs to be suspended or emergency work performed with the use of a portable radio?

[ ] [ ] [ ]  2. Were all employees observed at the beginning of the tour concerning their fitness for duty?

[ ] [ ] [ ]  3. Were the daily safety rules read? Rule of the Day #: _____ and the Job Specific Rule #: _____

[ ] [ ] [ ]  4. List the newly issued safety bulletins and safety advisories that were discussed:

_____

_____

[ ] [ ] [ ]  5. Are third rail alarms (i.e., alarm boxes, red lamp banks) required, where the third rail is de-energized, and a sufficient number prepared for delivery and pre-tested to be functional to ensure an alarm is heard and/or seen by the workers.

[ ] [ ] [ ]  6. Were *all* gang tools, alarm devices, and tool boxes that will be used inspected for damage, wear, worn insulation repaired/replaced prior to the start of the tour's work?

[ ] [ ] [ ]  7. Are fire extinguishers needed to support the use of gas-powered tools and prepared for use?

[ ] [ ] [ ]  8. Is additional work area lighting needed and prepared for use to meet the 5 foot-candle requirement?

[ ] [ ] [ ]  9. Are temporary tie bumpers and/or wheel stops needed and prepared for use?

[ ] [ ] [ ]  10. Are 7' Third Rail Mats prepared for use for tools/equipment requiring two or more employees to carry them over energized third rails?

[ ] [ ] [ ]  11. If Third Rail Mat(s) are being used, were they inspected for:
a. Damage (i.e., rips, tears, holes, punctures, or cracking) and for the proper stripe color?
b. Sufficient length of mats to completely cover the work area?

[ ] [ ] [ ]  12. Are air monitors needed for $NO_2$ (diesel exhaust) or CO (gas engine exhaust) and prepared for use?

[ ] [ ] [ ]  13. Do flagger(s) need additional illumination and additional bank(s) prepared for use?

[ ] [ ] [ ]  14. Is drinking water needed and prepared for delivery?

[ ] [ ] [ ]  15. Do you have STOP Cards and Safety Rule Dispute Forms in your possession?

[ ] [ ] [ ]  16. Are G.O. Piggybacking Procedures followed?

[ ] [ ] [ ]  17. Were all employees properly attired at the beginning of the tour (PPE, appropriate clothing for the task, helmet, safety vest, safety eyeglasses, authorized safety footwear)?

[ ] [ ] [ ]  18. Was a "Toolbox Safety Talk" conducted that indicated the proper and safe procedures to be used, as well as specify the hazards of the job *and instruct employees of the safest route to and from the area?*

[ ] [ ] [ ]  19. If the work is being perfomed under flagging protection, did you conduct the pre-job meeting and designate flaggers?

[ ] [ ] [ ]  20. If the work to be performed is under a General Order where the third rail will be de-energized, did you discuss the exact power-off limits with all employees under your jurisdiction?

[ ] [ ] [ ]  21. Were flags called on to the *Rail Control Center*, *Local Tower,* and your *division office*?

[ ] [ ] [ ]  22. Was the jobsite(s) inspected prior to the start of the task(s)?

[ ] [ ] [ ]  23. Did you establish The Box by:
a. Checking and clearing the area of all correctable tripping and slipping hazards?
b. Setting red flagging lanterns/flags and trippers 200 feet past each work area limit (G.O.)?
c. Are all clearance niches and areas free of material and debris?

[ ] [ ] [ ]  24. Is the Labor/Mgmt. Inspection Certificate (major construction projects only) displayed at the work area?

[ ] [ ] [ ]  25. Was the checklist completed at the beginning of the tour and being forwarded to the field/maintenance office?

Comments: _____

_____

_____

M/S Name: _____ Pass#: _____ Signature: _____

**RETURN TO YOUR SUPERINTENDENT AT THE COMPLETION OF EACH DAY. COPIES OF THE COMPLETED FORM
MUST BE FILED AT THE APPROPRIATE SUBDIVISION FIELD OFFICE FOR 90 DAYS**

Revision: 2-5-09

NYCTA-04664

## WEEKLY CREW QUARTER INSPECTION FORM
### (COPIES MUST BE FILED AT THE QUARTERS FOR TWO YEARS)

Location: _____    Date: _____

Inspected by: _____

| | | Good | Poor | n/a |
|---|---|---|---|---|
| **1.0** | Egress | | | |
| 1.1 | Clear and unobstructed (no debris/storage) | | | |
| 1.2 | Adequate illumination | | | |
| 1.3 | Door(s) open/close properly | | | |
| 1.4 | Exit signs posted | | | |
| 1.5 | **Directional exit sign posted** | | | |
| 1.6 | **All stairs and handrails in good condition** | | | |
| 1.7 | **Emergency lighting present and operational** | | | |
| 1.8 | **Security gates secured in the open position when quarters is occupied.** | | | |
| | | | | |
| **2.0** | Fire Evacuation Plan | | | |
| 2.1 | Fire evacuation plan in place and posted | | | |
| 2.2 | Fire evacuation routes posted | | | |
| 2.3 | Employees familiar with the evacuation plan | | | |
| 2.4 | Are evacuation drills being conducted and are records present? | | | |
| | | | | |
| **3.0** | General Housekeeping | | | |
| 3.1 | All materials stored in an orderly fashion | | | |
| 3.2 | All material stored in either a separate room or in lockers | | | |
| 3.3 | All kitchen/muster areas kept neat and clear of excess debris | | | |
| 3.4 | No temporary wiring (i.e.: extension cords, etc.) being used | | | |
| 3.5 | All lockers kept neat and clear and free of excess storage | | | |
| 3.6 | No smoking signs posted and enforced | | | |
| 3.7 | Garbage removed in a timely manner | | | |
| 3.8 | All 600V heater warning signs posted | | | |
| | | | | |
| **4.0** | Fire Protection Systems | | | |
| *4.1* | **Is a Fire Alarm System present?  If n/a, go to 4.5** | | | |
| 4.2 | **VI.    Is the system operational?** | | | |
| 4.3 | Is the system being inspected? | | | |
| 4.4 | Are all manual pull stations clear and unobstructed? | | | |
| *4.5* | *Is a sprinkler system present?  If n/a, go to 4.8* | | | |
| 4.6 | Is the sprinkler system operational? | | | |
| 4.7 | Is the sprinkler system being inspected monthly? | | | |
| *4.8* | *Are there fire extinguishers present? If yes, answer the following:* | | | |
| 4.9 | Are the extinguishers mounted, being inspected monthly, and unobstructed? | | | |
| 4.10 | Are the extinguishers charged, is the safety pin in place, and are they undamaged? | | | |

Write any additional comments on the back of this form.

NYCTA-04665

**Local Safety Committee**
**Monthly Meetings**

Date: __ / __ / __                                    RC(s): __ __ __ __ __ __

                                                      __ __ __ __ __ __

Location: _____              __ __ __ __ __ __

Division/Department:

DOB ☐                                                Station Operations ☐
RTO ☐                                                Car Equipment ☐
Electrical & Signals ☐                               Track & Infrastructure ☐
EMD ☐                                                Supply Logistics ☐

**Print Name & Pass Numbers of Participants:**

        Management/Designee                                    Labor

_____                            _____
_____                            _____
_____                            _____
_____                            _____
_____                            _____
_____                            _____

**Key Hazards Cited** (please check the appropriate box):

| | | | |
|---|---|---|---|
| Housekeeping | ☐ | Pre-Trip Insp. e.g. brakes, lug nuts | ☐ |
| Training | ☐ | Road conditions e.g. potholes | ☐ |
| Work Station | ☐ | Compartment (operator, conductor) | ☐ |
| Personal protective equipment | ☐ | Bus Stops, Intersections | ☐ |
| Emergency/Fire Exits Blocked | ☐ | Road/Track Condition | ☐ |
| First Aid/Defibrillator | ☐ | Operable Service Radio | ☐ |
| Fire Extinguisher/Fire Alarm | ☐ | Machine Guarding | ☐ |
| 3-point Contact e.g. stairs, bus steps | ☐ | Powered Industrial Truck | ☐ |
| Illumination | ☐ | Lockout/Tagout | ☐ |
| Ventilation/AC/Heat | ☐ | Electrical (extension cords, GFCI) | ☐ |
| Personal Protective Equipment | ☐ | Flagging | ☐ |
| Chemicals (handling, storage, use) | ☐ | Scaffolds | ☐ |
| Hazardous Waste/Infectious Waste | ☐ | Fall Protection | ☐ |
| Industrial/Universal Waste | ☐ | Ladders (use/condition) | ☐ |
| Flammable/Combustible Liquids | ☐ | Personnel hoists | ☐ |
| Compressed Gases (storage, handle) | ☐ | Jack Stands (Safety Stands) | ☐ |
| Material Handling | ☐ | Lifts (portable, fixed) | ☐ |
| Confined Spaces | ☐ | Jacks | ☐ |
| Improper use of cell phones/other | ☐ | Walking Surfaces | ☐ |
| Electronic device | | Other:_____ | ☐ |
| Other: _____ | ☐ | Other: _____ | ☐ |

**Concurrence: The minutes of this meeting have been reviewed for distribution (D 5, page 4)**

_____                            _____
    Management/Designee                                    Labor

NYCTA-04666

SAFETY INSPECTION TRACKING

| No. | Date Open | Priority | Description | Follow-up date | Requester | Responsibility | Updated Status (including work order #) | Date closed |
|-----|-----------|----------|-------------|----------------|-----------|----------------|------------------------------------------|-------------|
|     |           |          |             |                |           |                |                                          |             |
|     |           |          |             |                |           |                |                                          |             |
|     |           |          |             |                |           |                |                                          |             |
|     |           |          |             |                |           |                |                                          |             |
|     |           |          |             |                |           |                |                                          |             |
|     |           |          |             |                |           |                |                                          |             |
|     |           |          |             |                |           |                |                                          |             |
|     |           |          |             |                |           |                |                                          |             |
|     |           |          |             |                |           |                |                                          |             |
|     |           |          |             |                |           |                |                                          |             |

1= high Priority, 2= Medium, 3= Low, 4=Quality of Life

Page 14-16

NYCTA-04667

- Electrical (Power & Signals)

The Subdivision of Electrical is responsible for inspecting and maintaining NYCT's power and signal systems (including switches).  For Electrical facilities that are not included on Table 14.1 – Subways Facilities List, supervision shall use the following:

o  Supervisors are responsible for weekly Facilities Condition Check Off List and Enclosure Material List.

o  Managers are responsible for conducting monthly inspections/audits. Additionally, a 'Safety Management Audit Tasks' or SMAT form (page 14-11) is submitted to the Chief Electrical Officer after each managerial audit is completed.

o  Signals Supervisory/Managerial inspections are conducted as per Signals Standard Procedure 7.00.008, utilizing the 'Crew Quarters Inspection Form' that is displayed on pages 14-9 and 14-10, as well as the checklists provided on pages 14-18 and 14-19.

o  Power facilities subject to inspection include the many substations located throughout the system.  It should be noted that these inspections for the most part, are conducted on equipment housed with the substations themselves.

o  Substations are inspected according to a specific schedule based upon the type of equipment housed within each structure and further discussed in Part 14.2.3 of this Section.

o  Power supervisory inspections include Control Room Inspection and Cable Sheath Panel Test.  Supervisory inspections are being done bi-monthly unless instructed otherwise in this document.

NYCTA-04668

# Facilities Condition Check Off List

| YES | NO | |
|---|---|---|
| | | Is the third rail blanket in good condition and available for use? |
| | | Are metal grease guns that should have been replaced with plastic ones still on section? |
| | | Are hand lamps and chargers in good condition? |
| | | Are the point to point flashers in good condition with the new type LED and poly-carbonate handle? |
| | | Are formal flagging lamps in good condition? |
| | | Are there sufficient flagging lamp racks mounted so that employees can easily access lamps? |
| | | Are Evacuation Plans posted at each location? |
| | | Are all EXIT and NOT AN Exit signs posted in all enclosures where needed? |
| | | Are STOP Sign PPE stickers posted on all egress doors? |
| | | Are calendars/materials blocking safety stickers or evacuation plans on egress doors that need to be removed? |
| | | Are air conditioners securely mounted and at a proper height so as not to cause a head injury? |
| | | Is First Aid Kit inspected and available for use? |
| | | Are fire extinguishers inspected and signed according to schedule? |
| | | Is fire extinguisher mounted as close as possible to exit door with sign above it? |
| | | Are oil boxes locked, neat and orderly, and structurally in good condition? |
| | | Are the areas around oil boxes being kept clean and well lit? |
| | | Are banks of lamps (wires, sockets, etc) in good condition? |
| | | Is there any black temporary wire on section that should be replaced with high visibility orange wire? |
| | | Are portable eye washes inspected and signed as per schedule? |
| | | Are eye washes obstructed by material, tools, debris? |
| | | Are High Tension rubber gloves/gauntlets inspected and available for use? |
| | | Are there any water conditions in rooms? |
| | | Are there any water conditions directly outside of rooms that could cause slipping hazards? |
| | | Are prints in relay rooms being kept neat and orderly? |
| | | Are back up battery covers marked with the proper charge (voltage) rates? |

NYCTA-04669

# Enclosure Material List

| DESCRIPTION | QUANTITY | CONDITION | | |
|---|---|---|---|---|
| | | Good | Fair | Poor |
| Lamp Bank complete with 75 Watt Rough Service Bulbs | | | | |
| Hand Lamps complete with Chargers | | | | |
| Work Bench complete with Vise | | | | |
| Flasher | | | | |
| Switch Tools | | | | |
| Bulletin Board | | | | |
| Clip Boards | | | | |
| Mail Box | | | | |
| Oil Box(es) | | | | |
| Push Broom(s) | | | | |
| Dust pan | | | | |
| Chair | | | | |
| Battery Cover(s) | | | | |
| Battery Filler | | | | |
| PPE for Battery Maintenance | | | | |
| Desk | | | | |
| Door Signage | | | | |
| Fire Extinguisher complete with Signage | | | | |
| Fan | | | | |
| First Aid Kit | | | | |
| Flags (1 set minimum) | | | | |
| Log Book | | | | |
| Book Shelf | | | | |
| Flagging Lantern, (2 set minimum.) | | | | |
| Clothes Locker with Signage | | | | |
| Tools Locker | | | | |
| Rubber 3rd Rail Mat | | | | |
| Mop complete with Handle | | | | |
| Mop Pail with Wringer, | | | | |
| Print Rack | | | | |
| Wash Sink | | | | |
| Hand Soap Dispenser | | | | |
| Mirror | | | | |
| Portable Tripper, Complete, Labeled | | | | |
| Print Table | | | | |

NYCTA-04670

- Electronics Maintenance

  o The Electronics Maintenance subdivision is responsible for inspecting and maintaining NYCT's electronic equipment system-wide.  Electronics Maintenance supervisors conduct daily facility inspections at the Central Electronics Shop (CES), 2020 Broadway, (ENY) and the Glendale shop utilizing the Daily Department of Subways Facility Safety Checklist (pages 14-5 &14-6).

### 14.1.4  **Division of Car Equipment (DCE)**

DCE is responsible for inspecting and maintaining both revenue and non-revenue railcar equipment.  DCE hourly/supervisory employees conduct daily facility inspections using the Daily Department of Subways Facility Safety Checklist (pages 14-5 &14-6).  In addition, monthly facility safety inspections are conducted as part of union-management safety committee meetings (in accordance with Policy Instruction 10.30.3, "Safety Committees" and utilizing the forms on pages 14-15 and 14-16).  All findings are documented and remain "open" (with a running day count) until resolved.

<u>DCE facilities subject to inspection include the following</u>:

  o  Railcar Maintenance Facilities (Revenue)

  o  Railcar Overhaul Facilities (Revenue) and Associated Shops

  o  Car Wash Facilities

  o  Work Train and Equipment Maintenance Facility (Pelham Diesel Shop)

NYCTA-04671

### 14.1.5  Station Environment & Operations

Station Environment & Operations Supervisors and Maintenance Supervisors conduct inspections of subway stations and crew quarters in accordance with the schedule outlined in Table 14-2 (below), utilizing the forms provided on pages 14-25 through 14-28.  Additionally, managers periodically conduct random safety audits at those locations. When corrective action is required, the supervisor/manager either instructs employees to correct the condition (if it is housekeeping-related) or notifies the appropriate section/division to have the condition corrected/rectified (if it is maintenance-related). Subsequent to any remedial action taking place (e.g., facility repairs), management/supervision conducts follow-up inspections to ensure that proper corrective action has indeed transpired.  The division's Stations Maintenance section tracks both the timely completion of each repair and the progress toward meeting established annual repair goals.

## CREW QUARTERS INSPECTION FORM

**Instructions:**
Please read the following instructions before completing the inspection.
a) Check the appropriate response box (Good, Poor, N/A).
b) If you observe something that is not included in the checklist, please indicate these findings in the Comments Section.
c) Print your full name and pass number in the spaces provided.
d) Write the date and location of inspection on all sheets.

| NO | INSPECTION ITEM | GOOD | POOR | N/A |
|---|---|---|---|---|
| 1.0 | *Egress* | | | |
| 1.1 | Clear and unobstructed (no debris/storage) | | | |
| 1.2 | Adequate illumination | | | |
| 1.3 | Door(s) open/close properly | | | |
| 1.4 | Exit signs posted | | | |
| 1.5 | Directional exit signs posted | | | |
| 1.6 | All stairs and handrails in good condition | | | |
| 1.7 | Emergency lighting present and operational | | | |
| 1.8 | Security gates secured in the open position when quarter(s) is occupied | | | |
| | | | | |
| 2.0 | *Fire Evacuation Plan* | | | |
| 2.1 | Fire evacuation plan in place and posted | | | |
| 2.2 | Fire evacuation routes posted | | | |
| 2.3 | Employees familiar with the evacuation plan | | | |
| 2.4 | Are evacuation drills being conducted and are records present? | | | |
| | | | | |
| 3.0 | *General Housekeeping* | | | |
| 3.1 | All materials stored in an orderly fashion | | | |
| 3.2 | All materials stored in either a separate room or in lockers | | | |
| 3.3 | All kitchen/muster areas kept neat and clear of excess debris | | | |
| 3.4 | No temporary wiring (i.e.: extension cords, etc.) utilized | | | |
| 3.5 | All lockers kept neat and clear of free of excess storage | | | |
| 3.6 | No smoking signs posted and enforced | | | |
| 3.7 | Garbage removed in a timely manner | | | |
| 3.8 | All 600V heater warning signs posted | | | |

Date: _____

Location: _____

Crew Quarters Inspection Form                    Page 1 of 2

NYCTA-04672

## CREW QUARTERS INSPECTION FORM

| NO | INSPECTION ITEM | GOOD | POOR | N/A |
|---|---|---|---|---|
| 4.0 | *Fire Protection Systems* | | | |
| 4.1 | Is a fire alarm system present? *If N/A, go to 4.5* | | | |
| 4.2 | Is the system operational? | | | |
| 4.3 | Is the system being inspected? | | | |
| 4.4 | Are all manual pull stations clear and unobstructed? | | | |
| 4.5 | Is a sprinkler system present? *If N/A go to 4.8* | | | |
| 4.6 | Is the sprinkler system operational? | | | |
| 4.7 | Is the sprinkler system being inspected monthly? | | | |
| 4.8 | Are there fire extinguishers present?  If yes, answer the following | | | |
| 4.9 | Are the fire extinguishers mounted, being inspected monthly and unobstructed? | | | |
| 4.10 | Are the extinguishers charged? Is the safety pin in place? Are they undamaged? | | | |

ADDITIONAL COMMENTS:_____

_____

_____

_____

| Description | Response/Information |
|---|---|
| Responsibility Center | |
| Print Name of Supervisor who performed Inspection | |
| Supervisors Signature | |
| Pass Number | |
| Date of Inspection | |
| Location of Inspection | |

Station Maintenance Supervisors conduct daily safety inspections of work sites in accordance with the Daily Subways Maintenance Supervisor Checklist (page 14-13).

NYCTA-04673

| STATION ENVIRONMENT & OPERATIONS FACILITY INSPECTIONS | | | |
|---|---|---|---|
| **INSPECTION** | **FREQUENCY** | **PERSONNEL ASSIGNED** | **DOCUMENTATION** |
| Top Twenty-Five 'Slip, Trip & Fall' Stations | Daily | Station Supervisor | Supervisory Log – Station Inspection Report Form (pages 14-25, 14-26 and 14-27, if applicable) |
| Top Twenty-Five 'Slip, Trip & Fall' Stations | Bi-Weekly (every 2 weeks) | Station and Maintenance Supervisors | Supervisory Log – Station Inspection Report Form (pages 14-25, 14-26 and 14-27, if applicable) and Slips Trips & Falls inspection forms (page 14-28) |
| All Stations (468 in total) | Every 72 Hours | Station Supervisor | Supervisory Log – Station Inspection Report Form (pages 14-25, 14-26 and 14-27, if applicable) |
| Crew/Reporting Quarters | Daily | Supervisors (Maintenance & Station) | Daily Facility Safety Inspection Checklist *(page 14-9 & 10)* |

***Table 14-2:*** *Station Environment & Operations Facility Inspections*

Supervisory inspections of subway stations are designed to ensure (at a minimum) the following:

o Restrooms (Public/Employee) are operating unobstructed and clear of debris;
o Egresses (including stairwells) are clear and unobstructed;
o Exit signs are posted;
o Escalators (if present) are operating, unobstructed and clear of debris;
o Elevators (if present) are operating, unobstructed and clear of debris;
o Turnstiles (traditional) and high entry/exit turnstiles (HEETs) are operating and unobstructed;
o Station lighting is adequate and emergency lighting is operational;
o Fire protection and alarm systems are in place;
o Mezzanines and platforms are clear of debris and other hazards;
o Garbage receptacles are emptied in a timely manner.

NYCTA-04674

<u>Station Environment & Operations Hazard Management Process</u>:

o   Supervisory inspections of subway stations (and associated equipment) consist of identifying facility defects, judging cleanliness, and reporting findings (in order to secure corrective action).  Supervisors categorize each reported defect as follows:

   ▪   Priority "A" – Condition made safe or completion of repair(s) within 24 hours.

   ▪   Priority "B" – Requiring completion of repair(s) within 30 days.

   ▪   Priority "C" - Requiring completion of repair(s) within 60 days except 30 days at Initiative Stations.

o   Priority "A" conditions are generally safety-related, security-related or revenue-related conditions; requiring prompt attention.  Priority "B" and "C" conditions are generally aesthetic in nature and are not considered to be emergencies.  Priority "B" conditions are any Priority "A" conditions/defects made safe, but whereby repairs have not yet been completed.  Examples include non-safety defects at 'initiative Stations', all non-safety defects in public and employee restroom and all non-safety service booth defects.  Follow-up inspections are conducted by supervision both throughout and subsequent to any station repair work to ensure that proper corrective action has taken place.

o   Tables 14-3, 14-4 & 14-5 outline the system utilized by Station Environment & Operations to prioritize defects identified during the inspection process.

NYCTA-04675

### Priority 'A' Defects
### (Safety/Security/Revenue Issues)
### (Must be completed within 24 Hrs of reported date)

| Priority 'A' | DESCRIPTION |
|---|---|
| RUBBING BOARD | A rubbing board that is loose or missing. |
| WATER CONDITION | A water condition that is affecting passenger movement, AFC equipment or clogged station drains |
| OVERHEAD THREATS | Loose overhead objects: signs, drip pans, light fixtures or spalling concrete |
| TRIP HAZARDS | Missing (partial or full) floor tiles, protruding floor items, missing or loose stairway treads. |
| HANDRAIL | Any loose or missing handrails. |
| SHARP OBJECTS | Broken glass, jagged metal edges or splintered wood which can result in injury. |
| UNSECURED OBJECTS | Any object such as benches, solar can, etc., that can be thrown on the tracks or obstruct the passengers right of way. |
| AGENT BOOTH | All defects that affect safety, security of the agent: doors, draws and apertures. |
| LIGHTING | A condition which can create a **DARK** area in stairways, service booths, control areas and platforms (**6 lights/fixtures out consecutively in the subway or elevated station platform**). |
| VENT GRATINGS | Missing or damaged gratings. |
| STAIRWAYS | Any defect on a stair tread or landing which constitutes a trip hazard as described above. |
| LOCKS AND DOORS | Any lock or door which can not be secured. |
| TOILETS | Any defect that can make the facility unusable: no water, all bowls clogged. |

***Table 14-3: Station Environment & Operations Hazard Management Process for 'A' Defects***

NYCTA-04676

## Priority 'B' Defects
### (Non-Safety/Non-Security/Non-Revenue Related Issues)

(Must be completed within 30 days of reported date)

| 'B' Service Calls | DESCRIPTION |
|---|---|
| TURNED OVER PRIORITY 'A' DEFECTS | Priority 'A' defects made safe. |
| SERVICE BOOTH | Any defect that does not constitute an 'A' defect. |
| TOILETS | Any condition that is not an 'A' defect. |

**_Table 14-4_: _Station Environment& Operations Hazard Management Process for 'B' Defects_**

## Priority 'C 'Defects
### (Non-Safety/Non-Security/Non-Revenue Related Issues)
(To be addressed within 60 days, except 30 days at Initiative Stations)

| Priority 'C' | DESCRIPTION |
|---|---|
| WALL DEFECTS | Tile repairs, plaster work, cement work, etc., that can not be considered a safety problem. |
| FLOOR DEFECTS | Floor repairs needed for aesthetic reasons, no safety problems exist, for example worn vinyl tile in a booth, worn or chipped nosing. |
| WATER CONDITION AND LEAKS | Nuisance type conditions that are not creating safety problems |
| LOCKS and DOORS | Any door defect, such as a door check not working properly, that does not impede safety, the collection of revenue or the ability to be secured. |
| LIGHTING CALLS | All non-safety related defects. (other than type 'A' defects) |

**_Table 14-5_: _Station Environment & Operations Hazard Management Process for 'C' Defects_**

NYCTA-04677

DEPARTMENT OF SUBWAYS
DIVISION OF STATIONS

# SUPERVISORY LOG
## STATION INSPECTION REPORT

**RATINGS**
1-Satisfactory
2-Unsatisfactory
3-Not Inspected
4-Not Applicable

**CAI**
W-Working
NW-Not Working
N/A-Not Applicable

**APPLICABLE CODES**
"RDO"
VACATION
JURY or MILITARY
SICK,COMP or FMLA

| STATION | WEATHER | STA ID # | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | | | | | | | | |
| I | | | | | | | | | | | | | | | | | | | | |
| J | | | | | | | | | | | | | | | | | | | | |

Column headers:
1 - Personnel On Duty
2 - Outside Areas, Railings
3 - Stairways, Handrails
4 - Mezzanines, Platforms & Passageways
5 - Rubbing Board, Platform Edge, ADA Strip
6 - Booth ,Turnstiles, MEM, MVM's, HEETS, HXT'S
7 - Signs, Windows, Tile Walls & Art Work
8 - Refuse Areas, Trash Receptacle, Housings
9 - Toilets (Public & Employee)
10 - Employee Facility, Offices, Misc. Rooms
11 - Emergency Panic Bar Gates, Exit (Security) Gates & AFAS
12 - Lighting
13 - Track Areas & Roadbeds
14 - Elevators, Escalators & Powerwalks
15 - Communication Device (CAI)
16 - Sand Boxes
17 - Graffiti

Date: _____    Day of Week: _____    Pass #: _____    Time On: _____

S/S Name: _____    Job #: _____    Time Off: _____

S/S: _____
Signature

Lunch: _____    Checked By: _____    Superintendent

Supervisors are reminded of the following when conducting inspections:
Gates: Ensure that stairway, passageway, exit (Security) gates are secured (locked) in the open position, to allow customers to exit without any obstruction.
Stairways/Handrails   Pay close attention to loose/missing handrails & stair treads
Mezzanines & Platforms: Pay close attention to uneven floor surfaces/missing floor tiles, holes, cracks, water conditions, leaks, manholes clogged drains.

