**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUISA JANSSEN HARGER DA SILVA,<br><br>Plaintiff,<br>-against-<br><br>NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY, AND RAQIA SHABAZZ,<br>Defendants. | **17-cv-4550 (FB)(VMS)**<br><br>**DECLARATION** |

DAVID A ROTH, hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

A. I am the attorney for the Plaintiff, Luisa Jansen Harger Da Silva ("Ms. Hargern"), in this case and as such I am fully familiar with the facts and circumstances of the case. I submit this declaration in further support of Plaintiff's motion for an order granting Plaintiff partial summary judgment pursuant to Rule 56 of the Federal Rule of Civil Procedure, and in opposition to Defendants' cross motion for partial summary judgment.

B. A true and correct copy of the following documents are attached as exhibits are attached hereto:

1. August 2, 2016 Memo to Chief of Patrol, NYCTA-04504 to NYCTA-04505
2. Deposition transcript of NYPD Detective Donald Moeller
3. 911 call, MSG 005 Witness on platform
4. Deposition Transcript of Gabrielle Smith witness on platform
5. Deposition Transcript of George Brown witness on platform
6. Email Chain dated March 25-31, 2010, From Greg Sanchez, P.E. to NYCT Employees RE Platform Edge Doors – Technology is not new NYCTA_2_00406271 to NYCTA_2_00406275
7. Deposition Transcript of Defendants' Rule 30(b)(6) witness, Eric Jones.

8. Jan. 12, 2010 email re Yongue memo, Ken Brown stating issues in the memo should not be show stoppers to putting in Platform Edge Doors NYCTA_2_00005925

9. 2011 Evaluation of responses to RFI #10RFIN44, which was a request for information to install Platform Screen Doors in the NYCT subway at little to no cost. 12 firms responded and 5 engineering firms were approved for consideration NYCTA_2_00589606 to NYCTA_2_00589608

10. Faiveley response to RFI #10RFIN44, NYCTA-5718 to NYCTA-5765

11. TIS response to RFI #10RFIN44, NYCTA-6375 to NYCTA-6432

12. KABA response to RFI #10RFIN44, NYCTA-5876 to NYCTA-5939

13. GE response to RFI #10RFIN44, NYCTA-5799 to 5875

14. Westinghouse response to RFI #10RFIN44, NYCTA-5940 to 6149

15. Deposition Transcript of Michael Sullivan, Office of System Safety

16. Deposition Transcript of Jose Gregory Sanchez, P.E. Former Principal Mechanical Engineer MTA

17. Deposition Transcript of Cheryl Kennedy, former Vice President of the NYCTA' s Office of System Safety (the head of the Office of System Safety)

18. Deposition Transcript of Thomas Prendergast, former Chairman and CEO of the MTA and former President of the NYCTA

19. Deposition Transcript of Lawrence Reuter, former President of the NYCTA

20. Video: Motorman's Point of View - 1930s R1 from Coney Island to 53rd St-7th Ave Entering subject station at 18:48 to 20:15

21. Aug. 2, 2016, Train Trouble Control Request for Assistance Report

22. Deposition Transcript of David Foell, Senior Project Manager at STV

23. MTA Specifications-Car Design Parameters § 3.3.3.B, Deceleration-Service Braking, shows 3.2 mph\s 2NYCTA-81-82, NYCTA-123-125.

24. Chart of 12-9s from 1987 to 2021, 2 years missing data for 2019 and 2020

25. Emails between President Prendergast and Paul Fleuranges, VP Communications, dated July 11, 2010, Prendergast stating number of accidental death 50-60 is insane. NYCTA_2_00145822 to NYCTA_2_00145823

26. STV Engineering Consultant Meeting Minutes for May 10, 2017 meeting with MTA, Consultant for Feasibility report - noting that ADA code waivers are available for safety NYCTA_2_00364306 to NYCTA_2_00364311

27. Enhancing Platform Safety without PSDs, MTA Presentation comparing NYTC to 23 international subway systems, noting pg 12 NYCT ranked 1st worst for Accidental Intrusions onto tracks NYCTA_2_00190267 to NYCTA_2_00190309

28. Deposition Transcript of Mysore Nagaraja, former Vice President and Chief Engineer at NYCTA, and former President of MTA Capital Construction Company

29. Emails circulated between executives at the TA dated Jan. 2-11, 2013, circulating article stating that in 2007, TA was offered in 2007 to have install platform edge doors for free. NYCTA_2_00013726 to NYCTA_2_00013730

30. Collisions with Individuals spreadsheet for 1987 to 8-2-2016, list of individual that were injured by coming into contact with subways. NYCTA-02822 to NYCTA-3218.pdf

31. Overview of responses to RFI#10RFIN44, NYCTA-1280 to NYCTA-1283

32. Tony Abdulla's Trip Report dated Feb. 5, 2010, recommending installation of PSDs in some NYCTA subway stations to start. NYCTA_2_00002315 to NYCTA_2_00002319

