td32                    Fax:                    Aug 2 2016 10:52pm    P002/003

POLICE DEPARTMENT
CITY OF NEW YORK

AUGUST 2, 2016

From:       Patrol Supervisor, Transit District 32

To:         Chief of Transit

Subject:    **MAN UNDER AT THE ATLANTIC AVENUE SUBWAY STATION WITHIN THE CONFINES OF TD32/88PCT , AIDED FEMALE NOT LIKELY ,TRANSPORTED TO BELLEVUE HOSPITAL**

1.  On Tuesday, August 2, 2016 at approximately 1909 hours, F/W/21 years old, identified as Janssen Harger,Luisa Da Silva, DOB 10/20/1994 resides at Florianopolis, Brazil was struck by the 1848 Northbound "B" train out of Brighton Beach .The aided did come in contact with the train and suffered a loss of a limb "right leg". Details are as follows.

2.  On Tuesday, August 2, 2016 at approximately 1909 hours communication broadcast a radio run of a 10-54 man under at the Atlantic Avenue station. Sgt Ruiz Tax# 907224, T.D.32 Patrol Supervisor responded to the scene along with Police Officer Jean-Francois, Tax# 917788 as well as 32 Sector Adam, Police Officer Simmons Tax#952241 and Police Officer Hoernel Tax#951822 observed a female on the tracks under a North Bound "B" train holding in the station. The female was conscious and alert with the following injury "loss of right leg". The aided female was located under the second train car number # 5147. The undersigned did request EMS, and FDNY to the scene. The aided was removed from the tracks by FDNY personnel, and removed to Bellevue Hospital by EMS.

3.  The Train operator, Shabazz, Raqia pass #809087, stated she observed the aided on the North Bound track as the train was entering the station. The Train operator pulled the emergency brakes but was unable to stop the train before it struck the female aided. The aided was accompanied by her boyfriend George Brown who resides at 309 Gold street Apt 29G, Brooklyn NY 11201. The boyfriend stated to the undersigned aided mentioned that she was not feeling well and dizzy. At which time aided proceeded to fall onto the track. No criminality is suspected for the following incident.

4.  The power was removed approximately 1915 hours and was restored at 1950 hours for a total of 35 minutes. The incident train consisted of 8 cars numbered as follows from the lead: #5148, 5147, 5145, 5146, 5068, 5067, 5065, and 5066. Transit station Superintendent McCarthy, Maureen pass#341360 was on the scene to assist with the continuation of service at the Atlantic Avenue station.

5.  The incident is carried under the following numbers:

    Aided # 2016-088-781
    Sprint # 20551
    Complaint # Pending

6.  The following were on the scene:

    | | |
    |---|---|
    | DI Costello | TBB XO |
    | Captain Shipone | TD32 XO |
    | Captain Perez | TKTF CO |
    | Lt. Hagan | TKTF |
    | Sgt. Nachtrab | BTRS |
    | Det. Gillespie | BTRS |
    | Det. Moeller | BTRS |
    | PO Simmons | TD32 Sector A |
    | PO Hoernel | TD32 Sector A |
    | PO Desrosiers | 32TPD22 |
    | PO Lucas | 32TPD22 |
    | Chief Bernstein | FDNY Battalion 31 |

7.  The following were notified:

    | | |
    |---|---|
    | PO Nandoo | TB Wheel |
    | PO Knight | Operations |

8.  Submitted for your **INFORMATION**.

                                        Sgt. [signature]
                                        Alfredo Ruiz
                                        Sergeant

NYCTA-04505