Platform Screen Door Task Force
Evaluation Summary of Responses Received to RFI #10RFIN44
October 6, 2011

On August 24, 2011, the Platform Screen Door Task Force (PSDTF) convened to discuss and establish the necessary criteria to evaluate the responses to Request for Information (RFI) #10RFIN44 for platform screen doors (PSD), platform edge doors (PED), and platform edge gates (PEG). The intent of the RFI was to identify and obtain information from firms experienced in the design and installation of PSD, PED, and PEG arrays which have been successfully implemented in large-scale, heavy rail transit applications worldwide. NYC Transit received twelve responses to the RFI on or about March 1, 2011 as follows:

- Crown Infrastructure Solutions (Crown)
- Faiveley Transport (Faiveley)
- GE Transportation - Singapore Technologies Electronics (GE-STE),
- KABA Gilgen/Gilgen Door Systems AG (Gilgen)
- Kawasaki Rail Car Inc. (Kawasaki)
- Knorr-Bremse Rail Systems UK (KB)
- KPMG LLP (KPMG)
- Samsung SDS America (Samsung)
- Sojitz Corporation of America - Shenzhen Fangda Automatic System Co. (Sojitz-Fangda)
- Stanley Access Technologies - AECOM (Stanley-AECOM)
- SYSTRA Engineering (SYSTRA)
- TIS Partners, Inc., in association with Seoul Metropolitan Rapid Transit Corporation Authority, Halmar Transportation Systems LLC and Parsons Technology Group (TIS)

Faiveley, Gilgen, Kawasaki, KB, and Samsung are all known manufacturers of PSD arrays; SYSTRA, GE-STE, KPMG, Sojitz-Fangda, Stanley-AECOM, and TIS are project consortium groups, consisting of one or more corporate entities proposing a unified RFI response.

The PSDTF agreed that in order to consider a response to be acceptable and warrant further evaluation, the respondent must be either an Original Equipment Manufacturer (OEM), a subsidiary of an OEM, or a Qualified Contractor/Consortium with relevant experience with PSD installations, particularly retrofit installations. Although the PSD Concept of Operations (ConOps) document was not released with the RFI, several key challenges from the ConOps were incorporated into the RFI requirements, including but not limited to the ability of the PSD array to accommodate the current and future NYC Transit subway car fleet, mitigating multiple platform and subway car stopping patterns, and seamlessly integrating the PSD arrays into existing NYC Transit infrastructure. Although not a formal criterion for evaluation, the PSDTF agreed that additional consideration would be given to responses which contained solutions to one or more challenges outlined in the ConOps.

Subsequent to establishing the evaluation criteria the PSDTF conducted a preliminary review of the responses to eliminate any non-conformant responses. The PSDTF unanimously declined to evaluate the responses from Crown, KPMG, Stanley-AECOM, and SYSTRA on the grounds that they were from consultant engineering firms with no PSD experience. Kawasaki's response was declined on the grounds that it focused more on Kawasaki's industrial capabilities and longstanding business relationship with NYC Transit rather than on PSD arrays. The PSDTF

Platform Screen Door Task Force
Evaluation Summary of Responses Received to RFI #10RFIN44
October 6, 2011

unanimously agreed to further evaluate the responses from Faiveley, GE-STE, Gilgen, KB, TIS, Samsung, and Sojitz-Fangda on the grounds that these firms were major OEMs with experience in transit applications of PSD arrays.

On September 12, 2011 the PSDTF reconvened to discuss the responses from Faiveley, Gilgen and KB. All three respondents were major OEMs with a global presence and extensive experience with both new PSD installations and retrofit PSD installations. Gilgen and KB's response contained thorough explanations of the PSD and the related control mechanisms, as well as diagrams explaining how the components interface with one another. Gilgen also is credited with the design and installation of PSD arrays for AirTrain JFK, one of the only installations of PSDs in North America. However, Faiveley's response was more impressive due to the substantial amount of technical analysis into existing challenges with NYC Transit infrastructure, including different subway car door spacing patterns, compatibility with existing signals and subway cars, and curved platforms. Faiveley's analysis also provided alternatives to each solution, complete with an explanation of the potential benefits and detriments associated with each alternative. The PSDTF concluded that the responses from Faiveley, Gilgen, and KB were all acceptable, and recommended that these three firms be included in subsequent discussions pertaining to the PSD project.

On October 4, 2011, the PSDTF reconvened a final time to discuss the responses from GE-ST, Samsung, Sojitz, and TIS. The proposals from Samsung and Sojitz were both rejected on the basis that while both companies have PSD experience, this experience is limited to only China and/or Korea; in contrast Faiveley, KB and GE-ST, have international PSD experience. Samsung and Sojitz's responses focused on ATO/CBTC-dependent operation of the PSD arrays, which is not representative of the NYC Transit system given the lack of ATO/CBTC controlled tracks (with the exception of the Canarsie and Flushing lines). The PSDTF agreed that both Sojitz and Samsung did not address any of the key challenges referenced in the RFI, which further detracted from both responses. TIS' response to the RFI contained very little pertinent information relating to PSDs, but it did highlight its successful management of the PSD retrofit project for the Seoul Metropolitan Subway via a proprietary retrofit process, and it went in depth into proposing a multi-phase build-operate-transfer (BOT) agreement with NYC Transit to install PSDs at one or more stations as part of a pilot program, which later would be expanded to the entire subway system. This agreement would be at no cost to NYC Transit in exchange for control of the revenues generated from video and fixed advertisements installed on the doors. PSDTF unanimously agreed that TIS' response was marginally acceptable, and recommended that additional information regarding the BOT agreement and TIS' proprietary retrofit process.

In contrast to the responses from Samsung, Sojitz, and TIS, the response from GE-ST was well received and favored by the PTSDF. GE-ST's response not only described the available PSD technology, but subsequently applied it towards several proposed solutions to challenges outlined in the RFI, including how to control the PSD array in the absence of an ATO/CBTC signal environment, how the PSD array can properly serve trains of various lengths, and how the PSD array can be properly supported by the platform edge. Because the GE-ST response was the only one in this evaluation group which considered and proposed solutions to the challenges outlined

Platform Screen Door Task Force
Evaluation Summary of Responses Received to RFI #10RFIN44
October 6, 2011

in the RFI, the PSDTF agreed that the GE-ST response was acceptable, and recommended that GE-ST be included in subsequent discussions pertaining to the PSD project.

After reviewing all twelve responses to the RFI, the PSDTF unanimously agrees that the following five respondents provided acceptable responses, and recommend that they be included in future discussions pertaining to the PSD project:

- Faiveley Transport
- GE Transportation – Singapore Technologies Electronics
- KABA Gilgen/Gilgen Door Systems AG
- Knorr-Bremse Rail Systems UK
- TIS Partners, Inc.