





## REQUEST FOR INFORMATION #10RFIN44

**PLATFORM SCREEN DOOR/PLATFORM EDGE DOOR/PLATFORM EDGE GATE SYSTEM FOR NEW YORK CITY TRANSIT STATIONS**





## TABLE OF CONTENT

Table of Content                                                                           2
Executive Summary                                                                          5
1. Introduction                                                                            6
2. Company Background                                                                       7
    2.1. Faiveley Transport                                            7
    2.2. Faiveley in the USA                                            8
    2.3. Platform Doors and Gates Division                              9
        2.3.1. History                             9
        2.3.2. References                          9
        2.3.3. Organisation & Resources           11
        2.3.4. Design                             11
        2.3.5. Manufacturing                      11
        2.3.6. Installation                       12
3. Façade Alternatives                                                                     13
    3.1. Module                                                        13
    3.2. Platform Edge Doors                                           13
        3.2.1. Free Standing Design               13
        3.2.2. Top-Bottom Design                  14
        3.2.3. Top Hung Design                    14
    3.3. Platform Edge Gates                                           14
4. Applicable Standards                                                                    16
5. Integration within Existing Systems and Infrastructures                                 18
    5.1. Environmental Conditions                                       18
        5.1.1. Temperature                        18
        5.1.2. Humidity                           18
        5.1.3. Other factors                      18
        5.1.4. Specifying an IP rating            18
    5.2. Station Building and Facilities                                19
        5.2.1. Platform Structure                 19
        5.2.2. Platform Geometry                  20
        5.2.3. Floor Finish                       21
        5.2.4. Upper Interface                    21
        5.2.5. Expansion Joints                   22
        5.2.6. Track Access                       22
        5.2.7. Electrical Insulation              22
        5.2.8. Technical Rooms                    23
        5.2.9. Cable Routing                      23
        5.2.10. Power                             23
    5.3. Blending In                                                   24
        5.3.1. Design                             24
        5.3.2. Material & Finishes                26
        5.3.3. Interface with existing architectural finishes   27
    5.4. Rolling Stock                                                 27




| | |
|---|---|
| 5.4.1. Layout | 27 |
| 5.4.2. Door Height | 29 |
| 5.4.3. Platform Gap Management | 29 |
| 5.5. Compatibility with Existing Train Operation | 31 |
| 5.5.1. Control Options | 31 |
| 5.5.2. Cost and Impact on Dwell Time | 33 |
| 5.5.3. Degraded Modes | 34 |
| 5.5.4. Monitoring | 34 |
| 5.6. Integration of Other Existing Station Facilities | 34 |
| 5.6.1. Fire Fighting Equipment and Alarms | 35 |
| 5.6.2. Existing Cabling | 35 |
| 5.6.3. CCTV | 35 |
| 5.6.4. Public Announcement System | 35 |
| 5.6.5. Lighting | 35 |
| 5.6.6. Signage Panels | 35 |
| 6. Interface with Passengers | 36 |
| 6.1. Signage | 36 |
| 6.2. Access for Persons with Reduced Mobility | 36 |
| 6.2.1. Tripping Hazards | 37 |
| 6.2.2. Toe Trapping | 37 |
| 6.2.3. Platform Gap | 37 |
| 6.2.4. Blind tactile tracks | 37 |
| 6.2.5. Emergency Egress | 37 |
| 6.3. Vandalism | 37 |
| 6.3.1. Frames | 38 |
| 6.3.2. Glass | 38 |
| 6.3.3. Locks and Accessories | 38 |
| 6.4. Safety | 39 |
| 6.4.1. Obstacle Detection | 39 |
| 6.4.2. Passenger Guides | 39 |
| 6.5. Security | 39 |
| 6.5.1. Civil Defence | 39 |
| 6.5.2. Bomb Proof | 39 |
| 6.5.3. Fire Resistance | 40 |
| 6.6. Emergency and Evacuation | 40 |
| 6.6.1. At Doorways | 40 |
| 6.6.2. In case of misalignment | 40 |
| 6.7. Infotainment | 40 |
| 7. Reliability & Maintenance | 41 |
| 7.1. Factors impacting Reliability Performance | 41 |
| 7.2. Maintenance | 41 |
| 7.2.1. Access | 41 |
| 7.2.2. Glass Replacement | 41 |
| 7.3. Following-Up Performance | 41 |
| 7.4. Track Access | 42 |





8. Installation                                                     43
   8.1.  Faiveley Retrofit Experience                            43
   8.2.  Factory Pre-Assembly                                     43
   8.3.  Pre-testing                                              43
   8.4.  Delivery Routes                                          43
   8.5.  Work trains                                              43
   8.6.  Pace of Installation                                     44
   8.7.  Installation Sequence                                    44
      8.7.1.  Platform Edge Gates                             44
      8.7.2.  Platform Edge Doors                             45
   8.8.  Safety of Passengers during Installation                 45
   8.9.  Environmental Impact                                     46
9. Project Scheduling                                               47
   9.1. Preliminary works                                        47
   9.2. Platform Edge Gate Module Installation                    47
   9.3. Platform Edge Door Installation                          47
10. Project Financing Options                                      48





## EXECUTIVE SUMMARY

*"Our present submission aims to demonstrate that Faiveley Transport is embracing with the keenest interest this prestigious, exciting and demanding project, which we had been somehow looking forward to for years and not less indirectly preparing for.*

*We express our hope that our presented technical data and numerous project references provide the trust and evidence that Faiveley Transport is indeed a serious, qualified and highly prepared contender for retrofitting not simply platform doors, but retrofitting platform doors in the NYC transit specific environment and within the conditions of a 24 hours running operating railway.*

*Therefore, the Faiveley Transport Group is prepared to offer and implement:*

- *A state-of-the art engineering solution;*
- *An aesthetically speaking first class design, yet solid and robust;*
- *A system perfectly adapted to the high service requirements of the NYC Transit 24h service, the not less demanding NYCT commuters as well as New York specific environmental and variable climatic conditions;*
- *Needless to say, an absolutely reliable & service proven Platform Edge Doors system.*
- *A timely and professional project management and execution of the installation works within an operating network;*
- *Optionally, the operation and maintenance of the equipment;*
- *Finally, above all, an attractive project financing solution as hereafter one more time shortly summarized.*

*Indeed, with regard to the Project Financing, Faiveley Transport is financially capable and as a corporation prepared to offer a variety of project financing solutions, ranging from very classical solutions to more elaborate, sophisticated solutions, as mentioned, in case of adapting our BOT scheme, Faiveley within a qualified project consortium would provide for a turn-key-solution, technically, in terms of operation and maintenance and most importantly with a financial solution where NYC Transit would not be required to spend one single dollar on the construction and operation of the platform edge doors, let alone any upfront payment, whilst enjoying from day one of the going into service of the Platform Edge doors, the absolute safety and convenience on the platform for all passengers and staff and collateral benefits of uninterrupted rail services for NYC Transit.*

*We are at your entire disposal for any questions or queries you may have and, of course, to come to NY to make a first presentation of our comprehensive product and technical but also project execution and project financing proposal.*

*Please do not hesitate to call upon us."*

*Yours sincerely and most respectfully,*

*Ulysse WURTZ*
*Managing Director*
*Faiveley Transport Platform Doors & Gates*
*ulysse.wurtz@faiveleytransport.com*

 

## 1. INTRODUCTION

This document has been prepared as a response to the Request for Information #10RFIN44 issued by the New York City Transit with regards to the integration within the 472 stations of the network of Platform Edge Doors and/or Platform Edge Gates.

Its purpose is not only to present to NYCT the various possibilities that can be considered for such refurbishment project, but also to be used as a tool allowing NYCT to make informed decisions on which equipment and functionalities to plan in order to best suit both the existing network and NYCT's vision of the network's future.

Therefore, throughout the document we will try wherever possible to provide indications of the relative ranking of the different alternatives existing on the market with regard to various criteria such as Cost, Reliability or Ease of Installation with a simple grading system:

| [vs.]=> | Criterion 1 | Criterion 2 |
|---------|-------------|-------------|
| Option 1 | + (less) | + (less) |
| Option 2 | ++++ (more) | ++++ (more) |

Whenever possible we will also endeavour to share our own experience on a particular topic.





## 2. COMPANY BACKGROUND

### 2.1. Faiveley Transport

Faiveley Transport Group was created in 1919 in France with the advent of the first pantograph. Whilst being a listed company on the Paris Stock Market, the Faiveley family is still the biggest shareholder.

The Faiveley Transport Group is now one of the key players on the railway equipment market with 5000 employees worldwide spread over 45 sites in 23 countries.



