# RFI #10RFIN44

# Platform Screen Door / Platform Edge Door /

# Platform Edge Gate System



**SUBMITTED BY:**



**TIS PARTNERS**

**IN ASSOCIATION WITH**

**SEOUL METROPOLITAN RAPID TRANST CORPORATION**

**HALMAR TRANSPORTATION SYSTEMS, LLC AND**

**PARSONS TRANSPORTATION GROUP**

**SUBMITTED TO:**



**Mr. John C. Oricchio**
**New York City Transit**
**2 Broadway, 19th Floor, Room D19.91**
**New York, NY 10004**

**Date of RFI Response:  March 1, 2011**

NYCTA-006375

The data contained in this proposal is **proprietary to TIS Inc. and Halmar Transportation Systems and is furnished to the recipient solely for the purposes of evaluation of the proposal and award of a contract on the basis thereof.  Disclosure of this proposal, or any part thereof, outside the recipient's organization or for any purpose other than those stated above, is prohibited without the express written approval of TIS Inc. and Halmar Transportation Systems.**

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006376  Page 2

## Table of Contents

Cover Letter .................................................................................................................................. 5

Introduction .................................................................................................................................. 7

Our Team – Roles and Responsibilities ...................................................................................... 9

    TIS Team .................................................................................................................................. 9

    Organization Chart .................................................................................................................. 10

    TIS Inc. .................................................................................................................................... 11

    TIS, Inc. Additional Key Staff ................................................................................................ 12

    Halmar Transportation Systems, LLC, a sister company of Halmar International, LLC ......... 13

    Halmar Projects ...................................................................................................................... 17

    Halmar's Key Staff .................................................................................................................. 21

    Parsons Transportation Group ............................................................................................... 22

Types of Screen Doors ................................................................................................................ 23

    Platform Screen Door [PSD] .................................................................................................. 23

    Platform Edge Door [PED] ..................................................................................................... 23

    Platform Edge Gate [PEG] ...................................................................................................... 23

Overview of the Components of the PSD System ...................................................................... 24

System Attributes ....................................................................................................................... 25

    Minimal on-site assembly ....................................................................................................... 25

    Flexible Control ...................................................................................................................... 25

    Dynamic Operations ............................................................................................................... 26

    Emergency / Maintenance Access .......................................................................................... 27

    Component Reliability ............................................................................................................. 28

    Maintenance and Repair ......................................................................................................... 30

    Security ................................................................................................................................... 30

    Information Display and Advertising Options ......................................................................... 31

    Integration with Existing Infrastructure ................................................................................ 32

    Operational Compatibility ...................................................................................................... 32

Ventilation .................................................................................................................................. 33

Proposed Construction and Installation .................................................................................... 34

    Station Equipment 1 platform (2 sides) .................................................................................. 34

    Carborne Equipment (4 operating cabs 1 train consist) ........................................................ 34

    Schedule – Phase I ................................................................................................................. 35

Relevant Experience ................................................................................................................... 36

    Track Record for BOT Project ............................................................................................... 36

    Track Record for the Supply of Screen Doors for SMRT ....................................................... 36

References .................................................................................................................................. 37

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006377    Page 3

Authorization from SMRT ................................................................................................... 37

Additional Qualifications ................................................................................................... 38

    TIS Role and SMRT Experience ................................................................................... 38

    TIS Seoul Metro PSD Project Description ................................................................... 38

Project Financing ............................................................................................................... 39

Implementation of Phases ................................................................................................. 40

Conclusion ......................................................................................................................... 41

Appendix A Resumes of Key Staff (TIS and Halmar) ...................................................... 42

Appendix B Authorization under SMRT ......................................................................... 588

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006378   Page 4

## Cover Letter

March 1, 2011

Mr. John C. Oricchio
New York City Transit
2 Broadway, 19th Floor, Room D19.91
New York, NY 10004

**Subject: NYCT PSD PROJECT/Contract No. 10RFIN44**

Dear Mr. Oricchio:

In response to your Request for Information on the above subject matter, TIS Partners, Inc. (TIS Partners), in association with Seoul Metropolitan Rapid Transit Corporation (SMRT) Authority, Halmar Transportation Systems, LLC (Halmar), and Parsons Transportation Group (PTG), is pleased to express our keen interest in your project and submit the relevant information.

TIS, Inc. (TIS), a founding partner in TIS Partners, pioneered and successfully retrofitted the initial PSD/PED/PEG systems, delivered under an innovative BOT (Build-Operate-Transfer) transaction structure with an associated advertising placement business concept at **24** pilot heavy rail 10-car stations of the Seoul Metro Subway System, in Seoul, Korea.

SMRT, operating under the Seoul City Government, developed the first standardized modular concept in retrofitting PSD/PED/PEG systems, and implemented this new system in their existing **148** heavy rail stations. This new system reduced costs and minimized retrofitting time, resulting in minimal inconvenience to the passengers.

Halmar Transportation Systems and Parsons Transportation Group bring a high level of in-depth resources and proven experience on complex transit systems contracts and large-scale infrastructure projects. The Halmar PTG team is a unique entity with established track records of success in the MTA New York City Transit area on complex transportation projects requiring the ability to navigate the complexities of vital and non-vital diverse carborne and wayside systems and construction architectures while maintaining revenue service.

By using TIS Partner's know-how and experience, we are confident that New York City Transit (NYCT) will be able to roll out our **Innovative Retrofit Process (IRP)** system-wide, minimizing costs and operational hindrances. The resulting PSD's will provide safety, reliability, reduced claims, future advertising revenue streams, and will be well received by the public.

We are committed to the success of this effort, as evidenced by our proven large scale heavy rail applications, extraordinary team and the capabilities expressed in this proposal response. We look forward to the opportunity to meet with you to present our ideas and continue the dialogue on how we can contribute to this important effort.

## Cover Letter (Continued)

We sincerely hope this response to your RFI satisfies your request.  Should you require additional information, please feel free to contact us.  We look forward to a positive response.

The primary contact person for this proposal is Mr. ZW Koo, Managing Director, Boston Sovereign Capital, (Tel 917-733-5301 – Email zkoo@bostonsovcap.com)

The secondary contact person for this proposal is Mr. Joseph Kay, Principal, HALMAR Transportation Systems, LLC (Tel 845-735-3511 – Email jkay@halmarinternational.com)

Sincerely yours,

_____

CJ Yoo, Chairman

TIS Partners, Inc.

## Introduction

We are pleased to submit this response to the Request for Information ("RFI") #10RFIN44, New York City Transit ("NYCT") to retrofit Platform Screen Door ("PSD")/Platform Edge Door ("PED")/Platform Edge Gate ("PEG") systems on existing NYCT Subway lines.

TIS, Inc. (TIS) retrofitted the initial 24 ten-train heavy rail subway stations in Seoul, Korea, with PSD/PED/PEG system under a BOT transaction arrangement, combined with advertising business, from December 2004 through June 2006. As a result of the revolutionary TIS pilot demonstration, the benefits from PSD/PED/PEG systems were immediately recognized, and in 2007 the Mayor of Seoul decided to retrofit the entire system of all 8 subway lines consisting of 268 stations throughout Seoul, Korea.

Seoul Metropolitan Rapid Transit Corporation (SMRT) had initially faced major hindrances and unexpected difficulties between normal operation and retrofitting the system. Nevertheless, they had to complete their 4 lines comprising 148 eight-train heavy rail stations as soon as possible. Under the guidance of Dr. SJ Eum, a member of their top management, who is also the Asia-Pacific Chairman of UITP (International Association of Public Transportation in Paris), SMRT decided to develop their own retrofitting method, and standardized the door module to minimize retrofitting time at the platforms. As the result of it, fabrication and installation to minimize retrofitting time at the platforms. SMRT could complete the PSD/PED/PEG system at all 148 stations in a record time of 2 years, with completion by the end of 2009.

All 268 stations in 8 lines are now fully retrofitted with PSD/PED/PEG systems resulting in aesthetically pleasing stations, cost savings, and eliminating passenger fatalities at platforms. The stations are underground as well as elevated (island and perimeter platforms) accommodating 8-10 cars per train (20m (65'6") long cars with 4 pairs of car bi-parting doors per side). The stations were retrofitted with PSDS during the service stoppage hours (12:00AM - 04:00AM), thereby minimizing passenger inconvenience.

TIS Partners, as SMRT's exclusive partner in the use of their proprietary PSD technology and know-how in international projects, is entrusted with the global dissemination of this technology. By combining SMRT's proven technology with TIS Partners' BOT experience, TIS is committed to the betterment of the public transportation sectors around the world that are facing budgetary constraints.

The scope of this project requires an experienced team that has furnished and installed PSD systems successfully, and possesses the intimate knowledge of NYCT operations and construction requirements because existing platform conditions in New York are different that used to provide unexpected frequent schedule delays in Seoul generating passenger inconveniences as well as monetary losses by operational hindrances. With this in mind, TIS has partnered with Halmar Transportation Systems and Parsons Transportation Group. Halmar provides the broad scope of resources required to construct and enhance the wide variety of systems in use at New York City Transit (NYCT). Halmar staff know how to cut over and place systems in-service while maintaining operations and existing service. Halmar has already successfully implemented complex systems installations and infrastructure projects for NYCT and other MTA operating agencies.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

## Introduction (Continued)

We believe there are three key factors that NYCT should consider in moving forward with the evaluation of a team skilled in the manufacture and implementation of PSD's, PED's, and PEG's:

**The Team** - Proven experience, high level of expertise, and depth of resources of the team members, each with complementary skills and expertise for the variety of systems including Platform Screen Doors, Signalization, Communication, Platform CCTV, and Carborne is a critical success factor in NYCT's PSD project. The versatility of the systems engineering team being proposed--particularly with integrating legacy and newer technology systems, and their ability to modify and enhance RTO Human Machine Interface (HMI) requirements and design-build each PSD system while maintaining or enhancing station characteristics - is a unique characteristic of the team. Furthermore, the team has demonstrated experiences in understanding and working well with NYCT's projects.

**The Technology** – The technology used in PSD's, PED's, and PEG's is world class, leading edge, *and* proven.  The key attributes of the system, such as its modular design, flexible controls, reliability, maintenance, video capabilities, and integration into existing infrastructures are second to none, and have made our implementations a world-wide showcase.

**The Track Record** – We have a successful track in the manufacture and installation of PSD's, PED's, and PEG's in large transit systems, with 9,500 doors and 148 stations to-date.  With our patented Innovative Retrofit Process (IRT), we have been able to save customers time and money, while mitigating passenger safety incidents.

As our qualification statement will demonstrate, the TIS Team was structured with these factors in mind. We understand the critical part that this project will play in delivering quality service to your customers and a team has been coalesced with the requisite resources to ensure success.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006382  Page 8

# Our Team – Roles and Responsibilities

## TIS Team

The TIS Team is comprised of professionals with engineering design, manufacturing and construction who have a wide range of experience covering every aspect of rail projects. Each member of the team reflects leadership in their respective discipline with a strong focus on platform screen door systems, signalization, and communications design, installation, commissioning, testing and maintenance service. The strength of our core team lies not only in the exceptional international qualifications and experience of TIS and SMRT but of the New York team members, representing decades of experience, building MTA's NYCT infrastructure where they have been an integral part of the design and/or delivery process.

The TIS Team and its sub-consultants have built a true partnership that has at its foundation, mutual respect, communication, and a commitment to deliver only the highest levels of quality. This strategic partnership will not only form the basis of how we communicate at all levels of the organization as an integrated team, but it will also drive our approach and relationship with NYCT. Our goal is to work as a "strategic partner" with NYCT - understanding your commitment to the highest caliber of quality and service, while focusing on all of the issues that affect the project's success.

| Company | Responsibility | Approximate Company Size |
|---|---|---|
| TIS, Incorporated | Project Developer, FS, Funding, Consulting and Supervision | 31 Personnel |
| TIS Partners, Incorporated | FS, Contract, Funding, Financing, Procurement, Adverting Operation | Newly formed entity as the B-O-T vehicle |
| Seoul Metropolitan Rapid Transit Corporation | Patent Supply, Technical and Operational Supervision/Support | 6300 Personnel |
| Halmar Transportation Systems/Halmar | Construction Management | 600 Personnel |
| Parson's Transportation Group/Parsons | Engineering / Design | 12000 Personnel |

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006383  Page 9

## Organization Chart

The organization of the team will be comprised of:



Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006384 Page 10

**TIS Inc.**

TIS, in the role of project developer and supplier, will facilitate the procurement of PSD Systems and video panels. TIS will arrange for SMRT to provide patented technical information for the installation and operating know-how for this project. TIS will also provide know-how for the BOT business concept of panel advertising. TIS's Innovative Retrofit Process coupled with our experience and know-how will ensure NYC Transit gets the proper equipment with the right resources, and will ensure that the project is completed quickly, safely, and with minimal budget constraints.

