1

~~UNI~~TED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------x
LUISA JANSSEN HARGER DA SILVA,

                    Plaintiff(s),

                              Index No.: 17-CV-04550

        - against -

NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN
TRANSPORTATION AUTHORITY and RAQIA SHABAZZ,
                    Defendant(s).
---------------------------------------------x
                    Zoom Conference Call
                    Sayville, New York
                    February 2, 2022
                    10:00 a.m.
                    (Recorded via Zoom)


        DEPOSITION of MICHAEL SULLIVAN,
a witness on behalf of NEW YORK CITY TRANSIT
AUTHORITY, one of the Defendants herein,
taken by the Adverse Parties pursuant to
Consent, held before Lisa J. Lugo, a Notary
Public in and for the State of New York.




2

```
 1
 2     A P P E A R A N C E S:
 3
 4     SONIN & GENIS, ESQS.
       Attorneys for Plaintiff(s)
 5
       1 Fordham Plaza, Suite 907
 6     Bronx, New York 10458
 7     BY:  ROBERT J. GENIS, ESQ.
 8
 9
10     LANDMAN CORSI BALLAINE & FORD P.C.
       Attorneys for Defendant(s) -
11     NYC Transit Authority
12     120 Broadway, 13th Floor
       New York, New York 10271
13
       BY:  ANDREW KEAVENEY, ESQ.
14
15
16
       ROTH & ROTH, LLP
17     Attorneys for Defendant(s)
18     192 Lexington Avenue Suite 802
       New York, New York 10016
19
       BY:  DAVID ROTH, ESQ.
20
21
22
23
24
25
```

3

1                              M. Sullivan

2                        S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED by and

5     between the attorneys for the respective parties

6     herein, that filing, sealing and certification,

7     and the same are, hereby waived.

8

9          IT IS FURTHER STIPULATED AND AGREED that

10    all objections except as to the form of the

11    question, shall be reserved to the time of the

12    trial.

13

14         IT IS FURTHER STIPULATED AND AGREED that

15    the within deposition may be signed and sworn to

16    by an officer authorized to administer an oath,

17    with the force and effect as if signed and sworn

18    to before the Court.

19

20

21                              xxxxx

22

23

24

25

4

```
1                      M. Sullivan
2     M I C H A E L    S U L L I V A N,
3                    a witness herein, after having
4              first been duly sworn by the Notary
5              Public, was examined and testified as
6              follows:
7                   MS. REPORTER:  Will you please
8              state your name for the record.
9                   THE WITNESS:  Michael Sullivan.
10                  MS. REPORTER:  Please state your
11             present business address.
12                  THE WITNESS:  2 Broadway, New
13             York, New York 10004.
14                  MS. REPORTER:  Will you be
15             sharing in the cost for this
16             transcript?
17                  MR. ROTH:  Yes.
18                  MR. GENIS:  Yes.
19                  MR. KEAVENEY:  Yes.
20                  MS. REPORTER:  The attorneys
21             participating in this deposition
22             acknowledge that I am not physically
23             present in the deposition room and
24             that I will be reporting this
25             deposition remotely.
```

5

1              M. Sullivan

2              They further acknowledge that,

3       in lieu of an oath administered in

4       person, I will administer the oath

5       remotely.

6              The parties and their counsel

7       consent to this arrangement and waive

8       any objections to this manner of

9       reporting.

10              Please indicate your agreement

11       by stating your name and your

12       agreement on the record.

13              MR. GENIS:  Agree.

14              MR. ROTH:  Agree.

15              MR. KEAVENEY:  Agree.

16  **EXAMINATION

17  BY MR. GENIS:

18      Q    Good morning, Mr. Sullivan, my name

19   is Bob Genis, I represent a young woman who was

20   harmed.  I'm going to be asking you some

21   questions today.

22              If there is anything I ask you that

23   you do not understand, please say so and I'll

24   gladly rephrase the question.  Otherwise, if you

25   answer the question, we're going to assume it was

```
1                          M. Sullivan
2       understood by you.
3                   Do you understand everything I've
4       said so far?
5            A     Yes.
6            Q     Do you agree to these terms?
7            A     Yes.
8            Q     Is it fair?
9            A     Yes.
10           Q     Also, the notice that you just
11      answered with yes quite -- yes to yes or no
12      questions, outstanding.  Every time if I ask you
13      a yes or a no question or a true or false
14      question, please just answer with a yes or no or
15      true or false and if you're unable to do so, just
16      say, I'm unable to do so.  Is that understood by
17      you?
18           A     Yes.
19           Q     Do you agree to these terms also?
20           A     Yes.
21           Q     These terms are fair as well?
22           A     Yes.
23           Q     Okay.  Sir --
24                 MR. KEAVENEY:  Sorry, about the
25                 videotape?
```

1          M. Sullivan

2          MR. GENIS:  Sure, go ahead.

3          MR. KEAVENEY:  Plaintiff is

4     videotaping this deposition.  We were

5     not provided notice it was going to

6     be videotaped.  I'm going to proceed

7     with the videotape but I'm going to

8     reserve all objections to have this

9     videotaped deposition.

10         MR. GENIS:  Just so we're clear,

11    you're not objecting to us using the

12    deposition transcript at the time of

13    trial, you're merely objecting to us

14    using the videotaped portion of it,

15    correct?

16         MR. KEAVENEY:  Correct.  The

17    deposition could be used for whatever

18    purpose under the Federal Rules,

19    whatever it calls for.  The lack of

20    Notice for the videotape is what I'm

21    objecting to.

22         MR. GENIS:  Okay, all right.  So

23    done.

24 BY MR. GENIS:

25         Q    Sir, what, if anything, did you

8

                          M. Sullivan

1

2    review to prepare for today's deposition?

3         A    I reviewed the documents that passed

4    through this office regarding the incident.

5         Q    Okay.  When you say you reviewed the

6    documents that passed through your office in

7    regards to this incident, what do you mean?

8         A    The day of the investigation reports

9    that were provided by the operating departments

10   to the Public Transportation Safety Board.

11        Q    So, this incident was reported to the

12   Public Transportation Safety Board, STSB?

13        A    New York State Public Transportation

14   Safety Board, yes.

15        Q    How many pages was this,

16   approximately?

17        A    I couldn't speak to the total number

18   of pages.

19        Q    And was there a final report of some

20   sort submitted to the PTSB by the New York City

21   Transit Authority?

22        A    The report submitted was submitted by

23   the operating departments.

24        Q    Okay.  So let's back -- you know,

25   we're going to get into that soon about the

9

1                            M. Sullivan

2    formal investigation.

3                 Other than the investigative records,

4    reports regarding this incident, records provided

5    by the Transit Authority to the PTSB, what if

6    anything else did you review to prepare for

7    today's deposition?

8         A      Nothing.

9         Q      Okay.  What, if anything, did you

10   review to refresh your recollection about

11   anything I ask you about today?

12        A      Nothing.

13        Q      How much time did you spend preparing

14   for today's deposition?

15        A      Maybe an hour.

16        Q      Did anyone assist you in preparing

17   for today's deposition?

18        A      I --

19                    MR. KEAVENEY:  Other than

20               counsel?

21                    MR. GENIS:  I didn't assume,

22               counsel.  I just asked generally if

23               anybody else helped him prepare.

24                    MR. KEAVENEY:  You're kind of

25               inferring it's attorney --

1              M. Sullivan

2              MR. GENIS:  I'm not inferring

3              anything.  I don't know if it was his

4              nephew or son-in-law that helped him,

5              his next door neighbor, I don't have

6              a clue so that's why I'm asking.

7              So can I have an answer,

8              please.

9      A      I spoke to Andrew Keaveney.

10     Q      Other than speaking with the attorney

11 for the Defendants, have you spoken to anyone

12 else to help you prepare for today?

13     A      No.

14     Q      Did you talk to anybody from the New

15 York City Transit Authority or the MTA about this

16 deposition?

17     A      No.

18     Q      Who, if anyone, from the New York

19 City Transit Authority for the MTA knows you're

20 having this deposition today?

21     A      To my knowledge, Andrew and another

22 attorney, Denise Rosner, and of course my

23 supervisor who I had to instruct or tell that I

24 would be busy today.

25     Q      Okay.  So, who is your supervisor

11

```
1                        M. Sullivan
2    that knows you're being deposed today?
3           A      Tim Doddo is his name, D-O-D-D-O.
4           Q      Have you ever testified before,
5    sir?
6           A      Yes.
7           Q      How many times?
8           A      Representing New York City Transit?
9           Q      Well, first I just want to know the
10   number of times you've testified all together?
11          A      Twice.
12          Q      The two times that you've testified
13   before, were they both at depositions like this?
14   Were they at trial, a combination or something
15   else?
16          A      I believe one was a deposition and
17   one was a trial.
18          Q      And the two times you testified
19   before, once at a deposition and once for a
20   trial, were they on behalf of the Defendant, New
21   York City Transit Authority?
22          A      Yes.
23          Q      And were they involving claims of
24   injury caused by negligence of the Transit
25   Authority?
```

12

1                              M. Sullivan

2        A       Yes.

3        Q       What were the names of those cases?

4        A       I have no recollection.

5                **MR. GENIS:   Just, we call for

6                the information sufficient to allow

7                us to identify the Plaintiff's

8                attorney and we call for a copy of

9                those transcripts.

10       Q       The other times you've testified

11   before, do they involve incidents where somebody

12   was run over by a train?

13       A       No.

14       Q       Did it involve what's known as a 12-9

15   incident?

16       A       No.

17       Q       What kind of injuries did they

18   involve?

19       A       The one that I remember was a motor

20   vehicle accident.

21       Q       Did the other time you testified

22   involve a train for New York City?

23       A       No.

24       Q       All right.  Now, I'm going to go

25   through some of your background, sir, okay?  I'll

13

1                              M. Sullivan

2     tell you upfront where I'm going to make it a

3     little easier.

4                    Can you first tell me, what's your

5     highest level of education?

6          A     I have some college, couple years of

7     college.

8          Q     Okay.  Do you have a Bachelor's

9     Degree?

10         A     No.

11         Q     Do you have an Associate's Degree?

12         A     No.

13         Q     Where did you get some college?

14         A     Queens College, Hofstra, various

15    classes.

16         Q     Okay.  Did you take any classes in

17    college whether it be Queens, Hofstra or anywhere

18    else that have anything to do with safety?

19         A     No.

20         Q     Did you take any college classes

21    having anything to do with engineering?

22         A     No.

23         Q     Did you take any college classes

24    having anything to do with transportation or

25    rapid transportation?

14

1                        M. Sullivan

2          A      No.

3          Q      Anything to do with trains?

4          A      No.

5          Q      Did you have a major?

6          A      Not declared.

7          Q      How far into college were you when

8    you started to leave, for example, freshman,

9    sophomore, junior, senior?

10         A      I got to about 75 credits and I

11   decided I was going to get married so I stopped

12   going to college.

13         Q      The 75 credits, would that be about

14   halfway to a Bachelor's Degree?

15         A      About halfway, yep.

16         Q      Can you tell me, other than the

17   Transit Authority, have you worked for anyone

18   else?

19         A      Not in the last 30 years.

20         Q      Okay.  How old are you, sir, if you

21   don't mind me asking?

22         A      55.

23         Q      Did you hold any jobs having anything

24   to do with engineering, transportation railway,

25   anything at all along those lines before you

15

1                           M. Sullivan
2    started to work at the Transit Authority?
3            A       No.
4            Q       So, when you started to work for the
5    Transit Authority about 30 years ago, would it be
6    fair to say you had no background for that type
7    of work?
8            A       Correct, yes.
9            Q       What was your first title or position
10   you held with the Transit Authority?
11           A       Track worker.
12           Q       And what year did you become a track
13   worker?
14           A       1991.
15           Q       And did you receive training for your
16   duties as a track worker?
17           A       Yes.
18           Q       What did that training consist of?
19           A       If I recall correctly, it was six
20   weeks supervised instruction, then school, two
21   weeks in class, two weeks on-the-job training and
22   that was it.
23           Q       And did you receive training manuals
24   to learn how to perform your duties as a track
25   worker?

16

1                         M. Sullivan

2          A      Yes.

3          Q      From 1991 to when, were you a track

4    worker?

5          A      Probably '91 to about '93, about two

6    years.

7          Q      And then around 1993, what did your

8    title or position become?

9          A      I was a power distribution

10   maintainer.

11         Q      What is that?

12         A      The work was involving work around

13   the third rail, the contact rail.

14         Q      And from when to when did you do

15   that?

16         A      Probably until about '95, 1995.

17         Q      What was your next title or position

18   after being a pilot distribution maintainer?

19         A      Power distribution.

20         Q      Power, I'm sorry, I did not hear you

21   properly.  What was your next --

22         A      The next step was maintenance

23   supervisor level one track.

24         Q      And that was 1995 to when?

25         A      '95 to probably '97 or '98.

17

1                        M. Sullivan

2        Q      What were your duties as a

3    maintenance supervisor at level one track?

4        A      Was responsible for supervising track

5    workers in track work.

6        Q      When we're talking about tracks,

7    we're talking about the train tracks in the

8    subways, correct?

9        A      That's correct.

10       Q      And did you receive training manuals

11   to learn how to do that job?

12       A      Yes, we did.

13       Q      And what was the next title or

14   position you had, sir?

15       A      Maintenance supervisor level two.

16       Q      From when to when did you do that?

17       A      That was probably '98 to '99.

18       Q      Were your duties the same or

19   different from level one to level two?

20       A      More administrative but pretty much

21   the same.  There were more administrative duties

22   in that title then there were in the level one

23   title.

24       Q      What was the next position you held,

25   sir?

18

1                           M. Sullivan

2       A       Superintendent.

3       Q       From when to when were you a

4  superintendent?

5       A       From 1999 until probably 2015,

6  2016.

7       Q       And when you said you were

8  superintendent, was that in any particular unit,

9  division, department?

10      A       Multiple, I moved around, multiple

11  locations.

12      Q       Tell us the different things that you

13  were superintendent of?

14      A       So, for a while I was, I remained in

15  the track department, track maintenance and track

16  construction.  In two thousand and -- let me try

17  and think.  2007, I took a promotion to -- it was

18  still superintendent, but it was a different

19  level of superintendent.

20              I went over to rapid transit

21  operations, the position was emergency response

22  officer.

23              Then from there, I was a desk

24  superintendent in the rail control center for

25  about a year and a half.  And then after that, I

19

1                                M. Sullivan

2      was a superintendent in work trains, which are

3      the yellow trains that room around in the subways

4      at night.

5               .

6                    I did that for about four years.  And

7      then in 2014, I came to system safety as a

8      superintendent investigator.  And I remained a

9      superintendent investigator until I was promoted

10     to manager of the Rapid Transit Investigations

11     Unit in 2016, 2017, somewhere around there.

12          Q    I'm just going to back up for a

13     minute to make sure I understood.

14                    When did you become a superintendent

15     involving Rapid Transit, was that 2007?

16          A    2007, 2007, yes.

17          Q    And what were your duties as a

18     superintendent of Rapid Transit?

19          A    So, we were emergency response

20     officers, we would respond to situations that

21     were involving delaying train service.  We would

22     be liaison onsite, we'd be providing information

23     from the site to the rail control center.

24          Q    And when you say interruptions, are

25     you familiar with the code 12-9?

20

1                        M. Sullivan

2        A      I am.

3        Q      And a 12-9 is when a train has

4   contact with a body of a human being?

5        A      12-9 is a radio code for person

6   struck.

7        Q      Person struck by a train or struck by

8   something else?

9        A      Person struck by a train.

10       Q      And when you were the superintendent

11  for Rapid Transit operations, did that involve

12  anything with 12-9's?

13       A      It did, yes.

14       Q      And did you receive training for your

15  duties as a superintendent Rapid Transit

16  operations?

17       A      Yes.

18       Q      And what did that training consist

19  of?

20       A      It was, it wasn't formal, it wasn't

21  formal training.  It was on the job training.

22  Just basically the information that was required

23  to report back to the Rail Control Center.

24       Q      Did you receive any written

25  instructions or manuals to perform your duties as

21

1                          M. Sullivan

2    the superintendent Rapid Transit operations?

3         A     No.

4         Q     You then you said you became

5    emergency response officer?

6         A     Well, that was, when I went to Rapid

7    Transit, that's what I went there as, an

8    emergency response officer.  It was

9    superintendent/ emergency response officer.

10        Q     Okay.  Starting in 2007, you were an

11   emergency response officer, correct?

12        A     Yes, yes.

13        Q     And you would go to investigate 12-9

14   incidents?

15        A     We wouldn't investigate them, we'd

16   respond to them.

17        Q     Okay.  When you said you would

18   respond to a 12-9, what do you mean by that?

19        A     We would go to the location, we would

20   assist with the police department, the fire

21   department, the first responders.  Our job was to

22   communicate with them to expedite the removal of

23   power if it was necessary.  Transport the crew

24   for post incident testing, if it was necessary.

25              So our job pretty much was to be

22

1                        M. Sullivan

2    there as a liaison until a senior manager arrived

3    on the site or a line superintendent who was

4    responsible for the investigation.

5         Q    Would it be fair to say that your

6    primary duty was to see how quickly you can get

7    services back on line?

8         A    No.

9         Q    Okay.  What was the primary duty?

10        A    The safety of everyone involved in

11   the response.

12        Q    Then you became, you said the desk

13   superintendent of an RCC?

14        A    That's correct, yes.

15        Q    What did that involve, sir?

16        A    So, the subway is broken up into

17   divisions.  So a desk superintendent would

18   oversee a particular division that you were

19   assigned.

20             So for example, if you were assigned

21   to the IND, you would be responsible for all the

22   train movement within the IND division.  You

23   would supervise personnel that are known as

24   console train dispatchers.  They are the ones

25   that are managing the railroad.  Communicating

23

1                            M. Sullivan
2      with the crews out in the field, the
3      superintendents with implementing general orders,
4      which is when you take a track out of service.
5      You are responsible for removing power if it was
6      necessary in a emergency.
7                  Liaisoning with the fire department
8      and police department if there is an incident,
9      ensuring communication is made properly and each
10     division has a desk superintendent.
11           Q      From when to when were you the desk
12     superintendent for RCC?
13           A      It's not for RCC, it's within the
14     RCC.
15           Q      Okay.
16           A      Probably about a year and a half from
17     2008 to, I would say the middle of 2008 until
18     December of 2010.
19           Q      So, in about 2010, did you become the
20     superintendent of -- I'm trying to read my
21     handwriting --- working trains?
22           A      Work trains, yep, work trains, yes.
23     December 15, 2010.
24           Q      And you did that for four years?
25           A      Yes.

24

                           M. Sullivan

1

2      Q      So then about 2014 what was your next

3   title or position?

4      A      Same title, different position.

5   Yeah, I came, I moved up to system safety.

6      Q      And what is system safety?

7      A      System safety is we're the oversight

8   for the New York City Transit.  The safety

9   officer, we have oversight over the entire bus

10  and rail operation for New York City Transit.

11     Q      So, would it be fair to say that the

12  job of the Office of System Safety is to make

13  sure that the transit system is safe as

14  possible?

15     A      Yes.

16     Q      And you became a superintendent in

17  the Office of System Safety, correct?

18     A      Correct, yes.

19     Q      What were your duties as a

20  superintendent in the Office of System Safety?

21     A      I was an investigator in the rail

22  transit investigations unit.

23     Q      What did that involve, sir?

24     A      So that unit investigates major

25  incidents that occur on the rail side of the New

25

                         M. Sullivan

1
2    York City Transit, derailments, collisions, near
3    misses, which are incidents that have the
4    potential for employee, serious employee injury
5    or fatality.
6                    We field calls from the field
7    regarding reportable incidents that are
8    reportable to the PTSB, we are responsible for
9    taking that information and turning it over to
10   the PTSB or the NTSB or the FTA.
11       Q      And NTSB stands for what, sir?
12       A      The National Transportation Safety
13   Board.
14       Q      And what does the FTA stand for?
15       A      That confuses me, I believe it's the
16   Federal Transit Administration.
17       Q      And to perform your duties as a
18   superintendent and investigator for the Office of
19   System Safety, did you receive training?
20       A      Yes.
21       Q      What did that training consist of?
22       A      So, an investigator is, we are sent
23   to a course that is provided by Transit Safety
24   Institute.  It is affiliated with the FTA and
25   it's a week long class on rail transit

26

1                          M. Sullivan

2    investigations.

3         Q      So, is this a class for people

4    throughout the country or the world or just in

5    New York City or something else?

6         A      It's definitely throughout the

7    country.  I haven't, I didn't meet anybody from

8    around the world but it's throughout the country.

9    The class is given throughout the country, but

10   different transit agencies sponsor them

11   throughout the year.

12        Q      So, there's certain uniform good and

13   accepted practices and procedures that get

14   followed by transit agencies throughout the

15   country, correct?

16        A      Yes.

17        Q      And there are certain professional

18   standards of care for transit agencies throughout

19   the country, correct?

20        A      If they take the class, I would

21   assume so.  I'm not supposed to assume, but,

22   that's the point of it --

23        Q      Okay.

24        A      -- that everybody is doing it the

25   same way.

27

1                          M. Sullivan

2          Q       In addition to that training, did you

3     get any other training?

4          A       No.

5          Q       Did you receive written materials as

6     part of your training to perform those duties?

7          A       There is, yes, there was a booklet,

8     yes.

9          Q       And is that booklet the Accident

10    Investigation Manual or something else?

11         A       No.  There is a manual that was given

12    at the TSI class.

13         Q       What's the name of that manual?

14         A       I haven't, I'd have to find the book.

15    Probably Investigating Transit, Investigating

16    Transit Incidents.  I couldn't tell you offhand

17    right now.

18         Q       That was a book published by the

19    Federal Government, correct?

20         A       I don't know who it's published by, I

21    know it was provided by TSI at the class.

22         Q       And did the New York City Transit

23    Authority also give you written materials and

24    manuals to help you learn how to perform your

25    duties as an investigator superintendent on its

1                         M. Sullivan

2       behalf?

3              A     You have the policy and instruction

4       that's available.

5              Q     So, you were given copies of rules

6       and regulations and policies and procedures of

7       the Transit Authority?

8              A     For 30 years, yes.

9              Q     And the manuals to perform your

10      duties?

11             A     Yes.

12             Q     Bulletins?

13             A     Yes.

14             Q     Memorandums of understanding?

15             A     No memorandum of understanding from

16      my job, there are memorandums of understanding

17      but I haven't been given any to perform my

18      tasks.

19             Q     Okay.  And general orders, correct?

20             A     General orders are available to all

21      employees, yes.

22             Q     And then in 2016, you got a new post,

23      a new job, is that correct?

24             A     If it was 2016 it might have been,

25      yeah, I was promoted to manager of the Rail

29

1                          M. Sullivan

2    Transit Investigations Unit.

3          Q      What were your duties there?

4          A      So basically the manager oversees the

5    investigators and is more administrative duty but

6    it's similar from going to a maintenance

7    supervisor level one to a level two.

8                 More administrative, but you're still

9    doing, you know, you're working along with the

10   investigators.

11         Q      So you worked in operations in

12   Maintenance-of-Way department for track and Rapid

13   Transit operations, true?

14         A      Yes.

15         Q      And you've been the senior director

16   of operations for the Office of System Safety,

17   correct?

18         A      Currently, yes.

19         Q      And you report directly to the vice

20   president of the Office of System Safety?

21         A      Yes.

22         Q      And you provide technical expertise

23   and counsel to the vice president and senior

24   management of Offices of System Safety?

25         A      When requested, yes.

30

1                        M. Sullivan

2        Q        Do you act on behalf of vice

3    president on day-to-day operational safety

4    matters in critical operational task force, work

5    groups and partnering projects?

6                        MR. KEAVENEY:  Note my

7                    objection, you can answer.

8        Q        You can answer, sir.

9        A        Yes.

10        Q        And were some of these task forces

11    involving safety?

12        A        Yes.

13        Q        And are you the point of contact for

14    the National Transportation Safety Board?

15        A        Yes.

16        Q        The point of contact for the Federal

17    Transit Administration?

18        A        Yes.

19        Q        And for the New York State Public

20    Transportation Safety Board, correct?

21        A        Yes.

22        Q        And you're responsible for management

23    of the investigation's division, correct?

24        A        Yes.

25        Q        And part of your responsibilities and

31

1                         M. Sullivan

2    duties include responding to scenes of major

3    safety emergencies on a 24 hour, 7 days a week

4    basis, correct?

5         A    As required, yes.

6         Q    Part of your job is to direct a

7    comprehensive rail and bus accident

8    investigations?

9         A    Yes.

10        Q    And is it part of your job to

11   evaluate and analyze investigation results to

12   identify causal factor trends and prevent

13   recurrence?

14        A    Yes.

15        Q    Is that important?

16        A    Is what important?

17        Q    To evaluate and analyze investigation

18   results to identify causal factors to prevent

19   recurrence?

20        A    Well, the -- yes.

21        Q    Why is that important?

22        A    To prevent recurrence.

23        Q    In other words to learn from

24   experience, correct?

25        A    Yes.

1                        M. Sullivan

2         Q      By the way, when you perform or

3    oversee an investigation -- withdrawn.

4                Before I get into that.  Let me just

5    ask, did you ever attend any meetings for any of

6    those Boards you've mentioned, whether it be the

7    New York State Public Safety Board, the National

8    Transportation Safety Board or the FTA?

9         A      Yes.

10        Q      Okay.  How often do you attend these

11   meetings?

12        A      The PTSB meeting is quarterly.  So

13   the last one was couple weeks ago, but there's

14   one every quarter.  And the NTSB, I only met with

15   the NTSB -- I met with the NTSB formally on a

16   couple of occasions but only once in DC, in

17   Washington where I had to go down for a

18   meeting.

19        Q      And how about the MTA?

20        A      No.

21        Q      And when did you start attending

22   meetings of the New York State Public Safety

23   Transportation Board, PTSB?

24        A      Probably 2016.  2016, 2017.

25        Q      And what was your function when you

33

1                         M. Sullivan

2    would attend these monthly meetings for the

3    PTSB?

4         A       Meetings are quaterly not monthly.

5         Q       I'm sorry, my apologies.

6                 When you started attending in 2016

7    the quaterly meetings of the PTSB, what was your

8    function?

9         A       The PTSB quaterly meetings are

10   designed for the Board to review PTSB criteria

11   incidents both on the rail and the bus side.  So,

12   the purpose of our attendance is to be there to

13   answer any questions that any members of the

14   Board may have prior to approving the PTSB's

15   investigation.

16        Q       Who's on the Board?

17        A       I couldn't begin to guess.  I, I

18   wouldn't guess but it's public information.

19        Q       What, if anything, is discussed at

20   these PTSB meetings about these 12-9 incidents?

21        A       The PTSB develops what's called a

22   close-out report.  They present that to the Board

23   with their findings.  The Board has an

24   opportunity to, I don't know how far in advance

25   they get it, they review these reports.  Then

34

1                          M. Sullivan

2    everybody comes to the meeting.

3                   They, we, they discuss it.  The Board

4    is given an opportunity to ask any questions

5    regarding any of these incidents that have been

6    presented for close-out and if there's a question

7    that we can answer, we'll answer the question.

8                   And then they vote on whether or not

9    they are going to accept the events and close the

10   meeting.

11        Q      So, is that, what does close-out

12   mean?

13        A      It means that they, they, they've

14   come to a conclusion on an incident and the Board

15   has accepted the PTSB's findings.

16        Q      And when you go to these meetings,

17   you discuss 12-9 incidents?

18        A      We don't discuss them.  If we're

19   asked about them about a reportable incident, it

20   might not be a 12-9, it might be a collision, or

21   might be a derailment.

22                   If a question is asked, we respond to

23   it if we can, if not, we'll provide it at a later

24   date.

25        Q      Have you ever been to a PTSB meeting

35

1                          M. Sullivan

2      where they asked about 12-9's?

3            A      Yes.

4            Q      And when you were at a PTSB meeting

5      where they ask about 12-9's, were you ever asked

6      to see what, if anything, could be done to

7      prevent 12-9's from occurring?

8            A      Could you repeat that?

9                  MR. GENIS:  Read it back, let's

10                 and see if its English.  Sometimes

11                 it's not.

12                 (The requested portion of the

13                 record was read back.)

14                 MR. KEAVENEY:  Are you asking in

15                 general or about a specific 12-9 that

16                 was the subject at a quarterly

17                 meeting?

18                 MR. GENIS:  I am asking at any

19                 of these meetings where he was asked

20                 about them, if he was ever asked

21                 about what can be done to prevent, so

22                 either.

23                 MR. KEAVENEY:  Well, let's do

24                 one at a time, then.

25                 MR. GENIS:  Well, I figured, I

36

```
 1                    M. Sullivan
 2           was going to wait to see his answer
 3           because if the answer is yes, then we
 4           do the follow-up.  If it was no, then
 5           it becomes moot.  I was doing that in
 6           the general first.
 7                MR. KEAVENEY:  The question
 8           applies to generally has it ever been
 9           discussed, so we can --
10      Q      Let me try this again.  When you've
11   been going to these quaterly PTSB meetings since
12   2016 and they've discussed 12-9 incidents, have
13   you ever been asked if 12-9 incidents could be
14   prevented?
15      A      Yes.
16      Q      Okay.  And how many times have you
17   been asked that question by the PTSB, can 12-9's
18   be prevented?
19      A      I couldn't, I couldn't give you a
20   definitive number.  The purpose --
21      Q      I said for example, was it once, was
22   it a hundred times, something else, you tell
23   me?
24      A      I, I couldn't put a number on it.
25   The purpose of the meeting is public safety, they
```

37

1                         M. Sullivan

2    are concerned with the public safety.

3         Q     And since they're concerned with the

4    public safety, would that be a routine or common

5    question that would be asked at each of these

6    quaterly meetings what, if anything, can be done

7    to prevent 12-9's from occurring?

8                    MR. KEAVENEY:   Objection.

9         A     That's not asked routinely.

10        Q     Okay.  So, do they ask once a year,

11   twice a year, you tell me how often PTSB asks if

12   12-9's are preventable?

13        A     I couldn't, I couldn't give you a

14   definite number.

15        Q     Approximate?

16        A     Once.

17        Q     Okay.  And when, when was that last

18   one that you recall?

19        A     I don't recall.

20        Q     When was the first time you were

21   asked about 12-9's, if they can be prevented?

22        A     I don't recall.

23        Q     What was your answer when you were

24   asked if 12-9's can be prevented?

25        A     I was not asked specifically but the

1                           M. Sullivan

2    question was asked.  So you're phrasing it as if

3    I was asked for my opinion.  I was not asked for

4    my opinion on it.

5         Q    Okay.  Who gave the answer?

6         A    I don't recall.

7         Q    Okay.  Whoever gave the answer it was

8    somebody answering on behalf of the New York

9    Transit Authority, true?

10        A    Yes.

11        Q    What was the answer regardless of who

12   gave it?

13        A    I don't recall the answer.

14        Q    Well, is that an important question

15   when the -- let's back up.

16             The PTSB is the oversight body for

17   the New York City Transit Authority and the MTA,

18   correct?

19        A    Yes.

20             MR. KEAVENEY:  Objection.

21        Q    And they're doing oversight for

22   safety, correct?

23        A    Yes.

24        Q    Because their job is to make sure in

25   part that the people that ride the trains and

39

1                          M. Sullivan

2      work for the transit are safe, correct?

3          A      Yes.

4          Q      And if somebody gets hit by a train

5      or run over by a train, can we agree that's not

6      safe?

7                          MR. KEAVENEY:  Objection.  You

8                 can answer.

9          A      It's not safe, but no, it's not

10     safe.

11         Q      Okay.  And so, and when people get

12     hit or run over by a train, can we agree that

13     they either die or are seriously injured?

14                         MR. KEAVENEY:  Objection.

15         A      Yes.

16         Q      And I mean, how many investigations

17     have you become aware of for 12-9's?

18         A      How many have I, am I aware of?

19         Q      Yeah.

20         A      I'm aware of all of them.

21         Q      Okay.  So, when you say you're aware

22     of all of them, let's go by type of injury.

23                 On a yearly basis on average since

24     you've become involved in this, how many people a

25     year are killed in 12-9 incidents?

40

1                          M. Sullivan

2        A       I don't have the number in front of

3   me.

4        Q       Approximately?

5        A       If I had -- I would say on average

6   somewhere between 40 and 50 a year.

7        Q       And how many times a year -- let's

8   back up a little bit further.

9                On average, how many 12-9 incidents

10  are there per year?

11       A       In excess between 150 and 175 a

12  year.

13       Q       And for the people that were not

14  killed in the 12-9 incidents, how many of them

15  resulted in amputations, loss of a limb?

16       A       I have no idea.

17       Q       Well, when you're investigating

18  12-9's for reasons of safety, is it important to

19  know what kind of harms can occur as a result of

20  12-9's?

21       A       I don't investigate 12-9's.

22       Q       When you say you don't investigate

23  12-9's, let's back up.  Before you were telling

24  us things in your background and one of the

25  things you told us you did was evaluate and

41

                              M. Sullivan

1

2    analyze investigation results to identify causal

3    factors to prevent recurrence, true?

4         A    True.

5         Q    And does that include 12-9

6    incidents?

7         A    No.

8         Q    Okay.  So, is it your sworn testimony

9    that you have never evaluated or analyzed

10   investigation results to identify causal factors

11   from 12-9's?

12        A    True.

13        Q    Okay.  And is it your sworn testimony

14   that you've never done anything to prevent

15   recurrence of 12-9's?

16        A    True.

17        Q    And when you've told us you have done

18   investigations, have you ever been at the

19   scene?

20        A    Scene of what?

21        Q    Of a 12-9?

22        A    Yes.

23        Q    How many times?

24        A    15, 20.

25        Q    And what did you see when you went to

42

```
 1                    M. Sullivan
 2   these 15, 20 scenes?
 3                    MR. KEAVENEY:  Note my
 4                    objection.  You can answer.
 5        A     What do you mean what did I see?
 6        Q     For example, did you ever see human
 7   bodies on the tracks or parts of bodies on the
 8   tracks or somewhere else?
 9        A     Yes.
10        Q     And so, you personally saw multiple
11   deaths or serious injuries and amputations,
12   correct?
13                    MR. KEAVENEY:  Note my
14                    objection, you can answer it.
15        A     I, I couldn't speak to the physical
16   conditions of the persons that were hit, but I've
17   been to multiple incidents, yes.
18        Q     Well, when you say you couldn't speak
19   to the conditions.
20                    Have you ever been to a scene of a
21   12-9 and saw with your own eyes if there was a
22   severed limb.
23        A     Yes.
24        Q     And let's back up.
25                    When you're doing reports, you only
```

43

1                          M. Sullivan

2    have to report to the PTSB about serious

3    injuries, correct, or deaths?

4         A    There's, there's a list of reportable

5    incidents that meet criteria requiring

6    notification.  Serious injuries is one of them,

7    deaths is another.

8         Q    So it's important to know how many

9    deaths there are due to 12-9's each year,

10   correct?

11        A    Yes.

12        Q    And it's important to know how many

13   serious injuries and amputations there are each

14   year due to 12-9's, correct?

15        A    I can't speak to amputations, I can

16   speak to serious -- I can give you a total of

17   serious injuries.

18        Q    And it's important to know the number

19   of serious injuries per year for 12-9's,

20   correct?

21        A    We don't track that information.  We

22   track person struck, alive or deceased.

23        Q    Now, let's back up.

24             When you said earlier part of the

25   responsibilities of evaluating and analyzing

44

1                          M. Sullivan

2    investigation results is to identify causal

3    factors and prevent recurrence.  Then you said

4    you haven't done that.

5                 Who, if anybody, in the Office of

6    System Safety does that?

7         A     For what incident?

8         Q     12-9's?

9         A     The Office of System Safety does not

10   investigate 12-9's.

11        Q     So let's back up.  There's a whole

12   Office of System Safety the transit has and its

13   job is to keep the subways safe, correct?

14        A     Yes.

15        Q     When we say safe, we mean safe for

16   the customers of the system, true?

17        A     Yes.

18        Q     And when we say safe for the

19   customers of the system, can we agree that means

20   that you don't want 12-9's to occur or people get

21   run over or hit by trains or killed or maimed,

22   true?

23        A     True.

24        Q     So, can we agree its a good and

25   accepted practice and procedure to evaluate and

45

M. Sullivan

1
2    analyze investigation results to identify causal
3    factors, true?
4                    MR. KEAVENEY:  Note my
5                    objection, you can answer.
6        A       True.
7        Q       Okay.  And can we agree it complies
8    to professional standards of care to evaluate and
9    analyze investigation results to identify causal
10   factors?
11                   MR. KEAVENEY:  Note my
12                   objection, you can answer.
13       A       True.
14       Q       And it complies with good and
15   accepted practices and procedures to evaluate and
16   analyze investigation results to prevent their
17   recurrence, true?
18                   MR. KEAVENEY:  Note my
19                   objection, you can answer.
20       A       True.
21       Q       And it complies with professional
22   standards of care to evaluate, analyze
23   investigation results to prevent recurrence,
24   correct?
25                   MR. KEAVENEY:  Note my

46

1                          M. Sullivan

2                  objection, you can answer it.

3        A      True.

4        Q      And on a yearly basis, what type of

5   incidents results in more fatalities and deaths

6   then any other, 12-9's or something else?

7        A      12-9.

8        Q      And what type of incidents results in

9   more serious injuries such as amputations; 12-9's

10  or something else?

11       A      12-9.

12       Q      So the main cause of death and

13  serious injury and amputations in the system,

14  subway system, are 12-9 incidents, correct?

15       A      Yes.

16       Q      So, a major safety hazard are 12-9

17  incidents, correct?

18       A      Yes.

19       Q      And so, are you telling us that the

20  Office of System Safety whose job it is to make

21  the subway safe, knows that the main cause of

22  death and serious injury and amputation are 12-9

23  incidents but nobody at the Office of System

24  Safety evaluates and analyzes investigation

25  results to identify what causes 12-9's and how

47

                        M. Sullivan

1

2     they can be prevented from recurring?

3               MR. KEAVENEY:   Objection.

4         A     Yes, yes.

5         Q     So I'm correct when I say that,

6     true?

7         A     Yes.

8         Q     Now, where there are high profile

9     cases, do they get special attention from the

10    Office of System Safety?

11        A     They don't get special attention.   We

12    maybe asked to look at something because it's

13    high profile.

14        Q     In other words, if it's a high

15    profile incident, then it's required to do an

16    investigation, true?

17        A     It's not required.

18        Q     Under your own accident investigation

19    manual where it's a high profile incident, are

20    you telling us you are not required to perform an

21    investigation?

22        A     I believe it's written at the

23    discretion of the president, but it's not

24    required.

25        Q     And you're flipping through pages,

48

1                        M. Sullivan

2    what are you looking at now, sir?

3         A     I'm looking at the manual you're

4    reading from.

5         Q     The accident investigation manual?

6         A     That is correct.

7         Q     Okay.

8         A     Policy instruction.

9         Q     Okay.  And that is a document created

10   and kept maintained by the New York City Transit

11   Authority in the regular course of its business,

12   correct?

13        A     Yes.

14        Q     And what version are you looking at

15   or edition?

16        A     10.282.

17        Q     Is that the current edition?

18        A     Yes.

19        Q     When was it last revised?

20        A     November 15, 2019.

21        Q     When was it last revised before

22   that?

23        A     I believe 2016, but I don't have that

24   copy in front of me.  Or 2014, I don't have the

25   exact date.  I don't have 10.281 in front of

49

1                         M. Sullivan

2    me.

3                         **MR. GENIS:  We just call for

4                    production of both of these manuals,

5                    please.

6                         MR. KEAVENEY:  Counsel has

7                    10.281.  He's referred to it, he's

8                    marked it as exhibits at the prior

9                    depositions.

10        Q     Okay.  And so, the earlier one is the

11   one that was in effect on August 2nd of 2016,

12   correct

13        A     Yes.

14        Q     And these manuals, they set forth the

15   good and accepted practices and procedures that

16   are required to be followed when performing an

17   investigation, correct?

18                         MR. KEAVENEY:  Objection, you

19                    can answer it.

20        A     They're guidelines.

21        Q     Well, when you say guidelines, one

22   second.  By the way, were you involved in

23   drafting or writing any of these guidelines?

24        A     Yes.

25        Q     And did you help decide what should

50

1                         M. Sullivan

2    be investigated and how it should be investigated

3    by your work with the New York Transit

4    Authority?

5         A     No.

6         Q     So, when you said you helped write

7    it, what did you mean by that?

8         A     I didn't help write it, I helped

9    revise it.

10        Q     Okay.  And in what way was it

11   revised?

12        A     It was revised based on the criteria

13   from the Federal authorities and the State.

14        Q     Now, you used the word guideline, can

15   we agree that I'm looking at dictionary.com right

16   now that it is a noun and guideline is a

17   principle put forward to set standards or

18   determine a course of action.  Do you agree with

19   that definition, sir?

20              MR. KEAVENEY:  Just note my

21              objection, you can answer.

22        A     If that's what the guideline -- if

23   that's what you're reading says, yes.

24        Q     And have you ever taught classes for

25   the Transit Authority?

51

1                          M. Sullivan

2        A       Taught a class?

3        Q       Yes.

4        A       No.

5        Q       Okay.  You've taken classes, though,

6   correct?

7        A       Yes.

8        Q       When you took classes and you were

9   taught, were you taught that employees of the

10  Transit Authority were expected to comply with

11  and follow guidelines?

12       A       You're expected to follow rules.

13       Q       And were you taught that you were

14  expected to follow their written guidelines?

15       A       You are taught to follow the rules.

16       Q       I understand but that's not my

17  question, sir.  My question is asking you, were

18  you taught to follow and comply with written

19  guidelines for the New York City Transit

20  Authority?

21       A       Yes.

22       Q       And do you expect other employees

23  with the New York City Transit Authority to

24  follow and comply with their written

25  guidelines?

52

M. Sullivan

1

2        A       Yes.

3        Q       And you were taught that and trained

4    that you were expected to comply with the written

5    guidelines of the accident investigation manual,

6    true?

7        A       True.

8        Q       And in the accident investigation

9    manual, certain action is to be taken if it's a

10   high profile case, correct?

11       A       Certain action is to be taken on any

12   case that takes on an investigation, that

13   requires an investigation, that's going to lead

14   to an investigation whether it's high profile or

15   not.

16       Q       So, are all injuries or incidents

17   treated the same by the Transit Authority or

18   no?

19       A       In terms of investigation?

20       Q       Yes, sir.

21       A       No.

22       Q       Okay.  When you say no, what do you

23   mean by that, sir?

24       A       Everything in transit involving

25   safety -- somebody say something?

53

                              M. Sullivan
1
2              All incidents involving employee and
3      customer safety are investigated in New York City
4      Transit.  Depending on the incident determines
5      where the investigation is performed.  12-9's are
6      not performed by OSS, they are performed by the
7      operating department.
8          Q     And when the operating department
9      does its investigation, do they give the data to
10     the Office of System Safety?
11         A     They send the information, they send
12     their final report to OSS as we then send it off
13     to the PTSB.
14         Q     Are all investigations sent to the
15     PTSB?
16         A     No.
17         Q     So, what is the criteria for sending
18     an investigation to the PTSB?
19         A     It has to meet PTSB reporting
20     criteria.
21         Q     Is one of those criteria, according
22     to the New York City Transit Authority, if it's a
23     high profile case it must be reported to the
24     PTSB?
25         A     No.

54

```
 1                         M. Sullivan
 2        Q      So, when operations sends their data
 3   to the Office of System Safety, does the Office
 4   of System Safety analyze and evaluate that
 5   data?
 6        A      It's reviewed by the investigator to
 7   ensure that it's the correct information that the
 8   information provided by the operating departments
 9   is the information that is correct, requested.
10              So, the PTSB issues a number to an
11   incident.  OSS, the investigator here makes sure
12   the response that we get is associated with the
13   number that the PTSB does.  And that the
14   information in there is final and it's sent off
15   to the PTSB.
16        Q      How is there a number issued before
17   there's a report?  Is it just because the
18   incident occurred it gets a number?
19        A      As soon as the incident is reported
20   to the PTSB, it's issued a number.
21              MR. GENIS:  Can you just read
22              back his last question, please?
23              (The requested portion of the
24              record was read back.)
25        Q      How is it determined to report the
```

55

1                         M. Sullivan

2     incident to the PTSB?

3          A      How do we -- why do we report it?

4          Q      Sure.

5          A      Is that what your question is?

6          Q      Sure.

7          A      It has to meet the criteria that

8     requires a notification.

9          Q      And that criteria includes death or

10    serious injury is one of the criteria, correct?

11         A      Those are two of them, yeah.

12         Q      And another criteria is if it's a

13    high profile case, correct?

14         A      Not necessarily.

15         Q      When you say not necessarily,

16    necessarily means 100 percent of the time,

17    correct?

18         A      High profile incidents do not

19    necessarily require notification to the PTSB.

20         Q      I understand that.

21                MR. GENIS:  I move to strike.

22         Q      My question right now is, you used

23    the word and I want to make sure we are on the

24    same page as to what that word means.

25                Is the word necessarily mean 100

56

1                          M. Sullivan

2    percent of the time?

3          A      No.

4          Q      So what does necessarily mean?

5          A      It means that if it doesn't meet the

6    criteria to notify the PTSB, they won't be

7    notified.  It still maybe high profile, meaning

8    its gotten some media play or it's on Twitter or

9    something else where it has caught the eye of

10   senior management, they want it to be

11   investigated.

12         Q      Let me just, when there is an

13   investigation, is it per the guidelines and

14   written requirements of the Transit Authority to

15   interview witnesses, eye-witnesses?

16         A      Yes.

17         Q      And to obtain statements from these

18   eye-witnesses, correct?

19         A      Yes.

20         Q      And was it the practice to take oral

21   statements and record them; to take oral

22   statements and somebody makes shorthand notes of

23   it or was it the practice to have the witness

24   write out their own statement or something

25   else?

57

1                        M. Sullivan

2         A      All of the above.

3         Q      And when the TA performs an

4    investigation, do they rely on the train operator

5    to tell the truth?

6         A      Yes.

7         Q      And is that an assumption that the

8    operator is telling the truth in a 12-9?

9         A      I can't say yes or no.

10        Q      So, the best way to investigate a

11   12-9, let's back up one second.  I'm sorry.

12               Can we agree that an investigation

13   have credibility, validity and reliability must

14   meet certain criteria?

15        A      Yes.

16        Q      Okay.  And the criteria would be that

17   the investigation should be complete, true?

18        A      True.

19        Q      Thorough?

20        A      True.

21        Q      Accurate?

22        A      True.

23        Q      Honest?

24        A      True.

25        Q      Objective?

58

1                      M. Sullivan

2        A      True.

3        Q      Fair?

4        A      True.

5        Q      And thorough?

6        A      True again.

7        Q      Okay.  And to the extent that an

8    investigation is not comprehensive, complete,

9    thorough, accurate, objective and honest, it

10   would be less than reliable and less than valid,

11   correct?

12       A      Correct.

13       Q      And the best way to get objective

14   data is to see what objective data there is,

15   correct?

16       A      Correct.

17       Q      So, one piece of objective data would

18   be what's known as an event data recorder,

19   correct?

20       A      Correct.

21       Q      Also known as an EDR or black box,

22   true?

23       A      Black box is jargon for it, yes.

24       Q      And this is on the different train

25   cars, there's equipment that can tell us if you

1                          M. Sullivan

2       look at it later in a download, the speed of the

3       train, if brakes were applied, when they were

4       applied and other types of information,

5       correct?

6            A       Correct.

7            Q       And that's objective data, correct?

8            A       Correct.

9            Q       That would tell you exactly how fast

10      the train was going, correct?

11           A       Correct.

12           Q       Tell you exactly whether or not

13      brakes were applied, true?

14           A       True.

15           Q       Would tell you what type of brakes

16      were applied, true?

17           A       True.

18           Q       It would tell you when the brakes

19      were applied, is that true?

20           A       True.

21           Q       When the train stopped?

22           A       True.

23           Q       And from using the station plan and

24      measurements, you'd be able to calculate at what

25      point the train actually applied the brakes,

60

1                          M. Sullivan

2     correct?

3          A      Well, the train operator would apply

4     the brakes but yes, true.

5          Q      Other objective data that can be

6     relied upon would be videos, true?

7          A      True.

8          Q      Train stations have different

9     surveillance cameras in them, correct?

10         A      True.

11         Q      And they're able to video and record

12    incidents, correct?

13         A      True.

14         Q      So, three means of objectively

15    investigating a 12-9 incident is looking at the

16    black box data, looking at the video and looking

17    at the written statements from the eye-witnesses,

18    correct?

19         A      Correct.

20         Q      And you could compare that with what,

21    if anything, the operator said to see if they

22    corroborate one another or one contradicts the

23    other, correct?

24         A      Correct.

25         Q      What, if anything, are you supposed

61

1                        M. Sullivan

2     to do when you conduct an investigation and it

3     reveals that the operator was perhaps less than

4     honest or less than accurate?

5         A     What do we do if we come across that?

6         Q     Yes.  What are you supposed to do?

7         A     We, we, OSS, we would note it, we

8     would note it in our report of our investigation,

9     but that would be the end of it.  It would be

10    referred to, it would be referred back to the

11    department that the person works for and the

12    Office of Labor Relations would have to deal with

13    it.

14        Q     Okay.  And in part of your

15    investigation, is it required to collect the

16    black box data?

17        A     Yes.

18        Q     Is it required to collect the video

19    and review the video for the investigation, 12-9

20    incident?

21        A     If available, yes.

22        Q     And would be required to know whether

23    or not there was video, correct?

24        A     Correct.

25        Q     It would be important to know whether

62

1                          M. Sullivan
2    or not there were black boxes on the train?
3          A      Correct.
4          Q      What year did black boxes become
5    required on transit?
6          A      I couldn't tell you when it was
7    required.
8          Q      Long time ago, correct?
9          A      I'm not a car equipment expert, but
10   our new tech equipment which came out probably
11   25, 30 years ago started to having event
12   recorders on it.  So yeah, it's a while ago.
13         Q      And when did the Transit first start
14   putting surveillance cameras in its stations?
15         A      I couldn't tell you that.
16         Q      Long time ago as well, true?
17         A      True.
18         Q      And some of the stations that got the
19   surveillance cameras first would be the more high
20   volume stations, true?
21         A      I can't speak to how they installed
22   them.
23         Q      Well, you would look to see where
24   they were when overseeing an investigation,
25   correct?

63

1                          M. Sullivan

2          A       We would request if OSS, if my office

3    is performing an investigation, we would request

4    all video in the area.  We don't know where they

5    are, some are visible, some are not.

6          Q       Okay.  And is it written somewhere,

7    in other words a list of what stations have the

8    surveillance cameras?

9          A       I don't know, I couldn't answer

10   that.

11         Q       So how do you know if a particular

12   station has cameras or not?

13         A       Like I said, I don't, so we would put

14   a request in for a location.

15         Q       Who do you request from?

16         A       We would request it through the

17   security office, the office of security and EMD,

18   which is Electric Maintenance Division.

19         Q       So, EMD knows where the cameras

20   are?

21         A       Yes.

22         Q       Security knows where the cameras

23   are?

24         A       They know where their cameras are,

25   they might not know where everybody else's

64

                        M. Sullivan

1

2    cameras are but they have their own.

3          Q     Okay.  Who is in charge of the

4    cameras, surveillance cameras in Transit for the

5    subway stations?

6          A     In charge of or main -- I don't know

7    who is in charge of them.  It would be EMD and

8    security.  They're the ones that maintain them

9    and deal with them.

10         Q     Who are the heads of those

11   divisions?

12         A     Currently the senior vice president

13   of security is Robert Diehl --

14         Q     Spell Diehl, please.

15         A     I'm sorry?

16         Q     Spell Diehl, please.

17         A     D-I-E-H-L.  And I don't know offhand

18   who's in charge of EMD, but the vice president of

19   Maintenance-of-Way is Dominick Gallo,

20   G-A-L-L-O.

21         Q     And would Maintenance-of-Way have

22   knowledge about locations of surveillance

23   cameras?

24         A     They're the umbrella unit, no, it

25   would be -- EMD would know, you're looking for a

65

1                        M. Sullivan

2    contact so I gave you Gallo.

3         Q    Thank you.  And who would know which

4    trains have the black boxes?

5         A    Um, the black boxes are all our new

6    tech stuff so if you know the kind of class of

7    the event that's involved in the incident, then

8    we can tell you whether or not it has an event

9    recorder on it.

10        Q    Are any of the older class trains,

11   were any of them retro fitted to have black boxes

12   installed?

13        A    No.

14        Q    In this case, what car class was

15   involved?

16        A    I believe it was an R68A.

17        Q    And did they have event data

18   recorders?

19        A    No.

20        Q    Now, when you do an investigation, is

21   it important to document the marker where the

22   train stopped?

23        A    Yes.

24        Q    Is it important to document where the

25   body was located, where the body was hit?

66

1                          M. Sullivan

2          A      If I was performing the

3    investigation, yes.

4          Q      Why is it important to document and

5    mark where the body was hit and where the train

6    came to stop?

7          A      It can give you an indication on the

8    speed and the braking capability of the train,

9    where the person was in relation to where the

10   train was, you know, it paints the picture, as to

11   what had happened prior.

12         Q      So, are you looking to see if the

13   train could have been stopped in time to avoid

14   running over the person?

15         A      Not -- no.

16         Q      Is the Office of System Safety

17   interested in learning about instances where a

18   train could have stopped in time to avoid hitting

19   or running over a customer?

20         A      Yes.

21                MR. GENIS:  And, you know what?

22                Can you just read back the last two

23                questions and answers, please.

24                (The requested portion of the

25                record was read back.)

```
1                      M. Sullivan
2        Q      Why is the Office of System Safety
3   interested in learning if a train could have been
4   stopped in time to avoid hitting somebody?
5        A      Like everyone else in Transit, we
6   don't want trains to be hitting people.
7        Q      So, does Transit investigate to see
8   whether or not the train could have been stopped
9   in time to avoid hitting a person?
10       A      Yes.
11       Q      And in a case where there is no event
12  data recorder and no video, can we agree it's
13  even more important to have detailed factual
14  statements from eye-witnesses?
15       A      Yes.
16       Q      And why is that so important?
17       A      Well, you don't have the objective
18  information, you need to put the picture
19  together.  You need all available data and
20  information that's available to you.
21       Q      So, since it's so important, it
22  should be clearly documented exactly what the
23  eye-witness or witnesses said and saw, correct?
24       A      Yes.
25       Q      And that's part and parcel of the
```

```
 1                        M. Sullivan
 2    different reports that are part of the
 3    investigation to know exactly what the
 4    eye-witnesses saw, correct?
 5         A    Yes.
 6         Q    And would part of an investigation
 7    when questioning eye-witnesses to ask them
 8    whether or not the train could have or should
 9    have stopped in time to avoid running over or
10    hitting somebody?
11         A    No.
12                   MR. KEAVENEY:  Objection.
13         A    No.
14         Q    Why is that?
15         A    I don't think -- well, you're
16    referring to eye-witnesses, you know, like on a
17    platform or someone that happens to be standing
18    there, they don't have the knowledge to know if
19    that train can be stopped or not.
20         Q    Now, when they're doing an
21    investigation, you told us it's important to
22    document and mark where the train stopped, where
23    the body is found.  Can we agree it's good and
24    accepted practice to take photographs of this?
25         A    Yes, yes.
```

1                    M. Sullivan

2        Q      And it complies with the standards of

3   care to take pictures when performing an

4   investigation of 12-9's?

5        A      Yes.

6        Q      And it complies with the guidelines

7   and requirements of the Transit Authority to take

8   pictures when there's a 12-9 incident, correct?

9               MR. KEAVENEY:  Note my

10              objection.

11       A      Recommended, yes.

12       Q      And then we can see from the photo

13  exactly where the train was and exactly where the

14  body was and parts of the body and things of that

15  nature, correct?

16       A      It can, yes.

17       Q      And that would be objective evidence

18  as well, correct?

19       A      Yes.

20       Q      Are all investigators either given

21  cameras or told to use their cell phones with

22  cameras or something to that effect?

23       A      They're not told but generally

24  everybody uses their cell phones now.

25       Q      Okay.  So that would be part and

1              M. Sullivan

2    parcel of a proper investigation that's complete

3    and thorough and accurate would be to not only

4    mark a document where the train was and where the

5    body was, but to take the photographs for

6    objective corroboration of all of that, correct?

7        A    Yes.

8        Q    Now, when you received your training

9    from the New York City Transit Authority, were

10   you taught and trained that the Transit Authority

11   operates the largest public transportation agency

12   in North America and one of the largest in the

13   world?

14       A    I don't know if we were taught that,

15   but it's common knowledge.

16       Q    Do we agree that, that a public

17   transportation company such as the Transit

18   Authority must have the knowledge necessary to do

19   their job safely and properly?

20            MR. KEAVENEY:  Just note my

21            objection, you can answer.

22       A    Yes.

23       Q    Do we agree that the job of a public

24   transportation company includes keeping up with

25   the latest research and literature?

71

1              M. Sullivan

2              MR. KEAVENEY:  Note my

3              objection, you can answer.

4      A      Yes.

5      Q      And do we agree that the job of a

6  public transportation company like the Transit

7  Authority includes keeping up with published

8  guidelines and standards?

9              MR. KEAVENEY:  Note my

10             objection, you can answer.

11     A      Yes.

12     Q      Can we agree that the job of a public

13 transportation company like the Transit Authority

14 includes membership and other professional or

15 trade groups associations and societies and

16 things of that nature?

17             MR. KEAVENEY:  Note my

18             objection, you can answer.

19     A      I have no knowledge of what they're

20 members of, but yes.

21     Q      Okay.  Well, for example, you've

22 received over the years e-mails with different

23 publications from time to time, correct?

24     A      On occasion, yes.

25     Q      And so you receive sometimes

72

1                              M. Sullivan

2    information from national and international

3    transportation associations or groups, true?

4          A     True.

5          Q     And why is the Transit Authority or

6    its employees members of some of these national

7    and international professional or trade

8    association groups?

9          A     I guess so they all stay, you know,

10   in communication and they're all kind of trying

11   to do the same thing.

12         Q     In other words, you know, sometimes

13   somebody else could have a good idea that I

14   didn't have or you didn't have, correct?

15         A     Correct.

16         Q     They might do things differently in

17   another city, state or country that maybe we can

18   learn from and benefit from, true?

19         A     True.

20         Q     Another city, state or country could

21   do things that geez, if we did that, we'd be

22   safer, correct?

23         A     True.

24         Q     Okay.  And by the way, are you a

25   member of any of these other organizations or

73

```
 1                        M. Sullivan
 2     groups?
 3          A      No.
 4          Q      Some of the groups that you have
 5     learned of over your 30 years at the Transit
 6     Authority would include CoMET, C-O-M-E-T,
 7     correct?
 8          A      I've heard of them, yes.
 9          Q      And you've heard of the
10     Transportation and Development Institute,
11     correct?
12          A      No.
13          Q      You've heard of the American Society
14     of Civil Engineers, correct?
15          A      Yes.
16          Q      Okay.  You've heard of APTA,
17     correct?
18          A      APTA, yes.
19          Q      And could we agree that the more
20     knowledge a transportation company has about
21     preventing a known cause of harm, the better the
22     chance they can use that knowledge to prevent
23     that harm, true?
24                      MR. KEAVENEY:  Objection, you
25                 can answer it.
```

74

1                        M. Sullivan

2        A       True.

3        Q       And do we agree that a transportation

4    company like the Transit Authority should have

5    the necessary knowledge to prevent preventable

6    harm?

7                        MR. KEAVENEY:   Objection, you

8                can answer.

9        A       True.

10       Q       And can we agree on lack of knowledge

11   about safety and how to prevent preventable harm

12   can be dangerous to the public?

13                       MR. KEAVENEY:   Objection, you

14               can answer.

15       A       True.

16       Q       And part of the job is to work with

17   others within the Transit Authority to get the

18   safest system possible, true?

19       A       True.

20       Q       And an agency should have a culture

21   that makes people feel secure to speak up and

22   even go over the heads of their bosses when

23   necessary to promote safety, correct?

24       A       True.

25       Q       Part of the job is to seek advice of

75

1                          M. Sullivan

2    others with relevant knowledge, true?

3         A      True.

4         Q      So, for example, there are companies

5    or consultants that might have great knowledge

6    about certain safety practices or procedures or

7    equipment, true?

8         A      True.

9         Q      Part of the job of the Transit

10   Authority is to keep up with applicable rules and

11   protocols and procedures for safety, correct?

12                     MR. KEAVENEY:  Note my

13                     objection, you can answer.

14        A      Correct.

15        Q      And one of the ways the Transit

16   Authority is supposed to make the New York City

17   subway system the safest in the world is by

18   seeing what other subway or mass public

19   transportation systems do around the world,

20   correct?

21                     MR. KEAVENEY:  Note my

22                     objection, you can answer.

23        A      Correct.

24        Q      And does the Transit Authority want

25   to be the safest subway system in the world?

76

1                          M. Sullivan

2          A      Speaking for the agency, yes.

3          Q      And the Transit Authority wants to be

4    the safest public transportation subway station

5    in the world of those of comparable size,

6    correct?

7          A      Correct.

8          Q      So, the New York City Transit

9    Authority can learn from other Transit systems

10   around the world how to be better and safer and

11   more efficient, correct?

12                MR. KEAVENEY:  Objection, you

13                can answer.

14         A      Correct.

15         Q      And the Transit Authority engineers

16   and civil engineers, correct?

17         A      Correct.

18         Q      And these are the people that would

19   have knowledge about what certain professional

20   trade groups and industry standards would be in

21   the field of engineering, correct?

22         A      Correct.

23         Q      Were you taught and trained by

24   Transit Authority that they are the best in the

25   the world with what they do?

1                           M. Sullivan

2          A      No.

3          Q      Were you taught and trained by the

4    Transit Authority that they are number one and

5    set the standards for the world?

6          A      No.

7          Q      Does the New York City Transit

8    Authority hold itself out as being number one in

9    the field of public transportation?

10                      MR. KEAVENEY:   Note my

11                      objection, you can answer.

12         A      I can't answer that.

13         Q      Can we agree that there are ranking

14   systems around the world that would enable the

15   New York City Transit system to be compared to

16   other similar size entities to see how it

17   compares, how it ranks next to them in terms of

18   safety?

19                      MR. KEAVENEY:   Note my

20                      objection.

21         A      Yes.  Yes.

22         Q      And has the Transit done this?

23         A      Has the Transit done what?

24         Q      Fair enough.

25                      Has the Transit looked at these

78

M. Sullivan

1     published data, the published data that indicates

2     where the Transit Authority ranks compared with

3     other comparable subway systems in terms of its

4     safety?

5

6                MR. KEAVENEY:  Note my

7                objection, you can answer it.

8     A     I would imagine so.

9     Q     And in fact, did the Transit

10    Authority learn that there are many subway

11    systems around the world that are much safer than

12    the Transit Authority?

13               MR. KEAVENEY:  Note my

14               objection, you can answer it.

15    A     I, I can't answer to what the Transit

16    Authority knows.

17    Q     Well, let's talk about what you know.

18    For example, you were sent a CoMET study at one

19    point, correct?

20    A     I don't recall, I said I was familiar

21    with CoMET, I'm not a member of their group.  And

22    I don't recall reading any of their documents.

23    Q     Let's take a look at that.  You know

24    what?  We're going to come to that in a few

25    minutes.  I had it in front of me, but I think

79

1                              M. Sullivan

2       I'm going to do a couple other things first

3       before we get to that.

4                    Can we agree that the Transit

5       Authority essentially has one job, to safely

6       operate its mass Transit system, subways and

7       buses?

8            A      Yes.

9            Q      And the MTA has essentially one job,

10      to safely operate its mass Transit systems as

11      well?

12                           MR. KEAVENEY:  Objection.  He's

13                    not here on behalf of the MTA.

14                           MR. GENIS:  Okay, I just wanted

15                    to be clear on that.  So he's only

16                    here for the Transit Authority?

17                           MR. KEAVENEY:  He's only here

18                    for the Transit Authority.

19                           MR. GENIS:  I just wanted to

20                    make sure.  So, we're going to need a

21                    witness from the MTA as well.

22           Q      Can we agree it's part of the New

23      York City Transit Authority's job to safely

24      operate its subway system in the safest way

25      possible?

80

1                          M. Sullivan

2         A      Yes.

3         Q      Okay.  Is second best ever acceptable

4    to the Transit Authority?

5                     MR. KEAVENEY:  Objection.  You

6                can answer it.

7         A      No.

8         Q      Okay.  Does the New York City Transit

9    Authority expect to get a pass on safety?

10                    MR. KEAVENEY:  Objection, he can

11               answer it.

12        A      No.

13        Q      Is the Transit Authority supposed to

14   do things as safely as possible and make the

15   system as safe as possible?

16        A      Yes.

17        Q      And when you said that you were

18   taught and trained that safety is important to

19   the Transit Authority, that includes safety of

20   the equipment, true?

21        A      Yes.

22        Q      That includes safety of its

23   employees?

24        A      Yes.

25        Q      And safety of its customers,

81

1                          M. Sullivan

2    correct?

3          A      Yes.

4          Q      And you were taught and trained by

5    the Transit Authority that safety is the most

6    important thing of public transportation

7    organization can stride for?

8          A      We were taught that safety was our

9    number one goal, yes.

10         Q      And that the highest priority is

11   safety to the public and the paying customers of

12   the Transit Authority, correct?

13         A      And your employees, yes.

14         Q      Okay.  So, everything the Transit

15   does is supposed to be guided by safety and what

16   promotes safety the most for the public is paying

17   customers and its employees?

18         A      Yes.

19         Q      So that safety is the number one

20   goal, correct?

21         A      Yes.

22         Q      And the customers of the Transit have

23   a right to expect that the subway station here in

24   New York would be safe, correct?

25         A      Yes.

82

M. Sullivan

2    Q    Do the customers of the Transit

3  Authority, the public, have a right to expect

4  that the New York City Transit Authority subway

5  station will be second to none in terms of

6  safety?

7              MR. KEAVENEY:  Note my

8              objection, you can answer.

9    A    Yes.

10    Q    Did the customers of the Transit

11  Authority, the public, have a right to expect

12  that the New York City Transit Authority subway

13  system will use technology equipment and devices

14  where it can reasonably do so to make the New

15  York City subway system the safest in the

16  world?

17    A    Yes.

18    Q    Can we agree that part of the job of

19  a public transportation agency like the Transit

20  Authority includes anticipating how customers may

21  become harmed?

22              MR. KEAVENEY:  Just note my

23              objection.

24    A    Yes.

25    Q    And can we agree that part of the job

83

1                          M. Sullivan

2     of the Transit Authority is to take all

3     reasonable steps to prevent foreseeable harm?

4            A      Yes.

5            Q      So, part of the job of the Transit

6     Authority is to prevent preventable harm,

7     correct?

8                          MR. KEAVENEY:   Objection.

9            A      Yes.

10           Q      And that's what's required under good

11    and accepted practices and procedures, true?

12                         MR. KEAVENEY:   Objection.

13           A      True.

14           Q      And preventing preventable harm is

15    what's required by professional standards of

16    care, true?

17                         MR. KEAVENEY:   Objection.

18           A      True.

19           Q      Preventing preventable harm is what's

20    required by industry standards, customs and

21    practices, standards and guidelines?

22                         MR. KEAVENEY:   Objection.

23           A      True.

24           Q      Can we agree that a public

25    transportation company like the MTA can never

84

```
1                        M. Sullivan
2    unnecessarily expose the public to unnecessary
3    harm?
4         A      True.
5         Q      Why is that?
6         A      You don't want people getting hurt.
7         Q      So, can we agree that a public
8    transportation company like the Transit, should
9    make sure that all necessary safety features or
10   devices or equipment are present, correct?
11                   MR. KEAVENEY:  Objection, you
12                   can answer.
13        A      Necessarily or reasonable?
14        Q      You know what?  How about reasonable,
15   I'll use your word reasonable?
16        A      It was your word, you used it
17   before.
18        Q      Okay.
19        A      Yes.
20        Q      Okay.  All right.  And just so we
21   have a coherent question and answer, can we agree
22   that a public transportation company like the
23   Transit Authority should make sure that all
24   reasonable safety features devices or equipment
25   are present?
```

85

1              M. Sullivan

2              MR. KEAVENEY:  Note my

3              objection, you can answer it.

4    A    Yes.

5    Q    And can we agree that to prevent

6    unnecessary danger when a public transportation

7    company like the Transit Authority sees that

8    there is possible danger, they are required to

9    remove the danger and make it safe?

10   A    Yes.

11   Q    Can we agree that a public

12   transportation company is never allowed to ignore

13   signs of any possible danger?

14             MR. KEAVENEY:  Note my

15             objection, you can answer it.

16   A    No.

17   Q    Is the Transit Authority allowed to

18   ignore signs of danger?

19   A    No.

20   Q    So, can we agree that according to

21   the good and accepted practices and procedures

22   for the New York City Transit Authority, that

23   they're never allowed to unnecessarily expose

24   people to harm?

25             MR. KEAVENEY:  Note my

86

1                        M. Sullivan

2              objection, you can answer.

3        A      Yes.

4        Q      Can we agree that according to the

5    professional standards of care of a public

6    transportation company like the New York City

7    Transit Authority, that they're never allowed to

8    unnecessarily expose people to harm?

9                   MR. KEAVENEY:  Objection, you

10                  can answer it.

11       A      Yes.

12       Q      And that's the requirements of the

13   professional standards of care, is that customers

14   and their employees are never unnecessarily

15   exposed to harm, true?

16                  MR. KEAVENEY:  Objection, you

17                  can answer.

18       A      Yes.

19       Q      That's what good and accepted

20   practices and procedures requires as well,

21   correct?

22                  MR. KEAVENEY:  Objection, you

23                  can answer it.

24       A      True.

25       Q      And that's what industry standards,

87

1                        M. Sullivan

2    customs, practice and guidelines require that a

3    transportation like the TA is never allowed to

4    unnecessarily expose people to harm, correct?

5                    MR. KEAVENEY:  Objection, you

6                    can answer it.

7         A    Correct.

8         Q    Now, there's a priority in what

9    actions a public transportation agency like the

10   TA takes.  In other words, conditions meet an

11   urgent -- extension for public safety should come

12   first, correct?

13        A    Correct.

14        Q    So, for example, if there's a type of

15   incident that causes death and serious injury,

16   that should be attended to before a condition

17   that maybe causes minor injuries, true?

18                   MR. KEAVENEY:  Objection.

19        A    True.

20        Q    Now, the TA has above ground trains

21   as well as the below ground trains, correct?

22        A    Correct.

23        Q    And on some of these above ground

24   trains, they have overpasses or bridges or

25   pedestrian walkways, correct?

1                        M. Sullivan

2        A      Pedestrian walkways on the elevated

3    structure.

4        Q      Above them, above them?

5        A      I'm not aware of -- to go from one

6    side to the other?

7        Q      Let me try another way.  Okay.  When

8    you have train tracks that are not underground,

9    they're open to the public, correct?

10       A      Our tracks -- no, that's not

11   correct.

12       Q      You know what, you're right, I

13   misphrased it, let me try it another way, sir.

14              You're supposed to, the Transit

15   Authority has to protect its tracks, its train

16   tracks, correct?

17       A      Correct.

18       Q      And to protect its train tracks and

19   train beds, track beds, the Transit Authority

20   takes proper protective and preventative measures

21   to prevent people from intruding upon the train

22   tracks, correct?

23       A      Hold on one second, please, I have

24   somebody at my door.  Hold on, I'm sorry.

25   Other.

89

1                          M. Sullivan

2         Q      Do you need the question read back or

3    are you able to answer it?

4         A      If you could read it back, yeah.

5         Q      Sure.

6                     (The requested portion of the

7                     record was read back.)

8         A      Yes.

9         Q      So, for example, are there any kind

10   of overpasses or bridges or pedestrian walkways

11   that would go over a track?

12        A      Not that I recall, but I'm sure there

13   is some out there.  I know there are some in the

14   subway that allow you to go from one side to the

15   other.

16                There are also underpasses that go

17   from one side to the other, from the northbound

18   to the southbound side.  I can't envision any

19   right now outside, you're talking about the

20   structure, which is just the elevated subway.

21                I believe there's one or two up in

22   the Bronx, but I can't picture them at this

23   point.

24        Q      And even sometimes in the underground

25   stations, there are walkways that, as you say,

90

1                          M. Sullivan

2    get from the northbound to the southbound or

3    vice-versa, correct?

4         A    Correct.

5         Q    And these different walkways or

6    overpasses or bridges, whether they're

7    underground or above ground, do they have any

8    kind of railing or fences of some sort?

9         A    Well --

10             MR. KEAVENEY:  The question is

11             asking if underground tunnel has

12             railings or fences?

13             MR. GENIS:  No, that's not what

14             I said at all.

15             MR. KEAVENEY:  Okay.

16        Q    Do you need the question read back?

17        A    No.

18             Well, in the subway if they go

19    underneath, there are no railings because they're

20    walls and if it is an elevated one, there are

21    railings.

22        Q    So, for example, right by City Hall,

23    the Brooklyn Bridge train stop, are you familiar

24    with that, the 4, 5 there?

25        A    I haven't been there in a while but

1                           M. Sullivan

2     I'm familiar with it, yeah.

3           Q     Now, that station which is

4     underground, there is a passageway, a bridge of

5     some sort underground to go from northbound to

6     southbound, correct?

7           A     Correct.

8           Q     And that's got rails, correct?

9           A     Correct.

10          Q     Why are those rails there?

11          A     The're safety rails.

12          Q     For what purpose?

13          A     To keep people, I would imagine to

14    keep people from falling or jumping.

15          Q     Onto the tracks, you mean?

16          A     Yes.

17          Q     Okay.  And where you have the above

18    ground train tracks with overpasses or bridges or

19    pedestrian walkways, even if it's unrelated to

20    the station itself, in other words to get from

21    north to southbound, are you with me so far?

22          A     Yep.

23          Q     Do those overpasses, bridges or

24    pedestrian walkways have railings or fences of

25    some sort?

92

1                              M. Sullivan

2        A      Yes.

3        Q      And what's the purpose of that?

4        A      Same purpose, prevent falling,

5    prevent jumping.

6        Q      And was there ever a safety study by

7    the Transit on placing railing or fencing

8    barriers to prevent people from jumping or

9    falling or being pushed onto the tracks below for

10   those overpasses, bridges or pedestrian

11   walkways?

12       A      I don't, I don't know about the

13   passageways, no.

14       Q      It's just kind of common sense that

15   people can fall or get pushed or jump on the

16   train tracks, correct?

17                     MR. KEAVENEY:  Objection.

18       A      They can fall or jump off anything

19   that's elevated.

20       Q      When people fall, jump or get pushed

21   from an overpass, bridge or pedestrian walkway

22   under the tracks below and get hit by a train, is

23   that considered a 12-9?

24       A      Yes.

25       Q      I'm going to break things down in a

93

1                              M. Sullivan

2    second.  Let's talk about underground train

3    tracks, underground stations where we have those

4    bridges or overpasses or walkways.  Are you with

5    me so far?

6         A    Yes.

7         Q    Okay.  When did the Defendant first

8    put rails or fencing, some kind of barrier to

9    prevent people from falling, jumping or being

10   pushed onto the tracks below from an overpass,

11   bridge or walkway?

12        A    I don't know, probably before, it was

13   before I got here in 1991.

14        Q    That's probably been for well over 75

15   years easily, correct?

16                  MR. KEAVENEY:  Objection, you

17                  can answer.

18        A    Correct.

19        Q    Okay.  Before the Transit Authority

20   installed these rails or fences or barriers to

21   prevent people from falling or jumping, from

22   being pushed onto the tracks below from an

23   overpass, a bridge or pedestrian walkway, how

24   many 12-9's per year were there?

25        A    I have no idea.

94

1                          M. Sullivan

2          Q        After the transit Authority installed

3     rails, fences or barriers to prevent people from

4     falling, jumping or being pushed onto the tracks

5     below on overpasses, bridges or pedestrian

6     walkways, how many 12-9's, occurred related to

7     those structures?

8                    MR. KEAVENEY:  Objection.

9          A        I have no idea.

10         Q        Are you aware of a single 12-9

11    incident caused by somebody falling, jumping or

12    being pushed from an overpass, bridge or

13    pedestrian walkway where there was proper

14    railing, fencing or barrier?

15         A        Jumping, yes.

16         Q        Okay.  How many such incidents of

17    jumping were there?

18         A        Are you refer -- are we still just

19    with subways?

20         Q        Yes, sir.

21         A        Just to the subway?

22         Q        Yes.

23         A        Subway I would have to say zero, zero

24    on the subway.

25         Q        Okay.  But so, is it you want to talk

95

                        M. Sullivan

1

2    about trains or something else now?  Or above

3    ground?  You tell me?

4         A       There are on occasion, if I had to

5    put a number on it, probably one or two a year

6    where people jump from the elevated structure,

7    where they climb over the safety railings and

8    jump to the street below.

9         Q       Okay.  And how high are those safety

10   railings that those people jump over?

11        A       I couldn't speak to, to each one, but

12   I mean if it was, you know, a regular, you know,

13   platform, like four and a half feet maybe.

14        Q       So, can we agree that these rails,

15   fences and barriers have been effective as safety

16   devices in preventing people from jumping,

17   pushing, being pushed or falling onto tracks

18   below from an overpass, bridge or pedestrian

19   walkway in the subway system?

20        A       Statistically, yes.

21        Q       Can we agree that these rails, fences

22   and barriers are effective safety devices at

23   preventing people from jumping, being pushed or

24   falling on the tracks below even above ground?

25        A       They're preventative, I wouldn't say

1                          M. Sullivan

2    for jumping because if someone wants to jump,

3    they're going to jump but yes, overall yes.

4          Q      Now, we have been discussing before

5    the average number of 12-9's and you gave us

6    whatever numbers you gave us.  Have those numbers

7    changed much or changed at all since you've

8    started to work for the Transit Authority 30

9    years ago?

10         A      I, I can't speak to anything that

11   went on before 2016 when I came on, when I came

12   to system safety.

13         Q      Okay.  By the way, before we get to

14   that one, all the questions I'm asking about, I

15   apologize if I did not say this at at beginning,

16   are for the year 2016 and before.  Do you

17   understand that, sir?

18         A      Yes.

19         Q      Okay.  Do you wish to change any of

20   the answers you gave before because I did not

21   preface it for the year 2016 and the years

22   before?

23         A      No.

24         Q      So everything you said would be

25   truthful, accurate and valid for 2016 and before,

1                    M. Sullivan

2    correct?

3        A    To the best of my knowledge.

4        Q    Great.  Okay.  Thanks.  Now let's get

5    back to where we were.

6             From 2016 to the present time, has

7    the number of 12-9's changed significantly?

8             MR. KEAVENEY:  Note my

9             objection, you can answer.

10       A    No.

11       Q    Now, for example, during the past two

12   years we've had this COVID pandemic.  Can we

13   agree that ridership was down dramatically?

14       A    Yes.

15       Q    How far was ridership depressed

16   during these COVID years, these past two years?

17       A    I couldn't speak to specifics.

18   Probably, probably 20 percent of what we normally

19   do.

20             That's just a guess.

21       Q    Okay.  So, even though ridership has

22   been down during this pandemic, the rate of

23   12-9's has been consistent as it had been in the

24   past?

25             MR. KEAVENEY:  Objection.

98

1                           M. Sullivan

2         A      Yes.

3         Q      Now, before those rails or fencing or

4    barriers were placed on those overpasses, bridges

5    or pedestrian walkways -- withdrawn.  Bad

6    question.

7                Can we agree that not all of the

8    overpasses, bridges, pedestrian walkways had

9    these rails or fences or barriers and safety

10   devices when they were first built?

11                    MR. KEAVENEY:  Objection.  You

12                can answer it.

13        A      I, I can't answer that, I wasn't

14   there when they were built.

15        Q      Okay.  Well, have you ever learned

16   over your 30 years that fencing or rails or

17   barriers were installed anywhere in the Transit

18   system where they hadn't been there before?

19        A      Not that I recall.

20        Q      What does it tell you if ridership is

21   down during the pandemic, but that the number of

22   12-9's remains constant and consistent?

23                    MR. KEAVENEY:  Objection.  You

24                can answer.

25        A      My opinion?

1                          M. Sullivan

2        Q        Sure.

3        A        It's human na -- it's, it's, what's

4   the word I'm looking for?  It's human activity.

5   It's people, it's their activities, it's their

6   actions, personal actions are the cause.

7        Q        Okay.  Well, for example, if

8   ridership is down, can we agree that stations and

9   platforms are less crowded during the pandemic

10  then they were before the pandemic?

11       A        Yes.

12       Q        So, if the ridership is down and the

13  platforms in the stations are less crowded, but

14  the 12-9's stay constant and consistent, can we

15  agree that crowding is not the cause of the

16  12-9's?

17       A        Yes.

18       Q        Can we agree that there are times

19  that the Transit Authority -- let me back up one

20  second.

21                So, when the Transit saw that the

22  amount of 12-9's remained constant and consistent

23  through the pandemic when ridership is down, what

24  if anything has the Transit Authority done with

25  that information?

100

1                         M. Sullivan

2                   MR. KEAVENEY:  Objection.

3         A      They are constantly reviewing the

4   numbers, discussing what actions can be taken to,

5   to reduce them.

6         Q      Okay.  Can we agree that the Transit

7   system is an old system?

8         A      Yes.

9         Q      And there's oftentimes they have to

10  alter or modify some of these older structures to

11  make it safer, correct?

12        A      What do you mean by safer?  What

13  alterations would they make to make a station

14  safer?

15        Q      Okay.  Let's even back up a little

16  bit more.

17               By the way, when I was asking a

18  minute ago about what the Transit Authority was

19  doing, if anything, with the data about how

20  during COVID ridership is down but the number of

21  12-9's is constant and consistent, is that your

22  department that's supposed to be doing that kind

23  of evaluation and analysis?

24        A      Not my department, the OSS but not my

25  division.

101

M. Sullivan

1

2      Q      Who at OSS is supposed to be

3   evaluating and analyzing that data?

4      A      That would be the Hazard Assessment

5   Group.

6      Q      Who's in charge of the Hazard

7   Assessment Group?

8      A      Currently it's Ben -- Bernard Jens,

9   J-E-N-S.

10     Q      How long has that person been in

11  charge of the Hazard Group?

12     A      Currently he's in the acting

13  position.  I, I don't know the exact date,

14  probably about a year or so.

15     Q      Who was in charge of the Hazard Group

16  let's say in 2010 until that gentleman took

17  over?

18     A      That gentleman didn't take over from

19  the guy in charge in 2010.

20     Q      No, I understand, so, let me back up.

21            From 2010 until the time that new guy

22  became the acting head, who was in charge of that

23  Hazard Group.

24     A      Prior to Ben or Bernard it was Tim

25  Doddo who is now the vice president and prior to

102

1                          M. Sullivan
2    Tim Doddo it was a guy named James Wisnic, whose
3    been retired for about four, five years now.
4         Q     And Doddo still works for the
5    Transit, he's the vice president you report to,
6    correct?
7         A     Correct.
8         Q     Okay.  Are you aware of any study or
9    analysis about preventing 12-9's after you've
10   learned from COVID with ridership down, the
11   number 12-9's remained constant and consistent?
12        A     I'm aware that there's a working
13   group that is discussing it.
14        Q     Who's on that working group?
15        A     I couldn't tell you.
16        Q     Who else is on that Hazard Group?
17        A     On that group, I couldn't tell you,
18   it's, it's, it's being handled at a senior
19   management level.
20              **MR. GENIS:  And by the way,
21              any of the people that Mr. Sullivan
22              has mentioned that are no longer
23              employed by the Transit that he
24              mentioned Wisnic and some others, I
25              also call for their last known

103

1              M. Sullivan

2          addresses, please.  Okay.

3      Q      Let's back up onto a different issue.

4  You mentioned earlier that there's different

5  types of trains that the Transit uses, correct?

6      A      Different car classes, yes.

7      Q      Car classes.  And as, over the years

8  since the Transit has started, there's been all

9  kinds of different car classes that they've used,

10  correct?

11      A      Correct.

12      Q      And there have been different sizes

13  and dimensions and design criteria for these

14  different car classes, correct?

15      A      To a degree, yes.

16      Q      And so for example, some of the cars

17  are longer than their predecessors were,

18  correct?

19      A      No.

20      Q      So you're saying none of the cars

21  that the Transit Authority has are ever longer

22  than their predecessors?

23              MR. KEAVENEY:  Objection, asked

24          and answered.  You can answer.

25      A      No.  The older cars were 75 footers,

104

1                         M. Sullivan

2    all the newer cars are 60 feet.

3         Q     Okay.  And if the Transit wished to

4    have all train cars uniform, is that something

5    that the Transit has intended to do?

6                         MR. KEAVENEY objection.

7                         MR. GENIS:  Bad form, you're

8                    right, let me rephrase.

9         Q     Have you ever learned that the

10   Transit has an intent of making all of its cars,

11   train cars uniformed?

12        A     I'm not aware of it, no.

13        Q     Can the 75 foot car run on a same

14   track as a 60 foot car?

15        A     Yes.

16        Q     And when they are running a longer

17   train car on the track that had previously

18   accommodated shorter cars, does that create any

19   issues in any stations?

20        A     Well, you've got it reversed.  The

21   longer cars came before the shorter ones.

22        Q     Okay.

23        A     No, it doesn't.

24        Q     Okay.  And there are different lines

25   with different letters versus the numbers,

105

                        M. Sullivan

1

2      correct?

3           A      Correct.

4           Q      And they use different size cars?

5           A      Correct.

6           Q      And are those interchangeable?  In

7      other words, if there's a train that runs on the

8      4, 5 and the 6, can that go on the A, B or C

9      line?

10          A      Yes.

11          Q      Now, is it a good idea to have all of

12     the train cars uniformed?

13                 MR. KEAVENEY:  Objection, you

14                 can answer.

15          A      My opinion, yes.

16          Q      Okay.  Have you ever read anything at

17     the Transit Authority that where there are

18     different -- let me back up a second.

19                 Why is it a good idea to have

20     uniformed train cars?

21                 MR. KEAVENEY:  Objection, are

22                 you asking for his opinion?

23                 MR. GENIS:  Sure, his

24                 professional opinion, of course.

25                 MR. KEAVENEY:  Professional

106

1              M. Sullivan

2              opinion as someone in the Offices of

3              System Safety?

4                   MR. GENIS:  Sure.

5                   MR. KEAVENEY:  You can answer.

6         A    Yes, consistency.

7         Q    Just consistency for the sake of

8    consistency or is there any benefit to them being

9    consistent?

10        A    There's a benefit to consistency.

11        Q    What's the benefit?

12        A    Operations, everybody is using the

13   same equipment, you're stopping in the same

14   spots.

15        Q    Now, during the time you worked for

16   the Transit, have you ever learned of alterations

17   being made to stations?

18        A    Yes.

19        Q    There have been rehabilitation

20   projects to stations, correct?

21        A    Yes.

22        Q    There has been -- let me back up a

23   second, here.

24              By the way, do you know why the

25   Transit Authority hasn't previously made all

107

                          M. Sullivan

1
2    their train cars uniformed?

3         A     No.

4         Q     Okay.  Now, because the Transit

5    system is old, first of all, that substations are

6    newer than others?

7         A     Yes.

8         Q     For example, there's even -- we'll

9    make an example.  Second Avenue subway, that's a

10   whole new train line, correct?

11        A     Yes.

12        Q     And why does the Transit Authority do

13   these rehab projects to the different stations?

14                    MR. KEAVENEY:  Note my

15                    objection, you can answer.

16        A     Maintain them in a state of good

17   repair.  They're getting old, decrepit.

18        Q     So is it for safety purposes?

19        A     Yes.

20        Q     Okay.  And so there's times that

21   platforms have to be changed, altered or

22   modified, correct?

23        A     Yes.

24        Q     There's times platforms need

25   additional support, correct?

108

1                          M. Sullivan

2        A       Correct.

3        Q       There's times and there's work on the

4    track bed and the rails as well?

5        A       Correct.

6        Q       There's times that the track bed gets

7    replaced?

8        A       Correct.

9        Q       Time the track gets replaced?

10       A       Correct.

11       Q       And times platforms get replaced?

12       A       Correct.

13       Q       And these can be massive and

14   expensive projects, correct?

15       A       Correct.

16       Q       And when the Transit put railing,

17   fencing barriers on these overpasses, bridges and

18   pedestrian walkways to prevent people from

19   falling or jumping or being pushed from the

20   tracks and preventing 12-9's from occurring in

21   that manner, did that comply with good and

22   accepted practices and procedures?

23                    MR. KEAVENEY:  Objection,

24                    there's been no testimony as what

25                    Transit, if Transit did at all,

109

```
 1                    M. Sullivan
 2             install those railings, barriers and
 3             other devices.
 4                    MR. GENIS:  No, there's been
 5             testimony that they've done that.  We
 6             didn't know when, but --
 7                    MR. KEAVENEY:  There's been
 8             testimony as to when.
 9                    MR. GENIS:  Can I get an answer
10             to my question, please?
11      A      Could you repeat the question, I'm
12   sorry?
13                    MR. GENIS:  No problem, read it
14             back, Lisa.
15                    (The requested portion of the
16             record was read back.)
17      A      I wasn't there at the time but I
18   would venture to say yes.
19      Q      And comply with professional
20   standards of care?
21      A      Same answer, yes.
22      Q      Thank you.
23             By the way, on regular bridges, I'm
24   not talking about Transit now, you drive your car
25   over the GW Bridge, do you see fencing and
```

110

```
 1                   M. Sullivan
 2   barriers that go pretty high up to prevent people
 3   from falling, jumping or being pushed off a
 4   bridge.
 5                   MR. KEAVENEY:  Just note my
 6               objection, you can answer it.
 7        A    Yes.
 8        Q    Okay.  And those fences and barriers
 9   are to prevent people from falling or jumping or
10   being pushed off a bridge.  Those were not
11   originally part of the bridge, those were add-ons
12   later on, correct, modifications?
13        A    I, I can't speak to that.  I know the
14   GW Bridge has had a modification made to it.
15        Q    So in other words, you saw the GW
16   Bridge, it didn't use to have some of these
17   fences an barriers to prevent people from falling
18   or jumping or being pushed off the GW Bridge, it
19   wasn't that way when it was first bill but at
20   some point they decided to do it for safety
21   reasons, correct?
22                   MR. KEAVENEY:  Objection.
23        A    No, they had a barriers but they
24   extended it.
25        Q    It was for safety, correct?
```

111

```
 1                    M. Sullivan
 2               MR. KEAVENEY:  Objection.
 3      A      For people jumping.
 4      Q      **In other words, whoever runs the GW
 5   Bridge, they saw there was a safety problem such
 6   as people jumping and they took action to prevent
 7   that from recurring and prevent those incidents
 8   and they made a higher fence, correct?
 9               MR. KEAVENEY:  Objection to what
10               the Port Authority did with those
11               structures.  Don't answer that
12               question.
13               MR. GENIS:  I'm sorry, are you
14               directing him not to answer?
15               MR. KEAVENEY:  Yes.
16               **MR. GENIS:  Mark it, please.
17      Q      Well, since the overpasses, the
18   bridges and the pedestrian walkways for the
19   subway system you told us had no 12-9's, can we
20   agree that those fences, barriers and barricades
21   have been effective in preventing those 12-9's?
22               MR. KEAVENEY:  Objection, you
23               can answer.
24      A      I said that I wasn't aware of them.
25   But, so yes.
```

112

1                        M. Sullivan

2        Q       Have you ever performed any research

3   about the prevention of 12-9's?

4        A       No.

5                MR. GENIS:  All right.  I'll

6                tell you what, I can keep going, but

7                I just do need a quick bathroom

8                break.  Does anybody else, like the

9                reporter has been working for a bit

10               and Mr. Sullivan has been answering

11               questions for a bit.

12                       Would anybody like a bathroom or

13               even a lunch break, you tell me.

14                       (A lunch recess was taken.)

15               MR. GENIS:  Back on the record.

16       Q       Mr. Sullivan, earlier when I asked

17  you a question and you said you do not deal with

18  the evaluation and analysis of the 12-9 data,

19  somebody else does.  I apologize, what department

20  or division does that?

21       A       Hazard assessment, OSS.

22       Q       And that's who does the evaluation

23  and analysis, sir?

24       A       They'll, the question you asked was

25  related to the, the CWI's post pre-COVID and so

113

1                          M. Sullivan

2    forth and I said that the information was being

3    evaluated by the Hazard Assessment Group.

4         Q      And CWI stands for contact with?

5         A      CWI is a term that we use in System

6    Safety, it's collision with individual.

7         Q      And that's, that Hazard Assessment

8    Group, that's the one that would do it, not just

9    for COVID but for everything, correct?

10        A      Yep, as Hazard Assessment, yes.

11        Q      Do you know any other names of people

12   further back then the names you already gave us

13   in charge of Hazard Assessment?

14        A      No.

15        Q      Okay.  I just want to go over some

16   terms because I want to make sure that we're all

17   on the same page, you know, if you're using a

18   word a certain way or that I'm using it and we're

19   all on the same page.  I'm going to do that first

20   with some definitions.

21               Are you familiar with the expression

22   fail safe?

23        A      Yeah.

24        Q      And can we agree that that is a

25   characteristic of a system or its elements

114

                        M. Sullivan

1

2    whereby any failure or malfunction affecting

3    safety, causes the system to revert to a state

4    that is known to be safe?

5         A    Yes.

6         Q    And hazard is defined as any existing

7    or potential condition that can result in a

8    accident, true?

9         A    True.

10        Q    Risk is the measure of the severity

11   and likelihood of an accident, correct?

12        A    True.

13        Q    Safety critical is the designation

14   placed on a system, subsystem, element,

15   component, device or function denoting that sets

16   factory operation of such is mandatory to

17   mitigation of unacceptable and undesirable

18   hazards?

19        A    True.

20        Q    And anytime we use the word shall,

21   shall is a mandatory requirement, correct?

22        A    Legally, I guess, yes.

23        Q    System dependability.  That means the

24   overall set of criteria used to measure the

25   performance of an operating system in terms of

1                        M. Sullivan

2    reliability maintainability and availability, do

3    you agree?

4         A     Yes.

5         Q     System safety is the application of

6    engineering and management principles, criteria

7    and techniques to optimize all aspects of safety

8    within the constraints of operational

9    effectiveness, time and cost throughout all

10   phases of the systems lifecycle, do you agree

11   with that?

12        A     Yes, yes.

13        Q     Okay.  Let's talk about safety

14   requirements.

15              Do we agree that a system safety

16   program shall be instituted during the system

17   planning and design phase and shall continue

18   throughout the system construction and operation?

19              MR. KEAVENEY:  Objection.  You

20              can answer it.

21        A     Yes.

22        Q     The system safety concept shall

23   emphasize the prevention of accidents by

24   resolving hazards in a systematic manner, do you

25   agree with that?

116

1                          M. Sullivan

2        A      Yes.

3        Q      A system safety program shall be

4    implemented to identify and resolve hazards,

5    true?

6        A      True.

7        Q      And the owner of the Transit system

8    shall provide for the development of a System

9    Safety Program Plan known as a SSPP to assist in

10   implementing and documenting that program,

11   true?

12                     MR. KEAVENEY:  Objection, you

13                     can answer.

14       A      True.

15       Q      The SSPP shall identify the

16   responsibilities of all parties for implementing

17   a System Safety Program, true?

18       A      True.  Sorry, true.

19                     MR. KEAVENEY:  Objection.

20       Q      The System Safety Program and SSP

21   shall, number one, have as their objective, to

22   provide for the safety of the passengers,

23   employees and general public and equipment, do

24   you agree with that so far?

25                     MR. KEAVENEY:  Objection, you

117

1                        M. Sullivan

2              can answer.

3        A      Yes.

4        Q      Shall identify the safety roles and

5   responsibilities of all organizational elements

6   and require accountability, true?

7                   MR. KEAVENEY:  Objection, you

8              can answer it.

9        A      True.

10       Q      The System Safety Program, SSPP shall

11  designate one individual to be responsible for

12  the safety of the system but has a clearly

13  defined role and responsibilities established

14  through a written policy.

15             Do you agree with that?

16                  MR. KEAVENEY:  Objection, you

17             can answer.

18       A      True.

19       Q      And that System Safety Program, SSPP

20  shall contain hazard resolution process that

21  includes procedures necessary to identify and

22  identify hazards throughout the system lifecycle,

23  true?

24                  MR. KEAVENEY:  Objection, you

25             can answer.

118

1                          M. Sullivan

2          A       True.

3          Q       The SSPP shall, at a minimum,

4    identify the scope of the System Safety Program

5    activities, true?

6                          MR. KEAVENEY:  Objection, you

7                          can answer.

8          A       True.

9          Q       The hazard resolution process shall

10   be initiated by defining physical and functional

11   characteristics of the system to be analyzed,

12   true?

13                         MR. KEAVENEY:  Objection, you

14                         can answer.

15         A       True.

16         Q       The hazards shall be identified and

17   the techniques and methods used to identify the

18   hazards shall include the following:  One, data

19   of previous accidents or operating experience,

20   true?

21                         MR. KEAVENEY:  Objection.  You

22                         can answer you can answer.

23         A       True.

24         Q       Two, expert opinion and hazard

25   scenarios, true?

119

```
 1                      M. Sullivan
 2              MR. KEAVENEY:  Objection, you
 3          can answer.
 4      A     True.
 5      Q     Three, checklist of potential
 6  hazards, correct?
 7              MR. KEAVENEY:  Objection, you
 8          can answer.
 9      A     True.
10      Q     Previous hazard analysis, true?
11              MR. KEAVENEY:  Objection, you
12          can answer.
13      A     True.
14      Q     All identified hazards shall be
15  assessed in terms of the severity or consequence
16  of the hazard and probability of occurrence,
17  true?
18              MR. KEAVENEY:  Objection, you
19          can answer.
20      A     True.
21      Q     So, the hazard resolution strategy to
22  be used shall do the following:  One, eliminate
23  the hazard, true?
24              MR. KEAVENEY:  Objection.
25      A     True.
```

120

```
 1                        M. Sullivan
 2      Q      Two, designed to control hazards?
 3             MR. KEAVENEY:  Objection.
 4      A      True.
 5      Q      Three, use safety devices?
 6             MR. KEAVENEY:  Objection.
 7      A      True.
 8      Q      Four, use warning devices?
 9             MR. KEAVENEY:  Objection.
10      A      True.
11      Q      This process shall include full
12   documentation of all identifying hazards, risk
13   assessments and the hazard resolution activities
14   in a hazard tracking log, true?
15             MR. KEAVENEY:  Objection.
16      A      True.
17      Q      The effectiveness of the mitigation
18   shall be monitored to determine that no new
19   hazards were introduced, correct?
20             MR. KEAVENEY:  Objection, you
21             can answer.
22      A      True.
23      Q      And whenever substantive changes are
24   made to the system, analysis shall be conducted
25   to identify and resolve any new hazards,
```

121

1                          M. Sullivan

2      correct?

3                     MR. KEAVENEY:  Objection.

4           A      True.

5           Q      Hazard analysis shall be used to

6      assist in the evaluation of potential hazards and

7      to document their resolution, correct?

8                     MR. KEAVENEY:  Objection.

9           A      True.

10          Q      Let's talk about the safety

11     principles now.

12                    Do we agree that the following safety

13     principle shall be observed when they define

14     unacceptable and undesirable hazards?

15          A      True.

16          Q      First safety principle.  When the

17     system is operating normally, there shall be no

18     unacceptable or undesirable hazard conditions,

19     true?

20          A      True.

21          Q      Safety principles.  The system

22     designed shall require positive actions to be

23     taken in a prescribed manner to either begin

24     system operation or continue system operation?

25                    MR. KEAVENEY:  Objection.

122

                              M. Sullivan

1

2        A        True.

3        Q        Involving hazard analysis includes

4   hazard analysis at stations, correct?

5                 MR. KEAVENEY:  Objection.

6        A        Correct.

7        Q        Hazard analysis at subway station

8   includes platform edge protection, correct?

9        A        Platform edge protection?

10       Q        Yes, can include that?

11       A        It can, yes.

12       Q        Can a System Safety Program and

13  hazard analysis include intrusion detection

14  systems?

15       A        Yes.

16       Q        And include intrusion protection?

17       A        Yes.

18       Q        Do we agree that a means -- let me

19  back up.

20                Are you familiar with the expression

21  "platform edge protection"?

22       A        Yes.

23       Q        Can we agree that there is --

24  platform edge protection can be provided to

25  protect people from a potential hazard from being

123

```
 1                    M. Sullivan
 2   struck by a moving train?
 3              MR. KEAVENEY:  Objection.
 4        A     Yes.
 5              MR. KEAVENEY:  Are you talking
 6              about platform edge in terms of a
 7              door or in terms of a train striking
 8              a platform?
 9              MR. GENIS:  Right now we're
10              talking about the platform edge and
11              protection and exactly what I said.
12              I didn't say anything else.
13              MR. KEAVENEY:  Okay.  Objection
14              to form.
15        Q     Okay.  So, there's different types of
16   systems that can be utilized for safety.  There's
17   platform edge protection, there's intrusion
18   prevention systems as well, correct?
19              MR. KEAVENEY:  Objection.
20        A     I think you said intrusion detection.
21   Did you say intrusion protection?
22        Q     I think earlier I talked about
23   detection but I thought the most recent question
24   I did was prevention.
25        A     There are means of that, yes.
```

Enright Court Reporting    (631) 589-7788

124

1                           M. Sullivan

2          Q      And there's intrusion control systems

3     as well, correct?

4          A      Correct.

5          Q      And when we're talking about these

6     protections and these safety things, we're

7     talking about protection of people, correct?

8          A      Correct, people and objects, yes.

9     Anything can come off a platform, correct.

10         Q      Okay.  Do we agree that a system

11    should be designed to protect against

12    unauthorized persons or foreign objects entering

13    the vehicle dynamic envelope or the track?

14         A      Yes.

15                MR. KEAVENEY:  Objection.

16         Q      Let's talk about the System Safety

17    Program Plan, SSPP for a minute.

18                The purpose of the System Safety

19    Program Plan shall describe in detail the tasks

20    and activities of system safety management,

21    system safety engineering and the safety

22    certification process required to identify,

23    evaluate and eliminate or control hazards or

24    reduce the associated risks to a level acceptable

25    to the authority having jurisdiction, do you

125

```
 1                    M. Sullivan
 2   agree?
 3                    MR. KEAVENEY:  Objection.
 4        A     Yes.
 5                    MR. KEAVENEY:  Are you reading
 6                    from a document that hasn't been
 7                    exchanged?
 8                    MR. GENIS:  I'm looking at my
 9                    notes right now.
10        Q     Do we agree that each SSPP shall
11   describe at a minimum, the four elements of an
12   effective System Safety Program.  One, a planned
13   approach for tasks accomplishment.  Two,
14   qualified people to accomplish tasks.  Three,
15   authority to implement tasks at all levels of
16   management.  And four, appropriate commitment of
17   resources of staffing and funding to ensure that
18   the tasks are completed, do you agree with
19   that?
20                    MR. KEAVENEY:  Objection, you
21                    can answer.
22        A     Yes.
23        Q     And the general System Safety
24   requirements and criteria that it shall describe
25   general engineering requirements and design
```

126

1                        M. Sullivan

2    criteria for safety, true?

3                    MR. KEAVENEY:  Objection.

4         A      True.

5         Q      And then it should describe safety

6    requirements for support equipment and

7    operational safety requirements for all

8    appropriate phases of the lifecycle up to and

9    including disposal, true?

10                   MR. KEAVENEY:  Objection.

11        A      True.

12        Q      Describe the risk assessment

13   procedures and the hazard severity categories,

14   hazard probability levels and the system safety

15   precedences that shall be followed to satisfy the

16   safety requirements of the program.  Do you

17   agree?

18                   MR. KEAVENEY:  Objection.

19        A      Agreed.

20        Q      So, there should be hazard analysis,

21   correct?

22        A      Yes.

23        Q      There should be system safety data,

24   right?

25                   MR. KEAVENEY:  Objection.

127

1                            M. Sullivan

2          A      Yes.

3          Q      There should be safety verification,

4    correct?

5                      MR. KEAVENEY:  Objection.

6          A      Yes.

7          Q      There shall be an audit program to

8    describe the techniques and procedures to be used

9    to ensure the objectives and requirements of the

10   System Safety Program are being accomplished,

11   correct?

12                     MR. KEAVENEY:  Objection.

13         A      Yes.

14         Q      There has to be properly incident

15   reporting, correct?

16                     MR. KEAVENEY:  Objection.

17         A      Yes.

18         Q      First, as a preliminary hazard

19   analysis, and the preliminary hazard analysis

20   shall identify safety critical areas and provide

21   an initial assessment of hazards and identify

22   requisite hazard control and follow up actions,

23   correct?

24                     MR. KEAVENEY:  Objection.

25         A      Yes.

128

1                              M. Sullivan

2        Q        And then there's a subsystem hazard

3    analysis, correct?

4        A        Yes.

5        Q        And the system hazard analysis,

6    correct?

7        A        Yes.

8        Q        And there's operating and support

9    hazard analysis, correct?

10       A        Yes.

11       Q        Okay.  So, there have been published

12   guidelines and standards with respect to

13   development of a preliminary hazard list, a

14   sample development of a preliminary hazard list,

15   true?

16                MR. KEAVENEY:  Objection.

17       A        I'm not aware of it, I don't know

18   what you're referring to.

19       Q        Let me help you.  I'm here to help.

20   So, for example --

21       A        So, am I.

22       Q        Excellent.  So, for example, it's a

23   known hazard that there can be contact between

24   trains and people, correct?

25       A        Correct.

129

1                          M. Sullivan

2        Q      So, there can be different

3    descriptions of it.  For example, you know what,

4    I'll skip that.

5                And the exclusive group to that

6    hazard are passengers, staff, security, correct?

7        A      Correct.

8        Q      Okay.  Now, let's see.  We were

9    chatting a little bit before the luncheon break

10   about CoMET.  Have you ever received any CoMET

11   reports?

12                  MR. KEAVENEY:  Objection, asked

13                  and answered.  He said he didn't

14                  recall.

15                  MR. GENIS:  Okay.  I think

16                  you're right about that, Andrew.  So,

17                  let's see if we can refresh your

18                  memory.

19                  Dave, would you be kind enough

20                  to find Bates 11740 and we'll mark it

21                  for ID.  Dave, you'll keep track of

22                  what numbers we're up to so  I'll

23                  leave it up to you.

24                  MR. ROTH:  For each deposition,

25                  as this will be, we'll have a

130

```
 1              M. Sullivan

 2         singular Bates number for that

 3         deposition.

 4              So we're going to do these EX,

 5         the name will be EX 1 and then

 6         Sullivan and then the Bates number

 7         that the Transit Authority put on the

 8         document.

 9              It will be in the right if you

10         see in the top left-hand corner,

11         that's the name we'll use unless

12         Andrew objects.

13              MR. KEAVENEY:  No, that's

14         fine.

15              MR. GENIS:  Plaintiff's number 1

16         for today, correct?

17              MR. ROTH:  Yes.

18              (Plaintiff's 1 for

19         identification.)

20    BY MR. GENIS:

21         Q    So, sir, we're showing you on the

22    screen what we're deeming marked as Plaintiff's

23    number 1 today.  And do you see that there's an

24    email and it's addressed, among other people, to

25    you?
```

131

1                          M. Sullivan

2        A      Okay.

3        Q      And who was Hannah, Sameh, S-A-M-E-H?

4        A      Sam Hannah, it's backwards.

5        Q      Sorry.  Sam Hannnah.

6        A      He's a director in our operation

7    support division.

8        Q      In the Office of System Safety?

9        A      Yeah, his tag line is on the bottom

10   there.

11       Q      Okay.  In fact it says, "A dream

12   without a plan is just a wish", correct?

13       A      That's his dream.

14       Q      Do you agree with that statement?

15       A      I generally don't get into giving

16   people thoughts of what, you know.

17       Q      Okay.  And then there's, actually on

18   the email below that, it has "think safety" for

19   the New York City Transit Authority, correct?

20       A      Yeah , I think if you can scroll it

21   up or down or whatever term you deem necessary.

22   Yeah, that's for all our signatures, "think

23   safety", yes.

24       Q      Okay.  Now, do you see the subject of

25   this?  This is an email and you received this

132

1                          M. Sullivan

2    email, correct?

3         A    My name is on there, yes.

4         Q    By the way, you see the names of

5    other people on this email.  One of them you

6    mentioned before Robert Diehl, right?  D-I-E-H-L,

7    correct?

8         A    Yes.

9         Q    And do you see all the other names?

10   Are all of these other people still employed by

11   the New York City Transit Authority?  Just tell

12   me if any of them are not?

13        A    Some of them are no longer employed

14   by New York City Transit.

15        Q    Which?  Can you please give me the

16   names of the people that are no longer employed

17   that are on that email?

18        A    Hamann is now working under the MTA

19   umbrella.

20        Q    That's Carl Hamann?

21        A    That's correct.  And Ken Brown is

22   retired, Kenneth brown is retired.

23        Q    Everybody else on that list still is

24   working for the Transit?

25        A    As of when I came back to this

133

1                          M. Sullivan

2    meeting 15 minutes ago they were, yes.

3          Q     Okay.  And the subject on this email,

4    Plaintiff's number 1, is CoMET and Nova Safety

5    Performance Indicators, correct?

6          A     Yes correct.

7          Q     Attached is the latest CoMET report

8    for your info and use in case you did not see a

9    copy.  Please see Susan's answers below with

10   regards to safety stats and confidentiality, did

11   I read that accurately?

12         A     As far as I can tell, yes.

13         Q     So, does that first refresh your

14   memory that you have received CoMET before

15   this?

16         A     An indication that I received it,

17   yes.

18         Q     And by the way, why would you have

19   received it?

20         A     It looks like it was a blanket email

21   sent to all the directors of Systems Safety.

22         Q     When we look below to when they talk

23   about Susan's comments, do you see those comments

24   from Susan Liu, L-I-U?

25         A     Yes.

134

M. Sullivan

1

2    Q    And do you see how it says again, go

3    to the third full paragraph.  It says, Sameh, for

4    track intrusions, while we are on the very high

5    end, we're not off the charts --

6    A    Well, can you hold on one second?  It

7    needs to be -- if you're going to read it, I'm

8    going to be able to read it.

9    Q    I'm sorry.

10   A    You need to shrink it.  That's fine,

11   go ahead, you can keep going.

12   Q    Did I read that accurately?

13   A    Well, I don't know because it was

14   moving around at the time.

15        MR. GENIS:  Why don't you read

16        back the question and then he can

17        look at it and see if I'm read it it

18        accurately.

19        (The requested portion of the

20        record was read back.)

21   Q    Did I read that accurately?

22   A    That's what it says, yes.

23   Q    And it talks earlier about the higher

24   end it falls on stairs, persons or platforms hit

25   by trains and falls on track, parens (track

135

1                          M. Sullivan

2    intrusion), correct?

3         A    Correct.

4         Q    Okay.  So, for track intrusions, that

5    you're on the very high end, that means compared

6    to in this CoMET study, compared to other similar

7    subway systems, the New York City Transit

8    Authority has, is at the very high end of people

9    getting hit by trains, correct?

10                   MR. KEAVENEY:  Objection.

11        A    It doesn't say getting hit by trains,

12   it says on platforms hit by train, falls on

13   tracks, if that's what the report says, yes.

14        Q    Do you remember we had discussed

15   earlier how the transit, they look to compare how

16   they're doing compared to other comparable Cities

17   and systems, do you recall that?

18        A    Yes.

19        Q    And this would be bad when somebody

20   compared, they saw that the transit authority was

21   at the very high end of, of these types of

22   incidents, correct?

23                   MR. KEAVENEY:  Objection.

24        A    Correct.

25        Q    Thank you.

136

```
 1                    M. Sullivan
 2            Now, did you ever perform any
 3   research about prevention of 12-9's?
 4                    MR. GENIS:  You can take that
 5            off.
 6                    MR. KEAVENEY:  Objection, asked
 7            and answered.
 8                    MR. GENIS:  I couldn't remember
 9            what his answer was.
10                    Will you allow him over
11            objection?
12                    MR. KEAVENEY:  Yeah, go ahead.
13   A      No.
14   Q      Did you ever review anybody else's
15   research about prevention of 12-9's?
16   A      Yes.
17   Q      And tell me what types of things did
18   you review or read to learn about the prevention
19   of 12-9's?
20        A      Platform screen doors, track
21   intrusion detection center -- track intrusion
22   detection systems.  Barrier -- railings.
23        Q      What else?
24        A      Communication, there's been public
25   awareness, increase in announcements, signage,
```

137

1                        M. Sullivan

2    stuff like that.

3         Q     All right.  Now, whose research did

4    you review when you learned about these means of

5    preventing 12-9's from occurring?

6         A     I don't know who, who was responsible

7    for it off the top of my head, but there was a

8    group here that did research on the platform

9    screen doors and track intrusion detection

10   system.  There was a pilot that was performed.

11        Q     When you mention the about railings,

12   for example, there are railings at certain subway

13   stations in the City of New York right now,

14   correct?

15        A     There are, yes.

16        Q     And there are railings on platforms

17   of stations in New York City subway stations

18   right now, correct?

19        A     Yes.

20        Q     And some of these railings on

21   platforms and subway stations have been there for

22   almost a hundred years, correct?

23                  MR. KEAVENEY:  Objection.

24        A     I couldn't tell you how long they are

25   here.

138

M. Sullivan

1

2      Q      Okay.  Well, to your understanding

3   and knowledge, those railings that you're aware

4   of on certain platforms stations in the City of

5   New York, were there before you came to work for

6   the TA, correct?

7      A      Correct.

8      Q      And was it your understanding that

9   the stations that have these railings on their

10  platforms that those railings are there to keep

11  people from falling or being pushed or jumping

12  onto the train tracks where those railings are

13  located?

14             MR. KEAVENEY:  Objection.

15     A      My understanding of the ones that I'm

16  familiar with are, they are there because of the

17  curved station platform that has a wide gap

18  opening and it's designed to prevent people from

19  walking into that gap.

20     Q      Okay.  That's because the gap is

21  dangerous?

22     A      All gaps are dangerous, yes.

23     Q      And by the way, the railings present

24  in those stations, does that prevent people from

25  falling or being pushed onto the tracks below?

139

M. Sullivan

1

2        A    No.

3        Q    Okay.  How many 12-9's, are you aware

4   of occurred where there was that rail right

5   there?  How many people fell on to the tracks

6   where there was a rail right in front of them?

7             MR. KEAVENEY:  Objection.

8        A    I couldn't give you a specific

9   number, but I am aware of at least one.

10       Q    So, you're saying, you're aware of

11  one instance in your 30 years at the Transit

12  where a person had a rail between them and the

13  track and that they fell and somehow still wound

14  up on the track?

15       A    Correct, and I can't speak for all 30

16  years because I was not exposed to all of the

17  information regarding these incidents that I am

18  now.

19       Q    Okay.  And, where there is a rail at

20  the edge of the platform, how many people have

21  been pushed onto the tracks where that rail was

22  right there between them and the track?

23             MR. KEAVENEY:  Objection.

24       A    I couldn't tell you, we don't track

25  pushes.

140

                          M. Sullivan

1

2        Q      And at the station in question,

3    Atlantic Avenue, did that have any rails on any

4    portion of the platform?

5        A      Atlantic on the N and the R.

6        Q      Atlantic Avenue station where this

7    occurred, was there any rails on the platform?

8                      MR. KEAVENEY:  I think the

9                      witness asked for a clarification as

10                     to --

11       A      You said Atlantic so now you're

12   saying where the incident was.  That's the BMT.

13                     There might be hand -- there might be

14   railings at the north and south end of the

15   station platform, but I haven't been there in a

16   while and I don't, I'm not really familiar with

17   it.  I can't visualize it right now.

18                     MR. GENIS:  I'll tell you what,

19                     Dave, if you're able to, I think it

20                     was Plaintiff's Exhibit 6 from the

21                     Gaskin deposition.

22                     Can you put that picture up for

23                     a second, please?

24                     (Screen sharing.)

25       Q      You see that photograph, sir,

141

1                          M. Sullivan

2     previously marked for identification as

3     Plaintiff's number 6?

4          A    Yes.

5          Q    And do you recognize that as showing

6     this Atlantic Avenue station terminal where this

7     incident occurred?

8          A    I can't make out the name of the

9     station, if you can zoom in and show me what's on

10    the column.

11               MR. ROTH:  This is David Roth.

12               That is not our station, that's a

13               different station.

14               MR. GENIS:  Oh, my apologies,

15               sorry.  My mistake.

16    BY MR. GENIS:

17         Q    Okay.  But this Plaintiff's Exhibit 6

18    give an example of a station with a fixed rail on

19    the edge of the platform?

20         A    Yes.

21         Q    How many stations -- and by the way,

22    when you see this fixed rail in Plaintiff's

23    number 6, from the Gaskin deposition, is that a

24    curved station and platform or is it straight?

25               MR. KEAVENEY:  Objection.

142

1                          M. Sullivan

2          A      I can't really tell because of the

3   person with the gray sweatshirt and the bag over

4   there right shoulder, but it seems to be somewhat

5   tangent.

6          Q      Tangent means street, correct?

7          A      That's by my definition, yes.

8          Q      By the way, do you know what station

9   this is?

10         A      No, I don't.

11         Q      Okay.  What stations have fixed

12  rails, just a rail?

13                MR. KEAVENEY:  Objection.

14         A      I couldn't tell you which ones have

15  them but they do exist.

16         Q      Okay.  How many stations, subway

17  stations have fixed rails on the edge of the

18  platform?

19                MR. KEAVENEY:  Objection.

20         A      Couldn't tell you.

21         Q      Can you name one?

22         A      Whatever that one is named, and I'm

23  familiar with Grand Central and the 7 also has

24  fixed rails.

25         Q      Time Square shuttle?

143

1                        M. Sullivan

2         A      Time Square shuttle has fixed rails

3    that will -- I can't speak to it currently

4    because Time Square shuttle was just reconfigured

5    and opened up about six months ago and I only

6    went through there once, but prior to the

7    reconfiguration because there was a wide gap

8    because of the curve of the station.

9         Q      So, based on the research that you

10   reviewed, you did learn that 12-9's are

11   preventable, correct?

12                    MR. KEAVENEY:   Objection.

13        A      12-9's are preventable, yes.

14        Q      And you learned the different means

15   of preventing them or at least reducing them,

16   correct?

17        A      I learned of options.

18        Q      Okay.  Different options to prevent

19   or reduce the incidents of 12-9's of a curve,

20   correct?

21        A      Correct.

22        Q      So, the first one you mentioned was a

23   platform screen door.  What is a platform screen

24   door, sir?

25        A      It's a door on a platform edge that

144

1                         M. Sullivan

2    if you're familiar with, I don't know if you've

3    been to Disney planned or some of the modern

4    airports.  Train pulls up or whatever the method

5    of transportation pulls up, some of them are

6    buses.

7                         They pull up and the doors are closed

8    until the equipment or whatever you go to get on,

9    whenever you're going to board, lines up, doors

10   open up, you walk through both doors, the

11   platform edge doors and then into whatever you

12   are going to be operating on, be moving on.  And

13   then the doors close behind you and you go about

14   your business

15        Q    For example, here in New York City,

16   they have that at JFK, correct?  The train to the

17   plane?

18        A    I've only been on that once, yes,

19   you're right, yep.

20        Q    And you learned about this other

21   subway systems throughout the world that also

22   have platform screen doors, correct?

23                    MR. KEAVENEY:  Objection.

24        A    Yes.

25                    Sorry, yes.

145

M. Sullivan

1

2     Q      What are the other cities or systems

3     that you learned of throughout the world that

4     have platform screen doors?

5     A      I just know where I have traveled.

6     Q      Whether you saw firsthand by travel

7     or just from reading things that were sent to you

8     by email or otherwise, what other cities or

9     systems have platform screen doors --

10           MR. LUGO:  Objection.

11    A      I couldn't competently answer that

12    question to tell you where they are.

13    Q      Just the ones you know of, sir?

14           MR. KEAVENEY:  Objection.

15    A      Orlando Airport, Disney land, if I

16    recall correctly.

17    Q      How about for example, London or

18    Paris?

19    A      Never been to either one.

20    Q      Even without going there, you don't

21    have to go there to no things, correct sir?

22    A      Correct, I'm not aware of it.

23    Q      Okay.  And by the way, the London and

24    Paris subway systems are even older than the New

25    York City Transit Authority, correct?

146

1                          M. Sullivan

2          A       I don't know the dates that they

3     opened up.

4          Q       Or at least give or take about the

5     same age as our system?

6                          MR. KEAVENEY:   Objection.

7          A       I would guess they're about the same

8     age.

9          Q       And did you ever learn whether it be

10    in conversation, e-mails, programs, whatever,

11    that Paris has platform screen doors in their

12    subway system?

13                         MR. KEAVENEY:   Objection.

14         A       Not that I recall, no.

15         Q       How about Korea, had you ever learned

16    about platforms screen doors in Korea, in

17    Seoul?

18         A       I may have seen it on the news.

19         Q       In fact, not just on the news, the

20    Transit Authority sent people to Korea to study

21    this, correct?

22                         MR. KEAVENEY:   Objection.

23         A       I have no idea who went to Korea and

24    who studied it.

25         Q       Well, when people came back from

147

                          M. Sullivan

1

2    Korea from the Transit Authority, did they let

3    other people at the Transit Authority know about

4    what they learned about platform screen doors in

5    Korea?

6                    MR. KEAVENEY:  Objection to

7                form.

8         A    They may have, I'm sure they did, I'm

9    not aware of it.

10        Q    Do you know Ken Brown?

11        A    I do, yes.

12        Q    Okay.  And did you ever discuss

13   platform safety in 12-9's with Ken Brown?

14        A    We, we may have, I don't recall it.

15        Q    And are you aware that Ken Brown went

16   to Korea to learn about the platform screen doors

17   in Seoul?

18        A    I'm not aware that he went to Korea

19   regarding platform screen doors, no.

20        Q    Did you know he went to Korea?

21        A    I'm not aware of the specific

22   locations he's gone to, I know he did do some

23   traveling as part of his job.

24        Q    So, Ken Brown was sent around the

25   world to see what he saw about platform screen

148

1                          M. Sullivan

2    doors and safety in other parts of the world,

3    correct?

4                    MR. KEAVENEY:  Objection.

5         A    I don't know where Ken Brown went.

6         Q    Okay.  Well, let's see, you learned

7    that platform screen doors are the most effective

8    means of preventing 12-9's from occurring,

9    true?

10                   MR. KEAVENEY:  Objection.

11        A    I didn't learn that.

12        Q    Okay.  What's more effective than

13   platform screen doors in preventing 12-9's?

14                   MR. KEAVENEY:  Objection.

15        Q    We're all waiting for an answer.

16        A    What's more effective than platform

17   screen door?

18                   MR. KEAVENEY:  Yes, what you

19                   learned?

20        Q    Yes, sir, that I believe was the

21   question?

22        A    So you're asking my opinion?

23        Q    Sure.

24        A    I can't say that they're the most

25   effective.

149

                        M. Sullivan

1

2       Q       Okay.  What is more effective than

3   platform screen doors at preventing 12-9's?

4                   MR. KEAVENEY:  Objection.

5       A       Customers and individuals staying

6   away from the edge of the platforms.

7       Q       And so what has the Transit Authority

8   done to prevent 12-9's?

9                   MR. KEAVENEY:  Objection to

10                  form.

11      A       Well, there's signage, there's

12  warning signs, there's announcements that are

13  made.

14                  In this picture that you're looking

15  here of an unknown location, that yellow tactile

16  strip, people are constantly reminded to stay

17  behind the yellow lines, stay clear of it.

18                  There are announcements that are made

19  on top of, that are made on the trains when

20  you're on them.  People are told through the

21  announcements to avoid the platform edges.

22                  They're told to, if they drop

23  something on the tracks, leave it there, call for

24  assistance.

25      Q       Anything anything else, sir?

150

                              M. Sullivan
1
2        A      Not that I can recall now, no.

3        Q      Basically three things, signs,

4  announcements and the tactile strip, correct?

5        A      Yes.

6        Q      Okay.  Now, the tactile strip, the

7  reason it's tactile is so that visually impaired

8  people realize they're getting close to the

9  engineer, correct?

10       A      That's one of the uses, correct.

11       Q      Okay.  Now, by the way, we got a

12 photo still up, Plaintiff's 6 from the Gaskin

13 deposition.

14              Can you show me where on that photo

15 there are signs to keep away from the edge?

16       A      I don't see any in this photo.

17       Q      Okay.  All right.  So, signage

18 announcements and the tactile strips, when did

19 they first start putting signs up to keep away

20 from the edge?

21       A      Before my time.

22       Q      Okay.  When did they first start to

23 make announcements to keep away from the edge?

24       A      Once again, before my time.

25       Q      When did they first start the use of

151

```
1                          M. Sullivan
2    tactile strips to allegedly keep away from the
3    edge?
4          A      Before my time.
5          Q      So, how effective have those three
6    things been; the signage, the announcements and
7    the tactile strips all together at preventing
8    12-9's from occurring?
9                 MR. KEAVENEY:  Objection, you're
10                asking him to make a conclusion as to
11                whether or not there would have been
12                more 12-9's without them?  You can
13                answer.
14                MR. GENIS:  He can answer that
15                one, that's the easiest one that I'm
16                asking all day but even with the
17                coaching and speaking objections, but
18                let's get an answer and then I have
19                more of this problem, so.
20         A      I have no idea how many they've
21   prevented.
22         Q      Well, let's do a it reverse.  How
23   long has the Transit Authority kept records of
24   12-9's incidents?
25         A      I couldn't answer that.  I know
```

152

1                       M. Sullivan

2    there's numbers going back into the, into 2000.

3         Q    In fact, would it be fair to say that

4    they have records going back since the creation

5    of the subway system?

6                    MR. KEAVENEY:  Objection.

7         A    I've got records available to me on

8    employee injuries going back into the '20's and

9    '30's.

10        Q    So, well before there was ever any

11   signage, announcements and tactile strips, there

12   were 12-9's incidents occurring, true?

13                   MR. KEAVENEY:  Objection.

14        A    I would guess so.

15        Q    And you told us that they did these

16   things -- let's back up.

17             The reason you're telling us they put

18   up signage and made announcements and did tactile

19   strips is because the Transit Authority saw and

20   recognized, was aware that there was a problem

21   with 12-9's incidents.  People getting hit and

22   run over by trains and killed or seriously

23   injured, true?

24                   MR. KEAVENEY:  Objection, that's

25             not his testimony.

153

M. Sullivan

1

2    Q    I'm asking a question, sir, can you

3    answer that?

4    A    It's not what I said, what I said is

5    you asked what we have to prevent them and those

6    were the three options or the three answers that

7    I gave.

8    Q    Fantastic.  So let's back up.

9    The reason that the Transit put up

10   signage, made announcements an installed tactile

11   strips was, according to you, to prevent 12-9's

12   from occurring, correct?

13   MR. KEAVENEY:  Objection.

14   A    Well no, sorry.

15   MR. KEAVENEY:  Go ahead.

16   A    No, the tactile strip is a guide,

17   like you said, that is there for visually

18   impaired and it's also used as a guide to tell

19   people to stay behind it.

20   If they stay behind it, they will not

21   come in contact with a moving train.  The signage

22   and the communications are designed to also

23   advise them of the dangers of moving trains and

24   to avoid them.

25   Q    Okay.  So, by doing the sign or

154

1                        M. Sullivan

2    making an announcement or putting in tactile

3    strip, that's, the Transit Authority is doing so

4    because they realize, they're aware that 12-9

5    incidents are occurring, true or false?

6                        MR. KEAVENEY:  Objection.

7        A     I can't say that about the tactile

8    strip.  That might have been required under the

9    A.D.A. and I can't speak to that.

10       Q     So let's talk, when the signs, you

11   know, when you say there were signs posted, was

12   the purpose of the signs being posted to prevent

13   or reduce 12-9's from occurring?

14                       MR. KEAVENEY:  Objection.

15       A     They were put up to raise awareness

16   to the customers of potential dangers of getting

17   too close to the trains and being truck by the

18   trains.

19       Q     Okay.  Let's back up.  The Transit

20   intentionally put up these signs, true or false?

21       A     True.

22       Q     And they made, the Transit Authority

23   made announcements intentionally, true or

24   falls?

25       A     True.

155

M. Sullivan

Q    And when the Transit intentionally
put up signs and made announcements, they did so
because the Transit already had an awareness of
people getting hit or run over by trains, true?

MR. KEAVENEY:  Objection.

A    True.

Q    Okay.  So, the Transit knew this was
already a problem that was killing people and
injuring them seriously and decided that action
had to be taken to prevent or reduce this from
occurring, true or false?

MR. KEAVENEY:  Objection.

A    True.

Q    Okay.  And so, can we agree that the
Transit was aware of the problem of people being
killed or seriously injured by contact with
trains from the time the Transit Authority first
took over the subway system?

MR. KEAVENEY:  Objection.

A    I, I can't speak to what went on in
the '60s.

Q    Okay.  Well, the Transit Authority
kept records of how many people were being killed
or seriously injured by contact with trains,

156

1                          M. Sullivan

2    correct?

3                          MR. KEAVENEY:  Objection.

4                          At what time?

5         Q      Since its inception?

6         A      I would imagine there's a record of

7    it somewhere.

8         Q      Okay.  So then since there's records

9    before signs and announcements and tactile strips

10   were placed and there's records after they were

11   placed, the Transit Authority would have the

12   facts, the data, the statistics to see what, if

13   any difference the signs, announcements and the

14   tactile strips made with respect to the incidents

15   rate of 12-9's from occurring, true?

16                         MR. KEAVENEY:  Objection.

17        A      True.

18        Q      So, has anyone --

19                         MR. KEAVENEY:  Speculation.

20                         MR. GENIS:  It's not

21                    speculation, it's fact.

22        Q      Who from the Transit Authority has

23   analyzed the data to see what, if any, difference

24   the utilization of the signage, announcements and

25   tactile strips has had on the incidents rate of

157

1                           M. Sullivan

2    12-9 incidents?

3           A      I have no idea.

4           Q      Okay.  Has anybody from the Transit

5    ever looked to see if the signs and announcements

6    are effective in reducing or preventing 12-9's

7    from occurring?

8                  MR. KEAVENEY:  Objection.

9           A      I have no idea.

10          Q      Has anybody from the Transit ever

11   analyzed or evaluated to see if the tactile

12   strips have prevented 12-9's from occurring?

13                 MR. KEAVENEY:  Objection.

14          A      I have no idea.

15          Q      Who, if anyone, would have done such

16   analysis to see whether or not the signage,

17   announcements and tactile strips has made any

18   difference whatsoever at all in the rate or

19   numbers or percentages of 12-9's from

20   occurring?

21          A      I would think it would have to be the

22   Hazard Assessment Group.

23          Q      By the way, do you know of what, if

24   any signs, warning about keeping away from the

25   edge of the platform or something in sum and

158

1                           M. Sullivan

2      substance along those lines, was placed anywhere

3      at this Atlantic Avenue station for the Q train,

4      the platform where this occurred?

5          A    I, I couldn't answer that, I don't

6      know what signs were set up up there.

7          Q    Is it written anywhere what, if any,

8      signage was posted or placed at this Atlantic

9      terminal station?

10                  MR. KEAVENEY:  Objection, at

11                  what time?

12         Q    At anytime before August 2nd of

13     2016?

14         A    I, I couldn't answer that.

15         Q    Who would know if it's written

16     somewhere, what if any signage was placed at this

17     Atlantic terminal station where this incident

18     occurred on and before August 2, 2016?

19         A    I would imagine it would be like the

20     Communications Group or the Signage Group who

21     would be responsible for, you know, putting up

22     the signage and maintaining it.

23         Q    Who's in charge of the Signage

24     Group?

25         A    I have, I couldn't tell you right

159

M. Sullivan

1    now.

2

3    Q    Who's in charge of communications?

4    A    Currently, I believe it's a woman

5    named Sarah, Sarah Meyer but I wouldn't swear to

6    that either.

7    Q    Okay.  So, that signage, is that, is

8    that a department or subdivision of another

9    department?

10   A    Yeah, I believe it falls under the

11   department of stations.

12   Q    Communications, is that its own

13   department or division or is it a subdivision as

14   well?

15   A    There's been some changes here, it

16   might be under, it might be under media, but I

17   believe it falls under the department, office of

18   the president.

19   Again, I wouldn't swear to it with

20   all of the changes that have gone on here

21   recently.

22   Q    And who's in charge of knowing about

23   the tactile strips?

24   A    Tactile strips I believe would be

25   station engineering, which is also on the

160

1                          M. Sullivan

2    stations as well.

3         Q    So, if you were to find out what, if

4    any, signs were at this station, at this platform

5    on August 2nd of 2016, how would you go about

6    finding that out?

7                    MR. KEAVENEY:  Objection, he

8                    said he did not know.

9                    MR. GENIS:  Different question.

10                   That was a different question he said

11                   that to.  This is my question now.

12        Q    What would you do?

13        A    If it was, if I was to try to find

14   out what was hanging at that station at that time

15   or posted at that station?

16        Q    Yes, sir.

17        A    I'd go to the department that was

18   responsible and see if they kept a record of what

19   signage was put up and when it was put up.  I

20   don't know if they keep those records.

21        Q    Well, when you say you don't know if

22   they keep those records.  Are you aware of any

23   policy at the Transit Authority that directs

24   people to destroy records that they've utilized

25   or installed safety devices or signage?

161

1                          M. Sullivan

2        A      I'm not aware of anything, no, we're

3   not allowed to destroy anything, no.

4        Q      So, if somebody actually placed

5   warnings of some sort for safety purposes, that

6   record would still exist, correct?

7                 MR. KEAVENEY:  Objection.

8        A      You're referring to warning signs, I

9   said signage, I didn't say anything about warning

10  signs.

11       Q      Are you distinguishing between a sign

12  that says you're now at the Atlantic terminal

13  station, as opposed to a sign that says watch out

14  or keep away from the edge or something like

15  that?

16       A      There are some.  When I refer to the

17  signage regarding communication to public and the

18  customers, there were signs that were put up at

19  locations telling people that there were so many

20  people struck by a train last year and you should

21  be careful and know not to be near by the edge of

22  the train.

23               There were public information signs,

24  I'm not aware of permanent structural signs that

25  were put there with warning, stay away from the

162

1                          M. Sullivan

2    edge.

3          Q     Okay.  So, then we're crystal clear

4    with one another.

5                It is not your testimony that there

6    are permanent signs, whether on the ground or the

7    platform itself, on the walls or on the columns

8    telling people to stay away from the edge of the

9    platform, is that correct?

10         A     Not that I can recall in my time down

11   here, yes, correct.

12         Q     Okay.  So nobody, for example, paints

13   on the floor of the platform, you know, stand

14   behind this line so you don't get hit by a train,

15   or in sum and substance?

16               MR. KEAVENEY:  Objection.

17         A     There may be some painting out there,

18   but I, I'm not aware of it being system wide.

19         Q     And are you aware of any kind of

20   signage at this Atlantic terminal station where

21   this incident occurred, that said in sum and

22   substance, stand back from the edge or, you know,

23   for safety, keep away from the edge or anything

24   along those lines?

25         A     Not that I'm aware of.  No.

163

1                          M. Sullivan

2        Q      Would that be a good idea to have

3    permanent signs whether its on the walls, on the

4    columns or on the floor of the platform itself,

5    maybe with a line a few feet further away from

6    the edge then the yellow tactile strip to stay

7    away from the edge or don't go passed this line,

8    wait here, something to that effect?

9                    MR. KEAVENEY:  Objection.

10       A      My opinion, yes.

11       Q      Okay.  And would such warning signs

12   and markings, you know, stand behind this line,

13   you know, et cetera, would that comply with good

14   and accepted practices and procedures --

15                   MR. KEAVENEY:  Objection.

16       Q      -- On or before August 2nd of 2016?

17       A      Yes.

18       Q      Would that comply with professional

19   standards of care to post such sign and warnings

20   whether it be on the ground with a line, don't

21   stand passed this line, don't go over the line or

22   other warning signs on walls or columns or

23   elsewhere so people don't go near the edge?

24                   MR. KEAVENEY:  Objection.

25       A      Once again, my opinion, yes.

164

1                        M. Sullivan

2        Q      Okay.  Do you know why it has not

3   been done?

4        A      Officially, no.

5        Q      Okay.  Did you know that such

6   markings are present for the Long Island Railroad

7   and Metro North?

8        A      I'm familiar with the Long Island --

9   limited on the Long Island Railroad, I'm not

10  familiar with Metro North.

11       Q      Have you ever seen such warnings on

12  the floors of the platforms in Long Island

13  Railroad?

14       A      Yes.

15       Q      And are those warnings on the floor

16  of the stations in the Long Island Railroad

17  there, for safety purposes?

18                    MR. KEAVENEY:  Objection to the

19                    form.

20       A      Yes.

21       Q      Now, let's discuss going back to what

22  we were chatting about a few moments ago.  And by

23  the way, is safety more important on the Long

24  Island Railroad then it is in the New York City

25  subway system?

165

1              M. Sullivan

2              MR. KEAVENEY:  Objection.

3       A      I'm not a railroad employee.

4       Q      Okay.  Okay.  So, you learned about

5  platform screen doors you told us.  And you

6  learned that platform screen doors are literally

7  physical barriers that prevent people from

8  falling, jumping or being pushed onto the train

9  tracks below, correct?

10      A      They don't prevent it, they are a

11 mitigation.  It depends on the design of the

12 door.

13      Q      Let's back up when you said they

14 don't prevent it.

15             You told us, for example, you were at

16 JFK, the train to the plane where you saw the

17 platform screen doors, correct?

18      A      Correct.

19      Q      And at JFK, they are floor to

20 ceiling, the platform screen doors, correct?

21      A      Correct.

22      Q      Do we agree that at JFK, there are

23 zero 12-9 incidents since they've installed these

24 platform screen doors?

25             MR. KEAVENEY:  Objection.

166

```
1               M. Sullivan
2          Asking him for his opinion
3          regarding --
4               MR. GENIS:  I'm asking him fact
5          knowledge.
6               MR. KEAVENEY:  You're asking him
7          as a lay witness?
8               MR. GENIS:  I'm asking him as a
9          witness who's here today testifying
10         under oath a factual question and his
11         knowledge.
12              MR. KEAVENEY:  The question
13         outside of his role at OSS, is that
14         correct.
15              MR. GENIS:  The speaking
16         objections and the coaching are
17         improper and you know that.  So
18         please, can I get an answer to the
19         question?
20    Q    Sir, I'm waiting for an answer, sir.
21              THE WITNESS:  Andrew?
22              MR. KEAVENEY:  Go ahead.  Are
23         you aware of any 12-9's at JFK?
24    A    I'm not aware of any 12-9's at JFK.
25    Q    And since these platform screen doors
```

167

1                         M. Sullivan

2    at JFK go from floor to ceiling and from side to

3    side, can we agree it's impossible for a person

4    to fall onto the train tracks at JFK with those

5    platform screen doors present?

6                         MR. KEAVENEY:  Objection.

7         A    I, I wouldn't say impossible, but

8    it's highly unlikely.

9         Q    Okay.  So, if you don't want to say

10   impossible, can you give me a 99 percent?

11        A    How about a give you 99 point 97.

12        Q    Sold, okay.  I'll take it.  Okay.

13             So, at 99 point 97, can we agree that

14   the platform screen doors are effective safety

15   devices at preventing 12-9's from occurring?

16                         MR. KEAVENEY:  Objection.

17        A    Based on my knowledge of them, yes.

18        Q    Now, you also mentioned earlier

19   you're familiar with track intrusion devices,

20   TID, correct?

21        A    Correct.

22        Q    And explain to us what a TID is?

23        A    So, the station area is set up with

24   lasers, for lack of a better term, or sensors and

25   anything that violates the envelope would

168

                              M. Sullivan

1
2    activate these sensors which would then activate
3    a warning signal to an approaching train that
4    something maybe on the road bed.
5                   That's pretty much it, that's it in a
6    nutshell.
7         Q    Okay.  That was a pretty good
8    summary.
9                   So, then there's two means of
10   handling the track intrusion device, one is just
11   a warning to the train operator so that they know
12   to stop or slow down and the other would be a
13   fail safe system that would cause the train to
14   stop or slow down, true?
15        A    I don't know if the technology is
16   there to tie in with the signal system which is
17   where it would activate and that would be the
18   fail safe.  I don't know if that exists, I'm not
19   that familiar with it.
20                  But, when you say fail safe, the only
21   way to fail safe a train from moving is to put
22   the signal system against it.
23        Q    In other words, if the track
24   intrusion device sounds the alarm and that is
25   connected to the train in some fashion, that

169

```
 1                    M. Sullivan
 2   would be a fail safe mechanism to make the train
 3   stop so that the 12-9 does not occur, true?
 4                    MR. KEAVENEY:  Objection.
 5                    Connected to the signals not the
 6                    trains.
 7        Q     The signal for the train.
 8        A     The signal, the signal that the TIDs
 9   is connected to is not connected to the signal
10   system that the train is operating under.
11        Q     Well, that's a question of choice.
12   The Transit Authority can have that arranged in
13   such a manner if they choose to, correct?
14                    MR. KEAVENEY:  Objection.
15        A     You can choose to do anything you
16   like.  As I said earlier, I'm not familiar with
17   the if the technology with the TIDs can interact
18   with a current signal system, I'm not aware of
19   that.
20        Q     Who would have knowledge about
21   that?
22        A     I would imagine that would be the
23   signal engineering department.
24        Q     Okay.  Who at the signal engineering
25   department would have knowledge about that?
```

170

1                        M. Sullivan

2       A       Probably signal engineer.

3       Q       Who's in charge there then?

4       A       Currently it's Sal Ambrozzino.

5       Q       So, a track intrusion device is a

6  second type of safety device to prevent 12-9's in

7  addition to the platform screen doors, correct?

8                    MR. KEAVENEY:  Objection.

9       A       Correct.

10      Q       Let's go to another type.  Let's see.

11  The stations you've told us have cameras and

12  videos, true?

13      A       There are cameras and videos

14  throughout the system, yes.

15      Q       And the cameras and videos of the

16  system are what's called a closed circuit TV,

17  CCT, correct?

18      A       Some of them.

19      Q       And what could also be done is if

20  there is a feed from that closed circuit to the

21  train operator and they have a monitor in their

22  cab, they could see before they enter the station

23  what the station looked like and if anybody was

24  on or near the tracks, correct?

25                    MR. KEAVENEY:  Objection.

171

1                           M. Sullivan

2          A       In your scenario, I would imagine

3    that's feasible.

4          Q       And in fact in Korea, that's what

5    they do in addition to platform screen doors,

6    they have this CC TV so that before the train

7    even gets into the station, they can see what's

8    in the station and on the track, correct?

9                       MR. KEAVENEY:   Objection.

10         A       If you say that's what they have in

11   Korea, that's what they have in Korea.

12         Q       Are you aware of that, sir?

13         A       I was not.

14         Q       In addition to platform screen doors,

15   track intrusion devices and use of CCTV, you're

16   familiar with something that's probably 200 years

17   old, known colloquial as a cow catcher,

18   correct?

19         A       Okay, yeah, cow catcher, yeah.

20         Q       Okay.  And by the way, that CCTV

21   system, is that a good idea?  Would that be safe,

22   help safety?

23         A       Well, as someone who is dealing with

24   investigations all the time, the more cameras I

25   can get, the better I am, yes.

172

M. Sullivan

1

2    Q       Would it comply with good and

3    accepted practices and procedures to utilize that

4    CCTV system so that the operator of the train

5    could see what's on the track before they even

6    enter the station?

7            MR. KEAVENEY:  Objection.

8    A       I guess so, yes.

9    Q       That would comply with professional

10   standards of care to have such a system,

11   correct?

12           MR. KEAVENEY:  Objection.

13   A       I guess so, yep.

14   Q       And the track intrusion devices also

15   comply with good and accepted practices and

16   procedures, true?

17           MR. KEAVENEY:  Objection.

18   A       I, I don't know what other agencies

19   are using, I would say in my opinion, yes.

20   Q       And track intrusion devices also

21   comply with professional standards of care for

22   safety, correct?

23           MR. KEAVENEY:  Objection.

24   A       Same answer.

25   Q       Okay.  All right.  So let's go back

173

1                          M. Sullivan

2    to the cow catchers.  You are familiar with them?

3    People had them on trains in the 1850s,

4    correct?

5          A     Yeah, yes.

6          Q     And that's literally a device that

7    can be put in front of the lead car and it can

8    literally either move or scoop up a person that

9    happened to be on the tracks or the track bed so

10   that they don't get run over and injured,

11   correct?

12                    MR. KEAVENEY:  Objection.

13         A     No, I, I wouldn't say say yes to

14   that, no.

15         Q     Okay.  Well, let's see.  You're

16   familiar with the Tom Lamb, correct?

17         A     Tom Lamb or Tom --

18         Q     Are you familiar with Tom Lamb,

19   L-A-M-B?

20         A     I am.

21         Q     Okay.  And in fact, you had meetings

22   with Tom Lamb?

23         A     I have.

24         Q     And have you had e-mails with Tom

25   Lamb?

174

1                          M. Sullivan

2          A      I have.

3          Q      And in fact, you have had discussions

4    and e-mails about devices similar to a cow

5    catcher to be placed on subway trains, true?

6          A      There have been discussions on --

7    there's a study regarding the possibility of

8    adding something to the front of trains to reduce

9    the lethality and/or serious injuries that result

10   of collision with individuals.

11         Q      In fact, you've read proposals that

12   specifically discussed and even had diagrams to

13   show what it would look like for a soft type of

14   device to be placed on the front of the train, of

15   the lead car, that could scoop up somebody so

16   that they don't die and don't get seriously

17   injured, correct?

18                      MR. KEAVENEY:  Objection.

19         A      Well, that's the idea.

20         Q      Okay.

21                      MR. GENIS:  For example, Dave,

22                      can you pull up, its Bates 2 -- I'm

23                      sorry, 7648, 7648.  I'm going a

24                      little out of order, but it's okay.

25                      (Screen sharing.)

175

1           M. Sullivan

2           MR. ROTH:  Is that possibly

3           inside another number, is that the

4           very first number of the document?

5           MR GENIS:  I'll read from left

6           to right.  NYCTA underline 2,

7           underline 00007648.  I don't know if

8           that 2 makes a difference or not.

9           MR. ROTH:  I found it.  This is

10          going to be Plaintiff's Exhibit 2.

11          (Plaintiff's Exhibit 2 for

12          identification.)

13  BY MR. GENIS:

14      Q    Sir, do you see what we've marked for

15  identification now as Plaintiff's Exhibit 2 with

16  Bates 7648 on it?

17      A    Yeah , I see the drawing, yes.

18      Q    And does this accurately show the

19  proposed people saver or cow catcher that was

20  proposed?

21          MR. KEAVENEY:  Objection.

22      A    I wouldn't say it was proposed, it

23  was something that was drawn up.  Someone's

24  idea.

25      Q    And it would actually be foam covered

176

1                    M. Sullivan

2    to prevent injury to the person being scooped up,

3    correct?

4         A     That's what they wrote up, yeah.

5         Q     And are you familiar with Andrew

6    Bata, B-A-T-A?

7         A     No.

8         Q     Are you familiar with Camille Kamga,

9    K-A-M-G-A?

10        A     No.

11        Q     Are you familiar with Isaac Takyi,

12   T-A-K-Y-I?

13        A     No.

14        Q     Are you aware that this was discussed

15   in 2013 to do this?

16        A     In 2013 I was a work train

17   superintendent, no.

18        Q     Okay.  And in 2020, this was brought

19   up again, correct?

20        A     Correct.

21        Q     And that was a meeting you were at,

22   correct?

23        A     I don't know if it was a meeting or

24   there were e-mails, but it did come back up, I

25   believe in '20.

177

M. Sullivan

1

2       Q       And that's when Tom, Tom Lamb and his

3  team came up with the concept of soft trains,

4  that's in quotes, "soft trains"?

5               And it was to capture the person and

6  have the device hold the person after they were

7  struck, correct?

8       A       That was his thought, yes.

9       Q       And you're telling me that this was

10 studied or not?

11      A       That, you'd have to ask Tom Lamb how

12 deep they went into that.  I think I might have

13 been included for just my opinion on it, but

14 there is a group, Tom Lamb's group is still

15 studying this.

16      Q       So, have they finished their study or

17 not?

18      A       No, they have not.

19      Q       How are they studying this?

20      A       You'd have to speak to Tom.  My

21 involvement has been strictly in providing them

22 with information regarding 12-9's.

23      Q       In fact, the only people on the email

24 chain is you, Carl Hamann and Ken Brown and Tom

25 Lamb, correct?

178

1                     M. Sullivan

2        A       If that's what the email you have

3    says, yeah.

4        Q       Do you know Bruce Alexander?

5        A       Know the name, don't know him, never

6    met him.

7        Q       So, was anything decided about these

8    people catchers?

9                     MR. KEAVENEY:  Objection, asked

10                   and answered.  You can answer.

11       A       You'd have to speak to Tom Lamb.

12       Q       And I already asked that question

13   about studies and you didn't know.

14                   **MR. GENIS:  I just call for

15                   production of all documents related

16                   to this, any studies.  All documents

17                   related to this.  Let's go with some

18                   other things now.  Okay.

19       Q       Have you also learned of netting to

20   be placed from the track bed up to the platform

21   so if people fall down, they can climb up and get

22   out?

23       A       I'm not aware of that, no.

24       Q       Have you ever heard of that?

25       A       No.

179

1                         M. Sullivan

2         Q      Did you ever get an email on that?

3         A      I may have, I don't recall.

4                MR. GENIS:  Dave, would you

5                kindly pull up Bates 12080 and

6                actually you need 12081 because it's

7                where the email ends.

8                MR. ROTH:  It will just be a two

9                page document.

10               MR. GENIS:  Yes.

11               (Screen sharing.)

12               MR. GENIS:  We have -- I think

13               we are up to Plaintiff's 3 now.

14               MR. ROTH:  Yes.

15               (Plaintiff's Exhibit 3 for

16               identification.)

17    BY MR. GENIS:

18         Q     We have Plaintiff's 3 and just take a

19    look and we can scroll down when you're ready to

20    scroll down.

21         A     Okay.

22         Q     All right.  Have you had an

23    opportunity to look at that, sir?

24         A     Yes.

25         Q     And at the top there's an email

180

1                          M. Sullivan

2    that's addressed to Tim Doddo, D-O-D-D-O, Ken

3    Brown and yourself from Carl Hamann, correct?

4          A     Correct.

5          Q     And the subject was PTSB old business

6    updates, correct?

7          A     Correct.

8          Q     And do you see on that email one of

9    the things they're asking about is netting?

10         A     Correct.

11         Q     And if you look to the email below

12   that, it's from a Tina Labello, L-A-B-E-L-L-O,

13   correct?

14         A     Correct.

15         Q     And she's from the State Department

16   of Transportation, correct?

17         A     Correct.

18         Q     And this is to Carl Hamann, yourself

19   and Brian Galvin, correct?

20         A     I can't see who that email is to but

21   I would guess so, yes.

22         Q     Who is Brian Galvin?

23         A     Tina Labello's co-worker.

24         Q     And when we look at, when they're

25   talking about for the update for the PTSB

181

1                         M. Sullivan

2   meetings, they ask for the usual.  Right?  And

3   then it says, "Has there been any finalization

4   from the court for the platform screen doors or

5   track intrusion detection system pilots?"

6   Question mark.  Do you see that?

7        A    I do.

8        Q    And any updates of a pilots for the

9   netting under structures, correct?

10       A    Correct.

11       Q    Okay.  And then if you just go to the

12  next page so you can see who it's signed by.  And

13  you see it's by Tina Labello, correct?

14       A    Correct.

15       Q    Does that refresh your memory of

16  netting under structures?

17       A    It does, but that's not the

18  application to which you refer.

19       Q    Okay.  So what's the status of the

20  netting under structures now?

21       A    That netting is not under platforms,

22  as you referred to it, as being -- giving

23  somebody the ability to climb back onto the

24  platform.

25       Q    What is this netting for?

182

                        M. Sullivan

1

2          A      That netting was installed, I

3   believe, at five different locations on the

4   structure, underneath the structure to catch

5   items that fall from the structure.

6                 If you recall about two years ago,

7   there was a rash of items falling off the

8   structure due to age and vibration and such, and

9   these nettings were put up in an event to keep

10  them from falling all the way to the street

11  level.

12         Q      When you say street level, do you

13  mean track bed level?

14         A      No, I mean street, cars.  This is

15  only on the elevated structure.

16         Q      Got it.  By the way, earlier you had

17  told us that you had only responded to 15 12-9

18  incidents, correct?

19         A      I don't remember the specific number

20  that I responded to, but it was probably more

21  than 15.

22         Q      Yeah, that kind of seemed low to me.

23  How many times have you responded as an emergency

24  response officer to 12-9's?

25         A      I, I couldn't give you a number, I

183

```
 1                    M. Sullivan
 2   would probably say 20 or 25 of them, maybe.
 3        A     I would only be required to respond
 4   to them while I was on duty, that was only eight
 5   hours a day, five days a week.
 6                    MR GENIS:  Dave, can you please
 7                put up Bates 174010?
 8                (Screen sharing.)
 9                    MR. ROTH:  This will be Exhibit
10                4.
11                    MR. GENIS:  Yes.  I think you'd
12                have to make it bigger so he can read
13                it, Dave, and then you'd have to
14                scroll down.
15                (Plaintiff's Exhibit 4 for
16                Identification.)
17   BY MR. GENIS:
18        Q     I'm showing you Plaintiff's Exhibit
19   4, a Managerial Performance Review involving you.
20   Okay.  Tell me when you've had an opportunity to
21   read this.
22        A     Well, let's stop it from moving.
23        Q     Okay.
24        A     Okay.
25        Q     And this is for review period from
```

184

1                          M. Sullivan

2    January to December of 2008.  If you go to the

3    top, please.

4                     (Scrolling)

5         A     Okay.

6         Q     And you see it's for you in the Rapid

7    Transit Operations Department, your title

8    Superintendent Emergency Response Officer,

9    correct?

10        A     Correct.

11        Q     And when we saw the summary

12   comments --

13              MR. GENIS:  Dave, can you please

14              scroll down?

15              (Scrolling.)

16        Q     It says, "As an emergency response

17   officer, he has responded to over 120 system wide

18   incidents since May of 2008", is that correct?

19        A     Okay, if that's what it says, yeah.

20        Q     Okay.  So, would it be fair to say

21   that you did this job for a number of years,

22   correct?

23        A     No, it wasn't that long.  It was

24   probably February.  So when I went to -- it was

25   February of '08.  I may have said '07 earlier.

185

M. Sullivan

1

2      But if it was '08, then I probably served in that

3      capacity until March of '09.

4            Q      Okay.

5            A      So about a year and a half.

6            Q      Okay.  And during that year and a

7      half, would it be fair to say that you probably

8      responded to about 200 system wide incidents,

9      like 12-9s?

10           A      I mean if you had to put a number on

11     it, 200.

12           Q      By the way, has anybody responded to

13     more 12-9's then you?

14                  MR. KEAVENEY:  Objection.

15           A      I, I can't answer that.  I'm sure

16     there are.

17           Q      Whose responded to the most 12-9's?

18           A      It's not a competition and I couldn't

19     answer that question.

20           Q      Okay.  By the way, what is Tom Lamb's

21     title?

22           A      I don't know, but it's a lot of

23     words.  He's the chief innovative officer and

24     chief something.  He's chief innovative officer.

25     Innovation and technology, something like that.

186

1                      M. Sullivan

2         Q      Tom Lamb is in the Transit Office of

3   strategic Innovation and Technology

4   Recommendations, correct?

5         A      If that's what you're reading, I

6   mean, hold on a second if you want an official

7   answer, let me look at the Outlook.

8         Q      Sure, take a look, let's be accurate.

9         A      He is the Chief Innovation and

10  Technology Officer in the Office of Corporate

11  Management.  He's also an officer -- he's also

12  the Office of Senior Corporate Management.

13        Q      Thank you.  Do you know who Allison

14  Ruggiero is, R-U-G-G-I-E-R-O?

15        A      No, I'm not familiar with that name,

16  no.

17        Q      How about William Gleckler,

18  G-L-E-C-K-L-E-R?

19        A      No, he was mentioned in the email you

20  brought up earlier.

21        Q      Do you know who Adam Hulse,

22  H-U-L-S-E, is?

23        A      No, I'm not familiar with him

24  either.

25        Q      If I told you Adam Hulse, H-U-L-S-E,

187

1                           M. Sullivan

2    had the initials CSEP, CCM, and worked with the

3    MTA of New York City Transit Authority, CPM

4    System Engineering, would that refresh your

5    memory?

6          A      Not to the name, no, but CCM, I

7    believe is Contract -- he's a Contract Manager

8    for which is Capital Program Management and they

9    are now MTA C and D so that department doesn't

10   even exist anymore.

11         Q      Do you know if Adam Hulse still works

12   for the Transit Authority?

13         A      I have no idea.

14         Q      And you mentioned before that Hazard

15   Assessment Group and they do assessment and

16   analysis.

17                Can we agree that they're responsible

18   for conducting studies about passenger and

19   employee safety?

20         A      Yes.

21         Q      They're supposed to conduct in depth

22   safety, system safety studies to identify, assess

23   and resolve safety hazards which impact passenger

24   and employ safety in subway and bus Transit

25   operations, correct?

188

1                        M. Sullivan

2        A        Yes.

3        Q        And they are to coordinate and revise

4    New York City Transit System Safety Program

5    Plans, SSPP's?

6        A        Yes.

7        Q        Let's see.  And another means you've

8    learned of preventing 12-9's from occurring,

9    would be lowering the speed limit before the

10   train enters the station, correct?

11                       MR. KEAVENEY:  Objection.

12       A        I'm not aware of that, but if you

13   lower the speed, obviously you're lowering the

14   risk.

15       Q        Okay.  So in other words, if trains

16   before they enter the station slowed down, then

17   it's easier and quicker for them to stop and

18   avoid running over and hitting somebody,

19   correct?

20                       MR. KEAVENEY:  Objection.

21       A        Yes.

22       Q        Okay.

23       A        You have more control over your

24   train.

25       Q        Okay.  And would it be a good and

189

1                        M. Sullivan

2    accepted practice and procedure to lower the

3    speed limit for trains before they entered

4    stations for safety purposes?

5                    MR. KEAVENEY:  Objection.

6         A    I'm, I'm not aware what they do

7    anywhere else.

8         Q    That's not my question, sir.  I'm

9    just asking you, would it be a good and accepted

10   practice to lower the speed limit before the

11   train enters the station so that as you said,

12   they'd have better control of the train and can

13   stop it in time to prevent 12-9's from

14   occurring?

15                   MR. KEAVENEY:  Objection.

16        A    If you slow the speed of anything

17   down, it's safer, yes.

18        Q    It would comply with Professional

19   Standards of Care to lower the speed limits

20   before trains enter stations, true?

21                   MR. KEAVENEY:  Objection.

22        A    It would make it safer, yes.

23        Q    If a public transportation agency

24   like the Transit Authority violates good and

25   accepted practices and procedures or professional

190

1                    M. Sullivan

2    standards of care or industry standards customs

3    and practices, is it playing Russian Roulette

4    with the lives of its customers?

5                    MR. KEAVENEY:  Objection.  Don't

6                    answer it.

7         Q    Let me rephrase.  Which way is the

8    public safer?  When a public transportation

9    agency like the Transit Authority complies with

10   good and accepted practices and procedures,

11   complies with professional standards of care,

12   complies with industry standards customs and

13   practices or when it violates them?

14                    MR. KEAVENEY:  Objection, you

15                    can answer.

16        A    It's always safer if someone or

17   anybody complies with practices and -- safe

18   practices and procedures.

19        Q    And in fact, when we talk about, you

20   know, sometimes what other agencies do, you know,

21   it's like when I was a kid and I would want to do

22   something and my mother would say if all the

23   other kids jump off the Brooklyn Bridge, you

24   still can't.  Do you agree with that

25   philosophy?

191

1         M. Sullivan

2              MR. KEAVENEY:  Objection.

3    A      That's what my mother told me.

4    Q      So, if there are other Transit

5    systems that are not acting safely, should the

6    Transit Authority emulate them?

7              MR. KEAVENEY:  Objection.

8    A      I, I can't speak to what other

9    Transit agencies are doing.

10   Q      I understand.  Let's assume for the

11   sake of discussion, I'm going to do this both

12   ways.

13             Where there's another Transit agency

14   or entity that is not following good and accepted

15   practices, is not being safe, is that something

16   the Transit Authority would try to model itself

17   after and say that's what we should be like?

18             MR. KEAVENEY:  Objection.

19   A      No.

20             MR. KEAVENEY:  You can answer.

21   A      No.

22   Q      Where there is another Transit agency

23   or entity is doing things safely, is that the

24   type of thing the Transit Authority should say

25   that's what we should model ourselves after and

192

1                          M. Sullivan

2    emulate?

3                     MR. KEAVENEY:   Objection.

4         A     If possible.

5         Q     So, if all the other Transit agencies

6    are not safe, is that an excuse for the Transit

7    Authority not to be safe?

8                     MR. KEAVENEY:   Objection.

9         A     No.

10        Q     Okay.  So no matter what every other

11   public transportation agency does, if the New

12   York City Transit Authority fails to properly do

13   its job and prevent preventable harm, do we agree

14   its violating good and accepted practices and

15   procedures?

16                    MR. KEAVENEY:   Objection.

17        A     No.

18        Q     Okay.  Do we agree that no matter

19   what every other public transportation agency

20   does, if the New York City Transit Authority

21   fails to properly do its job and prevent

22   preventable harm, do we agree it's violated

23   professional standards of care?

24                    MR. KEAVENEY:   Objection.

25        A     No.

```
1                      M. Sullivan
2        Q     Do we agree that where the Transit
3   Authority fails to properly do its job and
4   prevent preventable harm, that it agrees that the
5   Transit would be responsible for any harms
6   unnecessarily caused?
7                 MR. KEAVENEY:  Objection.
8        A     No.
9        Q     Do we agree that a prudent Transit
10  agency or authority does what's safest for its
11  passengers and employees?
12       A     In terms of whatever is possible,
13  yes.
14       Q     Now, do we agree that before 2016,
15  platform screen doors existed for a number of
16  years at other train stations?
17                 MR. KEAVENEY:  Objection.
18       A     Train stations or Transit agencies.
19       Q     Fair enough.  At other train
20  stations?
21                 MR. KEAVENEY:  Objection.
22       A     Not New York City Transit.
23       Q     I understand but that's not my
24  question.
25       A     Well, there's train stations or the
```

194

1                      M. Sullivan

2    transit agencies.  Are we referring to other

3    transit agencies?

4        Q    So, let me break it down, you're

5    making a valid point.  Fair enough.

6             So, do we agree that platform screen

7    doors existed at other Transit agencies before

8    2016.

9             MR. KEAVENEY:  Objection.

10       A    I'm not, I am not personally aware of

11   it, but I would guess yes, they did.

12       Q    Now, we discussed earlier how the

13   Transit Authority as part of their investigation

14   process, is supposed to determine causal factors

15   and develop recommendations and implement

16   corrective actions, correct?

17       A    Correct.

18       Q    And that would be detailed in that

19   accident investigation policy program manual of

20   10.28.1, which was May 3rd of 2010 and the

21   Department of Subway System Safety Program Plan

22   as well, correct?

23       A    Correct.

24       Q    And the Department of Subways is

25   responsible for gathering information needed to

195

1                          M. Sullivan

2    determine the root cause of an incident,

3    correct?

4          A      Correct.

5          Q      And if at any time prior to issuing

6    the final report, that they determine there's a

7    need for immediate action to correct an unsafe

8    condition or a revision of work or a safety rule,

9    they should make that immediate recommendation,

10   correct?

11         A      Correct.

12         Q      And the TA has what's called a Board

13   of Inquiry, true?

14         A      Board of Inquiries are convened,

15   there is not a Board of Inquiry that, you know,

16   is set up continuously.

17         Q      Okay.  So it's not a standing Board,

18   they get convened?

19         A      Correct.

20         Q      And a Board of Inquiry does an

21   investigation where there's a death or serious

22   injury?

23         A      Employee's death or serious injury,

24   correct.

25         Q      Does the Board of Inquiry ever do an

196

1                        M. Sullivan

2    investigation when a customer, a passenger dies

3    or is seriously injured?

4         A      Not that I'm aware of.

5         Q      Do you know why that is the case?

6         A      I am not aware why that is the

7    case.

8         Q      And in addition to immediate

9    corrective actions, are they supposed to have

10   long term recommendation with advice and guidance

11   for safety?

12        A      Who are you referring to, the Board

13   of Inquiry or a regular investigation?

14        Q      A regular investigation.

15        A      They can make long term

16   recommendations, yes.

17        Q      Who decided that a Board of Inquiry

18   is only when it's an employee?

19        A      I have no idea.

20        Q      So what is the purpose of the Board

21   of Inquiry, like what do they do different then

22   any other normal investigation?

23        A      It's just done in a higher level,

24   it's more intense.

25               Like I said earlier, everything

197

                           M. Sullivan

1    related, everything is investigated, every

2    incident is investigated in this agency.

3           Depending on the level of the, level

4    of the incident or the severity of the incident

5    determines where it gets investigated.  So Board

6    of Inquiry is for employee fatalities and serious

7    employee injuries which, I would imagine, when

8    they set this policy instruction up, for the

9    people that set it up felt that was the most

10   serious incident and this is what warranted it.

11          And it requires more people and labor

12   representatives to be part of that Board.

13        Q     Okay.  So, I'm sorry, you told us

14   what year you started had with the Transit, I

15   forgot, what year was that?

16        A     1991.

17        Q     Okay.  So, from 1991 to 2000, what

18   was the safety plan to prevent 12-9's from

19   occurring?

20        A     I couldn't tell you.

21        Q     From 2000 and 2005, what was the

22   safety plan to prevent 12-9's from occurring?

23        A     I don't know.

24        Q     From 2005 to 2010, what was the

198

1                          M. Sullivan

2    safety plan to prevent 12-9's from occurring?

3          A      Couldn't tell you.

4          Q      From 2010 to 2015, what was the

5    safety plan to prevent 12-9's from occurring?

6          A      Couldn't tell you.

7          Q      From 2015 to 2016, what was the

8    safety plan to prevent 12-9's from occurring?

9          A      Couldn't tell you.

10         Q      As of today's date, what's the safety

11   plan to prevent 12-9's from occurring?

12         A      I, I couldn't tell you.

13         Q      Who would know the answers to those

14   questions I just asked you?

15         A      Couldn't tell you.

16         Q      Sir, have you ever read or seen

17   anything about where there were different train

18   cars that the platforms would have to be modified

19   or altered in some fashion?

20         A      The new cars would require platforms

21   to be modified?

22         Q      Yes, to accommodate them?

23         A      Not that I'm aware of, not that I can

24   speak of right now, no.

25         Q      Is Tony Abolis (phonetic) still work

199

```
1                           M. Sullivan
2      for the Transit Authority?
3              A       He does.
4              Q       Does Ramdane, R-A-M-D-A-N-E,
5      Benferhat, B-E-N-F-E-R-H-A-T?
6              A       Yes.  Yes, yes, he does
7              Q       Does he still work for the Transit
8      Authority?
9              A       Yes, he does.
10             Q       Okay.  Does Don Iannuzzi, that's
11     I-A-N-N-U-Z-Z-I, still work for the Transit
12     Authority?
13             A       I don't, I don't recall.  I vaguely
14     recall that name, I couldn't tell you.
15             Q       I mean I'm going to go through just a
16     bunch of other names John Oricchio,
17     O-R-I-C-C-H-I-O?  Still working?
18             A       Same thing, couldn't tell you, I
19     don't recall the name.
20             Q       Lionel Gaines, G-A-I-N-E-S?
21             A       No recollection of the name.
22             Q       Andrew Layman, L-A-Y-M-A-N?
23             A       No recollection of the name.
24             Q       Tom Milbury, M-I-L-B-U-R-Y?
25             A       No recollection of the name.
```

200

```
 1                          M. Sullivan
 2        Q      Glen Lunden, L-U-N-D-E-N?
 3        A      Not sure if he's still here.
 4        Q      James M-A-C-I-A-G?
 5        A      Maciag?
 6        Q      Yeah.
 7        A      Yeah, I'm not sure if he's still here
 8   either.
 9        Q      Lisa Schreibman,
10   S-C-H-R-E-I-B-M-A-N?
11        A      Not familiar with the name.
12        Q      Earl Jackson?
13        A      Not familiar with the name.
14        Q      Anthony DiFiore, D-I-F-I-O-R-E?
15        A      Vaguely familiar, not sure if he's
16   still here.
17        Q      Last name I'm going to go to right
18   now is Samkar, S-A-M-K-A-R.  Last name,
19   Chakraborty, C-H-A-K-R-A-B-O-R-T-Y?
20        A      I'm not familiar with that name,
21   no.
22               MR. GENIS:  Would people mind if
23               we took a quick bathroom break?
24               (A brief recess was.)
25               MR. GENIS:   Back on the record.
```

1                           M. Sullivan

2          Q      Okay.  Are you aware of a safety

3    study that says how do we solve the problem by

4    how to prevent 12-9's from occurring?

5          A      I'm not aware of any study, no.

6          Q      Are you aware of a safety study that

7    says what would it take to prevent 12-9's from

8    occurring?

9          A      I'm not aware of it.

10         Q      Are you aware of a safety study that

11   addresses what could be done to make platform

12   screen doors lighter in weight?

13         A      No.

14         Q      Are you aware of a safety study that

15   addresses what could be done to make platform

16   screen doors thinner?

17         A      No.

18         Q      Are you aware of a safety study that

19   addresses how platform screen doors can be

20   properly installed in different types of stations

21   and the different types of platforms that the

22   Transit Authority has?

23         A      No.

24         Q      Are you aware of a minimum thickness

25   of a platform screen door?

202

                              M. Sullivan

1

2          A    No.

3          Q    The Transit has many stations and

4    they are different type of stations, correct?

5          A    I wouldn't say type, but they might

6    be designed differently, yeah.

7          Q    You know it better than I do,

8    apologies?

9          A    It's all right.

10         Q    In other words, because there's

11   different designs of different stations, they're

12   not all exactly the same, correct?

13         A    Correct.

14         Q    So you can't have a cookie cutter

15   approach to the Transit, correct?

16         A    Correct.

17         Q    Like we mentioned earlier that there

18   are different types of cars and different

19   dimensions in train cars, correct?

20         A    Yeah.

21         Q    So, because of all these differences,

22   can we agree that a one size fits all approach is

23   not practical when you're looking at the Transit

24   Authority?

25         A    Correct, yes.

203

1                        M. Sullivan

2        Q      So, did you, are you aware of a

3   single safety study that addresses how platform

4   screen doors can be used that's not for one size

5   fits all approach but one that adapts to

6   different stations?

7        A      No.

8        Q      Are you aware of a safety study that

9   addresses how platforms can be reinforced or

10  altered or modified to install platform screen

11  doors?

12       A      No.

13       Q      Are you aware of a safety study that

14  addresses how stations can be altered or modified

15  to install platform screen doors?

16       A      No.

17       Q      There are different challenges to

18  installing platform screen doors in New York City

19  Subway System, correct?

20             MR. KEAVENEY:   Objection, you

21             can answer.

22       A      I would imagine so, yes.

23       Q      For example, there's different widths

24  of the different platforms, true?

25       A      Platforms are different sizes, yes.

204

M. Sullivan

1

2    Q    Some stations have curbs, some are

3    straighter tandem as you say, correct?

4    A    Correct.

5    Q    There are main lines that operate

6    more than one line per platform, correct?

7    A    Yes.

8    Q    And that means that multiple car

9    classes with different door openings use the same

10   platforms, correct?

11   A    The locations have different door

12   openings, yes, correct.

13   Q    And there may be environmental issues

14   as well, correct?

15   A    Correct.

16   Q    Okay.  Are you aware of any safety

17   study that says how do we solve these problems,

18   how do we solve the problems of the width of a

19   platform or the weight of the door or the

20   stations with curves or environmental issues or

21   the main lines that operate with a one line per

22   platform, are you aware --

23   A    I'm not aware, I'm not aware of any,

24   no.

25   Q    Are you ever -- individualized safety

205

1                         M. Sullivan

2    studies and plans for each given station?

3         A      Could you say that again, I'm sorry?

4         Q      Sure.  Let's see if she's getting me

5    or not.

6                         (The requested portion of the

7                         record was read back.)

8         Q      Since one size fits all approach

9    doesn't work, are you aware of any individualized

10   safety studies for different stations?

11        A      Specific to a station?  No.

12        Q      Yes, sir.

13        A      No.

14        Q      Let me be more specific.  Are you

15   aware of any safety studies whatsoever at all at

16   any time for this Atlantic terminal station where

17   this incident occurred for the platform and

18   tracks where this incident occurred?

19        A      I'm not aware of any.

20        Q      Are you aware of any safety studies

21   for this station with respect to platform screen

22   doors?

23        A      No.

24        Q      Are you aware of any safety study for

25   this particular station with respect to track

206

                              M. Sullivan

1

2    intrusion devices?

3         A    No.

4         Q    Are you aware of any safety studies

5    about lowering the speed limit before trains

6    enter the stations?

7         A    No.

8         Q    Are you aware of any safety studies

9    about the efficacy of making markings on the

10   platform for where to people should stand to

11   prevent 12-9's from occurring?

12        A    No.

13        Q    When did the Transit Authority first

14   look at platform screen doors as a possible

15   solution to the 12 -- withdrawn.

16                   (Mr. Genis' screen froze.)

17        Q    I asked you a series of questions

18   about different types of studies.  Are you saying

19   you just don't know or they don't exist or

20   something else?

21                   MR. KEAVENEY:  Objection, you

22              can answer.

23        A    You asked if I was aware of them, I'm

24   not aware of any of the studies that you

25   mentioned.

207

1                          M. Sullivan

2          Q        Okay.  Does that mean that they do

3    not exist or you just don't know?

4          A        It means I was not aware of them.

5          Q        Okay.  Does not being aware mean,

6    well, withdrawn, you answered it.

7                   Who, if anyone, would know if there

8    were any such studies?  If they exist?

9                          MR. KEAVENEY:  All the 50

10                         studies that you mentioned or one

11                         particular one?

12         Q        Any of the ones that I just

13   mentioned, I just went through a bunch of them?

14         A        I, I couldn't give you a name on who,

15   who would know about these studies.  I don't even

16   know what the studies are that you're referring

17   to.

18         Q        That's if they were done?

19         A        If they were done, I mean, I don't

20   know.

21         Q        If you wanted to find out the answer

22   to those questions, where would you look, what

23   would you do?

24         A        Probably start down the hall Hazard

25   Assessment Group.

1                           M. Sullivan

2          Q     Now, if they existed, if any such

3     studies that I just mentioned existed before

4     2016, would Cheryl Kennedy have knowledge about

5     that because she was the head of the OSS

6     before?

7          A     I don't want to speak to what she

8     knows, but if it was presented to her, I'm sure

9     she would know about it.

10         Q     Okay.  Well, she was the top person

11    at the Office of System Safety before August of

12    2016, correct?

13         A     I don't know about '16.  She might

14    have still been here in '16, I don't remember

15    when she retired.  But close around there she was

16    the vice president.

17               Yeah, she was still here.  Now that I

18    think about it, she was here in 2016, she may

19    have left in 2017.

20               **MR. GENIS:  I'd call for

21               production of her last known address.

22    **INSERT:  _____

23    _____

24         Q     When did the Transit Authority for

25    the first time consider platform screen doors to

1                        M. Sullivan

2    prevent 12-9's from occurring?

3                        MR. KEAVENEY:  Objection, asked

4                   and answered.  You can answer

5                   again.

6         A    I, I have no idea when they first

7    looked at it.

8         Q    The word feasible means capable of

9    being done, effective or accomplished, correct?

10        A    Correct.

11        Q    And do we agree that the Transit

12   Authority is capable of having platform screen

13   doors installed; it can be done?

14                       MR. KEAVENEY:  Objection.

15        A    Anybody is capable of doing

16   anything.

17        Q    Okay.  And as it has, as platform

18   screen doors have been installed in other systems

19   in New York City, U.S.A. and around the world,

20   certainly it's capable of being done, correct?

21   It is feasible to have platform screen doors

22   installed, true?

23                       MR. KEAVENEY:  Objection.

24        A    It's feasible.

25        Q    And similarly, track intrusion

210

1                         M. Sullivan

2     devices are feasible; it's capable of being done,

3     correct?

4          A     It's feasible.

5          Q     And the other safety things we've

6     discussed are all capable of being done or are

7     feasible, correct?

8                    MR. KEAVENEY:  Objection.

9          A     Correct.

10         Q     Do you know for example, closed

11    circuit TV, so that, it's feasible it's capable

12    of being done so that the operator can see before

13    they even enter the station what if anything is

14    on the track or on the platform, correct?

15                   MR. KEAVENEY:  Objection.

16         A     Its feasible.

17         Q     Okay.  It's feasible to have markings

18    on the platform where to stand, correct?

19         A     Correct.

20         Q     It's feasible to have a lower speed

21    limit before a train enters a station, correct?

22                   MR. KEAVENEY:  Objection.

23         A     Correct.

24         Q     And it's feasible to use those cow

25    catcher people saver devices, correct?

211

1           M. Sullivan

2           MR. KEAVENEY:  Objection.

3      A      I wouldn't use them, but anything is

4    feasible.

5      Q      Okay.  I mean they worked back in the

6    1850's with cows, correct?

7      A      The railroad didn't care about the

8    physical condition of the cow after it got hit by

9    the cow catcher.

10     Q      So, does the Transit Authority care

11   about the physical condition of its customers

12   after they get run over and hit by a train?

13          MR. KEAVENEY:  Objection.

14     A      We care about our customers'

15   safety.

16     Q      And in fact, since you care about

17   your customers' care and safety and you told us

18   there's roughly 150 to about 170 people getting

19   hit every year by trains and this has been going

20   on every year certainly as long as you're there,

21   correct?

22          MR. KEAVENEY:  Objection.

23     A      Correct.

24     Q      So that's every ten years between 15

25   hundred and 17 hundred people hit by trains and

212

1                          M. Sullivan

2    injured seriously or killed, correct?

3                      MR. KEAVENEY:  Objection.

4         A      Well, I wouldn't put that number up

5    killed, but struck 15 hundred and 17 hundred

6    that's on average on CWI, they are not all

7    fatal.

8         Q      I understand.  I didn't say they were

9    all fatal, I said some of them are fatal?

10        A      Okay.

11        Q      And your statistics are a third of

12   the people hit by trains are killed?

13        A      Off the top of my head, yeah.

14        Q      So, over the 30 years you've been

15   with the Transit, at that rate, it's thousands

16   and thousands of people have been hit by trains,

17   correct?

18        A      If those numbers are consistent

19   throughout the 30 years, yes.

20        Q      Can we agree that that's a serious

21   catastrophe to have that many people hit by

22   trains and that many people killed by trains,

23   true?

24                      MR. KEAVENEY:  Objection.

25        A      True.

213

1                         M. Sullivan

2        Q      And since that is catastrophic and

3   bad, can we agree that the Transit should act as

4   if this is an emergency?

5                    MR. KEAVENEY:  Objection.  Don't

6               answer that.

7        Q      Well, does the Transit view this as

8   an urgent situation that requires attention and

9   resolution?

10                   MR. KEAVENEY:  Objection.

11       Q      I'm talking about 12-9's.

12       A      I can't answer for the agency as a

13  whole.

14       Q      Okay.  Well, would you expect the

15  Transit Authority to act with all deliberate

16  speed to fix this problem, to correct this, to

17  stop 12-9's from occurring?

18                   MR. KEAVENEY:  Objection, as to

19              what the Transit Authority would or

20              would not do.

21                   MR. GENIS:  Are you directing

22              him not to answer or is he allowed to

23              answer.

24                   MR. KEAVENEY:  He can answer

25              it.

214

1                           M. Sullivan

2          A     I can't speak to them.  My job is to

3    investigate the incidents.  I can't speak to, you

4    know, what, you know, what they would do or what

5    they would want to do.

6          Q     What would you expect the Transit to

7    do in light of all these people being killed and

8    seriously injured every year?

9                     MR. KEAVENEY:  Same objection.

10                    You're asking his opinion?

11                    MR. GENIS:  Sure.

12                    MR. KEAVENEY:  His opinion as

13               what, as --

14                    MR. GENIS:  We went over all of

15               his background before.  So, as

16               somebody who is a director of the

17               Office of System Safety,

18               superintendent, with all your

19               credentials before, your titles.

20         Q     What would you expect the Transit

21   Authority to do to prevent 12-9's from

22   happening?

23                    MR. KEAVENEY:  Objection.

24                    Other than what he's testified

25               already about?

215

1                    M. Sullivan

2              MR. GENIS:  Let's just get an

3        answer to this question, please.

4        A     I can't speak to what they, they,

5    that I should expect them to do.  I'm a native

6    New Yorker -- listen, I'm a native New Yorker, I

7    cannot speak to everyone's behavior in the subway

8    system, which is something that you have not

9    discussed.

10       Q     Well, so what would you like to see

11   done to prevent 12-9's from occurring?

12       A     I would like to see -- sorry.

13       Q     By the Transit Authority, I'm

14   sorry?

15       A     I can't speak to what the Transit

16   Authority would, what I would want them to do.

17       Q     And one of the things in looking at

18   system safety is you have to operate in the real

19   world, true?

20       A     True.

21       Q     So, you have to see about foreseeable

22   use and even misuse, correct?

23       A     Correct.

24       Q     Just like any kind of product, you

25   see warnings on it and it has to be designed for

216

1                              M. Sullivan

2     people that maybe might misuse the product but

3     that it's still safe, correct?

4          A      Correct.

5          Q      Okay.  So, the Transit Authority

6     should operate on a similar basis and make things

7     safe for foreseeable use as well as foreseeable

8     misuse, correct?

9          A      Correct.

10         Q      Now, by the way, can we agree that if

11    the Transit Authority -- I'm going to do that in

12    a minute, hold on a second.  I'll move onto

13    something else.

14                Are you aware that the New York City

15    Transit Authority ranked highest among agencies

16    for proportion of accidental track intrusions

17    during the 2012 through 2016 reporting period?

18                MR. KEAVENEY:  Objection.

19         A      I, I'm aware that we have a lot of

20    intrusions into the system, yes.

21         Q      Okay.  And are you aware that the

22    Transit's own data includes that most track

23    intrusions are accidental?

24         A      I'm not aware of that data.

25         Q      Are you aware of the data that says

217

1                          M. Sullivan

2    77 percent of these incidents are accidental?

3                    MR. KEAVENEY:  Objection.

4         A     I'm not aware of that data.

5         Q     That falling or slipping accounts for

6    77 percent of all track intrusion events?

7                    MR. KEAVENEY:  Objection.

8         A     I'm not aware of that.

9         Q     Are you aware of different data?

10        A     I'm not aware of any data that put a

11   category into how these intrusions occurred.  My

12   operational experience is that most of them are

13   intentional, but I don't have any specific data

14   to refer to.

15        Q     Okay.  And when you say your

16   experience is that they're intentional, what's

17   your basis for saying it's intentional?

18        A     Homeless encampments, kids jumping on

19   the tracks, people trying to retrieve personal

20   items, other incidents that I've seen over my

21   time here.

22        Q     Okay.  So, when you say intentional,

23   you do not mean that people are always attempting

24   to commit suicide and be hit by a train on

25   purpose when you use the word intentional,

218

1                          M. Sullivan

2   correct?

3        A      Yeah, I wasn't even thinking of the

4   alleged or attempted suicide numbers, correct.

5   I'm just talking about people that violate the

6   road, the right-of-way and go  onto the road as

7   trespassers.

8        Q      And that's the Transit Authority

9   views anybody that's on the track or track bed is

10  a trespasser, correct?

11       A      No.

12       Q      By the way, are you familiar with

13  I-track, the Interactive Train Registered

14  Activity Console System?

15       A      Limited experience or limited

16  knowledge of it.  It came out after I had no use

17  for it, no need to deal with it operationally on

18  a daily basis.

19       Q      Okay.  By the way, so somebody faints

20  and they fall on the tracks, are they a

21  trespasser?

22       A      We do not refer to people that enter

23  the right-of-way as trespassers.  Everyone is a

24  customer.  Trespasser is an industry term that's

25  used on the railroads, Metro-North and Long

219

1                          M. Sullivan

2   Island Railroad and other agencies that I'm aware

3   of, we refer to all of our people as customers.

4          Q      Have you utilized that I-track

5   system?

6          A      Not personally, no.

7          Q      Are you familiar with SIRS, S-I-R-S,

8   Subway Incident Reporting System?

9          A      I think that's what I-track, I think

10  SIRS ruined I-track, I think, if I'm not

11  mistaken.

12         Q      Did SIRS have two different

13  capabilities, one known as TIRS for Train

14  Incident Reporting System and the other FIRS, for

15  Fire Incident Reporting System?

16         A      Yep.  Yeah, those are, those are

17  means of FIRS is a Fire Reporting System, so you

18  input reporting of fires in the system.  And the

19  TIRS is a train incident.  So any incident

20  involving a train would originate -- from the

21  report, it would -- that would be like it's

22  Genesis as a report, it would be in TIRS.

23         Q      By the way, track fires is a problem

24  that the Transit Authority has for many years

25  now, correct?

220

M. Sullivan

A     Track fires is a problem with every agency, yep.

Q     So, and a common cause of track fires is people throw their debris, their junk, their trash onto the tracks?

MR. KEAVENEY:  Objection, you can answer.

A     That's a major cause, yes.

Q     And it can come in contact with that third rail and there could be a fire, correct?

A     Not necessarily, but there are, there are opportunities for certain pieces of debris that will bridge a contact rail, the third rail.

Q     By the way, if this platform screen doors, does that help prevent or reduce the number of track fires?

MR. KEAVENEY:  Objection.

A     I would imagine anything that you keep from getting onto the tracks including debris would reduce the possibility of a track fire.

Q     And platform screen doors and it prevents the 12-9's from occurring, that means there's fewer disruptions to service, correct?

221

1                              M. Sullivan

2          A      Yes.

3          Q      When there is a 12-9 on average, how

4    long does it take to completely restore all

5    service of them, no delays, everything is running

6    as it's supposed to?

7                      MR. KEAVENEY:  Objection.

8          A      I, I can't speak to a set time.

9    They, they're all, I would imagine they're all

10   different, different variables involved in each

11   one.

12         Q      What's the longer amount of time for

13   the service disruption, what's a quickest amount

14   of time on a service disruption?

15                    MR. KEAVENEY:  Objection.

16         A      Depends on the scenario, depends on

17   the situation.

18         Q      Well, based on your experience,

19   what's the longest, what's the shortest?

20         A      Well, if, if I had to put a time on

21   it, I would imagine anything that was involved

22   say in a criminal act would take longer because

23   it would increase the investigation time if the

24   police are involved.

25                    Also whether or not the person is

222

1                         M. Sullivan

2    deceased or alive, also because that, the

3    responding agencies are obviously going to work

4    much quicker with someone that's alive then they

5    are deceased.  And then it's a matter of, you

6    know, the train operator being replaced because

7    they'd have to be removed for post incident

8    testing and anything else that involves the

9    investigation.

10                   So, they can vary from, I don't know,

11   if you had to put a time frame on it, a half hour

12   to maybe I don't know, two, three hours,

13   depending on the situation.

14        Q     By the way, are you familiar with the

15   STARS benefits?

16        A     I'm familiar with STARS, yes, and.

17        Q     That stands for Statistical

18   Transportation Analysis and Reporting System,

19   correct?

20        A     Yes.

21        Q     And are you familiar with MIFUR,

22   M-I-F-U-R, Major --

23        A     Correct.

24        Q     Major Incident Follow-Up Report,

25   M-I-F-U-R.

223

1                           M. Sullivan

2          A      I am.

3          Q      And that data base tracks all Office

4    of System Safety recommendations for corrective

5    action plans, correct?

6          A      No.

7          Q      What's it do?

8          A      MIFUR, is a major incident follow-up

9    report, it's only related to major incidents

10   which would be collisions, derailments, employee

11   fatalities.  We have other data bases, we also

12   make recommendations based on near misses.  We

13   have other data bases where we track

14   recommendations to the operating departments.

15         Q      So what's the recommendation your

16   office is made to prevent 12-9's?

17         A      My office is not responsible for

18   investigating 12-9's, I have not made any

19   recommendation regarding it.

20         Q      Has the Office of System Safety made

21   any recommendations to prevent 12-9's?

22         A      I can't speak to them, I don't

23   recall.

24         Q      Can we agree that fatalities from

25   12-9's are more prevalent during non-rush hour

224

1                           M. Sullivan

2      times?

3                      MR. KEAVENEY:  Objection.

4           A     I, I couldn't agree, I wouldn't agree

5      or disagree with you on that.

6           Q     Can we agree that even as of a number

7      of years ago, before 2016, at least 128 of the

8      472 train stations that the Transit Authority

9      has, could have, without any changes, or

10     modifications, would have been able to have

11     platform screen doors installed?

12                     MR. KEAVENEY:  Objection.

13          A     I don't know where you're getting

14     that information from.

15          Q     Well, regardless of where I'm getting

16     it from, do you agree with the statement?

17          A     I can't agree with the statement

18     until I know where it came from.

19          Q     Okay.  From Transit Authority

20     records.

21                     And then 27 percent of the stations

22     without having to do any other changes, could

23     accommodate and install platform screen doors

24     before August 2nd of 2016, true?

25                     MR. KEAVENEY:  Objection.

1                       M. Sullivan

2          A      If you're referring to the report

3     that was done on platform screen doors, I believe

4     the number was 27 percent, yes.

5          Q      So, for those stations that could,

6     before August 2nd of 2016, that without any

7     alterations, could accommodate and install

8     platform screen doors, since platform screen

9     doors are the most effective means in preventing

10    12-9's, can you tell me why it wasn't done?

11                       MR. KEAVENEY:  Objection, don't

12                 answer that.

13                       MR. GENIS:  Why not?

14                       MR. KEAVENEY:  You're asking him

15                 something that's not within his

16                 authority.

17                       MR. GENIS:  How do we know?  I

18                 don't know what he knows until he

19                 answers the question.  That's

20                 coaching and an improper speaking

21                 objection.

22                       MR. KEAVENEY:  Reask the

23                 question.

24                       MR. GENIS:  Right, I want the

25                 answer.

226

```
 1                       M. Sullivan
 2              MR. KEAVENEY:  You asked it to
 3         him --
 4              MR. GENIS:  Can I please get an
 5         answer to my question?
 6              MR. KEAVENEY:  You can answer.
 7    A    It's not, it wasn't my decision.
 8    Q    I understand it's not your decision.
 9         Let me ask this since you said that.
10    If it was up to you, would you have had before
11    2016 -- withdrawn.
12              **Before August 2nd of 2016, would
13    you have had platform screen doors installed for
14    those 20 percent of the stations that could
15    accommodate platform screen doors without any
16    alteration?
17              MR. KEAVENEY:  Objection, don't
18         answer that.
19              MR. GENIS:  Why not?
20              MR. KEAVENEY:  It's not up to
21         him.
22              MR. GENIS:  Doesn't matter,
23         you're not asserting privilege here.
24         Can I please get an answer to my
25         question?
```

227

1              M. Sullivan

2              MR. KEAVENEY:  Don't answer

3       that.

4              MR. GENIS:  You're directing him

5       not to answer?

6              MR. KEAVENEY:  Yes.

7              **MR. GENIS:  Mark it, please.

8       Q     Are you aware that there were offers

9    made to install platform screen doors in the New

10   York City Transit system for free or at minimal

11   cost?

12      A     No.

13             MR. KEAVENEY:  Objection.

14      A     No.

15      Q     **Can you agree that if the Transit

16   Authority could get platform screen doors

17   installed for free or at low cost, they should do

18   it?

19             MR. KEAVENEY:  Objection, don't

20      answer that.

21             MR. GENIS:  Are you directing

22      him not to answer?

23             MR. KEAVENEY:  I am.

24             MR. GENIS:  Are you asserting

25      privilege?

228

1              M. Sullivan

2              MR. KEAVENEY:  It's just outside

3          the scope of his responsibilities.

4              You can mark it if you want.

5              **MR. GENIS:  Please.  Okay.

6      Q     Sir, do you deal with both buses and

7  trains, you told us?

8      A     My group investigates bus and rail

9  incidents, yes.

10     Q     Sir, are you aware of bus shelters

11  that have ads on them, advertisements?

12     A     Yes.

13     Q     And in exchange for the ad revenue,

14  do companies maintain those bus shelters at no

15  cost to the Transit Authority?

16     A     I'm not familiar with the agreement

17  that that's made regarding the shelters.

18     Q     That the companies install the

19  shelters at no cost to the Transit in exchange

20  for the ad revenue, correct?

21             MR. KEAVENEY:  Objection.

22     A     I'm not aware of the agreements that

23  are made.

24     Q     Okay.  Are you aware of any attempts

25  by the Transit Authority to give any kind of

229

1                          M. Sullivan

2    Federal Grants, funds or aids to install platform

3    screen doors?

4          A      I'm not aware of any.

5          Q      Are you aware of any attempts by the

6    Transit Authority to get Federal funds, grants,

7    aid to install track intrusion devices?

8          A      I'm not aware of any.

9          Q      Are you aware of any attempts by the

10   Transit Authority to get Federal grants, funds or

11   aid to install that closed circuit TV so that an

12   operator could see on a monitor what's at the

13   station they're coming to on the tracks or on the

14   platform?

15         A      No.

16         Q      Are you aware of any attempts by the

17   Transit Authority to get Federal grants, funds,

18   aids to get those cow catcher injury people

19   protectors installed?

20         A      The only grant that I'm aware of is

21   the grant that was, that Tom Lamb is currently

22   working on which you referenced and we discussed

23   earlier.

24         Q      Are you aware of any applications for

25   Federal grants or funds or aid to have markings

230

                              M. Sullivan

1

2     placed on, on the platform to have people stand

3     back?

4          A     No.

5          Q     Who would know if there were any

6     attempts by the Defendants to get any kind of

7     Federal Aid, grants or funds to install any of

8     these preventative safety devices to prevent

9     12-9's?

10         A     I don't know, I believe there's an

11    office that's related to, you know, dealing with

12    the D.O.T. in terms of grant money but I wouldn't

13    know where to begin.

14         Q     What office is that?

15         A     Like I said, I don't know what the

16    office is, it's probably MTA headquarters.

17         Q     Do you know the name of the person in

18    charge?

19         A     No.

20         Q     Now, you are the liaison with the

21    FTA, you said, correct?

22         A     Correct.

23         Q     So, when you liaison with the FTA, do

24    you ever discuss how to prevent 12-9's from

25    occurring?

231

                              M. Sullivan

1

2      A      The FTA does not interact with us

3  directly, they interact with us through the PTSB.

4            So, yes, I'm the liaison with the FTA

5  but there's limited interaction, but to answer

6  your question, no.

7      Q      Have you ever discussed with the FTA

8  about getting money to install platform screen

9  doors, TIDs, or any other kind of safety devices

10  to prevent 12-9's from occurring?

11      A      Not my responsibility, no.

12      Q      Now, can we agree that many subway

13  stations are not A.D.A. complaint?

14      A      I don't know about many, and in terms

15  of A.D.A. compliant what you're referring to, but

16  yeah, there's a fair enough out there that are

17  not A.D.A. required -- compliant.

18      Q      And the Defendant applies for and has

19  obtained waivers for these non A.D.A. complaint

20  stations and conditions, correct?

21                  MR. KEAVENEY:  Objection.

22      A      I have no knowledge of it, but I

23  would imagine so.

24      Q      Are you familiar with Transit subway

25  stations that have elevators?

232

1                          M. Sullivan

2        A       Some of them have elevators, yes.

3        Q       Do you agree that when the stations

4    were built, none of them had elevators?

5        A       Probably, yeah.  Yes.

6        Q       So, do we agree that all of these

7    stations had to be altered or modified in order

8    to install elevators in those stations?

9        A       Yes.

10       Q       And you told us before about how the

11   track beds and the tracks had been changed and

12   modified in many of the stations have been

13   altered, modified or rehabbed and platforms had

14   the same thing as well, correct?

15               MR. KEAVENEY:  Objection.

16       A       Correct.

17       Q       As part of the modernization of the

18   train stations, electronic electrical devices

19   have been added to the subway system?

20       A       Correct, yeah.

21       Q       And even the elevators and escalators

22   that the Transit Authority owns and operates have

23   been altered, modified, modernized and rehabbed

24   over the years, correct?

25       A       Correct.

233

1                          M. Sullivan

2          Q      And these elevators have to comply

3    with certain codes and standards, correct?

4          A      Correct.

5          Q      And when we say the elevators have to

6    comply with certain standards, that includes

7    ANSI, American National Standard Institute and

8    ASCE, American Society of Civil Engineer

9    standards, correct?

10         A      I'm, I'm not familiar with what

11   standards the elevators and escalators have to

12   comply with.

13         Q      The New York City Administrative code

14   incorporates and references these ASCE standards,

15   correct?

16                MR. KEAVENEY:  Objection.

17         A      I'm not familiar with the New York

18   City code either.

19         Q      Would you agree with the subway

20   stations have to comply with the New York City

21   administrative code?

22                MR. KEAVENEY:  Objection.

23         A      I'm not familiar, I'm not aware that

24   they have to, but they may.  I couldn't testify

25   or say yes or no.

234

1                          M. Sullivan

2        Q      Okay.  We agree that roads, bridges,

3    buildings have to modernize and comply with

4    safety standards?

5                     MR. KEAVENEY:  Objection.

6        A      Yes.

7        Q      And I mean what was acceptable in

8    1904 and 1905 and even in the 1950's is no longer

9    acceptable in the 1980's, 90'ss 2000's up to

10   2016, correct?

11                    MR. KEAVENEY:  Objection.

12       A      Unless you ride on the Southern State

13   Parkway.

14       Q      Do we agree that over time safety

15   standards have improved and changed?

16       A      Yes.

17       Q      So what used to be acceptable a

18   hundred years ago or 75 years ago is no longer

19   acceptable, true?

20                    MR. KEAVENEY:  Objection.

21       A      In certain applications, yes.

22       Q      When you investigate and collect and

23   learn about all these different 12-9's, what do

24   you with this information?

25                    MR. KEAVENEY:  Objection.

235

                            M. Sullivan

1

2       A      I didn't investigate 12-9's.

3       Q      When you would supervise the

4    investigation and learn of investigations and

5    have data collected for 12-9's, what did you do

6    with the information?

7                     MR. KEAVENEY:  Objection.

8       A      In terms of here, as OSS, in OSS?

9       Q      Yes, sir.

10      A      A review of it would be made to make

11   like I said earlier, to ensure it was the

12   information that was requested regarding the

13   incident, that the PTSB number assigned, matched

14   the event that the operating departments were

15   providing.

16              The investigator would make a brief

17   review of the report to ensure that everything

18   was, you know, was there and then it would be

19   sent off to the PTSB for them.

20      Q      Now, did you ever say to anyone at

21   the Transit Authority, you know, we have every

22   year 150 to 170 or so people being hit by trains,

23   people are dying, people are being seriously

24   injured, we have to do something to prevent this

25   from happening?

236

1                    M. Sullivan

2                    MR. KEAVENEY:  Objection, asked

3          and answered.

4                    You can answer again.

5     A     We have conversations.

6     Q     Okay.  And when you have these

7     conversations, did you ever suggest or recommend

8     what could or should be done to prevent or reduce

9     the number of 12-9's?

10    A     Conversations are held at my level,

11    not at any senior level management.  So

12    everything that you and I have discussed, we've

13    all discussed today, is always, it's always being

14    discussed.

15    Q     So, when you've discussed it, you

16    said -- have you ever said, well, we know the

17    platform screen doors are effective, let's just

18    get them installed?  Have you ever said that?

19                   MR. KEAVENEY:  Objection.

20    A     No.

21    Q     Have you ever thought that?

22                   MR. KEAVENEY:  Objection.

23    Q     Can I have an answer, please?

24    A     I don't think I can tell you what I

25    think.

237

1                            M. Sullivan

2          Q      Okay.  When you had these

3    conversations about preventing 12-9's who did you

4    have them with?

5          A      Co-workers.

6          Q      And these co-workers, who?

7          A      I have people that -- I have

8    investigators that report to me, I have other

9    directors that work on the same floor as I do.

10         Q      Can we have names, please?

11         A      How many names do you want?

12         Q      As many as you want to give me?  As

13   many as you can give me, I should say?

14         A      Enre (phonetic) Hazel, H-A-Z-E-L.

15   Lou Beintimilia, B-E-I-N-T-I-M-I-L-I-A.  Some of

16   the names we've discussed earlier, Tim Doddo,

17   D-O-D-D-O, Ben Jens, J-E-N-S.  Carl Hamann,

18   H-A-M-A-N-N.  Bobby Diehl, D-I-E-H-L.

19         Q      Anyone else?

20         A      I'm sure there are but I can't think

21   off -- I can't think of the names now.

22         Q      Where there's more than one available

23   way to achieve the same level of benefit, can we

24   agree that a public transportation company or

25   agency is not allowed to select the way it

238

1                          M. Sullivan

2    carries more danger than the other one?

3                    MR. KEAVENEY:  Objection.

4         A     Cow repeat that question, please?

5         Q     Let me rephrase.  It might have been

6    an awkward question.

7                    Can we agree that often there are

8    several available choices to achieve the same

9    level of benefit.

10                   MR. KEAVENEY:  Objection.

11        A     It's possible.

12        Q     All right.  One way to skin a cat as

13   they say, correct?

14        A     That's what they say, yep.

15        Q     By the way, the people you named, do

16   any of them have decision making power?

17        A     In terms of what level of decision

18   making?

19        Q     You tell me.

20        A     In terms of installing platform

21   screen doors?

22        Q     Okay.

23        A     No.

24        Q     In terms of making the system safer

25   to prevent 12-9's, from a current, do they have a

239

M. Sullivan

1

2    level of authority for that?

3                    MR. KEAVENEY:   Objection.

4        A      Depends on what you're -- in terms of

5    how you're going to prevent them.   I mean,

6    that's, they have to make a decision, there has

7    to be somebody to decide.

8        Q     Well, what meetings have you been to

9    that have discussed how to prevent 12-9's from

10   occurring?

11                   MR. KEAVENEY:   Objection.

12       A      I don't recall any specific meetings

13   that we attended.

14       Q     What plans or possible plans have you

15   seen to prevent 12-9's from occurring?

16       A      Other than -- sorry.

17                   MR. KEAVENEY:   Other than the

18                   safety plans that you inquired about

19                   earlier?

20                   MR. GENIS:   Well, he didn't know

21                   if they existed, those safety plans,

22                   so I'm not sure what you're referring

23                   to Andrew.

24       Q     So, can I have an answer to my

25   question?

Enright Court Reporting    (631) 589-7788

240

```
 1                      M. Sullivan
 2        A      Other than the platforms, the
 3   discussions other than platforms, screen doors
 4   and TIDs, that's it.
 5        Q      And so, did you see plans to have
 6   them installed?
 7        A      No.
 8        Q      Did you see plans to study them?
 9        A      I saw the final studies.
10        Q      Okay.
11        A      If you're referring to the studies,
12   one of the documents you were looking at earlier
13   when you referred to 27 percent of the
14   stations.
15        Q      So, when you've seen these final
16   studies, did they all agree that platform screen
17   doors are effective in preventing 12-9's from
18   occurring?
19        A      I don't recall the specifics of the
20   platform screen door or the TIDs on what they
21   said in terms of mitigating 12-9's, if they said
22   that they prevent them.
23        Q      Well, I'll use your word, mitigate or
24   even reduce it.  Would you say that platform
25   screen doors, TIDs or other safety devices can
```

241

1                    M. Sullivan

2    significantly reduce the number of 12-9's?

3                    MR. KEAVENEY:  Objection, he

4              just answered that question.

5                    MR. GENIS:  It's a different

6              question.

7         A    I don't remember the specifics on the

8    language in which they used, but platform screen

9    doors, as you stated, will reduce 12-9's.

10        Q    Are you familiar with any TIDs pilot

11   programs?

12        A    I'm, I am aware that there were some

13   pilots that were performed here, yes.

14        Q    Where?

15        A    There were multiple -- there were a

16   couple locations, off the top of my head, I only

17   recall two.  One was done at 50th Street on the A

18   line and another one, I believe, was done at

19   Rector Street on the N and the R.

20        Q    And in those two pilot programs, did

21   the TIDs, Track Intrusion Device System, work?

22                    MR. KEAVENEY:  Objection.

23        A    To my knowledge, I believe they did,

24   they did work, but I can't speak to the specifics

25   of any issues that were part of the, of the

242

                              M. Sullivan

1

2      pilot.

3          Q     Do you know if the TIDs are still

4      working?

5          A     I don't believe there are any active

6      pilots at this time, no.

7          Q     So now, we were discussing before

8      there's several available choices to achieve the

9      same level of benefit.  Some choices expose

10     people to more harm or danger then others,

11     true?

12         A     True.

13         Q     So, a prudent public transportation

14     company must avoid selecting one of the dangerous

15     choices, true?

16                    MR. KEAVENEY:  Objection.

17         A     Well, whenever you make a change,

18     there's going to be another change so you would

19     obviously pick the one that affects everything

20     the least amount, yes.

21         Q     I guess when the benefit is the same

22     the extra danger is not allowed, correct?

23         A     I would agree, yeah.

24                    MR. KEAVENEY:  Objection.

25         Q     So a prudent public transportation

243

1                          M. Sullivan

2    company must select the safest way to do things,

3    correct?

4                    MR. KEAVENEY:   Objection.

5         A     Yes.

6         Q     Because a public transportation

7    company like the Transit, if it unnecessarily

8    exposes public to harm, it's not prudent,

9    correct?

10        A     I would imagine so, yes.

11        Q     So every choice meets a risk benefit

12   requirement, correct?

13        A     Yes.

14        Q     So, no unnecessary risk means the

15   safest choice available, correct?

16                   MR. KEAVENEY:   Objection.

17        A     No unnecessary risk means the safest

18   option, yes.

19        Q     I believe you told us you're not

20   aware of any industry standard or custom and

21   practice or official standard of care that

22   permits the transportation company to

23   unnecessarily expose the public to harm?

24        A     I'm not aware of any.

25        Q     And there are times that people have

244

1                          M. Sullivan

2    to use their judgment, correct?

3        A      You're talking in terms of customers,

4    people in general?

5        Q      No, let me, let me rephrase since you

6    weren't following the question.

7               Could we agree there are times that

8    people at the Transit Authority, its employees

9    have to use their judgment, true?

10       A      True.

11       Q      Okay.  According to the training you

12   received, is an employee of the Transit ever

13   allowed to use their judgment in a manner that

14   unnecessarily exposes the public to harm?

15       A      No.

16       Q      Okay.  According to good and accepted

17   practices and procedures, is an employee of the

18   Transit Authority ever allowed to use their

19   judgment in a manner that unnecessarily exposes

20   the public to harm?

21                  MR. KEAVENEY:  Objection.

22       A      No.

23       Q      According to professional standards

24   of care, is an employee of the Transit Authority

25   ever allowed to use the judgment and manner that

245

1                          M. Sullivan

2    unnecessarily exposes the public to harm?

3                          MR. KEAVENEY:  Objection.

4         A     No.

5         Q     So, to comply with good and accepted

6    practice and procedures and professional and

7    industry standards of public transportation

8    company like the Transit, you would never expose

9    the public to anymore danger than is necessary,

10   correct?

11                         MR. KEAVENEY:  Objection.

12        A     Correct.

13        Q     And the more danger something is, the

14   more careful the transportation company has to be

15   in addressing it, correct?

16                         MR. KEAVENEY:  Objection.

17        A     Correct.

18        Q     In other words, the level of care has

19   to match the level of danger, correct?

20                         MR. KEAVENEY:  Objection.

21        A     I would imagine so, correct.

22        Q     And its part of everyone's job at the

23   Transit to prevent unnecessary danger and harm to

24   the public, correct?

25        A     Correct.

246

1                          M. Sullivan

2         Q      And it's part of the Transit's job to

3    anticipate how people can get hurt, correct, at

4    their stations?

5         A      As best that you can anticipate human

6    behavior, yes, correct.

7         Q      I mean, has anything happened in

8    terms of human behavior in the past three years

9    that hasn't happened in the 50 years before

10   that?

11                     MR. KEAVENEY:  Objection, don't

12                     answer that.

13        Q      Is it part of the transportation

14   company's job to go beyond OSHA standards when

15   necessary for safety?

16                     MR. KEAVENEY:  Objection.

17        Q      Can I get an answer, please?

18        A      I'm not aware.  I believe we comply

19   with OSHA.  I mean, to the best of my knowledge

20   to be able to answer that, I don't deal with the

21   OSHA regulations.

22        Q      New York City has abandoned subway

23   stations, correct?

24        A      Yes.

25        Q      And the abandoned subway stations can

247

1                      M. Sullivan

2     be used for pilot projects, correct?

3          A      I would imagine so, yeah.

4          Q      They have high volume and low volume

5     stations as well, correct?

6          A      In terms of ridership or in terms of

7     train traffic?

8          Q      Ridership.

9          A      Yeah, you have high volume and low

10    volume, sure.

11         Q      And depending on the needs or the

12    desires of the Transit, they can use the high

13    volume and the low volume stations for pilot

14    projects, correct?

15                     MR. KEAVENEY:  Objection, you

16                can answer that.

17         A      Yes, they, they can decide whether

18    where they want to do a pilot.

19         Q      You told us earlier they have capital

20    projects, rehabilitation and renovations in

21    stations, correct?

22         A      Correct.

23         Q      The New York City Transit Authority

24    has capital projects and projects for

25    rehabilitation and renovation of stations that

248

1                        M. Sullivan

2    can be used for pilot projects, correct?

3         A      Correct.

4         Q      And with their capital projects for

5    rehabilitation and renovation, they can use that

6    for new safety measures in equipment and devices,

7    correct?

8         A      If they choose to, correct.

9         Q      And Transit has built new stations,

10   correct?

11        A      Correct.

12        Q      They've built new subway lines,

13   correct?

14        A      Correct.

15        Q      And when you're building new, you're

16   not constrained by old preexisting problems,

17   correct?

18                    MR. KEAVENEY:  Objection.

19        A      Correct.

20        Q      You could build however you want,

21   correct?

22        A      Correct.

23        Q      You can use the new pilot projects if

24   you wanted to, correct?

25        A      Correct.

249

1                        M. Sullivan

2          Q      And are you aware that the Second

3     Avenue subway was originally supposed to have

4     platform screen doors?

5          A      I'm not aware of that.

6          Q      Do you know why that was cancelled?

7          A      I have no idea.

8          Q      Do you know who would know?

9          A      I would imagine someone on a

10    different floor then I sit on.

11         Q      Can you give me an idea of what floor

12    or the name or the title?

13         A      I don't know.  Maybe even Albany, I

14    couldn't tell you.

15         Q      Okay.  And in doing a root cause

16    analysis, one looks to see what can prevent the

17    event from occurring regardless of how it is

18    occurring, correct?

19         A      Correct.

20         Q      So in other words, whether somebody

21    falls or jumps or gets pushed, it's the same root

22    cause.  They are landing on the track or track

23    bed, correct?

24         A      No, that's the finality of it, that's

25    not the root cause.

250

1                          M. Sullivan

2        Q      Okay.  Well, let's go a little

3    further.

4               If we're doing a root cause analysis

5    for why somebody is killed or seriously injured,

6    the immediate root cause is a train hit them and

7    ran them over, correct?

8                    MR. KEAVENEY:  Objection.

9        A      Waiting for me?

10       Q      Yes, sir.

11       A      The root cause is that they violated

12   the envelope of the train, that's the root cause,

13   you know, why.  They're not where they're

14   supposed to be.

15       Q      Let's back up.

16              If there's no train coming into the

17   station and the person falls, gets pushed or

18   jumps onto the track, kids know they're not

19   dying, correct?

20                   MR. KEAVENEY:  Objection.

21       A      I, I can't speak to that.  Some

22   people have fallen and have passed aweigh, some,

23   you know, they contacted the third rail.  They

24   suffered a serious injury.

25              But, I mean statistically, more than

251

1                          M. Sullivan

2    likely it's not going to result in a fatal

3    injury.

4          Q     And same things statistically when

5    somebody either falls, gets pushed or jumps

6    onto the train tracks or the train bed,

7    statistically if there's no train that comes into

8    the station, they're not going to have a limb

9    severed, correct?

10         A     Correct.

11         Q     Okay.  So, the root cause of the

12   death or the root cause of the severed limb is

13   the train having contact with the individual,

14   that CWI, correct?

15         A     That would be the cause of it, okay,

16   yeah.

17         Q     So then, a proper evaluation and

18   analysis for how to prevent that from occurring,

19   would be a safety study that says how do you

20   prevent the trains from having contact with the

21   people or vice-versa, correct?

22         A     Correct.

23         Q     Because you can't prevent somebody

24   from fainting, true?  When I say you, I mean the

25   Transit Authority.

252

                              M. Sullivan

1

2      A      Correct.

3      Q      The Transit Authority can't prevent

4   some mentally ill person from pushing me onto the

5   tracks, correct?  They can't prevent them from

6   grabbing me or being mentally ill?

7      A      Correct.

8      Q      And they can't prevent me from

9   voluntarily going onto the track?  In other

10  words, they can't control my free will to go

11  onto the track, correct?

12     A      Correct.

13     Q      But what the Transit Authority can do

14  is control access to the track and the track bed,

15  correct?

16     A      Correct.

17     Q      So, if the Transit Authority prevents

18  access to the track and track bed, they prevent

19  12-9's from occurring, true?

20     A      They would -- in terms of platform

21  screen doors, they would reduce them.

22     Q      Okay.  So, in other words, a proper

23  safety study looking at how root cause analysis

24  and how to get corrective action to prevent

25  12-9's, is you control the controls.  What you

253

1                         M. Sullivan

2    control is access to the track and track bed,

3    correct?

4         A     Or you stop the trains.

5         Q     Okay.  So really the only practical

6    way to stop the 12-9's from occurring is through

7    restricting access or stopping the trains,

8    correct?

9                    MR. KEAVENEY:  Objection.

10        A     Correct.

11        Q     And once the Transit Authority has

12   done a safety study and they concluded that the

13   only way to prevent 12-9's from occurring, is by

14   either controlling the access, preventing the

15   access or slowing down the trains, the only issue

16   is implementing that plan, correct?

17                    MR. KEAVENEY:  Objection.

18        A     Correct.

19        Q     And there's no further need to study

20   it, you already know from day one, the cause is

21   contact with people and the trains on the track

22   bed, right?  That's been even a study, correct?

23        A     Correct.

24                    MR. KEAVENEY:  Objection.

25                    MR. GENIS:  You know what?

254

1                    M. Sullivan

2              Objection to form, that was a bad

3              question.

4                   He got the answer correct but

5              let me do a new question that's a

6              better question that will hopefully

7              won't have an objection to form.

8                   And Lisa, you got the answer

9              correct?

10                  MS. REPORTER:  Yes, I did.

11                  MR. GENIS:  So let me ask you,

12             because I think Andrew did have a

13             proper objection to form on that one.

14   BY MR. GENIS:

15        Q    Okay.  So, without doing any studies

16   at all, the Transit knows for years that the only

17   way or ways to prevent 12-9's from occurring is

18   to restrict access or slow down or stop the

19   trains, correct?

20                  MR. KEAVENEY:  Objection.

21        A    I can't -- sorry.

22                  MR. KEAVENEY:  Go ahead.

23        A    I can't say what the Transit knows,

24   you were asking whether I agreed with your

25   statement.

255

M. Sullivan

1

2     Q     Okay.  Fair enough.  Okay.

3           Well, as somebody with your extensive

4     background, knowledge and training, do you agree

5     that there's not even a need to study and spend

6     money on a study, you already know the answer to.

7     The answer is, if you want to prevent 12-9's from

8     occurring, you have to either restrict access so

9     that they can't get on the track or track bed or

10    you've got to stop or slow down the trains,

11    correct?

12          MR. KEAVENEY:  Objection.

13    A     Well no, the study would be needed to

14    do if you're going to implement a change, what

15    those changes are going to result in.

16    Q     Okay.  So, the point of the study is

17    to see what's the best way to prevent the 12-9's

18    from occurring, correct?

19          MR. KEAVENEY:  Objection.

20    A     Correct.

21    Q     Okay.  And the study should be to do

22    it properly, how do we properly, whether it be

23    platform screen doors or track intrusion devices,

24    how do we properly do it, correct?

25    A     How do you properly and safely

256

                              M. Sullivan

1
2    implement it, yeah, correct.

3         Q      Yep.  So, in other words, the

4    question is maybe to a manufacturer, put out, you

5    know, bids that people, you private companies,

6    you can sell us.  Tell us how can you solve our

7    problem?  How can you make a platform screen door

8    that will work in our different subway stations

9    that have different configurations, correct?

10                    MR. KEAVENEY:  Objection.

11        A      I would imagine you could, I would

12   imagine you could do that.

13        Q      That would be the most logical

14   rational way to try to solve the problem,

15   correct?

16                    MR. KEAVENEY:  Objection.

17        A      I believe it's probably an option.  I

18   wouldn't say logical or rational.

19        Q      I mean because as I say, we know from

20   the beginning here's the problem, people having

21   contact with trains.  We know the only way to

22   reduce or prevent that is if we said either

23   prevent access or we slow done or stop the

24   trains.

25                    So, the only real question is, how

257

                              M. Sullivan

1    can you best implement that program?  In other

2    words, how can you design or construct platform

3    screen doors that will work at your many

4    different kind of stations or a track intrusion

5    device system, correct?

6                    MR. KEAVENEY:  Objection.

7         A    Well, each station has -- there's

8    different variables.  You know, you could put it

9    out but each station is independent to itself

10   with different situations that have to be

11   addressed as well.

12        Q    Understood.  So that's why you'd have

13   somebody to study how to accomplish that,

14   correct?  How can you make it for each of the

15   different stations or types of stations or

16   configuration of stations?

17                    MR. KEAVENEY:  Objection.

18        A    And what effects it would have to the

19   environment at those each individual stations,

20   yes.

21        Q    Okay.  Are you aware of any such

22   studies being done?

23        A    I'm, I'm not aware of any right now,

24   no.

258

1                         M. Sullivan

2        Q       Who would have that knowledge?

3        A       I don't know, maybe, maybe the

4   chairman.

5        Q       But that's why you need, because each

6   of the stations were so different as you were

7   telling us with their configurations, that's why

8   you need individual safety plans for each of the

9   different stations, correct?

10                      MR. KEAVENEY:   Objection.

11       A       I don't know if an individual safety

12  plan is required for each station, it's not

13  something that I do.

14       Q       Or safety plan for each type of

15  station or configuration station in case there's

16  other stations with the same or similar

17  configuration?

18       A       Again, I don't know what's required

19  at each station in terms of a safety plan.

20                      MR. GENIS:   Just going through

21                      my notes.   There's certain things

22                      I've already covered so I don't need

23                      to do it again.

24       Q       By the way, when there is a 12-9, the

25  TA employees have to look and see the body, the

259

1                           M. Sullivan

2     body parts and the corpse and the guts,

3     correct?

4          A     Not necessarily.

5          Q     When you say, "not necessarily",

6     isn't it in the accident investigation manual

7     that the operator is supposed to look down and

8     see?

9          A     The operator is, the operator is

10    required to -- generally what happens in a 12-9

11    is the train experiences a brakes in emergency,

12    and if the train operator is not aware of why the

13    train what brakes an emergency, he's required to

14    perform an inspection to identify what the cause

15    was.

16              So, the way you phrased it whereas we

17    have to go out and look at the body parts and the

18    guts and the limbs, you know, this isn't

19    something where we, you know, where we go out and

20    look at things with a microscope.

21              We identify as best we can and if

22    it's a body, we report to the rail control center

23    and then they act accordingly based on their

24    instructions.

25          Q     So, in other words, according to your

260

1                        M. Sullivan

2      protocols, the operator has to come out and do

3      the investigation and see the body and the body

4      parts, correct?

5                        MR. KEAVENEY:   Objection.

6           A      Correct.

7           Q      Okay.

8           A      Correct.

9           Q      And that can be traumatic for the

10     train operators, correct?

11          A      I can't speak to them, you know,

12     individually, but yes, they do claim trauma.

13          Q      Do you know who Barbara Warten

14     (phonetic) is?

15          A      No.

16          Q      The Transit Authority has a chaplain

17     that they employ, correct?

18          A      We have multiple chaplains, I

19     believe, different denominations.

20          Q      And one of these chaplains is a woman

21     by the name of Barbara Warten, correct?

22          A      Couldn't tell you.

23          Q      Well, are you aware of a letter

24     written by Barbara Warten, an employee chaplain

25     for the New York City Transit Authority to Thomas

261

1                              M. Sullivan

2       Pendergrass in October of 2012 talking about how

3       traumatizing it is for the train operators to see

4       this and how they get Post Traumatic Stress

5       Disorder?

6            A      I'm not aware of the letter, no.

7            Q      Do you have a special code for an

8       injury and it's called a witness trauma special

9       code for train operators and conductors?

10           A      A special code for witness trauma?

11           Q      Sure.

12           A      There might be a code, I'm not, I'm

13      not familiar with it.

14           Q      And are you aware that employees,

15      these operators not only get Post Traumatic

16      Stress from seeing the body parts, sometimes they

17      go out on disability and no longer work?

18           A      I'm aware of it, I'm not aware of any

19      specifics of individuals.

20           Q      And that's called an IOD, injury on

21      duty, correct?

22           A      If the employer requests an injury on

23      duty, yes, it's called an IOD

24           Q      It's an IOD for a 12-9, correct?

25           A      It's an injury on duty and 12-9 is

262

                           M. Sullivan

1

2    the, what they use to, for the injury.

3         Q      And sometimes they go out months at a

4    time on disability, sometimes permanently,

5    correct?

6         A      I would imagine so, again, I'm not

7    familiar with specifics.

8         Q      Are you also responsible for the

9    safety and well-being of train operators and

10   conductors?

11        A      Not directly, no.

12        Q      Indirectly?

13        A      Indirectly I'm responsible for

14   everybody's safety including my own.

15        Q      When operators of the trains get

16   their training, do they train them on viewing

17   body parts and dead bodies that have been hit by

18   trains?

19        A      I was never a train operator, I can't

20   speak to what they were trained to do.

21        Q      Did you ever talk to them afterwards

22   and see how they feel after they saw a dead

23   person or a person dismembered?

24        A      When I responded to a 12-9, that was

25   one of the first thing I would check.

263

1                          M. Sullivan

2       Q      And what would their reactions be?

3       A      I don't recall anybody -- anything

4   out of the ordinary.  I would basically approach

5   them, ask them if they were all right, ask them

6   if they needed medical attention. If they needed

7   to speak to anybody.

8              And I don't recall, the ones that I

9   went to, anybody other than someone who might

10  have been a little out of breath where I referred

11  an EMS tech or a paramedic to them to make sure

12  they were taken care of.

13      Q      Are you aware of complaints made by

14  unions about this, about the workers having to

15  look at the body parts or the dead bodies?

16      A      Not directly.

17      Q      Are you aware of any unions

18  complaining about the train speed?

19      A      No.

20      Q      Can we agree to do its job properly,

21  the Transit was supposed to see how to prevent

22  12-9's from occurring and get it done?

23              MR. KEAVENEY:  Objection.

24      A      I, I can't speak to what, what, you

25  know, the agency as a whole.

264

1                    M. Sullivan

2        Q    Well, considering that for many, many

3   decades now, people are being killed or maimed in

4   12-9's.  We know it's foreseeable, we know from

5   the research that it is preventable, but the

6   Transit hasn't done anything that has been

7   effective in preventing the 12-9's from

8   occurring, fair enough?

9                    MR. KEAVENEY:  Objection.

10       A    I, I can't speak to it as an agency

11  and the decision making.  I -- there are other

12  variables involved and the decisions that are

13  made at that level.

14       Q    Thank you.  Well, if there was a

15  reasonable way to prevent 12-9's from occurring,

16  could we agree it's the job of the Transit

17  Authority to do it?

18       A    Once again, I can't speak to, you

19  know, the agency as a whole.

20       Q    But the problem is there's no one

21  person that says hi, I'm Mr. Transit.  It's

22  composed of its employees, so that's why we're

23  questioning people like you, sir.  And you are

24  management and you're, you know, superintendent,

25  you're pretty high up.

265

1                         M. Sullivan

2        A      These decisions are not made at my

3   level.

4        Q      Okay.

5        A      Nor are they my responsibility.

6        Q      Okay.  Well, even, if you had the

7   authority to make those decisions, do you agree

8   that if there's a reasonable way to prevent a

9   12-9 from occurring, it's the job of the Transit

10  to do so?

11                  MR. KEAVENEY:  Objection, don't

12                  answer that.

13       Q      So, what level person makes these

14  decisions?

15       A      I would imagine it's the much higher

16  senior level manager, senior level management.

17       Q      Like how much higher?

18       A      I don't know, presidential, above

19  presidential.  Perhaps MTA Board.

20       Q      Do you know how fast the train was

21  going when it entered the station before it ran

22  over Ms. Harger?

23       A      No, I don't know specifically.  I

24  don't know definitively what speed it was going.

25  It was probably going at the allowable speed for

266

1                         M. Sullivan

2    the area.

3         Q      You're assuming that, correct?

4         A      I'd have to -- yeah, so, I have --

5    no, I don't know what speed it was going.

6         Q      Okay.  When you looked over the

7    papers involving the investigation of this

8    incident, did any of them say how fast the train

9    was going as it entered the station before it hit

10   her?

11        A      I don't, I don't recall if there was

12   a note of approximate speed.

13        Q      Do we agree that if this station on

14   the platform in question had platform screen

15   doors, Ms. Harger does not get harmed, does not

16   lose her arm and leg?

17               MR. KEAVENEY:  Objection.

18        A      You're asking me to speculate if

19   there were full length platform screen doors and

20   they were operating as designed and she didn't

21   faint that she wouldn't have fallen in front of

22   the train?

23        Q      **What I'm asking you, sir, based on

24   your experience, your investigation, your review

25   of the investigation materials here, that we

267

1                              M. Sullivan

2     agree that if there were platform screen doors on

3     this platform at this station, even if Ms. Harger

4     faints, she does not wind up on the tracks and

5     track bed getting run over by this train?

6                         MR. KEAVENEY:  Objection, don't

7                    answer that question.

8                         **MR. GENIS:  Mark it for a

9                    ruling, please.

10         Q     Do we agree if the train was going

11    slower when entering the station, it could have

12    stopped in time to avoid running over her?

13                        MR. KEAVENEY:  Objection.  You

14                   can answer that.

15         A     No, I don't agree with that.

16         Q     Okay.  So, if you don't know how fast

17    it was going and you agree when a train goes

18    slower, it's better able to stop and avoid

19    running somebody over, what is the basis for your

20    last answer?

21         A     'Cause I don't know how far in

22    advance of the train she was when she fell.

23         Q     **Okay.  So, I would like you to

24    assume there's been sworn testimony that before

25    the train ever entered the station, Ms. Harger

268

```
1                        M. Sullivan
2    was already fainted and on the track in the track
3    bed before the train ever entered the station.
4                    With that assumption, can you please
5    answer the question?
6         A    Is that the facts -- sorry.
7                    MR. KEAVENEY:  Objection.
8                    There's been conflicting testimony as
9                    to that.
10                   MR. GENIS:  That was exactly
11                   what the eye-witness testified to
12                   yesterday.
13                   MR. KEAVENEY:  It wasn't what
14                   the train operator said.
15                   MR. GENIS:  Well, according to
16                   the detective who interviewed her,
17                   that is what she said, that the
18                   person was on it before she entered
19                   the station.
20                   So, we have the police saying
21                   that, we've got the eye-witness
22                   saying that.  So, I think that's a
23                   fair basis certainly for asking that
24                   question so can I please get an
25                   answer to my question?
```

269

1                          M. Sullivan

2                    MR. KEAVENEY:  Objection, don't

3          answer the question.

4                    **MR. GENIS:  Grounds?  It's not

5          privileged.  Mark it again, please.

6      Q     Are you familiar with the analytics

7   department at the Transit Authority?

8      A     No.

9      Q     When you're performing an

10  investigation, what can be more important then

11  figuring out how the 12-9 could have been

12  prevented?

13     A     Well, I don't perform 12-9

14  investigations.

15     Q     You review them, you told us you see

16  all of them?

17     A     I'm aware of them, I didn't say I see

18  all of them.  I said I'm aware of them

19  occurring.

20     Q     Okay.  So, what could be more

21  important than the investigation to see how this

22  could have been prevented?

23                   MR. KEAVENEY:  Objection, you

24          can answer.

25     A     The operating departments investigate

270

M. Sullivan

1

2      the incident.  I'm not aware of them coming to a

3      conclusion on prevention.  They come to a

4      conclusion on what was the cause.  They don't

5      deal with prevention.

6           Q    And in fact, even on cause, do they

7      address that the cause is the train running over

8      the person?

9           A    No, the cause is the person violating

10     the envelope of the train and why they violated

11     the envelope of the train.

12          Q    So, if a person faints, do you blame

13     the person for fainting?

14          A    No one is blamed for fainting, it is

15     noted that the person fainted.

16          Q    So, are you saying this is Ms.

17     Harger's fault because she fainted in your train

18     station?

19          A    No, I'm not.

20          Q    Okay.  So, do you normally blame the

21     victim who gets run over by the train?

22          A    Nobody blames anybody.  There is no

23     blame.

24          Q    Okay.  Now, is the speed of the train

25     important when a train runs over a person and

271

1                           M. Sullivan

2      there's an investigation by the Transit

3      Authority?

4            A      In terms of, in terms of what do you

5      mean, the speed?  I mean the speed in terms of

6      what, how far it went passed the individual or

7      the event --

8            Q      How fast it was going, how fast it

9      was going, could it have stopped in time?  Speed

10     into the station?

11           A      Yes, that would be part of an

12     investigation whether or not the train stopped,

13     if it could have stopped in time.

14           Q      In fact, that's among the most

15     crucial facts you can get in your investigation,

16     correct?

17           A      Correct.

18           Q      And since we're the most crucial

19     important facts are the speed of the train as

20     it's entering the station, can you tell me why

21     it's not contained in any of the paperwork how

22     fast this train was going before it hit Ms.

23     Harger?

24           A      As to why it's not included in the

25     investigation report provided?

272

1                         M. Sullivan

2         Q      Yes, sir.

3         A      I couldn't tell you why they didn't

4    include it.

5         Q      Have you ever seen a report on a 12-9

6    where the TA concluded it's the operators fault

7    for running over somebody?

8         A      Specifically, I don't remember

9    specific incidents, but yes, I'm aware that they

10   have found the train operator culpable.

11        Q      How many times?

12        A      I couldn't give you a number.  More

13   than once, probably less than ten times that I'm

14   aware of.  Again, it's only in the time frame

15   that I'm up here, that I am not privileged, but

16   aware of the incidents that I know as they

17   occur.

18        Q      So, in the number of years you're

19   doing this and have learned of thousands of 12-9

20   incidents, you're aware of one to a maximum of

21   ten times that the Transit Authority admitted it

22   was the operator's fault?

23        A      Where they found the train operator

24   culpable in the incident, yes, or his actions may

25   have contributed to it, yeah.

273

M. Sullivan

1

2      Q      I would imagine that would stick out

3    in your memory, since it's a rare occurrence?

4                  MR. KEAVENEY:  Objection.

5      Q      Does that stick in your memory since

6    it's a rare occurrence?

7      A      Not particularly because there's a

8    lot of stuff that comes through this office that

9    goes through my ears.

10      Q      The times that you said the one to

11    ten times that the Transit admitted its operator

12    was negligent, did those times involve another TA

13    employee being hit by the train?

14                  MR. KEAVENEY:  Objection to the

15                  question, that's not what he said.

16                  You can answer it.

17      A      I'm not aware, I'm not aware although

18    I don't recall anything where they found a train

19    operator culpable with a collision with an

20    individual or striking an employee.

21      Q      Okay.  Because I thought you said a

22    moment ago your one to ten times that the Transit

23    Authority did find that the operator was

24    culpable, to use your word.

25      A      But then hold on now.  Hold on now,

274

M. Sullivan

1

2    hold on now.  Now you built on it where you said

3    regarding striking an employee.  We talking

4    12-9's with trains and customers?

5         Q    That's what I'm trying to find out

6    now, sir.  So, let's do it step by step.

7              The first issue is how many times out

8    of the thousands of 12-9 incidents did the

9    Transit Authority find that its operator was

10   culpable.

11        A    Like I said, one, one that I vaguely

12   recall.  I don't recall specifics on any of them

13   and probably not more than ten.

14        Q    Okay.  So, of those one to ten times,

15   what percentage of those one to ten times was it

16   an employee who was injured by the train, run

17   over by the train?

18        A    I don't recall any of them.

19        Q    Okay.  So, were any of those people

20   an employee hit by the train or run over by the

21   train?

22        A    I don't recall anywhere a train

23   operator was culpable by an employee being struck

24   by a train.

25        Q    Okay.  Now, one of the issues is when

275

M. Sullivan

1

2      there is a 12-9, is that you want to resume

3      service as soon as possible, correct?

4          A     Safely resume service, yes.

5          Q     Okay.  How much time is lost, whether

6      it's a day, week, month, year, whatever is

7      easiest for you, due to 12-9's?

8              In other words, the effect of the

9      disruption due to 12-9's.

10         A     I, I couldn't put a number on that.

11         Q     Are there any particular stations

12     that have a greater number or a disproportionate

13     percentage in number of 12-9's then other

14     stations?

15         A     Not that I'm aware of.

16         Q     By the way, do we agree it's part of

17     a full, fair, complete, accurate, thorough and

18     honest and objective investigation to find out

19     how fast the train was going when it was thrown

20     into emergency?

21         A     When it was placed in emergency?

22         Q     Yes.

23         A     I would include it in my, if I was

24     doing an investigation, so I would answer yes.

25         Q     Okay.  Are there any particular times

276

1                         M. Sullivan

2    of day that have a greater number or percentage

3    of 12-9's occurring?

4         A    No.  Not that I'm aware of.

5         Q    What if any role does crowding or

6    overhead crowding have on 12-9's?

7         A    I'm not aware of any.

8         Q    Does the transit authority know the

9    exact time and location of every 12-9?

10        A    Yes.

11        Q    And is that documented?

12        A    It's documented because it's

13   reportable to the PTSB.

14        Q    Have you ever been at a meeting where

15   litigation was discussed?

16                    MR. KEAVENEY:  Objection.

17                    Can you rephrase that?

18                    MR. GENIS:  Sure.  Bad question.

19                    I'll rephrase it, Andrew, I'll

20                    rephrase it.  I'll ask another series

21                    of questions, then I'm going to take

22                    a bathroom break again, but, okay.

23        Q    You attend various meetings as part

24   of the Office of System Safety, correct?

25        A    Correct.

277

M. Sullivan

1

2     Q      Have you ever, I'm not even getting

3     into what was said yet, but in any of these

4     meetings where 12-9's were discussed, was

5     litigation discussed?

6     A      I don't recall ever sitting in a

7     specific meeting related to 12-9's or litigation

8     regarding 12-9's.

9     Q      When you have meetings with the PTSB,

10    or you present to the PTSB, do we agree that the

11    Transit Authority is supposed to be honest?

12    A      We don't present to the PTSB, the

13    PTSB presents their close-out reports to the PTSB

14    Board members.  We attend to provide technical

15    answers or responses to any question the Board

16    may have, but yes, we are expected to be

17    honest.

18    Q      And are there times that Transit has

19    to go meetings or answer questions or seek

20    counsel or the TA body or any political body?

21    A      There are times when people have to

22    go before those bodies and speak and be

23    interviewed, yes.

24    Q      And at all those, whether PTSB, City

25    Counsel, MTA Board or anything, the Transit

278

1                          M. Sullivan

2    Authority is supposed to be honest, correct?

3          A      Correct.

4          Q      Supposed to be accurate and true?

5          A      Correct.

6          Q      Complete?

7          A      Correct.

8          Q      Thorough?

9          A      Correct.

10         Q      Objective?

11         A      Correct.

12         Q      And fair?

13         A      Correct.

14         Q      And the information given by the

15    Transit to these Boards or public bodies is

16    supposed to be factually correct, true?

17         A      Without knowing what they're talking

18    about, yes, true.

19         Q      Okay.  And that's what's required by

20    good and accepted practices and procedures,

21    true?

22                      MR. KEAVENEY:  Objection.

23         A      True.

24         Q      That's what's required by

25    professional standards of care?

Enright Court Reporting    (631) 589-7788

279

```
 1                      M. Sullivan
 2                MR. KEAVENEY:   Objection.
 3        A     True.
 4        Q     That's what's required by the
 5   training you received?
 6        A     True.
 7        Q     Is a public transportation company
 8   like the Transit ever allowed to conduct
 9   incomplete safety studies?
10                MR. KEAVENEY:   Objection.
11        A     I, I couldn't answer that, I don't
12   know.
13        Q     Well, can we agree a study have any
14   validity or reliability, has to be complete?
15                MR. KEAVENEY:   Objection.
16        A     Agreed.
17        Q     That a study that any kind of
18   validity or reliability has to be thorough?
19        A     Agreed.
20        Q     Has to be accurate?
21        A     Agreed.
22        Q     Has to be objective?
23        A     Agreed.
24        Q     Has to be fair?
25        A     Agreed.
```

280

1                              M. Sullivan

2          Q        Must look at all the data?

3          A        Agreed.

4          Q        And should not engage in

5    speculation?

6          A        Agreed.

7          Q        Should not surmise or just guess?

8          A        Agreed.

9          Q        So, any opinions contained in the

10   study have to be backed up with hard data,

11   correct?

12                        MR. KEAVENEY:  Objection.  Are

13                   you referring about a study now or?

14                        MR. GENIS:  Generally about

15                   studies, yes.

16         Q        Has to be based on science, not

17   conjecture, fact of matter, not conjecture for

18   their opinions, correct?

19                        MR. KEAVENEY:  Objection.

20                        You can answer if you understand

21                   the question.

22         A        If you go and you note an opinion,

23   you need to note it as an opinion and it would be

24   analysis based on the facts provided in the

25   study.

Enright Court Reporting    (631) 589-7788

281

1                          M. Sullivan

2        Q      Okay.

3        A      But not knowing what the study you're

4   referring to is.

5        Q      Okay.  So, if opinion is reached and

6   there are no factual data in the study to support

7   that opinion, that is an invalid, unreliable

8   opinion, that's speculative, true?

9                    MR. KEAVENEY:  Objection.

10       A      Without speaking or seeing the report

11  or the study you're referring to, yes.

12       Q      Is it important that a study be

13  complete, thorough, honest, objective and

14  accurate and fair, based on fact and science, not

15  opinion?

16                   MR. KEAVENEY:  Objection.

17       A      Yes.

18       Q      Why is that important?

19       A      I don't know how to phrase it.  It

20  would be invalid, it doesn't hold not more than

21  the paper it's written on unless it's complete,

22  thorough and objective.

23       Q      Could an invalid study like you just

24  said result in people being unnecessarily

25  harmed?

282

1              M. Sullivan

2              MR. KEAVENEY:  Objection.

3    A     I would imagine it's possible.

4              MR. GENIS:  Can we take a five

5         minute bathroom?

6              (A brief recess was taken.)

7              MR. GENIS:  Back on the

8         record.

9    Q     Are you familiar with the speed

10   policy of trains on the system?

11   A     I'm familiar that there is a speed

12   policy, I'm not familiar to the specifics of

13   it.

14   Q     So, if we wanted a copy of this

15   written speed policy, where would we get it?

16             MR. KEAVENEY:  Objection.

17   A     Probably the engineering

18   department.

19   Q     When you say engineering department,

20   what part of Transit are they with?

21   A     I believe it would be signal

22   engineering would have that.

23   Q     So, within the TA there's division of

24   subways, then you look for signal engineering and

25   then within that, there's engineering for speed

283

1                          M. Sullivan

2    policy?

3         A     No, signal engineering, I believe

4    they're the ones that have the speed policy,

5    single engineering.

6         Q     Have you ever been to any meetings of

7    the speed committee?

8         A     I have been to a couple of them, but

9    not in a few years.

10        Q     Who was on the committee when you

11   went for a speed policy committee?

12        A     I don't recall the guy's name right

13   now.  Couple of the engineers are in it.  There's

14   people from the operating departments from RTO

15   which is now service and delivery, maintenance

16   away engineering, that's who I recall being at

17   that meeting.

18        Q     Do you recall any names, sir?

19        A     No, I can't recall a name.

20        Q     The Transit Authority has schematic

21   diagnosis that show the layout and dimensions of

22   the stations and platforms, correct?

23        A     Yes.

24        Q     And they show where the different

25   structures are, for example, if there was a

284

1                          M. Sullivan

2    stairway or a column or whatever, correct?

3         A      Yes, there are drawings of every

4    station.

5         Q      And you could tell from looking at

6    these plans and drawings the distance between the

7    columns and the stairs and the other structures

8    and the edge of the platform, correct?

9         A      If, if the key is accurate, yes, you

10   could figure it out, yeah, sure.

11        Q      And are there features or structures

12   that are close to the edge of the platform such

13   as columns or stairs or escalators?

14        A      Are there features that are such as

15   columns and such you said?

16        Q      Yes, yes, sir.

17        A      Yes, yes, they exist, that's

18   correct.

19        Q      And sometimes the columns or the

20   stairs or elevators or escalators can be pretty

21   close to the edge of the platform, correct?

22        A      Correct.

23        Q      Even shorter than that two foot wide

24   tactile yellow strip, correct?

25        A      Correct.

285

                        M. Sullivan

1

2        Q      By the say, the diagrams we mentioned

3   a moment ago, those schematics, those drawings,

4   they're to scale, correct?

5        A      Correct.

6        Q      Have you done any budgetary analysis

7   with respect to 12-9's?

8        A      No.

9        Q      Have you done any safety analysis

10   with respect to the effectiveness of signage?

11       A      No.

12       Q      Has anyone at the Transit done any

13   budgetary analysis with respect to 12-9's?

14                  MR. KEAVENEY:  Objection, you

15                  can answer.

16       A      Not, not that I'm aware of.  I

17   couldn't say yes or no.

18       Q      Has anyone from the Transit done any

19   safety analysis with respect to the effectiveness

20   of signage?

21       A      Same answer, I couldn't answer,

22   sorry.  I couldn't answer yes or no.

23       Q      Did you ever analyze how many lives

24   or limbs would be saved if the train speed was

25   reduced for entering a station?

286

1                    M. Sullivan

2                    MR. KEAVENEY:  Objection, you

3           can answer.

4      A      No.

5      Q      Did anyone from the Transit ever do

6  any analysis for how many lives would be saved or

7  injuries avoided if they had lowered the speed

8  limit of the trains when entering a station?

9                    MR. KEAVENEY:  Objection.

10     A      I don't know.

11     Q      Who would know that?

12     A      Maybe the Speed Policy Committee, I

13  don't know.

14     Q      That's those engineers you mentioned

15  earlier, that signage engineering department?

16     A      It's not signage, signal.

17     Q      Signal, my apologies, signal.

18     A      Yeah, there's a group of engineers in

19  that department, yes.

20     Q      What folders on computers does the

21  Office of System Safety?

22     A      What do you mean folders?

23     Q      Okay.  How do you store your records,

24  like what's the file retention and computer

25  searching, like how to you look for records?

287

                              M. Sullivan

1

2        A      Well, everything has a folder and it

3    goes in a folder based on the incident.

4        Q      Okay.  Do you have what's known as

5    share drives?

6        A      We do.

7        Q      What is a share drive?

8        A      Well, as someone a little younger

9    than you, I'm still learning share drives.  It

10   gives me, gives me the ability to take documents

11   or a file and share it to someone else without

12   having to put it in an email because it might be

13   too big to go through the email process, that's

14   my limited understanding of it.

15       Q      Okay.  And you have your own

16   computer, I believe?

17       A      Yes.

18       Q      Okay.  Do you have a folder dedicated

19   to certain documents on a Transit server?

20       A      Well, there are different Transit

21   servers, I mean yes, OSS we operate on an N

22   drive.

23       Q      So, OSS is on what's called the N

24   drive, correct?

25       A      Called an N drive, yes.

288

1                         M. Sullivan

2          Q      So are different departments on

3     different drives?

4          A      I would guess so, I can't speak to

5     it.

6          Q      And are there listable accident

7     reports and excel spread sheets that you create

8     for the number of people in fatalities for the

9     CWI?

10         A      CWI sheet, sorry?

11         Q      Yes.

12         A      CWI sheets, yes.

13         Q      Okay.  And where is that kept, the

14    CWI sheets?

15         A      On the N drive.

16         Q      And you can search the N drive?

17         A      I can.

18         Q      Are studies kept in the N drive

19    also?

20         A      There might be studies in there.

21    I'm, you know, the N drive is open to everybody

22    in OSS.  So, I don't get involved in anybody

23    else's business or what went on prior to my

24    arrival here unless, you know, it's necessary.

25         Q      Okay.  So there might be studies that

289

1                          M. Sullivan

2     other people have either done or used and you

3     don't even know exist but they're on that N

4     drive, correct?

5          A      They could be on that N drive but I

6     wouldn't say yes or no.

7          Q      Would there be any other drives that

8     the studies would be on?

9                      MR. KEAVENEY:  Objection.

10         A      I'm not aware, I couldn't even tell

11    you how many drives there are in Transit.

12         Q      Okay.  Have you ever heard a company

13    STV?

14         A      STV?

15         Q      Yes.

16         A      Not that I recall, no.

17         Q      If there were reports by a company

18    called STV, the Korea trip report, a Europe

19    report for people including OSS that went on the

20    trip, where would those reports be kept on the

21    computer if you wanted to search for that

22    folder?

23                      MR. KEAVENEY:  Note my

24                      objection.

25         A      I don't know.  I don't know where,

290

1                        M. Sullivan
2      you're going back to the conversation with Ken
3      Brown.  I don't know where he saved it, I don't
4      have access to his drives.  He might have a
5      separate.
6              The N drive is specific to my group,
7      I don't know what -- I don't even know what drive
8      Ken had.
9          Q      Is there a different drive for that
10     Hazard Assessment Group?
11         A      Yes.
12         Q      What drive is that on?
13         A      I don't, I don't know.
14         Q      Are there any other drives or system
15     that contain data regarding 12-9 incidents?
16         A      I'm sure there's data on 12-9's in
17     other people's drives.  I can't speak to what
18     they have in this, on their computer and what
19     they saved.
20         Q      Where are the PTSB case files kept,
21     what drive?
22         A      The PTSB case files are kept in my
23     drive, N drive.
24         Q      Do you have any special folder for
25     particularly devastating for 12-9 events?

291

                              M. Sullivan

1

2        A       What do you determine is devastating?

3        Q       I don't know.  Anything, maybe it's a

4    special folder?

5        A       Nope, all the PTSB folders go into

6    the same folder.

7        Q       So if it's a high profile case, is

8    that placed somewhere else?

9        A       No.

10       Q       Okay.  Let's see, do you have a place

11   where you keep incidents for customer contact

12   with train incidents that the TA could have

13   prevented?

14               MR. KEAVENEY:  Objection.

15       A       No, I don't have any special

16   folders.

17       Q       Do you know Eric Jones?

18       A       I'm familiar with Eric, I don't know

19   him personally.

20       Q       And is Mr. Jones still employed by

21   the Transit Authority?

22       A       To my knowledge, Mr. Jones is still

23   employed by New York City Transit.

24       Q       Do you know Patrick Smith?

25       A       There are a couple Patrick Smiths.

292

1                          M. Sullivan

2        Q        Emergency Response Unit?

3        A        I know Patty, yes.

4        Q        Is he still employed by the Transit

5   Authority?

6        A        Living the dream in free America down

7   in Florida.

8                        **MR. GENIS:  I would call for

9                 his last known address.

10   **INSERT:  _____

11   _____

12       Q        Do you know Mr.

13   Moerdeler, M-O-E-R-D-E-L-E-R?

14       A        No, Moerdeler, is it Moerdeler?

15       Q        Maybe Moerdeler, I don't know.

16       A        If it's Moerdeler, I'm vaguely

17   familiar with the name but I don't know him.

18       Q        Are you familiar with an emergency

19   response officer superintendent Salomons,

20   S-A-L-O-M-O-N-S?

21       A        David?

22       Q        I don't know the first name.

23       A        There was a David Salomons, he was

24   not a, he was not an ERO, an emergency response

25   officer in the same status as I was, we were

293

1                           M. Sullivan

2    dedicated, but he may have been performing an ERO

3    role on top of his regular duties, but there

4    was -- maybe it's Miguel but there was a Salomons

5    out in the field, I believe he retired.

6                    **MR. GENIS:  I call for his

7                    last known address.

8    **INSERT:  _____

9    _____

10        A    Actually, you can get his address but

11   that now that I think about it, that Salomons

12   might have passed away as well.

13        Q    Well, if he's dead, then just confirm

14   that and I don't need his address?

15        A    I can't confirm it but you'll find

16   out when you go to his next known address or his

17   last know address.

18        Q    Are you familiar with a Brian Lemm,

19   L-E-M-M?

20        A    No.

21        Q    Are you familiar with a Daniel

22   Texeira, T-E-X-E-I-R-A?

23        A    Dan Texeira, yep.  He's a PTSB Board

24   member.

25        Q    One second.  Let's see a second.

294

                              M. Sullivan

1

2      Okay.  Do you know a Robert Monfort?

3            A     No.

4            Q     A Don Willeman, W-I-L-L-E-M-A-N?

5            A     No.

6            Q     Nuria Fernandez, N-U-R-I-A,

7      Fernandez?

8            A     No.

9            Q     Judith McClane?

10           A     I'm familiar with the name Judith

11     McClane.  I don't know her personally, I don't

12     know if she's still here or not.

13           Q     Naomi Renek?

14           A     I'm familiar with the name, I don't

15     know her personally.  She, as far as I know,

16     still works for MTA -- she now works for MT

17     headquarters -- actually, no, she now works for

18     MTA, C and D, I believe.

19           Q     Lois Tendler, T-E-N-D-L-E-R?

20           A     I've seen the name, I don't know

21     her.

22           Q     David Haase, H-A-A-S-E?

23           A     No, no.

24           Q     Joseph Sianao, S-I-A-N-A-O?

25           A     No.

295

1                        M. Sullivan

2        Q        Mavra Brown?

3        A        Mavra Brown?

4        Q        Yeah.

5        A        Yeah, I'm familiar with her name, I

6    don't know if she's still here.

7        Q        Winton Abersham (phonetic)?

8        A        Winton, yeah, Winton is retired from

9    Transit.

10                    **MR. GENIS:  Call for the last

11                    known address.

12   **INSERT:  _____

13   _____

14       Q        Carmen Bianca?

15       A        Carmen Bianca is retired from New

16   York City Transit.

17                    **MR. GENIS:  Call for the last

18                    known address.

19   **INSERT:  _____

20   _____

21       Q        This one I may have asked you before,

22   Ramdane Benferhat?

23       A        Yep, Benfrat, he's wtill here.

24       Q        Okay.  Cheryl Kennedy you told me

25   about.

296

1                         M. Sullivan

2              Do you know Kacage, K-A-C-A-G-E,

3    C-H-E-U-N-G?

4         A     No.

5         Q     Gricelda, that's G-R-I-C-E-L-D-A?

6         A     Sapedes (phonetic).  She, I don't

7    know where she is anymore.  She was an employee

8    here for a while.  I don't know where she's gone,

9    if she's still here.

10        Q     Peter Cafiero, C-A-F-I-E-R-O?

11        A     Familiar with the name, I believe

12   he's retired.

13                    **MR. GENIS:  Request the last

14                    known address.

15   **INSERT:  _____

16   _____

17        Q     Tom Jablonski?

18        A     Vaguely familiar with the name,

19   couldn't tell you where he is.

20        Q     Louis Montanti, M-O-N-T-A-N-T-I?

21        A     Lou Montanti, I believe, is still

22   here.

23        Q     James Bromfeld?

24        A     James Bromfeld is retired.

25                    **MR. GENIS:  Call for his last

297

```
 1                         M. Sullivan
 2                known address.
 3    **INSERT:    _____
 4                 _____
 5          Q      John Gaul, G-A-U-L?
 6          A      Retired.
 7                     **MR. GENIS:  Call for his last
 8                known address.
 9    **INSERT:    _____
10                 _____
11          Q      Casamere, Kevin or Kevin Casamere
12    (phonetic)?
13          A      No idea who is he.
14          Q      Robert Seigler (phonetic)?
15          A      Nope.
16          Q      Sobol (phonetic) Smith?
17          A      No.
18          Q      Mark Beinstach (phonetic)?
19          A      Familiar with the name, couldn't tell
20    you where he is.
21          Q      Andy Layman, I think we mentioned his
22    name before?
23          A      You may have, I'm not familiar with
24    it.
25          Q      Daniel Harding?
```

298

M. Sullivan

2    A    No.

3    Q    John O'Grady?

4    A    He's, I believe he retired.

5         **MR. GENIS:  Call for his last

6         known address.

7  **INSERT:    _____

8  _____

9    Q    Tonya Graham?

10   A    No idea.

11   Q    I might have asked you this before,

12  William Gechler (phonetic)?

13   A    He's the guy on that letter, I don't

14  know who he is.

15   Q    Ravanee Haquim (phonetic)?

16   A    She's retired.

17        **MR. GENIS:  I call for her

18        last known address.

19 **INSERT:    _____

20 _____

21   Q    Timothy Ng, N-G?

22   A    N-G?

23   Q    Yeah.

24   A    No, I'm not familiar with it.

25   Q    Vos Sciara, S-C-I-A-R-A?

299

1                         M. Sullivan

2          A      Sciara, I think you asked about him.

3    I'm familiar with the name.  I don't, I don't

4    know where he is.

5          Q      We already covered Thomas Lamb.  Naik

6    Madan, N-A-I-K and M-A-D-A-N?

7          A      No idea.

8          Q      Earl Jackson?

9          A      Asked earlier, no idea.

10         Q      Lionel Gaines?

11         A      Same thing.

12         Q      Dimetrius Kichler (phonetic)?

13         A      He's still here.

14         Q      Kevin Kaufler (phonetic)?

15         A      Don't know the name.

16         Q      Antonio Cabrerra?

17         A      Retired.

18                **MR. GENIS:  Call for the last

19                known address.

20   **INSERT:  _____

21   _____

22         Q      Pashco (phonetic) Camaj, C-A-M-A-J?

23         A      Vaguely familiar with the name, I

24   don't know where he is.

25         Q      Steven Beddall (phonetic)?

300

M. Sullivan

1

2     A    Familiar with the name, don't him

3  personally, don't know where he is.

4     Q    Fomba Kassoh, F-O-M-B-A

5  K-A-S-S-O-H?

6     A    No idea.

7     Q    George Yee, Y-E-E?

8     A    I know a George Yee.  I don't know if

9  that's the George Yee.

10      It doesn't seem that the George Yee I

11  know would be involved in this level or the level

12  you're speaking here, but I couldn't so -- leave

13  it as no, I don't know who he is.

14     Q    Okay.  John Suchek (phonetic)?

15     A    John Suchek is still here.

16     Q    Patrick Lavin?

17     A    Pat's retired.

18      **MR. GENIS:  Call for the last

19      known address.

20  **INSERT:  _____

21  _____

22     Q    Joseph Nugent, N-U-G-E-N-T?

23     A    Joe is still here.

24     Q    Jeffrey Broderick?

25     A    I have no idea.

301

1                            M. Sullivan

2          Q        Cherry?

3          A        Say that again?

4          Q        Earnest Cherry?

5          A        Cherry is retired.

6                   **MR. GENIS:  Call for the last

7          known address.

8  **INSERT:  _____

9  _____

10         Q        Sandra Ricks (phonetic)?

11         A        I don't know who she is.

12         Q        I might have asked this maybe before,

13 Lisa Schreibman (phonetic)?

14         A        You did and I don't know who she

15 is.

16         Q        Anneil Parikh, P-A-R-I-K-H?

17         A        No idea.

18         Q        Thomas Milbury, I think I asked it

19 before.

20         A        No idea.

21         Q        Steven Morello?

22         A        No idea.

23         Q        I think I asked about James Maciag?

24 M-A-C-I-A-G.

25         A        Maciag?

302

```
 1                        M. Sullivan
 2          Q       Yeah, is he still working?
 3          A       I couldn't tell you, I'm vaguely
 4     familiar with the name, I don't know if he's
 5     still there.
 6          Q       Larry Ghoul (phonetic)?
 7          A       Oh Larry's retired.
 8                        **MR. GENIS:  Call for his last
 9                  known address?
10     **INSERT:    _____
11     _____
12          Q       James Springstead, that's
13     S-P-R-I-N-G-S-T-E-A-D?
14          A       Springsteat?  I think he's retired, I
15     don't really know him personally.
16                        **MR. GENIS:  Call for his last
17                  known address.
18     **INSERT:    _____
19     _____
20          Q       Meyer Stender (phonetic)?
21          A       Don't know the name.
22          Q       John Gaito, G-A-I-T-O?
23          A       Gaito is retired.
24                        **MR. GENIS:  Call for his last
25                  known address.
```

303

1                          M. Sullivan

2    **INSERT:    _____

3    _____

4         Q     Joe Leeder (phonetic)?

5         A     Joe left New York City Transit.

6                    **MR. GENIS:  I call for his

7               last known address.

8    **INSERT:    _____

9    _____

10        Q     Fred Smith?

11        A     Fred Smith is no longer with New York

12   City Transit.

13                   **MR. GENIS:  Call for his last

14              known address.

15   **INSERT:    _____

16   _____

17        Q     And I think you told my Carl Hamann

18   is no longer --

19        A     He's no longer with New York City

20   Transit, he works for MTA H-Q.

21        Q     Okay.  All right.  Give me a second,

22   I maybe about done.

23              I'm sorry, Steve Plochochi,

24   P-L-O-C-H-O-C-H-I.

25        A     Plochochi.

304

                                    M. Sullivan

1

2         Q      Yeah.

3         A      I believe he retired, I couldn't

4    speak to it.

5                       **MR. GENIS:  I call for his

6                       last known address.

7    **INSERT:  _____

8    _____

9                       MR. GENIS:  All right.  I think

10                      with the reservation of rights

11                      pending a receipt of all outstanding

12                      discovery including items I requested

13                      today and all questions that defense

14                      counsel directed the witness not to

15                      answer, all the questions that were

16                      recently flow therefrom, with that

17                      reservation of rights, that we can

18                      bring this to the Court's attention

19                      at a later time.

20                          This way we can have all the

21                      questions for her to rule on, I will

22                      hold any further questions in

23                      abeyance pending all of that.

24                          At this time, I'm holding

25                      further questions in abeyance.

305

1                    M. Sullivan

2              MR. ROTH:  Thank you,

3        Mr. Sullivan.

4              MR. GENIS:  Thank you very much,

5        Mr. Sullivan.  Sir, I hope I was not

6        impolite or unprofessional to you.

7              THE WITNESS:  Ditto.

8              (Time noted: 5:30 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

306

1                              M. Sullivan

2                  A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK    )

5                             :ss

6    COUNTY OF            )

7

8        I hereby certify that I have read the

9    transcript of my testimony taken under oath in

10   my deposition of February 2, 2022; that the

11   transcript is a true and complete record of my

12   testimony, and that the answers on the record

13   as given by me are true and correct.

14

15   _____

16                  MICHAEL SULLIVAN

17

18   Signed and subscribed to before me this

19   _____ day of _____, 2022.

20

21   _____

22   (Notary Public, State of New York)

23

24

25

307

```
 1                          M. Sullivan
 2              I N D E X   T O   W I T N E S S
 3   EXAMINATION BY                          PAGE
 4   Mr. Genis                                5
 5
 6              I N D E X   T O   E X H I B I T S
 7   PLAINTIFF'S EXHIBITS                     PAGE
 8   1 -                                      130
 9   2 -                                      175
10   3 -                                      179
11   4 -                                      183
12
13              I N D E X   T O   R E Q U E S T S
14                                            PAGE
15   Just, we call for the information
     sufficient to allow us to identify the
16   Plaintiff's attorney and we call for a
     copy of those transcripts               12
17
     We just call for production of both of
18   these manuals, please                   49
19   And by the way, any of the people that
     Mr. Sullivan has mentioned that are no
20   longer employed by the Transit that he
     mentioned Wisnic and some others, I also
21   call for their last known addresses,
     please                                  102
22
     I just call for production of all
23   documents related to this, any studies.
     All documents related to this           178
24
25
```

308

1                          M. Sullivan

2    INDEX CONTINUED:

3            I N D E X    T O    I N S E R T S

4                                        PAGE

5    Last known address of Cheryl Kennedy    208

6    Last known address of Patrick Smith     292

7    Last known address of David Salomons    293

8    Last known address of Winton Abersham   295

9    Last known address of Carmen Bianca     295

10   Last known address of Peter Cafiero     296

11   Last known address of James Bromfeld    296

12   Last known address of John Gaul         297

13   Last known address of John O'Grady      297

14   Last known address of Ravanee Haquim    298

15   Last known address of Antonio Cabrerra  299

16   Last known address of Patrick Lavin     300

17   Last known address of Earnest Cherry    301

18   Last known address of Larry Ghoul       302

19   Last known address of James Springstead 302

20   Last known address of John Gaito        302

21   Last known address of Joe Leeder        303

22   Last known address of Fred Smith        303

23   Last known address of Steve Plochochi   303

24

25

309

```
 1                    M. Sullivan
 2  INDEX CONTINUED:
 3            I N D E X   T O   R U L I N G S
 4                                         PAGE
 5  In other words, whoever runs the GW
    Bridge, they saw there was a safety
 6  problem such as people jumping and they
    took action to prevent that from
 7  recurring and prevent those incidents
    and they made a higher fence, correct    111
 8
    Before August 2nd of 2016, would you
 9  have had platform screen doors installed
    for those 20 percent of the stations
10  that could accommodate platform screen
    doors without any alteration?             226
11
    Can you agree that if the Transit
12  Authority could get platform screen
    doors installed for free or at low
13  cost, they should do it?                  227
14  What I'm asking you, sir, based on your
    experience, your investigation, your
15  review of the investigation materials
    here, that we agree that if there were
16  platform screen doors on this platform
    at this station, even if Ms. Harger
17  faints, she does not wind up on the
    tracks and track bed getting run over
18  by this train?                            266
19  Okay.  So, I would like you to assume
    there's been sworn testimony that before
20  the train ever entered the station,
    Ms. Harger was already fainted and on
21  the track in the track bed before the
    train ever entered the station.          267
22
23
24
25
```

310

1                    M. Sullivan
2                 CERTIFICATION
3

4    STATE OF NEW YORK    )
5                          :ss
6    COUNTY OF SUFFOLK    )
7

8             I, Lisa J. KEAVENEY, a Shorthand
9    Reporter and
     Notary Public within and for the
10   State of New York, do
     hereby certify:
11

     THAT the foregoing transcript is a
12   true and
     accurate transcript of my original
13   stenographic notes.
14

     IN WITNESS WHEREOF, I have hereunto
15   set my hand
     this 25th day of February, 2022.
16
17            _____
18                 LISA J. LUGO
19
20
21
22
23
24
25

**A**

.D.A 154:9 231:13
  231:15,17,19
a.m 1:12
abandoned 246:22
  246:25
Abersham 295:7
  308:8
abeyance 304:23,25
ability 181:23
  287:10
able 59:24 60:11
  89:3 134:8 140:19
  224:10 246:20
  267:18
Abolis 198:25
accept 34:9
acceptable 80:3
  124:24 234:7,9,17
  234:19
accepted 26:13
  34:15 44:25 45:15
  49:15 68:24 83:11
  85:21 86:19
  108:22 163:14
  172:3,15 189:2,9
  189:25 190:10
  191:14 192:14
  244:16 245:5
  278:20
access 252:14,18
  253:2,7,14,15
  254:18 255:8
  256:23 290:4
accident 12:20 27:9
  31:7 47:18 48:5
  52:5,8 114:8,11
  194:19 259:6
  288:6
accidental 216:16
  216:23 217:2
accidents 115:23
  118:19
accommodate
  198:22 224:23
  225:7 226:15
  309:10
accommodated

104:18
accomplish 125:14
  257:14
accomplished
  127:10 209:9
accomplishment
  125:13
accountability
  117:6
accounts 217:5
accurate 57:21 58:9
  61:4 70:3 96:25
  186:8 275:17
  278:4 279:20
  281:14 284:9
  310:12
accurately 133:11
  134:12,18,21
  175:18
achieve 237:23
  238:8 242:8
acknowledge 4:22
  5:2
act 30:2 213:3,15
  221:22 259:23
acting 101:12,22
  191:5
action 50:18 52:9
  52:11 111:6
  155:10 195:7
  223:5 252:24
  309:6
actions 87:9 99:6,6
  100:4 121:22
  127:22 194:16
  196:9 272:24
activate 168:2,2,17
active 242:5
activities 99:5
  118:5 120:13
  124:20
activity 99:4 218:14
ad 228:13,20
Adam 186:21,25
  187:11
adapts 203:5
add-ons 110:11
added 232:19

adding 174:8
addition 27:2 170:7
  171:5,14 196:8
additional 107:25
address 4:11
  208:21 270:7
  292:9 293:7,10,14
  293:16,17 295:11
  295:18 296:14
  297:2,8 298:6,18
  299:19 300:19
  301:7 302:9,17,25
  303:7,14 304:6
  308:5,6,7,8,9,10
  308:11,12,13,14
  308:15,16,17,18
  308:19,20,21,22
  308:23
addressed 130:24
  180:2 257:12
addresses 103:2
  201:11,15,19
  203:3,9,14 307:21
addressing 245:15
administer 3:16 5:4
administered 5:3
Administration
  25:16 30:17
administrative
  17:20,21 29:5,8
  233:13,21
admitted 272:21
  273:11
ads 228:11
advance 33:24
  267:22
Adverse 1:18
advertisements
  228:11
advice 74:25
  196:10
advise 153:23
affiliated 25:24
age 146:5,8 182:8
agencies 26:10,14
  26:18 172:18
  190:20 191:9
  192:5 193:18

194:2,3,7 216:15
  219:2 222:3
agency 70:11 74:20
  76:2 82:19 87:9
  189:23 190:9
  191:13,22 192:11
  192:19 193:10
  197:3 213:12
  220:3 237:25
  263:25 264:10,19
ago 15:5 32:13 62:8
  62:11,12,16 96:9
  100:18 133:2
  143:5 164:22
  182:6 224:7
  234:18,18 273:22
  285:3
agree 5:13,14,15
  6:6,19 39:5,12
  44:19,24 45:7
  50:15,18 57:12
  67:12 68:23 70:16
  70:23 71:5,12
  73:19 74:3,10
  77:13 79:4,22
  82:18,25 83:24
  84:7,21 85:5,11
  85:20 86:4 95:14
  95:21 97:13 98:7
  99:8,15,18 100:6
  111:20 113:24
  115:3,10,15,25
  116:24 117:15
  121:12 122:18,23
  124:10 125:2,10
  125:18 126:17
  131:14 155:15
  165:22 167:3,13
  187:17 190:24
  192:13,18,22
  193:2,9,14 194:6
  202:22 209:11
  212:20 213:3
  216:10 223:24
  224:4,4,6,16,17
  227:15 231:12
  232:3,6 233:19
  234:2,14 237:24

238:7 240:16
  242:23 244:7
  255:4 263:20
  264:16 265:7
  266:13 267:2,10
  267:15,17 275:16
  277:10 279:13
  309:11,15
agreed 3:4,9,14
  126:19 254:24
  279:16,19,21,23
  279:25 280:3,6,8
agreement 5:10,12
  228:16
agreements 228:22
agrees 193:4
ahead 7:2 134:11
  136:12 153:15
  166:22 254:22
aid 229:7,11,25
  230:7
aids 229:2,18
Airport 145:15
airports 144:4
alarm 168:24
Albany 249:13
Alexander 178:4
alive 43:22 222:2,4
alleged 218:4
allegedly 151:2
Allison 186:13
allow 12:6 89:14
  136:10 307:15
allowable 265:25
allowed 85:12,17
  85:23 86:7 87:3
  161:3 213:22
  237:25 242:22
  244:13,18,25
  279:8
alter 100:10
alteration 226:16
  309:10
alterations 100:13
  106:16 225:7
altered 107:21
  198:19 203:10,14
  232:7,13,23

Ambrozzino 170:4
America 70:12
  292:6
American 73:13
  233:7,8
amount 99:22
  221:12,13 242:20
amputation 46:22
amputations 40:15
  42:11 43:13,15
  46:9,13
analysis 100:23
  102:9 112:18,23
  119:10 120:24
  121:5 122:3,4,7
  122:13 126:20
  127:19,19 128:3,5
  128:9 157:16
  187:16 222:18
  249:16 250:4
  251:18 252:23
  280:24 285:6,9,13
  285:19 286:6
analytics 269:6
analyze 31:11,17
  41:2 45:2,9,16,22
  54:4 285:23
analyzed 41:9
  118:11 156:23
  157:11
analyzes 46:24
analyzing 43:25
  101:3
and/or 174:9
Andrew 2:13 10:9
  10:21 129:16
  130:12 166:21
  176:5 199:22
  239:23 254:12
  276:19
Andy 297:21
Anneil 301:16
announcement
  154:2
announcements
  136:25 149:12,18
  149:21 150:4,18
  150:23 151:6

152:11,18 153:10
154:23 155:3
156:9,13,24 157:5
157:17
ANSI 233:7
answer 5:25 6:14
  10:7 30:7,8 33:13
  34:7,7 36:2,3
  37:23 38:5,7,11
  38:13 39:8 42:4
  42:14 45:5,12,19
  46:2 49:19 50:21
  63:9 70:21 71:3
  71:10,18 73:25
  74:8,14 75:13,22
  76:13 77:11,12
  78:7,14,15 80:6
  80:11 82:8 84:12
  84:21 85:3,15
  86:2,10,17,23
  87:6 89:3 93:17
  97:9 98:12,13,24
  103:24 105:14
  106:3 107:15
  109:9,21 110:6
  111:11,14,23
  115:20 116:13
  117:2,8,17,25
  118:7,14,22,22
  119:3,8,12,19
  120:21 125:21
  136:9 145:11
  148:15 151:13,14
  151:18,25 153:3
  158:5,14 166:18
  166:20 172:24
  178:10 185:15,19
  186:7 190:6,15
  191:20 203:21
  206:22 207:21
  209:4 213:6,12,22
  213:23,24 215:3
  220:8 225:12,25
  226:5,6,18,24
  227:2,5,20,22
  231:5 236:4,23
  239:24 246:12,17
  246:20 247:16

254:4,8 255:6,7
265:12 267:7,14
267:20 268:5,25
269:3,24 273:16
275:24 277:19
279:11 280:20
285:15,21,21,22
286:3 304:15
answered 6:11
  103:24 129:13
  136:7 178:10
  207:6 209:4 236:3
  241:4
answering 38:8
  112:10
answers 66:23
  96:20 133:9 153:6
  198:13 225:19
  277:15 306:12
Anthony 200:14
anticipate 246:3,5
anticipating 82:20
Antonio 299:16
  308:15
anybody 9:23
  10:14 26:7 44:5
  112:8,12 136:14
  157:4,10 170:23
  185:12 190:17
  209:15 218:9
  263:3,7,9 270:22
  288:22
anymore 187:10
  245:9 296:7
anytime 114:20
  158:12
apologies 33:5
  141:14 202:8
  286:17
apologize 96:15
  112:19
applicable 75:10
application 115:5
  181:18
applications 229:24
  234:21
applied 59:3,4,13
  59:16,19,25

applies 36:8 231:18
apply 60:3
approach 125:13
  202:15,22 203:5
  205:8 263:4
approaching 168:3
appropriate 125:16
  126:8
approving 33:14
approximate 37:15
  266:12
approximately
  8:16 40:4
APTA 73:16,18
area 63:4 167:23
  266:2
areas 127:20
arm 266:16
arranged 169:12
arrangement 5:7
arrival 288:24
arrived 22:2
ASCE 233:8,14
asked 9:22 34:19
  34:22 35:2,5,19
  35:20 36:13,17
  37:5,9,21,24,25
  38:2,3,3 47:12
  103:23 112:16,24
  129:12 136:6
  140:9 153:5 178:9
  178:12 198:14
  206:17,23 209:3
  226:2 236:2
  295:21 298:11
  299:2,9 301:12,18
  301:23
asking 5:20 10:6
  14:21 35:14,18
  51:17 90:11 96:14
  100:17 105:22
  148:22 151:10,16
  153:2 166:2,4,6,8
  180:9 189:9
  214:10 225:14
  254:24 266:18,23
  268:23 309:14
asks 37:11

aspects 115:7
asserting 226:23
  227:24
assess 187:22
assessed 119:15
assessment 101:4,7
  112:21 113:3,7,10
  113:13 126:12
  127:21 157:22
  187:15,15 207:25
  290:10
assessments 120:13
assigned 22:19,20
  235:13
assist 9:16 21:20
  116:9 121:6
assistance 149:24
Associate's 13:11
associated 54:12
  124:24
association 72:8
associations 71:15
  72:3
assume 5:25 9:21
  26:21,21 191:10
  267:24 309:19
assuming 266:3
assumption 57:7
  268:4
Atlantic 140:3,5,6
  140:11 141:6
  158:3,8,17 161:12
  162:20 205:16
Attached 133:7
attempted 218:4
attempting 217:23
attempts 228:24
  229:5,9,16 230:6
attend 32:5,10 33:2
  276:23 277:14
attendance 33:12
attended 87:16
  239:13
attending 32:21
  33:6
attention 47:9,11
  213:8 263:6
  304:18

attorney 9:25 10:10
  10:22 12:8 307:16
attorneys 2:4,10,17
  3:5 4:20
audit 127:7
August 49:11
  158:12,18 160:5
  163:16 208:11
  224:24 225:6
  226:12 309:8
authorities 50:13
authority 1:7,8,17
  2:11 8:21 9:5
  10:15,19 11:21,25
  14:17 15:2,5,10
  27:23 28:7 38:9
  38:17 48:11 50:4
  50:25 51:10,20,23
  52:17 53:22 56:14
  69:7 70:9,10,18
  71:7,13 72:5 73:6
  74:4,17 75:10,16
  75:24 76:3,9,15
  76:24 77:4,8 78:3
  78:10,12,16 79:5
  79:16,18 80:4,9
  80:13,19 81:5,12
  82:3,4,11,12,20
  83:2,6 84:23 85:7
  85:17,22 86:7
  88:15,19 93:19
  94:2 96:8 99:19
  99:24 100:18
  103:21 105:17
  106:25 107:12
  111:10 124:25
  125:15 130:7
  131:19 132:11
  135:8,20 145:25
  146:20 147:2,3
  149:7 151:23
  152:19 154:3,22
  155:18,23 156:11
  156:22 160:23
  169:12 187:3,12
  189:24 190:9
  191:6,16,24 192:7
  192:12,20 193:3

193:10 194:13
199:2,8,12 201:22
202:24 206:13
208:24 209:12
211:10 213:15,19
214:21 215:13,16
216:5,11,15 218:8
219:24 224:8,19
225:16 227:16
228:15,25 229:6
229:10,17 232:22
235:21 239:2
244:8,18,24
247:23 251:25
252:3,13,17
253:11 260:16,25
264:17 265:7
269:7 271:3
272:21 273:23
274:9 276:8
277:11 278:2
283:20 291:21
292:5 309:12
**Authority's** 79:23
**authorized** 3:16
**availability** 115:2
**available** 28:4,20
  61:21 67:19,20
  152:7 237:22
  238:8 242:8
  243:15
**Avenue** 2:18 107:9
  140:3,6 141:6
  158:3 249:3
**average** 39:23 40:5
  40:9 96:5 212:6
  221:3
**avoid** 66:13,18 67:4
  67:9 68:9 149:21
  153:24 188:18
  242:14 267:12,18
**avoided** 286:7
**aware** 39:17,18,20
  39:21 88:5 94:10
  102:8,12 104:12
  111:24 128:17
  138:3 139:3,9,10
  145:22 147:9,15

147:18,21 152:20
154:4 155:16
160:22 161:2,24
162:18,19,25
166:23,24 169:18
171:12 176:14
178:23 188:12
189:6 194:10
196:4,6 198:23
201:2,5,6,9,10,14
201:18,24 203:2,8
203:13 204:16,22
204:23,23 205:9
205:15,19,20,24
206:4,8,23,24
207:4,5 216:14,19
216:21,24,25
217:4,8,9,10
219:2 227:8
228:10,22,24
229:4,5,8,9,16,20
229:24 233:23
241:12 243:20,24
246:18 249:2,5
257:22,24 259:12
260:23 261:6,14
261:18,18 263:13
263:17 269:17,18
270:2 272:9,14,16
272:20 273:17,17
275:15 276:4,7
285:16 289:10
**awareness** 136:25
  154:15 155:4
**aweigh** 250:22
**awkward** 238:6

---

**B**

**B** 105:8 307:6
**B-A-T-A** 176:6
**B-E-I-N-T-I-M-I...**
  237:15
**B-E-N-F-E-R-H-...**
  199:5
**Bachelor's** 13:8
  14:14
**back** 8:24 19:12
  20:23 22:7 35:9

35:13 38:15 40:8
40:23 42:24 43:23
44:11 54:22,24
57:11 61:10 66:22
66:25 89:2,4,7
90:16 97:5 99:19
100:15 101:20
103:3 105:18
106:22 109:14,16
112:15 113:12
122:19 132:25
134:16,20 146:25
152:2,4,8,16
153:8 154:19
162:22 164:21
165:13 172:25
176:24 181:23
200:25 205:7
211:5 230:3
250:15 282:7
290:2
**backed** 280:10
**background** 12:25
  15:6 40:24 214:15
  255:4
**backwards** 131:4
**bad** 98:5 104:7
  135:19 213:3
  254:2 276:18
**bag** 142:3
**BALLAINE** 2:10
**Barbara** 260:13,21
  260:24
**barricades** 111:20
**barrier** 93:8 94:14
  136:22
**barriers** 92:8 93:20
  94:3 95:15,22
  98:4,9,17 108:17
  109:2 110:2,8,17
  110:23 111:20
  165:7
**base** 223:3
**based** 50:12 143:9
  167:17 221:18
  223:12 259:23
  266:23 280:16,24
  281:14 287:3

309:14
**bases** 223:11,13
**basically** 20:22
  29:4 150:3 263:4
**basis** 31:4 39:23
  46:4 216:6 217:17
  218:18 267:19
  268:23
**Bata** 176:6
**Bates** 129:20 130:2
  130:6 174:22
  175:16 179:5
  183:7
**bathroom** 112:7,12
  200:23 276:22
  282:5
**bed** 108:4,6 168:4
  173:9 178:20
  182:13 218:9
  249:23 251:6
  252:14,18 253:2
  253:22 255:9
  267:5 268:3
  309:17,21
**Beddall** 299:25
**beds** 88:19,19
  232:11
**beginning** 96:15
  256:20
**behalf** 1:16 11:20
  28:2 30:2 38:8
  79:13
**behavior** 215:7
  246:6,8
**Beinstach** 297:18
**Beintimilia** 237:15
**believe** 11:16 25:15
  47:22 48:23 65:16
  89:21 148:20
  159:4,10,17,24
  176:25 182:3
  187:7 225:3
  230:10 241:18,23
  242:5 243:19
  246:18 256:17
  260:19 282:21
  283:3 287:16
  293:5 294:18

296:11,21 298:4
304:3
**Ben** 101:8,24
237:17
**benefit** 72:18 106:8
106:10,11 237:23
238:9 242:9,21
243:11
**benefits** 222:15
**Benferhat** 199:5
295:22
**Benfrat** 295:23
**Bernard** 101:8,24
**best** 57:10 58:13
76:24 80:3 97:3
246:5,19 255:17
257:2 259:21
**better** 73:21 76:10
167:24 171:25
189:12 202:7
254:6 267:18
**beyond** 246:14
**Bianca** 295:14,15
308:9
**bids** 256:5
**big** 287:13
**bigger** 183:12
**bill** 110:19
**bit** 40:8 100:16
112:9,11 129:9
**black** 58:21,23
60:16 61:16 62:2
62:4 65:4,5,11
**blame** 270:12,20,23
**blamed** 270:14
**blames** 270:22
**blanket** 133:20
**BMT** 140:12
**board** 8:10,12,14
25:13 30:14,20
32:7,8,23 33:10
33:14,16,22,23
34:3,14 144:9
195:12,14,15,17
195:20,25 196:12
196:17,20 197:6
197:13 265:19
277:14,15,25

293:23
**Boards** 32:6 278:15
**Bob** 5:19
**Bobby** 237:18
**bodies** 42:7,7
262:17 263:15
277:22 278:15
**body** 20:4 38:16
65:25,25 66:5
68:23 69:14,14
70:5 258:25 259:2
259:17,22 260:3,3
261:16 262:17
263:15 277:20,20
**book** 27:14,18
**booklet** 27:7,9
**bosses** 74:22
**bottom** 131:9
**box** 58:21,23 60:16
61:16
**boxes** 62:2,4 65:4,5
65:11
**brakes** 59:3,13,15
59:18,25 60:4
259:11,13
**braking** 66:8
**break** 92:25 112:8
112:13 129:9
194:4 200:23
276:22
**breath** 263:10
**Brian** 180:19,22
293:18
**bridge** 90:23 91:4
92:21 93:11,23
94:12 95:18
109:25 110:4,10
110:11,14,16,18
111:5 190:23
220:14 309:5
**bridges** 87:24 89:10
90:6 91:18,23
92:10 93:4 94:5
98:4,8 108:17
109:23 111:18
234:2
**brief** 200:24 235:16
282:6

**bring** 304:18
**Broadway** 2:12
4:12
**Broderick** 300:24
**broken** 22:16
**Bromfeld** 296:23
296:24 308:11
**Bronx** 2:6 89:22
**Brooklyn** 90:23
190:23
**brought** 176:18
186:20
**brown** 132:21,22
147:10,13,15,24
148:5 177:24
180:3 290:3 295:2
295:3
**Bruce** 178:4
**budgetary** 285:6,13
**build** 248:20
**building** 248:15
**buildings** 234:3
**built** 98:10,14
232:4 248:9,12
274:2
**Bulletins** 28:12
**bunch** 199:16
207:13
**bus** 24:9 31:7 33:11
187:24 228:8,10
228:14
**buses** 79:7 144:6
228:6
**business** 4:11 48:11
144:14 180:5
288:23
**busy** 10:24

_____
**C**
_____
**C** 2:2 4:2 105:8
187:9 294:18
306:2
**C-A-F-I-E-R-O**
296:10
**C-A-M-A-J** 299:22
**C-H-A-K-R-A-B-...**
200:19
**C-H-E-U-N-G**

296:3
**C-O-M-E-T** 73:6
**cab** 170:22
**Cabrerra** 299:16
308:15
**Cafiero** 296:10
308:10
**calculate** 59:24
**call** 1:10 12:5,8
49:3 102:25
149:23 178:14
208:20 292:8
293:6 295:10,17
296:25 297:7
298:5,17 299:18
300:18 301:6
302:8,16,24 303:6
303:13 304:5
307:15,16,17,21
307:22
**called** 33:21 170:16
195:12 261:8,20
261:23 287:23,25
289:18
**calls** 7:19 25:6
**Camaj** 299:22
**cameras** 60:9 62:14
62:19 63:8,12,19
63:22,24 64:2,4,4
64:23 69:21,22
170:11,13,15
171:24
**Camille** 176:8
**cancelled** 249:6
**capabilities** 219:13
**capability** 66:8
**capable** 209:8,12
209:15,20 210:2,6
210:11
**capacity** 185:3
**capital** 187:8
247:19,24 248:4
**capture** 177:5
**car** 62:9 65:14
103:6,7,9,14
104:13,14,17
109:24 173:7
174:15 204:8

**care** 26:18 45:8,22
69:3 83:16 86:5
86:13 109:20
163:19 172:10,21
189:19 190:2,11
192:23 211:7,10
211:14,16,17
243:21 244:24
245:18 263:12
278:25
**careful** 161:21
245:14
**Carl** 132:20 177:24
180:3,18 237:17
303:17
**Carmen** 295:14,15
308:9
**carries** 238:2
**cars** 58:25 103:16
103:20,25 104:2,4
104:10,11,18,21
105:4,12,20 107:2
182:14 198:18,20
202:18,19
**Casamere** 297:11
297:11
**case** 52:10,12 53:23
55:13 65:14 67:11
133:8 196:5,7
258:15 290:20,22
291:7
**cases** 12:3 47:9
**cat** 238:12
**catastrophe** 212:21
**catastrophic** 213:2
**catch** 182:4
**catcher** 171:17,19
174:5 175:19
210:25 211:9
229:18
**catchers** 173:2
178:8
**categories** 126:13
**category** 217:11
**caught** 56:9
**causal** 31:12,18
41:2,10 44:2 45:2
45:9 194:14

**cause** 46:12,21
  73:21 99:6,15
  168:13 195:2
  220:4,9 249:15,22
  249:25 250:4,6,11
  250:12 251:11,12
  251:15 252:23
  253:20 259:14
  267:21 270:4,6,7
  270:9
**caused** 11:24 94:11
  193:6
**causes** 46:25 87:15
  87:17 114:3
**CC** 171:6
**CCM** 187:2,6
**CCT** 170:17
**CCTV** 171:15,20
  172:4
**ceiling** 165:20
  167:2
**cell** 69:21,24
**center** 18:24 19:23
  20:23 136:21
  259:22
**Central** 142:23
**certain** 26:12,17
  52:9,11 57:14
  75:6 76:19 113:18
  137:12 138:4
  220:13 233:3,6
  234:21 258:21
  287:19
**certainly** 209:20
  211:20 268:23
**certification** 3:6
  124:22 310:2
**certify** 306:8
  310:10
**cetera** 163:13
**chain** 177:24
**chairman** 258:4
**Chakraborty**
  200:19
**challenges** 203:17
**chance** 73:22
  242:17,18 255:14

**changed** 96:7,7
  97:7 107:21
  232:11 234:15
**changes** 120:23
  159:15,20 224:9
  224:22 255:15
**chaplain** 260:16,24
**chaplains** 260:18
  260:20
**characteristic**
  113:25
**characteristics**
  118:11
**charge** 64:3,6,7,18
  101:6,11,15,19,22
  113:13 158:23
  159:3,22 170:3
  230:18
**charts** 134:5
**chatting** 129:9
  164:22
**check** 262:25
**checklist** 119:5
**Cherry** 301:2,4,5
  308:17
**Cheryl** 208:4
  295:24 308:5
**chief** 185:23,24,24
  186:9
**choice** 169:11
  243:11,15
**choices** 238:8 242:8
  242:9,15
**choose** 169:13,15
  248:8
**circuit** 170:16,20
  210:11 229:11
**cities** 135:16 145:2
  145:8
**city** 1:7,16 8:20
  10:15,19 11:8,21
  12:22 24:8,10
  25:2 26:5 27:22
  38:17 48:10 51:19
  51:23 53:3,22
  70:9 72:17,20
  75:16 76:8 77:7
  77:15 79:23 80:8

82:4,12,15 85:22
  86:6 90:22 131:19
  132:11,14 135:7
  137:13,17 138:4
  144:15 145:25
  164:24 187:3
  188:4 192:12,20
  193:22 203:18
  209:19 216:14
  227:10 233:13,18
  233:20 246:22
  247:23 260:25
  277:24 291:23
  295:16 303:5,12
  303:19
**civil** 73:14 76:16
  233:8
**claim** 260:12
**claims** 11:23
**clarification** 140:9
**class** 15:21 25:25
  26:3,9,20 27:12
  27:21 51:2 65:6
  65:10,14
**classes** 13:15,16,20
  13:23 50:24 51:5
  51:8 103:6,7,9,14
  204:9
**clear** 7:10 79:15
  149:17 162:3
**clearly** 67:22
  117:12
**climb** 95:7 178:21
  181:23
**close** 34:9 144:13
  150:8 154:17
  208:15 284:12,21
**close-out** 33:22
  34:6,11 277:13
**closed** 144:7 170:16
  170:20 210:10
  229:11
**clue** 10:6
**co-worker** 180:23
**co-workers** 237:5,6
**coaching** 151:17
  166:16 225:20
**code** 19:25 20:5

233:13,18,21
  261:7,9,10,12
**codes** 233:3
**coherent** 84:21
**collect** 61:15,18
  234:22
**collected** 235:5
**college** 13:6,7,13,14
  13:17,20,23 14:7
  14:12
**collision** 34:20
  113:6 174:10
  273:19
**collisions** 25:2
  223:10
**colloquial** 171:17
**column** 141:10
  284:2
**columns** 162:7
  163:4,22 284:7,13
  284:15,19
**combination** 11:14
**come** 34:14 61:5
  78:24 87:11 124:9
  153:21 176:24
  220:10 260:2
  270:3
**comes** 34:2 251:7
  273:8
**CoMET** 73:6 78:18
  78:21 129:10,10
  133:4,7,14 135:6
**coming** 229:13
  250:16 270:2
**comments** 133:23
  133:23 184:12
**commit** 217:24
**commitment**
  125:16
**committee** 283:7,10
  283:11 286:12
**common** 37:4 70:15
  92:14 220:4
**communicate** 21:22
**Communicating**
  22:25
**communication**
  23:9 72:10 136:24

161:17
**communications**
  153:22 158:20
  159:3,12
**companies** 75:4
  228:14,18 256:5
**company** 70:17,24
  71:6,13 73:20
  74:4 83:25 84:8
  84:22 85:7,12
  86:6 237:24
  242:14 243:2,7,22
  245:8,14 279:7
  289:12,17
**company's** 246:14
**comparable** 76:5
  78:4 135:16
**compare** 60:20
  135:15
**compared** 77:15
  78:3 135:5,6,16
  135:20
**compares** 77:17
**competently** 145:11
**competition** 185:18
**complaining**
  263:18
**complaint** 231:13
  231:19
**complaints** 263:13
**complete** 57:17
  58:8 70:2 275:17
  278:6 279:14
  281:13,21 306:11
**completed** 125:18
**completely** 221:4
**compliant** 231:15
  231:17
**complies** 45:7,14
  45:21 69:2,6
  190:9,11,12,17
**comply** 51:10,18,24
  52:4 108:21
  109:19 163:13,18
  172:2,9,15,21
  189:18 233:2,6,12
  233:20 234:3
  245:5 246:18

component 114:15
omposed 264:22
comprehensive
    31:7 58:8
computer 286:24
    287:16 289:21
    290:18
computers 286:20
concept 115:22
    177:3
concerned 37:2,3
concluded 253:12
    272:6
conclusion 34:14
    151:10 270:3,4
condition 87:16
    114:7 195:8 211:8
    211:11
conditions 42:16,19
    87:10 121:18
    231:20
conduct 61:2
    187:21 279:8
onducted 120:24
conducting 187:18
conductors 261:9
    262:10
Conference 1:10
confidentiality
    133:10
configuration
    257:17 258:15,17
configurations
    256:9 258:7
confirm 293:13,15
conflicting 268:8
confuses 25:15
conjecture 280:17
    280:17
connected 168:25
    169:5,9,9
consent 1:19 5:7
consequence
    119:15
consider 208:25
considered 92:23
onsidering 264:2
consist 15:18 20:18

25:21
consistency 106:6,7
    106:8,10
consistent 97:23
    98:22 99:14,22
    100:21 102:11
    106:9 212:18
console 22:24
    218:14
constant 98:22
    99:14,22 100:21
    102:11
constantly 100:3
    149:16
constrained 248:16
constraints 115:8
construct 257:3
construction 18:16
    115:18
consultants 75:5
contact 16:13 20:4
    30:13,16 65:2
    113:4 128:23
    153:21 155:17,25
    220:10,14 251:13
    251:20 253:21
    256:21 291:11
contacted 250:23
contain 117:20
    290:15
contained 271:21
    280:9
continue 115:17
    121:24
CONTINUED
    308:2 309:2
continuously
    195:16
Contract 187:7,7
contradicts 60:22
contributed 272:25
control 18:24 19:23
    20:23 120:2 124:2
    124:23 127:22
    188:23 189:12
    252:10,14,25
    253:2 259:22
controlling 253:14

controls 252:25
convened 195:14
    195:18
conversation
    146:10 290:2
conversations
    236:5,7,10 237:3
cookie 202:14
coordinate 188:3
copies 28:5
copy 12:8 48:24
    133:9 282:14
    307:16
corner 130:10
Corporate 186:10
    186:12
corpse 259:2
correct 7:15,16
    15:8 17:8,9 21:11
    22:14 24:17,18
    26:15,19 27:19
    28:19,23 29:17
    30:20,23 31:4,24
    38:18,22 39:2
    42:12 43:3,10,14
    43:20 44:13 45:24
    46:14,17 47:5
    48:6,12 49:12,17
    51:6 52:10 54:7,9
    55:10,13,17 56:18
    58:11,12,15,16,19
    58:20 59:5,6,7,8
    59:10,11 60:2,9
    60:12,18,19,23,24
    61:23,24 62:3,8
    62:25 67:23 68:4
    69:8,15,18 70:6
    71:23 72:14,15,22
    73:7,11,14,17
    74:23 75:11,14,20
    75:23 76:6,7,11
    76:14,16,17,21,22
    78:19 81:2,12,20
    81:24 83:7 84:10
    86:21 87:4,7,12
    87:13,21,22,25
    88:9,11,16,17,22
    90:3,4 91:6,7,8,9

92:16 93:15,18
    97:2 100:11 102:6
    102:7 103:5,10,11
    103:14,18 105:2,3
    105:5 106:20
    107:10,22,25
    108:2,5,8,10,12
    108:14,15 110:12
    110:21,25 111:8
    113:9 114:11,21
    119:6 120:19
    121:2,7 122:4,6,8
    123:18 124:3,4,7
    124:8,9 126:21
    127:4,11,15,23
    128:3,6,9,24,25
    129:6,7 130:16
    131:12,19 132:2,7
    132:21 133:5,6
    135:2,3,9,22,24
    137:14,18,22
    138:6,7 139:15
    142:6 143:11,16
    143:20,21 144:16
    144:22 145:21,22
    145:25 146:21
    148:3 150:4,9,10
    153:12 156:2
    161:6 162:9,11
    165:9,17,18,20,21
    166:14 167:20,21
    169:13 170:7,9,17
    170:24 171:8,18
    172:11,22 173:4
    173:11,16 174:17
    176:3,19,20,22
    177:7,25 180:3,4
    180:6,7,10,13,14
    180:16,17,19
    181:9,10,13,14
    182:18 184:9,10
    184:18,22 186:4
    187:25 188:10,19
    194:16,17,22,23
    195:3,4,7,10,11
    195:19,24 202:4
    202:12,13,15,16
    202:19,25 203:19

204:3,4,6,10,12
    204:14,15 208:12
    209:9,10,20 210:3
    210:7,9,14,18,19
    210:21,23,25
    211:6,21,23 212:2
    212:17 213:16
    215:22,23 216:3,4
    216:8,9 218:2,4
    218:10 219:25
    220:11,25 222:19
    222:23 223:5
    228:20 230:21,22
    231:20 232:14,16
    232:20,24,25
    233:3,4,9,15
    234:10 238:13
    242:22 243:3,9,12
    243:15 244:2
    245:10,12,15,17
    245:19,21,24,25
    246:3,6,23 247:2
    247:5,14,21,22
    248:2,3,7,8,10,11
    248:13,14,17,19
    248:21,22,24,25
    249:18,19,23
    250:7,19 251:9,10
    251:14,21,22
    252:2,5,7,11,12
    252:15,16 253:3,8
    253:10,16,18,22
    253:23 254:4,9,19
    255:11,18,20,24
    256:2,9,15 257:6
    257:15 258:9
    259:3 260:4,6,8
    260:10,17,21
    261:21,24 262:5
    266:3 271:16,17
    275:3 276:24,25
    278:2,3,5,7,9,11
    278:13,16 280:11
    280:18 283:22
    284:2,8,18,21,22
    284:24,25 285:4,5
    287:24 289:4
    306:13 309:7

corrective 194:16
196:9 223:4
252:24
correctly 15:19
145:16
corroborate 60:22
corroboration 70:6
CORSI 2:10
cost 4:15 115:9
227:11,17 228:15
228:19 309:13
counsel 5:6 9:20,22
29:23 49:6 277:20
277:25 304:14
country 26:4,7,8,9
26:15,19 72:17,20
COUNTY 306:6
310:6
couple 13:6 32:13
32:16 79:2 241:16
283:8,13 291:25
course 10:22 25:23
48:11 50:18
105:24
court 1:2 3:18
181:4
Court's 304:18
covered 175:25
258:22 299:5
COVID 97:12,16
100:20 102:10
113:9
cow 171:17,19
173:2 174:4
175:19 210:24
211:8,9 229:18
238:4
cows 211:6
CPM 187:3
create 104:18 288:7
created 48:9
creation 152:4
credentials 214:19
credibility 57:13
credits 14:10,13
crew 21:23
crews 23:2
criminal 221:22

criteria 33:10 43:5
50:12 53:17,20,21
55:7,9,10,12 56:6
57:14,16 103:13
114:24 115:6
125:24 126:2
critical 30:4 114:13
127:20
crowded 99:9,13
crowding 99:15
276:5,6
crucial 271:15,18
crystal 162:3
CSEP 187:2
culpable 272:10,24
273:19,24 274:10
274:23
culture 74:20
curbs 204:2
current 48:17
169:18 238:25
currently 29:18
64:12 101:8,12
143:3 159:4 170:4
229:21
curve 143:8,19
curved 138:17
141:24
curves 204:20
custom 243:20
customer 53:3
66:19 196:2
218:24 291:11
customers 44:16,19
80:25 81:11,17,22
82:2,10,20 86:13
149:5 154:16
161:18 190:4
211:11 219:3
244:3 274:4
customers' 211:14
211:17
customs 83:20 87:2
190:2,12
cutter 202:14
CWI 113:4,5 212:6
251:14 288:9,10
288:12,14

CWI's 112:25

**D**

D 187:9 294:18
306:2 307:2,6,13
308:3 309:3
D-I-E-H-L 64:17
132:6 237:18
D-I-F-I-O-R-E
200:14
D-O-D-D-O 11:3
180:2 237:17
D.O.T 230:12
DA 1:3
daily 218:18
Dan 293:23
danger 85:6,8,9,13
85:18 238:2
242:10,22 245:9
245:13,19,23
dangerous 74:12
138:21,22 242:14
dangers 153:23
154:16
Daniel 293:21
297:25
data 53:9 54:2,5
58:14,14,17,18
59:7 60:5,16
61:16 65:17 67:12
67:19 78:2,2
100:19 101:3
112:18 118:18
126:23 156:12,23
216:22,24,25
217:4,9,10,13
223:3,11,13 235:5
280:2,10 281:6
290:15,16
date 34:24 48:25
101:13 198:10
dates 146:2
Dave 122:19,21
140:19 174:21
179:4 183:6,13
184:13
David 2:19 141:11
292:21,23 294:22

308:7
day 8:8 151:16
183:5 253:20
275:6 276:2
306:19 310:15
day-to-day 30:3
days 31:3 183:5
DC 32:16
dead 262:17,22
263:15 293:13
deal 61:12 64:9
112:17 218:17
228:6 246:20
270:5
dealing 171:23
230:11
death 46:12,22 55:9
87:15 195:21,23
251:12
deaths 42:11 43:3,7
43:9 46:5
debris 220:5,13,21
decades 264:3
deceased 43:22
222:2,5
December 23:18,23
184:2
decide 49:25 239:7
247:17
decided 14:11
110:20 155:10
178:7 196:17
decision 226:7,8
238:16,17 239:6
264:11
decisions 264:12
265:2,7,14
declared 14:6
decrepit 107:17
dedicated 287:18
293:2
deem 131:21
deeming 130:22
deep 177:12
Defendant 11:20
93:7 231:18
Defendant(s) 1:9
2:10,17

Defendants 1:17
10:11 230:6
defense 304:13
define 121:13
defined 114:6
117:13
defining 118:10
definite 37:14
definitely 26:6
definition 50:19
142:7
definitions 113:20
definitive 36:20
definitively 265:24
degree 13:9,11
14:14 103:15
delaying 19:21
delays 221:5
deliberate 213:15
delivery 283:15
Denise 10:22
denominations
260:19
denoting 114:15
department 18:9
18:15 21:20,21
23:7,8 29:12 53:7
53:8 61:11 100:22
100:24 112:19
159:8,9,11,13,17
160:17 169:23,25
180:15 184:7
187:9 194:21,24
269:7 282:18,19
286:15,19
departments 8:9,23
54:8 223:14
235:14 269:25
283:14 288:2
dependability
114:23
depending 53:4
197:4 222:13
247:11
depends 165:11
221:16,16 239:4
deposed 11:2
deposition 1:15

3:15 4:21,23,25
7:4,9,12,17 8:2
9:7,14,17 10:16
10:20 11:16,19
129:24 130:3
140:21 141:23
150:13 306:10
depositions 11:13
49:9
depressed 97:15
depth 187:21
derailment 34:21
derailments 25:2
223:10
describe 124:19
125:11,24 126:5
126:12 127:8
descriptions 129:3
design 103:13
115:17 125:25
165:11 257:3
designate 117:11
designation 114:13
designed 33:10
120:2 121:22
124:11 138:18
153:22 202:6
215:25 266:20
designs 202:11
desires 247:12
desk 18:23 22:12
22:17 23:10,11
destroy 160:24
161:3
detail 124:19
detailed 67:13
194:18
detection 122:13
123:20,23 136:21
136:22 137:9
181:5
detective 268:16
determine 50:18
120:18 194:14
195:2,6 291:2
determined 54:25
determines 53:4
197:6

devastating 290:25
291:2
develop 194:15
development 73:10
116:8 128:13,14
develops 33:21
device 114:15
168:10,24 170:5,6
173:6 174:14
177:6 241:21
257:6
devices 82:13 84:10
84:24 95:16,22
98:10 109:3 120:5
120:8 160:25
167:15,19 171:15
172:14,20 174:4
206:2 210:2,25
229:7 230:8 231:9
232:18 240:25
248:6 255:23
diagnosis 283:21
diagrams 174:12
285:2
dictionary.com
50:15
die 39:13 174:16
Diehl 64:13,14,16
132:6 237:18
dies 196:2
difference 156:13
156:23 157:18
175:8
differences 202:21
different 17:19
18:12,18 24:4
26:10 58:24 60:8
68:2 71:22 90:5
103:3,4,6,9,12,14
104:24,25 105:4
105:18 107:13
123:15 129:2
141:13 143:14,18
160:9,10 182:3
196:21 198:17
201:20,21 202:4
202:11,11,18,18
203:6,17,23,24,25

204:9,11 205:10
206:18 217:9
219:12 221:10,10
234:23 241:5
249:10 256:8,9
257:5,9,11,16
258:6,9 260:19
283:24 287:20
288:2,3 290:9
differently 72:16
202:6
DiFiore 200:14
dimensions 103:13
202:19 283:21
Dimetrius 299:12
direct 31:6
directed 304:14
directing 111:14
213:21 227:4,21
directly 29:19
231:3 262:11
263:16
director 29:15
131:6 214:16
directors 133:21
237:9
directs 160:23
disability 261:17
262:4
disagree 224:5
discovery 304:12
discretion 47:23
discuss 34:3,17,18
147:12 164:21
230:24
discussed 33:19
36:9,12 135:14
174:12 176:14
194:12 210:6
215:9 229:22
231:7 236:12,13
236:14,15 237:16
239:9 276:15
277:4,5
discussing 96:4
100:4 102:13
242:7
discussion 191:11

discussions 174:3,6
240:3
dismembered
262:23
Disney 144:3
145:15
Disorder 261:5
dispatchers 22:24
disposal 126:9
disproportionate
275:12
disruption 221:13
221:14 275:9
disruptions 220:25
distance 284:6
distinguishing
161:11
distribution 16:9
16:18,19
DISTRICT 1:2,2
Ditto 305:7
division 18:9 22:18
22:22 23:10 30:23
63:18 100:25
112:20 131:7
159:13 282:23
divisions 22:17
64:11
document 48:9
65:21,24 66:4
68:22 70:4 121:7
125:6 130:8 175:4
179:9
documentation
120:12
documented 67:22
276:11,12
documenting
116:10
documents 8:3,6
78:22 178:15,16
240:12 287:10,19
307:23,23
Doddo 11:3 101:25
102:2,4 180:2
237:16
doing 26:24 29:9
36:5 38:21 42:25

68:20 100:19,22
135:16 153:25
154:3 191:9,23
209:15 249:15
250:4 254:15
272:19 275:24
Dominick 64:19
Don 199:10 294:4
door 10:5 88:24
123:7 143:23,24
143:25 148:17
165:12 201:25
204:9,11,19
240:20 256:7
doors 136:20 137:9
144:7,9,10,11,13
144:22 145:4,9
146:11,16 147:4
147:16,19 148:2,7
148:13 149:3
165:5,6,17,20,24
166:25 167:5,14
170:7 171:5,14
181:4 193:15
194:7 201:12,16
201:19 203:4,11
203:15,18 205:22
206:14 208:25
209:13,18,21
220:16,23 224:11
224:23 225:3,8,9
226:13,15 227:9
227:16 229:3
231:9 236:17
238:21 240:3,17
240:25 241:9
249:4 252:21
255:23 257:4
266:15,19 267:2
309:9,10,12,16
download 59:2
drafting 49:23
dramatically 97:13
drawing 175:17
drawings 284:3,6
285:3
drawn 175:23
dream 131:11,13

292:6
rive 109:24 287:7
287:22,24,25
288:15,16,18,21
289:4,5 290:6,7,9
290:12,21,23,23
drives 287:5,9
288:3 289:7,11
290:4,14,17
drop 149:22
due 43:9,14 182:8
275:7,9
duly 4:4
duties 15:16,24
17:2,18,21 19:17
20:15,25 24:19
25:17 27:6,25
28:10 29:3 31:2
293:3
duty 22:6,9 29:5
183:4 261:21,23
261:25
dying 235:23
250:19
dynamic 124:13

**E**

E 2:2,2 4:2 306:2,2
306:2 307:2,2,6,6
307:13,13,13
308:3,3 309:3
e-mails 71:22
146:10 173:24
174:4 176:24
Earl 200:12 299:8
earlier 43:24 49:10
103:4 112:16
123:22 134:23
135:15 167:18
169:16 182:16
184:25 186:20
194:12 196:25
202:17 229:23
235:11 237:16
239:19 240:12
247:19 286:15
299:9
Earnest 301:4

308:17
ears 273:9
easier 13:3 188:17
easiest 151:15
275:7
easily 93:15
EASTERN 1:2
edge 122:8,9,21,24
123:6,10,17
139:20 141:19
142:17 143:25
144:11 149:6
150:15,20,23
151:3 157:25
161:14,21 162:2,8
162:22,23 163:6,7
163:23 284:8,12
284:21
edges 149:21
edition 48:15,17
EDR 58:21
education 13:5
effect 3:17 49:11
69:22 163:8 275:8
effective 95:15,22
111:21 125:12
148:7,12,16,25
149:2 151:5 157:6
167:14 209:9
225:9 236:17
240:17 264:7
effectiveness 115:9
120:17 285:10,19
effects 257:19
efficacy 206:9
efficient 76:11
eight 183:4
either 35:22 39:13
69:20 121:23
145:19 159:6
173:8 186:24
200:8 233:18
251:5 253:14
255:8 256:22
289:2
Electric 63:18
electrical 232:18
electronic 232:18

element 114:14
elements 113:25
117:5 125:11
elevated 88:2 89:20
90:20 92:19 95:6
182:15
elevators 231:25
232:2,4,8,21
233:2,5,11 284:20
eliminate 119:22
124:23
else's 63:25 136:14
288:23
email 130:24
131:18,25 132:2,5
132:17 133:3,20
145:8 177:23
178:2 179:2,7,25
180:8,11,20
186:19 287:12,13
EMD 63:17,19 64:7
64:18,25
emergencies 31:3
emergency 18:21
19:19 21:5,8,9,11
23:6 182:23 184:8
184:16 213:4
259:11,13 275:20
275:21 292:2,18
292:24
emphasize 115:23
employ 187:24
260:17
employed 102:23
132:10,13,16
291:20,23 292:4
307:20
employee 25:4,4
53:2 152:8 165:3
187:19 196:18
197:7,8 223:10
244:12,17,24
260:24 273:13,20
274:3,16,20,23
296:7
Employee's 195:23
employees 28:21
51:9,22 72:6

80:23 81:13,17
86:14 116:23
193:11 244:8
258:25 261:14
264:22
employer 261:22
EMS 263:11
emulate 191:6
192:2
enable 77:14
encampments
217:18
ends 179:7
engage 280:4
engineer 150:9
170:2 233:8
engineering 13:21
14:24 76:21 115:6
124:21 125:25
159:25 169:23,24
187:4 282:17,19
282:22,24,25
283:3,5,16 286:15
engineers 73:14
76:15,16 283:13
286:14,18
English 35:10
Enre 237:14
ensure 54:7 125:17
127:9 235:11,17
ensuring 23:9
enter 170:22 172:6
188:16 189:20
206:6 210:13
218:22
entered 189:3
265:21 266:9
267:25 268:3,18
309:20,21
entering 124:12
267:11 271:20
285:25 286:8
enters 188:10
189:11 210:21
entire 24:9
entities 77:16
entity 191:14,23
envelope 124:13

167:25 250:12
270:10,11
environment
257:20
environmental
204:13,20
envision 89:18
equipment 58:25
62:9,10 75:7
80:20 82:13 84:10
84:24 106:13
116:23 126:6
144:8 248:6
Eric 271:17,18
ERO 292:24 293:2
escalators 232:21
233:11 284:13,20
ESQ 2:7,13,19
ESQS 2:4
essentially 79:5,9
established 117:13
et 163:13
Europe 289:18
evaluate 31:11,17
40:25 44:25 45:8
45:15,22 54:4
124:23
evaluated 41:9
113:3 157:11
evaluates 46:24
evaluating 43:25
101:3
evaluation 100:23
112:18,22 121:6
251:17
event 58:18 62:11
65:7,8,17 67:11
182:9 235:14
249:17 271:7
events 34:9 217:6
290:25
everybody 26:24
34:2 63:25 69:24
106:12 132:23
288:21
everybody's 262:14
everyone's 215:7
245:22

evidence 69:17
X 130:4,5
exact 48:25 101:13
   276:9
exactly 59:9,12
   67:22 68:3 69:13
   69:13 123:11
   202:12 268:10
EXAMINATION
   5:16 307:3
examined 4:5
example 14:8 22:20
   36:21 42:6 71:21
   75:4 78:18 87:14
   89:9 90:22 97:11
   99:7 103:16 107:8
   107:9 128:20,22
   129:3 137:12
   141:18 144:15
   145:17 162:12
   165:15 174:21
   203:23 210:10
   283:25
xcel 288:7
Excellent 128:22
excess 40:11
exchange 228:13,19
exchanged 125:7
exclusive 129:5
excuse 192:6
Exhibit 140:20
   141:17 175:10,11
   175:15 179:15
   183:9,15,18
exhibits 49:8 307:7
exist 142:15 161:6
   187:10 206:19
   207:3,8 284:17
   289:3
existed 193:15
   194:7 208:2,3
   239:21
existing 114:6
exists 168:18
expect 51:22 80:9
   81:23 82:3,11
   213:14 214:6,20
   215:5

expected 51:10,12
   51:14 52:4 277:16
expedite 21:22
expensive 108:14
experience 31:24
   118:19 217:12,16
   218:15 221:18
   266:24 309:14
experiences 259:11
expert 62:9 118:24
expertise 29:22
explain 167:22
expose 84:2 85:23
   86:8 87:4 242:9
   243:23 245:8
exposed 86:15
   139:16
exposes 243:8
   244:14,19 245:2
expression 113:21
   122:20
extended 110:24
extension 87:11
extensive 255:3
extent 58:7
extra 242:22
eye 56:9
eye-witness 67:23
   268:11,21
eye-witnesses 56:15
   56:18 60:17 67:14
   68:4,7,16
eyes 42:21

---

**F**

F-O-M-B-A 300:4
fact 78:9 131:11
   146:19 152:3
   156:21 166:4
   171:4 173:21
   174:3,11 177:23
   190:19 211:16
   270:6 271:14
   280:17 281:14
factor 31:12
factors 31:18 41:3
   41:10 44:3 45:3
   45:10 194:14

factory 114:16
facts 156:12 268:6
   271:15,19 280:24
factual 67:13
   166:10 281:6
factually 278:16
fail 113:22 168:13
   168:18,20,21
   169:2
fails 192:12,21
   193:3
failure 114:2
faint 266:21
fainted 268:2
   270:15,17 309:20
fainting 251:24
   270:13,14
faints 218:19 267:4
   270:12 309:17
fair 6:8,21 15:6
   22:5 24:11 58:3
   77:24 152:3
   184:20 185:7
   193:19 194:5
   231:16 255:2
   264:8 268:23
   275:17 278:12
   279:24 281:14
fall 92:15,18,20
   167:4 178:21
   182:5 218:20
fallen 250:22
   266:21
falling 91:14 92:4,9
   93:9,21 94:4,11
   95:17,24 108:19
   110:3,9,17 138:11
   138:25 165:8
   182:7,10 217:5
falls 134:24,25
   135:12 154:24
   159:10,17 249:21
   250:17 251:5
false 6:13,15 154:5
   154:20 155:12
familiar 19:25
   78:20 90:23 91:2
   113:21 122:20

138:16 140:16
   142:23 144:2
   164:8,10 167:19
   168:19 169:16
   171:16 173:2,16
   173:18 176:5,8,11
   186:15,23 200:11
   200:13,15,20
   218:12 219:7
   222:14,16,21
   228:16 231:24
   233:10,17,23
   241:10 261:13
   262:7 269:6 282:9
   282:11,12 291:18
   292:17,18 293:18
   293:21 294:10,14
   295:5 296:11,18
   297:19,23 298:24
   299:3,23 300:2
   302:4
Fantastic 153:8
far 6:4 14:7 33:24
   91:21 93:5 97:15
   116:24 133:12
   267:21 271:6
   294:15
fashion 168:25
   198:19
fast 59:9 265:20
   266:8 267:16
   271:8,8,22 275:19
fatal 212:7,9,9
   251:2
fatalities 46:5 197:7
   223:11,24 288:8
fatality 25:5
fault 270:17 272:6
   272:22
feasible 171:3
   209:8,21,24 210:2
   210:4,7,11,16,17
   210:20,24 211:4
features 84:9,24
   284:11,14
February 1:12
   184:24,25 306:10
   310:15

Federal 7:18 25:16
   27:19 30:16 50:13
   229:2,6,10,17,25
   230:7
feed 170:20
feel 74:21 262:22
feet 95:13 104:2
   163:5
fell 139:5,13 267:22
felt 197:10
fence 111:8 309:7
fences 90:8,12
   91:24 93:20 94:3
   95:15,21 98:9
   110:8,17 111:20
fencing 92:7 93:8
   94:14 98:3,16
   108:17 109:25
Fernandez 294:6,7
fewer 220:25
field 23:2 25:6,6
   76:21 77:9 293:5
figure 284:10
figured 35:25
figuring 269:11
file 286:24 287:11
files 290:20,22
filing 3:6
final 8:19 53:12
   54:14 195:6 240:9
   240:15
finality 249:24
finalization 181:3
find 27:14 129:20
   160:3,13 207:21
   273:23 274:5,9
   275:18 293:15
finding 160:6
findings 33:23
   34:15
fine 130:14 134:10
finished 177:16
fire 21:20 23:7
   219:15,17 220:11
   220:22
fires 219:18,23
   220:2,4,17
FIRS 219:14,17

first 4:4 11:9 13:4
  15:9 21:21 36:6
  37:20 62:13,19
  79:2 87:12 93:7
  98:10 107:5
  110:19 113:19
  121:16 127:18
  133:13 143:22
  150:19,22,25
  155:18 175:4
  206:13 208:25
  209:6 262:25
  274:7 292:22
firsthand 145:6
fits 202:22 203:5
  205:8
fitted 65:11
five 102:3 182:3
  183:5 282:4
fix 213:16
fixed 141:18,22
  142:11,17,24
  143:2
flipping 47:25
floor 2:12 162:13
  163:4 164:15
  165:19 167:2
  237:9 249:10,11
floors 164:12
Florida 292:7
flow 304:16
foam 175:25
folder 287:2,3,18
  289:22 290:24
  291:4,6
folders 286:20,22
  291:5,16
follow 51:11,12,14
  51:15,18,24
  127:22
follow-up 36:4
  222:24 223:8
followed 26:14
  49:16 126:15
following 118:18
  119:22 121:12
  191:14 244:6
follows 4:6

Fomba 300:4
foot 104:13,14
  284:23
footers 103:25
force 3:17 30:4
forces 30:10
FORD 2:10
Fordham 2:5
foregoing 310:11
foreign 124:12
foreseeable 83:3
  215:21 216:7,7
  264:4
forgot 197:16
form 3:10 104:7
  123:14 147:7
  149:10 164:19
  254:2,7,13
formal 9:2 20:20,21
formally 32:15
forth 49:14 113:2
forward 50:17
found 68:23 175:9
  272:10,23 273:18
four 19:6 23:24
  95:13 102:3 120:8
  125:11,16
frame 222:11
  272:14
Fred 303:10,11
  308:22
free 227:10,17
  252:10 292:6
  309:12
freshman 14:8
front 40:2 48:24,25
  78:25 139:6 173:7
  174:8,14 266:21
froze 206:16
FTA 25:10,14,24
  32:8 230:21,23
  231:2,4,7
full 120:11 134:3
  266:19 275:17
function 32:25 33:8
  114:15
functional 118:10
funding 125:17

funds 229:2,6,10,17
  229:25 230:7
further 3:9,14 5:2
  40:8 113:12 163:5
  250:3 253:19
  304:22,25

       G

G 306:2 309:3
G-A-I-N-E-S
  199:20
G-A-I-T-O 302:22
G-A-L-L-O 64:20
G-A-U-L 297:5
G-L-E-C-K-L-E-R
  186:18
G-R-I-C-E-L-D-A
  296:5
Gaines 199:20
  299:10
Gaito 302:22,23
  308:20
Gallo 64:19 65:2
Galvin 180:19,22
gap 138:17,19,20
  143:7
gaps 138:22
Gaskin 140:21
  141:23 150:12
gathering 194:25
Gaul 297:5 308:12
Gechler 298:12
geez 72:21
general 23:3 28:19
  28:20 35:15 36:6
  116:23 125:23,25
  244:4
generally 9:22 36:8
  69:23 131:15
  259:10 280:14
Genesis 219:22
Genis 2:4,7 4:18
  5:13,17,19 7:2,10
  7:22,24 9:21 10:2
  12:5 35:9,18,25
  49:3 54:21 55:21
  66:21 79:14,19
  90:13 102:20

104:7 105:23
106:4 109:4,9,13
111:13,16 112:5
112:15 123:9
125:8 129:15
130:15,20 134:15
136:4,8 140:18
141:14,16 151:14
156:20 160:9
166:4,8,15 174:21
175:5,13 178:14
179:4,10,12,17
183:6,11,17
184:13 200:22,25
208:20 213:21
214:11,14 215:2
225:13,17,24
226:4,19,22 227:4
227:7,21,24 228:5
239:20 241:5
253:25 254:11,14
258:20 267:8
268:10,15 269:4
276:18 280:14
282:4,7 292:8
293:6 295:10,17
296:13,25 297:7
298:5,17 299:18
300:18 301:6
302:8,16,24 303:6
303:13 304:5,9
305:4 307:4
Genis' 206:16
gentleman 101:16
  101:18
George 300:7,8,9
  300:10
getting 84:6 107:17
  135:9,11 150:8
  152:21 154:16
  155:5 205:4
  211:18 220:20
  224:13,15 231:8
  267:5 277:2
  309:17
Ghoul 302:6 308:18
give 27:23 36:19
  37:13 43:16 53:9

66:7 132:15 139:8
141:18 146:4
167:10,11 182:25
207:14 228:25
237:12,13 249:11
272:12 303:21
given 26:9 27:11
  28:5,17 34:4
  69:20 205:2
  278:14 306:13
gives 287:10,10
giving 131:15
  181:22
gladly 5:24
Gleckler 186:17
Glen 200:2
go 7:2 12:24 21:13
  21:19 32:17 34:16
  39:22 74:22 88:5
  89:11,14,16 90:18
  91:5 105:8 110:2
  113:15 134:2,11
  136:12 144:8,13
  145:21 153:15
  160:5,17 163:7,21
  163:23 166:22
  167:2 170:10
  172:25 178:17
  181:11 184:2
  199:15 200:17
  218:6 246:14
  250:2 252:10
  254:22 259:17,19
  261:17 262:3
  277:19,22 280:22
  287:13 291:5
  293:16
goal 81:9,20
goes 267:17 273:9
  287:3
going 5:20,25 7:5,6
  7:7 8:25 12:24
  13:2 14:11,12
  19:12 29:6 34:9
  36:2,11 52:13
  59:10 78:24 79:2
  79:20 92:25 96:3
  112:6 113:19

130:4 134:7,8,11
144:9,12 145:20
152:2,4,8 164:21
174:23 175:10
191:11 199:15
200:17 211:19
216:11 222:3
239:5 242:18
251:2,8 252:9
255:14,15 258:20
265:21,24,25
266:5,9 267:10,17
271:8,9,22 275:19
276:21 290:2
**good** 5:18 26:12
44:24 45:14 49:15
68:23 72:13 83:10
85:21 86:19
105:11,19 107:16
108:21 163:2,13
168:7 171:21
172:2,15 188:25
189:9,24 190:10
191:14 192:14
244:16 245:5
278:20
**gotten** 56:8
**Government** 27:19
**grabbing** 252:6
**Graham** 298:9
**Grand** 142:23
**grant** 229:20,21
230:12
**grants** 229:2,6,10
229:17,25 230:7
**gray** 142:3
**great** 75:5 97:4
**greater** 275:12
276:2
**Gricelda** 296:5
**ground** 87:20,21,23
90:7 91:18 95:3
95:24 162:6
163:20
**Grounds** 269:4
**group** 78:21 101:5
101:7,11,15,23
102:13,14,16,17

113:3,8 129:5
137:8 157:22
158:20,20,24
177:14,14 187:15
207:25 228:8
286:18 290:6,10
**groups** 30:5 71:15
72:3,8 73:2,4
76:20
**guess** 33:17,18 72:9
97:20 114:22
146:7 152:14
172:8,13 180:21
194:11 242:21
280:7 288:4
**guidance** 196:10
**guide** 153:16,18
**guided** 81:15
**guideline** 50:14,16
50:22
**guidelines** 49:20,21
49:23 51:11,14,19
51:25 52:5 56:13
69:6 71:8 83:21
87:2 128:12
**guts** 259:2,18
**guy** 101:19,21
102:2 298:13
**guy's** 283:12
**GW** 109:25 110:14
110:15,18 111:4
309:5

---

**H**

**H** 4:2 307:6
**H-A-A-S-E** 294:22
**H-A-M-A-N-N**
237:18
**H-A-Z-E-L** 237:14
**H-Q** 303:20
**H-U-L-S-E** 186:22
186:25
**Haase** 294:22
**half** 18:25 23:16
95:13 185:5,7
222:11
**halfway** 14:14,15
**hall** 90:22 207:24

**Hamann** 132:18,20
177:24 180:3,18
237:17 303:17
**hand** 140:13
310:15
**handled** 102:18
**handling** 168:10
**handwriting** 23:21
**hanging** 160:14
**Hannah** 131:3,4
**Hannnah** 131:5
**happened** 66:11
173:9 246:7,9
**happening** 214:22
235:25
**happens** 68:17
259:10
**Haquim** 298:15
308:14
**hard** 280:10
**Harding** 297:25
**Harger** 1:3 265:22
266:15 267:3,25
271:23 309:16,20
**Harger's** 270:17
**harm** 73:21,23 74:6
74:11 83:3,6,14
83:19 84:3 85:24
86:8,15 87:4
192:13,22 193:4
242:10 243:8,23
244:14,20 245:2
245:23
**harmed** 5:20 82:21
266:15 281:25
**harms** 40:19 193:5
**hazard** 46:16 101:4
101:6,11,15,23
102:16 112:21
113:3,7,10,13
114:6 117:20
118:9,24 119:10
119:16,21,23
120:13,14 121:5
121:18 122:3,4,7
122:13,25 126:13
126:14,20 127:18
127:19,22 128:2,5

128:9,13,14,23
129:6 157:22
187:14 207:24
290:10
**hazards** 114:18
115:24 116:4
117:22 118:16,18
119:6,14 120:2,12
120:19,25 121:6
121:14 124:23
127:21 187:23
**Hazel** 237:14
**head** 101:22 137:7
208:5 212:13
241:16
**headquarters**
230:16 294:17
**heads** 64:10 74:22
**hear** 16:20
**heard** 73:8,9,13,16
178:24 289:12
**held** 1:19 15:10
17:24 236:10
**help** 10:12 27:24
49:25 50:8 128:19
128:19 171:22
220:16
**helped** 9:23 10:4
50:6,8
**hereunto** 310:14
**hi** 264:21
**high** 47:8,13,14,19
52:10,14 53:23
55:13,18 56:7
62:19 95:9 110:2
134:4 135:5,8,21
247:4,9,12 264:25
291:7
**higher** 111:8
134:23 196:23
265:15,17 309:7
**highest** 13:5 81:10
216:15
**highly** 167:8
**hit** 39:4,12 42:16
44:21 65:25 66:5
92:22 134:24
135:9,11,12

152:21 155:5
162:14 211:8,12
211:19,25 212:12
212:16,21 217:24
235:22 250:6
262:17 266:9
271:22 273:13
274:20
**hitting** 66:18 67:4,6
67:9 68:10 188:18
188:18
**Hofstra** 13:14,17
**hold** 14:23 77:8
88:23,24 134:6
177:6 186:6
216:12 273:25,25
274:2 281:20
304:22
**holding** 304:24
**Homeless** 217:18
**honest** 57:23 58:9
61:4 275:18
277:11,17 278:2
281:13
**hope** 305:5
**hopefully** 254:6
**hour** 9:15 31:3
222:11 223:25
**hours** 183:5 222:12
**Hulse** 186:21,25
187:11
**human** 20:4 42:6
99:3,4 246:5,8
**hundred** 36:22
137:22 211:25,25
212:5,5 234:18
**hurt** 84:6 246:3

---

**I**

**I-A-N-N-U-Z-Z-I**
199:11
**I-track** 218:13
219:4,9,10
**Iannuzzi** 199:10
**ID** 129:21
**idea** 40:16 72:13
93:25 94:9 105:11
105:19 146:23
151:20 157:3,9,14

163:2 171:21
174:19 175:24
187:13 196:19
209:6 249:7,11
297:13 298:10
299:7,9 300:6,25
301:17,20,22
**identification**
130:19 141:2
175:12,15 179:16
183:16
**identified** 118:16
119:14
**identify** 12:7 31:12
31:18 41:2,10
44:2 45:2,9 46:25
116:4,15 117:4,21
117:22 118:4,17
120:25 124:22
127:20,21 187:22
259:14,21 307:15
**identifying** 120:12
**ignore** 85:12,18
**ill** 252:4,6
**imagine** 78:8 91:13
156:6 158:19
169:22 171:2
197:8 203:22
220:19 221:9,21
231:23 243:10
245:21 247:3
249:9 256:11,12
262:6 265:15
273:2 282:3
**immediate** 195:7,9
196:8 250:6
**impact** 187:23
**impaired** 150:7
153:18
**implement** 125:15
194:15 255:14
256:2 257:2
**implemented** 116:4
**implementing** 23:3
116:10,16 253:16
**impolite** 305:6
**important** 31:15,16
31:21 38:14 40:18

43:8,12,18 61:25
65:21,24 66:4
67:13,16,21 68:21
80:18 81:6 164:23
269:10,21 270:25
271:19 281:12,18
**impossible** 167:3,7
167:10
**improper** 166:17
225:20
**improved** 234:15
**inception** 156:5
**incident** 8:4,7,11
9:4 12:15 21:24
23:8 34:14,19
44:7 47:15,19
53:4 54:11,18,19
55:2 60:15 61:20
65:7 69:8 87:15
94:11 127:14
140:12 141:7
158:17 162:21
195:2 197:3,5,5
197:11 205:17,18
219:8,14,15,19,19
222:7,24 223:8
235:13 266:8
270:2 272:24
287:3
**incidents** 12:11
21:14 24:25 25:3
25:7 27:16 33:11
33:20 34:5,17
36:12,13 39:25
40:9,14 41:6
42:17 43:5 46:5,8
46:14,17,23 52:16
53:2 55:18 60:12
94:16 111:7
135:22 139:17
143:19 151:24
152:12,21 154:5
156:14,25 157:2
165:23 182:18
184:18 185:8
214:3 217:2,20
223:9 228:9 272:9
272:16,20 274:8

290:15 291:11,12
309:7
**include** 31:2 41:5
73:6 118:18
120:11 122:10,13
122:16 272:4
275:23
**included** 177:13
271:24
**includes** 55:9 70:24
71:7,14 80:19,22
82:20 117:21
122:3,8 216:22
233:6
**including** 126:9
220:20 262:14
289:19 304:12
**incomplete** 279:9
**incorporates**
233:14
**increase** 136:25
221:23
**IND** 22:21,22
**independent**
257:10
**Index** 1:5 308:2
309:2
**indicate** 5:10
**indicates** 78:2
**indication** 66:7
133:16
**Indicators** 133:5
**Indirectly** 262:12
262:13
**individual** 113:6
117:11 251:13
257:20 258:8,11
271:6 273:20
**individualized**
204:25 205:9
**individually** 260:12
**individuals** 149:5
174:10 261:19
**industry** 76:20
83:20 86:25 190:2
190:12 218:24
243:20 245:7
**inferring** 9:25 10:2

**info** 133:8
**information** 12:6
19:22 20:22 25:9
33:18 43:21 53:11
54:7,8,9,14 59:4
67:18,20 72:2
99:25 113:2
139:17 161:23
177:22 194:25
224:14 234:24
235:6,12 278:14
307:15
**initial** 127:21
**initials** 187:2
**initiated** 118:10
**injured** 39:13
152:23 155:17,25
173:10 174:17
196:3 212:2 214:8
235:24 250:5
274:16
**injuries** 12:17
42:11 43:3,6,13
43:17,19 46:9
52:16 87:17 152:8
174:9 197:8 286:7
**injuring** 155:10
**injury** 11:24 25:4
39:22 46:13,22
55:10 87:15 176:2
195:22,23 229:18
250:24 251:3
261:8,20,22,25
262:2
**Innovation** 185:25
186:3,9
**innovative** 185:23
185:24
**input** 219:18
**inquired** 239:18
**Inquiries** 195:14
**Inquiry** 195:13,15
195:20,25 196:13
196:17,21 197:7
**INSERT** 208:22
292:10 293:8
295:12,19 296:15
297:3,9 298:7,19

299:20 300:20
301:8 302:10,18
303:2,8,15 304:7
**inside** 175:3
**inspection** 259:14
**install** 109:2 203:10
203:15 224:23
225:7 227:9
228:18 229:2,7,11
230:7 231:8 232:8
**installed** 62:21
65:12 93:20 94:2
98:17 153:10
160:25 165:23
182:2 201:20
209:13,18,22
224:11 226:13
227:17 229:19
236:18 240:6
309:9,12
**installing** 203:18
238:20
**instance** 139:11
**instances** 66:17
**Institute** 25:24
73:10 233:7
**instituted** 115:16
**instruct** 10:23
**instruction** 15:20
28:3 48:8 197:9
**instructions** 20:25
259:24
**intended** 104:5
**intense** 196:24
**intent** 104:10
**intentional** 217:13
217:16,17,22,25
**intentionally**
154:20,23 155:2
**interact** 169:17
231:2,3
**interaction** 231:5
**Interactive** 218:13
**interchangeable**
105:6
**interested** 66:17
67:3
**international** 72:2

72:7
interruptions 19:24
interview 56:15
interviewed 268:16
277:23
introduced 120:19
intruding 88:21
intrusion 122:13,16
123:17,20,21
124:2 135:2
136:21,21 137:9
167:19 168:10,24
170:5 171:15
172:14,20 181:5
206:2 209:25
217:6 229:7
241:21 255:23
257:5
intrusions 134:4
135:4 216:16,20
216:23 217:11
invalid 281:7,20,23
investigate 21:13
21:15 40:21,22
44:10 57:10 67:7
214:3 234:22
235:2 269:25
investigated 50:2,2
53:3 56:11 197:2
197:3,6
investigates 24:24
228:8
investigating 27:15
27:15 40:17 60:15
223:18
investigation 8:8
9:2 22:4 27:10
31:11,17 32:3
33:15 41:2,10
44:2 45:2,9,16,23
46:24 47:16,18,21
48:5 49:17 52:5,8
52:12,13,14,19
53:5,9,18 56:13
57:4,12,17 58:8
61:2,8,15,19
62:24 63:3 65:20
66:3 68:3,6,21

69:4 70:2 194:13
194:19 195:21
196:2,13,14,22
221:23 222:9
235:4 259:6 260:3
266:7,24,25
269:10,21 271:2
271:12,15,25
275:18,24 309:14
309:15
investigation's
30:23
investigations
19:10 24:22 26:2
29:2 31:8 39:16
41:18 53:14
171:24 235:4
269:14
investigative 9:3
investigator 19:8,9
24:21 25:18,22
27:25 54:6,11
235:16
investigators 29:5
29:10 69:20 237:8
involve 12:11,14,18
12:22 20:11 22:15
24:23 273:12
involved 22:10
39:24 49:22 65:7
65:15 221:10,21
221:24 264:12
288:22 300:11
involvement
177:21
involves 222:8
involving 11:23
16:12 19:15,21
30:11 52:24 53:2
122:3 183:19
219:20 266:7
IOD 261:20,23,24
Isaac 176:11
Island 164:6,8,9,12
164:16,24 219:2
issue 103:3 253:15
274:7
issued 54:16,20

issues 54:10 104:19
204:13,20 241:25
274:25
issuing 195:5
items 182:5,7
217:20 304:12

---

## J

J 1:19 2:7 310:8,18
J-E-N-S 101:9
237:17
Jablonski 296:17
Jackson 200:12
299:8
James 102:2 200:4
296:23,24 301:23
302:12 308:11,19
JANSSEN 1:3
January 184:2
jargon 58:23
Jeffrey 300:24
Jens 101:8 237:17
JFK 144:16 165:16
165:19,22 166:23
166:24 167:2,4
job 17:11 20:21
21:21,25 24:12
28:16,23 31:6,10
38:24 44:13 46:20
70:19,23 71:5,12
74:16,25 75:9
79:5,9,23 82:18
82:25 83:5 147:23
184:21 192:13,21
193:3 214:2
245:22 246:2,14
263:20 264:16
265:9
jobs 14:23
Joe 300:23 303:4,5
308:21
John 199:16 297:5
298:3 300:14,15
302:22 308:12,13
308:20
Jones 291:17,20,22
Joseph 294:24
300:22

judgment 244:2,9
244:13,19,25
Judith 294:9,10
jump 92:15,18,20
95:6,8,10 96:2,3
190:23
jumping 91:14 92:5
92:8 93:9,21 94:4
94:11,15,17 95:16
95:23 96:2 108:19
110:3,9,18 111:3
111:6 138:11
165:8 217:18
309:6
jumps 249:21
250:18 251:5
junior 14:9
junk 220:5
jurisdiction 124:25

---

## K

K 306:2
K-A-C-A-G-E
296:2
K-A-M-G-A 176:9
K-A-S-S-O-H
300:5
Kacage 296:2
Kamga 176:8
Kassoh 300:4
Kaufler 299:14
Keaveney 2:13 4:19
5:15 6:24 7:3,16
9:19,24 10:9 30:6
35:14,23 36:7
37:8 38:20 39:7
39:14 42:3,13
45:4,11,18,25
47:3 49:6,18
50:20 68:12 69:9
70:20 71:2,9,17
73:24 74:7,13
75:12,21 76:12
77:10,19 78:6,13
79:12,17 80:5,10
82:7,22 83:8,12
83:17,22 84:11
85:2,14,25 86:9

86:16,22 87:5,18
90:10,15 92:17
93:16 94:8 97:8
97:25 98:11,23
100:2 103:23
104:6 105:13,21
105:25 106:5
107:14 108:23
109:7 110:5,22
111:2,9,15,22
115:19 116:12,19
116:25 117:7,16
117:24 118:6,13
118:21 119:2,7,11
119:18,24 120:3,6
120:9,15,20 121:3
121:8,25 122:5
123:3,5,13,19
124:15 125:3,5,20
126:3,10,18,25
127:5,12,16,24
128:16 129:12
130:13 135:10,23
136:6,12 137:23
138:14 139:7,23
140:8 141:25
142:13,19 143:12
144:23 145:14
146:6,13,22 147:6
148:4,10,14,18
149:4,9 151:9
152:6,13,24
153:13,15 154:6
154:14 155:6,13
155:20 156:3,16
156:19 157:8,13
158:10 160:7
161:7 162:16
163:9,15,24
164:18 165:2,25
166:6,12,22 167:6
167:16 169:4,14
170:8,25 171:9
172:7,12,17,23
173:12 174:18
175:21 178:9
185:14 188:11,20
189:5,15,21 190:5

Page 15

190:14 191:2,7,18
191:20 192:3,8,16
192:24 193:7,17
193:21 194:9
203:20 206:21
207:9 209:3,14,23
210:8,15,22 211:2
211:13,22 212:3
212:24 213:5,10
213:18,24 214:9
214:12,23 216:18
217:3,7 220:7,18
221:7,15 224:3,12
224:25 225:11,14
225:22 226:2,6,17
226:20 227:2,6,13
227:19,23 228:2
228:21 231:21
232:15 233:16,22
234:5,11,20,25
235:7 236:2,19,22
238:3,10 239:3,11
239:17 241:3,22
242:16,24 243:4
243:16 244:21
245:3,11,16,20
246:11,16 247:15
248:18 250:8,20
253:9,17,24
254:20,22 255:12
255:19 256:10,16
257:7,18 258:10
260:5 263:23
264:9 265:11
266:17 267:6,13
268:7,13 269:2,23
273:4,14 276:16
278:22 279:2,10
279:15 280:12,19
281:9,16 282:2,16
285:14 286:2,9
289:9,23 291:14
310:8
keep 44:13 75:10
91:13,14 112:6
129:21 134:11
138:10 150:15,19
150:23 151:2

160:20,22 161:14
162:23 182:9
220:20 291:11
keeping 70:24 71:7
157:24
Ken 132:21 147:10
147:13,15,24
148:5 177:24
180:2 290:2,8
Kennedy 208:4
295:24 308:5
Kenneth 132:22
kept 48:10 151:23
155:24 160:18
288:13,18 289:20
290:20,22
Kevin 297:11,11
299:14
key 284:9
Kichler 299:12
kid 190:21
kids 190:23 217:18
250:18
killed 39:25 40:14
44:21 152:22
155:17,24 212:2,5
212:12,22 214:7
250:5 264:3
killing 155:9
kind 9:24 12:17
40:19 65:6 72:10
89:9 90:8 92:14
93:8 100:22
129:19 162:19
182:22 215:24
228:25 230:6
231:9 257:5
279:17
kindly 179:5
kinds 103:9
knew 155:8
know 8:24 10:3
11:9 27:20,21
29:9 33:24 40:19
43:8,12,18 61:22
61:25 63:4,9,11
63:24,25 64:6,17
64:25 65:3,6

66:10,21 68:3,16
68:18 70:14 72:9
72:12 78:17,23
84:14 88:12 89:13
92:12 93:12 95:12
95:12 101:13
106:24 109:6
110:13 113:11,17
128:17 129:3
131:16 134:13
137:6 142:8 144:2
145:5,13 146:2
147:3,10,20,22
148:5 151:25
154:11 157:23
158:6,15,21 160:8
160:20,21 161:21
162:13,22 163:12
163:13 164:2,5
166:17 168:11,15
168:18 172:18
175:7 176:23
178:4,5,5,13
185:22 186:13,21
187:11 190:20,20
195:15 196:5
197:24 198:13
202:7 206:19
207:3,7,15,16,20
208:9,13 210:10
214:4,4 222:6,10
222:12 224:13,18
225:17,18 230:5
230:10,11,13,15
230:17 231:14
235:18,21 236:16
239:20 242:3
249:6,8,8,13
250:13,18,23
253:20,25 255:6
256:5,19,21 257:9
258:3,11,18
259:18,19 260:11
260:13 263:25
264:4,4,19,24
265:18,20,23,24
266:5 267:16,21
272:16 276:8

279:12 281:19
286:10,11,13
288:21,24 289:3
289:25,25 290:3,7
290:7,13 291:3,17
291:18,24 292:3
292:12,15,17,22
293:17 294:2,11
294:12,15,15,20
295:6 296:2,7,8
298:14 299:4,15
299:24 300:3,8,8
300:11,13 301:11
301:14 302:4,15
302:21
knowing 159:22
278:17 281:3
knowledge 10:21
64:22 68:18 70:15
70:18 71:19 73:20
73:22 74:5,10
75:2,5 76:19 97:3
138:3 166:5,11
167:17 169:20,25
208:4 218:16
231:22 241:23
246:19 255:4
258:2 291:22
known 12:14 22:23
58:18,21 73:21
102:25 114:4
116:9 128:23
171:17 208:21
219:13 287:4
292:9 293:7,16
295:11,18 296:14
297:2,8 298:6,18
299:19 300:19
301:7 302:9,17,25
303:7,14 304:6
307:21 308:5,6,7
308:8,9,10,11,12
308:13,14,15,16
308:17,18,19,20
308:21,22,23
knows 10:19 11:2
46:21 63:19,22
78:16 208:8

225:18 254:16,23
Korea 146:15,16,20
146:23 147:2,5,16
147:18,20 171:4
171:11,11 289:18

**L**

L 3:2 4:2,2,2 306:2
309:3
L-A-B-E-L-L-O
180:12
L-A-M-B 173:19
L-A-Y-M-A-N
199:22
L-E-M-M 293:17
L-I-U 133:24
L-U-N-D-E-N
200:2
Labello 180:12
181:13
Labello's 180:23
labor 61:12 197:12
lack 7:19 74:10
167:24
Lamb 173:16,17,18
173:22,25 177:2
177:11,25 178:11
186:2 229:21
299:5
Lamb's 177:14
185:20
land 145:15
landing 249:22
LANDMAN 2:10
language 241:8
largest 70:11,12
Larry 302:6 308:18
Larry's 302:7
lasers 167:24
latest 70:25 133:7
Lavin 300:16
308:16
lay 166:7
Layman 199:22
297:21
layout 283:21
lead 52:13 173:7
174:15

learn 15:24 17:11
27:24 31:23 72:18
76:9 78:10 136:18
143:10 146:9
147:16 148:11
234:23 235:4
learned 73:5 98:15
102:10 104:9
106:16 137:4
143:14,17 144:20
145:3 146:15
147:4 148:6,19
165:4,6 178:19
188:8 272:19
learning 66:17 67:3
287:9
leave 14:8 129:23
149:23 300:12
Leeder 303:4
308:21
left 175:5 208:19
303:5
left-hand 130:10
leg 266:16
Legally 114:22
Lemm 293:18
length 266:19
let's 8:24 35:9,23
38:15 39:22 40:7
40:23 42:24 43:23
44:11 57:11 78:17
78:23 93:2 97:4
100:15 101:16
103:3 115:13
121:10 124:16
129:8,17 148:6
151:18,22 152:16
153:8 154:10,19
164:21 165:13
170:10,10 172:25
173:15 178:17
183:22 186:8
188:7 191:10
205:4 215:2
236:17 250:2,15
274:6 291:10
293:25
lethality 174:9

letter 260:23 261:6
298:13
letters 104:25
level 13:5 16:23
17:3,15,19,19,22
18:19 29:7,7
102:19 124:24
182:11,12,13
196:23 197:4,4
236:10,11 237:23
238:9,17 239:2
242:9 245:18,19
264:13 265:3,13
265:16,16 300:11
300:11
levels 125:15
126:14
Lexington 2:18
liaison 19:22 22:2
230:20,23 231:4
Liaisoning 23:7
lieu 5:3
lifecycle 115:10
117:22 126:8
light 214:7
lighter 201:12
likelihood 114:11
limb 40:15 42:22
251:8,12
limbs 259:18
285:24
limit 188:9 189:3
189:10 206:5
210:21 286:8
limited 164:9
218:15,15 231:5
287:14
limits 189:19
line 22:3,7 105:9
107:10 131:9
162:14 163:5,7,12
163:20,21,21
204:6,21 241:18
lines 14:25 104:24
144:9 149:17
158:2 162:24
204:5,21 248:12
Lionel 199:20

299:10
Lisa 1:19 109:14
200:9 254:8
301:13 310:8,18
list 43:4 63:7
128:13,14 132:23
listable 288:6
listen 215:6
literally 165:6
173:6,8
literature 70:25
litigation 276:15
277:5,7
little 13:3 40:8
100:15 129:9
174:24 250:2
263:10 287:8
Liu 133:24
lives 190:4 285:23
286:6
Living 292:6
LLP 2:16
located 65:25
138:13
location 21:19
63:14 149:15
276:9
locations 18:11
64:22 147:22
161:19 182:3
204:11 241:16
log 120:14
logical 256:13,18
Lois 294:19
London 145:17,23
long 25:25 62:8,16
101:10 137:24
151:23 164:6,8,9
164:12,16,23
184:23 196:10,15
211:20 218:25
221:4
longer 102:22
103:17,21 104:16
104:21 132:13,16
221:12,22 234:8
234:18 261:17
303:11,18,19

307:20
longest 221:19
look 47:12 59:2
62:23 78:23
133:22 134:17
135:15 174:13
179:19,23 180:11
180:24 186:7,8
206:14 207:22
258:25 259:7,17
259:20 263:15
280:2 282:24
286:25
looked 77:25 157:5
170:23 209:7
266:6
looking 48:2,3,14
50:15 60:15,16,16
64:25 66:12 99:4
125:8 149:14
202:23 215:17
240:12 252:23
284:5
looks 133:20
249:16
lose 266:16
loss 40:15
lost 275:5
lot 185:22 216:19
273:8
Lou 237:15 296:21
Louis 296:20
low 182:22 227:17
247:4,9,13 309:12
lower 188:13 189:2
189:10,19 210:20
lowered 286:7
lowering 188:9,13
206:5
Lugo 1:19 145:10
310:18
LUISA 1:3
lunch 112:13,14
luncheon 129:9
Lunden 200:2

───────────
**M**
───────────
M 3:1 4:1,2 5:1 6:1

7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1

152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1

296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1,2
307:1 308:1 309:1
310:1
**M-A-C-I-A-G**
200:4 301:24
**M-A-D-A-N** 299:6
**M-I-F-U-R** 222:22
222:25
**M-I-L-B-U-R-Y**
199:24
**M-O-E-R-D-E-L...**
292:13
**M-O-N-T-A-N-T-I**
296:20
**Maciag** 200:5
301:23,25
**Madan** 299:6
maimed 44:21
264:3
main 46:12,21 64:6
204:5,21
maintain 64:8
107:16 228:14
maintainability
115:2
maintained 48:10
maintainer 16:10
16:18
maintaining 158:22
maintenance 16:22
17:3,15 18:15
29:6 63:18 283:15
Maintenance-of-...
29:12 64:19,21
major 14:5 24:24
31:2 46:16 220:9
222:22,24 223:8,9
making 104:10
154:2 194:5 206:9
238:16,18,24
264:11
malfunction 114:2
management 29:24
30:22 56:10
102:19 115:6

124:20 125:16
186:11,12 187:8
236:11 264:24
265:16
manager 19:10
22:2 28:25 29:4
187:7 265:16
Managerial 183:19
managing 22:25
mandatory 114:16
114:21
manner 5:8 108:21
115:24 121:23
169:13 244:13,19
244:25
manual 27:10,11
27:13 47:19 48:3
48:5 52:5,9
194:19 259:6
manuals 15:23
17:10 20:25 27:24
28:9 49:4,14
307:18
manufacturer
256:4
March 185:3
mark 66:5 68:22
70:4 111:16
129:20 181:6
227:7 228:4 267:8
269:5 297:18
marked 49:8
130:22 141:2
175:14
marker 65:21
markings 163:12
164:6 206:9
210:17 229:25
married 14:11
mass 75:18 79:6,10
massive 108:13
match 245:19
matched 235:13
materials 27:5,23
266:25 309:15
matter 192:10,18
222:5 226:22
280:17

matters 30:4
**Mavra** 295:2,3
maximum 272:20
**McClane** 294:9,11
mean 8:7 21:18
34:12 39:16 42:5
44:15 50:7 52:23
55:25 56:4 91:15
95:12 100:12
182:13,14 185:10
186:6 199:15
207:2,5,19 211:5
217:23 234:7
239:5 246:7,19
250:25 251:24
256:19 271:5,5
286:22 287:21
meaning 56:7
means 34:13 44:19
55:16,24 56:5
60:14 114:23
122:18 123:25
135:5 137:4 142:6
143:14 148:8
168:9 188:7 204:8
207:4 209:8
219:17 220:24
225:9 243:14,17
measure 114:10,24
measurements
59:24
measures 88:20
248:6
mechanism 169:2
media 56:8 159:16
medical 263:6
meet 26:7 43:5
53:19 55:7 56:5
57:14 87:10
meeting 32:12,18
34:2,10,25 35:4
35:17 36:25 133:2
176:21,23 276:14
277:7 283:17
meetings 32:5,11
32:22 33:2,4,7,9
33:20 34:16 35:19
36:11 37:6 173:21

181:2 239:8,12
276:23 277:4,9,19
283:6
meets 243:11
member 72:25
78:21 293:24
members 33:13
71:20 72:6 277:14
membership 71:14
memorandum
28:15
memorandums
28:14,16
memory 129:18
133:14 181:15
187:5 273:3,5
mentally 252:4,6
mention 137:11
mentioned 32:6
102:22,24 103:4
132:6 143:22
167:18 186:19
187:14 202:17
206:25 207:10,13
208:3 285:2
286:14 297:21
307:19,20
merely 7:13
met 32:14,15 178:6
method 144:4
methods 118:17
Metro 164:7,10
Metro-North
218:25
METROPOLIT...
1:7
Meyer 159:5
302:20
Michael 1:15 4:9
306:16
microscope 259:20
middle 23:17
MIFUR 222:21
223:8
Miguel 293:4
Milbury 199:24
301:18
mind 14:21 200:22

minimal 227:10
minimum 118:3
  125:11 201:24
minor 87:17
minute 19:13
  100:18 124:17
  216:12 282:5
minutes 78:25
  133:2
misphrased 88:13
misses 25:3 223:12
mistake 141:15
mistaken 219:11
misuse 215:22
  216:2,8
mitigate 240:23
mitigating 240:21
mitigation 114:17
  120:17 165:11
model 191:16,25
modern 144:3
modernization
  232:17
modernize 234:3
modernized 232:23
modification
  110:14
modifications
  110:12 224:10
modified 107:22
  198:18,21 203:10
  203:14 232:7,12
  232:13,23
modify 100:10
Moerdeler 292:13
  292:14,14,15,16
moment 273:22
  285:3
moments 164:22
money 230:12
  231:8 255:6
Monfort 294:2
monitor 170:21
  229:12
monitored 120:18
Montanti 296:20
  296:21
month 275:6

monthly 33:2,4
months 143:5 262:3
moot 36:5
Morello 301:21
morning 5:18
mother 190:22
  191:3
motor 12:19
move 55:21 173:8
  216:12
moved 18:10 24:5
movement 22:22
moving 123:2
  134:14 144:12
  153:21,23 168:21
  183:22
MT 294:16
MTA 10:15,19
  32:19 38:17 79:9
  79:13,21 83:25
  132:18 187:3,9
  230:16 265:19
  277:25 294:16,18
  303:20
multiple 18:10,10
  42:10,17 204:8
  241:15 260:18

_____
          N
_____
N 2:2 3:2 4:2 140:5
  241:19 287:21,23
  287:25 288:15,16
  288:18,21 289:3,5
  290:6,23 306:2,2
  307:2,2,6,13
  308:3,3 309:3,3
N-A-I-K 299:6
N-G 298:21,22
N-U-G-E-N-T
  300:22
N-U-R-I-A 294:6
Naik 299:5
name 4:8 5:11,18
  11:3 27:13 130:5
  130:11 132:3
  141:8 142:21
  178:5 186:15
  187:6 199:14,19

199:21,23,25
200:11,13,17,18
200:20 207:14
230:17 249:12
260:21 283:12,19
292:17,22 294:10
294:14,20 295:5
296:11,18 297:19
297:22 299:3,15
299:23 300:2
302:4,21
named 102:2
  142:22 159:5
  238:15
names 12:3 113:11
  113:12 132:4,9,16
  199:16 237:10,11
  237:16,21 283:18
Naomi 294:13
national 25:12
  30:14 32:7 72:2,6
  233:7
native 215:5,6
nature 69:15 71:16
near 25:2 161:21
  163:23 170:24
  223:12
necessarily 55:14
  55:15,16,19,25
  56:4 84:13 220:12
  259:4,5
necessary 21:23,24
  23:6 70:18 74:5
  74:23 84:9 117:21
  131:21 245:9
  246:15 288:24
need 67:18,19
  79:20 89:2 90:16
  107:24 112:7
  134:10 179:6
  195:7 218:17
  253:19 255:5
  258:5,8,22 280:23
  293:14
needed 194:25
  255:13 263:6,6
needs 134:7 247:11
negligence 11:24

negligent 273:12
neighbor 10:5
nephew 10:4
netting 178:19
  180:9 181:9,16,20
  181:21,25 182:2
nettings 182:9
never 41:9,14 83:25
  85:12,23 86:7,14
  87:3 145:19 178:5
  245:8 262:19
new 1:2,7,11,16,20
  2:6,12,12,18,18
  4:12,13 8:13,20
  10:14,18 11:8,20
  12:22 24:8,10,25
  26:5 27:22 28:22
  28:23 30:19 32:7
  32:22 38:8,17
  48:10 50:3 51:19
  51:23 53:3,22
  62:10 65:5 70:9
  75:16 76:8 77:7
  77:15 79:22 80:8
  81:24 82:4,12,14
  85:22 86:6 101:21
  107:10 120:18,25
  131:19 132:11,14
  135:7 137:13,17
  138:5 144:15
  145:24 164:24
  187:3 188:4
  192:11,20 193:22
  198:20 203:18
  209:19 215:6,6
  216:14 227:9
  233:13,17,20
  246:22 247:23
  248:6,9,12,15,23
  254:5 260:25
  291:23 295:15
  303:5,11,19 306:4
  306:22 310:4,10
newer 104:2 107:6
news 146:18,19
Ng 298:21
night 19:4
non 231:19

non-rush 223:25
Nope 291:5 297:15
normal 196:22
normally 97:18
  121:17 270:20
north 70:12 91:21
  140:14 164:7,10
northbound 89:17
  90:2 91:5
Notary 1:19 4:4
  306:22 310:9
note 30:6 42:3,13
  45:4,11,18,25
  50:20 61:7,8 69:9
  70:20 71:2,9,17
  75:12,21 77:10,19
  78:6,13 82:7,22
  85:2,14,25 97:8
  107:14 110:5
  266:12 280:22,23
  289:23
noted 270:15 305:8
notes 56:22 125:9
  258:21 310:13
notice 6:10 7:5,20
notification 43:6
  55:8,19
notified 56:7
notify 56:6
noun 50:16
Nova 133:4
November 48:20
NTSB 25:10,11
  32:14,15,15
Nugent 300:22
number 8:17 11:10
  36:20,24 37:14
  40:2 43:18 54:10
  54:13,16,18,20
  77:4,8 81:9,19
  95:5 96:5 97:7
  98:21 100:20
  102:11 116:21
  130:2,6,15,23
  133:4 139:9 141:3
  141:23 175:3,4
  182:19,25 184:21
  185:10 193:15

212:4 220:17
224:6 225:4
235:13 236:9
241:2 272:12,18
275:10,12,13
276:2 288:8
**numbers** 96:6,6
100:4 104:25
129:22 152:2
157:19 212:18
218:4
**Nuria** 294:6
**nutshell** 168:6
**NYC** 2:11
**NYCTA** 175:6

**O**

**O** 3:2 306:2 307:2,6
307:13 308:3
309:3
**O'Grady** 298:3
308:13
**O-R-I-C-C-H-I-O**
199:17
**Oath** 3:16 5:3,4
166:10 306:9
**objecting** 7:11,13
7:21
**objection** 30:7 37:8
38:20 39:7,14
42:4,14 45:5,12
45:19 46:2 47:3
49:18 50:21 68:12
69:10 70:21 71:3
71:10,18 73:24
74:7,13 75:13,22
76:12 77:11,20
78:7,14 79:12
80:5,10 82:8,23
83:8,12,17,22
84:11 85:3,15
86:2,9,16,22 87:5
87:18 92:17 93:16
94:8 97:9,25
98:11,23 100:2
103:23 104:6
105:13,21 107:15
108:23 110:6,22

111:2,9,22 115:19
116:12,19,25
117:7,16,24 118:6
118:13,21 119:2,7
119:11,18,24
120:3,6,9,15,20
121:3,8,25 122:5
123:3,13,19
124:15 125:3,20
126:3,10,18,25
127:5,12,16,24
128:16 129:12
135:10,23 136:6
136:11 137:23
138:14 139:7,23
141:25 142:13,19
143:12 144:23
145:10,14 146:6
146:13,22 147:6
148:4,10,14 149:4
149:9 151:9 152:6
152:13,24 153:13
154:6,14 155:6,13
155:20 156:3,16
157:8,13 158:10
160:7 161:7
162:16 163:9,15
163:24 164:18
165:2,25 167:6,16
169:4,14 170:8,25
171:9 172:7,12,17
172:23 173:12
174:18 175:21
178:9 185:14
188:11,20 189:5
189:15,21 190:5
190:14 191:2,7,18
192:3,8,16,24
193:7,17,21 194:9
203:20 206:21
209:3,14,23 210:8
210:15,22 211:2
211:13,22 212:3
212:24 213:5,10
213:18 214:9,23
216:18 217:3,7
220:7,18 221:7,15
224:3,12,25

225:11,21 226:17
227:13,19 228:21
231:21 232:15
233:16,22 234:5
234:11,20,25
235:7 236:2,19,22
238:3,10 239:3,11
241:3,22 242:16
242:24 243:4,16
244:21 245:3,11
245:16,20 246:11
246:16 247:15
248:18 250:8,20
253:9,17,24 254:2
254:7,13,20
255:12,19 256:10
256:16 257:7,18
258:10 260:5
263:23 264:9
265:11 266:17
267:6,13 268:7
269:2,23 273:4,14
276:16 278:22
279:2,10,15
280:12,19 281:9
281:16 282:2,16
285:14 286:2,9
289:9,24 291:14
**objections** 3:10 5:8
7:8 151:17 166:16
**objective** 57:25
58:9,13,14,17
59:7 60:5 67:17
69:17 70:6 116:21
275:18 278:10
279:22 281:13,22
**objectively** 60:14
**objectives** 127:9
**objects** 124:8,12
130:12
**observed** 121:13
**obtain** 56:17
**obtained** 231:19
**obviously** 188:13
222:3 242:19
**occasion** 71:24 95:4
**occasions** 32:16
**occur** 24:25 40:19

44:20 169:3
272:17
**occurred** 54:18
94:6 139:4 140:7
141:7 158:4,18
162:21 205:17,18
217:11
**occurrence** 119:16
273:3,6
**occurring** 35:7 37:7
108:20 137:5
148:8 151:8
152:12 153:12
154:5,13 155:12
156:15 157:7,12
157:20 167:15
188:8 189:14
197:20,23 198:2,5
198:8,11 201:4,8
206:11 209:2
213:17 215:11
220:24 230:25
231:10 239:10,15
240:18 249:17,18
251:18 252:19
253:6,13 254:17
255:8,18 263:22
264:8,15 265:9
269:19 276:3
**October** 261:2
**offers** 227:8
**offhand** 27:16
64:17
**office** 8:4,6 24:12
24:17,20 25:18
29:16,20 44:5,9
44:12 46:20,23
47:10 53:10 54:3
54:3 61:12 63:2
63:17,17 66:16
67:2 131:8 159:17
186:2,10,12
208:11 214:17
223:3,16,17,20
230:11,14,16
273:8 276:24
286:21
**officer** 3:16 18:22

21:5,8,9,11 24:9
182:24 184:8,17
185:23,24 186:10
186:11 292:19,25
**officers** 19:20
**Offices** 29:24 106:2
**official** 186:6
243:21
**Officially** 164:4
**oftentimes** 100:9
**Oh** 141:14 302:7
**okay** 6:23 7:22 8:5
8:24 9:9 10:25
12:25 13:8,16
14:20 21:10,17
22:9 23:15 26:23
28:19 32:10 36:16
37:10,17 38:5,7
39:11,21 41:8,13
45:7 48:7,9 49:10
50:10 51:5 52:22
57:16 58:7 61:14
63:6 64:3 69:25
71:21 72:24 73:16
79:14 80:3,8
81:14 84:18,20
88:7 90:15 91:17
93:7,19 94:16,25
95:9 96:13,19
97:4,21 98:15
99:7 100:6,15
102:8 103:2 104:3
104:22,24 105:16
107:4,20 110:8
113:15 115:13
123:13,15 124:10
128:11 129:8,15
131:2,11,17,24
133:3 135:4 138:2
138:20 139:3,19
141:17 142:11,16
143:18 145:23
147:12 148:6,12
149:2 150:6,11,17
150:22 153:25
154:19 155:8,15
155:23 156:8
157:4 159:7 162:3

162:12 163:11
164:2,5 165:4,4
167:9,12,12 168:7
169:24 171:19,20
172:25 173:15,21
174:20,24 176:18
178:18 179:21
181:11,19 183:20
183:23,24 184:5
184:19,20 185:4,6
185:20 188:15,22
188:25 192:10,18
195:17 197:14,18
199:10 201:2
204:16 207:2,5
208:10 209:17
210:17 211:5
212:10 213:14
216:5,21 217:15
217:22 218:19
224:19 228:5,24
234:2 236:6 237:2
238:22 240:10
244:11,16 249:15
250:2 251:11,15
252:22 253:5
254:15 255:2,2,16
255:21 257:22
260:7 265:4,6
266:6 267:16,23
269:20 270:20,24
273:21 274:14,19
274:25 275:5,25
276:22 278:19
281:2,5 286:23
287:4,15,18
288:13,25 289:12
291:10 294:2
295:24 300:14
303:21 309:19
old 14:20 100:7
107:5,17 171:17
180:5 248:16
older 65:10 100:10
103:25 145:24
on-the-job 15:21
once 11:19,19
32:16 36:21 37:10

37:16 143:6
144:18 150:24
163:25 253:11
264:18 272:13
ones 22:24 64:8
104:21 138:15
142:14 145:13
207:12 263:8
283:4
onsite 19:22
open 88:9 144:10
288:21
opened 143:5 146:3
opening 138:18
openings 204:9,12
operate 79:6,10,24
204:5,21 215:18
216:6 287:21
operates 70:11
232:22
operating 8:9,23
53:7,8 54:8
114:25 118:19
121:17 128:8
144:12 169:10
223:14 235:14
266:20 269:25
283:14
operation 24:10
114:16 115:18
121:24,24 131:6
operational 30:3,4
115:8 126:7
217:12
operationally
218:17
operations 18:21
20:11,16 21:2
29:11,13,16 54:2
106:12 184:7
187:25
operator 57:4,8
60:3,21 61:3
168:11 170:21
172:4 210:12
222:6 229:12
259:7,9,9,12
260:2 262:19

268:14 272:10,23
273:11,19,23
274:9,23
operator's 272:22
operators 260:10
261:3,9,15 262:9
262:15 272:6
opinion 38:3,4
98:25 105:15,22
105:24 106:2
118:24 148:22
163:10,25 166:2
172:19 177:13
214:10,12 280:22
280:23 281:5,7,8
281:15
opinions 280:9,18
opportunities
220:13
opportunity 33:24
34:4 179:23
183:20
opposed 161:13
optimize 115:7
option 243:18
256:17
options 143:17,18
153:6
oral 56:20,21
order 174:24 232:7
orders 23:3 28:19
28:20
ordinary 263:4
organization 81:7
organizational
117:5
organizations
72:25
Oricchio 199:16
original 310:12
originally 110:11
249:3
originate 219:20
Orlando 145:15
OSHA 246:14,19
246:21
OSS 53:6,12 54:11
61:7 63:2 100:24

101:2 112:21
166:13 208:5
235:8,8 287:21,23
288:22 289:19
Outlook 186:7
outside 89:19
166:13 228:2
outstanding 6:12
304:11
overall 96:3 114:24
overhead 276:6
overpass 92:21
93:10,23 94:12
95:18
overpasses 87:24
89:10 90:6 91:18
91:23 92:10 93:4
94:5 98:4,8
108:17 111:17
oversee 22:18 32:3
overseeing 62:24
oversees 29:4
oversight 24:7,9
38:16,21
owner 116:7
owns 232:22

P

P 2:2,2 3:2
P-A-R-I-K-H
301:16
P-L-O-C-H-O-C-...
303:24
P.C 2:10
p.m 305:8
page 55:24 113:17
113:19 179:9
181:12 307:3,7,14
308:4 309:4
pages 8:15,18 47:25
painting 162:17
paints 66:10 162:12
pandemic 97:12,22
98:21 99:9,10,23
paper 281:21
papers 266:7
paperwork 271:21
paragraph 134:3

paramedic 263:11
parcel 67:25 70:2
parens 134:25
Parikh 301:16
Paris 145:18,24
146:11
Parkway 234:13
part 27:6 30:25
31:6,10 38:25
43:24 61:14 67:25
68:2,6 69:25
74:16,25 75:9
79:22 82:18,25
83:5 110:11
147:23 194:13
197:13 232:17
241:25 245:22
246:2,13 271:11
275:16 276:23
282:20
participating 4:21
particular 18:8
22:18 63:11
205:25 207:11
275:11,25
particularly 273:7
290:25
parties 1:18 3:5 5:6
116:16
partnering 30:5
parts 42:7 69:14
148:2 259:2,17
260:4 261:16
262:17 263:15
Pashco 299:22
pass 80:9
passageway 91:4
passageways 92:13
passed 8:3,6 163:7
163:21 250:22
271:6 293:12
passenger 187:18
187:23 196:2
passengers 116:22
129:6 193:11
Pat's 300:17
Patrick 291:24,25
300:16 308:6,16

**Patty** 292:3
**aying** 81:11,16
**pedestrian** 87:25
  88:2 89:10 91:19
  91:24 92:10,21
  93:23 94:5,13
  95:18 98:5,8
  108:18 111:18
**Pendergrass** 261:2
**pending** 304:11,23
**people** 26:3 38:25
  39:11,24 40:13
  44:20 67:6 74:21
  76:18 84:6 85:24
  86:8 87:4 88:21
  91:13,14 92:8,15
  92:20 93:9,21
  94:3 95:6,10,16
  95:23 99:5 102:21
  108:18 110:2,9,17
  111:3,6 113:11
  122:25 124:7,8
  125:14 128:24
  130:24 131:16
  132:5,10,16 135:8
  138:11,18,24
  139:5,20 146:20
  146:25 147:3
  149:16,20 150:8
  152:21 153:19
  155:5,9,16,24
  160:24 161:19,20
  162:8 163:23
  165:7 173:3
  175:19 177:23
  178:8,21 197:10
  197:12 200:22
  206:10 210:25
  211:18,25 212:12
  212:16,21,22
  214:7 216:2
  217:19,23 218:5
  218:22 219:3
  220:5 229:18
  230:2 235:22,23
  235:23 237:7
  238:15 242:10
  243:25 244:4,8

246:3 250:22
251:21 253:21
256:5,20 264:3,23
274:19 277:21
281:24 283:14
288:8 289:2,19
307:19 309:6
**people's** 290:17
**percent** 55:16 56:2
  97:18 167:10
  217:2,6 224:21
  225:4 226:14
  240:13 309:9
**percentage** 274:15
  275:13 276:2
**percentages** 157:19
**perform** 15:24
  20:25 25:17 27:6
  27:24 28:9,17
  32:2 47:20 136:2
  259:14 269:13
**performance**
  114:25 133:5
  183:19
**performed** 53:5,6,6
  112:2 137:10
  241:13
**performing** 49:16
  63:3 66:2 69:3
  269:9 293:2
**performs** 57:3
**period** 183:25
  216:17
**permanent** 161:24
  162:6 163:3
**permanently** 262:4
**permits** 243:22
**person** 5:4 20:5,7,9
  43:22 61:11 66:9
  66:14 67:9 101:10
  139:12 142:3
  167:3 173:8 176:2
  177:5,6 208:10
  221:25 230:17
  250:17 252:4
  262:23,23 264:21
  265:13 268:18
  270:8,9,12,13,15

270:25
**personal** 99:6
  217:19
**personally** 42:10
  194:10 219:6
  291:19 294:11,15
  300:3 302:15
**personnel** 22:23
**persons** 42:16
  124:12 134:24
**Peter** 296:10
  308:10
**phase** 115:17
**phases** 115:10
  126:8
**philosophy** 190:25
**phones** 69:21,24
**phonetic** 198:25
  237:14 260:14
  295:7 296:6
  297:12,14,16,18
  298:12,15 299:12
  299:14,22,25
  300:14 301:10,13
  302:6,20 303:4
**photo** 69:12 150:12
  150:14,16
**photograph** 140:25
**photographs** 68:24
  70:5
**phrase** 281:19
**phrased** 259:16
**phrasing** 38:2
**physical** 42:15
  118:10 165:7
  211:8,11
**physically** 4:22
**pick** 242:19
**picture** 66:10 67:18
  89:22 140:22
  149:14
**pictures** 69:3,8
**piece** 58:17
**pieces** 220:13
**pilot** 16:18 137:10
  241:10,20 242:2
  247:2,13,18 248:2
  248:23

**pilots** 181:5,8
  241:13 242:6
**place** 291:10
**placed** 98:4 114:14
  156:10,11 158:2,8
  158:16 161:4
  174:5,14 178:20
  230:2 275:21
  291:8
**placing** 92:7
**Plaintiff** 7:3
**Plaintiff's** 12:7
  130:15,18,22
  133:4 140:20
  141:3,17,22
  150:12 175:10,11
  175:15 179:13,15
  179:18 183:15,18
  307:7,16
**Plaintiff(s)** 1:4 2:4
**plan** 59:23 116:9
  124:17,19 131:12
  194:21 197:19,23
  198:2,5,8,11
  253:16 258:12,14
  258:19
**plane** 144:17
  165:16
**planned** 125:12
  144:3
**planning** 115:17
**plans** 188:5 205:2
  223:5 239:14,14
  239:18,21 240:5,8
  258:8 284:6
**platform** 68:17
  95:13 122:8,9,21
  122:24 123:6,8,10
  123:17 124:9
  136:20 137:8
  138:17 139:20
  140:4,7,15 141:19
  141:24 142:18
  143:23,23,25
  144:11,22 145:4,9
  146:11 147:4,13
  147:16,19,25
  148:7,13,16 149:3

149:21 157:25
158:4 160:4 162:7
162:9,13 163:4
165:5,6,17,20,24
166:25 167:5,14
170:7 171:5,14
178:20 181:4,24
193:15 194:6
201:11,15,19,25
203:3,10,15,18
204:6,19,22
205:17,21 206:10
206:14 208:25
209:12,17,21
210:14,18 220:15
220:23 224:11,23
225:3,8,8 226:13
226:15 227:9,16
229:2,14 230:2
231:8 236:17
238:20 240:16,20
240:24 241:8
249:4 252:20
255:23 256:7
257:3 266:14,14
266:19 267:2,3
284:8,12,21 309:9
309:10,12,16,16
**platforms** 99:9,13
  107:21,24 108:11
  134:24 135:12
  137:16,21 138:4
  138:10 146:16
  149:6 164:12
  181:21 198:18,20
  201:21 203:9,24
  203:25 204:10
  232:13 240:2,3
  283:22
**play** 56:8
**playing** 190:3
**Plaza** 2:5
**please** 4:7,10 5:10
  5:23 6:14 10:8
  49:5 54:22 64:14
  64:16 66:23 88:23
  103:2 109:10
  111:16 132:15

133:9 140:23
166:18 183:6
184:3,13 215:3
226:4,24 227:7
228:5 236:23
237:10 238:4
246:17 267:9
268:4,24 269:5
307:18,21
Plochochi 303:23
303:25 308:23
point 26:22 30:13
30:16 59:25 78:19
89:23 110:20
167:11,13 194:5
255:16
police 21:20 23:8
221:24 268:20
policies 28:6
policy 28:3 48:8
117:14 160:23
194:19 197:9
282:10,12,15
283:2,4,11 286:12
political 277:20
Port 111:10
portion 7:14 35:12
54:23 66:24 89:6
109:15 134:19
140:4 205:6
position 15:9 16:8
16:17 17:14,24
18:21 24:3,4
101:13
positive 121:22
possibility 174:7
220:21
possible 24:14
74:18 79:25 80:14
80:15 85:8,13
192:4 193:12
206:14 238:11
239:14 275:3
282:3
possibly 175:2
post 21:24 28:22
112:25 163:19
222:7 261:4,15

posted 154:11,12
158:8 160:15
potential 25:4
114:7 119:5 121:6
122:25 154:16
power 16:9,19,20
21:23 23:5 238:16
practical 202:23
253:5
practice 44:25
56:20,23 68:24
87:2 189:2,10
243:21 245:6
practices 26:13
45:15 49:15 75:6
83:11,21 85:21
86:20 108:22
163:14 172:3,15
189:25 190:3,10
190:13,17,18
191:15 192:14
244:17 278:20
pre-COVID 112:25
precedences 126:15
predecessors
103:17,22
preexisting 248:16
preface 96:21
preliminary 127:18
127:19 128:13,14
prepare 8:2 9:6,23
10:12
preparing 9:13,16
prescribed 121:23
present 4:11,23
33:22 84:10,25
97:6 138:23 164:6
167:5 277:10,12
presented 34:6
208:8
presents 277:13
president 29:20,23
30:3 47:23 64:12
64:18 101:25
102:5 159:18
208:16
presidential 265:18
265:19

pretty 17:20 21:25
110:2 168:5,7
264:25 284:20
prevalent 223:25
prevent 31:12,18
31:22 35:7,21
37:7 41:3,14 44:3
45:16,23 73:22
74:5,11 83:3,6
85:5 88:21 92:4,5
92:8 93:9,21 94:3
108:18 110:2,9,17
111:6,7 138:18,24
143:18 149:8
153:5,11 154:12
155:11 165:7,10
165:14 170:6
176:2 189:13
192:13,21 193:4
197:19,23 198:2,5
198:8,11 201:4,7
206:11 209:2
214:21 215:11
220:16 223:16,21
230:8,24 231:10
235:24 236:8
238:25 239:5,9,15
240:22 245:23
249:16 251:18,20
251:23 252:3,5,8
252:18,24 253:13
254:17 255:7,17
256:22,23 263:21
264:15 265:8
309:6,7
preventable 37:12
74:5,11 83:6,11,13
83:19 143:11,13
192:13,22 193:4
264:5
preventative 88:20
95:25 230:8
prevented 36:14,18
37:21,24 47:2
151:21 157:12
269:12,22 291:13
preventing 73:21
83:14,19 95:16,23

102:9 108:20
111:21 137:5
143:15 148:8,13
149:3 151:7 157:6
167:15 188:8
225:9 237:3
240:17 253:14
264:7
prevention 112:3
115:23 123:18,24
136:3,15,18 270:3
270:5
prevents 220:24
252:17
previous 118:19
119:10
previously 104:17
106:25 141:2
primary 22:6,9
principle 50:17
121:13,16
principles 115:6
121:11,21
prior 33:14 49:8
66:11 101:24,25
143:6 195:5
288:23
priority 81:10 87:8
private 256:5
privilege 226:23
227:25
privileged 269:5
272:15
probability 119:16
126:14
probably 16:5,16
16:25 17:17 18:5
23:16 27:15 32:24
62:10 93:12,14
95:5 97:18,18
101:14 170:2
171:16 182:20
183:2 184:24
185:2,7 207:24
230:16 232:5
256:17 265:25
272:13 274:13
282:17

problem 109:13
111:5 151:19
152:20 155:9,16
201:3 213:16
219:23 220:2
256:7,14,20
264:20 309:6
problems 204:17
204:18 248:16
procedure 44:25
189:2
procedures 26:13
28:6 45:15 49:15
75:6,11 83:11
85:21 86:20
108:22 117:21
126:13 127:8
163:14 172:3,16
189:25 190:10,18
192:15 244:17
245:6 278:20
proceed 7:6
process 117:20
118:9 120:11
124:22 194:14
287:13
product 215:24
216:2
production 49:4
178:15 208:21
307:17,22
professional 26:17
45:8,21 71:14
72:7 76:19 83:15
86:5,13 105:24,25
109:19 163:18
172:9,21 189:18
189:25 190:11
192:23 244:23
245:6 278:25
profile 47:8,13,15
47:19 52:10,14
53:23 55:13,18
56:7 291:7
program 115:16
116:3,9,10,17,20
117:10,19 118:4
122:12 124:17,19

125:12 126:16
127:7,10 187:8
188:4 194:19,21
257:2
**programs** 146:10
241:11,20
**projects** 30:5
106:20 107:13
108:14 247:2,14
247:20,24,24
248:2,4,23
**promote** 74:23
**promoted** 19:9
28:25
**promotes** 81:16
**promotion** 18:17
**proper** 70:2 88:20
94:13 251:17
252:22 254:13
**properly** 16:21
23:9 70:19 127:14
192:12,21 193:3
201:20 255:22,22
255:24,25 263:20
**proportion** 216:16
**proposals** 174:11
**proposed** 175:19,20
175:22
**protect** 88:15,18
122:25 124:11
**protection** 122:8,9
122:16,21,24
123:11,17,21
124:7
**protections** 124:6
**protective** 88:20
**protectors** 229:19
**protocols** 75:11
260:2
**provide** 29:22
34:23 116:8,22
127:20 277:14
**provided** 7:5 8:9
9:4 25:23 27:21
54:8 122:24
271:25 280:24
**providing** 19:22
177:21 235:15

**prudent** 193:9
242:13,25 243:8
**PTSB** 8:20 9:5 25:8
25:10 32:12,23
33:3,7,9,10,20,21
34:25 35:4 36:11
36:17 37:11 38:16
43:2 53:13,15,18
53:19,24 54:10,13
54:15,20 55:2,19
56:6 180:5,25
231:3 235:13,19
276:13 277:9,10
277:12,13,13,24
290:20,22 291:5
293:23
**PTSB's** 33:14 34:15
**public** 1:20 4:5
8:10,12,13 30:19
32:7,22 33:18
36:25 37:2,4
70:11,16,23 71:6
71:12 74:12 75:18
76:4 77:9 81:6,11
81:16 82:3,11,19
83:24 84:2,7,22
85:6,11 86:5 87:9
87:11 88:9 116:23
136:24 161:17,23
189:23 190:8,8
192:11,19 237:24
242:13,25 243:6,8
243:23 244:14,20
245:2,7,9,24
278:15 279:7
306:22 310:9
**publications** 71:23
**published** 27:18,20
71:7 78:2,2
128:11
**pull** 144:7 174:22
179:5
**pulls** 144:4,5
**purpose** 7:18 33:12
36:20,25 91:12
92:3,4 124:18
154:12 196:20
217:25

**purposes** 107:18
161:5 164:17
189:4
**pursuant** 1:18
**pushed** 92:9,15,20
93:10,22 94:4,12
95:17,23 108:19
110:3,10,18
138:11,25 139:21
165:8 249:21
250:17 251:5
**pushes** 139:25
**pushing** 95:17
252:4
**put** 36:24 50:17
63:13 67:18 93:8
95:5 108:16 130:7
140:22 152:17
153:9 154:15,20
155:3 160:19,19
161:18,25 168:21
173:7 182:9 183:7
185:10 212:4
217:10 221:20
222:11 256:4
257:9 275:10
287:12
**putting** 62:14
150:19 154:2
158:21

_____

**Q**

**qualified** 125:14
**quarter** 32:14
**quarterly** 32:12
35:16
**quaterly** 33:4,7,9
36:11 37:6
**Queens** 13:14,17
**question** 3:11 5:24
5:25 6:13,14 34:6
34:7,22 36:7,17
37:5 38:21,24
51:17,17 54:22
55:5,22 84:21
89:2 90:10,16
98:6 109:10,11
111:12 112:17,24

123:23 134:16
140:2 145:12
148:21 153:2
160:9,10,11
166:10,12,19
169:11 178:12
181:6 185:19
189:8 193:24
215:3 225:19,23
226:5,25 231:6
238:4,6 239:25
241:4,6 244:6
254:3,5,6 256:4
256:25 266:14
267:7 268:5,24,25
269:3 273:15
276:18 277:15
280:21
**questioning** 68:7
264:23
**questions** 5:21 6:12
33:13 34:4 66:23
96:14 112:11
198:14 206:17
207:22 276:21
277:19 304:13,15
304:21,22,25
**quick** 112:7 200:23
**quicker** 188:17
222:4
**quickest** 221:13
**quickly** 22:6
**quite** 6:11
**quotes** 177:4

_____

**R**

**R** 2:2 140:5 241:19
307:13 308:3
309:3
**R-A-M-D-A-N-E**
199:4
**R-U-G-G-I-E-R-O**
186:14
**R68A** 65:16
**radio** 20:5
**rail** 16:13,13 18:24
19:23 20:23 24:10
24:21,25 25:25

28:25 31:7 33:11
139:4,6,12,19,21
141:18,22 142:12
220:11,14,14
228:8 250:23
259:22
**railing** 90:8 92:7
94:14 108:16
**railings** 90:12,19
90:21 91:24 95:7
95:10 109:2
136:22 137:11,12
137:16,20 138:3,9
138:10,12,23
140:14
**railroad** 22:25
164:6,9,13,16,24
165:3 211:7 219:2
**railroads** 218:25
**rails** 91:8,10,11
93:8,20 94:3
95:14,21 98:3,9
98:16 108:4 140:3
140:7 142:12,17
142:24 143:2
**railway** 14:24
**raise** 154:15
**Ramdane** 199:4
295:22
**ran** 250:7 265:21
**ranked** 216:15
**ranking** 77:13
**ranks** 77:17 78:3
**rapid** 13:25 18:20
19:10,15,18 20:11
20:15 21:2,6
29:12 184:6
**RAQIA** 1:8
**rare** 273:3,6
**rash** 182:7
**rate** 97:22 156:15
156:25 157:18
212:15
**rational** 256:14,18
**Ravanee** 298:15
308:14
**RCC** 22:13 23:12
23:13,14

reached 281:5
eactions 263:2
read 23:20 35:9,13
  54:21,24 66:22,25
  89:2,4,7 90:16
  105:16 109:13,16
  133:11 134:7,8,12
  134:15,17,20,21
  136:18 174:11
  175:5 183:12,21
  198:16 205:7
  306:8
reading 48:4 50:23
  78:22 125:5 145:7
  186:5
ready 179:19
real 215:18 256:25
realize 150:8 154:4
really 140:16 142:2
  253:5 302:15
Reask 225:22
reason 150:7
  152:17 153:9
easonable 83:3
  84:13,14,15,24
  264:15 265:8
reasonably 82:14
reasons 40:18
  110:21
recall 15:19 37:18
  37:19,22 38:6,13
  78:20,22 89:12
  98:19 129:14
  135:17 145:16
  146:14 147:14
  150:2 162:10
  179:3 182:6
  199:13,14,19
  223:23 239:12
  240:19 241:17
  263:3,8 266:11
  273:18 274:12,12
  274:18,22 277:6
  283:12,16,18,19
  289:16
receipt 304:11
eceive 15:15,23
  17:10 20:14,24

25:19 27:5 71:25
received 70:8 71:22
  129:10 131:25
  133:14,16,19
  244:12 279:5
recess 112:14
  200:24 282:6
recognize 141:5
recognized 152:20
recollection 9:10
  12:4 199:21,23,25
recommend 236:7
recommendation
  195:9 196:10
  223:15,19
recommendations
  186:4 194:15
  196:16 223:4,12
  223:14,21
Recommended
  69:11
reconfiguration
  143:7
reconfigured 143:4
record 4:8 5:12
  35:13 54:24 56:21
  60:11 66:25 89:7
  109:16 112:15
  134:20 156:6
  160:18 161:6
  200:25 205:7
  282:8 306:11,12
Recorded 1:13
recorder 58:18
  65:9 67:12
recorders 62:12
  65:18
records 9:3,4
  151:23 152:4,7
  155:24 156:8,10
  160:20,22,24
  224:20 286:23,25
Rector 241:19
recurrence 31:13
  31:19,22 41:3,15
  44:3 45:17,23
recurring 47:2
  111:7 309:7

reduce 100:5
  124:24 143:19
  154:13 155:11
  174:8 220:16,21
  236:8 240:24
  241:2,9 252:21
  256:22
reduced 285:25
reducing 143:15
  157:6
refer 94:18 161:16
  181:18 217:14
  218:22 219:3
referenced 229:22
references 233:14
referred 49:7 61:10
  61:10 181:22
  240:13 263:10
referring 68:16
  128:18 161:8
  194:2 196:12
  207:16 225:2
  231:15 239:22
  240:11 280:13
  281:4,11
refresh 9:10 129:17
  133:13 181:15
  187:4
regarding 8:4 9:4
  25:7 34:5 139:17
  147:19 161:17
  166:3 174:7
  177:22 223:19
  228:17 235:12
  274:3 277:8
  290:15
regardless 38:11
  224:15 249:17
regards 8:7 133:10
Registered 218:13
regular 48:11 95:12
  109:23 196:13,14
  293:3
regulations 28:6
  246:21
rehab 107:13
rehabbed 232:13
  232:23

rehabilitation
  106:19 247:20,25
  248:5
reinforced 203:9
related 94:6 112:25
  178:15,17 197:2
  223:9 230:11
  277:7 307:23,23
relation 66:9
Relations 61:12
relevant 75:2
reliability 57:13
  115:2 279:14,18
reliable 58:10
relied 60:6
rely 57:4
remained 18:14
  19:8 99:22 102:11
remains 98:22
remember 12:19
  135:14 136:8
  182:19 208:14
  241:7 272:8
reminded 149:16
remotely 4:25 5:5
removal 21:22
remove 85:9
removed 222:7
removing 23:5
Renek 294:13
renovation 247:25
  248:5
renovations 247:20
repair 107:17
repeat 35:8 109:11
  238:4
rephrase 5:24
  104:8 190:7 238:5
  244:5 276:17,19
  276:20
replaced 108:7,9,11
  222:6
report 8:19,22
  20:23 29:19 33:22
  43:2 53:12 54:17
  54:25 55:3 61:8
  102:5 133:7
  135:13 195:6

219:21,22 222:24
  223:9 225:2
  235:17 237:8
  259:22 271:25
  272:5 281:10
  289:18,19
reportable 25:7,8
  34:19 43:4 276:13
reported 8:11
  53:23 54:19
reporter 4:7,10,14
  4:20 112:9 254:10
  310:9
reporting 4:24 5:9
  53:19 127:15
  216:17 219:8,14
  219:15,17,18
  222:18
reports 8:8 9:4
  33:25 42:25 68:2
  129:11 277:13
  288:7 289:17,20
represent 5:19
representatives
  197:13
Representing 11:8
request 63:2,3,14
  63:15,16 296:13
requested 29:25
  35:12 54:9,23
  66:24 89:6 109:15
  134:19 205:6
  235:12 304:12
requests 261:22
require 55:19 87:2
  117:6 121:22
  198:20
required 20:22
  31:5 47:15,17,20
  47:24 49:16 61:15
  61:18,22 62:5,7
  83:10,15,20 85:8
  124:22 154:8
  183:3 231:17
  258:12,18 259:10
  259:13 278:19,24
  279:4
requirement

114:21 243:12
equirements 56:14
69:7 86:12 115:14
125:24,25 126:6,7
126:16 127:9
requires 52:13 55:8
86:20 197:12
213:8
requiring 43:5
requisite 127:22
research 70:25
112:2 136:3,15
137:3,8 143:9
264:5
reservation 304:10
304:17
reserve 7:8
reserved 3:11
resolution 117:20
118:9 119:21
120:13 121:7
213:9
resolve 116:4
120:25 187:23
resolving 115:24
resources 125:17
respect 128:12
156:14 205:21,25
285:7,10,13,19
respective 3:5
respond 19:20
21:16,18 34:22
183:3
responded 182:17
182:20,23 184:17
185:8,12,17
262:24
responders 21:21
responding 31:2
222:3
response 18:21
19:19 21:5,8,9,11
22:11 54:12
182:24 184:8,16
292:2,19,24
responses 277:15
esponsibilities
30:25 43:25

116:16 117:5,13
228:3
responsibility
231:11 265:5
responsible 17:4
22:4,21 23:5 25:8
30:22 117:11
137:6 158:21
160:18 187:17
193:5 194:25
223:17 262:8,13
restore 221:4
restrict 254:18
255:8
restricting 253:7
result 40:19 114:7
174:9 251:2
255:15 281:24
resulted 40:15
results 31:11,18
41:2,10 44:2 45:2
45:9,16,23 46:5,8
46:25
resume 275:2,4
retention 286:24
retired 102:3
132:22,22 208:15
293:5 295:8,15
296:12,24 297:6
298:4,16 299:17
300:17 301:5
302:7,14,23 304:3
retrieve 217:19
retro 65:11
reveals 61:3
revenue 228:13,20
reverse 151:22
reversed 104:20
revert 114:3
review 8:2 9:6,10
33:10,25 61:19
136:14,18 137:4
183:19,25 235:10
235:17 266:24
269:15 309:15
reviewed 8:3,5 54:6
143:10
reviewing 100:3

revise 50:9 188:3
revised 48:19,21
50:11,12
revision 195:8
Ricks 301:10
ride 38:25 234:12
ridership 97:13,15
97:21 98:20 99:8
99:12,23 100:20
102:10 247:6,8
right 7:22 12:24
27:17 50:15 55:22
81:23 82:3,11
84:20 88:12 89:19
90:22 104:8 112:5
123:9 125:9
126:24 129:16
130:9 132:6 137:3
137:13,18 139:4,6
139:22 140:17
142:4 144:19
150:17 158:25
172:25 175:6
179:22 181:2
198:24 200:17
202:9 225:24
238:12 253:22
257:24 263:5
283:12 303:21
304:9
right-of-way 218:6
218:23
rights 304:10,17
risk 114:10 120:12
126:12 188:14
243:11,14,17
risks 124:24
road 168:4 218:6,6
roads 234:2
Robert 2:7 64:13
132:6 294:2
297:14
role 117:13 166:13
276:5 293:3
roles 117:4
room 4:23 19:3
root 195:2 249:15
249:21,25 250:4,6

250:11,12 251:11
251:12 252:23
Rosner 10:22
Roth 2:16,16,19
4:17 5:14 129:24
130:17 141:11,11
175:2,9 179:8,14
183:9 305:2
roughly 211:18
Roulette 190:3
routine 37:4
routinely 37:9
RTO 283:14
Ruggiero 186:14
ruined 219:10
rule 195:8 304:21
rules 7:18 28:5
51:12,15 75:10
ruling 267:9
run 12:12 39:5,12
44:21 104:13
152:22 155:5
173:10 211:12
267:5 270:21
274:16,20 309:17
running 66:14,19
68:9 104:16
188:18 221:5
267:12,19 270:7
272:7
runs 105:7 111:4
270:25 309:5
Russian 190:3

_____

S

S 2:2 3:2,2 4:2
307:2,2,6,13,13
308:3,3 309:3
S-A-L-O-M-O-N-S
292:20
S-A-M-E-H 131:3
S-A-M-K-A-R
200:18
S-C-H-R-E-I-B-...
200:10
S-C-I-A-R-A
298:25
S-I-A-N-A-O

294:24
S-I-R-S 219:7
S-P-R-I-N-G-S-T-...
302:13
safe 24:13 39:2,6,9
39:10 44:13,15,15
44:18 46:21 80:15
81:24 85:9 113:22
114:4 168:13,16
168:20,21 169:2
171:21 190:17
191:15 192:6,7
216:3,7
safely 70:19 79:5
79:10,23 80:14
191:5,23 255:25
275:4
safer 72:22 76:10
78:11 100:11,12
100:14 189:17,22
190:8,16 238:24
safest 74:18 75:17
75:25 76:4 79:24
82:15 193:10
243:2,15,17
safety 8:10,12,14
13:18 19:7 22:10
24:5,6,7,8,12,17
24:20 25:12,19,23
29:16,20,24 30:3
30:11,14,20 31:3
32:7,8,22 36:25
37:2,4 38:22
40:18 44:6,9,12
46:16,20,24 47:10
52:25 53:3,10
54:3,4 66:16 67:2
74:11,23 75:6,11
77:18 78:5 80:9
80:18,19,22,25
81:5,8,11,15,16
81:19 82:6 84:9
84:24 87:11 91:11
92:6 95:7,9,15,22
96:12 98:9 106:3
107:18 110:20,25
111:5 113:6 114:3
114:13 115:5,7,13

116:17,20,22
117:4,10,12,19
118:4 120:5
121:10,12,16,21
122:12 123:16
124:6,16,18,20,21
124:21 125:12,23
126:2,5,7,14,16
126:23 127:3,10
127:20 131:8,18
131:23 133:4,10
133:21 147:13
148:2 160:25
161:5 162:23
164:17,23 167:14
170:6 171:22
172:22 187:19,22
187:22,23,24
188:4 189:4
194:21 195:8
196:11 197:19,23
198:2,5,8,10
201:2,6,10,14,18
203:3,8,13 204:16
204:25 205:10,15
205:20,24 206:4,8
208:11 210:5
211:15,17 214:17
215:18 223:4,20
230:8 231:9 234:4
234:14 239:18,21
240:25 246:15
248:6 251:19
252:23 253:12
258:8,11,14,19
262:9,14 276:24
279:9 285:9,19
286:21 309:5
sake 106:7 191:11
Sal 170:4
Salomons 292:19
292:23 293:4,11
308:7
Sam 131:4,5
Sameh 131:3 134:3
Samkar 200:18
ample 128:14
Sandra 301:10

Sapedes 296:6
Sarah 159:5,5
satisfy 126:15
saved 285:24 286:6
290:3,19
saver 175:19
210:25
saw 42:10,21 67:23
68:4 99:21 110:15
111:5 135:20
145:6 147:25
152:19 165:16
184:11 240:9
262:22 309:5
saying 103:20
139:10 140:12
206:18 217:17
268:20,22 270:16
says 50:23 131:11
134:2,3,22 135:12
135:13 161:12,13
178:3 181:3
184:16,19 201:3,7
204:17 216:25
251:19 264:21
Sayville 1:11
scale 285:4
scenario 171:2
221:16
scenarios 118:25
scene 41:19,20
42:20
scenes 31:2 42:2
schematic 283:20
schematics 285:3
school 15:20
Schreibman 200:9
301:13
Sciara 298:25
299:2
science 280:16
281:14
scoop 173:8 174:15
scooped 176:2
scope 118:4 228:3
screen 130:22
136:20 137:9
140:24 143:23,23

144:22 145:4,9
146:11,16 147:4
147:16,19,25
148:7,13,17 149:3
165:5,6,17,20,24
166:25 167:5,14
170:7 171:5,14
174:25 179:11
181:4 183:8
193:15 194:6
201:12,16,19,25
203:4,10,15,18
205:21 206:14,16
208:25 209:12,18
209:21 220:15,23
224:11,23 225:3,8
225:8 226:13,15
227:9,16 229:3
231:8 236:17
238:21 240:3,16
240:20,25 241:8
249:4 252:21
255:23 256:7
257:4 266:14,19
267:2 309:9,10,12
309:16
scroll 131:20
179:19,20 183:14
184:14
Scrolling 184:4,15
sealing 3:6
search 288:16
289:21
searching 286:25
second 49:22 57:11
80:3 82:5 88:23
93:2 99:20 105:18
106:23 107:9
134:6 140:23
170:6 186:6
216:12 249:2
293:25,25 303:21
secure 74:21
security 63:17,17
63:22 64:8,13
129:6
see 22:6 35:6,10
36:2 41:25 42:5,6

58:14 60:21 62:23
66:12 67:7 69:12
77:16 109:25
129:8,17 130:10
130:23 131:24
132:4,9 133:8,9
133:23 134:2,17
140:25 141:22
147:25 148:6
150:16 156:12,23
157:5,11,16
160:18 170:10,22
171:7 172:5
173:15 175:14,17
180:8,20 181:6,12
181:13 184:6
188:7 205:4
210:12 215:10,12
215:21,25 229:12
240:5,8 249:16
255:17 258:25
259:8 260:3 261:3
262:22 263:21
269:15,17,21
291:10 293:25
seeing 75:18 261:16
281:10
seek 74:25 277:19
seen 146:18 164:11
198:16 217:20
239:15 240:15
272:5 294:20
sees 85:7
Seigler 297:14
select 237:25 243:2
selecting 242:14
sell 256:6
send 53:11,11,12
sending 53:17
sends 54:2
senior 14:9 22:2
29:15,23 56:10
64:12 102:18
186:12 236:11
265:16,16
sense 92:14
sensors 167:24
168:2

sent 25:22 53:14
54:14 78:18
133:21 145:7
146:20 147:24
235:19
Seoul 146:17
147:17
separate 290:5
series 206:17
276:20
serious 25:4 42:11
43:2,6,13,16,17
43:19 46:9,13,22
55:10 87:15 174:9
195:21,23 197:7
197:11 212:20
250:24
seriously 39:13
152:22 155:10,17
155:25 174:16
196:3 212:2 214:8
235:23 250:5
served 185:2
server 287:19
servers 287:21
service 19:21 23:4
220:25 221:5,13
221:14 275:3,4
283:15
services 22:7
set 49:14 50:17
77:5 114:24 158:6
167:23 195:16
197:9,10 221:8
310:15
sets 114:15
severed 42:22
251:9,12
severity 114:10
119:15 126:13
197:5
SHABAZZ 1:8
share 287:5,7,9,11
sharing 4:15
140:24 174:25
179:11 183:8
sheet 288:10
sheets 288:7,12,14

shelters 228:10,14
228:17,19
shorter 104:18,21
284:23
shortest 221:19
shorthand 56:22
310:8
shoulder 142:4
show 141:9 150:14
174:17 175:18
283:21,24
showing 130:21
141:5 183:18
shrink 134:10
shuttle 142:25
143:2,4
Sianao 294:24
side 24:25 33:11
88:6 89:14,17,18
167:2,3
sign 153:25 161:11
161:13 163:19
signage 136:25
149:11 150:17
151:6 152:11,18
153:10,21 156:24
157:16 158:8,16
158:20,22,23
159:7 160:19,25
161:9,17 162:20
285:10,20 286:15
286:16
signal 168:3,16,22
169:7,8,8,9,18,23
169:24 170:2
282:21,24 283:3
286:16,17,17
signals 169:5
signatures 131:22
signed 3:15,17
181:12 306:18
significantly 97:7
241:2
signs 85:13,18
149:12 150:3,15
150:19 154:10,11
154:12,20 155:3
156:9,13 157:5,24

158:6 160:4 161:8
161:10,18,23,24
162:6 163:3,11,22
SILVA 1:3
similar 29:6 77:16
135:6 174:4 216:6
258:16
similarly 209:25
single 94:10 203:3
283:5
singular 130:2
sir 6:23 7:25 11:5
12:25 14:20 17:14
17:25 22:15 24:23
25:11 30:8 48:2
50:19 51:17 52:20
52:23 88:13 94:20
96:17 112:23
130:21 140:25
143:24 145:13,21
148:20 149:25
153:2 160:16
166:20,20 171:12
175:14 179:23
189:8 198:16
205:12 228:6,10
235:9 250:10
264:23 266:23
272:2 274:6
283:18 284:16
305:5 309:14
SIRS 219:7,10,12
sit 249:10
site 19:23 22:3
sitting 277:6
situation 213:8
221:17 222:13
situations 19:20
257:11
six 15:19 143:5
size 76:5 77:16
105:4 202:22
203:4 205:8
sizes 103:12 203:25
skin 238:12
skip 129:4
slipping 217:5
slow 168:12,14

189:16 254:18
255:10 256:23
slowed 188:16
slower 267:11,18
slowing 253:15
Smith 291:24
297:16 303:10,11
308:6,22
Smiths 291:25
Sobol 297:16
societies 71:15
Society 73:13 233:8
soft 174:13 177:3,4
Sold 167:12
solution 206:15
solve 201:3 204:17
204:18 256:6,14
somebody 12:11
38:8 39:4 52:25
56:22 67:4 68:10
72:13 88:24 94:11
112:19 135:19
161:4 174:15
181:23 188:18
214:16 218:19
239:7 249:20
250:5 251:5,23
255:3 257:14
267:19 272:7
Someone's 175:23
somewhat 142:4
son-in-law 10:4
SONIN 2:4
soon 8:25 54:19
275:3
sophomore 14:9
sorry 6:24 16:20
33:5 57:11 64:15
88:24 109:12
111:13 116:18
131:5 134:9
141:15 144:25
153:14 174:23
197:14 205:3
215:12,14 239:16
254:21 268:6
285:22 288:10
303:23

sort 8:20 90:8 91:5
91:25 161:5
sounds 168:24
south 140:14
southbound 89:18
90:2 91:6,21
Southern 234:12
speak 8:17 42:15
42:18 43:15,16
62:21 74:21 95:11
96:10 97:17
110:13 139:15
143:3 154:9
155:21 177:20
178:11 191:8
198:24 208:7
214:2,3 215:4,7
215:15 221:8
223:22 241:24
250:21 260:11
262:20 263:7,24
264:10,18 277:22
288:4 290:17
304:4
speaking 10:10
76:2 151:17
166:15 225:20
281:10 300:12
special 47:9,11
261:7,8,10 290:24
291:4,15
specific 35:15 139:8
147:21 182:19
205:11,14 217:13
239:12 272:9
277:7 290:6
specifically 37:25
174:12 265:23
272:8
specifics 97:17
240:19 241:7,24
261:19 262:7
274:12 282:12
speculate 266:18
speculation 156:19
156:21 280:5
speculative 281:8
speed 59:2 66:8

188:9,13 189:3,10
189:16,19 206:5
210:20 213:16
263:18 265:24,25
266:5,12 270:24
271:5,5,9,19
282:9,11,15,25
283:4,7,11 285:24
286:7,12
Spell 64:14,16
spend 9:13 255:5
spoke 10:9
spoken 10:11
sponsor 26:10
spots 106:14
spread 288:7
Springstead 302:12
308:19
Springsteat 302:14
Square 142:25
143:2,4
ss 306:5 310:5
SSP 116:20
SSPP 116:9,15
117:10,19 118:3
124:17 125:10
SSPP's 188:5
staff 129:6
staffing 125:17
stairs 134:24 284:7
284:13,20
stairway 284:2
stand 25:14 162:13
162:22 163:12,21
206:10 210:18
230:2
standard 233:7
243:20,21
standards 26:18
45:8,22 50:17
69:2 71:8 76:20
77:5 83:15,20,21
86:5,13,25 109:20
128:12 163:19
172:10,21 189:19
190:2,2,11,12
192:23 233:3,6,9
233:11,14 234:4

234:15 244:23
245:7 246:14
278:25
**standing** 68:17
195:17
**stands** 25:11 113:4
222:17
**STARS** 222:15,16
**start** 32:21 62:13
150:19,22,25
207:24
**started** 14:8 15:2,4
33:6 62:11 96:8
103:8 197:15
**Starting** 21:10
**state** 1:20 4:8,10
8:13 30:19 32:7
32:22 50:13 72:17
72:20 107:16
114:3 180:15
234:12 306:4,22
310:4,10
**stated** 241:9
**statement** 56:24
131:14 224:16,17
254:25
**statements** 56:17
56:21,22 60:17
67:14
**STATES** 1:2
**stating** 5:11
**station** 59:23 63:12
76:4 81:23 82:5
91:3,20 100:13
122:7 138:17
140:2,6,15 141:6
141:9,12,13,18,24
142:8 143:8 158:3
158:9,17 159:25
160:4,14,15
161:13 162:20
167:23 170:22,23
171:7,8 172:6
188:10,16 189:11
205:2,11,16,21,25
210:13,21 229:13
250:17 251:8
257:8,10 258:12

258:15,15,19
265:21 266:9,13
267:3,11,25 268:3
268:19 270:18
271:10,20 284:4
285:25 286:8
309:16,20,21
**stations** 60:8 62:14
62:18,20 63:7
64:5 89:25 93:3
99:8,13 104:19
106:17,20 107:13
122:4 137:13,17
137:17,21 138:4,9
138:24 141:21
142:11,16,17
159:11 160:2
164:16 170:11
189:4,20 193:16
193:18,20,25
201:20 202:3,4,11
203:6,14 204:2,20
205:10 206:6
224:8,21 225:5
226:14 231:13,20
231:25 232:3,7,8
232:12,18 233:20
240:14 246:4,23
246:25 247:5,13
247:21,25 248:9
256:8 257:5,16,16
257:17,20 258:6,9
258:16 275:11,14
283:22 309:9
**Statistical** 222:17
**statistically** 95:20
250:25 251:4,7
**statistics** 156:12
212:11
**stats** 133:10
**status** 181:19
292:25
**stay** 72:9 99:14
149:16,17 153:19
153:20 161:25
162:8 163:6
**staying** 149:5
**Stender** 302:20

**stenographic**
310:13
**step** 16:22 274:6,6
**steps** 83:3
**Steve** 303:23
308:23
**Steven** 299:25
301:21
**stick** 273:2,5
**STIPULATED** 3:4
3:9,14
**stop** 66:6 90:23
168:12,14 169:3
183:22 188:17
189:13 213:17
253:4,6 254:18
255:10 256:23
267:18
**stopped** 14:11
59:21 65:22 66:13
66:18 67:4,8 68:9
68:19,22 267:12
271:9,12,13
**stopping** 106:13
253:7
**store** 286:23
**straight** 141:24
**straighter** 204:3
**strategic** 186:3
**strategy** 119:21
**street** 95:8 142:6
182:10,12,14
241:17,19
**Stress** 261:4,16
**strictly** 177:21
**stride** 81:7
**strike** 55:21
**striking** 123:7
273:20 274:3
**strip** 149:16 150:4
150:6 153:16
154:3,8 163:6
284:24
**strips** 150:18 151:2
151:7 152:11,19
153:11 156:9,14
156:25 157:12,17
159:23,24

**struck** 20:6,7,7,9
43:22 123:2
161:20 177:7
212:5 274:23
**structural** 161:24
**structure** 88:3
89:20 95:6 182:4
182:4,5,8,15
**structures** 94:7
100:10 111:11
181:9,16,20
283:25 284:7,11
**STSB** 8:12
**studied** 146:24
177:10
**studies** 178:13,16
187:18,22 205:2
205:10,15,20
206:4,8,18,24
207:8,10,15,16
208:3 240:9,11,16
254:15 257:23
279:9 280:15
288:18,20,25
289:8 307:23
**study** 78:18 92:6
102:8 135:6
146:20 174:7
177:16 201:3,5,6
201:10,14,18
203:3,8,13 204:17
205:24 240:8
251:19 252:23
253:12,19,22
255:5,6,13,16,21
257:14 279:13,17
280:10,13,25
281:3,6,11,12,23
**studying** 177:15,19
**stuff** 65:6 137:2
273:8
**STV** 289:13,14,18
**subdivision** 159:8
159:13
**subject** 35:16
131:24 133:3
180:5
**submitted** 8:20,22

8:22
**subscribed** 306:18
**substance** 158:2
162:15,22
**substantive** 120:23
**substations** 107:5
**subsystem** 114:14
128:2
**subway** 22:16
46:14,21 64:5
75:17,18,25 76:4
78:4,10 79:24
81:23 82:4,12,15
89:14,20 90:18
94:21,23,24 95:19
107:9 111:19
122:7 135:7
137:12,17,21
142:16 144:21
145:24 146:12
152:5 155:19
164:25 174:5
187:24 194:21
203:19 215:7
219:8 231:12,24
232:19 233:19
246:22,25 248:12
249:3 256:8
**subways** 17:8 19:3
44:13 79:6 94:19
194:24 282:24
**Suchek** 300:14,15
**suffered** 250:24
**sufficient** 12:6
307:15
**SUFFOLK** 310:6
**suggest** 236:7
**suicide** 217:24
218:4
**Suite** 2:5,18
**Sullivan** 1:15 3:1
4:1,9 5:1,18 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1

26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1,21
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1,10,16 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1,6
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1

167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1,3,5 306:1
306:16 307:1,19

308:1 309:1 310:1
sum 157:25 162:15
  162:21
summary 168:8
  184:11
superintendent
  18:2,4,8,13,18,19
  18:24 19:2,8,9,14
  19:18 20:10,15
  21:2 22:3,13,17
  23:10,12,20 24:16
  24:20 25:18 27:25
  176:17 184:8
  214:18 264:24
  292:19
superintendent/
  21:9
superintendents
  23:3
supervise 22:23
  235:3
supervised 15:20
supervising 17:4
supervisor 10:23
  10:25 16:23 17:3
  17:15 29:7
support 107:25
  126:6 128:8 131:7
  281:6
supposed 26:21
  60:25 61:6 75:16
  80:13 81:15 88:14
  100:22 101:2
  187:21 194:14
  196:9 221:6 249:3
  250:14 259:7
  263:21 277:11
  278:2,4,16
sure 7:2 19:13
  24:13 38:24 54:11
  55:4,6,23 79:20
  84:9,23 89:5,12
  99:2 105:23 106:4
  113:16 147:8
  148:23 185:15
  186:8 200:3,7,15
  205:4 208:8
  214:11 237:20

239:22 247:10
  261:11 263:11
  276:18 284:10
  290:16
surmise 280:7
surveillance 60:9
  62:14,19 63:8
  64:4,22
Susan 133:24
Susan's 133:9,23
swear 159:5,19
sweatshirt 142:3
sworn 3:15,17 4:4
  41:8,13 267:24
  309:19
system 19:7 24:5,6
  24:7,12,13,17,20
  25:19 29:16,20,24
  44:6,9,12,16,19
  46:13,14,20,23
  47:10 53:10 54:3
  54:4 66:16 67:2
  74:18 75:17,25
  77:15 79:6,24
  80:15 82:13,15
  95:19 96:12 98:18
  100:7,7 106:3
  107:5 111:19
  113:5,25 114:3,14
  114:23,25 115:5
  115:15,16,18,20
  116:3,7,8,17,20
  117:10,12,19,22
  118:4,11 120:24
  121:17,21,24,24
  122:12 124:10,16
  124:18,20,21
  125:12,23 126:14
  126:23 127:10
  128:5 131:8
  137:10 146:5,12
  152:5 155:19
  162:18 164:25
  168:13,16,22
  169:10,18 170:14
  170:16 171:21
  172:4,10 181:5
  184:17 185:8

187:4,22 188:4
  194:21 203:19
  208:11 214:17
  215:8,18 216:20
  218:14 219:5,8,14
  219:15,17,18
  222:18 223:4,20
  227:10 232:19
  238:24 241:21
  257:6 276:24
  282:10 286:21
  290:14
systematic 115:24
systems 75:19 76:9
  77:14 78:4,11
  79:10 115:10
  122:14 123:16,18
  124:2 133:21
  135:7,17 136:22
  144:21 145:2,9,24
  191:5 209:18

T

T 3:2,2 306:2 307:2
  307:2,6,6,13,13
  308:3,3 309:3
T-A-K-Y-I 176:12
T-E-N-D-L-E-R
  294:19
T-E-X-E-I-R-A
  293:22
TA 57:3 87:3,10,20
  138:6 195:12
  258:25 272:6
  273:12 277:20
  282:23 291:12
tactile 149:15 150:4
  150:6,7,18 151:2
  151:7 152:11,18
  153:10,16 154:2,7
  156:9,14,25
  157:11,17 159:23
  159:24 163:6
  284:24
tag 131:9
take 13:16,20,23
  23:4 26:20 56:20
  56:21 68:24 69:3

69:7 70:5 78:23
83:2 101:18 136:4
146:4 167:12
179:18 186:8
201:7 221:4,22
276:21 282:4
287:10
**taken** 1:18 51:5
52:9,11 100:4
112:14 121:23
155:11 263:12
282:6 306:9
**takes** 52:12 87:10
88:20
**Takyi** 176:11
**talk** 10:14 78:17
93:2 94:25 115:13
121:10 124:16
133:22 154:10
190:19 262:21
**talked** 123:22
**talking** 17:6,7
89:19 109:24
123:5,10 124:5,7
180:25 213:11
218:5 244:3 261:2
274:3 278:17
**talks** 134:23
**tandem** 204:3
**tangent** 142:5,6
**task** 30:4,10
**tasks** 28:18 124:19
125:13,14,15,18
**taught** 50:24 51:2,9
51:9,13,15,18
52:3 70:10,14
76:23 77:3 80:18
81:4,8
**team** 177:3
**tech** 62:10 65:6
263:11
**technical** 29:22
277:14
**techniques** 115:7
118:17 127:8
**technology** 82:13
168:15 169:17
185:25 186:3,10

**tell** 10:23 13:2,4
14:16 18:12 27:16
36:22 37:11 57:5
58:25 59:9,12,15
59:18 62:6,15
65:8 95:3 98:20
102:15,17 112:6
112:13 132:11
133:12 136:17
137:24 139:24
140:18 142:2,14
142:20 145:12
153:18 158:25
183:20 197:21
198:3,6,9,12,15
199:14,18 225:10
236:24 238:19
249:14 256:6
260:22 271:20
272:3 284:5
289:10 296:19
297:19 302:3
**telling** 40:23 46:19
47:20 57:8 152:17
161:19 162:8
177:9 258:7
**ten** 211:24 272:13
272:21 273:11,22
274:13,14,15
**Tendler** 294:19
**term** 113:5 131:21
167:24 196:10,15
218:24
**terminal** 141:6
158:9,17 161:12
162:20 205:16
**terms** 6:6,19,21
52:19 77:17 78:4
82:5 113:16
114:25 119:15
123:6,7 193:12
230:12 231:14
235:8 238:17,20
238:24 239:4
240:21 244:3
246:8 247:6,6
252:20 258:19
271:4,4,5

**testified** 4:5 11:4,10
11:12,18 12:10,21
214:24 268:11
**testify** 233:24
**testifying** 166:9
**testimony** 41:8,13
108:24 109:5,8
152:25 162:5
267:24 268:8
306:9,12 309:19
**testing** 21:24 222:8
**Texeira** 293:22,23
**Thank** 65:3 109:22
135:25 186:13
264:14 305:2,4
**Thanks** 97:4
**The're** 91:11
**therefrom** 304:16
**they'd** 189:12 222:7
**thickness** 201:24
**thing** 72:11 81:6
191:24 199:18
232:14 262:25
299:11
**things** 18:12 40:24
40:25 69:14 71:16
72:16,21 79:2
80:14 92:25 124:6
136:17 145:7,21
150:3 151:6
152:16 178:18
180:9 191:23
210:5 215:17
216:6 243:2 251:4
258:21 259:20
**think** 18:17 68:15
78:25 123:20,22
129:15 131:18,20
131:22 140:8,19
157:21 177:12
179:12 183:11
208:18 219:9,9,10
236:24,25 237:20
237:21 254:12
268:22 293:11
297:21 299:2
301:18,23 302:14
303:17 304:9

**thinking** 218:3
**thinner** 201:16
**third** 16:13 134:3
212:11 220:11,14
250:23
**Thomas** 260:25
299:5 301:18
**thorough** 57:19
58:5,9 70:3
275:17 278:8
279:18 281:13,22
**thought** 123:23
177:8 236:21
273:21
**thoughts** 131:16
**thousand** 18:16
**thousands** 212:15
212:16 272:19
274:8
**three** 60:14 119:5
120:5 125:14
150:3 151:5 153:6
153:6 222:12
246:8
**throw** 220:5
**thrown** 275:19
**TID** 167:20,22
**TIDs** 169:8,17
231:9 240:4,20,25
241:10,21 242:3
**tie** 168:16
**Tim** 11:3 101:24
102:2 180:2
237:16
**time** 3:11 6:12 7:12
9:13 12:21 35:24
37:20 55:16 56:2
62:8,16 66:13,18
67:4,9 68:9 71:23
71:23 97:6 101:21
106:15 108:9
109:17 115:9
134:14 142:25
143:2,4 150:21,24
151:4 155:18
156:4 158:11
160:14 162:10
171:24 189:13

195:5 205:16
208:25 217:21
221:8,12,14,20,23
222:11 234:14
242:6 262:4
267:12 271:9,13
272:14 275:5
276:9 304:19,24
305:8
**times** 11:7,10,12,18
12:10 36:16,22
40:7 41:23 99:18
107:20,24 108:3,6
108:11 182:23
224:2 243:25
244:7 272:11,13
272:21 273:10,11
273:12,22 274:7
274:14,15 275:25
277:18,21
**Timothy** 298:21
**Tina** 180:12,23
181:13
**TIRS** 219:13,19,22
**title** 15:9 16:8,17
17:13,22,23 24:3
24:4 184:7 185:21
249:12
**titles** 214:19
**today** 5:21 9:11
10:12,20,24 11:2
130:16,23 166:9
236:13 304:13
**today's** 8:2 9:7,14
9:17 198:10
**told** 40:25 41:17
68:21 69:21,23
111:19 149:20,22
152:15 165:5,15
170:11 182:17
186:25 191:3
197:14 211:17
228:7 232:10
243:19 247:19
269:15 295:24
303:17
**Tom** 173:16,17,17
173:18,22,24

177:2,2,11,14,20
177:24 178:11
185:20 186:2
199:24 229:21
296:17
**Tony** 198:25
**Tonya** 298:9
**top** 130:10 137:7
149:19 179:25
184:3 208:10
212:13 241:16
293:3
**total** 8:17 43:16
**track** 15:11,12,16
15:24 16:3,23
17:3,4,5 18:15,15
18:15 23:4 29:12
43:21,22 88:19
89:11 104:14,17
108:4,6,9 124:13
129:21 134:4,25
134:25 135:4
136:20,21 137:9
139:13,14,22,24
167:19 168:10,23
170:5 171:8,15
172:5,14,20 173:9
178:20 181:5
182:13 205:25
209:25 210:14
216:16,22 217:6
218:9,9 219:23
220:2,4,17,21
223:13 229:7
232:11 241:21
249:22,22 250:18
252:9,11,14,14,18
252:18 253:2,2,21
255:9,9,23 257:5
267:5 268:2,2
309:17,21,21
**tracking** 120:14
**tracks** 17:6,7 42:7,8
88:8,10,15,16,18
88:22 91:15,18
92:9,16,22 93:3
93:10,22 94:4
95:17,24 108:20

135:13 138:12,25
139:5,21 149:23
165:9 167:4
170:24 173:9
205:18 217:19
218:20 220:6,20
223:3 229:13
232:11 251:6
252:5 267:4
309:17
**trade** 71:15 72:7
76:20
**traffic** 247:7
**train** 12:12,22 17:7
19:21 20:3,7,9
22:22,24 39:4,5
39:12 57:4 58:24
59:3,10,21,25
60:3,8 62:2 65:22
66:5,8,10,13,18
67:3,8 68:8,19,22
69:13 70:4 88:4
88:15,18,19,21
90:23 91:18 92:16
92:22 93:2 104:4
104:11,17 105:7
105:12,20 107:2
107:10 123:2,7
135:12 138:12
144:4,16 153:21
158:3 161:20,22
162:14 165:8,16
167:4 168:3,11,13
168:21,25 169:2,7
169:10 170:21
171:6 172:4
174:14 176:16
188:10,24 189:11
189:12 193:16,18
193:19,25 198:17
202:19 210:21
211:12 217:24
218:13 219:13,19
219:20 222:6
224:8 232:18
247:7 250:6,12,16
251:6,6,7,13
259:11,12,13

260:10 261:3,9
262:9,16,19
263:18 265:20
266:8,22 267:5,10
267:17,22,25
268:3,14 270:7,10
270:11,17,21,24
270:25 271:12,19
271:22 272:10,23
273:13,18 274:16
274:17,20,21,22
274:24 275:19
285:24 291:12
309:18,20,21
**trained** 52:3 70:10
76:23 77:3 80:18
81:4 262:20
**training** 15:15,18
15:21,23 17:10
20:14,18,21,21
25:19,21 27:2,3,6
70:8 244:11 255:4
262:16 279:5
**trains** 14:3 19:2,3
23:21,22,22 38:25
44:21 65:4,10
67:6 87:20,21,24
95:2 103:5 128:24
134:25 135:9,11
149:19 152:22
153:23 154:17,18
155:5,18,25 169:6
173:3 174:5,8
177:3,4 188:15
189:3,20 206:5
211:19,25 212:12
212:16,22,22
228:7 235:22
251:20 253:4,7,15
253:21 254:19
255:10 256:21,24
262:15,18 274:4
282:10 286:8
**transcript** 4:16
7:12 306:9,11
310:11,12
**transcripts** 12:9
307:16

**transit** 1:7,16 2:11
8:21 9:5 10:15,19
11:8,21,24 14:17
15:2,5,10 18:20
19:10,15,18 20:11
20:15 21:2,7 24:8
24:10,13,22 25:2
25:16,23,25 26:10
26:14,18 27:15,16
27:22 28:7 29:2
29:13 30:17 38:9
38:17 39:2 44:12
48:10 50:3,25
51:10,19,23 52:17
52:24 53:4,22
56:14 62:5,13
64:4 67:5,7 69:7
70:9,10,17 71:6
71:13 72:5 73:5
74:4,17 75:9,15
75:24 76:3,8,9,15
76:24 77:4,7,15
77:22,23,25 78:3
78:9,12,15 79:4,6
79:10,16,18,23
80:4,8,13,19 81:5
81:12,14,22 82:2
82:4,10,12,19
83:2,5 84:8,23
85:7,17,22 86:7
88:14,19 92:7
93:19 94:2 96:8
98:17 99:19,21,24
100:6,18 102:5,23
103:5,8,21 104:3
104:5,10 105:17
106:16,25 107:4
107:12 108:16,25
108:25 109:24
116:7 130:7
131:19 132:11,14
132:24 135:7,15
135:20 139:11
145:25 146:20
147:2,3 149:7
151:23 152:19
153:9 154:3,19,22
155:2,4,8,16,18

155:23 156:11,22
157:4,10 160:23
169:12 184:7
186:2 187:3,12,24
188:4 189:24
190:9 191:4,6,9
191:13,16,22,24
192:5,6,12,20
193:2,5,9,18,22
194:2,3,7,13
197:15 199:2,7,11
201:22 202:3,15
202:23 206:13
208:24 209:11
211:10 212:15
213:3,7,15,19
214:6,20 215:13
215:15 216:5,11
216:15 218:8
219:24 224:8,19
227:10,15 228:15
228:19,25 229:6
229:10,17 231:24
232:22 235:21
243:7 244:8,12,18
244:24 245:8,23
247:12,23 248:9
251:25 252:3,13
252:17 253:11
254:16,23 260:16
260:25 263:21
264:6,16,21 265:9
269:7 271:2
272:21 273:11,22
274:9 276:8
277:11,18,25
278:15 279:8
282:20 283:20
285:12,18 286:5
287:19,20 289:11
291:21,23 292:4
295:9,16 303:5,12
303:20 307:20
309:11
**Transit's** 216:22
246:2
**Transport** 21:23
**transportation** 1:8

8:10,12,13 13:24
13:25 14:24 25:12
30:14,20 32:8,23
70:11,17,24 71:6
71:13 72:3 73:10
73:20 74:3 75:19
76:4 77:9 81:6
82:19 83:25 84:8
84:22 85:6,12
86:6 87:3,9 144:5
180:16 189:23
190:8 192:11,19
222:18 237:24
242:13,25 243:6
243:22 245:7,14
246:13 279:7
**trash** 220:6
**trauma** 260:12
261:8,10
**traumatic** 260:9
261:4,15
**traumatizing** 261:3
**travel** 145:6
**traveled** 145:5
**traveling** 147:23
**treated** 52:17
**trends** 31:12
**trespasser** 218:10
218:21,24
**trespassers** 218:7
218:23
**trial** 3:12 7:13
11:14,17,20
**trip** 289:18,20
**truck** 154:17
**true** 6:13,15 29:13
38:9 41:3,4,12,16
44:16,22,23 45:3
45:6,13,17,20
46:3 47:6,16 52:6
52:7 57:17,18,20
57:22,24 58:2,4,6
58:22 59:13,14,16
59:17,19,20,22
60:4,6,7,10,13
62:16,17,20 72:3
72:4,18,19,23
73:23 74:2,9,15

74:18,19,24 75:2
75:3,7,8 80:20
83:11,13,16,18,23
84:4 86:15,24
87:17,19 114:8,9
114:12,19 116:5,6
116:11,14,17,18
116:18 117:6,9,18
117:23 118:2,5,8
118:12,15,20,23
118:25 119:4,9,10
119:13,17,20,23
119:25 120:4,7,10
120:14,16,22
121:4,9,15,19,20
122:2 126:2,4,9
126:11 128:15
148:9 152:12,23
154:5,20,21,23,25
155:5,7,12,14
156:15,17 168:14
169:3 170:12
172:16 174:5
189:20 195:13
203:24 209:22
212:23,25 215:19
215:20 224:24
234:19 242:11,12
242:15 244:9,10
251:24 252:19
278:4,16,18,21,23
279:3,6 281:8
306:11,13 310:12
**truth** 57:5,8
**truthful** 96:25
**try** 18:16 36:10
88:7,13 160:13
191:16 256:14
**trying** 23:20 72:10
217:19 274:5
**TSI** 27:12,21
**tunnel** 90:11
**turning** 25:9
**TV** 170:16 171:6
210:11 229:11
**twice** 11:11 37:11
**Twitter** 56:8
**two** 11:12,18 15:20

15:21 16:5 17:15
17:19 18:16 29:7
55:11 66:22 89:21
95:5 97:11,16
118:24 120:2
125:13 168:9
179:8 182:6
219:12 222:12
241:17,20 284:23
**type** 15:6 39:22
46:4,8 59:15
87:14 170:6,10
174:13 191:24
202:4,5 258:14
**types** 59:4 103:5
123:15 135:21
136:17 201:20,21
202:18 206:18
257:16

_____

**U**

**U** 3:2 4:2 307:13
309:3
**U.S.A** 209:19
**Um** 65:5
**umbrella** 64:24
132:19
**unable** 6:15,16
**unacceptable**
114:17 121:14,18
**unauthorized**
124:12
**underground** 88:8
89:24 90:7,11
91:4,5 93:2,3
**underline** 175:6,7
**underneath** 90:19
182:4
**underpasses** 89:16
**understand** 5:23
6:3 51:16 55:20
96:17 101:20
191:10 193:23
212:8 226:8
280:20
**understanding**
28:14,15,16 138:2
138:8,15 287:14

understood 6:2,16
19:13 257:13
**undesirable** 114:17
121:14,18
**uniform** 26:12
104:4
**uniformed** 104:11
105:12,20 107:2
**unions** 263:14,17
**unit** 18:8 19:11
24:22,24 29:2
64:24 292:2
**UNITED** 1:2
**unknown** 149:15
**unnecessarily** 84:2
85:23 86:8,14
87:4 193:6 243:7
243:23 244:14,19
245:2 281:24
**unnecessary** 84:2
85:6 243:14,17
245:23
**unprofessional**
305:6
**unrelated** 91:19
**unreliable** 281:7
**unsafe** 195:7
**update** 180:25
**updates** 180:6
181:8
**upfront** 13:2
**urgent** 87:11 213:8
**use** 69:21 73:22
82:13 84:15 105:4
110:16 113:5
114:20 120:5,8
130:11 133:8
150:25 171:15
204:9 210:24
211:3 215:22
216:7 217:25
218:16 240:23
244:2,9,13,18,25
247:12 248:5,23
262:2 273:24
**uses** 69:24 103:5
150:10
**usual** 181:2

**utilization** 156:24
**utilize** 172:3
**utilized** 123:16
160:24 219:4

_____

**V**

**V** 4:2
**vaguely** 199:13
200:15 274:11
292:16 296:18
299:23 302:3
**valid** 58:10 96:25
194:5
**validity** 57:13
279:14,18
**variables** 221:10
257:9 264:12
**various** 13:14
276:23
**vary** 222:10
**vehicle** 12:20
124:13
**venture** 109:18
**verification** 127:3
**version** 48:14
**versus** 104:25
**vibration** 182:8
**vice** 29:19,23 30:2
64:12,18 101:25
102:5 208:16
**vice-versa** 90:3
251:21
**victim** 270:21
**video** 60:11,16
61:18,19,23 63:4
67:12
**videos** 60:6 170:12
170:13,15
**videotape** 6:25 7:7
7:20
**videotaped** 7:6,9,14
**videotaping** 7:4
**view** 213:7
**viewing** 262:16
**views** 218:9
**violate** 218:5
**violated** 192:22
250:11 270:10

**violates** 167:25
189:24 190:13
**violating** 192:14
270:9
**visible** 63:5
**visualize** 140:17
**visually** 150:7
153:17
**volume** 62:20 247:4
247:4,9,10,13,13
**voluntarily** 252:9
**Vos** 298:25
**vote** 34:8

---
**W**
---

**W** 306:2 307:2
**W-I-L-L-E-M-A-N**
294:4
**wait** 36:2 163:8
**waiting** 148:15
166:20 250:9
**waive** 5:7
**waived** 3:7
**waivers** 231:19
**walk** 144:10
**walking** 138:19
**walkway** 92:21
93:11,23 94:13
95:19
**walkways** 87:25
88:2 89:10,25
90:5 91:19,24
92:11 93:4 94:6
98:5,8 108:18
111:18
**walls** 90:20 162:7
163:3,22
**want** 11:9 44:20
55:23 56:10 67:6
75:24 84:6 94:25
113:15,16 167:9
186:6 190:21
208:7 214:5
215:16 225:24
228:4 237:11,12
247:18 248:20
255:7 275:2
**wanted** 79:14,19

207:21 248:24
282:14 289:21
**wants** 76:3 96:2
**warning** 120:8
149:12 157:24
161:8,9,25 163:11
163:22 168:3,11
**warnings** 161:5
163:19 164:11,15
215:25
**warranted** 197:11
**Warten** 260:13,21
260:24
**Washington** 32:17
**wasn't** 20:20,20
98:13 109:17
110:19 111:24
184:23 218:3
225:10 226:7
268:13
**watch** 161:13
**way** 26:25 32:2
49:22 50:10 57:10
58:13 72:24 79:24
88:7,13 96:13
100:17 102:20
106:24 109:23
110:19 113:18
132:4 133:18
138:23 141:21
142:8 145:23
150:11 157:23
164:23 168:21
171:20 182:10,16
185:12,20 190:7
216:10 218:12,19
219:23 220:15
222:14 237:23,25
238:12,15 243:2
253:6,13 254:17
255:17 256:14,21
258:24 259:16
264:15 265:8
275:16 304:20
307:19
**ways** 75:15 191:12
254:17
**we'll** 34:7,23 107:8

129:20,25 130:11
**we're** 5:25 7:10
8:25 17:6,7 24:7
34:18 78:24 79:20
113:16,18 123:9
124:5,6 129:22
130:4,21,22 134:5
148:15 161:2
162:3 250:4
264:22 271:18
**we've** 97:12 175:14
210:5 236:12
237:16 268:21
**week** 25:25 31:3
183:5 275:6
**weeks** 15:20,21,21
32:13
**weight** 201:12
204:19
**well-being** 262:9
**went** 18:20 21:6,7
41:25 96:11 143:6
146:23 147:15,18
147:20 148:5
155:21 177:12
184:24 207:13
214:14 263:9
271:6 283:11
288:23 289:19
**weren't** 244:6
**whatsoever** 157:18
205:15
**WHEREOF**
310:14
**wide** 138:17 143:7
162:18 184:17
185:8 284:23
**width** 204:18
**widths** 203:23
**Willeman** 294:4
**William** 186:17
298:12
**wind** 267:4 309:17
**Winton** 295:7,8,8
308:8
**wish** 96:19 131:12
**wished** 104:3
**Wisnic** 102:2,24

307:20
**withdrawn** 32:3
98:5 206:15 207:6
226:11
**witness** 1:16 4:3,9
4:12 56:23 79:21
140:9 166:7,9,21
261:8,10 304:14
305:7 310:14
**witnesses** 56:15
67:23
**woman** 5:19 159:4
260:20
**word** 50:14 55:23
55:24,25 84:15,16
99:4 113:18
114:20 209:8
217:25 240:23
273:24
**words** 31:23 47:14
63:7 72:12 87:10
91:20 105:7
110:15 111:4
168:23 185:23
188:15 202:10
245:18 249:20
252:10,22 256:3
257:3 259:25
275:8 309:5
**work** 15:2,4,7
16:12,12 17:5
19:2 23:22,22
30:4 39:2 50:3
74:16 96:8 108:3
138:5 176:16
195:8 198:25
199:7,11 205:9
222:3 237:9
241:21,24 256:8
257:4 261:17
**worked** 14:17
29:11 106:15
187:2 211:5
**worker** 15:11,13,16
15:25 16:4
**workers** 17:5
263:14
**working** 23:21 29:9

102:12,14 112:9
132:18,24 199:17
229:22 242:4
302:2
**works** 61:11 102:4
187:11 294:16,16
294:17 303:20
**world** 26:4,8 70:13
75:17,19,25 76:5
76:10,25 77:5,14
78:11 82:16
144:21 145:3
147:25 148:2
209:19 215:19
**wouldn't** 21:15
33:18 95:25 159:5
159:19 167:7
173:13 175:22
202:5 211:3 212:4
224:4 230:12
256:18 266:21
289:6
**wound** 139:13
**write** 50:6,8 56:24
**writing** 49:23
**written** 20:24 27:5
27:23 47:22 51:14
51:18,24 52:4
56:14 60:17 63:6
117:14 158:7,15
260:24 281:21
282:15
**wrote** 176:4
**wtill** 295:23

---
**X**
---

**x** 1:3,10 307:2,6,6
307:13 308:3
309:3
**xxxxx** 3:21

---
**Y**
---

**Y-E-E** 300:7
**yeah** 24:5 28:25
39:19 55:11 62:12
89:4 91:2 113:23
131:9,20,22
136:12 159:10

171:19,19 173:5
175:17 176:4
178:3 182:22
184:19 200:6,7
202:6,20 208:17
212:13 218:3
219:16 231:16
232:5,20 242:23
247:3,9 251:16
256:2 266:4
272:25 284:10
286:18 295:4,5,8
298:23 302:2
304:2
**year** 15:12 18:25
23:16 26:11 37:10
37:11 39:25 40:6
40:7,10,12 43:9
43:14,19 62:4
93:24 95:5 96:16
96:21 101:14
161:20 185:5,6
197:15,16 211:19
211:20 214:8
235:22 275:6
**yearly** 39:23 46:4
**years** 13:6 14:19
15:5 16:6 19:6
23:24 28:8 62:11
71:22 73:5 93:15
96:9,21 97:12,16
97:16 98:16 102:3
103:7 137:22
139:11,16 171:16
182:6 184:21
193:16 211:24
212:14,19 219:24
224:7 232:24
234:18,18 246:8,9
254:16 272:18
283:9
**Yee** 300:7,8,9,10
**yellow** 19:3 149:15
149:17 163:6
284:24
**yep** 14:15 23:22
91:22 113:10
144:19 172:13

219:16 220:3
238:14 256:3
293:23 295:23
**yesterday** 268:12
**York** 1:2,7,11,16
1:20 2:6,12,12,18
2:18 4:13,13 8:13
8:20 10:15,18
11:8,21 12:22
24:8,10 25:2 26:5
27:22 30:19 32:7
32:22 38:8,17
48:10 50:3 51:19
51:23 53:3,22
70:9 75:16 76:8
77:7,15 79:23
80:8 81:24 82:4
82:12,15 85:22
86:6 131:19
132:11,14 135:7
137:13,17 138:5
144:15 145:25
164:24 187:3
188:4 192:12,20
193:22 203:18
209:19 216:14
227:10 233:13,17
233:20 246:22
247:23 260:25
291:23 295:16
303:5,11,19 306:4
306:22 310:4,10
**Yorker** 215:6,6
**young** 5:19
**younger** 287:8

**Z**

**zero** 94:23,23
165:23
**zoom** 1:10,13 141:9

**0**

**0000**7648 175:7
**07** 184:25
**08** 184:25 185:2
**09** 185:3

**1**

**1** 2:5 130:5,15,18
130:23 133:4
307:8
**10.28.1** 194:20
**10.281** 48:25 49:7
**10.282** 48:16
**10:00** 1:12
**100** 55:16,25
**10004** 4:13
**10016** 2:18
**102** 307:21
**10271** 2:12
**10458** 2:6
**111** 309:7
**11740** 129:20
**12** 206:15 307:16
**12-9** 12:14 19:25
20:3,5 21:13,18
33:20 34:17,20
35:15 36:12,13
39:25 40:9,14
41:5,21 42:21
46:7,11,14,16,22
57:8,11 60:15
61:19 69:8 92:23
94:10 112:18
154:4 157:2
165:23 169:3
182:17 221:3
258:24 259:10
261:24,25 262:24
265:9 269:11,13
272:5,19 274:8
275:2 276:9
290:15,25
**12-9's** 20:12 35:2,5
35:7 36:17 37:7
37:12,21,24 39:17
40:18,20,21,23
41:11,15 43:9,14
43:19 44:8,10,20
46:6,9,25 53:5
69:4 93:24 94:6
96:5 97:7,23
98:22 99:14,16,22
100:21 102:9,11
108:20 111:19,21
112:3 136:3,15,19

137:5 139:3
143:10,13,19
147:13 148:8,13
149:3,8 151:8,12
151:24 152:12,21
153:11 154:13
156:15 157:6,12
157:19 166:23,24
167:15 170:6
177:22 182:24
185:13,17 188:8
189:13 197:19,23
198:2,5,8,11
201:4,7 206:11
209:2 213:11,17
214:21 215:11
220:24 223:16,18
223:21,25 225:10
230:9,24 231:10
234:23 235:2,5
236:9 237:3
238:25 239:9,15
240:17,21 241:2,9
252:19,25 253:6
253:13 254:17
255:7,17 263:22
264:4,7,15 274:4
275:7,9,13 276:3
276:6 277:4,7,8
285:7,13 290:16
**12-9s** 185:9
**120** 2:12 184:17
**12080** 179:5
**12081** 179:6
**128** 224:7
**130** 307:8
**13th** 2:12
**15** 23:23 41:24 42:2
48:20 133:2
182:17,21 211:24
212:5
**150** 40:11 211:18
235:22
**16** 208:13,14
**17** 211:25 212:5
**17-CV-04550** 1:5
**170** 211:18 235:22
**174010** 183:7

**175** 40:11 307:9
**178** 307:23
**179** 307:10
**183** 307:11
**1850's** 211:6
**1850s** 173:3
**1904** 234:8
**1905** 234:8
**192** 2:18
**1950's** 234:8
**1980's** 234:9
**1991** 15:14 16:3
93:13 197:17,18
**1993** 16:7
**1995** 16:16,24
**1999** 18:5

**2**

**2** 1:12 4:12 158:18
174:22 175:6,8,10
175:11,15 306:10
307:9
**20** 41:24 42:2 97:18
176:25 183:2
226:14 309:9
**20's** 152:8
**200** 171:16 185:8
185:11
**2000** 152:2 197:18
197:22
**2000's** 234:9
**2005** 197:22,25
**2007** 18:17 19:15
19:16,16 21:10
**2008** 23:17,17
184:2,18
**2010** 23:18,19,23
101:16,19,21
194:20 197:25
198:4
**2012** 216:17 261:2
**2013** 176:15,16
**2014** 19:7 24:2
48:24
**2015** 18:5 198:4,7
**2016** 18:6 19:11
28:22,24 32:24,24
33:6 36:12 48:23

49:11 96:11,16,21
96:25 97:6 158:13
158:18 160:5
163:16 193:14
194:8 198:7 208:4
208:12,18 216:17
224:7,24 225:6
226:11,12 234:10
309:8
**2017** 19:11 32:24
208:19
**2019** 48:20
**2020** 176:18
**2022** 1:12 306:10
306:19 310:15
**208** 308:5
**226** 309:10
**227** 309:13
**24** 31:3
**25** 62:11 183:2
**25th** 310:15
**266** 309:18
**267** 309:21
**27** 224:21 225:4
240:13
**292** 308:6
**293** 308:7
**295** 308:8,9
**296** 308:10,11
**297** 308:12,13
**298** 308:14
**299** 308:15
**2nd** 49:11 158:12
160:5 163:16
224:24 225:6
226:12 309:8

---

**3**

**3** 179:13,15,18
307:10
**30** 14:19 15:5 28:8
62:11 73:5 96:8
98:16 139:11,15
212:14,19
**30's** 152:9
**300** 308:16
**01** 308:17
**302** 308:18,19,20

---

**303** 308:21,22,23
**3rd** 194:20

---

**4**

**4** 90:24 105:8
183:10,15,19
307:11
**40** 40:6
**472** 224:8
**49** 307:18

---

**5**

**5** 90:24 105:8 307:4
**5:30** 305:8
**50** 40:6 207:9 246:9
**50th** 241:17
**55** 14:22

---

**6**

**6** 105:8 140:20
141:3,17,23
150:12
**60** 104:2,14
**60s** 155:22

---

**7**

**7** 31:3 142:23
**75** 14:10,13 93:14
103:25 104:13
234:18
**7648** 174:23,23
175:16
**77** 217:2,6

---

**8**

**802** 2:18

---

**9**

**90'ss** 234:9
**907** 2:5
**91** 16:5
**93** 16:5
**95** 16:16,25
**97** 16:25 167:11,13
**98** 16:25 17:17
**99** 17:17 167:10,11
167:13

---