1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
LUISA JANSSEN HARGER DA SILVA,

                    Plaintiff,


       -against-

                       1:17-CV-04550 FB-CLP


NEW YORK CITY TRANSIT AUTHORITY,
METROPOLITAN TRANSPORTATION
AUTHORITY, and RAQUIA SHABAZZ,

                 Defendants.

-------------------------------------X


                 August 10, 2022
                 10:19 a.m.


         RECORDED DEPOSITION VIA ZOOM
VIDEOCONFERENCE of THOMAS F. PRENDERGAST, a
Nonparty Witness herein, taken by the Plaintiff,
pursuant to Article 31 of the Civil Practice Law
and Rules of Testimony, and Subpoena, held at
the above-mentioned time, before Donna L.
Ritzmann, a Shorthand Reporter and Notary Public
of the State of New York.

2

```
 1
 2   A P P E A R A N C E S:
 3
 4        ROTH & ROTH, LLP.
              Attorneys for Plaintiff
 5            192 Lexington Avenue - Suite 802
              New York, New York 10016
 6
          BY:  DAVID A. ROTH, ESQ.
 7
 8
          SONIN & GENIS
 9            Attorneys for Plaintiff
              One Fordham Plaza - Suite 907
10            Bronx, New York 10458
11        BY:  ROBERT GENIS, ESQ.
12
13        LANDMAN, CORSI, BALLAINE & FORD, P.C.
              Attorneys for Defendants
14            120 Broadway - 13th Floor
              New York, New York 10271
15
          BY:  ANDREW P. KEAVENEY, ESQ.
16
17   ALSO PRESENT:
18        DENISE ROZZA, ESQ.
          NYCTA
19
20
21
22
23
24
25
```

3

1

2

3                    FEDERAL STIPULATIONS

4

5            IT IS HEREBY STIPULATED AND AGREED by

6    and between the parties hereto, through their

7    respective counsel, that the certification,

8    sealing and filing of the within examination

9    will be and the same are hereby waived;

10           IT IS FURTHER STIPULATED AND AGREED

11    that all objections, except as to the form of

12    the question, will be reserved to the time of

13    the trial;

14           IT IS FURTHER STIPULATED AND AGREED that

15    the within examination may be signed before any

16    Notary Public with the same force and effect as

17    if signed and sworn to before this Court.

18

19

20

21

22

23

24

25

4

1

2          THE COURT REPORTER:  Will

3     counsel please stipulate on the

4     record that in lieu of formally

5     being in the presence of the

6     witness, and swearing him in, the

7     reporter will instead remotely

8     swear in the witness, and that

9     Counsel will not object to the

10    admissibility of the transcript

11    based on proceeding in this way,

12    and that the witness has verified

13    that he is, in fact, Thomas F.

14    Prendergast; will Counsel

15    stipulate to that?

16          MR. GENIS:  So stipulated.

17          MR. KEAVENEY:  So

18    stipulated.

19          MR. ROTH:  So stipulated.

20          MR. GENIS:  Okay, and it's

21    now 10:19.

22  T H O M A S    F.    P R E N D E R G A S T,

23    the Witness herein, having been first

24    duly sworn by a Notary Public in and of

25    the State of New York, was examined and

5

1                    T. F. Prendergast

2          testified as follows:

3     BY THE

4     COURT REPORTER:

5          Q      Would you please state your full

6     name for the record.

7          A      Thomas F. Prendergast.

8          Q      What is your current address?

9          A      4 Tillman Lane, Brewster, New York

10    10509.

11    EXAMINATION BY

12    MR. GENIS:

13                    MR. GENIS:  Okay.  Good

14                    morning, Mr. Prendergast.  My name

15                    is Bob Genis.  I represent a young

16                    woman who lost her arm and her

17                    leg.

18                    I'm going to be asking you

19                    some questions today.  If there's

20                    anything I ask of you that you do

21                    not understand, please say so, and

22                    I will rephrase the question,

23                    otherwise, if you answer the

24                    question, we're going to assume

25                    you understood it.

6

```
 1                    T. F. Prendergast

 2        Q      Do you understand everything I've

 3   said so far?

 4        A      Yes.  If you could speak a little

 5   louder it would help me 'cause --

 6        Q      Sure.

 7        A      -- audio-wise it's a little weak.

 8   Okay?

 9        Q      Sure.  Okay.  Let me see if I can

10   turn the volume up a little on my end at least.

11              Is that any better now?

12                   MR. KEAVENEY:  Yeah, Bob,

13              it's just an audio issue on our

14              end.

15                   MR. GENIS:  Oh, okay.

16                   MR. KEAVENEY:  So that's

17              the problem, so if you could just

18              speak louder, not, you know --

19                   MR. GENIS:  All right.

20              Fine.

21                   MR. KEAVENEY:  We're trying

22              to have it fixed, but --

23                   MR. GENIS:  Okay.

24                   MR. KEAVENEY:  -- continue.

25                   MR. GENIS:  Thank you.
```

1                    T. F. Prendergast

2          Q      And, sir, I may ask you at times

3     to move things along yes or no or true/false

4     questions, if you could please just answer yes

5     or no or true or false, and if you're unable to

6     do so, just say you cannot do so, and this way

7     we can move along a little quicker, okay?

8          A      To the extent I can answer it yes

9     or no, I will, absolutely.

10         Q      Okay.  And as I say, if you can't,

11    just say I can't.  Understood?

12         A      Yes.

13         Q      Agreed to?

14         A      Yes, to the extent that I can

15    answer the question yes or no, I will.

16         Q      Okay.

17                And if I ask you a direct

18    question, would you just kindly give me a

19    responsive, direct answer without adding or

20    editorializing, it just makes it take longer if

21    you do that, can you do that also, please, sir?

22         A      Yes.

23         Q      Thank you.

24                And, sir, have you ever testified

25    before?

8

                    T. F. Prendergast

1

2        A       Yes.

3        Q       How many times?

4        A       Over 20.

5        Q       And over the 20 times you've

6    testified before, were any of them at trials?

7        A       No.

8        Q       The 20 times that you've testified

9    before, were they in depositions like this or

10   something else?

11       A       Depositions.

12       Q       And how many times have you

13   testified in depositions for personal injury

14   cases where somebody claimed that they were

15   killed or injured because of negligence?

16       A       I don't recall any.

17       Q       Okay.  What, if anything, did you

18   review to prepare for today's deposition?

19       A       Didn't review anything.

20       Q       Okay.  Did you do anything to

21   refresh your memory about anything?

22       A       No.

23       Q       Okay.  I'm going to go through

24   your background first and then I'm going to get

25   to other topics.  I'm going to try, where

9

```
 1                    T. F. Prendergast
 2    possible, to give you the topic just to move it
 3    along.
 4                    First thing I'm going to ask your
 5    educational background.
 6                    Can you please tell us your
 7    educational background?
 8         A       I have a degree in -- Bachelor's
 9    of Science Degree in Systems Engineering with a
10    Specialization in Urban Transportation from the
11    University of Illinois at Chicago Circle.
12         Q       So are you a licensed engineer,
13    sir?
14         A       No, I am not.
15         Q       Okay.  The degree that you have,
16    is it in engineering itself or something else?
17         A       It's in engineering, it's a
18    Bachelor of Science in Engineering.
19         Q       Are you a mechanical engineer,
20    civil engineer or something else?
21         A       I'm a systems engineer.
22         Q       Okay.  What is systems
23    engineering?
24         A       Systems engineering is a
25    discipline that was created in the 60's or 70's
```

10

1                    T. F. Prendergast

2    when the space program was in its evolutionary

3    stage and the Department of Defense was putting

4    in missile silos and there was concern about

5    even if each individual engineering discipline

6    did their jobs correctly, civil, um, Geotech,

7    um, mechanical, all the different disciplines,

8    in the design and building of a complicated

9    system, like a NASA missile system or a

10   intercontinental ballistic missile system, that

11   if someone didn't make sure all those

12   disciplines were tied together and integrated,

13   you could have an undesired event.  "Undesired

14   event" in the form of a missile would be in

15   inadvertent launch of a missile; "undesired

16   event" in the space program was failure of a

17   mission, catastrophic failure stranding people

18   in space.

19          Q    So you're the quarterback?

20          A    I wouldn't -- I wouldn't -- I

21   wouldn't use that term.

22          Q    Okay.  And you also had a

23   specialty in Urban Transportation?

24          A    Yes.

25          Q    Okay.  And after you got your

11

1                    T. F. Prendergast

2    degree and your Bachelor of Science, did you

3    have any further education?

4         A     I believe I took one graduate-

5    level course after entering the workforce with

6    the University of Illinois, but it was only one,

7    and it was within the first two years of my

8    career.

9         Q     Okay.  What was that class in?

10        A     I -- I don't remember, it was one

11   of the requisite classes for a graduate degree

12   in Engineering.

13        Q     Okay.  But you -- did you pursue

14   your graduate degree in Engineering?

15        A     No.

16        Q     Okay.  Other than that, have you

17   taken any other classes or programs or

18   certifications after you got out of college?

19        A     I took a course offered by the US

20   Department of Transportation, uh, sponsored by

21   the Urban Mass Transit Administration focusing

22   on System Safety and System Assurance.

23        Q     And that System Safety class given

24   by the US Department of Transportation, when was

25   that?

12

T. F. Prendergast

1

2     A      Um, don't know the exact year, but

3     it was probably '75 or '76 in Oklahoma City.

4     The Transportation Safety Institute, US DOT.

5     Q      Got it.  Anything else?  Any other

6     classes, certifications, programs, anything

7     else?

8     A      I can't recall.

9     Q      Did you ever go to some sort of

10    program for state and local Government

11    executives?

12    A      Yes.

13    Q      And what was that?

14    A      There was a program offered by

15    Harvard, it was for states' and, uh, local

16    Government executives, um, in Cambridge.  Um,

17    and it was provided for people at the state or

18    local Government level across the entire

19    country.

20    Q      Was that like a one day, one week,

21    one month, one semester, how long was that

22    class?

23    A      I believe it was two weeks and

24    then you came back for another two weeks, but I

25    could be wrong, but it was at least two weeks, I

13

1                    T. F. Prendergast

2    definitely know that.

3        Q      And when was that, approximately?

4        A      Pardon me?

5        Q      When was that, approximately?

6        A      Probably in the 91-92 timeframe.

7    I was Senior Vice President of subways at the

8    time, so that's why I say that, and that was

9    from '90 to '94, so it's in that timeframe.

10       Q      Did you get any kind of

11   certificate or license as a result of doing

12   that?

13       A      No license, but a certificate of

14   completion I'm reasonably sure.

15       Q      Okay.  I'd like to get into your

16   work experience.

17              So what year did you graduate

18   college, sir?

19       A      I graduated in December of 1974.

20       Q      And tell us your work history as

21   it relates to either engineering,

22   transportation, things of that nature.

23       A      Immediately before I graduated, in

24   the summer before that last -- I went to a

25   school that had quarters, not semesters.  I was

14

1                        T. F. Prendergast
2      an intern at the Chicago Transit Authority, paid
3      for by the US Department of Transportation.
4      They had a program where they offered
5      internships for students that were in the
6      transportation field.  So I was -- that was my
7      first exposure to a professional work
8      environment aligned with my degree, I had labor
9      jobs before that going through school.
10             Q      Okay.
11             A      And then I hired on with the
12     Chicago Transit Authority in January of 1975.
13             Q      And what was your title or
14     position there?
15             A      I believe I was a Senior Transit
16     Planner in the Operations Planning Department.
17             Q      What were your duties?
18             A      Um, Operations Planning is defined
19     as not long-term planning, it's how service is
20     decided to put on the street or put on the rail
21     system, so I was exposed to how you count
22     customers, how you determine what the loadings
23     are, um, how you plan for the design of
24     stations, either new or modification, so it's
25     near term Operations Planning and Support of the

15

1                    T. F. Prendergast

2    delivery of transit service on the both bus and

3    rail side, which CTA had both of those.

4         Q     What was your next titled position

5    or job?

6         A     I was in the Transportation

7    Department for a very short period of time, I

8    don't recall the title.  Transportation

9    Department were basically bus operators,

10   supervisors, train operators, conductors, um,

11   for the delivery of service.

12        Q     And what was the next job that you

13   had?

14        A     I was a, I believe the title was

15   System Safety Engineer in the Safety Department

16   at the Chicago Transit Authority.

17        Q     Okay.  What were your duties

18   there?

19        A     I was on the staff of the Safety

20   Department, that was at the onset and the

21   evolution of systems safety as it was being

22   defined by the Federal Government and it was a

23   requirement, I believe, at the time, that what

24   is now the Federal Transit Administration, what

25   was Urban Mass Transit Administration, that

16

1                    T. F. Prendergast

2    systems implemented a System Safety Program to

3    manage their safety issues.

4          Q       From when to when did you do that?

5          A       Excuse me?

6          Q       From when to when did you do that?

7          A       Um, I don't remember the start

8    date, but I definitely remember the leave date

9    was, uh, May 25th, 1979.  I think that was my

10   last workday at Chicago Transit Authority and

11   then I went to work for the Federal Government.

12         Q       Okay.  So what did you do for the

13   Federal Government?

14         A       Um, I was Systems Safety

15   Specialist in the office of, uh, technology --

16   Office of Safety and Technology Development, I

17   believe, um, and I believe that was my title.

18         Q       What were your duties there?

19         A       At that time UMTA, Urban Mass

20   Transportation Administration, was going around

21   for the systems that were building new rail

22   lines; so it was Buffalo, it was Miami,

23   Baltimore, and the requirement was that in the

24   building of those systems they had to practice

25   safety and system assurance, uh, in the design

17

```
 1                    T. F. Prendergast
 2   and construction of the systems.  So I was part
 3   of a group that went around and did reviews of
 4   those systems, these are all new built systems,
 5   new construction, and provide support; we also
 6   worked with the transportation systems center up
 7   in Cambridge, uh, on safety studies and research
 8   for issues related to transit safety.
 9            Q     How long did you do that for?
10            A     I did that until, I believe,
11   January 12th, 1982, that was my start date up in
12   New York City Transit.
13            Q     Okay.  So --
14            A     January 12th or 13th.
15            Q     So 1982 you start at the New York
16   City Transit Authority?
17            A     Yes.
18            Q     And what was your title or
19   position at that time?
20            A     I was an Assistant Director of the
21   Office of System Safety within Rapid Transit,
22   which is what they call subways today.
23            Q     And what were your duties there?
24            A     That was the start of a formal
25   structural element at New York City Transit to
```

18

1                     T. F. Prendergast

2    implement the programs that the Urban Mass

3    Transportation Administration wanted the systems

4    to use System Safety, so that's -- that's what

5    that was, so it was a, uh, an office within the

6    General Superintendent's purview, which is the

7    highest person you can have in Rapid Transit to

8    implement System Safety at New York City Transit

9    in Rapid Transit.

10        Q      And how long did you do that for?

11        A      I had -- I stayed in that role

12   with different titles, I became Director and

13   then I became, um, Assistant Vice President of

14   Assisted Safety when the administration changed,

15   David Gunn came in, and I stayed in that role, I

16   believe, through 1985.

17        Q      And then what did you do?

18        A      From there I became the General

19   Manager of the Staten Island division at New

20   York City Transit, and the Staten Island

21   division was responsible for local and express

22   bus operation on Staten Island, uh, as well as

23   Staten Island Rapid Transit, which is the rail

24   line out in Staten Island.

25        Q      Okay.  How long did you do that

19

1                    T. F. Prendergast

2   for?

3          A     I believe I did that through '89,

4   and I may be wrong about the '85 date, the '85

5   date may have slipped to '87, but it was in

6   the -- in the mid to late 80's I was in System

7   Safety and then I went to General Manager of the

8   Staten Island division for a few years.

9          Q     What did you do after running

10  Staten Island?

11         A     I was the Chief Electrical Officer

12  responsible for all power, signals and

13  communication at New York City Transit in the

14  subways' side.  The name had changed from Rapid

15  Transit to Subways, so that was all operations,

16  inspection and maintenance for power signals and

17  communication, as well as the engineering and

18  construction, basically state of good repair

19  because there was -- state of good repair,

20  rehabilitation.

21         Q     And then you said because there

22  was, I didn't get the rest of that?

23         A     There was no new construction

24  going on at the time.

25         Q     And what was your next title or

20

1                    T. F. Prendergast

2    position?

3                    You know, I'm sorry, let me back

4    up.

5         A      No, I -- I became Senior Vice

6    President of Subways.

7         Q      Okay.  And what were your duties

8    as Senior Vice President of subways?

9         A      I was responsible for all aspects

10   of Subway operations, maintenance and

11   engineering, so it was Rapid Transit operations,

12   which is, you know, train operators, conductors,

13   supervisors, control center, the stations'

14   department, which is demanding maintenance and

15   cleaning of all 472 stations, um, electrical,

16   which is the job I came from, power signals and

17   communication, uh, track, and the other group

18   was basically facilities, I believe, so those

19   were like maintenance away functions.

20        Q      You've mentioned "signals," what

21   does "signals" do?

22        A      Signals is the system that

23   controls the movement of trains on the New York

24   City Transit system, so it's the color light

25   signals you would see when you -- when you would

21

1                     T. F. Prendergast

2    ride the system.

3         Q       They're like red, yellow, green,

4    like we have in traffic lights, or something

5    else?

6         A       Yeah, they're red, yellow -- well,

7    for the most part they're red, yellow, green,

8    there's some certain locations that may have

9    different color aspects for certain things, but

10   the majority of the ones you see are red, yellow

11   green.

12        Q       And how long did you have that job

13   for?

14        A       I was acting and then I was named,

15   and I was in the job until August 31st, 1994

16   because I became President of the Long Island

17   Railroad on September 1st, 1994.

18        Q       And what were your duties at the

19   Long Island Railroad?

20        A       I was President of the Long Island

21   Railroad, so I was the CEO of everything related

22   to the Long Island Railroad; so operations,

23   maintenance, labor relations, human resources,

24   uh, the whole -- the whole gamut.

25        Q       And did you do that until

22

1                    T. F. Prendergast

2     approximately May of 2000?

3          A       That's correct.

4          Q       And then from there did you become

5     a Chief Executive Officer of the London

6     Infrastructure Consortium?

7          A       Yes.

8          Q       And what were your -- what was the

9     -- what were your duties there?

10         A       At that time, the London

11    Underground, the Government in England was

12    privatizing the, not the running of the trains

13    and the manning of the stations, but all aspects

14    of ongoing inspection, maintenance and capital

15    improvement work for the London Underground.

16    And the firm that I was working for, they had

17    three different contracts out, we bid on two of

18    them, and had we won, I would have been the CEO

19    of that entity, and it was a 30-year term.  Uh,

20    I wouldn't have stayed 30 years, but I would

21    have been the entity -- we would have been the

22    entity responsible for all aspects of, uh,

23    inspection, maintenance, operation and capital

24    improvement on everything, uh, the assets of the

25    system.

23

```
 1                    T. F. Prendergast

 2         Q       And you said, "if we won," so what

 3    does that mean and what actually happened?

 4         A       They went out for tender, and

 5    firms had to compete for that work.  And we

 6    pursued two of them, and we lost both.

 7         Q       So after that London

 8    Infrastructure Consortium that you worked for

 9    did not get the contract, did you then leave

10    them?

11         A       Yes.

12         Q       So you're there for what, about

13    until December of 2001 about?

14         A       Yeah, it was just after 9/11, so,

15    uh, sounds about right, yeah.

16         Q       And did you then go to become

17    Chief Executive Officer of the South Coast

18    British Columbia Transportation Authority?

19         A       No, when I came back from London,

20    I went to work for Parsons Brinckerhoff, an

21    engineering construction, uh, consultancy

22    headquartered in New York.

23         Q       Okay.  So from when to when were

24    you at Parsons?

25         A       I was at Parsons from 2002
```

24

1                        T. F. Prendergast

2    through, I believe, 2008.

3          Q       What were your duties at Parsons?

4          A       I was the President of a wholly-

5    owned subsidiary called Parsons Brinckerhoff

6    Transit and Rail Systems, which were all of the

7    systems engineering functions and formal

8    disciplines that did work for transit agencies,

9    designed construction management of systems, new

10   systems as well as ongoing support to existing

11   systems. "Systems" meaning properties, meaning

12   agencies.

13         Q       Now, Parsons did work for the New

14   York City Transit Authority, correct?

15         A       Pardon me?

16         Q       Parsons was hired by the New York

17   City Transit Authority, correct?

18         A       Parsons had a history from day one

19   at New York City Transit, seriously, dating back

20   to the turn of the century.

21         Q       Okay.

22         A       William Barclay Parsons was the

23   Chief Engineer for the construction of the first

24   contract, uh, the IRT.

25         Q       So what did you do specifically at

25

1              T. F. Prendergast

2    Parsons as it related to the New York City

3    Transit Authority?

4         A     I had staff that were supplied and

5    working on projects that Parsons Brinckerhoff

6    was doing for New York City Transit, and in some

7    cases my group held the contract, and in other

8    cases another wholly-owned subsidiary at Parsons

9    Brinckerhoff held the contract.  PBQD, Parsons

10   Brinckerhoff, Quade and Douglas, so we were the

11   sellers.

12        Q     Okay.  So I'm trying to get a

13   little more specific, when you said you did some

14   work while at Parsons related to the Transit

15   Authority, can you tell me more specifically

16   what you did, please?

17        A     Well, I was managing the function,

18   I had 230, 230-some employees that were resident

19   in 33 different offices across the United

20   States, um, and we would -- we would do work in

21   support of all the different projects that

22   Parsons Brinckerhoff had with different

23   agencies, so in the case of New York City

24   Transit, it could have been any one of a number

25   of different projects that PB was doing work for

26

1                    T. F. Prendergast

2    New York City Transit.

3         Q       Okay.  So, for example, at that

4    time when you were at Parsons, were you involved

5    in any way, shape or manner, for example, with

6    the Second Avenue Subway?

7         A       I don't recall Second Avenue

8    Subway.  I -- I don't recall in that timeframe.

9         Q       All right.  Did you -- did Parsons

10   work on the Second Avenue Subway even if you

11   didn't at that time?

12        A       I believe they eventually did, but

13   I'm not the right person to ask, 'cause I don't

14   recall.

15        Q       Okay.

16        A       The Second Avenue Subway, you know

17   the genesis, you know how long it's been out

18   there, but it laid fallow for a long period of

19   time and I think it got started up after I left,

20   uh, after I left PB.

21        Q       And while you were at Parsons at

22   that time period, did either you or Parsons have

23   anything to do with the Number 7 Line Extension?

24        A       Well, I -- like I said to the

25   other question, I don't -- I don't -- I don't

27

1                        T. F. Prendergast

2    recall specific projects, I said Second Avenue,

3    but I don't recall on -- on 7 West.

4            Q      Okay.

5            A      We call it 7 West, but the 7

6    Extension.

7            Q      Got it.  Okay.  And when did you

8    leave Parsons?

9            A      I believe in July of 2008, I

10   believe.

11           Q      Is that when you went to the South

12   Coast British Columbia --

13           A      That's when I -- yeah.

14           Q      -- Transportation Authority?

15           A      Also referred to as TransLink,

16   T-R-A-N-S-L-I-N-K, the formal name is the one

17   that Robert stated.

18           Q      And were you the Chief Executive

19   Officer there?

20           A      Yes.

21           Q      And you did that until about

22   December of 2009?

23           A      I did it, uh -- my first date

24   coming back to New York as President of New York

25   City Transit was December 1st, 2009.

28

```
 1                    T. F. Prendergast
 2         Q      What were your duties as Chief
 3    Executive Officer of the South Coast British
 4    Columbia Transportation Authority?
 5         A      It was responsible for all aspects
 6    of public transportation in the, what they call
 7    the lower mainland, so it was more than just the
 8    City of Vancouver, it's the cities around it, 22
 9    municipalities, so it was the South Coast
10    Mountain Bus operation, it was Sky Train, it was
11    a ferry service between north Vancouver and
12    Vancouver, um, had some responsibility for
13    bicycle transportation and for limited goods
14    movement in the region.
15         Q      And then you became President of
16    the New York City Transit Authority in December
17    of 2009?
18         A      Yes.
19         Q      And were you President of the New
20    York City Transit Authority, was it the MTA, or
21    something else?
22         A      Well, I was President of the New
23    York City Transit, which is part of the MTA
24    family of agencies.
25         Q      What were your duties as President
```

29

1                        T. F. Prendergast

2    of New York City Transit Authority?

3         A       I was titular head of the entire

4    all aspects of New York City Transit, so it's

5    the bus operations, maintenance, uh, subway

6    operations and maintenance, human resources,

7    capital programs, um, everything related to New

8    York City Transit.

9         Q       And you did that from December of

10   2009 through January of 2013?

11        A       Yes.

12        Q       Okay.  And then did you become

13   Chairman and Chief Executive Officer of

14   Metropolitan Transportation Authority, the MTA?

15        A       Yes, and the only qualification

16   I'll put on that is there was a period of time I

17   was acting, but then you have to go through, you

18   know, a formal process where the Governor

19   nominates somebody and you get confirmed by the

20   State Senate, so, you know, acting in that role,

21   the dates are about right, but formal

22   confirmation, I believe, was June of 2013.

23        Q       Okay.  And what were your duties

24   as Chairman and Chief Executive Officer of the

25   MTA?

30

1                     T. F. Prendergast

2          A      Responsible for all aspects of the

3    Metropolitan Transportation Authority, so -- so

4    it's a bifurcated role; you're on the board and

5    you're the Chairman of the board, so you have

6    the governance responsibilities that a public

7    agency board would have, a public authority in

8    the State of New York, and I was also CEO, so

9    all the different operating agencies and the

10   heads of those agencies reported to me, so that

11   was New York City Transit, Long Island Railroad,

12   Metro North, Bridge and Tunnels, MTA Bus,

13   Capital Construction.  I may have been missing

14   one, but I believe that's it.  So it's this

15   bifurcated role; one is a role of governance and

16   Chair of that governance board, and the other is

17   Chief Executive Officer of all the operating

18   agencies and capital programs and systems.

19         Q      So you're kind of, as head of the

20   MTA, still doing oversight of the New York City

21   Transit Authority?

22         A      Yes.

23         Q      Okay.  And you did that 'til

24   approximately February of 2017?

25         A      Um, yeah, I think my last day at

31

1                    T. F. Prendergast

2    New York City Transit was January -- excuse me,

3    MTA, was January 31st of 2017.

4          Q      And from there did you go to STV

5    Incorporated?

6          A      Yes.

7          Q      And were you the -- an Executive

8    Vice President and Chief Strategy Officer at STV

9    Incorporated?

10          A      Yes, I was.

11          Q      Did you hold any other titles or

12    positions there?

13          A      No, I don't -- I don't believe so.

14          Q      And you would have been at STV

15    from about March of 2017 through February of

16    2020?

17          A      Yes.

18          Q      And what does STV do or what did

19    it do?

20          A      STV is -- STV is an engineering,

21    construction firm, when I say "construction,"

22    construction management, uh, that deals in

23    transportation, buildings and places, um, the

24    development world, um, there may be a few

25    others, but I dealt primarily in the

32

```
 1                     T. F. Prendergast
 2      transportation side and the -- buildings and
 3      places, the development world.
 4            Q      And STV also did work for the New
 5      York City Transit Authority, true?
 6            A      Yes.
 7            Q      What kind of -- when you were at
 8      STV, were you involved in any projects involving
 9      New York City Transit Authority?
10            A      No, because there's a two year,
11      some people call it a ban, but a two-year
12      exclusion when you leave public service in the
13      MTA that you can't be involved for at least two
14      years on any, uh, pursuit of new work or
15      execution of work at any of the agencies, so the
16      answer is no.
17            Q      Okay.  While you were at either
18      the Transit Authority or the MTA, did you do
19      work with STV?
20            A      Could you repeat the question?
21            Q      Sure.  While you were either
22      President of the New York City Transit Authority
23      or Chairman of the MTA, did you have any
24      involvement or do any work with STV?
25                          MR. KEAVENEY:  Just note my
```

33

1                         T. F. Prendergast

2                         objection.

3           A       Um, I may have, but I can't recall

4    a specific example for either MTA or New York

5    City Transit.

6           Q       Okay.  While you were President of

7    New York City Transit or Chief Executive Officer

8    of MTA, did you do any work with Parsons?

9                         MR. KEAVENEY:  Note my

10                        objection.

11          A       When you say, "Parsons," Parsons

12   Brinckerhoff?

13          Q       Yes, sir.

14          A       Yes.

15          Q       And what was that?

16          A       Well, the one that comes to mind

17   is Second Avenue Subway, so that was the tail

18   end of my time, literally the tail end of my

19   time at New York -- uh, as MTA Chairman, and it

20   involved the role they were playing in

21   construction management on Second Avenue Subway.

22          Q       And I apologize if I just asked

23   you this a moment ago, I may have, but while you

24   were at the New York City Transit or MTA, what,

25   if any, work did you do with Parsons

34

1                    T. F. Prendergast

2    Brinckerhoff?

3           A       I gave you the one example.

4           Q       Okay.

5           A       That's -- that -- but I -- and I

6    can't recall others, there may have been others,

7    but that's the one that's front of mind.

8           Q       When you were at the Transit

9    Authority or the MTA, did you ever have to award

10   or approve contracts to entities?

11          A       In the governance structure that

12   exists at the MTA, you have operating agencies

13   and then you have -- that report up to the MTA.

14   So the awarding of contracts are done according

15   to a very structured, rigorous process governed

16   by State Procurement Law, Public Authorities

17   Law, and so for procurements, when I was

18   President of New York Transit, and so the way

19   the structure is set, before the board acts on

20   it, each individual agency has a committee which

21   is a subset of board members, and so when I was

22   President of New York City Transit, I would be

23   involved in bringing forward recommended

24   procurement actions to the Transit Authority

25   committal for review and approval, and then

35

1                        T. F. Prendergast

2    subsequently it would go up to the MTA board for

3    their action, 'cause that's the -- that's the

4    defining action, the MTA board.  So both in my

5    time as New York City Transit I would be

6    involved with the TA Committee, um, if there

7    were times that when I wasn't the Chairman and

8    CEO but somebody else was, if that person would

9    have wanted me to present at the board, I would

10   do so, um, but then when I was Chairman, it

11   would be part of the formal board meeting and

12   the set of procurement actions that came forward

13   to the board for approval.

14            Q     So when you were at the Transit or

15   MTA, were either Parsons or STV awarded any

16   contracts?

17            A     I'm sure they were, I mean when I

18   say that, I can't -- yes, I'm sure they were.

19            Q     Okay.  And after you left STV, did

20   you then become Executive Vice President at

21   Americas Transit Market Leader for AECOM, that's

22   A-E-C-O-M?

23            A     Yes.

24            Q     And what is AECOM?

25            A     AECOM is a -- an engineering,

36

```
 1                    T. F. Prendergast
 2    construction management publicly held firm that
 3    does work in transportation, water,
 4    environmental, energy, um, design, construction
 5    management, program management.  It's one of the
 6    top five firms, I think globally it may be
 7    number one, but -- in transportation, but it's a
 8    fairly large firm, 71,000 employees, global
 9    firm.
10         Q      And you started there in February
11    of 2020?
12         A      Yes.
13         Q      Are you still there?
14         A      I'm still -- still -- I'm still at
15    AECOM.
16         Q      Okay.  And what are your duties as
17    the Executive Vice President at Americas Transit
18    Market Leader?
19         A      I'm no longer in that position,
20    but at the time I went into that position, my
21    job was to be the person who worked in business
22    development trying to win work, trying to have
23    established client relationships with public
24    transportation agencies, state DOT's, primarily
25    Transit though, for the most part, um, across
```

37

1                      T. F. Prendergast

2   the United States.  So, um, and it was from the

3   east coast all the way through the west coast.

4            Q      Did that include work with the New

5   York City Transit Authority or MTA?

6            A      All -- all transportation clients

7   in New York, all transportation clients in the

8   United States, but yes.

9            Q      What, if any, projects were you

10  involved with at AECOM for the Transit Authority

11  or MTA?

12           A      What timeframe?

13           Q      While you were there.

14           A      When I first started?

15           Q      At any time while you were there.

16           A      I can't think of all of them off

17  the top of my head, but I was involved in some

18  and not involved in others.

19           Q      Okay.  Which are the ones that you

20  remember that you were involved in?

21           A      Um, Communication-Based Train

22  Control projects.

23           Q      What does that mean?

24           A      Station rehabil -- Communication-

25  Based Train Control is the new technology that

38

1                        T. F. Prendergast

2    New York City Transit is installing to replace

3    the existing wayside block system, the color

4    light system that you see when you ride the

5    system today, which is basically circa 19th to

6    20th centuries, that's how old it is, so

7    they're -- they're upgrading their signal

8    technology with the latest technology, which is

9    Communication-Based Train Control, which

10   provides, um, a greater level of control of the

11   trains, uh, and a higher level of protection, so

12   in the transit industry it's called

13   Communication-Based Train Control, in the

14   commuter rail and freight rail side it's called

15   positive train control, and I'm speaking

16   generally, 'cause they're not -- they're not

17   exactly the same.

18        Q      Okay.

19        A      There's slight differences, but in

20   answer to your question, Communication-Based

21   Train Control is the latest state-of-the-art

22   technology that systems are using now to control

23   the movement of trains.

24        Q      Okay.  And so earlier we talked

25   about how they kinda had red, yellow, green

39

1                    T. F. Prendergast

2   lights and they're changing that is what you're

3   basically saying?

4         A      Yes, but it's more than just that,

5   'cause what they do is they bring the indication

6   into the cab, into the location where the train

7   operator, uh, can -- can see that, that aspect

8   much more clearly, but there are other factors

9   that are different between a Wayside Block

10  Signal System and a Communication-Based Train

11  Control System, other factors in terms of

12  features, safety protection.

13        Q      And what's the -- an acronym,

14  would that about CBTC or something else?

15        A      CBTC, that's what it is,

16  Communication-Based Train Control.

17        Q      Thanks.  And so how old was the

18  communication signal system, you mentioned it

19  was like 19th century, how old was it?  And when

20  did it change?

21        A      Well --

22        Q      If you know.

23        A      -- Communication-Based Train

24  Control did not come in at that time,

25  Communication-Based Train Control first came

40

1                          T. F. Prendergast

2    into the industry, not New York City Transit, in

3    the 80's, the exist -- the overwhelming majority

4    of the signal technology in use today at New

5    York City Transit is called Wayside Block, and

6    that was literally end of 19th century, early

7    20th century, it's a signal system that was used

8    in the construction of contract one.  Contract

9    one was from City Hall up to Grand Central over

10   to the west side IRT, up into Manhattan and then

11   over to 137th Street, and it was the technology

12   that was used at that time for color light

13   indications; red, yellow, green, and a mechanism

14   to, uh, if the motorman, 'cause that's what they

15   called them at the time, did not obey a signal,

16   there was a mechanical means available to stop

17   the train.  But that technology is literally

18   turn of the 19th century, 20th century.

19        Q    Okay.  So that -- so the

20   technology Transit was using before they did

21   CBTC was in what, the 1970's or 80's?

22        A    Oh, the New York City Transit did

23   not make a decision to move to Communication-

24   Based Train Control for a variety of reasons

25   until 1989, I believe.

41

1                    T. F. Prendergast

2          Q      Okay.

3          A      I was Chief Electrical Officer at

4    the time.

5          Q      All right.  So that way block that

6    you had mentioned --

7          A      Wayside.  Wayside Block.

8          Q      Wayside.  I'm sorry, my apologies.

9          A      That's okay.

10         Q      That is still by and large in use

11   today or has that --

12         A      Yes.

13         Q      -- been replaced?

14         A      No, by and large in use, the only

15   two lines that have Communication-Based Train

16   Control are the L, the Canarsie Line, and the

17   Number 7, the Flushing Line.  The rest of the

18   system needs to be updated to CBTC.

19         Q      Okay.  Is that older system, is

20   that effective, is it successful or is it not so

21   good?

22                      MR. KEAVENEY:  Just note my

23             objection.

24         A      It's a safe system, it's a

25   reliable system, and it's been used from day one

42

1                     T. F. Prendergast

2    on the system.  New York City Transit I think

3    runs 8,000 train trips a day.  And I think the

4    record in terms of the safety performance of the

5    New York City Transit system speaks for itself.

6          Q      Okay.

7          A      That's the best way for me to

8    answer it --

9          Q      That's fine.

10         A      -- because anything else is a

11   qualification.

12         Q      Okay.  So where the Transit has

13   used that CBTC system has been successful?

14         A      Yes.

15                     MR. KEAVENEY:  Just note my

16                objection.

17         Q      Okay.  And when did they first --

18   when did the Transit first install the CBTC in

19   each of those two lines; that Number 7 and the

20   Canarsie L Line?

21         A      I don't recall the, uh, the dates

22   for either, but -- or, you know, range of dates.

23   Um, CBTC on Canarsie was not too much before

24   when I returned in 2009, and the Number 7 Line

25   was not until about two years ago, three years

43

1                         T. F. Prendergast

2    ago.

3         Q      All right.  When you were the head

4    of the Transit -- hold on a second.

5                    Do those lines operate differently

6    than any other lines, you know, in terms of

7    numbers of train operators and conductors?

8         A      Every line has its own service

9    requirement, number of trains needed in the rush

10   hour, so, um, the only distinction of those two

11   lines is that they -- they're -- they don't

12   interact with any other lines, they -- they

13   don't -- in other words, you don't have any

14   shared services on the line, the only transit

15   run on the Canarsie are the Canarsie Line L

16   trains, the only trains that run on the 7 Line,

17   in revenue service, are the -- are the Number 7

18   Line, whereas in other aspects of the system

19   there's interrunning services.

20        Q      Okay.  So, for example, in terms

21   of staff to operate the trains, is it the same

22   train operator or conductor on those train

23   lines; in other words, the L and the 7, or is it

24   different?

25        A      It's the same.

44

1                    T. F. Prendergast

2        Q       Okay.  Are the ones with the CBTC,

3   are those all automated or not automated?

4        A       They have higher levels of

5   automation, but they're still manually operated

6   by a train operator.

7        Q       When you were President of the

8   Transit Authority and head of the MTA, were you

9   the ultimate decisionmaker?

10       A       There is no ultimate decisionmaker

11  on an issue like that.

12       Q       Okay.  Let me back up then.

13               Right now let's just talk

14  generally, okay?

15               As President of the Transit

16  Authority, were you where the buck stops, so to

17  speak?

18               MR. KEAVENEY:  Objection.

19       A       For the same reason I answered the

20  question there is no ultimate decisionmaker, it

21  depends on your application of the term, does

22  the buck stop here.  Um, there's an informed

23  decisionmaking process in an agency like that

24  where you would have to rely on the experts of a

25  number of different people in a number of

45

1                        T. F. Prendergast

2    different disciplines, so the connotation of a

3    single person making a decision is something I

4    can't relate to.

5         Q    Okay.  Well, let me ask you.  For

6    example, on any given issue, you have people

7    that you delegate to and they will give you

8    their opinions or recommendations, and then it

9    gets sent up the chain to you to either say yes

10   or no to any particular item; would that be fair

11   to say?

12                   MR. KEAVENEY:  Note my

13              objection.

14        A    That's not a characterization I

15   would use.

16        Q    Okay.  So how does a final

17   decision get made on anything at the Transit

18   Authority, who makes it?

19                   MR. KEAVENEY:  Note my

20              objection.

21        A    When you're making a decision in

22   an organization that has as many

23   interdisciplinary functions as New York City

24   Transit has, you have, the best way to sum it

25   up, wouldn't be the only way, is a consensus-

46

1                        T. F. Prendergast

2   driven solution and decision based on the input

3   of a number of different people, and it's not

4   just the individual experts in the different

5   engineering disciplines, it's the safety experts

6   as well.  So the best way for me to answer the

7   question is it's an informed consensus-driven

8   decisionmaking process where you take it through

9   a sequence of discussions and decisions,

10  ultimately making a decision with respect to

11  policy going forward how the organization is

12  going to deal with that particular issue.

13          Q      Okay.  So you have your advisors,

14  you have the people that work there and you have

15  your consultants and experts, they layout, I

16  guess, options and opinions and then you

17  ultimately decide what to do or not do in terms

18  of policy, correct?

19                      MR. KEAVENEY:  Objection.

20          A      A decision is made with respect to

21  policy, and it's either -- if it's a new policy,

22  established from a new policy; if it's a change

23  in policy, it's a revision to the policy, um,

24  and then in some cases certain policies require

25  board approval, fare policy, service policy,

47

1                    T. F. Prendergast

2       other policies they're brought forward to the

3       board for information purposes because we're

4       trying to have -- not trying, there's a

5       requirement to be transparent in terms of the

6       decisions being made.

7            Q       And typically if you had a

8       proposal, would the board agree with your

9       proposal or would there be a problem with that?

10                            MR. KEAVENEY:  Objection.

11           Q       In other words, did they defer to

12      your expertise or not?

13           A       I'm not even sure what the

14      question is, so I have a very difficult time

15      answering, I'm serious, I just --

16           Q       Okay.

17           A       -- I don't.

18           Q       All right.  Okay.  Would it be

19      part of the job of the President of the Transit

20      Authority to be its chief spokesman or

21      spokesperson?

22           A       The President of the Transit --

23      the President of any of the operating agencies

24      have responsibilities on the public affairs'

25      spokesperson side, but there's no singular

48

1                       T. F. Prendergast

2    person that is quote-unquote the spokesperson.

3          Q      Okay.

4          A      It's just not done that way.

5          Q      Are there times that as President

6    or head of the MTA, the President of the Transit

7    or head of the MTA that you speak to the press

8    or issue press releases?

9          A      Yes, not issue, speak to the

10   press, yes.

11         Q      Okay.  Now, would it be fair to

12   say that based on your education, training,

13   experience, work experience, you were familiar,

14   certainly for the times you were there at least,

15   with the duties and responsibilities of the New

16   York City Transit Authority and the MTA?

17         A      Could you repeat the question?

18                     MR. GENIS:  Sure.  Let's

19                read it back, and let's see if

20                it's English.

21                     (Whereupon, the

22                above-requested portion was read

23                back by the reporter.)

24         A      Familiar with it, yes, absolutely.

25         Q      Okay.  And can we agree that part

49

1                    T. F. Prendergast

2    of the job of the New York City Transit

3    Authority is to provide safe, rapid mass

4    transportation service for the City of New York?

5                    MR. KEAVENEY:  Objection.

6         A       Responsibility to provide safe and

7    reliable service.

8         Q       Okay.

9         A       That's its mission.

10        Q       And is that also the job of the

11   MTA to provide safe, rapid mass transportation

12   for the City of New York?

13        A       Not necessarily, and the reason I

14   say that is the governance structure is not that

15   simple, the operating agencies have the primary

16   responsibility for that delivery of safe and

17   reliable service; the MTA has other

18   responsibilities, like funding responsibilities

19   to get money for the agencies, overarching

20   policy, policies, et cetera, so it's hard for me

21   to answer the question the way you've -- you've

22   raised it.

23        Q       Okay.  I -- I appreciate that.

24                So do we agree that the Transit

25   Authority had a duty and responsibility to

50

1                    T. F. Prendergast

2    provide safe, rapid mass transportation services

3    for the City of New York?

4          A      Safe and reliable.  That's its

5    responsibility.

6          Q      Okay.  Was it anyone else's job

7    other than the Transit Authority to make sure

8    that the mass transportation of the rapid

9    transit system of the City of New York was safe?

10                    MR. KEAVENEY:  Note my

11                    objection.

12         A      There are other layers to

13   Government in New York State at the Federal

14   level that may have oversight responsibility of

15   New York City Transit, so I can't -- I'm not in

16   the position to answer that question, I don't

17   know.

18         Q      Okay.  Was safety of the people

19   using the mass transit system in the City of New

20   York important to the Transit Authority?

21         A      Yes.

22         Q      Was anything more important to the

23   Transit Authority than the safety of the public

24   using its subway system?

25         A      Not more important, no.

51

1                          T. F. Prendergast

2          Q       Okay.  And was the safety of the

3    public the main consideration to you when you

4    would make decisions for the Transit Authority

5    and the MTA?

6          A       In the answer to the last question

7    I said one, so are you using the term "main,"

8    there are a number of them that are "main," but

9    it's definitely in that highest category, but

10   there may be others that are in the high

11   category as well.

12         Q       Okay.  So if you had to triage, so

13   to speak, or rate the importance, how important

14   was safety in decisionmaking for the Transit

15   Authority and MTA, was it the number one

16   consideration, two, three or something else?

17         A       It's in the highest level of

18   consideration, as -- as are a number of others,

19   not just -- not just safety, but it's in the

20   highest level.

21         Q       Okay.  Well, should all decisions

22   made at the Transit be guided by what promotes

23   and furthers safety of the public?

24         A       I don't know how to answer that

25   question, I -- it's...

52

1                      T. F. Prendergast

2         Q      Well, you make decisions, right?

3    I mean that's part of the job of heading the

4    Transit Authority and the MTA is making

5    decisions, correct?

6         A      Yes.

7         Q      Okay.  And when you're making

8    decisions you have to be guided by certain

9    principles or policies, correct?

10        A      Yes.

11        Q      And so do we agree that all

12   decisions you make as the head of the Transit

13   should be guided by what promotes and furthers

14   safety of the public?

15        A      Yes.

16        Q      Okay.

17        A      So what's -- so what's the point?

18   I'm still confused here.

19        Q      That's all right, you answered the

20   question, I appreciate it, I'm going on to

21   another one now.

22        A      What was -- no, I asked what the

23   original question was?

24        Q      Okay.  We can have any question

25   read back that you'd like, do you want a

53

                         T. F. Prendergast
1
2    question read back?
3         A      Yeah, the last question, the last
4    question that you asked.
5                         MR. GENIS:  Sure.  Would
6                    you kindly read back, Donna?
7                    (Whereupon, the
8                    above-requested portion was read
9                    back by the reporter on Page 52,
10                   starting at Line 11.)
11        A      I'd like to qualify that answer,
12   I'm sorry.
13        Q      That's okay.  You can change that
14   answer, go ahead.
15        A      'Cause -- because there is a set
16   of decisions one could make that looks at safety
17   of the New York City Transit system and say I
18   stop all services, it's safe because nobodies
19   exposed to any of the issues or hazards related
20   to New York City Transit, and yet that could
21   create a far worse of a problem safety-wise in
22   terms of people who would have to use other
23   forms of transportation that are less safe;
24   automobile, bicycles or whatever.
25        Q      Okay.

54

1                    T. F. Prendergast

2         A       And that is a principle of System

3    Safety.

4         Q       Okay.  So in other words, what

5    you're saying is you have a simple choice, you

6    can either have a mass transit system or not,

7    correct?

8         A       No, I'm not saying that.

9         Q       Okay.  All right.  Well, once the

10   decision is made to have a mass transportation

11   system, a Rapid Transit system, do we agree that

12   all decisions concerning that system should be

13   guided by what promotes and furthers safety of

14   the public?

15        A       Overall safety, yes.

16        Q       Okay.  When you first came to the

17   Transit, you learned or became familiar with the

18   conditions of its subway system, correct?

19                    MR. KEAVENEY:  Objection.

20        A       What is your definition of

21   "first," Robert?

22        Q       Okay.  Let's see.  You were

23   telling us when you first started to work for

24   them and some of the different jobs and titles

25   you had with them.

55

                    T. F. Prendergast

1

2      A       Okay.  So 1982.

3      Q       Okay.

4      A       Yes.

5      Q       I mean you've been there for many

6   years on and off, correct?

7      A       Yes.

8      Q       And even when you haven't been

9   there, there are times you've been working for

10  companies that dealt with the Transit Authority

11  and dealt with Transit issues, correct?

12     A       Yes.

13     Q       I mean --

14     A       I -- I have the answer, it was

15  1982, the answer to the question it was yes --

16     Q       Okay.

17     A       -- you just said first, so that's

18  all I wanted to make sure it was yes.

19     Q       No problem.  I mean you're

20  somebody clearly intimately familiar with mass

21  transit operations, and that's what I'm talking

22  about here today.

23     A       Okay.

24     Q       So, for example, you learned the

25  institutional history of the Transit Authority,

56

1                          T. F. Prendergast

2      correct?

3           A       Yes.

4           Q       For example, it was originally

5      started in 1904 by different private companies

6      with different subway lines, correct?

7           A       Yes.

8           Q       Okay.  And because of that, there

9      are different stations that had different

10     configurations, different styles and types of

11     train cars, things of that nature, correct?

12          A       Yes.

13          Q       And at some point the Transit

14     Authority was created to take over management,

15     maintain and operate the Subway system, correct?

16          A       Yes.

17          Q       And originally there were about

18     468 stations when the Transit Authority took

19     over the Subway system, correct?

20          A       I think that's the right number.

21          Q       And when the Transit Authority

22     took over the Subway system, you had these

23     approximately 468 stations with different

24     configurations and widths of platforms and some

25     below ground, some above ground, with different

57

1                          T. F. Prendergast

2    lines and different styles and types and models

3    of trains, correct?

4           A      Yes.

5           Q      And because of all these

6    differences, each station has its own unique

7    challenges, correct?

8           A      The only qualification I would --

9    I would make is -- is that there aren't 468

10   unique, there are quite a few unique, but there

11   are some stations that are so similar you could

12   categorize them together, but in answer to your

13   question, yes.

14          Q      Okay.

15          A      You have to look at each

16   individual station and the circumstances and

17   unique conditions that it presents.

18          Q      Okay.  Right.  I mean certain

19   stations may be similar and have similar

20   layouts, et cetera, and others do not, correct?

21          A      Yes.

22          Q      Okay.  So because of the unique

23   challenges of the New York City Subway system

24   and unique nature of the different stations and

25   lines and trains, you can't have -- you cannot

58

1                    T. F. Prendergast

2    have a one-size-fits-all approach, correct?

3          A     Yes.

4          Q     Okay.  It would be unreasonable to

5    have a one-size-fits-all approach, correct?

6          A     Yes.

7          Q     Okay.  In fact, it would be

8    irrational to have a one-size-fits-all approach,

9    correct?

10         A     Yes.

11         Q     So you need different solutions

12   for certain common problems at the different

13   stations on the different lines, correct?

14         A     Yes.

15         Q     Okay.  And sometimes each station

16   a may require its own solution, correct?

17         A     Yes.

18         Q     Now, when you first started at the

19   Transit, and you told us in the early 80's, can

20   we agree that at that time they were looking at,

21   considering, discussing, modernization of its

22   subway system?

23         A     I believe that was the term that

24   was used, it was in the first days of the

25   capital program --

59

                        T. F. Prendergast

1

2        Q        Mm-hmm.

3        A        -- where it actually started to

4   move in a -- in a slightly different direction,

5   that's what I call state of good repair.

6        Q        Okay.

7        A        Upgrading the assets to current

8   standards, um, and that was the primary focus,

9   and in doing so, modernized the system where it

10  could.

11       Q        Okay.  And let's talk about some

12  of those different things now.

13                One of the things is over the

14  years, the Transit Authority orders new train

15  cars, correct?

16       A        Yes.

17       Q        And they don't just order one or

18  two cars, you order fleets, you buy fleets,

19  correct?

20       A        Yes.

21       Q        Okay.  And the Transit Authority

22  writes the specifications for what they want for

23  its train cars, the manufacturers make what you

24  want, correct?

25       A        Yes.

60

                              T. F. Prendergast

1

2        Q        And in the 1980's and even earlier

3    the Transit Authority was looking at

4    homogenizing its fleet of subway train cars,

5    true?

6        A        I believe that was the word -- I

7    don't think they used that word, but

8    standardization, the industry at large was

9    moving in the direction of standardization where

10   it could.

11       Q        Okay.  Do you prefer the word

12   standardization to homogenization?

13       A        Yes.

14       Q        Okay.  Then that's what I'm gonna

15   use.

16                And where the fleet of train cars

17   becomes standardized, that addresses many of the

18   problems inherent in the system, correct?

19       A        Where -- where you can come up

20   with a standardized design that would address

21   them, the answer is yes.

22       Q        Okay.

23       A        But not -- there were some areas

24   you could not do that --

25       Q        Okay.

61

                        T. F. Prendergast

1

2        A        -- there was no solution to be

3   found.

4        Q        Okay.  Since you started at the

5   Transit, how many times have they ordered new or

6   different types, you know, model, styles of

7   trains, you know, when they order new fleets?

8        A        I don't know the number off the

9   top of my head, but, uh, more than five, I

10  believe, less than 10 car series.

11       Q        Okay.

12       A        But that's in order of magnitude.

13       Q        Okay.  And approximately since the

14  1980's, how many subway train cars has the

15  Transit Authority bought?

16       A        It's in the thousands, but I don't

17  know the number off the top of my head.  I mean

18  the fleet is 6,000 cars and they replaced a

19  number of cars.

20       Q        Okay.  So periodically the entire

21  fleet by and large gets replaced, correct?

22       A        Once again, qualify the terms

23  'cause the car life is 40 years, so, or 35

24  years, but yes.

25       Q        Okay.  What are the benefits of a

62

1                       T. F. Prendergast

2    standardized fleet?

3         A        Benefits are ability to utilize

4    new technology to address safety, customer

5    convenience issues, um, standardization of

6    maintenance and inspection routines, so you can

7    improve the reliability and safety of the fleet,

8    um, movement toward reduced special costs

9    with -- it would be associated with special

10   designs that were one-offs, all of the above.

11        Q        Okay.  And in the 1980's, did the

12   Transit Authority start to overall, rehab,

13   upgrade or modernize, whatever word you want to

14   use, its stations, platforms, tracks and track

15   beds?

16        A        Yes.

17        Q        Okay.  And that's what you talked

18   about capital projects, correct?

19        A        Yes.

20        Q        So --

21        A        It was some were capital and some

22   were operating budget, but the majority of them

23   were capital.  And that's a source of funding.

24        Q        All right.  And when you would do

25   this, they would literally replace the track

63

1                    T. F. Prendergast

2    beds and replace the tracks, that would happen,

3    true?

4         A      Not for all actions, I believe the

5    way you're asking the question, there was, you

6    know, you take a look at the assets by category,

7    so you had tracks, you had structures, so

8    structures would be a subway structure,

9    structures can be an elevated structure, you had

10   stations, you had vehicles, cars, um, you had

11   employee facilities, but you had a capital

12   program that divided into those categories where

13   investments were being made to bring it back up

14   to the state of good repair.

15        Q      Okay.  And that's what would

16   happen is to bring things up to a state of good

17   repair, track and track beds would get replaced,

18   true?

19        A      Yes.

20        Q      And stations would be

21   rehabilitated or changed even to bring it into a

22   state of good repair, correct?

23        A      Yes.

24        Q      Platforms would be rehabilitated

25   and changed to bring them up to a state of good

64

1                    T. F. Prendergast

2    repair, correct?

3         A        Where it was needed, yes,

4    absolutely.

5         Q        Okay.  And by the way, when you're

6    ordering these new cars and giving the

7    specifications for the new train cars, Transit

8    could standardize most of the IRT and most of

9    the IND lines, correct?

10                   MR. KEAVENEY:  Objection.

11        A        Well, you're -- you're using

12   designations that right now they call it A

13   Division and B Division.  A Division are the

14   numbered lines, and if you're old enough, like

15   me, and lack of hair, like me, I mean this in a

16   nice way, people would understand what IRT

17   meant, but today's like millennials wouldn't

18   understand it, but the IRT is a fleet unto

19   itself, 50-foot long cars, nine-feet wide,

20   tighter radius curves.  You said IND, but

21   actually the B Division is the BMT and the IND.

22        Q        Okay.

23        A        So it's a combination of the

24   predecessor companies, two private companies,

25   IRT and BMT with the part of the system that was

65

1                        T. F. Prendergast

2    always owned by the City, the IND, the

3    independent, and so there's -- you really group

4    the BMT and the IND kinda together and A

5    Division by itself.

6          Q      Okay.  Okay.  Now, an issue in

7    operating a subway system is funding, correct?

8          A      Yes.

9          Q      Okay.  So there's different

10   sources of funding, true?

11         A      Yes.

12         Q      For example, there's revenue from

13   the paying customers is one, correct?

14         A      Yes.

15         Q      There's getting money from the

16   City of New York is another, true?

17         A      Uh, yes.

18         Q      Getting money from the State of

19   New York, true?

20         A      Yes.

21         Q      Getting money from the Federal

22   Government, true?

23         A      Yes.  But there's a -- there's a

24   distinction when you get to Federal 'cause

25   there's, I don't believe, any money left for

66

```
1                      T. F. Prendergast
2     operating assistance, it's primarily capital
3     assistance, but the others there, they could be
4     used either way, it's what they call a fungible,
5     it could be operating or capital.
6            Q        Okay.  And sometimes there's
7     additional Federal money that can be gotten if
8     it's related at all to security, true?
9            A        Yes.
10           Q        And frequently security and safety
11    are intertwined, correct?
12           A        Yes.
13           Q        And also bonds can be floated, you
14    know, to raise revenues, true?
15           A        That's happened, that has
16    occurred.
17           Q        You can apply for grants, true?
18           A        Yes.
19           Q        And there's monies that can be
20    given by private or public entities as well,
21    correct?
22           A        Yes.
23           Q        And there's times you have to be
24    creative and innovative, true?
25                         MR. KEAVENEY:  Objection.
```

67

1                        T. F. Prendergast

2         A        In -- over my entire career there

3    have been a number of different changes that

4    have occurred in monies that are made available

5    for public transit, so all of the above are true

6    in the industry at large.

7         Q        Okay.  Well, first of all, in

8    order to get money, first you have to ask for it

9    or apply for it, correct?

10        A        Yes.

11        Q        Because if you don't ask, you

12   don't get, correct?

13        A        That's correct.

14        Q        Okay.  In terms of being, let's

15   say, creative, there's times the Transit

16   Authority and the MTA can earn income from

17   different sources, correct?

18                     MR. KEAVENEY:  Objection.

19        A        Repeat the question.

20        Q        Sure.  There's times that City

21   Transit Authority or the MTA can raise funds

22   from different sources, correct?

23        A        Yes.

24        Q        So, for example, there's

25   advertising revenue, correct?

68

                              T. F. Prendergast

1

2          A       Yes.

3          Q       Okay.  And let's talk subways for

4    a minute.  There's ads that are placed inside a

5    subway car, correct?

6          A       Yes.

7          Q       There's ads that are on platforms,

8    true?

9          A       Limited number of ads on

10   platforms.

11         Q       There's ads on mezzanines,

12   correct?

13         A       Yes.

14         Q       There's ads near tickets agents?

15         A       There's ads all over the entire

16   system.

17         Q       Right, hallways, stairways, things

18   like that, correct?

19         A       Yes.

20         Q       Okay.  And, for example, you have

21   buses and bus shelters as well, correct?

22         A       Yes.

23         Q       And there's ads on them as well,

24   correct?

25         A       Yes.

69

1                     T. F. Prendergast

2          Q        And at one point or another they

3     decided to have BOT, Build-Operate-Transfer

4     Agreements for bus shelters, correct?

5                         MR. KEAVENEY:  Objection.

6          A        I believe so, but I can't recall a

7     specific application, but I believe so.

8          Q        Okay.  In other words, the old bus

9     shelters that used to be there got taken down, a

10    private company put up new ones, and they did it

11    in exchange for getting the advertising revenue

12    on the bus shelters, correct?

13         A        I believe so, but, once again, I

14    -- I don't remember all the details, I don't

15    recall.  I don't recall all the details.  I'm

16    sorry.

17         Q        I'm not going to get into the

18    weeds on this, just the concept, sir.

19                         THE WITNESS:  Biological

20                    break soon.

21                         MR. KEAVENEY:  Okay.

22         Q        You need a bathroom break?

23         A        I need -- I need a bathroom break,

24    yeah.

25         Q        No problem, I was about to ask for

70

1                    T. F. Prendergast

2      one myself.  So it is now 11:35, how much time

3      do we need here?

4             A        Five minutes --

5                           MR. KEAVENEY:  Five

6                    minutes.

7             A        -- at the most, yeah.

8             Q        Okay.  So we'll come back in about

9      five minutes, okay?

10            A        Okay, thanks.

11                          MR. GENIS:  You're welcome.

12                          THE COURT REPORTER:  Okay.

13                   So I'm turning the recording off

14                   at 11:35 or pausing it actually.

15                          (11:36 a.m. a short recess

16                   was taken.)

17                          (11:41 a.m. the Deposition

18                   resumed.)

19                          THE COURT REPORTER:

20                   Recording re-started, it's 11:41

21                   a.m.

22            Q        Okay.  All righty.  By the way,

23      when we -- when a private entity pays for those

24      bus shelters, the vendor, they assume the risk

25      and they spend the money, correct?

71

1                    T. F. Prendergast

2                         MR. KEAVENEY:  Objection.

3         A      I don't know all the details of

4    the contract, I -- I'm serious, I don't -- I

5    don't know, so.

6         Q      Okay.  All right.  I mean, for

7    example, if they just don't make the money they

8    thought they would make on advertising revenue,

9    that's their problem, their headache, correct?

10                        MR. KEAVENEY:  Objection.

11        A      Like I said, I believe so, but I

12   don't know the details.

13        Q      Okay.  Do we agree that there are

14   certain good and accepted practices and

15   procedures in the mass transportation, rapid

16   transit industry?

17        A      Yes, in general, yes.

18        Q      Okay.  There's certain good and

19   accepted engineering practices and procedures

20   that should be followed, correct?

21        A      Yes.

22        Q      Okay.  There are certain

23   Professional Standards of Care in the rapid

24   transit, mass transportation industry, true?

25        A      Well, when you're saying,

72

```
 1                    T. F. Prendergast
 2    "Standards of Care" are you speaking primarily
 3    from an engineering design standpoint?
 4         Q     Yes.
 5         A     Yes.  But I qualify all that with
 6    respect to designs for new or going forward, not
 7    retrospectively.
 8         Q     Okay.  And well, and just even in
 9    the past, whatever year, decade or century we're
10    going to talk about, there have always been
11    certain Engineering Professional Standards of
12    Care at that time, correct?
13         A     Yes.
14         Q     Okay.  And there -- and the mass
15    transportation industry companies involved in
16    rapid transportation were supposed to comply
17    with these Professional Standards of Care, true?
18                    MR. KEAVENEY:  Objection.
19         A     I'm just a little confused by the
20    use of the term, "comply," I'm not confused, I
21    mean it has to be defined, but they're Standards
22    of Care, they're accepted Standards of Care, and
23    then they're practiced Standards of Care, so.
24         Q     Okay.  And there's also what's
25    known as best practices, correct?
```

73

                          T. F. Prendergast

1

2          A        Yes.

3          Q        And we agree that an entity

4    involved in the mass transportation industry,

5    rapid transit, should be familiar with all of

6    these Professional Standards of Care, good and

7    accepted practice and procedures and best

8    practices, true?

9                        MR. KEAVENEY:  Objection.

10         A        To the extent that they can be,

11   yes.

12         Q        Okay.  I mean if an entity is in

13   the business of being a mass transportation,

14   rapid transit entity, a business, they have a

15   duty to keep abreast in their fields, correct?

16                       MR. KEAVENEY:  Objection.

17         A        I take exception to the use of the

18   word, "duty," they -- they do keep abreast of

19   what the Standards of Care and practices are.

20         Q        That's what they're supposed to

21   do, correct?

22                       MR. KEAVENEY:  Objection.

23         A        That's what they do.

24         Q        Okay.  In other words, if a mass

25   transit, rapid transit entity failed to keep

74

1                      T. F. Prendergast

2     abreast in their field, they would be violating

3     Standards of Care, correct?

4                      MR. KEAVENEY:  Objection.

5          A     I can't answer that question, I

6     really can't.

7          Q     Well, 'cause you said a minute ago

8     that's what they do, and I said that's what

9     they're supposed to do --

10         A     You used the term --

11         Q     -- and that's how we got into

12    that.

13         A     But, Robert, you used the term,

14    violate, that's something different, being aware

15    of something, knowing what a practice is, that's

16    different than saying someone violates, violates

17    means you have -- you have done -- you've

18    crossed the line, so there's --

19         Q     Understood.

20         A     -- a difference between the two.

21         Q     Okay.  So --

22         A     And in the con -- and in the

23    context of -- of these Standards of Care,

24    comments or questions, um, I think a distinction

25    needs to be made about prospectively looking

75

1                    T. F. Prendergast

2   forwards on new system versus retroactively

3   trying to apply to systems that were designed

4   when New York City Transit or Boston or Chicago,

5   for example, were designed, there's a big

6   distinction between the two.

7                    MR. GENIS:  I understand,

8                    and just moving to strike because

9                    we're not talking about that right

10                   now.

11        Q      Right now we're just talking about

12   first we agree, I just want to make sure that

13   we're in agreement, that a rapid, mass transit

14   entity should be familiar with best practices,

15   Professional Standards of Care, good and

16   accepted practices and procedures and industry

17   standards, true?

18                    MR. KEAVENEY:  Objection.

19        A      In general, yes.

20        Q      Okay.  And they should be familiar

21   with benchmarks in their industry, true?

22                    MR. KEAVENEY:  Objection.

23        A      Benchmark is a very, very

24   difficult word because there are no clear

25   benchmarks, and different agencies refuse to

76

1                          T. F. Prendergast

2      provide information to establish benchmarks, so

3      "benchmarks" is a very nebulous word in the

4      industry as it stands today.

5              Q       Okay.

6              A       Especially for the public

7      transportation industry.

8              Q       What does a benchmark mean in

9      transportation?

10             A       Definitions I've seen is, you

11     know, a specific measure for a level of service,

12     a level of behavior or a design standard that

13     the industry at large is using and it is

14     generally made up of individual inputs from a

15     variety of different sources, some people call

16     them scattered diagrams, but you put them on a

17     plot and then you say this is where the standard

18     is, you know, it's not the best, it's not the

19     worst, it's in a critical mass area, but that's

20     the general definition of benchmark that I've

21     seen used in the industry.

22             Q       Okay.  And where we have

23     Professional Engineering Standards of Care, do

24     we agree that those engineering standards should

25     be complied with?

77

T. F. Prendergast

1

2      A      Yes, and I'll give you an example,

3  so there are formal track standards for track

4  design and maintenance that are industry driven

5  and accepted and established, and those are

6  based on solid engineering principles and

7  they're adhered to, so I'm using some very

8  special words there, and that's an example of

9  one where there's rigor, there's structure,

10  there's established standards, and they can be

11  measured.

12      Q      Okay.

13      A      Uh, so that would be one.

14      Q      Thank you.

15      A      Another -- another example where

16  it wouldn't be, fare evasion, what's -- how do

17  you define fare evasion?  How do you say what

18  constitutes fare evasion?  And then what's, you

19  know, the benchmark standard for that?  That's

20  far more nebulous.

21      Q      Okay.  And but that has nothing to

22  really do with Engineering Standards of Care,

23  true?

24      A      Yes, but I can probably think of

25  some Engineering Standards of Care.

78

1                    T. F. Prendergast

2                         MR. GENIS:  Okay.  But

3                    initially you answered the

4                    question, I just move to strike

5                    those portions which are not

6                    responsive after you answered the

7                    question.

8        Q       And just so we have a clear and

9    coherent record, yes, we agree that Professional

10   Standards of Care for engineering should be

11   complied with?

12                        MR. KEAVENEY:  Note my

13                   objection.

14       A       I, once again, I have to -- I took

15   exception to the use of the term, "complied"

16   before, so.

17       Q       I'm just talking now about nice

18   and simple, Professional Engineering Standards

19   of Care, they should either be complied with or

20   not, you tell me, which is it?

21                        MR. KEAVENEY:  Just note my

22                   objection again.

23       A       Standards of Care should be

24   applied to the extent they can be applied to,

25   comply is a totally different word.  Comply is

79

                        T. F. Prendergast

1

2      absolute, yes or no.

3          Q      Okay.  Well, when you were at the

4      Transit Authority, did they comply with

5      Professional Engineering Standards of Care?

6          A      To the extent that we could, yes.

7          Q      And when you say, to the extent

8      that you could, does that mean there were times

9      that the Transit Authority did not comply with

10     Professional Standards of Care in engineering?

11         A      I'll give you an example, it's the

12     only way I know how to do.

13         Q      Can you just answer my question,

14     please?

15         A      Were there times -- repeat the

16     question.

17                    MR. GENIS:  Sure.  Donna,

18              just read it back.

19                    It's a yes or no question,

20              so.

21                    (Whereupon, the

22              above-requested portion was read

23              back by the reporter.)

24         A      That's not a yes or no answer.

25         Q      Okay.  If you can't do it, you

80

                        T. F. Prendergast

1                       T. F. Prendergast

2    can't do it.

3         A       That's not -- it's not a yes or no

4    answer.  And then Robert said if you can't

5    comply, or you can't answer, fine.  And I said

6    that's correct, meaning I can't answer that

7    question.

8         Q       Okay.

9                       THE COURT REPORTER:  Thank

10                      you, that's the part I didn't hear

11                      the "that's correct.

12                      THE WITNESS:  That's fine.

13                      Please ask, no problem.

14                      MR. GENIS:  No worries.

15        Q       So when you were at the Transit

16   Authority, did it comply with good and accepted

17   practices and procedures in the field of

18   engineering and mass transit?

19                      MR. KEAVENEY:  Objection.

20        A       To the extent that it could.

21        Q       Okay.  And when you say, "To the

22   extent that it could," did that mean that there

23   were times that the Transit Authority did not

24   comply with good and accepted practices and

25   procedures in the field of engineering?

81

1                         T. F. Prendergast

2                         MR. KEAVENEY:  Objection.

3         A       Without giving you an example, I

4    can't answer the question.

5         Q       Okay, that's fine.  I'm going to

6    get to some just kind of general, generic

7    almost, Standards of Care and practices with you

8    for a moment, okay?  I'm telling you upfront

9    where I'm going, fair enough?

10        A       Fine, sure.

11        Q       Do we agree that according to

12   Professional Standards of Care, a rapid transit,

13   mass transportation agency is never allowed to

14   unnecessarily expose the public to harm?

15        A       I don't know if I can agree with

16   that or not agree with it, I'm sorry.

17        Q       Okay.  Do we agree --

18                     MR. GENIS:  I'm sorry,

19                     Donna, was my last question

20                     Professional Standards of Care?  I

21                     forgot what I just asked?

22                         THE COURT REPORTER:  Yes.

23                     MR. GENIS:  Okay.

24        Q       So do we agree that according to

25   good and accepted practices and procedures in

82

1                    T. F. Prendergast

2    engineering in the field of mass transportation

3    and rapid transit, that a rapid transit entity,

4    such as the Transit Authority, is never allowed

5    to unnecessarily expose the public to harm?

6                    MR. KEAVENEY:  Objection.

7         A     It sounds like the question you

8    just asked, and I said I can't answer that

9    question.

10        Q     Okay.  According to best practices

11   in the field of mass transportation or rapid

12   transit, is a transportation agency ever allowed

13   to unnecessarily expose the public to harm?

14        A     I see that as the same as the last

15   two questions, I can't answer the question, I'm

16   sorry.

17        Q     Okay.  According to engineering

18   principles and practices, is a mass transit

19   entity ever allowed to unnecessarily expose the

20   public to harm?

21                   MR. KEAVENEY:  Objection.

22        A     I just don't understand the

23   distinction between the questions, Robert, I'm

24   sorry.

25        Q     Okay.  So, well, New York City

83

1                    T. F. Prendergast

2      Transit Authority has its own standards and

3      practices and procedures, true?

4           A      Yes.

5           Q      According to New York City Transit

6      Authority's own practices and procedures, are

7      they ever allowed to unnecessarily expose the

8      public to harm?

9           A      Once again, it's the use of the

10     term, "unnecessarily," it's not defined for me,

11     so I can't answer that question.

12          Q      Okay.  So let's define it.

13     Necessarily would mean 100 percent of the time,

14     correct?

15          A      I wouldn't agree with that

16     definition.

17          Q      Okay.  Well, let's go to

18     Dictionary.com and let's see if we can get a

19     dictionary -- a definition we can agree on.

20                 Necessarily.  Okay, just lost it.

21     Doing it again.  Necessarily definitions, as a

22     matter of course, unquestionably, accordingly,

23     axiomatically, undoubtedly, no doubt, naturally,

24     inevitably, inescapably; do you agree with any

25     of those definitions?

84

1                        T. F. Prendergast

2                        MR. KEAVENEY:  Objection.

3         A       It's the use of the term in the

4    context you're asking the question.  And --

5         Q       Well, let's take it step-by-step.

6    First, do we agree on the definition of

7    necessarily?

8                        MR. KEAVENEY:  Can he

9                        answer the question?

10        A       Can I answer the question, please?

11        Q       Sure.  The question is do you

12   agree with the definition of necessarily?

13        A       I said I can't answer that

14   question, and I was going to qualify why I can't

15   answer it.

16                       MR. GENIS:  That's okay.  I

17                       gave you a dictionary definition,

18                       if you can't agree with it, you

19                       can't agree with it, that's okay.

20                       You have the right to disagree

21                       with the dictionary, so.

22                       MR. KEAVENEY:  Objection.

23        Q       Well, there are times you have to

24   use judgment or discretion in operating a mass

25   transit agency, true?

85

1                    T. F. Prendergast

2          A       Yes.

3          Q       According to Standards of Care,

4    are you ever allowed to use your judgment or

5    discretion in such a manner as to unnecessarily

6    expose the public to harm?

7                    MR. KEAVENEY:  Objection.

8          A       I'm having a problem with the use

9    of the term, "unnecessarily," and because of the

10   fact that if you're talking new design, then

11   you're talking new construction Standard of Care

12   is one definition; if you're talking about

13   retrospectively how you're going to modify or

14   apply state-of-the-art to a system that is over

15   100 years old, it is an improper use of the

16   term.

17                    MR. GENIS:  I'm just going

18                    to move to strike.

19         Q       All I'm asking you right now, and

20   we're going to get into more specifics later on,

21   but right now we're doing some generalities.  We

22   go from general to the specific.  Right now

23   we're just doing some generalities.  And I'm

24   just trying to find out, and if there's an issue

25   with the word, I gladly will define the word for

86

1                      T. F. Prendergast

2    you, for example, you had an issue with the word

3    necessarily before, I gave you a definition of

4    it.  And I asked you a follow-up question.

5                      So the issue is now according to

6    whatever the standard is, whether it's for old

7    or new, are you ever allowed to unnecessarily

8    expose people to harm?

9                      MR. KEAVENEY:  Objection.

10        A      I've offered an answer with a

11   qualifier which you didn't accept, you struck it

12   from the record, you keep using the term,

13   "unnecessarily," I cannot answer that question.

14        Q      Okay.

15        A      Full stop, British term, full

16   stop.

17        Q      Okay.  Well, let's see.

18                      Did the Transit Authority ever

19   have a policy of zero tolerance for unnecessary

20   exposure of the public to harm?

21                      MR. KEAVENEY:  Objection.

22        A      I don't recall the use of the

23   term, "zero tolerance" in any of those contexts,

24   the only -- only use of zero tolerance was on

25   drug and alcohol policies.

87

1                    T. F. Prendergast

2          Q       Is it part of the job of the

3    Transit Authority to prevent preventable harm?

4          A       Yes.

5          Q       Is it part of the job of the

6    Transit Authority to anticipate how people can

7    be harmed in its system?

8          A       Yes.

9          Q       Is it part of the job of the

10   Transit Authority to take reasonable care to

11   prevent foreseeable harm?

12                      MR. KEAVENEY:   Objection.

13         A       You don't need to go to dictionary

14   definition, there's some -- there's some

15   contextual issues with the use of the term,

16   "reasonable," but in general the answer to the

17   question is yes.

18         Q       Okay.  Should the Transit

19   Authority be prudent in safeguarding the public

20   using its system?

21         A       Define "prudent."

22         Q       Careful.  Cautious.

23         A       Yes.  In use of those terms, yes.

24         Q       Should the Transit Authority be

25   diligent in safeguarding the public using its

88

1                    T. F. Prendergast

2    system?

3        A       Yes.

4        Q       Is it part of the job of the

5    Transit Authority to identify potential safety

6    hazards to the public?

7        A       Absolutely.

8        Q       Okay.  So part of the job is to

9    identify the problem, and can we then agree it's

10   part of the job of the Transit to eliminate or

11   reduce potential safety hazards where possible?

12       A       The job of the Transit Authority

13   is to identify hazards, assess their severity,

14   they're likelihood of occurrence, and mitigating

15   factors to either lower the severity or

16   likelihood of occurrence, that's a formal System

17   Safety definition, and that's their

18   responsibility.

19       Q       Okay.  So when we talk about

20   System Safety, we agree that there are certain

21   safety requirements, correct?

22       A       Yes.

23       Q       A System Safety Program shall be

24   instituted during the system planning and design

25   phase and shall continue throughout the system

89

1                    T. F. Prendergast

2    construction and operation, true?

3                    MR. KEAVENEY:  Objection.

4         A      Yes.

5         Q      The System Safety concept shall

6    emphasize the prevention of accidents by

7    resolving hazards in a systematic manner, true?

8                    MR. KEAVENEY:  Objection.

9         A      Yes.

10        Q      Okay.  And a System Safety Program

11    shall be implemented to identify and resolve

12    hazards, correct?

13                    MR. KEAVENEY:  Objection.

14        A      Yes.

15        Q      And a System Safety Program shall

16    have as its objective to provide for the safety

17    of the passengers, employees, the general public

18    and its equipment, true?

19                    MR. KEAVENEY:  Objection.

20        A      Yes.

21        Q      It should encompass, System Safety

22    Program, shall encompass all system elements and

23    organizations within the system, correct?

24                    MR. KEAVENEY:  Objection.

25        A      Yes.

90

1                      T. F. Prendergast

2        Q       System Safety Program shall

3    identify the safety roles and responsibility,

4    responsibilities, plural, of all organizational

5    elements and require accountability, true?

6        A       Yes.

7                      MR. KEAVENEY:  Objection.

8        Q       The System Safety Program shall

9    designate one individual to be responsible for

10   the safety of the system who has a clearly

11   defined role and responsibilities established

12   through a written policy, true?

13                     MR. KEAVENEY:  Objection.

14       A       I don't know about the one person

15   piece of it, I'm sorry.

16       Q       Okay.  Can we agree that the

17   System Safety Program shall contain a hazard

18   resolution process that includes the procedures

19   necessary to identify and resolve hazards

20   throughout the system lifecycle?

21                     MR. KEAVENEY:  Objection.

22       A       Yes.

23       Q       Okay.  Now, let's talk about

24   hazard identification.

25                     Do we agree hazards shall be

91

1                    T. F. Prendergast

2    identified?

3         A      Yes.

4         Q      The techniques and methods used to

5    identify the hazards shall include the

6    following:  Number one, data from previous

7    accidents or operating experience, true?

8         A      Yes.

9         Q      Number two, expert opinion and

10    hazard scenarios, true?

11         A      Yes.

12         Q      Three, checklist of potential

13    hazards, true?

14         A      Yes.

15         Q      Four, previous hazard analysis,

16    true?

17         A      Yes.

18         Q      And five, other analysis -- other

19    analysis techniques as appropriate, correct?

20         A      Yes.

21         Q      And as you said, all identified

22    hazards shall be assessed in terms of the

23    severity or consequence of the hazard and the

24    probability of occurrence, correct?

25         A      Yes.

92

```
 1                    T. F. Prendergast
 2         Q      And the basis of the
 3    decisionmaking process is whether the hazard has
 4    been eliminated, mitigated or accepted, true?
 5         A      Repeat that again, please.
 6                    MR. GENIS:  Read it back,
 7                please, see if it's English.
 8                    (Whereupon, the
 9                above-requested portion was read
10                back by the reporter.)
11         A      Eliminated or mitigated.
12         Q      Okay.  So the resolution strategy
13    to be used in order of decreasing preference
14    shall be the following:  First, eliminate the
15    hazard, agree so far?
16                    MR. KEAVENEY:  Objection.
17         A     Yes.
18         Q      Two, designed to control hazards,
19    true?
20         A     Yes.
21         Q      Three, use safety devices, true?
22         A     Yes.
23         Q      Four, use warning devices, true?
24         A     Yes.
25         Q      Five, implement special
```

93

1                    T. F. Prendergast
2    procedures, true?
3         A     Yes.
4         Q     Or six, accept the hazard,
5    correct?
6         A     Yes.
7         Q     Or seven, eliminate the system,
8    true?
9         A     Well, I've never seen the last,
10   I'm sorry.
11        Q     Okay.
12        A     That may be the last -- that may
13   be the latest definition of MIL Standard 882C or
14   D, but I don't -- I don't recall seeing that.
15        Q     Okay.  And that standard you just
16   referred to, "MIL," that's for military?
17        A     Yes.
18        Q     And that's from the Department of
19   Defense?
20        A     Yes.  Which is where System Safety
21   evolved from, as I said earlier in my testimony.
22        Q     And the process shall include full
23   documentation of all identified hazards, risk
24   assessments and the hazard resolution activities
25   in a hazard tracking log, true?

94

1                    T. F. Prendergast

2          A      Yes, in general.

3          Q      And the effectiveness of the

4   mitigation shall be monitored to determine that

5   no new hazards are introduced, true?

6          A      Yes.

7          Q      And the effectiveness of the

8   mitigation shall be monitored to see if they are

9   effective, true?

10         A      Yes.

11         Q      Okay.  And there are certain

12  safety principles that shall be observed in the

13  system, correct?

14                    MR. KEAVENEY:  Objection.

15         A      You don't observe a principle, you

16  apply a principle, uh, so I'm -- I'm -- I'm a

17  little --

18         Q      Okay.

19         A      -- confused.

20         Q      All right.  I'll take that, I'll

21  accept that.

22                So when the system is operating

23  normally, there shall be no unacceptable or

24  undesirable hazard conditions, true?

25         A      I'm trying to figure out the best

95

1                    T. F. Prendergast

2   way to answer that.  Um, consistent with the

3   principles of System Safety, identification,

4   hazard severity and likelihood of occurrence,

5   yes.

6        Q      Okay.

7        A      But those are all not absolute,

8   there's -- there's probability of occurrence,

9   meaning there is a likelihood of something could

10  happen, um.

11       Q      And also the severity of what can

12  happen, correct?

13       A      Severity usually is, is, I don't

14  want to say absolute, but, you know, it's

15  defined pretty clearly, like, uh, catastrophic

16  is loss of system, loss of human life, so

17  it's -- that's pretty serious, uh, um, the

18  others are somewhat qualifiable, but probability

19  of occurrence is something that can change over

20  time.

21       Q      Okay.

22       A      Based on a variety of different

23  factors.

24       Q      Can we agree that the System

25  Safety Program Plan shall describe in detail

96

1                    T. F. Prendergast

2    tasks and activities of System Safety

3    Management, System Safety Engineering, and the

4    safety certification process required to

5    identify, evaluate and eliminate or control

6    hazards or reduce the associated risk to a level

7    acceptable to the authority having jurisdiction

8    throughout the system lifecycle?

9           A      In general, yes.

10          Q      So the System Safety Program Plan

11   shall describe at a minimum four elements of an

12   effective System Safety Program; a planned

13   approach for task accomplishment; qualified

14   people to accomplish tasks; authority to

15   implement the tasks to all levels; and

16   appropriate commitment of resources to ensure

17   that the tasks are completed, true?

18          A      I believe so.

19          Q      And there has to be safety

20   verification of the System Safety Plan, true?

21                 MR. KEAVENEY:   Objection.

22          A      There has to be some level of

23   verification, yes.

24          Q      And there should be an audit

25   program for the System Safety Plan to ensure

97

                        T. F. Prendergast

1

2   that the objectives and requirements of the

3   System Safety Program are being accomplished,

4   true?

5          A      There should be an audit plan,

6   yes.

7          Q      And there shall be incident

8   reporting, correct?

9          A      Yes.

10         Q      There's also what's known as a

11  preliminary hazard analysis, correct?

12         A      That is one form of hazard

13  analysis, yes.

14         Q      And then there's a subsystem

15  hazard analysis and a system hazard analysis,

16  correct?

17         A      There are a multitude of analyses.

18         Q      Operating and support hazard

19  analysis, correct?

20         A      Yes.

21         Q      So the first thing you have to do

22  is identify the root cause of the problem, the

23  hazard identification, true?

24                        MR. KEAVENEY:  Objection.

25         A      The first thing is identify the

98

```
 1                    T. F. Prendergast
 2    hazard itself and define the hazard.
 3         Q      Okay.
 4         A      That's the first thing.
 5         Q      All right.  So once you've
 6    identified the hazard, then you have to figure
 7    out the best way to address the hazard to
 8    eliminate the problem, to eliminate the hazard,
 9    correct?
10         A      Well, I don't -- it's -- it's not
11    quite that straightforward and simple, and I
12    don't mean anything negative when I say that.
13         Q      That's okay.
14         A      So there's two processes that need
15    to occur; one is the identification of the
16    hazard and the ranking of its severity.
17         Q      Mm-hmm.
18         A      And then its likelihood of
19    occurrence.
20         Q      Okay.
21         A      Because the level of effort you
22    would apply to mitigating a hazard, which if you
23    go down that path, you have to mitigate it, you
24    do have to do the root cause of what the hazard
25    is, will be somewhat dependent on the likelihood
```

99

1                          T. F. Prendergast

2    of occurrence.  Because you want to make sure

3    you're dealing with hazards in some kind of

4    priority fashion.  So it's a -- there's a

5    linkage, there's a tie, there's a relationship

6    between severity of hazard and likelihood of

7    occurrence.

8          Q      Okay.  So once the hazard has been

9    identified, and the hazard is a danger to the

10   safety of the public, would it be an appropriate

11   procedure to follow-up, perform a proper safety

12   study?

13                          MR. KEAVENEY:  Objection.

14         A      To the extent you need to define

15   what the hazard is and assess its severity, yes.

16         Q      And you could do a study to see

17   how to best remove the danger or make the

18   condition safer for the public, correct?

19         A      You could.

20         Q      Okay.  Would a proper and adequate

21   study be one that looks to solve the problem,

22   how to best remove the danger or make safer?

23         A      If the decision is made that that

24   study needs to be done on a priority basis with

25   respect to other hazards in the system, yes.

100

1                    T. F. Prendergast

2        Q       Well, if a study is done, it

3    should be done properly, correct?

4                        MR. KEAVENEY:  Objection.

5        A       I have difficulty answering the

6    question because anything anybody does should be

7    done properly, I'm sorry, but it's just --

8        Q       Agreed, we agree.

9                        THE COURT REPORTER:  Wait,

10                       did you say I don't follow your

11                       question?  I didn't hear the end

12                       of that.

13       A       No, I said it sounds like a trick

14   question.  I said to the extent that anything

15   should be done, it should be done properly and

16   so then I said I have difficulty answering the

17   question because it sounds like a trick

18   question, it's like you don't -- you don't do

19   something unless you're gonna do it properly, it

20   just doesn't make sense to me, it's incongruous.

21       Q       Or self-evident.  Okay.

22                       So let's talk about a proper

23   study.

24                       Do we agree that to perform a

25   proper study, first you must collect and gather

101

1                    T. F. Prendergast

2    the hard facts, the relevant data, correct?

3        A      To the extent you can, yes.

4        Q      Okay.  And after the -- after you

5    collect and gather -- well, let's back up.

6               So you're collecting all the

7    pertinent information, correct?

8        A      Once again, to the extent that you

9    can, yes.  And I'm not trying to play games,

10   yes.

11       Q      Okay.  Well, you would be -- when

12   performing a study, you must collect or gather

13   all significant facts, true?

14       A      Yes.

15       Q      You must collect and gather all

16   important facts, correct?

17       A      Yes, but I'll caveat all that with

18   to the extent that you can, but yes.

19       Q      Okay.  And then you would review

20   and analyze the data, the hard facts, correct?

21       A      That's what you gather data for.

22       Q      Okay.  And the study to be valid

23   must be complete, true?

24       A      Yes.

25       Q      To be valid the study must be

102

1                        T. F. Prendergast

2    thorough, correct?

3          A      Once again, you're using terms

4    that are qualifying terms, so.

5          Q      So yes or no to the thoroughness?

6          A      To the extent that you can, yes.

7          Q      Okay.  To be valid the study must

8    be accurate, true?

9          A      Yes.

10          Q      To be valid the study must be

11    objective, true?

12          A      Yes.

13          Q      And to be a valid the study must

14    be honest, correct?

15          A      What's your definition of

16    "honest"?

17          Q      Truthful.  Accurate.

18          A      Yes.

19          Q      Okay.  Unbiased.

20                 Do you agree with that?

21          A      Yes.

22          Q      Okay.  So if a study does not

23    collect and gather and review all significant

24    important facts and pertinent information, and

25    if it's not complete, thorough, accurate,

103

1                      T. F. Prendergast

2    objective and honest, it's not a proper and

3    adequate study, true?

4                      MR. KEAVENEY:  Objection.

5         A      You're using terms that I would

6    not use, so I can't answer the question.

7         Q      Okay.

8         A      Sometimes you do not have the

9    luxury of having enough time to get an infinite

10   amount, not infinite, a large data sample to

11   make an extremely refined and detailed decision,

12   and that occurs in life, in some cases you have

13   to make the best determination based on the best

14   information you can get available at the time.

15        Q      Okay.  But -- okay.  But let's

16   talk about performing studies for a moment.

17               Do we agree that to the extent a

18   study is less than complete, thorough, accurate,

19   objective and honest, it would be less than

20   reliable, fair enough?

21                      MR. KEAVENEY:  Objection.

22        A      I don't agree with that.

23        Q      Okay.  To the extent a study is

24   less than complete, thorough, accurate,

25   objective and honest, it can be less than valid

104

1                      T. F. Prendergast
2    and reliable, true?
3                      MR. KEAVENEY:  Objection.
4        A       I don't agree with that either.
5        Q       Okay.  To the extent a study does
6    not utilize all significant and important and
7    pertinent facts, it might be less than reliable
8    and valid, true?
9                      MR. KEAVENEY:  Objection.
10       A       Don't agree with that.
11       Q       Okay.  In a proper study, the
12   facts lead to the conclusion or opinion,
13   correct?
14                     MR. KEAVENEY:  Objection.
15       A       Definitions of most analyses or
16   investigations, facts or findings that lead to
17   conclusions, and from those develop
18   recommendations, it's the best way for me to
19   answer the question.
20       Q       Okay.  In other words, an improper
21   study already has the opinion or conclusion and
22   it looks for facts to support that opinion,
23   correct?
24       A       There are many definitions of --
25   there are many reasons why a study may be

105

1                    T. F. Prendergast

2    improper, that could be one of them, that's not

3    the sole reason.

4         Q     Okay.

5         A     There could be other reasons it's

6    improper.

7         Q     Of course.  And I don't think I

8    said it was the sole reason.

9         A     But I just wanted the distinction

10   -- so I wouldn't -- I wouldn't draw the

11   conclusion that -- that it would be, if it was

12   improper, that it was the way you said it was,

13   that's why I said that.

14        Q     Okay.  So let's just be clear so

15   we have a coherent question and answer on the

16   record.

17                    So I'm gonna kind combine.

18                    In a proper study the facts lead

19   to the conclusion, and in an improper study they

20   already have the conclusion and they're looking

21   for facts to support the opinion; can we agree

22   on that?

23                    MR. KEAVENEY:  Objection.

24        A     The way you've worded it I can't

25   agree with you.

106

1                    T. F. Prendergast

2         Q       Okay.  A proper study might

3    require computer simulations and programs, true?

4         A       Might, yes.

5         Q       Okay.  Can we agree that there's a

6    difference between basing a conclusion on fact

7    as opposed to basing it on opinion?

8         A       Once again, I'm having trouble

9    with the -- with the definition as you define

10   it, the use of the words as you're -- as you're

11   using them.

12        Q       Okay.  Well, let's see.

13        A       Because what -- what a

14   determination in one person's mind is an

15   opinion, uh, could and well fact be supported by

16   fact, but they're having a difficult time

17   articulating it.

18        Q       Okay.

19        A       Or you don't have hard data, but

20   you've got experience --

21        Q       Can you --

22        A       -- um, which you can't -- which

23   you should not and cannot discount.

24        Q       Let me see, can you give me an

25   example of what an improper study would be?

107

1                    T. F. Prendergast

2        A      Well, if you were to have asked

3    the question that said you made up your mind

4    what the conclusion was and then you did the

5    study, that would be improper, that would be

6    improper.

7        Q      Okay.  Give me an example of a

8    proper study.

9        A      First of all, define what the

10   objective is, it sounds like in this particular

11   case it's defining a problem and trying to

12   assess what that problem is, what needs to be

13   done to address it, if anything at all.  Um,

14   once again, tied back in with System Safety, so

15   it's an identification of a hazard, an

16   assessment of its severity, its likelihood of

17   occurrence, 'cause you put the two together, and

18   then you come up with a set of actions to, by

19   the hierarchy you've established, eliminate,

20   design out, control, warn, address the hazard.

21   That's proper.

22       Q      Thank you.  So if it's a safety

23   study, can we agree that a proper safety study

24   must consider the safety of the public and the

25   system itself?

108

1                    T. F. Prendergast

2        A       Yes.

3        Q       Okay.  So if it's a study that

4    does not consider the safety of the public, then

5    can we agree that that's not a proper and

6    adequate safety study?

7        A       Well, it's not meeting the

8    definition of a safety study.

9                    MR. GENIS:  Can you just --

10                   I want just to hear back his

11                   answer, can you just read it back

12                   please, Donna?

13                       (Whereupon, the

14                   above-requested portion was read

15                   back by the reporter.)

16                   MR. GENIS:  Okay.  Thank

17                   you.  That's what I thought I

18                   heard, I just wanted to make sure.

19                       And I'm going to make an

20                   analogy, I don't know if it's

21                   gonna be a good or a bad one,

22                   you'll let me know.

23       Q       You know it's like a patient goes

24   to a doctor and they make certain complaints.

25   So first the doctor has to do what's called a

109

1                    T. F. Prendergast

2    differential diagnosis to figure out what the

3    worst treatable condition is first, to either

4    rule that in or rule that out; are we in

5    agreement so far?

6         A       If that's what a "differential

7    diagnosis" is, fine, but I don't know, I'm

8    literally ignorant on that, when it comes to the

9    medical diagnoses.

10        Q       Fair enough.  So let's try it a

11   different way then.

12               But -- okay.  So, for example, a

13   person goes to a doctor and they diagnose you

14   have a heart condition, you have cancer, either

15   way it can be a life-threatening condition, but

16   there's different ways to treat that condition;

17   can we agree on that?

18        A       Well, certainly if you have a

19   different diagnosis there would be a different

20   way of treating it, yes, I would agree with

21   that.

22        Q       Okay.  So in other words, you

23   know, the patient goes to the doctor, they have

24   certain complaints or symptoms, so the doctor

25   says, okay, we're going to order some studies on

110

1                    T. F. Prendergast

2    you to see what the cause of your problems are,

3    proper methodology?

4         A      That's what I've been exposed to,

5    so I would say it would be proper.

6         Q      Okay.  And then the doctor can

7    say, well, we have different choices, we have a

8    hierarchy of choices, right?  The first one just

9    might be change your diet and do some exercise.

10   Doctor says, well, we can do a little more than

11   that, you might need certain medications to

12   take, the doctor might say the third choice, you

13   know what, I think you're gonna need maybe some

14   radiation, and maybe the fourth choice is, you

15   know what, you need surgery; can we agree on

16   those hierarchy of treatment?

17            A      For that --

18                  MR. KEAVENEY:  Note my

19            objection.

20            A      For that medical diagnosis, yes.

21            Q      Okay.  And the patient can have

22   different responses and the doctor can then see

23   by measuring, looking at the facts and the data,

24   yes, the diet and exercises helped or it did not

25   make a difference; yes, the medication helped,

111

1                    T. F. Prendergast

2    did not make a difference; yes, the radiation

3    helped, no, it was not effective; surgery

4    helped, did not; things of that nature, correct?

5          A       Yes.

6          Q       And then you would expect the

7    doctor before even perhaps prescribing

8    treatment, to look at facts, to look at studies

9    and literature to see well, what have other

10   doctors done for other patients with similar

11   problems that has been effective, correct?

12                      MR. KEAVENEY:  Note my

13                      objection.

14         A       That's what I've been exposed to,

15   so it's -- it's what I'm familiar with on the

16   medical side, but that's from a recipient, not

17   from a --

18         Q       Sure.

19         A       -- practitioner.

20         Q       Okay.  And so the doctor can look

21   to other studies and see what other doctors have

22   done in other parts of the world to see what's

23   effective, true?

24         A       Sure, yes.

25         Q       Okay.  No need to reinvent the

112

1                    T. F. Prendergast

2    wheel, correct?

3          A      In terms of the level of

4    effectiveness of treatment in general, yes.

5          Q      Okay.

6          A      In terms of level of effectiveness

7    of treatment of that individual, not necessarily

8    or no.

9          Q      We're going to get to that, thank

10   you.

11                Now let's talk about mass transit

12   systems for a moment that we've --

13         A      Medical diagnosis on mass transit

14   systems?

15         Q      No.

16         A      I'm sorry.

17         Q      Now, we're just getting to mass

18   transit.

19         A      I'm sorry, I'm just trying to

20   break the tension.

21         Q      That's okay.

22         A      There's no tension.

23                MR. GENIS:  Life is too

24                short to be too serious, I agree.

25         Q      Okay.  So with mass transit,

113

1                    T. F. Prendergast

2    someone like yourself who has studied safety and

3    has studied mass transit, you've looked at

4    what's going on throughout the world, correct?

5         A    Yes, either formally or

6    informally, but yes.

7         Q    Okay.

8         A    So "formally" meaning through

9    mechanisms, through whatever, but through -- and

10   "informally" would be observations and things

11   like that, yes.

12        Q    Okay.  And you, for example, would

13   want to look even not just what people do in

14   other parts of the world, but comparable

15   systems, for example, to the New York City

16   system, correct?

17        A    Yes.

18        Q    So you'd want to see what others

19   are doing, true?

20        A    Yes.

21        Q    You'd want to see what the best

22   practices are, correct?

23        A    Yes.

24        Q    You'd want to see what

25   international benchmarks, if any, there are?

114

1                    T. F. Prendergast

2         A      Yes.

3         Q      You'd want to see what good and

4    accepted practices and procedures are, correct?

5         A      Yes.

6         Q      You'd want to see what

7    Professional Standards of Care or engineering

8    standards there are, correct?

9         A      Yes.

10        Q      And you'd want to see what studies

11   have shown elsewhere where they've done certain

12   things, what's effective, what are the costs,

13   what were the systems in place, correct?

14        A      Yes.

15        Q      And by doing all of this, that

16   helps further safety, correct?

17        A      To the extent you apply it, it

18   furthers the safety, if you just gather the

19   information and do nothing with it, it wouldn't

20   further safety, but yes.

21        Q      I agree 1,000 percent.

22               So you'd want to look at the

23   facts, the data, the statistics to see what

24   works, what doesn't, what's effective, what's

25   not, correct?

115

1                    T. F. Prendergast

2                         MR. KEAVENEY:  Just note my

3              objection.

4      A       Yes, with some qualifiers.

5      Q       Okay.  Because facts don't lie,

6  correct?

7                         MR. KEAVENEY:  Note my

8              objection.

9      A       Facts are facts.

10     Q       Exactly.  And you could look for,

11  you know, cause and effect, true?

12     A       Yes.

13     Q       Because opinions can be wrong

14  because they can be based on speculation,

15  conjecture or surmisal, correct?

16     A       You used the word could, and I'll

17  emphasize that, so the answer to your question

18  is yes, but there's still some qualifiers out

19  there --

20     Q       Okay.

21     A       -- and that's the second time I

22  used the word.

23     Q       Okay.  So, for example, even an

24  educated guess is still a guess, correct?

25                        MR. KEAVENEY:  Objection.

116

1                    T. F. Prendergast

2          A       Once again, you're getting in the

3     contextual use of words and "educated guess" may

4     mean different things to different people, but

5     they're trying to put a qualifier on a guess,

6     'cause a guess could be just a wild you know

7     what guess.

8          Q       Mm-hmm.

9          A       Or a guess could be, you know,

10    based on what I've heard, based on what I've

11    seen, this is what I feel, so there's a

12    difference between what is a guess and what

13    isn't a guess.

14                        (Phone ringing.)

15                        THE WITNESS:  So I

16                   apologize.

17                        MR. GENIS:  That's okay.

18                        Do you have an important

19                   call you have to take?

20                        THE WITNESS:  I don't think

21                   so.

22                        Go ahead.

23                        MR. GENIS:  All right.

24                   Just want to make sure, because if

25                   you need to take a break, we'll

117

1              T. F. Prendergast

2              take a break.

3                   THE WITNESS:  No, no,

4              that's fine.  Go ahead.

5                   MR. GENIS:  Okay.

6                   MR. KEAVENEY:  They'll call

7              back if it's urgent.

8                   MR. GENIS:  Okay.  All

9              right.

10        Q      In other words, when measures are

11   taken, you can study it to see either they were

12   effective or they were not, correct?

13        A      Yes.

14        Q      Okay.  And if plan A doesn't work,

15   is not effective, then you can go to plan B,

16   correct?

17        A      If there's a plan B, yeah.

18        Q      Okay.  And let's see if you agree

19   with Albert Einstein, that the definition of

20   insanity is doing the same thing over again and

21   expecting a different result?

22        A      I didn't think it was Albert

23   Einstein, but if it was, fine, but I've heard

24   the definition before.

25        Q      Do you agree with it?

118

1                    T. F. Prendergast

2          A          In general, yes.

3          Q          Okay.  All right.  So sometimes

4    you might need to try something to do a study, a

5    pilot project as it were, a test to see how

6    something works, correct?

7          A          That's just -- that's

8    traditionally that's generally what's done

9    anywhere, yes.

10         Q          Okay.  Again, I'll bring it back

11   to medicine, for example.

12         A          Sure.

13         Q          Patients can do clinical trials to

14   see if some new medication is effective in

15   treating their disease or condition, correct?

16         A          Yes.

17         Q          Okay.  So in order for a pilot

18   project to work properly, you have to have a

19   proper pilot project, correct?

20         A          Well, in order for something to

21   work properly it has to be proper, yes, so, once

22   again, we're caught up on a word there.

23         Q          Okay.  All right.  I'm just going

24   to go with your permission another couple of

25   minutes and then maybe we'll take a break again

119

1                    T. F. Prendergast

2    because I think we're probably about due for

3    another bathroom break, fair enough?

4          A      That's fair.

5          Q      Okay.  All right.  So to do a

6    pilot project, for example, getting back to a

7    clinical trial for my analogy, if you don't do

8    the clinical trial or you delay or postpone the

9    clinical trial, the patient can die due to that

10   delay, correct?

11                    MR. KEAVENEY:  Objection.

12         A      Um, I -- once again, I'm having

13   trouble with the context because, uh, there are

14   certain things you don't even do a pilot, you

15   take immediate action --

16         Q      Okay.

17         A      -- if you have an impending hazard

18   you need to deal with, because the severity and

19   likelihood of occurrence is such that you have

20   to, so it's more in other categories of severity

21   and likelihood of occurrence that you would do a

22   pilot on.

23         Q      Got it.  So certain things you

24   just would take an immediate action, correct?

25         A      That's correct.

120

1                    T. F. Prendergast

2          Q       No pilot required, correct?

3          A       That's correct.

4          Q       Okay.  And so what's the purpose

5    of a pilot in the transportation world, of a

6    pilot project?

7          A       Um, first of all, it has

8    application beyond safety, but I think you know

9    that, so I'll use the definition, you know, in

10   that context.  Um, you want to test something to

11   see if by running the test you achieve the

12   desired result.  So if it was something that had

13   to do with, uh, operational reliability, you

14   would rather than, you know, like New York City

15   Transit's got 27 different subway lines, it runs

16   8,000 train trips a day, it's got millions of

17   door cycle openings a day, before you would go

18   into a major change of something, you would do a

19   pilot to see if, first of all, it's gonna be

20   difficult to get that training out to that many

21   different people, et cetera, but you want to see

22   if you're achieving your desired result.  So

23   what you do is in a controlled environment with

24   a finite number of people, finite number of

25   locations and equipment you've got to deal with,

121

1                    T. F. Prendergast

2    you implement the change, you monitor the effect

3    of that change, and based on the results, you

4    decide to either modify it -- there's one of

5    three actions; you go forward and implement it,

6    if it's achieving what you want; you abandon it

7    because it's created other problem or you modify

8    it so that it will achieve the behavioral

9    change, so, and that would be a pilot in

10   general.

11                    In a safety pilot it would be one

12   where you're really trying to address a specific

13   safety problem, uh, you're focused on the safety

14   problem, and you're also concerned about not

15   creating other safety problems that could result

16   as a result of that change.  So, but the basic

17   principles and concepts of a pilot pertain to

18   both on the safety side, far greater degree of

19   granularity on what, I guess, it's a British

20   term, knock-on effect of, has this change in

21   behavior or practice created other problems?

22   That's a very, very strong distinction,

23   especially in dealing with behavioral safety.

24   Behavioral safety that has a human element of

25   the employee as well as the customer, very

122

1                    T. F. Prendergast

2    important distinction.

3          Q      So in other words, you might have

4    read or seen studies that in some other city

5    they did A, whatever A is, and A was incredibly

6    effective at addressing a certain problem, and

7    you want to see if that can now be used here to

8    get rid of that same problem, correct?

9          A      Yes, with some qualifiers.

10         Q      Okay.  So you might already know

11   that A, whatever A is, is very, very effective

12   at removing a hazard and preventing catastrophic

13   injury, but you might want to do a pilot to see

14   how you could best adopt A to your system,

15   correct?

16                    MR. KEAVENEY:  Objection.

17         A      Yes, but that wouldn't necessarily

18   be the first step.

19         Q      Okay.  And if you saw, for

20   example, even though A worked perfectly

21   somewhere else, that for whatever reasons in

22   your system A does not work properly, then you

23   might want to try B, C or D, correct?

24         A      That would be an example.

25         Q      Okay.

123

                    T. F. Prendergast

1

2          A       I mean I'll just -- I'll just

3    state the obvious.

4          Q       Sure.

5          A       You may strike the record, but

6    there are two systems that are

7    representatively -- representatively --

8    representatively similar to New York City

9    Transit, the London Underground, the Paris

10   Metro, they're both around the same time of

11   their original, uh, initiation of service, turn

12   of the 19th, 20th century, actually the

13   Underground was before, it was well into the

14   19th century, it's got some specific constraints

15   that it can't manage around because of its

16   construction, and it's got an established

17   behavior pattern on the part of its customers,

18   so all three of those areas are similar to New

19   York City Transit as compared to comparing

20   new -- and, by the way, that's most of the lines

21   in Paris, but not all, the Meteor Line, which is

22   Line 14, which is state-of-the-art, is not

23   comparable, it would be like comparing the

24   Washington system with New York City Transit,

25   it's apples and oranges.

124

1                    T. F. Prendergast

2        Q        Okay.  Now, when you do a pilot

3   project, is it important to do it in a timely

4   fashion?

5        A        It's more important to do it in an

6   objective, thorough fashion more than timely.

7        Q        All right.  And when safety is the

8   concern or focus of the pilot project, is

9   timeliness an issue?

10       A        In a relative way, yes, as I

11  answered, we had a dialogue before about five

12  minutes ago about the fact in some cases you

13  don't do analysis, you go right for a solution

14  because the severity of the hazard, likelihood

15  of occurrence is such that it requires immediate

16  action, so in that context, the timeliness is

17  important, um, but going back to my other

18  comment about the knock-on effect of addressing

19  one problem, creating one or others, if you --

20  if you have undue time pressure on an analysis

21  or a pilot, you could have unintended

22  consequences that are far worse than the

23  original hazard you went to address.

24       Q        So like you said earlier, the

25  pilot must be a complete and thorough,

125

```
 1                    T. F. Prendergast
 2    objective, proper, adequate study, correct?
 3          A       What were -- were all the
 4    qualifiers you used, the adjectives --
 5          Q       And if you want I can break it
 6    down.
 7                       THE COURT REPORTER:  Hold
 8                  on.  What were the qualifiers you
 9                  used?  Something about adjectives.
10          A       Adjectives, what were the
11    adjectives.  He used a number of things about a
12    study --
13          Q       Yes.
14          A       -- he said proper, timely and
15    then --
16          Q       I'll gladly go through it again,
17    and if you want me to break it down, I'll break
18    it down.  You know what, let's just break it
19    down, it will be easier.
20                  So do we agree in order for a
21    pilot to be proper it has to be a complete
22    study?
23          A       Yes.
24          Q       It has to be a thorough study?
25          A       Yes.
```

126

1                    T. F. Prendergast

2        Q      It has to be an objective study?

3        A      Yes.

4        Q      It has to be an adequate study?

5        A      That to me is the same as

6    complete, but yes.

7                    MR. GENIS:  Okay.  All

8                    right.  So why don't we take a

9                    brief bathroom break now, unless

10                   let me ask -- go off the record.

11                   We'll stop the clock at 12:45

12                   and --

13                   THE COURT REPORTER:  Okay.

14                   Let me turn off the recording.

15                   Hold on a second.  I'm pausing the

16                   recording at 12:45 p.m.

17                       (Discussion was held off

18                   the record.)

19                       (12:45 p.m. a lunch recess

20                   was taken.)

21                       (1:19 p.m. the Deposition

22                   resumed.)

23                   THE COURT REPORTING:  I'm

24                   turning the recording back on,

25                   it's 1:19 p.m. Back on the record.

127

                        T. F. Prendergast

1

2        Q       All right.  By the way, are there

3    times that people from the Transit Authority or

4    MTA have to speak or meet with oversight

5    agencies?

6        A       Yes.

7        Q       And when somebody from the Transit

8    or the MTA speaks to or meets with an oversight

9    agency, is the representative of Transit/MTA

10   supposed to be honest?

11       A       Any representative, employee of

12   any of the MTA agencies should always be honest.

13       Q       Okay.  And when speaking to or

14   with an oversight agency, is the representative

15   of the Transit or MTA supposed to be thorough?

16       A       What's your definition of

17   "thorough"?

18       Q       How about complete?

19       A       Yes.

20       Q       Okay.  Are they supposed to be

21   accurate?

22       A       Yes.

23       Q       Are they supposed to be objective?

24       A       Supposed to be, yes.

25       Q       And give all the facts; the good,

128

1                        T. F. Prendergast

2    the bad and the ugly?

3         A       I mean, yes, to the extent that,

4    you know, there may be some room in someone's

5    interpretation of what all is, but yes.

6         Q       Okay.  Do we agree that ever since

7    there was a subway system in New York City,

8    there had been people that have wound up on the

9    subway tracks or track beds?

10        A       To my knowledge, yes.

11        Q       Does the Transit Authority

12   consider these people to all be trespassers?

13        A       Not in my time there, no, they did

14   not consider them all to be trespassers.

15        Q       Okay.  Now, since the inception of

16   the subway system, people have been hit or run

17   over by trains, correct?

18        A       Yes.

19        Q       And when trains make contact with

20   human beings, can we agree that the people could

21   be killed or seriously harmed?

22        A       Yes.

23        Q       Okay.  And every year many people

24   are hit or run over by trains, correct?

25        A       There are many incidents of trains

129

1                    T. F. Prendergast

2    contacting people, injuries or not injuries or

3    death.

4                    MR. GENIS:  Okay.  Let's --

5                    Dave, if you're there, can you

6                    please put up I think we have some

7                    charts that we've previously

8                    marked for identification, and we

9                    can mark again today, of these

10                   12-9 incidents, CWI incidents.

11                   MR. ROTH:  It's gonna be --

12                   this was recently exchanged as the

13                   DaSilva's 743.

14                   (Screen sharing Chart

15                   previously marked Plaintiff's 1 at

16                   the Reuter deposition.)

17                   MR. GENIS:  Okay.  All

18                   right.

19                   MR. KEAVENEY:  Tom, just

20                   for the record, it's a

21                   demonstrative chart that

22                   plaintiff's counsel put together.

23                   MR. GENIS:  Based on the

24                   data given by the Transit.  I

25                   think it was Plaintiff's Exhibit

130

1                    T. F. Prendergast

2                    Number 1 at the Reuter deposition.

3          Q        Do you see this document, sir?

4          A        Yes.

5          Q        Okay.  And it goes from 1987 to

6    2021; do you see that?

7          A        Yes.

8          Q        And it tracks number of incidents

9    where people have had contact with trains, do

10   you see that, and were injured?

11         A        Yup.

12         Q        And then it has number of people

13   that died as a result of these contact with

14   trains; do you see that?

15         A        Yes.

16         Q        Okay.  And we see from 1987

17   through 2021 there have been a total of 5,332

18   incidents of people being hit by train and

19   seriously injured, correct?

20         A        I mean if that's what your total

21   at the bottom of the column represents.

22                    MR. KEAVENEY:  Note my

23                    objection.

24         A        I can't see the bottom of the

25   page.

131

1                    T. F. Prendergast

2          Q      I can see it on my screen, do you

3    not see it, sir?

4          A      No, I only -- no, I don't see the

5    total down at the bottom.

6                    MR. ROTH:  (Scrolling.)

7          A      Now I see it.

8          Q      Okay.  And you see the total

9    fatalities since 1987 to 2021 is 1,684, correct?

10          A      Yes.

11          Q      And we see the range -- and, by

12    the way, I see we are missing 2019 to 2020, for

13    whatever reason, so we're missing a couple years

14    there.

15                    You see that?

16          A      Yes.

17          Q      Okay.  Now, do these numbers look

18    about right to you based on your experience of

19    the Transit?

20          A      They look about right.

21          Q      Okay.  So every year the smallest

22    number of people I see in any of these years

23    getting hit by a train is, let's see, looks

24    like -- well, I'll even round down, no, 109, I

25    see 2006, 109 is the fewest number of people hit

132

1                    T. F. Prendergast

2   by trains; do you see that?

3         A       Yes.

4         Q       And the fewest number of people

5   killed by being hit by trains is that same year,

6   I'm sorry, is 2004 is 35 people, no, 2001, 31,

7   sorry.  Hold on, '98, 25, that's the low year.

8   1998 only 25 people were killed; do you see

9   that?

10        A       1998 it says 23 -- 25.

11        Q       Yeah, I have 25 written, but --

12        A       Yeah, 25, it's 25.

13        Q       Okay.  Was anything special about

14  that year that only 25 people were killed?

15        A       Not that I know of.  I don't know.

16        Q       Anything special about the year

17  2006 when there were only 109 people getting hit

18  and injured by trains?

19        A       Not that I know of.

20        Q       Okay.  So do we agree that every

21  year there's well over 100, and some years over

22  200 people getting hit by trains and seriously

23  injured?

24                    MR. KEAVENEY:  Objection.

25                    MR. GENIS:  You may answer.

133

1                    T. F. Prendergast

2        A       Getting hit by trains, I don't

3    know if the -- the middle column are incidents

4    struck by train, I believe in any way, shape or

5    form, um, and it may not have constituted an

6    injury, so I'm not sure about the injury part.

7        Q       Well, let's back up a little bit.

8                So the Transit Authority keeps

9    records, what's known as CWI records, correct?

10       A       I don't know that, I haven't heard

11   that acronym, so.

12       Q       Okay.  Are you familiar with the

13   Code 12-9?

14       A       Yes.

15       Q       Okay.  And a 12-9 is a code for

16   people that are hit or run over by a train,

17   correct?

18       A       Struck by a train.

19       Q       Okay.  And the Transit Authority

20   keeps statistics and data on these such

21   incidents, correct?

22       A       Yes.

23       Q       The Transit Authority carefully

24   investigates each and every one of these

25   incidents, correct, where somebody is struck by

134

1                    T. F. Prendergast

2    a train?

3         A      Yes, but over a period of time the

4    definition of struck by train and the level of

5    investigation may have varied, and I use the

6    word, "may."

7         Q      Okay.  Well, when did the Transit

8    Authority first start keeping track of people

9    getting hit by train or being seriously injured

10   or killed?

11                    MR. KEAVENEY:  Objection.

12        A      I don't know 'cause when I arrived

13   in January of 1982 12-9 was a categorical

14   definition for, uh, employees or customers

15   struck by trains.

16        Q      So it's your --

17        A      It was called train and person, it

18   was called a train and person at the time.

19        Q      Okay.  So certainly you are aware

20   of it since you started at the Transit

21   Authority, correct?

22        A      Yes.  Yes.

23        Q      Okay.  And so when did they start

24   doing thorough investigations of each 12-9

25   incident?

135

1                    T. F. Prendergast

2        A       I don't know what level of

3    investigation was done in any given year.  I

4    made a statement before that over a period of

5    time it may have changed in terms of the degree

6    of investigation.

7        Q       So you don't know as we sit here

8    today whether they always had thorough

9    investigations or the degree of thoroughness

10   changed over time?

11       A       Correct.

12       Q       Did the Transit Authority only

13   keep track of records of, when you were there

14   certainly since 1981, of people getting

15   seriously injured or killed or did they keep

16   other types of records of people having contact

17   with trains?

18       A       I started in '82, that's point

19   101 -- point number one; but point number two is

20   I don't -- they keep a myriad of different

21   records, so it's, um -- and 12-9 was one, so

22   I -- it's tough for me to answer the question in

23   the way it's asked, so.

24       Q       Okay.  So well, for example, do we

25   agree that there are Federal requirements about

136

1                    T. F. Prendergast

2       an investigation where somebody is killed as a

3       result of contact with a train?

4            A       Yeah, there is, I believe there's

5       Federal requirements today, I'm not so sure that

6       when I started in '82 there were Federal

7       requirements, there may have been, but I

8       definitely remember that the Federal Transit

9       Administration and maybe even UMTA, it's

10      predecessor, Urban Mass Transportation

11      Administration, may have had some data gathering

12      requirements and data reporting requirements.

13           Q       And in addition to the Federal

14      Government having reporting requirements for

15      people being injured or killed by a contact with

16      trains, New York State Public Safety

17      Transportation Board, PTSB also had such a

18      requirement, true?

19           A       Yes.  And they -- and they came

20      into existence later.

21           Q       Okay.  When did the Transit

22      Authority start keeping track of just people on

23      the tracks even if they're not hit by a train or

24      injured or killed?

25           A       I don't -- I don't have an answer

137

1                    T. F. Prendergast

2    to that question, I don't know.

3         Q       Okay.  There are far more people

4    that are on tracks and get injured on the tracks

5    than only those getting hit by trains, correct?

6         A       Yes.

7         Q       In other words, a person could

8    fall off a platform, land on the track, hit

9    their head, get injured even though no train

10   ever hits them, correct?

11        A       Yes, or they could slip and fall

12   on the trackway when they're down there and get

13   injured.

14        Q       Right.  Okay.  And the number of

15   people injured on the track is far greater than

16   the number of people actually hit and either

17   killed or seriously injured by contact with

18   trains, true?

19        A       I believe so, but I don't know

20   that for a fact.

21        Q       Okay.  So this is -- the bottom

22   line is it is a known recurring and longstanding

23   problem of the Transit Authority being aware of

24   people being seriously injured or killed as a

25   result of winding up on the track, true?

138

1                    T. F. Prendergast

2                    MR. KEAVENEY:  Objection.

3        A       Could you repeat the question?

4                    MR. GENIS:  Just read it

5               back, let's see if it's English.

6                    (Whereupon, the

7               above-requested portion was read

8               back by the reporter.)

9        A       Winding up on the track, I'm still

10   having a problem with, but, uh, there are

11   injuries on the trackway, some are from falls,

12   some are from falls from platforms, some are

13   falls from ladders, some are slips and falls

14   just standing on the track or stepping on a

15   rail, so there are injuries that occur on the

16   trackway.

17       Q       Okay.  And then for many years

18   there have been people getting injured as a

19   result of contact with the trains, correct?

20       A       Yes.

21       Q       Okay.  And this has been a

22   problem, the Transit Authority has been aware of

23   a recurring problem for decades at least,

24   correct?

25                   MR. KEAVENEY:  Objection.

139

1                    T. F. Prendergast

2        A       It has been recording data where

3    these injuries occurred, so that's -- that's a

4    statement of fact.

5        Q       Okay.  And the statistics

6    represent people being in contact with trains on

7    or off the platform that are either injured or

8    killed, correct?

9                    MR. KEAVENEY:  Objection.

10       A       They include those, but they

11   include others as well.

12       Q       Okay.  Has there ever been a year

13   without someone being killed by contact with a

14   train?

15       A       Not that I can recall.

16       Q       Has there been --

17       A       That includes -- that includes --

18   that includes willful acts of suicide.

19       Q       Has there ever been a month

20   without someone being killed by a train?

21       A       Don't know, I can't answer that

22   question.

23       Q       Has there ever been a year without

24   someone being seriously injured as a result of

25   contact with a train?

140

                        T. F. Prendergast

1

2          A       Well, serious injury means death,

3    so no.

4          Q       Has there ever been a month

5    without someone being seriously injured by a

6    train, contact with a train?

7          A       Once again, I don't know by month.

8          Q       Has there ever been a week without

9    someone in the subway system being on the track

10   or track bed?

11         A       Being on the track or the track

12   bed?

13         Q       Yes.

14         A       There's people on the track

15   everyday.

16         Q       And when I say people on the

17   track, I mean not employees of the system.

18         A       I don't know that for a fact, but

19   given the number of trains they run and given my

20   recollection of when I would listen to the

21   system as it operates and what went on in the

22   command center, like I said, I can't factually

23   state that there's never been a week.

24         Q       So for how many years has the

25   Transit Authority been aware of the recurring

141

1                    T. F. Prendergast
2    problem of people being killed or seriously
3    injured as a result of contact with trains?
4                         MR. KEAVENEY:  Objection.
5        A     I can only speak for my time there
6    and it was -- it was known that there were --
7    there were fatalities, people being struck by
8    trains.
9        Q     Okay.
10       A     Suicides and accidental.
11       Q     So let's get into the ways these
12   incidents can occur since you've mentioned that.
13   One of the ways is a person can slip or trip and
14   fall onto the tracks, true?
15       A     That's correct.
16       Q     So there can be, for example, a
17   defective or unsafe platform condition that
18   causes a person to fall onto the tracks, that's
19   one way, correct?
20       A     Um, there could be reasons
21   associated with the slippery surface on the
22   platform which means they would -- and they
23   would -- they would loose their footing and slip
24   off the platform.
25       Q     Okay.  A person can be sick or

142

1                        T. F. Prendergast

2    have a medical condition that causes them to

3    fall onto the tracks --

4            A      Yeah.

5            Q      -- that's another way, correct?

6            A      That's correct.

7            Q      Okay.  A person can get pushed

8    onto the tracks is another way that they wind up

9    on the tracks, right?

10           A      That's correct.

11           Q      A person can try to retrieve

12   something that fell and that's how they wind up

13   on the tracks, correct?

14           A      That's correct.

15           Q      And a person can jump onto the

16   tracks, correct?

17           A      Yup.  Yes.

18           Q      And you mentioned before suicide,

19   does the Transit Authority have any criteria for

20   opining that somebody was attempting to commit

21   suicide?

22           A      The Transit Authority doesn't, the

23   medical examiner, I believe, makes that

24   determination and/or the police department,

25   because those incidents are investigated by the

143

1                    T. F. Prendergast

2    police and the medical examiner does an autopsy,

3    I believe, for each and every incident.

4         Q    Okay.  Does the Transit Authority

5    want to prevent suicides from people jumping

6    onto tracks or in front of trains?

7         A    If "want" is desirable, yes; if

8    "want" is compliance, no.

9         Q    So how does the Transit Authority

10   follow-up to get the information that it keeps

11   track of with respect to alleged suicides?

12        A    I'm not the right person to ask

13   that question, is there -- 'cause there are

14   other people in the organization that, uh, that

15   keep track of that and at one time they were

16   part of the Transit Authority and the Transit

17   Police, but they're -- that is now not a Transit

18   Authority function, it's a State Police

19   function, I'm not the right person to ask that

20   question, I don't know.

21        Q    Okay.  But the Transit Authority

22   does keep track of what they claim to be the

23   number of suicides on its system; in other

24   words, where they claim people jumped in front

25   of a train to commit suicide, correct?

144

1                    T. F. Prendergast

2          A       I believe so, I believe so.  Yes.

3          Q       And the Transit Authority

4    publishes its statistics of how many people

5    are -- have contact with trains and seriously

6    injured, how many are killed, how many are

7    suicides, things of that nature, correct?

8                    MR. KEAVENEY:  Objection.

9          A       It's got reporting requirements,

10   oversight agencies and I believe there is a

11   safety report that is -- that is made public at

12   every monthly committee meeting.

13         Q       Speaking of committee meetings,

14   what committee meets once a month to review

15   these?

16         A       Well, I'm not sure exactly what's

17   in place now, but there has been throughout my

18   entire time, so starting -- well, start long

19   before me there in '82, a Transit Authority

20   Committee meeting, and then there was at one

21   point in time a Safety Committee established,

22   and I believe that may have been established

23   either, um, under Jay Walters Chairmanship, or

24   under my Chairmanship, but it was in that

25   general timeframe where there was a formal

145

                              T. F. Prendergast

1                              T. F. Prendergast

2    Safety Committee that met monthly.

3          Q      Who was on the Safety Committee

4    when you were there?

5          A      The board members, uh, the --

6    the -- uh, all of the committee structures for

7    the MTA, the governance structure is a subset of

8    the board, so it's board members that express a

9    desire to be on that committee, and the Chairman

10   concurs in it, so that's the governance part of

11   it; in terms of the agency part of it, it was

12   the, at a minimum, the senior safety, uh,

13   officer for each one of the operating agencies,

14   um, and in some cases the agency head would

15   attend as well.

16         Q      And when you say, "The agency

17   head," you're referring to the President such as

18   yourself?

19         A      Yes.

20         Q      Okay.  So would the President

21   attend all safety meetings or only some safety

22   meetings?

23         A      My recollection is that they -- it

24   wasn't a requirement that they attend, but many

25   of them attended almost all the meetings, but

146

1                    T. F. Prendergast

2    not -- it wasn't a requirement.

3                    (Screen sharing ended.)

4        Q      Were there minutes of the

5    different -- of the safety meetings, Safety

6    Committee meetings?

7        A      My recollection of the governance

8    structure of the MTA is there are minutes taken

9    of every committee meeting and they're

10   published.

11       Q      Are they available to the public?

12       A      Yes, in two ways, they're

13   available to the public in the standardized

14   reports that the MTA puts up every month as well

15   as accessible through Freedom of Information Act

16   Requests.

17       Q      Okay.  Are all those that attend

18   the Safety Committee meetings listed on the

19   minutes?

20       A      Well, not the observers in the

21   audience, but in terms of the -- the, uh, the

22   board members who comprise the Committee, uh,

23   they're listed as well as the representatives

24   from the agency.

25       Q      Okay.

147

1                    T. F. Prendergast

2          A       Or if there's a presentation

3   given, there would be, you know, a delineation

4   of that presentation and who provided it.

5          Q       In terms of the monthly Safety

6   Committee meetings when you were at the Transit

7   Authority, did, for example, Larry Heisler

8   attend these meetings?

9          A       I'm not familiar with that name,

10  so I'm a little bit, uh, I'm sorry.

11         Q       Did Denise Rozza attend those

12  Safety Committee meetings?

13         A       Once again, I -- that may be after

14  my time.

15         Q       Okay.  She's sitting at the table

16  with you right now.  At least she was this

17  morning.

18         A       I knew that.  I know that now.

19         Q       Okay.  All right.  I just want to

20  make sure.

21         A       But, no, in all fairness, and I

22  want to be very careful how I say this 'cause --

23         Q       Sure.

24         A       -- 'cause I respect everybody who

25  was at the meeting I attended, but for someone

148

1                          T. F. Prendergast

2      to recognize the Chair, whoever the Chair may

3      be, uh, that's one threshold; for the Chair to

4      recognize everybody else in the room is another

5      threshold, but I -- I believe our paths and

6      times did not cross --

7              Q       Okay.

8              A       -- for either one of those two

9      individuals.

10             Q       Okay.  So at safety -- at the

11     monthly Safety Committee meetings, was it

12     routine to have somebody from the law department

13     of the Transit Authority present?

14             A       I don't know if it was routine,

15     there were times they were present, there may

16     have been times that they weren't present, so.

17     Um.

18             Q       All right.  We were talking before

19     about hazard analysis, so I want to kinda get

20     back to that now.

21                     Can we agree that one of the best

22     ways to solve a problem and do the hazard

23     analysis is to perform a root cause analysis?

24             A       Once you've identified a hazard as

25     one in which due to its severity and likelihood

149

1                    T. F. Prendergast

2    of occurrence it needed to be addressed, one of

3    the better, if not best tools, is to do one or a

4    number of, uh, hazard analysis.

5          Q      Okay.  And part of a good hazard

6    analysis is determining the root cause, correct?

7          A      Root causes --

8          Q      Okay --

9          A      -- and contributing factors.

10         Q      -- I'll go with root causes

11   plural.

12         A      And contributing factors.

13         Q      Okay.

14                       THE COURT REPORTER:  Hold

15                on.  I can't see everybody.

16                       The time is 1:45.

17                       (Discussion held off the

18                record.)

19                       THE COURT REPORTER:  So

20                we're going back on the record at

21                1:46 p.m. Sorry about that.

22                       MR. GENIS:  Okay.  No

23                worries.  1:46.

24                       (Whereupon, the

25                above-requested portion was read

150

1           T. F. Prendergast

2           back by the Reporter.)

3                MR. GENIS:  Okay.  So you

4           got it.  I was just agreeing with

5           him there could be causes plural.

6           Okay.

7       Q    All right.  So one of the things

8    in doing a root cause analysis is trying to see

9    if there's a common denominator between

10   different types of incidents occurring, true?

11      A    It's one of the factors that you

12   look for.

13      Q    So, for example, whether a person

14   trips or slips on the platform and that's how

15   they got on the track; whether they have a

16   medical condition, and that's how they wind up

17   on the track; whether somebody pushes them and

18   that's how they get on the track; whether they

19   go to retrieve something and wind up on the

20   tracks; or whether a person jumps onto the

21   tracks, the common denominator is that they all

22   have open access to the tracks, correct?

23                MR. KEAVENEY:  Note my

24           objection.

25      A    Well, I don't know if I'd use the

151

1                          T. F. Prendergast
2      word "common denominator," you don't have access
3      to the tracks if there's an obstruction, so, you
4      know, it's not -- I -- I -- I wouldn't look at
5      the analyses that way.
6            Q      Okay.  So unless there was a train
7      occupying the track at the platform at the
8      station, there is nothing obstructing access of
9      a customer to the track, correct?
10                          MR. KEAVENEY:  Just note my
11                  objection.
12           A      It's not that straightforward
13     because there is a space between the car edge, I
14     mean the car body, and the platform edge, and
15     depending upon the size of the person, they
16     could actually fall into that space.
17           Q      Okay.
18           A      'Cause -- 'cause the people that
19     ride the New York City Subway system vast
20     difference in their size and shape.  And -- and
21     actually it's -- it's -- you're getting into
22     toddlers and, you know, small -- small -- people
23     of smaller stature 'cause they're not physically
24     fully grown yet.
25           Q      Okay.  So now you're talking about

152

1                      T. F. Prendergast

2   what we call gap cases, where somebody gets

3   injured when their leg goes between the door

4   sill of the train car and --

5            A      Or they can fall --

6            Q      -- and the edge of the platform?

7            A      But it's more than just the door

8   sill, it's the edge of the car, 'cause the door

9   sill is only where the door is, and it's -- and

10  if you're small enough, you can fall all the way

11  down to the track, so it's not just a space

12  case, it's not just the, you know, that issue,

13  it's not -- it's more encompassing than that.

14           Q      Okay.  I'm going to not get into

15  those space cases right now, we're just going to

16  be talking about people winding up on the tracks

17  or having contact with a moving train when

18  they're on the platform; is that fair enough,

19  that we're limiting it to those?

20           A      That's fine.

21           Q      Okay.  And you know what, to be

22  really clear, let's even limit it more just to

23  the people that get -- have contact with the

24  train itself on the tracks, okay?

25           A      Okay.

153

1                    T. F. Prendergast

2        Q      So can we agree that all of those

3   people that wind up on the track and then have

4   contact with the train, what they all have in

5   common is that there was open access to the

6   track and track bed, correct?

7        A      Once again, I said earlier in the

8   answer to the question, I wouldn't use a "common

9   denominator," it's -- it's the physical ability

10  to get to that space 'cause there's no barrier.

11       Q      Okay.

12       A      And that -- that same exact issue

13  exists in a multitude of hazards, not only in a

14  transit system, but in everyday life.

15                         MR. GENIS:  Understood.

16                         Move to strike those portions

17                         which are not responsive.

18       A      If you had -- if you had a -- if

19  you had a barrier at a curb edge that only

20  opened up when the light turned for you to cross

21  the -- the crosswalk, it would be the same

22  thing.

23                         MR. GENIS:  Yeah, move to

24                         strike as nonresponsive, it's not

25                         what I'm asking about, but thank

154

                    T. F. Prendergast

1

2          you.

3          Q      So the fact remains that every

4    year the Transit Authority is aware of a

5    recurring problem of people winding up on the

6    track and having contact with the train and the

7    one common fact to all of these different cases

8    is that there is open access, nothing

9    obstructing or preventing them from their bodies

10   winding up on the track, true?

11                    MR. KEAVENEY:  Objection.

12         A      I don't know if I agree with the

13   characterization that it's a -- it's a fact,

14   it's not a "common fact," it's a fact.

15         Q      Okay.

16         A      You can't get to the trackway if

17   there's an obstruction.

18         Q      Okay.  So to prevent people from

19   having contact with trains, if access to the

20   track or track bed is prevented, then that

21   problem is solved, correct?

22         A      That problem may be solved, but it

23   may create another problem.

24                    MR. GENIS:  All right.

25                    Just move to strike those portions

155

1                        T. F. Prendergast

2                   which are nonresponsive.

3          Q       So yes, we agree that if you

4     prevent access to the track or track bed, you

5     can prevent people from having contact with the

6     trains on the track bed, correct?

7                        MR. KEAVENEY:  Objection.

8          A       Yes.

9                        MR. GENIS:  Thank you.

10         Q       You can't prevent or control

11    people from tripping or slipping or falling,

12    correct?

13                       MR. KEAVENEY:  Objection.

14         A       You can't prevent it, but you can

15    control it to some degree.

16         Q       Okay.  And when you say you can

17    control it to some degree, you could, you know,

18    make sure that the platform is safe and dry and

19    even, correct?

20         A       That's one example.

21         Q       Okay.  But you cannot -- you

22    cannot stop people from falling, right, you

23    can't control or prevent that, true?

24         A       You can control it to a degree,

25    that's what I said.

156

1                     T. F. Prendergast

2          Q       Gotcha.

3          A       But you can't totally prevent it.

4          Q       Okay.  And you can't prevent

5    people from pushing other people onto a track,

6    correct?

7          A       That's correct.

8          Q       And you can't prevent people from

9    jumping onto a track, correct?

10         A       That's correct.

11         Q       So what you can control is access,

12   correct?

13         A       To a degree, yes.

14         Q       Okay.  And I'll give an example or

15   analogy, I don't know if it's good or not, but,

16   for example, you can't control the weather, and

17   whether there is a hurricane, a storm, or just a

18   lot of rain, you can have damage caused by the

19   flood, so the root cause is the water, whether

20   it's electrical wiring or some other component,

21   whether it's a hurricane, a storm or just a lot

22   of rain, it's water getting to the system is the

23   problem, correct?

24         A       The absolute root cause is where

25   the original -- origination of the water is, but

157

1                    T. F. Prendergast

2    how the water enters the system could be a root

3    cause as well.

4        Q     Okay.  So in other words, the

5    Transit can try to take preventative measures to

6    either prevent water from getting into the

7    system or to reduce or mitigate damage caused by

8    that, correct?

9        A     Once it gets to the system,

10   dealing with it, yes.

11       Q     Okay.  Now, when we talked before

12   about hazard identification and we talked about

13   these 12-9s, do we agree that this is a known

14   hazard to the Transit Authority of people having

15   collisions or collisions with objects on the

16   track and trains?

17       A     It's an identified hazard, it's a

18   known hazard, yes.

19       Q     And, in fact, the Transit

20   Authority has a form that they utilize called a

21   Hazard Mitigation Form, correct?

22       A     I believe so, I -- I don't -- I

23   can't picture it in my mind, but I believe so.

24                    MR. GENIS:  All right.

25                    Dave, just an as example, could

158

                    T. F. Prendergast

1                   you please put up it's Bates

2                   number 9548, Hazard Mitigation

3                   Form.

4

5                        (Screen sharing Hazard

6                   Mitigation Form, Bates 9548.)

7                        MR. GENIS:  Okay.  If you

8                   can make that bigger so we can all

9                   see it, please.

10                       THE WITNESS:  I can see it

11                  fine.

12        Q    Oh, you can?  Great.

13        A    Yeah.

14        Q    And this is not for our particular

15   instance, but it's just a form, it says Hazard

16   Mitigation Form, do you recognize this, sir?

17        A    I recognize the format, I can't

18   say I've seen this specific one 'cause it

19   relates to the Flushing line.

20        Q    Right.

21        A    CBTC project.

22        Q    Okay.  And, for example, in this

23   particular one, for example, they note on the

24   preprinted form, "General hazard:  Undetected

25   obstruction on track."

159

                    T. F. Prendergast

1                   Do you see that on the upper

2   right?

3        A      Yes.

4        Q      And that could include a human

5   being, a person's body, correct?

6        A      Yes.

7        Q      And then when they talk about

8   "Hazard type," for example, in this one there's

9   A through I for the different hazard types that

10  could be checked off, correct?

11       A      Yes.

12       Q      And in fact that's a Code IEEE,

13  and then gives "1474.1 Hazard type," correct?

14       A      I'm not sure where you're seeing

15  that so, I'm sorry.

16       Q      On the upper left.

17       A      I got it yup, okay.

18       Q      So that's referring to some

19  standard, correct?

20       A      I believe, it looks like it's an

21  IEEE standard.

22       Q      Yup.  And then as I say there's

23  boxes that could be checked off on the

24  preprinted form A through I, correct?

160

1                    T. F. Prendergast

2         A       Yes.

3         Q       And, for example, in this one G is

4    checked off, "Hazards associated with collisions

5    with objects on the track," correct?

6         A       Yes.

7         Q       And then it talks about "Specific

8    description of hazard," and it says,

9    "Insufficient protection for person on

10   platform," correct?

11        A       Yes.

12        Q       And then it says the follow -- on

13   the preprinted form, "Following action has been

14   identified to mitigate hazard," correct?

15        A       Yes.

16        Q       And then the answer -- and it

17   gives answers for controlled measures, correct?

18        A       (No response).

19        Q       And it says, for example --

20                    THE COURT REPORTER:  Was

21                there an answer?  For controlled

22                measures, correct?

23                    MR. GENIS:  You can give

24                the answer.

25        A       I'm confused what you're looking

161

1                    T. F. Prendergast

2    at, 'cause you were waiting for an answer from

3    me.  And I didn't -- you used specific language

4    that I didn't see on the form.

5          Q     Okay.  So let's try that again.

6                You see on the preprinted form it

7    asks for information saying, "Following action

8    has been identified to mitigate hazard:"  And

9    then information's supposed to get inserted,

10   correct?

11         A     Yes.

12         Q     Okay.  And then in this particular

13   example what's written in for the first one is

14   "Railway authority shall have the responsibility

15   to have protection measures in place to prevent

16   persons from approaching the platform edge when

17   there is no train aligned."  Correct?

18         A     Yes.

19         Q     And then the second thing is

20   "Operating procedures shall specify the

21   requirements to limit train movement into a

22   platform where a person has fallen onto the

23   tracks."  Correct?

24         A     Yes.

25         Q     And then next heading is "Action

162

1                        T. F. Prendergast

2   Required" on the preprinted form, correct?

3        A        Yes.

4        Q        And what's written is "Reference

5   measures to prevent persons from approach

6   platform edge and accidentally falling onto

7   tracks."  Correct?

8        A        That's correct.

9        Q        And then it has other information

10  listed as well, correct?

11       A        Yes.

12       Q        And this is a document created,

13  kept and maintained by the Transit Authority in

14  the regular course of its business, correct?

15       A        I believe so, yes.

16       Q        Okay.  Now, by the way, when we

17  talk about -- and this was in 2015, that's a

18  time when you were at the Transit Authority,

19  correct?

20       A        No, I was not at the Transit

21  Authority in 2015, I was at the MTA.

22       Q        I'm sorry, MTA at that time, okay.

23                       (Screen sharing ended.)

24       Q        And, sir, let's see.  When we

25  discuss suicides and other accidental deaths

163

1                    T. F. Prendergast

2   occurring in any given year, how many is

3   acceptable to the Transit Authority?

4        A     State the question again.

5        Q     Sure.  And I'll break it up.

6              In any given year, what is the

7   acceptable or tolerable number of deaths to

8   occur as a result of --

9        A     Zero.

10       Q     -- 12-9s?

11       A     Zero.

12                  MR. GENIS:  And I think

13                  that question was deaths, correct,

14                  Donna?

15                  THE WITNESS:  I think the

16                  one you just asked was suicide.

17                  (Whereupon, the

18                  above-requested portion was read

19                  back by the Reporter.)

20       Q     How many serious injuries are

21   acceptable or tolerable to the Transit Authority

22   caused by 12-9 incidents where there's contract

23   with a train and a person?

24       A     Zero.

25                  MR. GENIS:  And, Dave, can

164

1          T. F. Prendergast

2          you please put up Bates 145822?

3                    MR. ROTH:  Give me a

4          second.

5                    MR. GENIS:  Sure.

6                    See, when we didn't do

7          these things remote I would just

8          slide a piece of paper across the

9          table to you.

10                    THE WITNESS:  That's okay.

11                    MR. GENIS:  Sometimes

12          easier --

13                    THE WITNESS:  One example

14          of technology not working quite

15          right, but that's life --

16                    MR. GENIS:  Yup.

17                    THE WITNESS:  --

18          unfortunately.

19                    MR. GENIS:  Yup.

20                    MR. ROTH:  Just give me one

21          more second.

22     Q     Okay.  While he's do doing that,

23  who is Carmen Bianco, B-I-A-N-C-O?

24     A     Do you want me to answer the

25  question?

165

1             T. F. Prendergast

2         Q       Yes, please.  Yes, sir.

3         A       Carmen Bianco is a former Senior

4   Manager Executive of New York City Transit.  He

5   was hired to be the head of the System Safety

6   Department, at some point in time I think around

7   the 90's he returned to transit when I was the,

8   uh, President in 2009, as the head of subways,

9   and then he became Transit of -- he became

10  President of New York City Transit when I became

11  Chairman or shortly thereafter.

12                     (Screen sharing Bates

13                     145822.)

14        Q       And we're showing you now a

15  document and it's Bates 145822, it's an email

16  from you to a Paul Fleuranges and Carmen Bianco

17  on July 11th of 2010, do you see it?

18        A       Yes.

19        Q       Okay.  And in this email you're

20  writing to Paul Fleuranges.  And who is Paul

21  Fleuranges at the time?

22        A       I believe Paul Fleuranges was the

23  head of Public Affairs at the time.

24        Q       And you said, "Paul, is this the

25  customer who died of injuries sustained as a

166

```
 1                    T. F. Prendergast
 2   result of train striking her on the head at
 3   53rd/Lex this morning?"
 4              Did I read that accurately so far?
 5        A     Yes.
 6        Q     Okay.  Next sentence -- actually
 7   I'm just going to go to the third paragraph.
 8              "The sheer number of incidents
 9   involving jumps, falls, slips and pushes to the
10   track bed combined with these provide a strong
11   justification for platform doors."
12              Did I read that sentence
13   accurately?
14        A     Yes.
15        Q     "When you consider the number of
16   suicides and other accidental deaths just this
17   year alone we're in the 50-60 range annually."
18              Did I read that accurately?
19        A     Yes.
20        Q     "This is absolutely insane in 2010
21   regardless of what history revealed."
22              Did I read that accurately?
23        A     Yes.
24        Q     And then you signed it?
25        A     Correct.
```

167

1                    T. F. Prendergast

2         Q     And you did this email in the

3    regular course of business as you were President

4    of the Transit Authority at the time, correct?

5         A     Yes.

6         Q     Okay.  Do you agree with what you

7    wrote in that email?

8         A      Absolutely.

9         Q     Okay.  And what do you mean when

10   you say, "What history has revealed"?

11        A     The context here was the frequency

12   of 12-9 or train and person incidents and the

13   fact that fast forward to 2010, um, whatever

14   those numbers were, the organization needed to

15   look at it from a different perspective and not

16   rest and just accept those numbers as they were.

17                    MR. GENIS:  And, in fact,

18               on the topic of platform screen

19               doors, I'd like to put up Bates

20               423893, please.

21                    (2:07 p.m. Mr. Roth lost

22               Zoom connection.)

23                    THE COURT REPORTER:  We

24               lost him.

25                    MR. GENIS:  We lost Dave?

168

1                    T. F. Prendergast

2                    THE COURT REPORTER:  Yes.

3                    MR. GENIS:  Yeah, we did,

4          he's gone.

5                    All right.  So I'll tell

6          you what, I'll ask another

7          question while we are waiting for

8          him.  I don't want to waste the

9          time.

10       Q    Now, sir, when you said that this

11  was insane, at that time did the Transit

12  Authority have a System Safety Plan to prevent

13  or reduce 12-9s from occurring?

14       A    I don't know if they had a formal

15  plan, it was one of the hazards that was

16  identified as needing to be dealt with.

17       Q    At any time while you were at the

18  Transit Authority, did they ever have a System

19  Safety Plan to prevent or reduce 12-9s from

20  occurring?

21       A    They had a number of different

22  actions and efforts, as I recall, but as a

23  formalized plan per se, that's definitional, but

24  they had a number of different efforts underway,

25  public information campaigns, safety awareness

169

1                    T. F. Prendergast

2    campaigns, et cetera.

3         Q      I'm going to get into that in a

4    minute, but right now my question is:  At any

5    time whatsoever at all while you were at the

6    Transit Authority, did the Transit Authority

7    ever have a written System Safety Plan to

8    prevent or reduce the number of 12-9s from

9    occurring?

10        A      I said earlier I didn't recall a

11   plan per se, and I'll stick with that answer --

12        Q      Okay.  That's fine.

13        A      -- that's how I answered the first

14   time.

15                    MR. GENIS:  Okay, thank

16              you.  Let's see.

17                    And apparently Dave has

18              lost his internet, so we're having

19              a difficult time getting exhibits

20              up.  So let's just keep asking

21              some other questions.  Let me just

22              circle things I want to get back

23              to later.  Okay.  So let's see.

24        Q      Does the Transit Authority give

25   training --

170

1                          T. F. Prendergast

2                          MR. GENIS:  Withdrawn.

3          Q       Did the Transit Authority ever

4   have a formal System Safety study to prevent or

5   reduce 12-9s from occurring; in other words, a

6   safety study on how do we prevent or reduce

7   12-9s from occurring?

8          A       It was studied, whether it was

9   formal, and that's a definitional term, or a

10  qualifying term, it's difficult for me to

11  answer, but it was looked at a number of

12  different times, but a formal study per se, I --

13  I can't say I recall --

14         Q       Okay.

15         A       -- yes or no.

16         Q       Okay.  I'm now going to talk about

17  a specific station, and I'm going to ask similar

18  questions that I just posed to you a moment ago,

19  but it's for a particular station, okay?

20         A       Sure.

21         Q       So for the Atlantic --

22                 MR. GENIS:  Withdrawn.

23         Q       Did the Transit Authority have a

24  subway station at Atlantic Avenue-Barclay

25  Center?

171

1                    T. F. Prendergast

2        A       I'm not laughing here, uh, the

3    original name of that station wasn't Barclay

4    Center, that was added after the fact when

5    Barclay Center got built.

6        Q       Correct.

7        A       There are a number of stations in

8    and around there on the BMT and the IRT, so I'm

9    not sure which station in particular they're

10   talking about, but there are stations at

11   Atlantic Avenue.

12       Q       Okay.  For any of the stations at

13   Atlantic Avenue, did the Transit Authority ever

14   perform a safety study to -- for the purpose of

15   determining how to prevent or reduce 12-9s from

16   occurring at that station or those stations?

17       A       I don't recall.

18       Q       At any time did the New York City

19   Transit Authority ever have a written System

20   Safety Plan for those stations to prevent or

21   reduce 12-9s from occurring?

22       A       I don't know.

23       Q       Okay.  Who would know if the

24   Transit Authority ever had a System Safety Plan

25   to prevent or reduce 12-9s from occurring,

172

1                    T. F. Prendergast

2    whether it be systemwide or just for this

3    particular station or stations?

4         A      The best way I can answer that

5    question is is that if the term, "System Safety"

6    is used you'd start with the System Safety

7    Department, that's the best thing I can -- I can

8    say.

9         Q      Okay.

10        A      'Cause the formalization of the

11   System Safety approach, the implementation of

12   analyses, studies, reviews, would all emanate

13   from System Safety --

14        Q      Okay.

15        A      -- so that would be my best way to

16   answer you.

17        Q      And you were head of the Office of

18   System Safety at one point, correct?

19        A      That's correct.

20        Q      At any time when you were at the

21   Office of System Safety, did they have a written

22   System Safety Plan to prevent or reduce 12-9s

23   from occurring throughout the whole system?

24        A      I don't recall that, I remember

25   looking at different issues related to doors and

173

1                    T. F. Prendergast

2    door closings and hazards associated with

3    customers in and around doors, um, and there may

4    have been one on 12-9s, but I can't recall.

5          Q       Well, when you were -- at any time

6    when you were at System Safety, including when

7    you were the head of it, did they ever have a

8    written System Safety Plan to prevent or reduce

9    12-9s from occurring at any of the Atlantic

10   Avenue train stations?

11         A       I answered I didn't recall before

12   on a general question, and I certainly don't

13   recall on Atlantic Avenue.

14         Q       Okay.  And just again getting back

15   to the station and talking specifically or the

16   these stations, Atlantic Avenue, and

17   specifically the Office of System Safety

18   including when you were the head of it, did they

19   ever have any written System Safety studies for

20   those stations to prevent or reduce 12-9s from

21   occurring?

22         A       I don't recall.

23         Q       All right.  By the way, did the

24   Transit Authority give training to its employees

25   including its trained operators and conductors,

174

                         T. F. Prendergast

2    motormen?

3         A      Yes, it gave training to train

4    operators and conductors.

5         Q      And did it teach these train

6    operators and conductors, motormen, to look out

7    for people near the edge of the platforms?

8         A      The formalized training program

9    for train operators and conductors is very

10   inclusive, um, and it includes a lot of things

11   with respect to the operation of the equipment,

12   the interface with customers, and the specific

13   attention to those procedures with respect to,

14   uh, protecting customers and increasing levels

15   of safety, that's the best way for me to answer

16   the question, um.

17        Q      So does that mean yes, they tell

18   them to look out for people near the edge of the

19   platform as they're entering a station or no,

20   they don't?

21        A      From a train operator standpoint,

22   yes.

23        Q      Okay.  And are these train

24   operators taught to look out for people on or in

25   the track bed as they're entering stations?

175

1                      T. F. Prendergast

2          A      Yes.

3          Q      And they give them this training

4    so that they know to look out and see people

5    that they might come into contact with to avoid

6    having contact with them, correct?

7          A      Yes, but --

8          Q      And if you need me to rephrase it,

9    I will rephrase it.

10         A      Yes, but they're -- they're

11   entering a space where there's a number of

12   things the train operator needs to pay attention

13   to, and one of them is a person on the roadbed.

14         Q      Okay.  And just like you know if

15   you drive a car, you have to look out for

16   pedestrians, you know, darting out into the

17   street, correct?

18         A      Yes.

19         Q      Okay.  But with the train, there's

20   fewer options, you can't steer left or right,

21   correct?

22         A      That's correct.

23         Q      So the issue is either proceeding,

24   speeding up, slowing down or stopping, correct?

25   Those are kind of the possibilities.

176

1                    T. F. Prendergast

2         A      Well, there's a prescribed

3    procedure for how the system is operated, and it

4    emanates from that.

5         Q      Okay.

6         A      And I can elaborate on that.  And

7    then the issue of watching out for anything as

8    you're entering the station is more specifically

9    applied to a change in that procedure to apply

10   braking earlier or apply emergency brakes.

11        Q      Okay.  So in other words, you're

12   supposed -- the operator's supposed to look out

13   and if they see somebody, they can brake

14   earlier, use an emergency brake, take measures

15   to try to stop sooner than they otherwise would

16   to avoid hitting the person, correct?

17        A      That's correct.

18        Q      Okay.  And, in fact, the Transit

19   Authority teaches stopping distances, correct?

20        A      Yes.

21        Q      And the Transit Authority teaches

22   its operators based on the number of people that

23   wind up on the tracks, that it is foreseeable

24   that people will wind up on the tracks and they

25   should keep an eye out and look for that,

177

1                    T. F. Prendergast

2   correct?

3                    MR. KEAVENEY:  Objection.

4        A      The train procedures that are

5   provided to train operators include a number of

6   different factors, the one you outlined is one

7   of them.

8        Q      Thank you.

9               Now, when for the first time --

10                   MR. GENIS:  Withdrawn.

11       Q      You told us before that the

12  Transit Authority has taken actions to try to

13  prevent or reduce 12-9s from occurring, correct?

14       A      Yes.

15       Q      Okay.  When for the first time did

16  the Transit Authority take action to try to

17  prevent or reduce 12-9s from occurring?

18       A      I can't answer that question

19  'cause the Transit Authority has been in

20  operation as the Transit Authority since 1952,

21  so 30 some years went on where they were dealing

22  with the issue of customer safety on platforms,

23  so I can't answer the question as to when first

24  they may have addressed the issue.

25       Q      Okay.  When you first got to the

178

1                    T. F. Prendergast

2    Transit Authority, what, if any, actions was the

3    Transit Authority taking at that time, if any,

4    to prevent or reduce 12-9s from occurring?

5        A      I don't know all the actions that

6    were being taken, uh, and you'd have to ask

7    somebody that was responsible for training in

8    Rapid Transit operations, I'm serious, I

9    wouldn't know.

10       Q      Okay.

11       A      When -- when they first started

12   and what they entailed, I would not know.

13       Q      Well, did there come a time that

14   you're aware of that the Transit changed its

15   actions in an attempt to prevent or reduce 12-9s

16   from occurring?

17       A      Through customer information

18   programs and increased train operator awareness.

19   It increased over time on both fronts.

20                    MR. GENIS:  I'm just going

21                    to ask to take a short break for a

22                    minute, sorry about that.  It is

23                    2:20 and just can we have like a

24                    five-minute break, please?

25                    THE WITNESS:  Sure.

179

```
 1                    T. F. Prendergast
 2                    MR. GENIS:  Thank you.
 3                    THE WITNESS:  Good for me.
 4                    MR. GENIS:  Okay.
 5                    THE COURT REPORTER:  So I'm
 6          pausing recording at 2:21.
 7                    (2:21 p.m. a short recess
 8          was taken.)
 9                    (2:27 p.m. the Deposition
10          resumed.)
11                    THE COURT REPORTER:  Going
12          back on the record it is 2:27 p.m.
13                    MR. GENIS:  Okay.
14      Q      Well, you just mentioned, for
15   example, customer information to try to greatly
16   reduce and prevent 12-9s from occurring.  When
17   did the Transit Authority start doing that?
18      A       I don't recall.  When you use the
19   word, "start," it had been ongoing, um, at
20   different times, so, um, I can't give you a
21   start date, but there would be times we would do
22   it and then I wouldn't say it would lay fallow,
23   but we would reinstitute it again when we felt
24   we needed to increase the level of awareness on
25   the part of the customers.
```

180

1                    T. F. Prendergast

2         Q       Okay.  So there were times there

3    were customer awareness campaigns, there were

4    times there were not customer awareness

5    campaigns about the dangers of 12-9s, correct?

6         A       The dangers of falling from the

7    platform edge to the trackway.

8         Q       And so let's talk about some of

9    these things.  And if you can give me just, I

10   don't need -- I don't need the day, the month or

11   even the year, if I can get the approximate year

12   it would be fine.

13                At some point, for example, yellow

14   tactile strips were placed on the edges of

15   platforms at stations, true?

16        A       Yes.

17        Q       When, approximately, did the

18   Transit first put in yellow tactile strips at

19   the edge of platforms?

20        A       Um, all I remember is it was a

21   practice before it was an FTA requirement or an

22   outside body requirement, um, as -- there was a

23   Federal act that now is called Mobility Limited,

24   but it was Section 504 of the Urban Mass

25   Transportation Administration Act that required

181

1                        T. F. Prendergast

2    for elderly and handicapped, they don't use that

3    word anymore, they use Mobility Limited, a

4    series of warning strips, tactile and color

5    driven to -- to depict a platform edge, but

6    predating that, the Transit Authority had a

7    standard where they were painting the what they

8    call the rubbing board yellow, uh, so that

9    people would know stay away from this yellow

10   edge, you're getting too close to the platform

11   edge.  So, Robert, I can't remember, you know,

12   exact timeframes, but they kinda rolled in that

13   way, uh, and then they became a requirement, and

14   then there was a date certain where all platform

15   edges on all transportation, rail transportation

16   systems, had to have this treatment in place, so

17   that was both rail rapid transit, light rail

18   transit and commuter rail.

19           Q       Now, the yellow tactile strips

20   that's with the bubbles on it, when you say

21   tactile?

22           A       Yes.

23           Q       Okay.  And can we agree that was

24   originally done as part of the Americans for

25   Disabilities Act for either blind people or

182

1                    T. F. Prendergast

2    people with limited vision, correct?

3         A       That's correct.

4         Q       Okay.  'Cause this way even though

5    they can't see the edge of the platform, they

6    can feel it when they would step on the tactile

7    surface, correct?

8         A       That's correct.

9         Q       And the Americans with

10   Disabilities Act was passed some time in the

11   1990's, correct?

12        A       I believe so.

13        Q       So would it have been in the

14   1990's, approximately, that the Transit started

15   with the yellow tactile strips at the edge or

16   would it have been earlier or later or something

17   else?

18        A       It's about that timeframe, 'cause,

19   uh...

20        Q       All right.  And do we agree that

21   for that yellow tactile stripping, that people

22   are not supposed to stand on that unless they

23   were literally crossing onto or off of the

24   train, correct?

25        A       That's the -- that's the

183

1              T. F. Prendergast

2    underlying premise and concept, yes.

3         Q      Okay.  So that's supposed to be

4    off limits so to speak for standing, correct?

5         A      Yes.

6         Q      Okay.  And when did they start

7    making announcements, I guess alerting people

8    about the dangers of the edge of the platform?

9         A      I don't recall.  And I recall

10   there were periods when they would make

11   announcements, they would increase awareness,

12   and then come back to them after they stopped.

13   I mean there's -- there's a whole science from a

14   human factor standpoint of how, when, how often

15   you give warnings to people visually or verbally

16   to get them to change behavior.  And the science

17   goes into if it becomes an everyday

18   announcement, it dulls its importance and people

19   don't do the behavioral change they want, so I

20   -- it's difficult for me to answer the question

21   about when it first started, um, but it was --

22   and it was part of an ongoing effort where they

23   would have like a blitz, for lack of a better

24   phrase, of announcements, and then attenuated

25   somewhat and then come back to a blitz, but I

184

1                    T. F. Prendergast

2    can't give you dates off the top of my head.

3          Q       Would it have been around the same

4    time in the 1990's when they did the yellow

5    tactile strips, would it have been after that or

6    something else?

7          A       I think it's around the same time,

8    but, once again, I can't -- I can't recall.

9          Q       Okay.  And did there come a time

10   that the Transit ever like made signs, you know,

11   posters, whatever, again, in essence warning

12   people to stay away from the edge?

13         A       That's my recollection, yes.

14         Q       Okay.  And when did that take

15   place?

16         A       Once again, I don't -- probably

17   around the same timeframe, but I can't give you

18   anything more detailed than that.

19         Q       All right.  Thank you.

20                 And why did the Transit start

21   making announcements and putting signs at the

22   stations?

23         A       To change behavior and make sure

24   people were aware that through behavioral change

25   they could minimize the likelihood of them

185

                              T. F. Prendergast

1                             T. F. Prendergast

2    falling to the trackway.  And then --

3         Q    Okay.

4         A    And then juxta -- and I wouldn't

5    say juxtapose, but in alignment with that, as

6    there's a distinct difference between system

7    security and System Safety, System Safety's

8    definition from accidental harm; system

9    security's freedom from delivered harm, you

10   know, the two go hand-in-hand.  If you were

11   standing further away from the platform, you're

12   less likely to be pushed by somebody if they

13   wanted to do that, so there was -- there was

14   this awareness campaign that would ebb and flow

15   in terms of making sure people were aware what

16   they could do to behaviorally minimize their

17   likelihood of falling to the trackway.

18        Q    Okay.  And so while we're not sure

19   exactly when the Transit did this, we think it's

20   give or take in the 1990's; would that be fair

21   enough to say?

22        A    Yeah, but there may have been some

23   times in the 80's when it was done as well --

24        Q    Okay.

25        A    -- but, once again, I can't

186

1                    T. F. Prendergast

2    recall.

3         Q      All right.  Fair enough.

4                Now, did the Transit Authority

5    ever look to see if that action, the tactile

6    strips, the announcements and the signs, were

7    effective at either preventing or greatly

8    reducing 12-9s from occurring?

9         A      I don't know if any specific

10   analysis was done to determine their

11   effectiveness other than looking at the total

12   gross numbers of employee -- well, people

13   finding their way onto the trackway, injured or

14   not injured, um, because there's, you know, to

15   say if something's effective, you have to be

16   able to do a little bit more -- it's not just

17   looking at data, it's a scientific analysis of

18   what actually changed the behavior that resulted

19   in the reductions?  So I -- I don't recall.

20        Q      Okay.  Without getting into the

21   why, let's just get into the how so to speak.

22               So the first question is, did the

23   Transit Authority ever perform a study, an

24   analysis, to see whether or not the yellow

25   tactile strips, the announcements and the

187

1                    T. F. Prendergast

2    signage were effective in either greatly

3    reducing or preventing 12-9s from occurring?

4         A       I -- I don't know.  I honestly

5    don't.

6         Q       And, well, do we agree that one of

7    the best ways to see whether or not such actions

8    were effective is to look at the actual data,

9    the statistics, the numbers, as you say,

10   correct?

11                    MR. KEAVENEY:  Objection.

12        A       It's one of the factors you would

13   look -- look to to determine an effectiveness,

14   but not the sole factor that you would look to.

15        Q       Okay.  Well, would it probably be

16   the main thing you would look at to see the

17   effectiveness; in other words, the data and the

18   statistics, the number of 12-9s, injuries and

19   fatalities that occurred both before and after,

20   a comparison to these actions being taken?

21        A       Well, if the -- if the end

22   objective is to reduce the number or eliminate,

23   the answer would be yes; if the end objective is

24   to determine effectiveness, the answer would be

25   no.

188

1                    T. F. Prendergast

2          Q      All right.  Well, did any --

3          A      Because if ridership went down,

4    you know, and the number of incidents went down,

5    it had nothing to do with any kind behavioral

6    change, it just was less number of people riding

7    the system, so that's why I say that.

8          Q      Okay.  So -- well, did anyone ever

9    do that, look at, okay, not only the number of

10   12-9s occurring; in other words, the number of

11   people being maimed or killed by such incidents,

12   and then compare that to the ridership levels,

13   did anyone ever do that kind of study or

14   analysis?

15         A      No, I don't know.

16         Q      Who would know that at the Transit

17   if such a study or analysis was ever performed?

18         A      Once again, I'd start with System

19   Safety.  All I can say.

20         Q      And when you were the head of

21   System Safety, up 'til that point, had such an

22   analysis or study ever been done?

23         A      I don't recall.  I recall other

24   studies, but I don't recall that study.

25         Q      You know who Cheryl Kennedy is,

189

1                      T. F. Prendergast

2    right?

3          A      Yes.

4          Q      And she was the head of System

5    Safety for awhile?

6          A      Yes.

7          Q      And would she know the answer to

8    those questions?

9          A      She may know the answer to the

10   question, but if I tell you to go back to System

11   Safety, she would be one of the people, there

12   are a number of people that headed up System

13   Safety from 1982 through whenever time period,

14   and, you know, she would be one of the people

15   that headed up System Safety.

16         Q      Okay.  If the Transit Authority

17   took an action that was, in fact, effective at

18   greatly reducing or preventing 12-9s from

19   occurring, is that the type of information that

20   would have been brought to your attention when

21   you were the head of the Transit or any of your

22   other positions that you've had there?

23                      MR. KEAVENEY:  Just note my

24              objection.

25         A      It could have, but it would depend

190

1                        T. F. Prendergast

2    on a number of other factors.  I mean the

3    Transit Authority, the MTA, all of its agencies

4    report on boldfaced underlined myriad number of

5    statistics, so, um, and that -- that is an

6    important one, but I don't necessarily know if

7    the specific question about this action resulted

8    in this is what was the downturn, certainly it

9    looked at numbers on a gross level, but, uh,

10   that level of granularity I couldn't say yes or

11   no.

12        Q      Well, certainly from a public

13   relations perspective if you were -- if the

14   Transit Authority had taken an action that was,

15   in fact, effective at greatly reducing or

16   preventing 12-9s from occurring, that's

17   something they'd want to publicize, true?

18        A      Probably want to publicize it,

19   yes.

20        Q      And are you aware of any such

21   publicity touting the --

22        A      I --

23        Q      -- effectiveness of such actions?

24        A      I don't recall off the -- I don't

25   recall readily.

191

1                     T. F. Prendergast

2           Q        Okay.

3           A        I mean I recall definitely having

4    discussions about other means of reducing, uh,

5    trackway intrusion devices, earlier notification

6    to people that somebody was on the roadbed

7    rather than waiting 'til the last second or to

8    the last minute, but in terms of that specific

9    one, I can't recall.

10          Q        Okay.

11          A        It may have occurred, but I don't

12   know.

13          Q        All right.  Well, when you looked

14   at the data, and we can put it back on the

15   screen if you'd like, could you tell us if that

16   in any given year there seemed to be a drop in

17   the number of 12-9 incidents or fatalities

18   attributable to any of these actions by the

19   Transit Authority?

20                        MR. KEAVENEY:  Objection.

21          A        I don't know how to answer the

22   question, I'm sorry.

23                        MR. GENIS:  All right.  So

24                        let's break it down.  First if we

25                        put on the screen the year by

192

1              T. F. Prendergast

2         year.

3                   (Screen sharing Chart

4         previously marked as Plaintiff's 1

5         at Reuter Deposition.)

6                   MR. GENIS:  There we have

7         it.  It's back on the screen

8         again, from 1987 to 2021, just

9         missing 2019 and 2020.  And you

10        see the number of 12-9 incidents

11        and fatalities, this is from

12        Transit Authority published data.

13    Q      Can you tell us if any one of

14    those years if there was a reduction

15    attributable to any of the actions allegedly

16    taken by the Transit Authority?

17                   MR. KEAVENEY:  Objection.

18    A      The numbers speak for themselves

19    on an individual year-by-year basis, you have

20    two different sets of numbers; one is -- the

21    one's related to fatalities; the other one's

22    related to incidents struck by train.  For those

23    that do data analysis, if you were to draw a

24    trend line through that, uh, you'd have a series

25    of positive and negative sloping lines, but over

193

1                    T. F. Prendergast

2     the period of that entire time period, for lack

3     of a better phrase, it's relatively flat both

4     for fatalities and number of incidents.

5           Q      Okay.

6           A      And that's -- and that's -- that

7     would be like a statistical analysis of the

8     data.

9           Q      Okay.  And when you say, "Flat,"

10    so basically give or take remained the same,

11    correct, the number of people getting hit by

12    trains --

13          A      That's --

14          Q      -- and being killed?

15          A      That's what I meant by, "Flat,"

16    yes.

17          Q      Okay.  And since the numbers

18    essentially remained "Flat" --

19          A      But that -- the only -- the only

20    other thing is the data, it wouldn't be

21    normalized by number of customers carried per

22    year, which would be a notable item that most

23    people would -- would notice because there

24    were -- 2012, 2013 there were six to 10 days

25    where the system saw six million people a day,

194

1                        T. F. Prendergast

2      which were ridership levels unseen of going back

3      as far as World War II, so, you know, there's --

4      there's some level of -- you know, a

5      statistician would normalize that data.

6              Q       Okay.

7              A       So those -- those are the only

8      things I would get out of this graph, this

9      portrayal of data.

10             Q       Okay.  Now, when you were at the

11     Transit Authority, the public media, legislators

12     and the PTSB were concerned about people being

13     hit by trains, true?

14             A       Yes.

15             Q       And you attended some of these

16     meetings to answer some of these concerns,

17     correct?

18             A       I definitely recall being at

19     meetings where I had to answer questions related

20     to this issue, yes.

21             Q       Okay.  So if anything had changed;

22     in other words, if the Transit had done

23     something that was effective at greatly reducing

24     the number of these 12-9 incidents, that's

25     something that you certainly would have liked to

195

1                    T. F. Prendergast

2    have told these reporters or legislators or

3    PTSB, correct?

4         A     Well, we would not only tell them

5    if it was positive, but we would tell them what

6    the results of those were in terms of did it

7    move the needle at all, did it change the

8    frequency.  So, um, in answer to the -- the

9    question in a general sense, yes.

10        Q     Okay.  And as we sit here today,

11   did you ever tell, whether it be a reporter, a

12   legislator or the PTSB or any oversight entity

13   that yes, these actions that the Transit has

14   taken have been effective at greatly reducing or

15   preventing 12-9s from occurring?

16        A     I don't recall a statement ever

17   being made that definitively.

18        Q     Okay.

19        A     Most of the conversations and most

20   of the presentations were a round of technology

21   means to identify people on the roadbed, to be

22   able to mitigate or significantly reduce train

23   striking incidents.

24        Q     Okay.  So in other words, we've

25   talked about things that you were investigating

196

1                    T. F. Prendergast

2    options of how to in some point in the future

3    try to reduce or prevent 12-9s from occurring,

4    correct?

5          A      That's correct.

6          Q      Okay.  Now, other than the yellow

7    tactile strips, the announcements and the

8    signage, what, if anything else, did the Transit

9    Authority do at any time while you were there to

10   greatly reduce or prevent 12-9s from occurring?

11         A      Two, two different categories of

12   efforts, um, and they're not exhaustive, but the

13   issue of a Help Point Intercom on a station

14   platform for two purposes; one of which is

15   informational means, the other is emergency

16   communication means.  There was an aggressive

17   program to put Help Point Intercoms on the

18   station, so that, you know, an employer or

19   customer could access an appropriate command

20   center quickly about a condition on a platform,

21   so if somebody fell to the trackway, um, I

22   wouldn't say necessarily simultaneous, meaning

23   it started at the same time as the Help Point

24   Intercoms, but in the general timeframe,

25   explored use of LiDAR, radar technologies, Track

197

1                   T. F. Prendergast

2    Intrusion Devices to -- and that was an

3    application that was basically used in some of

4    the new built systems in other parts of the

5    world to automatically note that somebody's on

6    the roadbed or you believe they're on the

7    roadbed, 'cause they're not perfect, they're,

8    you know, other things can set them off, and how

9    you might be able to communicate that to

10   employees and train crews that there was

11   something there, there was an initiative and

12   efforts underway to do that.

13        Q      Let's break it down.  First let's

14   talk about the Help Point Intercom.  When were

15   they first installed?

16        A      There have been various forms of

17   Help Point Intercoms installed, they may not

18   have been called that, but there was a program

19   that was started when I believe I was President,

20   so it had to be in the 2010 through 2012

21   timeframe, um, and then it extended into my time

22   as Chairman.  Um, the LiDAR Radar Technology

23   Track Intrusion Devices -- LiDAR, LiDAR, it's a

24   form of electronic means to detect somebody in a

25   space, in a physical space.  It's almost spelled

198

1                        T. F. Prendergast

2   like radar with an L in front.  Maybe it's

3   LiDAR.  It might be Lidor.  It might be

4   L-I-D-O-R -- D-A-R, but it's an electronic means

5   to designate something's in a place it doesn't

6   belong to be, and that -- that follows a little

7   bit after, Robert, but I don't remember when.

8        Q      And in terms of these Help Point

9   Intercoms, did the Transit Authority keep data

10  to see how many times they were used and it

11  actually prevented somebody from being killed or

12  seriously injured by contact with a train?

13       A      I'm reasonably sure data was kept

14  and is kept in terms of when they're activated,

15  whether or not it was in relation to a, you

16  know, somebody on the track bed, I don't know.

17       Q      Well, again, if we look at the

18  data and the statistics, assuming that the Help

19  Point Intercoms were started in as you said

20  2010, 2012, if we look from 2010 through 2021,

21  do you see that the numbers have changed at all

22  to see whether or not the Help Point Intercoms

23  were effective in greatly reducing or preventing

24  12-9s from occurring?

25                      MR. KEAVENEY:  Objection.

199

                        T. F. Prendergast

1

2        A       I can't say yes or no.

3        Q       Well, when we look from 2010

4   through I'll just do through 2018, so we have no

5   missing years, we have a low of 127 12-9

6   incidents and 51 deaths, to a high of 189

7   incidents and 68 deaths, correct?

8        A       I'm not looking at it, but I

9   assume those are the numbers pulled off this

10  chart.

11       Q       I'm sorry, I missed one, 2016 was

12  a high of 172 12-9 incidents.  So but by and

13  large it's still, the line is still pretty flat

14  as you used before from 2010 through 2018,

15  correct?

16       A       Yes.

17       Q       Okay.  So --

18       A       What this data does not capture

19  are reports of incidents where no striking

20  occurred, so it's not a complete picture of what

21  the effectiveness of what the Help Points would

22  be, these are just the summary of incidents

23  where a strike occurred and where a fatality

24  occurred.

25       Q       Right.

200

1                    T. F. Prendergast

2        A      So it's -- it's -- you can't

3   necessarily deduce whether or not those actions

4   helped or not, 'cause you have no way of knowing

5   from this chart as to whether or not a near miss

6   incident never turned into an incident.

7        Q      Okay.  Well, that raises a few

8   questions now.

9               So first question is:  Do we agree

10  at least looking at the chart we do not see any

11  significant decreases in the number of 12-9

12  incidents occurring after the Help Point

13  Intercoms were installed, correct?

14       A      I'm sorry, could you repeat that?

15               MR. GENIS:  Sure, just read

16               it back, Donna.

17               (Whereupon, the

18               above-requested portion was read

19               back by the reporter.)

20       A      Yes, but there's no relation to

21  whether or not the Help Point Intercoms had any

22  effect on that.

23       Q      Well, so that gets to my

24  question --

25       A      And the other factor is I don't

201

                    T. F. Prendergast

1    think there's any -- there's no delineation as

2    to what number of these are suicides, willful

3    acts on the part of people, so --

4         Q    Well, we're going to get to that

5    in a moment, sir.

6              Right now all we're trying to

7    figure out right now is looking at the data,

8    looking at the facts, did the number of

9    incidents of 12-9 fatalities change as a result

10   of the Help Point Intercoms being installed?

11   That's all we're trying to find out now.  And it

12   looks like when you look at the data, it did

13   not --

14        A    I don't agree, I don't agree with

15   the statement.

16        Q    Okay.

17        A    I don't -- you asked me do I agree

18   or don't agree, I don't agree with the

19   statement.

20        Q    Okay.  Fine.

21             But are you able to give me any

22   data to show even one incident of somebody using

23   a Help Point Intercom to prevent somebody from

24   being either hit or killed by a train?

202

1                    T. F. Prendergast

2         A       Not from this database, no.

3         Q       Okay.  So is there a database that

4    has that information?

5         A       I'm not gonna use the word likely,

6    but it's possible and it may even be likely

7    there is a database based on what the command

8    center records and keeps track of with respect

9    to any and all incidents reported in through

10   their communication desk.

11        Q       And, again, if the Transit

12   Authority felt that these Help Point Intercoms

13   were effective at reducing 12-9s from occurring,

14   that's something that they would have

15   publicized, true?

16        A       Not necessarily.

17        Q       Okay.  So you'd want to keep it a

18   secret if you had something that was working?

19        A       No, no.

20        Q       Okay.

21        A       There -- there is --

22        Q       So when you answered the

23   questions --

24        A       No, no, you asked -- I need -- I

25   need to answer the question.

203

```
1                          T. F. Prendergast

2           Q       You did.

3           A       No.

4           Q       Remember at the beginning you said

5    you'd answer it with a yes or no if I asked a

6    yes or no question?

7           A       No, and I said depending upon the

8    question, I would, that's exactly what I said, I

9    remember what I said.  So --

10          Q       Yes, did you have -- go ahead.

11          A       Every piece of good information is

12   not publicized, and just because it isn't

13   publicized doesn't mean that we don't publicize

14   it 'cause it's bad information, okay.  And I

15   shouldn't use the word, "we," because I'm no

16   longer there, but, um, I just wanted to make

17   sure that, for the record, if any assertion is

18   being made, I disagree with it.

19                          MR. GENIS:  Okay.  You have

20                  that right.

21          Q       Sir, let me ask you, did you ever

22   tell, whether it be a reporter, a legislator, a

23   PTSB or any oversight body, yes, these Help

24   Point Intercoms have greatly or dramatically

25   reduced the number of 12-9 injuries or deaths?
```

204

1                    T. F. Prendergast

2          A       I don't recall saying that.

3          Q       Okay.  Did you ever issue a press

4    release in sum and substance to that effect?

5          A       I don't recall.

6          Q       Okay.  And did you know that in

7    2021 during the pandemic where ridership was at

8    an all time low, and they had the most Help

9    Point Intercoms in existence, that the number of

10   12-9 incidents and fatalities was its highest

11   ever?

12         A       For the record, when I left the

13   Transit Authority and when I left the MTA, the

14   level of attention I paid as compared to what I

15   did when I was an employee there, there's an

16   order of magnitude different.

17         Q       Okay.

18         A       So no, I am not aware of that.

19         Q       All right.

20         A       But -- but, also, with respect to

21   suicides, there is a direct correlation to other

22   factors in society driving up the number of

23   suicides in any means, let alone transportation

24   means.

25         Q       All right.  Now, so you said there

205

```
 1                    T. F. Prendergast

 2    were two things -- by the way, suicidal people

 3    are mentally ill, true?

 4         A      I -- I can't make that

 5    definitional, uh, you'd have to talk to a

 6    medical expert, I'm not the one to say that's

 7    the definition, I can't.

 8         Q      Okay.  Well, if people are

 9    suicidally or suicidal or mentally disabled --

10                     MR. GENIS:  Withdrawn.

11         Q      Should the Transit Authority be

12    aware if their claim --

13                     MR. GENIS:  Withdrawn.

14         Q      Do we agree that typically a

15    person who is suicidal is having -- suffering

16    from mental illness of some sort, otherwise they

17    would not be suicidal?

18                     MR. KEAVENEY:  Objection.

19         A      I can quote two safety

20    investigation reports where a reasonable

21    determination was made that somebody committed

22    suicide and it had nothing to do with mental

23    health.

24         Q      Okay.

25         A      It had to do with financial
```

206

1                    T. F. Prendergast

2    viability of the family, and a reward of

3    insurance benefits being collected by the

4    family, and the person was perfectly lucid and

5    clear and was not in any form of mental health

6    issues.  So I cannot categorically say that,

7    but, then again, that question really needs to

8    be directed to somebody who's medically

9    qualified to answer that question.

10        Q      Okay.  Well, are people who are

11   mentally disabled covered by the Americans with

12   Disabilities Act?

13        A      I believe so.

14        Q      Now, so I believe, I'm not sure

15   'cause there was some times where you went on a

16   bit perhaps not responsive to the question, so I

17   want to get back to the question.

18               So yes or no, did you ever testify

19   at any oversight agency that these Help Point

20   Intercoms had reduced the number of 12-9s or

21   fatalities in the Subway system?

22        A      I believe I answered the question,

23   I'll let the record state it, you don't have to

24   go back and review it is I don't recall, that's

25   the formal answer to the question.

207

```
 1                    T. F. Prendergast
 2         Q       Thank you.
 3         A       And I added on something, but my
 4  initial question was I don't recall.
 5         Q       Okay.  I'll take it.
 6                 And then you mentioned something
 7  about Track Intrusion Device and LaDAR, correct?
 8         A       Yes.  I think it's LiDAR, by the
 9  way.
10         Q       LiDAR, okay.
11         A       Yeah.
12         Q       And other than those two things,
13  was anything else done by the Transit Authority
14  when you were there to prevent or reduce 12-9s
15  from occurring?
16         A       Something tells me that more was
17  done than just those two examples, but I
18  honestly can't recall, and I did no research
19  before this, that's why I say that, I just --
20         Q       Okay.
21         A       -- again, I don't recall.
22         Q       Okay.  And so for the Track
23  Intrusion Devices, was that done systemwide or
24  not?
25         A       No, I believe we looked at it from
```

Enright Court Reporting    (631) 589-7788

208

1                    T. F. Prendergast

2   a pilot standpoint where could we test some of

3   these technologies out to do a beta test, you

4   know, to do a test under controlled

5   circumstances to see, you know, whether they

6   worked or not.  And it would be things along the

7   lines of, you know, you certainly would want to

8   detect a human presence on the trackway, you

9   wouldn't want to detect, you know, a rodent or a

10  bird, not that, you know, we're coldhearted

11  towards them, but the primary focus was the

12  issue of a human being on the right-of-way, so

13  you'd want a pilot test and fine-tune the

14  equipment and the technology to identify the

15  hazards that you're trying to address, a person

16  on the roadbed.

17        Q    So even as of today's date, were

18  any Track Intrusion Devices systemwide installed

19  throughout the Transit Authority?

20        A    I can't -- I can only speak up

21  until when I left for sure as Chairman, but even

22  more so in a detailed way when I -- when I

23  ceased to be President of New York City Transit.

24  'Cause I would not have -- I would not have the

25  same amount of daily contact and awareness of

209

1                    T. F. Prendergast
2    all the different activities going on, so --
3          Q     Okay.
4          A     -- when you say up through the
5    present time, it kinda turns off at the end of
6    2016.
7          Q     Not a problem.
8                So through 2016, did the Transit
9    Authority systemwide Track Intrusion Devices or
10   just select pilot projects?
11         A     I believe it was select pilot
12   projects.
13         Q     How many pilot projects were the
14   Track Intrusion Devices for?
15         A     I don't -- I don't recall.  There
16   were a number of different technologies that
17   were looked at, um, you know, not 20, probably
18   in the order of four to five, maybe seven, and
19   then two categories, ones that looked like they
20   could bear fruit, they would get you what you
21   wanted from an objective standpoint, and others
22   that it was -- they weren't going to get there,
23   there was too much work to be done, that's --
24   that's as far as my recollection goes.
25         Q     So somewhere between approximately

210

1                    T. F. Prendergast

2   four to seven stations had pilot projects with

3   Track Intrusion --

4        A       No, I'm sorry, when I said four to

5   seven, I think I meant technologies, not -- not

6   stations.

7        Q       Oh, I'm sorry.

8        A       I don't recall the number of

9   stations, yeah.

10       Q       Okay.  Just so I have a coherent

11  question and answer.

12                How many stations had these pilot

13  projects of Track Intrusion Devices?

14       A       I -- I don't know, I don't know

15  the answer to that.

16       Q       Okay.  How many train lines had

17  these pilot project Track Intrusion Devices?

18       A       The two are unrelated, I don't

19  know, meaning --

20       Q       When --

21       A       -- I wouldn't know the numbers of

22  stations, I wouldn't know the number of lines.

23       Q       Okay.  When were these Track

24  Intrusion Device pilot projects performed?

25       A       They may have started conceptually

211

1                         T. F. Prendergast

2    when I was still President and they ran into my

3    time as Chairman, but they may have started when

4    I was Chairman, so I -- I don't recall.

5            Q      Okay.  Now, these Track Intrusion

6    Devices, those existed in the 1990's in other

7    systems, correct?

8            A      Well, they existed in one system

9    that I ran, and that is the TransLink System,

10   the skyTran System in Vancouver, uh, and I know

11   that from my time out there, but I also know

12   that 'cause that's the way the system was built,

13   it was a driverless system, it was totally

14   automated, and they wanted to have some means of

15   being able to detect a person on the roadbed.

16   Uh, it was totally automated, so, and that's in

17   the early 90's --

18           Q      Okay.

19           A      -- I think the first line.

20           Q      Okay.  So we agree in the 1990's

21   and even 2000's that other -- that these Track

22   Intrusion Devices were utilized in other cities,

23   true?

24           A      Yes, mostly -- mostly new

25   construction, mostly new builds.

212

                        T. F. Prendergast

1

2          Q        Okay.  In addition -- now, one of

3     the challenges to a Track Intrusion Device is a

4     newspaper can get confused for a person,

5     correct?

6          A        Any one of a number of physical

7     objects could if it's not fine-tuned right, yes.

8          Q        Okay.  And that's why there's also

9     what's known as pressure mats, correct?

10         A        Yes, and as a matter of fact, that

11    was the Intrusion Detection technology that was

12    used in skyTran.

13         Q        And if there is a combination of

14    the LiDAR, so to speak, where there's either a

15    laser or an ultrasound beam -- let me back up,

16    just so we have a context.

17                  One can get in an elevator and the

18    door won't close on you because it's got laser

19    sensors that detect the presence of your body

20    and it sends a messages to the elevator that

21    somebody is standing there, so don't close the

22    door on them.

23         A        It's -- it's even more basic than

24    that, it's usually just a light beam that's

25    broken, so it's not --

213

1                    T. F. Prendergast

2         Q      Okay.

3         A      -- it's not -- like LiDAR and

4    radar is reflected signal off somebody coming

5    back to a source saying they've detected

6    something there, but an elevator is a more

7    earlier, when I say cruder, not as advanced

8    level of technology.

9         Q      Okay.  Just for purposes of

10   analogizing it.

11        A      Yes.  Yes.

12        Q      Okay.  Where you have the laser or

13   the light beams, if you have that in conjunction

14   with the pressure mats, that helps alleviate the

15   false positives, correct?

16        A      What was the other technology in

17   addition to mats?

18        Q      Using the LiDAR or, you know, the

19   light beams, the laser.

20        A      Less light beams, more LiDAR and

21   radar.

22        Q      Okay.  Right.  So if you have the

23   LiDAR radar from the Track Intrusion Devices and

24   the pressure mats, that gives you a more

25   accurate reading, so to speak?

214

1                    T. F. Prendergast

2        A      When I use the term getting down

3    into the weeds, what I mean is the level of

4    granularity is getting to be pretty detailed.

5        Q      Okay.

6        A      So it -- it's not as basic and

7    simple as you reduced it.  Um, a light beam on a

8    platform edge will not work, it just will not

9    work, for a whole host of reasons.  The -- and

10   that's why with the, uh, arrival of LiDAR and

11   more fine-tuned radar systems, the technology

12   got to a point where the significant reduction

13   or elimination of false positives, false

14   detections of something on the trackway was at a

15   controllable level, um, because you can't be

16   setting off alarms every time because, you know,

17   what will eventually happen is people just

18   disregard the alarm, they'll say that's a false

19   alarm, they won't deal with it, so.  And what

20   happened over time, the reason I'm explaining

21   this, is that the technology got better, and it

22   got more refined, it became something that

23   actually could be pilot tested in the beta form,

24   before that it wasn't even worthwhile to do

25   'cause you couldn't even -- you couldn't even

215

T. F. Prendergast

1 put it on the system in a pilot test, it would

2 fail, it would basically be going off all the

3 time.

4 Q    Okay.  Now, by the way, when you

5 said you worked and that had TransLink, and that

6 they had these Track Intrusion Devices and

7 pressure mats, was it effective there?

8 A    Um, depends on who you talk to,

9 and that's somebody who -- you know, I was

10 responsible for the operation of the system.  It

11 was the bleeding edge of state-of-the-art at the

12 time they put it in, it was certainly better

13 than nothing, but it's a technology they moved

14 away from because of, you know, too many false,

15 uh, applications.

16 Q    Okay.  Well, have you read

17 literature, publications that these other Track

18 Intrusion Devices have been effective in other

19 systems?

20 A    Um, I believe I have, 'cause I

21 have a vague recall of that, but in each and

22 every one of the ones I read it was a new build,

23 it was a brand new construction, it wasn't a

24 retrofit on an existing system.

216

1                    T. F. Prendergast

2                         MR. GENIS:  Okay.  I didn't

3                    ask you about that.

4          Q      So yes, we agree that throughout

5     the world there have been cities that have

6     effectively used Track Intrusion Devices?

7          A      New systems, yes.

8          Q      Okay.  By the way, you said

9     TransLink went away from using Track Intrusion

10    Devices?

11         A      No, I think the technology they

12    use is different now, I don't believe it's the

13    pressure mats that they had at one time, I think

14    they may have gone to a newer technology, but

15    I'm not sure on that.

16         Q      Okay.

17         A      There was a line that was just

18    built called the Evergreen Line, the first line,

19    I believe, was the Millennium -- no, the

20    Exposition Line, and that was in the 1990's

21    circa, the Evergreen Line was the last three or

22    four years, and I believe they use a different

23    technology.

24         Q      Okay.

25                         (Screen sharing ended.)

217

1                      T. F. Prendergast

2        Q      Now -- okay.  So the Help Point

3    Intercom, was that done systemwide or not?

4        A      I don't know, I mean we did a

5    pilot and, uh, I recall that there was a move to

6    install them systemwide.  That's my

7    recollection.

8        Q      So do you know if the Help Point

9    Intercom was, in fact, systemwide or not?

10       A      I don't know.

11       Q      Okay.  Now, one of the issues in

12   getting devices or technology to prevent or

13   dramatically reduce 12-9s from occurring is it

14   costs money, correct?

15       A      One of the issues?

16       Q      Yes, is that it costs money?

17       A      Yeah, I mean that's -- finances is

18   always one of the issues when you're -- when you

19   have an asset as large at New York -- New York

20   City Transit Authority or the MTA.

21       Q      Okay.  So we can we agree that

22   because finance is an issue, that funding, we

23   talked before a little about funding, can be

24   important for safety?

25       A      Funding is important for any --

218

1                    T. F. Prendergast

2    anything related to the size of an asset of the

3    MTA and New York City Transit.

4          Q       Okay.  And, for example, you are

5    somewhat familiar with that Number 7 Line

6    Extension?

7          A       Yes.

8          Q       Okay.  And are you aware that

9    there was an offer of getting funding if

10   platform screen doors would be installed in that

11   new construction?

12         A       I vaguely recall, but I can't say

13   for certain that I recall.

14         Q       Okay.  Well, would you be

15   against --

16                    MR. GENIS:  Withdrawn.

17         Q       Were you against a standard of,

18   for new construction, the standard that either

19   platform screen doors or some other device be

20   utilized to prevent or reduce 12-9s from

21   occurring?

22                    MR. KEAVENEY:  Objection.

23         A       I think we've established in the

24   earlier dialogue the effectiveness and

25   usefulness of standards, so I'll go from that

219

1                    T. F. Prendergast

2    point forward.  So again, I don't agree with

3    that statement at all, 'cause it doesn't apply,

4    I'm not against anything.

5          Q      Okay.

6          A      The issue with respect to the

7    Number 7 Line and Second Avenue Subway, which

8    were new builds, is the issue of how do you

9    implement that standard?  That is the more

10   pertinent issue than the funding issue, uh, or,

11   you know, or the funding issue, it's the more

12   pertinent issue.

13         Q      All right.  So let's break it down

14   step by step.

15                So you're not against a standard

16   for new construction to have either platform

17   screen doors, platform edge doors or some other

18   technological device to prevent or reduce 12-9s

19   from occurring, true?

20         A      Once again, I have -- I have a

21   problem with the use of the word against, I'm

22   going to take exception to that because I'm not

23   sure what that means, and I also have a problem

24   with the fact that the question implies the

25   standard is one dimensional in terms of a

220

1                          T. F. Prendergast

2    platform screen door, there are other fact --

3    other factors that effect the usefulness of a

4    platform screen door, the effectiveness in a

5    platform screen door, and most importantly, the

6    non-introduction of a worse hazard if you put

7    platform screen doors up, because just about

8    every application I've seen it used it's with

9    total train operation automated, not a manual

10   interface operating the train, it's a very

11   important point.  The --

12         Q      Okay.

13         A      -- ability to stop the train

14   within inches, not millimeters, but within

15   inches each and every time the train stops, any

16   train stops at that platform, the two go

17   hand-in-hand.

18         Q      And that relates to the CBTC,

19   correct?

20         A      Depending upon the level of

21   technology the CBTC provides, and depending upon

22   whether or not there's a manual override.

23         Q      Okay.

24         A      Because in both applications at

25   New York City Transit, it's still manually

221

1                          T. F. Prendergast

2     operated, it's not totally automated.

3                          MR. GENIS:  Okay.  I want

4                    to get back on focus to what the

5                    questions were, because we tend to

6                    go down rabbit holes sometimes

7                    with your answer.

8                          THE WITNESS:  Well --

9                          MR. GENIS:  So let's get

10                   back to the question.

11                         THE WITNESS:  -- I don't

12                   know if I'd call them rabbit

13                   holes, but it's okay, because it's

14                   part of the whole hazard

15                   evaluation process.

16                         MR. GENIS:  Okay.

17         Q      So getting back to it.  So were

18    you in favor of a promulgation of a standard

19    requiring either a platform edge door, screen

20    door or some other technological device to

21    prevent or reduce 12-9s from occurring for new

22    construction?

23         A      For almost the same reason I have

24    a problem with the use of the word against, I

25    have a problem with the use of the word favor.

222

1                    T. F. Prendergast

2        Q      Okay.

3        A      Because --

4        Q      All right.  If you can't answer

5    it, you can't answer it, that's okay.

6        A      Yup.

7        Q      All right.

8               And were you familiar with a

9    gentleman by the name of Mysore, I'm going to

10   mispronounce his last name, Nagara (sic)?

11       A      Mysore Nagaraja.

12       Q      That's it.

13                    THE COURT REPORTER:

14              Spelling.

15                    THE WITNESS:  Nagaraja,

16              N-A-G-A-R-A-J-A.

17                    THE COURT REPORTER:  Okay.

18                    MR. GENIS:  Okay.

19                    THE WITNESS:  Mysore,

20              M-Y-S-O-R-E.

21                    MR. GENIS:  Okay.  And one

22              second.  I'm sorry, give me one

23              second.

24                    THE WITNESS:  Okay.

25       Q      Okay.  And who is he?  Who is

223

1                      T. F. Prendergast

2    Mysore?

3                      THE COURT REPORTER:  Hold

4                on one second, I just have to plug

5                in my machine.

6                      MR. GENIS:  Okay.

7                      THE COURT REPORTER:  Okay.

8                Sorry. "Who is Mysore?"

9         A      Mysore Nagaraja is a former

10   employee started at the New York City Transit in

11   what was Engineering Construction and then was,

12   um, was Capital Programs and -- no, Engineering

13   Construction, then Capital Programs and then he

14   was the head of Construction and Development and

15   when it became a separate agency, so, um, quite

16   a few years of service, uh, always in the

17   capital delivery area, um, that's who Mysore

18   Nagaraja is.  He is now --

19        Q      Okay.

20        A      -- I think he's retired from MTA.

21        Q      Okay.  And he was also an

22   engineer, correct?

23        A      Oh, yeah, definitely.

24        Q      A Licensed Professional Engineer,

25   correct?

224

1                    T. F. Prendergast

2          A      I believe he's a licensed

3    professional, yes.

4          Q      Okay.  Did you find him to be a

5    knowledgeable person?

6          A      Yes.

7          Q      Did you find him to be a reliable

8    person?

9          A      What's your definition of

10   "reliable"?  Because I normally -- I normally

11   limit my use of "reliable" to equipment and, you

12   know, hardware, but if "reliable" --

13         Q      Okay.

14         A      -- is somebody you can depend

15   upon, yes.

16         Q      Okay.  He was trustworthy?

17         A      Yes.

18         Q      He was objective?

19         A      That's a subjective term, but yes.

20         Q      He was honest?

21         A      Yes.

22         Q      Okay.  And was he in favor of

23   having platform edge doors placed in stations?

24         A      I -- I honestly don't know, you

25   know, what his position was on the issue, I

225

1                    T. F. Prendergast
2    truly don't.
3                    MR. GENIS:  Okay.  Dave,
4             would you kindly put up it's Bates
5             423893, if you're able to?
6                    (Screen sharing Bates
7             423893.)
8         Q     Are you able to read this, sir?
9    It's an email --
10        A     If you scroll -- the top has been
11   cutoff, so if you can scroll down a little bit.
12                   MR. ROTH:  All right.
13            (Scrolling.)
14                   THE WITNESS:  Okay.
15        Q     This is an email to you and Carmen
16   Bianco cc to Jay Walters from Mysore, on it
17   looks like February 1st of 2011, and the subject
18   is platform doors.  Do you see that?
19        A     Yup.
20        Q     Okay.  And he's emailed to you,
21   "Tom, I was happy to hear on the radio this
22   morning that NYCT is considering the
23   installation of platform doors in stations."
24                   Did I read that accurately so far?
25        A     Yup.

226

1                    T. F. Prendergast

2          Q      "I had almost negotiated with a

3    vendor to install these at the new South Ferry

4    Station.  This vendor was willing to install

5    them at no cost to the MTA.  His proposal was to

6    strategically install customer information

7    screens, CIS, on top of these doors.  MTA could

8    use the CIS for providing train info to

9    customers and the vendor would also generate

10   income from advertisements."

11                 Did I read that accurately so far?

12         A      Yup.

13         Q      I'm gonna scoot down.

14                 "I am sure that you are aware that

15   provision has been made in the new 34th Street

16   Station on the Number 7 Line for future

17   installation of platform doors.  The 7 Line with

18   CBTC operational in the next few years will be a

19   great candidate for platform doors."

20                 Did I read that accurately?

21         A      Yup.

22         Q      I'm going to scoot down.

23                 "My goal was to build all new

24   stations as truly 21st Century stations.

25   Hopefully under your leadership you will make my

227

1                    T. F. Prendergast

2    dream come true.

3                    Again, congratulations for forward

4    thinking, and I wish you the very best.

5                    With warm regards, Mysore."

6                    Did I read that accurately?

7         A      Yup.

8         Q      Okay.  Does that refresh your

9    recollection if Mysore was in favor of platform

10   doors?

11        A      He's in favor of pursuing the use

12   of platform doors on what we called 7 West, the

13   7 Extension and on Second Avenue Subway, both of

14   which were new construction to a new set of

15   station design standards, so in answer to that

16   question, yes, I'm aware of that.

17        Q      Okay.

18        A      But that's different than the

19   question you asked.

20        Q      I'm not so sure about it, but

21   okay, I'll take that.

22                    So now, sir, and he also indicated

23   that he could have gotten these installed at no

24   cost to the MTA, true?

25        A      That's what he states.

228

1                    T. F. Prendergast

2         Q        Okay.  And, in fact, in 2006 or

3    2007 there was a company called Crown that made

4    a similar offer to the Transit Authority, true?

5         A        If you say so, I don't recall off

6    the top of my head.

7         Q        You don't recall that?

8         A        Nope.  And they may have --

9         Q        It got a lot of publicity.

10        A        And they may have made an offer to

11   me 'cause a number of people made that offer to

12   me.

13        Q        Okay.  So, in fact, over the years

14   a number of different companies had made offers

15   to you to install platform edge doors or

16   platform screen doors at no cost to the Transit,

17   true?

18        A        Well, when you say, "you," there's

19   two yous; one is the Transit Authority in

20   general, and the "you" me specifically, when I

21   was either head of operations, uh, Senior Vice

22   President of Subways or President, yes.

23        Q        Transit.  Okay.  Let's say

24   Transit, okay?

25        A        Yeah.

229

1                    T. F. Prendergast

2          Q        And, again, many of these offers

3    to install these safety devices to prevent 12-9s

4    from occurring were even made to you directly,

5    correct?

6          A        Yes.

7          Q        Okay.  And, in fact, the Transit

8    Authority while you were in charge of it

9    published what was called an RFI, correct?

10                         (Screen sharing ended.)

11         A        I mean request for interests are a

12   procurement mechanism used to see what the

13   ability of the industry has to respond to a need

14   an agency has, it's a formal mechanism where

15   you're fairly competing that out to a number of

16   different parties and sharing the information.

17   So in answer to your question, yes.  And I do

18   recall an RFI going out.

19         Q        Okay.  And the RFI was

20   specifically for platform screen doors or

21   platform edge doors, correct?

22         A        Like I said, I vaguely recall

23   that, yes.

24         Q        Okay.  So that was to Transit

25   putting out to the world, to different vendors,

230

1              T. F. Prendergast

2    that they're interested in companies putting in

3    these platform edge doors, doing it at little or

4    no cost to the Transit Authority in exchange for

5    getting the advertising revenue, correct?

6                   MR. KEAVENEY:  Objection.

7         A      That was their proposal.

8         Q      Okay.  And, in fact, a number of

9    companies responded to that RFI by the Transit,

10   correct?

11        A      I -- I recall an RFI and I recall

12   response to the RFI, I do not recall the RFI

13   saying that they would get the advertising

14   revenue, big distinction there.

15        Q      Okay.

16        A      'Cause the advertising revenue is

17   owned under another separate contract with

18   someone who owns all the advertising rights for

19   the MTA, so a number of people would come in and

20   say we can give you this at no cost, but they

21   were assuming a revenue stream that they had no

22   access to.  And that's only one of the issues

23   related to that.

24        Q      Okay.  So you need to see the

25   actual RFI to address this, is that what you're

231

1                    T. F. Prendergast

2    saying?

3          A        Depending on what question you're

4    asking.

5          Q        Okay.  So, by the way, that was a

6    choice that the Transit Authority could have

7    given these companies access; in other words,

8    they could do it for free, but they'd want the

9    ad revenue, correct?

10                   MR. KEAVENEY:  Objection.

11         A        Almost all of the proposals I

12   heard or saw where someone was saying they were

13   gonna do it at no cost to the MTA or New York

14   City Transit, assumed a piece of or all the

15   advertising rights on anything they would put on

16   the platform screen doors.

17         Q        Okay.

18         A        But that was only one of the

19   issues related to the -- a concern with them.

20         Q        Okay.  So I'm going to back up a

21   second.

22                   Did you ever inform the PTSB or

23   the board of the MTA that there were offers made

24   by companies to install platform screen doors at

25   little or no cost to the Transit Authority?

232

                    T. F. Prendergast

1

2          A      I can't recall if I did or did

3    not.

4          Q      Okay.  Did anyone from the Transit

5    Authority ever relay that information to any

6    oversight body, whether it be PTSB or otherwise,

7    that there were companies that offered to

8    install PSD, platform screens doors, platform

9    edge doors, at little or no cost to the Transit

10   Authority?

11                    MR. KEAVENEY:  Objection.

12         A      I don't know 'cause I, you know, I

13   wasn't necessarily part of any and all

14   discussions, so I'm not aware.

15         Q      Well, would it be the Transit

16   Authority's obligation to so advise the PTSB or

17   any oversight bodies that there have been offers

18   made to have these safety devices installed at

19   little or no cost to the Transit?

20         A      There's no reporting requirement

21   for any and all unsolicited proposals being made

22   to any of the MTA operating agencies; whether

23   it's for a safety improvement, a customer

24   benefit, there's no obligation requirement.  Did

25   it come up in conversations as part of the

233

1                       T. F. Prendergast

2    regular oversight duties of the PTSB or other

3    agency, I don't know, but there would be --

4    there would be no obligatory requirement to do

5    so. But even -- even if it was communicated, the

6    person who communicated would have to in full

7    disclosure talk about what limitations the

8    proposer would have with respect to access to

9    that -- that revenue.  Because it was -- it was

10   covered under another procurement action, and

11   there was a level of awareness where people in

12   the organization got to understand that some of

13   those rights were already captured under another

14   procurement instrument, meaning the MTA

15   advertising contract.

16                       MR. GENIS:  Okay.  Let's

17                  move to strike again those

18                  portions which are not responsive

19                  and get back to the actual

20                  question.

21       Q       So let's get back there.  So if

22   the PTSB was asking questions of the Transit

23   Authority, A, about safety; and B, about costs.

24   I'm not talking about safety, I'm talking

25   specifically about 12-9 incidents.  Should the

234

1                    T. F. Prendergast

2    Transit Authority have communicated that

3    information to the PTSB that there were

4    companies offering to install these safety

5    devices at little or no cost?

6                    MR. KEAVENEY:  Note my

7                    objection.

8        A      No.

9        Q      Okay.

10       A      No.

11       Q      Now, and if anyone from the

12   Transit ever relayed such information to the

13   PTSB that there had been offers to install at

14   little or no cost to the Transit these safety

15   devices to prevent 12-9s from occurring, that

16   would be listed in the meeting minutes, correct?

17       A      Depending on who took the meeting

18   minutes and whether or not the meeting minutes

19   were circulated and approved by all parties,

20   'cause I've been in part of activities where

21   people record meeting minutes, Robert, they

22   don't circulate them to everybody, so it's the

23   word of that one party, so I don't know how to

24   answer that question, 'cause I was not involved

25   in all the meetings with PTSB, especially public

235

1                  T. F. Prendergast

2    board meetings that they had, and there were

3    testimony provided by, you know, New York City

4    Transit or a representative from the MTA --

5          Q      Okay.

6          A      -- or some third party saying that

7    they offered to do it at no cost.  So I can't --

8    I can't answer the question.

9          Q      Okay.  So if I'm understanding you

10   correctly, you're saying that the meeting

11   minutes are not accurate?

12                     MR. KEAVENEY:  Objection.

13         A      I'm saying I don't -- I don't know

14   how they were captured, I can't -- I can't

15   answer your question.

16         Q      Okay.

17         A      And I gave you the reasons why I

18   can't answer your question.

19         Q      Okay.  Would there be any internal

20   Transit Authority minute meeting notes that such

21   information had been relayed to PTSB or another

22   oversight body that companies had offered to

23   install at little or no cost to the Transit

24   safety devices to prevent 12-9s from occurring?

25                     MR. KEAVENEY:  Objection.

236

                        T. F. Prendergast

1

2        A       There may have been, but I don't

3    know.

4                        MR. GENIS:  Okay.  Why

5                   don't we just put the RFI on the

6                   screen for a minute, just take a

7                   look at it, so we can answer some

8                   of these questions.

9                        Dave, if you can please put

10                   that up?

11                        (Screen sharing Request for

12                   Information Number 10RFIN44.)

13                        MR. GENIS:  It's up, I

14                   think, okay.  It is -- can you

15                   just make it bigger so I can see

16                   what that is?

17        Q       Are you able to read that, sir?

18        A       Yes.

19        Q       Okay.  Can you tell me what does

20    it say on the very top of the first page so just

21    so I can see what it is?  I want to make sure I

22    have the same document I'm holding.

23                        MR. GENIS:  Dave, you have

24                   to scroll up.  Dave, you have to

25                   scroll up.  Dave, please scroll

237

```
 1                    T. F. Prendergast
 2              up.
 3                    MR. ROTH:  There's a
 4              delay -- there's a delay because
 5              the -- I am scrolled up, but
 6              there's a delay because I'm on my
 7              iPhone.
 8                    MR. GENIS:  Got it.
 9                    MR. ROTH:  So the
10              internet's super slow, I'm sorry.
11                    MR. GENIS:  Okay.
12        Q     So can you tell me the heading of
13   the document you have in front of you, sir?
14        A     Request for Information Number
15   10RFIN44.
16        Q     Okay.  So that's the RFI.
17                    And if you need us to scroll down,
18   we'll gladly do so so you can take a look at it
19   and see if it talks about doing this at little
20   or no cost to the Transit in exchange for
21   getting advertising revenue.  Take your time.
22                    MR. ROTH:  (Scrolling.)
23                    (Screen sharing Page 1.)
24                    THE WITNESS:  You can
25              scroll down.
```

238

1                       T. F. Prendergast

2                          (Screen sharing Page 2.)

3                          MR. ROTH:   (Scrolling.)

4         A       Okay.   I've read it.

5         Q       Okay.   And in sum and substance,

6   does the RFI discuss what I just mentioned?

7         A       Discuss -- discuss what?

8         Q       That the Transit was looking to

9   get information from companies to see if they

10  could install platform screen doors or edge

11  doors at little or no cost to the Transit, and

12  that the companies could derive advertising

13  revenue in exchange for doing so.

14                         MR. ROTH:   (Highlighting.)

15        A       Yes, and the reason that that was

16  put in there is because the majority,

17  overwhelming majority, if not in toto, the

18  unsolicited proposals were from people who

19  basically pay for it through advertising

20  revenue, so it was an established set of firms

21  that were dealing with platform screen doors.

22        Q       Okay.

23        A       So yes, there was reference made

24  to that revenue option, yes.

25        Q       And, by the way, when this RFI was

239

1                     T. F. Prendergast

2    drafted, did you have counsel review it before

3    it was put out to the world?

4          A      You'd have to ask procurement.

5          Q      Okay.  And is it your

6    understanding that this RFI was ethical and

7    lawful?

8          A      It's my understanding, but I'm the

9    wrong person to ask.

10          Q      Okay.

11          A      You'd have to ask -- first of all,

12    there are legal people in procurement that make

13    sure procurement law is followed and

14    legislation, and there are people in the legal

15    department at New York City Transit to do the

16    same, so you're asking -- you're asking -- in my

17    prior capacity I'd be the wrong person to ask.

18          Q      Okay.  And presumably before a

19    document like this RFI gets published to the

20    world, it's been vetted by legal and by

21    procurement, correct?

22          A      Yes.

23          Q      Okay.  So utilizing this RFI does

24    not violate any contracts, correct, or any laws?

25          A      Once again, I answered just in the

240

1                        T. F. Prendergast

2       prior questions, if you're asking a question of

3       legal, uh, uh --

4            Q       Understandable.

5            A       -- ask -- ask procurement or ask

6       the general counsel's office --

7            Q       Okay.

8            A       -- I'm not the person to answer

9       that question.

10           Q       Okay.  And, in fact, 12 companies

11      responded to that RFI, correct?

12           A       I -- if 12 companies responded,

13      they responded, I don't know how many companies

14      responded.

15                       MR. GENIS:  Dave, if you

16                   could please put up what's been

17                   previously marked for

18                   identification it's Bates 393015.)

19           Q       And while he's doing that, do we

20      agree that the -- there was a Platform Screen

21      Door Task Force at the Transit Authority?

22                       (Screen sharing Bates

23                   503775.)

24           A       There are a number of task forces,

25      I vaguely recall a Platform Screen Task Force,

241

1                    T. F. Prendergast

2      but I don't know if there was a Platform Screen

3      Task Force.

4           Q      Well, we've got it up on the

5      screen how.

6                    And you see how it says, "Platform

7      Screen Door Task Force Evaluation Summary of

8      Responses received to RFI Number 10RFIN44," and

9      it's dated October --

10          A      Yes.

11          Q      -- 6th of 2011?

12                   And you see that, sir?

13          A      Yup.

14          Q      Okay.  And do you see that the

15     Platform Screen Door Task Force convened to have

16     necessary criteria to evaluate the responses to

17     the RFI for platform screen doors and platform

18     edge doors?

19          A      Yup.  Yes, I see that.  Yup.

20                   MR. GENIS:  Okay.  And

21                   let's go through the 12 companies

22                   listed.  And I say this was an

23                   exhibit from the Bata Deposition

24                   8-A.

25          Q      There's Crown Infrastructure

242

1              T. F. Prendergast

2    Solutions is listed, correct?

3         A    I don't see the list of the

4    stations.

5                   THE WITNESS:  I gotta take

6              a bathroom -- I gotta go to the

7              washroom.  Can we have like three

8              minutes --

9                   MR. GENIS:  Oh, sure.

10                   THE WITNESS:  -- for me to

11             go to take a --

12                   MR. GENIS:  Sure.  We'll

13             take a break.  Let's go off the

14             record.

15                   THE WITNESS:  I had --

16                   MR. GENIS:  That's okay.

17             You gotta go, you gotta go.

18                   THE WITNESS:  -- too

19             much -- too much fruit salad for

20             desert.

21                   MR. GENIS:  No worries.  No

22             worries.  We'll take a break.

23             Okay.

24                   MR. ROTH:  Bob, Bob, I

25             think --

243

1          T. F. Prendergast

2               THE COURT REPORTER:  Hold

3     on a second.  Wait, do you want --

4               MR. ROTH:  We're off the

5     record.

6               THE COURT REPORTER:  Hold

7     on.  Let me just pause the

8     recording.  Thank you.

9               MR. GENIS:  Shut off the

10    camera.

11               (3:40 p.m. a short recess

12    was taken.)

13               (3:45 p.m. the Deposition

14    resumed.)

15               MR. ROTH:  So due to the

16    laggy internet that I have at this

17    time, I accidentally put up Bates

18    number 393015 and we

19    (inaudible) --

20               THE COURT REPORTER:  And we

21    what?  You're cutting out.

22               MR. ROTH: (Inaudible)

23    8-A --

24               MR. GENIS:  Dave, you're

25    breaking up.  Dave, we can't hear

244

1           T. F. Prendergast

2       you.

3               MR. ROTH:  It doesn't

4       surprise me.  How about now?

5               MR. GENIS:  Now better.

6               MR. ROTH:  All right.  As

7       I'm complaining about the laggy

8       internet.  So, Donna, what have

9       you heard so far so that I don't

10      have to repeat myself?

11              (Whereupon, the

12      above-requested portion was read

13      back by the Reporter.)

14              MR. ROTH:  Was accidentally

15      put up on the screen.  Was -- was

16      accidentally put up on the screen.

17              THE COURT REPORTER:  Yup,

18      got that.  That's good?

19              MR. ROTH:  Can you hear me

20      or not?

21              THE COURT REPORTER:  I can

22      hear you.

23              MR. ROTH:  Okay, all right.

24      When I finish talking each

25      sentence then you're gonna say yes

245

1              T. F. Prendergast

2          so that I know I'm not talking to

3          myself, okay?

4                  THE COURT REPORTER:  You're

5          talking to me?

6                  MR. ROTH:  Yes.

7                  THE COURT REPORTER:  Okay,

8          yes.

9                  MR. ROTH:  I don't know if

10         you're hearing or not.

11                 THE COURT REPORTER:  Okay.

12                 MR. ROTH:  I'm going to do

13         that with the De Niro voice, so

14         when you do that you gotta do that

15         with De Niro, so.

16                 MR. GENIS:  Okay.

17                 MR. ROTH:  So the correct

18         Bates number for the document that

19         we were talking about is Exhibit

20         8-A, Bates number 589606 from the

21         Bata deposition.  B-A-T-A.

22                 (Screen sharing Bates

23         589606.)

24                 MR. ROTH:  Could you see it

25         at the top right-hand corner?

246

1          T. F. Prendergast

2          It's small, but could you see

3          right here (referring).

4                THE COURT REPORTER:  No.

5                MR. KEAVENEY:  I can't see

6          a thing.

7                THE WITNESS:  It's blocked

8          out by the video.  The video

9          images are blocking it out.

10               MR. ROTH:  How about now?

11         Can you see that right here

12         (referring)?

13               THE WITNESS:  No.

14               MR. ROTH:  Great.

15               MR. KEAVENEY:  David --

16               THE COURT REPORTER:  Oh, at

17         the top.  Okay, yeah, it says

18         exbatanycta something, the numbers

19         are too small.

20               MR. ROTH:  Yup.

21               THE COURT REPORTER:  Okay,

22         so back to whatever you were

23         saying, go ahead.

24               MR. ROTH:  All right.

25         589606.

247

1          T. F. Prendergast

2              MR. KEAVENEY:  Thank you.

3              MR. ROTH:  Off the record.

4              (Discussion held off the

5          record.)

6              MR. GENIS:  Now we're going

7          to be on the record with Bates

8          503775.

9              THE COURT REPORTER:  Hold

10          on, you want me to turn the

11          recording back on or no?

12              MR. GENIS:  Wait one

13          second.

14              MR. ROTH:  No, no, not yet.

15          We're going to be on the record

16          with 58 -- Bob, it's Exhibit Bata

17          Exhibit 8, 589606 --

18              MR. GENIS:  Oh.

19              MR. ROTH:  -- that's the

20          document that's up on the screen.

21          Off the record.

22              (Discussion held off the

23          record.)

24              THE COURT REPORTER:  3:50

25          turning recording back on.

248

1                    T. F. Prendergast

2                         (3:50 p.m. the Deposition

3                    resumed.)

4                         MR. GENIS:  So we're back

5                    on at 3:50.  Okay.

6         Q     So we've got the exhibit on the

7    screen for you now, sir, which is the Platform

8    Screen Door Task Force.  And do you see the 12

9    responses to the RFI listed?

10        A     I think I see eight of them or

11   seven of them, but if you scr -- if you, uh,

12   scroll down a little lit bit more I'll see all

13   of them.

14                        MR. ROTH: (Scrolling.)

15                        MR. GENIS:  Okay.

16                        THE WITNESS:  A little bit

17                   further.

18                        MR. ROTH: (Scrolling.)

19                        THE WITNESS:  That's good.

20                        MR. GENIS:  Okay.

21        A     I see them all.

22        Q     Okay.  So I'm going to list them.

23                   Are you familiar with Crown

24   Infrastructure Solutions?

25        A     I can't say I am familiar.

249

1                        T. F. Prendergast

2          Q       Are you familiar with Faiveley

3     Transport?

4          A       Yes.

5          Q       Who are they?

6          A       Faiveley is a well-established

7     train door, and I believe they moved into

8     platform screen door manufacturer, they've been

9     around for decades.

10         Q       Next one is GE Transportation, are

11    you familiar with them?

12         A       Yes.

13         Q       Who are they?

14         A       Well, the same category, they've

15    been in, uh, vehicle systems, uh, related to

16    transit vehicles.

17         Q       Next one is KABA, K-A-B-A,

18    Gilgen/Gilgen Door Systems?

19         A       Do not -- do not know them.

20         Q       Okay.  Next one is Kawaski Rail

21    Car, are you familiar with them?

22         A       Absolutely, they're a car builder.

23         Q       Okay.

24                        (Screen sharing ended.)

25         Q       Okay.  KPMG, are you familiar with

250

1                          T. F. Prendergast

2      them?

3            A       I mean I know who they are, but I

4      don't know what, uh, what role they played in

5      this space.

6            Q       Okay.  Samsung?

7                        (Screen sharing Platform

8                        Screen Door Task Force Evaluation

9                        Summary of Responses Received to

10                       RFI#10RFIN44, October 6, 2011.)

11           A       Once again, I know who they are,

12     but I don't know what, uh, what role they play

13     in this space.

14           Q       Are you familiar with Sojitz?

15           A       No.

16           Q       Okay.  Stanley Access Technologies

17     - Stanley-AECOM?

18           A       No.

19           Q       Isn't AECOM who you were working

20     for --

21           A       Yeah, I mean -- yeah, but I don't

22     know who the Stanley Access Technologies is,

23     that sounds like a joint venture of some type.

24     I know the AECOM piece, but not the Stanley

25     piece.

251

                          T. F. Prendergast

1

2        Q        Okay.  SYSTRA Engineering?

3        A        Know them very well.

4        Q        Okay.  A reputable firm?

5        A        Yup.

6        Q        Last one, TIS Partners,

7   Incorporated, in association with Seoul

8   Metropolitan Rapid Transit Corp. Authority,

9   Halmar Transportation Systems LLC and Parsons

10  Technology Group.

11       A        Yeah, they're all people that are,

12  uh, you know, there's some, uh, car builders,

13  car suppliers, people familiar with the New York

14  City Transit system, general contractors, I know

15  who they are.

16       Q        Okay.  And that's the Parsons that

17  you had also worked for at one point, correct?

18       A        No, that's PTG, um, the other

19  Parsons is Parsons Brinckerhoff.

20       Q        Okay.

21       A        This is Ralph F. Parsons, the

22  other one is William Barclay Parsons.

23       Q        Okay.  And I'm going to skip to

24  the last page and we'll just kinda cut to the

25  chase on some of this.

252

1                    T. F. Prendergast

2                    How after reviewing everything,

3    they limit it to five different respondents who

4    would be, EOMs, you know, equipment

5    manufacturers.

6            A      Okay.

7            Q      And they would be Faiveley

8    Transport, GE Transportation, KABA Gilgen,

9    Knorr-Bremse, and TIS Partners.

10           A      Okay.

11           Q      Okay.  I think I somehow skipped

12   that Knorr-Bremse when I was giving the list.

13                  Are you familiar with Knorr-

14   Bremse?

15           A      Yup.

16           Q      Okay.  All right.  So these were

17   all large major corporations, correct?

18           A      They're -- they're major firms,

19   uh, that are suppliers and they're -- they're in

20   the public transportation vehicle or system

21   space.

22           Q      Okay.  So these were all reputable

23   vendors to deal with by the Transit Authority,

24   correct?

25           A      Yes.

253

1                    T. F. Prendergast

2        Q      And Knorr-Bremse is now

3    Westinghouse, correct?

4        A      I believe so, but I'm not sure.

5        Q      Okay.  And these companies said

6    that, in essence, they were willing to do this,

7    respond to the RFI, do this project at little to

8    no money to the Transit Authority, in essence in

9    exchange for the advertising revenue, correct?

10                   MR. KEAVENEY:  Objection.

11       A      I don't know.  I don't -- I wasn't

12   working at this level, so.

13       Q      Well, let me ask you, did you ever

14   have any dealings with the Platform Screen Door

15   Task Force?

16       A      I'm sure I met with them a number

17   of times, yes, like I said, I don't recall.

18       Q      Okay.  And did they tell you, oh,

19   yeah, we had that RFI and 12 responses and we

20   went through them, we vetted them carefully, and

21   we came up with the list of five that provided

22   acceptable responses and that the past Task

23   Force recommended that they be included in

24   future discussions?

25       A      Like I said, I don't recall, but I

254

1                    T. F. Prendergast

2    mean they -- they -- they may have, you know.

3        Q      Okay.  Well, would there be any

4    reason for that Task Force report to be wrong?

5        A      No.

6        Q      Okay.  And could you have approved

7    them to go forward as the President?

8                    MR. KEAVENEY:  Objection.

9        A      Could, yes; but, like I said, I

10   don't -- if I don't recall, I don't recall.

11                   (Screen sharing ended.)

12       Q      Okay.  Now, let's talk in addition

13   to people willing to do this for free.  I'd like

14   to put up -- do you know who Lisa Schreibman

15   was?

16       A      Yes.

17       Q      Who's she?

18       A      She's an employee at New York City

19   Transit, she worked in Operations Planning, she

20   worked in, uh, Capital Program Management, she

21   worked a variety of different, uh, positions,

22   she also worked, uh, might have been in Code

23   Compliance, but she -- and then she worked in

24   closeout -- no, she worked on interface on 7

25   West.

255

1               T. F. Prendergast

2          Q      Okay.  And I --

3          A      Interface between operations and,

4     uh, Capital Program Management.

5                       (Screen sharing Bates

6                 393015.)

7          Q      Okay.  So we're going to put, I

8     believe it's Bates, starts on 393015, and can

9     you see that?

10         A      Yup.

11         Q      All right.  And when you go

12    through that, do you see that -- I'm gonna

13    summarize -- that there could be funding given

14    for this 7 West project if they adopted a

15    standard at least for new construction to have

16    platform screen doors?

17         A      You're talking about a tie to a

18    standard, so I'm a little confused.

19         Q      Well, let's back up.  You're

20    looking through the emails, and do you see,

21    first of all, that there was an offer made to

22    get funding for this 7 West project?

23         A      I don't see it offhand, but if you

24    want to point it out to me, fine.

25                     MR. GENIS:  Dave, if you're

256

1                    T. F. Prendergast

2              able to do so.

3                       MR. ROTH:  (Highlighting.)

4          A     I can't see the whole memo because

5    the, uh, Zoom meeting display of the video

6    images of all the participants is blocking part

7    of the text.

8                       MR. KEAVENEY:  If you can

9                    move the image to the left a bit

10                   that might solve the problem.

11                      THE WITNESS:  Or shrink the

12                   typeface, shrink the size.

13                      MR. GENIS:  I saw he had

14                   part of it highlighted, that --

15                      THE WITNESS:  That looks

16                   like I can catch it all, so that's

17                   good.

18                      MR. ROTH: (Scrolling.)

19                      THE WITNESS:  Hold.  Don't

20                   scroll so fast.  Go back up a

21                   little bit.

22                      MR. ROTH: (Scrolling.)

23                      THE WITNESS:  Stop it right

24                   there.

25                      MR. ROTH: (Scrolling.)

257

1                         T. F. Prendergast

2          A       Okay, I've read it.

3          Q       Okay.  So in sum and substance,

4    did I accurately summarize some of it?

5                         MR. KEAVENEY:  Can you

6                  read --

7          Q       The page I think we're looking at

8    is 393019.

9          A       Can you restate the question or?

10         Q       So do you see that in essence

11   there was an offer of funding made, but in

12   exchange for the funding, they wanted a standard

13   to be issued for platform screen doors, and it's

14   HYDAC Funding, but it was going to have to have

15   that new standard for platform screen doors for

16   new construction?

17         A       That's what this -- this

18   correspondence states, yes, I see that.

19         Q       Okay.  So that was another

20   opportunity to get funding for the safety

21   device, correct?

22                         MR. KEAVENEY:  Objection.

23         A       It's a conditional opportunity,

24   there's a very specific condition precedent

25   in here --

258

1                     T. F. Prendergast

2          Q        Okay.

3          A        -- that the MTA or New York City

4    Transit would have to commit to.

5          Q        Okay.  And you were not willing to

6    commit to that, correct?

7          A        I don't recall seeing this, I may

8    have been shown it, but I -- right now I didn't

9    do any review for this, I don't recall seeing

10   this, but I can categorically tell you that we

11   would have had to go through a very, very pretty

12   detailed and somewhat lengthy process before we

13   could commit to the standard that they

14   considered a condition precedent.

15         Q        Okay.

16                     (Screen sharing ended.)

17         A        'Cause you know what they're doing

18   here, what they're doing here is underwriting

19   some of their costs on future procurements where

20   they're gonna make profit to underwrite that

21   cost.  So they're trying to get us to commit to

22   a standard that would take very thoughtful

23   determination on our part before we could commit

24   to it.

25         Q        Who is "they"?

259

1                          T. F. Prendergast

2          A       The supplier that's -- the

3     suppliers that are making the offer.

4          Q       That was not a supplier making

5     that offer when you looked at that email.

6          A       Who is committing to do it for

7     free?

8          Q       Would you like to look at the

9     document again?

10         A       Yes.

11                 MR. GENIS:   Dave, can you

12                 just put it back on the screen?

13                 I'm sorry.

14         Q       HYDAC --

15         A       Doesn't have to be a supplier, it

16    can be a third party.  Same applies for a third

17    party.

18                 If the City's the client and the

19    City is committing to it, it's the same as the

20    third party that's the supplier.

21         Q       Right.  And I said it was -- so

22    it's the City, so you're saying the City --

23         A       The same -- the same -- the same

24    concern applies.

25                 (Screen sharing.)

260

1                    T. F. Prendergast

2        A       There's a condition precedent for

3    getting the funding from a third party, that is

4    not something that can be taken lightly.

5        Q       Okay.  So the HYDAC, if they

6    wanted a standard for new construction that

7    there would be some sort of safety device to

8    prevent or reduce 12-9s from occurring, is that

9    a good thing or a bad thing?

10       A       It's a good thing.

11       Q       Okay.  And what is it that you're

12   claiming HYDAC was trying to sell you?

13       A       Well, then maybe the sell doesn't

14   apply, but they're getting -- their condition

15   precedent is we're committing to a standard that

16   we may or may not be able to live up to, so take

17   off the table that there's a profit incentive,

18   there's no profit incentive, uh, but this is a

19   third party giving us a condition that we're

20   going to change a standard that we may not be

21   able to live to.  And also don't forget the fact

22   that there's date certain where they want this

23   project to get done, and a certain dollar amount

24   they committed to that a dollar above we

25   incurred the cost on.  This is not as simple as

261

1                       T. F. Prendergast

2    it sounds on paper.  I think it was a billion

3    dollars and then a billion -- one dollar past

4    that was on the MTA's dime, so this is, in

5    context, this needs to be taken a very, very

6    careful look at, but the bottom line is it would

7    be committed -- it would be a condition

8    precedent to get the funding to put platform

9    screen doors in to change the standard for any

10   and all new construction.

11        Q       Okay.  And, by the way, it talks

12   about MTACC staff, correct?

13        A       Yes.  Because these --

14        Q       Who is MTACC?

15        A       Metropolitan Transportation

16   Authority Capital Construction, so it was a

17   separate --

18        Q       Okay.  So that's part of the MTA?

19        A       -- entity that Michael

20   Horodniceanu led, used to be led by Mysore

21   Nagaraja, I believe, and Lisa Schreibman is an

22   employee of Department of Subways, New York City

23   Transit, so she's residing in a different

24   agency, so she's talking about a discussion

25   which MTACC staff --

262

1                    T. F. Prendergast

2        Q      Okay.

3        A      -- two separate agencies within

4    the MTA umbrella.

5        Q      Okay.  So you've got two parts of

6    the MTA that want -- that were advocating for

7    the incorporation of this new standard, correct?

8        A      One part of the MTA, the MTACC.

9        Q      Okay.  And you said Lisa

10   Schreibman worked for the Transit Authority,

11   correct?

12       A      Yeah, but the Transit Authority is

13   a separate entity from MTACC.

14       Q      Right.  That's why I said two.

15   Okay.

16              Now --

17       A      But that -- but she wasn't

18   advocating for it, you said they had two

19   different entities advocating for it, and I

20   said, no, you had one entity advocating for it,

21   so there was only one entity advocating for it,

22   and that was MTACC, it wasn't New York City

23   Transit.

24       Q      And your concern was date certain

25   of completion over safety, correct?

263

                         T. F. Prendergast

1

2          A        A number of --

3                         MR. KEAVENEY:  Objection.

4          A        A number of concerns, that was

5      one.

6          Q        Okay.  Okay.

7          A        It was the condition precedent of

8      setting a standard that we had not done an

9      analysis to in terms of how we would live up to

10     that standard.

11         Q        Okay.  Let's go to the next

12     document.  If memory serves correct, the Bates

13     number on this one is 12722.

14                         (Screen sharing Bates

15                  12722.)

16         Q        Are you able to read that, sir?

17         A        Yup.

18         Q        Okay.  And do you know who Andrew

19     Bata is?

20         A        Yup.

21         Q        Who?

22         A        Andy Bata was, uh, that's his

23     title right there, but he had a variety of

24     different roles at, uh, within the MTA.

25         Q        What were his different roles?

264

1                  T. F. Prendergast

2         A       He was in Operations Planning, um,

3    that's one role; he may have had another one,

4    and then this is, uh, Strategic Innovation and

5    Technology.  And it may have been a specialized

6    role they created for him, appropriately so, I

7    don't mean that it was a make order job of his.

8    They wanted somebody to be looking at the issue

9    of how you integrate new technology in a system

10   as old and as dated as New York City Transit is.

11        Q       Okay.  And do you see some emails

12   here with Mr. Bata and other members of the

13   Transit Authority stating that these standards

14   for platform screens doors should have been

15   adopted 10 years before?

16        A       Well, that statement that Donald

17   Iannuzzi is making, and he's making it to John

18   Oricchio and Lisa Schreibman, and it's his

19   opinion as to when it should be named a new

20   standard.

21        Q       Okay.  Who is Don Iannuzzi?

22        A       I'm trying to remember what role

23   he had at the time.  I don't think it was Code

24   Compliance, but he was somebody in Capital

25   Construction that was involved in design

265

1                    T. F. Prendergast

2    standards and implementation of them.

3         Q        And did you see --

4         A        Across -- across a pretty broad

5    spectrum, so it wasn't just platform screen

6    doors, it might have been emergency ventilation

7    and a lot of other areas.

8         Q        Okay.  And when you saw how

9    Iannuzzi wanted this, said this "should have

10   been a standard 10 years ago," did you see

11   Mr. Bata responding "Absolutely" with four

12   exclamation points?

13        A        I think when you scroll down you

14   see it, yeah.

15        Q        Okay.  Now, you also did -- do you

16   know a Mr. Greg Sanchez?

17        A        Vaguely, but I can't -- I can't

18   put a face with the name.

19                      (Screen sharing ended.)

20        Q        He was also an engineer?

21        A        If he was, he was, I don't know.

22   Like I said, vaguely, I don't recall.

23        Q        Out of curiosity, did there --

24   Transit Authority employed a number of

25   engineers, correct?

266

1                    T. F. Prendergast

2          A        Hundreds.

3          Q        Okay.  And we talked before about

4     Engineering Standards of Care being applicable

5     to Subway operations and projects, correct?

6          A        That's correct.

7          Q        And when engineers give their

8     opinions and recommendations, what, if any,

9     weight did you give to that; did you think it

10    was worthless, did you think it was important,

11    significant, or something else?

12         A        Well, first of all, under New York

13    State Law if someone's gonna stamp an

14    engineering drawing, certify a design, they have

15    to be a registered Professional Engineer in the

16    State of New York, anyone who does anything

17    other than that will find themselves in harm

18    with the law and could be punishable by fine and

19    imprisonment, so that's where I start, number

20    one.

21         Q        Okay.

22         A        Number two, there's subject matter

23    experts that are trained by the disciplines that

24    they get their degrees in, and they're practiced

25    in how they take that information and implement

267

1                       T. F. Prendergast

2    that.  So I treat engineers with a high degree

3    of respect, and whereby required by law or

4    statute they need to be able to weigh in and

5    stamp a drawing, for example, or say an

6    engineering principle, this is consistent with

7    that.

8          Q     Okay.  And if Mr. Sanchez

9    testified that the engineers were all in favor

10   of installation of platform screen doors or edge

11   doors or gates or some other safety device,

12   would that have any weight to you?

13         A     It would have weight, some weight,

14   yes.

15         Q     And those would be the people that

16   would be most familiar with Engineering

17   Professional Standards of Care, correct?

18         A     With some qualifications, yes.

19         Q     Okay.

20         A     Do you want to hear those

21   qualifications?

22         Q     No, I'm -- you've answered the

23   question, you even gave a little more.

24         A     Well, I want to be on record as

25   saying that they have qualifications that need

268

1                    T. F. Prendergast

2    to be heard, that I want to be on record.

3                    MR. GENIS:  That's okay,

4               you're on record, it's not

5               responsive to the question, but

6               you're on record for volunteering

7               it.

8        Q       Now, let's back up a little now.

9                So do we agree that it's easier

10   to -- for new construction to have certain

11   safety devices, like platform screen doors or

12   platform edge doors or gates and things of that

13   nature?

14       A       In general, yes.

15       Q       And, in fact, you had mentioned

16   the word "pilot project" before, where you have

17   some of this new construction, for example, the

18   Number 7 West Extension or the Second Avenue

19   Subway, there's only a limited number of

20   stations for either of those two lines, correct?

21       A       Yes.

22       Q       And as new construction, that

23   would have been easy places to do pilot

24   projects, correct?

25       A       From a constructability

269

```
 1                    T. F. Prendergast
 2    standpoint --
 3          Q      Yes.
 4          A      -- yes.
 5          Q      Okay.
 6          A      From an operational standpoint,
 7    no.
 8          Q      Okay.  And from an operational
 9    standpoint you could have used an abandoned
10    station, true?
11          A      No, when I'm speaking of
12    operations, I'm speaking of the operation of a
13    train in concert with a design and constructed
14    platform screen door.
15          Q      Okay.
16          A      So at an abandoned station you're
17    not operating trains, so it doesn't meet my
18    definition of an operational perspective.
19          Q      Well, you could bring a train to
20    an abandoned station, true?
21          A      Yes.
22          Q      Okay.
23          A      But that would be a one time test,
24    not a test for a number of different train
25    operators under demanding service conditions to
```

270

1                    T. F. Prendergast

2    test the operational viability of that

3    particular element with the system, because that

4    interface is one of the most critical hazards

5    with platform screen doors.

6         Q    Okay.  So everything is really

7    from an operational standpoint, correct?

8         A    No, it's from an operational and

9    an engineering standpoint, both, it's not one at

10   the expense of the other.

11        Q    Okay.

12        A    Or to the detriment of the other,

13   it's a combination of both.

14        Q    Okay.

15        A    And passenger behavior.

16        Q    Okay.  So I just want to back up a

17   second.

18             So now we discussed earlier about

19   funding, and funding being an important issue.

20   And we've learned that one; a number of private

21   entitles offered to install these safety devices

22   at little or no cost to the Transit; and we've

23   learned that if the Transit would have just

24   adopted a standard for new construction, they

25   could have also gotten funding from the City;

271

1                     T. F. Prendergast

2    are we in agreement so far?

3                     MR. KEAVENEY:  Objection.

4         A      They would have got funding from

5    the City for 7 West --

6         Q      Okay.

7         A      -- that's it, one station, 34th

8    Street.

9         Q      Okay.  Thank you.

10                    And did the Transit Authority ever

11   apply for any funds or grants from the City,

12   State or the Federal Government for platform

13   edge door, screen doors, gates, things of that

14   nature?

15        A      Not that I'm aware of, but I don't

16   know for a fact.

17        Q      Okay.  Now, when we talk about

18   pilot projects -- I'm sorry, before we get into

19   the pilot projects.

20                    Originally were platform screen

21   doors supposed to be used on the Second Avenue

22   Line?

23        A      I honestly don't know 'cause I

24   wasn't around for the initial, you know, the

25   whole gestational process of environmental

272

1                    T. F. Prendergast

2  analysis, preliminary engineering, design, I

3  don't know.  The whole process on that I wasn't

4  familiar with, I'm the wrong person to ask, I

5  don't know.

6         Q    Okay.  Well, you do know that at

7  some point it was recommended by engineers to

8  have platform screen doors installed on the

9  Second Avenue Subway Line, the new construction,

10 true?

11        A    I said I didn't know, I answered

12 the first question, if you say that's what

13 happened, I'll accept it at face value, but if I

14 said I didn't know, it would have captured that

15 answer.

16        Q    And at some point or another did

17 platform screen doors get eliminated from the

18 Second Avenue project?

19        A    I can't say they got eliminated

20 'cause I answered I didn't know if they were

21 part of the original scope.  There came a date

22 certain at which it was clear they weren't gonna

23 be part of it, that's the best way for me to

24 answer the question.

25        Q    Okay.  If money was originally

273

```
 1                    T. F. Prendergast
 2   allocated to have platform screens doors
 3   installed on the Second Avenue Line, what
 4   happened to the money once it got eliminated?
 5          A       I don't know.  Because money
 6   isn't -- money isn't discretely goes in and out
 7   of projects by specific scope, in some cases
 8   scope grows in another area, you can take the
 9   project money and apply that money toward that
10   scope, um, but I wouldn't be the one to ask.
11          Q       Okay.  And I apologize if I asked
12   this before, but did the Transit ever perform a
13   safety study to prevent or reduce the number of
14   12-9s with that Atlantic Avenue station?
15          A       I thought I answered that
16   question.
17                       MR. GENIS:  You know what,
18                   I did ask that and you did answer
19                   it, I apologize.
20                       THE WITNESS:  Yeah.
21                       MR. GENIS:  I'm just
22                   looking at my notes, but I had
23                   asked it earlier.
24                       THE WITNESS:  Okay.
25          Q       Okay.  Did the Transit Authority
```

274

1                    T. F. Prendergast

2      ever perform a safety study to see the effect on

3      the number of 12-9 incidents, whether it be

4      injury or death, if the trains slowed down at

5      entry speed into the subway station?

6           A       I don't know.

7                        MR. GENIS:   And I'm going

8                   to ask that same question but with

9                   a little more specific, so your

10                  answer's gonna be whatever it is.

11          Q       Did the Transit Authority ever

12     perform a safety study to see the effect on the

13     number of 12-9 incidents, whether it be death or

14     serious injury, if the train slowed down to 10

15     miles per hour entry speed into subway stations?

16          A       I don't know.

17          Q       Did they ever do such a study to

18     see the effect, if any, on 12-9s if the train

19     slowed down on entry into the station to five

20     miles an hour?

21          A       I don't know.

22          Q       Did they ever study the effect on

23     number of 12-9s that would occur if the train

24     slowed down even by one mile per hour on

25     entering a station?

275

1                    T. F. Prendergast

2          A        No, I don't know.

3          Q        Did they ever study to see the

4    number of lives that could be saved just if they

5    reduced the entry speed into the station to any

6    degree?

7          A        I don't know.

8          Q        Did they ever try, do an

9    experiment, to see if they lower the speeds of

10   the trains upon entry to the station, what, if

11   any, effect it had on 12-9s?

12         A        I don't know.

13         Q        Do you agree that just slowing

14   down a train when it enters a station would

15   allow the train operator to be able to stop

16   sooner and avoid some 12-9s from occurring?

17         A        There's a direct relationship with

18   the speed of a train at which point braking is

19   initiated and the amount of distance you need to

20   stop the train, but that would not be the only

21   factor that would be looked at with respect to

22   operating trains coming into a station.

23         Q        I understand that.  But all I'm

24   trying to find out is, so we do agree that if

25   the trains entered the station at a slower

276

                        T. F. Prendergast

1

2    speed, that could help them avoid at least some

3    12-9s from occurring, true?

4         A      No, I cannot agree with that

5    statement.

6         Q      Okay.

7         A      Do you want to hear why I can't

8    agree with that statement?

9                    MR. GENIS:  No, you don't

10                   agree, you don't agree, that's

11                   okay.  You don't have to.  You

12                   don't have to agree with a thing I

13                   say, sir, you're entitled to your

14                   opinions.

15        Q      Did anybody from the Transit

16   Authority ever do a study to see the actual

17   costs of 12-9s?

18        A      Actual?  I'm sorry.

19        Q      Costs related to 12-9s.

20        A      Costs?

21        Q      Costs.

22                   MR. KEAVENEY:  Objection.

23        A      I'm not familiar with any, I'm

24   serious, I'm not.

25                   MR. GENIS:  Okay.  Hold on

277

                    T. F. Prendergast

1                   a second.  Okay.  Let's break it

2                   up.

3          Q        When there is a 12-9 incident, can

4   we agree that causes or results in a disruption

5   of service?

6          A        Yes.

7          Q        Okay.  And can we agree that on

8   average when there's a 12-9 resulting in a death

9   or serious injury, there's approximately a two-

10  hour disruption of service?

11         A        I can't agree with that number.

12         Q        Okay.  What -- what number would

13  you agree with?

14         A        It might -- I don't know what the

15  number would be, I -- I would -- you would have

16  to do an empirical anal -- you would have to do

17  an analysis of the empirical data.  And so what

18  you would look at, you would look at, you know,

19  any reported 12-9 over a period of time, plot

20  how long it effected service, and make a

21  determination as to what the average delay time

22  would be.

23         Q        Okay.

24         A        That's the way you would go about

278

1                    T. F. Prendergast

2    doing it, but I don't know if it was ever done.

3        Q       Okay, that was my next question.

4                Was such a thing ever done?  Okay.

5        A       Don't know.

6        Q       Okay.  Now, when we have a

7    disruption to service, please explain to me how,

8    if one particular station on one particular

9    train line there's a 12 Line and there's a

10   disruption of service, how does that effect the

11   entire system?

12       A       It doesn't effect the entire

13   system, it would certainly effect that line.

14       Q       Okay.

15       A       If that line that was by itself

16   and didn't interact with any other lines, it

17   would effect no other lines.  If it was a line

18   in which a number of services ran on, it would

19   effect those other services to some degree.

20       Q       Okay.  So in other words, let's

21   say it's a Number 4 train, IRT, that could

22   effect the whole running of, let's say, that

23   Lexington Avenue Line if there's a 12-9?

24       A       At what location?

25       Q       Got it.  Okay.  So let's back up.

279

1                     T. F. Prendergast

2              Where there's a disruption to

3    service that can now prevent trains from going

4    in on that train line, whether it be north or

5    south, correct?  Or whatever direction.

6         A       It -- it generally impacts the --

7    it generally impacts the direction of travel

8    that the delay is occurring on.

9         Q       Okay.  And it can be -- have

10   cascading effects if there's other lines that

11   connect to that line as well, correct?

12        A       Yes.

13        Q       Okay.  And so let's back up.

14              What happens when there's a 12-9

15   first they have to stop service on the line,

16   correct?

17        A       It depends on a number of

18   different factors, but in general what you're

19   saying is true.

20        Q       Okay.  They have to shutoff the

21   power?

22        A       They have to -- they have to --

23   they have to stop service on that line at that

24   station.

25        Q       Okay.  And so at that station on

280

1                     T. F. Prendergast

2    that line power gets cutoff so that emergency

3    responders can go onto the track and not worry

4    about getting electrocuted, correct?

5           A      Yes, but it's -- it's not quite

6    that simple, it depends on where the location

7    is, what the emergency service is asking for,

8    what section of track they need be energized,

9    and in the case of the Number 4 Line you have

10   four track right-of-way, so you can divert

11   Number 4 trains to the local tracks, 4 and 5,

12   it's -- it's a whole sequence of decisionmaking

13   actions that need to occur predicated by what

14   the emergency service and responding people are

15   asking for.

16          Q      Okay.  So it can cause delays in

17   the resumption -- let's back up.

18                 So first things get shutoff, they

19   have to go help the person, if they're not dead,

20   or remove the person, if they are dead; and do

21   their investigation, correct?

22          A      Yes.

23          Q      And they note the marker where it

24   occurred at, correct?

25          A      They do a whole host of things, I

281

1                    T. F. Prendergast

2    mean it's -- it's, uh, it's far more complex

3    than that, but it's -- in general, yes.

4          Q      I was trying to make it a little

5    simple and step-by-step that they do a full

6    investigation, they get video, they get

7    photographs, they -- they do diagrams, they get

8    black box event data recorders from the trains;

9    they do an entire complete investigation,

10   correct?

11         A      They do an investigation, yes.

12         Q      Okay.  And there's Transit people

13   doing the investigation, there's police doing

14   the investigation, there may be EMS personnel

15   involved as well, correct?

16         A      Yes.

17         Q      Okay.  And then because there's a

18   disruption in service, the stations further down

19   the line, so to speak, that are now no longer

20   getting service because of disruption, those

21   stations become more crowded, correct?

22         A      Correct.

23         Q      And then those stations can get

24   overcrowded on those platforms, correct?

25         A      They can depending upon what

282

1                          T. F. Prendergast
2      mitigating actions are taken.
3              Q      Okay.  By the way -- all right.
4      When you were at the Transit Authority, did you
5      assume or presume that crowding, overcrowding
6      caused 12-9s to occur or more 12-9s to occur?
7              A      Well, there's a distinction
8      between the word, "presume" and "assume."
9              Q      Yes.
10             A      So "presume" --
11             Q      You can use either.  You tell me.
12             A      -- "presume" was not part of my
13     vocabulary or practice.
14             Q      Okay.
15             A      "Assume" would be more grounded in
16     terms of based on experience.  So there is a
17     direct relationship between how crowded a
18     platform is and the likelihood of a person
19     either being inadvertently pushed or falling
20     accidentally off the platform, but there are
21     other hazards as well other than just falling
22     from the platform that you've got to be
23     concerned about.
24             Q      Okay.  So in terms of what you
25     just said about overcrowding resulting in more

283

1                    T. F. Prendergast

2    12-9s, was there ever a study done to see if

3    that's correct, if that's true?

4          A      I don't know.

5          Q      Okay.  Do you have any --

6          A      I don't recall.

7          Q      Do you have any data to support

8    that opinion?

9          A      I personally don't, but the

10   Transit Authority may.

11         Q      Okay.

12         A      But there's -- there's -- you can

13   review control or command center records where

14   you will see platform crowding resulting

15   conditions and other mitigating actions having

16   to occur.

17         Q      Okay.  So would it -- is that an

18   important fact if platforms are crowded that

19   that allegedly can cause 12-9s; is that an

20   important fact?

21                    MR. KEAVENEY:  Note my

22                    objection.

23         A      It's one of the important facts.

24         Q      Okay.  So that's a significant

25   fact as well, correct?

284

1                    T. F. Prendergast

2        A       It's one of the important facts.

3        Q       When you would make decisions

4    about design and operations, did you assume that

5    crowding would result in more 12-9s?

6                    MR. KEAVENEY:  Objection.

7        A       The issue of crowding on platforms

8    and the hazards it presents go beyond 12-9s,

9    they include 12-9s, but they go beyond 12-9s.

10       Q       I understand, but I'm only asking

11   about 12-9s, sir.

12       A       No, I'm answering the question.

13       Q       You're not actually, but okay.

14       A       It's one of the factors, I

15   answered that earlier, and then you said was it

16   a significant factor?  And I said, it's one of

17   the factors, so, you know --

18                    MR. GENIS:  That's not

19                    answering the question.

20       A       -- this is dragnet, that's my

21   story and I'm sticking with it, because that's

22   the logic that we applied, that's literally the

23   logic we applied.

24                    MR. GENIS:  And I

25                    understand, and, again, like I

285

1          T. F. Prendergast

2          said at the very beginning, it

3          just takes longer when you give

4          these nonresponsive

5          editorializations.

6               THE WITNESS:  Longer

7          doesn't bother me, 'cause we're

8          talking about safety and we're

9          talking about human lives on the

10         platform --

11              MR. GENIS:  Absolutely --

12              THE WITNESS:  -- and that's

13         a responsibility that I took very

14         seriously when I put my head on a

15         pillow every night, I'm serious.

16              MR. GENIS:  Okay.

17     Q    And because safety and lives are

18   so crucial, are so important, you want to make

19   sure that whatever decisions you make it's based

20   on accurate data, true?

21     A    As accurate as you can obtain,

22   yes.

23     Q    Okay.  Because you don't want to

24   just speculate when lives are at stake, correct?

25     A    That's correct.

286

1                        T. F. Prendergast

2          Q      One of the greatest dangers is

3    somebody getting hit or run over by a train and

4    either killing them or causing them to loose

5    limbs, true?

6          A      That's one of them, but there are

7    others -- there are other hazards in a station

8    as well.

9          Q      Okay.  And you talked earlier with

10   hazard assessment, death is considered

11   catastrophic, correct?

12         A      Absolutely.

13         Q      Is loss of one or more limbs also

14   considered catastrophic?

15         A      Yes, it's serious bodily harm,

16   yes.

17         Q      Is a brain injury considered

18   catastrophic?

19         A      Yes.

20               MR. KEAVENEY:  Note my

21               objection.

22         Q      So my client, this young lady,

23   lost two limbs, is that catastrophic?

24               MR. KEAVENEY:  Over

25               objection.

287

1                    T. F. Prendergast

2        A        As definitive as the System Safety

3    criteria are and MIL Standard 882A or actually

4    it's probably C now, um, there are gray areas.

5    I can tell you that for people that are safety

6    practitioners and responsible for safety in

7    agencies, they would consider that catastrophic.

8    Would everybody that practices System Safety

9    consider it catastrophic, I'm not sure, but I

10   can tell you that in the form of Carmen Bianco

11   and myself, who both came from a safety

12   background, we would consider that catastrophic.

13       Q        Okay.  Do we agree after each

14   catastrophic event such as this, the Transit

15   Authority should try to figure out how to reduce

16   it so it doesn't happen again, true?

17       A        They should apply the System

18   Safety Principles and Concepts; if it's

19   severity, how can you either eliminate the

20   hazard or reduce it to a negligible level from a

21   probability and likelihood of occurrence

22   happening.

23       Q        And then my question is:  Did that

24   ever happen?

25       A        Did what ever happen?

288

1                    T. F. Prendergast

2         Q        That you figured out how to

3    eliminate or reduce the likelihood of a 12-9

4    occurring after someone had a catastrophic

5    event?

6         A        Eliminate, no.  Reduce the

7    likelihood of occurrence, immediate set of

8    actions that could be taken in terms of

9    passenger awareness, trying to minimize

10   overcrowding on platforms, long-term design

11   solutions much more difficult and far reaching.

12   And --

13        Q        So let's --

14        A        -- and a recognition that the

15   installation of a Communication-Based Train

16   Control System would be one giant step toward

17   being able to do some of those, implement some

18   of those technological changes.

19        Q        Well, so if in 1987 there were 195

20   12-9 incidents and 62 fatalities; and in 2021,

21   there's 200 incidents and 68 fatalities, was the

22   Transit Authority successful in figuring out

23   after each and every one of these incidents how

24   to either eliminate or reduce it and prevent it

25   from happening again?

289

1                    T. F. Prendergast

2                         MR. KEAVENEY:  Objection.

3          A     I don't know how to define

4    "successful."  And when you can't separate out

5    suicides from those data -- that data, it's

6    almost impossible to answer.

7          Q     Okay.  Well, let me ask you this,

8    the Transit Authority, according to their

9    publications, has estimated that anywhere from

10   15 to high of 25 percent of the fatalities that

11   occur on these 12-9 incidents are suicides; do

12   you agree with that?

13         A     I'd have to see the data to say

14   whether I agreed with it or not.  I don't know.

15   I'd have to see the reports that backup the

16   data.

17         Q     Okay.  Does that sound about right

18   based on your experience now?

19         A     For the same reason I answered the

20   first question, I can't say whether it sounds

21   about right or not.

22         Q     Okay.  In Japan, do they have

23   platform screen doors that are called suicide

24   doors to prevent suicides from occurring on the

25   subways?

290

1                    T. F. Prendergast

2        A        I know some parts of the Japanese

3   system have platform screen doors.  I don't know

4   what they call them, what nomenclature they put

5   on them, I don't.

6        Q        Well, about Tokyo, are you aware

7   they put them in Tokyo just for that purpose?

8        A        No, I'm not aware if that was the

9   only reason they put them in, no.

10       Q        Okay.  Well, you understand --

11       A        You do know they also fine -- you

12  do know they also fine the family for somebody

13  that commits suicide, or at least they used to,

14  they would fine the family for that suicide

15  being committed.  So there is some parallels

16  that I don't -- I don't equate to with other

17  cultures, and it's their call, but no, I don't

18  know.

19                    MR. GENIS:  Okay.  Just

20                move again to strike the

21                nonresponsive portions.

22       Q        And by the way, do two wrongs make

23  a right?

24                    MR. KEAVENEY:  Objection.

25       A        I don't know how to answer that

291

1                    T. F. Prendergast

2    question 'cause there is no context given to it.

3         Q        Okay.

4         A        It's your definition of what two

5    wrongs are versus what I may say one's wrong and

6    one's right, so I don't know how to make that --

7    I mean, that's a trite phrase, I am not being

8    critical of you, that many people use and I've

9    even used it, and I shy away from it 'cause it

10   means so many things to so many people.

11        Q        Okay.  Well, you brought up

12   charging a family in Tokyo and you did that as a

13   comparison with the New York City Transit

14   Authority, true?

15        A        No.  What I was trying to say is

16   is that when you -- if you're looking at -- if a

17   person is looking at comparators, especially

18   when it comes to actions being taken that effect

19   the safety of a system where behavior is

20   related, the cultural differences matter a lot.

21   So that was the point I was trying to make.

22        Q        Okay.  I want to go back --

23        A        'Cause you asked the question

24   about did I know that they called them suicide

25   doors?  No, I don't, I didn't know that.

292

1                    T. F. Prendergast

2        Q       Okay.  All right.  I want to go

3    back to some of my original topics before again

4    we -- when you go off -- when you get

5    nonresponsive, we go down rabbit holes, so let's

6    get back to the topic.  We were you discussing

7    disruption of service and costs.

8                    Do you agree that when there is

9    disruption in service that there is also cost of

10   overtime to Transit employees?

11       A       There may be a cost of overtime,

12   there may not be, but you can assign a cost to a

13   disruption of service, you can assign a cost to

14   the agency in terms of operating to the

15   schedule, you can assign a cost in terms of

16   delay time to the customer, and they're both

17   used by different systems to different degrees.

18       Q       Okay.  And in fact, are you aware

19   that your own employees after 12-9s have gotten

20   sick from seeing what happened and have gotten

21   Post-Traumatic Stress Disorder and other

22   problems?

23       A       Have I seen it?  Yes.  Am I aware

24   of it?  Yes.  Have we made it part of the

25   Collective Bargaining Agreement where we're

293

                    T. F. Prendergast

1  enabling people to have time off if they

2  unfortunately are involved in an incident where

3  through some action that they -- they took,

4  whether it was their fault or not, a fatality

5  occurred?  Yes, I am aware of it.

6       Q      And some of these employees go out

7  on disability or leave, correct?

8       A      That's correct.

9       Q      And they need medical treatment as

10 well, correct?

11      A      Some do, yes.

12      Q      And that's a cost, all of this,

13 correct?

14      A      Absolutely.  You can reduce

15 anything to cost.

16      Q      And then speaking of reducing

17 things to cost, the customers were either killed

18 or maimed from these 12-9 incidents, they have

19 costs as well, correct?

20      A      Yes.

21      Q      So there's costs of medical care

22 to these people, correct?

23      A      There's costs in any one of a

24 number of categories, and I made that clear in

294

1                    T. F. Prendergast

2      the earlier answer to the question.

3           Q      Okay.  For example, whether it's

4      private insurance, Medicaid, Medicare, Social

5      Security/Disability, these are all costs to the

6      public when people are killed or maimed in 12-9

7      incidents, true?

8                    MR. KEAVENEY:  Objection.

9           A      I've been on record as saying that

10     there is a whole host of costs that are

11     associated with delays to service, that was

12     where the question emanated from.  So I've been

13     on record and I'll stay on that.

14          Q      Okay.  And did you ever --

15                   MR. GENIS:  Withdrawn.

16          Q      Did anyone from the Transit ever

17     analyze what all of the total costs are as a

18     result of 12-9s?  Not just disruption of

19     service, not just overtime, not just the

20     employees with PTSD, not just the medical care

21     for both the employees and the customers

22     injured, everything altogether.

23          A      I'm not aware of it.  It may have

24     occurred, but I'm not aware of it.

25          Q      Okay.  Well, did you factor in --

295

1                    T. F. Prendergast

2    -- well, let me ask you this.  As President of

3    the Transit Authority would you want to know

4    what the total costs are to the 12-9s on a

5    yearly basis?

6           A      Not necessarily, and the reason

7    I'm pausing is 'cause 10 years of my career was

8    spent in safety.  So when you do a System Safety

9    analysis of a particular hazard, at some point

10   in time in the process, in the decisionmaking

11   structure of an organization they have to factor

12   cost in, but you don't do it upfront, you don't

13   do it and unduly influence the analysis with

14   respect to the severity of the hazard, it's

15   likelihood of occurrence, it's done downstream.

16   So the only time it would have come in is that

17   if, okay, we have got to do something, and it's

18   gonna cost N to address a safety hazard, then

19   you're looking at it in terms of some other

20   safety implication or hazard and it's cost.  And

21   you can break that down like in a capital

22   improvement program across a pretty broad

23   spectrum because you would have to make sure

24   that your prioritizing all of your known

25   hazards, all of the expenditures of dollars to

296

                        T. F. Prendergast

1
2    mitigate those hazards by the hierarchy that you

3    talk about, and that's when it comes into play.

4    Because like if you have an elevated structure

5    that is reaching the end of its useful life, and

6    the likelihood of it falling down and causing a

7    catastrophic incident for a person or customers

8    or a number of persons, that's something that

9    has to be factored into the safety equation

10   about where you spend your dollars.  It's a very

11   broad and deep conversation.

12        Q     Okay.  And when looking at the

13   costs of safety devices to prevent or reduce

14   12-9s, whether it be platform screen doors, edge

15   doors, gates or some other devices, did anybody

16   from the Transit ever do an analysis of, okay,

17   here's what it would cost to get these safety

18   devices, but here's what we're now saving

19   because we're losing these other costs of 12-9s?

20        A     Um, I don't know.  I do recall

21   seeing people talk about how much the cost of an

22   installation of platform doors would be on a per

23   station basis, and it's somewhere between that

24   analysis being flawed or not fully comprehensive

25   is where a lot of people landed, because so many

297

1                        T. F. Prendergast

2      different platforms on 472 stations, the costs

3      aren't cookie cutter.  You know, if you have

4      four platforms, some platforms are gonna be more

5      than other platforms to basically do the fix on.

6      Um, all I recall is somebody saying average

7      cost, but those costs I don't think were, you

8      know, scrubbed, uh, exceptionally well.

9           Q     Okay.  So if I'm understanding you

10     correctly, first of all, no one from the Transit

11     has done a proper analysis and study of what the

12     costs would be to actually install platform

13     screen doors, edge doors, gates or other safety

14     devices to prevent or reduce 12-9s, correct?

15                      MR. KEAVENEY:  Objection.

16          A     First of all, you use --

17                      MR. KEAVENEY:  Objection.

18          A     First of all, you use the word,

19     "proper."  I'm not going to use the word,

20     "proper."  I have a problem with that 'cause

21     that's definition.

22          Q     Okay.

23          A     Second of all is whether any

24     analysis is done.  I have been on record as

25     saying I don't recall.

298

                        T. F. Prendergast

1

2      Q      Okay.

3      A      I recall bits and pieces, and

4  that's what's consistent with what I said

5  before --

6      Q      Okay.

7      A      -- 'cause that's my recollection.

8      Q      All right.  So that's one.

9             So that, to use your word,

10  "scrubbed," so that we don't know, as we sit

11  here today, if there was an analysis of costs of

12  the safety devices in terms of installation,

13  maintenance and operations, correct?

14     A      Right.

15     Q      Okay.  And --

16     A      And you -- you covered the full

17  cost 'cause it's the constructability cost.

18     Q      Mm-hmm.

19     A      It's the ongoing inspection and

20  maintenance and response when failures occur.

21     Q      Okay.

22     A      The full lifecycle cost.

23     Q      Okay.  And no one from the Transit

24  has ever looked at all of the costs attendant to

25  12-9s, correct?

299

1              T. F. Prendergast

2                   MR. KEAVENEY:  Objection.

3        A     I don't know.  I've said before I

4   don't know.  I don't -- I didn't have a command

5   of all the different elements and people doing

6   cost analysis across the full of Transit.

7        Q     Did you ever ask when you were

8   President anyone of Transit to do any of this

9   type of analysis?

10       A     I may have, but I don't recall.

11                  MR. GENIS:  So why don't we

12                  take -- I think we have been going

13                  for about another hour and

14                  probably people are ready for a

15                  bathroom break again, why don't we

16                  take another five or so minute

17                  break; is that okay?

18                  THE WITNESS:  Sure.

19                  MR. GENIS:  'Cause last

20                  time we started at 3:50 and it's

21                  now 4:47.

22                  THE WITNESS:  Sure.

23                  MR. GENIS:  Why don't we

24                  take a five-minute break now,

25                  okay?

300

```
1                    T. F. Prendergast
2                    THE WITNESS:  Sure.
3                    MR. GENIS:  You can turn
4              off the recording.
5                    THE COURT REPORTER:  The
6              recording is stopping at 4:47
7              p.m.)
8                    (The Deposition resumed at
9              4:54 p.m.)
10       Q      All right.  As the President of
11    the Transit Authority, did you want to know,
12    even if you say you don't remember, would you
13    want to know an analysis of the different costs?
14                   MR. KEAVENEY:  Objection.
15       Q      And, again, we're talking about
16    12-9s.
17       A      Not necessarily for the reasons I
18    stated before in terms of how I looked at safety
19    and the analysis of dealing with hazards that
20    were catastrophic.  So at some point in time
21    possibly, but not in that timeframe.
22                   MR. GENIS:  Okay.  Dave,
23              can you please put on the
24              screen -- I don't know if we
25              marked it.  I'm trying to get I
```

301

```
 1              T. F. Prendergast
 2              think it's Bates 13594.  I think
 3              we marked it for ID the other day.
 4              Okay.
 5                   (Screen sharing Bates
 6              13594.)
 7                   MR. GENIS:  There he goes,
 8              okay.  All right.
 9       Q      Do you see this document, sir?
10       A      Yup.
11       Q      Okay.  And this is a letter
12  written to you on January 9th, 2013, from the
13  President of the Transit Authority -- "Transport
14  Workers Union," correct?
15       A      That's what it says.
16       Q      "John Samuelsen."  And it says,
17  "Dear Mr. Prendergast:  The TA's effort to
18  reduce 12-9s by" --
19       A      I can't see the full script 'cause
20  -- you've got to reduce it a little bit 'cause
21  it's being blocked by the video images.
22                   MR. ROTH: (Complying.)
23                   THE WITNESS:  Okay.  That's
24              good.
25       Q      All right.  I'm going to go back.
```

302

1                    T. F. Prendergast

2                    "Dear Mr. Prendergast:  The TA's

3      effort to reduce 12-9s by posting signs

4      encouraging riders to stand back from the edge

5      of the platform has not had a measurable effect

6      on subway deaths."

7                    Did I read that accurately?

8          A        Yes.

9          Q        Do you agree or disagree with that

10     statement?

11         A        I don't know if I agree with it or

12     disagree because there was no standard by which,

13     you know, measurable effect.  If the

14     interpretation is we need to do more, yes.  Did

15     it have a measurable effect?  You can probably

16     argue that, so, you know, I'm not gonna...

17         Q        Okay.  Then it goes on to say,

18     "The two widely covered pushing incidents and

19     the New Year's Day suicide has focused intense

20     public scrutiny on an issue that has been an all

21     too common occurrence in our system."

22                    And it goes on to talk about "In

23     the interest of public safety and the well being

24     of your employees, we believe it is imperative

25     that the MTA take immediate steps to end this

```
 1                         T. F. Prendergast
 2     carnage."
 3                    Did I read that accurately?
 4          A      Yes.
 5          Q      And when it talks about "One fatal
 6     12-9 per week, two additional non-fatal 12-9s
 7     and the associated deleterious effects on train
 8     crews can no longer be accepted as the price of
 9     on-time service."
10                    Did I read that accurately?
11          A      Yes.
12          Q      Okay.  Next paragraph.
13                    "Following are a list of common
14     sense, cost effective proposals that will
15     quickly reduce the numbers of 12-9s and advance
16     the discussion on how to eradicate these
17     incidents from our system."
18                    Did I read that accurately?
19          A      Yes.
20          Q      "Effective immediately, encourage
21     Train Operators to operate with caution when
22     entering stations."
23                    Do you agree with that?
24          A      I don't agree -- do I agree that
25     that's what the statement states?
```

304

                    T. F. Prendergast

1

2          Q      Well, do you agree with what it

3     says?

4          A      No.

5          Q      Okay.  Next, Post speed

6     restrictions at the entrance of every station

7     reducing the allowable speed to 10 miles per

8     hour."

9                 Do you agree with that?

10         A      You started off this by reading

11    sentences to me and saying, do you agree that's

12    what it says?  And then now you're saying do I

13    agree with the sentiment of what the expression

14    is, okay?

15         Q      That's correct.

16         A      Which is it you're doing.

17         Q      So do you agree with it, is what I

18    am asking?

19         A      Which is it you're doing?

20         Q      A nice simple question.

21         A      So in terms of the first bullet,

22    "Effective immediately, encourage Train

23    Operators to operate with caution when entering

24    stations."  Yes, I agree with that statement.

25         Q      Okay.

305

                    T. F. Prendergast

1

2        A      With respect to the second one,

3   no, and it wasn't just me, it was the senior

4   management at New York City Transit, no.

5        Q      Okay.  So to get a direct answer

6   to a nice simple direct question is, you

7   disagree with the second bullet point of "Post

8   speed restrictions at the entrance of every

9   station reducing the allowable speed to 10 miles

10  per hour," correct?

11              (5:00 p.m.)

12       A      (No verbal response.)

13       Q      You disagree with that statement;

14  yes, no?

15       A      (No verbal response.)

16       Q      That's all I want, a simple yes,

17  no to a yes, no question.

18       A      I can't answer a simple yes, no.

19       Q      Oh, okay.

20              Next bullet point.  "Place a

21  customer activated safety warning light at the

22  entrance to stations to be used if someone falls

23  onto the tracks?"

24              Do you agree with that?

25       A      For the same reason I've answered

306

1                    T. F. Prendergast
2    other questions it's gonna apply here.
3          Q      So yes, you agree or no, you do
4    not?
5          A      I can't answer the question yes or
6    no.
7          Q      Okay.  That's all you have to do.
8                 Third.  Oh, I'm sorry, fourth.
9    "Place power cut off switches in all Station
10   Booths."
11                Do you agree with that?
12         A      The same answer to the prior
13   question applies to this question.
14         Q      So you can't answer it?
15         A      That's correct.
16         Q      Okay.  That's all you have to say.
17                Next.
18         A      'Cause without a contextual
19   explanation of the relationship and how a
20   dialogue occurs between the Transport Workers
21   Union Local 100 and New York City Transit
22   management, it's fruitless to have a discussion
23   in terms of the questions you're asking and you
24   want a yes or no answer to.
25                    MR. GENIS:  Okay.  Just

307

                         T. F. Prendergast

1                        move to strike that nonresponsive

2                        statement.

3                              (Screen sharing ended.)

4         Q     So why do you disagree with the

5    statement that -- I'm sorry, no, no, then you

6    agreed with it.  Never mind.

7                        You said other people at senior

8    management disagreed with what Mr. Samuelsen

9    wrote.  Who?

10                             (5:02 p.m. Mr. Roth lost

11                       Zoom internet connection.)

12                             MR. KEAVENEY:  Note my

13                       objection.  What portion?

14                             MR. GENIS:  Well, I think

15                       it was when I was on the second

16                       bullet point is when he

17                       gratuitously volunteered that

18                       information.

19                             (5:02 p.m. Mr. Roth

20                       rejoined Zoom videoconference.)

21        A     You're trying to go around the

22   question you asked me.

23        Q     I am not trying to do a thing.  I

24   am asking you a nice simple question.  Who?

308

1                    T. F. Prendergast

2        A      And I gave you a response and I'll

3    stick with that response, without a contextual

4    understanding of the nature of the relationship

5    between the TW100 and New York City Transit

6    executive management, I can't answer questions

7    the way you're asking them.  I'm sorry.

8                         MR. GENIS:  Move to strike

9                    as not responsive.

10       Q      My question is really --

11       A      That's fine.  So keep asking the

12   questions and you will keep getting the

13   response.

14       Q      Sir.

15       A      That's fine.

16       Q      It was really simple.  You told

17   me --

18       A      It's not simple, sir.  It's not

19   simple.

20                         MR. GENIS:  You have to let

21                    me finish the question, sir.

22                         THE WITNESS:  And you have

23                    to let me finish my response, too.

24                    It's a two-way street, and I've

25                    played all along through this

309

1                    T. F. Prendergast

2                    interview with that in mind and I

3                    will continue to do so, but it is

4                    a two-way street, Robert.

5                         MR. GENIS:  Sir, I'm asking

6                    a nice simple question, all I want

7                    is a nice simple answer that is

8                    responsive without editorializing.

9                         Let me back up.

10        Q     Are you here to help the Transit

11   today?

12        A     I'm here to answer questions

13   because I've been Subpoenaed to appear at a

14   deposition.

15        Q     Okay.  But are you here to help

16   the Transit is my question?

17        A     I gave my answer to the question.

18        Q     Okay.  Do you get a pension from

19   the Transit Authority?

20        A     Yes, I get a pension from the MTA.

21        Q     Okay.  Now, the original question

22   that I'm still trying to get an answer to is

23   when you said you disagreed with the statement

24   how "Post speed restrictions at the entrance of

25   every station reducing the allowable speed to 10

310

1                       T. F. Prendergast

2       miles per hour," you said something about

3       management at the Transit agreed with you.

4                       My question is, who?  Who at

5       management at the Transit Authority agreed with

6       you that there should not be post speed

7       restrictions at the entrance of every station

8       reducing the allowable speed to 10 miles per

9       hour?

10          A       I don't recall all the people who

11      agreed with me.

12          Q       Okay.  See, that was easy.

13                      Let's go to the next thing.

14                      Was there ever a study --

15                          MR. GENIS:  Withdrawn.

16          Q       You told us earlier how the

17      Transit keeps data of all the 12-9s and track

18      intrusions and does an investigation when there

19      is a death or serious injury, takes pictures,

20      markers, black box videos and witnesses.  You

21      told us all that.

22          A       No, no, you said that, sir.  I

23      didn't say that.

24          Q       And you agreed, correct?

25          A       You said that.

311

1                    T. F. Prendergast

2                    MR. KEAVENEY:  Objection.

3       A       No, I didn't agree.

4       Q       Oh, okay.

5       A       You said that.

6       Q       So let me ask a brand new

7    question.

8       A       And then I answered that with

9    respect to data, the control or command center

10   has information on every incident and that would

11   be another potential source.  That's what I

12   said.

13      Q       Okay.  So I'd like you to assume

14   that there has been test -- do you know who Mike

15   Sullivan is?

16      A       Mike?

17      Q       Sullivan.

18      A       No, I don't, I really don't.

19      Q       All right.  If there's been

20   testimony that the Transit does an investigation

21   for every 12-9 with death or serious injury, and

22   they take pictures, they note the markers for

23   the location, if there is black box event data

24   recorded from the train, they download it, if

25   there are videos, they obtain it, if there are

312

1              T. F. Prendergast

2    witnesses, they question them.

3              Would you agree or disagree with

4    that statement?

5                   MR. KEAVENEY:  Just note my

6                   objection.

7         A     I'm assuming you got that

8    information from Mike Sullivan, I said I didn't

9    know Mike and I don't, I can't put a face with

10   the name.  If he's in a position at New York

11   City Transit that he assumed after I left, I

12   wouldn't know, so I can't opine.  I can't answer

13   the question.

14        Q     Okay.  Well, has the Transit

15   Authority ever done a study to see or survey,

16   anything, which, if any, stations had the

17   greatest number of 12-9s?

18        A     I don't know.

19        Q     Was there ever a study done to see

20   what time of day or night did 12-9s occur at?

21        A     I don't know.  And it wouldn't

22   necessarily have come up to my level.  I don't

23   know.

24        Q     Was there ever a study at the

25   Transit to see what day or days of the week

313

                              T. F. Prendergast

1

2    12-9s occur in?

3            A      I don't know.

4            Q      Was there ever a study to see what

5    parts of a station 12-9s occur in; in other

6    words, the beginning, the middle or the end?

7            A      I don't know.

8            Q      Was there ever a study to see how

9    empty or crowded the platform was for each 12-9

10   incident?

11           A      I don't know of any studies that

12   you're talking about, so I don't know.

13           Q      Has there ever been a study to see

14   if there is any kind of correlation between the

15   number of people on the platform and the number

16   of 12-9 incidents?

17           A      You asked about crowding so it

18   would be the same answer about that with respect

19   to the number of people.  So you're asking a

20   number of questions that all get tied back to a

21   study.  I've answered that I don't know of a

22   study at that level.  It may have occurred, it

23   may not have occurred.  I don't know.  I don't

24   have recollection of it.  And I have been away

25   from New York City Transit since 2013.

314

1                          T. F. Prendergast

2          Q        Okay.  Now, the FTA mandates

3    investigations where there are serious injuries,

4    correct, or death?

5          A        I believe so.

6          Q        Okay.  And you agree that there

7    should be a proper analysis of 12-9s to see when

8    they occur, where they occur, things of that

9    nature, correct?

10                        MR. KEAVENEY:  Objection.

11         A        I believe that the capture of data

12   related to 12-9s at the New York City Transit

13   Authority is important and should be done.

14         Q        And you'd want to know as the

15   President what that information is to help you

16   make proper decisions, correct?

17         A        I'm not sure when you use the

18   words I would "want to know" what the definition

19   of "want to know" is.

20         Q        Okay.

21         A        And I am not trying to play games.

22   I don't -- there's a lot of things that occur in

23   New York City Transit.

24         Q        Okay.  Well, you get advice from

25   people when you're the President that are below

315

1                        T. F. Prendergast

2      you, correct?  You delegate authority?

3              A       Yes.

4              Q       Okay.  And you would expect that

5      the people who are advising you and that you're

6      relying upon to make decisions would have all of

7      the necessary information, true?

8              A       To the extent they could, yes.

9              Q       Okay.  And you would expect if

10     your underlings would give you advice with

11     respect to 12-9s, they would have all of the

12     pertinent data about 12-9s, correct?

13             A       Well, I never call my employees

14     "underlings," number one.

15             Q       Okay.

16             A       Number two -- I want to be on

17     record as that.  Number two, with respect to

18     their assigned duties and responsibilities for

19     the functions they serve in, they need to have

20     the full set of knowledge to provide to others

21     to make informed decisions.  That's the best way

22     for me to answer that question.

23             Q       Okay.  If one of the things the

24     Transit wants to do is reduce or eliminate 12-9s

25     from occurring, the Transit would want to know

316

1                    T. F. Prendergast

2      as much information about 12-9s as possible,

3      true?

4           A      As much as it could ascertain,

5      yes.

6           Q      I mean, for example, if 125th

7      Street had the greatest number of 12-9s, but

8      another station had no 12-9s, well, if you're

9      trying to decide how to allocate resources or

10     what measures to take, you might want to take

11     more measures or allocate more resources to

12     125th Street to prevent 12-9s, correct?

13          A      In terms of the prioritization of

14     what the corrective action would be, yes.

15          Q      Okay.  Similarly, in trying to

16     decide what the corrective action should be,

17     you'd want to know what are the relevant

18     factors, where do these occur, when did these

19     occur, are there any patterns, things of that

20     nature, correct?

21          A      That's a general way you attack a

22     problem, yes.  That applies to any problem that

23     you have, you know, on a system.

24          Q      All right.  And are you aware that

25     there have, in fact, been studies performed on

317

1                    T. F. Prendergast

2   behalf of the Transit Authority indicating that

3   there is no correlation between the number of

4   people or crowding and 12-9s from occurring?

5        A     I said I wasn't aware of almost

6   all the studies you listed.  So I'm gonna give

7   you the same answer here, I'm not aware of it.

8        Q     Well, if crowding is somehow

9   related to 12-9s, when there is a 12-9 because

10  of the cascading delays and crowding in other

11  stations upstream, so to speak, or downstream,

12  did you ever see that there was more 12-9s

13  occurring because of that?

14       A     You're asking the same question a

15  little different way and I'm going to give you

16  the same response.  The level of granularity

17  you're asking to what degree studies were done

18  with respect to 12-9s, I do not know.  Were

19  quite a few studies done?  It's possible, but I

20  do not know.

21       Q     Well, did any stations with a

22  greater number of 12-9s do anything different to

23  prevent or reduce them from occurring at those

24  stations?

25       A     I don't know, but I wouldn't be

318

1                        T. F. Prendergast

2       the person to ask.

3              Q      Well, should that have been done?

4       Should you have tried to find out if there are

5       any --

6              A      Who's the "you" in that context?

7              Q      Let me back up.

8                     The President of New York City

9       Transit Authority, should that President have

10      the knowledge about 12-9s to help make decisions

11      about how to prevent or reduce 12-9s from

12      occurring?

13             A      Not necessarily.

14             Q      Okay.  Well --

15             A      The breadth and depth of the New

16      York City Transit organization and its structure

17      delegates quite a bit of authority and

18      responsibility to the heads of the different

19      units --

20             Q      Okay.

21             A      -- you know, in the organization.

22             Q      Got it.

23             A      And it's very often that actions

24      are being taken to address problems at that

25      level that the higher levels of the organization

319

1                         T. F. Prendergast

2      are not aware of.

3          Q       Okay.  So those people that you

4      just referred to, they should have this

5      knowledge, correct?

6          A       The right people should have that

7      knowledge, yes.

8          Q       Okay.

9          A       The Chief Transportation Officer,

10     Chief Station Officer, when talking about the

11     application of resources at a station with

12     respect to train operation, yes.

13         Q       Now, we were talking before about

14     costs.

15                 Did the cost of litigation or

16     lawsuits when people get killed or maimed from

17     these 12-9 incidents effect any part of the

18     decisionmaking process here?

19                         MR. KEAVENEY:  Objection.

20         A       I've answered before, we never got

21     to cost, it was way downstream.  Litigation

22     costs are a subset of total costs, so the answer

23     is no.

24                         MR. GENIS:  Okay.  Dave,

25                 can you please put up Bates

320

                    T. F. Prendergast

1                   543355?

2                       (Screen sharing Bates

3                   543355.)

4        Q        We're putting on the screen some

5    emails that were forwarded to you from Carmen

6    Bianco.  The top one, where it was forwarded to

7    you, is on April 9th of 2012.  And the subject

8    is "Lawsuit Costs associated with People Falling

9    on the Tracks."

10                      Do you see that?

11       A        Yes.

12       Q        Do you see how Carmen Bianco

13   writing to you saying, "Is there anything I can

14   do to help you control this?  We have a mess

15   brewing here.  I wasn't aware that they reached

16   out to Marty too."

17                      Did I read that correctly?

18       A        Yup.

19       Q        And the one before that was an

20   email from Martin Schnabel and it was to you and

21   to Carmen Bianco on that same subject of

22   "Lawsuit Costs associated with People Falling on

23   the Tracks," correct?

24       A        That's what the title -- that's

321

                         T. F. Prendergast

1    what the subject of the email is, yes.

2         Q      Okay.  Then we are going to go to

3    the bottom of the page where we have that email

4    from Martin Schnabel to Malinda Foy.

5                Do you see that?

6         A      Yeah.

7         Q      And if we look even further to see

8    what this is all about.  If we go to the bottom.

9                     MR. GENIS:  Dave, can you

10                    go to what would be the first

11                    email on the bottom of it?  The

12                    one I can fairly see what it's

13                    about.

14                    MR. ROTH:  (Complying.)

15        Q      It's an email from Malinda Foy to

16   Martin Schnabel, on April 4th, 2012, and the

17   subject is "Lawsuit Costs associated with People

18   Falling on the Tracks.  Importance, high."

19               And then the email reads, "Hi

20   Marty, I am writing to you at the suggestion of

21   Phyllis Rachmuth," R-A-C-H-M-U-T-H.  "I need to

22   find the annual cost of lawsuits associated with

23   people falling on the subway tracks.  This is a

24   request from my boss, COO Nuria Fernandez, and

25

322

1                    T. F. Prendergast

2      it is part of an overview of the costs and

3      benefits of platform edge doors.

4                    Please let me know if you will be

5      able to help me.  I would like to be able to get

6      this information to Nuria today.

7                    Thanks, Malinda."

8                    Did I read that accurately?

9          A      Yes.

10         Q      Okay.  So does this refresh your

11     memory if with respect to platform edge doors

12     that people were looking at the costs of

13     lawsuits?

14         A      Does it refresh my memory?

15         Q      Yes, sir.

16         A      Yes, to the extent that Nuria

17     Fernandez as under the title of Chief Operating

18     Officer is asking for costs, yes, but that's a

19     separate entity from New York City Transit.  We

20     are under the umbrella of the MTA, but they may

21     have been asking for it, and in the context of

22     all the questions you were asking me prior to

23     this point, I was speaking from my role as

24     President within my organization.

25                    I would also like to have the

323

1                      T. F. Prendergast

2    ability to read through from the bottom of this

3    email all the way to up to the top before I

4    answer any other questions.

5          Q     Sure, of course.  Feel free.

6                And by the way, when I was

7    questioning you, I was also asking you as head

8    of the MTA.  So if you wish to change any of the

9    answers you have given so far today now that you

10   understand we were not only talking to you as

11   President of the Transit Authority but also head

12   of the MTA.

13         A     It still applies as to the head of

14   the MTA, but I remember -- scroll down, I want

15   to -- well, yeah, let me read the next email up

16   first.

17         Q     Go right ahead.  Sure.

18         A     But I didn't assume the role as

19   even acting Chairman until January of 2013.

20                      THE WITNESS:  Could you --

21                      could I see the to/from at the

22                      top?

23                      MR. GENIS:  Dave, if you

24                      could scroll, please.

25                      MR. ROTH:  (Complying.)

324

1                  T. F. Prendergast

2              THE WITNESS:  Thank you.

3              MR. ROTH:  It's hard to

4          present the email chain, so just

5          tell me how to go it and I'll --

6              THE WITNESS:  No, you're

7          doing fine, this is good, and I'll

8          read it from the bottom up.

9          You're enabling me to do that.

10         This is fine.

11             Okay, can you scroll up to

12         the next one?

13             MR. ROTH:  (Complying.)

14             THE WITNESS:  By the way,

15         would anybody happen to know who

16         Malinda Foy is and where she

17         resides?  I think she's an

18         assistant to -- uh, she was an

19         assistant to Nuria Fernandez.

20             MR. GENIS:  According to

21         the emails it says, Strategic

22         Program Manager, MTA office of the

23         COO.

24             MR. ROTH:  (Highlighting.)

25             THE WITNESS:  Okay.  Now I

325

```
 1                    T. F. Prendergast

 2                    remember her.  Okay.

 3          Q         Okay.  So you've read all those?

 4          A         Yup.

 5          Q         Okay.  First of all, do you recall

 6     this?

 7          A         Not offhand, but clearly, you

 8     know, Carmen's bringing to my attention, so is

 9     Marty, that somebody from the MTA was asking

10     questions, um, and they were related to an

11     inquiry that Nuria's assistant was making on

12     behalf of Nuria.  So that much I recall.

13          Q         So does it seem that they're

14     trying to compare what they're spending for

15     litigation and settlements compared to what it

16     would cost to actually put in platform edge

17     doors to prevent these 12-9s from occurring?

18          A         You'd have to go to Nuria

19     Fernandez to ask that question.

20          Q         Okay.

21          A         'Cause Nuria Fernandez is the

22     Chief Operating Officer, and this is no

23     reflection on Nuria, I have the highest respect

24     for Nuria, most people think that the Chief

25     Operating Officer -- at this time, a lot of
```

326

1                      T. F. Prendergast

2    people were under the misunderstanding that the

3    agency had to report it up to the Chairman

4    through the Chief Operating Officer, that was

5    not the case.  So, um, there was no direct line

6    chain of command between the Chief Operating

7    Officer of the MTA and any of the agency heads,

8    including me, but with respect to what role she

9    served for then Chairman, Joe Loda, and what she

10   was doing, you would have to ask her.

11                      MR. GENIS:  I didn't ask

12                 any part of that, so I am just

13                 going to move to strike as

14                 nonresponsive.

15                      We have used up quite a bit

16                 of time today with lengthy

17                 nonresponsive answers, and I

18                 really would appreciate it if we

19                 just got responsive answers to the

20                 questions.

21                      THE WITNESS:  Sir, my

22                 reputation and my credibility is

23                 on the line, and I want to make

24                 sure I'm stating for the record.

25                 If it's strucken from the record,

327

1                T. F. Prendergast

2           that's fine, but I have a right to

3           say what I'm stating.  And I've

4           been very judicious as to when I

5           do it, and when you want to

6           piecemeal put things up and take

7           them out of context, I will take

8           exception to it.  If you have a

9           different opinion I have, I'll

10          accept that.  But taking things

11          out of context, that's where I

12          draw the line.

13                MR. GENIS:  Sir, I'm not

14          here to argue with you --

15                THE WITNESS:  Well, let's

16          move on.

17                MR. GENIS:  -- but I

18          am noting that you are --

19                THE WITNESS:  So let's move

20          on.

21                MR. GENIS:  -- repeatedly

22          being nonresponsive to questions

23          and that is taking time, and

24          because of that I'm going to wind

25          up asking the Court for additional

328

1                    T. F. Prendergast

2                    time because of the time wasted on

3                    nonresponsive answers.  So --

4                         THE WITNESS:  We'll let the

5                    Court decide whether there's more

6                    time.

7          Q     So, sir, when you see Carmen is

8     saying collected this information is a mess,

9     what did that mean?

10         A     You'd have to ask Carmen.  I'm not

11    gonna comment for what he -- he says, "we have a

12    mess brewing here."  So what does he mean by

13    that?

14         Q     That's what I'm asking you.

15         A     Ask him.

16         Q     Okay.

17         A     And there's no space between me

18    and Carmen, he could mean any one of a number of

19    things.

20                    But one of the reasons I brought

21    up what you said was out of context --

22                    MR. GENIS:  Sir.  Sir,

23                    again --

24         A     -- was the issue related to --

25                    MR. GENIS:  -- I asked you

329

1           T. F. Prendergast

2           a nice, simple question.

3                 THE WITNESS:  No, no, sir.

4           Robert.  Robert.

5                 MR. GENIS:  I'm not

6           interested in your speeches, I

7           really am not.

8                 THE WITNESS:  Robert.

9           Robert, you asked me a question.

10                MR. GENIS:  A simple

11          question that you answered --

12                THE WITNESS:  No.

13                MR. GENIS:  -- and then you

14          went on and on and on again --

15                THE WITNESS:  No.  You --

16                MR. GENIS:  -- as you've

17          been doing all day.

18                THE WITNESS:  You asked --

19                MR. GENIS:  With no

20          disrespect intended, sir.  You're

21          just going on and on and on

22          without answering my question or

23          after you answer it, just

24          continuing.  All I need is an

25          answer to the question.  I,

330

1            T. F. Prendergast

2            frankly, don't care what the

3            answer is as long as it is

4            responsive to the question.

5            Beyond that, it's just wasting

6            time.

7       Q      So my next question is, did anyone

8   at the Transit Authority or MTA conclude that if

9   platform screen doors or other safety devices

10  were utilized at some places, but not all, that

11  that would be an admission of liability for

12  these lawsuits?

13      A      Repeat the question.

14            MR. GENIS:  Sure.

15            Let's read it back and

16            let's see if it's English.

17            (Whereupon, the

18            above-requested portion was read

19            back by the reporter.)

20      A      I thought that's what it was.  The

21  answer is absolutely not.

22            MR. GENIS:  Dave, can you

23            please put up Bates 555496?

24            (Screen sharing Bates

25            555496.)

331

1                    T. F. Prendergast

2          Q        And before he does that, the

3    reason you were absolutely not is that would be

4    very inappropriate and improper to do so, true?

5          A        (No verbal response.)

6          Q        True?

7          A        I'll let someone else make a

8    determination.  That's not in my DNA.

9          Q        Well, that's what I'm asking you,

10   sir.  You were very adamant that that was

11   absolutely not.

12                   So what I'm trying to find out is

13   the reason it was absolutely not is because it

14   would be absolutely improper to do such an

15   analysis?

16         A        (No verbal response.)

17         Q        Sir, can you answer my question?

18         A        I can't answer the question the

19   way you raised it.

20         Q        Okay.  Who is David Greenberger?

21         A        I don't recall.

22         Q        Well, on the email, and I'm

23   looking at Bates 555496, it indicates he is an

24   "Associate Staff Analyst, Rail Service Planning,

25   Division of Operations Planning, MTA New York

332

```
 1                    T. F. Prendergast
 2     City Transit, 2 Broadway, Room A17.22, New York,
 3     New York."
 4                    Does that refresh your memory,
 5     sir?
 6          A      Still no.
 7          Q      Okay.  Do you see his email to
 8     Glenn Lunden on February 1, 2011 on the subject,
 9     "Platform Screen Doors"?
10          A      I see it.
11          Q      And do you see where it says, "Uh
12     oh.  London was very careful" -- very careful in
13     italics -- "to avoid linking platform screen
14     doors, (on the Jubilee line extension) to
15     safety, so as to avoid being later forced to
16     install them everywhere."
17                    Next paragraph.  "Did we just fall
18     into a trap?  If we installed PSD's, based in
19     part on safety, at some" -- some being italics
20     -- "stations, will that be taken as an admission
21     that they are required" -- required in italics
22     -- "for safety and, therefore, need to be
23     installed everywhere?"  In italics.
24                    Did I read that accurately?
25          A      Yes.
```

333

1                    T. F. Prendergast

2          Q     Do you agree with that statement?

3    I just read that statement.

4          A     Which part of it?

5          Q     Okay.  That if -- well, did anyone

6    at the Transit ever say that if PSD's, platform

7    screen doors, are installed anywhere at some

8    stations, that if they don't put them everywhere

9    that they're gonna be liable and they have to be

10   installed everywhere?

11         A     I don't know if someone made that

12   statement when I wasn't around, number one.  If

13   they -- I don't recall this individual or that

14   statement, but I don't -- I don't agree with

15   that statement.  I don't know if the comment

16   about the Jubilee line is factually correct.

17   That's hearsay.

18         Q     Who is Glenn Lundeen and what was

19   his role?

20         A     He had a variety of different

21   roles.  And I think it's Lunden, I don't think

22   it's Lundeen.  It may be Lundeen, but I think

23   it's Lunden.  But I don't -- he had a variety of

24   different roles.  I knew him when he was in

25   Operations Planning, but that's as much as I

334

1                     T. F. Prendergast

2    know.  But both of these individuals are -- when

3    I say they're fairly down in the organizational

4    structure, they are not policy setting

5    decisionmakers.

6                     (Screen sharing ended.)

7         Q     So now let's talk about the

8    different means that you're aware of to either

9    prevent or reduce 12-9s from occurring 'cause

10   you've told us you've studied the topic.

11                  What were the different means of

12   internationally that were known to you when you

13   were President at the Transit Authority to try

14   to prevent or reduce 12-9s from occurring?

15        A     I can't recall in an exhaustive

16   way what all the different means were.  Platform

17   screen doors, uh, was one.  Uh, improved

18   technology methods to detect the presence of

19   something other than an acceptable object on the

20   trackway.  Um, certain elements of higher

21   technology signal systems that tied to those

22   means of detection, uh, that's what's top of

23   mind for me in terms of what was out there.

24                  But -- but and then there was the

25   distinction that I made before in terms of new

335

1                        T. F. Prendergast

2    build, new construction versus what they call

3    legacy systems like London and Paris.

4          Q       So for example, there's platform

5    screen doors, and they can be of varying heights

6    and types, correct?

7          A       Yes.

8          Q       And there is platform edge doors.

9                  Do you view that as synonymous

10   with platform screen doors?

11         A       Yeah, because almost all of the

12   application is at the platform edge, yeah.

13         Q       And then there is also platform

14   gates, platform edge gates?

15         A       Yes, they're just -- yeah, they're

16   gates, they're not a full barrier.

17         Q       Okay.  And with respect to the

18   full barrier, the platform screen doors, there's

19   benefits in addition to safety and preventing

20   12-9s, true?

21         A       State the question.  State the

22   comment.

23                        MR. GENIS:  Let me

24                 rephrase.  Bad question.  I'll

25                 rephrase it.

336

1                    T. F. Prendergast

2         Q       First of all, when you've

3    reviewed --

4                    MR. GENIS:  Withdrawn.

5         Q       Are you familiar with COMET?

6         A       COMET.  Yeah, COMET.  Some people

7    refer to them as -- it's an organization of

8    different transit agencies on a global basis

9    that share information and benchmark

10   information.  Yes, I am familiar with COMET.

11        Q       And you're familiar with some of

12   their publications and studies?

13        A       Some.

14        Q       Okay.  And you're familiar with

15   other publications and the literature in this

16   field, correct?

17        A       Some, yes.

18        Q       Okay.  And so first of all, can we

19   agree according to the literature, according to

20   COMET and best practices, the most effective

21   means of preventing or reducing 12-9s from

22   occurring are platform screen doors, true?

23        A       Once again, with the distinction

24   between what is a legacy system versus a new

25   system, yes, but there is that distinction.

337

1                    T. F. Prendergast

2         Q        And there have been some retrofits

3    for older systems for platform screen doors,

4    true?

5         A        Some.

6         Q        Are you aware of any city that has

7    installed platform screen doors that said they

8    are not effective, we're taking them out?

9         A        I don't know anybody that put them

10   in and took them out.  I think there have been a

11   couple systems that didn't go to a system-wide

12   expansion.

13        Q        Okay.

14        A        The London Underground is one.

15        Q        Okay.  So in terms of just

16   effectiveness at preventing or reducing 12-9s

17   from occurring, can we agree of all of the

18   different types of devices out there and

19   technologies that the platform screen doors are

20   the most effective?

21        A        The reason I am pausing is that

22   the caveat is as long as they don't introduce

23   other hazards.  So -- so it's -- when you say

24   they're the most effective, you have to check

25   off the first box which is you're not creating

338

1                    T. F. Prendergast

2    any other hazards.

3         Q        But the question gets to all I am

4    asking about is solely preventing the 12-9s from

5    occurring.  Okay?  Just on that one issue.  I

6    understand that there's pros and cons to all

7    kinds of different devices.

8                   My question is:  On that one issue

9    are platform screen doors the most effective at

10   preventing or reducing 12-9s from occurring?

11        A        No, I wouldn't say that.

12        Q        Okay.  What device --

13        A        12-9 is struck by train.  You get

14   struck by a train on the platform, uh, without

15   falling to the tracks.

16        Q        But a platform screen door

17   prevents contact between the customer and the

18   train, true?

19        A        But it induces -- it introduces

20   another hazard, which is --

21        Q        That's not what I'm asking.

22        A        -- stuck on the other side of the

23   platform door.

24        Q        That's not what I'm asking.

25        A        Stuck on the other side of the

339

1                    T. F. Prendergast

2    platform screen door, the track side of the

3    platform screen door.

4                    MR. GENIS:  Again, move to

5                    strike as not responsive.  That's

6                    not my question.

7        Q      All I'm asking you is, do we

8    agree, yes or no, that platform screen doors can

9    prevent contact between a customer and the

10   train?

11       A      No, I don't fully agree with that.

12       Q      Okay.  What device is more

13   effective than a platform screen door at

14   preventing contact between a customer and the

15   train?

16       A      I don't necessarily know if there

17   is one that's more effective because if there

18   was one it would have been implemented.

19       Q      Okay.  And the platform screen

20   doors additional benefits; in other words, in

21   addition to preventing or reducing 12-9s from

22   occurring, is it can have an energy savings,

23   true?

24                    MR. KEAVENEY:  Objection.

25       A      Possibly, but you'd have to do an

340

1                     T. F. Prendergast

2    analysis to verify that.

3            Q      Okay.  And in addition to that, it

4    can prevent or reduce the amount of debris

5    thrown on the tracks and prevent track fires or

6    reduce track fires, true?

7            A      It could reduce the amount of

8    debris thrown onto the track if it was a full

9    platform screen door, platform to ceiling.

10           Q      Yes.  Okay.  Easier to have

11   air-conditioning on the platform if there's

12   platform screen doors, correct?

13           A      Possibly, but it could create

14   other hazards with respect to smoke removal.

15           Q      Okay.  Platform screen doors can

16   also make the environment quieter and not as

17   noisy, true?

18           A      It could.

19           Q      Now, you sent people to Korea to

20   look at platform screen doors in Seoul, correct?

21           A      I believe, yes.  I am reasonably

22   certain -- I am reasonably certain Transit did,

23   it may have even occurred when I was President,

24   but yes.

25           Q      And these people came back from

341

1                      T. F. Prendergast

2   Korea and said that it was a good idea and

3   reduced the number of 12-9s to almost zero,

4   correct?

5          A      I don't recall exactly what they

6   said, but they may have said that.

7          Q      Okay.  And these are people that

8   you relied on, that's why they were sent to

9   Korea, true?

10         A      Yes.

11         Q      And if teams went out abroad, not

12  just Korea but other parts of the world, to look

13  at the platform screen doors and saw that

14  throughout the world the platform screen doors

15  had reduced 12-9s to virtually zero, almost no

16  injuries, is that something that you should

17  consider?

18         A      In that application on that

19  system, yes, but its transferability to the New

20  York City Transit Authority is a separate issue.

21         Q      Okay.  And if COMET says that the

22  platform screen doors are recommended to prevent

23  12-9s and that's a benchmark, you should

24  consider that as well, true?

25                      MR. KEAVENEY:  Objection.

342

1                         T. F. Prendergast

2         A        Benchmark certainly for new

3    standards, new construction for a new system,

4    not necessarily a benchmark for a retrofit.

5         Q        Okay.  Why are you assuming that

6    it can't be transferred; in other words,

7    platform screen doors cannot be transferred to

8    existing systems when there have been retrofits?

9         A        It depends on when the existing

10   system was built and what standard it was built

11   to.

12        Q        So in other words, you need to

13   know facts, one cannot just assume that the

14   platform screen doors cannot work here in New

15   York City, correct?

16        A        Correct.

17        Q        Okay.  And that's one of the

18   reasons that people do pilot projects is to

19   test, let's say, a platform screen door here to

20   see if it will work here, correct?

21        A        Yes.

22        Q        Okay.  And that would be a really

23   important pilot project test, correct?

24        A        Just about anything in the New

25   York City Transit system that you're testing,

343

1                    T. F. Prendergast
2     especially new standards, a pilot test is
3     essential.
4           Q      Okay.  And when you're wanting to
5     do a pilot test that can save many, many lives
6     and prevent people from being maimed and loss of
7     limb, that's an important serious matter,
8     correct?
9           A      Yes.
10          Q      And that's why over the years the
11    Transit Authority has directed that pilot
12    projects be done to the platform screen doors,
13    true?
14          A      That's why I don't know to what
15    extent all the pilots were done for platform
16    screen doors, per se.
17          Q      Okay.  Well, let's take it
18    step-by-step.
19                 First, do we agree that over the
20    years the Transit Authority has wanted to hold
21    pilot test projects for platform screen doors?
22          A      I believe so, but I can't say
23    definitively yes or no.  I believe so.
24          Q      Okay.  Was a single pilot project
25    conducted and completed for platform screen

344

```
 1                    T. F. Prendergast
 2    doors by the New York City Transit Authority?
 3         A       I don't know.
 4         Q       Now, that would be really
 5    important information for you to know if when
 6    you were President either at that time or before
 7    if there had ever been a pilot project for
 8    platform screen doors, true?
 9         A       It would be one of many, very
10    many.
11         Q       Well, certainly as the PTSB was
12    asking the Transit Authority what it was doing
13    about all these 12-9s, if the Transit Authority
14    had conducted a pilot project on platform screen
15    doors that certainly, whatever the results of
16    that pilot project were, you're saying that
17    should have been reported to the PTSB, true?
18                      MR. KEAVENEY:  Objection.
19         A       I think I've answered that
20    question already.  You asked a series of
21    questions about the PTSB and reporting to them
22    about 45 minutes ago and I answered those
23    questions.
24         Q       Right, but I didn't ask these
25    questions.  Could you so please answer this
```

345

1                    T. F. Prendergast

2    question?

3         A      So what's the question again,

4    please?

5                    MR. GENIS:  Okay.  Read it

6              back, please.

7                    (Whereupon, the

8              above-requested portion was read

9              back by the reporter.)

10        A      I do believe you asked the

11   question, but I -- it would be one of a number

12   of things that the PTSB would be interested in.

13   And that's the best way I can answer the

14   question.

15        Q      Okay.  And as we sit here today,

16   are you aware of a single pilot project being

17   done for platform screen doors in the City of

18   New York?

19        A      Well, when you're saying the City

20   of New York, are you saying New York City

21   Transit?

22        Q      Yes.

23        A      Don't recall one.

24        Q      Okay.  Is there a reason that a

25   pilot project for platform screen doors was not

346

1                    T. F. Prendergast

2    done on the 7 West Extension?

3         A        There could have been a number of

4    reasons, but I -- um, but I don't know if there

5    was one singular reason.

6         Q        Is there a reason that on the

7    Second Avenue Subway line there was no pilot

8    test project for platform screen doors?

9         A        Same answer that I gave for Number

10   7.

11        Q        Is there a reason that various

12   pilot projects had been cancelled throughout the

13   New York City Transit system?

14        A        Several pilot projects associated

15   with platform screen doors --

16        Q        Yes, sir.

17        A        -- or pilot projects in general?

18        Q        Pilot projects for platform screen

19   doors.

20        A        It's possible.  I mean, there were

21   issues related to how viable would a test be?

22   How realistic would it be without Communication-

23   Based Train Control in place?  How reliable

24   would it be with all the different types of

25   train stock that you had and door replacements?

347

1                    T. F. Prendergast

2    So there were a number of factors that

3    constantly were being communicated as part of

4    the -- uh, what the worth of a pilot test would

5    be.

6          Q      So are you saying that those were

7    the reasons the pilot projects for platform

8    screen doors were cancelled or are you just

9    guessing that those were the reasons?

10         A      I'm saying they're plausible

11   explanations.  I'm not guessing nor am I saying

12   for a fact they are.  They're somewhere between

13   those two spots.

14         Q      Okay.  So as we sit here today,

15   would it be fair to say you don't honestly know

16   why pilot projects for platform screen doors

17   were cancelled?

18                    MR. KEAVENEY:  Objection.

19         A      Not me as a singular person, no.

20         Q      Okay.  Is there anyone at the

21   Transit Authority who would know why these pilot

22   projects were cancelled to study platform screen

23   doors in New York City?

24                    MR. KEAVENEY:  Objection.

25         A      You'd have to go back and see when

348

1                     T. F. Prendergast

2    pilot projects were either started and suspended

3    or stopped, or when a decision was made to not

4    go forward to 'em, and then go back to the

5    structure and the people that made that decision

6    would be the best way for me to answer for you.

7         Q     Okay.  Is there a reason a pilot

8    project for platform screen doors was not done

9    at an abandoned station if you didn't do it on

10   Second Avenue or the 7 West?

11                    MR. KEAVENEY:  Objection.

12        Q     Or not an abandoned station, for

13   that matter.

14        A     There were a whole set of factors

15   considered as to whether or not it made sense to

16   do a pilot, where you would do the pilot and how

17   you would evaluate the pilot.  So that's the

18   best way for me to answer the question.

19        Q     Well, you've told us that safety

20   is important and that we're discussing safety

21   devices to prevent catastrophic injuries from

22   occurring.

23                    Can you tell me, what's more

24   important --

25                    MR. GENIS:  Withdrawn.  Bad

349

1                  T. F. Prendergast

2                  question.

3          Q       If new construction is where it's

4   easier to install platform screen doors, can you

5   tell me why you didn't approve even pilot

6   projects, if not full installations of platform

7   screen doors, to be done on the new installation

8   such as Second Avenue Subway or at 7 West?

9          A       Because of the other two factors

10  that from a system engineering standpoint needed

11  to be part of the equation, and that's the

12  signal system and that's the door configuration

13  on the cars.

14         Q       So by the way, you're aware of

15  dynamic doors, true, for platform screen doors?

16         A       I'm not sure what your definition

17  of "dynamic doors" are.

18         Q       That they are not static in only

19  one location, they could move.  So if the train

20  does not properly align or if there is different

21  train configurations, it could mix and match

22  them, so to speak?

23         A       There is technology now in

24  existence that wasn't in existence before that

25  provides that capability.

350

                        T. F. Prendergast

1

2        Q       And so the doors could move and

3    move with the trains is what we've discussed for

4    dynamic doors?

5        A       They can move with respect to

6    different door configurations on cars.

7        Q       Okay.  And that technology has

8    been available for awhile now, correct?

9        A       What's your definition of

10   "awhile"?  Not -- we're not talking 10 years,

11   we're talking a finite number of years, uh, at

12   new build, new construction.

13       Q       Okay.  So you're familiar with the

14   steel rope barriers that go up and down?

15       A       I'm not familiar with what you're

16   talking about when you say, "steel rope

17   barriers," I'm sorry.

18       Q       They are vertical, they come from

19   the top down (indicating) as opposed going from

20   the bottom up or side-to-side.  Or they can go

21   from the bottom up.

22       A       If you're talking about some type

23   of barrier that's not a continuous membrane, I

24   know there's a number of different ones out

25   there.  Um, they're recent developments to that.

351

T. F. Prendergast

1    Uh, I believe they have them mostly outside of

2    the western hemisphere, mostly in Asia and

3    Europe, but I can't visualize the one you're

4    talking about.

5    

6        Q    Okay.  No, no, you're right, they

7    have them in Asia, they have them in Europe,

8    you're correct about that, and they go from the

9    bottom up, actually.

10            Well, when you have that type of

11   vertical barrier that goes from the bottom up,

12   then the door configuration becomes irrelevant,

13   true?

14       A    Without seeing a drawing and

15   seeing how it's installed, I can't give you an

16   answer to that.

17       Q    Okay.  How would you know if the

18   platform screen doors can or cannot work here if

19   you don't try them in a pilot test?

20       A    You can't know in an absolute

21   sense, but you -- but before you even attempt to

22   do a pilot, you have to have a reasonable

23   expectation that the basic issues that need to

24   be addressed can be addressed.  You don't even

25   consider doing a pilot if you can't take -- to

352

1                    T. F. Prendergast

2    deal with the basic consideration issues.

3         Q       So if pilot projects have been

4    previously scheduled for platform screen doors,

5    that means at least someone at the Transit

6    Authority thought it made sense and it was

7    plausible and feasible to do a pilot project,

8    true?

9         A       At the time it was started, yes.

10        Q       Okay.  And if all these companies,

11   those 12 companies, said that they could do it;

12   in other words, install platform screen doors in

13   the City of New York, were they all lying?

14                    MR. KEAVENEY:  Objection.

15        A       Well, saying they can do it -- you

16   don't accept at face value somebody says that

17   they can do something, not when as much

18   responsibility rests with what you're turning

19   over to them.  So there's a difference between

20   someone saying they can do it versus a

21   reasonable estimation of their ability to do

22   that.  Especially if it's a working application

23   where people's lives are at risk.

24        Q       Well, who knows better their

25   abilities and capabilities, the companies

353

1                    T. F. Prendergast

2    themselves or the Transit Authority?

3         A      It's a combination of both.  And

4    if I had a dime for every time a supplier told

5    me, if I would have known how difficult the

6    environment was here in New York, we wouldn't be

7    having this conversation at all right now, and

8    that's a statement of fact.

9         Q      Okay.  So --

10        A      This is the most brutal

11   environment.  There may be some that are equal

12   to this, but this is most brutal environment for

13   testing service applications.  The only two

14   comparable, I've said it before, are Paris and

15   London.

16        Q      Okay.  And they've had success

17   with platform screen doors in Paris and London;

18   true or false?

19        A      They've had some success and some

20   not success.

21        Q      Okay.  And there have been

22   retrofits in London and Paris, true?

23        A      Yes, but to varying degrees and

24   they've also altered their plan in terms of how

25   they do retrofit based on the experience they've

354

1                    T. F. Prendergast

2    learned.

3        Q      Okay.  Has London or Paris taken

4    out or removed the platform screen doors that

5    they installed?

6        A      I don't believe anyone has taken

7    out what they've installed, but I don't know

8    that for a fact, no.

9        Q      And if these large companies that

10   you were familiar with that are in this

11   business --

12                   MR. GENIS:  Withdrawn.

13       Q      These large companies that you

14   said you're familiar with that are in this

15   business, they've installed and have actual

16   experience manufacturing and installing platform

17   screens doors all over the world, correct?

18       A      Yes.

19       Q      Okay.  And they're the ones

20   risking their money, their investment, their

21   know-how and their manpower to install them

22   here, correct?

23                   MR. KEAVENEY:  Objection.

24       A      They're investing their money,

25   their resources and partially their reputation,

355

1                    T. F. Prendergast

2    partially their reputation.

3        Q      All right.  And they're

4    representing that they can do it, correct?

5        A      Yes, but there's a difference

6    between representation and actually doing it.

7        Q      Okay.  Well, even to make these

8    presentations, they submitted presentations to

9    the Transit Authority, correct?

10       A      To my knowledge, yes.

11       Q      And that's not inexpensive to do

12   these analysis and studies and presentations?

13       A      That's the nature of the business

14   they're in.  The nature of the business they're

15   in, a certain amount of money has to be invested

16   in business development to sustain the business

17   they're in.  So the answer to the question is an

18   obvious yes.

19       Q      And until you give them a chance,

20   you'll never know if they can do it or not,

21   true?

22       A      That's correct, but they have to

23   pass a bar, a bar of standard, you know, a

24   performance bar first before you allow them onto

25   the system to do the pilot.

356

1                    T. F. Prendergast

2          Q      And that's why you try to look for

3    people that have been successful at doing it in

4    the past, correct?  They have the know how.

5          A      Yes, at a comparable system.

6          Q      Okay.  All right.  So when you

7    say, "comparable system," there's been companies

8    that installed and retrofitted platform screen

9    doors in Paris and London, yes?

10         A      There have been a couple, but I

11   don't know how many there have been.

12         Q      Okay.  So the Transit Authority,

13   if they wanted, could have reached an agreement

14   with those companies, correct?

15                    MR. KEAVENEY:  Objection.

16         A      It's possible they could, yes.

17         Q      Okay.  By the way --

18         A      Both of those -- but both of those

19   systems have enhanced signal technology over

20   that which New York City Transit has.

21         Q      Okay.  So -- and you were telling

22   us before that New York City Transit is supposed

23   to be upgrading its signals, correct?

24         A      Yes.

25         Q      Okay.  So if the choice is do

357

1                    T. F. Prendergast

2    nothing or do something to prevent 12-9s from

3    occurring, which is the correct answer?

4         A      What's the question?

5         Q      If a Transit entity has a choice

6    of doing nothing and continuing having X number

7    of people being hit by trains every year and

8    killed by trains every year, or to take some

9    action to prevent it from occurring, which is

10   the proper choice if we're in a good and

11   accepted practices and procedures?

12        A      When you say do nothing or do

13   something, if the definition is utilization of

14   technology to reduce the likelihood of

15   occurrence, yes.  If the question is

16   installation of platform screen doors, not

17   necessarily.

18        Q      Okay.  So there's other modalities

19   that can be done.  For example, you can have the

20   use of closed circuit TV, correct?

21        A      Yes.

22        Q      And, for example, Homeland

23   Security after 9/11 has given money to the

24   Transit Authority for closed circuit TV as it

25   relates to security, true?

358

                    T. F. Prendergast

1

2       A       There have been a number of
3   sources for security for the system and funding
4   for security improvements.

5       Q       Okay.  And among these were for
6   closed circuit TV, true?

7       A       I believe so.  I mean, it would --
8   like I said, there were a number of different
9   technological solutions to enhance security in
10  the system.

11      Q       So where there's a closed circuit
12  TV camera that looks at the platform and the
13  track bed, that view can be fed to the train
14  operator, correct?

15      A       From a technical standpoint, can
16  it?  Yes.

17      Q       Okay.

18      A       From a reliable standpoint?  Not
19  necessarily.

20      Q       Okay.  Well, right now you have to
21  be able to communicate, when I say, "you," I
22  mean the Transit Authority, with its train
23  operators, correct?

24      A       What's your definition of
25  communication, audio or visual?

359

1                    T. F. Prendergast

2        Q      Okay.  Well --

3        A      But, no, what's your definition of

4   communication --

5        Q      Electronic.

6        A      -- audio or visual?

7        Q      My definition is electronic.

8   Their use of WiFi, whatever.

9        A      The reason I ask the question, I'm

10  not playing games, is the ability to communicate

11  audially from a wayside device to a moving train

12  is far simpler and far easier technologically

13  with the way the system exists today than it is

14  with a visual representation.

15       Q      Okay.

16       A      The amount of bandwidth you need,

17  the amount of features you need in place, is one

18  or two orders of magnitude more complicated with

19  a video application.

20       Q      Okay.  So if the Transit just

21  decides to upgrade its WiFi system, that solves

22  their problem, true?

23       A      No.

24       Q      Okay.

25       A      No.

360

1                     T. F. Prendergast

2           Q       And you are aware that other

3    countries they have closed circuit TV that gets

4    fed to the operator of the train so that they

5    can see, before they're even at the station,

6    who's on the platform and know if anyone is on

7    the track, true?

8           A       Absolutely.

9           Q       Okay.  And that's something, if

10   that was done, that would be a safety feature

11   because then the operator could see before they

12   even enter the station if someone was on the

13   tracks or not, true?

14          A       If it can be done and if it can be

15   reliably transmitted to the train cab, 'cause

16   even on new systems they have problems with a

17   build from square one, they have problems with

18   that video image being transmitted.  You can go

19   to a number of systems that are new builds,

20   that's one of the most difficult challenges they

21   have, and it's more than just WiFi.  It's a

22   communication medium that you need to use.

23          Q       So what's your school of thought,

24   does every solution have a problem or does every

25   problem have a solution?

361

                    T. F. Prendergast

1

2          A       How do you want me to answer that

3    question?

4          Q       However you feel.

5          A       Every -- every problem -- the

6    overwhelming majority of problems have a

7    solution.

8          Q       Excellent.

9          A       But not every problem has a

10   solution.

11         Q       Okay.  So the issue is, there are

12   challenges to doing anything at the Transit

13   Authority, true?

14         A       Yes.

15         Q       Okay.  Whether it's upgrading the

16   tracks, the track bed, the platform, the

17   stations, the cars, anything at all you're gonna

18   do, there are challenges, correct?

19         A       Yes.

20         Q       So is the answer, oh, geez,

21   there's a challenge, let's just leave it alone

22   and do nothing, or is the answer no, we've got

23   to improve the system and make it safer?

24         A       It's not that simple of an issue.

25         Q       Well, but that's the choice, isn't

362

1                    T. F. Prendergast

2    it?

3          A      No, it's not the truth.

4          Q      I said the choice.

5          A      Because if you were --

6          Q      That's the choice?

7          A      No, it's not the choice.

8          Q      Okay.

9          A      It's not the choice.

10         Q      All right.  So what did you do

11   when you were President of the Transit Authority

12   to prevent or reduce the number of 12-9s?

13         A      We saw in some of the

14   documentation that you had there were Task

15   Forces created, there was the assignment of

16   resources in terms of dollars and people to

17   research what is going on within the industry,

18   there were reach-outs by the Procurement

19   Department through RFIs to see if there is an

20   expression of interest.  A whole myriad of

21   actions in terms of to address the specific

22   problem of different technological solutions,

23   some of which included platform screen doors,

24   others included more technologically advanced

25   track detection warning systems on a system as

363

1                    T. F. Prendergast

2    old and as difficult to do a retrofit as New

3    York City Transit.  There were all myriad of

4    actions.

5         Q     So in other words, people spent a

6    lot of time looking at the problem, studying the

7    problem, but not actually doing anything to

8    solve the problem?

9         A     When you're looking at the problem

10    and studying it, you're working towards a

11    solution, so I take exception to the

12    characterization.

13        Q     Okay.  So since the 1980's, so

14    we've got approximately 40 years, other than

15    putting in tactile strips which were mandated by

16    the Americans with Disabilities Act, making

17    occasional announcements and occasional signs,

18    what else was actually implemented -- oh, yeah,

19    and the Help Point information things, and

20    recently a pilot project on Track Intrusion

21    Devices, which was not finalized, what was

22    actually implemented to make the system safer

23    and prevent or reduce 12-9s from occurring?

24        A     I can't give you an exhaustive

25    summary of everything, but those were the major

364

1                    T. F. Prendergast

2    actions that were taken.

3         Q       Okay.  Of all those what you call

4    "major actions that were taken," can you show me

5    any fact or statistic to show that any one of

6    them was effective?

7         A       Off the top of my head, I can't,

8    but if we did analysis, we probably could.

9         Q       Okay.  And you told us you're not

10   aware of any safety studies or safety plans to

11   prevent or reduce 12-9s from occurring either

12   system-wide or at the stations by Atlantic

13   Avenue, correct?

14        A       I believe I answered that

15   question.

16        Q       And your answer was you're not

17   aware of any such studies or plans, correct?

18        A       Yes, but they could have occurred,

19   but I said I'm not aware of them.

20        Q       And when you said they could have

21   occurred, can we agree that they should have

22   occurred so they could have figured this all

23   out, true?

24        A       I said they could have occurred, I

25   didn't say they should have occurred.

365

                    T. F. Prendergast

1

2       Q      That's what I just asked you,

3   should that analysis, should those studies and

4   should those safety plans have been done?

5       A      Well, what's your definition of --

6   you're talking in a very, I don't want to say

7   nebulous, but a very vague way.

8              What's -- you're saying should

9   have additional studies been done?  And I don't

10  know what those studies would have been.  Just

11  to say to do a study for the sake of doing a

12  study is not necessarily a wise use of

13  resources.  So I can't -- I can't answer that

14  question.

15      Q      That's fine.

16             As we sit here today, has the

17  Transit Authority or MTA ever studied what's the

18  most effective means of preventing or reducing

19  12-9s, whether it be platform screen doors,

20  Track Intrusion Devices, CCTV, fixed rail,

21  reduced entry, vertical barriers, anything

22  whatsoever at all?

23      A      What was the question again?

24      Q      Did they ever study to see what's

25  the most effective?

366

1                    T. F. Prendergast

2        A      What the Transit Authority did was

3    reach out to the industry to see what the latest

4    state-of-the-art was with respect to platform

5    edge safety.  That's what the Transit Authority

6    did and that's what it continues to do.

7        Q      Okay.  And when they reached out

8    to the community, the international community

9    told them what the answers were, correct?

10       A      For new build systems they told

11   them what the answers were.

12       Q      Okay.

13       A      They did not necessarily tell them

14   what they did for retrofits with the exception

15   of London and Paris.  But even Paris went after

16   it a different way, new construction, the Meteor

17   Line, Line 14, they went to the full-blown

18   current state-of-the-art standards.  Line 1, on

19   the retrofit, they did something different.  And

20   as they go through the system, that's what

21   they're doing.

22       Q      So in other words, an appropriate

23   way to make the New York City Subway System

24   safer is a mix-and-match approach; some stations

25   would require, let's say, a platform screen

367

1                    T. F. Prendergast

2    door, another system would require some other

3    safety device to try to reduce and prevent 12-9s

4    from occurring, true?

5         A      This whole line of questioning

6    you're specifically wording the questions to

7    deal only with 12-9s.

8         Q      That's correct.

9         A      And when I --

10        Q      That's what I'm asking about.

11        A      And when I -- that's all you're

12   caring about.

13        Q      Yes.

14        A      And I tell you -- and when I give

15   you an answer that goes beyond that, you say

16   it's unacceptable.

17                And I do not have, no one at New

18   York City Transit, has the luxury to look at one

19   hazard in isolation of all the other hazards,

20   especially when a corrective action to address

21   one hazard created two other hazards or three

22   other hazards, so I want to be on record as

23   saying that.

24        Q      Sure.  And since you're on record

25   for saying that, we agree that the Transit

368

1                    T. F. Prendergast

2    Authority should have done such study and

3    analysis then, correct?

4                    MR. KEAVENEY:  Objection.

5         A      It looks at hazards across the

6    system as a whole, and it looks at hazards with

7    respect to corrective actions it takes, so --

8    and there were -- there were rudimentary

9    analyses done with respect to platform screen

10   doors and additional hazards that would be

11   brought into the system if they weren't done

12   correctly.

13        Q      Okay.  So when you -- so let's be

14   crystal clear with one another.

15                Are you telling us right now that

16   the New York City Transit Authority has actually

17   performed research or studies or surveys to see

18   about what hazards actually can and will occur

19   if you actually get platform screen doors or

20   some other safety device?

21        A      In the analyses -- this is what

22   I'm saying, in the analyses that were done with

23   respect to platform net safety and platform

24   screen doors, there were other hazards that were

25   brought to light that needed to be dealt with.

369

1                    T. F. Prendergast

2                    So if you consider an analysis to

3    be the rudimentary foundation of a study, yes.

4    If you're talking about a full-blown out study,

5    no.

6          Q       Okay.  So in other words, somebody

7    could say, well, I think this could happen or I

8    think that could happen, but that's just surmise

9    or speculation, correct?

10         A       No, it's not surmise or

11   speculation, because from a System Safety

12   analysis standpoint, you go and look not only on

13   your own system, but other systems where that

14   hazard has presented itself and what it

15   manifested in in terms of injury or death to a

16   customer or an employee.

17         Q       Outstanding.  So please tell me

18   how many people have died worldwide as a result

19   of platform screen doors?

20         A       I don't know the answer to that

21   question.

22         Q       Can you name -- did more than

23   three people in the whole world die somehow

24   related to platform screen doors?

25         A       Not necessarily, but the two

370

1                    T. F. Prendergast

2    aren't as black and white as you make them out

3    to be.

4           Q       Okay.  So what are the other

5    hazards?

6           A       First of all, you have to be --

7           Q       What are the other hazards?  You

8    said there are other hazards if you have

9    platform screen doors.  What are those hazards?

10          A       The most serious hazard is getting

11   trapped between the train and the track side of

12   the platform screen doors, that's the most

13   serious hazard.

14          Q       Okay.

15          A       There are hazards at getting

16   trapped.

17          Q       How much has that occurred

18   worldwide?

19          A       I don't know how many it's

20   happened, but --

21          Q       Has it happened more than 10

22   times?

23          A       I said I didn't know how many

24   times it happened.

25          Q       Has it happened more than five

371

1                    T. F. Prendergast

2    times?

3           A       I -- you can ask the question, I

4    said I don't know.

5           Q       Okay.

6           A       But from a System Safety

7    standpoint, if you're gonna design something and

8    put it in, and you add another hazard, you have

9    to have an acceptable mitigation for it.

10          Q       So have --

11          A       And there -- and that's -- and

12   that's -- and New York City Transit, because of

13   the signal system and because of the platform

14   configurations, it is a very difficult analysis

15   to do.

16          Q       So do we agree the Transit

17   Authority should have done such analysis and

18   should know this information?

19          A       I don't know if I can agree with

20   that or not.

21          Q       Okay.  Well, what other -- okay.

22                  What was the basis, if any, of

23   anyone from the Transit saying, the most serious

24   injury that could happen if you get platform

25   screen doors is somebody can get trapped between

372

1                    T. F. Prendergast

2    the platform screen door and the train?  What

3    was the basis of them saying that; any

4    experience, any publication, any study, survey,

5    research?

6          A      I believe it was -- it was based

7    on experience and in the safety analyses that

8    even new systems do, they identify that as a

9    hazard.

10         Q      Okay.  So please tell me where was

11   this identified as a hazard and that it actually

12   has happened?

13         A      You'd have to talk to other people

14   to get that answer to that level of granularity,

15   but it is in just about any system that is a new

16   system that does system safety analyses, that's

17   one of the -- one of the ones that's always

18   mentioned.

19         Q      Okay.

20         A      And it's in a relation with the

21   interrelationship with the signal system.

22         Q      So COMET and the other benchmarks

23   all recommended the platform screen doors, true?

24         A      If you say they did, fine.  I

25   don't...

373

                         T. F. Prendergast

1

2                              MR. KEAVENEY:  Objection.

3         A       And once again, I qualify that for

4    new construction.

5         Q       And how can Transit make an

6    educated decision without knowing what these

7    other hazards are and what the basis of it and

8    they're actually real as opposed to imagined?

9         A       What's your definition of

10   "educated decision"?

11        Q       Informed.

12        A       Is an "educated decision" --

13        Q       Informed.

14        A       Informed, educated.  Is it

15   introducing a new hazard, or is it at the -- uh,

16   is it resolving one hazard at the introduction

17   of a new hazard?  Uh, because that's a bridge

18   you don't want to cross.  So it's not --

19        Q       Again, but now you're getting into

20   speculation, but let's get into fact and

21   reality.

22               Can you name three instances

23   anywhere in the world of any of these hazards

24   that you're talking are potential hazards

25   actually happenings?

374

1                    T. F. Prendergast

2        A       I can't, but others possibly can,

3   but I can tell you that from a system safety

4   analysis standpoint and platform and safety,

5   just about every safety professional will line

6   up with my principle about you don't resolve one

7   hazard by introducing two or three other

8   hazards.

9        Q       Okay.  So then, as you mentioned

10  earlier, you have to look at what the

11  probability of these other hazards occurring

12  are, true?

13       A       That's correct.

14       Q       And then you also have to look at

15  what the outcome is.  In other words, will it be

16  a catastrophic outcome or not, true?

17       A       That's correct.

18       Q       Okay.  So right now it is fact

19  that we have anywhere from 109 to 200

20  catastrophic outcomes every year, correct?

21       A       And some are suicides.

22       Q       Okay.  And that is catastrophic as

23  well, true?

24       A       Yes.

25       Q       Okay.  So -- so it is fact that we

375

1                    T. F. Prendergast

2    have 100 to 200 catastrophic events per year

3    because there are a lack of proper safety

4    devices.

5              How many catastrophic outcomes a

6    year would there be if you implemented these

7    things?

8                    MR. KEAVENEY:  Just note my

9              objection.

10       A     I don't know how to answer that

11   question.

12       Q     Okay.  Well, you told us a minute

13   ago you don't want to trade one set of hazards

14   for others or even worse ones.

15              So I'm trying to find out to have

16   a fair comparison to make an educated decision

17   about the probabilities and what the outcomes

18   are using your criteria that you said the

19   Government promulgated.

20              So where there is a platform

21   screen door, statistically or numerically, how

22   many catastrophic outcomes have there been, and

23   how does that compare to the rate of

24   catastrophic outcomes before such a safety

25   device was implemented?

376

1                    T. F. Prendergast

2        A        Well, first of all, you're talking

3    about fatalities, the way you're raising it.

4    You may have a serious injury, a dismemberment,

5    someone actually having severe mental, brain

6    damage, uh, and I don't know, but those analysis

7    have been done and are done as part of any new

8    system.  So you'd have to ask a wider range of

9    people to be able to get to your answer, which

10   is likelihood of occurrence.

11       Q        Okay.  So that --

12       A        So I'm the wrong -- I'm the wrong

13   person to ask.

14       Q        Understood.  But that's the type

15   of analysis that should have been done by the

16   right person or persons at the Transit

17   Authority, correct?

18       A        To the degree that it could have

19   been done.

20       Q        Okay.

21       A        Because you're taking one hazard,

22   one issue and one exposure by itself out of

23   context with all the different hazards that New

24   York City Transit has to deal with within a

25   finite capital and operating budget.

377

1                    T. F. Prendergast

2        Q      Okay.  So in other words, to make

3    a reasonable decision about whether or not to

4    have platform screen doors, or some other safety

5    device to prevent or reduce 12-9s from

6    occurring, what should be done, according to

7    good and accepted practices, procedures and

8    standards, is to do a proper and full analysis

9    to look at, okay, if you do it, these are the

10   new hazards you could now have and these are the

11   outcomes and the probability of them so that you

12   can weigh everything and make an intelligent

13   decision for what is safest for the public; true

14   or false?

15                    MR. KEAVENEY:  Objection.

16       A      I'm not going to answer that

17   question true or false.  And there is a whole

18   myriad of actions you take with respect to

19   addressing hazards before you get to platform

20   screened doors, like LiDAR, like radar.

21       Q      Okay.

22       A      Like means of notifying the train

23   operator prior to coming to the station that

24   someone's on the trackway.  And those actions

25   were being pursued and were being looked at.

378

1                     T. F. Prendergast

2          Q        Okay.

3          A        So it's not an -- it's not an

4     either-or, and even there were constant

5     reevaluations as to whether or not we were at a

6     stage or they were at a stage with respect to

7     have a successful pilot.

8                     Now, with two Communication-Based

9     Trained Control lines in, the technology of, as

10    you call them, dynamic platform screen doors in

11    place, the time may be more ripe now to do a

12    full-blown pilot to be able to test the

13    feasibility, and then use the results of that to

14    make an informed decision as to how you address

15    the -- how you address the hazard.

16         Q        Okay.  So we agree that up 'til

17    now the Transit Authority has not done, as you

18    called it, a full-blown feasibility study on

19    these safety devices, true?

20                     MR. KEAVENEY:  Objection.

21         A        You're using terms, you know,

22    "full-blown."  They've done different levels of

23    feasibility studies.  Um, "full-blown" is a

24    subjective term.

25         Q        Okay.  So are you telling me up

379

                    T. F. Prendergast

1       'til now has the Transit Authority ever done a

2       complete, thorough, accurate, honest, objective

3       safety study and analysis on this topic to

4       prevent 12-9s?

5            A       First of all, you're using the

6       same adjectives I took exception to before.

7       They've done various levels of analysis.  I

8       think they've gone to greater levels of

9       granularity as time has gone by, and they've

10      factored into the equation the new technological

11      solutions that are currently available that

12      weren't available back then.  New technology

13      applications that are available and their

14      feasibility on the New York City Transit system.

15           Q       Okay.  So in other words --

16           A       And there's -- and there's -- and

17      there's some, Robert, that haven't even been

18      touched on, and that's the fire and life safety

19      issues with respect to smoke and smoke removal

20      on a platform.  Yes, there may be some benefits

21      with respect to HVAC on a station platform, but

22      the analysis of smoke removal from a station is

23      a very, very complicated one, and there's a

24      standard to which the Transit Authority is

380

```
 1                    T. F. Prendergast
 2    moving toward full compliance with 'cause that
 3    standard also was more forward looking than
 4    backward looking and that analysis has to be
 5    done as well.
 6                    MR. GENIS:  Okay.  Again,
 7             move to strike this portion that
 8             is not responsive.  I haven't said
 9             that each and every time, but
10             there's been quite a few of them.
11         Q    So let's --
12                    THE WITNESS:  'Cause if you
13             asked questions out of context I
14             have a right to put them in
15             context and I want to be on record
16             for that or at least noted.
17                    MR. GENIS:  It's all right.
18             You're here to help the Transit,
19             you can say so.
20                    THE WITNESS:  Because I
21             didn't have the luxury of looking
22             at it that way.
23                    MR. GENIS:  That's all
24             right.  You can --
25                    THE WITNESS:  We'll let a
```

381

1          T. F. Prendergast

2          third-party decide whether it

3          makes sense for it to be entered.

4                MR. GENIS:  So I'll tell

5          you what, let's take a quick

6          break, because I think you're a

7          little heated right now.  So we'll

8          let you calm down.

9                THE WITNESS:  No, I'm fine.

10         I'm fine.  I'm fine.

11               MR. GENIS:  So it's now

12         6:23.

13               THE WITNESS:  No.

14               MR. GENIS:  We're going to

15         take a break now.

16               MR. KEAVENEY:  I think

17         we're out of time.

18               MR. GENIS:  We'll come back

19         in like five minutes --

20               MR. KEAVENEY:  Robert. Rob.

21               MR. GENIS:  -- and we're

22         gonna see how much time we have

23         left.

24               MR. KEAVENEY:  Rob, I think

25         we're out of time.

382

1             T. F. Prendergast

2                 MR. GENIS:  I don't know.

3         It's 6:23.  That's why I said

4         we're taking a break now and we

5         can check other clocks.

6                 MR. KEAVENEY:  We added it

7         up.  Add it up now.  Don't take a

8         break.  It's almost 6:30 already.

9                 MR. GENIS:  No, it's 6:23.

10                MR. KEAVENEY:  I said it's

11        6:30, it's almost 6:30.  So add up

12        your time.

13                MR. GENIS:  Sure.

14                MR. KEAVENEY:  You're out

15        of time.

16                MR. GENIS:  I'm going to

17        add it all up right now.

18                MR. KEAVENEY:  People want

19        to go home.

20                MR. GENIS:  And I

21        understand.  Well, you know,

22        perhaps the witness could have

23        been more responsive and then

24        people could have been done hours

25        ago, but that's how it goes.

383

1              T. F. Prendergast

2                   So let's add up the time,

3              and if we have to come back, we'll

4              come back.  That's fine.  That

5              doesn't bother me.

6                   We're off the record.

7                   THE COURT REPORTER:  It's

8              6:24 and I'm stopping the

9              recording.)

10                   (Discussion held off the

11             record.)

12                   (6:25 p.m. a short recess

13             was taken.)

14                   (6:29 p.m. the Deposition

15             resumed.)

16                   THE COURT REPORTER:  The

17             recording's back on, it is 6:29

18             p.m.

19        Q      What, if any, consideration did

20   the Transit Authority give while you were there

21   to utilizing fixed rail to have areas of safety

22   like they do at the shuttle on 42nd Street?

23        A      What's your definition of "fixed

24   rail"?  I want to make sure I understand.

25        Q      There are fixed rails at the Time

384

1                    T. F. Prendergast

2    Square Shuttle and at 42nd Street Subway

3    Stations, true?

4         A       There were at one time.  I think

5    some of them may have been removed 'cause they

6    just did a rehab at, uh, Time Square, so, and

7    they were trying to eliminate those and the gap

8    fillers, too, so.  Uh, but that was one of the

9    things that were looked at, but you have some

10   the same hazards associated with those.

11        Q       Okay.  So I'm not sure I

12   understood you.

13                So did the Transit Authority give

14   any consideration to having fixed rails at least

15   parts of stations to have areas of stations?

16        A       Yes, and it did -- it did it when

17   there was a high likelihood of somebody either

18   falling inadvertently or being pushed to the

19   tracks.

20        Q       Okay.  And that's because fixed

21   rails can be effective at preventing or reducing

22   those types of incidents from occurring, true?

23        A       Yes.

24        Q       And what, if any, hazards are

25   there attendant to fixed rail?

385

                    T. F. Prendergast

1

2         A        Some of the same things, trapped

3    on the other side of the fixed rail between, you

4    know, between the track and the fixed rail.  Um,

5    actually they also are -- they can be

6    impediments to passenger flow on boarding and

7    alighting, which is getting off the train.

8         Q        Okay.  And the two things you just

9    indicated about alleged hazards of fixed rail,

10   what data is that based on?  Any statistics?

11        A        Based on experience.  It's based

12   on experience.

13        Q        Are there any statistics, any

14   studies, any surveys that support the opinions

15   you just gave?

16        A        There may be, but I don't know

17   them off the top of my head.

18        Q        Okay.

19        A        But not every decision that is

20   made in an operating transit system or railroad

21   is -- has a full slew of data.  A lot of it's

22   experience based.

23        Q        Well, did the Transit look to see

24   what other countries are doing with fixed rail?

25        A        The Transit Authority looked at

386

1                         T. F. Prendergast

2    what other systems were doing with platform edge

3    safety.  The degree to which it involved fixed

4    rail, I don't know.

5         Q      And the reason the Transit looked

6    at what other countries were doing was to see

7    what could be done here, if they wanted to,

8    true?

9         A      That was the underlying reason.

10        Q      Okay.  And is Transit willing to

11   make changes in operations for the purposes of

12   promoting safety of its customers?

13                    MR. KEAVENEY:  Objection.

14        A      Well, you're talking about current

15   time and prospectively -- the way you've worded

16   the question is talking about current time and

17   prospectively going forward.  I'm not the right

18   person to answer.  But if you're asking about my

19   time there --

20        Q      I am.

21        A      -- and what I -- what I knew

22   about, yes, it is interested, it will be -- it

23   will do things operationally to improve the

24   level of safety provided.

25        Q      And that --

387

1          T. F. Prendergast

2               MR. KEAVENEY:  My time says

3          6:33 and we started at 6:29,

4          according to the court reporter.

5          That should be seven hours.

6               MR. GENIS:  I think I got

7          one question left, but okay.

8               MR. KEAVENEY:  Go ahead.

9          Say your last question.

10              MR. GENIS:  Okay, great.

11              I just have to hear back

12         his last part of his answer.  You

13         distracted my thought.

14              Can I just hear it, Donna,

15         the last -- his answer?

16              (Whereupon, the

17         above-requested portion was read

18         back by the reporter.)

19     Q     All right.  So the Transit

20   Authority should always --

21              MR. GENIS:  Withdrawn.

22     Q     So the Transit Authority should

23   always put safety before operations?

24     A     The two are intrinsically related

25   to one another, so I'm -- you know, I'm --

388

```
 1                    T. F. Prendergast
 2    I'm -- I don't know how to answer the question.
 3    And I'm not trying to play games with you.
 4                    MR. GENIS:  Okay.  All
 5                    right.  I think at this point our
 6                    time is up, unless the Court
 7                    allows us more time.  And that's
 8                    where we're at.
 9                    So I will thank you for
10                    your time thus far, sir.  I hope I
11                    was not impolite or unprofessional
12                    to you.
13                    THE WITNESS:  No, you were
14                    fine.
15                    MR. GENIS:  And as I say,
16                    either it was nice meeting or I
17                    may meet you again, depending on
18                    what the Judge says, okay?
19                    THE WITNESS:  Okay.  Thank
20                    you.
21                    MR. KEAVENEY:  Okay.
22                    MR. GENIS:  Thank you very
23                    much.
24                    Andrew, have a nice day,
25                    Donna, thank you very much, you
```

389

1                 T. F. Prendergast

2             had a hard day and I appreciate

3             it.

4                     MR. KEAVENEY:  Thanks,

5             David.

6                     (TIME NOTED:  6:35 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

390

1

2                   A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK    )

5                              :ss

6    COUNTY OF            )

7

8           I, THOMAS F. PRENDERGAST, hereby certify

9    that I have read the transcript of my testimony

10   taken under oath in my deposition of August 10,

11   2022; that the transcript is a true and complete

12   record of my testimony, and that the answers on

13   the record as given by me are true and correct.

14

15                    _____

16                    THOMAS F. PRENDERGAST

17

18   Signed and subscribed to before me this

19   _____ day of _____, 2022.

20

21   _____

22   Notary Public, State of New York

23

24

25

391

1

2                          INDEX TO TESTIMONY

3

    WITNESS                    EXAMINATION BY            PAGE

4

    T. F. Prendegast      Mr. Genis                        5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

392

```
 1
 2              ERRATA SHEET FOR THE TRANSCRIPT OF:
    Case Name: Luisa Janssen Harger Da Silva V. New
 3  York City Transit Authority, et al
    Deposition Date: August 10, 2022
 4  Deponent: THOMAS F. PRENDERGAST
    Place: Zoom Videoconference
 5                       CORRECTIONS
 6  PG    LN    NOW READS        SHOULD READ    REASON FOR

 7  ___   ___   _____      _____    _____

 8  ___   ___   _____      _____    _____

 9  ___   ___   _____      _____    _____

10  ___   ___   _____      _____    _____

11  ___   ___   _____      _____    _____

12  ___   ___   _____      _____    _____

13  ___   ___   _____      _____    _____

14  ___   ___   _____      _____    _____

15  ___   ___   _____      _____    _____

16  ___   ___   _____      _____    _____

17  ___   ___   _____      _____    _____

18  ___   ___   _____      _____    _____

19  ___   ___   _____      _____    _____
20
21  _____               _____
    Date                 Signature
22  Subscribed and sworn to before me
    this      day of            2022.
23
    _____
24        (NOTARY PUBLIC)
25
```

Enright Court Reporting    (631) 589-7788

393

1

2                C E R T I F I C A T E

3

4        I, DONNA L. RITZMANN, a Notary Public in

5   and for the State of New York, do hereby

6   certify:

7        THAT the witness(es) whose testimony is

8   hereinbefore set forth, was duly sworn by me;

9   and

10        THAT the within transcript is a true

11   record of the testimony given by said

12   witness(es).

13        I further certify that I am not related,

14   either by blood or marriage, to any of the

15   parties in this action; and

16        THAT I am in no way interested in the

17   outcome of this matter.

18        IN WITNESS WHEREOF, I have hereunto set

19   my hand this 16th day of August, 2022.

20

21

22        _____

         DONNA L. RITZMANN

23

24

25

Enright Court Reporting    (631) 589-7788