# ROTH & ROTH, LLP

192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
[ROTHANDROTHLAW.COM](http://ROTHANDROTHLAW.COM) T: (212) 425-1020 F: (212) 532-3801

## PLAINTIFF'S EXHIBIT "20"

Motorman's Point of View – 1930's R1 from Coney Island to 53rd St.-7th Ave.

(Video to be submitted to Chambers under separate cover)