| Year | Incidents | Fatalities |
|------|-----------|------------|
| 1987 | 195 | 62 |
| 1988 | 227 | 57 |
| 1989 | 226 | 64 |
| 1990 | 193 | 64 |
| 1991 | 193 | 68 |
| 1992 | 160 | 61 |
| 1993 | 216 | 59 |
| 1994 | 199 | 60 |
| 1995 | 173 | 57 |
| 1996 | 165 | 52 |
| 1997 | 135 | 45 |
| 1998 | 150 | 25 |
| 1999 | 140 | 41 |
| 2000 | 121 | 43 |
| 2001 | 139 | 31 |
| 2002 | 136 | 46 |
| 2003 | 188 | 37 |
| 2004 | 158 | 35 |
| 2005 | 151 | 44 |
| 2006 | 109 | 38 |
| 2007 | 110 | 55 |
| 2008 | 120 | 34 |
| 2009 | 136 | 49 |
| 2010 | 127 | 51 |
| 2011 | 146 | 47 |
| 2012 | 141 | 56 |
| 2013 | 152 | 55 |
| 2014 | 152 | 55 |
| 2015 | 145 | 58 |
| 2016 | 172 | 50 |
| 2017 | 168 | 49 |
| 2018 | 189 | 68 |
| 2021 | 200 | 68 |
| Totals | 5332 | 1684 |



1987 - 2021

Da Silva000743