**To:** Fleuranges, Paul[PAUL.FLEURANGES@NYCT.COM]; Bianco, Carmen[Carmen.Bianco@nyct.com]
**From:** Prendergast, Tom
**Sent:** 2010-07-11T00:13:35Z
**Importance:** Normal
**Subject:** Re: Tweet from: @stuartvernon
**Received:** 2010-07-11T00:13:35Z

Paul -
Is this the customer who died of injuries sustained as a result of a train striking her on the head @ 53rd/Lex this morning?

Are there any eyewitness accounts to the incident? Was she leaning over the track from the platform edge looking the wrong way?

The shear number of incidents involving jumps, falls, slips and pushes to the trackbed combined with these provide a strong justification for platform doors. When you consider the number of suicides and other accidental deaths just this year alone we're in the 50-60 range annually. This is absolutely insane in 2010 regardless of what history has revealed.

Tom Prendergast

----- Original Message -----
From: Fleuranges, Paul
To: Bianco, Carmen
Cc: Prendergast, Tom
Sent: Sat Jul 10 19:48:29 2010
Subject: Tweet from: @stuartvernon

Gents

This received via Twitter. This person is a friend of the female killed overnight ... Who asked for confirmation of a death .. We confirmed an incident and expressed condolences. This was the reply:

From: @stuartvernon
Sent: Jul 10, 2010 7:26p

@NYCTSubwayScoop received and appreciated...thanks again for your response...she was well known as an EMT in NY and will surely be missed

> sent via UberTwitter in reply to @NYCTSubwayScoop

On Twitter: http://twitter.com/stuartvernon/status/18229762204


Paul J. Fleuranges
V.P. Corporate Communications
NYC Transit
paul.fleuranges@nyct.com

Sign up for EasyPayXpress - now available in Pay-per-Ride and Unlimited versions.

http://www.mta.info/metrocard/EasyPayXpress.htm

---------------------------
Sent from my BlackBerry Wireless Handheld

NYCTA_2_00145823