1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK
----------------------------------------x
LUISA JANSSEN HARGER DaSILVA,

                          Plaintiff,


          -against-


NEW YORK CITY TRANSIT AUTHORITY,
METROPOLITAN TRANSPORTATION AUTHORITY
and RAQUIA SHABAZZ,

                          Defendants.
----------------------------------------x
                          Video Conference Call
                          Long Island, New York

                          March 4, 2022
                          11:09 a.m.


          EXAMINATION BEFORE TRIAL of MYSORE
NAGARAJA, Defendant Representative of the NEW
YORK CITY TRANSIT AUTHORITY, taken by Plaintiff,
pursuant to Article 31 of the Civil Practice Law
and Rules of Testimony, and Order, held at the
above-noted time and place, before Dorothy
Maggiore, a Stenotype Reporter and Notary Public
within and for the State of New York.


ORIGINAL

2

```
 1
 2        V I R T U A L   A P P E A R A N C E S:
 3
 4        ROTH & ROTH, LLP
                 Attorneys for Plaintiff
 5               192 Lexington Avenue - Suite 802
                 New York, New York  10016
 6        BY:  DAVID ROTH, ESQ.
 7
 8        SONIN & GENIS
                 Attorneys for Plaintiff
 9               One Fordham Plaza - Suite 907
                 Bronx, New York  10458
10        BY:  ROBERT GENIS, ESQ.
11
12        LANDMAN, CORSI, BALLAINE & FORD, P.C.
                 Attorneys for Defendants
13               NEW YORK CITY TRANSIT AUTHORITY
                 120 Broadway - Suite 1301
14               New York, New York  10271
          BY:  ANDREW P. KEAVENEY, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

3

1
2          STIPULATIONS
3

           IT IS HEREBY STIPULATED AND AGREED by and
4     between the attorneys for the respective parties
      herein, that filing and sealing be and the same
5     are hereby waived.
           IT IS FURTHER STIPULATED AND AGREED that all
6     objections, except as to the form of the
      question, shall be reserved to the time of the
7     trial.
           IT IS FURTHER STIPULATED AND AGREED that the
8     within deposition may be sworn to and signed
      before any officer authorized to administer an
9     oath, with the same force and effect as if
      signed and sworn to before the Court.
10                        oOo
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

4

1

2    PROCEEDINGS

THE REPORTER:

3        The attorneys participating in this deposition
acknowledge that I am not physically present in the

4    deposition room and that I will be reporting this
deposition remotely.

5        They further acknowledge that, in lieu of an oath
administered in person, I will administer the oath

6    remotely.

        The parties and their counsel consent to this

7    arrangement and waive any objections to this manner of
reporting.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

1

2      M Y S O R E    N A G A R A J A, called as a witness,

3      having been first duly sworn by a Notary Public within

4      and for the State of New York, was examined and

5      testified as follows:

6      THE REPORTER:

7             Q.    Would you please state your full

8      name for the record.

9             A.    Mysore Nagaraja.

10            Q.    What is your current work address?

11            A.    New York City Transit Authority.

12     EXAMINATION BY

13     MR. GENIS:

14            Q.    Good morning.  My name is Bob Genis

15     and I represent a young woman who lost her arm and

16     leg.  I am going to be asking you some questions

17     today.  If there is anything I ask of you that you

18     do not understand, please say so and I will gladly

19     rephrase the question.  Otherwise, if you answer

20     the question, we are going to assume that you

21     understand it.

22            Do you understand everything I have

23     said so far?

24            A.    Yes.

25            Q.    Do you agree to these terms, sir?

```
 1                        M. NAGARAJA

 2          A.    Yes.

 3          Q.    The terms are fair; true?

 4          A.    Yes.

 5          Q.    Have you ever testified before,

 6    sir?  Have you ever given testimony before?

 7          A.    Not really, no.

 8          Q.    So, I am not sure what not really

 9    means.  Yes, you testified, or no, you have not?

10          A.    As far as I remember, I have not.

11          Q.    And you are here pursuant to a

12    subpoena today; correct?

13          A.    Yes.

14          Q.    Let me tell you in advance where I

15    am going.  It could go a little quicker.  I am

16    going to ask you some background questions first.

17    I am going to start earlier on with education and

18    go through work experience, et cetera; understood?

19          A.    Okay.

20          Q.    Can you please tell me your

21    educational background?

22          A.    My educational background, I have a

23    bachelor's degree and a master's degree in civil

24    engineering.

25          Q.    What is civil engineering?
```

7

                         M. NAGARAJA

1

2       A.    Civil engineering is all of the

3  construction things, like building tunnels and any

4  other structure that needs to be built, dams and

5  everything.  They all come under civil engineering.

6       Q.    Does civil engineering include and

7  encompass trains, subways, and things related to

8  tracks and platforms, things like that?

9       A.    Yes, tracks, platforms, and

10 stations, and anything that has to be built is

11 included, yes.

12      Q.    Where did you get your bachelor of

13 science in civil engineering?

14      A.    My bachelor of science in

15 engineering, I got it in India.  I was born in

16 India and then I had my bachelors in India.

17      Q.    Where did you get your master's

18 degree in civil engineering?

19      A.    Master's degree in civil

20 engineering, I got it in Brigham Young University,

21 in Provo, Utah.

22      Q.    Sir, are you a licensed

23 professional engineer?

24      A.    Yes, in New York State.

25      Q.    After you graduated and got your

8

1                           M. NAGARAJA

2    master's degree in civil engineering, did you have

3    any other further graduate education?

4            A.    Not really, no.

5            Q.    Or post-graduate education, I

6    should say?

7            A.    No.

8            Q.    Okay.  Have you belonged to any

9    professional groups, associations, or societies?

10           A.    I am a fellow of American Society of

11   Civil Engineers, I also am a member of the New York

12   Building Congress, and I am also a member of the

13   National Academy of Construction.

14           Q.    Are you also a professional member

15   of the American Institute of Steel Construction?

16           A.    No.

17           Q.    Were you ever a member of the

18   American Institute of Steel Construction?

19           A.    I don't think so, no.

20           Q.    Did you ever receive the Milton

21   Pikarski distinguished leadership and

22   transportation award from City College?

23           A.    Yes, I did.

24           Q.    Did you ever receive an award as

25   designated municipal engineer of the year in 2000?

9

1                    M. NAGARAJA

2          A.    Yes, I did.

3          Q.    And did you get the green star

4    award for environment management in 2002?

5          A.    Yes, I did.

6          Q.    Were you named person of the year

7    from CMAA in 2003?

8          A.    Yes, I did.

9          Q.    What is CMAA?

10         A.    Construction Management Association

11   of America.

12         Q.    Did you get a lifetime achievement

13   award from the U.S. Department of Transportation

14   in 2008?

15         A.    Yes, I did.

16         Q.    Do you hold any other honors that I

17   didn't mention yet?

18         A.    I don't think so.  I think you

19   mentioned all of them.

20         Q.    Were you also a licensed

21   professional engineer in the State of New Jersey

22   at some point?

23         A.    I used to be, but now I am only New

24   York State.

25         Q.    And are you an adjunct professor of

10

                              M. NAGARAJA

1

2    civil engineering and engineering mechanics

3    anywhere?

4          A.    In Columbia University, from 2008 to

5    2020, I was adjunct professor.

6          Q.    Are you familiar with SEAS,

7    S-E-A-S, Department of Civil Engineering?

8          A.    Yes.

9          Q.    What is that?

10         A.    S-E-A-S, no, I don't know.  I don't

11   know what it was.  I am 81 years old, you know.

12         Q.    You look better than me, sir.

13         A.    I try, but my memory is still not

14   that good.

15         Q.    That's okay, sir.  We will muddle

16   our way through together; okay?

17         A.    Okay.

18         Q.    Can you tell me your work

19   experience, and we will go in chronological order,

20   in the field of engineering, from the beginning to

21   the present?

22         A.    1969, after I got my master's

23   degree, I came to New York City, worked for a

24   company called Steinman Pointan, designing bridges,

25   you know, a bridge design engineer.  I was there

11

1                         M. NAGARAJA

2    for about a year-and-a-half.

3                    And after that, you know, I got laid

4    off from there because they didn't have any

5    business, so then I joined the New York City

6    Department of Transportation as an assistant civil

7    engineer, and I was there for a couple of years.

8                    In 1974, I joined a company called

9    the M.W. Kellogg Company, in Hackensack, New

10   Jersey, as a civil design engineer, designing --

11   fertilizers all over the world.  And in 1985, they

12   moved to Houston, Texas, and that is when I went to

13   an open house at New York City Transit to get a

14   project manager job, and I was hired in 1985 as a

15   project manager in New York City Transit.

16          Q.    I am going to stop you for one

17   second.  What is involved in being a project

18   manager, sir?

19          A.    The project manager was -- you know,

20   we had a project, the Lexington Avenue line

21   rehabilitation, which included structures and the

22   track and the station, and then the ventilation

23   system and pump rooms, and everything that is

24   included in running the line.  And so, I was the

25   project manager of that project.  It was a

12

1          M. NAGARAJA

2     $230,000,000 project and I was hired as the project

3     manager.

4              And then in 1986, later in 1986, I

5     got promoted to assistant vice president in New

6     York City Transit, in charge of the infrastructure

7     A program, all of the A division programs for the

8     rehabilitation of different lines in the A

9     division.  And I was in charge of that from 1986,

10    the end of 1986, until 1988.

11             In 1988, I got promoted again in New

12    York City Transit to be a deputy vice president and

13    chief engineer in charge of the whole design and

14    engineering.  And in addition to that, the shops

15    and yards.  That is all of the car maintenance

16    shops and the rail yards and all of that.  That

17    program was in my thing.  And then in -- that was

18    1996.  And then in 1996, I was promoted to senior

19    vice president and chief engineer for capital

20    program management, reporting to the president of

21    New York City Transit.

22        Q.    Can I stop you for one second, sir?

23    I apologize.  What is capital program management?

24        A.    New York City Transit, at the time,

25    had a capital program, just almost like two billion

13

1                          M. NAGARAJA

2    dollars a year capital program, which included

3    rehabilitation of all structures, signal systems,

4    communication systems, and stations, and the shops

5    and the yards.  And first it was -- because New

6    York City Transit also runs the bus system, so

7    first it was bus maintenance facilities, all of

8    those, and the rail yards, they were all included,

9    the rehabilitation of all of those things, and any

10   new construction that has to happen in the program.

11              So, that is the capital program

12   management department and I had 1600 people in my

13   department.  I was reporting to the president of

14   New York City Transit.

15        Q.    Who was the president back then?

16        A.    The president back then was -- his

17   name was Larry Reuter.  And I was -- I was that

18   until 2003.  I was senior vice president and chief

19   engineer.  In 2003, the MTA board chairman, Peter

20   Kalikow, asked me to be the president of MTA

21   Capital Construction Company, to focus on expansion

22   program, which included the secondary new subway

23   extension and the No. 7 line extension and yards.

24              And also, after 9/11, we got funds

25   for building the Fulton Street station, completing

14

1                              M. NAGARAJA

2      the Fulton Center, and also a brand new South Ferry

3      terminal, and we had also a billion dollars for the

4      MTA system security program, you know, after 9/11.

5      So, my responsibilities was these projects.

6                Q.    I am going to stop you for one

7      second.  You said MTA-CC, I believe?

8                A.    Yes.

9                Q.    What does that stand for and what

10     do they do?

11               A.    MTA Capital Construction was created

12     in 2003, and with the responsibility to be in

13     charge of all of the expansion programs, you know,

14     the new construction, including the downtown two

15     project and the security program.

16               Q.    I am sorry to interrupt.  You may

17     proceed telling me your background, please.

18               A.    And then in 2008, I retired from

19     MTA.  And then from 2008, I was working -- I was

20     teaching one course in Columbia University and I

21     became a professor, until about 2020.  And I was

22     also doing some consulting work, until about 2020,

23     with other railroad properties around the country.

24     And then since 2020, since the pandemic started, I

25     am a totally retired person.

15

1                        M. NAGARAJA

2          Q.    I am sorry to take you out of

3     retirement today, sir.

4          A.    I know.  You did.

5          Q.    Sir, would it be fair to say, with

6     your illustrious background and career and

7     education and training, that you are familiar with

8     good and accepted practices and procedures in the

9     field of civil engineering, particularly as it

10    relates to mass transit and mass transportation

11    and subways?

12         A.    Yes, I am familiar with the

13    practices that are -- yes.

14         Q.    And are you familiar with

15    professional standards of care throughout this

16    period, as they relate to civil engineering,

17    particularly for mass transit, subways, stations,

18    platforms, train cars, and things of that nature?

19         A.    Yes, I am familiar with all the

20    professional standards and the state and the

21    authority standards, yes.

22         Q.    All right, sir.  Is safety

23    important in the field of engineering and mass

24    transit?

25         A.    Safety is always number one.  Safety

16

1                           M. NAGARAJA

2    is very important in anything we do, yes.

3           Q.    Can we refer to the MTA and New

4    York City Transit Authority as a mass transit

5    agency?

6           A.    It is a mass transit agency, yes.

7           Q.    Can we agree that a mass transit

8    agency should prevent preventable harm?

9           A.    The answer is yes, I agree, and New

10   York City Transit does that.

11          Q.    Okay.  And can we agree that

12   according to good and accepted practices and

13   procedures and professional standards of care,

14   that it was the duty of the New York City Transit

15   Authority and MTA, throughout the time certainly

16   you worked there, to prevent preventable harm?

17                MR. KEAVENEY:  Just note my

18          objection.  You can answer.

19          A.    Yes, you are asking a very broad

20   question.

21          Q.    Yes, sir.

22          A.    Certainly they do.  The New York

23   City Transit Authority has a lot of safety

24   protocols, which they follow even today.

25                MR. GENIS:  Okay.  Just move to

17

1                    M. NAGARAJA

2       strike as non-responsive.

3       Q.    Sir, all I am asking you -- and I

4   would like to take a up less of your time than

5   otherwise.  If I ask you, for example, a yes or no

6   question, or a true or false question, if you

7   would just please answer it with a yes or no, or a

8   true or false, I could take up less of your time.

9       A.    Okay.

10       Q.    So, do we agree, that according to

11   required professional standards of care applicable

12   to the New York City Transit Authority and MTA,

13   from the time that you worked there, through 2020,

14   when you retired from the field of engineering,

15   that they had a duty to prevent preventable harm?

16           MR. KEAVENEY:  Again, same

17       objection.  You can answer.

18       A.    The answer is yes, and they do.

19           MR. GENIS:  Just move to strike

20       those portions which are non-responsive.

21       Q.    Sir, you are represented today by

22   an attorney for the New York City Transit

23   Authority and the MTA; correct?

24       A.    Yes.

25       Q.    And you receive a pension from

18

1                              M. NAGARAJA

2    them, as well; true?

3              A.    Yes.

4              Q.    Sir, according to professional

5    standards of care and good and accepted

6    engineering practices, procedures, and protocols,

7    did the New York City Transit Authority and MTA

8    have a duty to prevent foreseeable harm; yes or

9    no?

10             MR. KEAVENEY:   Note my objection.

11             You can answer.

12             A.    I think you already asked before.

13             Q.    I asked about preventable harm.

14   Now I am asking about foreseeable harm.

15             A.    I don't know.

16             Q.    Okay.  Can we agree that from even

17   before you started at the Transit Authority,

18   throughout the entire time that you were at the

19   Transit Authority, through 2020 when you retired

20   from engineering, that there are unfortunate

21   incidents known as 12-9s?

22             A.    I can't understand your question.

23             MR. GENIS:  I will ask a brand new

24             one then, sir.

25             You know what, Dave, would you

19

                              M. NAGARAJA

1

2       kindly put up -- it is Bates stamped 7406,

3       and we can make that Plaintiff's Exhibit

4       No. 1 today.

5              (Whereupon, Plaintiff's Exhibit 1,

6       a document, was marked for

7       identification.)

8       Q.    He is going to put something on the

9  screen for you to look at, sir.  And while he is

10 doing that, I will ask some more questions.

11             Are you familiar with the fact that

12 every year a certain number of people get run over

13 or hit by New York City Transit Authority subway

14 trains?

15      A.    I heard newspaper accounts of some

16 of them.

17      Q.    This has been going on pretty much

18 since the subway system started, that people get

19 run over every year and hit by trains and are

20 killed or seriously injured; true?

21             MR. KEAVENEY:  Note my objection.

22 You can answer.

23      A.    Well, New York City Transit

24 Authority carries over four million people every

25 day, and so these things happen once in a while.

20

1                          M. NAGARAJA
2   So, I don't know.
3                   MR. GENIS:  Move to strike as
4           non-responsive.
5           Q.    Sir, do you remember a moment ago
6   you gave me your word, if I ask you a yes or no
7   question, that you would answer me with a yes or
8   no?
9           A.    Okay.
10          Q.    So, do we agree that the Transit
11  Authority is aware of every year people being run
12  over and hit or killed and injured by Transit
13  Authority trains?
14                  MR. KEAVENEY:  Note my objection.
15          You can answer.  And just for the
16          witnesses information, when I say
17          objection, that doesn't mean don't answer
18          the question.  It means -- it is just for
19          the record.  You can answer the question.
20                  Sorry, Bob, I just wanted to make
21          sure.
22                  MR. GENIS:  That's fine.
23                  MR. KEAVENEY:  Maybe you can read
24          the question back, or have the court
25          reporter read it back.

21

1                        M. NAGARAJA

2            THE WITNESS:  Yes, ask the question

3        again.

4            MR. GENIS:  Would you read it back,

5        please?

6            (Whereupon, the requested portion

7        of the transcript was read back by the

8        court reporter.)

9            THE WITNESS:  I have seen newspaper

10        accounts of it.

11        Q.    Sir, we are showing you what we

12   have marked for identification today as

13   Plaintiff's Exhibit No. 1, and it is Bates stamped

14   Page 7406.  This is a chart, as you can see, by

15   the MTA Transit Authority involving the number of

16   people struck by or hit by -- run over by trains

17   in 2001 through 2011; do you see that, sir?

18        A.    I see the chart, yes.

19            (Whereupon, a discussion was held

20        off the record.)

21        Q.    Sir, we are showing you Plaintiff's

22   Exhibit No. 1, Bates stamped 7406, and it shows,

23   according to the Transit Authority and MTA, from

24   2001 through 2011, the number of people injured or

25   killed by being hit or run over by a train; do you

22

1                          M. NAGARAJA
2     see that, sir?
3                A.     Yes, I see that.  Yes.
4                Q.     And the lowest number of people
5     killed by trains on any given year, by the subway
6     train, is 31 people, and the highest number we see
7     in this chart is 51; correct?
8                A.     That's what I see there, yes.
9                Q.     And in terms of people getting hit
10    by trains, the lowest number is 107, and the
11    highest number is 188; correct?
12               A.     That's what I see, yes.
13               Q.     Okay.  So, would it be fair to say
14    that the Transit Authority was aware of this
15    recurring problem of every year people getting hit
16    and injured or killed by their trains?
17               A.     Yes.
18               Q.     Can we agree that since the Transit
19    Authority was aware of this recurring problem of
20    people being killed and injured by the trains,
21    that the Transit Authority had a duty to do
22    something about preventing this from occurring?
23               MR. KEAVENEY:  Note my objection.
24    You can answer.
25               A.     The answer is yes, and I think they

23

1                          M. NAGARAJA

2    do.

3                    MR. GENIS:  Okay.  Just move to

4           strike that portion which is

5           non-responsive.

6           Q.    So, yes, you agree that the Transit

7    Authority had a duty, as part of its job, to

8    prevent people from getting hit or run over by

9    trains and killed or injured; true?

10                   MR. KEAVENEY:  Objection.  Asked

11          and answered.  You can answer again.

12          A.    I answered already.

13          Q.    Yes, but I am just trying to get a

14   true or false or yes or no to my question.  Can

15   you kindly do that, sir?

16          A.    Yes.

17          Q.    Thank you.

18                Okay.  So, how can people be

19   prevented from being run over and killed or

20   injured by trains; are there means known in

21   engineering to do so?

22          A.    I don't know how to answer this.

23          Q.    Okay.  Let me try it a different

24   way.  Through use of engineering, technology,

25   equipment, things of that nature, are there

24

1                          M. NAGARAJA
2    devices that have been in existence for many years
3    to either prevent, eliminate, or greatly reduce
4    the number of people that get run over or hit by
5    trains and killed or seriously injured?
6              A.    Yes.
7              Q.    What are the different devices or
8    equipment or technology that have been available
9    for years to prevent people from getting hit or
10   run over and killed or injured by trains?
11             A.    Make sure that the people don't
12   stand close to the edge of the platform.  New York
13   City Transit Authority does that all the time.
14             MR. GENIS:  Just move to strike.
15             Q.    What I am asking you, sir, are
16   there any known devices, equipment, things of that
17   nature, that can prevent people from either
18   falling or being pushed or jumping off the train
19   tracks so that would prevent the trains from
20   running over or hitting them?
21             A.    Overseas they use them.  In some
22   properties they are using platform edge doors.
23             Q.    So, there are devices, known as
24   platform edge doors, that are effective in
25   preventing people from being hit and run over by

25

