Below is a brief history of PSD efforts and a listing of the RFI respondents.

In 2010, New York City Transit (NYCT) received an unsolicited proposal from a joint venture between Boston Sovereign Bank and the Seoul Metropolitan Rapid Transit Corporation Authority (SMRT) to install platform screen doors (PSD) arrays, which are sliding doors installed on the edge of the platform that are designed to create a moveable barrier between the platform and the trackway. PSD arrays are commonly used by other transit properties in Europe (United Kingdom, France, Spain, etc.) and Asia (Singapore, Japan, South Korea, etc.) to enhance the safety and comfort of riders, while improving the overall station appearance. Although the details of the proposal were scant, in essence the joint venture sought to install, operate, and maintain PSD arrays at 30 subway stations in Manhattan, chosen by SMRT, at no cost to NYCT or the MTA under the terms of a 30 year build-operate-transfer agreement. The PSD arrays would also be equipped with video advertising displays; the revenues from the sale of advertising space on these displays would recover the expenses associated with the costs to construct, operate, and maintain the PSD arrays. Although the details were limited, NYCT senior management was interested in the reviewing the concept of retrofitting stations with PSD arrays, with the potential goal of retrofitting existing subway stations with PSD arrays if the initial installation proved successful.

However, because of numerous concerns over the terms and conditions of the SMRT proposal as well as a desire to move forward in a manner that fosters competition, a Platform Screen Door Task Force (PSDTF) was created and charged with further investigating the feasibility of a PSD array retrofit project. The PSDTF also was responsible for developing a Concept of Operations (ConOps) for PSD arrays within the NYCT system. Because NYCT was not aware of any PSD suppliers, it issued a Request For Information (RFI) #10RFIN44 in early 2011 to seek out and identify PSD manufacturers. NYCT was particularly interested in manufacturers with PSD arrays that featured modular assembly and installation, flexible control of door operations, heavy duty components rated for harsh environments, seamless integration with existing NYCT infrastructure, and hardened, tamperproof features. In light of the SMRT proposal, the RFI included optional requirements for the PSD array to be capable of displaying digital media advertisements, as well as flexible cost and revenue-sharing agreements as a means of offsetting the construction costs associated with the installation of PSD arrays. The RFI was advertised in the NYS Contract Reporter and NY Post newspaper, as well as in numerous transportation and civil engineering periodicals, including but not limited to, International Railway Journal, Mass Transit Magazine, Metro Magazine, Progressive Railroading, Passenger Transport, Railway Age, Railway Track & Structures, and Civil Engineering. NYCT also sent e-mail RFI notifications to the North American contacts of Faiveley Transport, Knorr-Bremse, Samsung, OCLAP, and KABA Gilgen; these companies were known to NYCT as being experienced suppliers of PSD arrays to other transport agencies worldwide. The due date for submissions was March 1, 2011.

In reply to the RFI, NYCT received responses from the following of 12 companies:
- Crown Infrastructure Solutions (Crown)
- Faiveley Transport (Faiveley)
- General Electric-Singapore Technologies Electronics (GE-STE)
- Kaba Gilgen AG (Kaba)
- Kawasaki Rail Car Inc. (KRC)
- Knorr-Bremse Rail Systems UK (KB)
- KPMG LLP (KPMG)
- SDS America (Samsung)
- Sojitz Corporation of America-Shenzhen Fangda Automatic System Co. (Sojitz-Fangda)
- Stanley Access Technologies-AECOM (Stanley-AECOM)
- SYSTRA Engineering (SYSTRA)
- TIS Partners, Inc., in association with Seoul Metropolitan Rapid Transit Corporation Authority, Halmar Transportation Systems LLC and Parsons Technology Group (TSHP).

Samsung, Faiveley, KB, Samsung and Kaba are all known manufacturers of PSD arrays; SYSTRA, GE-STE, KPMG, Sojitz-Fangda, Stanley-AECOM, and TSHP are project consortium groups, consisting of one or more corporate entities proposing a unified RFI response.

All RFI responses included a background summary and capabilities of each corporation, as well as a brief technical overview of the PSD array options available in the marketplace (full height doors, half height gates, and platform edge doors), and references to current and previous PSD projects. Kaba's response was unique in the sense that it contained copious amounts of product literature, separate photo enlargements of previous work, as well as copies of its two most recent annual reports. Samsung's response was equally unique in the sense that it provided a substantial technical description of the PSD array's functionality, complete with photographs and descriptions of exemplar components. However, the submission from Faiveley was the most distinguished due to the substantial amount of technical analysis into existing challenges with NYCT infrastructure, including different subway car door spacing patterns, compatibility with existing train control technology, and curved platforms. Faiveley's analysis also provided alternatives to each solution, complete with an explanation of the potential benefits and detriments associated with the alternative.

All RFI responses were provided to the PSDTF via CD-ROM for review. The PSDTF members unanimously agreed to forward the responses and the ConOps document to their respective senior management for further study and review. Further guidance on whether Senior NYCT Management wishes to proceed with pilots is required.

