

## CoMET and Nova Key Performance Indicator System

- Key Performance Indicators (KPIs) form a fundamental aspect of benchmarking as they enable performance to be compared on a universally consistent and understandable basis between organisations.

- The structured KPI comparisons can be used for:

    – Direct comparisons – to better understand the differences between operators

    – Internal motivation – setting targets for improved performance

    – Identifying high priority problems, strengths and weaknesses

    – Supporting metros' dialogue with government, regulators, and other stakeholders (confidentiality permitting).

- The current KPI system was reviewed in 2007 and is now based on the changes brought about by the CoMET and Nova KPI review.

CONFIDENTIAL – DRAFT FINAL REPORT                                    3



## Performance Areas and Report Layout

- The framework for the KPI system has been developed based on the 'success dimensions' identified in the Harvard Business School Balanced Scorecard model: Financial, Customer, Learning & Growth, and Internal Business Processes.

- In addition to the four standard Balanced Scorecard Success Dimensions, the importance of 'Safety and Security' and the 'Environment' were considered important enough to warrant their own dimensions although these overlap with both the 'Customer and 'Internal Business Processes' dimensions.

- Performance areas for the KPIs describe how successful a metro is in achieving certain objectives. For further details of the Balanced Scorecard model, please see page 5.

CONFIDENTIAL – DRAFT FINAL REPORT                                    4

## Balanced Scorecard – Four Success Dimensions

- Harvard Business School, 1990's
- A "management strategy" not solely a measurement method.



For metros, we add:

**Safety & Security**

**Environment**

---

## The Key Performance Indicator Process



- The CoMET and Nova KPI's should be:

  - *Comprehensive and yet concise* - There should be a balance between an all-rounded view and the flexibility for management focus. The reporting of high-level KPIs whilst collecting disaggregate data for more detailed analysis is to achieve this balance.

  - *Internally consistent* - It is assumed that member metros use a consistent set of internal definitions and underlying assumptions when deriving their own KPIs. Wherever possible, the data should best be reconciled against other published data for consistency.

  - *Support business performance monitoring through critical success factors* - The KPIs should be designed to give a clear view of what constitutes success.

  - *Well-structured with the flexibility for change and evolution over time* - The 2009 KPI system is based on a periodic review of the KPI systems in use by the CoMET and Nova metro benchmarking groups



## The Key Performance Indicator System (Refined 2010)

**Growth, Learning & Innovation**
G1a/b % change Network Size & Passenger Journeys
G2a/b % change Operated Capacity km & Car km
G3 Number of Training Hours / 1000 Staff Hours
G4a/b Non-fare Commercial Revenue / Fare Revenue & /Passenger Journey

*Financial*
F1 Total Commercial Revenue / Operating Cost
F2 Operating Cost / Revenue Car km
   F2a Service Operations Cost / Car km
   F2b Maintenance Cost / Car km
   F2c Administrative cost / Car km
F3 Investment cost / Car km
F4a/b Operating Cost / Passenger Journey & km
F5a/b Fare Revenue / Passenger Journey & km

*Customer*
*Capacity Provision & Utilisation*
C1 Capacity km / Route km
C2 Passenger km / Capacity km
*Service Quality*
C3 Passenger Hours' Delay / Passenger Journey
C4 Passenger Journeys On Time / Passenger Journey
C5a/b Trains On Time / Total Trains (scheduled + actual)
C6 Train Hours Operated / Hours of Train Delay

*Internal Processes*
*Reliability & Availability*
P1a/b % of Cars Available & Used in Peak Hour
P2a/b Car km / hours between Incidents (by category)
*Efficiency*
P3 Passenger Journeys / Staff + Contractor hours
P4a/b Capacity & Car km / Staff + Contractor hours
P5 Train hours / Driver Hours
P6 % Employee Absenteeism
P7 Traction Energy Consumed / Car km
P8a/b Total Energy Consumed / Passenger Journey & km

