

# TRANSPORT WORKERS UNION
## OF GREATER NEW YORK • AFL-CIO • LOCAL 100

| **John Samuelsen** | **Earl Phillips** | **Latonya Crisp-Sauray** | **Angel Giboyeaux** |
| --- | --- | --- | --- |
| *President* | *Secretary Treasurer* | *Recording Secretary* | *Administrative VP* |

**January 9, 2013**

Thomas Prendergast

President - New York City Transit

2 Broadway

New York, NY 10004

Dear Mr. Prendergast:

One fatal 12-9 per week, two additional, non-fatal 12-9's and the associated deleterious effects on train crews can no longer be accepted as the price of on-time service. In the interest of public safety and the well being of your employees, we believe it is imperative that the MTA take immediate steps to end this carnage.

Following are a list of common sense, cost effective proposals that will quickly reduce the number of 12-9's and advance the discussion on how to eradicate these incidents from our system.

- Effective immediately, encourage Train Operators to operate with caution when entering stations.
- Post speed restrictions at the entrance of every station reducing the allowable speed to 10 mph.
- Place a customer-activated safety warning light at the entrance to stations to be used if someone falls onto the tracks.

Confidential

Prendergast
January 9, 2013
Page 2

- Place power cut off switches in all Station Booths.
- Create a customer information campaign to let transit customers know what to do if someone is on the tracks, and how to signal a train operator to come to a stop.
- Announce a competition for design ideas to improve platform safety, similar to the app competition that has provided useful ideas.
- Please let us know as soon as possible when the Authority will move forward on these proposals.

In the interim, TWU Local 100 is advising our operators to enter stations with extreme caution to protect the riders and to protect themselves.

Sincerely,

John Samuelsen

President, TWU Local 100

cc:    Earl Phillips
       Angel Giboyeaux
       LaTonya Crisp-Sauray
       Kevin Harrington
       Steve Downs
       Joe Costales

JS/csw
Opeiu-153

Confidential