2 Broadway
New York, NY 10004-2207
646 252-5800 Tel
646 252-5815 Fax

Thomas F. Prendergast
President



# New York City Transit

January 12, 2010

Mr. Donald A. Baker
Executive Director
Public Transportation Safety Board
State of New York
Department of Transportation
Albany, New York 12232

**Re: Operational Procedural Changes & Installation of Intrusion Detection Systems**

Dear Mr. Baker:

In response to your letter dated November 12, 2009, NYCT's position is that at this time changing operational practices or installing intrusion detection systems is not feasible.

It is not possible to slow or stop trains in approach to stations because the capacity of the system would be severely degraded and would cause overcrowding conditions on station platforms potentially creating additional safety hazards. In regard to installing intrusion detection systems, such devices are subject to nuisance activations in that they can indicate the presence of a person or obstruction when none is present, adversely interrupting normal train operations and further compounding overcrowding conditions.

In addition, these types of systems cannot compensate for a person or obstruction that appears suddenly in front of a train without having the distance required to stop. In reviewing the twenty-two cases cited in your letter, it is unlikely that the presence of an intrusion detection system would have prevented nineteen of the cases from occurring. Seventeen incidents were the result of either suicide attempts, trains striking individuals on the right of way between station limits or individuals falling against the side of the train as it was already in the process of exiting the station. In the other two cases; one involved an intoxicated passenger who was outstretched with his head overhanging the edge of the platform and was struck by the train as it entered the station. The last case involved a passenger relieving herself between cars resulting in her falling to the right of way and being struck by the train.

In the three remaining cases that were potentially preventable had an intrusion detection system been present, one individual intentionally descended to the right of way to retrieve personal items. In another case, the person was in the process of crossing the tracks within the confines of the station and was struck by the train. Apparently these individuals intentionally descended to the right of way, and by performing these unsafe acts they placed themselves in harm's way. In the one remaining case, the passenger appeared to be kneeling when first observed by the train operator and the circumstances surrounding the person entering the right of way is unknown.

Operational Procedural Changes & Installation of Intrusion Detection Systems
January 12, 2010
Page 2 of 2

A project that addresses the entire system with 468 stations and over 1,000 platforms edges has the potential to interrupt other safety critical work. This initiative, if mandated, would take years to accomplish and divert limited capital funding from State of Good Repair and safety-related work.

If you have any additional questions regarding this information please contact me.

Sincerely,

Thomas F. Prendergast
President

Cc: C. Kennedy