## OSS Comments - 14th Street Union Square Fixed Platform Barriers

**I. Intended Goals of Installation**

   A. Prevent suicides
      1. Will not accomplish this goal. Openings in barrier provide access to track
      2. In 2016 there were 51 alleged/attempted suicides system wide
   B. Prevent people from being pushed to track
      1. Will have some benefit
      2. However, customers will stand near the door openings where they could be pushed to tracks
   C. Prevent people from dropping items onto track and then descending to retrieve it
      1. Will have some benefit by decreasing area available to drop items to track level
      2. However, there will still be opportunity for customers standing near door opening to drop items and descend to track
   D. Prevent unauthorized access to track, crossing track
      1. Will not accomplish this goal as there would still be opportunity for unauthorized personnel to enter track as observed in videos associated of the intrusion detection system test
   E. Prevent people from falling to tracks (drunk or sick customers)
      1. Will have some benefit by decreasing area available to fall to tracks
      2. However, there will still be opportunity for customers standing near door opening to fall to track
   F. Prevent customer on platform from contacting train
      1. Will have some benefit
      2. However, there will still be opportunity for customers to have contact with train at the openings
   G. Reduce litter on tracks and track fires
      1. Height of barrier will not prevent people from throwing litter on track
      2. Barrier will partially block some litter on platform blowing on track, but the number and size of openings will still allow numerous entry points for litter

**II. Hazards/Concerns that will be created by the Fixed Platform Barriers**

   A. Drag concern
      1. If a customer is caught between the closed car doors and the train begins to move, the customer could be seriously or fatally injured by the Fixed Platform Barrier (In 2016 there were 12 side car door drag incidents system wide. Although there were no incidents on the L line, the potential exists for an incident of this nature)
   B. Space case
      1. If a customer is caught between the train and the platform edge and the train begins to move, the customer could be seriously or fatally injured by the Fixed Platform Barrier (In 2016 there were 179 incidents when a customer slipped into the gap between the car and the platform edge one of which occurred on the L line)

**OSS Comments Union Square Fixed Barrier**
Page **2** of **2**

- C. Contact with side of train
    1. If a customer comes in contact with the side of a moving train the customer could be seriously or fatally injured by the Fixed Platform Barrier
- D. Body part caught between train and Fixed Platform Barrier
    1. If a customer's arm or leg is caught between the train the Fixed Platform Barrier and the train moves, the customer could be seriously or fatally injured by the Fixed Platform Barrier
- E. Conductor visibility
    1. Fixed Platform Barrier has the potential to obstruct the Conductors view of the side of the train preventing him/her from observing a customer who is caught in doors, caught in gap between the train and the platform or caught in the space between the train and the Fixed Platform Barrier. This could result in the train moving and the customer striking the Fixed Platform Barrier
- F. Conductor injury
    1. If the Train Operator begins to move the train before the Conductor is completely inside of the cab window, the Conductor could strike his/her arm or hand on the Fixed Platform Barrier
- G. Improper train alignment
    1. Train stops at a location where the doors are not aligned with the openings in the Fixed Platform Barrier as a result of: Brakes in Emergency on the Right of Way; Brakes in Emergency in the car; loss of power or car stop marker overrun in manual operating mode. This will prevent customers from exiting the train and emergency personnel from accessing the train in an emergency (In 2015 there were 307 incidents in which a train passed a car stop marker system wide)
- H. Structural concern
    1. If the platform edge cannot support the barrier posts, the Fixed Platform Barrier could foul the train and cause significant customer injuries
- I. Horse play
    1. Customers could be injured if they engage in horseplay, i.e. climb or sit on Fixed Platform Barrier

Confidential
NYCTA_2_00001396