THE METROPOLITAN TRANSPORTATION AUTHORITY
ACTING BY THE
NEW YORK CITY TRANSIT AUTHORITY



Scope of Work

For

Engineering Design, and Technical Services for the Development of:

Conceptual Engineering Documents for
Platform Screen Door (PSD) Pilot at the
MTA-NYCT 14th St. / 6th Ave. Station
(L Line)

NYCT Task Order No. _xx__

Updated: May 15, 2013                                    Page 1 of 11

1. PROJECT DESCRIPTION

The Metropolitan Transportation Authority, acting by New York City Transit (NYCT), seeks to engage the services of a Consultant to develop **CONCEPTUAL ENGINEERING** documents for the design and installation of a platform screen door, platform edge door, and/or a platform edge gate (PSD/PED/PEG) pilot system at the NYCT **14th St. / 6th Ave. Station (L Line).** NYCT will manage this project. PSD/PED/PEGs will be referred to as platform doors in the rest of this document.

The NYCT Platform Screen Doors/Platform Edge Doors/Platform Edge Gates Concept of Operations Rev. 1.1 (CONOPS) should be considered as the baseline for this task order; as such, this solution is to be consistent with this CONOPS, which should be referenced extensively for this design effort.

This Task Order shall include all associated and incidental studies, and analyses required to develop Conceptual Engineering and Specifications documents for Bid.

2. BACKGROUND

The MTA and its affiliate agencies have a vast network of infrastructure and operations to provide public transportation services in and around New York City. This comprehensive network of infrastructure includes a large network of underground and under river subway, rail and vehicular tunnels; elevated subway and rail structures; rail yards and bus depots; rail, bus, and other maintenance facilities; huge communications infrastructure; subway/rail signal system infrastructures; power distribution and control infrastructures; administrative buildings and employee facilities; subway, rail, and bus stations; and control facilities, etc.

NYCT operates subway and bus services in the City of New York. NYCT has a subway service network of 28 routes, 685 miles of track and 468 stations served by a fleet of 6,465 subway cars in the city's four boroughs (Manhattan, Brooklyn, Queens, and Bronx). In Staten Island, it operates MTA Staten Island Railway. Its bus service includes 244 routes and 2,017 route miles served by over 4,500 buses in the city's five boroughs.

NYCT, in an ongoing effort to improve customer safety, convenience, security, and the overall station appearance, has identified the need for a platform door system in its subway infrastructure. The goal of the platform door system is to:

☐ Improve Customer safety by:
  A) Eliminating the occurrence of customers accidentally falling or being pushed onto the trackway.
  B) Deterring customers from jumping onto the trackway.
  C) Deterring unauthorized individuals and would-be criminals (terrorist acts,vandalism, etc.) from accessing the trackway.
  D) Mitigating the occurrence of objects (cell phones, PDAs, etc.) falling onto the trackway and customers trying to retrieve them.

Case 1:17-cv-04550-FB-VMS   Document 248-75   Filed 03/01/24   Page 3 of 11 PageID #: 18172

Scope of Work – Platform Screen Door (PSD) Pilot                    Task Order No. xx

E) Mitigating the occurrence of customers leaning over the trackway to seek train arrivals.
F) Deterring customers from surfing on cars.
G) Deterring customers from boarding and alighting between cars.

☐ Reduce trash accumulating on the trackway.

☐ Reduce track fires due to trash and debris thrown from platforms.

☐ Increase crew safety.

☐ Improve safety of employees working on platforms while reducing requirements for flagging protection.

In light of these potential advantages, NYCT has undertaken this pilot platform doors system to quickly determine it practical feasibility. The results of this pilot and further necessary investigation and analyses will become the basis of further implementation of platform doors at various facilities.

3. SCOPE OF WORK

Under this Task Order, the Consultant shall be required to develop a Feasibility Study and Conceptual Design documents for the work detailed below.

**A. Conceptual Design.**

The platform doors system specified under this Task Order, shall be based on the prior developed Platform Screen Doors/Platform Edge Doors/Platform Edge Gates Concept of Operations Rev. 1.1 (CONOPS document, c. The Conceptual design must satisfy the requirements of the CONOPS. Also available for reference are multiple platform doors feasibility studies performed under the 2nd Ave. Line construction project.

The above documents are available in the Design Manager's Office for review, upon request, during the proposal period of this Task Order. A copy of these documents will be made available, upon request, to the successful Consultant during the performance of this Task Order.

