# LANDMAN CORSI BALLAINE & FORD P.C.

### A NEW YORK PROFESSIONAL CORPORATION

#### ATTORNEYS AT LAW

**ANDREW P. KEAVENEY**
MEMBER

TEL: (212) 238-4833
EMAIL: akeaveney@lcbf.com

120 BROADWAY

13TH FLOOR

NEW YORK, NEW YORK 10271

TELEPHONE (212) 238-4800

FACSIMILE (212) 238-4848

www.lcbf.com

One Gateway Center
22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

300 Delaware Avenue
Suite 210
Wilmington, DE 19801
Tel: (302) 514-6901

March 11, 2024

*Via ECF*
Hon. Frederic Block, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** *Luisa Janssen Harger Da Silva v. New York City Transit Authority, et al.*
> *Civ. Action No.: 17-CV-04550 (FB)(VMS)*

Dear Judge Block:

We represent defendants New York City Transit Authority, Metropolitan Transportation Authority, and Raqia Shabazz in the above referenced matter and we are writing to request an opportunity to respond to plaintiff's motion for leave to file a sur reply to Defendants' fully briefed motion for summary judgment. Defendants believe the request is improper as plaintiff was fully afforded the opportunity to address the issue of station platform gates and barriers through the many years of discovery, and included it in opposition to the motion (*see e.g.*, ECF Doc. No. 249, Plaintiff's Rule 56.1 Counterstatement of Fact at p. 20). As such, the request does not meet the purpose of a sur reply and, accordingly, Defendants would like to formally brief the Court with our opposition.

Respectfully submitted,

*Andrew P. Keaveney*

Andrew P. Keaveney

cc:   All Counsel (via ECF)