UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUISA JANSSEN HARGER DA SILVA,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY, and RAQIA SHABAZZ,<br><br>Defendants. | **NOTICE OF MOTION**<br><br>INDEX NO.: 17-cv-4550 (FB)(VMS)<br><br><br><br>X |

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, dated April 5, 2025, and upon all the pleadings and proceedings heretofore had herein, Plaintiff LUISA JANSSEN HARGER DA SILVA will move this Court—at a date and time to be set by the Court—at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Frederic Block, U.S. District Judge, for an Order:

1. Certifying Defendants' interlocutory appeal from this Court's March 6, 2025 Memorandum & Order denying their motion for Summary Judgment as frivolous and therefore non-divesting;

2. Confirming that the Court retains jurisdiction to proceed to trial notwithstanding the pending interlocutory appeal; and

3. Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 7(a)(1) of the Local Rules of this Court, the Plaintiffs intend to file reply papers and therefore, pursuant to Rule 7(b)(2)(B),

Defendants are required to serve responding papers, if any, at least seven (7) days prior to the return date of this motion.

| | |
|---|---|
| Dated: New York, New York<br>April 5, 2025 | Respectfully Submitted,<br>ROTH & ROTH LLP |

By:  _____~/s/~_____

David A,. Roth
*Counsel for Plaintiff*
192 Lexington Ave, Suite 802 New York, New York 10016
Ph: (212) 425-1020

To:   Andrew Keaveney (via email)