SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| JOSE LUIS MELENDEZ PEDRAZA a/k/a JOSE LUIS MELENDEZ a/k/a JOSE L. PEDRAZA,<br><br>　　　　　Plaintiff(s),<br><br>　　-against-<br><br>NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY, and ANGEL RIVERA,<br><br>　　Defendant(s). | Index No. 159366/2013<br>(Action #1)<br><br><br>**PROPOSED VERDICT SHEET** |
| ARMANDO ANTONIO MARTINEZ,<br><br>　　　　　Plaintiff(s),<br><br>　　-against-<br><br>NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY, and LUMUEL GONZALEZ,<br><br>　　Defendant(s). | Index No. 153421/2017<br>(Action #2) |

　　　　Defendants New York City Transit Authority, Angel Rivera, and Lemuel Gonzales, respectfully submit the following as and for the Parties' Joint Proposed Verdict Sheet:

[*Remainder of page intentionally left blank*]

# VERDICT SHEET

1. Was the Defendant New York City Transit Authority negligent in allowing trains to enter the southbound Spring Street Station at a speed greater than 15 miles per hour?

   _____                                    _____
   YES                                         NO

   Juror 1:   Agree_____   Disagree_____        Juror 4:   Agree_____   Disagree_____

   Juror 2:   Agree_____   Disagree_____        Juror 5:   Agree_____   Disagree_____

   Juror 3:   Agree_____   Disagree_____        Juror 6:   Agree_____   Disagree_____

**IF YOUR ANSWER TO QUESTION 1 IS YES, PLEASE PROCEED TO QUESTION 2.**
**IF YOUR ANSWER TO QUESTION 2 IS NO, STOP AND INFORM THE COURT.**

2. Was the Defendant New York City Transit Authority on notice of a hazardous condition at the entry of the Spring Street Station due to the curvature of the track at that station?

   _____                                    _____
   YES                                         NO

   Juror 1:   Agree_____   Disagree_____        Juror 4:   Agree_____   Disagree_____

   Juror 2:   Agree_____   Disagree_____        Juror 5:   Agree_____   Disagree_____

   Juror 3:   Agree_____   Disagree_____        Juror 6:   Agree_____   Disagree_____

**IF YOUR ANSWER TO QUESTION 2 IS YES, PLEASE PROCEED TO QUESTION 3.**
**IF YOUR ANSWER TO QUESTION 2 IS NO, PLEASE PROCEED TO QUESTION 6.**

3. Was it reasonable for Defendant New York City Transit Authority to rely on studies it conducted without having to conduct a specialized study of the southbound Spring Street station or curved stations within the system?

   _____          _____
   YES              NO

   Juror 1:  Agree_____  Disagree_____     Juror 4:  Agree_____  Disagree_____

   Juror 2:  Agree_____  Disagree_____     Juror 5:  Agree_____  Disagree_____

   Juror 3:  Agree_____  Disagree_____     Juror 6:  Agree_____  Disagree_____

**IF YOUR ANSWER TO QUESTION 3 IS <u>NO</u>, PLEASE PROCEED TO QUESTION 4. IF YOUR ANSWER TO QUESTION 3 IS <u>YES</u>, STOP AND INFORM THE COURT.**

4. Were the studies that Defendant New York City Transit Authority relied upon to set its speed policy for the entrance to the southbound Spring Street Station plainly inadequate?

   _____          _____
   YES              NO

   Juror 1:  Agree_____  Disagree_____     Juror 4:  Agree_____  Disagree_____

   Juror 2:  Agree_____  Disagree_____     Juror 5:  Agree_____  Disagree_____

   Juror 3:  Agree_____  Disagree_____     Juror 6:  Agree_____  Disagree_____

**IF YOUR ANSWER TO QUESTION 4 IS YES, PLEASE PROCEED TO QUESTION 5. IF YOUR ANSWER TO QUESTION 4 IS NO, STOP AND INFORM THE COURT.**

5. Did Defendant New York City Transit Authority's speed policy have no reasonable basis?

   _____          _____
   YES              NO

   Juror 1:  Agree_____  Disagree_____     Juror 4:  Agree_____  Disagree_____

   Juror 2:  Agree_____  Disagree_____     Juror 5:  Agree_____  Disagree_____

   Juror 3:  Agree_____  Disagree_____     Juror 6:  Agree_____  Disagree_____

**IF YOUR ANSWER TO QUESTION 5 IS YES, PLEASE PROCEED TO QUESTION 6. IF YOUR ANSWER TO QUESTION 5 IS NO, STOP AND INFORM THE COURT.**

6. Was the negligence of the Defendant New York City Transit Authority a substantial factor in causing the Plaintiffs' accidents?

