5-7-2025
START 11:50 AM
VERDICT 4:15 PM

SUPREME COURT OF THE STATE
OF NEW YORK COUNTY OF NEW
YORK

JOSE LUIS MELENDEZ PEDRAZA a/k/a
JOSE LUIS MELENDEZ a/k/a JOSE L.
PEDRAZA,

               Plaintiff(s),

-against-

NEW YORK CITY TRANSIT AUTHORITY,
and ANGEL RIVERA,

   Defendant(s).

Index No. 159366/2013
(Action #1)

**VERDICT SHEET**

JUDGE JAMES CLYNES

---

ARMANDO ANTONIO MARTINEZ,

               Plaintiff(s),

-against-

NEW YORK CITY TRANSIT AUTHORITY,
and LUMUEL GONZALEZ,

   Defendant(s).

Index No. 153421/2017
(Action #2)

---

## VERDICT SHEET

**AT LEAST 5 JURORS NEED TO AGREE ON EACH QUESTION ANSWERED BY THE
JURY. HOWEVER, EACH QUESTION ANSWERED DOES NOT REQUIRE THE EXACT
SAME 5 JURORS TO AGREE ON THE RESPONSE**

1

## I.    CLAIMS AGAINST THE NEW YORK CITY TRANSIT AUTHORITY

### QUESTION 1

Was Defendant New York City Transit Authority on notice of an allegedly dangerous condition at the southbound Spring Street Station, specifically due to the curvature of the platform and the limited line of sight for train operators entering that station, regarding people who may end up on the tracks?

(At least five jurors must agree on the answer to this question.)

YES __✓____    NO _____

Jurors, after answering the above question will sign their names below:

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

I, the undersigned juror, do not concur in the above.

1. _____

PROCEED TO QUESTION 2.

2

## QUESTION 2

Was the Defendant New York City Transit Authority negligent in the operation of its trains by not limiting the trains' entry speed at the southbound Spring Street station to 15 miles per hour?

(At least five jurors must agree on the answer to this question.)

**YES** ✓ **NO** _____

Jurors, after answering the above question will sign their names below:

1. _____   4. _____

2. _____   5. _____

3. _____   6. _____

I, the undersigned juror, do not concur in the above.

1. _____

IF YOUR ANSWER TO QUESTION 2 IS "YES", PROCEED TO QUESTION 3.
IF YOUR ANSWER TO QUESTION 2 IS "NO", PROCEED TO QUESTION 7.

3

## QUESTION 3

Was the negligence of the New York City Transit Authority a substantial factor in causing Plaintiff Jose Luis Melendez Pedraza's injuries?

(At least five jurors must agree on the answer to this question.)

**YES**_____ ✓      **NO** _____

Jurors, after answering the above question will sign their names below:

1._____      4._____

2._____      5._____

3._____      6._____

I, the undersigned juror, do not concur in the above.

1._____

PROCEED TO QUESTION 4.

4

## QUESTION 4

Was the negligence of the New York City Transit Authority a substantial factor in causing Plaintiff Armando Antonio Martinez's injuries?

(At least five jurors must agree on the answer to this question.)

YES_____✓_____    NO _____

Jurors, after answering the above question will sign their names below:

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

I, the undersigned juror, do not concur in the above.

　　　1. _____

*IF YOUR ANSWER TO QUESTIONS 1 AND 2 AND 3 **OR** 4 ARE "YES", YOU HAVE FOUND NEGLIGENCE ON THE PART OF THE NEW YORK CITY TRANSIT AUTHORITY. YOU MUST PROCEED TO QUESTIONS 5 AND 6 TO CONSIDER WHETHER THE NEW YORK CITY TRANSIT AUTHORITY IS ENTITLED TO QUALIFIED IMMUNITY.

*IF THE ANSWER TO QUESTIONS 1 AND 2 ARE "NO," PROCEED TO QUESTION 7.

5

## QUESTION 5

Did Defendant New York City Transit Authority prove it was reasonable for it to rely on its system-wide analysis to determine its speed policy for the southbound Spring Street station?

(At least five jurors must agree on the answer to this question.)

YES _____     NO _____

Jurors, after answering the above question will sign their names below:

1. _____     4. _____

2. _____     5. _____

3. _____     6. _____

I, the undersigned juror, do not concur in the above.

1. _____

PROCEED TO QUESTION 6.

6

## QUESTION 6

Did Defendant New York City Transit Authority prove that it satisfied its continuing duty to review its speed policy plan in light of its actual operation at the Spring Street Station?

(At least five jurors must agree on the answer to this question.)

