✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern  DISTRICT OF  New York

Luisa Janssen Harger DaSilva

V.

New York City Transit Authority

## EXHIBIT AND WITNESS LIST

Case Number: 17-CV-04550

| PRESIDING JUDGE<br>Frederic Block, U.S.D.J. | PLAINTIFF'S ATTORNEY<br>Roth & Roth/Sonin & Genis/Gershbaum | DEFENDANT'S ATTORNEY<br>Landman Corsi Ballaine & Ford, P.C. |
|---|---|---|
| TRIAL DATE (S)<br>Oct. 27, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A |  |  |  | Memorandum from Maureen McCarthy, dated 8/2/16* |
|  | B |  |  |  | NYCTA Train Trouble Report, dated Aug. 2, 2016* |
|  | C |  |  |  | Division of Car Equipment – Post Incident Inspection Report, dated Aug. 2, 2016 |
|  | D |  |  |  | NYCT Memorandum from Jeffrey Broderick, dated Aug. 2, 2016* |
|  | E |  |  |  | D. Perl Correspondence Sheet dated Aug. 2, 2016* |
|  | F |  |  |  | L. Zabaleta Correspondence Sheet dated Aug. 2, 2016 |
|  | G |  |  |  | J. Sasso Correspondence Sheet, dated Aug. 2, 2016* |
|  | H |  |  |  | Raqia Shabazz Correspondence Sheet, dated Aug. 2, 2016* |
|  | I |  |  |  | MTA NYCT Department of Subways Train Incident Report for incident 8/2/2016 |
|  | J |  |  |  | MTA NYCT Customer Incident Report dated 8/2/2016 by Thoedore Anthony |
|  | K |  |  |  | CTA Cleaning Report, dated Aug. 2, 2016 |
|  | L |  |  |  | 28 Photos of Atlantic Avenue / Barclays Center Subway Platform* |
|  | M |  |  |  | Memorandum of Understanding of Emergency Stopping distance dated Dec. 18, 1995* |
|  | N |  |  |  | Public Transportation Safety Board Rail Accident Close Out Form, dated Aug. 2, 2016* |
|  | O |  |  |  | Emergency Brake Stopping Distances for Customer Cars: Drawing No. 103-9002* |
|  | P |  |  |  | 1999 Memo from Charles Yongue* |
|  | Q |  |  |  | Letters from Roy Spence to others, from 1999 to 2012, regarding his barrier system |
|  | R |  |  |  | Letter from Cheryl Kennedy to Roy Spence, dated Jun. 16, 2000 |
|  | S |  |  |  | Letter from Katherine Lapp to Roy Spence, dated Apr. 19, 2002 |
|  | T |  |  |  | Copy of Safety Rail Ladder Concept Design* |
|  | U |  |  |  | DMJM+Harris' feasibility study, dated Jul. 27, 2007 |
|  | V |  |  |  | Unsolicited email re: BOT Project for MTA, dated Oct. 2009 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    3    Pages

