# ROTH & ROTH, LLP

192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

November 12, 2025

**VIA ECF**
Hon. Frederick Block
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

      Re:    *Da Silva* v. *NYCTA, et al,* 17-cv-4550 (FB)(VMS)

**Plaintiff's Request to Charge on Statutory Violations (49 C.F.R. Part 659)**

Dear Judge Block:

      Plaintiff respectfully requests that the Court charge the jury on the federal statutory and regulatory requirements imposed on the defendants under **49 C.F.R. Part 659**, and instruct the jury, consistent with **PJI 2:25**, that any violation of these requirements may be considered as evidence of negligence if found to be a substantial factor in causing plaintiff's injuries.

      Plaintiff requests that the Court give the jury the below charge, and read the highlighted portions of 49 C.F.R. Part 659, attached hereto to the jury (a summary and selection of the relevant provisions are pasted below).

## STATUTORY VIOLATIONS: PJI 2:25

      Plaintiff requests the Court read the following charge to the jury:

> Plaintiff claims that defendant failed to comply with 49 C.F.R. § 659, and thus violated that statute, which I will read in a minute.

> If you find that defendant violated the statute, and if that violation was a substantial factor in bringing about the injury, then defendant is liable.

## 49 C.F.R. PART 659 provides in summary:

      The rail transit agency is required to develop a system safety program plan and security plan that complies with the oversight agency's program standard and the minimum requirements

1

specified in this rule. However, the two documents must be developed and maintained separately. The rail transit agency must review its system safety program plan and security plan annually.

The rail transit agency must ensure that all elements of its system safety program and security plan are reviewed in an ongoing manner over a three-year cycle …

The rail transit agency must develop and implement a hazard management process that includes, at a minimum, a definition of the rail transit agency's approach to the hazard management and resolution process, a list of the sources and mechanisms used to support the ongoing identification of hazards, the process by which identified hazards will be evaluated and prioritized for elimination or control, the mechanism used to track identified hazards to resolution, the minimum thresholds for notification and reporting hazards to the oversight agency, and the process for ongoing reporting of hazard resolution activities to the oversight agency.

The rail transit agency must notify the oversight agency within two (2) hours of accidents in a format defined by the oversight agency. The rail transit agency must provide verification that corrective actions to address the finding(s) from an accident investigation are implemented as described in a corrective action plan, or must propose an alternative action(s) to be implemented subject to oversight agency review and approval. The rail transit agency must provide periodic reports as requested by the oversight agency detailing the status of corrective action implementation.

## 49 CFR Part 659 – Selected Definitions

**§ 659.5 Definitions**:

*Corrective Action Plan*

"Corrective action plan" means a plan developed to set forth the actions the "rail transit agency" will take to minimize, control, correct, or eliminate "hazards," and the schedule for implementation for those actions.

*Hazard*

"Hazard" means any real or potential condition (as defined in the "rail transit agency's" hazard management process) that can cause injury, illness, or death; damage to or loss of a system, equipment or property; or damage to the environment.

*Individual*

"Individual" means a passenger; employee; contractor; other rail transit facility worker; pedestrian; trespasser; or any person on rail transit-controlled property.

*Investigation*

"Investigation" means the process used to determine the causal and contributing factors of an accident or hazard, so that actions can be identified to prevent recurrence.

*Program Standard*

"Program standard" means a written document developed and adopted by the oversight agency, that describes the policies, objectives, responsibilities, and procedures used to provide rail transit agency safety and security oversight.

*Safety*
"Safety" means freedom from harm resulting from unintentional acts or circumstances.

*System Safety Program Plan*
"System safety program plan" means a document developed and adopted by the rail transit agency, describing its safety policies, objectives, responsibilities, and procedures.

## 49 CFR Part 659 – Selected Specific Sections (§§ 659.17–19)

The rule stipulates that the oversight agency must require the rail transit agency to develop and implement a written system safety program plan that complies with the oversight agency's program standard. FTA has identified twenty-one (21) elements that, at a minimum, must be addressed by the rail transit agency. The rail transit agency must submit its system safety program plan—and any subsequent revisions—to the oversight agency for review and approval.

## Annual Review of System Safety Program Plan and System Security Plan (§ 659.25)

The rule specifies that the oversight agency must require the rail transit agency to conduct an annual review of its system safety program plan and system security plan. This review may simply result in the determination that no update is necessary in either plan, or it may result in more substantive changes to one or both plans. In the event that the system safety program plan is modified, the rail transit agency must submit the modified plan and any subsequently modified procedures to the oversight agency for review and approval. When the plan is approved, the oversight agency must issue a formal letter of approval to the rail transit agency.

In the event that the system security plan is modified, the rail transit agency is required to make it available to the oversight agency for review and approval. When the plan is approved, the oversight agency must issue a formal letter of approval to the rail transit agency.

