# SMITH MAZURE

ATTORNEYS AT LAW

Smith Mazure Director Wilkins Young & Yagerman, P.C.

| | | |
|---|---|---|
| **Long Island Office:** | 111 John Street | **New Jersey Office:** |
| 200 Old Country Road, Suite 590 | New York, New York 10038 | 92 East Main Street, Suite 402 |
| Mineola, New York 11501 | (212) 964-7400 | Somerville, New Jersey 08876 |
| (516) 414-7400 | Fax (212) 374-1935 | (908) 393-7300 |
| (516) 294-7325 Fax | | Fax (908) 231-1030 |

*Writer's Direct Dial:* (212) 485-8703
myagerman@smithmazure.com

*Please Respond to:*
New York, NY

November 13, 2019

**VIA E-MAIL**
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
**Attn: David Roth, Esq.**
droth@rothandrothlaw.com
**Attn: Elliot Shields, Esq.**
eshields@rothandrothlaw.com

Gershbaum & Weisz, PC
192 Lexington Avenue, Suite 802
New York, NY 10016
Attn: Charles Gershbaum, Esq.
Charles@lawgw.com

    Re:   Luisa Janssen Harger Da Silva v. New York City Transit Authority, Metropolitan Transportation Authority and Raqia Shabazz
           D/L        : 8/2/2016
           Our File   : NYCTA-00547
           Index No. : 1:17-CV-04550-FB-VMS

Dear Counsel:

    Regarding medical exchange, annexed find report of Dr. Malcolm Reid. Dr. Reid is the Chairman of the Department of Rehabilitative Medicine at Mt. Sinai-Roosevelt Hospital. Dr. Reid reviewed medical records from Bellevue Center; translated GYN/OBGYN records from Brazil; plaintiff's 50-h hearing; plaintiff's deposition testimony.

    Dr. Reid's report is annexed for your review. Defendants will rely upon Dr. Reid's opinions based upon his physical examination, history of pain, history of complaints, review of systems, review of past medical history, review of medications, review of social history, habits, equipment used, review of present functional status, review of educational and vocational history, review of travel history, rehabilitative physical exam. Defendants will rely upon Dr.

Counsel
Page 2
November 13, 2019

Reid's impression and his review of medical status of plaintiff, Luis Janssen Harger Da Silva. Dr. Reid's *curriculum vitae* is annexed hereto. Defendants will provide a copy of Dr. Reid's testimonial history under separate cover.

    We thank you for your courtesy and cooperation regarding this matter and we remain

        Very truly yours,

        SMITH MAZURE DIRECTOR WILKINS
        YOUNG & YAGERMAN, P.C.

    By: _____
        MARK S. YAGERMAN

MSY/aml

***Enclosure – Report of Dr. Malcolm Reid***

1565