UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------

Luisa Janssen Harger Da Silva,   ORDER OF SUSTENANCE
    Plaintiff,

 -vs-

               CV-17-4550(FB)

New York City Transit Authority,
    Defendant.

------------------------------------------------------------

  **ORDERED** that the Marshal supply proper

( ) LODGING

(XX ) SUSTENANCE

( ) TRANSPORTATION

  to the (8) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
  **November 19, 2025**

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

              /S/ Frederic Block
( ) BREAKFAST         U. S. D. J.

(XX) LUNCH

( ) OTHER _____