**Timothy J. Collazzi**
Member

tcollazzi@lcbf.com

**Landman Corsi Ballaine & Ford P.C.**

November 20, 2025

<u>*Via ECF*</u>
Hon. Frederic Block, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Harger Da Silva v. NYCTA, et al.*
            <u>Docket No. 17-cv-04550 (FB) (VMS)</u>

Dear Judge Block:

    As you know, this office represents Defendants New York City Transit Authority, Metropolitan Transportation Authority, and Raqia Shabazz ("Defendants") in the above-mentioned matter.

    Defendants write in furtherance of their objection to the improper comments Plaintiff's counsel made during his summation. As the Court knows, Plaintiff's counsel: (1) made inflammatory and unduly prejudicial comments (including personal attacks intended to villainize Defendants and their counsel)[1]; (2) improperly referred to facts not in evidence; and (3) inappropriately injected his own beliefs into his summation. A complete list identifying counsel's improper comments are attached hereto as **Appendix A**.

    A trial court should order a new trial where "counsel's conduct create[s] undue prejudice or passion which played upon the sympathy of the jury." *Matthews v. CTI Container Transport Intern.*, 871 F.2d 270, 278 (1989); *see also Koufakis v. Carvel*, 425 F.2d 892, 901, 904 (2d Cir. 1970) (new trial warranted where counsel's summation, among other things, repeatedly included "slanderous and baseless epithets" and was "replete with improper personal references to himself, and to . . . trial counsel for the [defendants]"). In determining the effect of counsel's improper conduct, courts consider, *inter alia*, the totality of the circumstances, including the nature of the comments, their frequency, their possible relevancy to the real issues before the jury, the manner in which the parties and the court treated the comments." *Marcoux v. Farm Service & Supplies*, 290 F.Supp.2d 457, 471-72 (S.D.N.Y. 2003) (citing *Forrestal v. Magendantz*, 848 F.2d 303, 309 (1st Cir. 1988)).

    Here, faced with the reality that he cannot prove the necessary elements of Plaintiff's negligence claims, Plaintiff's counsel resorted to overzealous comments intended to "poison the minds of the jurors" against Defendants. *Cf*

---

[1]     Many such comments were made while gesturing/pointing at Defense counsel.

**New Jersey Office**
One Gateway Center
22nd Floor
Newark, NJ 07102

P: 973.623.2700
F: 973.623.4496

**Delaware Office**
300 Delaware Avenue,
Suite 210
Wilmington, DE 19801

P: 302.268.6433
F: 302.514.6505

**New York Office**
120 Broadway
13th Floor
New York, NY 10271

P: 212.238.4800
F: 212.238.4848

**Pennsylvania Office**
One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103

P: 215.561.8540
F: 215.988.1215

lcbf.com

4922-2263-8459v.1

*U.S. v. Sucony-Vacuum Oil Co.*, 310 U.S. 150, 240 (1940). While the Court has already denied Defendants' request for a mistrial, the Court still has the opportunity to address the prejudice Plaintiffs' comments will likely cause Defendants by issuing a curative instruction. *See Matthews*, 871 F.2d at 278; *accord Hofer v. Mack Trucks, Inc.*, 981 F.2d 377, 385 (8th Cir. 1992). Accordingly, Defendants propose the following instruction:

> During yesterday's closing argument, Plaintiff's counsel made numerous passionate comments about defendants, defense counsel, and Plaintiff's accident. You are reminded that you are to decide this case based on the evidence in the record; not by passion. These statements by counsel are not evidence. The testimony of witnesses is evidence, as are the documents I have admitted into evidence. Your deliberations should rely on your recollection of the testimony, your review of the documents I have admitted into evidence, and the instructions I will give you regarding the law.

Plaintiff can claim no prejudice from this instruction as her counsel's conduct requires it. Furthermore, Plaintiff's counsel was on notice that Defendants would be objecting to these types of tactics. (*See* ECF 327).

\*   \*   \*

We thank the Court for its time and attention to this matter.

