**Timothy J. Collazzi**
Member

tcollazzi@lcbf.com

**New Jersey Office**
One Gateway Center
22nd Floor
Newark, NJ 07102

P: 973.623.2700
F: 973.623.4496

**Delaware Office**
300 Delaware Avenue,
Suite 210
Wilmington, DE 19801

P: 302.268.6433
F: 302.514.6505

**New York Office**
120 Broadway
13th Floor
New York, NY 10271

P: 212.238.4800
F: 212.238.4848

**Pennsylvania Office**
One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103

P: 215.561.8540
F: 215.988.1215

lcbf.com

**Landman Corsi Ballaine & Ford P.C.**

December 5, 2025

*Via ECF*
Hon. Frederic Block, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Harger Da Silva v. NYCTA, et al.*
              <u>Docket No. 17-cv-04550 (FB) (VMS)</u>

Dear Judge Block:

      As you know, this office represents Defendants New York City Transit Authority, Metropolitan Transportation Authority, and Raqia Shabazz ("Defendants") in the above-mentioned matter. Pursuant to the Court's November 20, 2025 corrected Minute Entry, Defendants have conferred with Plaintiff's counsel and have agreed upon the following for post-trial motions.

      Defendants currently anticipate filing post-trial motions pursuant to Rule 50(b) (renewed motion for judgment as a matter of law), Rule 59 (motion for a new trial and/or remittitur), Rule 62 (a stay of proceedings to enforce a judgment) and CPLR § 4545 (collateral source hearing). The Parties agreed on the following schedule:

- **<u>Defendants' Moving Papers Due</u>:    January 19, 2026**

- **<u>Plaintiff's Opposition Papers Due</u>: March 13, 2026**

- **<u>Defendants' Reply Papers Due</u>:     April 10, 2026**

The Parties will, consistent with Your Honors' preferences, serve motion papers on the above dates, but Defendants will wait to bundle file all post-trial motions after they have been fully briefed.

      Defendants note that the agreed-upon briefing schedule is contingent on the Court not entering judgment on the jury's verdict. Defendants' 28-day timeframe for filing their post-trial motions under Rule 50(b) and Rule 59 begins running when the Court enters judgment and Rule 6(b)(2) makes clear that there can be no extensions of those deadlines. Therefore, if the Court enters judgment on or before December 22, 2025, Defendants must file their motions earlier and Defendants further contend that under such circumstances the normal rules for opposition and reply papers will control. Accordingly, the

4938-2135-2574v.1

Parties respectfully request that the Court refrain from entering judgment until after December 22, 2025.

*   *   *

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Timothy J. Collazzi

Timothy J. Collazzi

cc:   All counsel of record (via ECF)