**Timothy J. Collazzi**
Member

tcollazzi@lcbf.com

**Landman Corsi Ballaine & Ford P.C.**

January 16, 2026

*Via ECF*
Hon. Frederic Block, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    *Harger Da Silva v. NYCTA, et al.*
                 <u>Docket No. 17-cv-04550 (FB) (VMS)</u>

Dear Judge Block:

As you know, this office represents Defendants New York City Transit Authority, Metropolitan Transportation Authority, and Raqia Shabazz ("Defendants") in the above-mentioned matter.  The Parties have conferred and agreed to modify the current briefing schedule for post-trial motions, (*see* 12/5/2025 Scheduling Order), as follows:

- **<u>Defendants' Moving Papers Due</u>:   January 20, 2026**

- **<u>Plaintiff's Opposition Papers Due</u>**:  **March 23, 2026**

- **<u>Defendants' Reply Papers Due</u>:    April 20, 2026**

The Parties will, consistent with Your Honors' preferences, serve motion papers on the above dates, but Defendants will wait to bundle file all post-trial motions after they have been fully briefed.

                       *   *   *

We thank the Court for its time and attention to this matter.

                       Respectfully submitted,

                       /s/ *Timothy J. Collazzi*

                       Timothy J. Collazzi

cc:    All counsel of record (via ECF)

**New Jersey Office**
One Gateway Center
22nd Floor
Newark, NJ 07102

P: 973.623.2700
F: 973.623.4496

**Delaware Office**
300 Delaware Avenue,
Suite 210
Wilmington, DE 19801

P: 302.268.6433
F: 302.514.6505

**New York Office**
120 Broadway
13th Floor
New York, NY 10271

P: 212.238.4800
F: 212.238.4848

**Pennsylvania Office**
One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103

P: 215.561.8540
F: 215.988.1215

lcbf.com

4938-2135-2574v.1