UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUISA JANSSEN HARGER DASILVA,

Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY; METROPOLITAN TRANSPORTATION AUTHORITY, and RAQUIA SHABAZZ,

Defendants.
-------------------------------------------------------------X

**NOTICE OF MOTION**

1:17-cv-04550 (FB) (VMS)

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Timothy J. Collazzi, dated January 20, 2026 and Exhibits A-L attached thereto, the accompanying Memorandum of Law and the trial record and all trial exhibits and previously filed pleadings and proceedings had herein, Defendants New York City Transit Authority, Metropolitan Transportation Authority, and Raquia Shabazz will move this Court on or about April 20, 2026, before the Hon. Frederic Block, U.S.D.J., for an Order:

(1) granting Defendants judgment as a matter of law pursuant to Fed. R. Civ. P. 50(b) and dismissing the complaint in its entirety; or, alternatively,

(2) granting Defendants' application for a new trial pursuant to Fed. R. Civ. P. 59; or, alternatively

(3) granting remittitur of the jury's verdict; and

(4) granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise agreed by the parties or ordered by the Court, Plaintiff shall serve opposition papers on March 23, 2026; Defendants shall serve reply papers on April 20, 2026.

Dated: January 20, 2026
New York, NY

Yours, etc.,

Landman Corsi Ballaine & Ford P.C.

/s/ Timothy J. Collazzi
Timothy J. Collazzi
Attorneys for Defendants

120 Broadway, 13th Floor
New York, NY 10271
(212) 238-4800

To: Roth & Roth, LLP
Co-Counsel for Plaintiff
192 Lexington Avenue, Suite 802
New York, NY 10024
(212) 425-1020

Sonin & Genis
Co-Counsel for Plaintiff
One Fordham Plaza, Suite 907
Bronx, NY 10458
(718) 561-4444