58-89-0543   5/09

NYCTA-04678

| SUPERVISORY LOG - STATION INSPECTION REPORT |

NAME                     PASS          DATE:                    DAY OF WEEK

ACTION TAKEN & COMMENTS REGARDING UNSATISFACTORY CONDITIONS

SERVICE CALL TROUBLE CALL (T/C) NOTIFICATION FORM
"A", "B" & "C" PRIORITY
(USE THIS FORM TO RECORD ALL "A", "B" & "C" PRIORITY TROUBLE CALLS)
(Note: "A" Trouble Calls Must Continue To Be Called In.)

District #:                                Sector #:                          Date:

Superintendent:                            Phone #:                           Fax #:
        (Signature)

| T/C # | Station Name | Loc Code | Station Supervisor | Phone Number | Location of Trouble Call | Nearest Booth | Description of Trouble Call |
|-------|--------------|----------|--------------------|--------------|--------------------------|---------------|----------------------------|
|       |              |          |                    |              |                          |               |                            |
|       |              |          |                    |              |                          |               |                            |
|       |              |          |                    |              |                          |               |                            |
|       |              |          |                    |              |                          |               |                            |
|       |              |          |                    |              |                          |               |                            |
|       |              |          |                    |              |                          |               |                            |
|       |              |          |                    |              |                          |               |                            |
|       |              |          |                    |              |                          |               |                            |
|       |              |          |                    |              |                          |               |                            |
|       |              |          |                    |              |                          |               |                            |

Assigned Service Call (S/C) Numbers Will Be Faxed To You

CHECKED BY:_____
            SUPERINTENDENT

Page 14-28

NYCTA-04679

## SERVICE CALL NOTIFICATION FORM

Initiative Station ☐    "B" Defect Service Call ☐    "C" Defect Service Call ☐

(This Form Is Not To Be Used For "A" Priority Service Calls)

District #: _____    Zone#: _____    Date: _____

Superintendent: _____    Phone #: _____    Faxed #: _____

| Service Call # | Station ID # | B or C Defect | Station | Line | Station Supervisor | Location of Service Call | Nearest Booth | Description of Service Call | Red Zone |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

This form will be faxed back to you with an assigned Service Call Number for tracking purposes.

Page ____ of ____

Page 14-29

NYCTA-04680

Attachment B

## Slips, Trips & Falls - Station Inspections

STATION #: _____

STATION: _____

LINE: _____

DATE: _____

| Mezzanine | CONDITION | | REMARKS | Stairway | CONDITION | | REMARKS | Platform (include island) | CONDITION | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | GOOD | NEED REPAIR | | | GOOD | NEED REPAIR | | | GOOD | NEED REPAIR | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |

Inspected by: _____   Maintenance (Name, Pass #)

Inspected by: _____   Operations (Name, Pass #)

Page 14-30

NYCTA-04681

14.1.6  **Staten Island Railway (SIR)**

SIR is run much like an individual railroad, and shares similar inspection responsibilities with that of other DOS divisions (but on a much smaller scale).  Management/supervision for Staten Island Railway's 10 major units is responsible for overseeing their individual facilities and related equipment.  The 10 units are as follows:

- o  Transportation/Rail Control Center
- o  Mechanical
- o  Cleaning Services
- o  Power & Signals
- o  Infrastructure
- o  Maintenance of Way
- o  Non-Revenue Vehicles
- o  Purchasing & Stores
- o  General Office
- o  Capital & Engineering

SIR facilities subject to inspection include the following:

- o  Clifton Yard – Mechanical Shop (Revenue)
- o  Tompkinsville Yard Non-Revenue Shop
- o  Train Stations (22 in total)
- o  SIR Property located at the St. George Terminal (Staten Island Ferry)
  - ▪  SIR's Rail Control Center or RCC
  - ▪  St. George Terminal Crew Quarters
- o  Substations and Breaker Houses
- o  331 Bay Street, SIR (MOW. Infrastructure, Signals/Power)

SIR facilities (excluding train stations) are inspected utilizing the checklist displayed on the following page.

NYCTA-04682



# Staten Island Railway

## Facility Safety / Securty Checklist

Location _____    Date: _____

**Safety**    Time: _____

☐ Facility Entrance Clear and Unobstructed

☐ Door(s) Open/Close Properly

☐ Window(s) Unobstructed/Hardware Intact

☐ Perimeter Fencing Secure

☐ Access Gates/Locks Functioning as Intended

☐ All Stairways Properly Lighted and Free of Tools, Debris, etc.

☐ Exit Signs Posted and Lighted (where required).

☐ Floors Dry and Free of Tripping Hazards

☐ Work Tables/Desks Clear of Cutting/Impact/Electrical Hazards

☐ Facility Air Quality Acceptable

☐ Facility Operational

☐ Facility Closed

**Security**

☐ No Unauthorized Vehicles at Facility - Where Applicable

☐ Facility Locked and Secure At Start of Business Day - Where Applicable

☐ Alarm Set at Start of Business Day - Where Applicable

☐ CCTV Cameras/Monitors Functioning Properly - Where Applicable

☐ No Evidence of Off-Hour Unauthorized Entry

☐ All Employees and Visitors Displaying Proper ID

Note Any and All Exceptions Observed and Action Taken:

Inspected By: _____    Pass #: _____

Title: _____

This form must be prepared each calendar day. Inspection information should reflect operational status of facility. An electronic copy of this form must be retained at each facility and available for inspection or submission.

12/28/2011

NYCTA-04683

Table 14-6 outlines SIR train station inspections.

| STATEN ISLAND RAILWAY (SIR) STATIONS INSPECTIONS | | | |
|---|---|---|---|
| **EQUIPMENT / CONDITION** | **INTERVAL** | **TITLE OF INSPECTOR** | **PROCEDURE** |
| STATION CLEANLINESS | DAILY | STATION CLEANER | STATION CLEANING REPORT |
| | MONTHLY | CLEANER FOREMAN | SUPERVISORY STATION CLEANING REPORT |
| STATION LIGHTING | WEEKLY | ELECTRICAL MAINTAINER | … |
| STATION FIRE AND ELECTRICAL SAFETY INSPECTIONS | MONTHLY | ELECTRICAL MAINTAINER | … |

***Table 14-6:*** **SIR Stations Inspections**

| Equipment/Location | Frequency |
|---|---|
| 1.  Station Cleanliness | Daily (Station Cleaner) |
| | Monthly (Foreman) |

| Equipment/Location | Frequency |
|---|---|
| 1.  Facility Safety Inspection Checklist (except Clifton Shop will be daily) | Weekly |
| 2.  Crew Quarters Inspection Form | Weekly |
| 3.  Staten Island Daily Foreman/supervisor Checklist | Daily |
| 4.  Local Safety Committee Monthly Meeting | Monthly |

***Table 14-7:*** **SIR Infrastructure Inspections**

NYCTA-04684

## 14.2    Equipment Inspection and Testing Programs

DOS divisions have standardized inspection/testing programs which have been developed and implemented to help ensure safe work environments, and preserve the integrity of the department's equipment.

### 14.2.1    Service Delivery - Rapid Transit Operations

Train Operators are guided by School Car instructions or induction training procedures titled *"Preparing Trains for Service"* when preparing trains laid-up in yards and sidings for customer service.  Train crews check trains for defects that could compromise customer and property safety.  Train Operators perform visual checks at the terminals following NYC Transit Rules and Regulations rule 9.02(m) which states:

> *They must see that on the front end of the train the safety chain is in position, the storm door is closed and locked and the proper end destination and route signs, marker and running lights are illuminated and displayed. They must also see that the proper side destination signs are illuminated.*

<u>Service Delivery's Hazard Management Process is described below:</u>

o   Any defect found during a train inspection in the yard must immediately be reported to the Yard Dispatcher, who then informs DCE to have the condition rectified.  The Yard Dispatcher determines if the train will be put into service depending on the severity of the defect found and whether it can be corrected immediately.

o   The T/O and C/R may isolate a car (i.e., close it off from passenger service) with the concurrence of the Rail Control Center (RCC).  The conditions under which this may occur include but are not limited to:

- serious problem reported by customer(s);
- unsanitary condition;
- broken/damaged glass;
- or missing seat(s).

o   The T/O or C/R may take the train out of passenger service with concurrence of the RCC.  The conditions under which this may occur include, but are not limited to:

- serious problem reported by customer(s);
- missing window/door glass;
- unresolved door problem;
- poor braking train;
- flat wheel(s);
- loss of indication;
- in-operable horn or headlight(s).

NYCTA-04685

Train Service supervisors assigned to areas with Jumper Cables & Storage boxes will make periodic visual inspections of jumper cables (once every six months) and report their conditions to their General Superintendent's Office.  When examining Jumper Cables, TSS's will perform cursory inspection to see if cables exhibit any obvious defects such as knots, kinks, cracks, or bare spots in insulation, cracked or broken handles, damaged  or lose metal tips, or damaged/defective retractable terminal insulated sleeves.  All contact and jumper cables boxes are required to be in compliance with the DOS Operation Directive (Contact Rail Jumper Cables Storage Boxes, Issued 08/02/12).

## 14.2.2  Station Environment & Operations

During supervisory inspections of customer service (station agent) booths, the units are inspected for cleanliness, as well as equipment defects (e.g., broken booth door locks, or inoperable Emergency Booth Communication Systems).

## 14.2.3  MOW Equipment Inspection and Testing Programs

**MOW Crane Inspection**

The following is a summary of the MOW Crane Inspection Program:

| Equipment Type | Daily Pre-Use Inspection | Frequency of Periodic Inspection | Inspection Title or Contractor |
|---|---|---|---|
| Mobil | Yes | Monthly/Bi-annually | TEM |
| Overhead Crane - Track | Yes | Monthly/Bi-annually | TEM |
| Overhead Crane – Power | Yes | 3 Year | TEHP, PMB |
| Overhead Crane – Power (Pitkin & Atlantic) | Yes | Monthly/Quarterly/ Semi-Annual/Annual | TEHP, PMB, Contractor* |
| Pedestal | Yes** | 92 day Insp. Cycle | TEM, CRNOP |
| Rail Car | Yes** | 92 day Insp. Cycle | TEM, CRNOP |

*Table 14-8:  Crane Inspections*

* Moye Handling Systems performs quarterly, semi-annual and annual OSHA inspections; MOW personnel perform daily inspections

** Periodic inspections of the Rail Car & Pedestal cranes are performed by DCE maintainers and the daily pre-use inspection is performed by a Division of Track maintainer.  NYCT personnel are trained to follow OSHA regulations for inspections.

NYCTA-04686

- TRACK

Track inspections of trackways and associated equipment are conducted in accordance with MOW's current MW-1 'Track Standards Manual'.  Track and track-related equipment inspections are described in Table 14-9.

| TRACK INSPECTION SCHEDULE WITH GOVERNING PROCEDURES | | | | | |
|---|---|---|---|---|---|
| Description | Track Inspector | Supervisor | Superintendent / Manager | Other | Procedure |
| Mainline Tracks | Twice Per Week | Every Two Weeks | Every 3 months | N/A | Section 102.2 of MW-1 |
| Yard Tracks | Monthly | Quarterly | Quarterly | N/A | Section 102.2 of MW-1 |
| Ultrasonic Rail Flaw Detection (Mainline Tracks) | N/A | N/A | N/A | At Least Three Times Per Year by The Sperry Car | Section 102.3 of MW-1 |
| Track Geometry | N/A | N/A | N/A | At Least Twice Per Year by Track Geometry Car | Section 102.4 of MW-1 |
| Mainline Third Rail Height, Gauge, & Clearance | N/A | N/A | N/A | Once Per Year by Track Geometry Car | Section 102.4 of MW-1 |
| Mainline Third Rail Equipment Inspections | N/A | Annually | Random Audit Inspections | Only if needed | FMI # 1028 |
| Yard Third Rail Equipment Inspections | N/A | Every two years | N/A | Only if needed | FMI # 1027 |
| Circuit Breakers (inspected by Power Dist. Maintainer) | CBH Above Ground – 120 days / CBH Under-ground – 60 days | N/A | N/A | N/A | FMI #-1038 |
| Mainline Switches and Joints (in conjunction w/ Signals Section) | N/A | Monthly & Whenever Failures Occur | Annually | N/A | Section 102.6 of MW-1 |
| Yard Switches and Joints | N/A | Quarterly | N/A | N/A | Section 102.6 of MW-1 |

***Table 14-9***:  *Track and Related-Equipment Inspections*

NYCTA-04687

<u>Emergency Inspections</u>

o   In the event of fire, flood, severe storm, or other occurrence (which might have
    resulted in damaged track and/or structures), an emergency inspection of the
    affected track and/or structure(s) is made as soon as possible following the
    occurrence in accordance with Section 102.5 of MW-1 'Track Standards Manual'.

<u>Track's Hazard Management Process is described below</u>:

o   Track inspections must conform to MW-1 Track Standards, and all track defects
    are corrected in appropriate order; based on the severity (as defined by MW-1
    Track Standards).  All defective rails identified during ultrasonic testing are
    clearly marked on each side of the rail web and base.  Inspection records
    (maintained for two years) indicate the nature of defects, action taken and location
    of the flaw.
o   Serious defects found during third rail height and gauge inspections are referred to
    the Assistant Chief Track Officer, Third Rail Operations for immediate corrective
    action.

NYCTA-04688

- INFRASTRUCTURE

The Infrastructure section's equipment inspections are outlined in the table below:

| INFRASTRUCTURE  INSPECTION SCHEDULE | |
|---|---|
| **DESCRIPTION** | **FREQUENCY** |
| Tunnel Ventilation Fan Plants – Under River Tunnels | Monthly/Quarterly/Semi-Annual/Annually |
| Tunnel Ventilation Fan Plants - Land Tunnels | Monthly/Quarterly/Semi-Annual/Annually |
| Subway Emergency Exits | Every 2 Months |
| Open Cut Structures Inspection | Annually |
| Vents outside stations | 4 years |
| Standpipes (Stations/Yards/Tunnels/Tubes) * | Monthly/Quarterly/Annual/5 Year |
| Sprinklers (Escalators) | Annual |
| Sprinklers (Yards/Stations) | Monthly/Quarterly/Annual/5 Year |
| Yard Hydrants | Annual |
| Fire Pumps | Weekly/Monthly/Semi-Annual/Annual |
| Backflow Preventors | Annual |
| Domestic Pumps | As needed |

*Note: Standpipe inspections involve various systems)

***Table 14-10***:  ***Infrastructure Equipment Inspection Schedule***

NYCTA-04689

- Elevator & Escalator

The Elevator & Escalator equipment inspections are outlined in the table below:

| ELEVATOR & ESCALATOR  INSPECTION SCHEDULE WITH GOVERNING PROCEDURES | | | |
|---|---|---|---|
| **DESCRIPTION** | **FREQUENCY** | **TITLE OF INSPECTOR** | **PROCEDURE** |
| Elevators and Escalators | 6 Months | Structure Maintainer | ASME Guidelines – A17.2 |

*Table 14-11: Elevator & Escalator Equipment Inspection Schedule*

- Electrical (Power & Signals)

Equipment inspections within the Subdivision of Electrical are conducted by Power/Signal Maintainers, as well as Supervisors and Managers (Superintendents and General Superintendents).  The inspection and subsequent repairs (when necessary) are conducted in accordance with the procedures and schedules outlined in Tables 14-12 through 14-16.

o Power section employees inspect and maintain DOS's electrical infrastructure and power systems.

  ▪ All remote controlled power equipment is operated through a Supervisory Control and Data Acquisition (SCADA) system.  The SCADA system allows the operators to monitor the status of all power equipment.

  ▪ Operators receive indication that third rails are alive or de-energized, as well as monitor substation traction and signal loads.  SCADA is operationally checked on an hourly basis.

  ▪ Remote SCADA unit inspections are performed on a semi-weekly basis, while remote SCADA operation testing is performed on a monthly basis.

o Equipment inspections conducted by the Signals section include visual inspections and tests of signals and switches.  Switch inspections are also conducted jointly with the Track section in accordance with the schedule outlined in Table 14-9.

NYCTA-04690

| | | TITLE OF INSPECTOR & FREQUENCY | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TEST No: | EQUIPMENT INSPECTION / TEST | Maintainer | Unit | Supervisor | Unit | Manager | Max. Time Allowed Between Inspections | PROCEDURE NO. / CHECKLIST |
| 1 | Mercury Arc Rectifiers (Substation) | Daily | System Operation | Bi-monthly | Substation | Annually | 90 Days | FO-801-T1 |
| 2 | Oil Filled Transformers (Substation) | Weekly | System Operation | Bi-monthly | Substation | Annually | 90 Days | FO-801-T1 |
| 3 | Dry Transformers (Substation) | Monthly | System Operation | Bi-monthly | Substation | Annually | 2 Years | FO-801-T1 |
| 4 | Diode Protection (Substation) | Monthly | System Operation | Bi-monthly | Substation | Annually | 90 Days | FO-801-T1 |
| 5 | Fire Extinguishers | Bi-Annually | System Operation | Bi-monthly | Substation | Annually | 2 Months | FMI - 29 |
| 6 | Rubber Gloves (Electrician's) | Monthly | Substation | Bi-monthly | Substation | Annually | 2 Months | FMI - 15 |
| 7 | Battery Ground Readings | Monthly | System Operation | Bi-monthly | Substation | Annually | 2 Months | Testing Schedule Report |
| 8 | First Aid Kits | Monthly | System Operation | Bi-monthly | Substation | Annually | 2 Months | FMI - 20 |
| 9 | Control Room | Monthly | System Operation | Bi-monthly | Substation | Annually | 2 Months | FO-801-T1 |
| 10 | Electrical Utility Meter Reading | Monthly | Test | NA | Test | N/A | N/A | FMI - 210 |
| 11 | DC Feeder Breaker Test | Monthly | System Operation | N/A | N/A | N/A | 2 Months | Testing Schedule Report |
| 12 | Emergency Alarm (EA) Panel Test | Monthly | System Operation | N/A | N/A | N/A | 2 Months | Testing Schedule Report |
| 13 | Tube Shell Test | Monthly | System Operation | N/A | N/A | N/A | 2 Months | Testing Schedule Report |
| 14 | Local Emergency Control (LEC) Test | Monthly | System Operation | N/A | N/A | N/A | 2 Months | Testing Schedule Report |

*Table 14-12*:  *Power Section Equipment Inspections*

NYCTA-04691

| POWER SUBSTATION – INSPECTION INTERVALS | | |
|---|---|---|
| **EQUIPMENT** | | **Electrical Equipment Maintenance (NEC, 2002)** | **NYCT Inspection Interval** |
| Switchgear Device (52) | Oil | 8.8.7 | Weekly |
| | Dry | | 1 months |
| | ≥25 Years | | Weekly |
| Rectifier | <25 Years | 12.4.1 | 1 month |
| | ≥25 Years | | weekly |
| Transformer | Oil Water cooled | 9.2.4 | Weekly |
| | Oil Air cooled | | Bi-weekly |
| | Dry | 9.3.4 | 1 month |
| | ≥25 Years | | Weekly |
| DC Line Up | <25 Years | 8.8.7 | 1 month |
| | ≥25 Years | | Weekly |

***Table 14-13:  Power Substation – Inspection Intervals***

NYCTA-04692

| SIGNALS SECTION INSPECTIONS | | | | | |
|---|---|---|---|---|---|
| TEST # | EQUIPMENT INSPECTION/TEST | TITLE OF INSPECTOR & FREQUENCY | | | | PROCEDURE NO. / CHECKLIST |
| | | Maintainer | Supervisor | Manager | Max. Time Allowed Between Inspections | |
| 1 | SW. CC Inspection & Adjustment | 60 Days | NA | NA | 90 Days | 7.14.033 |
| 2 | CC Operated By SW. & Lock Movement | 60 Days | NA | NA | 90 Days | 7.14.034 |
| 3 | Shunt Fouling Test | 90 Days | NA | NA | 90 Days | 7.14.036 |
| 4 | Vital Relay Test | 180 Days | NA | NA | 2 Years | 7.14.037 |
| 5 | Ground Test | 90 Days | NA | NA | 90 Days | 7.14.038 |
| 6 | Time Release and Timing Relay Test | 1 Year | NA | NA | 1 Year | 7.14.039 |
| 7 | Track Circuit Test | 90 Days | NA | NA | 90 Days | 7.14.040 |
| 9 | Mechanical Locking Test | NA | 2 Years | NA | 2 Years | 7.14.041 |
| 10 | Approach Locking Test | NA | 2 Years | NA | 2 Years | 7.14.042 |
| 11 | Time Locking Test | NA | 2 Years | NA | 2 Years | 7.14.043 |
| 12 | Route Locking Test | NA | 2 Years | NA | 2 Years | 7.14.044 |
| 13 | Indication Locking Test | NA | 2 Years | NA | 2 Years | 7.14.045 |
| 14 | Traffic Locking Test | NA | 2 Years | NA | 2 Years | 7.14.046 |
| 15 | Point Detection Test | 60 Days | NA | NA | 90 Days | 7.14.047 |
| 16 | Valve, Lock & Magnet Test | 60 Days | NA | NA | 90 Days | 7.14.048 |
| 17 | Cross Protection Test | 60 Days | NA | NA | 90 Days | 7.14.049 |
| 18 | Mainline Switch Locking & Adjustment Test | 30 days 90 days | NA | NA | 30 days | 7.14.050 |
| 19 | Switch Restoring Feature Test (EP SW.) | 60 Days | NA | NA | 90 Days | 7.14.051 |
| 20 | Movable Bridge Lock Test | 30 days | NA | NA | 1 Year | 7.14.052 |
| 21 | Roadway Element (Train Stop) Test | 30 days | NA | NA | 30 days | 7.14.053 |
| 22 | Track Circuit Integrity Test | 2 Years | NA | NA | 2 Years | 7.14.054 |
| 23 | Inspect each device under their area of responsibility | NA | 1 Year | NA | 1 Year | |

***Table 14-14:*** **Signal Section Equipment Inspections**

NYCTA-04693

Subdivision of Electrical's Hazard Management Process:

o   Defects identified during equipment inspections/testing are prioritized in
    accordance with Tables 14-13 and 14-14.

| POWER SECTION– WORK ORDER PRIORITY LIST | | | |
|---|---|---|---|
| **PRIORITY NO.** | **PRIORITY DESCRIPTION** | **REPAIR INTERVAL** | **DAYS DUE** |
| 1 | LOSS OF SUPERVISORY CONTROL; FIBER NETWORK, BLOWN FUSES, DEFECTIVE SUPERVISORY COMPONENTS | IMMEDIATE | 0 |
| 2 | EMERGENCY ALARMS; WIRING, COMMUNICATION CABLES, RELAYS, TIMER, SWITCHES, FUSES, RESISTORS. | IMMEDIATE | 0 |
| 3 | EMERGENCIES (FIRES, EXPLOSIONS, FLOODS) | IMMEDIATE | 0 |
| 4 | FREQUENCY CONVERTERS; TROUBLE SHOOTING, INSPECTION, DELTA MODULES, POWER SUPPLIES, CAPACITORS, RELAYS, FANS, FILTERS AND ASSOCIATED EQUIPMENT. | IMMEDIATE | 0 |
| 5 | DC BREAKER; CHANGE MAIN CONTACTS, CLOSE COIL, TRIP COIL, ARC CHUTES, RELAYS, SWITCHES, RESISTORS, FUSES, METERS. | 1 WEEK | 7 |
| 6 | MAINTENANCE; CRITICAL, GENERAL, ROUTINE, INSPECTIONS, MONTHLY TESTING | 1MONTH | 30 |
| 7 | DC EQUIPMENT FAILURE (RECTIFIER, HIGH TENSION BREAKER, MAIN TRANSFORMER), GROUND FAULT, RELAYS, DIODES, DIODE FUSES, DIODE FAIL INDICTORS, TEMPERATURE SENSORS, CONTACTORS, FANS, AC & DC BUS, CIRCUIT BREAKERS, BATTERIES. | 6 MONTHS | 180 |
| 8 | CONTROL CABLE FAULTS, POSITIVE & NEGATIVE CABLES, HIGH TENSION CABLES; ISOLATING AND REPLACING CABLE SECTIONS. | 6 MONTHS | 180 |
| 9 | SUBSTATION STRUCTURES; ROOF, POINTING BRICK, DOORS, VENT FANS, VENTS, CONDUITS, PLUMBING, LIGHTING, PUMPS | 6 MONTHS | 180 |
| 10 | OPERATIONAL IMPROVEMENTS; SIGNAGE, TELEPHONES, DESIGN CHANGES, MIMIC GRAPHICS, PLC, EQUIPMENT LAYOUT. | 24 MONTHS | 730 |
| 11 | SELF GENERATED | IMMEDIATE | 0 |

***Table 14-15:*** *Power Section's Hazard Management Process*

NYCTA-04694

| SIGNALS SECTION – WORK ORDER PRIORITY LIST | | | |
|---|---|---|---|
| PRIORITY No. | PRIORITY DESCRIPTION | REPAIR INTERVAL | DAYS DUE |
| 1 | POTENTIAL FALSE PROCEEDS, EMERGENCIES, FIRES, FLOODS, DERAILMENTS, ASSOCIATED DAMAGES. | IMMEDIATE | 0 |
| 2 | TRACK WIRES. | 1 MONTH | 30 |
| 3 | CABLES & WIRES (VITAL CIRCUITS); INSTALL TIES, REPLACE DAMAGED CABLE SUPPORTS, RENEW SWITCH MOVEMENTS, FRAME/INSTALL SWITCH TIES, REPLACE STOP TIES, BROKEN OR HANGING MESSENGER. | 12 MONTHS | 365 |
| 4 | CABLES & WIRES (NON-VITAL CIRCUITS); CABLE JACKET DETERIORATION, SWITCH CRADLES, HAND THROW SWITCH LIGHTS, REPLACE FLASHBOARDS, SMOKE DETECTORS, BROKEN SIGNAL CASES, LADDERS, SIGNAL COMPONENT RELOCATIONS. | 12 MONTHS | 365 |
| 5 | SIGNAL UPGRADES; EQUIPMENT CASE RENEWALS, POWER CABLE REPLACEMENT, SNOW MELTERS, AIR LINE, JOINTS, BRACKETS, POWER SUPPLIES. | 24 MONTHS | 730 |
| 6 | SIGNAL STRUCTURAL; RE-PIPING, CABLES WITHOUT SPARE WIRES, BLOCKS, BRACKETS, SHOCK MOUNTING, HINGES, DOOR, INSTALL BELLS & HORNS, INSULATORS, RELOCATIONS, ASBESTOS: REMOVE/ENCAPSULATE. | 24 MONTHS | 730 |
| 7 | OPERATIONAL IMPROVEMENTS; DESIGN CHANGES, TRANSPORTATION REQUESTS, ANNUNCIATORS, SIGNAGE, STARTING LIGHTS, SYSTEM ENHANCEMENTS, ETC. | 24 MONTHS | 730 |
| 8 | SELF GENERATED | IMMEDIATE | 0 |

*Table 14-16*:  *Signal Section's Hazard Management Process*

- Electronics Maintenance

Electronics Maintenance is responsible for maintaining the DOS and DOB Telecommunications, Automated Fare Control, Electronic and Radio equipment and to ensure the repair of sensitive electronic equipment throughout the system and within the agency's many facilities.  The section is also responsible for repairing/refurbishing electronic components for railcars and buses; work which takes place at the Central Electronics Shop.