33. Email chain dated Nov. 4-7, 2011, between TA employees involved in subway design – HYDC offers to fund PSDs if TA makes them a standard, Glenn Lunden, responds TA will look bad if they do it NYCTA_2_00393015 to NYCTA_2_00393019

34. Emails dated Nov. 7, 2011, TA Engineers stating that PSDs should have been the standard for new construction 10 years ago. NYCTA_2_00012722

35. Emails dated Nov. 7, 2011, Overlapping with para 34, herein, detailing the prior communications as to what Donald Iannuzzi and Andrew Bata

say that PSDs should have been the standard for new stations ten years ago. NYCTA_2_00007224 to NYCTA_2_00007224,

36. Deposition Transcript of Andrew Bata, former Chief of Strategic Improvements and Best Practices at the MTA

37. Email from Tom Milbury to Ken Mooney dated Aug. 4, 2010, NYCTA_2_00406320, about SMRT proposal to install PSDs at no cost to the Transit Authority

38. Revised Scope of Work for STV dated Aug. 29, 2017, TA delaying pilot and shifting STV from designing a pilot to install PSDs, to visit all the stations and see what stations would be feasible with the criteria that TA required. NYCTA_2_00258463 to NYCTA_2_00258482

39. Emails dated May 7, 2018 re PSD feasibility report for 42nd St Shuttle, recommending not to use RPSDs, NYCTA_2_00533543 to NYCTA_2_00533544

40. Emails dated March 13-21, 2017, responding to recommendation of fixed guardrails as an interim measure, NYCTA_2_00001328 to NYCTA_2_00001330

41. Emails dated Nov. 6-7, 2011, between Transit Mid Level Executives, lauding the metro system in Sao Paulo, Brazil, showing multiple fixed guard rails in their system on platforms NYCTA_2_00385648 to NYCTA_2_00385668

42. Global Best Practices report dated June 2, 2016, TA looking to the International Rail Industry for best practice – Not US systems NYCTA_2_00487343 to NYCTA_2_00487363

43. CoMET May 2020 report on comparative safety of its members and international best practices , NYCTA_2_00134414 to NYCTA_2_00 134592.

44. CoMet Oct. 2010 report on Key Performance Indicators, TA again comparing to 26 other international agencies. TA last out of all 26 for accidental deaths for period 2000-2009 NYCTA_2_00390595 to NYCTA_2_00390771

45. CoMET Nov. 2018 report on Enhancing Platform Safety without PSDs, TA again comparing to only international transit systems NYCTA_2_00190310 to NYCTA_2_00 190405

46. CoMet Dec. 2013 report on KPIs, 2004-2013 NY again dead last for accidental deaths most dangerous system of international agencies surveyed. NYCTA_2_00426516 to NYCTA_2_00426734

47. Eric Jones Memo, dated June 5, 2016, re PSDs, State of the Industry, Trip abroad for Transit Senior management Team to look at comparable systems in Europe. NYCT NYCTA_2_0001201- 1250

48. Platform Screen Door presentation August 2010, NYCTA_2_00001201 to NYCTA_2_00001250, detailing all of the companies that successfully installed PSDs across the world NYCTA_2_00464084 to NYCTA_2_00464098

49. Feasibility Table from STV report, Showing list on B line summary of all stations that were purportedly infeasible. NYCTA 09186

50. , § 12 from TA's SSPP, Internal Safety Reviews NYCTA-04638 to NYCTA-04643

51. Banedanmark, Study on Platform Edge Safety, International Benchmarking document NYCTA_2_00005121 to NYCTA_2_00005243

52. Dec. 30, 2013 emails about TIDS, NYCTA_2_00345338 to NYCTA_2_00345340

53. Jan. 9, 2013 letter from John Samuelson to Thomas Prendergast requesting TA slow entry speed of trains into stations to 10 mph, because the safety measures of signs and safety campaigns have been ineffective to prevent customers from being struck by trains. NYCTA_2_13594-13595

54. Transit Authority's Appellate Brief in Pedraza v. NYCTA et al., dated Nov. 18, 2020.

55. Nov. 12, 2009 email about responding to PTSB inquiry due to excessive people being struck by trains, wants the TA to investigate TIDS or slowing entry speed of trains for safety. NYCTA_2_00136236

56. Dec. 4-15, 2009 emails about responding to PTSB inquiry re TIDS or slowing entry speed of trains NYCTA_2_00005876 to NYCTA_2_00005877

57. Letter dated Jan 12, 2010 by Prendergast to PTSB rejecting TIDs or slowing of trains into stations, defending the plan to continue the with ineffective safety measures using excuse crowding as possibly causing more 12-9s NYCTA_2_00099865 to NYCTA_2_00099866