Faiveley Transport engineers systems and solutions for:

- *Air Conditioning (#1 worldwide)*
- *Platform Doors and Gates (#1 worldwide)*
- *Passenger Access Systems (#2 worldwide and #1 worldwide for high speed))*
- *Electromechanical Systems (key player worldwide)*
- *Braking Systems (#2 worldwide)*
- *Couplers (#3 worldwide)*
- *On-Board Electronics(key player worldwide)*

The following schematic provides an overview of all type equipment that is supplied by Faiveley on trains, be they of tramway, light rail, light metro, heavy metro, main line or high speed train.







Faiveley Transport registered last year over 1,140M USD of revenue, with an Order Book worth 1,700M USD. The group sales are split along to the various activities and geographical regions as follows:



More information on the Faiveley Transport group can be found on the Activity report submitted in attachment to our proposal.

## 2.2. Faiveley in the USA

Faiveley Transport started its activities in the United States in 1998 in Exton, Pennsylvania.

In July 2008 our presence in North America was strengthened with Ellcon National joining the Faiveley Group in July of 2008.





Ellcon National last year in 2010 celebrated its 100 years of service to the rail industry. Ellcon was founded in 1910 and in 1959 merged with National Brake to become Ellcon-National with the addition of many products including freight. Originally based in New Jersey, Ellcon headquarters moved to Greenville, SC in 1991 where Ellcon-National has grown to be the third largest manufacturer of freight brake components in North America (freight plant on the right).



In December of 2008 Faiveley Transport moved its own facilities of Exton, PA (c.f. on the right) to those of Ellcon in Greenville. The two facilities include a total of 405,000 sqft of climate controlled space on 33 acres, with a total of 260 employees which include engineering, project management, quality, production and field services. Ellcon and Faiveley Transport are both AAR and ISO certified.



## *2.3. Platform Doors and Gates Division*

### 2.3.1. History

Faiveley Platform Screen Door activity stemmed from its Train Door and Automatic Door business and the first Platform Edge Door (a.k.a. PED) was installed in 1989 in Lille in the North of France. These doors are still in operation today without any overhaul.

It is to be noted that Faiveley Platform Edge Doors have also been in operation without interruption since 1992 in Chicago O'Hare airport under harsh climatic conditions on the outdoor Automatic People Mover.

The first major PED project in term of size came with the Lantau Airport Rail in Hong Kong, completed in 1998. By its magnitude, this project allowed to make Hong Kong its base in Asia where the need for PED until a few years ago has been felt the most due to the hot tropical climate of cities such as Hong Kong, Taipei, Bangkok, Singapore.

In 2001, Faiveley designed and installed the first ever heavy metro grade Platform Edge Gate (a.k.a. PEG) system on the Disney Resort Line and Tung Chung Line in Hong Kong. The advent of Platform Edge Gates has opened new possibilities for operators to installed safety barriers on aboveground platform exposed to the elements, or on platforms without the ability to accommodate Platform Edge Doors or without need for a full sealing of the platform environment.

### 2.3.2. References

With the awareness of operators and passengers increasing worldwide with regard to passenger safety and comfort, Faiveley Platform Edge Doors can now be found on 4 of the 5 continents.







The following table provides the list of Faiveley Platform Edge Doors and Gates references worldwide, which total over 153km of façade, and 27,500 door modules.

Projects which have been installed under retrofit conditions in an operating railway have been highlighted.

| Network | Customer | Product | Length (m) | Modules | Stations | Country | Service Date |
|---|---|---|---|---|---|---|---|
| Lille 1 bis (VAL) | MATRA | PED | 1,852 | 366 | 18 | France | 1989 |
| Platform facade prototype | RATP | PED | 13 | 5 | 1 | France | 1990 |
| Montmartre funicular (Paris) | RATP | PED | 32 | 2 | 2 | France | 1991 |
| Orly (VAL) | MATRA | PED | 152 | 36 | 3 | France | 1991 |
| Chicago (VAL) | MATRA | PED | 250 | 60 | 5 | USA | 1992 |
| Lille stations (VAL) | MATRA | PED | 34 | 16 | 1 | France | 1992 |
| Platform facade prototype AEG | AEG | PED | 12 | 2 | 1 | Germany | 1993 |
| Taipei (VAL) | MATRA | PED | 1,320 | 192 | 12 | Taiwan | 1993 |
| Meteor | RATP | PED | 1,680 | 336 | 7 | France | 1998 |
| LAR | MTRC | PED | 3,575 | 616 | 7 | Hong Kong | 1998 |
| Lille 2 | MATRA | PED | 2,184 | 504 | 21 | France | 2000 |
| Rennes | MATRA | PED | 754 | 174 | 15 | France | 2001 |
| Kuala Lumpur International | Seri Yakin | PED | 256 | 30 | 1 | Malaysia | 2001 |
| Kuala Lumpur International | KLIA | PED | 364 | 30 | 1 | Malaysia | 2001 |
| Nam Cheong TCL | MTRC | PED | 360 | 80 | 1 | Hong Kong | 2003 |
| Shanghai | SMCC | PED | 360 | 80 | 1 | China | 2003 |
| Bangkok Blue Line | Mitsubishi | PED | 5,040 | 864 | 18 | Thailand | 2004 |
| Penny's Bay | MTRC | PEG | 768 | 154 | 2 | Hong Kong | 2004 |
| Guangzhou Line 1 | GMC | PEG+PED | 4,995 | 1,320 | 16 | China | 2005 |
| Shanghai Line 4 | SMC | PED | 4,725 | 1,050 | 17 | China | 2005 |
| Busan Line 3 | BUTA | PED | 5,066 | 816 | 17 | Korea | 2005 |
| Guangzhou Line 3 | GMC | PED | 4,499 | 912 | 18 | China | 2006 |
| RATP Line 13 | RATP | PEG | 77 | 15 | 0.5 | Paris | 2006 |
| Metro Seoul SMRT | Samjung | PED | 410 | 80 | 1 | Korea | 2006 |
| Lausanne M2 | Canton of Vaud | PED | 990 | 180 | 15 | Switzerland | 2007 |
| Suvarnabhumi Airport Rail Link | Siemens | PED | 1,200 | 120 | 2 | Thailand | 2008 |
| Shanghai Line 8 | SMC | PED | 5,800 | 1,232 | 22 | China | 2008 |





| Network | Customer | Product | Length (m) | Modules | Stations | Country | Service Date |
|---|---|---|---|---|---|---|---|
| Tianjin Binhai | Tianjin Light Rail | PED | 1,560 | 144 | 5 | China | 2008 |
| Beijing Line 10 | BMC | PED | 5,311 | 1,128 | 23 | China | 2008 |
| Beijing Line 4 | BETIT | PEG+PED | 5,763 | 1,224 | 25 | China | 2008 |
| Sevilla Line 1 | Sevilla Metro | PED | 2,783 | 504 | 21 | Spain | 2008 |
| Barcelona | GISA | PED | 10,200 | 2,448 | 51 | Spain | 2009 |
| Guangzhou Line 5 | GMC | PEG+PED | 4,992 | 864 | 24 | China | 2009 |
| Shanghai Line 6 | Shanghai Shentong Metro | PED | 2,780 | 608 | 19 | China | 2009 |
| Hangzhou Line 1 | Hangzhou Metro | PED | 8,160 | 1,632 | 34 | China | 2009 |
| Shanghai Line 7 | Shanghai Metro | PED | 9,900 | 2,070 | 33 | China | 2009 |
| Shenzhen Line 4 | Shenzhen Metro / MTRC HKG | PED | 540 | 120 | 2 | China | 2010 |
| Chengdu Line 1 | Chengdu | PED | 4,590 | 816 | 17 | China | 2010 |
| Delhi Airport Metro Express | DAMEL | PED | 1,968 | 192 | 6 | India | 2010 |
| Shanghai L2 East Line Ext | SRE | PED | 1,921 | 480 | 8 | China | 2010 |
| Sao Paulo Return | Alstom | PED | 1,900 | 336 | 7 | Brazil | 2010 |
| Chengguan | China MOR | PEG+PED | 8,520 | 346 | 11 | China | 2010 |
| Tianjin Binhai Extension | Tianjin BMT | PEG | 2,080 | 288 | 12 | China | 2010 |
| Hainan | Hainan Railway Bureau | PEG | 6,850 | 192 | 11 | China | 2010 |
| Helsinki L1 | SIEMENS | PEG | 4,200 | 420 | 17 | Finland | 2010 / 2012 |
| Milano Line 5 | Alstom | PED | 1,170 | 144 | 9 | Italy | 2011 |
| Hong Kong PEG Retrofit | MTRC | PEG | 3,200 | 640 | 8 | Hong Kong | 2011 |
| Dubai Al Sufouh Transit System | Alstom | PED | 1,170 | 208 | 13 | Dubai | 2011 |
| Tianjin Binhai retrofit | Tianjin BMT | PEG | 1,120 | 144 | 6 | China | 2011 |
| Beijing Daxing | BETIT | PEG | 2,486 | 552 | 10 | China | 2011 |
| Shanghai People Square | SRE | PED | 113 | 24 | 0.5 | China | 2011 |
| Riyadh Women University | Ansaldo | PED | 784 | 112 | 14 | Saudi Arabia | 2011 |
| Istanbul Funicular | Alarko | PED | 70 | 12 | 2 | Turkey | 2011 |
| Istanbul Metro | Alarko | PED | 360 | 64 | 3 | Turkey | 2011 |
| Roma Line C | Roma Metro | PED | 4,930 | 1,104 | 18 | Italy | 2012 |
| Singapore Down Town Line | Westinghouse Rail | PED | 4,760 | 816 | 33 | Singapore | 2015 |
| Taipei Circle Line | Ansaldo | PED | 2,240 | 336 | 14 | Taiwan | 2015 |

### 2.3.3. Organisation & Resources

Faiveley Platform Doors & Gates (further referred to as "PD&G") division totals 318 staff, with permanent project and sales offices in Hong Kong, France (Paris & Tours), Italy, Spain, Brazil, China (Shanghai, Guangzhou  & Beijing), Thailand (Bangkok), Taiwan (Taipei), Dubai, Singapore and recently also in Faiveley Transport-Ellcon USA.