## Company Introduction and Background

Since our incorporation in 1999, TIS has been a leader in the parking and traffic management industry with its self-developed international patents (www.tis21.com), international trading businesses, as well as various consulting and large-scale projects such as the Subway BOT project in Seoul, Korea.

The TIS management team, led by C.J. Yoo, Founder and Chairman of TIS, and Yujin, consists of ex-Hyundai Group management who have founded more than a dozen of Hyundai Group and other conglomerate companies.

**CJ Yoo,** the founder of TIS and Yujin, has an extensive 35-year track record with Hyundai Group companies, managing and building multi-industrial and multi-international operations, divisions and plants, as well as turnarounds and start-ups. He was the CEO of Hyundai Precision, now called Hyundai Mobis, a multi-billion dollar international corporation. He successfully turned around several unprofitable businesses, successfully built six separate companies for the Hyundai worldwide, and set-up more than ten manufacturing facilities including those for Korea Heavy Industries. He has industrial experience running and managing heavy machinery, automotive, construction, cement, paper and power plants and facilities. He has been awarded honorary USA citizenships in Alabama and Tennessee. He has completed coursework for his PhD in Management Science at the University of Alabama.

During the early years of Korea's rapid industrialization, Mr. Yoo built six Hyundai Group companies in construction equipment and machinery and set up more than ten large-scale manufacturing facilities from paper and auto parts, to construction equipment, including those owned by Korea Heavy Industries Company (now Doosan Heavy Industry Co.,Ltd.). He also turned around several unprofitable businesses. He set up and ran well-known facilities like Mando Machinery's auto parts plant in Korea, Halla Resources' wood chip mill in Papua New Guinea, Halla Heavy Industries' shipbuilding & construction equipment plant in Incheon, Korea Heavy Industries' power plant and Samsung-Volvo's construction equipment plant in Changwon, Korea. During this period, he also negotiated and set up for the first time numerous licensing and trade agreements for Hyundai with many well known companies like Allis Chalmers-Fiat-Allis, Dresser Industries, Yale Materials Handling, Nissan Construction Equipment, Shinko Forklift Trucks, Combustion Engineering for nuclear boilers, GE for turbines and generators, Cummins Engine for diesel engines, Winn United for steel mill machinery, Chrysler for air conditioning compressors, Poclain S.A., for excavators, American Hoist & Derrick for mechanical cranes, Mitsubishi Electric for automobile electrical parts and Tokico for Japanese shock absorbers.

In industry-related activities, he has been Vice Chairman of the Korean Automobile Manufacturer's Association, Chairman of the 20th International Conference of Computer and Industrial Engineering,

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

## TIS (Continued)

Chairman of Korea CNC Machine Tool Manufacturers Association, Vice Chairman of the Korea Machine Tool Manufacturers Association and Advisor to the Korea Industrial Engineers Association and to the Alabama World Trade Center.

At the University of Alabama, he completed PhD coursework in Management Science, was awarded a Master of Science in Industrial Engineering as a Distinguished Industrial Engineering Fellow and Alpha Pi Mu I.E. He has B.S. in Mechanical Engineering from Hanyang University, Seoul, and served his Korean military service in the Air Force.

### Pioneering PSD's

Having evaluated various companies from large to small ones who to use its patented PSD related technologies in the world, SMRT (Seoul Metropolitan Rapid Transit) asked TIS management team to market their technology considering TIS past management capacities as well as the reference record of PSD project success under BOT with Seoul Metro.

TIS management team is proud of having pioneered the installation of the 1st PSD system at 24 stations resulting in:

1. 100% of the subway stations in Seoul and the nation being equipped with PSD's/PED's/PEG's.

2. Zero passenger casualties from the time the doors were implemented, are occurring until now.

As the exclusive user of SMRT technology - which reduces the PSD installation period – we are focused on international deployments which will result in increased passenger safety.

TIS management is focusing in PSD/PED/PEG markets in the world where the PSD system installation times need to be minimized due to ongoing operations, while providing creative ways for our customers to finance the installations, such as in a B-O-T scheme.

## TIS, Inc. Additional Key Staff

**CJ YOO, CHAIRMAN OF TIS, INC. AND YUJIN METRO COMMUNICATIONS, INC.**

Mr. Yoo was responsible for the formation of the consortium that successfully proposed BOT to the Seoul subway system to retrofit installation of PSD's on operating lines of the Seoul subway system.

**SJ EUM, PRESIDENT OF SMRT AND CHAIRMAN OF UITP ASIA-PACIFIC**

Dr. S.J. Eum, President and CEO of SMRT, and Chairman of UITP (International Association of Public Transportation) Asia-Pacific Division, supervised the development of the PSD retrofitting technology. Dr. Eum acquired Ph.D. of Urban Transportation Planning at Northwestern University in Chicago.

The PSD/PED/PEG system installations at heavy rail 148 stations in Seoul (Subway Lines 5-8) were completed in 2 years under his leadership.

### SS Cho, CEO of TIS, Inc.

Mr. Cho provides 36 years of high level management in construction projects and business development. His experiences will provide TIS the management expertise in construction scheduling and project cost control for providing the PSD and the video panels assembly systems.

### SK Nam, President of GMTech

Mr. Nam has worked in the heavy rail transportation industry for over 25 years as a high level executive in delivery of railway rolling stock and currently provides railway engineering, logistics support, and operational & maintenance services. His experiences will provide TIS the management expertise in PSD supply chain and the provisioning of aftermarket services for the PSD and the video panel systems.

### Za-Woong Koo, President of Boston Soverign Capital LLC.

Mr.Koo is a former investment banker and a venture adviser and consultant to start-up companies. Most recently he was engaged to restructure an Internet education technology company, and served as a principal in an Internet based localized shopping network. For over 16 years, as Managing Partner of Cambridge Capital Partners and as Managing Director of BT Wolfensohn, working with The Hon. James D. Wolfesohn and The Hon Paul A. Volcker, he has advised clients on investments, M&A, restructuring, joint ventures and strategic alliances. Mr. Koo holds an AB, SM, and MBA from Harvard.

### Ted Byung-Chan Moon, Managing Director of Roberts Mitani,LLC.

He has significant cross border experience, especially in managing projects and facilitating investments in U.S. and Korean companies. He has advised medium to large size Korean corporations in acquiring new technologies. His clients have included multiple companies doing business in Korea with respect to capital raising, strategic partnerships, and exit strategies including IPOs.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006387 Page 13

Halmar Transportation Systems, LLC, a sister company of Halmar International, LLC

For over 45 years, from Halmar Builders of New York to Granite Halmar and Halmar International, the Halmar name has long been a recognized leader in construction. The Halmar companies have successfully grown to respond to the needs of our customers. Halmar works cooperatively with its customers to take their vision from the drawing board to a constructed reality:  Building heavy civil projects; installation of complex transit train control and communication systems; and, the design-build of award-winning roadway, rail, and bus depot and maintenance facilities.

While part of the Granite Halmar organization, principals and key staff members of Halmar Transportation Systems also completed the NYCT Concourse Signal Modernization & Enclosure Construction and the NYCT Staten Island Railway Signal Modernization. Additionally, Halmar completed the NYCT Grand Avenue Bus Depot and Central Maintenance Facility.



NYCT's Concourse Signal Modernization Relay Room

The firm's core competencies include:

- **Construction:** Serving the region's infrastructure needs in rail and transit systems and facilities, roadways and bridges, tunnels, airports, state-of-the-art maintenance facilities, water supply and distribution, wastewater, communication and signal systems, and security. Today, Halmar is the lead construction contractor for the $407 Million rehabilitation of the Interstate 95 Alexander Hamilton Bridge (Cross Bronx Expressway) over the Harlem River.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

## Halmar (Continued)



*The work involved on the Alexander Hamilton Bridge entails managing 8 lanes of traffic (180,000 ADT), while reconstruction the bridge deck (2,375-ft-long structures, including bridge and approaches).*

- **Design-Build:** Aggressive project delivery method that shortens the design process and allows customers to work closely with the contractor to capture time and budget savings. Halmar staff led the work for several award-winning design-build projects, including the recently completed $62 Million Metro-North Station at Yankee Stadium.

- **Project Management:** Directing multi-disciplined construction projects means understanding the work, as well as running a business entity. Project managers oversee the performance and payment for multiple contracts, deploy skilled and administrative resources, and conduct negotiations in the interest of their clients. Project managers become the critical point of contact for owners and contractors. Halmar's experience and skills in design-build, project development and construction qualifies Halmar to manage a project from inception through completion.

- **Value Engineering:** Implementing a systematic process, when combined with expertise and relevant industry knowledge, improves the work and the value of the bid to the benefit of the customer and the public.

Halmar works in partnership with trades and suppliers to achieve the highest levels of quality and excellence, capitalize on innovative procurement methods and develop cost-cutting, competitive bids that benefit our customers. Our experience and expertise in the region gives us the advantage to quickly and efficiently mobilize equipment into congested work sites and protect operating systems common to the transit environments in New York City.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006389 Page 15

## Halmar (Continued)

Halmar, in the role as the Construction Manager for the PSD project will apply resources from within our organization to self-perform or sub-contract a portion of the work. Additionally, Halmar will also supply the required PM, CM, and General Superintendent from within our organization. These employees include former NYCT personnel with both pre- and post retirement NYCT projects on their resumes. Halmar will apply these resources, as well as other resources within the Halmar organization to implement the construction, project management and installation requirements from receipt of PSD system at our port until expiration of the BOT agreement. The PM and CM resources have completed complex systems projects for NYCT with a high level of merit, and have a combined background in NYCT system operations of over 50 years. On the following pages, you will find some of the project experience accomplished by Halmar personnel.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006390 Page 16



# Concourse Signal Modernization
Prime Contractor and Construction Manager
Client: MTA New York City Transit





## Project Information

- COMPLETION DATE: November 30, 2006 (5 mos. ahead of schedule)
- CONSTRUCTION PRICE: $165 Million
- Largest conventional signal project for NYCT
- Signal Modernization along 20 Track Miles from Manhattan to the Bronx.
- LED Signals, Auto Trip Stops, Switches, Signal & Communication Systems
- American Public Works Association Project of the Year. Recipient of the largest OCIP Safety bonus in the history of the MTA

*Work performed for this contract by Halmar staff as Granite Halmar employees.*

The signal equipment on the NYC Transit (NYCT) Concourse Line was installed in 1931. Construction work entailed the modernization of signal equipment on approximately 20 track miles (205th Street in the Bronx to 145th Street in Manhattan), reverse signaling on the center track, as well as construction of various enclosures at stations, on the wayside, and construction of a new Master Tower.

The Concourse Line is the largest conventional signaling project in the history of NYC's subway system. It consists of installing 86,000 feet of messenger cable to support the new signal cables (power, data and fiber optics), 1,003,000 feet of signal and fiber cables, and 325 stainless steel equipment cases. These cases along with 384 signal, code and communication cabinets vitally control all 267 LED signals, 225 train stops, 46 switch machines and voice/data communications that are then transmitted back to the equipment rooms, Master Tower and Command Center.

Along with installing six miles of messenger cables and support brackets, the work entailed chopping out crash walls and niches as high as seven feet and 18-inches thick to accommodate placement of the wayside signal equipment. There are 314 insulated joints placed on the roadbed at rail-cut sections. We furnished 384 racks and cabinets in the signal and communication rooms with an additional 250,000 feet of cable between racks. The systems work consisted of fiber and network cabling, network integration and connectivity to the NYCT WAN, CCTV, Access Control, Integrated PENTA voice-data-radio communication system, Building Management System, fire, smoke intrusion and hydrogen detection systems.

The construction team managed all facets of the project including design, purchasing over $30 Million in vital signal and communications equipment, coordinated the equipment vendors and electrical installers, and handled all administration, safety, quality, scheduling, and payment processing.