```
1                            M. NAGARAJA
2    trains?
3            A.      Wherever it is possible to install
4    them, there are some in other properties.
5            Q.      Is that a yes to my question, sir?
6            A.      Yes.
7            Q.      When did devices such as platform
8    edge doors first come into existence?
9            A.      I am not sure.  I think it is in the
10   last few years.  I am not sure exactly when.
11           Q.      Let's back up, sir.  Have you ever
12   been interviewed by newspapers?
13           A.      Yes.
14           Q.      When you were interviewed by
15   newspapers or other media, it was because of your
16   position and role and duties with the Transit
17   Authority and the MTA; correct?
18           A.      Yes.
19           Q.      And you have told us you read
20   different articles in the media about people
21   getting run over and hit by trains; correct?
22           A.      I am not sure.
23           Q.      To your knowledge, when for the
24   first time did the Transit Authority or MTA first
25   consider using safety devices, such as platform
```

26

1                          M. NAGARAJA

2      edge doors, to prevent people from getting hit or

3      run over by trains and killed or seriously

4      injured?

5          A.     I saw in newspapers that they are

6      considering doing that as a trial in three

7      stations.

8          Q.     I am not asking about recently,

9      sir.  I am talking about when for the first time

10     -- and to assist you on this -- and if you would

11     like, we could put the newspaper articles on the

12     screen, but there were newspaper articles that

13     discussed how the Transit was first considering

14     doing these back in the 1980s, and then in the

15     1990s.  So, I make that as an offer of proof.  If

16     you would like to see the articles, we will gladly

17     share them on the screen.

18               But my question is, can we agree

19     that, since the 1980s and 1990s, the Transit

20     Authority is aware of safety devices, such as

21     platform edge doors, to prevent people from

22     getting run over or hit by trains and killed or

23     seriously injured?

24         A.     Yeah, yeah they looked at it many

25     times, yes.

27

1                        M. NAGARAJA

2          Q.     You started to work for the Transit

3     Authority in the 1980s; correct?

4          A.     1985.

5          Q.     When, in terms of your work, did

6     you first get involved with consideration of

7     platform edge doors, the safety devices to prevent

8     people from getting hit and run over by New York

9     City Transit Authority trains and killed or

10    seriously injured?

11               MR. KEAVENEY:   Note my objection.

12               You can answer.

13          A.     Well, when we were doing the 72nd

14    Street station and the No. 1 line.  So, it was a

15    very highly-crowded station, so we certainly

16    started looking at that.  But, unfortunately, the

17    platform, and the platform configurations are in

18    such a way that they are so narrow platforms and

19    all of that.  There was no way we could put

20    platform doors in there.

21               So, we decided to put one more head

22    house, instead of all of the people coming through

23    one -- enter the station through one entrance and

24    then getting out of the same entrance.  So, we

25    built that second head house at 72nd street.

28

1                          M. NAGARAJA

2                  MR. GENIS:  Thank you, but I move

3            to strike.  That was not my question.

4            Q.    My question was when, when for the

5      first time did you have knowledge of the Transit

6      Authority considering safety devices, such as

7      platform edge doors, to prevent people from

8      getting hit or run over by trains?

9            A.    It was sometime in the early 1990s.

10           Q.    At some point in time you advocated

11     the use of platform edge doors in the New York

12     City subway system; would that be fair to say?

13           A.    We started looking at, is it

14     possible to do it, yeah.

15           Q.    Were you an advocate or a proponent

16     of having platform edge doors installed anywhere

17     in the New York City Transit Authority system?

18           A.    Certainly we started looking at

19     whether it can be done, and unfortunately we

20     couldn't find stations where it could be done.

21                 MR. GENIS:  Move to strike those

22           portions non-responsive.

23           Q.    So, is the answer to my question

24     yes, sir?

25           A.    Yes.  We looked into it, yes.

29

1                           M. NAGARAJA

2           Q.     And are you here to help the

3    Transit Authority or MTA today, sir?

4                   MR. KEAVENEY:  Objection.

5                   THE WITNESS:  What is the question?

6           I didn't hear it.

7           Q.     Are you here today to help the

8    Transit Authority and the MTA, as you are sitting

9    in the office of their attorney and giving --

10                  MR. KEAVENEY:  Objection.  He is

11          here pursuant to a subpoena.

12          A.     I don't know.

13          Q.     Now, sir, can we agree that it is

14   easier to have platform edge doors installed where

15   there is new construction, in other words, a new

16   station?

17          A.     The answer is yes.

18          Q.     Have you ever discussed with anyone

19   at the Transit Authority costs of installing

20   platform edge doors at subway stations?

21          A.     We are looking at the possibility,

22   but I don't know.  It is going to cost a lot of

23   money, yes.

24          Q.     Well, I am glad you mentioned that.

25   So, have you ever seen anything about how platform

30

1                           M. NAGARAJA

2      edge doors can be installed for free, by other

3      companies, in the exchange for advertising revenue

4      placed on the surfaces of the platform edge doors?

5            A.    I don't have knowledge of that, no.

6            MR. GENIS:  Let's see.  I am going

7            to back up a little.  Well, let's take a

8            look at it.  Dave, would you kindly put up

9            Bates 423893?

10           (Whereupon, Plaintiff's Exhibit 2,

11           a document, was marked for

12           identification.)

13           Q.    We are showing you what has been

14     marked today for identification as Plaintiff's

15     Exhibit No. 2, and it is Bates stamped 423893.  Do

16     you see this document, sir?

17           A.    Yeah.

18           Q.    And this is an e-mail from you;

19     correct?

20           A.    Yes.

21           Q.    It is an e-mail to Tom Prendergast;

22     correct?

23           A.    Yes.

24           Q.    Among other people; correct?

25           A.    Correct.

1                          M. NAGARAJA

2          Q.    And Mr. Prendergast was the

3    president of the New York City Transit Authority

4    at the time; correct?

5          A.    That's correct.

6          Q.    Who is Carmen Bianco?

7          A.    Carmen Bianco was the -- I think

8    Carmen Bianco was in charge of system safety at the

9    New York City Transit Authority.

10         Q.    Who is Jay Walder?

11         A.    Jay Walder was the chairmen of the

12   MTA at that time.

13         Q.    And is the subject of this e-mail

14   platform doors?

15         A.    Yes.

16         Q.    And is this an e-mail that you

17   sent, and that was sent to the Transit Authority

18   and received and kept by it and maintained by it

19   in the regular course of its business?  In other

20   words, you sent this in the regular course of your

21   business, and they received this e-mail and kept

22   it in the regular course of their business; true?

23         A.    Yes.

24         Q.    And this was in 2011, February 1st

25   of 2011?

32

1                        M. NAGARAJA

2          A.     That's what it says.

3          Q.     Okay.  I am going to read it, and

4    tell me if I read it accurately and correctly.  It

5    says, "Tom, I was happy to hear on the radio this

6    morning that NYCT, New York City Transit, is

7    considering the installation of platform doors in

8    stations."

9                 Did I read that accurately, sir?

10         A.     Yes, you did.  I am reading the

11   whole thing.

12         Q.     Why were you happy to learn that

13   the Transit Authority was considering installing

14   platform doors in stations?

15         A.      It's certainly an original safety

16   thing that I have seen in other parts of the world.

17         Q.     And, in fact, you had seen these

18   safety devices, these platform edge doors, at JFK

19   Airport, as well, in New York City?

20         A.     Yes.  At the airport, yes.

21         Q.     By the way, are you aware of a

22   single person being killed by a train at JFK since

23   the time that they installed these platform edge

24   doors?

25         A.     Can you repeat the question?

33

1                          M. NAGARAJA

2              Q.    Sure.   In New York City, at JFK,

3    they have had these platform edge doors for a

4    while; correct?

5              A.    Yes.

6              Q.    And have you ever heard of a single

7    person being hit and killed by a train at JFK

8    after the time they installed the safety devices,

9    these platform edge doors?

10             A.    The answer is no.

11             Q.    Have you ever heard of a single

12   person being injured by getting hit by a train at

13   JFK after these platform edge doors were installed

14   in New York City?

15             A.    No.

16             Q.    So, would it be fair to say that in

17   New York City there has been actual experience

18   with platform edge doors; true?

19             A.    At the airport, yes.

20             Q.    Okay.  And in New York City, the

21   experience with platform edge doors, is that they

22   were 100 percent effective at preventing people

23   from being killed or seriously injured by getting

24   hit by trains or run over by trains; true?

25             MR. KEAVENEY:   Note my objection.

34

1                          M. NAGARAJA

2          You can answer.

3          A.    The airport is not the transit

4    system.   The airport is different.

5                MR. GENIS:  I understand.  Move to

6          strike.

7          Q.    Can you answer my question, sir?

8    Can you please answer my question?

9          A.    At the airport, yes.

10         Q.    Okay.  So, they have been 100

11   percent effective there; correct?

12               MR. KEAVENEY:  Note my objection.

13         A.    Yes.

14         Q.    Let's continue reading your e-mail.

15   Did you then write, "I had almost negotiated with

16   a vendor to install these at the New South Ferry

17   station."

18               Did I read that accurately?

19         A.    I would imagine so, but I don't

20   remember.   It is so long ago.

21         Q.    I understand you may not remember,

22   but I read that accurately; correct?

23         A.    Yes.

24         Q.    And when you wrote this, you were

25   telling the truth; correct?

35

1                           M. NAGARAJA

2              A.      I would say yes.

3              Q.      And when you wrote this whole

4    e-mail, you were being truthful and accurate;

5    correct?

6              A.      The answer is yes.  At that time,

7    yes.

8              Q.      And when you wrote this, you were

9    being honest; correct?

10             A.      What is that?  Can you repeat that?

11             Q.      You were being honest when you

12   wrote this e-mail; correct?

13             A.      Yes.

14             Q.      And the next sentence reads, "This

15   vendor was willing to install them," meaning the

16   platform edge doors, "at no cost to the MTA."

17                     Did I read that accurately?

18             A.      That's what I thought at that time.

19   I am not sure.

20             Q.      Well, that's what you wrote;

21   correct?

22             A.      I wrote, yes.

23             Q.      And when you wrote that to the

24   president of the Transit Authority, the head of

25   system safety of the Transit Authority, and the

36

1                          M. NAGARAJA

2    head of the MTA, were you being truthful,

3    accurate, and honest?

4          A.    I would imagine so, yes.

5          Q.    You were not lying to

6    Mr. Prendergast; were you?

7          A.    I don't see any reason to lie.

8          Q.    The e-mail continues, "His proposal

9    was to strategically install customer information

10   screens (CIS) on top of these doors.  MTA could

11   use these CIS for providing train info to

12   customers and the vendor would also generate

13   income from advisements."

14               Did I read that accurately?

15         A.    The answer is yes.

16         Q.    Okay.  And was that also a

17   truthful, accurate, and honest statement?

18         A.    At that time, in 2011, when I wrote

19   it, probably it is.

20         Q.    And have you learned anything,

21   since then, that let's you know that you were

22   lying at that time?

23         A.    No.

24         Q.    Okay.  And you noted that you were

25   happy because you were happy that if platform edge

37

1                          M. NAGARAJA

2    doors would get installed, that would save lives

3    and limbs; true?

4              A.    It will add an additional security,

5    yes.

6              Q.    So, you agree with what I just

7    said; true?

8              A.    It will add additional security.

9    That's all.

10             Q.    So, in other words, you were happy,

11   if they would install platform edge doors, that

12   this was a safety device that could effectively

13   prevent or dramatically reduce the number of

14   people getting killed or maimed by trains; true?

15             MR. KEAVENEY:    Objection.  You can

16        answer.

17             A.    I already answered, so --

18             Q.    Can you just answer this question,

19   sir, please?

20             A.    Yes, I did answer.  I said yes.

21             Q.    Yes.  Okay.  Thank you.

22             All right.  And then I am going to

23   go to the next paragraph.  "I am sure you are

24   aware that provision has been made in the new 34th

25   Street station, on the No. 7 line, for future

38

1                          M. NAGARAJA

2       installation of platform doors."

3                       Did I read that accurately?

4              A.     Yes.

5              Q.     And again, when you wrote that,

6       that was a truthful, honest, and accurate

7       statement; correct?

8              A.     Yes.

9              Q.     And then you wrote, "The 7 line,

10      with CBTC operational in the next few years, would

11      be a great candidate for platform doors."

12                      Did I read that accurately?

13             A.     Yes.

14             Q.     Was that a truthful and accurate

15      and honest statement, as well?

16             A.     Yes.  Platform doors work with

17      automatic signal system, yes.

18             Q.     And then did you write, "I also

19      tried to make similar provision in the four

20      stations on the Second Avenue subway"; correct?

21             A.     Yes.

22             Q.     Was that a truthful and accurate

23      statement?

24             A.     I would imagine, yes.

25             Q.     I am going to skip down further.

39

1                          M. NAGARAJA

2    "My goal was to build all new stations as truly

3    21st century stations."

4                    Did I read that accurately?

5         A.    Yes.

6         Q.    That was a truthful statement, as

7    well; correct?

8         A.    Yes.

9         Q.    And then you wrote, "Hopefully,

10   under your leadership, you will make my dream come

11   true."

12                   Did I read that accurately, sir?

13        A.    Yes.

14        Q.    And was that a truthful, honest,

15   and accurate statement?

16        A.    Yes, I can see that.

17        Q.    So, it was your dream that the

18   Transit Authority would modernize its system and

19   make it safe and be able to prevent or

20   dramatically reduce incidents of people getting

21   killed or seriously injured by getting run over or

22   hit by trains; true?

23                   MR. KEAVENEY:  Objection.  You can

24             answer.

25        A.    Yeah, in due time, when the system

40

1                           M. NAGARAJA

2    is ready to install them.  But again, the signal

3    system has to be completely modernized, the

4    communication systems have to be modernized.  There

5    are a lot of things that have to happen before that

6    could happen.

7                    MR. GENIS:  Move to strike the

8               non-responsive portion.

9               Q.    So, I asked you a true or false

10   question, and you remember you gave me your word

11   that you would answer a true or false question

12   with a true or a false.  So, please keep your word

13   and answer the question.

14              A.    I answered true, with the

15   qualification that the system has to work with it,

16   so.

17              Q.    Did you write in this e-mail these

18   qualifications and, you know, any hedging language

19   or invasive words; did you do that in this e-mail?

20                   MR. KEAVENEY:  Objection.  You can

21              answer.

22              A.    I already answered it.

23              Q.    No, I never asked that question

24   before, sir.

25              A.    You know, the whole signal system

41

1                    M. NAGARAJA

2   had to be completely modernized, which is not done

3   yet.  So, that is -- that is what I said in there.

4               MR. GENIS:  Move to strike as not

5               responsive.

6               Q.    Sir, was it your dream, in the

7   years 2000 through 2007, that the New York City

8   Transit Authority would modernized its system and

9   install platform edge doors to prevent people from

10  being killed or maimed from contact with trains in

11  its system; yes or no?

12              MR. KEAVENEY:  Note my objection.

13              You can answer.

14              A.    In 2007, I'm not sure about if that

15  was my dream, no.

16              Q.    So, when did it become your dream

17  to make the subway system safe and prevent people

18  from getting injured by trains?

19              MR. KEAVENEY:  Objection.  You can

20              answer.

21              A.    The subway system is certainly safe

22  -- it could make it safer.  It is one more added

23  safety feature.

24              Q.    When you say it is safe, sir, do

25  you consider one to two hundred people getting hit

42

1                           M. NAGARAJA

2    by trains every year, and 37 to 55 people being

3    killed every year, do you consider that safe?

4                    MR. KEAVENEY:  Note my objection.

5               You can answer.

6               Q.    It is a yes or no question.

7               A.    Well, I am not sure, you know.  It

8    carries millions of people, so I'm not sure how to

9    answer that.

10              Q.    Okay.  Sir, I am trying to be

11   direct and ask simple yes, no, true, false

12   questions, because you told us you would like to

13   finish sooner.  The more you give non-responsive

14   answers, the longer this will take.  So, please

15   don't be upset if this goes longer than you would

16   like, because we are taking a lot of extra time

17   because you are being non-responsive to my

18   questions.

19              Do you understand that?

20              A.    Yes.

21              Q.    And do you understand that when you

22   are not responsive to the question or evasive, a

23   jury might think that you are trying to be biased

24   and in favor of the Transit Authority; do you

25   understand that?

43