NYCTA-01281

## Yearly Maintenance Costs for Platform Edge Doors - Westinghouse
### Per Platform Edge (40 Doors)

| Maintenance Item | Frequency | | | | | | | # of doors | Occasions per year per door | No of maintainers | No. of hours | Hourly rate | Hours per year | Hours - 4/8 | Labor cost per year | Unit Material Cost | Material Cost | Total M&L | Flagging occasions | Flagging cost | Total yearly cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 W | 1 Month | 3 Months | 6 Months | 5Y | 6Y | 10Y | | | | | | | | | | | | | | |
| **Mechanical** | | | | | | | | | | | | | | | | | | | | | |
| 1 Check the operation of the emergency exit door (EED) | | * | | | | | | 40 | 12 | 2 | 0.1 | $70 | 96 | 192 | $13,440 | $0 | $0 | $13,440 | 12 | $3,360 | $16,800 |
| 2 Check the integrity of the header mounted components | | | | * | | | | 40 | 2 | 2 | 0.25 | $70 | 40 | 80 | $5,600 | $0 | $0 | $5,600 | | | $5,600 |
| 3 Check the operation of Bi-parting door lock | | | | * | | | | 40 | 2 | 2 | 0.25 | $70 | 40 | 80 | $5,600 | $0 | $0 | $5,600 | 2 | $560 | $6,160 |
| 4 Inspect trolley carbon brush assembly | | | | * | | | | 40 | 2 | 2 | 0.4 | $70 | 64 | 128 | $8,960 | $0 | $0 | $8,960 | | | $8,960 |
| 5 Check operation of the system | | | | * | | | | 40 | 2 | 2 | 0.1 | $70 | 16 | 32 | $2,240 | $0 | $0 | $2,240 | 2 | $560 | $2,800 |
| 6 Check integrity of thresholds | | | | * | | | | 40 | 2 | 2 | 0.1 | $70 | 16 | 32 | $2,240 | $0 | $0 | $2,240 | | | $2,240 |
| 7 Inspect Drive Belt. Check & adjust tension | | | | * | | | | 40 | 2 | 2 | 0.4 | $70 | 64 | 128 | $8,960 | $0 | $0 | $8,960 | | | $8,960 |
| 8 Replace trolley carbon assembly | | | | | * | | | 40 | 0.2 | 2 | 0.5 | $70 | 8 | 16 | $1,120 | $20 | $160 | $1,280 | | | $1,280 |
| 9 Replace the Bi-parting door nosing rubbers | | | | | | | * | 40 | 0.15 | 2 | 0.5 | $70 | 6 | 12 | $840 | $20 | $120 | $960 | 0 | $0 | $960 |
| 10 Replace the motor gear box assembly | | | | | | * | | 40 | 0.15 | 2 | 0.5 | $70 | 6 | 12 | $840 | $400 | $2,400 | $3,240 | | | $3,240 |
| 11 Replace the belt drive | | | | | | | * | 40 | 0.1 | 2 | 0.5 | $70 | 4 | 8 | $560 | $100 | $400 | $960 | | | $960 |
| 12 Replace idler pulley | | | | | | | * | 40 | 0.1 | 2 | 0.5 | $70 | 4 | 8 | $560 | $150 | $600 | $1,160 | | | $1,160 |
| 13 Replace the door trolley rollers | | | | | | | * | 40 | 0.1 | 2 | 1.25 | $70 | 10 | 20 | $1,400 | $40 | $160 | $1,560 | 0 | $0 | $1,560 |
| 14 Clean & check the integrity of the header structure | | | | * | | | | 40 | 2 | 2 | 0.2 | $70 | 32 | 64 | $4,480 | $0 | $0 | $4,480 | | | $4,480 |
| 15 Clean & check the integrity of the doors | | | | * | | | | 40 | 2 | 2 | 0.2 | $70 | 32 | 64 | $4,480 | $0 | $0 | $4,480 | 2 | $560 | $5,040 |
| 16 Replace/repair door leaf | Calculated on a per platform basis 2 occasions per year | | | | | | | 40 | | 3 | 2 | $70 | 6 | 12 | $840 | $500 | $500 | $1,340 | 2 | $560 | $1,900 |
| 17 Replace/repair EED | | | | | | | | 40 | | 2 | 2 | $70 | 4 | 8 | $560 | $450 | $450 | $1,010 | 2 | $560 | $1,570 |
| 18 Replace door trolley | | | | | | | | 40 | | 2 | 1 | $70 | 2 | 4 | $280 | $250 | $250 | $530 | 2 | $560 | $1,090 |
| 19 Total Mechanical Cost | | | | | | | | | | | | | | | $63,000 | | $5,040 | $68,040 | 24 | $6,720 | $74,760 |