**Safety & Security**
S1 Total Fatalities / Passenger Journeys
   S1a Deaths from Suicide / Passenger Journeys
   S1b Deaths from Accidents / Passenger Journeys
   S1c Deaths from Illegal Activity / Passenger Journeys
S2 Incidences of Crime / Passenger Journeys
S3a/b Staff Lost Time through Accidents / Staff Hours

**Environment**
E1 $CO_2$ per Passenger km

---




## Key Performance Indicator Data

- Unless otherwise indicated, the following will apply throughout the report:

  – All figures refer to one year's data, unless specified otherwise

  – The CoMET data year is 2009

  – Car km = revenue car operating kilometres

  – Car hours = revenue car operating hours

  – Capacity km = revenue capacity kilometres operated

  – Metro own capacity km is based on metros' own standards

  – CoMET standard capacity km is based on the CoMET standard of 4 standing passengers per square metre

  – *For this report, 2008 data (rather than 2009) is denoted with an asterisk e.g. Ln\*, in some very rare occasions where 2008 data is not available, two asterisk signs are used to specify 2007 data, e.g. Md\*\**



## Metro Codes

The following codes are used to represent the metros in the report:

**CoMET**

- Bg – BMTROC, Beijing
- Bn - BVG, Berlin
- HK - MTRC, Hong Kong
- Ln - LUL, London
- MC - STC, Mexico City
- Md - Metro de Madrid, Madrid
- Mw - MoM, Moscow
- NY - NYCT, New York
- Pm - RATP Metro, Paris
- Pr - RATP RER, Paris
- SC – Metro de Santiago
- Sh - Shanghai, ShenTong
- SP - MSP, São Paulo

**Nova:**

- BA – Buenos Aires Metrovías
- Bc – Barcelona TMB
- Bk – Bangkok BMCL
- Dh – Delhi Metro Rail Corporation
- Lb – Lisbon Metropolitano de Lisboa
- Mi – Milan ATM
- Mt – Montréal STM
- Nc – Newcastle Nexus
- Np – Naples Metronapoli
- RJ – Rio Metro
- Sg – Singapore SMRT
- Sy – Sydney City Rail
- Tp – Taipei TRTC
- To – Toronto TTC

NYCTA_2_00390599



S1b – Deaths from Accidents per Billion Passenger Journeys



S1b – Deaths from Accidents per Billion Passenger Journeys (Average 2000 - 2009, Using Available Data)

Case 1:17-cv-04550-FB-VMS   Document 248-44   Filed 03/01/24   Page 7 of 8 PageID #: 16942





NYCTA_2_00390659

## S1b – Deaths from Accidents per Billion Passenger Journeys
### (Average 2000 - 2009, Using Available Data)


Community of Metros CoMET



**Explanations of Performance Provided by Metros**

Metro Sao Paulo (2007 & 2008):
Specific campaigns on safety procedures on posters in stations and on trains
Safe signalling system has ensured that MSP has never had a severe accident with trains leading to the death of passengers or staff.
Skilled station, train and security staff on accident prevention duty. Staff are present at all locations at most times.

Delhi DMRC (2007): Access to track (for staff) during revenue hours is restricted to unavoidable situations

**Explanation**

This is the primary safety indicator, evaluating the safety of the metro for passengers.

Metros with more open infrastructure have the largest number of accidental fatalities.

**Formula**

$$\frac{[21a]}{[5a]/1000}$$

**Data Item Definitions**

[5a] Passenger Journeys (m) – Including Fare Evaders:

Annual total of ALL passengers recorded or estimated as travelling from origin to destination irrespective of the fare paid. Passenger journeys on the metro, from entering the system at the origin station to exiting at the destination, irrespective of the number of different lines used / number of interchanges between lines. All journeys as defined above irrespective of whether the passenger paid the full fare.

[21a] Deaths - Caused by accidents:

Deaths due to an accident on metro property or trains operated, owned or maintained by the metro, or due to metro operations, if death occurs within 30 days of event.