In general, the Conceptual design to be included shall consist of:

A) A new feasibility study to be performed by the Consultant to determine the viability of implementing platform doors at existing stations within the NYCT system. Note that this study shall address and compare findings made by feasibility studies already made on the Second Ave. Subway and 7 West projects for applicability to the existing station chosen for this project.
B) Conceptual drawings and specifications, indicating placement and dimensions of the platform doors along with its various supporting devices, such as operation

Updated: May 15, 2013                                              Page 3 of 11

NYCTA_2_00202870

panels, readers, etc. on the location plans and details of the 14th St./6th Ave. station.

C) Conceptual drawings and specifications, for the work to be performed in the Communication Rooms at the selected station , such as locating adequate numbers of racks/cabinets for equipments, power and cooling requirements, including the design of New Communication Room(s), or modification of the existing rooms as necessary. Rearrangement of existing equipment may be necessary to make room for new equipment.

D) Conceptual Design and specifications for the communication network system to connect electronic security devices throughout the selected station. Design must include integration to the existing Communications Based Train Control (CBTC) system at the station, and must be able to operate flawlessly with One Person Train Operation (OPTO). CBTC ensures that trains are properly berthed, enables the train side doors, and has a stopping accuracy of ± one foot in Automatic Train Operation.

Other platform doors system requirements include, but are not necessarily limited to the following:

1. Platform doors shall not impair train crew's visibility of signals, Conductor Boards, Signs, CCTV, etc. Platform door open and closed indication status shall be provided on the platform side and be clearly visible to train crews.

2. Platform doors shall be capable of both manual and automatic operation. The mode of operation will be selectable by the train crew.

3. Manual/automatic door controls shall be provided inside the train cab, with a wireless RF interface to the platform component of the platform doors. In addition to the controls that shall be provided inside the cab, controls shall be provided outside the train and accessible to train crews for operation from cab windows.

4. In the automatic mode, platform doors shall open automatically once a train is stopped at the proper position in the station.

5. In the automatic mode, platform doors shall close automatically after adjacent train doors are closed. Any time delay shall be defined during the design phase.

6. Open/close close operation of platform doors when in the automatic mode shall be with little or no impact (increase) on scheduled train dwell time.

7. Platform doors shall incorporate manual operation panels located outside trains, accessible to train crews.

8. The ability to operate the platform doors manually shall be provided from the platform side.

9. Platform doors shall be compliant with all required codes and standards as defined by NYCT.

10. The platform door system shall incorporate emergency doors accessible to passengers from the trackside, operable by panic latch or NYCT-approved means. Emergency platform doors shall not be located in front of station structural columns or other obstructions on the platform.

11. The platform doors system shall permit individual platform door panels to be bypassed manually.

12. Platform doors shall not compromise air-flow characteristics in stations below acceptable levels as defined by NYCT.

13. Platform doors shall be designed to be compatible with climate control (HVAC) systems in the stations where it is operational.

14. Platform doors shall withstand the air pressure that results from piston effect of trains entering and leaving stations.

15. Platform doors shall be immune to, and shall not generate electromagnetic interference (EMI) to levels exceeding those defined by NYCT.

16. Platform doors shall be vandal resistant and comply with NYCT material standards.

17. Platform doors shall comply with all applicable ADA requirements, including access, audible alarms, signs for sight impaired.

18. Platform doors shall incorporate closed and open status indication as well as means to detect customers between the platform and train doors.

19. A CCTV system shall be provided in the platform doors control room for monitoring platform door operation. All platform doors and their open/close state, and the space between platform doors and the train doors must be clearly visible.

20. The CCTV system shall be provided with recording capability for up to 72 hours and then the content archived locally. The process of archiving shall be automatic and without any recording interruption.

21. Platform doors shall incorporate door obstruction sensing compatible to door-obstruction sensing systems used on the subway car-door system for the same Line.

22. Platform door obstructions shall be annunciated to the platform doors control room and monitoring stations.

23. Platform door failure modes and operating procedure/guideline shall result in platform failed doors defaulting to a safe-state position (as defined by NYCT)

24. Platform doors shall operate within station dwell times defined by NYCT.

25. Platform doors shall not interfere with train to wayside (and vice versa) communication (radio, CBTC) and with the signals system.

26. Platform doors shall not interfere with Customer Information Signs (CIS).

27. The platform door system must be immune to steel dust, vibrations, humidity and condensation and shall not incur any damage from regular and high pressure station wash.

28. The platform door system shall be provided with track access hinged emergency doors located at each end of the platform. The doors shall be remotely and locally controlled. Authorized personnel will unlock the platform end door from the platform side using a special key. Once activated, the door will re-close automatically by the action of an automatic door closer.