        _____　　　　　　　　　　_____
        YES　　　　　　　　　　　　NO

Juror 1: Agree_____ Disagree_____　　Juror 4: Agree_____ Disagree_____

Juror 2: Agree_____ Disagree_____　　Juror 5: Agree_____ Disagree_____

Juror 3: Agree_____ Disagree_____　　Juror 6: Agree_____ Disagree_____

7. Was Defendant Angel Rivera negligent in operating the train when the accident involving Plaintiff Jose Luis Melendez Pedraza occurred?

        _____　　　　　　　　　　_____
        YES　　　　　　　　　　　　NO

Juror 1: Agree_____ Disagree_____　　Juror 4: Agree_____ Disagree_____

Juror 2: Agree_____ Disagree_____　　Juror 5: Agree_____ Disagree_____

Juror 3: Agree_____ Disagree_____　　Juror 6: Agree_____ Disagree_____

8. Was the negligence of Defendant Angel Rivera a substantial factor in causing the accident involving Plaintiff Jose Luis Melendez Pedraza?

        _____　　　　　　　　　　_____
        YES　　　　　　　　　　　　NO

Juror 1: Agree_____ Disagree_____　　Juror 4: Agree_____ Disagree_____

Juror 2: Agree_____ Disagree_____　　Juror 5: Agree_____ Disagree_____

Juror 3: Agree_____ Disagree_____　　Juror 6: Agree_____ Disagree_____

9. Was Defendant Lemuel Gonzales negligent in operating the train when the accident involving Plaintiff Armando Antonio Martinez occurred?

          ____                              ____
          YES                              NO

Juror 1:   Agree_____   Disagree_____         Juror 4:   Agree_____   Disagree_____

Juror 2:   Agree_____   Disagree_____         Juror 5:   Agree_____   Disagree_____

Juror 3:   Agree_____   Disagree_____         Juror 6:   Agree_____   Disagree_____

10. Was the negligence of Defendant Lemuel Gonzalez a substantial factor in causing the accident involving Plaintiff Armando Antonio Martinez?

          ____                              ____
          YES                              NO

Juror 1:   Agree_____   Disagree_____         Juror 4:   Agree_____   Disagree_____

Juror 2:   Agree_____   Disagree_____         Juror 5:   Agree_____   Disagree_____

Juror 3:   Agree_____   Disagree_____         Juror 6:   Agree_____   Disagree_____

**IF YOU HAVE ANSWERED "YES" TO ANY OF QUESTIONS 6, 8, OR 10, PROCEED TO QUESTION 11.**

**IF YOUR ANSWER TO QUESTIONS 6, 8, <u>AND</u> 10 IS "NO", DO NOT ANSWER QUESTIONS 11-16, AND PROCEED TO QUESTION 17.**

11. Was Plaintiff Jose Luis Melendez Pedraza negligent?

          ____                              ____
          YES                              NO

Juror 1:   Agree_____   Disagree_____         Juror 4:   Agree_____   Disagree_____

Juror 2:   Agree_____   Disagree_____         Juror 5:   Agree_____   Disagree_____

Juror 3:   Agree_____   Disagree_____         Juror 6:   Agree_____   Disagree_____

12. Was the negligence of Plaintiff Jose Luis Melendez Pedraza a substantial factor in causing his accident?

                          _____                           _____
                           YES                            NO

Juror 1:  Agree_____  Disagree_____     Juror 4:  Agree_____  Disagree_____

Juror 2:  Agree_____  Disagree_____     Juror 5:  Agree_____  Disagree_____

Juror 3:  Agree_____  Disagree_____     Juror 6:  Agree_____  Disagree_____

13. What was the percentage of fault of the Defendant New York City Transit Authority and the percentage of fault of Plaintiff Jose Luis Melendez Pedraza?

    <u>Note</u>:  Total must be 100%.  You may put 0% next to either party.