YES_____     NO _____

Jurors, after answering the above question will sign their names below:

1. _____     4. _____

2. _____     5. _____

3. _____     6. _____

I, the undersigned juror, do not concur in the above.

1. _____

*IF YOU ANSWER "YES" TO BOTH QUESTIONS 5 **AND** 6, YOU HAVE FOUND THAT DEFENDANT NEW YORK CITY TRANSIT AUTHORITY IS ENTITLED TO QUALIFIED IMMUNITY AND THEREFORE IS NOT RESPONSIBLE.

*IF YOU ANSWER "NO" TO EITHER QUESTION 5 **OR** 6, YOU HAVE FOUND THAT DEFENDANT NEW YORK CITY TRANSIT AUTHORITY IS NOT ENTITLED TO QUALIFIED IMMUNITY AND THEREFORE IS RESPONSIBLE.  YOU MUST CONSIDER PLAINTIFFS' CLAIMS FOR DAMAGES STARTING AT QUESTION 11, HOWEVER FIRST YOU MUST ANSWER QUESTIONS 7 THROUGH10 WHICH INVOLVE THE TRAIN OPERATORS' NEGLIGENCE.

**\*PROCEED TO QUESTION 7.**

7

## II.   CLAIMS AGAINST THE TRAIN OPERATORS ANGEL RIVERA AND LEMUEL GONZALES

### QUESTION 7

Was Defendant Angel Rivera negligent in his operation of the train on October 26, 2012?

(At least five jurors must agree on the answer to this question.)

YES_____        NO _____

Jurors, after answering the above question will sign their names below:

1._____        4._____

2._____        5._____

3._____        6._____

I, the undersigned juror, do not concur in the above.

1._____

IF YOUR ANSWER TO QUESTION 7 IS "YES", PROCEED TO QUESTION 8. IF YOUR ANSWER TO QUESTION 7 IS "NO", SKIP QUESTION 8 AND PROCEED TO QUESTION 9.

8

## QUESTION 8

Was the negligence of Defendant Angel Rivera a substantial factor in causing Plaintiff Jose Luis Melendez Pedraza's injuries?

(At least five jurors must agree on the answer to this question.)

YES_____   NO _____

Jurors, after answering the above question will sign their names below:

1. _____   4. _____

2. _____   5. _____

3. _____   6. _____

I, the undersigned juror, do not concur in the above.

1. _____

PROCEED TO QUESTION 9.

## QUESTION 9

Was Defendant Lemuel Gonzalez negligent in his operation of the train on February 27, 2016?

(At least five jurors must agree on the answer to this question.)

**YES**_____     **NO** _____

Jurors, after answering the above question will sign their names below:

1. _____     4. _____

2. _____     5. _____

3. _____     6. _____

I, the undersigned juror, do not concur in the above.

    1. _____

*IF YOUR ANSWER TO QUESTION 9 IS "YES", PROCEED TO QUESTION 10.

*IF YOUR ANSWER TO QUESTION 9 IS "NO", PLEASE SKIP QUESTION 10 AND PROCEED TO QUESTION 11.

10

## QUESTION 10

Was the negligence of Defendant Lemuel Gonzalez a substantial factor in causing Plaintiff Armando Antonio Martinez's injuries?

(At least five jurors must agree on the answer to this question.)

YES_____    NO _____

Jurors, after answering the above question will sign their names below:

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

I, the undersigned juror, do not concur in the above.

1. _____

IF YOUR ANSWER TO QUESTION 10 IS "YES," PROCEED TO QUESTION 11.

IF YOUR ANSWER TO QUESTION 10 IS "NO," **BUT** YOUR ANSWER TO QUESTIONS 3 **OR** 8 IS "YES," PROCEED TO QUESTION 11.

IF YOUR ANSWER TO QUESTION 10 IS "NO," **AND** YOUR ANSWERS TO QUESTIONS 3 **AND** 8 ARE "NO," STOP AND REPORT YOUR VERDICT TO THE COURT.

11

## III.   QUESTIONS PERTAINING TO PLAINTIFF PEDRAZA

### QUESTION 11

Was Plaintiff Jose Luis Melendez Pedraza negligent on October 26, 2012?

(At least five jurors must agree on the answer to this question.)

**YES**_____     **NO** _____

Jurors, after answering the above question will sign their names below:

1._____     4._____

2._____     5._____

3._____     6._____

I, the undersigned juror, do not concur in the above.

    1._____

IF YOUR ANSWER TO QUESTION 11 IS "YES", PROCEED TO QUESTION 12.
IF YOUR ANSWER TO QUESTION 11 IS "NO", PROCEED TO QUESTION 14.