✎AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

|  |  | VS. |  |  | CASE NO. |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | W |  |  |  | Email string re; platform edge doors and SMRT proposal, dated Dec. 2009 |
|  | X |  |  |  | NYCT Concept of Operations for PSDs/PEDs/PEGs |
|  | Y |  |  |  | Email re TIS PSD proposal |
|  | Z |  |  |  | Memorandum from Tony Abdullah to John H. Johnson, dated Feb. 12, 2010 |
|  | AA |  |  |  | G. Lunden email "Plat Door Task Force Kick Off Meeting," dated Mar. 11, 2010 |
|  | BB |  |  |  | Request for Information 10RFIN44 |
|  | CC |  |  |  | Letter from NY Sen. Diane J. Savino to Chrmn Walder, dated Feb. 2, 2011 |
|  | DD |  |  |  | Memo from J. Johnson (RTO) to M. Hazel (Subways), dated Feb. 16, 2011 |
|  | EE |  |  |  | Brief history of PSD efforts and RFI respondents, dated Jun. 15, 2011 |
|  | FF |  |  |  | TIS Partners Response to RFI, dated Mar. 1, 2011 |
|  | GG |  |  |  | PSDTF Evaluation Summary of RFI Responses, dated Oct. 6, 2011 |
|  | HH |  |  |  | Email from T. Prendergast to NYS Sen. Avella, dated Jul. 26, 2012* |
|  | II |  |  |  | Email response to TIS request for meeting, dated Jul. 12, 2012 |
|  | JJ |  |  |  | Email from Tom Prendergast to Fernando Ferrer, dated Jan. 1, 2013 |
|  | KK |  |  |  | Customer Contact with Train Incident Report, dated Jan. 2013 |
|  | LL |  |  |  | NYCT PSD Pilot Project – Phase I, meeting minute, dated Aug. 17, 2015 |
|  | MM |  |  |  | Platform Screen Doors International Research Report, dated Sep. 21, 2016 |
|  | NN |  |  |  | Email from Ken Mooney to Kevin Coughlin, dated Jun. 7, 2016 |
|  | OO |  |  |  | Email - M. Bienstock to E. Jones re Pelham deferment, dated Aug. 25, 2016* |
|  | PP |  |  |  | Hazard Analysis on PSDs, dated Aug. 14, 2017 * |
|  | QQ |  |  |  | Tech. Assessment – Roped PSDs, dated Apr. 30, 2018* |
|  | RR |  |  |  | Memo - D. Wilemann to M. Shikara re: PSD L line contract dated Apr. 5, 2018* |
|  | SS |  |  |  | Platform Screen Doors Pilot, Contract D-61117 |
|  | TT |  |  |  | Platform Safety Technologies* |
|  | UU |  |  |  | Email re: Cancellation of PSD Pilot at 3rd Ave. Station, dated Jun. 4, 2018* |
|  | VV |  |  |  | Total Approximate System Wide Costs," dated Oct. 1, 2019* |
|  | WW |  |  |  | Safety posters placed in Defendants' subway stations* |

Page   2   of   3   Pages

✎AO 187A (Rev. 7/87)               **EXHIBIT AND WITNESS LIST – CONTINUATION**

|  | vs. |  | CASE NO. |  |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | XX |  |  |  | Scope of Work - Engineering Design for Concep for PSD, dated May 24, 2013 |
|  | YY |  |  |  | Track Intrusion Detection/Platform Doors Trip Report – Sept. 30 – Oct. 8, 2013 |
|  | ZZ |  |  |  | Track Intrusion Detection Planning No.: PP02-1619, dated Nov. 8, 2013 |
|  | AAA |  |  |  | Platform Screen Doors (Powerpoint), dated Dec. 18, 2014 |
|  | BBB |  |  |  | STV Technical Proposal, CM-1409-12, dated Feb. 14, 2014 |
|  | CCC |  |  |  | PSD Powerpoint slide re contract awarded to STV, dated Oct. 2014 |
|  | DDD |  |  |  | Track Intrusion Detection Pilot Phase Planning, dated Jan. 2016 |
|  | EEE |  |  |  | System Wide PSD Feasibility Study – Summary of Conclusions* |
|  | FFF |  |  |  | Report on Feasibility of PEBs for "B" Stations, Atlantic Avenue Barclay Center* |
|  | GGG |  |  |  | System Wide Feasibility Study* |
|  | HHH |  |  |  | Atlantic Avenue, Barclays station/signals/curves drawings |
|  |  |  |  |  |  |
|  |  |  |  |  | Witness Richard Rigby - station condition |
|  |  |  |  |  | Witness Jerome Hamelet - station condition |
|  |  |  |  |  | Witness Michael Sullican - Off Sys. Safety |
|  |  |  |  |  | Witness Cheryl Kennedy - Off. Sys. Safety |
|  |  |  |  |  | Witness Thomas Prendergast - MTA Chairman/NYCT President |
|  |  |  |  |  | Witness Glenn Lunden - operations and planning |
|  |  |  |  |  | Witness Tony Abdallah - rail operations |
|  |  |  |  |  | Witness David Foell - consultant |
|  |  |  |  |  | Witness Raqia Shabazz, train operator |
|  |  |  |  |  | Witness Michael Santora - PSDs |
|  |  |  |  |  |  |
|  |  |  |  |  | Expert liability witness Kenneth Korach |
|  |  |  |  |  | Expert liability witness Mark Marpet |
|  |  |  |  |  | Expert damages witness Dr. Malcolm Reid |
|  |  |  |  |  |  |

Page   3   of   3   Pages