## Hazard Management Process (§ 659.31)

The rule requires the rail transit agency to develop a process to identify and resolve hazards during operation, system extensions, modifications, or changes (including procedural changes). This process would replace the current requirements for the notification and investigation of unacceptable hazardous conditions, and ensure that the oversight agency has an ongoing role in the rail transit agency's hazard identification and resolution process.

As part of the system safety program plan, the oversight agency must require the rail transit agency to develop a hazard management process, to be reviewed and approved by the oversight agency. This process must, at a minimum: (1) Define the rail transit agency's approach to hazard management and the implementation of an integrated system-wide hazard resolution process; (2) specify the sources of, and the mechanisms to support, the on-going identification of hazards; (3) define the process by which identified hazards will be evaluated and prioritized for elimination or control; (4) identify the mechanism used to track to resolution the identified hazards; (5) define minimum thresholds for the notification and reporting to oversight agencies of hazards; and (6) specify the process by which the rail transit agency will provide on-going reporting of hazard resolution activities to the oversight agency.

## Investigations (§ 659.35)

The rule specifies that each investigation must be documented in a final report that includes a description of investigation activities, causal factors and contributing factors, and a corrective action plan.

## Corrective Action Plans (§ 659.37)

The rule consolidates all requirements for corrective action plans into a single section. The rule specifies that the oversight agency, at a minimum, require the rail transit agency to develop a corrective action plan for the following occurrences: (1) results from investigations in which identified causal and contributing factors are determined by the rail transit agency or oversight agency as requiring corrective actions; and (2) findings from safety and security reviews performed by the oversight agency.

Requirements for corrective action plan development for identified hazards are to be specified by the rail transit agency in the hazard management process.

The rule specifies that each corrective action plan must identify the action to be taken by the rail transit agency, the schedule for its implementation, and the department responsible for its implementation. The corrective action plan must be reviewed and formally approved by the oversight agency. The oversight agency is required to monitor the implementation of each approved corrective action plan.

The rule specifies that the oversight agency must require the rail transit agency to provide (1) verification that the corrective action(s) has been implemented as detailed in the corrective action plan or a proposed alternate action(s) subject to oversight agency review and approval and (2) periodic reports as requested by the oversight agency describing the status of each corrective action(s) not completely implemented as described in the corrective action plan.

## § 659.19 System safety program plan:

The system safety plan shall include, at a minimum:

(a) A policy statement signed by the agency's chief executive that endorses the safety program and describes the authority that establishes the system safety program plan.

(b) A clear definition of the goals and objectives for the safety program and stated management responsibilities to ensure they are achieved.

(c) An overview of the management structure of the rail transit agency, including:

(1) An organization chart;

(2) A description of how the safety function is integrated into the rest of the rail transit organization; and

(3) Clear identification of the lines of authority used by the rail transit agency to manage safety issues.

(d) The process used to control changes to the system safety program plan, including:

(1) Specifying an annual assessment of whether the system safety program plan should be updated; and

(2) Required coordination with the oversight agency, including timeframes for submission, revision, and approval.

(e) A description of the specific activities required to implement the system safety program, including:

(1) Tasks to be performed by the rail transit safety function, by position and management accountability, specified in matrices and/or narrative format; and

(2) Safety-related tasks to be performed by other rail transit departments, by position and management accountability, specified in matrices and/or narrative format.

(f) A description of the process used by the rail transit agency to implement its hazard management program, including activities for:

(1) Hazard identification;

(2) Hazard investigation, evaluation and analysis;

(3) Hazard control and elimination;

(4) Hazard tracking; and

(5) Requirements for on-going reporting to the oversight agency relating to hazard management activities and status.

(g) A description of the process used by the rail transit agency to ensure that safety concerns are addressed in modifications to existing systems, vehicles, and equipment, which do not require formal safety certification but which may have safety impacts.

(h) A description of the safety certification process required by the rail transit agency to ensure that safety concerns and hazards are adequately addressed prior to the initiation of passenger operations for New Starts and subsequent major projects to extend, rehabilitate, or modify an existing system, or to replace vehicles and equipment.

(i) A description of the process used to collect, maintain, analyze, and distribute safety data, to ensure that the safety function within the rail transit organization receives the necessary information to support implementation of the system safety program.

(j) A description of the process used by the rail transit agency to perform accident notification, investigation and reporting, including:

(1) Notification thresholds for internal and external organizations;

(2) Accident investigation process and references to procedures;

(3) The process used to develop, implement, and track corrective actions that address investigation findings;

…

## Conclusion

The safety duties contained in Part 659 define the minimum level of care required of defendants with respect to hazard identification, accident investigation, and system-wide safety oversight. The jury cannot properly evaluate whether defendants exercised reasonable care without being instructed on the mandatory federal safety framework that governed defendants' conduct.

For these reasons, plaintiff respectfully requests that the Court include the proposed statutory-violation charge in the final jury instructions. We thank the Court for its time and consideration.

Respectfully submitted,

_____
~//s//~
Elliot Shields