        Respectfully submitted,

        /**s**/ *Timothy J. Collazzi*

        Timothy J. Collazzi

cc:   All counsel of record (via ECF)

4922-2263-8459v.1

# APPENDIX A

| Record Cite | Comment | Impropriety |
|---|---|---|
| 2147 | Transit Authority and Ms. Shabazz disregarded the safety of your community | Reptile tactics |
| 2147 | A member of our community has been harmed | Reptile tactics |
| 2147 | Do you want to give the defendants a pass on safety? | Reptile tactics |
| 2147 | Does operating a subway system . . . mean that you have responsibilities and duties to keep us safe or is it an excuse? | Reptile tactics |
| 2147 | Did they act safe enough for our community? | Reptile tactics |
| 2147 | If you want them not to have duties and responsibilities to keep us safe, their customers, and use their job as an excuse, vote for them | Reptile tactics |
| 2147-2148 | If you want an unsafe subway system . . . vote for defendants | Reptile tactics |
| 2148 | Ask yourself who actually enforces safety standards to make sure we are safe. | Reptile tactics |
| 2148 | Transit Authority is not immune from accountability for their actions and . . .they should be held accountable for their actions. | Reptile tactics |
| 2148 | They put many lives at risk by its conduct. Anyone could have been harmed by their negligence. | Reptile tactics |
| 2153 | I was wondering to myself last night why wasn't Shabazz paying attention. . . . . But then I remembered, I asked one question, did you have a cellphone on you? Yeah I did. | Injection of own beliefs Speculative |
| 2153 | Do we know if she used it? We don't? Was there testimony? No. But was there testimony that she didn't? No. | Burden shifting |
| 2155 | As I was entering the station, I saw someone laying on the tracks, laying on the tracks | Fact not in evidence |
| 2157 | Shabazz only saw her laying on the tracks as she entered the station. | Fact not in evidence. |
| 2157 | Stick with the truth. But that's not what happened. That's just not what happened. | Maligning defendants Inflammatory |
| 2157 | Now, then they tried to blame the victim. Luisa, this is your fault. You. Your fault. | Inflammatory Maligning defendants Maligning counsel |
| 2157 | Blaming her would be a sin. | Inflammatory |
| 2158 | And he said it was 20 to 40 seconds before the train came. | Fact not in evidence |

3

| | | |
|---|---|---|
| 2158 | Gabriella Smith . . . testified - - when asked this question. . . .for 7 to 10 seconds Luisa was on the track before the train even came into the station. | Fact not in evidence. |
| 2159 | The driver herself saying, yeah, she was already on the track to the police | Fact not in evidence |
| 2160 | I'm thinking, what would a person think when they're on the tracks, they can't move, they're in and out of it, and you feel the vibrations of the train approaching, you hear the oncoming train? | Golden Rule<br>Sympathy<br>Fact not in evidence |
| 2160 | If your eyes can be opened, you see those headlights coming at you, bearing down at you. | Golden Rule<br>Sympathy<br>Fact not in evidence |
| 2160 | The terror, the fear of what was about to happen | Fact not in evidence |
| 2160 | Whatever amount of time you think it was, that must have been the longest period in eternity for Luisa, lying there helpless. Helpless. Not able to move. Feeling the vibrations. Hearing the train. Seeing the light. And then the lights went out of her. And yes, they went out for her. | Facts notice in evidence<br>Sympathy<br>Golden Rule |
| 2161 | Poor shell of a body | Sympathy |
| 2161 | Can you imagine, imagine seeing your arm, seeing your leg? | Golden Rule<br>Sympathy |
| 2161 | Seeing your severed arm and leg lying there, unable to move, stuck under a train car? | Golden Rule<br>Sympathy |
| 2162 | They were profoundly negligent in such a manner that is offensive. Offensive. | Inflammatory<br>Injection of own beliefs |
| 2162 | They look, they blame the victim every time. | Inflammatory<br>Reptile tactics |
| 2162 | Can they find a way to blame the victim? | Inflammatory<br>Reptile tactics |
| 2164 | Well, geez, we got to look like we're doing something here, folks. | Inflammatory<br>Maligning defendants |
| 2164 | There's always this one guy, his jacket's always hanging on the chair. He's never there, but the jacket's there, so it looks like he's working, looks like he was just here. This is three-card monte. This is a shell game. This is let's have lip service. | Inflammatory<br>Maligning defendants |
| 2167 | We're supposed to be the best. We're supposed to be the Big Apple. We're supposed to be the leader, the trendsetter. Okay? We are lagging behind the entire world in terms of safety. | Reptile tactics |
| 2167 | If any one of you at your job said, hey, we could get somebody to do something for us, and it's not going to cost us, and it's going to benefit us, if you told your boss, yeah, | Golden Rule |