NYCTA-04695

Electronics Maintenance is accountable for conducting system-wide inspections of NYCT'S Telecommunications, Automated Fare Control, Electronic and Radio equipment as outlined in Table 14-17 (pages 14-46 through 14-48).

| ELECTRONICS MAINTENANCE – EQUIPMENT INSPECTION INTERVALS | | | |
|---|---|---|---|
| **Equipment** | **Inspection Interval** | **Title/Titles Inspecting Equipment** | **Standard Operating Procedures** |
| Emergency Alarms | Once Annually, 1st Routine Cycle (Jan-May) | Telephone Maintainer | SOP 8.1.1 |
| Emergency Alarms (Under-River Tubes) | Twice Annually, 1st & 3rd Cycle (Jan-May & Sept-Dec) | Telephone Maintainer | SOP 8.1.1 |
| Emergency Telephones (along the Right-of-Way) | Three Times Annually 1st, 2nd & 3rd Cycle (Jan-May, June-Aug & Sept-Dec) | Telephone Maintainer | SOP 8.1.3 |
| Public Address (PA) Systems | Twice Annually | Telephone Maintainer | SOP 5.1.1-5.1.6 |
| PA/Customer Information Screen Systems (PA/CIS) | Twice Annually | Telephone Maintainer | SOP 5.2 |
| Emergency Booth Communication Systems (EBCS) | Annually | Telephone Maintainer | SOP 6.1.1 -3.1 |
| Customer Assistance Intercoms (CAI) | Annually | Telephone Maintainer | SOP 6.1.1 -3.5 |
| Change Booth Intercoms | Annually | Telephone Maintainer | SOP 6.1.1 - 3.2 |
| Booth Telephones | Annually | Telephone Maintainer | SOP 6.1.1 - 3.4 |
| HALON Systems (Total Flooding Extinguishing Systems) | Twice Annually | Telephone Maintainer | SOP 6.1.1 - 3.3 |
| Fire Alarm Systems | Monthly, Quarterly, Semi-Annually and Annually | Telephone Maintainer | P/I 10.34.2 & TEM Manual, Section 3.1 |
| *Subway Radio Systems* – Base Stations Alignments | Bi-Annually | Electronic Equipment Maintainer | TEM Manual, Section 3.1 |
| *Subway Radio Systems* – 'Local Dispatcher Remote Control Unit' (LDRCU) | Bi-Annually | Electronic Equipment Maintainer | TEM Manual, Section 3.2 |
| *Subway Radio Systems* – Communication Rooms | Bi-Annually | Electronic Equipment Maintainer | SOP 2 |

***Table 14-17***:  *Electronics Maintenance – Equipment Inspections*

NYCTA-04696

| ELECTRONICS MAINTENANCE – EQUIPMENT INSPECTION INTERVALS | | | |
|---|---|---|---|
| **Equipment** | **Inspection Interval** | **Title/Titles Inspecting Equipment** | **Standard Operating Procedures** |
| *Subway Radio Systems* - 'Synchronous Optical Networking' (SONET) Communication Rooms | Bi-Annually | Electronic Equipment Maintainer | SOP 2 |
| CCTV – Subway Stations | Quarterly | Electronic Equipment Maintainer | Manual 4.1.1 |
| CCTV – Crowd Control | Monthly | Electronic Equipment Maintainer | Manual 4.1.1 |
| CCTV – Station Platform Edges | Bi-Monthly | Electronic Equipment Maintainer | Manual 4.1.1 |
| Closed Circuit Television (CCTV) - One Person Train Operation (OPTO) | Monthly | Electronic Equipment Maintainer | Manual 4.1.1 |
| CCTV – Office Buildings and Facilities (Property Protection) | Bi-Annually | Electronic Equipment Maintainer | Manual 4.1.1 |
| CCTV – Police Dept. (OMEGA and Security) | Monthly | Electronic Equipment Maintainer | Manual 4.1.1 |
| CCTV - Recording Devices | Monthly | Electronic Equipment Maintainer | Manual 4.1.1 |
| CCTV - Equipment Cabinet Filters | Bi-Annually | Electronic Equipment Maintainer | Manual 4.1.1 |
| CCTV – Train Identification | Monthly | Electronic Equipment Maintainer | Manual 4.1.1 |
| *IFU - Express Buses* | Every 60 Days | Revenue Equipment Maintainer | AFCBM-MI-02 |
| *IFU - Local Buses* | Every 30 Days | Revenue Equipment Maintainer | AFCBM-MI-02 |
| *IFU - SBS Buses* | Every 90 Days | Revenue Equipment Maintainer | AFCBM-MI-02 |

***Table 14-17:*** *Electronics Maintenance – Equipment Inspections (Continued)*

NYCTA-04697

| ELECTRONICS MAINTENANCE – EQUIPMENT INSPECTION INTERVALS | | | |
|---|---|---|---|
| **Equipment** | **Inspection Interval** | **Title/Titles Inspecting Equipment** | **Standard Operating Procedures** |
| *Keene Machines* | Every 120 Days | Coin Retriever Technician | AFCBM-F-006 |
| *CCTV – Bus Depot* | Monthly | Electronic Equipment Maintainer | BEM F-05 |
| *PA – Bus Depot* | Monthly | Electronic Equipment Maintainer | BEM F-06 |
| *Bus Radio – Bus Depot* | Quarterly | Electronic Equipment Maintainer | BEM F-04 |
| *Bus Destination Signs* | Biennial | Electronic Specialist | SOP 2.5.1 |
| *Keene Machines* | Every 120 Days | Coin Retriever Technician | AFCBM-F-006 |
| *Autonomous Farecard Access System (AFAS)* | Every 120 Days | Revenue Equipment Maintainer | AFCSM-WI-026 |
| *Booth Terminal (BT)* | Every 120 Days | Revenue Equipment Maintainer | AFCSM-WI-017 |
| *High Entry/Exit Turnstile(HEET)* | Every 120 Days | Revenue Equipment Maintainer | AFCSM-WI-025 |
| *MetroCard Express Machine (MEM)* | Every 120 Days | Revenue Equipment Maintainer | AFCSM-WI-016 |
| *Turnstile* | Every 180 Days | Revenue Equipment Maintainer | AFCSM-WI-024 |

<u>**Table 14-17**</u>: *Electronics Maintenance – Equipment Inspections (Continued)*

o <u>Central Electronics Shop (CES) Test Equipment Inspections</u>

Calibration Lab repairs and calibrates CES in-house test equipment as well as test equipment for other sub-divisions. All CES equipment used to process, repair, or adjust electronic train components are inspected on a scheduled basis by the Shop's Calibration Lab. CES has established and produced various 'Technical Maintenance Procedures' for the repair of units, components and equipment. Management ensures that critical CES inspection and maintenance routines are done correctly and in accordance with prescribed procedures.

NYCTA-04698

### 14.2.3  DCE Inspection and Testing Programs

**DCE Crane Inspection**

The following is a summary of the DCE Crane Inspection Program:

| Equipment Type | Daily Pre-Use Inspection | *Frequency of Periodic Inspection | **Inspection Title or Contractor |
|---|---|---|---|
| Crane, Jib | Yes | Monthly/Yearly (CMAA) | MS1/Sissco Permadur |
| Crane, Hoist | Yes | Monthly/Yearly (CMAA) | MS1/Sissco Permadur |
| Crane, Bridge | Yes | Monthly/Yearly (CMAA) | MS1/Sissco Permadur |
| Pedestal | Yes*** | Monthly/Yearly Cycle | TEM, CRNOP |
| Rail Car | Yes*** | Monthly/Yearly Cycle | TEM, CRNOP |

*Table 14-18*:  **Crane Inspections**

| | |
|---|---|
| **Pedestal Crane and Crane Car** | **120 days** |
| | **Daily/monthly/annual** |
| **Signal Dolly** | **120days** |
| **Tamper** | **120 days** |
| **Ballast Regulator** | **120 days** |
| **Jet Blower** | **120 days** |
| **Snow Thrower** | **365 days** |
| **Rail Grinder** | **365 days** |

*Table 14-19*:  **Crane & Equipment Inspections**

NOTES:
* Inspections are conducted monthly by NYCT with certified personnel.  Inspections are also performed yearly by a certified Crane Manufacturers Association of America (CMAA) contractor.  All inspections are based on OSHA section 1910.179 and 1910.184.

**NYCT inspections are performed by certified hourly personnel and approved by certified Supervisors MS1.  Yearly CMAA inspections are currently performed under contract 10I0313 (Sissco/Permadur Industries) which runs through 7/2014.

*** Periodic inspections of the Rail Car & Pedestal cranes are performed by DCE maintainers and the daily pre-use inspection is performed by a Division of Track maintainer.

NYCTA-04699

DCE is responsible for inspection programs (including pre-service inspection) for both revenue and non-revenue rail vehicles.  Inspection programs for revenue vehicles are covered in work manuals for specific car classes (make and model) which have been developed according to official NYCT specifications.  Each work manual explains all maintenance activities required during a car's scheduled maintenance inspection (SMI) cycle.  The manuals include vehicle drawings, step-by-step maintenance instructions and troubleshooting guidelines.  All work manuals follow identical NYCT inspection criteria and are formatted in a similar fashion as to facilitate ease of use among users.  Table 14-20 and Table 14-21 outline the items inspected as part of the SMI cycle for specific car classes.  In additions, DCE performs scheduled maintenance inspections of non-revenue cars at the 207th Street, Corona and Pelham Diesel Shops as shown in Table 14-22.

The division has also developed inspection programs for a variety of other equipment located in maintenance and overhaul shops (including such items as cranes, jacks and forklifts).  DCE equipment inspection programs are conducted in accordance with OSHA and ANSI standards, as well as internal DCE procedures and checklists.  Table 14-23 (pages 14-52 through 14-54) outlines DCE's equipment inspection activities and Table 14-24 Example of Location specific checklist.  Some inspections at certain facilities are included in the divisions Facility Maintenance Program.  Refer to document MCD 12-01, Revision A.

NYCTA-04700

| DIVISION OF CAR EQUIPMENT (DCE) – SCHEDULED MAINTENANCE INSPECTIONS CAR CLASSES R32 TO R68 | | | |
|---|---|---|---|
| **Equipment (Propulsion)** | **Inspection Interval** | **Title Inspecting Equipment** | **Procedure** |
| Traction Motor | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Battery and Battery Box | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Control Group | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Converter | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| **Equipment (Under Car)** | **Inspection Interval** | **Title Inspecting Equipment** | **Procedure** |
| Trip Cock | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Drain Cocks - Tanks and Reservoirs | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Cut-Out Cock, Hoses and Pipes | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Coupler Head, Electric Portion & Draw Bar Assembly | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Air Brake System | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Air Supply Unit | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Truck Brake Equipment | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| **Equipment (Car Body)** | **Inspection Interval** | **Title Inspecting Equipment** | **Procedure** |
| HVAC System | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Door Control | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Carbody | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Panels | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Lights and Lighting Inverter | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Communication System (PA) | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Undercar Cleaning | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |

***Table 14-20:*** **DCE Scheduled Maintenance Inspections – R32 to R68**

NYCTA-04701

| DIVISION OF CAR EQUIPMENT (DCE) – SCHEDULED MAINTENANCE INSPECTIONS CAR CLASSES R142 TO R160 | | | |
|---|---|---|---|
| **Equipment (Propulsion)** | **Inspection Interval** | **Title Inspecting Equipment** | **Procedure** |
| Current Collectors | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Traction Motor | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Battery and Battery Box | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Control Group | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Traction Inverter (BTCP) | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Master Controller | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| **Equipment (Undercar)** | **Inspection Interval** | **Title Inspecting Equipment** | **Procedure** |
| Trip Valves | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Drain Valves, Tanks and Reservoirs | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Cut-Out Valves, Hoses and Pipes | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Coupler System | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Air Brake System | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Air Supply Unit | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Truck Brake Equipment | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Truck and Wheels | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |

*Table 14-21:* *DCE Scheduled Maintenance Inspections – R142 to R160*

NYCTA-04702

| DIVISION OF CAR EQUIPMENT (DCE) – SCHEDULED MAINTENANCE INSPECTIONS CAR CLASSES R142 TO R160 | | | |
|---|---|---|---|
| Equipment (Car Body) | Inspection Interval | Title Inspecting Equipment | Procedure |
| HVAC System | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Door Control | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Carbody | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Panels | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Lighting System | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Communication System | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Undercar Cleaning | 68 to 78 days or 10,000 to 12,000 miles | Car Maintainer | Car Specific Work Manual |
| Car Case History - RSMIS Report | As Required | Car Maintainer | Car Specific Work Manual |

*__Table 14-21 (Continued)__: DCE Scheduled Maintenance Inspections – R142 to R160*

| Scheduled Maintenance Inspections (Non-Revenue Cars) 207th Street MS, Corona and Pelham Diesel Shops | | |
|---|---|---|
| Non Revenue Cars | Interval | Title Inspecting Equipment |
| Locomotive (Diesel & Electric) | 92 days | Car Maintainer |
| Reach (R21), Weld (R56), Hopper (R80, 116), CWR Handlers (R17, 21, 22), Tank (R66), Pump (R65), Deicer (R17, 21, 22) | 180 days | Car Maintainer |
| Flat Cars (R20, R48, R49, R51A/A, R58, R72, R101, R141) – Pelham Diesel | 180 days | Car Maintainer |
| Flat Cars Refuse (R58) – Corona & 207th St. MS | 180 days | Car Maintainer |
| Signal Supply Car (R74) | 60 days | Car Maintainer |
| Rider Car (R33m) – Pelham Diesel | 180 days | Car Maintainer |
| Work Motor (R33s) – corona and 207th St. MS | 68-78 days | Car Maintainer |
| Refuse Collection (R134) | 68-78 days | Car Maintainer |

*__Table 14-22__: DCE Scheduled Maintenance Inspections – Non Revenue Cars*

NYCTA-04703

| ASSET | RESPONSIBLE PARTY | DAILY | WEEKLY | MONTHLY | QUARTERLY | SEMI-ANNUALLY | ANNUALLY | TITLE OF INSPECTOR | COMMENTS | DOCUMENTATION |
|---|---|---|---|---|---|---|---|---|---|---|
| AERIAL WORK PLATFORMS, | DCE | | | | | | | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System Work Order (W/O) for Facility Maintenance Program (FMP) |
| AIR COMPRESSOR | DCE | | | | ✓ | ✓ | ✓ | HOURLY AND APPROVED BY SUPERVISOR | Also Performed By Contractor | System W/O for FMP / Contractor Invoice for Non-FMP |
| BELT SANDING MACHINE & DUST COLLECTOR | DCE | | | ✓ | | | | HOURLY AND APPROVED BY SUPERVISOR | | Scheduled System W/O for Use / Visual Check Before Use |
| CLEANING MACHINE, STEAM | DCE | | | ✓ | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | Scheduled System W/O for FMP / Visual Check Before Use |
| CAR WASH | DCE | | | ✓ | | ✓ | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | System W/O for FMP / Manual Check List foe Non-FMP |
| CRANE & HOIST | DCE | | | ✓ | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | Also Performed By Contractor | System W/O for FMP / Manual Check List & Contractor Invoice for Non-FMP |
| DRILL PRESS | DCE | | | ✓ | | ✓ | | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check/ System W/O for FMP |
| EYE WASH & EMERGENCY SHOWER | DCE | | ✓ | | | | | HOURLY AND APPROVED BY SUPERVISOR | | System W/O for FMP / Check List for Non-FMP |
| FIRE EXTINGUISHER | DCE | | | ✓ | | | | HOURLY AND APPROVED BY SUPERVISOR | | System W/O for FMP/ Check List for Non-FMP |
| FORKLIFT | DCE | | | | | | | HOURLY AND APPROVED BY SUPERVISOR | Also Performed By Contractor | System Work Order (W/O) for Facility Maintenance Program (FMP) / Contractor Invoice for Non-FMP |
| FUME EXTRACTOR | DCE | | ✓ | ✓ | | ✓ | | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |

***Table 14-23: DCE Equipment Inspections***

Page 14-53

| ASSET | RESPONSIBLE PARTY | DAILY | WEEKLY | MONTHLY | QUARTERLY | SEMI-ANNUALLY | ANNUALLY | TITLE OF INSPECTOR | COMMENTS | DOCUMENTATION |
|---|---|---|---|---|---|---|---|---|---|---|
| GENERATORS | DCE/MOW | | | | | | | HOURLY AND APPROVED BY SUPERVISOR | Maintained by Infrastructure | Visual Check |
| GRINDERS | DCE | | | ✓ | | | | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| HIGH PRESSURE WASHER | DCE | | | | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| HORIZONTAL BANDSAW | DCE | | | ✓ | | ✓ | | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| HYDRAULICS ,LIFTS, & JACKS | DCE | | | | | ✓ | | HOURLY AND APPROVED BY SUPERVISOR | Also Performed By Contractor | System W/O for FMP / Manual Check List & Contractor Invoice for Non-FMP |
| INDUSTRIAL VEHICLE | DCE | | | ✓ | ✓ | ✓ | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| LATHE | DCE | | | ✓ | | ✓ | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| MULTI-PROCESSOR WELDER | DCE | | | | ✓ | ✓ | | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| MULTIPUROSE SPREADER | DCE | | | | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | Also Performed By Contractor | Visual Check / System Work Order (W/O) for Facility Maintenance Program (FMP) |
| MILLING MACHINE | DCE | | | ✓ | | | | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| SCRUBBER, FLOOR | DCE | | | ✓ | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |

**Table 14-23 (Continued): DCE Equipment Inspections**

Page 14-54

| ASSET | RESPONSIBLE PARTY | DAILY | WEEKLY | MONTHLY | QUARTERLY | SEMI-ANNUALLY | ANNUALLY | TITLE OF INSPECTOR | COMMENTS | DOCUMENTATION |
|---|---|---|---|---|---|---|---|---|---|---|
| SCRUBBER, RIDE-ON | DCE | | | √ | | | √ | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| SCRUBBER, WALK-BEHIND | DCE | | | √ | | | √ | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| SWEEPER, RIDE-ON FLOOR | DCE | | | √ | | √ | √ | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| SWEEPER, WALK-BEHIND FLOOR | DCE | | | √ | | √ | √ | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| TABLE SAW | DCE | | | √ | | | √ | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| TANK (AST 385 GALLON WASTE OIL) | DCE | | | √ | | | | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check / System W/O for FMP |
| 3rd RAIL TROLLEY AND AUXILIARY BUGS CONTROLLER | DCE | √ | | | | | | HOURLY AND APPROVED BY SUPERVISOR | | System W/O for FMP / Manual Check List or Supervisor Log for Non-FMP |
| VERTICAL BANDSAW | DCE | | | √ | | √ | | HOURLY AND APPROVED BY SUPERVISOR | | Visual Check |
| WHEEL TRUING MACHINE | DCE | | √ | √ | | | | HOURLY AND APPROVED BY SUPERVISOR | Also Performed By Contractor | System W/O for FMP / Manual Check List & Contractor Invoice for Non-FMP |

***Table 14-23 (Continued): DCE Equipment Inspections***

Page 14-55

**Corona Maintenance Facility and Car Wash
PM Frequency Table**

| | ASSET TYPE | MANUFACTURER | PRIORITY | DAILY | WEEKLY | MONTHLY | QUARTERLY | SEMI-ANNUALLY | ANNUALLY | OTHER | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AERIAL WORKPLATFORM LIFT (6)* | GENIE INDUSTRIES | 2 | | | | √/C | | | | |
| 2 | BANDSAW(2) | WILTON TOOL DIV | 3 | | | | | √ | | | |
| 3 | BELT & DISK SANDER | WILTON TOOL DIV | 2 | | | ' | √ | | | | |
| 4 | CAR WASH | | 1 | | √ | √ | √ | | √ | | |
| 5 | CRANE & HOIST* | | 1 | | | √ | | | | SS | |
| 6 | CYLINDRICAL FLOOR SCRUBBER (2) | NILFISK ADVANCE | 2 | | | √ | | | | | |
| 7 | DRILL PRESS (5) | WILTON TOOL DIV | 3 | | | | | √ | | | |
| 8 | EMERGENCY LIGHTING & EXIT SIGNAGE INSPECTION | | 1 | | | √ | | | | | |
| 9 | EYE WASH AND EMERGENCY SHOWER | | 1 | | | √ | | | | | |
| 10 | FIRE EXTINGUISHER | | 1 | | | √ | | | | | |
| 11 | FLOOR SCRUBBER (5) | NILFISK ADVANCE | 2 | | | √ | | | √ | | |
| 12 | FLOOR SWEEPER (3) | TERRA | 2 | | | √ | | √ | √ | | |
| 13 | FORKLIFT (4)* | TOYOTA | 1 | | | √ | C | | | | |
| 14 | GENERATOR (3) | BALDOR | 3 | | | | | √ | √ | | |
| 15 | GRINDER (4) | CINCINNATI | 3 | | | | | √ | | | |
| 16 | HI-PRESSURE WASHERS | GOODWAY | 2 | | | | | | √ | | |
| 17 | HYDRAULIC LIFT JACKS (6)* | SIMPLEX | 1 | | | | √ | | SS | | |
| 18 | HYDRAULIC LIFT TABLE (14) | PRESTO | 1 | | | √ | | | √ | | |
| 19 | LATHE | SOUTH BEND | 2 | | | | | √ | √ | | |
| 20 | INDUSTRIAL VEHICLES (4) | MALVESE     NISSAN | 2 | | | | √ | √/C | √ | | |
| 21 | MILLING MACHINE | JET | 2 | | | | | √ | | | |
| 22 | MULTI-PURPOSE SPREADER | TRYNEX INDUSTRIES | 2 | | | | | | √ | | |
| 23 | PRESSURE CLEANER (3) | KRANZLE | 2 | | | | √ | | √ | | |
| 24 | ROLL UP DOOR (14) | | 1 | | | | √ | | | | |
| 25 | ROOF | | 1 | | | √ | | | | | |
| 26 | SKID STEER LOADER | TRYNEX INDUSTRIES | 2 | | | | | √ | √ | | |
| 27 | SNOW THROWER (2) | TORO POWER-MAX | 2 | | | | | | √ | | |
| 28 | THIRD RAIL TROLLEY AND AUXILIARY BUGS CONTROLLER | | 1 | √ | | | | | | | |
| 29 | TOOL GRINDER | BALDOR | 3 | | | | | | √ | | |
| 30 | TABLE SAW | DELTA | 3 | | | | | √ | √ | | |
| 31 | WELDER | | 2 | | | | | √ | √ | | |
| 32 | WHEEL TRUING MACHINE | SIMMONS | 1 | | | √ | | S | S | √ | Bi-Weekly |
| 33 | WINTER OPERATION | | 3 | | | | | | √ | | |
| | Asset PM Frequency maybe subject to changes based on location usage and monitoring | | | | | | | | | | |
| | * - In-house maintenance personnel perform inspections, in conjunction with service contractor performing all required maintenance and repair. | | | | | | | | | | |
| | C - Crown, SS - Sissco, S - Simmons (Service Contractor/Vendor performing all required maintenance and repair.) | | | | | | | | | | |
| | ( ) - The number in between stands for the total number of equipment. | | | | | | | | | | |
| | | | Total | 1 | 1 | 14 | 7 | 12 | 17 | 1 | Revised as of August 2014 |

(Left side vertical label: DCE - SHOP EQUIPMENT AND ASSETS)

*Table 14-24: Example of Location Specific DCE Equipment Inspection Checklist*

NYCTA-04707

| | MTA **New York City Transit** **Division of Car Equipment** | DOCUMENT NO. MCD #12-01 |
|---|---|---|
| | | **REVISION:**  A |
| | | **DOCUMENT STATUS** |

**DRN** ☐ DRAWING • ☒ DOCUMENT •

**DOCUMENT RELEASE NOTICE**

TITLE: MP2 STANDARD OPERATING PROCEDURE

**DOCUMENT STATUS**
☐ NEW ISSUE
☒ REVISED
  ☒ DESTROY PREVIOUS VERSION
  ☐ DESTROY PREVIOUS SECTION(S)
☐ OBSOLETE & DESTROY THE DOCUMENT
☐ INSERTS TO _____

**CHANGE REMARKS/REASON:**
CLARIFIED CRITERIA FOR EQUIPMENT TO BE INCLUDED IN FACILITY MAINTENANCE PLAN.

**DESCRIPTION OF CHANGE:**

**APPLICABLE CAR CLASS(ES)**

N/A.

**COMMODITY NUMBERS AFFECTED**
[ X ] N/A

\* Check here if document or drawing is an electronic file: ☐
  File name: _____

**GENERATED BY CCF#**  [ X ] N/A

**AFFECTED DOCUMENT(S) THAT NEED TO BE REVISED:** [ X ] N/A

| Doc. Type | W/M | OH/P | DWG | PM / CMS | SPEC | OTHER |
|---|---|---|---|---|---|---|
| Doc. No. | | | | | | |
| Dir. Init. | | | | | | |
| Date Due | | | | | | |

\* For electronic files, the signature below certifies that the hard copy was produced from the electronic file.

**NOTE(S):**  1. MATERIAL STANDARDS SECTION - PLEASE REVISE THE ORDERING DESCRIPTION TO REFLECT THIS CHANGE AS REQUIRED.
2. IF THIS DOCUMENT AFFECTS ANY DIVISION NOT COVERED BY THE NORMAL DISTRIBUTION OUTLINED IN WORK INSTRUCTION TSS-03, PLEASE INDICATE IN THE "ADDITIONAL DISTRIBUTION" SECTION BELOW, OTHERWISE CHECK THE "NO ADDITIONAL DISTRIBUTION REQUIRED" BOX.

☐ **PASSENGER CARS**   ☐ **WORK CARS**   ☐ **BOTH**

**DISTRIBUTION**

☒ Distribution as per Work Instruction TSS-03. It may include ACMOs, Sr. Directors & Directors, Gen. Superintendents, Superintendents, Training, OSS, Etc. Actual distribution depends on document type and car class.

**ADDITIONAL DISTRIBUTION (PLEASE MARK below)**
☒ No Additional Distribution Required

| ☐ SERVICE DELIVERY | ☐ M.O.W. | ☐ T&S |
|---|---|---|
| ☐ RTO | ☐ ELECTRICAL | ☐ NEW TECHNOLOGY IMPLEMENTATION |
| ☐ STATIONS | ☐ ENGINEERING | ☐ CENTRAL ELECTRONIC SHOP |
| ☐ SIR | ☐ INFRASTRUCTURE | ☐ MATERIEL |
| ☐ SIGNALS -CPM | ☐ SIGNALS | ☐ TRAINING (HR) |
| ☐ OSS | ☐ TRACK | |
| ☐ OTHER | | |

| | DATE |
|---|---|
| MGR. / DIR., CEE & TS \* | DEC 27 2012 |
| DIR., CONTRACT ADMINISTRATION | DEC 28 2012 |
| Vacant ACMO, CEE & TS | DATE |
| VP & CMO | DEC 31 2012 |

FORM DRN00013.PT7 (FORM REV. 11/11)

**Document MCD 12-01, Revision A**

NYCTA-04708

 **DCE Facility Maintenance Plan Standard Operating Procedure**

**I  PURPOSE**
- To develop and implement Facilities Maintenance Plans to extend asset lifecycles and improve the safety of shop equipment located in the DCE Maintenance and Overhaul Shops.
- To ensure that personnel responsible for performing the inspections, testing, repair and maintenance are properly trained.
- To comply with OSHA, Federal, State and applicable regulatory requirements.

**II  DEFINITIONS**
- Shop Equipment – cranes, hoists, industrial vehicles, car washer, et al.
- Facility Maintenance Plan (FMP) - Equipment Inventory, Preventive Maintenance Procedures, Location Layouts and associated policies.
- Emergency Response facilities and equipment.
- CMMS - Computerized Maintenance Management System (MP2)

**III  RESPONSIBILITIES**
**Shop Management:**
- Ensuring that all shop and facility equipment is inspected at required intervals.
- Generating Scheduled & Unscheduled Maintenance Work Orders.
- Documenting all facility and shop equipment inspections, maintenance activities and resources in the CMMS.
- Assigning appropriate personnel to conduct the maintenance inspections.
- Maintaining critical shop equipment operation and maintenance reference manuals.
- Ensuring that Facility personnel receive copies of service invoices for contractor payment.

**Facilities & Shop Equipment:**
- Expediting critical shop equipment, Emergency Response and revenue and non-revenue facility issues.
- Generating management reports including performance and cost data reports.
- Ensuring Preventive Maintenance Plans are revised and updated as required.
- Providing oversight and technical support to the shop management.
- Supporting all facility and shop equipment related capital programs.
- Preparing the work scopes and informal requisitions for facility and critical shop equipment purchases.
- Ensuring proper utilization of CMMS for tracking work orders, labor, spare parts and maintenance history of equipment.

**Quality Assurance & Warranty Control:**
- Ensuring shop compliance with FMP by conducting internal shop audits.

**Maintenance of Way (MOW) maintenance subdivisions:**
- Preventative maintenance and service on all utilities and critical structural components for Car Maintenance, Car Cleaning, Car Washer and RCI and Emergency Response Facilities.

**IV  JOINT RESPONSIBILITIES**
- Maintain critical equipment inventories for equipment valued at more than $5,000.00 and all safety critical equipment.
- Coordinate maintenance activities with Maintenance of Way and/or external contractor/vendor.
- Develop and implement preventative maintenance procedures.