58. Letter response to PTSB dated March 17, 2010 by Judith Walker to PTSB on behalf of TA management failing to inform the oversight agency that the TA just went to look at PSDs in Korea and that there was an offer to put in PSDs for at no cost and instead, rejecting request to install TIDS or slowing of trains for safety. NYCTA_2_00099868 to NYCTA_2_00099869

59. Feb. 8-11, 2011 emails opposing the Crespo Bill re slowing speed for trains entering stations to save lives, Contains a Quick and Dirty analysis to use to claim TA cant slow trains down, created in two days, not a study. NYCTA_2_00391359 to NYCTA_2_00391365

60. Picture of fixed guardrails at the Times Square Shuttle platform

61. STV Tech Proposal for PSD pilot at 14th St / 6th Ave, that indicates STV is familiar with the NYCT subway system and can handle every structural and operational challenge necessary to design and build PSDs at designated station and then the rest of the system NYCTA_2_00000672 to NYCTA_2_00000688

62. Exhibit A to Expert Report of Carl Berkowitz, ESI appendix, bates numbers of numerous records reviewed

63. STV fixed guardrail renderings created at TA's request to use as an interim safety measure

64. ARUP proposal for 14th St / 6th Ave PSD pilot, that indicates ARUP is familiar with the NYCT subway system and can handle every structural and operational challenge necessary to design and build PSDs at designated station and then the rest of the systemNYCTA_2_00008875 to NYCTA_2_00009104

65. Parsons Brinckerhoff proposal for 14th St / 6th Ave PSD pilot, that indicates Parsons Brinkerhoff is familiar with the NYCT subway system and can handle every structural and operational challenge necessary to design and build PSDs at designated station and then the rest of the systemNYCTA_2_00504506 to NYCTA_2_00504590

66. CoMET July 2011 Final Report on Platform Safety, States: Platform doors are the most important device for PTI safety, NYCTA_2_00004035 to NYCTA_2_00004236

67. 2017 DenDekker Bill to requiring TA to study PSDs, NYCTA_2_00379395 to NYCTA_2_00379397

68. Feb 9 to March 30, 2017 email chain from MTA HQ, inexplicably opposing safety Bill sponsored by DenDekker, NYCTA_2_00379398 to NYCTA_2_00379405

69. Minutes of June 2, 2017 meeting with STV re PSD feasibility review, stating that the TA criteria, only for PSDs, exceeds ADA requirements. No change for gaps or elevators etc. NYCTA_2_00 133853 to NYCTA_2_00 133855

70. 2011 103 page Crown response to install PSDs for free in response to RFI #10RFIN44NYCTA, NYCTA- 5597 to NYCTA-6432

71. Space Measurement Survey for Atlantic Ave Station, Da Silva 323, showing 29 gaps that violate ADA, any gap over 4 inch horizontal or 2 inch vertical violates ADA for wheelchair access to the subway

72. OSS Comments re proposal for fixed guardrails at 14th St Union Square, pure speculation not actual hazard analysis. Uses all or nothing standard and no comparison to installing the guardrails compared to leaving it as. NYCTA_2_00001395 to NYCTA_2_00001396

73. Scope of Work for PSD Pilot at 14th St / 6th Ave, which is another plan which has never been started NYCTA_2_00202868 to NYCTA_2_00202878

74. March 13-22, 2017 emails re proposal for fixed guardrails at 14th St Union Square, NYCTA_2_00351350 to NYCTA_2_00351352

75. CV for Carl Berkowitz, Ph.D., PE

76. Email May 5, 2013 Brown to Willeman stating that the TA should let the consultants determine what’s possible

77. Memo of Law *Pedraza v NYCTA*, 159366/2013 New York Supreme Court, in Support of motion to strike for Fraud on the Court in part for claiming that studies for safety related to speed of trains entering stations were conducted when they were not. Additionally, Pedraza showed a pattern related to this conduct at ¶8 when for years the TA claimed it had conducted studies to come up with its 6 inch gap tolerance policy for its immunity defense, it turned out no such studies were conducted, as is being alleged herein.

78. Affidavit Larry Gould, Former TA employee, and member of TA speed policy committee. Submitted as part of the Pedraza v NYCTA opposition to the motion for sanctions. The affidavit although drafted in 2001 strands for the proposition that the subways system was not intended to make allowances for people falling onto the tracks and that the speed policy remains the same both in design and operationally apparently since at least 1992 see ¶5-8.

C. During the discovery phase of this case, approximately 52% of the documents and pages Defendants' produced were duplicates or were redacted. Thus, the total number of documents actually produced did not total nearly 60,000, as Defendants claim in their motion.

Dated: New York, New York
January 18, 2024

Respectfully Submitted,
ROTH & ROTH LLP

By: ________~/s/~___________

David A. Roth, Esq.
*Co-Counsel for Plaintiff*
192 Lexington Ave, Suite 802 New York,
New York 10016
Ph: (212) 425-1020

To: All parties (via ECF)