### 2.3.4. Design

Faiveley main PD&G Design Office is located in Tours, at about an hour travel by high speed train form Paris, and is in charge of General and Conceptual design as well as Research & Development.

Detailed design and product industrialisation are done in our Shanghai Mechanical Design Office and our Hong Kong Electrical System Design Office.

It is to be noted that contrary to all its competitors, Faiveley takes charge and masters as well all aspects of the design, manufacturing and programming of the Door Control Units used to operate the doors, with a software and PCBA design centre of competence in Tours and manufacturing facilities in Hong Kong.

### 2.3.5. Manufacturing

Manufacturing of Platform Doors core components and Platform Gates is done for the whole group in our Shanghai PD&G wholly-owned Faiveley manufacturing plant which was last year relocated to a newer and bigger facility, with capacity to produce over 100 modules a week.





Platform Edge Doors & Gates glazing and metal work are manufactured by suppliers carefully selected and approved by Faiveley throughout the world, and typically could be manufactured in the USA for the NYCT project.

### 2.3.6. Installation

As the norm Faiveley always takes full responsibility for the installation and Testing & Commissioning of its doors with its own dedicated senior installation managers and supervisors who train and support local installation partners.

This allowed us to acquire over the years extensive knowledge and experience, with are critical to conduct installations as complex as retrofits.

———————————





## 3. FAÇADE ALTERNATIVES

### 3.1. Module

Whether they are half height or full height, Platform Edge Doors and Gates are always referred to in term of "module", which corresponds to a set of motorised sliding doors for PEG and a set of motorised sliding doors with adjacent fixed or emergency panels for PED.





### 3.2. Platform Edge Doors

Platform Edge Doors (PED) refer to a full height façade with sliding doors driven from the top from a door mechanism located in a Header Box, and which in most cases will seal completely the platform from the track environment. Doors are guided by a threshold guide running along the full platform length.



PED modules may or may not be separated by additional Fixed Panels or Emergency Egress Doors in order to fully cover the platform length.

There are basically three types of Platform Edge Door Systems

### 3.2.1. Free Standing Design

The free standing Platform Edge Door façade is fixed to the platform edge thanks to posts which bear the whole weight of the doors, and transfer fully to the platform edge dead weight and force & moment generated by crowd and pressure loads







(c.f. §5.2.1 for details). The picture above shows the example of Barcelona Metro façade.

### 3.2.2. Top-Bottom Design



A so called Top-Bottom Platform Edge Door façade is supported by lighter posts which run from the platform edge to a downstand beam or ceiling. A telescopic arrangement is provided in order to cope with building movement or settlement. Under this configuration the façade dead weight is still transferred to the platform edge, however the force & moment generated by crowd and pressure loading is shared between the platform edge and the upper fixation points. The picture on the right shows the example of Bangkok Blue Line façade.

### 3.2.3. Top Hung Design



The top hung design has only been used on a couple of applications, mainly in Hong Kong. A top hung Platform Edge Door façade has all it equipment hanging from the ceiling or downstand beam with no structural posts. The façade dead weight, force and moment generated by the crowd and pressure loadings are fully supported by the upper interface, which therefore has to be very strong to cope. The picture on the right shows the example of Hong Kong Airport Express.

Faiveley has already implemented successfully all 3 types of Platform Edge Doors designs.

## *3.3. Platform Edge Gates*

Platform Edge Gates (PEG) refer to half height facades, with a maximum height of the façade ranging from 3.5 to 5.6ft. The sliding doors are solely supported, guided and driven from the side by Fixed Driving Panels securely fixed to the platform edge.



Sliding Door

Fixed Driving Panel

Contrary to many of its competitors, Faiveley Platform Edge Gates do not require any guiding track on the floor, which greatly facilitates installation and operation.



 **New York City Transit**

PEG modules are separated by Fixed Panels or Emergency Egress Doors in order to fully cover the platform length. When the distance between two consecutive modules is too great, additional Intermediate posts may be added for support.



| [vs.]=> | Material Cost | Retrofit-ability |
|---|---|---|
| **Top Hung Platform Door** | ++++ | +++ |
| **Top-Bottom Platform Door** | ++ | ++ |
| **Platform Gate** | + | ++++ |
| **Free Standing Platform Door** | +++ | + |

_____





## 4. APPLICABLE STANDARDS

Platform Edge Doors and Gates are designed according to international standards as well as any relevant standard applicable in the country of installation.

As a guideline, the following standards are generally used as reference:

| Designation | Subject | Standard |
|---|---|---|
| Passenger Rail Systems | Standard for Fixed Guideway Transit and Passenger Rail Systems | NFPA 130 |
| Galvanizing | | BS 729 |
| Cast iron | | BS 1452 |
| Aluminium anodising | Anodic oxidation | BS EN 12373-1:2001 |
| Glazing | | BS 6206 |
| Painting | Painted surfaces | BS 3900 |
| | | BS 6150 |
| Tolerances | Fabrication tolerances | BS 5950 |
| Gasket | Minimum oxygen index of 33 | BS 4589 |
| | Smoke emission Ao≤0.15m2/g | BS 6853 App. B.5.1 |
| | Properties | BS 903 |
| Bearing | Life rating | BS 5512 |
| Welding | Welding procedure | BS 4870 |
| | Arc | BS 639 |
| | | BS 5135 |
| High strength friction grip bolts and nuts | | BS 4395 |
| Bolts, screws and nuts | | BS 4190 |
| | | BS 3692 |
| Copper | Electrical purpose | BS 1432 |
| | | BS 1977 |
| Aluminium | | NFA 50 411 |
| Steel | | NF EN 10 025 |
| Noise disturbance | Acceptable frequencies | ISO R 1996 |
| | General requirements | NFS 30 010 |
| Electronic Equipment | EMC | EN 50121-3-2 (Feb96) |
| | Design Standard | EN 50155 S3/T3 (Nov 95) |
| Cables | Thermosetting Insulating Material. | BS7211 |
| | Insulating and Sheathing Materials for Cables. | BS7655 |
| | Conductor in Insulated cables. | BS6360 |
| | | IEC60228 |
| | Insulated Power Cables under Fire Condition. | IEC 60332-1 & 3 |
| | | BS4066-1 |
| | Method of Determination of Halogen Acid gas amount evolved during combustion. | IEC60754-1 |
| | Determination of Flammability by Oxygen Index. | ISO4589-2 |
| | Determination of Flammability by Temperature Index. | ENISO4589-3 |





| Designation | Subject | Standard |
|---|---|---|
| | Methods of Test for Insulation and Sheaths of Electrical Cables. | BS6469 |
| | Measurement of Smoke Density of Cable burning under defined condition. | IEC60134 |
| Power Supply | Building standard for chargers | IEC 146-1 |
| | Components (General) | IEC 269-1 |
| | Fuse/Switches | BS EN 60947-3 |
| | Circuit Breaker | IEC 947-2 |
| | Contactor | BS 5424 Part 1 |
| | Batteries | BS 6290 Part 4 |
| EMC | EMC (measurement of radio disturbance characteristics) | EN 55011 |
| | EMC (Generic standard for charger design) | EN 50081-1 |
| | | EN 50082 |
| | EMC (Emission) | EN 61000-6-2 |
| | EMC (Immunity) | EN 61000-6-4 |
| Electrical Insulation | Insulation of electrical equipment | EN50122-2 |
| | Insulation of electrical equipment | EN50122-1 |
| | Effect of current passing through a human body | IEC 60479-1 |
| RAMS Studies | Railways applications – The specification and demonstration of Reliability, Availability, Maintainability and Safety (RAMS). | EN 50126 |
| | Non-electronic Prediction Handbook5 | NPRD9 |
| | Reliability Prediction of Electronic Equipment | MIL HDBK 217F |
| Quality Management | | ISO-9000-2001 |

_____





## 5. INTEGRATION WITHIN EXISTING SYSTEMS AND INFRASTRUCTURES

### 5.1. Environmental Conditions

#### 5.1.1. Temperature

Platform Edge Doors and Gates systems will be designed in order to cope with the specified operating temperatures.