## About Halmar

*In business for 45 years, Halmar continues to be a major part of New York's construction industry. We are building rail and transit systems, roadways and bridges, tunnels, airports, state-of-the-art maintenance facilities, communication and power systems, and security systems.*

*We bring an outstanding record for using innovative solutions that saves time and money, removes unnecessary expenditures, incorporates material and systems life-cycle benefits and applies proven construction practices.*



Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.



# Yankee Stadium Rail Station
## Design-Build for New Station on Hudson Line
MTA Metro-North Commuter Railroad







### Project Information

- COMPLETION DATE: August 2009
- CONSTRUCTION PRICE: $60.6 Million
- Two 10-Car Island Platforms and Mezzanine
- Track work and new Con Ed feeder vault
- Architectural / Station Finishes
- 256-ft-long Pedestrian Bridge
- State-of-the-Art Visual / Advertising Displays
- Protection of rail service during construction.

Halmar International, in joint venture with CCA-Civil, is responsible for the design-build contract to construction the Metro-North Station adjacent to the new Yankee Stadium and baseball park. The new station is located on the north side of 161st Street in the Bronx. It has two 10-car platforms, a 10,000-square-foot covered mezzanine, and a 256-foot pedestrian overpass structure, including elevators and stairs. The overpass and bridge structure is located just north of 153rd Street.

Serving this section of the Bronx year-round, the Yankee Stadium Station will facilitate transportation to Manhattan and up to Westchester County. Metro-North expects as many as 10,000 riders from New York, Connecticut, and New Jersey will use the new station. Baseball fans riding the Hudson Line to the stadium on game days will get a one-seat ride. Riders on other MNR lines will need to make a transfer at certain times via a shuttle train. The new service will take advantage of a U-shaped stretch of track in the Mott Haven Yard (a wye) that connects the New Haven and Harlem lines.

> *"We're making good progress building this new station, especially considering the work goes on while trains go by, highway traffic continues above, and with buildings and columns all around." (Metro-North President, Howard Permut; Fall 2008)*

The design-build team worked with the digital displays vendor for the installation of various advertising media located in the pedestrian bridge, mezzanine, and platform areas. The proposed visual displays also provided *Arts of Transit* installations in the middle of the pedestrian overpass.

### About Halmar

*In business for 45 years, Halmar continues to be a major part of New York's construction industry, bringing innovative project delivery and investment opportunities that allow us to build on New York's infrastructure needs and quality of life.*

*In addition to the Yankee Stadium Station for MNR, Halmar International and CCA have worked together on other construction contracts, including interchange improvements on the Taconic Parkway in Westchester County and, most recently, the$407 Million rehabilitation of the I-95 Alexander Hamilton Bridge over the Harlem River in New York City for NYSDOT.*

**Halmar partners with owners to deliver services that exceed expectations.**



Use or disclosure of the contents of this proposal Is subject to the conditions state on page 2.

# South Ferry Terminal
### Design-Build for Reconstruction of Subway Terminal
MTA New York City Transit








Existing South Ferry Station

### Project Information

- COMPLETION: 2009*
- CONSTRUCTION PRICE: $261 Million
- Longer Platforms, Mezzanine, and Approach Tunnel
- Underground Drilling and Blasting.
- Extensive Utility Relocation.
- Protection of Historic Artifacts and Battery Park.
- Maintaining NYC Transit Operations during Construction.

*Work performed for this contract by Halmar International staff as Granite Halmar employees.*

### About Halmar

*For over 45 years Halmar has been a recognized leader in the markets we serve. We are building rail and transit systems and facilities, roadways and bridges, tunnels, airports, maintenance facilities, communication and power systems, and security systems*

*Whether it's about building in tight, congested cities and communities or the project is technically challenging, Halmar meet deadlines, budgets, and safety while maintaining service and operational needs of existing facilities. Halmar partners with owners to deliver services that exceed expectations.*

Located in Lower Manhattan, the South Ferry station is the southern terminal for the No. 1 subway line (Broadway-7th Avenue), used by more than 6 million people each year, including commuters transfers from the Staten Island Ferry terminal and tourists visiting Battery Park, the Statue of Liberty, and Ellis Island.

In 1905, when the station was originally built, subway trains were shorter. Today, the platform could not accommodate modern transit trains. This created delays in train service. Other challenges were the single loop track (limiting trains storage) and the curvature of the platform (requiring mechanical "gap fillers" between the platform and the train door).

The joint venture of Schiavone/Granite Halmar was selected as the design-build team for the new subway station. Improvements included longer platforms, a mezzanine, and new approach tunnel. Construction entailed complex underpinning of the existing subway lines while mining under active rail lines, installation of secant and h-piles, lagging support, roadway decking, controlled drill and blast operations, utility relocations, and support of historical artifacts. A section of historic Dutch-fort stone wall, discovered during the site's 2005 excavation, was reassembled as part of the tile wall at the station's south mezzanine.

The team maintained transit operations during construction. Work was performed within a congested urban environment and coordinated with Lower Manhattan traffic and activities.



Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

# Staten Island Signal Modernization
### Prime Contractor and Construction Services
Client: MTA New York City Transit







## Project Information

- COMPLETION DATE: 2005
- CONSTRUCTION PRICE: $74 Million
- 14-Miles of Signal Modernization.
- New Control Center, and Backup Control Center
- Largest Signal Cutover on East Coast.
- Training, Testing and Commissioning.
- Subway Car and Locomotive On-board Equipment

*Work performed for this contract by Halmar International staff as Granite Halmar employees.*

The modernization program for the Staten Island Rapid Transit system replaced the 14-mile signal system, from St. George to Tottenville, with an FRA-compliant 100Hz, track circuit based, Automatic Train Control (ATC) signal system. 40 - R44 subway cars and 4 locomotives were modified with on board cab signaling equipment for ATC bi-directional movement. A new rail control center and back-up control center was constructed as part of this contract. 14 miles of fiber and copper cable, 17 signal/communication instrument houses, new switches, snow melters and hundreds of foundations for various wayside equipment were installed.

Extensive engineering for largest cutover on east coast was performed, as well as significant training, testing and commissioning.*

The project includes the installation of:

- FRA compliant 100HZ steady energy track circuit based signal system
- Wayside signals @ interlockings
- Carborne & Locomotive cab signal system
- SCADA system at CB houses and DC substations
- 2 single mode 36 strand fiber optic cables between St. George & Tottenville
- OC-3 SONET based fiber optic transmission system with nodes at passenger stations and substations
- Control center building & systems
- 2 motor-alternator substations

*  *The SIRTOA Project Manager responsible for overseeing installation, engineering, training, testing, and commissioning works for Halmar International.*

## About Halmar

*For over 45 years, Halmar has been a recognized leader in the markets we serve. We work in partnership with the trades and suppliers to achieve the highest levels of quality excellence and capitalize on procurement methods that develop cost-cutting, competitive bids.*

*HALMAR is a name commonly associated with innovation and a philosophy of working cooperatively with customers to manage construction work that gets done on-time, within budget and with the highest degree of quality and safety.*



Use or disclosure of the contents of this proposal Is subject to the conditions state on page 2.

## Halmar's Key Staff

Our approach is to provide a team with the requisite experience, high level of accountability, understanding of the importance of communication, and focus on standardization that will assure the success of both the relationship with NYCT, and any NYCT project.

### PRINCIPAL / PROJECT EXECUTIVE

**CHRIS LARSEN** has over 20 years experience in the construction industry managing, estimating and engineering the construction of subways, railroads, tunnels and bridges. In 2005, Mr. Larsen established Halmar International. Formerly, he spent 16 years with Halmar Builders of New York. He became a partner in 1995, involved in all of Halmar's projects. Under Mr. Larsen's leadership, Halmar Builders became a nationally recognized leader in Heavy Civil Construction and was ranked the 7th Largest Bridge Builder in the nation by Engineering News Record and the largest highway contractor in NY/NJ by the American Roadway and Transportation Builders Association.

Mr. Larsen then became the Northeast Regional Manager and helped build the new Granite Halmar organization into the firm's largest operating unit with several successful MTA contracts including the South Ferry Terminal, the Stillwell Avenue Terminal, and the Grand Avenue Bus Depot and Maintenance Facility. He implemented an aggressive upper-management- involved safety initiative that resulted in an EMR under .59 and zero lost time accidents since October 2004. (EMR under 1.00 for last 12 years and under .70 since 2001).

### PRINCIPAL / CONSTRUCTION MANAGER

**PAUL V. ATKINS P.E.,** has over 20 years of experience in the construction industry. His experience managing multi-disciplinary teams on major infrastructure projects including complex rail projects encompassing sophisticated signalization and communication systems, track and traction power, and projects requiring extensive coordination of systems integration and delivery. He is familiar with MTA and NYCT protocols for design and construction, and has a long history of successful delivery of these systems. Projects included NYCT Signalization and communications upgrades, bus maintenance facilities, design\build for MTA MNR and the NYC/NYSDOT.

In 2005 he co-founded Halmar International with Chris Larsen. He has been extremely successful in Systems and Design/Build projects for NYCT, MNRR, NYCDOT, and NJT.

### PRINCIPAL / PROJECT MANAGER

**JOSEPH KAY** has been involved in the transit industry for 15 years on projects encompassing sophisticated signalization and communication systems, track and traction power, and projects requiring extensive coordination of systems integration and delivery. He is an approved transportation systems Project Manager with experience managing large, complex projects for the MTA's NYCT. In addition, Mr. Kay brings a wealth of experience ranging from supervising the testing and handling of nuclear weaponry, an advanced analyst of submarine and surface ship acoustics, a skilled technician of state of the art sonar systems for the United States Navy and Mr. Kay has over 31 years in the electrical and electronic construction industry. Mr. Kay served as Project Manager for the $165 Million MTA NYCT Concourse Line Signal Modernization and Enclosures Construction.

## Parsons Transportation Group

Parsons as our engineering partner will provide systems engineering and design. Parsons experiences include providing interface expertise to NYCT's legacy systems and disparate systems. Parsons is also engaged in new technology initiatives such as the ongoing SONET/ATM, PACIS and CBTC projects. In addition to a complement of station attributes that will need to be designed and coordinated, the control and monitoring sites are geographically separated and require connectivity via new or existing (aging) communications infrastructure. This diverse system architecture requires a disciplined approach to mitigate implementation and test risk.

Parsons has implemented a structured Systems Engineering Manual which addresses Systems Integration, System Testing, Systems Activation and Commissioning and Safety Certification that will reduce overall project risk and maintain project schedule.

For more than 60 years, Parsons has been planning, designing, constructing, and managing the implementation of projects and programs for transportation systems throughout the United States and world. The firm is globally recognized for exceptional technical and management performance on all types of civil infrastructure and transportation-related projects, particularly mega-project management and design. Parsons provides extensive systems engineering services, including track, signal, traction power, fire and life safety, and communication system design; terminal design; electrical and ventilation design; storage yard and maintenance facility design; regulatory and environmental services; and systems integration.

Over the last 10 years PARSONS has played a major role in many of NYCT's new technology initiatives and adds its experience and expertise to the team in Communications Transmission Backbone, Automatic Train Supervision, CBTC, Conventional Signaling, and wayside infrastructure and RF communications for train operations. As our team member, the contribution of PARSONS as our engineering arm will not only complement the premier construction and project management capabilities of the TIS HALMAR team but also provide NYCT with a robust PSD team that can design, install, commission and integrate the various systems required to place Platform Screen Doors in-service.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006396 Page 22

## Types of Screen Doors

TIS is experienced in providing several types of screen doors, namely:



| PSD | PED | PEG |
| --- | --- | --- |

### Platform Screen Door [PSD]

PSD ensures passengers' safety by separating the platform from the track completely with the screen doors, and provides comfort for the passengers through noise and dust reduction by blocking tunnel wind, and reduces air-conditioning leakage, where applicable. PSD is mostly used in the underground section.

### Platform Edge Door [PED]

PED, designed such that the upper part of the screen door is open, ensures passengers' safety, and reduces noise and tunnel wind to some extent when a train approaches the platform. PED is applied at the underground and aboveground sections.

### Platform Edge Gate [PEG]

PEG, installed at the level of a passenger's chest, provides passengers' safety to a certain extent, but it does not fully reduce train wind and noise. PEG is usually applied to the aboveground section.