```
1                        M. NAGARAJA
2              MR. KEAVENEY:  Objection.  That's
3         uncalled for.  Just ask the question.
4         Q.    All right.  Do you understand that,
5    sir?
6              MR. KEAVENEY:  Objection.  Don't
7         answer that.  That's uncalled for, as to
8         what a jury might think regarding his
9         responses to questions.  It is not a
10        proper question.  Move on.
11             MR. GENIS:  I disagree.
12             MR. KEAVENEY:  It is not a proper
13        question.
14        Q.    Let's look at some other things.
15   Sir, did you write on this e-mail anywhere, "We
16   just can't do it.  It is not feasible to put in
17   platform edge doors in the subway system in New
18   York"; did you write that anywhere, yes or no?
19        A.    Certainly it could be done in the
20   future when the whole signal system --
21             MR. GENIS:  Not my question, sir.
22        Move to strike.
23        Q.    My question, nice and simple is,
24   did you write anywhere in this e-mail to the
25   president of the Transit Authority, to the head of
```

44

M. NAGARAJA

1

2    system safety of the Transit Authority, and the

3    head of the MTA, when you were happy to hear that

4    they were considering installing platform doors

5    and that they were going to make your dream come

6    true, that your dream was not feasible, not

7    possible; did you write that anywhere, sir?

8         A.    No.  It is not in that memo, no.

9         Q.    And you wrote this memo in 2011;

10   correct, this e-mail?

11        A.    That's what I see.

12        Q.    Sir, are you aware of a single

13   piece of paper, whether it is an e-mail, a report,

14   a letter, a memo, or anything at all, where you

15   ever wrote to the Transit Authority that it was

16   not feasible at any time to install platform edge

17   doors to protect people?

18        A.    I don't remember, no.

19        Q.    In fact, would you agree that you

20   wanted platform edge doors installed on the No. 7

21   line extension; true?

22        A.    Yeah, we make prodigen (sic) -- for

23   it.

24        Q.    And you wanted platform edge doors

25   installed on the No. 2 train; correct?

45

1              M. NAGARAJA

2         MR. KEAVENEY:  Objection.

3         A.    I'm not sure.

4         MR. GENIS:  Let's talk about some

5    other things.  Dave, can you please put up

6    3358 through 33 -- well, it starts at

7    3358, but it is a number of pages.

8         (Whereupon, a discussion was held

9    off the record.)

10         MR. GENIS:  Let's take a look at

11    3672 through 3677, a two-page document.

12    This will be Exhibit 3.

13         (Whereupon, Plaintiff's Exhibit 3,

14    a document, was marked for

15    identification.)

16         Q.    Sir, you told us you were familiar

17    with the platform edge doors at JFK Airport.  How

18    thick are those doors and the frame or housing

19    that support it?

20         A.    I have no idea.

21         Q.    Is it about six inches or less?

22         A.    I don't know.  I really don't know.

23         Q.    Where do you live now, sir?

24         A.    What was that?

25         Q.    Where do you live, sir?

46

1                         M. NAGARAJA

2          A.    I live in New Jersey.

3          Q.    And where are you right now?

4          A.    Right now, I am in -- where is it?

5    120 Broadway in New York City.

6          Q.    You are in the lawyer's office for

7    the Transit Authority; correct?

8          A.    Yes.

9          Q.    How did you get there today?

10         A.    My daughter lives in Jackson

11   Heights, so I came there last night, me and my

12   wife, from New Jersey, and then from Jackson

13   Heights I took the subway system to come here.

14               (Whereupon, a discussion was held

15               off the record.)

16         Q.    Okay.  Sir, we are showing you a

17   document.  It is two pages long.  Take a look at

18   it.  It is Bates 3672 and 3673.  Okay.  Do you see

19   this document from the Transit Authority, from

20   Carmen Bianco; do you see it, sir?

21         A.    Yeah, I see it.

22         Q.    And it is regarding an MTA proposal

23   to install barrier/doors on the subway platform;

24   do you see that, sir?

25         A.    Yes.

47

1              M. NAGARAJA

2          Q.    And do you see that there is a

3    suggestion by a state senator, Diane Savino, to

4    the MTA Chairman and its chief executive officer,

5    that if there is going to be platform --

6              MR. GENIS:  Let's go to the second

7          paragraph, Dave.

8          Q.    It says, "In the past, the idea of

9    installing platform edge doors in some subway

10   stations was considered but was postponed for

11   reason of cost and other factors.  However, last

12   year a request for information (RFI) to solicit

13   interest and concept proposals from potential

14   vendors was issued."

15             Do you see that, sir?

16         A.    Yes.

17         Q.    I am going to go up a little

18   higher, the paragraph right above it, right before

19   where I read, that last sentence, "She also,"

20   meaning Senator Savino, "also suggested that

21   funding alternatives, such as advertising on the

22   barrier doors should be explored."  Do you see

23   that?

24         A.    Yes, I see that.

25         Q.    And let's go to the third

48

1                          M. NAGARAJA

2    paragraph, where it says, "We agree with Senator

3    Savino that our agency cannot be solely

4    responsible for bearing the cost of a barrier door

5    system."

6                    Do you see that, sir?

7         A.    Yes.

8         Q.    "And the RFI, which can be viewed

9    at," and it gives, I guess, a website, "includes

10   language that aligns with the cost concerns

11   expressed by the senator.  It explicitly states

12   that we are, quote, particularly interested in

13   financing options involving little or no upfront

14   construction costs, end quote, to us."

15                   Do you see that, sir?

16        A.    Yes.

17                   MR. GENIS:  Let's now go to Bates

18             12993.

19                   (Whereupon, Plaintiff's Exhibit 4,

20             a document, was marked for

21             identification.)

22        Q.    Do you see this is a letter from

23   Crown Infrastructure Solutions to the New York

24   City Transit Authority; do you see that, sir?

25        A.    Yes, I see it.

49

1                          M. NAGARAJA

2          Q.    And this is another document, it

3     says, "Request for information."  It is referring

4     to that RFI; correct?

5          A.    Yes.

6          Q.    It states --

7                MR. GENIS:  Dave, could you make a

8          little big bigger, please?

9          Q.    By the way, who is John Oricchio?

10         A.    I have no idea.

11         Q.    Well, 2 Broadway -- well, it is to

12    the New York City Transit Authority, 2 Broadway,

13    New York, New York; correct?

14         A.    Yes.

15         Q.    What office was located for the

16    Transit Authority at the 2 Broadway?

17         A.    2 Broadway, there are a lot of

18    offices, you know, so.

19         Q.    All right.  Did that include, for

20    example, the office of system safety?

21         A.    In 2011, I don't know, because I

22    retired in 2008.

23         Q.    Got it.  Okay.  I am going to read

24    that first paragraph at first, to Mr. Oricchio,

25    "For over five years, New York based Crown

50

1               M. NAGARAJA

2   Infrastructure Solutions LLC, has been working

3   diligently on a program that will provide much

4   needed improvements to the New York City subway

5   system.  Crown Infrastructure Solutions is proud

6   to present platform media.  Platform media is an

7   advertisement supported station improvement

8   program focusing on platform edge doors,

9   specifically engineered to operate in urban rail

10  systems."

11              "In addition to the physical

12  upgrades, platform media will produce long-term

13  revenue for New York City Transit Authority at

14  little or no investment from New York City

15  Transit."

16              Did I read that accurately, sir?

17       A.    Yes.  That's what I read, yeah.

18              MR. GENIS:  Let's go down a little

19       further.  Stop right there for one second.

20       Q.    In that second paragraph, the third

21  line, I think it is third sentence starting,

22  "Crown Infrastructure does not seek to reinvent

23  platform edge doors or platform edge door

24  technology, but rather work in a collaborative

25  effort with existing proven platform edge door

51

1                        M. NAGARAJA

2     manufacturers to create the platform media

3     system."

4                   Did I read that accurately?

5          A.     That's the way it reads there, yes.

6          Q.     "In past presentations, Crown

7     Infrastructure aligned with Westinghouse platform

8     screen doors as the platform edge door

9     manufacturer for platform media."

10                  Did I read that accurately?

11         A.     That's what this reads there, yes.

12         Q.     "At that time, Westinghouse

13    (Knorr-Bremse) was represented," it gives names of

14    people, "and now it is currently represented by."

15                  Did I read that accurately?

16         A.     Yes.

17         Q.     "Although we have a relationship

18    with Westinghouse, platform media's designs are

19    flexible and can function with any type of

20    platform edge door."

21                  Did I read that accurately?

22         A.     Yes.

23         Q.     By the way, have you heard of

24    Westinghouse?

25         A.     No.

52

                              M. NAGARAJA

1

2          Q.      You never heard of Westinghouse

3     before, sir?

4          A.      I heard of Westinghouse, but I don't

5     know about this particular thing at that time.

6          Q.      Okay.  Going to the next paragraph,

7     "The items in request for information," and then

8     it gives the number, "reflect many of the ideas

9     Crown Infrastructure Solutions originally

10    presented to the MTA in 2006."

11                 Did I read that accurately?

12         A.      Yes, that's what it says.

13         Q.      And you were at the TA in 2006;

14    correct?

15         A.      Yes.

16         Q.      "Since our initial presentation, we

17    have met numerous times with the MTA's real estate

18    division, including Rocco Krsulic and Loressa

19    Fenik, as well as the MTA Capital Construction

20    Vice President and General Counsel, Ronnie Hakim,

21    and former president Mysore Nagaraja," you;

22    correct?

23         A.      Yes.

24         Q.      Okay.  "And shortly prior to

25    Mr. Nagaraja's retirement, he proposed the

53

M. NAGARAJA

1    introduction of a platform media pilot program on

2    the Second Avenue line which has subsequently been

3    on hold since his departure."

4    Did I read that accurately?

5    A.    That's what it says there, yes.

6    Q.    Okay.  Now do you remember earlier

7    we read from one of your notes and it discussed

8    about how you had met with people in the past

9    about doing it at no cost, putting in platform

10   edge doors at no cost of the Transit Authority?

11   A.    Yes.  I got the memo before, yes.

12   Q.    So, seeing this letter, does this

13   refresh your memory about your meeting with Crown

14   Infrastructure?

15   A.    No.  No, I don't.

16   Q.    It does seem to corroborate what

17   your earlier e-mail said, though; correct?

18   A.    That's what it says, but I don't

19   remember.  I retired 14 years ago.

20   Q.    So, that statement that I just

21   read, was that a truthful and accurate statement?

22   MR. KEAVENEY:  Objection.

23   A.    I have no idea.  I can't say yes or

24   no.

25

54

1                          M. NAGARAJA

2          Q.    That's because it was a long time

3     ago and you are 81 years old and you just might

4     not remember things; correct?

5                     MR. KEAVENEY:  Objection.

6          A.    I just don't remember.

7          Q.    That's fair enough.

8                     Last paragraph, "Through our

9     advanced knowledge of the New York City subway

10    system, countless hours perfecting the platform

11    media program and our altruistic philosophy for

12    the advancement of public infrastructure, we are

13    confident that platform media is the solution to

14    ensure that New York City remains a global leader

15    in public transportation."

16                     Did I read that accurately?

17         A.    Yes.

18         Q.    Sir, do you see that name, Anthony

19    Milano?

20         A.    I see the name, yes.

21         Q.    Does that refresh your memory about

22    if you ever met with or spoke with Mr. Milano?

23         A.    I don't remember.

24         Q.    How about Michael Santoro; do you

25    remember ever talking or meeting with him, as

1                          M. NAGARAJA

2    well?

3              A.    Michael who?

4              Q.    Santoro.  Let me ask a new

5    question.  Did you ever meet with or speak with

6    Michael Santoro?

7              A.    I don't remember, no.

8              Q.    So, you are not denying that you

9    met or spoke with Mr. Milano or Mr. Santoro, you

10   just don't remember at this point?

11             A.    I don't remember.

12             MR. GENIS:  That's fair enough.

13             Let's see.  Dave, can you please

14        put up Bates 442800.

15             (Whereupon, Plaintiff's Exhibit 5,

16        a document, was marked for

17        identification.)

18             Q.    When we looked at that last

19   exhibit, it talked about how Crown had discussed

20   this with you in 2006, years before there was that

21   RFP; correct?

22             A.    That's what it says.

23             Q.    Okay.  Do you have any reason to

24   disbelieve or doubt what was written there?

25             A.    No.

56

1                          M. NAGARAJA

2          Q.     Is it possible that you were at

3    many meetings with Crown and you just don't

4    remember them?

5          A.     I certainly don't remember them.  I

6    am sorry.

7          Q.     That's okay.  We are looking at

8    this e-mail here, and it is Bates 442800, and we

9    are starting at the bottom.  Do you see they are

10   talking about reducing the width of platforms --

11   it is Plaintiff's Exhibit 5, by the way -- at 34th

12   Street and 11th Avenue, and about if we added

13   platform edge doors; do you see that?

14         A.     Yes.

15         Q.     Can you tell me, what are they

16   talking about when they are asking about whether

17   they could reduce the width of the platform if you

18   added platform edge doors; what is this referring

19   to?

20         A.     I have no idea what it means, no.

21         Q.     Do you know who Philip McGrade is?

22         A.     Philip McGrade was a project manager

23   in that station.

24                MR. GENIS:  Can you scroll up a

25                little bit, please?

1                      M. NAGARAJA

2          Q.     Who is Peter Cafiero?

3          A.     Peter Cafiero worked for Philip

4     McGrade.

5          Q.     Now, do you see this other e-mail,

6     dated July 18, 2007, at 12:36 p.m., sent to you

7     from Philip McGrade?

8          A.     Yeah, I see it.

9          Q.     It says, "Further to our

10    discussions of Monday concerning platform width,

11    with the platform edge doors, Tony and I had

12    extensive discussions with a representative of

13    operations planning."

14               And then they attached an e-mail

15    that is indicating that there should be no

16    reduction in platform width as a result of adding

17    platform edge doors?

18               Do you see that?

19         A.     Yes, I see that.

20         Q.     Tell me if I am understanding this

21    correctly, that somebody wanted to know, if

22    platform edge doors were installed, if that would

23    cause a reduction in the width of the platform,

24    and the answer is no, there would be no reduction

25    in the platform width as a result of adding

58

1                          M. NAGARAJA

2    platform edge doors; correct?

3                    MR. KEAVENEY:   Note my objection.

4          A.     That's what it says in there, so.

5          Q.     Now, by the way, it also says on

6    this e-mail to you, "Veronique Hakim."  We just

7    mentioned her a moment ago.  Who is she again?

8          A.     She was the general counsel to the

9    MTA Capital Construction.

10         Q.     What was her role in all of this?

11         A.     She was the general counsel for MTA

12   Capital Construction.  She reported to me.

13         Q.     So, you were above her; correct?

14         A.     Yes.

15         Q.     Who was Joseph Trainor?

16         A.     Joseph Trainor was a program manager

17   reporting to me.

18         Q.     Who is Anthony DiFiore?

19         A.     Anthony DiFiore was the den manager

20   on the project.

21         Q.     Now, when you say Veronique Hakim

22   was counsel, do you mean she was a lawyer?

23         A.     She is a lawyer, yes.

24         Q.     So, what did each of these people

25   have to do with platform edge doors?  Please

59

1                          M. NAGARAJA

2    explain to me.

3            A.    I guess -- Philip McGrade sent it to

4    all of them, so you can ask him.

5            Q.    Well, for example, what role did

6    Ms. Hakim, the attorney, have with respect to

7    platform edge doors?

8                  MR. KEAVENEY:  Objection.  You can

9            answer.

10           A.    I have no idea, no.

11           Q.    Okay.  So, what was your role with

12   respect to platform edge doors?

13           A.    I was the president of MTA Capital

14   Construction and the project was under my

15   jurisdiction, so.

16           Q.    Sir, would you be surprised to

17   learn that there were a number of e-mails that all

18   indicated that you were a proponent of installing

19   platform edge doors at Second Avenue for that new

20   subway, as well as the No. 7 extension?

21           A.    It is feasible, yes.

22           Q.    Well, let's back up.  They were

23   building brand new subway lines, that No. 7

24   extension and the Second Avenue subway; correct?

25           A.    Yes.

60

M. NAGARAJA

1    Q.    And there were designs already to

2    have the platform edge doors installed there;

3    correct?

4

5          MR. KEAVENEY:  Note my objection.

6          You can answer.

7    A.    We made provisions for it, yes.

8    Q.    By the way, who is David Haase; who

9    is he?

10   A.    David Haase was another -- I think

11   he was -- I don't remember.  I think he was a

12   design engineer.  I guess he was.

13         MR. GENIS:  Let's see.  Tell you

14         what, Dave, can we look at 33580 and 3379,

15         at least that is how I have it written

16         down.

17   Q.    Before we get into that, when we

18   were just on that most recent document, the

19   442800, can we look just look at 442799?  This

20   will be Exhibit 6.

21              (Whereupon, a discussion was held

22         off the record.)

23              (Whereupon, Plaintiff's Exhibit 6,

24         a document, was marked for

25         identification.)

61

1                          M. NAGARAJA

2          Q.     So, we are looking at Plaintiff's

3    Exhibit 6, Bates 442799, and go back to the top,

4    please.  This is an e-mail, from David Haase,

5    involving platform edge doors, in 2007; correct?

6          A.     Yes.

7          Q.     And it says, "Mysore, through Phil

8    McGrade and Tony D., has asked a question.  Will

9    platform edge doors at 34th Street/11th Avenue

10   station allow for reduced platform width?"

11                 Do you see that, sir?

12         A.     Yes.

13         Q.     So, is that something you were

14   asking about at the time?

15         A.     Yes.

16         Q.     Then it says, "This reduced width

17   might allow reduced cavern width saving lots of

18   money (some of which to be invested in platform

19   edge doors and related system)."

20                 Do you see that, sir?

21         A.     Yes, I see that.

22         Q.     What does that mean?

23         A.     I don't know what it meant.  This is

24   2007.  I don't remember.

25         Q.     It says, "As of Monday morning,

62

                              M. NAGARAJA

1

2      Phil was envisioning a Mysore meeting later this

3      week with OP directly telling Mysore our

4      analysis."

5                    Do you see that?

6           A.       Yeah, I see that.

7           Q.       All right.  So, how would there be

8      a savings in money by doing this?

9           A.       That's what I see.  I don't

10     remember.

11          Q.       But you wanted whatever savings of

12     money there was to be invested in platform edge

13     doors and related safety systems; correct?

14          A.       That's what it says in there, yes.

15          Q.       And I understand you may not

16     remember now, all of these years later, but does

17     that sound like it was a truthful, accurate, and

18     complete sentence?

19          A.       I would imagine so.

20          Q.       Okay.  Have you ever made

21     presentations to, for example, the Public

22     Transportation Safety Board, the PTSB?

23          A.       I don't remember.

24          Q.       Did you ever make any presentations

25     to speak to the City Council?

63

1                       M. NAGARAJA

2         A.      To who?

3         Q.      New York City Council.

4         A.      No, I don't remember.

5         Q.      Did you ever have any meetings or

6    make any presentations to speak to anybody for the

7    State of New York?

8         A.      I don't remember.

9         Q.      Have you ever spoken with any part

10   of the federal government, the FTA or anything

11   else?

12        A.      I have spoken with the FTA many

13   times, about many different things.

14        Q.      So, let's talk about funding for a

15   minute.  Did the Transit Authority and MTA look to

16   get funding from the federal government, including

17   the FTA?

18                MR. KEAVENEY:  Objection.  At what

19           time?

20                MR. GENIS:  Fair enough.  I am

21           going to rephrase the question.  Your

22           lawyer has a valid objection at this

23           point.

24        Q.      While you were working at the

25   Transit Authority -- and I am going to talk

64

1                          M. NAGARAJA

2      specifically about that Hudson Yard set No. 7

3      extension, and also Second Avenue -- did you guys

4      ever -- and when I say you guys, the Transit

5      Authority and MTA, ever look to get federal funds

6      for some of those projects?

7              A.    Second Avenue, we got federal funds,

8      but not the No. 7 line extension.  It was all

9      funded by the City.

10             Q.    Let's talk about Second Avenue for

11     a second.  When you applied -- again, when I say

12     you, the Transit Authority and MTA, applied for

13     funds from the federal government for Second

14     Avenue, how much money did you ask for?

15             A.    The phase one was estimated at 4.4

16     billion, so we asked for at least about 1.5

17     billion, and they gave 1.2 billion.

18             Q.    And when you asked for the money,

19     did you represent to the federal government that

20     some of the money would be used for measures to

21     minimize harm?

22             A.    I don't think specifically we said

23     anything like that, no.  We were following the

24     federal transit regulations.  Whatever was in their

25     regulations, the project has to comply with that.

65

1                          M. NAGARAJA

2          Q.    I am going to back up a second.

3     Let's go through -- I am going to have you go

4     through the process, first of all, of getting

5     federal funds; how do you do this?  How do you go

6     about it?

7          A.    In order to get the federal funds,

8     we -- once we know what we want to build and what

9     the project is, then we make an application to the

10    Federal Transit Administration giving the details

11    of the project, and putting the things in order,

12    and what are the benefits of doing this project,

13    and also justifying the federal funding for that

14    project.

15               And then they review it, and if they

16    have concerns, then they will meet with us to get

17    more details.  And then finally they come back with

18    okay, you know, we want to fund it but then we are

19    funding it at this level instead of whatever we

20    asked for, yes.

21         Q.    So, for example, for the Second

22    Avenue subway, did the Transit Authority or MTA

23    ask for any money specifically for safety, such as

24    platform edge doors or track intrusion devices or

25    such related items?

66

1              M. NAGARAJA

2         A.     No.  Platform edge doors was

3    something that was not in the federal regulations,

4    and it is not even there today.  And the other

5    safety information, whatever Federal Transit

6    Administration had already prescribed, was already

7    included in our project request.

8              MR. GENIS:  Just move to strike as

9         not responsive.

10        Q.     My question was a very simple one.

11        A.     We did not include platform edge

12   doors for the funding, yes.

13        Q.     Okay.  Is there a reason you did

14   not ask for funding for platform edge doors and

15   safety technology to minimize harm?

16        A.     Platform edge doors is a new

17   phenomenon in Paris and London and all of that, at

18   that time when we were doing the Second Avenue

19   funding.  We were following what the standards in

20   the United States at other properties, like

21   Washington, DC, and other places.  And platform

22   edge doors was not a part of the safety

23   requirements at that time, no.

24        Q.     Let's back up.  First of all, when

25   you say platform edge doors were new, we

67

1                          M. NAGARAJA

2    previously discussed how they were considered at

3    the Transit Authority in the 1980s because they

4    were already in other parts of the world; correct?

5           A.    I don't remember.  I don't remember

6    the 1980s consideration.  I don't remember that.

7           Q.    Sir, today, did you give sworn

8    testimony under oath, that in the 1980s and the

9    1990s, the Transit Authority and MTA was

10   considering installing platform edge doors in its

11   subway system?

12          A.    Yes, I said, in the 1990s, we did

13   consider some very crowded stations, yes.

14          Q.    And, in fact -- and if you would

15   like, I would gladly show you the news article --

16   it was also considered by Mr. Reuter, in the

17   1980s, to have platform edge doors placed;

18   correct?

19               MR. KEAVENEY:  Objection.

20          A.    I would imagine so, but I'm not

21   sure.

22          Q.    And, in fact, you even talked

23   earlier about 72nd Street; correct?  Do you

24   remember doing that?

25          A.    Yes.  Yes.

68

                              M. NAGARAJA

1

2      Q.      So, for example, London has

3  platform edge doors that were put in decades ago;

4  correct?

5      A.      That was in the Jubilee line, when

6  they started with the Jubilee line.  It was a brand

7  new line.

8      Q.      That was in the 1990s; correct?

9      A.      I would think so, yes.  I don't

10  remember the exact.

11      Q.      And Paris had that, as well;

12  correct?

13      A.      Yes.  Paris, when they built Line

14  14, which is called the medial line, they had that.

15      Q.      And then they were also built in

16  Shanghai, in Korea, in Singapore, and other

17  locations around the world; correct?

18      A.      I would imagine so, but I'm not

19  familiar with those, no.

20      Q.      In fact, Russia had them in the

21  1960s and 1970s; correct, the platform doors?

22      A.      I don't know any of that, no.

23      Q.      In St. Petersburg, are you aware

24  that they had them in St. Petersburg in the 1960s

25  and 1970s?

69

1                        M. NAGARAJA

2          A.     Can you repeat the question?

3          Q.     Surely.  Are you aware that, in

4    St. Petersburg, in Russian, platform edge doors

5    were installed in the 1960s and 1970s?

6          A.     I am not aware of that, no.

7          Q.     So, tell me what subway systems, as

8    of 2000, were you aware of, the year 2000, that

9    had platform edge doors?

10         A.     As far as I know, you know, Paris

11   and London had started new lines.  That is how much

12   I know.

13         Q.     When did JFK put the platform edge

14   doors in the train?

15         A.     I think the JFK train to the plane

16   was done, I think, sometime in the 1990s, early

17   2000s.  I think that is when.  That's what I

18   remember.

19         Q.     Can you tell us what other

20   airports, in 2000 or before that, had these

21   platform edge doors in the U.S.?

22         A.     I certainly have no knowledge, no.

23         Q.     So, the technology for platform

24   edge doors is not new, it has been around for

25   decades, even before the year 2000?

70

1                          M. NAGARAJA

2            A.      Yes.

3            Q.      So, getting back to funding

4    requests, did the Transit Authority have the

5    ability, it could have asked for money from the

6    federal government for safety devices, such as

7    platform edge doors and other related devices;

8    true?

9            A.      The answer is yes, but the Federal

10   Transit has no such requirement.

11           Q.      Okay.  I didn't ask if it was a

12   requirement.

13           A.      I am just telling you.

14           Q.      I know.  But remember you said you

15   weren't going to volunteer information, because

16   then we are going to take even longer, instead of

17   just answering the questions?

18           A.      Okay.

19           Q.      So, for example, there might not be

20   a requirement for you to be safe, other than good

21   and accepted practices and procedures and

22   professional standards of care, but it is always a

23   good idea to be safe; correct?

24           A.      Yes.

25           Q.      Does it ever violate standards of

71

1                          M. NAGARAJA

2    care, professional standards of care, to be safe?

3          A.     To answer your question, the answer

4    is, it is always good to be safe.

5          Q.     By the way, were you working for

6    the Transit on June 18th of 2007?

7          A.     What is the question?

8          Q.     Were you working for the Transit

9    Authority on June 18th of 2007?

10         A.     In 2007, yes, I was working there.

11         Q.     And, by the way -- let's back up

12   one second.  I just want to be clear.  So, the

13   Transit Authority chose not to ask the federal

14   government for funds for safety devices to prevent

15   people from getting killed or maimed from contact

16   with trains, for devices such as platform edge

17   doors and other similar technology; true?

18               MR. KEAVENEY:  Objection.

19         A.     Platform edge doors was not a

20   requirement of the Federal Transit.

21               MR. GENIS:  Move to strike.

22         Q.     I didn't if it was a requirement.

23         A.     I understand.

24         Q.     They chose not to ask for it;

25   correct?

72

1                           M. NAGARAJA

2           A.      There is no other property unit that

3    stays.

4                   MR. GENIS:   I didn't ask you that.

5           Move to strike.

6           Q.      It's a nice simple question.

7    Because you are not here to help the Transit; are

8    you?

9                   MR. KEAVENEY:   Objection.

10          Q.      You are just here to answer my

11   questions; correct?

12          A.      Yes.

13          Q.      And you gave me your word that when

14   I ask yes or no questions, that's what you are

15   going to answer with; correct?

16          A.      Okay, okay.

17          Q.      So, let's move forward.  So, the

18   Transit could have asked for money from the

19   federal government to make the system safer by

20   adding platform edge doors or other safety

21   technology and devices; true or false?

22          A.      Yes.

23          Q.      Okay.  And, by the way, they could

24   have done so for the Second Avenue subway,

25   correct, ask for money to get platform edge doors;

73

1                          M. NAGARAJA

2    yes?

3              A.    Yes.

4              Q.    And they could have done so for the

5    No. 7 extension; correct?

6              A.    There was no federal money in the

7    No. 7 line extension.

8              Q.    Did anybody ask for money for the

9    No. 7 extension from the federal government?

10             A.    The No. 7 line extension was 100

11   percent funded by the City of New York.

12             Q.    That's not my question, sir.

13             Did anybody from the Transit ask

14   the federal government for federal funds for the

15   No. 7 line extension, just like they asked for the

16   Second Avenue subway?

17             A.    No.

18             Q.    By the way, what was the overall

19   budget for the Second Avenue subway?

20             A.    Second Avenue, Phase 1, was 4.4

21   billion.

22             Q.    That's Phase 1.  I am asking all

23   in.

24             A.    Asking what?

25             Q.    Total cost, all in, what did it

74

1                        M. NAGARAJA

2    cost for the Second Avenue subway?

3              MR. KEAVENEY:   When it was built or

4         what was planned in the future?

5         A.    Including the future?  Are you

6    asking about including the future?

7         Q.    From the time it was built.

8         A.    The time -- what is built in Phase 1

9    was 4.4 billion.

10        Q.    So, that's for Phase 1.  How much

11   for Phase 2?

12        A.    Phase 2, when we had an estimate for

13   the Second Avenue subway, the total right from

14   125th Street all the way to Hanover Square and the

15   Wall Street area, was 16 billion, and we made that

16   into four phases.  Phase 1 was the one from 63rd

17   Street to 96th Street, and Phase 2 was from 96th to

18   125th, and Phase 3 is going up to Houston Street --

19   down to Houston Street, and then Phase 4 was the

20   last one going all the way to Hanover.

21        Q.    So, for what has been built so far,

22   what is the cost now?

23        A.    4.4 billion.

24        Q.    That's just Phase 1; correct?

25        A.    That's Phase 1.

75

1                        M. NAGARAJA

2            Q.     Did the Transit Authority go over

3     budget?

4            A.     As far as I know -- you know, I

5     retired in 2008.  I don't know what was the cost

6     when it was completed.  I don't know.

7            Q.     That's fair enough.

8                   So, I am going to ask you some

9     acronyms, if you familiar with them.  Are you

10    familiar with MESA?

11           A.     What is that?

12           Q.     M-E-S-A.

13           A.     M-E-S-A?

14           Q.     Yes.

15           A.     I have no idea about that.

16           Q.     Are you familiar with MIS?

17           A.     MIS, no.

18           Q.     Are you familiar with DEIS?

19           A.     DEIS?

20           Q.     Yes.

21           A.     I have no idea.  I retired 14 years

22    ago and I am -- I forgot those things.

23           Q.     Well, did one of the

24    representations made by the New York City Transit

25    Authority to the federal government to get funds

76

1                        M. NAGARAJA

2      for the Second Avenue subway is that they would

3      take measures to minimize harm to the public?

4              A.    All of the safety precautions,

5      whatever is permitted by the federal government and

6      whatever is done in the New York City Transit, were

7      included in there, yes.

8              Q.    So, that's a yes to my question,

9      sir?

10             A.    Yes.

11             Q.    Sir, I would like to now -- we are

12     going to put up Bates 3358.  I think it is a

13     Powerpoint.  It is about 22 pages long.

14                  (Whereupon, Plaintiff's Exhibit 7,

15                  a document, was marked for

16                  identification.)

17             Q.    We are going to start on

18     Plaintiff's Exhibit 7, which starts at Bates 3358,

19     and you see it is entitled, "Second Avenue subway

20     platform edge doors," and this is dated June 18,

21     2007; correct?

22             A.    Yes, that's what it says.

23             Q.    Let's start going page by page.  We

24     are going to scroll through it quickly.

25             A.    Okay.

77

1                           M. NAGARAJA

2          Q.    The agenda was to discuss, among

3     other things, design status, feasibility, and

4     things of that nature; correct?

5          A.    Yes.

6                MR. GENIS:   Okay.  Go to the next

7          page, please.

8          Q.    And then it talks about final

9     design status; correct?

10         A.    Yes.

11         Q.    And how final design was to be

12    submitted still in 2007; correct?

13         A.    Yes.

14         Q.    And you were still working there at

15    that time; correct?

16         A.    Yes.  I retired in 2008.

17         Q.    Okay.  And, in fact, the final

18    design for -- that we see the latest final design

19    on this page is February 1st of 2008; correct?

20         A.    That's what it says, yes.

21         Q.    And so, you were still working

22    there at that time; correct?

23         A.    Yes.  I retired on March 2nd of

24    2008.

25         Q.    So, you would have known all about

78

1                          M. NAGARAJA

2    this; correct?

3          A.    I would imagine so, yes.

4          Q.    And you would have had to have

5    approved what is in this document; correct?

6          A.    What is the question?

7          Q.    You would have to approve what was

8    in this presentation and what is in this document;

9    correct?

10         A.    I am not sure whether its for

11   approval, or presentation, I'm not sure.

12         Q.    Well, if you recommended against

13   the contents of this report, it could not have

14   been made; correct?

15         A.    Yes.

16         Q.    Okay.  So, it has your

17   recommendations; correct?

18               MR. KEAVENEY:  Note my objection.

19         You can answer.

20         A.    I don't know what they are implying.

21         Q.    Okay.  And there is a contractor

22   noted at the bottom right corner; do you see that,

23   DMJM Harris, et cetera?

24         A.    Yes.

25         Q.    Are you familiar with them?

79

1                          M. NAGARAJA

2          A.    Yes.  They were the designers.

3          Q.    And designers design whatever you

4    tell them to design; correct?

5          A.    That's correct.

6          Q.    Just like, for example, for many

7    years, for decades and decades, the Transit

8    Authority orders train cars, new train cars;

9    correct?

10         A.    Yes.

11         Q.    And they could design, or order, I

12   should say, whatever design they want, how the car

13   is made, however they want; correct?

14         A.    Yes.

15         Q.    So, if they wanted train cars a

16   certain length or with a certain number of doors

17   or certain dimensions, they could do that;

18   correct?

19         A.    Yeah.  Whatever is involved at that

20   time, yes.

21         Q.    And you also were telling us part

22   of your job involved rehabilitation of different

23   stations; correct?

24         A.    Can you repeat the question?

25         Q.    You told us earlier that part of

80

1                          M. NAGARAJA

2    your job included overseeing rehabilitation of

3    various subway stations; true?

4              A.    Yes.   That was before 2003, yes.

5              Q.    And why is it that stations need to

6    be rehabilitated?

7              A.    The system is over 100 years old,

8    and there was a lot of decay.  And then, until the

9    1980s, no money was spent to really repair this

10   system.  So, the first to five-year capital program

11   was approved in 1984, 1984 to 1988.  And that is

12   when they started, you know, repairing the tracks

13   and the signal system and the structure.

14              And then it went down from the

15   second program or third program, fourth and fifth,

16   and it is still going on.  And because the system

17   is a huge system, and in order to bring it to a

18   state of good repair and at the same time modernize

19   the system, you need to have the program, and

20   that's what they are continuing.

21              Q.    So, in other words, the station and

22   the entire system, whether it is the platforms,

23   the train beds, the tracks, the train cars, the

24   entire system has to be modernized and

25   rehabilitated; true?

81

1                      M. NAGARAJA

2          A.    That is the purpose for the

3    rehabilitation program, state of good repair and

4    system modernization program.

5          Q.    In other words, there is knowledge

6    and technology that existed, let's say in the

7    1980s and 1990s and 2000s, that did not exist when

8    the subway system was built; correct?

9          A.    Yes.

10         Q.    And because the Transit Authority

11   has to comply with good and accepted engineering

12   professional standards, practices, and procedures,

13   they have to modernize and rehabilitate their

14   system, their stations, the platforms, the tracks,

15   the track beds, and the trains, et cetera;

16   correct?

17              MR. KEAVENEY:   Objection.

18         A.    Yes.

19         Q.    And just because things were done a

20   certain way in the past is absolutely no reason

21   whatsoever at all to continue doing that way

22   because time moves on; correct?

23         A.    It was done -- each project was

24   called based on the needs of the each location and

25   each project, and that's the way it was done, and

82

1                         M. NAGARAJA

2    following the current practices, yes.

3         Q.    So, exactly.  So, in other words,

4    you could have a station that is 100 years old,

5    but now you are rehabilitating it, whether it be

6    in the 1980s, 1990s, 2000s, or whenever, and you

7    have to bring it up to modern standards; correct?

8         A.    And again, there is a limit as to

9    how much money you want to spend on each one, and

10   then --

11        Q.    I didn't ask you about money.

12   Let's back up.

13        A.    That's what we did.

14        MR. KEAVENEY:  Let him finish his

15        response before you interrupt.

16        Q.    Sir, all I am trying to ask you now

17   is, according to good and accepted engineering

18   practices, procedures, and standards of care, when

19   you rehabilitate a station, you should modernize

20   it and bring it up to current standards; true or

21   false?

22        MR. KEAVENEY:  Note my objection.

23        A.    Current standards, yes, the

24   standards that existed in the United States.

25        Q.    Thank you.  Excellent.

83

1                     M. NAGARAJA

2              When you say current standards in

3      the United States, can we agree that we have a

4      fantastic educational system in the field of

5      engineering?

6              A.    Yes.

7              MR. ROTH:   Objection.

8              Q.    We have top universities in the

9      field of engineering; correct?

10             A.    The answer is yes.

11             Q.    We have engineering societies and

12     associations, some of which you are a member of,

13     like the American Society of Civil Engineers, and

14     ANSI, American National Standards Institute, and

15     the Transportation and Development Institute, and

16     things of that nature; correct?

17             A.    Yes.

18             Q.    And the Transit Authority also

19     belongs to international associations for both

20     engineering as well as transportation and mass

21     transit; correct?

22             A.    Yes.

23             Q.    And part of the job of a mass

24     transit agency, like the New York City Transit

25     Authority, is to keep abreast and be aware of

84

1                        M. NAGARAJA

2    industry standards and new technologies and trends

3    and things of that nature; true?

4           A.    The answer is yes.

5           Q.    Because you could always get a good

6    idea from someone else; correct, no matter how

7    smart you are?

8           A.    Yes.

9           Q.    So, we can learn and benefit from

10   what others have done; correct?

11          A.    Yes.

12          Q.    So, if, in other parts of the world

13   that perhaps don't have the benefit of our

14   educational system and our engineering societies,

15   if they are able to utilize technology and to make

16   their systems safer, we could do the same;

17   correct?

18                MR. KEAVENEY:   Objection.

19          A.    Yes.   The Transit Authority is doing

20   it, yes.

21          Q.    Excellent.  And when the Transit

22   Authority complies with international standards

23   and national standards, and good and accepted

24   professional standards of care, and good and

25   accepted practices, they do so because that is

85

1                         M. NAGARAJA

2    what those standards require; true?

3                    MR. KEAVENEY:  Objection.

4         A.    Yes.  The signal system and the

5    communication system are being modernized, and it

6    takes time and money to do these things.

7                    MR. GENIS:  Move to strike those

8              portions that are not responsive.

9         Q.    So, the answer to my question was

10   yes; true?

11        A.    Yes, and it is being done.

12        Q.    Thank you.

13              To the extent it is not being done,

14   that would constitute a violation of good and

15   accepted practices, procedures, and professional

16   standards of care; true?

17                   MR. KEAVENEY:  Objection.

18        A.    I don't think so, no.

19        Q.    By the way, when you look at the

20   bottom right, do you see there is another company

21   called ARUP?

22        A.    I have no idea who that one is.

23                   MR. GENIS:  Okay.  We have been

24              going for about two hours at this point.

25              Why don't we take a brief bathroom break

86

1              M. NAGARAJA

2         for about five minutes, if that's okay

3         with everybody.

4              (Whereupon, a break was taken.)

5              MR. GENIS:  So, Dave, if you are

6         there, can you go to the next page?  We

7         are still on the same exhibit.

8         Q.    Sir, do you see we are now on the

9    fourth page of this Second Avenue platform edge

10   door safety report, Bates 3361.  I believe it is

11   Plaintiff's Exhibit 7, if I am correct.

12              Do you see how it states, "Meetings

13   were held with Curtiss, Westinghouse, and

14   Faiveley"?  Do you see that, sir?

15        A.    Yes.

16        Q.    And, in general, they all express

17   similar opinions on installation, operational, and

18   maintenance issues; correct?

19        A.    Yes.

20              MR. GENIS:  Okay.  Go to the next

21        page, please, Dave.

22        Q.    And they talk about different types

23   that are typically -- you know, how they are made,

24   and how they are supported, and that kind of

25   thing; right?

87

1                          M. NAGARAJA

2              A.     Yes.

3                     MR. GENIS:  Let's go to the next

4              page, Dave.

5              Q.     Do you see that's a picture, for

6    example, how they have in Copenhagen, in Denmark,

7    platform screen doors; correct?

8              A.     I see it, yes.

9              Q.     And that is one made by

10   Westinghouse; right?

11                    MR. GENIS:  Objection.

12             A.     I don't know.

13             Q.     Well, isn't that what it says on

14   your Powerpoint, sir?

15             A.     Westinghouse.  It says Westinghouse.

16             Q.     I mean, this is a New York City

17   Transit Authority document that is created, kept,

18   and maintained in the regular course of its

19   business; true?

20             A.     I have no idea.

21             Q.     Well, it says Transit on it; right?

22             A.     Yes.  It says Transit on it, yes.

23                    MR. GENIS:  Let's go to the next

24             page.

25             Q.     That's in Shanghai, with a

88

1                              M. NAGARAJA

2       different manufacturer, Faiveley, how they have

3       platform screen doors; correct?

4               A.    Yes.

5                     MR. GENIS:  Go to the next page,

6               please.

7               Q.    And then they show a diagram of

8       some of the components of it; correct?

9               A.    Yes.

10              Q.    And by the way, they have platform

11      screen doors in Delhi, in India; correct?

12              A.    I would assume so.  I don't know.  I

13      haven't seen it.

14              Q.    By the way, would you expect

15      Delhi -- let's back up.  Delhi, in India, is that

16      considered a third-world country or not?

17                    MR. KEAVENEY:  Objection.  You can

18              answer.

19              A.    I'm not qualified to answer that.

20              Q.    Okay.  You grew up there.  So,

21      before you came and got educated and go your

22      master's degree here, did you consider India to be

23      a third-world nation?

24                    MR. KEAVENEY:  Objection.  You can

25              answer.

89

1                          M. NAGARAJA

2          A.     I don't want to comment on that, no.

3                 MR. GENIS:  That's fine.  Let's go

4          on to the next page, please.

5          Q.     Okay.  It talks about different

6    changes that could be made for ventilation and

7    things like that; correct?

8          A.     Yes.

9          Q.     Feasibility is the heading here.

10   So, it is feasible to install them; correct?

11         A.     That's what it says here, yes.

12         Q.     And you agree with that; true?

13         A.     I would imagine so, yes.

14                MR. GENIS:  So, let's go to the

15         next page.

16         Q.     And I just want to be clear, it was

17   feasible, in 2007, to have platform edge doors

18   installed in the subway system; correct?

19                MR. KEAVENEY:  Objection.

20         A.     That's what it says here.

21         Q.     And that's what you said you agreed

22   with; correct?

23         A.     I would say so, yes.

24         Q.     And one of the advantages of having

25   these platform edge doors is that it is enhanced

90

1                              M. NAGARAJA

2    public safety; correct?

3              A.    Yes.

4              Q.    And reduces station energy

5    consumption; correct?

6              A.    Yes.

7              Q.    And reduction of volume of trash on

8    the tracks; correct?

9              A.    Yes.

10             Q.    And platform maintenance becomes

11   simplified; correct?

12             A.    I am assuming so, yes.

13             Q.    When we talk about public safety,

14   that means saving lives; correct?

15                   MR. KEAVENEY:  Objection.

16             A.    I don't know what you said.

17             Q.    Well, public safety, when we are

18   talking about public safety in relation to

19   platform edge doors, we are talking about

20   preventing people from getting run over or hit by

21   trains; correct?

22             A.    That's one of the functions of the

23   platform edge doors, yes.

24             Q.    So, when we are talking about

25   enhanced public safety in the context of platform

91

1                           M. NAGARAJA

2    edge doors, we are talking about how they make the

3    public safer and help prevent death and maiming;

4    correct?

5                    MR. KEAVENEY:  Objection.

6           A.      That's what it means over there,

7    yes.

8           Q.      And can we agree, according to the

9    standards of care, the professional standards of

10   care in engineering, the accepted engineering

11   practices and procedures, has a rapid or a mass

12   transit agency, like the Transit Authority, ever

13   allowed to unnecessarily expose the public to

14   harm?

15                   MR. KEAVENEY:  Just note my

16                   objection.  You can answer.

17          A.      I don't think so.  They try to do

18   the best they can within the means available.

19                   MR. GENIS:  Just move to strike

20                   those portions which are not responsive.

21          Q.      So, the answer to my question is,

22   according to the applicable professional standards

23   of care, and the good and accepted engineering

24   practices and procedures, for your entire

25   experience as an engineer, that a transit agency,

92