## Yearly Maintenance Costs for Platform Edge Doors - Westinghouse
### Per Platform Edge (40 Doors)

| Maintenance Item | Frequency 2 W | 1 mo | 3 mo | 6 mo | 5 Y | 8 Y | 10 Y | # of doors | Occasions per year per door | No of maintainers | No of hours | Hourly rate | Hours per year | Hours 4/8 | Labor cost per year | Unit Material Cost | Material | Total M&L | Flagging occasions | Flagging cost | Total yearly cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Electrical** | | | | | | | | | | | | | | | | | | | | | |
| 1 Change over the active PEDC Microprocessor | | ▼ | | | | | | 40 | 6 | 1 | 1 | $70 | 6 | 12 | $840 | $0 | $0 | $840 | | $0 | $840 |
| 2 Inspect and clean electric connection. Inspect the motor AMPS and VOLT rating | | | | * | | | | 40 | 2 | 2 | 0.2 | $70 | 32 | 64 | $4,480 | $0 | $0 | $4,480 | | $0 | $4,480 |
| 4 Replace door indicator | | | | | | | * | 40 | 0.1 | 2 | 0.4 | $70 | 3.2 | 6 | $448 | $5 | $40 | $488 | | $0 | $488 |
| 5 Replace/repair electric brake | | | | | | | * | 40 | 0.1 | 2 | 0.4 | $70 | 3.2 | 6 | $448 | $100 | $400 | $848 | | $0 | $848 |
| 6 Replace DCU | | | | | | | * | 40 | 0.1 | 2 | 0.4 | $70 | 3.2 | 6 | $448 | $1,000 | $4,000 | $4,448 | | $0 | $4,448 |
| 7 Replace/repair solenoid lock | | | | | | | * | 40 | 0.1 | 2 | 0.4 | $70 | 3.2 | 6 | $448 | $100 | $400 | $848 | | $0 | $848 |
| 8 Replace/repair isolate/bypass switch | | | | | | | * | 40 | 0.1 | 2 | 0.25 | $70 | 2 | 4 | $280 | $100 | $400 | $680 | | $0 | $680 |
| 9 Replace/repair door motor | | | | | | | | 40 | 0.025 | 2 | 2 | $70 | 4 | 8 | $560 | $750 | $750 | $1,310 | | $0 | $1,310 |
| 10 Total Electrical Cost | | | | | | | | | | | | | 57 | 114 | $7,952 | | $5,990 | $13,942 | | $0 | $13,942 |
| **Enclosure** | | | | | | | | | | | | | | | | | | | | | |
| 1 Clean glass panels platform side | x | | | | | | | | 26 | 1 | 8 | $70 | 208 | 416 | $29,120 | | $75 | $29,195 | | $0 | $29,195 |
| 2 Clean glass panels track side | | x | | | | | | | 13 | 8 | 4 | $70 | 416 | 832 | $58,240 | | $75 | $58,315 | | $0 | $58,315 |
| 3 Mylar maintenance | | | | | | | | 40 | 5.2 | | 2 | $70 | 416 | 832 | $58,240 | $110 | $22,880 | $81,120 | | $0 | $61,120 |
| 4 Panel replacement | | | | | | | | | | | | $70 | 32 | 64 | $4,480 | | $10,000 | $14,480 | | $0 | $14,480 |
| Total Enclosure Cost | | | | | | | | | | | | | | | $150,080 | | $33,030 | $163,110 | 0 | $0 | $163,110 |
| Emergency response | | | 2 hours per month | | | | | | 12 | 2 | 2 | $70 | 48 | 96 | $6,720 | | $0 | $6,720 | | $0 | $6,720 |

### Summary of Yearly Costs

| ITEM | MATERIAL | LABOR | TOTAL M & L | Flagging occasions | Flagging $ | Admin | Supervision | Overall cost |
|---|---|---|---|---|---|---|---|---|
| Mechanical | $5,040 | $63,000 | $58,040 | 24 | $6,720 | $7,476 | $9,450 | $91,686 |
| Electrical | $5,990 | $7,950 | $13,942 | | $0 | $1,394 | $1,193 | $16,529 |
| Signals | $5,000 | $50,000 | $55,000 | | $0 | $5,500 | | $60,500 |
| Enclosure | $33,030 | $150,080 | $183,110 | | $0 | $18,311 | $22,512 | $223,933 |
| Emergency response | $0 | $6,720 | $6,720 | | $0 | $672 | $1,008 | $8,400 |
| Total | $49,060 | $271,032 | $326,812 | 24 | $6,720 | $33,353 | $40,655 | $407,540 |

NOTES:
1. LABOR INEFFICIENCY AMOUNTS TO 4 HOURS PRODUCTIVE WORK IN A 8 HOUR DAY AS A RESULT OF: WORK PERFORMED UNDER FLAGGING, A G.O., OR NORMAL SERVICE
2. FLAGGING COST = # OF OCCASIONS NEEDING FLAGGING x 4 HOURS x HOURLY RATE (HOURS NEEDED TO SET UP FLAGGING AND TO PICK UP = 2 men x 1 hour x 2 occasions per workday)
3. Flagging occasions are based on platform edge door maintenance crews consisting of 4 maintainers
4. Frequency of maintenance is based on Westinghouse recommendation.
5. Labor rate = $27.33 NYCT base + 150% overhead = $68.34, plus $1.50 night diff. = $70 rounded
6. Administration is figured at 10% of total M & L
7. Supervision is figured at 15% of labor hourly costs

NYCTA-01283