29. A panic-bar mechanism shall be provided for each platform end door/gate. This bar shall be accessible from trackside.

30. Once a panic bar is pushed:
    a. The door is mechanically unlocked, manually opened and automatically closes.
    b. An alarm shall be transmitted to a Local Control Panel and to the RCC.

31. The platform door system shall interface with the signals system so that trains are prohibited from entering/leaving a station when the platform doors are open without authorization. Trains will enter/leave the station following an approved procedure.

32. Install a grounding system that will minimize the possibility of shock from an electrical potential that becomes applied to the platform door system.

33. Design life of all door equipment and controls shall be thirty years.

34. Design a modular platform door system with features that allow for rapid deployment and installation.

35. Platform door modules shall be factory assembled and tested to the greatest extent possible in order to reduce installation time, startup time, as well as time for replacement if necessary.

36. Prepare installation, testing and startup procedures that take into consideration installation of a platform door system over a period of time, under GOs, and with platform doors locked open for train operation until the entire system is operational.

Various work activities to be performed by the Consultant under this Task Order shall include, but are not necessarily limited to, the following:

1. Gather and review existing documents pertaining to the selected station. These documents include, but are not necessarily be limited to the following:
    a. As-built drawings;
    b. Contract documents for ongoing work at these facilities;
2. Conduct comprehensive field surveys at the selected station, all of the monitored locations, as well as NYCT & MTA C3 sites (as necessary).
3. Perform Design consistent with NYCT Historical & NYS SHPO guidelines. Consultant shall coordinate with pertinent NYCT & NYS representatives.
4. Perform an analysis to determine the Communications design for the selected station in this Task Order. Determine if design shall be a single smart site or develop several smart sites with each smart site aggregating data from multiple communication rooms. For concept of monitored locations and smart sites, refer to referenced documents.
5. Determine various equipment to be located in the communication rooms/closets to support the platform doors system at the selected station, including associated electrical and communication equipment. Determine space requirements to locate this equipment and develop detailed layouts depicting proposed new equipment, as well as existing equipment in the room/closets, if any.
6. Determine HVAC loads of new equipment to be installed.
7. Determine power requirements for new equipment in the station communications room. Review the capacity of existing power service and power plants in station communication rooms, C3, and EDR for adequate spare capacity. Design power solutions to address the need either through existing power service or power plant enhancement (Lucas Benning, or approved equal), whichever is appropriate. Provisions must be made for back-up power to each mechanical and controls system in the event of a utility or other power failure.
8. Review the existing SACNS network capability and any local networks at the selected station. Design the necessary communication network capability to support the proposed platform door system.

9. If any required smart sites, communication rooms, or closets are not available or the spaces in existing rooms/closets are inadequate to accommodate proposed equipment, design appropriate extensions to the existing rooms, if possible. If extensions are not possible, then new rooms and/or closets shall be designed at locations approved by the Engineer.

10. The design under this Task Order shall be fully compatible with the existing CBTC system. After the Task Order award, the solicitation packages and contract documents will be made available to the Consultant upon request.

11. Develop interoperability test plans to integrate the new platform door system to the existing CBTC system.

12. Update the existing ConOps for standalone and integrated platform door solutions.

**C. General Work Items.**

1. The Consultant shall develop and update project cost estimates. The project cost includes design fees, construction bid cost, project management cost, agency labor force accounts (EFA and TA Labor), contingencies, escalations and any other costs.

2. The Consultant shall maintain the integrity of the structure with all design alternatives such as minimizing impact to pedestrian egress, waterproofing, and to maintain the functional facility requirements.

3. The Consultant shall develop a detailed schedule incorporating all of the work activities covered under this task order and update it regularly for up-to-date progress status. The Consultant shall also develop and update as necessary, a system development schedule through its full implementation.

4. The Consultant shall attend regular task order meetings with NYCT and any affiliate agencies and prepare meeting agendas, presentations as necessary and requested, and minutes of meetings.

5. The Consultant shall present the critical path items and highlights to MTA management. This shall include all decision points that must be resolved in order to maintain progress.

6. The Consultant shall prepare and submit bi-weekly Task Order progress reports to NYCT.

7. The Consultant shall make presentations on all deliverables at the time of submission to NYCT as necessary and when requested and address comments generated by NYCT on these submissions by responding in writing with proper disposition of each comment and later incorporating them in the final version of the deliverables.