                       PLAINTIFF:           _____ %

                       DEFENDANT:         _____ %

Juror 1:  Agree_____  Disagree_____     Juror 4:  Agree_____  Disagree_____

Juror 2:  Agree_____  Disagree_____     Juror 5:  Agree_____  Disagree_____

Juror 3:  Agree_____  Disagree_____     Juror 6:  Agree_____  Disagree_____

14. Was Plaintiff Armando Antonio Martinez negligent?

                          _____                           _____
                           YES                            NO

Juror 1:  Agree_____  Disagree_____     Juror 4:  Agree_____  Disagree_____

Juror 2:  Agree_____  Disagree_____     Juror 5:  Agree_____  Disagree_____

Juror 3:  Agree_____  Disagree_____     Juror 6:  Agree_____  Disagree_____

15. Was the negligence of Plaintiff Armando Antonio Martinez a substantial factor in causing his accident?

          _____                                     _____
          YES                                       NO

   Juror 1:   Agree_____   Disagree_____      Juror 4:   Agree_____   Disagree_____

   Juror 2:   Agree_____   Disagree_____      Juror 5:   Agree_____   Disagree_____

   Juror 3:   Agree_____   Disagree_____      Juror 6:   Agree_____   Disagree_____

16. What was the percentage of fault of the Defendant New York City Transit Authority and the percentage of fault of Plaintiff Armando Antonio Martinez?

   Note: Total must be 100%. You may put 0% next to either party.

          PLAINTIFF:     _____ %

          DEFENDANT:    _____ %

   Juror 1:   Agree_____   Disagree_____      Juror 4:   Agree_____   Disagree_____

   Juror 2:   Agree_____   Disagree_____      Juror 5:   Agree_____   Disagree_____

   Juror 3:   Agree_____   Disagree_____      Juror 6:   Agree_____   Disagree_____

17. State separately the amount to be awarded to Plaintiff Jose Luis Melendez Pedraza for the following items of damages, if any:

   - Pedraza – Past Medical Expenses: $_____

     Juror 1:   _____     Juror 4:   _____

     Juror 2:   _____     Juror 5:   _____

     Juror 3:   _____     Juror 6:   _____

   - Pedraza – Past Pain and Suffering: $_____

     Juror 1:   _____     Juror 4:   _____

    Juror 2: _____  Juror 5: _____

    Juror 3: _____  Juror 6: _____

- Pedraza – Future Medical Expenses: $_____

    Juror 1: _____  Juror 4: _____

    Juror 2: _____  Juror 5: _____

    Juror 3: _____  Juror 6: _____

- Pedraza – Future Pain and Suffering: $_____

    Juror 1: _____  Juror 4: _____

    Juror 2: _____  Juror 5: _____

    Juror 3: _____  Juror 6: _____

State separately the amount to be awarded to Plaintiff Armando Antonio Martinez for the following items of damages, if any:

- Martinez – Past Medical Expenses: $_____

    Juror 1: _____  Juror 4: _____

    Juror 2: _____  Juror 5: _____

    Juror 3: _____  Juror 6: _____

- Martinez – Past Pain and Suffering: $_____

    Juror 1: _____  Juror 4: _____

    Juror 2: _____  Juror 5: _____

    Juror 3: _____  Juror 6: _____

- Martinez – Future Medical Expenses: $_____

Juror 1: _____  Juror 4: _____

Juror 2: _____  Juror 5: _____

Juror 3: _____  Juror 6: _____

- Martinez – Future Pain and Suffering: $_____

    Juror 1: _____  Juror 4: _____

    Juror 2: _____  Juror 5: _____

    Juror 3: _____  Juror 6: _____

**THE FOREGOING REFLECTS THE VERDICT OF THE JURY**

Juror 1: _____  Juror 4: _____

Juror 2: _____  Juror 5: _____

Juror 3: _____  Juror 6: _____

PLEASE RETURN TO THE COURTROOM

AND REPORT YOUR VERDICT

Dated: New York, New York
April 8, 2025

                HOGUET NEWMAN REGAL & KENNEY, LLP

                By: *[signature]*

                Ira J. Lipton
                Helene R. Hechtkopf
                Miriam J. Manber
                Connor G. Shea
                One Grand Central Place
                60 East 42nd Street, 48th Floor
                New York, NY 10165
                Phone: 212-689-8808

                *Attorneys for Defendants*