## QUESTION 12

Was the negligence of Plaintiff Jose Luis Melendez Pedraza a substantial factor in causing his injuries?

(At least five jurors must agree on the answer to this question.)

YES _____ NO _____

Jurors, after answering the above question will sign their names below:

1. _____   4. _____

2. _____   5. _____

3. _____   6. _____

I, the undersigned juror, do not concur in the above.

1. _____

IF YOUR ANSWER TO QUESTION 12 IS "YES", PROCEED TO QUESTION 13.
IF YOUR ANSWER TO QUESTION 12 IS "NO", PROCEED TO QUESTION 14.

13

## QUESTION 13

Set forth the percentage of fault attributable to each of the parties so that the total equals 100%. (New York City Transit Authority and/or Train Operator Angel Rivera and Plaintiff Jose Luis Melendez Pedraza?

DEFENDANT
NEW YORK
CITY            *100* %
TRANSIT
AUTHORITY:

DEFENDANT      *0* %
ANGEL
RIVERA:

PLAINTIFF
JOSE LUIS
MELENDEZ       *0* %
PEDRAZA:

(At least five jurors must agree on the answer to this question.)

YES ~~~~~~~~~ NO ~~~~~~~~~

Jurors, after answering the above question will sign their names below:

1. _____     4. _____

2. _____     5. _____

3. _____     6. _____

I, the undersigned juror, do not concur in the above.

1. _____

PROCEED TO QUESTION 14.

14

## QUESTION 14

State the amount awarded that will fairly and adequately compensate plaintiff JOSE PEDRAZA for his <u>past pain and suffering</u>, from the date of the occurrence, October 26, 2012, to the date of your verdict. If you do not make an award for this item insert the word NONE.

(At least five jurors must agree on the answer to this question.)

$ __20,000,000__

Jurors, after answering the above question will sign their names below:

1. _____     4. _____

2. _____     5. _____

3. _____     6. _____

I, the undersigned juror, do not concur in the above.

1. _____

PROCEED TO QUESTION 15.

15

## QUESTION 15

State the total amount of money that will fairly and adequately compensate plaintiff JOSE PEDRAZA for his <u>future pain and suffering</u>, including the permanent effects of his injuries, from the date of your verdict until the time that he could be expected to live. If you do not make an award for this item insert the word NONE.

Do not reduce the amount you award due to any percentage of comparative fault you assign to plaintiff, and do not award an amount per year for each future year of compensation. You must award the total amount of damages.

(At least five jurors must agree on the answer to this question.)

$ _25,000,000 —_

Jurors, after answering the above question will sign their names below:

1. _____     4. _____

2. _____     5. _____

3. _____     6. _____

I, the undersigned juror, do not concur in the above.

1. _____

IF YOU MADE AN AWARD FOR QUESTION 15, PROCEED TO QUESTION 16.
IF YOU MADE NO AWARD, PROCEED TO QUESTION 17.

16

## QUESTION 16

State the number of years your award in QUESTION 15 is intended to provide compensation to plaintiff JOSE PEDRAZA in the future.

(At least five jurors must agree on the answer to this question.)

_____22.2_____ years

Jurors, after answering the above question will sign their names below:

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

I, the undersigned juror, do not concur in the above.

1. _____

PROCEED TO QUESTION 17.

17

## IV.    QUESTIONS PERTAINING TO PLAINTIFF MARTINEZ

### QUESTION 17

Was Plaintiff Armando Antonio Martinez negligent on February 27, 2016?

(At least five jurors must agree on the answer to this question.)

YES_____    NO ___✓_____

Jurors, after answering the above question will sign their names below:

1._____    4. _____

2._____    5. _____        5-6

3._____    6. _____

I, the undersigned juror, do not concur in the above.

(1.)_____

IF YOUR ANSWER TO QUESTION 17 IS "YES", PROCEED TO QUESTION 18.
IF YOUR ANSWER TO QUESTION 17 IS "NO", PROCEED TO QUESTION 20.

## QUESTION 18

Was the negligence of Plaintiff Armando Antonio Martinez a substantial factor in causing his injuries?

(At least five jurors must agree on the answer to this question.)

YES_____     NO _____

Jurors, after answering the above question will sign their names below:

1. _____     4. _____

2. _____     5. _____

3. _____     6. _____

I, the undersigned juror, do not concur in the above.