4

|      |                                                                                                                                                                                                                          |                                                                  |
|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------------------------------------|
|      | I passed on it, you would be fired.                                                                                                                                                                                      |                                                                  |
| 2168 | And then you saw the peeling of the onion, the lies.                                                                                                                                                                     | Inflammatory                                                     |
| 2169 | That is the insulting part, many parts of the insulting part of the Defense, defending the indefensible.                                                                                                                 | Maligning defendants Maligning counsel Reptile tactics           |
| 2170 | You all have lives, you have challenges every day, whether it's your home life, your personal life, or your work life. You got challenges. We all do. Do you just say, oh what do you want from me, there are challenges? | Golden Rule                                                      |
| 2170 | I would be lying in bed crying                                                                                                                                                                                           | Injection of own beliefs                                         |
| 2170 | She is going out and working her butt off, and they want to attack her for that.                                                                                                                                         | Maligning counsel.                                               |
| 2170 | You get nothing. Nothing. That's what they want.                                                                                                                                                                         | Inflammatory                                                     |
| 2170 | It's outrageous. And to have a doctor say that is offensive. It's offensive.                                                                                                                                             | Injection of own beliefs                                         |
| 2172 | And now you start more of the shell game because they still have to have the appearance of doing something.                                                                                                              | Inflammatory Maligning defendants                                |
| 2172 | But you know what, let's pretend they're right. Let's pretend it's not a lie.                                                                                                                                            | Inflammatory                                                     |
| 2173 | It's a shell game.                                                                                                                                                                                                       | Inflammatory Maligning defendants                                |
| 2173 | They pay more of our money to do a design to do nothing with it.                                                                                                                                                         | Inflammatory                                                     |
| 2173 | Because then they keep three-card monte, the shell game.                                                                                                                                                                 | Inflammatory Maligning defendants                                |
| 2174 | You're just stalling and shuffling along until your pension kicks in                                                                                                                                                     | Inflammatory Maligning defendants                                |
| 2175 | We're going to have the best study you ever saw in your life. It's going to be incredible. After we're all dead and going, there's going to be this fantastic study. They're going to publish it, maybe make a movie out of it. It's going to be incredible. | Inflammatory Maligning defendants                                |
| 2175 | Again, it's a shell game of pretending to be a study.                                                                                                                                                                    | Inflammatory Maligning defendants                                |
| 2176 | You're the TA. People are getting mowed down three to five times a week.                                                                                                                                                 | Inflammatory                                                     |
| 2177 | Cheryl Kennedy . . .who didn't have the guts to come and look at any one of you in the eye . . .                                                                                                                         | Inflammatory                                                     |
| 2178 | Is safety your number one priority? No. Is it your top three? No. Is it your top five? You are the head of Office of System Safety. No. Safety's not that important.                                                     | Facts not in evidence                                            |
| 2178 | Can you picture that? Your job, your sole job is safety, but safety is not one of your top concerns.                                                                                                                     | Golden Rule Facts not in evidence                                |

5

| 2181 | You heard me go through today the requirements under federal law of what they're supposed to do . . . We know they violated federal law. | Inflammatory |
|---|---|---|
| 2182-83 | If any one of you ran the Transit Authority - - and I don't know you folks form a hole in the wall. We've spent a lot of time together, but we don't know each other. If you said tomorrow, you, you, you, all of you, you are now running the Transit Authority, you are in charge, people are getting mowed down three to five times a week, do you think any one of you would say maybe we should do nothing? | Golden Rule Inflammatory Reptile tactic |
| 2183 | Do you think any one [of] you would say let's do some more ad[]s because they haven't worked in the past 20 years, but maybe they will start working now? No, you wouldn't. You would think how do we fix the problem, what can we do. You mean there is a way we can do it for free. This is a no-brainer. | Golden Rule Inflammatory Reptile tactic |
| 2183 | If you were like that in your jobs, you would all be fired, okay, everyone of us. | Golden Rule Inflammatory Reptile tactic |
| 2183 | Then they are going to ask you was Luisa negligent. Yes, she shouldn't have been born. It wouldn't have happened if she wasn't born. | Inflammatory Maligning counsel |
| 2184 | Maybe shouldn't have fallen in love. That's her fault too. | Inflammatory Maligning counsel |
| 2184 | That's her fault. She shouldn't have a clean apartment and buying cleaning products | Inflammatory Maligning counsel |
| 2184 | Luisa, you shouldn't have fainted. That's bad. You're negligent because you fainted. | Inflammatory Maligning counsel |
| 2184 | Well, she could have had a heart attack. That would be her fault too, I guess, or a stroke, that would be her fault, right, if you want to look at it that way. | Inflammatory Maligning counsel |
| 2185 | You're making a person - - they are not soldiers in the army in a war. They are train drivers. And they make them look at the severed arms and limbs, decapitated people, and they are flipping out. | Inflammatory Reptile tactics Maligning counsel |
| 2189 | She's a person. She's a human being and she has value. I don't care what they say. | Inflammatory Maligning defendants Maligning counsel |
| 2189 | I don't care that they begrudge her a wheelchair, they begrudge her a leg, they begrudge her help at work. | Reptile tactic |
| 2190 | Could you imagine what it takes to work missing an arm and leg? | Golden Rule |
| 2190 | But no matter what they say and no matter what you do, | Inflammatory |