**V  REFERENCES**
- FMP Maintenance Plan.
- Facilities and Shop Equipment Organization Chart (December 2011).

MCD #12-01  Rev.A

**Document MCD 12-01, Revision A**

NYCTA-04709

NYCTA-04710

# Division of Car Equipment Facilities & Shop Equipment

**Director**

- **Manager Zones 1,2,3 Bronx and Manhattan**
- **Manager Zones 4,5,6 Brooklyn and Queens**

**Zone 1**
- 239th St — CW-WTM — N
- 180th St — N
- Jerome — N
- Concourse — CW-WTM — S

**Zone 2**
- Pelham Maintenance — CW — N
- Pelham Diesel — WE
- Road Ops (Westchester Yard) — ER
- 240th St — N
- 207th St Maintenance — CW — S

**Zone 3**
- 207th Street Overhaul Plant Maintenance
  - HVAC Shop
  - Electric Component Shop
  - Truck Shop
  - Car Repair Shop
  - AM Operation
  - PM Operation
- WTM

**Zone 4**
- Coney Island Overhaul Plant Maintenance
  - Wheel & Axle Shop
  - Truck Shop
  - Car Repair Shop
  - AC Traction Motor Shop
  - AM Operation
  - PM Operation
- CW-WTM
- C.I.O.H Pneumatic Shop
- Road Ops (38th Street Yard) — ER

**Zone 5**
- C.I. Maintenance — S
- C.I.O.H Motor Shop — N
- East New York — CW-WTM — S
- Emergency Response Facility (Box St.) — ER

**Zone 6**
- Jamaica — CW-WTM — S
- Corona — CW-WTM — N
- Pitkin — S
- Livonia — N

Emergency Response: RCI Locations System-wide.

N = North  S = South  ER/WE = Emergency Response / Work Equipment  CW = Car Wash  WTM = Wheel Truing Machine

December/2011

Document No. MCD# 12-01

**Document MCD 12-01, Revision A**



### 14.2.4  Station Environment and Operations Inspection and Testing Programs

Station Environment and Operations, Maintenance is responsible for inspecting and cleaning subway vents inside stations every two years.

### 14.2.5  SIR Equipment Inspection and Testing Programs

Facility and work site inspections, along with internal control tests (of equipment) are conducted by all SIR units.  Individual units are required to address any deficiencies immediately upon discovery.  Where corrective actions cannot be taken immediately, work order requests are submitted to the appropriate section to have the condition(s) rectified.

SIR's equipment is subject to regular safety-related inspections and testing in accordance with applicable laws/codes, and internal rules and procedures.  SIR's equipment inspection and testing activities are outlined in Tables 14-25 to 14-34.

  SIR's Hazard Management Process:

o  SIR work environments are regularly evaluated to identify, and resolve hazards. Union-management safety committee meetings are held and findings are documented; remaining "open" (with a running day count) until resolved. Location management is ultimately responsible to resolve hazards at their work location or facility.  When hazardous conditions are identified, SIR units are required to address them immediately.  If corrective actions cannot be taken immediately, work order requests are thereby submitted to the appropriate section to have the condition rectified or equipment repaired/replaced.  Equipment deemed unsafe is removed from service, and any unsafe conditions are mitigated. Any corrective actions and equipment repairs/replacements are documented in accordance with departmental/divisional procedures.

NYCTA-04711

## A. SIGNALS DIVISON

| Equipment | Frequency |
|---|---|
| 1.  **Test #2 -** Relays, Electric Locks & Other Electro-Mechanical Devices | **6 month/10 years** |
| 2.  **Test #3** - Resistance of Made Grounds | **10 Years** or whenever placed in service, modified or disarranged. |
| 3.  **Test #4** - Signal Indication Locking | **2 Years** or whenever placed in service, modified or disarranged. |
| 4.  **Test #5** - Approach Locking | **2 Years** or whenever placed in service, modified or disarranged. |
| 5.  **Test #6 -** Time Locking | **2 years** or whenever placed in service, modified or disarranged. |
| 6.  **Test #7** - Timing Devices | **Annual** or whenever placed in service, modified or disarranged. |
| 7.  **Test #8** - Switch Indication | **2 Years** or whenever placed in service, modified or disarranged. |
| 8.  **Test #9** - Switch Correspondence | **None required**, however inspection must be performed whenever placed in service, modified or disarranged. |
| 9.  **Test #10** Hand Operated Switch Locking (Landing and Princess Bay) | **2 years** or whenever placed in service, modified or disarranged. |
| 10. **Test #11A  -** Switch Circuit Controller | **Quarterly** or whenever placed in service, modified or disarranged. |

NYCTA-04712

| | |
|---|---|
| 11. **Test #11B -** Switch Obstruction | **Monthly** or whenever placed in service, modified or disarranged. |
| 12. **Test #12 -** Route & Detector Locking | **2 years** or whenever placed in service, modified or disarranged. |
| 13. **Test #13 -** Traffic Locking | **2 years** or whenever placed in service, modified or disarranged. |
| 14. **Test #14 -** Ground Test | Monthly or whenever placed in service, modified or disarranged. |
| 15. **Test #15** - Fouling & Bonding Wire Inspection | Monthly or whenever placed in service, modified or disarranged. |
| 16. **Test #15A -** Shunt Fouling Circuit | Quarterly or whenever placed in service, modified or disarranged. |
| 17. **Test #17** - Track Circuit Shunting Sensitivity | Annually or whenever placed in service, modified or disarranged. |
| 18. **Test #17A -** Track Circuit Current Voltage & Polarity | 2 Years or whenever placed in service, modified or disarranged. |
| 19. **Test #17B -** Track Circuit Broken Rail Protection | None required, however inspection must be performed whenever placed in service, modified or disarranged. |
| 20. **Test #18** - Time Delayed Code Change | 2 Years or whenever placed in service, modified or disarranged. |

NYCTA-04713

| | |
|---|---|
| **21. Test #19 -** Track & Switch Blocking | 2 Years or whenever placed in service, modified or disarranged. |
| **22. Test #20 -** Insulation Resistance | 10 Years or whenever placed in service, modified or disarranged. |
| **23.** Battery Inspection Test | Monthly |
| **24.** Ground Connection & Lightning, Ground Arresters | Monthly |

***Table 14-25:*** ***SIR Signals Division Equipment Inspections & Testing Programs***

NYCTA-04714

**B. Power Division**

| Equipment | Frequency |
|---|---|
| 1.  D.C Feeder Panel Maintenance and Testing | Bi-annual |
| 2.  Rectifier Safety Test | Annually |
| 3.  D.C Distribution Panel & Battery Chargers' Test | Annually |
| 4.  Rectifier Transformer Maintenance | Annually |
| 5.  High Potential Testing | Every three Years |
| 6.  182 Relay Test Procedure | Annually |
| 7.  Procedure for Performing a Dead Short Clearance | As needed |
| 8.  Procedures for Resorting Power After a Dead Short Clearance | As needed |
| 9.  Procedure For Manual Operation of Rectifier as Needed Equipment | As needed |
| 10. Procedure For Manual Operation of DC Feeder Breakers | As needed |
| 11. Procedures For Racking in PACS  52 Breaker | As needed |
| 12. Procedures For Racking out PACS  52 Breaker | As needed |
| 13. Transformer Oil Dielectric Test | Every three years |

_**Table 14-26**_:  _**SIR Power Division Inspection & Testing Program**_

NYCTA-04715

### C. MUE Mechanical

| Equipment | Frequency |
|---|---|
| 1.  Brake Shoe and Air Compressors | Inspections and tests are conducted at a minimum of 66 day intervals |
| 2.  Air valves and Tread Brake Heads | Inspections and tests are conducted at a minimum of 66 day intervals |
| 3.  Master Controller | Inspections and tests are conducted at a minimum of 66 day intervals |
| 4.  Air Compressor | Inspections and tests are conducted at a minimum of 66 day intervals ***Oil and Filter Change (1 year intervals)** |
| 5.  Door Systems | Inspections and tests are conducted at a minimum of 66 day intervals |
| 6.  Converter and Control Group | Inspections and tests are conducted at a minimum of 66 day intervals |
| 7.  Batteries | Inspections and tests are conducted at a minimum of 66 day intervals |
| 8.  HVAC Systems | Inspections and tests are conducted at a minimum of 66 day intervals |
| 9.  Truck Systems | Inspections and tests are conducted at a minimum of 66 day intervals |
| 10. Communication Equipment | Inspections and tests are conducted at a minimum of 66 day intervals |
| 11. Car-Borne Signal Equipment | Inspections and tests are conducted at a minimum of 66 day intervals |
| 12. Pre-Service Inspection | Every 24 Hours |

*Table 14-27:  SIR Mechanical Division (Revenue and Non-Revenue Vehicles) Scheduled Maintenance Inspection (SMI)*

### D. Infrastructure

| Equipment Inspection | Frequency |
|---|---|
| 1.  Sprinklers Systems at Clifton Mechanical Shop, NRS shop, 331 Bay St | Monthly, Quarterly, Semi-Annually & Annually |
| 2.  Fire Extinguishers (Division-Wide) General Mechanic/Foreman | Weekly Activation/Annual Inspection (W96) |
| 3.  Underground Storage Tanks at Maintenance Shops by Gen Mechanic or Foreman | Monthly |

*Table 14-28:   SIR Non-Revenue Shop/331 Bay Street Inspection & Testing Program*

NYCTA-04716

**E. NRS (Non Revenue Service)**

| Equipment Inspection | Frequency |
|---|---|
| 1. Truck Service | Once/3 months |
| 2. Heavy Equipment Service | Every 200 hours |
| 3. Small Equipment | Every 90 days |

*__Table 14-29__: SIR Non Revenue Vehicle Shop Inspection & Testing Program*

**H. Electrical**

| Equipment | Frequency |
|---|---|
| 1. Station Lighting | Monthly |
| 2. Station Fire Inspection | Monthly |
| 3. Emergency Generators at St. George Terminal MUE to Tottenville | Monthly |

*__Table 14-30__: SIR Electrical Inspection & Testing Program*

**I. Electronics**

| Equipment/Location | Frequency |
|---|---|
| 1. Fire Alarm System (St. George Terminal Crew Qtrs., RCC, maintenance Shop and Facility Office | Monthly, Quarterly, Semi Annually and Annually |
| 2. Fire Suppression Systems at the RCC | Monthly |
| 3. Security Alarms At train Stations | Monthly |
| 4. AFC Turnstile Emergency Unlock System at St. George Terminal | Monthly |

*__Table 14-31__: SIR Electronics Inspection & Testing Program*

**J. Engineering**

| Equipment/Location | Frequency |
|---|---|
| 1. Bridges – NYS DOT Inspection | Annually |

*__Table 14-32__: SIR Engineering Inspection & Testing Program*

NYCTA-04717

**K. Transportation**

| Forms/Checklists | | Frequency |
|---|---|---|
| 1. Pre-trip Inspection | | Prior to train being put into service |

***Table 14-33:*** *SIR Transportation Inspection & Testing Program*

**L. Track Division**

| Equipment/Location | Frequency |
|---|---|
| 1. Mainline Tracks by Track Inspector | Twice Per Week |
| 2. General Inspection of Entire Zone Superintendent/Supervisor | Quarterly |
| 3. General Inspection of Subdivision by Track Superintendent/Manager | Semi Annual |
| 4. Yard Tracks by Inspector | Monthly |
| 5. Ultrasonic Rail Flaw Detection (Mainline Tracks) by Track Superintendent | Annually |
| 6. Track Geometry by TGC | At least once Annually |
| 7. Mainline Switches and Joints (in conjunction w/ SIR Signals Section) by Track Inspector | Monthly & Whenever Failures Occur |
| 8. Inspection after failure (in conjunction with SIR Signals Section) by Track Inspector | As Needed |
| 9. Yard Switches and Joints by Track Inspector | Quarterly |

***Table 14-34:*** *SIR Track Division Inspection & Testing Program*

NYCTA-04718

### 14.3    DOS Supervisor Work Environment Inspection

### 14.3.1  Right-of-Way Work Environment

It is the responsibility of the MOW and Station Maintenance supervisors to establish a safe work environment when work is performed on the right-of-way as outlined in Subways Bulletin 16-20 Establishing a Safe Right-of-Way Work Environment.  Two checklists were developed to aid supervisors in this responsibility.

At the jobsite, before starting work the supervisor in charge of the job, if present, must instruct his/her employees where to clear for passing trains (preferably on the same side of the track), advise of the presence of unusual obstructions, openings, or other hazards. The supervisor must complete the Right-of-Way (Trackway) Worker Maintenance Supervisors Field Observation Checklist (DOS Bulletin 16-20).

At the beginning of the tour the supervisor must conduct a job-specific Toolbox Safety Talk, discussing the requirements for establishing and maintaining a safe work environment as well as alerting personnel of the specific hazards associated with the task. The supervisor must complete the Right-of-Way (Trackway) Worker Toolbox Safety Talk Checklist (DOS Bulletin 16-20).

### 14.3.2  Off Track Environment

It is the responsibility of the MOW and Station Maintenance supervisors to establish a safe work environment when work is performed off the right-of-way as outlined in Subways Bulletin 16-21 Establishing a Safe Work Environment, Off Track.  A checklist was developed to aid supervisors where work is performed along the system but off the right-of way. This checklist does not apply to employees who work at the industrial facilities referenced in the Subway Bulletin 14-18.

At the jobsite, before starting work the supervisor in charge of the job, if present, must inspect the area and advise employees of the presence of unusual obstructions, openings or other hazards.  The supervisor must complete the section, entitled, Non-Trackway Worker Maintenance Supervisors Field Observation Checklist (DOS Bulletin 16-21).

At the beginning of the tour the supervisor must conduct a job-specific Toolbox Safety Talk prior to the beginning of the tour's assigned task, discussing the requirements for establishing and maintaining a safe work environment as well as alerting personnel of the specific hazards associated with the task.  The supervisor must complete the section, entitled, Non-Trackway Worker toolbox Safety Talk Checklist (DOS Bulletin 16-21).

NYCTA-04719

## 14.4    DOS Structural Inspections

### 14.4.1  MOW Engineering

In accordance with the Structural Inspection Policy Instruction (July 2013) MOW Engineering is responsible for periodic inspections that relate to the structural elements of "NYCT's rapid transit infrastructure including station structural elements. These annual visual inspections performed by MOW Engineering focus on the steel and concrete components. Table 14-33 (below) outlines the Division's inspection schedule and the titles of the individuals carrying out structural inspections. Chapter 6 of the P/I lists the same inspection frequencies.

| Structure Type | Frequency[9] | Performed by |
|---|---|---|
| **A.    Bridges, Overpasses & Elevated Structures**<br>   a. Elevated Structure<br>      i)  Tangent .....................................<br>      ii) Curved Structure ....…...........<br>   b. Bridges and Overpasses ...............<br>   c. Viaduct……………………..…..……<br>   d. Special Structure<br>      Truss Bridges[4] ............................<br>      High Elevated Structures[4]...........<br>      Marine structures[5]........................ | <br><br>Once a year<br>Twice a year<br>Once a year<br>Once a year<br><br>Annual visual<br>Annual visual<br>Annual visual | Inspections are performed by 4 Gangs, each comprised of 1-Maintenance Supervisor "C" (Iron) and 4-Iron Maintainers with the exception of Bridge inspections which are performed by the Manager of Elevated inspections with the assistance of Maintenance Supervisors, and Viaducts which will be inspected by 2 gangs each comprised of 1-Maintenance Supervisor "B" or "C" (Iron or Mason), and 3-Structural Maintainers "B" (Mason), and 1-Structural Maintainer "C" (Iron) |
| **B.    Subway**<br>   a.    Cut and cover..........................<br>   b.    Mined or bored tunnels..............<br>   c.    Under river Tubes...................….<br>   d.    Special Structure<br>         High Brick & Masonry Arch [4]<br>         Non-Revenue Structure | <br>Once a year<br>Once a year<br>Twice a year<br><br>Annual visual<br>Annual visual[8] | Inspections will be performed by 4 Gangs each comprised of 1-Maintenance Supervisor "B" or "C" (Iron or Mason), and 2-Structural Maintainers "B" (Mason), and 2 Structural Maintainers "C" (Iron) |
| **C.    Stations**<br>   a.    Elevated...............................<br>   b.    At-grade...............................<br>   c.    Subway..........................…......,,,,<br>   d.    Special Structures<br>         Closed-up hangers[2]...........<br>         Suspended Ceilings[3]..........<br>         High Brick & Maronary Arch[4].<br>         Non-Revenue Structure | <br>Once a year<br>Once a year<br>Once a year<br><br>Annual visual<br>Annual visual<br>Annual visual<br>Annual Visual[8] | <u>Elevated Stations:</u> will be inspected by the same elevated gangs as described above. <u>Subway Stations:</u> will be inspected by the same Subway Inspection gangs as described above. At-Grade and <u>Viaduct Stations:</u> will be inspected by the same Viaduct Inspection Gangs as described above. |

***Table 14-33***:  *MOW Engineering's Structural Inspection*

NYCTA-04720

Notes:   1. *Frequency is determined by the approved inspection cycle maintained by Div. of Stations and Div. of Infrastructure.*
*2.Closed-up hangers are  inspected annually by examining the architectural finishes and ceiling and floor for visual signs of structural distress..*
*3. Suspended ceilings  are  inspected from track, mezzanine and platform level for visual signs of structural distress.*
*4. These structures are visually inspected annually from track, platform and street level as appropriate.*
*5. These structures are visually inspected annually from track and water level using a boat,*
*6. omitted.*
*7. omitted*
*8. The need for supplemental inspections shall be determined based on the results of the first round of inspections scheduled to be completed in 2013*
*9. All structures, including those with pending repair projects, whether capital or operating, shall continue to be inspected according to the assigned inspection frequency, or more often if warranted by conditions.*


MOW also responds to emergencies (in the event of falling concrete, etc) or other special circumstances to provide unscheduled structural engineering evaluation services. Emergency inspections (in accordance with the MOU between MOW Infrastructure and Station Environment and Operations/Station Maintenance of 2013 and the Proposed Procedures for Reporting Structural Hit Incidents of 2013).

MOW Engineering's Hazard Mitigation Process is described below:

- In accordance with MOW Engineering's Structural Inspection P/I (July 2013) defects identified during inspections are categorized according to severity depending on structure type as follows: Non- Structural Safety and Steel defects on the elevated structure: IA, A, and B; Steel on all other Structures and Concrete on all structures IA, A1, A2, B1, B2, C and A3. IA signifies "Immediate Action" and must be addressed promptly. A and A1 defects are the most severe and require attention such as repair or monitoring within short time periods. B, B1 and B2 defects are less severe than "A" defects and are tracked on subsequent inspections and repaired when feasible by in-house forces or packaged into the capital program as funding becomes available. "C" defects are considered minor. The A3 designation is a placeholder to identify and track conditions that have been temporarily addressed for periodic monitoring and inclusion in the capital program.
- Defects are reported periodically to MOW Infrastructure, Station maintenance or Other appropriate divisions for repair or correction.

Corrective Action & Follow-Up (in accordance with the Structural Inspection P/I chapter 7, 13, 16)

- Deficiencies discovered are to be addressed and repaired in accordance with "Standard Details for Structural Repairs" on file with MOW Engineering

NYCTA-04721

- When deficiencies are discovered and standard repairs are not applicable or sufficient, Engineers from Infrastructure Engineering will perform a field investigation and develop suitable repair details.
- Database Reports of defects found are provided to responsible parties when requested and on a periodic basis. Structural Inspections are performed to ensure the operation readiness of NYCT operations and may not be suitable for other purposes, therefore RAW data is not provided to third parties. Per current NYSDOT practice, an annual report of elevated and bridge inspections is prepared and put on file and a certification of compliance is sent to NYSDOT every April.
- When an imminent danger to operations or safety is discovered by MOW Engineering staff, the Director of Structural Inspections will notify Senior MOW and Stations officers and ensure that immediate action is taken to mitigate the condition.
- Responsible parties are to contact the Assistant Chief Officer of Infrastructure Engineering when necessary to arrange technical support with addressing structural deficiencies and conditions.

## 14.4.2  Capital Program Management (CPM)

NYCT's Department of Capital Program Management (CPM) oversees the agency's Condition Assessment Inspection Program for the system's 468 stations.  CPM utilizes consultant services to conduct system-wide condition inspection surveys; planned for every 5 years.  The Condition Assessment Inspection Program is used to prioritize the Capital Construction Program for stations.

- **Station Condition Surveys**

  o All station types are surveyed; including:  underground (subway), elevated, open cut, embankment and viaduct construction.  In order to plan, prioritize and effectively budget investment in the program, NYCT utilizes survey findings to assess station conditions and prioritize rehabilitation activities.

  o The inspections/surveys include all areas of a station; including public areas, restricted areas, and track areas (as part of platform edge inspections).  The inspections do not include manholes, vaults or the underside of elevated stations. The program does however, include the inspection of ventilators.

  o For concrete structures suspected to be spalling or where delamination is apparent, hammer testing is to be performed.

  o The station inspections are visual and do not include material testing or detailed measurements of structural members.  Binoculars are to be used to aid viewing of high areas as necessary.

  o Station components/subcomponents by type of construction are outlined in the "Station Inspection Manual".

NYCTA-04722

# Station Components & Subcomponents by Type of Construction

The following are the main elements by type of construction to be examined for condition so a decision can be made on the need and extent of repairs:

## A. SUBWAY STATIONS

### Components:

Street Stairs
Interior Stairs
Mezzanines / Passageways
Platforms
Ventilators
Control houses (where applicable)

### Street Stairs

Railing Curbs
Sidewalk landing
Sidewalls – structural / surface finish type and condition
Treads & risers
Intermediate landings
Ceiling – steel / concrete / surface finish type and condition
Independent sidewalk over waterproofed roof structure

### Interior Stairs

Railing Curbs
Treads & risers
Intermediate landings
Sidewall – structural / surface finish type and condition
Under stair sidewall
Ceiling / steel / concrete / surface finish type and condition

### Mezzanine / Passageways

Floor

Floor topping / structure

Walls

Sidewall – structural / surface finish type and condition
Weep holes

Ceilings

Ceiling – Concrete / steel / surface finish type and condition
Independent sidewalk over waterproofed roof structure

NYCTA-04723

Miscellaneous

Columns / bases

Drainage and Floor Pitch

## Platforms

Floor

Floor topping / structure
Platform edge - Rubbing board (type & condition) / concrete / steel angle supports

Ceilings

Ceiling – concrete / steel / surface finish type and condition

Track Walls

Structure wall / surface finish type and condition
Weep holes

Miscellaneous

Columns / bases
Track columns
Drainage and Floor Pitch

## Ventilators

Sidewalk grating, frames, access panel, surrounding concrete
Concrete walls
Concrete drip pan – concrete / steel / drainage
Roof – concrete / steel / independent sidewalk over waterproofed subway structure.

## Control Houses (at ground level)

Roof – concrete / steel / roofing
Wall - structural wall / columns
Floor – topping / structure
Exterior
Grounds/paving

NYCTA-04724

**B. ELEVATED STATIONS**

### Components:

Street Stairs
Mezzanine / Platform Stairs
Mezzanines
Platforms
Track
Control houses (where applicable)

**Note:** Only portions of the main line structure supporting the station elements are to be included in this study. Condition survey of the main line structure within the station limits is not included.

**General:** Identify wooden construction in components

### Street Stairs

Stringers & Stair Supports
Treads & risers
Intermediate and top landing
Street Landing
Canopy roofing
Canopy underlayment
Canopy supports

### Mezzanine / Platform Stairs

Stringers
Treads & risers
Intermediate Landing
Side Walls – structural / surface finish type and condition

### Mezzanine

Floors

Floor construction
Floor structural supports
Mezzanine supports and hangers (if applicable)
Mezzanine support columns (if applicable)

NYCTA-04725

<u>Walls</u>

Exterior walls - construction
Interior walls - construction

<u>Ceilings</u>

Ceiling concrete / steel beams / surface finish type and condition
Water leaks

<u>Roofs (when applicable)</u>

Roof construction
Roofing
Roof underlayment
Roof supports – rafters / steel

**Platforms**

<u>Rooms</u>

Rooms located between platform ends – structure

<u>Platforms</u>

Rubbing board / platform edge / concrete / steel / angle supports @ cast in place
Rubbing board / platform edge / support clips or angles @ precast panels
Precast panels
Precast panel joints
Precast panel supports
Expansion joints
Cast in place concrete over mezzanine – topping/waterproofing/structure (if applicable)
Other cast in place concrete
Steel supports for cast in place concrete
Pipe supports (or other) for precast panels
Longitudinal stringers supporting platforms

<u>Canopy, Windscreens and Railings</u>

Canopy construction
Canopy roofing
Canopy underlayment
Canopy supports
Canopy steel and columns
Column bases
Canopy supports under precast panels
Platform railing supports under precast panels

**Track (Where Applicable Over Mezzanine)**

Track concrete fill / waterproofing

NYCTA-04726

**Control Houses (at ground level)**

Roof – concrete / steel / roofing
Wall - structural wall / columns
Floor – topping / structure
Exterior

### C. OPEN CUT, EMBANKMENT, AND VIADUCT STATIONS:

For open cut, embankment, or viaduct stations follow the same criteria as for underground and elevated stations and add or modify as needed:

**Open Cut Stations:**

- Control houses.
- Retaining walls facing the station.
- Cantilever or column supported roof and parapet walls over platforms (i.e. Sea Beach Line).
- Tunnels within the station platforms (under mezzanine and roads, i.e. Sea Beach Line).
- Station overpasses that are part of the station (i.e. 9th Avenue West End Line).

**Embankment Stations:**

- Control houses.
- Parapet walls.
- Identify in general if losing of track gravel / support at embankment.
- Parapet walls at platforms (i.e. Brighton Line).
- Support walls / footings / piles under platforms (i.e. Brighton Line).
- Street overpass, including steel girders, columns and concrete or tunnel for limits of station (i.e. Brighton Line).
- Retaining walls at passageways (i.e. Kings Highway).

**Viaduct Stations:**

- Concrete encasement over columns and beams from street to canopy, along the sides of the station (i.e. 4th Avenue - 9th Street).
- Include general condition of brick veneer walls (failed tie - backs) (i.e. 4th Avenue - 9th Street).

NYCTA-04727

CPM's Hazard Management Process

CPM uses rating systems to grade the condition of station structural elements (that require inspection), as well as the specific architectural components, painting and lighting of each station.  The two systems rate each component numerically from 1 to 5 as referenced in the "Station Inspection Manual".  A rating of '1' would indicate that a station component, subcomponent or condition has no observable deficiencies; whereas a rating of '5' would indicate severe or extensive damage/deterioration.  The rating systems are as follows:

o   Structural Numerical Rating System

Each station, depending on type (subway, elevated, etc.) has a defined list of primary components (street stairs, platforms, mezzanines, etc.).  Each component is further broken down into subcomponents.  Each subcomponent in a station is assigned a Structural Numerical Rating by the inspector in accordance with the guidelines provided in the "Station Inspection Manual".  Component ratings are calculated from the subcomponent ratings.  Station ratings are then calculated from the component ratings using a weighted formula.

o   Architectural/Painting/Lighting Numerical Rating System

A list of subcomponents is assigned a numerical rating by the inspector in accordance with the guidelines provided in the "Station Inspection Manual".  Unlike the Structural Numerical Rating System, no component or station ratings are calculated from the subcomponent ratings.  Architectural/Painting/Lighting Subcomponent Ratings are stand-alone ratings and do not reflect the overall condition of the station.

Upon completion of the Station Condition Surveys (whereby ratings/prioritizations have been established), the report is finalized and submitted to the Department of Subways' Division of Capital Planning.  In accordance with the report, Capital Planning identifies the high priority station conditions and submits them to CPM for rehabilitation.

NYCTA-04728

## SECTION 15: MAINTENANCE AUDITS AND INSPECTIONS

### 15.0    Overview

Systems operated by the Department of Subways (DOS) are subject to scheduled maintenance programs.  The programs include established maintenance cycles, methods for tracking maintenance activities, and audits utilized to ensure the effectiveness of the maintenance performed.

These elements are discussed in more detail in the following parts of this section.