Faiveley has successfully designed and installed Platform Edge Door and Gates Systems able to cope with extreme temperatures, from -40°F in Helsinki, Finland, to +130°F in Dubai, U.A.E.

#### 5.1.2. Humidity

All Platform Edge Door and Gate systems will be exposed to air humidity, rain or water that may be splashed onto it during cleaning of the platform, façade and tracks. Seaside locations may also be prone to salty mists which may accelerate corrosion.



In order to prevent corrosion hi-performance surface treatments such as hot-dip galvanising, anodising, passivation, powder coating are used on all parts of the system.

In addition, exposed electrical equipment are specified with a high level of IP65, while equipment of a lesser IP (terminal boards for example) are concealed in separate compartments rated IP54.

Faiveley has an extensive experience in installation of Platform Edge Doors and Gates in tropical seaside locations such as Hong Kong, Taipei or Guangzhou.

#### 5.1.3. Other factors

Other environmental factors that may have to be taken into account include:

- Extreme wind for aboveground or exposed platforms
- Dust
- Tunnel ventilation

#### 5.1.4. Specifying an IP rating

While it is important to ensure that both electro-mechanical, electrical and electronic components are suited to work under the specified environmental conditions, note that it is not advised to specify a high IP rating, such as 54, for the Header Box enclosure, as this requirement cannot be achieved since the Header Box has moving parts to support and guide the sliding doors and cannot therefore be fully sealed.

It is more practical to have a functional approach, in that measures must be taken to ensure that the system can remain functional under the operating environment. This can be validated by in-situ endurance tests on prototypes.





## *5.2. Station Building and Facilities*

### 5.2.1. Platform Structure

When considering the retrofitting of Platform Edge Doors or Gates onto an existing platform the critical interface is often the platform edge.

The facades are designed to withstand a set of loads that will have to be specified by NYCT depending on the station configurations, type of rolling stock, platform occupancy and local regulations:

- Crowd load: represents the pressure exerted by passengers onto the façade on platform side. The load considered is usually a linear load applied at mid height (~3.6ft). The value is mostly guided by local regulations and may vary from 500N/m to 1,500N/m or more.

- Train pressure: represents the surface loading from the pressure wave created by an entering (positive) and departing train (negative). In the case of Platform Edge Doors, since the track will be fully sealed from the platform the pressure needs to be carefully assessed based on station/tunnel configuration and train gauge and speed. If Platform Edge Gates are installed, train pressure has a less impact since the track will remain an open space. Train generated pressure usually ranges from 500Pa to 1500Pa or more.



- Impact load: represents a concentrated load on a defined area of the façade corresponding to a shock from a foreign object. The load can either be defined by number, or reference can be made to an existing standard for glass impact such as BS2602.

- Wind load: is only present in aboveground or opened stations and corresponds to the pressure generated by extreme winds at the location.

- Seismic load: represents the acceleration created by a seismic wave. The value of the acceleration depends on the location.

In most cases, the dimensioning factors are the Crowd Loading coupled with the train pressure of a departing train.

A preliminary study by Faiveley will establish the dead weight, loadings and moment that will be transmitted by the façade to the platform edge, and the values will have to be validated by NYCT or they civil works partner to assess whether the platform edge is strong enough to support the Platform Doors or gates.

Note that by their geometry Platform gates will be less susceptible to the train and wind loads than





Platform Doors.

| [vs.]=> | Required Platform Edge Strength |
|---------|--------------------------------|
| **Top Hung Platform Door** | + |
| **Top-Bottom Platform Door** | ++ |
| **Platform Gate** | +++ |
| **Free Standing Platform Door** | ++++ |

Should the platform edge not prove strong enough to accommodate the chose type of façade, Faiveley can make recommendations to either strengthen the platform edge, or bypass it and fixed the façade to a lower stronger interface.

The picture on the right shows reinforcement works carried out by Faiveley in Madrid, Spain, for the installation of free standing Platform Edge Doors.



### 5.2.2. Platform Geometry

Existing stations where not designed with Platform Edge Doors or Gates in mind and any of the following cases can be found:

#### Slopped Platform

A platform slopped along its length is not a problem and can be easily accommodated by the facades, which will basically follow the slope, as shown on the picture on the right in Lausanne, with an 11.5 degree slope.

Faiveley is the only PD&G supplier to have installed a facade operating on an 11.5 degree slope.

#### Tilted Platform

Most platforms are designed tilted to facilitate water evacuation either to the track or to a drain. If the slope falls away from the track, there is no issue.

If the slope falls towards the platform there may be an issue with the opening of Emergency Egress Doors and Platform End Doors with pivot towards the platform. If the platform flooring is not supposed to be redone and the slope cannot be corrected, the gap between the bottom of the Emergency Egress Doors and the floor will have to be increased. Also, in case of Platform Edge Gates special precautions will have to be taken on the waterproofing of the Fixed Driving Panel to avoid ingress of water on the electrical equipment.

#### Curved Platform

Curved platform with a big radius are usually not a concern and can easily accommodated by the





facade which is facetted along the curve. Short radii will increase the gap between the facade and
the train car body.

### 5.2.3. Floor Finish

Platform Edge Gates can be installed right on top of the existing floor finish and be fixed using
anchors reaching to the structural concrete underneath.

Platform Edge Doors requiring a threshold to guide the sliding doors will need a recess to be made in
the platform edge in order to leave enough space for the threshold support parts to be installed and
the threshold top cover to end up flush with the existing floor finish.



| [vs.]=> | Impact to Existing Finish |
|---|---|
| Platform Gate | + |
| Platform Door | ++++ |

In certain cases where the platform edge consists of a
solid copingstone (2-2.5ft wide) it is possible to replace
the whole copingstone by a new material, which allows
for a cleaner and more uniform outlook of the finished
façade. Such type of installation is shown on the picture
on the right for the installation of Platform Edge Gates on
Hong Kong Urban Lines.



### 5.2.4. Upper Interface

In case a full seal of the platform environment is desired and decision is made to go for full height
Platform Edge Doors, save for the Free Standing type, a proper Upper Interface will be required.

Whether the Upper Interface exists at the location or not, verification must be made that it is strong
enough to accommodate the loads and moments transmitted to it, especially in case of Top Hung
design, and that its location is constant throughout the whole length of the platform. Note that for
the Top-Bottom design; only lateral loads are transferred to the Upper Interface, which lowers its
strength requirement.

In case the ceiling is too high (>13ft), it may not be possible to extend the façade's own posts up to
the Upper Interface height, as this would result is bigger post sections which will impact the outlook
of the façade. In that case, Faiveley or a third party shall design and install and intermediate
structure hanging from the ceiling down to a more practical height, which is generally specified at
9ft.

| [vs.]=> | Required Strength of Upper Interface |
|---|---|
| Top Hung Platform Edge Gate | ++++ |
| Top-Bottom Platform Edge Door | + |





### 5.2.5. Expansion Joints

Each station will come with its established structure and building movement joints, which for old stations will have already settled, and for some viaduct or new structures may still be active.

The location of these expansion joints will have to be checked against the stopping position of the train, in order to ensure that they do not fall in the way of a doorway, especially in case of Free Standing or Top-Bottom Platform Edge Doors. Platform Edge Gates are also affected as it is not desirable to have an expansion joint in the way of the Fixed Driving Panel.



Technical solutions exist to address expansion joints, with transfer of movement to adjacent panels, but sometimes a simple shift of the train stopping position is sufficient to minimise their impact.

### 5.2.6. Track Access

With the Platform Edge Door or Gate façade covering the full length of the platform, provisions will have to be made for guarantying access to the Track to operation personnel. This is generally done by means of Platform End Doors which reach from the end of the façade to the platform end wall.





### 5.2.7. Electrical Insulation

Depending on the type of Rolling Stock and Current Collection used it may be necessary to electrically insulate the Platform Edge Door or Gate façade from the station structure. The aim is to prevent passengers from receiving electrical shocks should a difference of potential build up between the station earth, i.e. the façade, and the train body, and also to limit corrosion.

Should it be required, the façade is electrically insulated from the station structure at each fixation point by means of composite material insulators. Similar arrangements must be taken at platform extremities and along the interfaces with other station finishes (e.g. top of header box).

In addition, it is required for a section of platform flooring to be insulated (usually at least 6.5ft wide)




all along the platform length.

It is to be noted that although the façade insulation will be checked carefully and validated at installation, it must be checked regularly afterwards as it is notoriously difficult to keep especially in susceptible to a lot of dust, grease and debris from the track or passengers.