PSD may be preferable in stations with forced ventilation systems, but PED may be preferable at stations with natural ventilation systems, while PEG is good enough only to provide minimal passenger safety with its low height.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006397 Page 23

## Overview of the Components of the PSD System



Use or disclosure of the contents of this proposal

Is subject to the conditions stated on page 2.

NYCTA-006398

## System Attributes

*All detail specifications and standards are to be discussed and determined mutually with NYCT. To address the RFI attributes, we have outlined each below:*

### Minimal on-site assembly



|  | Installation |  |  |
|---|---|---|---|
| *Conventional On-site Assembly* | | | |
| | | *Store Materials on-site : Unsafe* | |
| *Standard Pre-Assembled Module* | | | |
| | | *Daily Conveyance and Install : Secure* | |

The quality of PSD/PED/PEG is kept uniform as the PSD/PED/PEG system is assembled as modular units at the factory, and it is carried to the station on the day of installation, ensuring that passengers do not suffer much inconvenience because material stack piling at the platform is not required. In addition, Pre-Assembled Modularization has the advantage of shortening over 50% of the retrofitting construction time period, compared to on-site assembly.

### Flexible Control

**Communication System Configuration**

Station PSD/PED/PEG Controller [SPC] transmits the status information on the PSD/PED/PEG system of the track to the SCADA through the TCP-IP Ethernet, and delivers the control command received from the SCADA to the Door Control Unit [DCU] of the track. The data includes Open/Close Command, Override Command, Locking Device Release Command, Trouble Information, and Open/Close Status.

**SCADA**

SCADA shall be designed to monitor, search and control the PSD/PED/PEG system installed at the station, and emergency control can be designed in order to control the PSD/PED/PEG efficiently.

SCADA can upload parameter and firmware to the station PSD/PED/PEG system remotely.

SCADA communicates with the Station PSD/PED/PEG Controller through the TCP-IP Ethernet, and collects information, performs emergency control and parameter change, and firmware update.

**Station PSD/PED/PEG Controller [SPC]**

SPC, located in the center of the platform and connected to the upper level SCADA through the TCP-IP Ethernet, exchanges information, and collects all information about the platform through communication with various equipment of the platform, and provides operational data and alarm to control the individual control panel.

In addition, SPC controls and exchanges information with the sub system using the Hot-wire and communication mode.

## Dynamic Operations

Station PSD/PED/PEG Controller [SPC] detects the stop position of a train through the Regular Stop Position sensor that the vehicle is 10 cars per train-set or 8 cars per train-set. For 8 cars per train-set, the Open command is skipped in Door Control Unit [DCU] that corresponds to Front 1 Car and Rear 1 Car, and the Open command is given to other DCUs to open the door. For 10 cars per train-set, the Open command is given to the entire DCU to open all doors.



Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 26

NYCTA-006400

## Emergency / Maintenance Access

**Emergency Access**



If the position of PSD/PED/PEG door and the vehicle door does not match because the vehicle does not stop at regular position due to failure, the PSD/PED/PEG shall be designed such that passengers can open the swing-type panic door by pushing the panic bar while the vehicle door is open. During detail design the location and number of panic doors will be designed for each platform.

This door can be equipped with a safety lock, restricted to authorized personnel. If an unauthorized person opens the door, the system can be configured to notify the OCC. In addition, if there is an emergency and all PSD/PED/PEG's need to be open, the OCC can do so.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 27

NYCTA-006401

**Maintenance Access**



Controller

At both ends of the platform, swing-type doors shall be installed for maintenance or emergency access. This door can be equipped with a controller at the entrance to make sure only an authorized person can gain access, and the system can be designed to ensure that the OCC can recognize the door state if the door is open.

## Component Reliability

All components used for PSD/PED/PEG are designed to adapt to the extreme subway operating environment for a long time and for continuous long-term use. All components are designed to protect the system from resistance to acid, extreme temperature, graffiti, high humidity, salt, steel dust, and water. If door control exhibits a failure, the system is designed to operate the system through the communication mode or by overriding the door remotely until the door is repaired.

As an example, DCU (Door Control Unit) will be mounted with non-lubrication screw type mechanical parts associated with patented electronic control units in order to lengthen life time and reduce movement noise and maintenance.

Our components are highly reliable, and are stress tested for maximum safety and durability. Some of the standards include:

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 28

NYCTA-006402

| Contents | Standard |
|---|---|
| Instantaneous wind speed | Underground station max.30m/s over |
| Wind pressure resistant | Ground station max.270kgf/m² over<br>Underground station max.100kgf/m² over |
| Horizontal distribution load | Ground station 150kgf over<br>Underground station 100kgf over |
| Fatigue load | 500N/m² |
| Life time | 30-year |
| Door width | 2,000mm~2,200mm |
| Opening/Closing time | 2.5 sec~5sec |
| Obstacle detection | Below 5mm |
| Driving force | Below 400N |
| Force of manual open/close | Below 100N |

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 29

NYCTA-006403

## Maintenance and Repair

PSD/PED/PEG shall be designed to minimize preventive maintenance and to exchange parts quickly in case of parts failure. PSD/PED/PEG shall be designed to modularize parts and exchange them as soon as possible if preventive maintenance or parts repair is carried out at the station side. Enough spare parts shall be prepared to make sure that vehicles can operate smoothly without a problem.  Our team is ready to discuss in detail our maintenance and repair statistics.

## Security

The baseline Platform Screen Door (PSD) system includes the installation of modularized door panels, dummy panels, end of platform door enclosures, and various sensors. The PSD system as a whole will ensure a secure and safe enclosed station platform as described below: The end of platform door enclosures provides ingress and egress to the roadbed and end of platform areas.   Some security features of the system include:

- The public side of the end of platform door can be equipped with an access control system (current standards for NYCT are Lenel and Software House readers) thus prohibiting public access to the tracks.
- The PSD will enhance and complement the Integrated Electronic Security System (IESS) as access to the roadbed and tunnel areas will be controlled. (NYCT should investigate the use of security grants to supplement this program due to the nature of the PSD system and its use in controlling access to the right of way).
- The trackside end of platform door can be equipped with a crash bar type door release to allow access to the platform for work crews, emergency personnel, and passengers.
- Trash propagating from the platform to the roadbed will be substantially mitigated, reducing the problematic and frequent track fires and smoke conditions for NYCT.
- Train doors will be properly aligned with the conductor boards located on the platform.
- The prevention of train doors inadvertently opening to door "open" commands when a platform does not exist or the opened door is on the wrong side of the train.
- No equipment is located on the roadbed / between the running rails.
- PSD provides the train operators with a mechanism to avoid train overshooting or undershooting the correct stopping position.

- Fatalities and serious injuries from falling or jumping off platforms, whether self-inflicted or accidental, will be eliminated.  In addition to injury or death from falling, passengers have also

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 30

NYCTA-006404

been struck or dragged by on-coming trains.  As stated in the NYCT Safety Standards, these types of catastrophic events are unacceptable, and our PSD will mitigate the occurrence of such incidents.

- In the event of emergencies or evacuations, each PSD module is equipped with an emergency door (approximately every 16 feet) and crash bar. The door will open from the trackside when the crash bar is pushed.
- Noise pollution from moving trains will be significantly reduced.
- Dissipation of brake dust will be reduced.
- ADA Tactile is required at door areas only.

## Information Display and Advertising Options

Display panel's contents can scroll between passenger information, messaging, emergency text, and advertising.  Text can be in multiple languages.



PED doorway

Static Poster panels at side of PSD/PED/PEG doorway showing information for advertising, maps, etc.

We propose to provide complete Video Panel assemblies required for the project including:
- Procurement of video panels for the project.
- Delivery of components to the project on schedule.
- Management of the installation of the video panels.
- Software integration for the contents of the panels.

1) Passenger Information, if available from NYCT, can be generated from the Rail Control Center (RCC) in real time base where it will display the train identification, destination and

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 31

NYCTA-006405

next train arrival time from PID server located in the RCC. This PID server data is provided by the RCC Train Control Server where we will require some interface work with the Automated Train Supervision System at the Rail Control Center.   This effort can be discussed as a future initiative.

2) Video Advertisement Content can be down-loaded to a server in the station at pre-defined schedules.  Content can be accessed via a web-based application either onsite or offsite.

Conceptual location of display panel size and quantity will depend on final design.



Conceptual location of Poster panels at side of fixed door. Size and quantity will depend on final design.

## Integration with Existing Infrastructure

We will examine the PSD/PED/PEG design to ensure that PSD/PED/PEGs can integrate seamlessly with the existing infrastructure and technologies (e.g., CCTV, lighting, communication, system, etc.) installed at the station of NYCT.

In addition, we have selected Halmar and Parsons as our partners who are well experienced in construction and system engineering regarding NYCT integrations, which will streamline this phase.

## Operational Compatibility

The system is compatible with both conventional wayside signaling, communication based train control and automatic train operation, currently in use by NYCT and will not extend station dwell times.

Furthermore, the system shall be designed to ensure that the conductor can check if the screen doors are closed completely and there is obstacle detection between the train and the PSD/PED/PEG through the sensing system when the side entrance door of a train is closed.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 32

NYCTA-006406

## Ventilation

The platform door system will have a gap between the station's ceiling and the top of the upper door control module.  This will provide and concentrate airflow from trains entering and exiting the station.  Additionally, we can place louvers or gratings at the bottom of the dummy panels to maintain existing air migration.  The size and quantity of such louvers will be determined from station air mitigation studies during our survey and design review phases.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 33

NYCTA-006407

# Proposed Construction and Installation

The proposed Platform Screen Door system is based on proven technology that requires installation of electronic equipment on board the subway cars and the installation of modularized door panels, controls and sensors at the station platforms. Station equipment including associated field wiring located in a communication room, electrical distribution room or dispatcher's office and the Rail Control Center will also be required to install the system. Sensors and components are installed on or within the platform and on the subway bulkheads, and there are no sensors or components installed on the road bed.

Our fast track delivery approach provides minimal inconvenience to the riding public, station construction and installation activities are performed during weeknight and weekend diversions (general orders – GO's).

Equipment: Upon agreement on station appropriation, equipment configuration, equipment siting, and test parameters as a result of design reviews, the equipment TIS Halmar will install consists of the following:

## Station Equipment 1 platform (2 sides)

Recommended station equipment for one platform with two sides will consist of:

- Door Control Unit

- Driver's Guide Monitor

- Conductor's Operating Panel

- Berth in / out Detector

- Regular Stop Detector

- Wayside RF Equipment

- Maintenance Door Access Panel

- Advertising Display Panel

## Carborne Equipment (4 operating cabs 1 train consist)

Carbone RF equipment will be fitted for 4 cabs and one train.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 34

NYCTA-006408

## Schedule – Phase I

### Duration

Based on historical data from nearly 150 heavy rail subway retrofits, TIS Halmar estimates the following durations. Naturally, this estimate is cursory and will be contingent on NYCT's specific requirements:

- Installation per platform side
    1. 10 (6 hour) weeknight diversions for preparatory work
    2. One weekend (55 hour) diversion for platform equipment

- Installation per station (2 platform sides)
    1. 20 (6 hour) weeknight diversions for preparatory work
    2. Two weekend (55 hour) diversions for platform equipment

### Installation Support

- TIS Halmar will provide the services of qualified engineers and technical personnel to propose equipment locations to NYCT, and will develop and deliver an Installation Procedure to NYCT. Then, TIS Halmar will supervise and perform the installation of the PSD equipment.
- TIS Halmar will provide acceptable Safety Management and Quality Control Plans.