```
1                         M. NAGARAJA
2     like the Transit Authority, is never allowed to
3     unnecessarily expose the public to harm; true?
4                    MR. KEAVENEY:  Objection.
5              Q.    True?
6              A.    I am not sure.
7              Q.    Okay.  So, is it -- standards of
8     care and good and accepted practices and
9     procedures, the Transit Authority can
10    unnecessarily expose people to harm?
11                   Can you answer me please?
12             A.    Can you repeat your question?
13             Q.    Sure.  So, I will back up a second.
14    According to professional engineering standards of
15    care, and good and accepted practices, procedures,
16    and protocols applicable to a mass transit agency
17    like the Transit Authority, according to those
18    standards, are they ever allowed to unnecessarily
19    expose the public to harm; yes or no?
20                   MR. KEAVENEY:  Note my objection.
21             You can answer.
22             A.    The answer is no.
23             Q.    Okay.  There are times that they
24    have to use their judgment; true?
25             A.    Yes.
```

93

1                           M. NAGARAJA

2              Q.      In the exercise of their judgment,

3       according to professional standards of care and

4       good and accepted practices and procedures, in the

5       field in engineering, particularly as it applies

6       to a mass transit agency like the New York City

7       Transit Authority, are they ever allowed to use

8       their judgment in a manner that unnecessarily

9       exposes the public to harm; yes or no?

10             A.      They take a lot of steps to make

11      sure that customers are safe, so.

12                     MR. GENIS:  Move to strike as not

13                     responsive.

14             Q.      Please answer my question.  It is a

15      yes or no question.

16             A.      It is not the standard practice to

17      think the unit is safe.

18             Q.      I didn't ask that, sir.  So, my

19      question is, according to professional standards

20      of care and good and accepted practices and

21      procedures, is the Transit Authority ever allowed

22      to use its judgments in a manner that

23      unnecessarily exposes the public to harm?  That's

24      my question.  Yes or no?

25             A.      The answer is no.

94

1                          M. NAGARAJA

2          Q.     And there are other advantages to

3    platform edge doors, in addition to saving lives

4    and limbs, and reducing consumption and trash and

5    maintenance, it also -- it causes or allows less

6    air pollution; true?

7          A.     That is true, yes.

8          Q.     It also makes it easier for air

9    conditioning to keep the stations cooler; true?

10         A.     True.

11                MR. GENIS:  Okay.  Let's go to the

12         next page, please.

13         Q.     That a communication system, CBTC;

14   correct?

15         A.     Yes, CBTC is it communication

16   system.  It is the signal system, computer based

17   train control.

18         Q.     And this computer based train

19   control is to manage train speeds, among other

20   uses; correct?

21         A.     Yeah.  In fact, we started that,

22   back in the 1990s, on the first line, and then they

23   are doing it one after the other.  We started on

24   the L line and then the No. 7 line, and they are

25   still not 100 percent done yet.  It takes a long

95

```
 1                          M. NAGARAJA
 2    time to complete it with the money that is
 3    available.
 4                    MR. GENIS:  So, just move to strike
 5               those portions which are not responsive.
 6                    Q.    So, the Transit Authority initiated
 7    a CBTC communication train control electronic
 8    system for managing train speeds in what year or
 9    years?
10                    A.    That was in the 1990s, you know, the
11    Paris Line 14 was standard way, so we went to Paris
12    to look at what they are doing, and we are using
13    the same technology, and then we started with the L
14    line.
15                    Q.    Now, we talked earlier about how
16    the Transit Authority can make whatever
17    specifications or whatever designs it wants with
18    respect to train cars and its stations and
19    platforms and things of that nature; do you recall
20    that?  Do you recall that, sir?
21                    A.    Can you repeat the question?
22                    Q.    I will make it a new question.
23    Okay.  So -- and I will break it up.  First, the
24    Transit Authority decides what design it wants for
25    its train cars; correct?
```

96

1                          M. NAGARAJA

2          A.    Yes.

3          Q.    And if the Transit Authority wants

4    to have an homogenous fleet, you know, where they

5    are all the same design, they can do that;

6    correct?

7          A.    They could do it, but again, it

8    depends on -- you know, the subway tunnels are on

9    different kinds of lines and we have to look at

10   that, yes.

11               MR. GENIS:  All right.  Just move

12          to strike those portions which are not

13          responsive.

14          Q.    So, yes, the Transit Authority can

15   decide if it wants homogenous train cars or not,

16   it is their choice for design; correct?

17          A.    Yes.

18          Q.    And can we agree that the Transit

19   Authority, for decades now, has said they are

20   supposed to be having a homogenous fleet of train

21   cars; correct?

22          A.    Yes.

23          Q.    And when the train cars are

24   homogenous, that makes it easier to manage its

25   system; correct?

97

```
1                            M. NAGARAJA

2         A.    Yes.

3         Q.    By the way, the Transit Authority

4    has vacuum trains; correct?

5         A.    Yes.

6         Q.    And they literally are to remove

7    the trash from the track beds; correct?

8         A.    Yes.

9         Q.    But if they had the platform edge

10   doors, we don't get all of that trash on the track

11   beds, you don't even need the vacuum trains;

12   correct?

13                 MR. KEAVENEY:  Objection.

14        A.    The answer is yes.  But platform

15   edge doors, we are to look at each station where it

16   is feasible.

17        Q.    Excellent.  I am glad you brought

18   that up.  Do we agree that the Transit Authority

19   cannot realistically have a one size fits all

20   approach?

21        A.    Yes.

22        Q.    So, each station has to be studied;

23   correct?

24        A.    Yes.

25        Q.    And each station has to have its
```

1                          M. NAGARAJA

2    own unique safety plan; true?

3           A.    Yes.

4           Q.    It is own unique feasibility plan;

5    correct?

6           A.    Yes.  As far as possible, yes.

7           Q.    And if one does not perform these

8    individual, for each station, proper, feasibility,

9    and safety plans, then whatever is done is

10   worthless, correct?

11          A.    They are to look at the whole

12   picture and see what is the best for the whole

13   system.

14          Q.    Okay.  In other words, you told us

15   each station is unique; correct?

16          A.    The stations are unique, depending

17   on which line it is on and when it was built.  So,

18   there are so many considerations, yes.

19          Q.    So, the best way to make each

20   station safest, or safe, is by doing a separate

21   safety plan for each station; correct?

22          A.    That's what the Transit Authority

23   usually does, yes.

24          Q.    So, the Transit Authority,

25   according to professional standards of care and

99

1               M. NAGARAJA

2    good and accepted practices and procedures, is

3    supposed to do a unique safety plan for each train

4    station; correct?

5               MR. KEAVENEY:  Just note my

6          objection.  You can answer.

7          A.    It is already answered, yes.

8          Q.    So, the answer is yes; correct?

9          A.    Yes.

10         Q.    Okay.  Are you aware of any such

11   individualized safely plan for the Atlantic

12   Terminal station in Brooklyn, at Barclay Center?

13         A.    Personally, no.

14         Q.    Are you aware of any individualized

15   safety plan for any subway station in the City of

16   New York?

17         A.    I am sure there are, but, you know,

18   I am not particularly aware of details, no.

19         Q.    What department in the Transit

20   Authority would be in possession of such an

21   individual safety plan, if it existed?

22         A.    There is a station department which

23   takes care of the station's maintenance and

24   operation, and then there is a system safety

25   department that is about the whole safety of the

100

1                              M. NAGARAJA

2    system, both for the employees and the customers.

3    So, they establish guidelines, yes.

4         Q.    Okay.  And when we were talking

5    about homogenizing things earlier, and if all of

6    the tracks were homogenized, that would also make

7    it simpler and easier and better to run the

8    transit system; correct?

9         A.    That's true.  But again, you know,

10   the tunnels are a different size, and when it was

11   built and all of that, so the trains have to

12   conform to which tunnel they are going through.

13        Q.    So, one just has to design a train

14   that will be homogenous to be able to utilize all

15   of the different tunnels; correct?

16        A.    That's correct, yes.

17             MR. GENIS:  We call for production

18             of each of the departments he just named,

19             the station department, the office of

20             system safety, and any others, for

21             individualized safety plans, for the

22             Atlantic Terminal station, and any other

23             stations for that matter, but specifically

24             for that station.

25             MR. KEAVENEY:  We will take it

101

1                          M. NAGARAJA

2          under advisement.

3          Q.     So, what changes, if any, need to

4     be made to get the CBTC operation to work

5     properly?

6                    MR. KEAVENEY:  Objection.

7          A.     Can you repeat the question again?

8          Q.     Sure.  We were talking before about

9     that communication based train control, CBTC?

10         A.     Yes.

11         Q.     What, if any, changes need to be

12    made in the system to make that fully operational?

13         A.     Well, it has to be done line by

14    line, because it takes money and time to do it.

15    So, we started with the L Line, and then we started

16    with the No. 7 line.  I don't know what they are

17    doing now.  But during my time, the L Line and the

18    No. 7 line got started.

19         Q.     I understand you are talking about

20    different lines and it has to get done to the

21    different train lines, but my question is, what

22    has to be done to the different lines?

23         A.     You have to change -- you know, the

24    signal system that is still operational in New York

25    City Transit is the old technology, which is the

102

1                          M. NAGARAJA

2    red light, yellow light, and the green light.  And

3    so, that has to be changed to automatic train

4    control, which is what has to happen, and that is

5    what is happening line by line.

6          Q.    So, I am still not following it.

7    So, what physically needs to be done and what

8    happens once it does get installed?

9                MR. KEAVENEY:  Are you talking

10         about the --

11               MR. GENIS:  It is a compound

12         question.  Let's break it up.

13               MR. KEAVENEY:  Are you talking

14         about infrastructure or the trains

15         themselves?  Just to make it clear to the

16         witness.

17          Q.    In order for the communication

18   based train control electronic system to work, to

19   operate properly, what needs to be done

20   physically?

21          A.    Okay.  So, what needs to be done

22   physically is that the trains have to be -- you

23   know, it is a communication system between the

24   train and the track and the command center, where

25   they really monitor all of these stations.  So, in

103

1                          M. NAGARAJA

2    order to do that, the trains have to be the modern

3    trains.  The old trains cannot work with that.  And

4    number two, the signal system has to make sure

5    that, you know, the track -- the track can really

6    track the location of the trains.

7                    Because until about the 1990s, we

8    didn't even know where the trains are.  If a train

9    gets stuck in the tunnel, the conductor has to go

10   to the nearest telephone and then call the command

11   center to say, "I am stuck here, near column number

12   so and so," or whatever.  But that communication

13   system was changed to fiber optic communication

14   system.  That was done.  And then the signal

15   system, the CBTC, is being done line by line.  And

16   it takes time to do the whole system.  They are

17   talking about a huge system.  And that's what is

18   happening.

19        Q.    Okay.  So, in other words, they

20   started doing this what, in the 1990s, installing

21   that CBTC system; right?

22        A.    Right.

23        Q.    They decided, even before they

24   installed it in the 1990s, sometime before that,

25   that it was feasible to do so; correct?

104

1                          M. NAGARAJA

2          A.    Right.

3          Q.    Once you have the CBTC system, who

4    operates the train, the train operator, the system

5    itself, or something else?

6          A.    The system.  When you have a CBTC

7    system, you don't need an operator.  But New York

8    City Transit, we still have the operator there in

9    the train that is there, but it can operate

10   automatically, also, yes.

11         Q.    So, when you have the CBTC system,

12   that makes it an automated people mover; correct?

13         A.    That's correct.

14         Q.    And then it has to comply with the

15   standards of automated people movers; correct?

16         A.    That's correct.

17         Q.    Which lines had CBTC as of the time

18   you left the Transit Authority?

19                MR. KEAVENEY:  Objection.  Asked

20         and answered.

21         A.    I already answered.  We started with

22   the Canarsie line, which is the L line, and it was

23   completed.  And then the second one was started was

24   the Flushing line, the No. 7 line.  And I don't

25   know where they are today, how many are done.  I

105

1                          M. NAGARAJA

2   have no idea.

3           Q.    So, even though it is a automated

4   train, a fully automated train, you still have an

5   operator, or an operator and a conductor, you tell

6   me?

7           A.    We have both operator and the

8   conductor in each one of the stations.  That's --

9   that is something that is unique to New York City.

10                MR. GENIS:  Now, let's go back to

11           the document, the exhibit we have, and

12           let's go to the next page, please.

13                (Whereupon, a discussion was held

14           off the record.)

15           Q.    So, here there is implementation

16   recommendations, on Plaintiff's Exhibit 7, on

17   Bates 3379, about installing the platform edge

18   doors; correct?

19           A.    Yes.

20           Q.    So, the recommendations of your

21   MTACC was to install platform edge doors in the

22   Second Avenue subway in Phase 1; correct?

23           A.    That's correct.

24           Q.    Okay.  And there was also a

25   platform edge task force; correct?

106

1                          M. NAGARAJA

2          A.     What was that?

3          Q.     The Transit Authority also had a

4    platform edge task force?

5          A.     I would imagine so.  I don't know.

6    I don't know that.

7          Q.     All right.  And when you

8    recommended that in Phase 1 of the Second Avenue

9    subway, that platform edge doors be installed, you

10   did it because you thought it was safer; correct?

11         A.     We had to start someplace, and

12   that's a brand new line.  So, that's why we thought

13   maybe that is where we should start.

14         Q.     So, you thought, to answer my

15   question, when you made these recommendations, and

16   other people at the Transit Authority recommended

17   that the platform edge doors be installed in

18   Phase 1 of the Second Avenue subway, you thought

19   in part it would make the system safer; correct?

20         A.     That was the intention at that time,

21   yes.

22         Q.     And this was going to be a very

23   fairly easy place to start, because it was new

24   construction and new design; correct?

25         A.     Yes.

107

1                         M. NAGARAJA

2          Q.    And it was already recommended and

3    already designed at that point in 2007; correct?

4          A.    Yes.

5                MR. GENIS:  Let's see.  Dave, you

6          could take it down now.

7          Q.    Can we agree that safety requires

8    unremitting daily attention to details large and

9    small?

10         A.    What is the question?  I didn't hear

11   you.

12         Q.    Do you agree that safety requires

13   unremitting daily attention to details large and

14   small?

15         A.    I don't think so.

16         Q.    Do you agree that safety requires

17   adherence to the safe design, maintenance, and

18   performance principles?

19         A.    The answer is yes.

20         Q.    Safety requires safety audits,

21   interventions, and training programs; correct?

22         A.    Yes.

23         Q.    And safety requires programs in

24   accident investigation and reporting; correct?

25         A.    Yes.

108

1                          M. NAGARAJA

2          Q.    So, there has to be safety

3    analysis; correct?

4          A.    Yes.

5          Q.    So, there is root cause analysis

6    done; correct?

7          A.    Yes.

8          Q.    And the accident investigation and

9    reporting are to ensure that there is thorough

10   investigations to ensure greater accountability;

11   true?

12              MR. KEAVENEY:  Objection.  You can

13         answer.

14         A.    The answer is yes, and I think it is

15   being done.

16              MR. GENIS:  Excellent.  Just move

17         to strike the portions that are not

18         responsive.

19         Q.    But when you say it is being done,

20   that would be a requirement of the New York City

21   Transit Authority, according to professional

22   standards of care and good and accepted practices

23   and procedures; true?

24         A.    I think it is true, but they have

25   been following those.

1                    M. NAGARAJA

2          Q.     Excellent.  And if they fail to do

3     so, that would be a violation of required good and

4     accepted practices and procedures and professional

5     standards of care; true?

6                    MR. KEAVENEY:  Objection.

7          A.     It depends on what you call

8     professional practices.

9          Q.     So, let's get back to some other

10    things.  What is a root cause analysis?

11         A.     Root cause analysis is, whenever

12    there is an accident, they go through an analysis

13    as to where it happened and was there any system

14    failure or human failure or how it happened, and

15    then make an analysis.  And then based on that,

16    corrective actions are taken, and that is what is

17    being done.

18         Q.     So, this way, by having proper

19    investigation and analysis, you could then

20    anticipate and prevent future accidents and

21    injuries from occurring; correct?

22         A.     The answer is yes, and that's being

23    done, as far as I know.  But I am out of there for

24    the last 14 years.

25                    MR. GENIS:  Just move to strike

110

M. NAGARAJA

1

2          those portions that were non-responsive

3          after the answer was yes.

4          Q.    Okay.  And with respect to people

5   being hit and run over by trains, the root cause

6   analysis is simple.  People, whether they fall,

7   jump, or get pushed, wind up on the track bed and

8   then are hit or run over by the train; correct?

9          MR. KEAVENEY:  Objection.  You can

10         answer.

11         A.    That's beyond my expertise, but I

12  would -- generally, I would say yes.

13         Q.    So, it is known to occur, it is

14  known to reoccur, and the cause is clear, so the

15  only way to prevent it effectively is by having

16  some sort of barrier, like a platform edge door,

17  to prevent the people from winding up on the track

18  bed; true or false?

19         MR. KEAVENEY:  Objection.

20         A.    That's one of the ways of doing it.

21         Q.    Okay.  There are other ways, as

22  well.  There are track intrusion devices; correct?

23         A.    There are other ways and there are

24  other practices, yes, operational practices.

25         Q.    So, for example, a track intrusion

111

                              M. NAGARAJA

1

2    device, is you could have different types of

3    sensors, whether they are infrared or laser or

4    some other type of device, that when a person

5    enters the space of the track or the track bed, it

6    allows the Transit Authority to know that this

7    occurred so that the train could be stopped to

8    avoid running over the people; correct?

9              MR. KEAVENEY:  Objection.  You can

10             answer.

11        A.    I think that is the idea behind

12   track intrusion devices.

13        Q.    In fact, the track intrusion

14   devices are frequently connected to the CBTC;

15   correct?

16        A.    I would imagine so, but I am not a

17   technical expert.

18        Q.    In other words, if you have the

19   track intrusion device, and it is connected to the

20   communication based train control electronic

21   system, the second a human being winds up on the

22   tracks, the system knows it and relays that

23   information to the train and the train could be

24   automatically slowed down or stopped; true?

25             MR. KEAVENEY:  Objection.

112

M. NAGARAJA

1

2        A.    I would assume so, but I am not an

3    expert on that, so.

4        Q.    All right.  How would you do a root

5    cause analysis for incidents where people get run

6    over by trains?

7        A.    Well, you have to go over each case

8    separately, you know.  Each case is different.  So,

9    it is very hard to make assessment.

10        Q.    By the way, are fixed rails another

11    means of preventing people from getting run over

12    by trains?

13            MR. KEAVENEY:  Objection.  You can

14        answer.

15        A.    I have no idea.

16        Q.    Okay.  If the train are slowed down

17    before they enter the station, in other words a

18    lower speed limit, that would allow the train to

19    stop in time before hitting somebody; true?

20            MR. KEAVENEY:  Objection.  You can

21        answer.

22        A.    I don't know.  That's not my

23    expertise, so I don't know.

24        Q.    For example, you drive a car;

25    correct?

113

1                          M. NAGARAJA

2          A.     Yes, I do.

3          Q.     Okay.  So, if you are driving at a

4    certain speed and a child darts out in front of

5    you, if you are going too fast, you cannot stop in

6    time; correct?

7                 MR. KEAVENEY:  Objection.

8          A.     Yes.

9          Q.     On the other hand, if you are going

10   at a lower speed, you can stop in time and avoid

11   running over the child; correct?

12                MR. KEAVENEY:  Objection.

13         A.     It depends on the situation.  I

14   can't generalize.

15         Q.     By the way, do you know Greg

16   Sanchez?

17         A.     I really don't know him.  I know the

18   name.

19         Q.     Did you ever interact with him?

20         A.     Since I retired 14 years ago, I

21   don't remember.

22         Q.     Did you ever interact or talk with

23   Lawrence Reuter?

24         A.     Who?

25         Q.     Lawrence Reuter, he used to be

114

```
1                        M. NAGARAJA

2    president of the Transit Authority.

3              A.    The current president of the Transit

4    Authority?

5              Q.    No, not current.  Former, Reuter,

6    R-E-U-T-E-R.

7                    MR. KEAVENEY:   Lawrence Reuter.

8              A.    Yes, I worked for him.  I knew him.

9              Q.    Okay.  And did you ever recommend

10   to him that platform edge doors be installed in

11   the subway system?