8. The Consultant shall provide their services to develop an RFP to make a complete design to construct a complete system at the selected station. These services include, but are not limited to, answering requests for information (RFI's) from

prospective proposers, issue addenda as necessary, and attending site surveys and meetings.

9. Perform all associated and incidental work as may be necessary for completing this Task Order.

10. Upon request, the Consultant shall provide a Construction Support Service Scope of Work and cost proposal for negotiation and issuance under a separate task order.

## 4. DELIVERABLES

1. A bar chart schedule for this task order in addition to a schedule for the construction phase.

2. Monthly Project Status Reports and minutes of all meetings. This should include a 1-2 page summary outline with an update on each action item for ease of checking its progress. The Project Status Report shall also provide details on project budget, including but not limited to, expended and Estimate at Completion (EAC) hours and dollar amounts, variances in project budget and schedule and action(s) being taken to address them, and status of requested changes to the task order scopes;

3. Report on various alternative platform door configurations developed, alternative analysis as well as feasibility and recommendations of platform door configurations for implementation;

4. Conceptual Design submissions including drawings, technical specifications, calculations, cost estimates, schedules and reports.

5. Draft report including the applications, technologies, and methodologies

    a. State of the Industry report

    b. Comparison between prominent solutions

6. Twenty (35) copies of all relevant documents on paper and also in electronic form as requested.

7. All documentation shall be made available in original, electronic file format in Word, Excel, dgn, jpg, Visio, etc., as requested, in addition to fully formatted and bookmarked pdf files as directed.

8. Pdf files shall be provided via direct electronic conversion from native electronic files using Adobe Acrobat. Other pdf editors shall not be used for this project, except by approval by the Design Manager. Scans produced from paper printouts are NOT acceptable for this project. Pdf files shall not be locked.

9. Consultant is responsible for the delivery and distribution of all deliverables to the various stakeholder groups, as directed by the Design Manager.

## 5. APPLICABLE CODES, STANDARDS AND GUIDELINES

All codes of practice, reference standards, and guidelines used shall be the latest publication and application available during development of this task. The applicable guidelines, codes of practice and criteria for this task shall include, but not be limited to, the following:

5.1   Building Code of New York State;

5.2   Fire Code of New York State and New York City Fire Department Rules;

5.3   Energy Conservation Construction Code of New York State;

5.4   Mechanical, Plumbing and Fuel Gas codes of New York State;

5.5   NFPA 70: National Electric Code and New York City Electrical Code;

5.6   NFPA 130: Standard for Fixed Guideway Transit and Passenger Rail Systems;

5.7   All applicable NYCT design standards, guidelines, procedures rules and regulations, and policy instructions;

5.8   NYCT's Platform Screen Doors/Platform Edge Doors/Platform Edge Gates Concept of Operations.


## 6. SCHEDULE

The design task shall be completed within 4 months from the Notice-to-Proceed date for this Task Order.


## 7. SERVICES PROVIDED BY NYCT AND OTHER MTA AFFILIATE AGENCIES

The following services shall be provided by NYCT, MTA and its affiliate agencies as necessary and when requested by the Consultant in support of the work specified under this Task order:

7.1   Copies of assessment reports.

7.2   Copies of existing platform doors documents including ConOps, and all other supporting documentation.

7.3   Copies of available existing plans and other documentation for the selected station as requested.

NYCTA_2_00202877

7.4 Access to each of the selected station for all qualified and approved project personnel to participate in field assessments and surveys. The access shall be requested in advance and must be pre-approved.

7.5 Make available access to NYCT personnel for interviews and procedure reviews, based on their schedule and in such a manner as to minimize the operational impact to the NYCTA and inconvenience to the personnel, to the extent possible.

7.6 Copies of existing design guidelines.

7.7 Track Safety training for Consultant personnel by NYCT, which is a prerequisite for access on or near the right-of-way.

8. SPECIAL CONDITIONS

8.1 Project Collaboration on MTA Security Program web-based, Project Management Tool.

For the performance of work under this Task Order, the Consultant will be required to fully participate in project collaboration on the MTA's Capital Security Program's "Project Solve" or NYCT's "Constructware" website, a web-based project management and collaboration tool. The Consultant shall be responsible for timely posting of all documents created by them or members of the project team.

Consultant shall be expected to use the tool extensively throughout the project cycle. The Consultant shall manage the portal to handle all questions and answers. The Consultant shall use the database and reporting features of the portal.

The Consultant's project personnel will be provided access to the site as necessary by NYCT at no cost to the Consultant. Proper training in the use of this tool may be provided to the Consultant at no cost as necessary and when requested.