1. _____

IF YOUR ANSWER TO QUESTION 18 IS "YES", PROCEED TO QUESTION 19.
IF YOUR ANSWER TO QUESTION 18 IS "NO", PROCEED TO QUESTION 20.

19

## QUESTION 19

Set forth the percentage of fault attributable to each of the parties so that the total equals 100%. (New York City Transit Authority and/or Train Operator Lemuel Gonzalez and/or Plaintiff Armando Antonio Martinez?

DEFENDANT
NEW YORK
CITY            _100_ %
TRANSIT
AUTHORITY:

DEFENDANT       _0_ %
LEMUEL
GONZALEZ:

PLAINTIFF
ARMANDO         _0_ %
ANTONIO
MARTINEZ:

(At least five jurors must agree on the answer to this question.)

YES ~~~~~~~~ NO ~~~~~~~~

Jurors, after answering the above question will sign their names below:

1. _____     4. _____        5-6

2. _____     5. _____

3. _____     6. _____

I, the undersigned juror, do not concur in the above.

1. _____

PROCEED TO QUESTION 20.

20

## QUESTION 20

State the full amount awarded that will fairly and adequately compensate plaintiff ARMANDO ANTONIO MARTINEZ for his <u>past pain and suffering</u>, from the date of the occurrence, February 27, 2016, to the date of your verdict? If you do not make an award for this item insert the word NONE.

(At least five jurors must agree on the answer to this question.)

$ $10,500,000 —

Jurors, after answering the above question will sign their names below:

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

I, the undersigned juror, do not concur in the above.

    1. _____

PROCEED TO QUESTION 21.

21

## QUESTION 21

State the total amount of money that will fairly and adequately compensate plaintiff ARMANDO ANTONIO MARTINEZ for his <u>future pain and suffering</u>, including the permanent effects of his injuries, from the date of your verdict until the time that he could be expected to live?  If you do not make an award insert the word NONE.

Do not reduce the amount you award due to any percentage of comparative fault you assign to plaintiff, and do not award an amount per year for each future year of compensation.  You must award the total amount of damages.

(At least five jurors must agree on the answer to this question.)

$ ___46,000,000 —___

Jurors, after answering the above question will sign their names below:

1. _____      4. _____

2. _____      5. _____

3. _____      6. _____

I, the undersigned juror, do not concur in the above.

1. _____

IF YOU MADE AN AWARD FOR QUESTION 21, PROCEED TO QUESTION 22.

IF YOU MADE NO AWARD, PROCEED TO QUESTION 23.

## QUESTION 22

State the number of years your award in Question 21 is intended to provide
compensation to plaintiff ARMANDO ANTONIO MARTINEZ in the future.

(At least five jurors must agree on the answer to this question.)

_____46_____ years

Jurors, after answering the above question will sign their names below:

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

I, the undersigned juror, do not concur in the above.

1. _____

PROCEED TO QUESTION 23.

23

## QUESTION 23

State separately the amount awarded for the following items of damages (medical expenses), if any, to plaintiff ARMANDO ANTONIO MARTINEZ to be incurred in the future. If you do not make an award insert the word NONE.

(At least five jurors must agree on the answer to this question.)

(A)   Medical Care                          $ _63,573_

(B)   Diagnostic Studies                    $ _11,207_

(C)   Prosthesis and Related Costs          $ _2,000,000_

(D)   Home Equipment                        $ _5,291_

(E)   Therapies                             $ _530,980_

$ _2,611,051_
TOTAL AMOUNT AWARDED FOR FUTURE MEDICAL EXPENSES

Jurors, after answering the above question will sign their names below:

1. _____      4. _____

2. _____      5. _____

3. _____      6. _____

I, the undersigned juror, do not concur in the above.

1. _____

IF YOU MADE AN AWARD FOR QUESTION 23, PROCEED TO QUESTION 24. IF YOU DID NOT MAKE AN AWARD FOR QUESTION 23, STOP AND REPORT YOUR VERDICT TO THE COURT.

24

## QUESTION 24

State the number of years your award in Question 23 is intended to provide compensation to plaintiff ARMANDO ANTONIO MARTINEZ in the future.

(A)   Medical Care                              _46_ yrs.

(B)   Diagnostic Studies                        _46_ yrs.

(C)   Prosthesis and Related Costs              _46_ yrs.

(D)   Home Equipment                            _46_ yrs.

(E)   Therapies                                 _46_ yrs.


Jurors, after answering the above question will sign their names below:

1. _____        4. _____

2. _____        5. _____

3. _____        6. _____

I, the undersigned juror, do not concur in the above.

        1. _____


REPORT YOUR VERDICT TO THE COURT.

25