|  | you will never kill that spirit. | Reptile tactic |
|---|---|---|
| 2190 | They have tried to kill that spirit, and they will never kill her spirit. | Inflammatory<br>Reptile tactic<br>Maligning counsel<br>Maligning defendants |
| 2190 | They cannot kill that spirit | Inflammatory<br>Reptile tactic<br>Maligning counsel<br>Maligning defendants |
| 2191-92 | She's too tough; they couldn't kill her. | Inflammatory<br>Maligning defendants |
| 2192-93 | Because when we are hurt, we want our mother, we want our family. All of us do. They blame her for going to her family? They begrudge her for family? | Inflammatory<br>Reptile tactic |
| 2193 | They mocked her. They showed you a picture, look how good she's doing, look at her in Brazil with an arm and a leg, she's fantastic, never better. Oh, my god. | Maligning counsel |
| 2193 | Most of the trial I could not forget if I wanted to throw up or cry. | Injection of own beliefs |
| 2194 | They could criticize George Brown all they want, and they have and they will. | Maligning counsel |
| 2195 | Commuting is rough, okay? It takes a lot out of you. Could you imagine doing it with one arm and one leg? | Golden Rule<br>Sympathy |
| 2195 | Could you imagine that you have to always schedule yourself so that the Access-A-Ride, who's always late, is going to be there, and you're standing there on one leg waiting for the Access-A-Ride. | Golden Rule<br>Sympathy |
| 2196 | They begrudge her every aspect of life. It's bad enough they take away her arm and her leg, but they say, no, don't give her a thing to make her life as good as it can be. | Inflammatory<br>Sympathy<br>Maligning counsel |
| 2201 | We have to make her take out garbage with her mouth? That's what she has to be condemned to? | Inflammatory |
| 2202 | It's hard with two arms and two legs. Can you imagine having a child with one arm and one leg when they need you, when they want you? | Golden Rule<br>Sympathy<br>Inflammatory |
| 2202 | You want to have a child? Tough. That's the Transit Authority's attitude. | Inflammatory<br>Maligning defendants |
| 2203 | To have George and her mother cross-examined for the sin of loving her. | Inflammatory |
| 2203-04 | You know, I don't even know how -- how to put it in words, but I have certain beliefs, and I believe we're all here for a purpose. I don't believe in coincidences. You know, you | Reptile tactics |

7

|  |  |  |
|---|---|---|
|  | were all here for jury selection, and it was a big room, a lot of people. You're here. That's no coincidence. That's no coincidence. Things happen for a reason. We are all here together for a reason. I hope that that reason is to do justice to another member of our community. |  |
| 2204 | You know, some people believe in a religion that there are 36 people in the world -- it's called the Lamed-Vavnik -- at all times that are just; 36 just people. And if the world does not have 36 just people, it's over. I pray that seven of you are just. | Reptile tactics |
| 2204 | If there's no justice for the least of us, there can be no justice for any of us. Without full compensation, no one is safe. No one. | Reptile tactics |
| 2204-05 | If you think it's okay to break safety rules by allowing less than full compensation, because that's what that would be, not allowing full compensation is to give them a pass. | Reptile tactics |
| 2205 | Our jury system exists to protect our communities. There's a reason it is open to the public, and we have members of the public here, because everyone in our community has rights. You are the enforcer of safety. | Reptile tactics |

8