### 15.1    DOS Maintenance Programs

### 15.1.1  Maintenance of Way (MOW) Maintenance Programs/Procedures

- Track

Track replacement/repair activities take place subsequent to inspection findings.  Track inspections are discussed in section 14.2.3.  As part of the track inspection process, defective rails are clearly marked on each side of the rail web and base.  Evaluation of track inspection/maintenance programs is continuous, and revisions to the maintenance schedule and/or equipment specifications are implemented by management as required.

Quadrennial Track Inspections are conducted by MOW Engineering's Track Engineering section.  Track rehabilitation projects are selected and prioritized according to the findings of the Quadrennial Condition Surveys of track and switches.  The surveys are conducted every four years and are primarily designed to achieve the following:

o   maintain an inventory of  all the mainline track components (including their location and condition);
o   update existing 'Track Information Planning System' data;
o   update the 'Track Device System' with actual measured data pertaining to track devices (panels);
o   categorize each track device/panel by its remaining useful life, thus providing the means of planning future track rehabilitation and maintenance.

Each record within the 'Condition Survey' database contains the physical description and rating of each track component in the device.  The basic types of devices are classified by their geometry:  tangent (straight) or curved track; switches; etc.  Each basic device can be further subdivided by its type of components, condition, environment, etc.  A change in any of the basic track components, its geometry or condition will generate a new device or sub-device.  Environmental conditions and the geometry of the device from collected Track Geometry Car (TGC) data - are also inputted.  In addition, each major track component in the device is categorized and rated according to its remaining useful life.

NYCTA-04729

The major track components such as ballast, crossties, tie plates and rails are rated according to its remaining useful life. Ten categories are used for rating the remaining useful life of ballast, crossties, and rails, ranging from 0 to 20+ years. Each value corresponds to the years of remaining useful life at the time of inspection. The condition of other components (such as tie plates and fasteners) is rated as 'good', 'fair' or 'poor'.

Once the major track components have been rated, a total remaining useful life for the device can be estimated. The condition and remaining useful life of the basic track components such as crossties and ballast carry more weight in determining the overall remaining life of the device as a whole. Other components can be easily replaced or adjusted, but if the crossties and ballast have failed then the track has little or no remaining useful life. For track reconstruction purposes, the average life of a segment of track is therefore derived by combining the remaining useful life of the ballast and crossties, and the condition of the geometry and environment (dry, wet, or very wet) of the segment.

The evaluation of a device's remaining useful life starts with the expected average useful life for the type of device being inspected. The number of years that the device has been in service is compared to this average to gauge how many years of expected life remain. Current conditions of component wear and train traffic are added to the evaluation. The estimate is further reduced by such factors as poor geometry and wet environment. The net result of this process is the estimated remaining useful life of a device.

Teams of specially trained Track Engineering Supervisors perform the evaluations and inspections referred to above. They are also "calibrated" so that all the team members and their supervision agree in the rating of the same components and track devices. The Quadrennial Condition Surveys are performed by three teams under Track Engineering's Quality Assurance & Condition Surveys group, walking every foot of track along the NYCT system. Each team consists of one Track Supervisor and two track workers. The track workers assist the supervisor by flagging the trains and taking measurements while the Supervisor records all the data on a hand-held pen based laptop computer.

The collected data is used to distinguish the areas of track requiring reconstruction from those just needing maintenance. For example, if a segment of track has good ties and ballast but the plates and rails are worn, it could be scheduled for a rail and plate renewal only, instead of rebuilding the whole track. For those track areas in need of total reconstruction, the Condition Survey data is used to prioritize which of them need to be scheduled first, based on their remaining years of useful life. Other uses of the Condition Survey data for long-term planning of track maintenance and reconstruction are: budgeting for materials and manpower, building a degradation model with the observed degradation rates from previous Condition Surveys and monitoring the state of good repair of the track and switch systems.

The following is the frequency of track inspections:

NYCTA-04730

| Inspection of Track | Frequency | |
|---|---|---|
| | **Mainline Track** | **Yard Track** |
| Track Walker | Twice  Two Times Weekly with Calendar Day Interval | Monthly |
| Supervisory | Every 14 Days (Not less than 12 Days or more than 18 Days In Between Inspections) | Quarterly |

***Table 15-1**:  Track Section – Track Inspection*

The Division of Track to conduct track cleaning of station tracks within station limits; system-wide on a continuing basis.

- Infrastructure

Managers evaluate the effectiveness of the Infrastructure section's maintenance program by monitoring equipment breakdowns and performing visual inspections of buildings and equipment.  In addition, managers review computer printouts (on a monthly basis) pertaining to outstanding/open jobs as well as those which have been completed.

Professional Engineers review infrastructure inspection reports and schedule repairs accordingly.  Infrastructure inspections are discussed in section 14.2.2.  Fan plants are maintained as part of the inspection process outlined in table 14-5.

Additionally, an audit is conducted annually by a consultant retained by the Metropolitan Transportation Authority (MTA) to evaluate the effectiveness of the inspection program. All comments by the consultant are forwarded to the Chief Infrastructure Officer.

Infrastructure maintenance intervals are outline below:

NYCTA-04731

| INFRASTRUCTURE – MAINTENANCE INTERVALS | | |
| --- | --- | --- |
| **Asset** | **Maintenance Interval** | **Title Maintaining Equipment** |
| Deep Well Pumps | Monthly/ Quarterly/ Annual | Structure Maintainer |
| Tunnel Pumps | Monthly / Quarterly/ Annual | Structure Maintainer |
| Under River Tunnel Pumps | Monthly/ Quarterly/ Annual | Structure Maintainer |
| Sump Pumps | Monthly /Quarterly / Annual | Structure Maintainer |
| Well Point Pumps | Monthly/ Quarterly/ Annual | Structure Maintainer |
| Compressors | Monthly | Structure Maintainer |
| Ejecter | Monthly | Structure Maintainer |
| Pump Train | Monthly | Structure Maintainer |
| Unit Heaters (Gas Fired Only) | Annual | Structure Maintainer |
| Fan Plants | Monthly / Quarterly/ Annual | Structure Maintainer |

***Table 15-2***:  *Infrastructure Section - Maintenance Intervals*

- Escalator and Elevator Maintenance

Escalator and Elevator maintenance activities follow the schedules outlined in Table 15-3.  Each escalator/elevator is maintained according to a specific cycle (4-week, 6-week or 8-week).  The frequency of maintenance is based on the unit's age, use, condition and environmental factors affecting the equipment.  There are five different levels of Escalator and Elevator maintenance.  Levels 1 and 2 are general (generic to every escalator), whereas levels 3, 4 and 5 are manufacturer specific.

Internal zone audits of escalators and elevators are conducted monthly.  Load tests for elevators are conducted every five years.

NYCTA-04732

| ESCALATOR & ELEVATOR MAINTENANCE INTERVALS | |
| --- | --- |
| **Four Week Cycle** | |
| **Level of Maintenance** | **Frequency** |
| Level 1 | Monthly |
| Level 2 | 6 Times a Year |
| Level 3 | 2 Times a Year |
| Level 4 | 2 Times a Year |
| Level 5 | Annually |
| **Six Week Cycle** | |
| **Level of Maintenance** | **Frequency** |
| Level 1 | Every 6 Weeks |
| Level 2 | Every 6 Weeks |
| Level 3 | 2 Times a Year |
| Level 4 | 2 Times a Year |
| Level 5 | Annually |
| **Eight Week Cycle** | |
| **Level of Maintenance** | **Frequency** |
| Level 1 | Every 8 Weeks |
| Level 2 | Every 8 Weeks |
| Level 3 | 2 Times a Year |
| Level 4 | 2 Times a Year |
| Level 5 | Annually |

*Table 15-3*:  *Escalator and Elevator Maintenance Intervals*

- Electronics Maintenance

Electronics Maintenance subdivision is responsible for maintaining the DOS and DOB
Telecommunications, Automated Fare Control, Electronic and Radio equipment system-
wide.  Maintenance activities for Electronics Maintenance are performed in conjunction
with scheduled inspections, and are discussed in detail in Section 14.2.2 (Table 14-16).
Maintenance of equipment often results from inspection findings or from service requests
(when failures occur).  Management and supervision continuously evaluate the frequency
of inspection and maintenance (e.g., cleaning) of equipment.  Management implements
revisions to the maintenance schedule when necessary.

NYCTA-04733

The CES's scheduled repairs of electronic railcar components are based on DCE's established Scheduled Maintenance System (SMS) replacement cycles.

- Electrical (Power and Signals)

The Subdivision of Electrical is responsible for inspecting and maintaining NYCT's power and signal systems.  The Signals section's maintenance program (pertaining to signals, switches and allied equipment) is outlined in Table 15-4.   Certain Signals maintenance activities are performed in conjunction with scheduled testing and inspections; discussed in detail in Section 14.2.2.  The Power section's maintenance activities are outlined in Table 15-5.

Random maintenance audits are conducted by Signal supervisors to verify that the maintenance performed complies with approved procedures for Signal equipment.  Additionally, management conducts annual maintenance audits of procedures governing equipment maintenance activities.  Copies of the audits are kept on file at each sub-division office.  The EAM-MOW group conducts random maintenance audits as well.

NYCTA-04734

## SIGNALS – MAINTENANCE INTERVALS WITH GOVERNING PROCEDURES

| Asset | Maintenance Interval (Frequency + Tolerance) | | Title/Titles Maintaining Equipment | Signal Procedure Governing Maintenance |
| --- | --- | --- | --- | --- |
| | Mainline Track | Yard Track | | |
| Power Operated Switch Machines | 30 +5 days | 60 +10days | Signal Maintainer | 7.68.007, 7.68.006, 7.68.005, 7.68.004,7.71.022, 7.71.023, 7.71.024, 7.71.25, 7.14.049, 7.14.052 (Movable Bridge), 7.73.010 |
| Automatic Train Stops | 90 +15 days | 90 + 15 days | Signal Maintainer | 7.68.003, 7.68.002, 7.68.001, 7.71.011, 7.71.012, 7.71.013, 7.71.0015 |
| Train Control Signals | 90 +15 days | 90 + 15 days | Signal Maintainer | 7.14.036, 7.14.037, 7.14.038, 7.14.039, 7.14.054 (7.30.088), 7.14.046, 7.14.040 |
| Train Detection Track Circuits | 90+15 days | 90 days | Signal Maintainer | 7.14.037, 7.14.040, 7.14.054 (7.30.088) |
| Signal Enclosures (Relay Rooms, CIR, Compressor Rooms, SPR, etc.) | 30 + 5 days | 90 + 15 days | Signal Maintainer | 7.10.007, 7.00.008, 7.00.009, 7.00.010 (7.90.015) |
| Relay Racks (newer/older locations) | 90 + 15 days | 90 + 15 days | Signal Maintainer | 7.00.008 |
| Air Supply Compressor Plants | 60 + 10 days | N/A | Signal Maintainer | 7.68.024 (7.90.015) |
| Air Supply Compressor Plant Heavy Maintenance (215th Street) | 90 + 15 days | N/A | Signal Maintainer | |
| Contact Rail Indicators | 90 +15 days | 90 + 15 days | Signal Maintainer | 7.46.012 |
| Storage Battery Sets | 30 + 15 days | N/A | Signal Maintainer | 7.72.004, 7.75.003 |
| Annunciatior | 365 + 30 days | N/A | Signal Maintainer | 7.46.012 |
| Code Control Systems | 180 + 20 days | N/A | Signal Maintainer | *No procedures written for New Tech. Equipment* |
| Event Recorders | 180 + 20 days | N/A | Signal Maintainer | *No procedures written for New Tech. Equipment* |
| Wheel Detectors | 180 + 20 days | N/A | Signal Maintainer | *No procedures written for New Tech. Equipment* |
| Solid State Code Systems | 180 + 20 days | N/A | Signal Maintainer | *No procedures written for New Tech. Equipment* |
| Supervisory Inspection and Maintenance Audits | N/A | Annual | Signal Maintainer | |
| Management Maintenance Audits | N/A | Random | Signal Maintainer | |

*Table 15-4:  Signals Section - Maintenance Intervals*

Page 15-7

| POWER – MAINTENANCE INTERVALS WITH GOVERNING PROCEDURES | | | |
|---|---|---|---|
| **Asset** | **Maintenance Interval** | **Title(s) Maintaining Equipment** | **Field Maintenance Instruction (FMI) Number** |
| Above Ground Substation | Every 4 months | Power Mtr. / Helper | FMI - 2 |
| Underground Substation | Every 2 months | Power Mtr. / Helper | FMI - 2 |
| D.C. Feeder Breakers | Every 3 years | Power Mtr. / Helper | FMI - 5 |
| Rectifier Control | Every 3 years | Power Mtr. / Helper | FMI - 4 |
| High Tension | Every 3 years | Power Mtr. / Helper | FMI - 7 / 7G & 44 |
| Ground Protection | Every 3 years | Power Mtr. / Helper | FMI - 67 |
| D.C. Bus | Annually | Power Mtr. / Helper | FMI - 28 |
| Battery Maintenance | Monthly | Power Mtr. / Helper | FMI - 47 |
| Emergency Alarm (EA) Panels | Annually | Power Mtr. / Helper | FMI - 9 |
| Rectifier Cooling | Annually | Power Mtr. / Helper | FMI - 42 |
| Supervisory Control | Monthly | Power Mtr. / Helper | FMI - 27 |
| Fire Extinguishers | Bi-Annually | Power Mtr. / Helper | FMI - 49 |
| First Aid Kit | Annually | Power Mtr. / Helper | FMI - 20 |
| Rubber Gloves | Bi-Annually | Power Mtr. / Helper | FMI - 15 |

**_Table 15-5_**:  **_Power Section - Maintenance Intervals_**

NYCTA-04736

### 15.1.2  Division of Car Equipment (DCE) Maintenance Programs/Procedures

Maintenance programs for NYCT's fleet of rail vehicles are covered in work manuals for specific car classes.  Each work manual is a document developed according to an official NYCT specification that explains all required maintenance activities.  DCE employees at the division's 13 maintenance shops are responsible for maintaining NYCT's existing fleet of rolling stock.  Maintenance teams check and service/repair or replace components as necessary.  Maintenance shop work falls into four major categories:

- o  SMS (Scheduled Maintenance System) Replacement Cycles

    - ▪  SMS is a proactive maintenance program that is designed to replace components prior to their failure.
    - ▪  SMS follows a periodic component renewal/replacement schedule (4, 5,7 and 14-year cycles) that restores aging major components before failure - over a revenue car's useful life.  Cycles vary and are based primarily on the car systems.

- o  Scheduled Maintenance Inspections (SMI)

    - ▪  *Discussed in Section 14.2.3 (DCE Inspection and Testing Programs).*

- o  Unscheduled Maintenance

    - ▪  Performed as required on cars that have defects that resulted in a train delay or 'Request for Assistance Report' (from Service Delivery).

- o  Car Appearance / Car Washing

    - ▪  Each of the maintenance shops supports an intensive Car Appearance Program; ensuring that cars are equipped with correct signage, adequate lighting and operative P/A systems.  The program also includes checking the HVAC systems and doors before cars go into service.
    - ▪  DCE performs an average of 4,500 car washes each week at the division's eight car wash facilities.  Fifty four car cleaning facilities (located in stations and yards) help keep cars in service, clean and graffiti-free.

DCE overhaul shops remanufacture and repair railcar components and assemblies, including:  electric motors; pneumatic equipment; wheels; axles and trucks.  The shops also carry out major car body repair and unscheduled large component change-outs, car painting and special projects (e.g., inspection and repair of historic railcars).  The overhaul shops' SMS work cycles include the following:

- o  overhauling the air brake system's brake valve;
- o  overhauling the air compressor
- o  overhauling the electric portion and gauging the mechanical coupler;

NYCTA-04737

- o   overhauling the master controller;
- o   overhauling the converter;
- o   performing car body work (including new flooring, door hangers/tracks and threshold plates);
- o   overhauling the HVAC system;
- o   overhauling the truck frame;
- o   overhauling propulsion system components.
- o   overhauling air brake op unit valves;
- o   overhauling emergency magnet valve;
- o   overhauling load sensor valve;
- o   overhauling C-2-W relay valve (for car classes: R142, R142A, R143 and R160);
- o   overhauling magnet valves (for car classes: R142, R142A, R143 and R160);
- o   battery reconditioning.

DCE utilizes quality assurance (QA) audits to ensure implementation of maintenance and inspection program standards.  The audits are conducted by DCE's QA subdivision - reporting directly to the division head (Vice President and Chief Mechanical Officer).  DCE audit services are as follows:

- o   Maintenance/Overhaul Audit Services

  - ▪   Audits Maintenance and Overhaul Shop operations to determine compliance with standard operating procedures.  Audits include: post-inspection audits of the maintenance and repair of subway cars; as well as Scheduled Maintenance Systems (SMS) and overhaul process audits.  Audits are performed on an as needed basis to address concerns or issues.

- o   Shop Safety and Procedure Audit Services

  - ▪   Audits Maintenance and Overhaul Shop operations.  All audits are conducted semi-annually.

- o   System Audit Services

  - ▪   Provides Association of American Railroads (AAR) audit services for the Field Quality Assurance's Gage Maintenance unit, the Material Inspection unit, the Coney Island (C.I.) Wheel and Axle Shop, the C.I. Pneumatic Shop and the C.I. Roller Bearing Shop.  Audits are conducted annually.

Scheduled maintenance of DCE shop equipment is often conducted in conjunction with inspection cycles.  DCE's scheduled maintenance cycles for shop equipment are outlined in Table 15-6.  Inspections are documented in the shop's Computerized Maintenance Management System (MP2).  Refer to document MCD 12-01, revision A.

NYCTA-04738

| ASSET | RESPONSIBLE PARTY | DAILY | WEEKLY | MONTHLY | QUARTERLY | SEMI-ANNUALLY | ANNUALLY | TITLE OF MAINTAINER | COMMENTS | DOCUMENTATION |
|---|---|---|---|---|---|---|---|---|---|---|
| AERIAL WORK PLATFORMS, | DCE | | | ✓ | | | | HOURLY AND APPROVED BY SUPERVISOR | Performed In-House / or By Contractor | System Work Order for FMP Facilities/ Contractor Service Invoice for Non-FMP |
| AIR COMPRESSOR | DCE | | | | | ✓ | ✓ | HOURLY AND APPROVED BY SUPERVISOR | Performed In-House / or By Contractor | System Work Order for FMP Facilities/ Contractor Service Invoice for Non-FMP |
| BELT SANDING MACHINE & DUST COLLECTOR | DCE | | | ✓ | | | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| CLEANING MACHINE, STEAM | DCE | | | ✓ | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| CAR WASH | DCE | | | ✓ | | ✓ | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| CRANE & HOIST | DCE | | | ✓ | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | Performed In-House / or By Contractor | System Work Order for FMP Facilities / Contractor Service Invoice for Non-FMP |
| DRILL PRESS | DCE | | | ✓ | | ✓ | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| EYE WASH & EMERGENCY SHOWER | DCE | | | ✓ | | | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities/ Manual Service Request for Non-FMP |
| FIRE EXTINGUISHER | DCE | | | ✓ | | | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| FORKLIFT | DCE | ✓ | | | | | | HOURLY AND APPROVED BY SUPERVISOR | Performed In-House / or By Contractor | System Work Order for FMP Facilities / Contractor Service Invoice for Non-FMP |
| FUME EXTRACTOR | DCE | | | ✓ | | ✓ | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |

**Table 15-6:  DCE Maintenance Schedule for Shop Equipment**

NYCTA-04739

| ASSET | RESPONSIBLE PARTY | DAILY | WEEKLY | MONTHLY | QUARTERLY | SEMI-ANNUALLY | ANNUALLY | TITLE OF MAINTAINER | COMMENTS | DOCUMENTATION |
|---|---|---|---|---|---|---|---|---|---|---|
| GRINDERS | DCE | | | ✓ | | | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| HIGH PRESSURE WASHER | DCE | | | | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| HORIZONTAL BAND SAW | DCE | | | ✓ | | ✓ | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| HYDRAULICS LIFTS, & JACKS | DCE | ✓ | | | | | | HOURLY AND APPROVED BY SUPERVISOR | Performed In-House / or By Contractor | System Work Order for FMP Facilities / Contractor Service Invoice for Non-FMP |
| INDUSTRIAL VEHICLE | DCE | | | ✓ | ✓ | ✓ | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| LATHE | DCE | | | ✓ | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| MULTI-PROCESSOR WELDER | DCE | | | | ✓ | ✓ | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| MULTI-PURPOSE SPREADER | DCE | | | | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| MILLING MACHINE | DCE | | | ✓ | | | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| SCRUBBER, FLOOR | DCE | | | ✓ | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| SCRUBBER, RIDE-ON | DCE | | | ✓ | | | ✓ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |

**Table 15-6:  DCE Maintenance Schedule for Shop Equipment (Continued)**

Page 15-12

| ASSET | RESPONSIBLE PARTY | DAILY | WEEKLY | MONTHLY | QUARTERLY | SEMI - ANNUALLY | ANNUALLY | TITLE OF MAINTAINER | COMMENTS | DOCUMENTATION |
|---|---|---|---|---|---|---|---|---|---|---|
| SCRUBBER, WALK-BEHIND | DCE | | | √ | | | √ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| SWEEPER, RIDE-ON FLOOR | DCE | | | √ | | √ | √ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| SWEEPER, WALK-BEHIND FLOOR | DCE | | | √ | | √ | √ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| TABLE SAW | DCE | | | √ | | | √ | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| TANK (AST 385 GALLON WASTE OIL) | DCE | | | √ | | | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| 3rd RAIL TROLLEY & AUX. BUGS CONTROLLER | DCE | | | | | | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| VERTICAL BAND SAW | DCE | | | √ | | √ | | HOURLY AND APPROVED BY SUPERVISOR | | System Work Order for FMP Facilities / Manual Service Request for Non-FMP |
| WHEEL TRUING MACHINE | DCE | | √ | √ | | √ | | HOURLY AND APPROVED BY SUPERVISOR | Performed In-House / or By Contractor | System Work Order for FMP Facilities / Contractor Service Invoice for Non-FMP |

**Table 15-6:  DCE Maintenance Schedule for Shop Equipment (Continued)**

Page 15-13

NYCTA-04741

| | DOCUMENT NO. |
|---|---|
| **MTA New York City Transit**<br>**Division of Car Equipment** | MCD #12-01 |
| | **REVISION:** A |
| | **DOCUMENT STATUS** |

**DRN** **DOCUMENT RELEASE NOTICE**
☐ DRAWING ·   ☒ DOCUMENT ·

TITLE:  MP2 STANDARD OPERATING PROCEDURE

**DOCUMENT STATUS**
- ☐ NEW ISSUE
- ☒ REVISED
  - ☒ DESTROY PREVIOUS VERSION
  - ☐ DESTROY PREVIOUS SECTION(S)
- ☐ OBSOLETE & DESTROY THE DOCUMENT
- ☐ INSERTS TO _____

**CHANGE REMARKS/REASON:**
CLARIFIED CRITERIA FOR EQUIPMENT TO BE INCLUDED IN FACILITY
MAINTENANCE PLAN.

**APPLICABLE CAR CLASS(ES)**

N/A

**DESCRIPTION OF CHANGE:**

**COMMODITY NUMBERS AFFECTED**
[X] N/A

* **Check here if document or drawing is an electronic file:** ☐
  File name: _____

**GENERATED BY CCF#**        [X] N/A

**AFFECTED DOCUMENT(S) THAT NEED TO BE REVISED:** [X] N/A

| Doc.Type | W/M | OH/P | DWG | PM / CMS | SPEC | OTHER |
|---|---|---|---|---|---|---|
| Doc. No. | | | | | | |
| Dir. Init. | | | | | | |
| Date Due | | | | | | |

* For electronic files, the signature below
certifies that the hard copy was produced
from the electronic file.

NOTE(S):   1.  MATERIAL STANDARDS SECTION - PLEASE REVISE THE ORDERING DESCRIPTION TO
REFLECT THIS CHANGE AS REQUIRED.
2.  IF THIS DOCUMENT AFFECTS ANY DIVISION NOT COVERED BY THE NORMAL DISTRIBUTION OUTLINED
IN WORK INSTRUCTION TSS-03, PLEASE INDICATE IN THE "ADDITIONAL DISTRIBUTION" SECTION
BELOW, OTHERWISE CHECK THE "NO ADDITIONAL DISTRIBUTION REQUIRED" BOX.

☐ **PASSENGER CARS**    ☐ **WORK CARS**    ☐ **BOTH**

**DISTRIBUTION**

☒ Distribution as per Work Instruction TSS-03.  It may include ACMOs, Sr.
Directors & Directors, Gen. Superintendents, Superintendents, Training,
OSS, Etc.  Actual distribution depends on document type and car class.

MGR. / DIR., CEE & TS *         DEC 2 7 2012
DATE

**ADDITIONAL DISTRIBUTION (PLEASE MARK below)**
☒ **No Additional Distribution Required**

| ☐ SERVICE DELIVERY | ☐ M.O.W. | ☐ T.I.S. |
|---|---|---|
| ☐ RTO | ☐ ELECTRICAL | ☐ NEW TECHNOLOGY IMPLEMENTATION |
| ☐ STATIONS | ☐ ENGINEERING | ☐ CENTRAL ELECTRONIC SHOP |
| ☐ SIR | ☐ INFRASTRUCTURE | ☐ MATERIEL |
| ☐ SIGNALS - CPM | ☐ SIGNALS | ☐ TRAINING (HR) |
| ☐ USS | ☐ TRACK | |
| ☐ OTHER _____ | | |

DIR., CONTRACT ADMINISTRATION         DEC 2 8 2012
DATE

Vacant
ACMO, CEE & TS         DATE

VP & CMO         DEC 3 1 2012
DATE

FORM DRN00011.PT7  (FORM REV. 11/11)

**Document MCD 12-01, Revision A**

NYCTA-04742

 **DCE Facility Maintenance Plan Standard Operating Procedure**

**I   PURPOSE**
- To develop and implement Facilities Maintenance Plans to extend asset lifecycles and improve the safety of shop equipment located in the DCE Maintenance and Overhaul Shops.
- To ensure that personnel responsible for performing the inspections, testing, repair and maintenance are properly trained.
- To comply with OSHA, Federal, State and applicable regulatory requirements.

**II   DEFINITIONS**
- Shop Equipment – cranes, hoists, industrial vehicles, car washer, et al.
- Facility Maintenance Plan (FMP) - Equipment Inventory, Preventive Maintenance Procedures, Location Layouts and associated policies.
- Emergency Response facilities and equipment.
- CMMS - Computerized Maintenance Management System (MP2)

**III   RESPONSIBILITIES**
**Shop Management:**
- Ensuring that all shop and facility equipment is inspected at required intervals.
- Generating Scheduled & Unscheduled Maintenance Work Orders.
- Documenting all facility and shop equipment inspections, maintenance activities and resources in the CMMS.
- Assigning appropriate personnel to conduct the maintenance inspections.
- Maintaining critical shop equipment operation and maintenance reference manuals.
- Ensuring that Facility personnel receive copies of service invoices for contractor payment.

**Facilities & Shop Equipment:**
- Expediting critical shop equipment, Emergency Response and revenue and non-revenue facility issues.
- Generating management reports including performance and cost data reports.
- Ensuring Preventive Maintenance Plans are revised and updated as required.
- Providing oversight and technical support to the shop management.
- Supporting all facility and shop equipment related capital programs.
- Preparing the work scopes and informal requisitions for facility and critical shop equipment purchases.
- Ensuring proper utilization of CMMS for tracking work orders, labor, spare parts and maintenance history of equipment.

**Quality Assurance & Warranty Control:**
- Ensuring shop compliance with FMP by conducting internal shop audits.

**Maintenance of Way (MOW) maintenance subdivisions:**
- Preventative maintenance and service on all utilities and critical structural components for Car Maintenance, Car Cleaning, Car Washer and RCI and Emergency Response Facilities.

**IV   JOINT RESPONSIBILITIES**
- Maintain critical equipment inventories for equipment valued at more than $5,000.00 and **all** safety critical equipment.
- Coordinate maintenance activities with Maintenance of Way and/or external contractor/vendor.
- Develop and implement preventative maintenance procedures.