Alternative arrangements such as Over Voltage Protection Devices (OVPD) now exist to limit the risk to passengers and installation without having to resort to a full façade insulation.

### 5.2.8. Technical Rooms

The Platform Edge Doors or Gates will require Control and Power cubicles in order process and dispatch orders and status to each door, and convert incoming Mains Supply into the required voltages.

Typically these cubicles are located in a Technical Room within the vicinity of the platforms and for a set of two platforms house 2 to 4 cubicles of 1.5'x1.5'x6.5' each for the Platforms Edge Doors and Gates (depending on quantity of batteries required for UPS).

The Technical Room may be shared with other equipment and in case a single room would make it too far from some of the platforms on a given station, the equipment can be split in separate locations per pair of platforms.

If no Technical Rooms are available within the station as is often the case in old stations, Faiveley can design the cubicles in such a way that they are incorporated into the Platform Edge Doors façade in place of Fixed Panels, or place them at one platform extremity.

### 5.2.9. Cable Routing

Cables will have to be run form the Control and Power cubicles, wherever they are located, to each platform extremity, either by using existing or new cable trunking.

In case of Platform Edge Doors, cables will then run inside the Header Box to each door mechanism.

In case of Platform Edge Gates, the wiring will run under the platform edge on cable brackets and enter each Fixed Driving Panel through the platform edge.

If the space under the platform edge is already crowded with other facilities some of them may have to be relocated.



### 5.2.10. Power

A suitable source of power (e.g. 380V 3 phase, or 415V 3 phase or other) shall be provided either in the Technical Room or in the vicinity of our Power Cubicle.

The maximum power consumption of a Platform Edge Door or Gate is around 0.33kVA at the time of





initiation of the movement, to which shall be added around 0.3kVA for the Control and Monitoring of each platform. That means that for a station of two platforms equipped with 40 sets of sliding doors each, the maximum load will be (0.33x40+0.3)=27kVA. This figure may seem high, because it is considered that all doors of both facades meet their peak at the same time. The figure can be lowered if we consider that the two platforms are unlikely to start opening exactly at the same time.

In case no UPS is available at station level, Faiveley will integrate a set of batteries to our Power system to serve as backup in case of failure of the Mains Supply. In order to dimension the size and quantity of batteries, NYCT should specify:

- A number of full door operation to be operated under backup supply for the station
- A duration during which the control and monitoring equipment should remain operational.

Typically, battery backups are dimensioned to cater for up to 10 door opening (not simultaneously on both platforms) and 24h of operation of the Control and Monitoring equipment.

### 5.3. Blending In

Beyond safety, comfort and functionality, the Platform Edge Doors and Gates will have to blend into their environment both aesthetically and physically.

### 5.3.1. Design

While basing its products on service proven core components, Faiveley takes pride in not supplying off-the-shelf Platform Edge Doors and Gates, but to ensure that the final product meets the customer's expectation or addresses specific issues.

This can be done by selecting various materials or finishes, but also by adding certain accents that will make the product unique to its application.

The pictures below present an array of aesthetical designs where Faiveley had to accommodate its customer's expectation.


Platform Gates in Hong Kong Disneyland


Platform Gates in Chengguan (P.R.C.) High Speed Train Station




New York City Transit



Retrofitted Platform Gates In Helsinki (Finland)



Retrofitted Platform Gates on Paris Line 13 (France)



Platform Doors in Barcelona (Spain)



Platform Doors in Hong Kong Lantau Airport Rail



Platform Doors in Busan (South Korea)



Platform Doors and integrated track envelope in Lausanne (Switzerland)



Platform Doors on Shanghai Line 4 (P.R.C.)



Platform Doors and their Structural Arches on Paris Line 14 (France)





### 5.3.2. Material & Finishes

Platform Edge Doors and Gates can be offered in various material and finishes.

The tables below provide the various choices available for Platform Edge Doors:

| Item | Material | Finish |
|---|---|---|
| Frame | Aluminium | Anodised |
| | | Powder Coated |
| | 304L Stainless Steel | Brushed |
| | | Hairline |
| | 316L Stainless Steel | Brushed |
| | | Hairline |
| Threshold | Aluminium | Anodised |
| | 304L Stainless Steel | Brushed |
| | | Hairline |
| | 304L Stainless Steel | Brushed |
| | | Hairline |
| Header Box | Aluminium | Powder Coated |
| | | Painted |
| | Steel | Powder Coated |
| | | Painted |
| | 304L Stainless Steel | Brushed |
| | | Hairline |
| | 316L Stainless Steel | Brushed |
| | | Hairline |
| Glass | Tempered | Clear |
| | | Laminated |
| | | Tinted |
| | Heat Strengthened | Clear |
| | | Laminated |
| | | Tinted |

The tables below provide the various choices available for Platform Edge Gates:

| Item | Material | Finish |
|---|---|---|
| Frame | Aluminium | Anodised |
| | | Powder Coated |
| | 304L Stainless Steel | Brushed |
| | | Hairline |
| | 316L Stainless Steel | Brushed |
| | | Hairline |
| Glass | Tempered | Clear |
| | | Laminated |
| | | Tinted |
| | Heat Strengthened | Clear |
| | | Laminated |
| | | Tinted |

In term of resilience to scratches stainless steel fares the best, however the cost impact is greater than facades using aluminium. Experience has shown that there is only minimal gain in using 316L instead of 304L in term of resistance to corrosion.





| [vs.]=> | Cost | Resistance to Scratches | Resistance to corrosion | Resistance to UV | Ease of Maintenance |
|---|---|---|---|---|---|
| Al Powder Coating | + | + | +++ | ++ | ++ |
| Al Anodisation | + | ++ | +++ | ++++ | +++ |
| Stainless Steel 304L | ++ | +++ | +++ | ++++ | ++++ |
| Stainless Steel 316L | ++++ | ++++ | ++++ | ++++ | ++++ |

Using laminated glass or not is a matter of choice. The main advantage of laminated glass is that in case of breakage the glass remains within the frame, however it is to be noted that it increases substantially the weight of the glazing unit, which for sliding doors can be critical as closing speeds are limited by the maximum kinetic energy of the panel (usually fixed at 10J during the movement and 1J within 100mm of closing position), which depends on the weight of the panel.

The heavier the sliding door panels, the slower they will be allowed to move in order to guarantee that at no point will the panel exceed the maximum allowed kinetic energy to avoid injury to passengers. Weight is affected not only by size of the panel but also choice of frame material and glass, which may have an impact on operation.

### 5.3.3. Interface with existing architectural finishes

On Platform Edge Gates the gap between the last panel and the end wall of the platform will have to be filled in or left with an air gap (in case of insulated façade).

On Platform Edge Doors, beyond extremities there is generally a need to interface with the false ceiling or to add additional claddings in order to hide structural parts. These additional claddings can be incorporated into the Platform Edge Doors façade and supplied and installed by Faiveley. Where required, overlapping arrangements or gaskets will be inserted between the cladding and the existing finishes to ensure that there is no breach of insulation.

Alternatively glazed fanlights can be provided above the Header Box in order to increase lighten up the appearance or increase natural light.



## *5.4. Rolling Stock*

Being an extension of the train onto the platform, the interface between the Rolling Stock and Platform Edge Doors and Gates is critical.

### 5.4.1. Layout

#### Case of the "A" Division:

In case of a single rolling stock type, as is the case on the "A" Division with the 51'4" cars, the doorway centres are aligned to the train doorway centres in order to offer maximum free passage to passengers.





Case of the "B" Division:

However, on the "B" division, where both 60'6" and 75' cars operate, the Platform Door or Gate façade will have to accommodate two different configurations.

Based on the information available to us, Faiveley has run some simulations to check the doorway overlaps between rolling stocks.



Our study shows the overlap between the doorways of the two Rolling Stock to vary substantially along the platform length.

Another factor to be taken into account in the positioning and dimensioning of the doorways is the Train Stopping Accuracy. As a general rule, the Platform Edge Door or Gate doorway must be wider than the train doorway by two times the stopping accuracy in order to ensure that in any case the free passage offered to passengers will at least be the same as the train doorway.



This general rule however cannot be applied in this case as the variation in overlap of doorways between Rolling Stock is so great that by starting from the worst case scenario and adding twice the





stopping accuracy, we would arrive at huge doorways which would be too close to one another to avoid opening sliding leaves from adjacent modules to collide.

Faiveley therefore proposes to take another approach, which is that of the maximisation of free passage per car in case of evacuation. With this approach, the Platform Edge Door or Gate façade is de facto off centred from either Rolling Stock doorways, but the shift and door pitch are optimised in order to guarantee the maximum cumulated free passage for passengers of a given car.



Our simulations show that based on this approach it is possible with a variable-pitch façade to optimise the free passage per car and satisfy safety requirements.

### 5.4.2. Door Height

In case of Platform Edge Doors, door height is defined to match at least that of the train door, most commonly 2000mm or 6.6ft.