### Stages

TIS Halmar envision the construction work broken down into 9 stages:

Stage 1 Station and Carborne Surveys

Stage 2 Installation Design Review

Stage 3 Submittals

Stage 4 Pre-installation Removals and Relocations

Stage 5 Station, Carborne, and Work Train Preparatory Work

Stage 6 Carborne Installation

Stage 7 Station Installation

Stage 8 System Acceptance & Commissioning

Stage 9 O&M Transition

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 35

NYCTA-006409

# Relevant Experience

## Track Record for BOT Project

**The first BOT Project for Platform Screen Door in the world.**

Location:          Seoul Metro Line 2

Period:            Jan. 2005 ~ Jun. 2006 ( 18 months )

Quantity:          1,920 Doors on 24 station

Type of Business:  B.O.T ( Build-Operate-Transfer )

Participator:      Yujin Metro Communication Inc., inaugurated by TIS

## Track Record for the Supply of Screen Doors for SMRT

We have an experience in supplying 9,552 platform screen doors for 147 stations of Seoul Metropolitan Rapid Transit [SMRT] (Heavy Rail Operator) from December 2004 to December 2009:

| Line | Station | Construction Period | Doors | Type | Remarks |
|------|---------|---------------------|-------|------|---------|
| 5 | Kimpo Airport | Dec. 2004 ~ Dec. 2005 | 160 | Subway | PSD |
| 5 | 4 including Ujangsan Stn. | Aug. 2005 ~ Oct. 2007 | 640 | Subway | PSD |
| 7 | 20 including Suraksan Stn. | Jul. 2007 ~ Sep. 2008 | 1454 | Subway | PED |
| 5 | 27 including Banghwa Stn. | Dec. 2007 ~ Dec. 2008 | 2624 | Subway | PSD |
| 5,7 | 38 including Majang Stn. | Oct. 2008 ~ Oct. 2009 | 1266 | Subway | PSD |
| 6 | 38 including Bonghwasan Stn. | Nov. 2008 ~ Dec. 2009 | 2432 | Subway | PSD |
| 7,8 | 20 including Amsa Stn. | Jun. 2009 ~ Dec. 2009 | 976 | Subway(3 Stations at grade in Line 7) | PED |
| Total | 148 Stations | | 9552 | | |

Note:  Dobongsan,Jang-am, Ttuksum stations in Line 7 and 17 stations in Line 8 were PED

Use or disclosure of the contents of this proposal Is subject to the conditions state on page 2.

Page 36

NYCTA-006410

# References

**SMRT(Seoul Metropolitan Rapid Transit Authority)**

Mr. Chung Hangjae, International Affairs & Business Team

| | |
|---|---|
| Address: | 133-783 Chunhodaero 180 Seoungdong-Gu, Seoul, Korea |
| Telephone: | 82-2-6311-2916, Cell. Phone: 82-10-3264-1251 |
| Fax: | 82-2-6311-4372 |
| email: | 1940548@smrt.co.kr |

**Yujin Metro Communications,Inc.**

Mr. Maru Cho, Strategic Planing Dept.

| | |
|---|---|
| Address: | 13Fl. KWTC, 159-1, Smasung-Dong, Knagnam-Ku, Seoul 135-720, Korea |
| Telephone: | 82-2-6000-1880/4 |
| Fax: | 82-2-6000-1885 |
| email: | dmcho@dreamwiz.com |

**Seoul Metro**

Mr.Sung-Ryeol Kim, Communication & Electronic Office

| | |
|---|---|
| Address: | 432 Hyoryeong-ro,Seocho-gu, Seoul, Korea |
| Telephone: | 82-2-6110-5520 |
| Fax: | 82-2-6110-5530 |
| email: | ksr5114@seoulmetro.co.kr |

# Authorization from SMRT

SMRT authorized TIS Partners to exclusively represent it for commercial business promotion on overseas projects in using its subway platform screen door systems technology and patents that have been developed by SMRT.

Dr. S.J. Eum, President and CEO of SMRT, and Chairman of UITP (International Association of Public Transportation) Asia-Pacific Division, supervised the development of the PSD retrofitting technology. Dr. Eum acquired Ph.D. of Urban Transportation Planning at Northwestern University. See Appendix B for Authorization.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 37

NYCTA-006411

# Additional Qualifications

## TIS Role and SMRT Experience

- SMRT (Seoul Metropolitan Rapid Transit Corp – Public Enterprise) is the operator of 4 subway lines in Seoul, Korea comprising of 148 stations and 95 miles of track. SMRT has retrofitted all 148 stations with PSD systems starting in 2005 with last installation completed at the end of 2009.  This marks the first time in record that PSD's have been installed in 100% of the stations, old and new, in any city in the world.

- SMRT authorized TIS and partners to exclusively represent it for commercial business promotion on overseas projects in using its subway Platform Screen Door systems technology and patents that have been developed by SMRT.

- TIS and partners are promoting the PSD projects in China, Japan and other part of the world.

## TIS Seoul Metro PSD Project Description

- The first advertising media business on Platform Screen Door Systems (PSDS) walls in Seoul Subway Stations.

- Advertising frames and PDP panels allowing optimal space occupation on PSD wall and doors using different types and sizes.

- The 1st Phase Initial Number of Subway  Stations in: Line 2:  Twelve 10-car heavy rail train stations under BOT.

- The 2nd Phase Number of Subway Stations in Line 2 and Line 3: Twelve 10-car heavy rail train stations under BOT.

- Number of PSD Modules in Each Stations: 10-car per train for each side. Each car has 4 door sets for a total of 80 PSD modules per station..

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 38

NYCTA-006412

## Project Financing

In order to successfully implement the project financing under a Build-Operate-Transfer ("BOT") scheme, the outcome of the Feasibility Study in terms of the economic viability of the project is fundamental, which includes, but not limited to, the amount of optimal advertisement placement, the current status of each station (e.g. upgrading platform work volume costs for PSD/PED/PEG at each station, etc.) and the number of passengers per station should be thoroughly evaluated.

The types of panel for advertising, the panel sizes and panel locations are to be mutually agreed not only to generate advertising revenue projection, but to ensure a pleasant platform appearance.

After having determined the investment size and positive revenue projection, we, the project developer (or NYCT if NYCT decides to be the sole promoter) will then be able to approach the banks with regards to project financing. Past proven track records and feasibility studies are necessary requisites for the ability to finance the project. Thus, unlike PSDs in new stations, retrofitting in existing stations have various factors to consider such platform upgrades and their costs, operational diaries, advertising revenue expectations and etc. as one joint team with NYCT, it is imperative to enter into the Memorandum of Cooperation ("MOC") agreement with NYCT allowing us to move forward with the Feasibility Study which requires significant time and budget in advance.

In order to promote and enhance this uncommon peculiar project as one team, NYCT is recommended to consider tying up a sisterhood relationship with SMRT under G-to-G base.

In line with the results of the feasibility study, TIS Partners will be able to propose and negotiate with NYCT profit sharing as it relates to the financiers and investors.

TIS Partners and our extended team is confident of its ability to successfully execute in New York City based on our proven track record in the metropolitan city of Seoul, Korea and the teams' track record working on NYC projects.

The top management of TIS Partners, SMRT, and our partners are ready to visit the Authority for joint promotion of the Project upon commitment of the MOC agreement.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 39

NYCTA-006413

## Implementation of Phases

In order to meet your needs either under BOT or any other appropriate positive transaction structure, in addition to your Authority, various private sector entities such as contractors, engineering firms, PSD manufacturers, financiers and advertisers will have to be involved and organized to confirm the economic viability through a moderate feasibility study.

When TIS Partners is selected by your Authority to deliver this project as the project developer, TIS Partners would promote this project in three different phases:

1st Phase: One prototype station will be selected for retrofit in order to find and adjust for the differences of operating environment between NYCT and SMRT.  This revised standardization would allow us to retrofit the 2nd phase pilot stations economically committed by NYCT as well as to retrofit the remaining stations in New York (Details for 1st phase are under the section of 'Schedule – Phase I").

2nd Phase: TIS Partners to retrofit the committed stations with optimal time and cost standards through the information and know-how gained from the 1st Phase.

3rd Phase: TIS and NYCT may jointly discuss how to retrofit the remaining stations after reviewing the 2nd Phase completion at the own judgment of NYCT's sake.

In order to go into the above 1st Phase trial test for the standardization by involving private sector entities, TIS Partners needs NYCT's support and firm commitment by letting us conduct the Feasibility Study to estimate optimum revenues to offset the investment costs, operating/maintenance costs, and learn P&L expectation to invite investors and financiers.

We cordially request NYCT to strongly consider TIS Partners and SMRT for the Project based on our experience and SMRT track records, and to enter into a Memorandum of Cooperation ("MOC") to work with you in determining the scope of work, the arrangement and selection of various advertising panels, and to solidify technical specifications associated with the project.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 40

NYCTA-006414

## Conclusion

New York City Transit is in an opportune position to improve its stations with state of the art technology, mitigate passenger accidents and deaths, and improve passenger convenience, even with budgetary constraints.

NYCT and its management are kindly invited to visit Seoul, Korea to eye-witness how Seoul became the first and unique city in the world that retrofitted all 100 percent of its subway stations with PSD/PED/PEG systems, directly as a result of the successful Seoul Metro BOT Project implemented by TIS.  In addition to the PSD/PED/PEG systems, SMRT subway lines are equipped with modern PIS (Passenger Information Systems), WIBRO, Mobile WiMAX, UTIMS, Talk & Flash Systems, real-time monitoring system, tunnel monitoring system, etc.

We strongly encourage you to proceed with the Project with us for the 1st Phase subject to 2nd Phase with at least 30 pilot stations, using our exclusive know-how and experience which will save NYC Transit time and costs while enhancing the stations and passenger safety.

Our team represents the highest quality of experienced personnel in the transit industry as proven by SMRT, a government entity, officially designating TIS Partners as its exclusive global promoter of its patented technology. We are committed and ready to work with NYCT as the project developer to effectively implement the PSD/PED/PEG systems in the City of New York and have organized a solid group of experienced and dedicated professionals from various areas including design, financing, manufacturing, installation and operation/maintenance.

The Young City, Seoul is the unique city in the world who equip with full PSD/PED/PEG systems in their 268 subway operating stations for safety, energy saving and environmental improvement.

SMRT is the unique operator in the world who has completed their 100% PSD/PED/PEG systems in their 148 stations within 2 years without jeopardizing its operation by developing their own standards.

At this opportunity, TIS Partners also suggest a non-profit G-to-G sisterhood relationship between NYCT and SMRT in order for the two authorities to exchange information on operating and modernizing knowledge between a century long history operator and the one who has the latest systems.

TIS Partners and SMRT, along with our associates Halmar Transportation Systems and Parsons Transportation Group, are confident that we can successfully deliver the Project with optimal results for the safety and convenience of New York City subway passengers.

We are at your disposal should you have any question regarding our response to the RFI, and look forward to your positive feedback.

.

Thank you.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

## Appendix A Resumes of Key Staff (TIS)

**Key Personnel Resume**

**PSD and Video Panel Facilitator**



✧ Ph.D. Course Work (Management Science) and M.S.I.E., Univ. of AL, USA (1983-1984, & 1989-1990 & 1991-1992)

✧ B.S., Mech. Eng'g, Hanyang Univ, Seoul, Korea (1961-1968)

✧ Military Service; Korean Air Force (1963-1966)

**Chul Jin (CJ) Yoo**

- At Present:
  - Founder & Chairman of 3 companies (TIS, Yujin Metro & IMI commerce)

- Hyundai MOBIS Korea, President & CEO
- Hyundai Heavy Industries Co., Ltd., EVP & COO
- Hyundai International (Present Doosan Heavy Industries), Sr. VP
- Total 31 years Services for Hyundai Group Companies

➢ Korea Automobile Manufacturer's Assoc., Vice Chairman
➢ The 20th International Conference of Computer/Industrial Engineering (ICC&IE), Chairman
➢ Korea CNC Machine Tool Manufacturer's Assoc., Chairman
➢ Korea Machine Tool Manufacturer's Assoc., Vice Chairman
➢ Korea Industrial Engineers Association, Advisor
➢ Alabama World Trade Center, Advisor, Alabama USA

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 42

NYCTA-006416

## Key Personnel Resume

### PSD and Video Panel Facilitator

### President / CEO, TIS, Inc.

**Education:**

| | | |
|---|---|---|
| B A Economics | 1974 | Kyung Hee University |
| Foreign Trade | 1977 | Graduate School of Sung Kyun Kwan University |
| E-Business | 2003 | E-Business Corporation |



**SS Cho**

**Professional Record:**

| Position | Dates | Company |
|---|---|---|
| President/CEO | 2009. 3~ present | TIS.Inc. |
| Executive Vice President | 2006. 8~2009 2 | G&K Construction Co.,Ltd. |
| Executive Vice President | 2005. 7 – 2006. 2 | Offshore & Plant Technology Service Co. |
| President/CEO | 2003. 7 – 2005. 2 | Poongjin Interior Design, Beijing |
| Advisor | 2003. 1 – 2003. 6 | Hyundai Corporation |
| VP / Sr. Vice President | 2000 – 2002 | Hyundai Corporation |
| Manager/General Mgr/ Director | 1977-1999 | Hyundai Corporation |

Mr. Cho has more than 36 years of experience in high level management in construction, and business development. His project experiences range from heavy construction to interior construction. He has worldwide project experiences in scheduling, and cost control. Served as the resident officer at Kualalumpur, New York, Moscow and Bangkok office for 16years

**Other Organizations & Awards:**

| Position | Dates | Organization |
|---|---|---|
| Director | 2001~~present | UNESCO Seoul Club |
| Chairman | 1998-2000 | Korea Business Association (Bangkok, Thailand) |
| President | 1973-1974 | Korea UNESCO Student Association |
| Chairman | 1968-1969 | S.N.U.High School Student Cabinet |

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 43

NYCTA-006417

**Sang Kwal Nam Resume**

**Personal Data**
Date of Birth: Dec. 4th, 1949

President of GMTECH Co., Ltd

**Education Background**
Graduated from Chonbuk National University.
(Metallurgical Engineering)
Completion of the Advanced Management Program,

Korea University



**Languages**
   English, Japanese

**Experience and Background**
After graduation from the university, I worked in the field of steel pipe manufacturing industry for 13 years and experienced in the field of railway business for 25years.
September 1972 ~August 1985:
- Worked for 13 years in the steel pipe manufacturing company, Hyundai Hysco as a senior manager of the planning division.
- had been responsible for the construction of a steel pipe manufacturing plant in Ulsan city and the procurement management of the foreign equipments and raw materials.
September 1985 ~ January 2003:
- Worked in the Rolling stock manufacturing company, Hyundai Rotem Co., Ltd. as a Senior Executive Vice President of the railway Business.
- Had an abundant experience to supply a quality locomotives, passenger coaches, electrical multiple units, high speed trains and other related electrical & mechanical equipments for domestic and overseas market such as Hong Kong Metro, Delhi Metro, Athens Metro, Turkey Metro. etc.