12             A.    We were looking at persuing that, I

13   already answered, on the Second Avenue, so.

14             Q.    Not just Second Avenue, did you

15   ever recommend to Mr. Reuter, that platform edge

16   doors be used in the subway system?

17             A.    I don't remember.

18             Q.    So, it is possible you did, sir;

19   true?

20             A.    I don't remember.  It has been so

21   many things.  I don't remember that.

22             Q.    That is kind of an important thing,

23   platform edge doors; right?

24             A.    Well, there are so many safety

25   things that we work on.  It is one of them.
```

115

1                          M. NAGARAJA

2          Q.     But that's one that could save

3    hundreds of lives every year; correct?

4                 MR. KEAVENEY:    Objection.

5          A.     It is already answered, so.

6          Q.     By the way, have you ever spoken to

7    Lee Sandler?

8          A.     Who?

9          Q.     Lee Sandler, S-A-N-D-L-E-R, and Lee

10   is L-E-E.

11         A.     Lee Sandler used to be my boss when

12   I -- at the time of my retirement, yes.

13         Q.     Did you ever recommend to Lee

14   Sandler that platform edge doors be installed for

15   safety reasons?

16         A.     I don't think at that time, because

17   that was not within my power at that time.

18         Q.     Okay.   Let's talk about money for a

19   second.   Did the Transit Authority, since 1982,

20   earn interest income from certain investments?

21         A.     What was that?

22                MR. GENIS:   Just read it back.    I

23           would like to check to make sure I'm

24           getting transcribed properly.    Let's have

25           it read back.

116

1                    M. NAGARAJA

2              (Whereupon, the requested portion

3         of the transcript was read back by the

4         court reporter.)

5              THE WITNESS:  I have no idea.  I

6         was not it in the office, so I don't know.

7         Q.    Did the Transit Authority,

8    certainly since 1982, sell and lease certain

9    assets that it had?

10        A.    That was not within my scope, so I

11   don't know.  The answer is, I don't know.

12        Q.    Did the Transit Authority apply for

13   federal, state, and local grants?

14        A.    I have no idea.

15        Q.    Did the federal government, FTA,

16   give 11.4 billion dollars to the MTA for projects?

17             MR. KEAVENEY:  Objection.  You can

18        answer.

19        A.    I don't know.  1.4 billion for one

20   project.  I don't know.  Maybe for the whole

21   program, maybe yes.  I don't remember the details.

22        Q.    Well, since you recommended that

23   platform edge doors be installed in the Second

24   Avenue subway, among other subway lines, who

25   decided not to go ahead with that?

117

1                        M. NAGARAJA

2          A.    I have no idea.  I don't think it

3    was one individual.  I think it was something that

4    was discovered and -- other aspects of the subway

5    station.

6          Q.    You told us that you reported to

7    the head of Transit, Mr. Reuter; do you remember

8    that?

9          A.    Yes.

10         Q.    So, there was no one above you,

11   other than him; correct?

12         A.    At that time, yes.

13         Q.    Okay.  So, you recommended that

14   they implement the plan and design to have

15   platform edge doors installed in the Second Avenue

16   subway, among other lines; correct?

17         A.    The answer was yes.

18         Q.    So, then the decisionmaker would be

19   Mr. Reuter, that said not to go ahead; correct?

20              MR. KEAVENEY:  Objection.  Asked

21         and answered.

22         A.    It is already answered.  They look

23   at the overall aspect of it and then make

24   decisions, so it is not just him.

25         Q.    Well, since it is not just him, who

1                          M. NAGARAJA

2    were the decision makers that could decide whether

3    or not to do any particular plan or

4    recommendation, from the mid-1990s to the time

5    that you left?

6                    MR. KEAVENEY:  Objection.

7          A.    I am not sure.  I don't think it is

8    one title.

9          Q.    Well, let's make it even simpler

10   then.  For large projects, like platform edge

11   doors, who would be the decision makers to decide

12   whether or not to implement the plan

13   recommendation and design you had already approved

14   and recommended for platform edge doors?

15                   MR. KEAVENEY:  Objection.  You can

16             answer.

17         A.    I think I already answered, so.

18         Q.    No, you did not, sir.  I would like

19   an answer.

20         A.    I have no idea.  I have no idea.

21         Q.    Well, when we've got large projects

22   that are millions or tens of millions or hundreds

23   of millions of dollars, do you know the titles of

24   the people that had the authority to veto your

25   recommendation and your plan and your design that

119

1                         M. NAGARAJA

2    you recommended to be implemented for platform

3    edge doors?

4         A.    Again, I don't remember any

5    particular individual or anything.  I don't.

6         Q.    How about by title, if you don't

7    remember their name?

8         A.    I don't even know the title.  Maybe

9    -- I have no idea.  The answer is, I don't know.  I

10   don't remember.

11        Q.    In 2006 and 2007, the Transit

12   Authority was replacing its entire fleet of subway

13   cars; correct?

14        A.    I would imagine so.  I don't

15   remember the exact number.

16        Q.    What other safety devices did you

17   consider to prevent people from getting killed or

18   maimed from contact of being hit or run over by

19   trains, other than platform edge doors?

20             MR. KEAVENEY:  Objection.  You can

21        answer.

22        A.    I can't recollect.  I am retired for

23   14 years, so I don't remember everything.

24        Q.    You told us there were certain

25   challenges to perhaps having platform edge doors

120

M. NAGARAJA

1

2     installed at each and every station.  Did anyone

3     from the Transit Authority say, "Okay.  Let's look

4     how we could solve these challenges, how we could

5     meet these challenges"?

6           A.    I am sure it has been looked at for

7     different stations, at different times.  I don't

8     remember exactly where it was done and when it was

9     done, but we certainly looked into it.

10          Q.    Are you assuming that or do you

11    know for a fact that that occurred?

12          A.    I think that has happened.  So, I

13    don't know.  Again, I am -- my memory -- you know,

14    I am 81 years old, so I can't tell you for sure.

15          Q.    Okay.  Can you name a single study

16    or person that did a study, or entity that did a

17    study, to see how challenges could be met and

18    overcome so that the subway could be safer by

19    things like platform edge doors or TID devices?

20          A.    No.  I don't remember any such

21    thing, no.

22          Q.    If a study is done properly and

23    completely and thoroughly, does it need to be

24    redone again?

25          A.    Maybe they could do it again.  I

121

1                          M. NAGARAJA

2    don't know.

3            Q.    If the study was done properly,

4    completely, accurately, and thoroughly, and did

5    what it should have done, would there be any need

6    or reason to do the study over again?

7            A.    I have no idea.  They have to look

8    -- somebody has to look at the study that was done

9    and see whether it was done properly or not.

10           Q.    So, in other words, if it is an

11   adequate study, you don't have to redo it or keep

12   doing it; correct?

13           A.    I would agree with you on that, yes.

14           Q.    But if the study is not adequate,

15   then you have to keep redoing it; correct?

16           A.    That is common sense.

17           Q.    Okay.  Do you have to review any

18   kind of safety plan periodically to make sure it

19   is actually working properly?

20           A.    I am sure it is being done.

21           Q.    I didn't ask you that, sir.  I am

22   asking you, according to professional standards of

23   care and good and accepted practices and

24   procedures, does an entity like the Transit have

25   to look at a safety plan periodically, to look

122

1                          M. NAGARAJA

2       back now to see, is it effective, is it working,

3       does it have to be redone or changed?

4              A.    I am sure they should be looking at

5       these things to see any changes are made.  That is

6       true for anything.

7              Q.    So, the only way you could see if

8       the safety plan is working, if it is effective, is

9       look back to see, did it make a difference; right?

10             A.    The answer is yes.

11             Q.    Okay.  So, if hundreds of people

12      are getting killed or maimed every year, can we

13      agree that whatever plan may have been in effect

14      is not adequate and not working?

15             MR. KEAVENEY:  Objection.

16             A.    I am not an expert on that, but

17      certainly somebody should look into it.

18             Q.    So, for example, if every single

19      year the numbers don't change all that much for

20      how many people are hit by trains, maimed by

21      trains, killed by trains, every year, from an

22      engineering standpoint, could we agree that

23      whatever plan, if any, was there, it is not

24      adequate and not effective?

25             MR. KEAVENEY:  Objection.

123

1                          M. NAGARAJA

2          A.     I am not an expert on that, but I

3     don't know.  I can't say yes or no.

4          Q.     Well, when you taught your classes,

5     would you teach your students that if -- let's

6     back up a second.  I remember Albert Einstein once

7     said the definition of insanity is doing the same

8     thing over and over again the same and expecting a

9     different result; do you agree with that quote?

10         A.     I agree with that quote.

11         Q.     So, from an engineering perspective

12    that puts safety first, if you see that there is

13    no significant change in the number of people

14    being killed or maimed every year, from an

15    engineering perspective, whatever plan there was

16    is not adequate; true?

17                    MR. KEAVENEY:  Objection.

18         A.     In general, but yes, it is true.

19         Q.     Thank you.  So, then you have to

20    make a new plan, because the old plan was not

21    adequate; true?

22         A.     Yes.

23         Q.     By the way, I know you told us that

24    you couldn't recall whether or not you made any

25    presentations to any governmental entities, but do

124

1                        M. NAGARAJA

2     we agree that there are times that representatives

3     from the MTA Transit Authority do speak or make

4     presentations to various oversight bodies, like

5     the Public Safety Transportation Board or City

6     Council or things of that nature; correct?

7             A.     I would imagine so, yes.

8             Q.     When they do so, should they be

9     factually honest, complete, thorough, and correct?

10            A.     I am assuming they are being honest,

11    thorough, and correct.

12            Q.     Okay.  And, in fact, that is what

13    they are required to do, is anybody speaking on

14    behalf or representing the Transit Authority MTA

15    oversight body should give them all of the facts;

16    correct?

17            A.     The answer is yes.

18            Q.     They should be complete and

19    thorough and accurate and honest; correct?

20            A.     Yes.

21            Q.     Not evasive or duplicitous;

22    correct?

23            A.     I think it is already answered, yes.

24            Q.     They must be direct and factual;

25    correct?

125

                              M. NAGARAJA

1

2          A.     Yes.

3                 (Whereupon, a short break was

4          taken.)

5          Q.     I want to talk about funding again

6     for a second.

7          A.     Yeah.

8          Q.     Could we agree that if you don't

9     ask for funds, you don't get them; correct?

10         A.     Yes.

11         Q.     If you don't ask for funds for

12    safety things, you don't get them either; correct?

13         A.     It depends on -- yes, yes.

14         Q.     And if you don't ask for funds from

15    the federal government or from the State, or from

16    anyone for that matter, for safety devices such as

17    platform edge doors or track intrusion device

18    systems, if you don't ask for it, you are not

19    going to get it; correct?

20         A.     Yes.

21         Q.     If something is important to the

22    Transit Authority, they ask for it; correct?

23         A.     Yes.  There are so many important

24    things and then you have to prioritize.

25         Q.     And you told us safety is the most

126

1                          M. NAGARAJA

2      important thing, that's priority number one;

3      correct?

4              A.    It is.

5              Q.    So, if the Transit Authority, if

6      safety was truly important to them, they could

7      have asked the federal government or the State or

8      other sources to give money to fund safety devices

9      such as platform edge doors or track intrusion

10     devices or other similar devices; correct?

11             A.    Correct.  But there are so many

12     safety devices, so they have to prioritize.

13             Q.    Okay.  But they could have asked

14     for it, no matter how much money or how many such

15     safety devices there are, to prevent people

16     getting run over, killed and maimed by trains,

17     they could have asked; correct?

18                  MR. KEAVENEY:  Objection.  You can

19             answer.

20             Q.    Yes?

21             A.    I can't answer that.

22             Q.    Okay.  So, are you aware of a

23     single dollar that the Transit Authority or MTA

24     asked for, from anyone, the City, the State, the

25     federal government, a private entity, or anyone in

127

1                         M. NAGARAJA
2    the world that they ask for at any time, to your
3    knowledge, for a single penny for safety devices,
4    whether it be a platform edge door, a track
5    intrusion device, or something to prevent people
6    from getting run over and hit and killed and
7    maimed by trains?
8          A.    I am not aware of that, so I don't
9    know.
10         Q.    All right.  Are you aware of
11   anybody from the Transit Authority trying to get a
12   single penny from anyone to make it safer to
13   prevent people from getting hit or run over and
14   killed by trains?
15         A.    I don't have knowledge of that.
16         Q.    Okay.  I think I questioned this
17   gentleman to the best of his knowledge.  I
18   understand -- I am sorry.  And just to be crystal
19   clear, did the Transit Authority MTA ask for a
20   single penny from the City, the State, the federal
21   government, or anyone, to make the system safer,
22   to prevent or reduce incidents of people getting
23   run over or hit by trains and killed or maimed?
24         A.    They have asked for money for so
25   many safety things.  I don't know exactly if this

128

1                    M. NAGARAJA

2    was included.  I don't know.

3              Q.    When you say you don't know, are

4    you aware of a single document that says that they

5    did so?

6              A.    I'm not aware.

7              Q.    Are you aware of a single person

8    that said that they asked for this, money to make

9    it safer?

10             A.    I am not aware.

11             Q.    Are you aware of anybody saying no,

12   whether it is the City, the State, or the federal

13   government saying, "No, we are not giving you the

14   money that you asked for to make the system

15   safer"?

16             A.    No.

17             Q.    What kind of safer things did you

18   say you might have asked for possibly to prevent

19   people from getting hit and run over by trains;

20   what kinds of things did you ask for, to get funds

21   for?

22                   MR. KEAVENEY:  Just note my

23             objection to the form.

24             A.    I am sure there are a lot of safety

25   things that they do.  I can't really name each one