**V   REFERENCES**
- FMP Maintenance Plan.
- Facilities and Shop Equipment Organization Chart (December 2011).

MCD #12-01  Rev.A

**Document MCD 12-01, Revision A**

NYCTA-04743

NYCTA-04744

# Division of Car Equipment
## Facilities & Shop Equipment



**Director**

- **Manager Zones 1,2,3 Bronx and Manhattan**
- **Manager Zones 4,5,6 Brooklyn and Queens**

**Zone 1**
- 239th St — CW-WTM — N
- 180th St — N
- Jerome — N
- Concourse — CW-WTM — S

**Zone 2**
- Pelham Maintenance — CW — N
- Pelham Diesel — WE
- Road Ops (Westchester Yard) — ER
- 240th St — N
- 207th St Maintenance — CW — S

**Zone 3**
- 207th Street Overhaul Plant Maintenance
  - HVAC Shop
  - Electric Component Shop
  - Truck Shop
  - Car Repair Shop
  - AM Operation
  - PM Operation
  - WTM

**Zone 4**
- Coney Island Overhaul Plant Maintenance
  - Wheel & Axle Shop
  - Truck Shop
  - Car Repair Shop
  - AC Traction Motor Shop
  - AM Operation
  - PM Operation
  - CW-WTM
- C.I.O.H Pneumatic Shop
- Road Ops (38th Street Yard) — ER

**Zone 5**
- C.I. Maintenance — S
- C.I.O.H Motor Shop
- East New York — CW-WTM — S
- Emergency Response Facility (Box St.) — ER

**Zone 6**
- Jamaica — CW-WTM — S
- Corona — CW-WTM — N
- Pitkin — S
- Livonia — N

Emergency Response: RCI Locations System-Wide.
N = North  S = South  ER/WE = Emergency Response / Work Equipment  CW = Car Wash  WTM = Wheel Truing Machine
December/2011

Document No. MCD# 12-01

**Document MCD 12-01, Revision A**

### 15.1.3  Station Environment - Maintenance Programs/Procedures

The Subdivision of Stations Maintenance is responsible for the maintenance of subway station equipment (excluding elevators, escalators, turnstiles and fire/life safety equipment).  The section is comprised of such titles as painters, carpenters, plumbers, masons, electricians and tinsmiths.  Stations Maintenance carries out non-capital improvements to subway stations in an effort to provide safe surroundings for both customers and employees alike.  The section is also responsible for the maintenance and replacement of signs on station platforms, mezzanines, entrances, exitways and booths.

Table 15-7 below outlines the subdivision's scheduled maintenance cycle for specific equipment:

| STATION ENVIRONMENT – SCHEDULED MAINTENANCE ACTIVITIES | | | |
|---|---|---|---|
| **DESCRIPTION** | **FREQUENCY** | **PERSONNEL ASSIGNED** | **DOCUMENTATION** |
| Wash & Re-Lamp Station Lighting | 2 Yr. Cycle | Station Maintainer (Lighting) | Recorded in Production Database |
| Vent Bay Cleaning | Inside Station – 2 Year Cycle | Station Maintainer (Structures) | Recorded in Production Database |
| Safety Painting (step risers and platform edge rubbing boards) | Annual | Station Maintainer (Structures) | Recorded in Production Database |
| Ejectors | 6 Months | Station Maintainer (Structures) | |

***Table 15-7*:  *Station Environment Maintenance Activities***

The following is the 99th Street Fire Extinguisher Shop maintenance of fire extinguishers:

a) Internal Maintenance of Fire Extinguishers
    i. 5 years for Carbon Dioxide and Water
    ii. 6 years for Dry Chemical and Halogenated Agent
b) Hydrostatic Testing
    i. Whenever a fire extinguisher is damaged
    ii. 5 years Carbon Dioxide and Water
    iii. 12 years for Dry Chemical, Halogenated Agent

NYCTA-04745

### 15.1.4  Staten Island Railway (SIR) Maintenance Programs/Procedures

SIR inspection programs and related maintenance activities are described in detail in Section 14.2.5.  Railcar maintenance work orders are generated subsequent to inspections conducted via SIR's Scheduled Maintenance Inspection (SMI) Program.  Railcar 'Inspection Repair Sheets' identify defects and specify necessary maintenance.  Work orders are also generated via defects identified in Train Dispatcher Reports.

All SIR units are subject to a maintenance program that is specifically designed and established for each particular section.  Supervisors conduct periodic maintenance audits to evaluate existing programs/procedures.  Table 15-8 to Table 15-18 outlines SIR's equipment maintenance program.

| STATEN ISLAND RAILWAY (SIR) EQUIPMENT MAINTENANCE | | | | |
|---|---|---|---|---|
| **ASSET** | **LOCATION(S)** | **INTERVAL** | **TITLE OF INSPECTOR** | **PROCEDURE** |
| HVAC | ST. GEORGE TERMINAL, THE RCC, MAINTENANCE SHOPS, BREAKER HOUSES AND SUBSTATIONS. | MONTHLY | ELECTRICIAN, GENERAL MECHANIC OR FOREMAN | STANDARD OPERATIONS MANUAL FOR BUILDINGS AND BRIDGES UNIT |
| BOILER PLANT | CLIFTON SHOP | WEEKLY | ELECTRICIAN, GENERAL MECHANIC OR FOREMAN | STANDARD OPERATIONS MANUAL FOR BUILDINGS AND BRIDGES UNIT |
| CCTV | ST. GEORGE TERMINAL, SUBWAY STATIONS, CREW QUARTERS AND TOWER B. | MONTHLY | ELECTRICIAN, GENERAL MECHANIC OR FOREMAN | STANDARD OPERATIONS MANUAL FOR BUILDINGS AND BRIDGES UNIT |
| AUTOMATED FARE CONTROL (AFC) EQUIPMENT | ST. GEORGE TERMINAL | Maintenance activities are conducted 3 times a week. | ELECTRICIAN, GENERAL MECHANIC OR FOREMAN | STANDARD OPERATIONS MANUAL FOR BUILDINGS AND BRIDGES UNIT |
| RAILCAR HOIST | CLIFTON SHOP | QUARTERLY | ELECTRICIAN, GENERAL MECHANIC OR FOREMAN | STANDARD OPERATIONS MANUAL FOR BUILDINGS AND BRIDGES UNIT |

***Table 15-8*:  *SIR Equipment Maintenance***

NYCTA-04746

| A.  SCHEDULE MAINTENANCE SYSTEM (SMS) – Mechanical Dept. (REVENUE TRAINS) | |
|---|---|
| **Equipment** | **Maintenance Frequency** |
| **1.**  Air Brake/Brake Valve SMS | 4 yrs |
| **2.**  Master Controller SMS | 6 yrs |
| **3.**  TBU Heads Replace SMS | 7 yrs |
| **4.**  TBU Body Inspected SMS | 2 yrs. |
| **5.**  Truck SMS | 12 yrs |
| **6.**  Battery SMS | 7 yrs |
| **7.**  Coupler SMS | 12 yrs |
| **8.**  Shoe Beam | 6 yrs |

*__Table 15-9__*:  *SIR Schedule Maintenance Systems (SMS) Mechanical Dept. (Revenue Trains)*

| B.  SCHEDULE MAINTENANCE SYSTEM (SMS) – Mechanical Dept. ( NON REVENUE TRAINS) | |
|---|---|
| **Equipment** | **Maintenance Frequency** |
| **1.**  Air Brake/Brake Valve SMS | 4 Years |
| **2.**  Master Controller SMS | 6 Years |
| **3.**  TBU Heads Replace SMS | 7 Years |
| **4.**  TBU Body inspected SMS | 2 Years |
| **5.**  Truck SMS | 12 Years |
| **6.**  Battery SMS | 7 Years |
| **7.**  Coupler SMS | 12 Years |
| **8.**  Shoe Beam | 6 Years |

*__Table 15-10__*:  *SIR Schedule Maintenance Systems (SMS) Non Revenue Trains*

NYCTA-04747

| C.  SCHEDULE MAINTENANCE SYSTEM (SMS) – Mechanical Dept. (SMI) Mechanical Division | |
|---|---|
| Forms | Frequency |
| 1.  Inspection Repair Sheet Generated from Schedule Maintenance (SMI) | As Needed |

***Table 15-11****:  **SIR Schedule Maintenance Inspection (SMI) Mechanical Division***

| D.  MOW – ELECTRICAL (POWER) SCHEDULED MAINTENANCE INSPECTION (SMI) | |
|---|---|
| Forms/Checklists | Frequency |
| 1.  Rectifier Transformer Maintenance | Annually |
| 2.  DC Feeder Panels | 6 months |
| 3.  High Tension Vault | Annually |
| 4.  Ground Test Device | Annually |
| 5.  SCADARTU Maintenance | 6 months |
| 6.  ATS Switchgear | 2 years |
| 7.  Rectifier Maintenance | 6 months |
| 8.  AC and DC Distribution Panel | 2 years |
| 9.  High Tension Breaker Maintenance | Annually |

***Table 15-12****:  **SIR MOW Electrical (Power) Schedule Maintenance***

NYCTA-04748

| E.  SIGNALS MAINTENANCE | |
|---|---|
| **Equipment** | **Frequency** |
| Internal Switch Maintenance (Switch Machine) | Quarterly |
| CIL/ML Inspection | Monthly |
| CIL/ML Maintenance | Quarterly |
| Track Case Inspection | Annual |
| Switch Heater Inspection | Annual |

***Table 15-13:  SIR MOW Signals Schedule Maintenance***

| F.  INFRASTRUCTURE MAINTENANCE | |
|---|---|
| **Equipment** | **Frequency** |
| 1.  Fire Extinguisher (W96) | Annually |
| 2.  Boiler Maintenance | Seasonal |
| 3.  Backflow Preventer | Annually |
| 4.  Reduce Pressure Zone (RPZ) Rebuilder | 5 years |
| 5.  Station Inspection/Maintenance | Monthly |
| 6.  Boiler Plant (Clifton Shop) | Seasonal |

***Table 15-14:  SIR MOW Infrastructure Schedule Maintenance***

| G.  TRACK MAINTENANCE/MOW/SIR TRACK | |
|---|---|
| **Forms** | **Frequency** |
| 1.  Condition Survey(Quadrennial Track Inspections) | Every 4 years |
| 2.  Supervisors maintenance audits | Periodic |

***Table 15-15:  SIR MOW Track Schedule Maintenance***

NYCTA-04749

| H.  EEMD MAINTENANCE | |
|---|---|
| **Equipment** | **Frequency** |
| 1.  Air Conditioning | Seasonally- Monthly |
| 2.  HVAC | Seasonal |
| 3.  Station Lighting Maintenance | Monthly |
| 4.  AFC Maintenance | 14 days |
| 5.  Joint CIL/ML | Monthly |
| 6.  Emergency Electrical Generators (Terminal and Tower A) | Monthly as Needed |

**_Table 15-16_**:  **_SIR MOW EEMD Schedule Maintenance_**

| I.    EEMD Electronics | |
|---|---|
| **Equipment** | **Frequency** |
| 1.  Automated Fare Control (AFC) Equipment(St. George Terminal/Tottenville) | 14 days |
| 2.  Joint CIL/ML | Monthly |
| 3.  CCTV | Monthly |

**_Table 15-17_**:  **_SIR MOW EEMD Electronics Schedule Maintenance_**

NYCTA-04750

| J. Third Rail Operations | |
|---|---|
| **Equipment** | **Frequency** |
| 1.    Negative Cable | Annually |
| 2.   Third Rail Heaters | Seasonal x 2 |

***Table 15-18***:  **SIR MOW Third Rail Operations Schedule Maintenance**

## 15.2    Resolution of Audit/Inspection Findings

DOS makes every effort to resolve any problems identified during audits/inspections.
Methods utilized by DOS divisions for evaluating the effectiveness of maintenance
programs and resolving problems identified during audits/inspections include the
following:

o   Recommendations made by either internal or outside auditors regarding DOS
    structures or facilities are reviewed by management and adopted (if viable).
    Trends are analyzed by management, and unusual or unacceptable trends are
    investigated.

o   Evaluation of track maintenance programs is continuous, and revisions to
    maintenance schedules and/or equipment specifications are implemented by
    management as required.

o   Maintenance, tests, and inspections pertaining to signals and switches are
    documented in section log books and on the Signals Equipment Information
    System (SEIS).  Any defects are addressed immediately.  Any defects that cannot
    be corrected through replacement of parts, adjustments, or by assistance of other
    groups are reviewed by supervision - and work orders are submitted for future
    corrective action.

o   Scheduled maintenance inspections are documented in the Rolling Stock
    Maintenance Information System (RSMIS).  Problems/repairs are tracked by
    work orders generated in RSMIS system and remain open until corrective actions
    (repairs, etc) are implemented.  Tracking and resolving of inspection program
    anomalies is achieved through Quality Assurance (QA) audit reports.  Adverse
    findings are documented and closed upon verification of corrective or preventive
    action plan implementation.

NYCTA-04751

**SECTION 16: TRAINING AND CERTIFICATION REVIEW/AUDIT**

**16.0    Overview**

Operations Training provides numerous training programs (approximately 350 individual courses) focusing on: Occupational and environmental safety; emergency response; induction of new hires and promotions; conventional and new equipment; title-specific knowledge and skill refreshers.  Programs are developed in partnership with NYC Transit's departmental management and where appropriate, other MTA agencies, in response to mandates by Federal, State, and City entities.

Operations Training is organized into the following five training units, each responsible for specific training programs:

- **Safety and Emergency Response Training** develops and delivers training programs in the areas of occupational and environmental safety, FDNY certificate of fitness, emergency response and employee preparedness. The area is responsible for helping NYC Transit's management meet its safety goals and the standards set by OSHA, DOL, FDNY, FTA and other regulatory agencies.

- **Electrical and Electronics Training** provides specialized theoretical and hands-on training to Signals, Power, and Electronics personnel.  Skills enhancement and refresher training are offered to improve personnel performance.

- **Track, Infrastructure, and Maintenance Support Training** is primarily responsible for training operating personnel in Division of Track and Division of Infrastructure.  Maintenance Support training (i.e., welding, powered industrial trucks and forklift operation) and the Track Safety course are administered by this training unit.

- **Car Equipment and Supply Logistics Training** provides specialized theoretical and hands-on training to Car Equipment and Supply Logistics personnel. The unit provides required Car and Shop Safety training for employees of NYCT and any outside agency including all contractors' employees and consultants performing work in Subway Shops, Inspection Barns and associated/support yards to these facilities. This unit also delivers the National Safety Council's Defensive Driving course for NYC Transit.

- **Service Delivery and Operations Training** is responsible for training Service Delivery (Rapid Transit Operations, Stations) personnel; additionally this training unit administers Subway Flagging.

Track Safety training is required for employees of NYCT and any outside agency including all contractors' employees and consultants performing work on or near NYCT tracks.  Track Safety Refresher Training is required every two years, except for employees that are required to attend the Track Flagging Refresher course annually.

NYCTA-04752

Individuals that successfully complete Track Safety training receive a qualification card, with the expiration date.

## 16.1    Employee Technical and Safety Training

The following is a description of the technical training (technical training matrices are in development) and certification programs for employees provided by Operations Training, CPM, EMD, and SIR:

### EMD

Employees hired should have passed a standardized test that demonstrates a basic understanding of the principles of equipment maintenance.  The personnel records of employees joining the Electronics Maintenance Division are checked to insure that they have taken required safety and basic maintenance courses.  In addition to mandated training curriculum, the Electronics Maintenance Division provides various in-house electronic maintenance courses; including utilizing PC based interactive training modules.

Maintenance courses are developed internally to provide specialized theoretical and hands-on training to Maintainers and Maintenance Supervisors. Employees also receive in-house technical training/refresher classes for specific equipment/systems after implementation of job Maintenance picks. Employees receive Contractor provided training as required.  Course development personnel focus on discernible maintenance and equipment breakdown trends as well as employee accident patterns.

The Electronic Maintenance Division has developed a "safety training matrix" and insures that training is provided to all employees by establishing lists of those scheduled for training as well as maintaining records in the individual employees' personnel file.

### Track

Track Induction Training includes three (3) titles in the Division of Track that receive induction training:

- Trackworker (6 week course)
- Track Equipment Maintainer (3 week course)
- Track Inspector (4 week course)

Promotion Training requires newly promoted Maintenance Supervisor 1's to complete a (6) week course.  In addition, (9) weeks of practical training is administered.

TRO Induction training includes the following titles: PDM (4 week course) and MSI (2 week course).

NYCTA-04753

Pick Assignment and Ongoing Training requires that employees in the job title of Trackworker who pick into or select the title of Track Inspector (Trackwalker) to complete (4) weeks of basic Track Inspector Training. Within one year they return for an additional (1) week of Track Inspector Training.

Refresher Training requires Trackworkers who continue to perform in the function of Track Inspector to complete the (2) day Trackwalker prequalification training every (2) year.  Track Maintenance Supervisors attend refresher training as requested by the operating division.

Track/Infrastructure/Maintenance Support Training ensures that employees being hired into these positions receive the proper training to perform their functions by providing them with their required induction training modules, including the required training modules indicated in the Maintenance of Way Safety Training matrix.

### **Infrastructure/Stations**

Induction Training requires that all maintainer titles hired by Infrastructure and Stations Maintenance receive three week induction training, including:

- Lighting Maintainer
- Transit Electro Mechanical Maintainer (Elev & Esc, Hydraulics, HVAC)
- Transit Electrical Helper
- Structure Maintainer (A, B, C, D, E, G)

Promotion Training requires newly promoted Maintenance Supervisor 1 Infrastructure/Station Maintenance to complete a (3) week course.

Track/Infrastructure/Maintenance Support Training ensures that employees being hired into these positions receive the proper training to perform their functions by providing them with their required induction training modules, including the required training modules indicated in the Maintenance of Way Safety Training matrix.

Track/Infrastructure/Maintenance Support Training also provides a variety of ongoing courses for E&E, Hydraulics, HVAC and Lighting employees on the service and maintenance of associated electro-mechanical equipment.

### **Signals and Power**

Signal Maintainer Induction Training is designed to develop the knowledge and practical skills of the Signal Maintainer to accurately maintain and adjust signal equipment throughout NYC Transit.  The course is six months in length and combines theory and practical instruction along with hands-on equipment training.

Power Cable Maintainer training is a two (2) week course with hands-on exercises including safety, duties and responsibilities, cable vault, cable duct designs, cable print

NYCTA-04754

reading, setting up, pulling and hanging cables, working with lead and non-lead terminators, and splicing various cables.  Classroom training is split evenly with practical fieldwork exercises.

Power Distribution Maintainer training is a four (4) week course with hands-on exercises in safety, duties and responsibilities, inspections, gauging rails, end approaches, insulators, and gas burning, hand switches, breakers, terminals and connectors, hand and hydraulic crimpers, negative bonding, protection boards, panel jobs and third rail installation, third rail heaters along with moveable bridge contact maintenance.  The course includes classroom instruction, practical fieldwork and hands-on equipment training.

## Car Equipment

The Car Inspectors Induction Training is 17 days and instructs employees on how to perform the duties and take on the responsibilities of a Car Inspector.  Employees learn the rules and regulations that govern the job and receive an overview of subway car sub-systems.

The Road Car Inspector Training is 45 days and instructs employees on how to perform the duties and take on the responsibilities of a Road Car Inspector.  Employees learn the rules and regulations that govern the job and are taught how to detect troubles on any part of a multiple-car unit in service on the road, in yards and in terminals.

The Car Equipment Cleaner program is 10 days and qualifies newly appointed employees to perform the duties and take on the responsibilities of a Car Equipment Cleaner. Employees learn the rules and regulations that govern the job and receive all required safety and security courses.

The Maintenance Supervisor program is 15 days and instructs newly appointed Supervisors to perform the duties and take on the responsibilities of a Maintenance Supervisor.  All new supervisors learn the rules and regulations that govern the job and receive the required safety and security courses.

## Crane and Equipment Welding

Track/Infrastructure/Maintenance Support Training provides training to qualify employees in all operating divisions that are required to perform a specific task that requires specialized training.
- Basic and Advanced Welding
- Crane and Heavy Equipment (Mobile and Overhead cranes, Front end Loaders, Boom Trucks, etc.)
- Miscellaneous Equipment (Powered Industrial Trucks, Personnel Lifts, etc.)

## Rapid Transit Operations

NYCTA-04755

*Train Operator* (T/O) Induction Training qualifies newly appointed Train Operators to perform the duties and take on the responsibilities of a Train Operator.  Upon completion of this course participates will be able to:

- Demonstrate familiarity with the operating procedures for trains on the various lines within the NYC transit system
- Demonstrate proper procedures for safely operating a train in both yards and on mainline tracks
- Correctly explain and demonstrate proper procedures for dealing with emergency situations

Course length - Subdivision "A" 85 days and for Subdivision "B" 110 days.

T/O Refresher Training is designed to enhance the knowledge and improve the skills of RTO Train Operators.  Using non-revenue trains and simulators, the participants review train operation in revenue and non-revenue, road, yard, and terminal service.  The course also reinstructs Train Operators in day-to-day operations and emergency procedures.  The course length is 3 days and required to be repeated every 3 years.

*Conductor* Induction Training qualifies newly appointed Conductors to perform the duties and take on the responsibilities of a Conductor.  Upon completion of this course participates will be able to:

- Demonstrate familiarity with the operating procedures for trains on the various lines within the NYC transit system
- Demonstrate proper procedures for safely operating a train on mainline tracks
- Correctly explain the importance of timely and accurate communication between train personnel, supervision and customers.

Course length - Subdivision "A" 32 days and for Subdivision "B" 35 days.

Conductor Refresher Training is designed to enhance the knowledge and improve the skills of the Conductor in proper door operation, customer communications, and Train Operator and Control Center interactions.

The course length is 4 days and is required every 3 years.

*Tower Operator* Induction Training qualifies newly appointed Tower Operator to perform the duties and take on the responsibilities of a Tower Operator.  Upon completion of this course participates will be able to:

- Operate Towers safely and confidently in yards and on mainline tracks
- Identify Tower parts and their functions
- Perform basic troubleshooting

The course length is 78 Days.

*Train Dispatcher* (T/D) Induction Training qualifies newly appointed Train/Yard Dispatchers to perform the duties for the expeditious and correct dispatching, preparation, and safe movement of trains and to maintain accurate records.

The course length-Subdivision "A" 68 days and Subdivision "B" 58 days.

T/D Refresher Training is designed to enhance the knowledge and improve the skills of RTO Train Dispatchers and Yard Dispatchers. The course allows participants to refresh their skills in troubleshooting techniques, and delay management techniques.  The course consists of three 2-hour modules and is required every 2 years.

*Assistant Train Dispatcher* (ATD) Induction Training qualifies newly appointed Assistant Train Dispatchers to be able to regulate intervals of trains, as traffic requires. Assistant Train Dispatcher will be able to maintain Train Interval sheets and report and changes in intervals to the Rail Control Center.

The course length- Subdivision "A" 56 days and Subdivision "B" 46 days.

ATD Refresher Training is designed to enhance the knowledge and improve the skills of RTO Assistant Train Dispatcher. The course allows participants to refresh their skills in troubleshooting techniques, and delay management techniques. The course consists of three 2-hour modules and is required every 2 years.

*Train Service Supervisor* (TSS) Induction Training qualifies newly appointed Train Service Supervisors to perform the duties and take on the responsibilities of a Train Service Supervisors.  Upon completion of this course participates will be able to:

- Promptly investigate all complaints, accidents or delays to service and render whatever assistance is possible
- Assist train crews in the Safe movement of disabled trains.

The course length is 40 days.

TSS Refresher Training is designed to enhance the knowledge and improve the skills of a Train Service Supervisor, and to review the operation of all train equipment and emergency procedures.  The course consists of one 2-hour module and required every 2 years.

## Station Environment & Operations

*Station Agent* Induction Training qualifies newly appointed Station Agents to perform the duties and take on the responsibilities of a Station Agent, and instructs them in the rules

NYCTA-04757

and regulations that govern the job. The program includes the Station Agent Induction Core Course and the required safety and security courses. Customer courtesy and AFC clerical duties are also included in the program. The course length is 20 days.

Station Agent Refresher Training is designed to enhance the knowledge and improve the skills of the Station Agents in customer service and AFC accounting transactions. The course length is 1 day and required every 3 years.

*Station Cleaner* Induction Training is designed to qualify newly appointed Cleaners to perform the duties and take on the responsibilities of a Cleaner, and instructs them in the rules and regulations that govern the job. The program includes the Cleaner Induction Core Course and the required safety and security courses. The course length is 11 days.

*Station Supervisor* Induction Training qualifies newly-promoted Station Supervisor I to perform the duties and take on the responsibilities of a Station Supervisor I. Upon completion of this course participates will be able to:

- Better understand the Division of Station Operations policies and procedures
- Complete a practical booth audit at a designated Station Service Booth
- Conduct proper station inspections

The course length is 24 days.

Station Supervisor Refresher Training is designed to enhance the knowledge and improve the skills of the Station Supervisors in performing their tasks. The course length is 2 days.

Terminal Car Cleaning Supervisor Induction Training qualifies newly promoted supervisors to perform the duties of MSI and oversee the responsibility for cat appearance. The course length is 12 days.

**Staten Island Railway**

Staten Island Railway (SIR) employees are governed by the SIRTOA Book of Operating Rules, SIR Safety Rules, SIR Roadway Worker Protection Rules and Procedures, applicable NYCT Department of Subways Policies and Procedures, SIR specific Departmental Policies and Procedures, SIR Superintendents Bulletins and Executive Orders, Transportation Timetable Special Instructions govern Staten Island Railway (SIR) employees.

The broad variety of rules, regulations and operation & maintenance procedures govern employee safety and technical training & certification through all SIR Departments. Every SIR Department develops and updates their training & certification matrixes accordingly.

NYCTA-04758

The following are the key elements describing development, implementation and evaluation of SIR safety and technical training program:

- o Rail vehicle maintenance training and qualifications are in accordance with the departmental requirements and applicable Shop Craft Agreement Rules.
- o Methods of ensuring that all employees that must be trained are trained include
  - Minimum qualifications for hiring/promotions are four-year journeyman's experience (except Signal Helpers having a minimum of two and one half years of Signal Training, successfully completing all required Phases of training and have shown ability to perform such work will be given the opportunity to take examination for promotion to Maintainer).
  - Place new employees in department specific training program, as appropriate to ensure that they have requisite skills to do daily work assignments safely and professionally in accordance with applicable policies and wage agreement rules;
  - Attendance Roster or records maintained for each training session.
  - Training and Certification records maintained in employee's personal file at each responsible department office. In addition summary of employees training kept and updated electronically at each SIR department in matrix format for ease access and tracking.

The SIR required Trainings and Certifications include:

- o SIR Book of Operating Rules
- o SIR Roadway Worker Protection Rules
- o Transportation Timetable Special Instructions
- o Employee Right- To-Know modules (department specific)
- o Dispatcher Training Outline
- o Conductor Passenger Service Training Outline.
- o Engineer (R-44/Diesel-Electric) Training Outline
- o Tower/Block/CIL Training Outline
- o All applicable NYCT safety training that is indicated in NYCT Policy Instructions such as: first aid/ CPR, confined space entry, respiratory protection, lead competent person, hazardous waste/ SARA title III, asbestos awareness and hearing conservation training and audiometric testing as well as other based on departmental specific tasks.
- o All applicable FDNY Certificate of Fitness training that is outlined in NYCT Policy Instructions such as Fire and Emergency Drill Conductor (W07), Operation and Maintenance of Air Compressors (A35), Torch Use of Flammable Gases for Hot Work OPS (G60), Fire Guard for Torch OPS and Construction Site (F60), Operating Ammo-Activated Tools (E21), Additionally Lockout/Tagout, Equipment Certification on Automobiles, Heavy/Light Equipment, High Rail Track Equipment and Machinery, Overhead Cranes, High-Low Man-lifts, Boom Tracks, Movable Platforms and Extendable Arm Bucket Tracks through internal or outside agencies/authorities, vendors/manufacturers, and/or training institutions. Applicable interdepartmental training and certifications on Operating

NYCTA-04759

& Maintenance procedures, written examinations on Signals & Power manuals, MW-1 Track Standards and Reference Manuals and Inspection Procedures.