Faiveley has designed doorways up to 2300mm height (7.6ft).

### 5.4.3. Platform Gap Management

Space from façade to car body

The placement of the Platform Edge Doors or Gates to the track centre line is made based on the kinematic envelope of the Rolling Stock. The façade is placed in such a way that there is a minimum safety margin of say ½" between the point of the façade closest to the kinematic envelope (aka "KE") under the maximum







load combination.

These constraints, especially on curved platforms, explain why it is not always possible to place the Platform Edge Door or Gate façade closest to the train body. This may result in a space big enough for a passenger getting trapped between the facade and the train.

As a general rule it is considered that any gap greater than 8" represents a risk.

If necessary Faiveley can conduct a Human Impact Study to assess further in details the risk.

When such is the case, a number of parades can be considered.

a) The low tech solution is to place a sloped deflector at the base of the sliding door. Since the bottom part of the sliding door has the smallest deflection the edge of the deflector may be placed much closer to the KE.



b) If the gap is much bigger than 8" and the door configuration allows it, a horizontal infrared beam can be installed either for each door or each car. To date horizontal laser beam detection devices that could be used on a full platform length do not offer yet a sufficient level of reliability and we advise against them. The detectors may be interlocked with the façade Safety Loop, which conveys the "All Doors Closed and Locked" information to the train or train operator. The signal may also be displayed on a light indicator on track side if it is preferred not to interlock it with the Safety Loop.



c) In case the deflector is not sufficient to mitigate the risk and there is not enough space to install a horizontal beam (beam reflections on the façade and train body surfaces are a concern), laser scanners can be used hanging from the top to monitor each door or a set of door or a car. The detection signals can then be used in the same way as in b).



The introduction of these devices may impact the overall reliability and availability of the system as spurious detections may occur. Therefore their implementation has to be weighted carefully.

| [vs.]=> | Cost | Impact on Reliability | Safety Level |
|---|---|---|---|
| Deflector | + | + | + |
| Infrared Barrier | +++ | +++ | +++ |
| Laser Scanner | ++++ | +++ | ++++ |

Platform Gap

For retrofit application the platform gap was already there before the installation of Platform Edge Doors and Gates and measures have most probably already been put in place,





such as sacrificial Static Gap Filler or Mechanical Gap Fillers as shown on the right in Union Square station.

The introduction of a Platform Edge Doors and Gates system may clash with these existing devices.



a) Static Gap Fillers will not be impacted by Platform Edge Gates, especially Faiveley Platform Edge Gates which require no threshold. If Platform Edge Doors are installed, the Static gap Fillers can easily be relocated and fixed onto the threshold.

b) The case Mechanical Gap Fillers is more problematic for Platform Edge Doors as these do require their own bottom guiding system. Most likely the existing Mechanical Gap Filler would have to be removed and replaced by a new one, which can also be done by Faiveley. For Platform Edge Gates it may be possible to conserve the existing Mechanical Gap Fillers.

## 5.5. Compatibility with Existing Train Operation

Beyond the mechanical integration considerations listed above, we will have to find a way for the Platform Edge Doors and Gates to be operated in a satisfactory manner while disrupting as little as possible.

### 5.5.1. Control Options

To operate, Platform Edge Doors and Gates require a minimum of two information:

- OPEN
- CLOSE (the CLOSE can be assumed to be the default state in absence of an OPEN order)

In return, the system will return the safety critical information ALL DOORS CLOSED AND LOCKED, which confirms through a Safety Loop that all sliding doors and Emergency Egress Doors (Platform End Doors are often excluded from the Safety Loop in order to avoid impact to service in case of wrong operation by station staff).

<u>Interface with a Signalling System</u>

The most common mode of control of the Platform Edge Door or Gate façade is through orders sent directly by the existing Signalling System by dry contacts or network interface. A physical interface will be required in the Signalling Room or PD&G Technical Room.

As various train lengths are used on NYCT tracks, the Signalling will send discrete OPEN orders for each train configuration, which will then be







processed by the PD&G Control Cubicle to dispatch the relevant orders to the concerned door modules.

It is vital in doing so that the Signalling ensures that these orders can only be sent to the PD&G if the train is stopped at the right location. If this cannot be ensured, a second OPEN ENABLE signal may be sent in parallel to ensure that the train is docked safely at the platform.

The ALL DOORS CLOSED AND LOCKED signal will be returned by the same means to the Signalling System, which will process it to allow the departure of the train.

Dedicated Train/PD&G Interface

In case the existing Signalling System is not able to send order directly to the PD&G Control Panel, Faiveley can provide our in-house dedicated Train/PD&G Communication System, based on the use of antennas under the carriage of each train, and beacons on the track.

The beacons are dimensioned in a way that communication can only be initiated within the allowed range of stopping position, which resolves not only the control issue, but also the matter of ensuring of a safe opening.



Many antennas may have to be installed on the track in order to cater for the different train configurations.

Once the Platform Edge Doors and Gates have completed their open/close cycle, the ALL DOORS CLOSED AND LOCKED will be returned to the train cab through the communication system and allow the train driver to depart. Alternatively/in addition the signal can be displayed on a light indicator on track side.

Using this system emulates closely a typical Signalling Interface with a comparable façade reaction time, however, PLCs and antennas have to be installed on board each train cab, which can make the system costly to implement. Note also that the on-board PLC also needs to be able to receive the information that the train is stopped (speed=0) in order to achieve a safe façade opening.

Stand-alone SIGless Control System

Faiveley is currently finalising its stand-alone Control System that makes abstraction of any link to a





Signalling System (i.e. SIGless) or even with the train. The SIGless Interface is to be installed later this year on an operating railway.

This system relies on the use of platform borne Doppler, Laser and Infrared scanners to:

- Detect the arrival of a train
- Confirm that the train is stopped at the right location
- Confirm that the train speed is nil

Once these conditions are met, an additional set of sensors will remotely detect the opening of the first 2 or 3 train doors and instruct the Platform Edge Doors and Gates Control Panel to open the façade doors.

In order to be able to manage the different Rolling Stock and train lengths, additional sensors will be required to physically assess the type of train docked,



or receive direct information by reading barcodes labels stuck on the train car body.

This system has the advantage that no on-board equipment is required. However, the reaction time of the PD&G façade will be longer as system will detect the actual opening of the train doors and not the order sent by the train operator to open the train doors, which will include a 200 to 300ms lag.

Manual Control

If staff are available on-board the train or on the platform it can be considered to operate manually the façade by use of Manual Control Panels installed wither at platform extremities, on track side in front of the driver door or lookout man, or in a platform booth.

Although low in cost, this system requires strict operating procedures to ensure that the opening is always done in a safe manner and the façade reaction time will depend on human factors.

Driver Control Panels can be concealed within the façade and secured with access keys to avoid tempering.



Faiveley masters in-house all 4 means of control listed above.

## 5.5.2. Cost and Impact on Dwell Time

These four methods of control do have different costs of implementation and do affect differently the reaction time of the façade to open, and therefore ultimately the train dwell time and headway.



**New York City Transit**

| [vs.]=> | Cost | Dwell Time | Reliability | Availability |
|---|---|---|---|---|
| **Signalling Interface** | ++ | ++ | ++++ | ++++ |
| **Train/PD&G Com System** | ++++ | ++ | ++++ | ++++ |
| **SIGless Control System** | +++ | +++ | ++++ | +++ |
| **Manual Control** | + | ++++ | + | + |

### 5.5.3. Degraded Modes

In case of breakdown of the normal means of control of the PD&G (c.f. above), Manual Control Panels must be provided for either the driver or platform staff to take over from the automatic control mode and operate the facades until resumption of the normal mode of control.

As a matter of safety manual operation of the doors should only be done with clear line of sight of the façade and therefore we advise against considering the control of the doors from a remote location such as the Station Control Room.

### 5.5.4. Monitoring

The Door Control Units that equip the each door module will continuously return events, alarms and status to a Master Monitoring System computer located in the Control Cubicle. This Master Monitoring System can be used in stand-alone or be connected to the station SCADA or SMS.



Faiveley offers an in-house monitoring system, which offers a real-time status of the facades as well as predictive maintenance and diagnostic tools.

## 5.6. Integration of Other Existing Station Facilities

The installation of the Platform Edge Door or Gate façade may come in the way of existing facilities of equipment.

We however consider this as the opportunity to better integrate those equipment within the platform environment and architecture.





### 5.6.1. Fire Fighting Equipment and Alarms

Fire extinguisher or hose reel cabinets can be integrated in the façade in lieu of a Fixed Panel.

Similarly, Fire Alarm push buttons can be mounted on façade posts on the whole platform length.

### 5.6.2. Existing Cabling

In case of Platform Edge Doors, existing overhead cabling can be concealed in the cladded space above the header Box

### 5.6.3. CCTV

Flush CCTV cameras can be mounted on the Header Box covers.