January 2002~December 2003:
- Had been served as a vice chairman of the Korean Society for railway.

September 2004 ~ Present :
- Working for the president of GMTECH Co., Ltd with the provision of the railway related engineering and consultancy service, O&M service, parts & component supply and logistics.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006418

**Za-Woong ("ZW") Koo Resume**

Z.W. Koo is an experienced investment banker and entrepreneur.   Mr. Koo currently serves as Managing Director of **Boston Sovereign Capital**, LLC (BSC), an investment banking firm dedicated to assisting clients in cross-border transactions in private equity, venture development and real estate between the Americas and Asia and the Gulf countries. BSC has partners in the US, China, Kuwait and Saudi Arabia.

He also serves as the President and CEO of **American Higher Education Int'l, Inc.**, (AHEd), a venture incubation and education consulting company dedicated to developing new ventures based on delivering higher education programs from MIT, Harvard, and other universities of high quality, through online and off-line means, to universities, corporations, and government agencies throughout the world.  Most recently AHEd was instrumental in bringing **New York University** to Abu Dhabi. Under AHEd, Mr. Koo founded and launched two subsidiaries, one in nurse training in India (operated 25 training centers) and another in English language training. Mr. Koo has worked with venture companies for most of his career in various capacities, including hands on management. Most recently he served as a Director and interim CFO of a localized Internet shopping company based in San Jose, CA. He was responsible for the turnaround strategy and restructuring of the company. Mr. Koo was also recently engaged to restructure an Internet Portal provider to the higher education market.

Previously he co-founded and was Managing Partner of **Cambridge Capital Partners Limited,** (CCPL) an investment firm specializing in M&A and restructuring advisory services. CCPL was a JV with **The Sakura Bank** of Japan, and local partner for **The Blackstone Group**. The firm was engaged in the restructuring process in Korea during the financial crisis by providing restructuring and financial advisory services and sponsorship of buyouts.

Prior to CCPL, Mr. Koo was a Managing Director of **BT Wolfensohn** working closely with The Hon. **James D. Wolfensohn** (former President of the World Bank) and The Hon. **Paul A. Volcker** (former Chairman of the Federal Reserve Bank of the U.S.). For over 14 years he has advised Fortune 500 clients and growth companies of the Wolfensohn Venture Fund, acting as part of their in-house team, providing strategic and financial advise on a diverse range of transactions involving mergers and acquisitions, restructuring, joint ventures, and strategic alliances. Mr. Koo's clients included leading companies in the lodging and gaming, financial services, computer and electronics, ferrous and nonferrous metals, and high technology industries, including e-commerce and Internet related ventures.  He also served as an advisor to SDS Capital, a hedge fund based in Greenwich CT. Mr. Koo has completed over $30 billion in transactions.

Mr. Koo has also served in the ROK army and worked at **Logica Inc**. in Boston, and **Procter & Gamble AG** in Switzerland.

Mr. Koo holds an A.B. (Applied Sciences), S.M. (Applied Math) and M.B.A. degrees from Harvard University. He is a private pilot and an avid cyclist.  He is fluent in Spanish and Korean, and has studied Mandarin, German, French and Japanese. He is a member of the Harvard Club of New York and Yale Golf Club.

**Ted Byung-Chan Moon Resume**

 **. Managing Director ofROBERTS MITANI, New York, NY ⬧ 11/2004 – PRESENT**

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 45

NYCTA-006419

A global investment banking and strategic advisory firm specializing in Life Science, Consumer/Retail and Industrial/Clean Technology areas.

- Holds over 10 years of expertise in global finance, business development, and law experience
- Sector focus includes life sciences and medtech, industrial/clean technology, and structured finance
- Board member of the Korea Securities and Finance Institutes, a finance, accounting, and business education group (advised growth by acquisition of KOSFI, EPASS KOREA, AIFA, etc)
- Advised reputable large corporate clients including Samsung, Iljin, Kolon Group for their overseas' technology acquisitions and investments
- Advised a biotech venture company, Oscotec, in pre-IPO funding from Japanese and Korean venture capitals; led 3 strategic collaborations with leading Japanese functional food companies for product development; Led IPO in KOSDAQ in 2007
- Advised numerous US biotech companies including Biomerix, DNP Green, Anterios, etc., in their fundraising and strategic partnering with leading Korean companies.

**VALUE ADDED INVESTMENT CORPORATION, BERWYN, PA, 9/2000 – 11/2004   IN-HOUSE COUNSEL & I NVESTMENT BANKING PRINCIPAL**

A commercial real estate banking firm specialized in various structured financing products for real estate developers and institutional investors.

- Provided general corporate legal matters for the firm while being as an active consulting member of the banking group and participated in various projects, including commercial real estates, merger and acquisitions, entertainment, telecommunications, and resort projects
- Participated in structuring and successful capital placement of over $200,000,000 of development/sale/leaseback financing for company's client Capital Real Estate and Walgreen Company, the largest drug store chain in the US in 2002.
- Led the firm's efforts in establishing its presence in Korea, and has facilitated many significant joint venture and professional relationships
- Advised Korean based SH Telecom's cross-border investment in the cable business in the US.
- Advised Korea Institute of Securities and Finances in securing an exclusive license from Schweser's financial program (KAPLAN)
- Presided in company/client projects in the Aviation (Hangar Corporation of America/Connecticut Hangars, Inc.) and Professional Sports (United Sports Network/USN),

**PROFESSIONAL DEVELOPMENT**

Admitted New York Bar, January 2001  Series 7 & 63 certifications

**EDUCATION**

JD, Temple University School of Law, Philadelphia, Pennsylvania, 2000

MBA, George Washington University, Washington, D.C., 1996, Dean's List

MBA, Kyung Hee University, Seoul, Korea, 1991, Dean's Scholarship

BA, Kyung Hee University, Seoul, Korea, 1989.


## Appendix A Resumes of Key Staff  (Halmar)

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 46

NYCTA-006420

# Joseph Kay

## Principal, Halmar Transportation Systems

### PROFESSIONAL PROFILE

Joseph Kay brings a wealth of experience ranging from supervising the testing and handling of nuclear weaponry, an advanced analyst of submarine and surface ship acoustics, a skilled technician of state of the art sonar systems for the United States Navy and an approved transportation systems project manager for large complex vital projects for MTA NYCT. Mr. Kay has over 30 years in the electrical and electronic construction industry. Of the 31 years, Mr. Kay has been involved in the transit industry for 15 years.

Mr. Kay joined Granite Halmar Construction in 2002 as the Project Manager for both the MTA NYCT Concourse Line Signal Modernization project and during site testing, commissioning and the cutovers of the MTA Staten Island Railroad Signal Modernization project. In 2008, he rejoined his colleagues at Halmar. His intimate familiarity with Mass Transit operations, maintenance and construction, coupled with extensive expertise in signal modernization and electronic systems engineering has made him an invaluable asset to the Halmar Organization.

### SIGNIFICANT PROJECTS:

- MTA NYC Transit Concourse Line Signal Modernization and Enclosures Construction. Project Manager responsible for the $165 Million contract (No: S-32308-R). Supervised all signal systems, electrical systems, communication systems, power systems, room construction, equipment procurement-fabrication-delivery, fiber and cable systems, CCTV, Access Control, fire, smoke, Intrusion and hydrogen detection systems, track work, master tower facilities, quality assurance and accident prevention of Granite Halmar and subcontractor forces. As Project Manager, also responsible for the project schedule (CPM), safety management plan, contractor's quality program, progress payments, detailed cost breakdown, cash flow, project revenue and margin, subcontractor payment and cost, monthly project reports, and quarterly forecasts.

- MTA NYC Transit Staten Island Railroad Signal Modernization. responsible for the $72 Million contract (No. S-80220-R). Replaced the 14-mile signal system, from St. George to Tottenville, with an FRA-compliant 100Hz, track circuit based, Automatic Train Control (ATC) signal system. 40 - R44 subway cars and 4 locomotives were modified with on board cab signaling equipment for ATC bi-directional movement. A new rail control center and back-up control center was constructed as part of this contract. 14

-

## Joseph Kay (Continued)

miles of fiber and copper cable, 17 signal/communication instrument houses, new switches, snow melters and hundreds of foundations for various wayside equipment  were installed.

### HIGHLIGHTS:

**EDUCATION:**
US Naval Service
1979–1985
- Advanced Electronics Program
- Sonar System Maintenance Technician and Operator
- Surface Sonar Technical Class A
- AN/SQS54B Hydraulic Hoist Maintenance for Sonar
- Advanced Acoustic Analysis
- Surface Ship Antisubmarine Warfare Tactics
- Sonobuoy Plotting
- Electricity and Electronics 25 Modules
- Leadership and Management Supervisory Training
- Nuclear Weapons Handling Supervisory Training
- Personnel Reliability Program (PRP) Nuclear Weapons qualified

**REGISTRATION/ CERTIFICATIONS:**
- Held US Government Secret Security Clearance
- 10/30 hr OSHA Certified
- Heath/Zenith – Digital Techniques
- Echelon Network – Lonmark Devices
- Decorated Disabled Veteran
- NYCT Track Safety

Use or disclosure of the contents of this proposal Is subject to the conditions state on page 2.

Page 47

NYCTA-006421

Extensive engineering for largest cutover on east coast was performed, as well as significant training, testing and commissioning.

**ALSTOM /GEC ALSTHOM:**

- Communication Based Train Control (CBTC) Phase III Interoperability Project and accountable for supporting the strategic short and long term requirements of the program.

- Developed and established MTA Transit and PATH sales and bid strategies.

- Customer contact for Sr. Vice President (VP) & Chief Engineer of Capital Program Management (CPM), Program Manager CPM Signals & Systems, VP Telecommunications & Information Systems and Director Maintenance Of Way Engineering for MTA NYC Transit and Port Authority PATH.

- Produced maximum order volume for conventional and CBTC signal and communication systems, products and technical services in excess of $100 Million from railroad and transit customers.

- Prepared estimates, proposals, materials and project forecasts for the Sales VP.

- Developed product improvements, enhancements and test requirements for conventional wayside signaling, carborne equipment, CCTV and communication systems requiring customer validation and acceptance.

- Responsible for all facets of project management for the installation and implementation of the Communication Based Train Control Phase I Demonstration Program for MTA NYC Transit.

- Developed a team to support all aspects of design, installation of all hardware and software. Input for planning and direction of the next generation signal system for NYC Transit.

- Managed and updated project's work breakdown structure.

- Purchased equipment on the basis of technical specification.

- Handled proper stowage of equipment when delivered to site.