```
 1                          M. NAGARAJA
 2    of them.  I am out of there for 14 years.
 3               Q.    When you sent that e-mail to
 4    Mr. Prendergast about the platform edge doors, was
 5    he a decisionmaker at the time?
 6               A.    I would assume so, yes.
 7               MR. GENIS:  I think we have about
 8               done what we could do at this point.  I
 9               appreciate your time.  Thank you so much,
10               sir.  I hope you get home safe and have a
11               nice day.
12                    (Time noted:  2:15 p.m.)
13
14               _____
15                    MYSORE NAGARAJA
16
17    Subscribed and sworn to before me
18    this _____ day of _____, 2022.
19
20    _____
21                    NOTARY PUBLIC
22
23
24
25
```

Enright Court Reporting    (631) 589-7788

130

1                        M. NAGARAJA

2    ---------------- I N D E X ----------------

3    WITNESS              EXAMINATION BY          PAGE

4    MYSORE NAGARAJA     MR. GENIS                5

5

6

7    ------------ DOCUMENT REQUEST ------------

8    PAGE 100      INDIVIDUALIZED SAFETY PLANS

9

10

11   ---------------- EXHIBITS ----------------

12   PLAINTIFF'S      DESCRIPTION              PAGE

13   Exhibit 1,     MTA CHART                 19

14   Exhibit 2,     E-MAIL                    30

15   Exhibit 3,     TRANSIT LETTER            45

16   Exhibit 4,     Crown LETTER              48

17   Exhibit 5,     E-MAIL                    55

18   Exhibit 6,     E-MAIL                    60

19   Exhibit 7,     POWERPOINT PRESENTATION   76

20

21

22                        oOo

23

24

25

131

1                        M. NAGARAJA

2                        CERTIFICATION

3    STATE OF NEW YORK  )

                        )  ss.:

4    COUNTY OF NASSAU    )

5

6              I, Dorothy Maggiore, a Notary Public

7    within and for the State of New York, do hereby certify:

8              That MYSORE NAGARAJA the witness(es)

9    whose deposition(s) is(are) hereinbefore set forth,

10   was(were) duly sworn by me and that such deposition(s)

11   is(are) a true and accurate record of the testimony

12   given by such witness(es).

13             I further certify that I am not

14   related to any of the parties to the action by blood or

15   marriage; and that I am in no way interested in the

16   outcome of this matter.

17             IN WITNESS WHEREOF, I have hereunto

18   set my hand this MARCH 4th of 2022.

19

20   _____

21                DOROTHY MAGGIORE

22

23

24

25

# ERRATA SHEET FOR THE TRANSCRIPT OF:

## DASILVA VS. NYC TRANSIT
### March 4, 2022
### MYSORE NAGARAJA

## CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|-----|-----|-----------|-------------|-------------------|
| | | | | |

_____
Signature of MYSORE NAGARAJA

**A**

.m 1:14
ability 70:5
able 39:19 84:15
  100:14
above-noted 1:22
abreast 83:25
absolutely 81:20
Academy 8:13
accepted 15:8
  16:12 18:5 70:21
  81:11 82:17 84:23
  84:25 85:15 91:10
  91:23 92:8,15
  93:4,20 99:2
  108:22 109:4
  121:23
accident 107:24
  108:8 109:12
accidents 109:20
accountability
  108:10
accounts 19:15
  21:10
Accurate 35:4 36:3
  36:17 38:6,14,22
  39:15 53:22 62:17
  124:19 131:11
accurately 32:4,9
  34:18,22 35:17
  36:14 38:3,12
  39:4,12 50:16
  51:4,10,15,21
  52:11 53:5 54:16
  121:4
achievement 9:12
acknowledge 4:3,5
acronyms 75:9
action 131:14
actions 109:16
actual 33:17
add 37:4,8
added 41:22 56:12
  56:18
adding 57:16,25
  72:20
ddition 12:14
  50:11 94:3

additional 37:4,8
address 5:10
adequate 121:11,14
  122:14,24 123:16
  123:21
adherence 107:17
adjunct 9:25 10:5
administer 3:8 4:5
administered 4:5
Administration
  65:10 66:6
advance 6:14
advanced 54:9
advancement 54:12
advantages 89:24
  94:2
advertisement 50:7
advertising 30:3
  47:21
advisement 101:2
advisements 36:13
advocate 28:15
advocated 28:10
against- 1:7
agency 16:5,6,8
  48:3 83:24 91:12
  91:25 92:16 93:6
agenda 77:2
ago 20:5 34:20
  53:20 54:3 58:7
  68:3 75:22 113:20
agree 5:25 16:7,9
  16:11 17:10 18:16
  20:10 22:18 23:6
  26:18 29:13 37:6
  44:19 48:2 83:3
  89:12 91:8 96:18
  97:18 107:7,12,16
  121:13 122:13,22
  123:9,10 124:2
  125:8
agreed 3:3,5,7
  89:21
ahead 116:25
  117:19
air 94:6,8
airport 32:19,20
  33:19 34:3,4,9

45:17
airports 69:20
Albert 123:6
aligned 51:7
aligns 48:10
allow 61:10,17
  112:18
allowed 91:13 92:2
  92:18 93:7,21
allows 94:5 111:6
alternatives 47:21
altruistic 54:11
America 9:11
American 8:10,15
  8:18 83:13,14
analysis 62:4 108:3
  108:5 109:10,11
  109:12,15,19
  110:6 112:5
ANDREW 2:14
ANSI 83:14
answer 5:19 16:9
  16:18 17:7,17,18
  18:11 19:22 20:7
  20:15,17,19 22:24
  22:25 23:11,22
  27:12 28:23 29:17
  33:10 34:2,7,8
  35:6 36:15 37:16
  37:18,20 39:24
  40:11,13,21 41:13
  41:20 42:5,9 43:7
  57:24 59:9 60:6
  70:9 71:3,3 72:10
  72:15 78:19 83:10
  84:4 85:9 88:18
  88:19,25 91:16,21
  92:11,21,22 93:14
  93:25 97:14 99:6
  99:8 106:14
  107:19 108:13,14
  109:22 110:3,10
  111:10 112:14,21
  116:11,18 117:17
  118:16,19 119:9
  119:21 122:10
  124:17 126:19,21
answered 23:11,12

37:17 40:14,22
  99:7 104:20,21
  114:13 115:5
  117:21,22 118:17
  124:23
answering 70:17
answers 42:14
Anthony 54:18
  58:18,19
anticipate 109:20
anybody 63:6 73:8
  73:13 124:13
  127:11 128:11
apologize 12:23
applicable 17:11
  91:22 92:16
application 65:9
applied 64:11,12
applies 93:5
apply 116:12
appreciate 129:9
approach 97:20
approval 78:11
approve 78:7
approved 78:5
  80:11 118:13
area 74:15
arm 5:15
arrangement 4:7
article 1:20 67:15
articles 25:20 26:11
  26:12,16
ARUP 85:21
asked 13:20 18:12
  18:13 23:10 40:9
  40:23 61:8 64:16
  64:18 65:20 70:5
  72:18 73:15
  104:19 117:20
  126:7,13,17,24
  127:24 128:8,14
  128:18
asking 5:16 16:19
  17:3 18:14 24:15
  26:8 56:16 61:14
  73:22,24 74:6
  121:22
aspect 117:23

aspects 117:4
assessment 112:9
assets 116:9
assist 26:10
assistant 11:6 12:5
Association 9:10
associations 8:9
  83:12,19
assume 5:20 88:12
  112:2 129:6
assuming 90:12
  120:10 124:10
Atlantic 99:11
  100:22
attached 57:14
attention 107:8,13
attorney 17:22 29:9
  59:6
attorneys 2:4,8,12
  3:4 4:3
audits 107:20
authority 1:8,9,19
  2:13 5:11 15:21
  16:4,15,23 17:12
  17:23 18:7,17,19
  19:13,24 20:11,13
  21:15,23 22:14,19
  22:21 23:7 24:13
  25:17,24 26:20
  27:3,9 28:6,17
  29:3,8,19 31:3,9
  31:17 32:13 35:24
  35:25 39:18 41:8
  42:24 43:25 44:2
  44:15 46:7,19
  48:24 49:12,16
  50:13 53:11 63:15
  63:25 64:5,12
  65:22 67:3,9 70:4
  71:9,13 75:2,25
  79:8 81:10 83:18
  83:25 84:19,22
  87:17 91:12 92:2
  92:9,17 93:7,21
  95:6,16,24 96:3
  96:14,19 97:3,18
  98:22,24 99:20
  104:18 106:3,16

108:21 111:6
114:2,4 115:19
116:7,12 118:24
119:12 120:3
124:3,14 125:22
126:5,23 127:11
127:19
authorized 3:8
automated 104:12
104:15 105:3,4
automatic 38:17
102:3
automatically
104:10 111:24
available 24:8
91:18 95:3
Avenue 2:5 11:20
38:20 53:3 56:12
59:19,24 61:9
64:3,7,10,14
65:22 66:18 72:24
73:16,19,20 74:2
74:13 76:2,19
86:9 105:22 106:8
106:18 114:13,14
116:24 117:15
avoid 111:8 113:10
award 8:22,24 9:4
9:13
aware 20:11 22:14
22:19 26:20 32:21
37:24 44:12 68:23
69:3,6,8 83:25
99:10,14,18
126:22 127:8,10
128:4,6,7,10,11

———————
B
bachelor 7:12,14
bachelor's 6:23
bachelors 7:16
back 13:15,16
20:24,25 21:4,7
25:11 26:14 30:7
59:22 61:3 65:2
65:17 66:24 70:3
71:11 82:12 88:15
92:13 94:22

105:10 109:9
115:22,25 116:3
122:2,9 123:6
background 6:16
6:21,22 14:17
15:6
BALLAINE 2:12
Barclay 99:12
barrier 47:22 48:4
110:16
barrier/doors
46:23
based 49:25 81:24
94:16,18 101:9
102:18 109:15
111:20
Bates 19:2 21:13,22
30:9,15 46:18
48:17 55:14 56:8
61:3 76:12,18
86:10 105:17
bathroom 85:25
bearing 48:4
bed 110:7,18 111:5
beds 80:23 81:15
97:7,11
beginning 10:20
behalf 124:14
believe 14:7 86:10
belonged 8:8
belongs 83:19
benefit 84:9,13
benefits 65:12
best 91:18 98:12,19
127:17
better 10:12 100:7
beyond 110:11
Bianco 31:6,7,8
46:20
biased 42:23
big 49:8
bigger 49:8
billion 12:25 14:3
64:16,17,17 73:21
74:9,15,23 116:16
116:19
bit 56:25
blood 131:14

board 13:19 62:22
124:5
Bob 5:14 20:20
bodies 124:4
body 124:15
born 7:15
boss 115:11
bottom 56:9 78:22
85:20
brand 14:2 18:23
59:23 68:6 106:12
break 85:25 86:4
95:23 102:12
125:3
bridge 10:25
bridges 10:24
brief 85:25
Brigham 7:20
bring 80:17 82:7,20
broad 16:19
Broadway 2:13
46:5 49:11,12,16
49:17
Bronx 2:9
Brooklyn 99:12
brought 97:17
budget 73:19 75:3
build 39:2 65:8
building 7:3 8:12
13:25 59:23
built 7:4,10 27:25
68:13,15 74:3,7,8
74:21 81:8 98:17
100:11
bus 13:6,7
business 11:5 31:19
31:21,22 87:19

———————
C
C 2:2
Cafiero 57:2,3
call 1:12 100:17
103:10 109:7
called 5:2 10:24
11:8 68:14 81:24
85:21
Canarsie 104:22
candidate 38:11

capital 12:19,23,25
13:2,11,21 14:11
52:19 58:9,12
59:13 80:10
car 12:15 79:12
112:24
care 15:15 16:13
17:11 18:5 70:22
71:2,2 82:18
84:24 85:16 91:9
91:10,23 92:8,15
93:3,20 98:25
99:23 108:22
109:5 121:23
career 15:6
Carmen 31:6,7,8
46:20
carries 19:24 42:8
cars 15:18 79:8,8
79:15 80:23 95:18
95:25 96:15,21,23
119:13
case 112:7,8
cause 57:23 108:5
109:10,11 110:5
110:14 112:5
causes 94:5
cavern 61:17
CBTC 38:10 94:13
94:15 95:7 101:4
101:9 103:15,21
104:3,6,11,17
111:14
center 14:2 99:12
102:24 103:11
century 39:3
certain 19:12 79:16
79:16,17 81:20
113:4 115:20
116:8 119:24
certainly 16:15,22
27:15 28:18 32:15
41:21 43:19 56:5
69:22 116:8 120:9
122:17
CERTIFICATION
131:2
certify 131:7,13

cetera 6:18 78:23
81:15
chairman 13:19
47:4
chairmen 31:11
challenges 119:25
120:4,5,17
change 101:23
122:19 123:13
changed 102:3
103:13 122:3
changes 89:6 101:3
101:11 122:5
charge 12:6,9,13
14:13 31:8
chart 21:14,18 22:7
130:13
check 115:23
chief 12:13,19
13:18 47:4
child 113:4,11
choice 96:16
chose 71:13,24
chronological
10:19
CIS 36:10,11
City 1:8,19 2:13
5:11 8:22 10:23
11:5,13,15 12:6
12:12,21,24 13:6
13:14 16:4,10,14
16:23 17:12,22
18:7 19:13,23
24:13 27:9 28:12
28:17 31:3,9 32:6
32:19 33:2,14,17
33:20 41:7 46:5
48:24 49:12 50:4
50:13,14 54:9,14
62:25 63:3 64:9
73:11 75:24 76:6
83:24 87:16 93:6
99:15 101:25
104:8 105:9
108:20 124:5
126:24 127:20
128:12
civil 1:20 6:23,25

7:2,5,6,13,18,19
8:2,11 10:2,7 11:6
11:10 15:9,16
83:13
**classes** 123:4
**clear** 71:12 89:16
102:15 110:14
127:19
**close** 24:12
**CMAA** 9:7,9
**collaborative** 50:24
**College** 8:22
**Columbia** 10:4
14:20
**column** 103:11
**come** 7:5 25:8
39:10 44:5 46:13
65:17
**coming** 27:22
**command** 102:24
103:10
**comment** 89:2
**common** 121:16
**communication**
13:4 40:4 85:5
94:13,15 95:7
101:9 102:17,23
103:12,13 111:20
**companies** 30:3
**company** 10:24
11:8,9 13:21
85:20
**complete** 62:18
95:2 124:9,18
**completed** 75:6
104:23
**completely** 40:3
41:2 120:23 121:4
**completing** 13:25
**complies** 84:22
**comply** 64:25 81:11
104:14
**components** 88:8
**compound** 102:11
**computer** 94:16,18
**concept** 47:13
**concerning** 57:10
**concerns** 48:10

65:16
**conditioning** 94:9
**conductor** 103:9
105:5,8
**Conference** 1:12
**confident** 54:13
**configurations**
27:17
**conform** 100:12
**Congress** 8:12
**connected** 111:14
111:19
**consent** 4:6
**consider** 25:25
41:25 42:3 67:13
88:22 119:17
**consideration** 27:6
67:6
**considerations**
98:18
**considered** 47:10
67:2,16 88:16
**considering** 26:6,13
28:6 32:7,13 44:4
67:10
**constitute** 85:14
**construction** 7:3
8:13,15,18 9:10
13:10,21 14:11,14
29:15 48:14 52:19
58:9,12 59:14
106:24
**consulting** 14:22
**consumption** 90:5
94:4
**contact** 41:10 71:15
119:18
**contents** 78:13
**context** 90:25
**continue** 34:14
81:21
**continues** 36:8
**continuing** 80:20
**contractor** 78:21
**control** 94:17,19
95:7 101:9 102:4
102:18 111:20
**cooler** 94:9

**Copenhagen** 87:6
**corner** 78:22
**correct** 6:12 17:23
22:7,11 25:17,21
27:3 30:19,22,24
30:25 31:4,5 33:4
34:11,22,25 35:5
35:9,12,21 38:7
38:20 39:7 44:10
44:25 46:7 49:4
49:13 52:14,22
53:18 54:4 55:21
58:2,13 59:24
60:4 61:5 62:13
67:4,18,23 68:4,8
68:12,17,21 70:23
71:25 72:11,15,25
73:5 74:24 76:21
77:4,9,12,15,19
77:22 78:2,5,9,14
78:17 79:4,5,9,13
79:18,23 81:8,16
81:22 82:7 83:9
83:16,21 84:6,10
84:17 86:11,18
87:7 88:3,8,11
89:7,10,18,22
90:2,5,8,11,14,21
91:4 94:14,20
95:25 96:6,16,21
96:25 97:4,7,12
97:23 98:5,10,15
98:21 99:4,8
100:8,15,16
103:25 104:12,13
104:15,16 105:18
105:22,23,25
106:10,19,24
107:3,21,24 108:3
108:6 109:21
110:8,22 111:8,15
112:25 113:6,11
115:3 117:11,16
117:19 119:13
121:12,15 124:6,9
124:11,16,19,22
124:25 125:9,12
125:19,22 126:3

126:10,11,17
**corrective** 109:16
**correctly** 32:4
57:21
**corroborate** 53:17
**CORSI** 2:12
**cost** 29:22 35:16
47:11 48:4,10
53:10,11 73:25
74:2,22 75:5
**costs** 29:19 48:14
**Council** 62:25 63:3
124:6
**counsel** 4:6 52:20
58:8,11,22
**countless** 54:10
**country** 14:23
88:16
**COUNTY** 131:4
**couple** 11:7
**course** 14:20 31:19
31:20,22 87:18
**court** 1:2 3:9 20:24
21:8 116:4
**create** 51:2
**created** 14:11 87:17
**crowded** 67:13
**Crown** 48:23 49:25
50:5,22 51:6 52:9
53:14 55:19 56:3
130:16
**crystal** 127:18
**current** 5:10 82:2
82:20,23 83:2
114:3,5
**currently** 51:14
**Curtiss** 86:13
**customer** 36:9
**customers** 36:12
93:11 100:2

**D**
**D** 61:8 130:2
**daily** 107:8,13
**dams** 7:4
**darts** 113:4
**DaSILVA** 1:5
**dated** 57:6 76:20

**daughter** 46:10
**Dave** 18:25 30:8
45:5 47:7 49:7
55:13 60:14 86:5
86:21 87:4 107:5
**David** 2:6 60:8,10
61:4
**day** 19:25 129:11
129:18
**DC** 66:21
**death** 91:3
**decades** 68:3 69:25
79:7,7 96:19
**decay** 80:8
**decide** 96:15 118:2
118:11
**decided** 27:21
103:23 116:25
**decides** 95:24
**decision** 118:2,11
**decisionmaker**
117:18 129:5
**decisions** 117:24
**Defendant** 1:18
**Defendants** 1:10
2:12
**definition** 123:7
**degree** 6:23,23 7:18
7:19 8:2 10:23
88:22
**DEIS** 75:18,19
**Delhi** 88:11,15,15
**den** 58:19
**Denmark** 87:6
**denying** 55:8
**department** 9:13
10:7 11:6 13:12
13:13 99:19,22,25
100:19
**departments**
100:18
**departure** 53:4
**depending** 98:16
**depends** 96:8 109:7
113:13 125:13
**deposition** 3:8 4:3,4
4:4
**deposition(s)** 131:9

131:10
Deputy 12:12
DESCRIPTION
130:12
design 10:25 11:10
  12:13 60:12 77:3
  77:9,11,18,18
  79:3,4,11,12
  95:24 96:5,16
  100:13 106:24
  107:17 117:14
  118:13,25
designated 8:25
designed 107:3
designers 79:2,3
designing 10:24
  11:10
designs 51:18 60:2
  95:17
details 65:10,17
  99:18 107:8,13
  116:21
Development 83:15
device 37:12 111:2
  111:4,19 125:17
  127:5
devices 24:2,7,16
  24:23 25:7,25
  26:20 27:7 28:6
  32:18 33:8 65:24
  70:6,7 71:14,16
  72:21 110:22
  111:12,14 119:16
  120:19 125:16
  126:8,10,10,12,15
  127:3
diagram 88:7
Diane 47:3
difference 122:9
different 12:8
  23:23 24:7 25:20
  34:4 63:13 79:22
  86:22 88:2 89:5
  96:9 100:10,15
  101:20,21,22
  111:2 112:8 120:7
  120:7 123:9
DiFiore 58:18,19

diligently 50:3
dimensions 79:17
direct 42:11 124:24
directly 62:3
disagree 43:11
disbelieve 55:24
discovered 117:4
discuss 77:2
discussed 26:13
  29:18 53:8 55:19
  67:2
discussion 21:19
  45:8 46:14 60:21
  105:13
discussions 57:10
  57:12
distinguished 8:21
DISTRICT 1:2,3
division 12:7,9
  52:18
DMJM 78:23
document 19:6
  30:11,16 45:11,14
  46:17,19 48:20
  49:2 55:16 60:18
  60:24 76:15 78:5
  78:8 87:17 105:11
  128:4 130:7
doing 14:22 19:10
  26:6,14 27:13
  53:10 62:8 65:12
  66:18 67:24 81:21
  84:19 94:23 95:12
  98:20 101:17
  103:20 110:20
  121:12 123:7
dollar 126:23
dollars 13:2 14:3
  116:16 118:23
door 48:4 50:23,25
  51:8,20 86:10
  110:16 127:4
doors 24:22,24 25:8
  26:2,21 27:7,20
  28:7,11,16 29:14
  29:20 30:2,4
  31:14 32:7,14,18
  32:24 33:3,9,13

33:18,21 35:16
  36:10 37:2,11
  38:2,11,16 41:9
  43:17 44:4,17,20
  44:24 45:17,18
  47:9,22 50:8,23
  51:8 53:11 56:13
  56:18 57:11,17,22
  58:2,25 59:7,12
  59:19 60:3 61:5,9
  61:19 62:13 65:24
  66:2,12,14,16,22
  66:25 67:10,17
  68:3,21 69:4,9,14
  69:21,24 70:7
  71:17,19 72:20,25
  76:20 79:16 87:7
  88:3,11 89:17,25
  90:19,23 91:2
  94:3 97:10,15
  105:18,21 106:9
  106:17 114:10,16
  114:23 115:14
  116:23 117:15
  118:11,14 119:3
  119:19,25 120:19
  125:17 126:9
  129:4
Dorothy 1:22 131:6
  131:21
doubt 55:24
downtown 14:14
dramatically 37:13
  39:20
dream 39:10,17
  41:6,15,16 44:5,6
drive 112:24
driving 113:3
due 39:25
duly 5:3 131:10
duplicitous 124:21
duties 25:16
duty 16:14 17:15
  18:8 22:21 23:7

──────────
E
──────────
E 2:2,2 5:2 130:2
e-mail 30:18,21

31:13,16,21 34:14
  35:4,12 36:8
  40:17,19 43:15,24
  44:10,13 53:18
  56:8 57:5,14 58:6
  61:4 129:3 130:14
  130:17,18
e-mails 59:17
earlier 6:17 53:7,18
  67:23 79:25 95:15
  100:5
early 28:9 69:16
earn 115:20
easier 29:14 94:8
  96:24 100:7
EASTERN 1:3
easy 106:23
edge 24:12,22,24
  25:8 26:2,21 27:7
  28:7,11,16 29:14
  29:20 30:2,4
  32:18,23 33:3,9
  33:13,18,21 35:16
  36:25 37:11 41:9
  43:17 44:16,20,24
  45:17 47:9 50:8
  50:23,23,25 51:8
  51:20 53:11 56:13
  56:18 57:11,17,22
  58:2,25 59:7,12
  59:19 60:3 61:5,9
  61:19 62:12 65:24
  66:2,11,14,16,22
  66:25 67:10,17
  68:3 69:4,9,13,21
  69:24 70:7 71:16
  71:19 72:20,25
  76:20 86:9 89:17
  89:25 90:19,23
  91:2 94:3 97:9,15
  105:17,21,25
  106:4,9,17 110:16
  114:10,15,23
  115:14 116:23
  117:15 118:10,14
  119:3,19,25
  120:19 125:17
  126:9 127:4 129:4

educated 88:21
education 6:17 8:3
  8:5 15:7
educational 6:21,22
  83:4 84:14
effect 3:9 122:13
effective 24:24
  33:22 34:11 122:2
  122:8,24
effectively 37:12
  110:15
effort 50:25
Einstein 123:6
either 24:3,17
  125:12
electronic 95:7
  102:18 111:20
eliminate 24:3
employees 100:2
encompass 7:7
energy 90:4
engineer 7:23 8:25
  9:21 10:25 11:7
  11:10 12:13,19
  13:19 60:12 91:25
engineered 50:9
engineering 6:24
  6:25 7:2,5,6,13,15
  7:18,20 8:2 10:2,2
  10:7,20 12:14
  15:9,16,23 17:14
  18:6,20 23:21,24
  81:11 82:17 83:5
  83:9,11,20 84:14
  91:10,10,23 92:14
  93:5 122:22
  123:11,15
Engineers 8:11
  83:13
enhanced 89:25
  90:25
ensure 54:14 108:9
  108:10
enter 27:23 112:17
enters 111:5
entire 18:18 80:22
  80:24 91:24
  119:12

entities 123:25
untitled 76:19
entity 120:16
121:24 126:25
entrance 27:23,24
environment 9:4
envisioning 62:2
equipment 23:25
24:8,16
ESQ 2:6,10,14
establish 100:3
estate 52:17
estimate 74:12
estimated 64:15
et 6:18 78:23 81:15
evasive 42:22
124:21
everybody 86:3
exact 68:10 119:15
exactly 25:10 82:3
120:8 127:25
EXAMINATION
1:17 5:12 130:3
examined 5:4
xample 17:5 49:20
59:5 62:21 65:21
68:2 70:19 79:6
87:6 110:25
112:24 122:18
Excellent 82:25
84:21 97:17
108:16 109:2
exchange 30:3
executive 47:4
exercise 93:2
exhibit 19:3,5
21:13,22 30:10,15
45:12,13 48:19
55:15,19 56:11
60:20,23 61:3
76:14,18 86:7,11
105:11,16 130:13
130:14,15,16,17
130:18,19
EXHIBITS 130:11
exist 81:7
xisted 81:6 82:24
99:21

existence 24:2 25:8
existing 50:25
expansion 13:21
14:13
expect 88:14
expecting 123:8
experience 6:18
10:19 33:17,21
91:25
expert 111:17
112:3 122:16
123:2
expertise 110:11
112:23
explain 59:2
explicitly 48:11
explored 47:22
expose 91:13 92:3
92:10,19
exposes 93:9,23
express 86:16
expressed 48:11
extension 13:23,23
44:21 59:20,24
64:3,8 73:5,7,9,10
73:15
extensive 57:12
extent 85:13
extra 42:16

F
facilities 13:7
fact 19:11 32:17
44:19 67:14,22
68:20 77:17 94:21
111:13 120:11
124:12
factors 47:11
facts 124:15
factual 124:24
factually 124:9
fail 109:2
failure 109:14,14
fair 6:3 15:5 22:13
28:12 33:16 54:7
55:12 63:20 75:7
fairly 106:23
Faiveley 86:14 88:2

fall 110:6
falling 24:18
false 17:6,8 23:14
40:9,11,12 42:11
72:21 82:21
110:18
familiar 10:6 15:7
15:12,14,19 19:11
45:16 68:19 75:9
75:10,16,18 78:25
fantastic 83:4
far 5:23 6:10 69:10
74:21 75:4 98:6
109:23
fast 113:5
favor 42:24
feasibility 77:3
89:9 98:4,8
feasible 43:16 44:6
44:16 59:21 89:10
89:17 97:16
103:25
feature 41:23
February 31:24
77:19
federal 63:10,16
64:5,7,13,19,24
65:5,7,10,13 66:3
66:5 70:6,9 71:13
71:20 72:19 73:6
73:9,14,14 75:25
76:5 116:13,15
125:15 126:7,25
127:20 128:12
fellow 8:10
Fenik 52:19
Ferry 14:2 34:16
fertilizers 11:11
fiber 103:13
field 10:20 15:9,23
17:14 83:4,9 93:5
fifth 80:15
filing 3:4
final 77:8,11,17,18
finally 65:17
financing 48:13
find 28:20
fine 20:22 89:3

finish 42:13 82:14
first 5:3 6:16 13:5,7
25:8,24,24 26:9
26:13 27:6 28:5
49:24,24 65:4
66:24 80:10 94:22
95:23 123:12
fits 97:19
five 49:25 86:2