The following are the categories of safety related work that requires training and certification:

- Train Service / Dispatching – Director of Control, Superintendent, Deputies
- Passenger Service- Conductor, Locomotive Engineer
- Work (Diesel) Train- Conductor, Locomotive Engineer, Trainman
- Flagger (RWP) - Conductor, Trainman
- System Cleanliness Safety and Appearance – Superintendent, Deputies, Cleaners, Janitors, Station Agents
- Revenue Fleet Maintenance – Superintendent, Deputies, Maintainers (Electrical, Mechanical, Pipe, Carman), RCI's.
- Signaling and Power Distribution/Maintenance – Superintendents, Foramens, Maintainers, Helpers, Electricians.
- Maintenance of Way – Superintendents, Deputies, Foramens, Track workers, Trackwalkers, Electricians.
- Bridge & Building Maintenance - Superintendents, Foramens, Electricians, General Mechanics.
- Non-Revenue Vehicles Repair & Maintenance – Senior Maintainer, Equipment Maintainers.
- Purchasing & Storage – Managers, Stockman, Assistants.
- Engineering, Capital & Special Projects – Senior Director, Managers.

## 16.2    Employee Safety and Emergency Response Training

Each department prepares a safety-training matrix that indicates the safety training classes that must be attended by employees in each job title.  The following summarizes the significant courses within the matrix.

*Hazard Communication/Right To Know* – There are sixteen (16) self-paced modules available on a self-paced computer based training platform. Modules include chemical use and hazards, PPE, SDS, gases, flammable liquids, toxic particulates, etc.  Employees complete selected modules based on their job title and assignments.

*Respiratory Protection* - Selected employees receive training on proper care, cleaning and respirator use, the hazards they are exposed to and then fit tested to a proper type and sized respirator. (8 Hour program/annual refresher)

*Confined Space Entry* - Selected employees receive training on the hazards of working in or near confined spaces.  Employees participate in actual confined space entries and simulated rescues using SCBA equipment and other PPE. (24-hour program/16 hour refresher)

NYCTA-04760

*Fall Protection* - Selected employees receive training on the hazards of working on elevated performs or open roof areas. Employees participate in hands-on fall protection exercises using actual fall protection equipment on simulated track section. (8-hour program)

*Emergency Response Training* - Required for selected managers, supervisors and employees who are responsible for assisting customers in the event of an emergency. Training is available in the following disciplines:

*Standard First Aid and CPR/AED* - Employees receive training on life saving techniques in emergency situations, how to call for help and how to care for a sick or unconscious person. (8-hour program/annual refresher)

*National Incident Management System* - Selected employees receive this training based on their job title and responsibilities. ICS 100/200 and IS 700/800 training is available online or in a classroom format.

*Hazardous Waste Operations and Emergency Response* -Employees receive training on responding to chemical emergencies and terrorist incidents. (40-hour program/8 hour annual refresher)

*Fire Prevention and Passenger Evacuation Training* - Designed to teach participants the rules and procedures utilized to control incipient stage fires that occur throughout the transit system. Participants are taught how to extinguish fires and safely evacuate passengers from a train.

## Flagging

All new employees that are hired or pick into a job title that requires them to flag must attend the (9) day flagging qualification training. Employees that successfully complete the flagging training are issued a qualification card that contains the expiration date (1 year).

Track Flagging Refresher re-qualifies employees in flagging and track safety annually during a one (1) day class. Re-qualification cards that contain the expiration date are issued to each employee that successfully completes the refresher training.

## 16.3    Contractor Safety

Safety training requirements for contractor employees are detailed in Contract Specification Section 1S. Current requirements for employees "engaged in physical work" include OSHA 10 hour Construction Safety and Health course as well as initial and refresher Track Safety Training for all employees working along or near the right of way. Additional safety training requirements for Contractor employees in safety related positions include 40 hour NYC DOB Site Safety Manager Course, 30 hour OSHA

NYCTA-04761

Construction Safety and Health course.  Additional environmental training (lead, asbestos) may be required depending on contract requirements.

The following are the Safety Training requirements from the Master Contractor Specifications Section 1S – Safety:

- All Contractor and Subcontractor workers "engaged in physical work activities" shall be certified as having successfully completed the OSHA 10 hour Construction Safety and Health course (required to be renewed every 5 years).

- An employee failing to attend Safety Training will not be permitted to perform any work which requires safety precautions as were discussed in the missed safety training, until he/she has received the same instruction.

- By the 1st day of work on site, employee orientation training shall be given to new employees.  The Accident Prevention Program/Hazard Communication Program (APP/HCP) shall include a detailed plan for the safety orientation of employees, including:

  - Description of project, and location of first aid/medical facilities.
  - Review of Safety Policy, including Alcohol, Drugs and Tobacco Policy including pre employment drug testing if applicable.
  - Distribution of project safety rules.
  - Emergency Preparedness and Response (EP & R) Drill.
  - Description of specific site hazards and safe working methods.
  - Review of the project APP/HCP, (SDS).
  - Track Safety Training for work on or adjacent to tracks or energized contact rails, if applicable. (2-year recertification required.)
  - PPE and Safety Procedures.
  - Fire prevention.

- Safety Training/ Tool Box meetings shall be held at the start of each workday by the Competent Persons to instruct all employees in safety precautions applicable to that day's work hazards.  Prior to start of such work, a walk through of each work site shall be conducted, if required, to point out hazardous locations and conditions.  The subjects of these briefings shall be planned in advance by each Contractor's Competent Person (CCP) and reviewed for appropriateness by the Contractor Safety Engineer/ Contractor's Safety Supervisor (CSE/CSS).

- If any employees are non-English speaking, an interpreter shall be provided to interpret the contents of each New Employee Safety Training sessions and Safety Briefings.  An interpreter shall also translate all safety-related instructions on the job.

- For additional safety training requirements involving work on/or adjacent to operating tracks see the Master Contractor Specifications Section 1S – Safety

NYCTA-04762

paragraph 13.0 Safety Requirements for Work Performed Along the Right Of Way (ROW).

- A 4-hour scaffold user-training course is required for all workers using supported scaffolding.

- The Contractor's Project Manager and all safety management personnel shall attend NYCT-CPM Contractor Safety Workshops and Safety Stand-down Training.

The following is an overview of the safety training requirements for CPM projects, PMP 110 Safety:

## 1. Mandatory Safety Training

Construction Managers Offices (CMOs), Chief Discipline Engineers, Principal Engineers, Design Managers, and other management personnel are to ensure that CPM personnel, Consultants, and all Contractor and Subcontractor personnel who will perform work on or adjacent to operating tracks have attended the following safety training provided by the Operations Training or by CPM:

**Track Safety** - Available for NYCT, Consultant, Contractor, and Subcontractor personnel. A one-day course (or follow the latest NYCT requirements) covering procedures and safe practices associated with operating trackways. It shall be taken by all personnel required to work on or adjacent to the track every two (2) years (or follow the latest NYCT requirements).

The CMO shall ensure that the Contractor or Consultant requires each employee who has completed track safety training to maintain proof of said training on their person at all times while working on the project.

The Contractor's Safety Engineer shall submit a list of all Contractor and Subcontractor employees who have attended NYCT Track Safety Training to the CMO's office on a quarterly basis. The CMO is to verify that each name submitted by the Safety Engineer appears in the PeopleSoft / ELM System maintained by NYCT Human Resources Administration as track safety trained Contractor or Subcontractor personnel within the last two (2) years. This will afford the CMO a verified current list of track-trained personnel. All Contractor or Subcontractor personnel not appearing on the list are not allowed to work on or adjacent to the trackway.

The CMO shall ensure that the Contractor's Safety Engineer takes appropriate measures to prevent Contractor and Subcontractor personnel who have not attended NYCT's mandated Track Safety course (initial or refresher) from working on or adjacent to operating trackway. To facilitate this, the CMO shall transmit the verified list of track-trained personnel to the Safety Engineer on a quarterly basis.

NYCTA-04763

In addition, the CMO shall ensure, through the Resident Engineer and site inspectors armed with the verified list of track trained Contractor or Subcontractor personnel, that no one who does not appear on the list will be allowed to work on or adjacent to the trackway. To ensure that an absolutely accurate identification is made, the Resident Engineer and field engineers will compare the name on the verified list against the name on the photo ID that every Contractor employee is required, under the security mandates, to exhibit on their person at all times.

**Refresher Track Safety:** Available for both NYCT CPM personnel and Contractor or Subcontractor personnel with documentation of having attended NYCT Track Safety within the last two (2) years.  One day classroom instruction training is to be taken every two (2) years after completion of the initial Track Safety training course.

**OSHA Course on Construction Safety**: A 30-hour OSHA course on Construction Safety and Health based on 29CFR 1926. This course is required for all CPM and consultants' field personnel. The course is also given to NYCT Operating and Non-Operating department personnel in order to enhance project safety and the protection of NYCT interests.

**Hazard Communication Standard (Right to Know)**: A self-paced class to ensure that all applicable Federal and State laws and regulations are covered for employees who may be exposed to chemicals. Employees learn the possible health risks and/or hazards associated with chemicals and how to use them safely.

**2. Construction and Safety Training**

In addition to the above mandated safety training, CPM provides the following Safety Training:

CPM/Contractor Safety Workshops/Stand down: Various topics relevant to safety on CPM projects.
Support Scaffold Training: 4hr user course
OSHA 30hr "Construction Safety & Health Course"
PMP 110 Training
PMG 123 "Implementation of General Orders"

**3. Additional Safety Training**

Operations Training also provides additional safety training as follows:
Standard First-Aid/CPR
Fire Prevention and Protection
Confined Space Entry Training
Hazardous Waste and SARA Title III
Hearing Conservation
Respirator Training Program

NYCTA-04764

**4. Contractor Provided Training**

The CMO shall ensure that all necessary training is being or has been completed as per the Contract "Specification 1S - Safety" as evidenced by the Contractor maintaining records for all training provided.

**5. Procedure for Requesting Training**

The CMO, DMs, Chief Discipline Engineers, Principal Engineers, and other management personnel shall determine which NYCT, Consultant, and Contractor employees are required to attend the mandatory one day Track Safety and Track Safety refresher courses and any additionally, required safety training, for NYCT employees. All request for CPM, Consultant and Contractor or Subcontractor personnel to participate in training courses shall be made by the CMO, CCM, and DM, Chief Discipline Engineer, Principal Engineer or other management personnel by completing a course nomination sheet or via email for some training (i.e. PMP/G 123 training).

**16.4     Recordkeeping**

Employee training data is entered and maintained in an in-house database. NYC Transit uses the Enterprise Learning Management System (ELM), to capture, store and report employee training related data. Authorized personnel can look up records and produce reports based on unique employee identification information. DOS is continually in the process of putting all relevant data into ELM. In addition, CPM Customer Service & Training enters data into the database.

Non-NYCT training requirements for contractor or employees are provided and maintained via each individual contractor. Compliance with these requirements is verified via the quarterly safety assessments and Project Management Procedures (PMP) 110 audits.

The Division of Operational Support, Training maintains a database with the names of Contractor and Consultant employees who have attended Track Safety and Track Safety Refresher Training.

**16.5     Compliance with Training Requirements**

Training requirements are determined by NYCT rules and regulations, policy instructions and federal and state regulations. Each operating department has developed a training matrix to ensure that requirements are met on the federal, state and agency level. The Office of System Safety (OSS) validates the Operating Department matrix.

NYCTA-04765

Periodic audits of training data are compared with employee job assignments and/or training matrices to ensure regulatory and policy compliance.  This is accomplished through a designated departmental training liaison that utilizes a tracking data based system and audits from OSS.

NYCTA-04766

## SECTION 17: CONFIGURATION MANAGEMENT AND CONTROL

### 17.0    Overview

NYCT utilizes elements of a configuration management process to address system modifications where safety certification is necessary.  Configuration management involves the monitoring of a system's/item's performance throughout its life cycle, while ensuring that all efforts are made to avoid introducing new hazards and thereby minimizing the potential for negative repercussions.  When modifications to a system/item are made, the subsequent need for new/additional training or changes to maintenance/operational practices is also taken into account in order to address any possible procedural impacts.

### 17.1    Division of Car Equipment – CCF/PICF

Division of Car Equipment (DCE) uses the Configuration Change Form/Part Identification Change Form (CCF/PICF) to initiate the review and approval process of a proposed change to an item of equipment used by NYCT.  The issuance of an approved CCF/PICF initiates the implementation of the approved change.

The CCF is used when a change has been made to the material, form, fit or function of a system, part or item of equipment used by DCE.  The PICF is used when a part or item of equipment is unchanged, but the identifying part number or description needs to be corrected or changed.

The following is the process for the configuration change:

- CCF/PCIF Initiation – The person or organization who desires to initiate a configuration change or a part identification change fills out the CCF/PICF and send the completed for to:
  > New York City Transit, Division of Car Equipment
  > Assistant Chief Mechanical Officer
  > Car Equipment Engineering & Technical Support
  > 130 Livingston Street
  > Brooklyn, NY 11201-5190

- Log in Status – ACMO forwards the CCF/PICF to the Technical Services Unit where it is logged in, date stamped, reviewed for completeness, assigned a tracking number and a routing stamp.  It is then forwarded to the Director of Engineering with a receipt acknowledgment sheet.  The Director of Engineering completes the acknowledgement sheet by entering the review distribution list and an estimated review completion date, signs it and returns it to the Technical Services Unit, which logs the acknowledgement sheet data.

NYCTA-04767

- Engineering Review – The Director of Engineering forwards copies of the CCF/PICF package to the appropriate Engineering Manager for their review and comment. After the review the packages are returned with recommendations for either concurrence or rejection with their comments. The engineering managers also provide a list of all affected drawings and documents under engineering control with estimated dates for the completion of the required changes. If a new System Upgrade Bulletin or Engineering alert is required, the number is to be entered with the expected issuing date. The Director of Engineering reviews the recommendations and comments and incorporates them on the original CCF/PICF package, routes it to the Engineering Manager for their signature, lists the affected drawings and documents, and the estimated change completion date to the Technical Services Unit for logging and post-engineering review processing.

- Rejected CCF/PICF – If the CCF/PICF has been rejected, the Director of Engineering, also includes a transmittal letter to the initiator from the Assistant Chief Mechanical Officer, Car Equipment Engineering & Technical Support (CEE&TS) stating the reason for the rejection. The technical Services unit forwards the rejection letter for the ACMO, Car Equipment Engineering & Technical Support's signature. The signed cover letter is sent to the initiator of the CCF/PICF.

- Post-Engineering Review Phase – The Technical Services Unit logs in the return of the original CCF/PICF package, reviews the affected drawing and document list, notes the proposed completion dates and forwards the original CCF/PICF package to the Material Standards & Evaluation Unit for their review and approval. The Director, Material Standards & Evaluation reviews and initials the CCF/PICF and returns it to the Technical Services Unit with a copy of the G-10/G-11 Form that is submitted to Materiel. Concurrently, copies of the CCF/PICF package stamped with the desired return date are sent to the appropriate (dependent on the car class affected) ACMO(s) (North Maintenance Shops, South Maintenance Shops and Overhaul Shops) for the review and comment. Additionally, if changes are required in documents not under engineering control, copies of the CCF/PICF package are sent to the appropriate managers for review and to provide estimated dates for when the changes will be completed. Each copy sent out for review is to be signed by the designated recipient and returned to the Technical Services Unit for logging in. If any of the comments returned require further engineering review, then a copy of those comments is forwarded to the Director of Engineering for review following the procedures outlined above for the engineering review. When the original CCF/PICF package, initialed by the Director, Material Standards & Evaluation, is returned to the Technical Services Unit from the Material Standards and Evaluation Unit it is logged in and forwarded to the ACMO, CEE&TS for approval and signature.

- Final Approvals and Distribution – The original, signed CCF/PICF package is forwarded to Material for review and signature of the Assistant Chief

NYCTA-04768

Procurement Officer (for DCE).  Material makes copies of the package and returns the original to the Technical Services Unit with an estimated date for when changes to the parts catalog will be completed.  Concurrently, five copies of the original CCF/PICF package signed by the ACMO, CEE&TS is then hand carried to System Safety for review and comment.  If no comments are received within one week, approval is to be assumed.  After all approvals have been obtained, the Technical Services Unit prepares a DRN for the CCF/PICF and distributes copies according to the current distribution list.  The Technical Services Unit also prepares and sends a letter from the ACMO, CEE&TS notifying the originator of the approved CCF/PICF.  The original, signed CCF/PICF is then filed with the DRN and G-10/G-11 form attached.

## 17.2    MOW Engineering

The policy for MOW Engineering is to replace, install or repair the defects "in kind" and as per approved design, recommended guidelines or standard drawings.

When a major modification is required that may be dictated by field conditions, field experiences or a new available technology and for the cases that the changes are of a nature not related to CPM projects or their designs, the configuration management for the project is practiced as follows:

- A request for proposed change is made.

- The proposed changes are evaluated by Engineering and may be circulated to user groups or pertinent departments for comments and approval.

- Drawings, sketches or scope of work may be prepared or revised using the related standards depending upon the complexity of the proposal.

- When drawings are created for construction, title box is changed to indicate the revision and is forwarded for final engineering approval signature and installation.

- During or after the performance of the work, new revised drawings and other documents are kept as new standard drawings for referencing and record keeping.

When the changes are proposed and budgeted for Capital Program, CPM provides designs and prepares revised documentation and construction drawings for installation. The revised as-built drawings prepared by CPM are forwarded to MOW Engineering where they replace the now obsolete record drawings and become the new record drawings for configuration management.

MOW Engineering utilizes a Configuration Management process to control changes associated with Communication Based Train Control (CBTC) Canarsie and the signaling

NYCTA-04769

portion of Automatic Train Supervision - A Division (ATS-A).  The process is based on the following:

- Electronics Industry Alliance (EIA) 649 National Consensus Standard for Configuration Management

- United States of America,  Department of Defense, Military Standard 973 – Configuration Management

Each specific process (CBTC Canarsie, the signaling portion of ATS-A) has been agreed to and signed off by all parties that will participate in that process.  When a change is proposed the Configuration Control Authority, a board consisting of all areas involved in the change, is convened.  The charge to the board is:

- Determine whether the change will impact the configuration.

- Agree that the proposed change is necessary.

- Agree that the design, development and testing of the change should proceed.

- When the change is complete, review the test results to certify that the tests are complete, accurate and acceptable.

- Agree upon a rollout task plan/schedule including a back-out plan in the event of an unforeseen failure.

- Advise that the configuration level should be revised in the Configuration Management System database.

Testing must include Regression Test Procedures that are designed to ensure that existing functionality is not impacted by the change.  The Configuration Control Authority is charged to ensure that all changes that effect the configuration are properly coordinated, reviewed, approved, documented, tested and then implemented.

For changes that affect vital or safety-critical functions or non-functional requirements, there is added an extra dimension to change and configuration management: The NYCT System Safety Certification Board (SSCB), comprising senior NYCT representatives of Capital Program Management, the Office of System Safety, Maintenance of Way (Electrical), Maintenance of Way (Engineering), Technology Information Services, Car Equipment Engineering, Rapid Transit Operations and CPM Signal Engineering.  The SSCB is chaired by CPM's Vital Systems Integrity Group.

Proposed safety-related changes (for example, new versions of safety critical software) are first presented in Hazard Mitigation Forms that are signed by cognizant personnel in the pertinent disciplines.  The proposed implementation (e.g., a new version of the software) is then presented to the SSCB in an SSCB meeting among the Office of System

NYCTA-04770

Safety, Program Management, the abovementioned disciplines, the Vital Systems Integrity group, the Independent Safety Assessor and the Contractor. Upon SSCB approval, the system changes are "handed off" to the general configuration-management process.

The following are documents that describe the existing Configuration Management procedures for recent projects:

- Configuration Management Procedure for Communication Based Train Control (CBTC), Revision 0, Dated 1/24/2007

- Configuration Management Procedure for Automatic Train Supervision - A Division (ATS-A) Signal Components, Revision 1, Dated 11/08/2007

- Rail Control Center (RCC) Change Management Procedure, Revision 2, Dated 9/17/2007

During construction Capital Program Management has control of the project including submittals. However, if determined to be required during project design, Section 1J of Signaling and Communication projects will contain specific Configuration Management requirements. MOW Engineering monitors the contractor's meeting of the requirements and the Configuration Management process during construction as well as reviewing and commenting on all deliverables.


## 17.3    Staten Island Railway

As part of NYCT DOS Staten Island Railway does not have separate Configuration Management (C/M) process in place. However SIR Department of Capital & Special Projects in conjunction with divisional management ensures as much as possible, that the integrity of all NYC Transit/ SIR properties, equipment, systems design elements, etc. are maintained throughout their lifecycles. Any changes to an individual sub-system, or fleet/inventory wide change is fully governed by NYCT CPM Capital Design, Rehabilitation and Construction process and established NYCT MOW Engineering and DCE Engineering and Stations C/M process. Any changes, modifications or replacements and additions are recorded on as-built drawings in a timely and effective manner. The responsible NYCT CPM and DOS departments are making changes utilizing C/M process; make configuration changes if necessary, incorporating these changes into all appropriate technical documentation, and ensuring that all necessary units (including OSS) are made aware of such changes.


## 17.4    Capital Program Management

NYCTA-04771

Design Change Guideline DG 111 *Design Change Notices* has been prepared to provide guidance in obtaining approval for changes to the project scope of work, allocated design cost and/or schedule. The intent of this document is to provide a documented approval process for changes to the project scope of work, the design cost and/or schedule during the design phase of a project.

Attachment 1 - Design Change Notice (DCN) Form is the form that is to be used for documenting the approval process.

The following are the requirements for the Design Change Notice approval process:

- The Project Architect/Engineer/Design Consultant shall initiate the process by filling in the required sections of the form including the Design Change Description, Reason, and Design Impact sections. Other supporting documentation may be attached to the form.

- The Project Architect/Engineer/Design Consultant shall obtain concurrence signatures from his/her Principal Architect/Engineer and Discipline Chief Architect/Engineer or equivalent level of management.

- The Project Architect /Engineer/Design Consultant shall then submit the form to the Design Manager for concurrence.

- If in concurrence with the request, the Design Manager completes the remainder of the form including the Construction Impact and Budget Impact Summary sections. He/She then signs the form and submits it to the Program Manager. If the Design Manager is not in agreement with the request, he/she shall meet with the appropriate discipline Principal Architect/Engineer/Design Consultant to resolve the matter.

- The Design Manager submits the form to the Program Manager for disposition. If the Program Manager is in agreement with the requested change, the Program Manager signs the form and arranges for implementation of the change(s). If the Program Manager is not in agreement, the Program Manager shall resolve the matter with the appropriate discipline Chief Architect/Engineer. The Principal Architect/Engineer shall arrange this meeting.

- If the total value of the change (including design, construction and supporting costs) is less than $100,000, approval of the Design Manager and the Program Manager is required.

- If the total value of the change is between $100,000 to $249,999, the Design Manager shall obtain additional concurrence from the; Sponsor Department Project Lead, Deputy Vice President of Program Controls, Vice President and Deputy Chief Engineer of Engineering Services, Sponsor Department Capital Program Officer and the Chief Budget Officer.

NYCTA-04772

- If the total value of the change is $250,000 or more and for all retroactive change requests, the Design Manager shall obtain additional concurrence from the Program Officer and Senior Vice President and Chief Engineer.

## CONTRACTOR'S AND CONSULTANT'S SUBMISSIONS AND REQUESTS

The Contractor is required by the contract to include all submittal and approval activities in the schedule. For design build contracts, procedures for handling submissions are described in those contracts.

### CONTRACTOR'S GENERAL SUBMISSIONS

Prior to or immediately after the award of contract, the Construction Manager (CM) will procure a design personnel list from the Design Manager (DM). The CM will also procure the Contractor's submittal list, progress schedule, and submittal plan. Design personnel will be informed of this submittal plan and required submittal schedule. The CM will coordinate the review among the various disciplines. The Contractor shall identify long delivery time items and submit those impacted drawings/submittals far enough in advance to maintain the overall schedule.

The CM is responsible for the review of all submitted documents to verify that contract submittal requirements are met and that all differing field conditions are identified, as necessary. If necessary, the CM may arrange for special meetings between the design personnel and the Contractor's counterparts to coordinate submittal requirements of critical items or for special needs. The Contractor may be allowed to forward submittals to the responsible Design personnel with a copy of the transmittal letter to the CM. Comments or approval by the reviewer will be sent to the CM. The CM will review and forward the reviewer comments to the Contractor. Where the work of more than one trade is indicated on a shop drawing, the CM will coordinate with the required design groups for coordinated review. Document control (including logs) shall be maintained by all parties concerned to assure a timely and properly coordinated submittal review and approval process. Biweekly status reviews may be required.

The CM will give consideration to the need for meetings to discuss orientation or clarification between the Contractor or supplier. Some of the reasons for identifying a need for an orientation or clarification session are:

- Critical items that must be processed without delay.

- To clarify requirements for unusual items, items that may not be industry standards or that are peculiar to the TA.

NYCTA-04773

- Items that are known to have been problems on previous projects.

## RECORD AND AS-BUILT DRAWINGS

The Contractor shall submit Record drawings to the CM in stages during construction (refer to contract specific requirements) and As-Built drawings after completion of the work.  The Contractor shall also submit, for approval and in accordance with contract requirements, an updated Project Drawings List along with the updated drawings.

General Construction Drawings

The CM shall verify that all as-built drawings are properly made by the Contractor to meet the contract requirements.  These drawings, if required, are to be reviewed by the User Departments.  Existing as-built drawings for rehabilitation contracts or rehabilitation work may need to be revised by the Contractor.  The existing drawings can be obtained from the User Departments.

## OPERATIONS AND MAINTENANCE MANUALS

The Contractor shall deliver operations and maintenance manuals to the CM in accordance with contract requirements.  After they are reviewed, these manuals are sent to the design personnel.  After these are received back with the review comments, the CM shall forward copies to the User Department for review (four weeks time).  The CM returns the manuals with any resultant comments to the Contractor.  A "Comments Resolution Meeting" with the Contractor may be required to resolve user comments. Copies of approved manuals shall be on-site during performance tests and final inspections.  The Contractor shall include the test performance data, if required, and resubmit the final manuals to the CM.  The CM, upon his acceptance, shall submit final manuals to the appropriate User Departments no later than three weeks after the pre-final inspection.

## CONSULTANT DESIGN DOCUMENTS

Based on PMP 301 requirements, a comprehensive engineering review will be conducted by in-house design personnel in sufficient depth to assure that the level of quality of the work produced by the Consultants is adequate and consistent with work produced by the Department of Capital Program Management.  All findings of errors, inconsistencies, omissions or conflicts found during the review shall be brought to the Consultant's attention promptly.  No actual revisions or changes are to be made to the work done by the Consultant.  Upon receipt of the design review comments from the design personnel, user department and other design team members, the DM will give the Consultant written notification indicating whether NYCT has accepted the design and will direct the Consultant with regard to disposition of exceptions, delivery of the documents for signature, instructions for their printing or other steps as may be appropriate.

NYCTA-04774

NYCTA-04775

*Attachment 1 - Design Change Notice (DCN) Form (Amended)*

Contract #: _____    DCN #: _____    Date: _____

Design Change Initiator: _____

Contract Description: _____

_____

Design Progress to Date (%): _____

Design Completion Date: _____

---

### *Design Change*

Description: _____

_____

_____

_____

_____

_____

Reason: _____

_____

_____

_____

_____

***Design Impacts:***

a.  Design Completion: _____

b.  Design Cost: _____

   (Design Hours: _____ )

***Construction Impacts:***

c.  Contract Duration: _____

d.  Construction Bid Cost: _____

e.  Support Costs (EFA, TAL): _____

f.  Total Cost Impact  (b+d+e): _____

***Budget Impact Summary:***

g.  Current Bid Estimate (without change): _____

h.  Bid Estimate (with change): _____

i.  Current Bid Budget: _____

j.  Total Project Budget (with change): _____

k.  Current Total Project Budget: _____

l.  Total Additional Funding Required: _____

NYCTA-04776

*Approval for changes of less than $100,000 in total value (*):*

Principal Architect/Engineer: _____

Chief Architect/Engineer: _____

Design Manager: _____

Program Manager: _____


*Additional approval for changes from $100,000 to $249,999 in total value:*

Sponsor Dept. Project Lead: _____

Deputy Vice
President, Program Controls: _____

VP & Deputy Chief Engineer,
Engineering Services: _____

Sponsor Dept. Capital
    Program Officer: _____

Chief Budget Officer: _____


*Additional approval for changes of $250,000 or more in total value, and for all retroactive change requests:*

Program Officer: _____

SVP & Chief Engineer: _____


(*) Total value includes changes to cost of design, bid and all construction support costs.