Moreover, obstructions reported by individual doors can be relayed through the Master Monitoring System to the CCTV system in order for example to automatically display in the Station Control Room the picture of the obstructed door.

### 5.6.4. Public Announcement System

Public Announcement speakers can be mounted flush and concealed within the Header Box covers.

### 5.6.5. Lighting

The façade can be used as a means to illuminate the platform either by adding a boomlighting to the header box, as shown on the right in Hong Kong, or by adding down-lights above each doorway.



### 5.6.6. Signage Panels

Care has to be taken that existing signage panels will not clash with opening header Box Access Panels.

---





## 6. INTERFACE WITH PASSENGERS

### 6.1. Signage

Passenger Exchange

As a standard feature of Platform Edge Doors or Gates, Door Open Indicators are provided to warn the passenger of the opening of the doors, accompanied or not with a buzzer sound.



In order to better guide passengers in an orderly manner and facilitate the passenger exchange, arrows can be added on the floor in front of the doorway. This can be done even easier if the tiling along the platform or copingstone are changed, in which case embedded arrows can be installed at the same time.



Platform Gap

If there is concern over the platform gap, a LED strip can be incorporated in the threshold to make it stand out when the doors are opened.

Traffic

Platform Edge Doors and Gates offer ample additional surface to post line maps and specific platform information, but can also incorporate LED LCD screens to provide useful traffic information such as:



- ▪ Imminent arrival of a train
- ▪ Train consist and active doors
- ▪ Doors out of order

Such LCD information displays can be seen on the picture above showing Madrid Platform Edge Door facade.

### 6.2. Access for Persons with Reduced Mobility

The installation of the Platform Edge Doors and Gates will introduce an additional step for passengers with reduced mobility or impaired vision to board or alight trains and some measures will have to be taken to accommodate them.

 

### 6.2.1. Tripping Hazards

Platform Edge Door threshold plate should be designed to ensure
that no additional tripping hazard is introduced.

It is advised to use a groove guide, which ensures that the threshold
surface is flush and level to the floor.



### 6.2.2. Toe Trapping

Sliding doors should be designed in a way that minimises the gap between the bottom of the panel
and the floor.


Faiveley designs its Platform Edge Doors and Gates system so that there is no more than 10mm
gap under the sliding panels and Emergency Doors.

### 6.2.3. Platform Gap

As explained previously the platform gap situation should not be worse than prior to the installation
of the facade, however the exercise can be an opportunity to improve it:

- Installation of Static Gap Fillers to narrow the gap
- Readjustment of the flooring or threshold level at the doorway to make it more level to the
  train floor
- Installation of Mechanical Gap Fillers, either sliding type of pivot type.

### 6.2.4. Blind tactile tracks

Most NYCT platforms are equipped with blind tactile tracks running
all along the platform edge. These will have to be relocated further
inwards, and designed in a way to guide the passengers to the
doorway locations.



As there will be different train consists and lengths, a system will
have to be devised to let blind passengers know the doorway
numbering (e.g. Braille plates), so they can relate to the announcements.

### 6.2.5. Emergency Egress

Emergency Egress Doors are equipped with push bars on the track side. Their
height will have to be adjusted to ensure safe use by passenger on
wheelchairs.



Faiveley Platform Edge Doors and Gates use push bars compliant with the
latest safety standard EN11125.

### *6.3. Vandalism*

Vandalism is a concern in all big urban metro networks, but some precautions can be taken in order
to mitigate the occurrence and cost to remedy to it.





### 6.3.1. Frames

Definitely stainless steel remains the most scratch resistant material over Aluminium, which is somewhat softer. Stainless steel can also be re-polished in-situ.

Powder coating is repairable on site using touch-up paint but the results are not always very satisfactory.

Anti-graffiti/scratch films can be applied on the frame itself and replaced ad-hoc.

In term of design, some design tweaks can be made on the frame design to avoid breakage of the glass:

- Edge guards around flush glass panels to avoid chipping around the glass and at corners (left).
- Addition of a protective edge on the frame to recess the glass and avoid ripping shocks (right).




### 6.3.2. Glass

Similar to frames, high performance anti-graffiti/scratch films can be applied on the glass surface. Newest products provide very satisfactory results and are virtually invisible when applied properly.

Platform Doors panels installed in Sevilla, Spain by Faiveley have all been fitted with anti-graffiti film.

On Platform Edge Gates, it is possible to do away with glass altogether by using textured metal plates. Another option, especially on Fixed Panels is to use some of the new architectural wire mesh, which will offer the additional advantage to facilitate air circulation.



### 6.3.3. Locks and Accessories

All Emergency Egress and Platform End Doors should use hidden pivots rather than hinges.

Staff access locks provided on sliding and pivot doors can make use of either classic square or triangular key holes, or use a custom design shape less likely to be tempered such as star or pig tail. It can also be considered to make use of custom made barrels, which could be used all through the







network with a strictly controlled key, although the cost can be quite substantial.

## *6.4. Safety*

### 6.4.1. Obstacle Detection

Platform Edge Doors and Gates are usually specified to detect obstacles of more than 6mm thick.

Faiveley achieves this function through the doorway Door Control Unit, which monitors the voltage and current of the motor in order to detect surge that signal an obstruction. This system is very efficient and reliable as it does not depend on an independent sensor, and allows us to detect obstacles down to 4mm thickness.

Once detected the doors can be programmed to have any number of the following behaviours:

- Release the force on the object and free the door so what whatever was trapped can be removed and try again to close after a set number of seconds for a set number of attempts.
- Reopen by a set distance, and then try again to close after a set number of seconds for a set number of attempts.
- If after a set number of attempts the obstacle has still not been removed, it is possible to nudge on the obstacle with a low force.

If deemed required a redundancy can be offered on this function by installing a secondary contactless obstacle detection device, as done in our Riyadh project. These devices consist of an infrared detector fixed above the doorway and that checks the presence of a person or object in between the doors. It is to be noted that normally one means of detection is considered sufficient as additional sensors may lower the reliability of the overall system.

### 6.4.2. Passenger Guides

In order to avoid passengers from reaching the space on either side of the doorway when getting on or off the train, and on top of the deflectors mentioned in §5.4.3, vertical guides can be fitted on the centre mullion of the sliding doors.



## *6.5. Security*

### 6.5.1. Civil Defence

It is possible to design the Platform Edge Doors and Gates so that they can comply with Civil Defence requirements, which will provide for stronger fixings, structural and frame members and design measures to avoid covers and fittings from snapping off.

### 6.5.2. Bomb Proof

To date there are no networks equipped with bomb proof Platform Edge Doors. Some preliminary studies were made for the Tel Aviv metro a couple of years back that showed that the cost and the impact on the Platform Door construction (especially sliding door weight, i.e. closing speed, due to the size of the frame required and the bomb proof glass) would affect operation too much for the benefit it brought.





### 6.5.3. Fire Resistance

Typical Platform Edge Doors are not designed to be fire resistant but the fire load is assessed and all rubber seals and cables use only low smoke halogen free materials (cf. standards in §4).

Faiveley has installed the only fire resistant Platform Edge Door facade in Roma, Italy, which is compliant with REI120 standard. The facade uses a specific frame design able to withstand high temperatures, as well as rated fire glass.



## *6.6. Emergency and Evacuation*

### 6.6.1. At Doorways

All sliding doors are equipped on track side with an ergonomic handle allowing the passengers to manually open the sliding doors in case of failure.

### 6.6.2. In case of misalignment

As mentioned previously Emergency Egress Doors will be provided in between doorways to allow passengers on track side to alight the train in case of misalignment.

The number and location of these doors will be devised by detrainment simulations for various stopping distances.



As Emergency Egress Doors are substantially more expensive than Fixed Panels, their quantity must be fine-tuned.

## *6.7. Infotainment*

In essence Platform Edge Doors and Gates offer a much better advertising surface than platform walls as passengers awaiting a train are more likely to look towards the track.

The Fixed Panels on Platform Edge Doors and Gates and even Fixed Driving Panels on Platform Edge Gates are perfect to integrate large size LCD screen or backlit advertising panels. The hardware used is of industrial type and has been rated for railway environment (EMC, vibration).

Faiveley sees in this New York City Transit retrofit project an excellent potential for the implementation of infotainment and/or related advertising on the Platform Edge Doors and Gates facades. Beyond the display hardware, Faiveley also masters the broadcast of media content in a railway environment to its existing On-Board System.

Infotainment screens can also be linked to the Master Monitoring System to also display traffic information and operation messages as mentioned in §6.1.

_____





## 7. RELIABILITY & MAINTENANCE

### 7.1. Factors impacting Reliability Performance

Based on a "standard" Platform Edge Door and gate system equipped with typical features, we have assessed the average service failure rate per platform to be $7.27 \cdot 10^{-4}$ failures per hour based on:

- 40 doorways and 40 EEDs per platform,
- 30 door openings per hour during 19 hours per day, with a passenger exchange of 20s.