- Provided installation specifications and supervised day to day work at job site.

**EDO CORPORATION, GOVERNMENT SYSTEMS DIVISION:**

- Directed the day-to-day functions of the Transportation product line with sales revenue of over $10 Million. Products and systems for NYCT Car Equipment Engineering all car classes.

- Customer contact for Sr. VP Subways, RTO, and DCEE for NYC Transit.

- Prepared project schedules, AWO's, claims, cost analyses, estimates, statements of work, proposals, technical and administrative reports.

**Joseph Kay (Continued)**

- Prepared, monitored, and controlled invoices, expenses, requisitions and correspondence of numerous projects and personnel to address schedule and budget goals.

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 48

NYCTA-006422

- Directed and trained technicians and lab personnel to support complex military and commercial electronic systems with extensive experience in developing electronic equipment.

- Prepared estimates and proposals to promote manufacturing and design efforts relating to electrical, electronic, and pneumatic equipment.

- Resolved engineering integration problems for active and passive sonar systems.

- Generated system test documentation and equipment acceptance procedures.


**REFERENCES, JOE KAY:**

**Contract  S32308-R**:

Contact: Mr. Cecil Fraser, Construction Manager, Signals and Systems,

MTA New York City Transit

2 Broadway

New York, NY 10004

(646) 252-4022

cecil.fraser@nyct.com


**Contract S80220-R:**

Contact: Dr. Nabil N. Ghaly (Prior Program Manager, Signals and Systems for

MTA New York City Transit  New York Rail Technology)

PO Box 2687

Huntington Station

New York, NY 11746

(631) 833-0211

nabil@nyrt.us

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006423

## Paul Atkins
## Principal, Halmar International

### PROFESSIONAL PROFILE

Mr. Atkins has experience managing multi-disciplinary teams on major infrastructure projects including buildings with complex MEP systems, roadways and bridges for for NYSDOT and NYCDOT.  Projects included NYCT bus maintenance facilities, design-build for MTA MNR and design-build for NYCDOT.  Mr. Atkins joined Halmar in 1993 as a Field Engineer.  He has served as a Project Manager, responsible for managing all phases of construction, project administration, planning, scheduling, cost control, procurement and claims management for all assigned projects.  In 1999, Mr. Atkins was promoted to Vice President/Project Executive for Halmar.  In July 2001, Halmar became Granite Halmar, a wholly owned subsidiary of Granite Construction Incorporated.  Mr. Atkins held the position of Area Manager for Granite Halmar for the past four years.  He has been extremely successful in Design/Build Projects.

### EXPERTISE & EXPERIENCE:

**GRANITE HALMAR CONSTRUCTION:**

MTA NYC Transit Grand Avenue Bus Depot and Central Maintenance Facility. - Executive Support -  $216 Million design-build project to construct a bus operations and maintenance complex.

**HALMAR BUILDERS:**

Zerega Bus Depot - Project Engineer. $63 million

### SIGNIFICANT PROJECTS:

**MTA NYCT Zerega Bus Depot Bronx, New York** - $ 63 Million - **Project Engineer** - A design / build contract for NYCT DOB. GH was contracted to build a facility for training and bus maintenance in the south Bronx.

---

**HIGHLIGHTS:**

**EDUCATION:**

BS, Civil Engineering – Tufts University

MS, Civil Engineering – University of California at Berkeley

**REGISTRATION / CERTIFICATIONS:**

Professional Engineer – New York State; License Number 074063

MTA Track Safety Certified

Amtrak Track Safety Certified

**PROFESSIONAL AFFILIATIONS:**

American Society of Civil Engineers - ASCE

Structural Engineering Institute - ASCE

Construction Institute - ASCE

Design-Build Institute of America - DBIA

National Society of Professional Engineers

American Engineering Alliance, Inc.

The Society of American Military Engineers - SAME

SAVE International "The Value Society"

Deep Foundations Institute

Metropolitan Railway Club

---

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006424

## Paul Atkins (Continued)

This facility's footprint encompassed over 5 acres of building space including: office space, training rooms, bus storage and maintenance areas. Several specialty constructions were incorporated into this contract, which include: Air handling units (23), bus Paint booth, bus Dyno room, bus simulation room, Methane detection system, remote diagnostic system, compressed natural gas station, and oil water separators.

Responsibilities included assisting project oversite. Duties included: supervision of day to day activities, Field inspections, Testing: air handling unit testing, electrical testing of fire alarm system, Methane detection system testing, Soil testing, Concrete, Masonry, Asphalt placement, and HVAC testing. Involved with punch list close outs.

**MTA NYC Transit Grand Avenue Bus Depot and Central Maintenance Facility - Executive Oversight -** $216 Million contract. - MTA NYC Transit Design and Construction of the Grand Avenue Bus Depot Responsible for coordinating the design and erection of 6,000 tons of structural steel, pre-cast concrete facade and curtain wall system of this $216 Million facility. Detailed and coordinated the installation of structural steel supports required for the HVAC equipment including heat recovery units, air conditioners and bridge cranes. The Team's duties also included management of the structural design team and construction trades in order to resolve field related issues efficiently and with minimum impact to the construction schedule.

**Stillwell Avenue Terminal, Brooklyn, NYC.** - Principal in Charge for Managing Member of Joint Venture responsible for reconstructing the NYCT Stillwell Avenue Terminal in Brooklyn, NY. The $200 Million rebuilding project included virtually every element of the terminal – the worlds largest elevated Rapid Transit Terminal in the world. A unique aspect of the project is the 350 ft. long train shed that encompasses all four platforms and eight tracks. This roof is covered with 2730 photovoltaic panels, each capable of producing 80 watts of electricity. This is the largest photovoltaic structure ever built in America.

**South Ferry Terminal Subway Station, Lower Manhattan, NYC.** - Principal in Charge for member of Joint Venture responsible for the design and construction for a new subway station and approach tunnel for NYCT. This project required significant support of excavation utilizing secant piles. Excavation work involved major drilling and blasting. Extensive underpinning of the active subway was required during construction and was carried out by various means including traditional underpinning pits, drifts and post and beam with micro piles. This $265 million project will be completed in 26 months.

**Times Square Subway Station Phase II, Manhattan, NYC.**- Principal in Charge for Member of Joint Venture responsible the phase II reconstruction of NYCT's Times Square Subway Station. The station is the busiest and one of the oldest subway intersections in the U.S. The work carried out while maintaining full station operations included widening corridors, new elevators and escalators and architectural and MEP upgrades. The project also included major water main relocations in Times Square.

**Concourse Line Signal Modernization, Bronx, NYC.** - Principal in Charge for $162 Million project for the replacement of signal equipment and enclosures on the NYCT Concourse Line on approximately 20 track miles from 205th street in the Bronx to 145th St. in Manhattan. The project includes new relay rooms, signal power rooms, CIL rooms a new master tower and over 19 new control panel consoles. Hundreds of switch machines, signal heads, train stops and line cases were installed as part of the wayside upgrades.

**Amtrak LIC East River Tunnel Ventilation Facilty, Queens, NYC -** Principal in Charge for GC selected through competitivenegotiations to construct new ventilation facilities for Amtrak's East River tunnels. The project involves demolishing

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 51

NYCTA-006425

## Paul Atkins (Continued)

and reconstructing four shafts and a new building atop the shaft to host fans and ancillary equipment. The new shafts will support traction power, signals, and emergency egress components. To accomplish the work the existing tunnels were enlarged to accommodate shields that protect RR traffic while work is performed in the shaft. Over 800 high speed trains pass through the worksite daily. Work involves; demolition, h-pile and lagging support of excavation, dewatering, grouting, shaft excavation in earth and rock, selective demo at track level, mini piles, structural concrete, steel, electrical, mechanical, major fans and ventilation equipment.

**Central Terminal Area Reconstruction, JFK Airport, Queens, NY** - Project Executive in Charge of three projects with an aggregate value of over $275 Million to simultaneously reconstruct various airside and landside elements of JFK Airport at terminals; 4, 7, 8 & 9. Work was required to be executed without disrupting airport operations and minimizing impacts to passengers. Work included constructing underpasses, ramps and bridges, foundations for light rail stations, parking structures and terminal extensions. Project involved extensive utility relocation work. This project was the first use of taper tube piles which significantly increased pile driving production and saved months on the project schedule.

**MNCR Contract 30672 Hudson Line Stations Inbound Platforms Reconstruction** - . Principal in Charge for construction of the platforms, shelters, and canopies and related components for the following stations: Hastings-on Hudson, Dobbs Ferry, and Irvington. Work included; maintenance and protection of vehicular and pedestrian traffic, access ways and platforms, temporary facilities, construction of railroad high level platforms, erection of structural steel, roofing, electric, lighting and architectural finishes. Platform construction included all ancillary items such as; canopies, shelters, stairs, ramps, electrical distribution systems, lighting, signage, handrails, benches, tactile warning strips, PA systems, and rub rails. The project was constructed to minimize customer impacts and impacts to rail operations

**MNCR D/B Yankee Stadium Station**. - Principal and lead technical advisor for constructability for the CM Consortium as Construction Managers on this $7.2 billion , with responsibility for all aspects of construction management of civil, structural, architectural, mechanical, electrical, and rail systems disciplines for the first new commuter rail line between NJ and NY in a century. The project involves; new embankments and structures, 28 ft. diameter rock TBM tunnels, 28 ft. diameter soft ground tunnels under the Hudson River constructed with EPBM, and major drill and blast caverns under 34th street in Manhattan, tunnel and station structures, ancillary structures, station finishes and all rail road systems. More than 50% of the project is constructed in mid-town Manhattan.

**Reconstruction of I-287 Cross Westchester Viaducts, White Plains, NY**. Project Executive in Charge for a NYSDOT project to reconstruct two major viaducts on one of country's busiest expressways. Halmar reengineered the project and substituted precast post-tensioned piers and deck for the planned cast in place construction. The redesign saved over 1 year on the schedule and resulted in a deck with a superior projected life span. The work involved not only extensive traffic control but was also performed over an active commuter rail road. Mr. Larsen received engineer of the year award in 2000 for the innovative redesign by the Association for Bridge Construction and Design.

**NYCDOT Design/Build Belt Parkway Bridge over Ocean Parkway, Brooklyn, NY** - Area Manager - Granite Halmar was selected on a best value basis as design-builder for this $55 million replacement bridge project in Brooklyn, N.Y. The project consisted of a demolishing the existing Belt Parkway Bridge over Ocean Parkway and replacing it with a new six-lane bridge and reconstructing all the associated approach highway and ramps. GH was chosen in large part for the aggressive 10 month schedule they proposed. Over 200,000 vehicles per day use the Belt Parkway and traffic had to be maintained. Impacts of construction such as dust and noise had to be mitigated for the neighborhood. Still the project had to be completed in the 10 month timeframe as promised. Mr. Atkins played a crucial role in developing the innovative construction methods that were used on this project. They included low-headroom mini-piles, and extensive use of

prefabricated elements that were constructed upstate N.Y and erected in short duration intervals on the site. Besides developing the project concept, Halmar staff estimated and scheduled the project, negotiated with the owner and managed the design and construction. Halmar performed extensive coordination with a multitude of stakeholders from community groups to other public agencies. This project is the 2005 ASCE Design-Build project of the year.

**PUBLICATIONS**

January 2005, Third New York City Bridge Conference – September National Prefabricated Bridge Elements & Systems Conference

Belt Parkway Over Ocean Parkway

February 2003, St. Louis, MO

American Society of Civil Engineers Met Section Annual Seminar – Transportation Projects

Belt Parkway Over Ocean Parkway – Effective Design/Build

February 2005, New York, NY

Municipal Engineers of the City of New York – 2005

Replacement of the Belt Parkway Bridge Over Ocean Parkway

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

NYCTA-006427

# Chris Larsen

## Principal, Halmar International

### PROFESSIONAL PROFILE

Chris Larsen has over 20 years experience in the construction industry managing, estimating and engineering the construction of roads, bridges, viaducts, subways, railroads, dams, tunnel and airports. In 2005, Mr. Larsen established Halmar International. Formerly, he spent 16 years with Halmar Builders of New York. He became a partner in 1995, involved in all of Halmar's projects. Under Mr. Larsen's leadership, Halmar Builders became a nationally recognized leader in Heavy Civil Construction and was ranked the 7th Largest Bridge Builder in the nation by *Engineering News Record* and the largest highway contractor in New York/New Jersey by the *American Roadway and Transportation Builders Association*.