five-year 80:10
fixed 112:10
fleet 96:4,20 119:12
flexible 51:19
Flushing 104:24
focus 13:21
focusing 50:8
follow 16:24
following 64:23
66:19 82:2 102:6
108:25
follows 5:5
force 3:9 105:25
106:4
FORD 2:12
Fordham 2:9
foreseeable 18:8,14
forgot 75:22
form 3:6 128:23
former 52:21 114:5
forth 131:9
forward 72:17
four 19:24 38:19
74:16
fourth 80:15 86:9
frame 45:18
free 30:2
frequently 111:14
front 113:4
FTA 63:10,12,17
116:15
full 5:7
fully 101:12 105:4
Fulton 13:25 14:2
function 51:19
functions 90:22
fund 65:18 126:8
funded 64:9 73:11
funding 47:21

63:14,16 65:13,19
66:12,14,19 70:3
125:5
funds 13:24 64:5,7
64:13 65:5,7
71:14 73:14 75:25
125:9,11,14
128:20
further 3:5,7 4:5
8:3 38:25 50:19
57:9 131:13
future 37:25 43:20
74:4,5,6 109:20

G
G 5:2
general 52:20 58:8
58:11 86:16
123:18
generalize 113:14
generally 110:12
generate 36:12
Genis 2:8,10 5:13
5:14 16:25 17:19
18:23 20:3,22
21:4 23:3 24:14
28:2,21 30:6 34:5
40:7 41:4 43:11
43:21 45:4,10
47:6 48:17 49:7
50:18 55:12 56:24
60:13 63:20 66:8
71:21 72:4 77:6
85:7,23 86:5,20
87:3,11,23 88:5
89:3,14 91:19
93:12 94:11 95:4
96:11 100:17
102:11 105:10
107:5 108:16
109:25 115:22
129:7 130:4
gentleman 127:17
getting 22:9,15
23:8 24:9 25:21
26:2,22 27:8,24
28:8 33:12,23
37:14 39:20,21

41:18,25 65:4
70:3 71:15 90:20
112:11 115:24
119:17 122:12
126:16 127:6,13
127:22 128:19
**give** 42:13 67:7
116:16 124:15
126:8
**given** 6:6 22:5
131:12
**gives** 48:9 51:13
52:8
**giving** 29:9 65:10
128:13
**glad** 29:24 97:17
**gladly** 5:18 26:16
67:15
**global** 54:14
**go** 6:15,18 10:19
37:23 47:6,17,25
48:17 50:18 61:3
65:3,3,5 75:2 77:6
86:6,20 87:3,23
88:5,21 89:3,14
94:11 103:9
105:10,12 109:12
112:7 116:25
117:19
**goal** 39:2
**goes** 42:15
**going** 5:16,20 6:15
6:16,17 11:16
14:6 19:8,17
29:22 30:6 32:3
37:22 38:25 44:5
47:5,17 49:23
52:6 63:21,25
65:2,3 70:15,16
72:15 74:18,20
75:8 76:12,17,23
76:24 80:16 85:24
100:12 106:22
113:5,9 125:19
**good** 5:14 10:14
15:8 16:12 18:5
70:20,23 71:4
80:18 81:3,11

82:17 84:5,23,24
85:14 91:23 92:8
92:15 93:4,20
99:2 108:22 109:3
121:23
**government** 63:10
63:16 64:13,19
70:6 71:14 72:19
73:9,14 75:25
76:5 116:15
125:15 126:7,25
127:21 128:13
**governmental**
123:25
**graduate** 8:3
**graduated** 7:25
**grants** 116:13
**great** 38:11
**greater** 108:10
**greatly** 24:3
**green** 9:3 102:2
**Greg** 113:15
**grew** 88:20
**groups** 8:9
**guess** 48:9 59:3
60:12
**guidelines** 100:3
**guys** 64:3,4

**H**

**Haase** 60:8,10 61:4
**Hackensack** 11:9
**Hakim** 52:20 58:6
58:21 59:6
**hand** 113:9 131:18
**Hanover** 74:14,20
**happen** 13:10
19:25 40:5,6
102:4
**happened** 109:13
109:14 120:12
**happening** 102:5
103:18
**happens** 102:8
**happy** 32:5,12
36:25,25 37:10
44:3
**hard** 112:9

**HARGER** 1:5
**harm** 16:8,16 17:15
18:8,13,14 64:21
66:15 76:3 91:14
92:3,10,19 93:9
93:23
**Harris** 78:23
**head** 27:21,25
35:24 36:2 43:25
44:3 117:7
**heading** 89:9
**hear** 29:6 32:5 44:3
107:10
**heard** 19:15 33:6
33:11 51:23 52:2
52:4
**hedging** 40:18
**Heights** 46:11,13
**held** 1:21 21:19
45:8 46:14 60:21
86:13 105:13
**help** 29:2,7 72:7
91:3
**hereinbefore** 131:9
**hereunto** 131:17
**higher** 47:18
**highest** 22:6,11
**highly-crowded**
27:15
**hired** 11:14 12:2
**hit** 19:13,19 20:12
21:16,25 22:9,15
23:8 24:4,9,25
25:21 26:2,22
27:8 28:8 33:7,12
33:24 39:22 41:25
90:20 110:5,8
119:18 122:20
127:6,13,23
128:19
**hitting** 24:20
112:19
**hold** 9:16 53:4
**home** 129:10
**homogenized** 100:6
**homogenizing**
100:5
**homogenous** 96:4

96:15,20,24
100:14
**honest** 35:9,11 36:3
36:17 38:6,15
39:14 124:9,10,19
**honors** 9:16
**hope** 129:10
**Hopefully** 39:9
**hours** 54:10 85:24
**house** 11:13 27:22
27:25
**housing** 45:18
**Houston** 11:12
74:18,19
**Hudson** 64:2
**huge** 80:17 103:17
**human** 109:14
111:21
**hundred** 41:25
**hundreds** 115:3
118:22 122:11

**I**

**idea** 45:20 47:8
49:10 53:24 56:20
59:10 70:23 75:15
75:21 84:6 85:22
87:20 105:2
111:11 112:15
116:5,14 117:2
118:20,20 119:9
121:7
**ideas** 52:8
**identification** 19:7
21:12 30:12,14
45:15 48:21 55:17
60:25 76:16
**illustrious** 15:6
**imagine** 34:19 36:4
38:24 62:19 67:20
68:18 78:3 89:13
106:5 111:16
119:14 124:7
**implement** 117:14
118:12
**implementation**
105:15
**implemented** 119:2

**implying** 78:20
**important** 15:23
16:2 114:22
125:21,23 126:2,6
**improvement** 50:7
**improvements** 50:4
**inches** 45:21
**incidents** 18:21
39:20 112:5
127:22
**include** 7:6 49:19
66:11
**included** 7:11
11:21,24 13:2,8
13:22 66:7 76:7
80:2 128:2
**includes** 48:9
**including** 14:14
52:18 63:16 74:5
74:6
**income** 36:13
115:20
**India** 7:15,16,16
88:11,15,22
**indicated** 59:18
**indicating** 57:15
**individual** 98:8
99:21 117:3 119:5
**individualized**
99:11,14 100:21
130:8
**industry** 84:2
**info** 36:11
**information** 20:16
36:9 47:12 49:3
52:7 66:5 70:15
111:23
**infrared** 111:3
**infrastructure** 12:6
48:23 50:2,5,22
51:7 52:9 53:15
54:12 102:14
**initial** 52:16
**initiated** 95:6
**injured** 19:20 20:12
21:24 22:16,20
23:9,20 24:5,10
26:4,23 27:10

33:12,23 39:21
41:18
injuries 109:21
insanity 123:7
install 25:3 34:16
35:15 36:9 37:11
40:2 41:9 44:16
46:23 89:10
105:21
installation 32:7
38:2 86:17
installed 28:16
29:14 30:2 32:23
33:8,13 37:2
44:20,25 57:22
60:3 69:5 89:18
102:8 103:24
106:9,17 114:10
115:14 116:23
117:15 120:2
installing 29:19
32:13 44:4 47:9
59:18 67:10
103:20 105:17
Institute 8:15,18
83:14,15
intention 106:20
interact 113:19,22
interest 47:13
115:20
interested 48:12
131:15
international 83:19
84:22
interrupt 14:16
82:15
interventions
107:21
interviewed 25:12
25:14
introduction 53:2
intrusion 65:24
110:22,25 111:12
111:13,19 125:17
126:9 127:5
invasive 40:19
invested 61:18
62:12

investigation
107:24 108:8
109:19
investigations
108:10
investment 50:14
investments 115:20
involved 11:17 27:6
79:19,22
involving 21:15
48:13 61:5
is(are) 131:9,11
Island 1:12
issued 47:14
issues 86:18
items 52:7 65:25

——————
J
——————
J 5:2
Jackson 46:10,12
JANSSEN 1:5
Jay 31:10,11
Jersey 9:21 11:10
46:2,12
JFK 32:18,22 33:2
33:7,13 45:17
69:13,15
job 11:14 23:7
79:22 80:2 83:23
John 49:9
joined 11:5,8
Joseph 58:15,16
Jubilee 68:5,6
judgment 92:24
93:2,8
judgments 93:22
July 57:6
jump 110:7
jumping 24:18
June 71:6,9 76:20
jurisdiction 59:15
jury 42:23 43:8
justifying 65:13

——————
K
——————
Kalikow 13:20
KEAVENEY 2:14
16:17 17:16 18:10

19:21 20:14,23
22:23 23:10 27:11
29:4,10 33:25
34:12 37:15 39:23
40:20 41:12,19
42:4 43:2,6,12
45:2 53:23 54:5
58:3 59:8 60:5
63:18 67:19 71:18
72:9 74:3 78:18
81:17 82:14,22
84:18 85:3,17
88:17,24 89:19
90:15 91:5,15
92:4,20 97:13
99:5 100:25 101:6
102:9,13 104:19
108:12 109:6
110:9,19 111:9,25
112:13,20 113:7
113:12 114:7
115:4 116:17
117:20 118:6,15
119:20 122:15,25
123:17 126:18
128:22
keep 40:12 83:25
94:9 121:11,15
Kellogg 11:9
kept 31:18,21 87:17
killed 19:20 20:12
21:25 22:5,16,20
23:9,19 24:5,10
26:3,22 27:9
32:22 33:7,23
37:14 39:21 41:10
42:3 71:15 119:17
122:12,21 123:14
126:16 127:6,14
127:23
kind 86:24 114:22
121:18 128:17
kindly 19:2 23:15
30:8
kinds 96:9 128:20
knew 114:8
Knorr-Bremse
51:13

know 10:10,11,11
10:25 11:3,19
14:4,13 15:4
18:15,25 20:2
23:22 29:12,22
36:21 40:18,25
42:7 45:22,22
49:18,21 52:5
56:21 57:21 61:23
65:8,18 68:22
69:10,10,12 70:14
75:4,4,5,6 78:20
80:12 86:23 87:12
88:12 90:16 95:10
96:4,8 99:17
100:9 101:16,23
102:23 103:5,8
104:25 106:5,6
109:23 111:6
112:8,22,23
113:15,17,17
116:6,11,11,19,20
118:23 119:8,9
120:11,13,13
121:2 123:3,23
127:9,25 128:2,3
knowledge 25:23
28:5 30:5 54:9
69:22 81:5 127:3
127:15,17
known 18:21 23:20
24:16,23 77:25
110:13,14
knows 111:22
Korea 68:16
Krsulic 52:18

——————
L
——————
L 2:2 94:24 95:13
101:15,17 104:22
L-E-E 115:10
laid 11:3
LANDMAN 2:12
language 40:18
48:10
large 107:8,13
118:10,21
Larry 13:17

laser 111:3
latest 77:18
Law 1:20
Lawrence 113:23
113:25 114:7
lawyer 58:22,23
63:22
lawyer's 46:6
leader 54:14
leadership 8:21
39:10
learn 32:12 59:17
84:9
learned 36:20
lease 116:8
Lee 115:7,9,9,11,13
left 104:18 118:5
leg 5:16
length 79:16
let's 25:11 30:6,7
34:14 36:21 43:14
45:4,10 47:6,25
48:17 50:18 55:13
59:22 60:13 63:14
64:10 65:3 66:24
71:11 72:17 76:23
81:6 82:12 87:3
87:23 88:15 89:3
89:14 94:11
102:12 105:10,12
107:5 109:9
115:18,24 118:9
120:3 123:5
letter 44:14 48:22
53:13 130:15,16
level 65:19
Lexington 2:5
11:20
licensed 7:22 9:20
lie 36:7
lieu 4:5
lifetime 9:12
light 102:2,2,2
limbs 37:3 94:4
limit 82:8 112:18
line 11:20,24 13:23
27:14 37:25 38:9
44:21 50:21 53:3

64:8 68:5,6,7,13
68:14 73:7,10,15
94:22,24,24 95:11
95:14 98:17
101:13,14,15,16
101:17,18 102:5,5
103:15,15 104:22
104:22,24,24
106:12
lines 12:8 59:23
69:11 96:9 101:20
101:21,22 104:17
116:24 117:16
literally 97:6
little 6:15 30:7
47:17 48:13 49:8
50:14,18 56:25
live 45:23,25 46:2
lives 37:2 46:10
90:14 94:3 115:3
LLC 50:2
LLP 2:4
local 116:13
located 49:15
location 81:24
103:6
locations 68:17
London 66:17 68:2
69:11
long 1:12 34:20
46:17 54:2 76:13
94:25
long-term 50:12
longer 42:14,15
70:16
look 10:12 19:9
30:8 43:14 45:10
46:17 60:14,19,19
63:15 64:5 85:19
95:12 96:9 97:15
98:11 117:22
120:3 121:7,8,25
121:25 122:9,17
looked 26:24 28:25
55:18 120:6,9
looking 27:16
28:13,18 29:21
56:7 61:2 114:12

122:4
Loressa 52:18
lost 5:15
lot 16:23 29:22 40:5
42:16 49:17 80:8
93:10 128:24
lots 61:17
lower 112:18
113:10
lowest 22:4,10
LUISA 1:5
lying 36:5,22

M

M 5:2 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1

109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1
M-E-S-A 75:12,13
M.W 11:9
Maggiore 1:23
131:6,21
maimed 37:14
41:10 71:15
119:18 122:12,20
123:14 126:16
127:7,23
maiming 91:3
maintained 31:18
87:18
maintenance 12:15
13:7 86:18 90:10
94:5 99:23 107:17
makers 118:2,11
manage 94:19
96:24
management 9:4
9:10 12:20,23
13:12
manager 11:14,15
11:18,19,25 12:3
56:22 58:16,19
managing 95:8
manner 4:7 93:8,22
manufacturer 51:9
88:2
manufacturers
51:2
March 1:13 77:23
131:18
marked 19:6 21:12
30:11,14 45:14
48:20 55:16 60:24
76:15
marriage 131:15
mass 15:10,10,17
15:23 16:4,6,7
83:20,23 91:11

92:16 93:6
master's 6:23 7:17
7:19 8:2 10:22
88:22
matter 84:6 100:23
125:16 126:14
131:16
McGrade 56:21,22
57:4,7 59:3 61:8
mean 20:17 58:22
61:22 87:16
meaning 35:15
47:20
means 6:9 20:18
23:20 56:20 90:14
91:6,18 112:11
meant 61:23
measures 64:20
76:3
mechanics 10:2
media 25:15,20
50:6,6,12 51:2,9
53:2 54:11,13
media's 51:18
medial 68:14
meet 55:5 65:16
120:5
meeting 53:14
54:25 62:2
meetings 56:3 63:5
86:12
member 8:11,12,14
8:17 83:12
memo 44:8,9,14
53:12
memory 10:13
53:14 54:21
120:13
mention 9:17
mentioned 9:19
29:24 58:7
MESA 75:10
met 52:17 53:9
54:22 55:9 120:17
METROPOLIT...
1:9
Michael 54:24 55:3
55:6

mid-1990s 118:4
Milano 54:19,22
55:9
million 19:24
millions 42:8
118:22,22,23
Milton 8:20
minimize 64:21
66:15 76:3
minute 63:19
minutes 86:2
MIS 75:16,17
modern 82:7 103:2
modernization
81:4
modernize 39:18
80:18 81:13 82:19
modernized 40:3,4
41:2,8 80:24 85:5
moment 20:5 58:7
Monday 57:10
61:25
money 29:23 61:18
62:8,12 64:14,18
64:20 65:23 70:5
72:18,25 73:6,8
80:9 82:9,11 85:6
95:2 101:14
115:18 126:8,14
127:24 128:8,14
monitor 102:25
morning 5:14 32:6
61:25
move 16:25 17:19
20:3 23:3 24:14
28:2,21 34:5 40:7
41:4 43:10,22
66:8 71:21 72:5
72:17 85:7 91:19
93:12 95:4 96:11
108:16 109:25
moved 11:12
mover 104:12
movers 104:15
moves 81:22
MTA 13:19,20 14:4
14:11,19 16:3,15
17:12,23 18:7

21:15,23 25:17,24
29:3,8 31:12
35:16 36:2,10
44:3 46:22 47:4
52:10,19 58:9,11
59:13 63:15 64:5
64:12 65:22 67:9
116:16 124:3,14
126:23 127:19
130:13
**MTA's** 52:17
**MTA-CC** 14:7
**MTACC** 105:21
**muddle** 10:15
**municipal** 8:25
**Mysore** 1:17 5:9
52:21 61:7 62:2,3
129:15 130:4
131:8

**N**

**N** 2:2 5:2 130:2
**Nagaraja** 1:18 5:9
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1,21 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1

82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
129:15 130:1,4
131:1,8
**Nagaraja's** 52:25
**name** 5:8,14 13:17
54:18,20 113:18
119:7 120:15
128:25
**named** 9:6 100:18
**names** 51:13
**narrow** 27:18
**NASSAU** 131:4
**nation** 88:23
**national** 8:13 83:14
84:23
**nature** 15:18 23:25
24:17 77:4 83:16
84:3 95:19 124:6
**near** 103:11
**nearest** 103:10
**need** 80:5,19 97:11
101:3,11 104:7
120:23 121:5
**needed** 50:4
**needs** 7:4 81:24
102:7,19,21
**negotiated** 34:15
**never** 40:23 52:2
92:2
**new** 1:3,8,12,18,24
2:5,5,9,13,14,14
5:4,11 7:24 8:11
9:21,23 10:23

11:5,9,13,15 12:5
12:11,21,24 13:5
13:10,14,22 14:2
14:14 16:3,9,14
16:22 17:12,22
18:7,23 19:13,23
24:12 27:8 28:11
28:17 29:15,15
31:3,9 32:6,19
33:2,14,17,20
34:16 37:24 39:2
41:7 43:17 46:2,5
46:12 48:23 49:12
49:13,13,25 50:4
50:13,14 54:9,14
55:4 59:19,23
63:3,7 66:16,25
68:7 69:11,24
73:11 75:24 76:6
79:8 83:24 84:2
87:16 93:6 95:22
99:16 101:24
104:7 105:9
106:12,23,24
108:20 123:20
131:3,7
**news** 67:15
**newspaper** 19:15
21:9 26:11,12
**newspapers** 25:12
25:15 26:5
**nice** 43:23 72:6
129:11
**night** 46:11
**non-responsive**
17:2,20 20:4 23:5
28:22 40:8 42:13
42:17 110:2
**Notary** 1:23 5:3
129:21 131:6
**note** 16:17 18:10
19:21 20:14 22:23
27:11 33:25 34:12
41:12 42:4 58:3
60:5 78:18 82:22
91:15 92:20 99:5
128:22
**noted** 36:24 78:22

129:12
**notes** 53:8
**number** 15:25
19:12 21:15,24
22:4,6,10,11 24:4
37:13 45:7 52:8
59:17 79:16 103:4
103:11 119:15
123:13 126:2
**numbers** 122:19
**numerous** 52:17
**NYCT** 32:6

**O**

**O** 5:2
**oath** 3:9 4:5,5 67:8
**objection** 16:18
17:17 18:10 19:21
20:14,17 22:23
23:10 27:11 29:4
29:10 33:25 34:12
37:15 39:23 40:20
41:12,19 42:4
43:2,6 45:2 53:23
54:5 58:3 59:8
60:5 63:18,22
67:19 71:18 72:9
78:18 81:17 82:22
83:7 84:18 85:3
85:17 87:11 88:17
88:24 89:19 90:15
91:5,16 92:4,20
97:13 99:6 101:6
104:19 108:12
109:6 110:9,19
111:9,25 112:13
112:20 113:7,12
115:4 116:17
117:20 118:6,15
119:20 122:15,25
123:17 126:18
128:23
**objections** 3:6 4:7
**occur** 110:13
**occurred** 111:7
120:11
**occurring** 22:22
109:21

**offer** 26:15
**office** 29:9 46:6
49:15,20 100:19
116:6
**officer** 3:8 47:4
**offices** 49:18
**okay** 6:19 8:8 10:15
10:16,17 16:11,25
17:9 18:16 20:9
22:13 23:3,18,23
32:3 33:20 34:10
36:16,24 37:21
42:10 46:16,18
49:23 52:6,24
53:7 55:23 56:7
59:11 62:20 65:18
66:13 70:11,18
72:16,16,23 76:25
77:6,17 78:16,21
85:23 86:2,20
88:20 89:5 92:7
92:23 94:11 95:23
98:14 99:10 100:4
102:21 103:19
105:24 110:4,21
112:16 113:3
114:9 115:18
117:13 120:3,15
121:17 122:11
124:12 126:13,22
127:16
**old** 10:11 54:3 80:7
82:4 101:25 103:3
120:14 123:20
**once** 19:25 65:8
102:8 104:3 123:6
**oOo** 3:10 130:22
**OP** 62:3
**open** 11:13
**operate** 50:9
102:19 104:9
**operates** 104:4
**operation** 99:24
101:4
**operational** 38:10
86:17 101:12,24
110:24
**operations** 57:13

operator 104:4,7,8
  105:5,5,7
opinions 86:17
optic 103:13
options 48:13
order 1:21 10:19
  65:7,11 79:11
  80:17 102:17
  103:2
orders 79:8
Oricchio 49:9,24
original 32:15
originally 52:9
outcome 131:16
overall 73:18
  117:23
overcome 120:18
Overseas 24:21
overseeing 80:2
oversight 124:4,15

P

P 2:2,2,14
P.C 2:12
p.m 57:6 129:12
page 21:14 76:23
  76:23 77:7,19
  86:6,9,21 87:4,24
  88:5 89:4,15
  94:12 105:12
  130:3,8,12
pages 45:7 46:17
  76:13
pandemic 14:24
paper 44:13
paragraph 37:23
  47:7,18 48:2
  49:24 50:20 52:6
  54:8
Paris 66:17 68:11
  68:13 69:10 95:11
  95:11
part 23:7 63:9
  66:22 79:21,25
  83:23 106:19
participating 4:3
particular 52:5
  118:3 119:5

particularly 15:9
  15:17 48:12 93:5
  99:18
parties 3:4 4:6
  131:14
parts 32:16 67:4
  84:12
penny 127:3,12,20
pension 17:25
people 13:12 19:12
  19:18,24 20:11
  21:16,24 22:4,6,9
  22:15,20 23:8,18
  24:4,9,11,17,25
  25:20 26:2,21
  27:8,22 28:7
  30:24 33:22 37:14
  39:20 41:9,17,25
  42:2,8 44:17
  51:14 53:9 58:24
  71:15 90:20 92:10
  104:12,15 106:16
  110:4,6,17 111:8
  112:5,11 118:24
  119:17 122:11,20
  123:13 126:15
  127:5,13,22
  128:19
percent 33:22
  34:11 73:11 94:25
perfecting 54:10
perform 98:7
performance
  107:18
period 15:16
periodically 121:18
  121:25
permitted 76:5
person 4:5 9:6
  14:25 32:22 33:7
  33:12 111:4
  120:16 128:7
Personally 99:13
perspective 123:11
  123:15
persuing 114:12
Peter 13:19 57:2,3
Petersburg 68:23

68:24 69:4
phase 64:15 73:20
  73:22 74:8,10,11
  74:12,16,17,18,19
  74:24,25 105:22
  106:8,18
phases 74:16
phenomenon 66:17
Phil 61:7 62:2
Philip 56:21,22
  57:3,7 59:3
philosophy 54:11
physical 50:11
physically 4:3
  102:7,20,22
picture 87:5 98:12
piece 44:13
Pikarski 8:21
pilot 53:2
place 1:22 106:23
placed 30:4 67:17
places 66:21
Plaintiff 1:6,19 2:4
  2:8
Plaintiff's 19:3,5
  21:13,21 30:10,14
  45:13 48:19 55:15
  56:11 60:23 61:2
  76:14,18 86:11
  105:16 130:12
plan 98:2,4,21 99:3
  99:11,15,21
  117:14 118:3,12
  118:25 121:18,25
  122:8,13,23
  123:15,20,20
plane 69:15
planned 74:4
planning 57:13
plans 98:9 100:21
  130:8
platform 24:12,22
  24:24 25:7,25
  26:21 27:7,17,17
  27:20 28:7,11,16
  29:14,20,25 30:4
  31:14 32:7,14,18
  32:23 33:3,9,13

33:18,21 35:16
  36:25 37:11 38:2
  38:11,16 41:9
  43:17 44:4,16,20
  44:24 45:17 46:23
  47:5,9 50:6,6,8,12
  50:23,23,25 51:2
  51:7,8,9,18,20
  53:2,10 54:10,13
  56:13,17,18 57:10
  57:11,16,17,22,23
  57:25 58:2,25
  59:7,12,19 60:3
  61:5,9,10,18
  62:12 65:24 66:2
  66:11,14,16,21,25
  67:10,17 68:3,21
  69:4,9,13,21,23
  70:7 71:16,19
  72:20,25 76:20
  86:9 87:7 88:3,10
  89:17,25 90:10,19
  90:23,25 94:3
  97:9,14 105:17,21
  105:25 106:4,9,17
  110:16 114:10,15
  114:23 115:14
  116:23 117:15
  118:10,14 119:2
  119:19,25 120:19
  125:17 126:9
  127:4 129:4
platforms 7:8,9
  15:18 27:18 56:10
  80:22 81:14 95:19
Plaza 2:9
please 5:7,18 6:20
  14:17 17:7 21:5
  34:8 37:19 40:12
  42:14 45:5 49:8
  55:13 56:25 58:25
  61:4 77:7 86:21
  88:6 89:4 92:11
  93:14 94:12
  105:12
point 9:22 28:10
  55:10 63:23 85:24
  107:3 129:8

Pointan 10:24
pollution 94:6
portion 21:6 23:4
  40:8 116:2
portions 17:20
  28:22 85:8 91:20
  95:5 96:12 108:17
  110:2
position 25:16
possession 99:20
possibility 29:21
possible 25:3 28:14
  44:7 56:2 98:6
  114:18
possibly 128:18
post-graduate 8:5
postponed 47:10
potential 47:13
power 115:17
Powerpoint 76:13
  87:14 130:19
practice 1:20 93:16
practices 15:8,13
  16:12 18:6 70:21
  81:12 82:2,18
  84:25 85:15 91:11
  91:24 92:8,15
  93:4,20 99:2
  108:22 109:4,8
  110:24,24 121:23
precautions 76:4
Prendergast 30:21
  31:2 36:6 129:4
prescribed 66:6
present 4:3 10:21
  50:6
presentation 52:16
  78:8,11 130:19
presentations 51:6
  62:21,24 63:6
  123:25 124:4
presented 52:10
president 12:5,12
  12:19,20 13:13,15
  13:16,18,20 31:3
  35:24 43:25 52:20
  52:21 59:13 114:2
  114:3

pretty 19:17
revent 16:8,16
  17:15 18:8 23:8
  24:3,9,17,19 26:2
  26:21 27:7 28:7
  37:13 39:19 41:9
  41:17 71:14 91:3
  109:20 110:15,17
  119:17 126:15
  127:5,13,22
  128:18
preventable 16:8
  16:16 17:15 18:13
prevented 23:19
preventing 22:22
  24:25 33:22 90:20
  112:11
previously 67:2
principles 107:18
prior 52:24
prioritize 125:24
  126:12
priority 126:2
private 126:25
probably 36:19
problem 22:15,19
procedures 15:8
  16:13 18:6 70:21
  81:12 82:18 85:15
  91:11,24 92:9,15
  93:4,21 99:2
  108:23 109:4
  121:24
proceed 14:17
PROCEEDINGS
  4:2
process 65:4
prodigen 44:22
produce 50:12
production 100:17
professional 7:23
  8:9,14 9:21 15:15
  15:20 16:13 17:11
  18:4 70:22 71:2
  81:12 84:24 85:15
  91:9,22 92:14
  93:3,19 98:25
  108:21 109:4,8

121:22
professor 9:25 10:5
  14:21
program 12:7,17
  12:20,23,25 13:2
  13:10,11,22 14:4
  14:15 50:3,8 53:2
  54:11 58:16 80:10
  80:15,15,19 81:3
  81:4 116:21
programs 12:7
  14:13 107:21,23
project 11:14,15,17
  11:19,20,25,25
  12:2,2 14:15
  56:22 58:20 59:14
  64:25 65:9,11,12
  65:14 66:7 81:23
  81:25 116:20
projects 14:5 64:6
  116:16 118:10,21
promoted 12:5,11
  12:18
proof 26:15
proper 43:10,12
  98:8 109:18
properly 101:5
  102:19 115:24
  120:22 121:3,9,19
properties 14:23
  24:22 25:4 66:20
property 72:2
proponent 28:15
  59:18
proposal 36:8
  46:22
proposals 47:13
proposed 52:25
protect 44:17
protocols 16:24
  18:6 92:16
proud 50:5
proven 50:25
provide 50:3
providing 36:11
provision 37:24
  38:19
provisions 60:7

Provo 7:21
PTSB 62:22
public 1:23 5:3
  54:12,15 62:21
  76:3 90:2,13,17
  90:18,25 91:3,13
  92:3,19 93:9,23
  124:5 129:21
  131:6
pump 11:23
purpose 81:2