**(Note:  Please forward a copy of all completely executed DCN's to the Vice President and Deputy Chief Engineer, Program Services.)**

NYCTA-04777

## SECTION 18: C OMPLIANCE WITH LOCAL, STATE AND FEDERAL REQUIREMENTS

**18.0    Employee Safety Program**

Policy/Instruction (P/I) 10.1.5 NYCT Safety Policy states the following: *It is the policy of NYC Transit to provide a safe system for our customers, a safe working environment for our employees, and to protect the environment.  It is recognized that safety and environmental protection are critical elements of our operation and are as important as providing orderly, crime-free, comfortable, convenient and reliable transportation.  All managers, supervisors and employees must ensure that safety and environmental protection are integrated into their operations and be held accountable for their responsibilities.*  This P/I establishes the responsibilities for the development, implementation and enforcement of NYC Transit's System Safety Program.  Safety and environmental policies and programs have been developed in accordance with the Safety Policy Instructions listed in Appendix I – Safety Policy Instructions.

The New York State Department of Labor (NYSDOL) is an oversight agency that has adopted and enforces applicable OSHA standards at NYC Transit.  The Office of System Safety is responsible for the development, dissemination and oversight of safety policies and programs required to ensure compliance with applicable federal, state and local regulations.

In addition, each operating division developed their own operating rules for their work environment.  The following are the operational rules for each division:

- Division of Car Equipment: DCE has developed a document entitled "Safety Rules and Regulations for Car Equipment Employees (Rev. F.)" and these are applicable to DCE employees.

- Service Delivery: To supplement the Rule Book, the Employee Safety and Rules Compliance (ESRC) unit of Rail Operations Support has developed a general information Safety Manual that is distributed to all RTO employees.

- Stations: A divisional safety instruction manual for Station Operations and Maintenance employees has been published. This manual is distributed to all division employees.

- The Maintenance of Way: MOW Safety Rules and Regulations Book, containing rules that govern MOW work practices, is periodically reviewed and updated. When hired, all supervisory and hourly employees receive safety equipment and a copy of the MOW Safety Rules and Regulations Book.  All technical and non-represented employees receive a copy of the MOW Safety Rules and Regulations Book from their manager.

NYCTA-04778

- Staten Island Railway: SIR employees are governed by the SIRTOA Book of Operating Rules, SIR Safety Rules, SIR Roadway Worker Protection Rules and Procedures.

## 18.1    Working On or Near NYCT Property

All NYC Transit Department of Subways employees working on or near NYC Transit property (i.e., stations, tunnels, yards, car maintenance shops, overhaul shops, all employee work locations, reporting locations, etc.), are required to follow the Rules & Regulations Governing Employees of MTA New York City Transit, the operating rules for their division, the Safety Policy/Instructions and all applicable NYSDOL/OSHA regulations.  Additionally, as outlined in the previous section (18.0) divisional operational rules were established in accordance with the work place conditions.

Track Safety training is required for employees of NYCT and any outside agency including all contractors' employees and consultants performing work on or near NYCT tracks.  Track Safety Refresher Training is required every two years.

## 18.2    Contractor Safety Program

To ensure that all NYCT personnel, Contractors, Consultants, the public, and others who will be in the vicinity of or working on the railroad or other NYCT construction sites will not confront uncontrolled construction site hazards CPM has issued Project Management Procedure (PMP) 110 Safety and PMP 123 Implementation of General Orders for Capital Program Projects.  The contractor shall have already submitted a site specific Accident Prevention Prevent (APP), and Hazard Communication Program (HazCom) following the guidelines stipulated in the Contract Specification 1S, Safety.

Contractors working on or near NYCT Property are required to submit a Safe Work Plan (SWP).  This is a written work plan, which identifies the tasks to be completed, including access/egress and set-up/breakdown under all expected environmental conditions.  Also included is the method of work for completing these tasks, associated work hazards, and the corresponding equipment and methods that will be used to prevent loss for all contracted work, including that of Subcontractors.

Additionally, CPM Safety reviews only initial Right of Way safe work plans, SWPs that reference crane use, barricades, excavations, road and maintenance protection and traffic work and other special conditions as necessary.  All other SWPs are reviewed and approved by the Construction Manager's office.

The SWP shall provide the Engineer with a defined plan of action for identified hazards and comprehensive prevention methods for exposures to workers, the public, and property.  SWPs shall address all foreseeable exposures to employees, the public, and property for Contract work, including all tiers of Subcontractors.  The SWP shall be used

NYCTA-04779

as the basis for Contract coordination items and safety planning discussions in the Construction Management process.  Work shall not begin until the SWP has been presented to and accepted by the Engineer.

## 18.3    Compliance with Required Safety Programs

Operating supervisors are responsible for ensuring their employees are performing their duties in compliance with the Safety Policy/Instructions and other safety procedures. Checklists are used by various divisions to assist supervision. In addition, safety audits are performed by DOS safety units, DOS management, CPM Safety Management, and the Office of System Safety to support compliance with safety programs.

When Contractors are working on NYCT property the contract specifications stipulate that the Safety and Security of NYCT employees and all other persons shall be a primary responsibility and concern of the Contractor.  The Contractor shall comply with Specification 1S – Safety and the applicable provisions of the New York State Uniform Fire Prevention and Building Code, Occupational Safety and Health Administration (OSHA CFR 1926) and any inferences to OSHA 1910, the Environmental Protection Agency (Federal), Department of Environmental Conservation (State), Department of Environmental Protection (City), the National Fire Protection Association (NFPA) including National Electrical Codes (NEC), the Building Code of the City of New York – Chapter 33 and Electrical Codes, NYC Noise Control Code and DEP construction noise monitoring and mitigation, the New York State Code Rule 753 also known as New York State Industrial Code 53, the safety reference documents issued by NYC Transit CPM Safety Management at the Construction Kickoff meeting, and all other applicable rules and regulations' latest revision.

All of the Safety Rules and Regulations cited in the contract specification, all other rules and/or regulations relating to safety, and any other provision dictated by safety considerations, shall be strictly enforced by the Construction Manager's Office (CMO). The CMO is the first line of enforcement in forestalling all violations of any regulated safety considerations, and verifying that the Contractor is maintaining a safe work site.

## 18.4    Office of System Safety Compliance Monitoring

OSS shall verify the following compliance monitoring:
  a.  Triennial Internal review of DOS SSPP Plan
  b.  SGAP Audit
  c.  Environmental Compliance Audits
  d.  Joint Track Safety Inspections
  e.  Monthly inspections of the Top 25 Stations with the highest customer Slip/Trip/Fall accidents
  f.  Tracking system to record and track the implementation of recommendations/corrective actions to closure

NYCTA-04780

OSS shall verify DOS Management/supervisory safety compliance audit/inspections of customer and employee environments are conducted as follows:

   a. Daily Supervisory facility and job-site inspections using a predetermined checklist
   b. Weekly Crew Quarters Safety Inspections
   c. Daily Supervisor STOP observations
   d. DOS Management Safety Audits
   e. DOS Safety Units Safety Audits
   f. Monthly Labor/Management Safety Committee Inspections
   g. Daily/72 hour/Bi-Weekly/Quarterly Station Inspections

NYCTA-04781

## Appendix I - Safety Policy/Instructions

| 10.1.6 | NYCTA Safety Policy | System Safety | 03/06/16 |
|---|---|---|---|
| 10.2.1 | Inspection and Testing of New Water Based Fire Protection Systems | System Safety | 06/26/13 |
| 10.3.3 | Building Evacuation Procedures | System Safety | 06/26/13 |
| 10.4.3 | Portable Fire Extinguishers | System Safety/Subways | 06/25/13 |
| 10.5.2 | Fire Department Permits and Certificates | System Safety | 10/22/13 |
| 10.6.2 | Flammable & Combustible Liquids Program | System Safety | 03/31/09 |
| 10.7.1 | Handling, Storage & Transportation of Compressed and Liquefied Petroleum Gases | System Safety | 12/31/13 |
| 10.9.2 | Respiratory Protection Program | System Safety | 03/05/04 |
| 10.10.1 | Hazard Communication | System Safety | 11/06/00 |
| 10.14.2 | Hearing Conservation Program | System Safety | 06/05/06 |
| 10.15.4 | Infection Control Policy | System Safety | 10/22/14 |
| 10.16.4 | Asbestos Management | System Safety | 03/09/09 |
| 10.17.1 | Painting Safety Program | System Safety | 10/01/09 |
| 10.18.2 | Establishing Safety Goals and Action Plans | System Safety | 06/29/09 |
| 10.19.1 | Confined Spaces | System Safety | 08/27/97 |
| 10.20.2 | Lockout/Tagout | System Safety | 08/16/13 |
| 10.21.1 | Personal Protective Equipment | System Safety | 02/20/09 |
| 10.23.1 | Inspection, Testing & Maintenance of Existing Water Base Fire Protection System and Appendices | System Safety | 07/03/13 |
| 10.23.1 Appendices | Policy Instruction 10.23.1 Appendices | System Safety | 07/03/13 |
| 10.26.0 | System Safety Analysis | System Safety | 12/09/98 |
| 10.27.1 | Environmental Management | System Safety | 04/30/02 |
| 10.28.1 | Accident Investigation | System Safety | 05/03/10 |
| 10.29.1 | Emergency Exits | System Safety/Subways | 06/28/13 |
| 10.30.4 | Safety Committees | System Safety | 08/16/13 |
| 10.31.0 | Emergency Closure of Stations Facilities | System Safety/Subways | 04/14/93 |
| 10.32.4 | Procedure for Response to NYCTA Rapid Transit Emergencies: In preparation | System Safety/Subways | 12/11/09 |
| 10.33.1 | Lead Particulate Management | System Safety | 03/18/14 |
| 10.34.2 | Inspection, Test & Maintenance of Existing Fire Alarm Systems | System Safety | 12/31/13 |
| 10.35.0 | NYCT Hazardous Materials Team | System Safety/Subways | 01/24/06 |
| 10.36.0 | Powered Industrial Trucks | System Safety | 07/14/06 |
| 10.37.1 | Pandemic Plan | System Safety | 12/31/12 |
| 10.38.0 | Environmental Policy | System Safety | 11/13/14 |

NYCTA-04782

## SECTION 19: HAZARDOUS MATERIALS PROGRAM

### 19.0    Overview

New York City Transit (NYCT) has programs in place to manage the purchase, use, handling, and disposal of hazardous materials. Hazardous materials considered for purchase and use by NYCT (for the first time) are reviewed by the Office of System Safety (OSS) prior to approval. Employees that use and handle hazardous materials receive "Right-to-Know"/Hazard Communication training. Procedures and training programs are also in place for managing the disposal of hazardous waste and responding to spills involving hazardous materials.

### 19.1    Chemical Reviews

OSS is responsible for reviewing chemical commodities being considered for purchase by NYCT user departments/divisions. A chemical commodity is only qualified for procurement when an accurate, complete Safety Data Sheet (SDS) has been made available by the manufacturer, and the product has been approved by OSS. When requesting an evaluation of new chemical commodities, departments/divisions are required to forward to OSS Chemical Review Request Forms, SDSs, Purchase Requisitions, laboratory reports and any other information provided by the prospective vendors/manufacturers. Chemical Safety Representatives, who have been authorized to handle purchases of chemical commodities for their individual departments/divisions, ensure that proper documentation is received from vendors (manufacturers). OSS evaluates each product and determines any potential health and safety hazards. Although, OSS establishes the necessary personal protective equipment (PPE) to be donned when using/handling hazardous materials, it is the responsibility of the user department's management/supervision to provide PPE to employees and enforce the proper use of that equipment.

For a previously approved chemical, the Procurement Division forwards the SDS to OSS in order to confirm that the product in question has been approved for purchase, and also to supply OSS with an updated SDS (if revisions have been made since the product was initially reviewed).

### 19.2    Labeling and Storage of Chemical Commodities

All chemical commodities purchased for use by NYCT are to be clearly labeled by the vendor with appropriate identity, use, health and fire hazard information, as well as all other necessary warnings and instructions. User departments are required to store chemical products in a manner that ensures that the contents are secure/stable and that incompatible substances will not come into contact with one another.

NYCTA-04783

Liquid materials in five-gallon containers and greater must be stored on secondary containment.   The containment system must have sufficient capacity to contain 10% of the volume of containers or the volume of the largest container, whichever is greater. NOTE: Smaller containers must be stored on secondary containment when the combined quantity exceeds five gallons, otherwise they should be stored on containment where practicable.

Personnel are also expected to inspect storage areas.  Damaged/leaking containers or drums (discovered during an inspection) are to be placed in overpack containers.  Added precautions are to be taken when the substance is a hazardous waste.  Storage areas for hazardous materials are inspected at least monthly, while Hazardous Waste Storage Areas are inspected at least weekly.

User departments are required to conspicuously post warning signs near all tanks, vats, bins, or other stationary containers.  The signs must display the following information:

a) Identity of the material.
b) Hazards associated with the material.
c) Personal Protective Equipment required for using/handling the specific hazardous materials within each container.

Whenever possible, the information displayed on each sign is acquired directly from the SDS for the corresponding chemical commodity.  Alternatively, when more than one product is being used, copies of SDSs are posted in-place of actual signage.


### 19.3    Hazardous Chemical Inventory

In accordance with the "Emergency Planning and Community Right-to-Know Act" (EPCRA/SARA Title III), each NYCT facility that stores chemical products (in reportable quantities) maintains a written inventory listing the hazardous chemicals known to be present.  In Department of Subways (DOS) divisions such as Electrical/Signals and Track/Infrastructure, where employees routinely move between work areas, the Division Head determines which managers/supervisors will be responsible for maintaining the inventory and the exact manner in which it shall be organized.  The inventory is updated each time a new hazardous chemical is introduced into the work area or whenever a hazardous chemical ceases to be used/stored in that area.


### 19.4    Response to Spills Involving Hazardous Materials

DOS employees are instructed on spill response as follows:

a) Spills where the substance is known and less than 55 gallons

NYCTA-04784

Spilled materials not exceeding 55 gallons of which the identity is known (e.g., paint thinner) are to be cleaned by applying absorbent materials. The proper personal protective equipment (PPE) must be worn during spill clean-up. Spills are to be prevented from entering drains and the environment by damming or otherwise containing the spill. OSS must be notified of all spills (regardless of quantity) of hazardous waste or chemicals such as liquid mercury and oils containing polychlorinated biphenyls (PCBs). Spills involving ethylene glycol (antifreeze) in quantities of one pound (approximately 1 pint) or more must also be reported to OSS.

b)  Spills where the substance is not known and/or greater than 55 gallons
Spills involving unknown substances, or spills in amounts greater than 55 gallons must be reported to OSS immediately and shall be handled by OSS's hazardous waste contractor. When possible, the spilled material is to be dammed to prevent it from entering drains and the environment.

Any spill (regardless of amount) where employees experience symptoms of exposure (e.g., mucous membrane irritation, headache, and/or nausea) shall be handled by OSS's hazardous waste contractor as opposed to NYCT employees.

OSS notifies the New York State Department of Environmental Conservation of all spills. This notification is required within 2 hours of discovery. The only exemption to the notification is for petroleum spills in quantities less than 5 gallons if the spilled material does not enter the environment (water/soil).

## 19.5   Employee Training

Employees who are routinely assigned duties that require them to use/handle, chemical commodities or waste receive chemical safety training. Those employees also receive refresher training on an annual basis thereafter.

### 19.5.1 "Right-to-Know" (R-T-K) / Hazard Communication Training

R-T-K Training includes the following topics:

a)  Overview of NYCT programs and policies regarding chemical safety and applicable laws and regulations.
b)  Workplace examples indicating where specific hazardous chemicals are utilized or encountered.
c)  Chemical and physical properties typical of hazardous substances.
d)  Acute and chronic health effects of chemical exposures at hazardous levels.
e)  The typical signs and symptoms of both the acute and chronic health effects.
f)  The potential for flammability, explosion, and reactivity of substances.
g)  Proper worksite conditions, and the necessary ppe for safe use and handling of hazardous substances.

NYCTA-04785

h) Instruction on how to obtain and read an SDS.
i) Leak/spill response procedures and other emergency measures (including emergency equipment to be used).


**19.5.2 Training Requirements for the Management of Hazardous Waste**

All employees are required to complete 'Hazardous Waste / SARA Title III Training' within six months from date of assignment/appointment to a position which requires the handling/management of hazardous waste at Large Quantity Generator (LQG) locations. Those employees must also attend annual refresher training unless their duties change and they no longer handle/manage hazardous waste.

All employees who handle/manage hazardous waste at Small Quantity Generator (SQG) and Conditionally Exempt Small Quantity Generator (CESQG) locations must review the "Hazardous Waste Summary" guide annually.  Records verifying the summary was reviewed must be maintained at the facility.

NYCTA-04786

**SECTION 20: DRUG AND ALCOHOL PROGRAM**

**20.0    Overview**

New York City Transit is committed to operating and maintaining an alcohol-free and drug-free workplace to provide a safe environment for its passengers and employees. NYC Transit policies, consistent with federal and state law, prohibit all employees from using, possessing or being under the influence of alcohol during an employee's tour of duty, while an employee is on NYC Transit's premises or otherwise engaged in NYC Transit business and/or when such use would make them unfit to report for duty or to be on duty.  NYC Transit policy prohibits the unlawful manufacture, distribution, dispensation, possession or use of controlled substances at the workplace.  In addition, the unlawful use of any drug or controlled substance at any time is also prohibited.  NYC Transit requires all employees to abide by the terms of these policies as a condition of employment.  Violation of the alcohol, drugs and controlled substance policies is considered to be a major offense.  Employees who violate these policies will be disciplined, with punishment up to and including termination from employment.  NYC Transit performs drug and alcohol tests of employees who perform safety-sensitive functions pursuant to Federal Transit Administration regulations.  All NYC Transit employees are subject to drug and alcohol testing in additional circumstances pursuant to internal policy and/or collective bargaining agreements.  In addition, it is the policy to provide eligible employees the opportunity to rehabilitate themselves by use of counseling services.

**20.1    Drug and Alcohol Policy/Instructions**

The Department of the Executive Vice President issued P/I 4.24.5 *Drugs and Controlled Substances* and P/I 4.13.3 *Alcohol*.  These Policy/Instructions are followed by the Department of Subways.

To ensure employees receive knowledge of the aforementioned P/I's the hourly employees are provided with a 2-hour and supervisors are provided with a 4-hour substance abuse training course during induction training.  In addition, this information is available on the NYCT intranet TENS (Transit Employee News Service) and copies of the policies are available from management.

The following is a summary of P/I 4.24.5 *Drugs and Controlled Substances*

- Defines policy to prohibit use of drugs or controlled substances including marijuana
- States purpose of the P/I to set forth the policies and procedures for possession or use of drugs or controlled substances including marijuana
- Defines the scope of the P/I, the employees and the Authority
- Defines controlled substances, drugs, marijuana and medical authorizations

NYCTA-04787

- Outlines employee's responsibility to report use or possession of any controlled substance, drug or substance which may impair job performance and to provide medical evidence of authorization upon request
- Outlines when testing for drugs and controlled substances shall be performed and consequences for refusing testing
- Lists the consequences for testing positive for the use of drugs/controlled substances depending upon various circumstances
- Describes the procedures for having re-testing of a positive finding by a second laboratory
- Provides the parameters for participating in the Employee Assistance Program (EAP)
- Defines the requirements for an employee to be restored to duty

The following is a summary of P/I 4.13.3 *Alcohol*

- Defines policy to prohibit the possession and consumption of alcohol on Authority property
- States purpose of the P/I to set forth the policies and procedures for the possession and consumption of alcohol
- Defines the scope of the P/I, the employees and the Authority
- Defines the level of blood alcohol test (0.05 gm/dl or greater) or breath analysis test (0.02 gm/dl or greater) required to result in a positive finding and defines Authority property
- Outlines when testing for alcohol shall be performed and consequences for refusing testing
- Lists the consequences for testing positive for the alcohol consumption depending upon various circumstances.
- Describes the procedures for having re-testing of a positive blood alcohol finding by a second laboratory
- Provides the parameters for participating in the Employee Assistance Program (EAP)
- Defines the requirements for an employee to be restored to duty

## 20.2    Post Accident/Incident Drug and Alcohol Testing Policy/Instructions

Policy/Instruction 5.7.1 *Post Accident/Incident Drug and Alcohol Testing* was developed to assure appropriate post-accident/incident drug and alcohol testing for safety sensitive employees as required by the regulations of the Federal Transit Administration (FTA). Employees of Contractors, who perform safety sensitive functions, as defined by federal regulations, are subject to those regulations, which govern post accident drug and alcohol testing, and are also subject to Authority oversight for compliance with the federal regulations.

The purpose of this P/I is to set forth the procedure to be used for the timely collection of specimens and/or administration of tests for drugs and alcohol as mandated by FTA

NYCTA-04788

regulations as provided in P/I 4.24.5 *Drugs and Controlled Substances* and P/I 4.13.3 *Alcohol*.

## 20.3    Fitness for Duty

The NYC Transit Rules and Regulations prohibit employees from using or possessing alcoholic beverages during their tours of duty and from using such beverages off duty when such use would make them unfit to report for duty or to be on duty, Rule 11(a); and/or , using or possessing controlled substances, Rule 11(b).  DOS Supervisors must determine if the DOS employees that report to work under their supervision are fit for duty or exhibit conditions such as red/bloodshot, glassy eyes, blank stares, jerky movement or pinpointed or dilated pupils, has the odor of an alcoholic beverage; uses incoherent speech or is staggering or exhibits unusual behavior;

In addition, an RTO Manager from each Line will conduct a Fitness for Duty check once a month.

Employees suspected of being unfit for duty shall be directed to submit to a breath alcohol test and/or blood-alcohol test if applicable.  Employees failing to submit to such examination shall be subject to immediate suspension and disciplinary action in accordance with applicable labor agreements and/or policy instructions and/or statutes and/or governmental regulations.

## 20.4    Staten Island Rail Drug & Alcohol Policy and Fitness for Duty

Employees are prohibited from using or possessing alcoholic beverages during their tours of duty and from using such beverages off duty when such use would make them unfit to report for duty.  An employee shall be presumed to be in an unfit condition if they exhibits alcoholic breath, incoherent speech or staggering.  Employees suspected of drinking alcoholic beverages before or during their tours of duty shall be directed to complete a blood-alcohol examination by SIRTOA Medical Division.  Employees failing to comply with such examination shall be subject to immediate suspension and disciplinary action in accordance with applicable labor agreements and/or SIRTOA policy.

Employees are prohibited from using or possessing controlled substances (such as, but not limited to: narcotics, tranquilizers, marijuana, drugs of the amphetamine group, barbiturate derivatives, etc.) or paraphernalia used to administer such controlled substances, at any time, whether on or off SIRTOA property, except upon lawful medically provided prescription.  All employees are required to notify SIRTOA Medical Services Division of their prescribed drug use; in addition all employees must receive written consent of the Assistant Vice President of Medical Services, in accordance with applicable labor agreements and/or SIRTOA policy that such stated drug use is permissible on/off SIRTOA property.  Employees are under an affirmative obligation to

report to the SIRTOA Medical Services Division their use or possession of any Controlled Substances.

Employees may be required to submit to breath and/or urinalysis testing for alcohol or drugs after certain accidents or incidents, or when required by FTA regulations or SIRTOA policy.

Failure to report as directed for an alcohol and/or drug test, or a failure to complete alcohol and/or drug test, shall be considered as a "refusal" and the employee will be subject to immediate suspension and disciplinary action, in accordance with applicable labor agreements and/or SIRTOA policy.

In accordance with SIR General Notice 03-2013 Train Dispatchers, Supervisors and Managers must check all SIR employees for Fitness for Duty when SIR employees report for duty. In addition, Supervisors and Managers will frequently check employees during their tour, in regards to their "Fitness for Duty". Supervisors and Managers must not permit employees to work it they are suspected of being unfit for duty. All employees who appear unfit for duty must be removed from service immediately and ordered to undergo a drug and alcohol test. If an employee is observed "unfit for duty" it must be immediately reported to the Rail Control Center dispatcher [Rule 3.7, Rule 3.9]. Employees failing to submit to such examination shall be subject to immediate suspension and disciplinary action in accordance with applicable labor agreements, policy instructions, statutes and/or governmental regulations.

NYCTA-04790

# SECTION 21: PROCUREMENT

## 21.0    Overview

Sound procurement procedures afford New York City Transit (NYCT) the capability to maintain the integrity of its equipment and preserve the efficiency of its system; all while helping to ensure the safety of customers and employees.  NYCT requires that any department/division wishing to procure materials, supplies or services execute formal purchase requisitions in accordance with Chapter II, Section C of the agency's Material Policy Instruction Manual (an addendum to P/I 4.2.3).  All formal user purchase requisitions are submitted to the Division of Material (referred here-on-in as 'Material'), and must contain information on the intended use of or necessity for the items/services being requisitioned.  Detailed technical specifications must also accompany any formal purchase requisition, including a description of the minimum acceptable technical requirements for the material.  Other supporting information must also be supplied, such as drawings, part numbers and any required inspections/maintenance.

Each NYCT division has designated personnel authorized to approve requisitions for purchases.  Purchase requisitions are kept on file with the Material and Technology Services unit which reviews all purchase requisitions for proper authorization before such requisitions can be processed.

## 21.1    Procuring Chemicals/Hazardous Materials

The process for procuring new chemical commodities follows additional requirements (to those outlined above) and is designed to preclude the introduction of unauthorized hazardous materials and supplies.  The process is detailed in Chapter II, Section H of NYCT's *Material Policy Instruction Manual*.  The critical steps involved in the process are summarized as follows:

1. New vendor product solicitations are referred to Material's Procurement subdivision (either operating or capital) who informs the vendor of NYCT's procedures and required forms, including the documents required in order to start the evaluation process for new chemical items.  Once received, the documents are then forwarded to the user department/division for review and to determine whether or not the product complies with user specifications.

2. The user will submit vendor data, including results from any laboratory/field testing to the Office of System Safety (OSS) for 'Product Safety Review'.  As discussed in Section 19, OSS is responsible for reviewing chemical commodities that are being considered for purchase by NYCT user departments/divisions.

NYCTA-04791

3. OSS provides a written 'Product Safety Review' to the user indicating if there are any occupational hazards or safety measures required for the use, handling, storing and (eventual) disposal of the chemical product that is being considered.

4. The user then tests the product to evaluate performance and safety aspects.

5. If the product passes all testing and has been approved, it may be presented to the Qualified Product List (QPL) Advisory Committee for review if there are other potential NYCT users. If the product is not to be set up as a QPL listing then it is set up as a procurable item in the stock catalog.

6. Materiel's Logistics subdivision ensures that departments do not purchase chemical commodities without obtaining authorizing signatures from the Department's Chemical Safety Representative and from NYCT's Office of System Safety.

## 21.2    Quality Control and Assurance

NYCT utilizes the material inspection process as a quality control measure to preclude the introduction of defective or deficient equipment into the system. Material inspection helps ensure that products provided by vendors conform to NYCT's technical specifications. Materiel's Vendor Relations unit manages the division's inspection program and reviews any requests to deviate from required inspections. NYCT's Stock Catalog indicates which commodities require inspection. Most material inspections are carried out by contractors at the factory and prior to shipment to NYCT.

Quality assurance pertaining to railcar equipment is conducted by the Department of Subways' Division of Car Equipment (DCE). DCE's Quality Assurance (QA) & Warranty Control (WC) subdivision provides the following services relating to procurement activities:

- Material inspection services for incoming material to verify compliance with purchase order specifications, drawings and other requirements.

- Auditing of suppliers of major new or repaired/refurbished major train components to determine compliance with contractual quality assurance requirements.

- Warranty administration services for new subway cars.

NYCTA-04792