This figure may be affected in case additional equipment is included in the design:

- Number of Emergency Egress Doors
- Addition of "Door Open" switch sensors (open position is usually confirmed by software)
- Addition of secondary obstacle detection sensors
- Use of Platform Gap monitoring sensors.
- Use of Mechanical Gap Filler

### 7.2. Maintenance

#### 7.2.1. Access

All Platform Edge Doors and Gates systems are designed to be maintained from the platform side.

#### 7.2.2. Glass Replacement

It is often desired that the glass can be replaced without removal of the glass. These arrangements usually require the use of a sub frame to hook the glass in place on its frame. Beyond the cost impact of this arrangement on the price of a panel, it adds to the weight of the panel, which may impact panel weight.

For large Fixed Panels of more than 5' wide, we advise against using dismountable glass as carrying a 5' long piece of glass in the station during non traffic hours is more risky than a full panel with frame.

For Emergency Egress Doors, a dismountable glass make that the frame must be stronger than usual in order to ensure that the panel remains square as it is only supported on one side.

Faiveley recommends in general using non removable glass in order to ease panel manipulation and lower their weight. If removable glass is required, we advise to restrict it to sliding doors.

In case of glass breakage, normal procedure is to use Emergency Temporary Covers which are kept in each station for each glass size to cover the broken panel until it can be replaced the following night.

### 7.3. Following-Up Performance

The Master Monitoring System records all events and alarms and can provide a statistical analysis of events.





It is also possible to update from the Technical Room the software on all doors of a given station, and follow real-time performance indicators, such as motor current consumption, which could point to an increase in the friction of the door, and allows for it to be corrected ahead of failure.

### 7.4. Track Access

In case it is considered to move large equipment from track to platform, a section of the facade can be designed in a way that it can be easily dismantled in one night to offer enough space. This is especially easy to implement on Platform Edge Gate systems.

———————————





## 8. INSTALLATION

### 8.1. Faiveley Retrofit Experience

Faiveley has extensive Retrofit experience on both Platform Edge
Door and Platform Edge Gate systems.

On all the projects highlighted in §2.3.2., installation has been
conducted on an operating railway by night time within a narrow
window of 3-4 hours, with all installed units fully operational by the
next day.



### 8.2. Factory Pre-Assembly

In Platform Edge Doors, Header Box assemblies are fully
prewired and tested in the factory and use connectors to
allow for a plug'n play installation on site.

In Platform Edge Gates, by design the Fixed Driving Panel
and sliding leaf are fully assembled and tested in factory.
The units are similarly equipped with waterproof
connectors to keep to a minimum on site termination.



### 8.3. Pre-testing

For a retrofit installation, all units will typically be shipped from the factory to a warehouse at their
final destination where the units will again be tested functionally and undergo a 10,000 cycle pre-
installation endurance test.

### 8.4. Delivery Routes

One of the main challenges of a retrofit installation is the delivery of material to the platform. Ideally
a work area should be made available somewhere in each station for storage of a few nights work
worth of material. This may not always be possible and in certain cases material has to be delivered
and taken away every night.

As pre-assembled units are very bulky it is in any case preferable to deliver it by way or works train.

### 8.5. Work trains

A number of flat bed wagons should ideally be made available for the sole use of the facades
installation (at least one per number of platforms susceptible to be installed concomitantly).

Faiveley will modify the wagons in order to facilitate storage and off loading of the units, as shown
for example on the modified wagon below.





## 8.6. Pace of Installation

The installation pace and sequence depend on many factors such as the acceptable level of interruption of traffic, logistical constraints and the handling of passengers during the transitional installation period, which can be illustrated by the two following extreme examples:

### Case of Hong Kong retrofit

In Hong Kong the customer MTRC expects all Platform Edge Gate modules installed on a given night to be fully functional the following day. As a consequence only 2 to 3 modules will be installed each night in order to be able to dismantle them if one is not functional, which of course lengthens the overall installation time.

### Case of Seoul retrofit

In Seoul it was deemed acceptable to install first all Platform Edge Door structural parts, frames and panels, with sliding doors left open during traffic hours, and only then carry out last door adjustment and commissioning. This allowed for the full facade mechanical equipment to be installed in a few nights only, with doors then slowly put in operation one after the other.

Many other scenarios can be devised and Faiveley is ready to elaborate with you jointly a tailor made solution that will best suit your 24/7 operational requirements.

## 8.7. Installation Sequence

### 8.7.1. Platform Edge Gates

The installation is carried out as follows:

1. Installation of all cables and connectors from the Technical Room to each module location.
2. Installation of Control and Power cubicles in the Technical Room, termination to their interfacing systems and pre-testing.
3. Installation of Manual Control Panels and Driver Control Panels on the platform.
4. Check of all terminations from technical room to each doorway location.
5. Refurbishment of the platform edge (if applicable) and drilling of all fixation holes.
6. Only when all items above have been completed and checked does the Platform Gate facade installation commence.
7. Modules are installed from tailwall to headwall, 2 to 3 at a time, always finishing on an additional half doorway which is necessary to support the adjacent Fixed Panel or Emergency Egress Door and will be kept disabled the next day.
8. Every installed module undergoes a last series to tests to check basic functions and that Safety Loop and monitoring are operational.






### 8.7.2. Platform Edge Doors

For Platform Doors, the methodology is different and is carried out sequentially:

1. Installation of all cables and connectors from the Technical Room to the head of each platform.
2. Installation of Control and Power cubicles in the Technical Room, termination to their interfacing systems and pre-testing.
3. Installation of Manual Control Panels and Driver Control Panels on the platform.
4. Preparation by Faiveley or Others of the platform edge recess.
5. Drilling of upper and threshold interfaces.
6. Installation of Header Box with door mechanisms on full platform length.
7. Connection of each mechanism and pre-testing and cycling.
8. Installation of the threshold on full platform length.
9. Only when all items above have been completed and checked does the Platform Gate facade installation commence.
10. Modules (posts and panels) are installed from tailwall to headwall, 2 to 3 at a time, always finishing on a post.
11. Every installed module undergoes a last series to tests to check basic functions and that Safety Loop and monitoring are operational.



### 8.8. Safety of Passengers during Installation

Temporary covers with anti-slip are installed on all areas of the platform edge under works to avoid tripping and slipping hazard to passengers.

On the last leading unit, high visibility tape and signage is provided in order to indicate passengers of the transition zone between facade and bare platform.





### 8.9. Environmental Impact

On elevated platforms noise can be a nuisance to surrounding buildings.

Portable noise proof enclosures are used during the drilling stage to avoid disturbance to the neighbouring population.



---





## 9. PROJECT SCHEDULING

The following information is based on the typical Non Traffic Hour installation. As highlighted in §8.6., a customised sequence will have to be devised for NYCT.

### 9.1. Preliminary works

Duration of the preparation of the platform edge recess for Platform Edge Doors and reinforcement if necessary can vary depending on the complexity of the work.

Other preliminary works usually require a total of 3 to 4 weeks before the first module can be completed.

### 9.2. Platform Edge Gate Module Installation

If modules are expected to be fully functional the next day then no more than 2 to 3 modules can be installed each night.

If it is acceptable for modules to remain open the next day then as many as 6 modules can be physically installed every night and adjusted the following nights.

### 9.3. Platform Edge Door Installation

Platform Doors require a lot more fixation to be done, and overall each module (first header and threshold, followed by posts and panels) will necessitate overall 4 to 5 nights of work.

| [vs.]=> | Installation Cost | Installation Duration | Disturbance to Passengers |
|---|---|---|---|
| Platform Door | ++++ | ++++ | +++ |
| Platform Gate | ++ | ++ | ++ |





## 10. PROJECT FINANCING OPTIONS

With regard to the Project Financing, Faiveley Transport is financially capable and as a corporation prepared to offer a variety of project financing solutions, ranging from very classical solutions to more elaborate solutions.

Among the more classical solutions, for indication only, one can mention straight forward *buyers credit solutions* or likewise *very favourable payment terms*, implying little if not even *nil down-payments / upfront payments*. Such solutions do not exclude each other; on the contrary they can be combined.

Among the more elaborate solutions we are equally financially capable and as a corporation prepared to consider a *BOT agreement* in association with one or at maximum two *local, qualified and professional partners (with regard to the operations and the possibility of revenues sharing options)*; in the ideal and optimized case under such BOT scheme, the financial solution being considered by Faiveley and its to be associated partners would *allow NYC Transit not be required " to spend one single dollar"* on the construction and operation of the platform edge doors, let alone any upfront payment, whilst enjoying from day one of the *"going into service"* of the Platform Edge doors, the absolute safety and convenience on the platforms for all passengers and staff and ancillary benefits of uninterrupted rail services for NYC Transit.

Despite this early stage of the RFI, FT has already started to get in touch with potential qualified partners and is proactively pursuing this path.