Mr. Larsen then helped engineer the sale of Halmar Builders of New York to Granite Construction Company. As part of the new Granite Halmar Construction Company, Mr. Larsen became the Northeast Regional Manager and helped build the new organization into the largest operating unit in Granite Halmar with several new, successful MTA contracts including the South Ferry Terminal and tunnel project in Lower Manhattan, the Stillwell Avenue Terminal and state-of-the-art photovoltaic train shed roof in Brooklyn and, in Queens, the Grand Avenue Bus Depot and Maintenance Facility, the first "green" bus facility of its kind for New York MTA.

Mr. Larsen was also the principal for several successful design-build projects, including the MTA NYC Transit Zerega Bus Maintenance and Training Facility, the NYCDOT Belt Parkway over Ocean Parkway in Brooklyn, the MTA Grand Avenue Bus Depot and Maintenance facility in Queens, and the Metro-North Yankee Stadium station in the Bronx.

Mr. Larsen is the principal of Halmar International, the construction firm for major transportation projects in the region, including the award-winning design-build for the MTA Metro-North Yankee Stadium Station in the Bronx, the $407 Million rehabilitation of the I-95 Alexander Hamilton Bridge over the Harlem River, the World Trade Center Memorial, and construction management (pre-construction services) for the $7 Billion Access to the Region's Core (ARC) to take New Jersey Transit to midtown Manhattan through the first Hudson River tunnel crossing built in 100 years.

**HIGHLIGHTS:**

Actively involved in Association of General Contractors (AGC).

*NJ AGC, Board of Directors*

General Contractors Association (GCA), *Executive Committee*

*Labor Negotiation Committee*

CIC *Labor Negotiation Committee*

Member Irish American Building Society

Member Hudson Yard Task Force

Member Moles

MTA Construction Industry Work Group

NY Building Congress

*Served on Board of Directors*

*Co-Chair Transportation Committee*

Association for Bridge Construction and Design

*Inaugural Bridge Engineer of the Year Award*

Boy Scouts of America

*Good Scout Award for Community Service*

March of Dimes

*Humanitarian of the Year Award, 2004*

### EXPERTISE & EXPERIENCE:

Prior to establishing Halmar International, Mr. Larsen held executive management positions at Halmar Builders and Granite Halmar. Accomplishments in those firms include:

Regional Manager for Granite Halmar, the largest operating unit of Granite Construction with over 170 full-time employees and 600 union craftsmen. Second largest Heavy Civil Contractor in New York. Firm revenues in 2004: $284 Million. Firm revenues in 2005: $320 Million.

## Chris Larsen (Continued)

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 54

NYCTA-006428

- Transformed Business into one of the largest transit construction companies in USA. The largest vendor for NYC Transit with over $1 Billion active contracts.


- Negotiated the award of projects worth over $1 Billion in the, including five design-build projects worth over $670 Million. Two of these projects were recognized by ASCE *Design-Build Projects of the Year*.

- Implemented an aggressive upper-management- involved safety initiative that resulted in an EMR under .59 and zero lost time accidents since October 2004. (note: EMR under 1.00 for last 12 years and under .70 since 2001).

- Built a company with a preeminent reputation with customers, vendors, labor and peers, based on a record of integrity, fairness and getting projects done on-time in a professional manner. Record of success on negotiated procurement is a result of this proven reputation.


***HALMAR BUILDERS / Vice President and Partner:***

- Vice President and Partner for Halmar Builders involved in all of Halmar's projects and held an active role in managing the more challenging projects.

- Instrumental in the company's diversification into the mass transit and aviation markets, including the award-winning land side work at JFK International Arrivals Building and the Interstate 87/287 Suffern Interchange, at the time, the largest construction project awarded by NYSDOT.

- Developed company into a nationally recognized leader in Heavy Civil Construction and was ranked the 7th largest Bridge Builder and the 10th largest Airport builder in the nation by Engineering News Record and the largest highway contractor in New York/New Jersey by the American Roadway and Transportation Builders Association.

- Chief Estimator for 10 years; responsible for over $3 Billion worth of bids. Prepared and successfully presented numerous design/build proposals. Responsible for evaluating and forming joint ventures.


**SIGNIFICANT PROJECTS:**

- **NYSDOT Interstate-95 and US Rte 1 Alexander Hamilton Bridge over the Harlem River, New York City, NY**. In joint venture, Halmar International and CCA is the construction team rehabilitating the Alexander Hamilton Bridge and Highbridge Interchange Ramps. Built in 1963, the bridge carries eight lanes of Interstate-95 and US Route 1; 175,000 vehicles/day. The total length of the bridge, including approaches, is 2,375 feet and includes two parallel arches. The main steel arch is 555 feet long and has a clearance of 135 feet above the river. The bridge connects to the Major Deegan Expressway (I-87) to the east and the Harlem River Drive to the west.

- **Access to Regions Core, New Jersey to Midtown Manhattan, NY**. Construction Manager for $7.2 Billion tunnel across the Hudson River. Construction Management services providing constructability review of design drawings, cost estimating, and recommendations for construction staging and bid packaging. ARC includes the construction of two new tracks in the Meadowlands, two new single-track tunnels under the Hudson River and an expansion of New York Penn Station under 34th Street, including direct connections to NYC subways at 8th, 7th and 6th Avenues, as well as PATH.


**Chris Larsen (Continued)**

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 55

NYCTA-006429

- **MTA NYC Transit South Ferry Terminal, Manhattan, NY**. Principal for construction firm responsible for the $261 Million Design-Build project involving building new station platform and mezzanine levels and constructing an approach tunnel with a

  tie-in to the existing tunnel (1,600 LF of excavation) while maintaining station operations. Recognized by New York Construction News as one of the 2005 Top Projects award.

- **AMTRAK East River Tunnels Ventilation Facility, Long Island City / Queens, NY**. Principal for construction firm responsible for the $70 Million contract involving reconstructing four shafts and a new building at the shaft (fans and equipment). The new shafts support traction power, signals, and emergency egress components. Work involves demolition, h-pile and lagging support of excavation, dewatering, grouting, shaft excavation in earth and rock, mini-piles, structural concrete, steel and ventilation equipment.

- **MTA NYC Transit Reconstruction of Times Square Station, Manhattan, NY**. Principal for construction team (JV with Schiavone) participating in the $95 Million reconstruction of a major subway terminal in Midtown Manhattan while maintaining service and passenger facilities. Most notably, was the reorientation of the mezzanine over the BMT line (R and N trains) involving relocation of significant number of utility lines. Recognized by New York Construction News as one of the 2002 Top Projects award. As a principal of Granite Halmar, Mr. Larsen managed the JV work for the construction team's GC (Skanska).

- **International Arrivals Terminal 4 New York JFK International Airport, Queens, NY**. Principal responsible for construction of the $97 Million contract involving all landside construction for the IAT, one of the first public-private partnerships in New York. Completed roadways, parking, toll plazas, walkways and canopies, and arrivals level elevated ramps and bridges. Work also included extensive utility relocation, piles concrete and steel, excavation and sheeting, and site work. Recognized by New York Construction 2002 Top Projects award.

- **British Airways Terminal Redevelopment, New York JFK International Airport, Queens, NY**. Principal responsible for construction of the $92 Million contract involving the structural and civil work associated with the expansion and reconstruction of the terminal. Work included the Concorde Apron, Concorde Lounge, terminal extension, parking structure, roadways and light rail station. Received the 2003 New York Construction Top Projects award.

**Chris Larsen (Continued)**

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 56

NYCTA-006430

- **MTA Metro-North Railroad Design-Build for the Yankee Stadium Station, Bronx, NY**. Construction firm, in JV with CCA, responsible for construction of the $62 Million project to build a new passenger station in the Bronx. The station has two 10-car platforms, a 10,000 SF covered mezzanine and a 450-foot overpass with elevators and stairs (north of 153rd Street). The project will also install various advertising media at the station mezzanine, platform and pedestrian bridge. Received the DBIA (Design-Build Insititute of America) 2008 Project of the Year.

- **MTA NYC Transit Stillwell Avenue Terminal, Coney Island, Brooklyn, NY**. Principal responsible for construction of the $200 Million contract involving demolition and reconstruction of a steel framed structure; the largest elevated terminal in New York City's subway system. This project also built a train shed with one of the largest photovoltaic roofs in the world (360 ft-long canopy with 2,730 photovoltaic glass panels to generate 420,000 kw hours of power/year). Recognized by New York Construction News as one of the 2005 Top Projects and received the 2005 Brooklyn Chamber of Commerce Public Works Project award. As a principal of Granite Halmar, Mr. Larsen managed the firm's construction team and MTA contract.

- **MTA NYC Transit Signal System Modernization and Enclosure Construction – Concourse Line, Bronx, NY**. Principal responsible for construction of the $141.3 Million contract involving extensive modernization of signal systems and 20 miles of tracks along the No 2 and No 5 subway lines in the Bronx. Recognized by New York Construction News as one of the 2005 Top Projects.

- **NYC Department of Transportation Belt Parkway over Ocean Parkway, Brooklyn, NY**. Construction firm responsible for the $55 Million design-build contract involving bridge replacement, roadway reconstruction, utilities and complex traffic maintenance of traffic along heavily traveled NYC highways. Received the 2005 ASCE Design-Build Project of the Year Award and the 2004 Road and Bridges Top Project award.

- **MTA NYCT Design-Build for the Zerega Avenue Bus Maintenance and Training Facility, Bronx, NY**. As Granite Halmar, Mr. Larsen served as the principal responsible for the $63 Million design-build contract involving 260,000 SF built in less than two years. This was the first design-build project undertaken by NYC Transit's bus division. Received the 2002 ASCE Design-Build Project of the Year award and the 2002 New York Construction Top Projects award.

- **MTA NYC Transit Design-Build for the Grand Avenue Bus Depot and Maintenance Facility, Queens, NY**. Principal responsible for construction of the $217 Million contract involving 500,000 SF environmentally-sound facilities. The project involved a 3-story maintenance facility with storage for 200 buses. The design-build plan by Granite Halmar called for the first "green" bus facility of its kind with state-of-the-art systems, designs, and materials.

- **NYS Department of Transportation Interstate 287 Cross Westchester Expressway Viaducts, Westchester County, NY**. Principal responsible for construction of the $85 Million contract involving design-build value engineering. Received the 2000 New York Construction Top Projects award.

## PUBLICATIONS AND PRESENTATIONS:

- International Bridge Conference, Presenter

- National Prefabricated Bridge Elements and Systems Conference

- New York State AGC/NYSDOT Technical Conference

Use or disclosure of the contents of this proposal Is subject to the conditions state on page 2.

Page 57

NYCTA-006431

## Appendix B Authorization under SMRT

SMRT authorized TIS partners exclusively represent it for commercial business promotion for overseas clients in using its subway platform screen door systems technology and patents that have been developed by SMRT.

Dr. SJ Eum majored Urban Transportation Planning at Northwestern University,  CEO & President of SMRT, and Chairman of UITP Asia Pacific Division supervised this PSD retrofitting technology.

To Whom It May Corern:

### ● POWER OF ATTORNEY

- We M/s Seoul Metropolitan Rapid Transit Corporation, 180 , Cheonhodaero, Seongdong-ku, Seoul, Korea (hereinafter called "SMRT") hereby authorize M/s TIS ,Inc. , 3rd Fl. Jeil B/D,35-5 , Samsung-dong, Kangnam-ku, Seoul, Korea (hereinafter called "TIS") to exclusively represent SMRT for installing overseas client projects in using Subway Platform Screen Door Systems technology and patents that have been developed by SMRT for its economic Design, Supply of Modularized door-set manufacturing process methodology, Driving mechanism and equipment set, Total installation supervision and auditing,Testing and Commissioning partially or wholly while SMRT gained its technical know-how by accomplishing at 148 operating subway stations ( 9,400 door sets) in Seoul, Korea

- This Power of Attorney to TIS shall remain valid until in accordance with the article 7 of the main contract period.

Sincerely yours,

Sung Jick EUM
CEO & President
Seoul Metropolitan Rapid Transit Corporation

Chairman of UITP Asia Pacific Division

Use or disclosure of the contents of this proposal
Is subject to the conditions state on page 2.

Page 58

NYCTA-006432