pursuant 1:20 6:11
  29:11
pushed 24:18 110:7
put 19:2,8 26:11
  27:19,21 30:8
  43:16 44:5 55:14
  68:3 69:13 76:12
puts 123:12
putting 53:10 65:11

Q
qualification 40:15
qualifications
  40:18
qualified 88:19
question 3:6 5:19
  5:20 16:20 17:6,6
  18:22 20:7,18,19
  20:24 21:2 23:14
  25:5 26:18 28:3,4
  28:23 29:5 32:25
  34:7,8 37:18
  40:10,11,13,23
  42:6,22 43:3,10
  43:13,21,23 55:5
  61:8 63:21 66:10
  69:2 71:3,7 72:6
  73:12 76:8 78:6
  79:24 85:9 91:21
  92:12 93:14,15,19
  93:24 95:21,22
  101:7,21 102:12
  106:15 107:10
questioned 127:16
questions 5:16 6:16
  19:10 42:12,18
  43:9 70:17 72:11

72:14
quicker 6:15
quickly 76:24
quote 48:12,14
  123:9,10

R
R 2:2,2 5:2,2
R-E-U-T-E-R
  114:6
radio 32:5
rail 12:16 13:8 50:9
railroad 14:23
rails 112:10
rapid 91:11
RAQUIA 1:9
read 20:23,25 21:4
  21:7 25:19 32:3,4
  32:9 34:18,22
  35:17 36:14 38:3
  38:12 39:4,12
  47:19 49:23 50:16
  50:17 51:4,10,15
  51:21 52:11 53:5
  53:8,22 54:16
  115:22,25 116:3
reading 32:10
  34:14
reads 35:14 51:5,11
ready 40:2
real 52:17
realistically 97:19
really 6:7,8 8:4
  45:22 80:9 102:25
  103:5 113:17
  128:25
reason 36:7 47:11
  55:23 66:13 81:20
  121:6
reasons 115:15
recall 95:19,20
  123:24
receive 8:20,24
  17:25
received 31:18,21
recollect 119:22
recommend 114:9
  114:15 115:13

recommendation
  118:4,13,25
recommendations
  78:17 105:16,20
  106:15
recommended
  78:12 106:8,16
  107:2 116:22
  117:13 118:14
  119:2
record 5:8 20:19
  21:20 45:9 46:15
  60:22 105:14
  131:11
recurring 22:15,19
red 102:2
redo 121:11
redoing 121:15
redone 120:24
  122:3
reduce 24:3 37:13
  39:20 56:17
  127:22
reduced 61:10,16
  61:17
reduces 90:4
reducing 56:10
  94:4
reduction 57:16,23
  57:24 90:7
refer 16:3
referring 49:3
  56:18
reflect 52:8
refresh 53:14 54:21
regarding 43:8
  46:22
regular 31:19,20,22
  87:18
regulations 64:24
  64:25 66:3
rehabilitate 81:13
  82:19
rehabilitated 80:6
  80:25
rehabilitating 82:5
rehabilitation
  11:21 12:8 13:3,9

79:22 80:2 81:3
einvent 50:22
relate 15:16
related 7:7 61:19
    62:13 65:25 70:7
    131:14
relates 15:10
relation 90:18
relationship 51:17
relays 111:22
remains 54:14
remember 6:10
    20:5 34:20,21
    40:10 44:18 53:7
    53:20 54:4,6,23
    54:25 55:7,10,11
    56:4,5 60:11
    61:24 62:10,16,23
    63:4,8 67:5,5,6,24
    68:10 69:18 70:14
    113:21 114:17,20
    114:21 116:21
    117:7 119:4,7,10
    119:15,23 120:8
    120:20 123:6
remotely 4:4,6
remove 97:6
reoccur 110:14
repair 80:9,18 81:3
repairing 80:12
repeat 32:25 35:10
    69:2 79:24 92:12
    95:21 101:7
rephrase 5:19
    63:21
replacing 119:12
report 44:13 78:13
    86:10
reported 58:12
    117:6
reporter 1:23 4:2
    5:6 20:25 21:8
    116:4
reporting 4:4,7
    12:20 13:13 58:17
    107:24 108:9
epresent 5:15
    64:19

representations
    75:24
representative 1:18
    57:12
representatives
    124:2
represented 17:21
    51:13,14
representing
    124:14
request 47:12 49:3
    52:7 66:7 130:7
requested 21:6
    116:2
requests 70:4
require 85:2
required 17:11
    109:3 124:13
requirement 70:10
    70:12,20 71:20,22
    108:20
requirements 66:23
requires 107:7,12
    107:16,20,23
reserved 3:6
respect 59:6,12
    95:18 110:4
respective 3:4
response 82:15
responses 43:9
responsibilities
    14:5
responsibility
    14:12
responsible 48:4
responsive 41:5
    42:22 66:9 85:8
    91:20 93:13 95:5
    96:13 108:18
result 57:16,25
    123:9
retired 14:18,25
    17:14 18:19 49:22
    53:20 75:5,21
    77:16,23 113:20
    119:22
retirement 15:3
    52:25 115:12

Reuter 13:17 67:16
    113:23,25 114:5,7
    114:15 117:7,19
revenue 30:3 50:13
review 65:15
    121:17
RFI 47:12 48:8
    49:4
RFP 55:21
right 15:22 37:22
    43:4 46:3,4 47:18
    47:18 49:19 50:19
    62:7 74:13 78:22
    85:20 86:25 87:10
    87:21 96:11
    103:21,22 104:2
    106:7 112:4
    114:23 122:9
    127:10
ROBERT 2:10
Rocco 52:18
role 25:16 58:10
    59:5,11
Ronnie 52:20
room 4:4
rooms 11:23
root 108:5 109:10
    109:11 110:5
    112:4
ROTH 2:4,4,6 83:7
Rules 1:21
run 19:12,19 20:11
    21:16,25 23:8,19
    24:4,10,25 25:21
    26:3,22 27:8 28:8
    33:24 39:21 90:20
    100:7 110:5,8
    112:5,11 119:18
    126:16 127:6,13
    127:23 128:19
running 11:24
    24:20 111:8
    113:11
runs 13:6
Russia 68:20
Russian 69:4

                S

S 2:2 5:2
S-A-N-D-L-E-R
    115:9
S-E-A-S 10:7,10
safe 39:19 41:17,21
    41:24 42:3 70:20
    70:23 71:2,4
    93:11,17 98:20
    107:17 129:10
safely 99:11
safer 41:22 72:19
    84:16 91:3 106:10
    106:19 120:18
    127:12,21 128:9
    128:15,17
safest 98:20
safety 15:22,25,25
    16:23 25:25 26:20
    27:7 28:6 31:8
    32:15,18 33:8
    35:25 37:12 41:23
    44:2 49:20 62:13
    62:22 65:23 66:5
    66:15,22 70:6
    71:14 72:20 76:4
    86:10 90:2,13,17
    90:18,25 98:2,9
    98:21 99:3,15,21
    99:24,25 100:20
    100:21 107:7,12
    107:16,20,20,23
    108:2 114:24
    115:15 119:16
    121:18,25 122:8
    123:12 124:5
    125:12,16,25
    126:6,8,12,15
    127:3,25 128:24
    130:8
Sanchez 113:16
Sandler 115:7,9,11
    115:14
Santoro 54:24 55:4
    55:6,9
save 37:2 115:2
saving 61:17 90:14
    94:3
savings 62:8,11

Savino 47:3,20 48:3
saw 26:5
saying 128:11,13
says 32:2,5 47:8
    48:2 49:3 52:12
    53:6,19 55:22
    57:9 58:4,5 61:7
    61:16,25 62:14
    76:22 77:20 87:13
    87:15,21,22 89:11
    89:20 128:4
science 7:13,14
scope 116:10
screen 19:9 26:12
    26:17 51:8 87:7
    88:3,11
screens 36:10
scroll 56:24 76:24
sealing 3:4
SEAS 10:6
second 11:17 12:22
    14:7 27:25 38:20
    47:6 50:19,20
    53:3 59:19,24
    64:3,7,10,11,13
    65:2,21 66:18
    71:12 72:24 73:16
    73:19,20 74:2,13
    76:2,19 80:15
    86:9 92:13 104:23
    105:22 106:8,18
    111:21 114:13,14
    115:19 116:23
    117:15 123:6
    125:6
secondary 13:22
security 14:4,15
    37:4,8
see 21:14,17,18
    22:2,3,6,8,12
    26:16 30:6,16
    36:7 39:16 44:11
    46:18,20,21,24
    47:2,15,22,24
    48:6,15,22,24,25
    54:18,20 55:13
    56:9,13 57:5,8,18
    57:19 60:13 61:11

61:20,21 62:5,6,9
  76:19 77:18 78:22
  85:20 86:8,12,14
  87:5,8 98:12
  107:5 120:17
  121:9 122:2,5,7,9
  123:12
seeing 53:13
seek 50:22
seen 21:9 29:25
  32:16,17 88:13
sell 116:8
senator 47:3,20
  48:2,11
senior 12:18 13:18
sense 121:16
sensors 111:3
sent 31:17,17,20
  57:6 59:3 129:3
sentence 35:14
  47:19 50:21 62:18
separate 98:20
separately 112:8
seriously 19:20
  24:5 26:3,23
  27:10 33:23 39:21
set 64:2 131:9,18
SHABAZZ 1:9
Shanghai 68:16
  87:25
share 26:17
shops 12:14,16 13:4
short 125:3
shortly 52:24
show 67:15 88:7
showing 21:11,21
  30:13 46:16
shows 21:22
sic 44:22
signal 13:3 38:17
  40:2,25 43:20
  80:13 85:4 94:16
  101:24 103:4,14
signed 3:8,9
significant 123:13
similar 38:19 71:17
  86:17 126:10
simple 42:11 43:23

66:10 72:6 110:6
simpler 100:7
  118:9
simplified 90:11
Singapore 68:16
single 32:22 33:6
  33:11 44:12
  120:15 122:18
  126:23 127:3,12
  127:20 128:4,7
sir 5:25 6:6 7:22
  10:12,15 11:18
  12:22 15:3,5,22
  16:21 17:3,21
  18:4,24 19:9 20:5
  21:11,17,21 22:2
  23:15 24:15 25:5
  25:11 26:9 28:24
  29:3,13 30:16
  32:9 34:7 37:19
  39:12 40:24 41:6
  41:24 42:10 43:5
  43:15,21 44:7,12
  45:16,23,25 46:16
  46:20,24 47:15
  48:6,15,24 50:16
  52:3 54:18 59:16
  61:11,20 67:7
  73:12 76:9,11
  82:16 86:8,14
  87:14 93:18 95:20
  114:18 118:18
  121:21 129:10
sitting 29:8
situation 113:13
six 45:21
size 97:19 100:10
skip 38:25
slowed 111:24
  112:16
small 107:9,14
smart 84:7
societies 8:9 83:11
  84:14
Society 8:10 83:13
solely 48:3
solicit 47:12
solution 54:13

Solutions 48:23
  50:2,5 52:9
solve 120:4
somebody 57:21
  112:19 121:8
  122:17
someplace 106:11
SONIN 2:8
sooner 42:13
sorry 14:16 15:2
  20:20 56:6 127:18
sort 110:16
sound 62:17
sources 126:8
South 14:2 34:16
space 111:5
speak 55:5 62:25
  63:6 124:3
speaking 124:13
specifically 50:9
  64:2,22 65:23
  100:23
specifications
  95:17
speed 112:18 113:4
  113:10
speeds 94:19 95:8
spend 82:9
spent 80:9
spoke 54:22 55:9
spoken 63:9,12
  115:6
Square 74:14
ss 131:3
St 68:23,24 69:4
stamped 19:2 21:13
  21:22 30:15
stand 14:9 24:12
standard 93:16
  95:11
standards 15:15,20
  15:21 16:13 17:11
  18:5 66:19 70:22
  70:25 71:2 81:12
  82:7,18,20,23,24
  83:2,14 84:2,22
  84:23,24 85:2,16
  91:9,9,22 92:7,14

92:18 93:3,19
  98:25 104:15
  108:22 109:5
  121:22
standpoint 122:22
star 9:3
start 6:17 76:17,23
  106:11,13,23
started 14:24 18:17
  19:18 27:2,16
  28:13,18 68:6
  69:11 80:12 94:21
  94:23 95:13
  101:15,15,18
  103:20 104:21,23
starting 50:21 56:9
starts 45:6 76:18
state 1:24 5:4,7
  7:24 9:21,24
  15:20 47:3 63:7
  80:18 81:3 116:13
  125:15 126:7,24
  127:20 128:12
  131:3,7
statement 36:17
  38:7,15,23 39:6
  39:15 53:21,22
states 1:2 48:11
  49:6 66:20 82:24
  83:3 86:12
station 11:22 13:25
  27:14,15,23 29:16
  34:17 37:25 50:7
  56:23 61:10 80:21
  82:4,19 90:4
  97:15,22,25 98:8
  98:15,20,21 99:4
  99:12,15,22
  100:19,22,24
  112:17 117:5
  120:2
station's 99:23
stations 7:10 13:4
  15:17 26:7 28:20
  29:20 32:8,14
  38:20 39:2,3
  47:10 67:13 79:23
  80:3,5 81:14 94:9

95:18 98:16
  100:23 102:25
  105:8 120:7
status 77:3,9
stays 72:3
Steel 8:15,18
Steinman 10:24
Stenotype 1:23
steps 93:10
STIPULATED 3:3
  3:5,7
STIPULATIONS
  3:2
stop 11:16 12:22
  14:6 50:19 112:19
  113:5,10
stopped 111:7,24
strategically 36:9
street 13:25 27:14
  27:25 37:25 56:12
  67:23 74:14,15,17
  74:17,18,19
Street/11th 61:9
strike 17:2,19 20:3
  23:4 24:14 28:3
  28:21 34:6 40:7
  41:4 43:22 66:8
  71:21 72:5 85:7
  91:19 93:12 95:4
  96:12 108:17
  109:25
struck 21:16
structure 7:4 80:13
structures 11:21
  13:3
stuck 103:9,11
students 123:5
studied 97:22
study 120:15,16,17
  120:22 121:3,6,8
  121:11,14
subject 31:13
submitted 77:12
subpoena 6:12
  29:11
Subscribed 129:17
subsequently 53:3
subway 13:22

19:13,18 22:5
28:12 29:20 38:20
41:17,21 43:17
46:13,23 47:9
50:4 54:9 59:20
59:23,24 65:22
67:11 69:7 72:24
73:16,19 74:2,13
76:2,19 80:3 81:8
89:18 96:8 99:15
105:22 106:9,18
114:11,16 116:24
116:24 117:4,16
119:12 120:18
subways 7:7 15:11
15:17
suggested 47:20
suggestion 47:3
Suite 2:5,9,13
support 45:19
supported 50:7
86:24
supposed 96:20
99:3
ure 6:8 20:21
24:11 25:9,10,22
33:2 35:19 37:23
41:14 42:7,8 45:3
67:21 78:10,11
92:6,13 93:11
99:17 101:8 103:4
115:23 118:7
120:6,14 121:18
121:20 122:4
128:24
Surely 69:3
surfaces 30:4
surprised 59:16
sworn 3:8,9 5:3
67:7 129:17
131:10
system 11:23 13:6
14:4 19:18 28:12
28:17 31:8 34:4
35:25 38:17 39:18
39:25 40:3,15,25
41:8,11,17,21
43:17,20 44:2

46:13 48:5 49:20
50:5 51:3 54:10
61:19 67:11 72:19
80:7,10,13,16,17
80:19,22,24 81:4
81:8,14 83:4
84:14 85:4,5
89:18 94:13,16,16
95:8 96:25 98:13
99:24 100:2,8,20
101:12,24 102:18
102:23 103:4,13
103:14,15,16,17
103:21 104:3,4,6
104:7,11 106:19
109:13 111:21,22
114:11,16 127:21
128:14
systems 13:3,4 40:4
50:10 62:13 69:7
84:16 125:18

**T**

T 2:2
TA 52:13
take 15:2 17:4,8
30:7 42:14 45:10
46:17 70:16 76:3
85:25 93:10
100:25 107:6
taken 1:19 86:4
109:16 125:4
takes 85:6 94:25
99:23 101:14
103:16
talk 45:4 63:14,25
64:10 86:22 90:13
113:22 115:18
125:5
talked 55:19 67:22
95:15
talking 26:9 54:25
56:10,16 90:18,19
90:24 91:2 100:4
101:8,19 102:9,13
103:17
talks 77:8 89:5
task 105:25 106:4

taught 123:4
teach 123:5
teaching 14:20
technical 111:17
technologies 84:2
technology 23:24
24:8 50:24 66:15
69:23 71:17 72:21
81:6 84:15 95:13
101:25
telephone 103:10
tell 6:14,20 10:18
32:4 56:15 57:20
60:13 69:7,19
79:4 105:5 120:14
telling 14:17 34:25
62:3 70:13 79:21
tens 118:22
terminal 14:3 99:12
100:22
terms 5:25 6:3 22:9
27:5
testified 5:5 6:5,9
testimony 1:21 6:6
67:8 131:11
Texas 11:12
Thank 23:17 28:2
37:21 82:25 85:12
123:19 129:9
thick 45:18
thing 12:17 32:11
32:16 52:5 86:25
114:22 120:21
123:8 126:2
things 7:3,7,8 13:9
15:18 19:25 23:25
24:16 40:5 43:14
45:5 54:4 63:13
65:11 75:22 77:3
77:4 81:19 83:16
84:3 85:6 89:7
95:19 100:5
109:10 114:21,25
120:19 122:5
124:6 125:12,24
127:25 128:17,20
128:25
think 8:19 9:18,18

18:12 22:25 25:9
31:7 42:23 43:8
50:21 60:10,11
64:22 68:9 69:15
69:16,17 76:12
85:18 91:17 93:17
107:15 108:14,24
111:11 115:16
117:2,3 118:7,17
120:12 124:23
127:16 129:7
third 47:25 50:20
50:21 80:15
third-world 88:16
88:23
thorough 108:9
124:9,11,19
thoroughly 120:23
121:4
thought 35:18
106:10,12,14,18
three 26:6
TID 120:19
time 1:22 3:6 12:24
16:15 17:4,8,13
18:18 24:13 25:24
26:9 28:5,10 31:4
31:12 32:23 33:8
35:6,18 36:18,22
39:25 42:16 44:16
51:12 52:5 54:2
61:14 63:19 66:18
66:23 74:7,8
77:15,22 79:20
80:18 81:22 85:6
95:2 101:14,17
103:16 104:17
106:20 112:19
113:6,10 115:12
115:16,17 117:12
118:4 127:2 129:5
129:9,12
times 26:25 52:17
63:13 92:23 120:7
124:2
title 118:8 119:6,8
titles 118:23
today 5:17 6:12

15:3 16:24 17:21
19:4 21:12 29:3,7
30:14 46:9 66:4
67:7 104:25
told 25:19 42:12
45:16 79:25 98:14
117:6 119:24
123:23 125:25
Tom 30:21 32:5
Tony 57:11 61:8
top 36:10 61:3 83:8
total 73:25 74:13
totally 14:25
track 11:22 65:24
81:15 97:7,10
102:24 103:5,5,6
110:7,17,22,25
111:5,5,12,13,19
125:17 126:9
127:4
tracks 7:8,9 24:19
80:12,23 81:14
90:8 100:6 111:22
train 15:18 21:25
22:6 24:18 32:22
33:7,12 36:11
44:25 69:14,15
79:8,8,15 80:23
80:23 94:17,18,19
95:7,8,18,25
96:15,20,23 99:3
100:13 101:9,21
102:3,18,24 103:8
104:4,4,9 105:4,4
110:8 111:7,20,23
111:23 112:16,18
training 15:7
107:21
Trainor 58:15,16
trains 7:7 19:14,19
20:13 21:16 22:5
22:10,16,20 23:9
23:20 24:5,10,19
25:2,21 26:3,22
27:9 28:8 33:24
33:24 37:14 39:22
41:10,18 42:22
71:16 81:15 90:21

97:4,11 100:11
102:14,22 103:2,3
103:3,6,8 110:5
112:6,12 119:19
122:20,21,21
126:16 127:7,14
127:23 128:19
**transcribed** 115:24
**transcript** 21:7
116:3
**transit** 1:8,19 2:13
5:11 11:13,15
12:6,12,21,24
13:6,14 15:10,17
15:24 16:4,4,6,7
16:10,14,23 17:12
17:22 18:7,17,19
19:13,23 20:10,12
21:15,23 22:14,18
22:21 23:6 24:13
25:16,24 26:13,19
27:2,9 28:5,17
29:3,8,19 31:3,9
31:17 32:6,13
34:3 35:24,25
39:18 41:8 42:24
43:25 44:2,15
46:7,19 48:24
49:12,16 50:13,15
53:11 63:15,25
64:4,12,24 65:10
65:22 66:5 67:3,9
70:4,10 71:6,8,13
71:20 72:7,18
73:13 75:2,24
76:6 79:7 81:10
83:18,21,24,24
84:19,21 87:17,21
87:22 91:12,12,25
92:2,9,16,17 93:6
93:7,21 95:6,16
95:24 96:3,14,18
97:3,18 98:22,24
99:19 100:8
101:25 104:8,18
106:3,16 108:21
111:6 114:2,3
115:19 116:7,12

117:7 119:11
120:3 121:24
124:3,14 125:22
126:5,23 127:11
127:19 130:15
**transportation** 1:9
8:22 9:13 11:6
15:10 54:15 62:22
83:15,20 124:5
**trash** 90:7 94:4
97:7,10
**trends** 84:2
**trial** 1:17 3:7 26:6
**tried** 38:19
**true** 6:3 17:6,8 18:2
19:20 23:9,14
31:22 33:18,24
37:3,7,14 39:11
39:22 40:9,11,12
40:14 42:11 44:6
44:21 70:8 71:17
72:21 80:3,25
82:20 84:3 85:2
85:10,16 87:19
89:12 92:3,5,24
94:6,7,9,10 98:2
100:9 108:11,23
108:24 109:5
110:18 111:24
112:19 114:19
122:6 123:16,18
123:21 131:11
**truly** 39:2 126:6
**truth** 34:25
**truthful** 35:4 36:2
36:17 38:6,14,22
39:6,14 53:22
62:17
**try** 10:13 23:23
91:17
**trying** 23:13 42:10
42:23 82:16
127:11
**tunnel** 100:12
103:9
**tunnels** 7:3 96:8
100:10,15
**two** 12:25 14:14

41:25 46:17 85:24
103:4
**two-page** 45:11
**type** 51:19 111:4
**types** 86:22 111:2
**typically** 86:23

---

**U**

U 2:2
**U.S** 9:13 69:21
**uncalled** 43:3,7
**understand** 5:18,21
5:22 18:22 34:5
34:21 42:19,21,25
43:4 62:15 71:23
101:19 127:18
**understanding**
57:20
**understood** 6:18
**unfortunate** 18:20
**unfortunately**
27:16 28:19
**unique** 98:2,4,15
98:16 99:3 105:9
**unit** 72:2 93:17
**United** 1:2 66:20
82:24 83:3
**universities** 83:8
**University** 7:20
10:4 14:20
**unnecessarily**
91:13 92:3,10,18
93:8,23
**unremitting** 107:8
107:13
**upfront** 48:13
**upgrades** 50:12
**upset** 42:15
**urban** 50:9
**use** 23:24 24:21
28:11 36:11 92:24
93:7,22
**uses** 94:20
**usually** 98:23
**Utah** 7:21
**utilize** 84:15 100:14

---

**V**

V 2:2
**vacuum** 97:4,11
**valid** 63:22
**various** 80:3 124:4
**vendor** 34:16 35:15
36:12
**vendors** 47:14
**ventilation** 11:22
89:6
**Veronique** 58:6,21
**veto** 118:24
**vice** 12:5,12,19
13:18 52:20
**Video** 1:12
**viewed** 48:8
**violate** 70:25
**violation** 85:14
109:3
**volume** 90:7
**volunteer** 70:15

---

**W**

**waive** 4:7
**waived** 3:5
**Walder** 31:10,11
**Wall** 74:15
**want** 65:8,18 71:12
79:12,13 82:9
89:2,16 125:5
**wanted** 20:20 44:20
44:24 57:21 62:11
79:15
**wants** 95:17,24
96:3,15
**was(were)** 131:10
**Washington** 66:21
**way** 10:16 23:24
27:18,19 32:21
49:9 51:5,23
56:11 58:5 60:8
71:5,11 72:23
73:18 74:14,20
81:20,21,25 85:19
88:10,14 95:11
97:3 98:19 109:18
110:15 112:10
113:15 115:6
122:7 123:23

131:15
**ways** 110:20,21,23
**we've** 118:21
**website** 48:9
**week** 62:3
**went** 11:12 80:14
95:11
**weren't** 70:15
**Westinghouse** 51:7
51:12,18,24 52:2
52:4 86:13 87:10
87:15,15
**whatsoever** 81:21
**WHEREOF**
131:17
**width** 56:10,17
57:10,16,23,25
61:10,16,17
**wife** 46:12
**willing** 35:15
**wind** 110:7
**winding** 110:17
**winds** 111:21
**witness** 5:2 21:2,9
29:5 102:16 116:5
130:3 131:17
**witness(es)** 131:8
131:12
**witnesses** 20:16
**woman** 5:15
**word** 20:6 40:10,12
72:13
**words** 29:15 31:20
37:10 40:19 80:21
81:5 82:3 98:14
103:19 111:18
112:17 121:10
**work** 5:10 6:18
10:18 14:22 27:2
27:5 38:16 40:15
50:24 101:4
102:18 103:3
114:25
**worked** 10:23
16:16 17:13 57:3
114:8
**working** 14:19 50:2
63:24 71:5,8,10

77:14,21 121:19
122:2,8,14
world 11:11 32:16
67:4 68:17 84:12
127:2
worthless 98:10
write 34:15 38:18
40:17 43:15,18,24
44:7
written 55:24 60:15
wrote 34:24 35:3,8
35:12,20,22,23
36:18 38:5,9 39:9
44:9,15

**X**

x 1:4,11 130:2

**Y**

Y 5:2
Yard 64:2
yards 12:15,16 13:5
13:8,23
yeah 26:24,24
28:14 30:17 39:25
44:22 46:21 50:17
57:8 62:6 79:19
94:21 125:7
year 8:25 9:6 13:2
19:12,19 20:11
22:5,15 42:2,3
47:12 69:8,25
95:8 115:3 122:12
122:19,21 123:14
year-and-a-half
11:2
years 10:11 11:7
24:2,9 25:10
38:10 41:7 49:25
53:20 54:3 55:20
62:16 75:21 79:7
80:7 82:4 95:9
109:24 113:20
119:23 120:14
129:2
yellow 102:2
York 1:3,8,12,19
1:24 2:5,5,9,13,14

2:14 5:4,11 7:24
8:11 9:24 10:23
11:5,13,15 12:6
12:12,21,24 13:6
13:14 16:4,10,14
16:22 17:12,22
18:7 19:13,23
24:12 27:8 28:11
28:17 31:3,9 32:6
32:19 33:2,14,17
33:20 41:7 43:18
46:5 48:23 49:12
49:13,13,25 50:4
50:13,14 54:9,14
63:3,7 73:11
75:24 76:6 83:24
87:16 93:6 99:16
101:24 104:7
105:9 108:20
131:3,7
young 5:15 7:20

**Z**

**0**

**1**

1 19:4,5 21:13,22
27:14 73:20,22
74:8,10,16,24,25
105:22 106:8,18
130:13
1.2 64:17
1.4 116:19
1.5 64:16
100 33:22 34:10
73:10 80:7 82:4
94:25 130:8
10016 2:5
10271 2:14
10458 2:9
107 22:10
11.4 116:16
11:09 1:14
11th 56:12
12-9s 18:21
12:36 57:6
120 2:13 46:5

125th 74:14,18
12993 48:18
1301 2:13
14 53:20 68:14
75:21 95:11
109:24 113:20
119:23 129:2
16 74:15
1600 13:12
18 57:6 76:20
188 22:11
18th 71:6,9
19 130:13
192 2:5
1960s 68:21,24 69:5
1969 10:22
1970s 68:21,25 69:5
1974 11:8
1980s 26:14,19 27:3
67:3,6,8,17 80:9
81:7 82:6
1982 115:19 116:8
1984 80:11,11
1985 11:11,14 27:4
1986 12:4,4,9,10
1988 12:10,11
80:11
1990s 26:15,19 28:9
67:9,12 68:8
69:16 81:7 82:6
94:22 95:10 103:7
103:20,24
1996 12:18,18
1st 31:24 77:19

**2**

2 30:10,15 44:25
49:11,12,16,17
74:11,12,17
130:14
2:15 129:12
2000 8:25 41:7 69:8
69:8,20,25
2000s 69:17 81:7
82:6
2001 21:17,24
2002 9:4
2003 9:7 13:18,19

14:12 80:4
2006 52:10,13
55:20 119:11
2007 41:7,14 57:6
61:5,24 71:6,9,10
76:21 77:12 89:17
107:3 119:11
2008 9:14 10:4
14:18,19 49:22
75:5 77:16,19,24
2011 21:17,24
31:24,25 36:18
44:9 49:21
2020 10:5 14:21,22
14:24 17:13 18:19
2022 1:13 129:18
131:18
21st 39:3
22 76:13
230,000,000 12:2
2nd 77:23

**3**

3 45:12,13 74:18
130:15
30 130:14
31 1:20 22:6
33 45:6
3358 45:6,7 76:12
76:18
33580 60:14
3361 86:10
3379 60:14 105:17
34th 37:24 56:11
61:9
3672 45:11 46:18
3673 46:18
3677 45:11
37 42:2

**4**

4 1:13 48:19 74:19
130:16
4.4 64:15 73:20
74:9,23
423893 30:9,15
442799 60:19 61:3
442800 55:14 56:8

60:19
45 130:15
48 130:16
4th 131:18

**5**

5 55:15 56:11 130:4
130:17
51 22:7
55 42:2 130:17

**6**

6 60:20,23 61:3
130:18
60 130:18
63rd 74:16

**7**

7 13:23 37:25 38:9
44:20 59:20,23
64:2,8 73:5,7,9,10
73:15 76:14,18
86:11 94:24
101:16,18 104:24
105:16 130:19
72nd 27:13,25
67:23
7406 19:2 21:14,22
76 130:19

**8**

802 2:5
81 10:11 54:3
120:14

**9**

9/11 13:24 14:4
907 2:9
96th 74:17,17