# Exhibit G

# Track Intrusion Detection / Platform Doors
# Trip Report
# September 30 – October 8, 2013

New York City Transit is looking to improve the safety of our customers and reduce the number of incidents of people on the tracks being struck by subway trains. We are exploring the possibility of installing track intrusion detection systems to notify train operators and command center personnel when someone enters the tracks. Alternatively, platform doors are being considered on a limited basis to prevent customers from entering subway tracks or coming into contact with subway trains.

Several European Transit Systems (Munich, Nuremberg, & Budapest) are testing or have already installed track instruction detection systems, similar to the ones being considered for installation at NYCT. In addition, RATP in Paris has recently retrofitted Line 1 with a new Automatic Train Control System and platform doors. The following four senior transit managers travelled to Europe to meet with these transit agencies and learn from their experiences.

1. Mark Bienstock – Program Officer, CPM
2. Warren Hochman – Assistant Chief Officer, MOW Engineering
3. Tony Abdallah – Assistant Chief officer, RTO
4. Paul Sciara – Manager, System Safety

We were joined on the trip by Honeywell Business Systems, the supplier of the track intrusion detection system being tested in Munich, and operational in Nuremberg and Budapest.

The trip report describes the selection process undertaken, the installation of the systems, the maintenance of the systems, and the performance of the systems.

**Munich, Germany**

September 30, 2013

A kick off meeting was held with Honeywell Europe/USA to introduce the NYCT and Honeywell representatives, to review the NYCT objectives for the visit, and to confirm the trip logistics. In addition to the NYCT representatives, the following Honeywell personnel attended the kick off meeting:

- Honeywell/USA:
  - Jamie Loch, Vice President
  - Tom Thornton, Business Development Leader
  - Bill Narleski, Sales Director, HBS
  - Len McNally, Program Manager
  - Gary Wittholt, Customer Business Manager
- Honeywell/Europe:
  - Werner Hansli, Director
  - Bodo Reichert, Project Leader
  - Sven Eric Molzahn, General Manager
  - Seamus Furlong, Senior Director
  - Rico Engelman, Regional Sales Leader
  - Rhys Williams, Operations Director

October 1, 2013

On Tuesday, October 1st, we met with the following representatives of the Munich Metro:
- Michael Friess, Chief Operating Officer, Control Center
- Gerhard Peipp, Head of Signals
- Thomas Hertel, Operations Signal Technology
- Olaf Frobenius, Signals Department

Major Objective: Review trial of intrusion detection technologies and visit field installations.

The Muncher Verkehrsgessellschaft (MVG) is a subsidiary of Stadtwerke Munchen GmbH (SWM), the Munich public works entity. SWM is responsible for electricity, gas, water, heating, communications, and transport. MVG employs 2,900 people and is responsible for the metro, bus, and tram systems including all network planning, infrastructure, operations, and maintenance. There metro system comprises 7 lines with 100 stations covering 103 km. Station platforms are 120 meters long. There are 67 bus lines covering 454 km, and 13 tram lines covering 79 km. Total annual ridership is 536 million passengers, with 378 million riders using the metro system.

MVG passenger stations are unmanned. Several key stations have manned information booths. The Control Center is staffed by 3 dispatchers, and 3 information officers, each

responsible for two lines. SOS (Help Points) calls are answered by the information officers in the control center.

German regulations for driverless trains specify the need for track intrusion detection systems. The systems must detect an object larger than 30cm. This minimum size is based on the average width of a six year old child's chest. In Europe, children older than six years of age are allowed to ride metro systems without an accompanying adult.

MVG is testing 3 different systems:

- Radar based (supplier: Honeywell)
- Laser based (supplier: Sick)
- Video based (supplier: Telsys)

All three systems are installed in both an underground and an above-ground station.

The systems are installed on a line operating under automatic train control with a driver. The driver opens/closes the train doors and pushes a button to start the train. He can take over control of the train at any time. The detection systems are not linked to the automatic train control system.

The objectives of the test are to gain information about reliability, maintainability, false alarms under all environmental conditions like dust/dirt, rain, fog, snow, etc. The test duration will be at least 12 months to cover all four seasons. MVG is not using a formal test procedure. They will rely on real data and video to evaluate performance.

Evaluation:

- MVG conducted a five (5) month shake-down of the systems in order to identify and correct any issues prior to starting a formal twelve (12) month performance evaluation.
- MVG installed their own CCTV system to verify alarms reported by the pilot systems. This CCTV system is in addition to CCTV systems installed by the vendors themselves.
- MVG installed data loggers for all three systems to independently log alarm events for verification.
- Synchronization of MVG cameras to alarm events was difficult at first. MVG finally solved the issue and synchronized the camera recorders to the event loggers.
- Honeywell and MVG have remote access for evaluation.

Vendors:

- Honeywell
  - Honeywell modules/sensors are FCC certified.
  - The current version of the Honeywell system only covers platforms up to 100 meters long. Systems are overlapped and an additional General

Purpose Computer control hardware was installed due to the longer platforms.
  - Honeywell supplied forensic cameras with both daylight and infrared lenses, made by Mobotix, to record events on the track.
  - The system requires significant installation and presents mounting challenges.
- SICK
  - Sick Laser System mounted under platform at two (2) different heights
    - Capture customer sitting on platform with feet over edge
    - Capture customer lying on track.
  - Dual lasers are needed because the SICK system does not latch the alarm.
  - System is easier to install and less hardware is needed as compared to the Honeywell system.
- Telsys
  - The system detects everything. Including people / objects leaning over the platform edge.
  - Telsys Video system needs a supplemental laser system to help identify the platform edge in outdoor stations.
  - There are blind / dead spots and many false alarms.

- Data analysis very difficult, especially on unknown events.
  - Alarm Results (1 Station/1 Track)
    - 31 – July*
    - 31 – August*

    *Large amount of false alarms, reduced by changing to shielded wire.
  - 4 Passenger Alarms
  - 38 Maintenance Alarms (no bypass in design)
  - 3 Objects
  - 8 False
  - 9 Other (undetermined, e.g. system entered alarm condition after reset/power cycle)

Operations:
In case of detection:
- The system triggers a special signal mounted on the wall outside the station
- Upon seeing the signal, the train driver is required to slow his train and stop at the entrance to the station
- After making sure the track is clear, the train operator can proceed into the station
- The signals are installed 40 meters and 80 meters in approach of the station
- The passage of the train through the station resets all systems
- All detected events are logged and can be verified via the station CCTV cameras

- Alarms are not sent to the control center

Maintenance:

- No cleaning of the systems has been required since installation in May 2013.

- MVG Rating
    1. Sick Laser
        - Easy to install
        - Small equipment base
        - All weather conditions
        - Under platform is best location
    2. Honeywell
        - Higher installation effort
        - Largest equipment cabinet
        - High failure rate
        - High repair cost
    3. Telesys
        - Alerts unnecessary alarms
        - Outdoor sensing issues

## **Nuremburg, Germany**

October 2, 2013

On Wednesday, October 2, 2013 we met with the following representative of the Verkehrs-Aktiengesellschaft (VAG) - Nuremberg Metro:

- Konrad Schmidt, Manager of Operations
- Oliver Frueh, Traffic Management
- Andreas May, Head of Control Center

Several representatives from Honeywell were present during the meeting.

Major Objective: Review installation and operation of Honeywell Track Intrusion Detection System on driverless metro line.

The Honeywell Platform Track Intrusion Detection System (PTIDS) was developed to support driverless train operations in Nuremberg. The system has been in service since 2008, when Line 3 was converted from manual operation to fully automatic driverless operation. Automation of Line 2 was completed in 2010. The automatic train control system was installed by Siemens and Honeywell was a subcontractor providing the PTIDS. The system is Safety Integrity Level (SIL) 1 certified and detects objects greater than 30 cm.

The Nuremberg metro began service in 1972 and currently runs 99 trains over three lines. Passenger stations are 100 meters long.

Operation:

- The Honeywell PTIDS System interfaces with the Siemens ATC system and automatically stops trains if an intrusion is detected.
- Train braking is accomplished either through a controlled brake application or an emergency brake application dependent on distance to object detected.
- The PTIDS system is monitored in the Operations Control Center (OCC).
- When an intrusion is detected, an alarm is sent to the OCC dispatcher and displayed on a model board.
- CCTV of the track is displayed on a monitor on the dispatcher console.
    - There are 4 cameras installed per track
- Video is captured 10 seconds prior to an event and 150 seconds after an event
- The PTID system is reset by the OCC dispatcher following the alarm
- The OCC disables the system during track maintenance activities

Installation:

- The eight foot long PTIDS modules are mounted approximately 24" above the track. The transmitter modules are mounted under the platform and the receiver modules are mounted on the opposite wall.
- If there is no wall opposite, the receiver modules are mounted on posts secured to the track bed.

- One additional eight foot long module is installed at the ends of each platform for tunnel intrusion detection.
- EMI/RFI testing is required to ensure that the system does not interfere with any other equipment.
- The Mean Time Between Failure (MTBF) requirement was 100,000 hrs./ Platform
  - Actual results are 167,000 hours MTBF
- When first installed, the PTIDS system detected pigeons which created many false alarms.
  - Honeywell worked with VAG to create a software filter to eliminate false alarms due to pigeons.
  - The filter has significantly reduced the number of false alarms.

Selection

VAG selected the Honeywell PTIDS after looking at other systems installed in Europe. They found that infrared detection systems were often triggered by paper which was unacceptable for a driverless system due to the false positives impacting service.

- VAG tested the system for:
  - Bottles
  - Balls
  - Cell phones
  - Keys
  - Carts
  - Bicycles
  - Wheelchairs
  - Laser pointers

Performance:

- The PTIDS is installed in 21 Stations:
- Installation requires laser alignment tool, furnished by Honeywell.
- 80 modules/track x 16 sensors/module=1280 sensors/track
- 3400 modules and approximately 5400 sensors in system
- Rain affected the system operation so VAG installed rain shields to correct problem.
- Snow on the modules impacts performance and must be cleaned immediately to maintain system integrity.

Maintenance:

- 2 adjacent sensors in a module constitutes a failure
- VAG replaces on average, 70 modules per year
- VAG maintains an inventory of 160 spare modules
- VAG has a maintenance contract in place with Honeywell
- Failed modules must be repaired by Honeywell to guarantee performance levels

- 4-5 week module repair turnaround by Honeywell
- Receiver modules are more likely to fail than transmitter modules
- 1 sensor failure triggers module replacement, but system is still reliable with 1 sensor failure.
- Module replacement takes one hour
- No re-alignment after initial install
- System is self-calibrating
- VGA has a Honeywell maintenance contract for the repair of modules

Other:

- VAG satisfied with the Honeywell PTIDS which has a low rate of false alarms.
- VAG was surprised at the actual number of valid track intrusions on the system.

**Budapest, Hungry**

October 4, 2013

On Friday, October 4th, we met with the following representatives of the HON- BKK (Center for Budapest Transport)/DBR (Metro Project Directorate):

- Szabuka Nemeth, Head, Project Control
- Levente Nagy, Director Business Development
- Radnai Gagor, Line 4 Project Director
- Agota Csuka, PR Officer, Line 4

Also in attendance were representative from Honeywell as well as Siemens. Siemens was the contractor who designed and installed the automatic train control system, and Honeywell was the subcontractor who designed and installed the intrusion detection system.

Major Objective: Review the installation of the Honeywell Track Intrusion System installed on Line M4. Line M4 is a new driverless metro line schedule to open in March 2014.

The Center for Budapest Transport (BKK) is completing a $2 billion project to add a new 7.4 km metro line from the Southwest to the Northeast of the City. The new line runs under the Danube River and consists of ten (10) stations in the first phase. A second phase to add four stations and a third phase to add two stations are planned. Construction is based on the "Milan Method", a top down variation of cut and cover. Platforms are 100m long.

The original three lines of BKK were built in the 1970's and 1980's using Soviet technology. The stations and tunnels are deep underground. The new system uses shallow construction and has a requirement to bring natural light down to platform level at every station.

BKK was experiencing 2-3 deaths and 40-50 injuries annually due to persons intruding on the track. Most deaths were attributed to suicides, but some were due to alcohol impairment.

BKK made a decision not to install platform screen doors due to cost, lack of competition, and potential maintenance issues. Another factor in the decision was the need to integrate the door control system with the cars and the signaling system.

Siemens selected the Honeywell solution due to the BKK decisions not to install platform doors. BKK performed a risk analysis before accepting the Honeywell solution proposed by Siemens. They determined that the risks are greatly reduced by installing doors and that residual risks remain using a technology solution. They reached an agreement with the Transport Authority to install the technology solution and are required to conduct an analysis

to determine if the solution reduces the casualty figures on the new line as compared to the existing lines.

The construction was done as a design-build. BKK issued many small contracts for sub-elements of the project (e.g. tunnel construction, station construction, signals, cars…). Many issues arose during construction with delays in the construction of one element impacting subsequent elements. They had many claims and issues with their contractors. The major lesson they learned is that this type of job should be awarded to a single prime contractor who then sub-contracts the various work packages as needed.

Alstom is supplying 15 train sets. Each train consists of four cars and can carry 800 passengers. All trains are open gangway and there is no gap between the cars.

Installation

- The Honeywell system is installed in every station on Line M4.
- The transmitter modules are installed under the platform.
- The receiver modules are installed on posts several inches away from the station wall.
    - BKK did not want to install the modules directly to the wall due to aesthetic concerns.
- Honeywell technicians aligned, calibrated, and commissioned the system.

Operation

- When the Honeywell System detects a track intrusion, the following actions are initiated:
    - Trains approaching the station are issued stop commands
    - Signals are turned red
    - An alarm is generated in the Operations Command Center
    - Video is automatically sent to the Station Dispatcher (located in the station) who kills the third rail power.
- The alarms must be cleared by the Control Center after the Station Dispatcher visually inspects the track and notifies the Control Center that the track is clear.

BKK also used an infrared system installed on every (new and existing) station platform to detect passengers who approach the platform edge. The beams are place 50 cm above the platform edge and 50 cm from the edge. When a person approaches too close to the platform edge, an alarm is transmitted in the Station Dispatcher. The dispatcher then looks at the platform CCTV and makes an announcement telling the passenger to step back from the platform edge. Depending on the situation, the dispatcher can remove third rail power and stop the train.

**Paris, France**

October 7, 2013

On Monday, October 7th a meeting was held with RATP to discuss their recent retrofit of platform doors on Metro Line 1.

The following representatives from RATP attended the meeting:

- Serge Lagrange, Director, Department of Metro Transport
- Laurent Fourtune, Managing Director
- Edgar See, Director Operations, Line 4
- Philippe Mancone, Director Operations, Line 1
- Natacha Ferrier, Corporate International Relations Manager

Major Objective: To discuss the installation and retrofit of Platform Screen Doors on metro lines with both Driver and Driverless trains.

RATP Metro Line 1 began service in July 1900. Over the years, several extensions were added with the latest taking place in 1992. Line 1 is 16.6 km long with 25 passenger stations and more than 210 million passenger journeys per year. There are 49 six-car automated trains manufactured by Alstom running on the line.

RATP embarked on a metro modernization program in 2000. The objectives of the metro modernization program were:

- Necessity to overcome the obsolescence of equipment
- Obligation to improve safety
- Increase in transport capacity
- Improvement of service quality
- Reduction of maintenance costs

In this context, RATP decided to study the automation of an existing metro line and launched a feasibility study for the automation on Line 1 in 2003. Line 1 was chosen because it is the most heavily used line and was due for an infrastructure upgrade.

The conclusions of the study were that the work is:

- Technically feasible but complex
    - Retro-fitting of platform screen doors
- Performance of the work with no major interruptions of the traffic
    - Mixed operation in transition phase
- Change in the way in which the line is organized
- Financially advantageous
    - The excess cost of automation is offset by the reduction in the rolling stock fleet and the ongoing cost savings

The project was approved in 2004 and the first contracts were awarded in 2005. From October 2006 through December 2009, the contractor worked on reinforcing the platforms. The installation of the platform screen doors began in November 2008 and was completed in April 2011. The new Operations Control Center was commissioned in May 2010, the first driverless train was commissioned in November 2011, and full automation of the line was achieved in December 2012.

List of contractors:

- Automated signal system & Control Center - Siemens
- Platform Reinforcement – Eiffage TP and SOGEA TPI
- Rolling Stock - Alstom
- Platform Screen Doors – Gilgen Door Systems
- Laser Detection System - ClearSy

RATP selected half-height doors for the Line 1 retrofit for the following reasons:

- Improved Security
- Prevent Suicides
- Keep people off the tracks
- Keep people out of the tunnels
- Aesthetics
- Little difference between the installation of full height doors and half height doors.
- Allowed reduction of three trains on line due to improved operation

RATP kept the headway at 105 seconds but can reduce it to 85 seconds if needed.

RATP conducted studies on behalf of Fire Authority which revealed no change in station smoke removal characteristics and no noticeable rise in station ambient temperature due to the door installation.

RATP currently has platform doors installed on three metro lines. Two lines are fully automated with driverless trains, and one line still employs train drivers.

- Driverless Trains
    - M-14 (Meteor)
        - Designed and installed to be fully automated
        - Tall platform screen doors
        - Commissioned in 1998
    - M-1
        - Retrofitted with half-height platform screen doors
        - Converted to driverless train operation
        - Transition following installation of doors:
            - Manually driven trains
            - Mixed mode of operation

            - Fully automatic driverless trains
- Manually Driven Trains
    - M-13
        - Retrofitted with half-height platform screen doors
        - Manual train operation
        - Selected due to high passenger volume
            - After platform door installation headway reduced to 2 minutes with platform personnel assist.

Installation:

- M1 Line Platform Door Retrofit
    - Signal Modifications done first
    - Traction Power upgrade due to higher train density
    - Major civil work to strengthen platforms due to door load (including wind loads)
    - Actual door installation after all predecessor work complete on 100 meter platform (one track side) from Friday 10:00 PM to Monday 5:30 AM
    - Doors were installed from the ends of the platform toward the center and were placed in service incrementally (i.e. every morning the doors installed overnight were commissioned and activated.)
    - Doors were installed between 1:30 AM and 4:30 AM
    - Door Alignment is very critical so that the doors close properly
        - Platform height has 1 cm tolerance
        - Doors have 1mm tolerance
    - RATP developed interface between platform doors and train doors to insure that both open and close at the same time. RATP licenses this interface to other properties and contractors to implement.

- Cars have induction loop system for driver to communicate to platform door.
    - Induction loop is the link between train and signal system to open platform doors
    - If driver overshoots the station car stop marker, the doors are not opened and the station is skipped

Operation:

- Curved Platform:
    - Platform Doors installed on curves section via a tangential alignment
        - This causes space between Platform edge and platform door.
            - RATP installed a series of three redundant laser detectors and a CCTV camera above the gap
            - When the doors are closed, the laser system will detect a person or object remaining between the train doors and the platform doors.
            - The system generates an alarm in the Control Center and automatically prevents the train from departing
            - Control Center personnel look at the transmitted video and determine if there is a person trapped between the doors

        - Control Center personnel can open the platform doors or allow the train to depart as appropriate.
    - Local manual release of Platform doors.
    - Keyed operation at Platform head end.

Maintenance

- High Height doors (motors on top)
    - Easier to maintain motors during operating hours
    - Harder to access electronics
- Low height doors (motors on platform level)
    - Motors accessed from track side
    - Work done at night.

Labor Issues:

- RATP signed a memorandum of understanding with the unions in December 2007 which provided the following for the existing Line 1 drivers:
- Diversification of activities
- Voluntary work-study programs
- Skills upgrade for operating and managerial staff
- Redeployment of drivers to new functions and other metro lines
- The negotiation of the labor agreement took many years and was made easier by the existence of driverless trains on Line 14.

# Exhibit H

Division of Systems and Security

**CPM**

# MASTER PLAN

NEW YORK CITY TRANSIT

# TRACK INTRUSION DETECTION

Contract: TBD

Planning No.: PP02-1619

**November 8, 2013**

# CONTENTS

| | |
|---|---|
| Executive Summary | Section 1 |
| Scope of Work | Section 2 |
| Cost Estimate Summary | Section 3 |
| Operating Budget Impact | Section 4 |
| Project Master Plan Sign-Off Sheet | Section 5 |

KA



# Section 1

# EXECUTIVE SUMMARY

## EXECUTIVE SUMMARY — PAGE 1 OF 2

### 1. PROJECT IDENTIFICATION

| | | | |
|---|---|---|---|
| **Investment Subcategory:** | Communications | **Budget Category:** | T-3 |
| **Project Title:** | Track Intrusion detection | **Planning Number:** | PP02-1619 |
| | | PSE Number: | D61132 |
| **Needs Category:** SOGR | **Useful Life:** 15 Years | **Sponsor Department:** | Subways, System Safety |

| | | | |
|---|---|---|---|
| **Design Cost:** | $ TBD | **Design Start:** | 2015 |
| **Construction Cost:** | $ TBD | **Construction Award:** | 2016 |
| **Total Budget:** | $ TBD | **Beneficial Use:** | TBD |

### 2. PROJECT DESCRIPTIVE INFORMATION

a. **Locations and Limits**

System wide

b. **Description of Proposed Work / Procurement**

This project is intended to monitor and detect a track intrusion and report the incidence of contact between trains and unauthorized individuals, to be more specifically referred to as CWI (Collision With Individuals) on the track way within the station platform. The system shall monitor the track areas within the passenger station to detect (via laser scanners/sensors, intelligent cameras, microwave radio as applicable to different proven technologies) and alarm the presence of people and objects who enter or fall onto the track bed. The system shall also generate a local alarm by means of flashing yellow light/strobe installed in approach to the station to alert an incoming train's operator of the incident. The alarm shall be transported to the Rail Control Center and NYCT Security Command Center at 130 Livingston Street for viewing and processing. Finally the system shall provide a mean of resetting the flashing amber light/strobes locally from the station and remotely from the RCC when the condition (falling person or object) that caused the alarm has been removed from the track bed and it is safe to reset the alarm and resume normal train operation.

c. **Objectives / Purpose of Proposed Project**

NYCT intends to equip all station platforms with effective technology toward reducing the occurrence of CWI based on the effectiveness of specific detection technology within the NYCT (indoor / underground) and outdoor Subways environment. The effectiveness of different technologies is being tested within NYCT environments under an on-going pilot program.

From January 1, 2011 through February 28, 2013, a total of 357 DWI incidents –of which 129 were fatalities- occurred within NYC Transit system. Out of 357 DWI incidents 78 incidents including 36 fatalities involved individuals who were struck by trains within the station confines.

This project will help reduce the number of DWI incidents and ensure public safety in the NYCT Subway system.

## EXECUTIVE SUMMARY



### 3. EVALUATION / JUSTIFICATION

a. Analysis of Operating Budget Impacts (All Projects)

b. Cost-Benefit Analysis (For System Improvement & Network Expansion projects only)

Not Applicable

c. Alternative Analysis (For projects with significant alternatives)

There are no significant alternatives to this project.

# Section 2

# SCOPE OF WORK

## SUMMARY SCOPE OF WORK

| | | | | | |
|---|---|---|---|---|---|
| **PLANNING NO.** | PP02-1619 | **SPONSOR DEPT.:** | Subways, Operating Support | **STATUS:** | **DRAFT** |
| **BUDGET CAT:** | T-03 | **USER DEPT.:** | Subways | | |
| **PSE NO:** | TBD | | | | |
| **TITLE:** | Track Intrusion Detection | | | | |
| **PROJECT DESCRIPTION (BRIEF):** | | | | | |
| **BID COST:** | **TBD** | **COST BASE:** | 2013 | **ESTIMATE PREPARED BY:** | **CPM** |
| **TOTAL COST:** | **TBD** | **CONFIDENCE LEVEL:** | | | |
| **CONSTRUCTION AWARD YEAR:** | 2017 | **DESIGN START:** | 2016 | **BENEFICIAL USE** | TBD |
| | | **LOCATION CODE:** | | | |
| **LOCATION:** | **System wide** | **LINE/SEG:** | **ASSET CODE** | **OFF-LINE FAC.** | **ROUTE /SEC** |
| **COMMUNITY BOARD NO. :** | | | | **BOROUGHS:** | |
| **PRELIMINARY ENGINEERING EVALUATION:** | | | | | |
| **RECOMMENDATION:** This work is recommended for ensuring safety of the riding public in the NYCT Subway system. | | | | | |
| **SCOPE DEVELOPED BY: P.O.C.-IN-CHARGE** | | **Kwame Asamoah** | | **PHONE:** | **646-252-4064** |
| **USER REPRESENTATIVE: SPONSOR REPRESENTATIVE:** | | **Marva Brown** | | **PHONE:** | **646-252-5983** |
| **SCOPE DEVELOPMENT REPRESENTATIVE:** | | **Stephen Babsky** | | **PHONE:** | **646-252-3265** |

# TABLE OF CONTENTS


EXECUTIVE SUMMARY ........ 3

SCOPE OF WORK ........ 6

PROJECT SCHEDULE AND MILESTONES ........ 9

SCOPE OF WORK ........ 10

**SCOPE OF WORK FOR TRACK INTRUSION DETECTION PILOT** ........ 10

COST ESTIMATE SUMMARY ........ 19

OPERATING BUDGET IMPACT ........ 21

CONSTRUCTION SCHEDULE ........ 22

PROJECT MASTER PLAN SIGN-OFF SHEET ........ 23

# Project Schedule and milestones

| Milestone | Date |
|---|---|
| Design Start MP | January 01, 2016 |
| Design Complete | December 31, 2016 |
| Construction Award | May 31, 2017 |
| Beneficial Use | TBD |
| Close Out | TBD |

# SCOPE OF WORK

## 1. Introduction:

This project will furnish, install, integrate and test all hardware, software, and interfacing equipment required for an integrated Track Intrusion Detection System which will monitor and detect track intrusion and report the incident to RCC and NYCT Security Command Center at 130 Livingston Street. The detection technologies to be used are the following:

- Microwave Radio Transmission Technology provided by HoneyWell.
- Laser Technology, provided by Molinari & Associates
- Thermal Detection technology via cameras by Sight Logix/Parsons/Genetec.
- Guideway Intrusion Detection Video Technology, provided by TelSys.

The technology to be used at different NYCT subway environment shall be determined based on performance record of each technology in NYCT environment.

## 2. System and Technologies

The Track Intrusion Detection System shall be primarily comprised of detection technologies and system components.
*Refer to section 11: Vendors Specific Sections of this document for information on each vendor's technology.*

### 2.1 Track Intrusion Detection System

The Track Intrusion Detection system shall include the following components:

- Detection and alarms equipment
- Network Access equipment and cabling
- Monitoring locations equipment

#### 2.1.1 Detection and alarms

The Contractor shall furnish and install all equipment including, but not limited to, hardware and software to enable the system to monitor the entire track area within the station platform to detect and alarm the presence of people or objects entering or falling onto the track roadbed. Such fall shall trigger the following conditions:

a) A local alarm shall be generated by means of a series of six (6) flashing yellow lights/strobes to be installed every sixty (60) feet in the direction of train traffic to warn approaching trains.
The flashing lights shall be spread out to cover an area beginning three hundred feet (300) in approach to the station and ending at the station entrance. The Contractor shall provide a dry contact interface to trigger the lights/strobes.
The Contractor shall also provide a means of resetting the flashing lights/strobes locally from the station area and remotely from the RCC. The reset area shall be marked: "TIDS Alarms, Strobes/Lights Reset"

b) During a TIDS alarm indications, the RCC shall have an indication (visual, software based etc.) that the station lights/strobes have been activated. The associated video requested from RCC and/or Livingston plaza shall be streamed at low bandwidth rate at 7 Frames per second (F/S) over NYC Transit Wide Area Network (WAN). Higher resolution video of 30 F/S associated with an alarm shall be stored locally in the DVR. The Contractor shall use the Siqura camera, model no. FD820M1IR-SFP or approved equal.

The TIDS system shall be able to filter out trains (moving or stationary), objects of a certain size, rodents, birds etc.

### 2.1.2 Network Access and Cabling:

The alarm indications and associated low bandwidth video shall be transported through conduits and cabling to the local communications room(s) located on the station platform. Once in the communications room, a path shall be created through NYC Transit's existing Wide area Network (WAN) to transport the alarms and video to the monitoring locations (RCC and 130 Livingston Street).
The Contractor shall furnish necessary network interfacing equipment such as servers, equipment cabinet/enclosures, mounting brackets, as required to interface to the NYCT enterprise network, the NYC Transit Security network and to transport the alarms through the communications rooms to the monitoring locations.

### 2.1.3 Monitoring Locations equipment:

The monitoring locations shall be the Rail Control Center (RCC) and the NYCT Transit Security Command Center at 130 Livingston Street. The Contractor shall furnish 5 workstations (4 at RCC and 1 at 130 Livingston Street) *with the required management software* such that NYC Transit personnel can retrieve, view the alarms and

manage the system remotely from the monitoring locations, and locally from the station platform.

## 3. Description of work: General

3.1 The Contractor shall furnish and install cameras, sensors, mounting brackets, junction boxes, interfacing equipment to NYCT's WAN and head-ends, *alarm lights/strobes, workstations* etc. necessary for a complete Track Intrusion Detection System (TIDS).

3.2 The Contractor shall furnish and install all associated conduits/cabling from TIDS equipment to the communications room as well as to local alarms, strobes/lights, etc. as per Contractor's layout plan and installation drawings.

3.3 The Contractor shall terminate conduits and cables/wires to required equipment as per Contractor's installation diagram and manufacturer's recommendations.

3.4 Provide 120 VAC power and install conduits and cables from the communications room to the TIDS field equipment.

3.5 Provide Uninterruptible Power Supply (UPS) to power each TIDS equipment.

3.6 Provide network connection to transport the alarms indications and low bandwidth video footage to the NYCT Rail Control Center (54th Street/9th Ave) and to NYCT Security Command Center at 130 Livingston Street.

3.7 NYCT will provide the Contractor with access and protection to communications rooms, to the right of way alongside the platform and onto the tracks.

3.8 The Contractor shall coordinate with all NYCT divisions during installation, testing.

3.9 The Contractor shall submit complete design drawings and installation drawings for approval of the Engineer before installation.

3.10 Provide AC panel and circuit breakers as per each Contractor's equipment power needs.

3.11 Build, configure and test supplied equipment and materials, including hardware and software configuration tools, as required for the project.

3.12 Supply all software and licensing required for the system including software configuration, vendor's management system and maintenance tools.

3.13 Provide installation drawings identifying the all equipment (sensors, warning lights, enclosures etc.), and conduit runs. Indicate their proposed location, and provide equipment details such as operating temperature, power requirement/consumption, heat load, space requirement, etc.

3.14 Identify the number of IP addresses needed to transport the alarms and video to the monitoring locations.

3.15 Provide training, installation manuals and record documents, O&M manuals etc.

4. **Communications work:**

NYC Transit shall provide access to the NYC Transit network via 10/100 base-T Ethernet port from a 1648 Nortel switch in order to transport the alarms to the monitoring locations. The vendor shall indicate if Quality of Service (QoS) is needed on the network to transport the track intrusion alarms.

5. **Electrical work:**

120 Volts AC power shall be provided from the AC panel in the communications room to power the vendor's equipment. The Contractor shall perform the necessary conditioning within his equipment cabinet to ensure the equipment has access to a clean power source.

6. **Structural: (Signal Pole alarm Indication)**

Equipment to be installed in the communications room and in the station area shall be ruggedized and able to sustain extreme environmental conditions such as heat (up to 115 degree Fahrenheit), humidity, and steel dust. In addition equipment to be installed within the station area such as cameras, junction boxes shall be able to sustain normal vibration associated with the station platform and adjacent walls and columns.
The Contractor shall propose optimum location (track wall, columns, pole, etc.) to install the field equipment. The Contractor shall provide mounting details and specifications for pole, wall or column mounted equipment.
Track Intrusion equipment that will be installed in the communications room, shall be furnished in air conditioned cabinets and mounted on concrete pad.

7. **Repair and Maintenance Support**

a) During the construction phase of the project, NYC Transit EMD Division of Subways will shadow any repair and maintenance work performed by the Contractor on any equipment installed under this contract and watch resolve problems/issues encountered. The Contractor shall advise, guide and support EMD during the problem resolution. The Contractor shall be present onsite within 24 hours of reporting any trouble. If a defective part must be repaired at the factory, the Contractor shall provide a replacement part immediately. The same is true for any trouble in the installed system during the warrany period which starts at substantial completion and continues for one year.
NYCT shall have the option to buy Optional Maintenance for 3 years or 5 years as the case may be, which will be spelled out in the contract documents.

NYC Transit EMD must have access to the vendor's Management system and be provided with the maintenance tools required to monitor the condition of the system and maintain the system hardware, software, firmware, etc.

8. **Operational Impact:**
All installation work shall be conducted in a way that minimizes impact on train operation. NYC Transit and Contractor's personnel involved in this project shall be track safety trained as proper track safety procedures shall be adhered to.

## 9. Vendors Specific Sections

### 9.1 Molinari and Associates

a) Molinari and Associates' technology for detecting individuals or objects that fall on the track is called "RIDES" or Rail Intrusion Detection and Emergency Stop Laser System. This system uses scanning lasers for detecting the intrusion and will be installed at Rector Street, Broadway/BMT line, on the south/Brooklyn bound platform. The station platform length is approximately 625 feet and the communication room is located on the south/Brooklyn bound platform (MR-22A). SONET/ATM network is accessible at the station.

Molinari's laser system is comprised of the following equipment:

- Laser Scanners, and cameras to be mounted on the ceiling above the tracks with a clear view of the platform edge.
- Mounting Brackets and junction boxes.
- Field Equipment Panel (FEP) to be installed in the Communications room.
- LED Zone alarm Lights/strobes to be installed on the station platform ceiling to guide emergency and NYC transit personnel of the exact location, within the station platform, where the incidents occur.

**b) Molinari and Associates Inc. Responsibility**
In addition to the vendor's responsibility identified above, Molinari and Associates shall furnish laptops at the Rail Control Center, at the NYC Transit Security Command Center, and for conducting the evaluation of the vendors as follow:

- One primary Work Station for the BMT Desk Superintendent/General Superintendent desk
- One primary Work Station for the IND Desk Superintendent/General Superintendent desk
- One primary Work Station for the IRT Desk Superintendent/General Superintendent desk
- One Backup work station at RCC
- One workstation for NYC Transit Security Command Center located on the first floor of 130 Livingston Street.

### 9.2 Sight Logix/Parsons/Genetec

**a)** Sight Logix/Parsons/Genetec Thermal Detection technology for detecting individuals or objects that fall on the track will be installed at Rector Street, Broadway/BMT line, on the north/Manhattan bound platform. The station platform length is approximately 625 feet and the communication room is located on the south bound platform (MR-22A). SONET/ATM network is accessible at the station.

Thermal detection technology involves the use of electronic devices and sensitive cameras with video analytics mounted above the platform edge (on station ceiling and /or columns) to detect heat emitted from a person or object. The system also compares the current environment to a stored baseline image of the environment to trigger an alarm when the environment changes.

Sight Logix/Parsons thermal detection technology system is made up of the following equipment:

- Platform Mounted thermal cameras with a clear view of the platform edge
- Rack mounted computer in the communications room
- Private Station (PS) LAN and cabling that connects the cameras to the computer
- Required software for detection and communications management.

**b) Sight Logix/Parsons/Genetec Responsibility**

In addition to the vendor's responsibility identified above, Sight Logix/Parsons/Genetec shall furnish laptops at the Rail Control Center, at the NYC Transit Security Command Center, *and for conducting the evaluation of the vendors as follow:*

- One primary Work Station for the BMT Desk Superintendent/General Superintendent desk
- One primary Work Station for the IND Desk Superintendent/General Superintendent desk
- One primary Work Station for the IRT Desk Superintendent/General Superintendent desk
- One Backup work station at RCC
- One workstation for NYC Transit Security Command Center located on the first floor of 130 Livingston Street.

### 9.3 HoneyWell

**a)** HoneyWell's Microwave Radio Transmission technology will be installed at Rector Street, Broadway/BMT line, on the south/Brooklyn bound platform. The station platform length is approximately 625 feet

and the communications room is located on the south bound platform (MR-22A). SONET/ATM network is accessible at the station. HoneyWell's Microwave radio Detection technology uses 24GHz radio frequency transmitters and receivers (mounted respectively under the station platform and on brackets to be located between the station columns opposite to station platform) to detect and alarm persons or objects that fall on the track. HoneyWell system shall not block NYC Transit employee access to the station columns for clearance.

HoneyWell's equipment will include the following:

- Transmitter modules mounted under the station platform
- Receivers modules mounted on the wall opposite to the platform
- Transmitter/receiver sensors
- Rack mounted TIS System Controller
- FTP and Video Servers
- Cameras
- Modem
- Equipment cabinet
- Conduits, cabling and required power for their equipment

**b) HoneyWell Responsibility**

In addition to the vendor's responsibility identified above, Honeywell shall furnish laptops at the Rail Control Center, at the NYC Transit Security Command Center, *and for conducting the evaluation of the vendors as follow:*

- One primary Work Station for the BMT Desk Superintendent/General Superintendent desk
- One primary Work Station for the IND Desk Superintendent/General Superintendent desk
- One primary Work Station for the IRT Desk Superintendent/General Superintendent desk
- One Backup work station at RCC
- One workstation for NYC Transit Security Command Center located on the first floor of 130 Livingston Street.

**9.4 TelSys**

a) TelSys video detection technology will be installed at Rector Street, Broadway/BMT line, on the north/Manhattan bound platform. The station platform length is approximately 625 feet and the communications rooms are located on south bound platform (MR-22A). SONET/ATM network is accessible at the station.

TelSys video-based detection technology is called: Guideway Intrusion Detection (GIDS). This technology uses stationary video cameras sensors mounted along the platform edge and intelligent image

processing techniques to monitor the platform edge and alarm when passengers and/or objects fall on the track.

The main components of the GIDS system include the following:

- Cameras
- Video image Receivers/transmitters
- Cables
- Control Equipment cabinet
- computers
- Image Processing Unit (IPU)
- Required software IPUs, image processing, input/output interface driver, etc.
- Required Power

b) **TelSys Responsibility**

In addition to the vendor's responsibility identified above, TelSys shall furnish laptops at the Rail Control Center, at the NYC Transit Security Command Center, *and for conducting the evaluation of the vendors as follow:*

- One primary Work Station for the BMT Desk Superintendent/General Superintendent desk
- One primary Work Station for the IND Desk Superintendent/General Superintendent desk
- One primary Work Station for the IRT Desk Superintendent/General Superintendent desk
- One Backup work station at RCC
- One workstation for NYC Transit Security Command Center located on the first floor of 130 Livingston Street.

## 10. ENVIRONMENTAL

All asbestos abatement work, if any asbestos is detected under this Contract, shall be done by In-house crew. Specification Section 12L will be included in the Contract and the Contractor shall follow the procedures provided therein whenever lead containment is encountered.

## 11. TRAINING AND DOCUMENTATION

Proper training and documentation regarding all the new equipment shall be provided as required by NYCT. Training methodology, material and schedule shall be agreed upon by NYCT EMD.

## 12. COORDINATION WITH OTHER PROJECTS AND TASKS

The contractor shall coordinate the schedule with all other projects concurrently going on in the vicinity.

END OF TEXT

# SECTION 3

# COST ESTIMATE SUMMARY

**MTA New York City Transit Authority**

| | | | |
|---|---|---|---|
| 1. PROJECT DESCRIPTION: | Track Intrusion Detection System | | |
| 2a. PLANNING NO: PP02-1619 | 3. a. PREPARED BY: K. Asamoah | 4. a. DATE OF ESTIMATE: | |
| b. PSE NO: TBD | b. TELEPHONE : 646.252-4064 | b. CONSTR. DURATION: | TBD |

5. PROJECT COST SUMMARY: (All Figures in Current Dollars)

a. Design
- CPM:
- Non CPM:
- IQ Env (design)

**Design Total:**

b1. Bid/Procurement Cost

c. Contingency (5%)

d. Inspection/Engineering Force Acct (EFA)

e. TA Labor

f. Utilities (Other than Bid Contractor)

g. Property

h. Environmental

i. Other (specify):

**Total Project Cost**

**SAY**

| 6. DESCRIPTION OF MAJOR WORK ITEMS IN BID COST: | TOTAL COST PER ITEM (Labor & Materials) |
|---|---|
| | |
| | |
| | |
| | |
| | |

NYCT-CPM
Program Controls

# Project Cost Estimate ($M)
## 2015-2019 Capital Program

12/18/2013
Confidential

| No | Planning # | PSE # | Description | Prog. Year | Source | Design | Bid | Contingency | Construction administration | TA Labor | Other | Total | Dur. Mos | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | PP02-1619 | D-61132 | Track Intrusion Detection Pilot | 2015 | PMPE | $ 0.228 | $ 1.200 | $ 0.060 | $ 2.800 | $ 0.231 | $ 1.080 | $ 5.599 | 9 | Used the EACs from PSR for PP02-1619 |
| 34 | MW17-0023 | D-61156 | Copper Cable Replacement/Upgrade, Phase 4 | 2015 | PMPE | $ 1.330 | $ 13.300 | $ 0.665 | $ 2.394 | $ 3.325 | | $ 21.014 | 30 | |
| 35 | MW43-1833 | D-61163 | UHF T-Band Radio System Replacement | 2015 | PMPE | $ 0.880 | $ 8.800 | $ 0.440 | $ 1.584 | $ 4.400 | | $ 16.104 | 32 | Used J. Johnston's TA Labor input |
| 36 | SI03-1834 | D-61164 | SIR: UHF T-Band Radio System Replacement | 2015 | PMPE | $ 1.280 | $ 12.800 | $ 0.640 | $ 2.304 | $ 3.200 | | $ 20.224 | 30 | |
| 37 | SS04-2533 | SS04-2533 | Signal Room Fire Suppression, Phase 2 | 2015 | PRFE | $ 0.348 | $ 3.480 | $ 0.174 | $ 1.700 | $ 0.870 | | $ 6.572 | 22 | JJ's bid 3.48M, rather than 18% for such a low bid duration of 22 mo. 3.5 FTEs plus 200K for Non cpm total EFA 1.7M |
| 38 | ST01-1615 | ST01-1615 | Help Point, Phase 2 | 2015 | MPE | $ - | $ 174.200 | $ 8.710 | $ 11.700 | $ 7.200 | | $ 201.810 | 35 | Total design funded in 10-14 program, Master plan estimates used |
| | | | TOTAL | 2015 | | $ 4.066 | $ 213.780 | $ 10.689 | $ 22.482 | $ 19.226 | $ 1.080 | $ 271.323 | | |
| | | | | | | | | | | | | | | |
| 39 | SS04-1996 | D-61187 | Fire Alarm Systems Replacement (4 Loc) | 2016 | PRFE | $ - | $ - | $ - | $ - | $ - | $ 5.000 | $ 5.000 | 21 | No estimate available $5M placeholder used |
| 40 | MW17-1629 | MW17-1629 | SONET/ATM Equipment Upgrade | 2016 | PMPE | $ 12.120 | $ 121.200 | $ 6.060 | $ 21.816 | $ 30.300 | | $ 191.496 | 36 | |
| 41 | MW17-7139 | MW17-7139 | Fiber Optic Cable Replacement, Phase 2 | 2016 | PMPE | $ 1.950 | $ 19.500 | $ 0.975 | $ 3.510 | $ 9.750 | | $ 35.685 | 25 | Used J. Johnston's TA Labor input |
| | | | TOTAL | 2016 | | $ 14.070 | $ 140.700 | $ 7.035 | $ 25.326 | $ 40.050 | $ 5.000 | $ 232.181 | | |
| | | | | | | | | | | | | | | |
| 42 | IM01-1616 | IM01-1616 | PBX Upgrade Phase 2 | 2017 | PMPE | $ 2.000 | $ 20.000 | $ 1.000 | $ 3.600 | $ 1.000 | | $ 27.600 | 25 | Used J. Johnston's TA Labor input |
| 43 | MW17-1620 | MW17-1620 | Upgrade of Asynchronous Fiber Optic Network to S | 2017 | PMPE | $ 11.800 | $ 118.000 | $ 5.900 | $ 21.240 | $ 29.500 | | $ 186.440 | 65 | JJ |
| 44 | MW42-1618 | MW42-1618 | Antenna Cable Upgrade/Replacement, Phase 2 | 2017 | PRFE | $ 7.280 | $ 72.800 | $ 3.640 | $ 13.104 | $ 18.200 | | $ 115.024 | 38 | |
| 45 | ST12-1617 | ST12-1617 | ISIM-B: Phase 2 | 2017 | PRFE | $ - | $ - | $ - | $ - | $ - | $150.000 | $ 150.000 | | No estimate available $150M placeholder used |
| 46 | ST12-1617A | ST12-1617A | ISIM-B: Phase 2: PA/CIS | 2017 | PRFE | $ - | $ - | $ - | $ - | $ - | $369.400 | $ 369.400 | | No estimate available $369.4M placeholder used |
| | | | | | | | | | | | | | | |
| | | | TOTAL | 2017 | | $ 21.080 | $ 210.800 | $ 10.540 | $ 37.944 | $ 48.700 | $519.400 | $ 848.464 | | |
| | | | TOTAL Systems | | | $ 39.216 | $ 565.280 | $ 28.264 | $ 85.752 | $ 107.976 | $525.480 | $1,351.968 | | |

# SECTION 5

# CONSTRUCTION SCHEDULE

# SECTION 6

# PROJECT MASTER PLAN SIGN-OFF SHEET

# MINI MASTER PLAN SUMMARY SIGN-OFF SHEET

**2015-2019 Capital Program** - Detailed submittals to be provided by the Program Area ( Systems )

| | |
|---|---|
| **PROGRAM MANAGER, CPM:** | *Deborah Chin* |
| | NAME (Type/Print) |
| [signature] | 12/24/13 |
| SIGNATURE | DATE |
| PROGRAM OFFICER, CPM: | *Mark Bienstock* |
| | NAME (Type/Print) |
| [signature] | 12/24/13 |
| SIGNATURE | DATE |
| **VP & DEPUTY CHIEF ENGINEER, CPM** | *Seymour Portes* |
| | NAME (Type/Print) |
| [signature] | 12/24/13 |
| SIGNATURE | DATE |
| **CHIEF BUDGET OFFICER, CAPITAL PROGRAM:** | *David Henley* |
| | NAME (Type/Print) |
| | |
| SIGNATURE | DATE |

# PROJECT MASTER PLAN SIGN-OFF SHEET

## PROJECT IDENTIFICATION

PROJECT NAME: Track Intrusion Detection Pilot

PSE NUMBER: TBD

MP ESTIMATE: TBD M

PLANNING NUMBER: PP02=1619

YEAR OF AWARD: 2017

## PROJECT APPROVALS

**PROJECT MASTER PLAN MANAGER:**

*Stephen Babsky*
NAME (Type/Print)

SIGNATURE

DATE

**PROJECT DESIGN MANAGER:**

*Kwame Asamoah*
NAME (Type/Print)

SIGNATURE

DATE

**PROGRAM MANAGER:**

*Deborah Chin*
NAME (Type/Print)

SIGNATURE

DATE

**CHIEF COMMUNICATIONS ENGINEER :**

*Rafael Ruffo*
NAME (Type/Print)

SIGNATURE

DATE

**CHIEF TELECOMMUNICATIONS OFFICER:**

*Leonard Ciaccio*
NAME (Type/Print)

SIGNATURE

DATE

**CHIEF ENGINEERING OFFICER:**
**Dept of Subways Engineering**

*Kenneth Mooney*
NAME (Type/Print)

SIGNATURE

DATE

| | |
|---|---|
| **CHIEF, PROGRAM CONTROLS:** | *John Pantelides*<br>NAME (Type/Print) |
| SIGNATURE | DATE |
| **CHIEF BUDGET OFFICER, CAPITAL PROGRAM:** | *David Henley*<br>NAME (Type/Print) |
| SIGNATURE | DATE |
| **VP & CHIEF OFFICER, DEPT. OF SUBWAYS:** | *Marva Brown*<br>NAME (Type/Print) |
| SIGNATURE | DATE |

| Track Intrusion Detection Pilot REVISION LOG | | | |
|---|---|---|---|
| Revision Number | Date | Responsible Party | Comments |
| Rev. 0 | 11/8/13 | Syed Haque/ St. Jean Baudelaire | Original |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Exhibit I

# Division of Systems and Security

## CPM

## MASTER PLAN

# PLATFORM SCREEN DOORS PILOT (PSD)

Contract: D-61117

Planning No.:

# PLATFORM DOORS PILOT

## CONTENTS


| | |
|---|---|
| Executive Summary | Section 1 |
| Scope of Work | Section 2 |
| Cost Estimate Summary | Section 3 |
| Operating Budget Impact | Section 4 |
| Profile | Section 5 |
| Attachments | Section 6 |
| Schedule | Section 7 |
| Project Master Plan Sign-Off Sheet | Section 8 |

# SECTION 1

# EXECUTIVE SUMMARY

## EXECUTIVE SUMMARY — PAGE 1 OF 2

### 1. PROJECT IDENTIFICATION

| | | | |
|---|---|---|---|
| **Investment Subcategory:** | CPM | **Budget Category:** | |
| **Project Title:** | PLATFORM DOORS PILOT | **Planning Number:** | |
| | | PSE Number: | D-61117 |
| **Needs Category:** NR | **Useful Life:** 10 YEARS | **Sponsor Department:** | Subways |

| | | | |
|---|---|---|---|
| **Design Cost:** | $ 2,400,000 | **Design Start:** | AUG, 2014 |
| **Construction:** | $ 13,645,512 | **Construction Award:** | JAN, 2016 |
| **Total Cost:** | $ 16,045,512 | **Substantial Comp:** | JUN, 2017 |

### 2. PROJECT DESCRIPTIVE INFORMATION

**A: Locations and Limits**

14th Street / 6th Avenue Station in Manhattan (L Line)

**B: Description of Proposed Work / Procurement**

The Metropolitan Transportation Authority, acting by New York City Transit (NYCT), seeks to design and install a platform screen door, platform edge door, and/or a platform edge gate (PSD/PED/PEG) pilot system at the NYCT's 14th St. / 6th Ave. Station (Canarsie "L" Line). NYCT will manage this project. PSD/PED/PEGs will be referred to as platform doors, or PSD, throughout in the rest of this document.

The MTA Chairman has spearheaded a two-pronged pilot initiative to improve customer safety, convenience, security, and overall station appearance:

1. Track Intrusion Detection Pilot
2. Platform Screen Doors (PSD) Pilot

As part two of the initiative, NYCT has undertaken this pilot PSD project at the 14th St. / 6th Ave. station, Canarsie Line "L", to determine its practical feasibility at a busy station with CBTC (Communications Based Train Control) service. This selection was a consideration given the automated ability of CBTC service for trains to stop at the same position automatically.

A competitive selection has been made to award a design task order to STV, Inc., once funding is made available. The scope includes design work under all disciplines, including controls, communications, mechanical and electrical systems, architectural and structural considerations, plus potential interfaces and interferences with existing systems in the station.

Design efforts will be guided by NYCT's 2011 ConOps (Concept of Operations) report and multiple PSD feasibility studies performed under both the 2nd Ave. Line and 7 West

construction projects by MTA CC.
Results from testing and analysis of a constructed PSD system at this location are meant to inform a follow-up, system-wide feasibility study prior to implementation of PSD systems at other NYCT stations.

## EXECUTIVE SUMMARY PAGE 2 OF 2

**C: Objectives / Purpose of Proposed Project**

The goal of PSD is to improve Customer safety by:

1. Eliminating the occurrence of customers accidentally falling or being pushed onto the trackway.
2. Deterring customers from jumping onto the trackway.
3. Deterring unauthorized individuals and would-be criminals (terrorist acts, vandalism, etc.) from accessing the trackway.
3. Mitigating the occurrence of objects (cell phones, PDAs, etc.) falling onto the trackway and customers trying to retrieve them.
4. Mitigating the occurrence of customers leaning over the trackway to seek train arrivals.
5. Deterring customers from surfing on cars.
6. Deterring customers from boarding and alighting between cars.
7. Reduce trash accumulating on the trackway.
8. Reduce track fires due to trash and debris thrown from platforms.
9. Increase crew safety.
10. Improve safety of employees working on platforms while reducing requirements for flagging protection.

## 3. EVALUATION / JUSTIFICATION

A: Analysis of Operating Budget Impacts (All Projects)

B: Cost-Benefit Analysis (For System Improvement & Network Expansion projects only)

TBD

C. Alternative Analysis (For projects with significant alternatives)

Since this is a pilot, the costs of implementation and the benefits of this Chairman's initiative will be analyzed before any rollout.

# PLATFORM DOORS PILOT

# (PSD)

## Project Planning

## ALTERNATIVE ANALYSIS

NOT APPLICABLE



NYCTA_2_00265441

# SECTION 2

# SCOPE OF WORK



NYCTA_2_00265442

# SUMMARY SCOPE OF WORK

| | | | | | |
|---|---|---|---|---|---|
| PLANNING NO. | | SPONSOR DEPT.: | Subways | STATUS: | FINAL |
| BUDGET CAT: | | USER DEPT.: | Subways | | |
| PSE NO: | D-61117 | | | | |
| TITLE: | PLATFORM SCREEN DOORS PILOT | | | | |

PROJECT DESCRIPTION (BRIEF) The Metropolitan Transportation Authority, acting by New York City Transit (NYCT), seeks to design and install a platform screen door, platform edge door, and/or a platform edge gate (PSD/PED/PEG) pilot system at the NYCT's 14th St. / 6th Ave. Station (Canarsie "L" Line).

| | | | | | |
|---|---|---|---|---|---|
| CONSTRUCTION COST: | $13,645,512 M | COST BASE: | 2014 | ESTIMATE PREPARED BY: | Keven Cassimire |
| TOTAL COST: | $16,045,512 M | CONFIDENCE LEVEL: | | | |
| CONSTRUCTION AWARD YEAR: | 2016 | DESIGN START: | 8/2014 | BENEFICIAL USE | 2017 |

LOCATION CODE:

| | | | | |
|---|---|---|---|---|
| LOCATION: 14th St/6th Ave Station | LINE/SEG: L | ASSET CODE | OFF-LINE FAC. | ROUTE /SEC |

| | | | |
|---|---|---|---|
| COMMUNITY BOARD NO. : | Manhattan | BOROUGHS: | Same |

PRELIMINARY ENGINEERING EVALUATION:

To design and install Platform Screen Doors at the 14th Street/6th Avenue Station.

RECOMMENDATION:

This work is recommended due to the MTA Chairman's initiative to improve customer safety.

| | | | |
|---|---|---|---|
| SCOPE DEVELOPED BY: P.O.C.-IN-CHARGE | Don Willemann | PHONE: | 646-252-3865 |
| USER REPRESENTATIVE: SPONSOR REPRESENTATIVE: | Marva Brown | PHONE: | 646-252-3870 |
| SCOPE DEVELOPMENT REPRESENTATIVE: | Keven Cassimire | PHONE: | 646-252-4297 |

# TABLE OF CONTENTS

## PLATFORM SCREEN DOORS PILOT

## SCOPE OF WORK

BACKGROUND........................................................................ 10

DESIGN........................................................................ 12

PLATFORM DOOR SYSTEM........................................................................ 12

COMMUNICATIONS........................................................................ 15

ELECTRICAL........................................................................ 15

MECHANICAL........................................................................ 16

SIGNALS........................................................................ 18

SEQUENCE OF OPERATIONS........................................................................ 18

STRUCTURAL........................................................................ 19

ARCHITECTURAL........................................................................ 19

## SCOPE OF WORK

# PLATFORM SCREEN DOORS PILOT

## 1. BACKGROUND

In an ongoing effort to improve customer safety, convenience, security, and overall station appearance, NYCT has identified the need for a platform door system in its subway infrastructure. The goal of the platform door system is to improve Customer safety by:

a) Eliminating the occurrence of customers accidentally falling or being pushed onto the trackway.

b) Deterring customers from jumping onto the trackway.

c) Deterring unauthorized individuals and would-be criminals (terrorist acts, vandalism, etc.) from accessing the trackway.

d) Mitigating the occurrence of objects (cell phones, PDAs, etc.) falling onto the trackway and customers trying to retrieve them.

e) Mitigating the occurrence of customers leaning over the trackway to seek train arrivals.

f) Deterring customers from surfing on cars.

g) Deterring customers from boarding and alighting between cars.

h) Reduce trash accumulating on the trackway.

i) Reduce track fires due to trash and debris thrown from platforms.

j) Increase crew safety.

k) Improve safety of employees working on platforms while reducing requirements for flagging protection.

In light of these potential advantages, NYCT has undertaken this pilot platform doors system to determine its practical feasibility. The results of this pilot and further necessary investigation and analyses will become the basis of further implementation of platform doors at various facilities.

## 2. SCOPE OF WORK

A Feasibility Study and Conceptual Design documents will be developed for the work detailed below.



NYCTA_2_00265445

**A. Design.**

The platform doors system specified under this Task Order, shall be three-quarter (¾) height, and based on the prior developed Platform Screen Doors/Platform Edge Doors/Platform Edge Gates Concept of Operations Rev. 1.1 (CONOPS document). The Design must satisfy the requirements of the CONOPS. Also available for reference are multiple platform doors feasibility studies performed under the 2nd Ave. Line construction project.

*In general, the Design to be included shall consist of:*

a) Bid drawings and specifications, indicating placement and dimensions of the platform doors along with its various supporting devices, such as operation panels, motor operators, glazing, conduit, etc. on the location plans and details of the 14th St./6th Ave. station.

b) Bid drawings and specifications, for the work to be performed in the Communication Rooms at the selected station, such as locating adequate numbers of racks/cabinets for equipment, power and cooling requirements.

c) Design of a new platform-door-control room, or modification of other existing rooms as necessary. Rearrangement of existing equipment may be necessary to make room for new equipment.

d) Bid Design and specifications for the structural, architectural, mechanical, controls, electrical, communications, signals, and other systems to connect all associated platform door devices throughout the selected station. .

*Other platform doors system requirements include, but are not necessarily limited to the following:*

**A1 Platform Door System**

A1.1 Platform doors shall not impair train crew's visibility of signals, Conductor Boards, Signs, CCTV, etc. Platform door open and closed indication status shall be provided on the platform side and be clearly visible to train crews.

A1.2 Platform doors shall be capable of both manual and automatic operation. The mode of operation will be selectable by the train crew.

A1.3 If Consultant design proposal necessitates modifications be made to the train car equipment, Consultant must submit to the Authority for approval, all interface definitions to be met by NYCT's train vendor. Once approved, the Authority will issue the requirements to its Vendor for its detailed

design of that subsystem. The Consultant shall then work with the Authority's Vendor to achieve a working system between both the carborne and wayside systems.

A1.4 If Consultant design proposal necessitates modifications be made to the train car equipment, manual/automatic door controls shall be provided inside the train cab, with a wireless RF interface to the platform component of the platform doors. In addition to the controls that shall be provided inside the cab, controls shall be provided outside the train and accessible to train crews for operation from cab windows.

A1.5 Platform doors shall incorporate manual operation panels located outside trains, accessible to train crews.

A1.6 The ability to operate the platform doors manually shall be provided from the platform side.

A1.7 The platform door system shall incorporate emergency doors accessible to passengers from the trackside, operable by panic latch or NYCT-approved means. Emergency platform doors shall not be located in front of station structural columns or other obstructions on the platform.

A1.8 Means shall be provided for emergency and maintenance door access to authorized personnel working on the track side. Determine methods for emergency-service personnel to access such systems as well.

A1.9 The platform doors system shall permit individual platform door panels to be bypassed manually.

A1.10 Platform doors shall be vandal resistant, comply with NYCT material standards, and shall meet Class 1 material criteria per BCNYS Table 803.5.

A1.11 Platform doors shall comply with all applicable ADA requirements, including access, audible alarms, signs for sight impaired.

A1.12 Platform doors shall incorporate closed and open status indication as well as means to detect customers between the platform and train doors.

A1.13 Platform door failure modes and operating procedure/guideline shall result in platform failed doors defaulting to a safe-state position (as defined by NYCT)

A1.14 Platform doors shall operate within station dwell times defined by NYCT.

A1.15 The platform door system must be resistant to steel dust, vibrations, humidity and condensation and shall not incur any damage from regular and high-pressure station wash.

A1.16 The platform door system shall be provided with track access hinged emergency doors located at each end of the platform. The doors shall be remotely and locally controlled. Authorized personnel shall be able to unlock the platform end door from the platform side using a designated key. Once activated, the door will re-close automatically by the action of an automatic door closer.

A1.17 A panic-bar mechanism shall be provided for each platform end door/gate. This bar shall be accessible from trackside.

A1.18 Once a panic bar is pushed:

a. The door is mechanically unlocked, manually opened and automatically closes.
b. An alarm shall be transmitted to a Local Control Panel and to the RCC (Rail Control Center).

A1.19 Platform door obstructions shall be annunciated to a new platform-doors-control room.

A1.20 Design a modular platform door system with features that allow for rapid deployment and installation.

A1.21 Platform door modules shall be factory assembled and tested to the greatest extent possible in order to reduce installation time, startup time, as well as time for replacement if necessary.

A1.22 Propose platform door control features to enable individual door operation, based on discussion with thru discussion with Rapid Transit Operations (RTO) personnel.

A1.23 Platform doors shall incorporate door obstruction sensing compatible to door-obstruction sensing systems used on the subway car-door system for the same line.

A1.24 Design life of all door equipment and controls shall be thirty years.

A1.25 Platform doors shall be compliant with all required codes and standards as defined by NYCT.

A1.26 In the automatic mode, platform doors shall open automatically once a train is stopped at the proper position in the station.

A1.27 In the automatic mode, platform doors shall close automatically after adjacent train doors are closed. Any time delay shall be defined during the design phase.

A1.28 Open/close operation of platform doors when in the automatic mode shall be with little or no impact (increase) on scheduled train dwell time.

A1.29 Consultant shall provide an analysis of long-term maintenance (life cycle) of PSD systems, including glazing systems, door operators, control systems, etc.

## A2 Communications

A2.1 Perform an analysis to determine the optimum communications design for the selected station in this Task Order for approval by NYCT.

A2.2 Design a Passenger Station Local Area Network (PS-LAN) infrastructure for station connectivity via the NYCT SACNS and/or COE networks to the RCC and BCC.

A2.3 A CCTV system shall be provided in a platform doors control room for monitoring platform door operation. All platform doors and their open/close state, and the space between platform doors and the train doors must be clearly visible.

A2.4 The CCTV system shall be provided with recording capability for up to 72 hours and then the content archived locally. The process of archiving shall be automatic and without any recording interruption.

A2.5 Customer Information Signs (CIS), speakers, conduits and other communications system elements shall be relocated as needed to make way for the platform doors and ancillary equipment.

A2.6 Provide communications design for new platform-door-control room and any other rooms added or modified.

## A3 Electrical

A3.1 Determine power requirements for new platform doors equipment in the station.

A3.2 Consultant shall determine whether additional electrical distribution capacity is required to power the platform doors, and check if the existing electrical services are adequate. If not, Consultant shall investigate

feasibility of expanding the electrical services, including utility, structural and architectural design elements.

A3.3 Consultant shall recommend the appropriate UPS with battery back-up for the platform doors. Adequate spaces for UPS and batteries shall be identified and designed within the station as needed. Also, investigate recommended use of normal and reserve services in the station for the most reliable distribution.

A3.4 Design an integrated, high-reliability controls scheme for the platform door system. Provide all control indications to RCC and other facilities as directed by the Authority, including performance reports and diagnostic/monitoring controls.

A3.5 Lighting, conduits, and other electrical systems and equipment shall be relocated as needed to make way for the platform doors and ancillary equipment.

A3.6 Design a grounding system that will minimize the possibility of shock from an electrical potential that becomes applied to the platform door system.

A3.7 Platform doors shall be resistant to, and shall not generate electromagnetic interference (EMI) to levels exceeding those defined by NYCT.

A3.8 Provide electrical design for new platform-door-control room and any other rooms added or modified.

## A4 Mechanical

A4.2 Determine HVAC loads of new equipment to be installed.

A4.3 Platform doors shall not compromise air-flow characteristics in stations below acceptable levels as defined by NYCT.

A4.4 Platform doors shall be designed to be compatible with climate control (HVAC) systems in the station where it is operational.

A4.5 Platform doors shall withstand the air pressure that results from piston effect of trains entering and leaving the station.

A4.6 The installation of platform screen doors shall have no more than a minimal impact on the ambient temperature in the station and the station's ability to control smoke in the event of a train or other fire.

A4.7 To confirm the installation of platform screen doors have minimum or no impact on station temperature or smoke control, the Consultant shall perform the following:

a. Temperature:

i. Computational Fluid Dynamic Modeling (CFD) of the station as currently configured, and with the installation of the proposed platform doors to determine the expected ambient temperature of the station during hot weather. The Consultant shall assume that there is peak hour system operation with an outside ambient temperature of 89° F.

ii. The Consultant shall perform additional CFD modeling, as required, to determine to what extent the ambient temperature in the track ways will increase to insure train AC performance is not effective.

iii. An increase of more than an average of 5° F over the station with platform doors will be considered failure.

b. Smoke Control:

i. Computational Fluid Dynamic Modeling (CFD) of the station as currently configured and with the installation of the proposed platform screen doors to determine the extent of mitigation of smoke during a train fire. A minimum of 3 runs shall be performed for the initial condition, and 3 runs for each door type, door size and door configuration that is being considered.

ii. A run shall be performed for a fire located at each end of the station and one run with the fire at the middle of the station. In conjunction with CFD modeling, egress modeling shall be performed for each CFD run. The Consultant shall analyze the CFD modeling with the egress modeling and compare the approximate number of passengers in an untenable environment with and without platform screen doors.

iii. The CFD Smoke Control Modeling parameters will be provided by CPM.

iv. Passenger load shall be in accordance with NFPA 130.

v. Blockage of an additional platform mezzanine egress or >10% additional passengers in an untenable environment with platform screen doors shall be considered failure.



NYCTA_2_00265451

A4.8 The Consultant shall use Fluent CFD Software for temperature and smoke control modeling and STEPS – Simulation of Transient Evacuation and Pedestrian Movements software for egress modeling. Approval of methodology and software are required prior to their use.

A4.9 All developed computer models will be the property of NYCT to permit NYCT personnel to perform additional simulations. All source code(s) and executable files of the developed models, and support documentation shall be delivered, at the time of approval, to NYCT for their use and shall be in a compact disk (CD) media, readable in the Microsoft Windows (MSW) environment.

A4.10 All raw data, input and output files for conducted simulations and calculations shall also be provided in a CD media readable in the MSW environment at the time reports are submitted to NYCT for review and/or approval. The developed software delivered to NYCT should be unrestricted use and time expiration.

A4.11 Provide mechanical design for new platform-door-control room and any other rooms added or modified.

A4.12 Standpipes, valve cabinets and other mechanical systems and equipment shall be relocated as needed to make way for the platform doors and ancillary equipment.

## A5 Signals

A5.1 NYCT does not recommend integration to the existing Communications Based Train Control (CBTC) system at the station. CBTC ensures that trains are properly berthed, enables the train side doors, and has a stopping accuracy of ± one foot in Automatic Train Operation.

A5.2 Platform doors shall not interfere with train to wayside (and vice versa) communication (radio, CBTC) and with the signals system.

## A6 Sequence of Operations

A6.1 Consultant shall develop a sequence of operations necessary for the system to be fully operational.

A6.2. Trains shall be prohibited from entering/leaving a station when the platform doors are open without authorization. Trains will enter/leave the station following an approved procedure.

A6.3 Prepare installation, testing and startup procedures that take into consideration installation of a platform door system over a period of time, under GOs, and with platform doors locked open for train operation until the entire system is operational.

## A7 Structural

A7.1 Analyze and support existing platform edge structure as required for additional load of platform doors and motors/operators.

A7.2 Provide structural design for new platform-door-control room and any other rooms added or modified.

A7.3 The Consultant shall maintain the integrity of the structure with all design alternatives such as minimizing impact to pedestrian egress, waterproofing, and to maintain the functional facility requirements.

A7.4 Survey entire platform level of station including "back-of-platform areas" using LiDAR equipment, and submit to the Engineer in Microstation format.

## A8 Architectural

A8.1 Consultant shall perform passenger circulation and egress analysis to support the feasibility of the chosen design approach. Perform passenger flow modeling, using software such as Legion, or other comprehensive software to support this analysis and present results to the Authority for approval of special constraints.

A8.2 Study and propose options for glazing systems on new doors and wall framing for platform door system. Consultant shall consider overall station aesthetics in the development of the complete design, including working with door vendors to achieve an optimal approach.

A8.3 Provide architectural design for new platform-door-control room and any other rooms.

A8.4 Provide continuous linear photo luminescent way finding to platform side of door system, including stairs and other paths of egress from the platform level.

Case 1:17-cv-04550-FB-VMS Document 360-3 Filed 05/05/26 Page 64 of 149 PageID #: 25035



# SECTION 3

# COST ESTIMATE SUMMARY



NYCTA_2_00265454

# COST ESTIMATE SUMMARY

**MTA New York City Transit Authority**

| | | | | |
|---|---|---|---|---|
| 1. PROJECT DESCRIPTION: | **PLATFORM SCREEN DOORS PILOT** | | | |
| 2. a. PLANNING NO: | 3. a. PREPARED BY: | Keven Cassimire | 4. a. DATE OF ESTIMATE: | 5/1/14 |
| b. PSE NO: D-61117 | b. TEL : | 646-252-4297 | b. TOTAL CONST DURATION: | 18 MONTHS |

| 5. PROJECT COST SUMMARY: | (All Figures in Current Dollars) | |
|---|---|---|
| a. Design (Consultant) | $1,400,000 | |
| EFA | $800,000 | |
| TAL | $200,000 | |
| **Design Total:** | | $2,400,000 |
| b. Construction Cost | | $8,000,000 |
| c. Contingency (non in-house job) | | $800,000 |
| d. Inspection/Engineering Force Acct (EFA) | | $1,500,000 |
| e. TA Labor* (DMO Estimated) | | $3,345,512 |
| f. Utilities (Other than Bid Contractor) | | |
| g. Property | | |
| h. Asbestos Abatement | | $0.00 |
| i. Other (specify): | | |
| **Total Project Cost** | | **$16,045,512** |

| 6. DESCRIPTION OF MAJOR WORK ITEMS IN BID COST: | TOTAL COST PER ITEM (Labor & Materials) |
|---|---|
| | |
| | |
| TOTAL PROJECT COST: | $16,045,512 |

**Gramola, Regina**

| | |
|---|---|
| **From:** | Cassimire, Keven |
| **Sent:** | Wednesday, August 20, 2014 3:29 PM |
| **To:** | Gramola, Regina; Willemann, Don; Bais, Anita; Cohen, Alexander N. |
| **Cc:** | Chin, Deborah; Murgittroyd, Robert; Phillip, Beverly; Treglia, Carlo |
| **Subject:** | RE: Platform Screen Doors - Design WAR |
| **Attachments:** | EFA_Construction_TASK_Platform Doors_CPM-Non_CPM_14Jun-30.xls; CM1411- TO# 11-Agreement.pdf |

The Design cost is equal to the negotiated task order amount with the design Consultant (STV), attached above.

As Don Willemann stated earlier, we could not properly forecast Construction duration and cost until our design Consultant is on board, as this is a new type of project for NYCT. As such, I made the following assumptions:

- Construction Cost – Internet research showed that widespread PSD installations in other countries' transit systems came with a unit cost of roughly $6M per location. Since this installation will be at one location, I assumed a construction Bid cost of $8M, since all overhead, escalation, etc. is concentrated at this one station (not spread out over multiple locations).

- TA Labor – previous Electronic Security projects averaged about $1M per platform in TAL costs, working at both ends on the platform. Since this installation will be focused on the platform edge along its entire length, I assumed the PSD TAL would be 8 x ESS TAL per platform = $8M (this assumption could even be too small)

- Construction Duration – Our initial guess was 18 months (+ 6 months closeout), but again, it could take longer. We really won't know for sure until we have our design Consultant on board and properly get into the design.

- Construction EFA – based on typical level of effort from NYCT stakeholder groups on other projects for an 18-month Construction duration. Forecast is also attached.

Keven Cassimire
CPM Systems & Security
646-252-4297

**From:** Gramola, Regina
**Sent:** Wednesday, August 20, 2014 11:33 AM
**To:** Willemann, Don; Bais, Anita; Cohen, Alexander N.
**Cc:** Chin, Deborah; Murgittroyd, Robert; Cassimire, Keven; Phillip, Beverly; Treglia, Carlo
**Subject:** FW: Platform Screen Doors - Design WAR

Attached MP has Mark's signature on page 28.

I retrieved the original MP package from Bob Murgittroyd to give to Keven Cassimere who will be provide his assumptions for the bases of the cost estimates. I will include this page and return it to Bob who can then put it in the queue for the review by estimators and schedulers. (A draft was sent to Zeyad on Aug 13.)

**From:** Gramola, Regina
**Sent:** Wednesday, August 20, 2014 10:33 AM

**To:** Willemann, Don; Cassimire, Keven
**Subject:** RE: PSD Design WAR

Yes. I will get it for you.

**From:** Willemann, Don
**Sent:** Wednesday, August 20, 2014 10:30 AM
**To:** Cassimire, Keven; Gramola, Regina
**Subject:** Fw: PSD Design WAR

Do we have copy of the MP with Mark's signature on it? Anita/Alex is ready to fund us once we have Mark's signature. We need to get our long-stalled design WAR approved.

Don Willemann, P.E.
NYCT CPM Systems & Security, LDM/CM #83

**From:** Willemann, Don
**Sent:** Wednesday, August 20, 2014 09:54 AM
**To:** Treglia, Carlo; Gramola, Regina
**Cc:** Chin, Deborah; Dao, Son; Smith, Saul; Cassimire, Keven; Alkaisi, Zeyad; Desimone, Peter; Murgittroyd, Robert; Kumar, Konal
**Subject:** RE: MP Platform Screen Doors Pilot (PSD) - D61117

This was originally a request for funding in response to CB&P's request for more information. The funding was promised many months ago, but since MP's are now underway for other projects, we adopted the MP format for this project as well to share where we are.

Truth is, we do not know the construction duration, and it is not something we can properly forecast at this time, till our design consultant is on board and the agency sinks its teeth into this new type of project. I could guess minimum two years with testing off and on site, but that is only a guess. It could take substantially longer. We definitely need to plan a wide contingency for this job, being that there are really so many unknowns at this time.

Don

**From:** Treglia, Carlo
**Sent:** Wednesday, August 20, 2014 8:54 AM
**To:** Gramola, Regina
**Cc:** Chin, Deborah; Willemann, Don; Dao, Son; Smith, Saul; Cassimire, Keven; Alkaisi, Zeyad; Desimone, Peter; Murgittroyd, Robert
**Subject:** RE: MP Platform Screen Doors Pilot (PSD) - D61117

Regina,

I'm here.

*Carlo Treglia*
Lead Director Program Schedule Controls
2 Broadway, New York, NY 10004
3rd Flr, Room D3.25
Phone: 646-252-3267

**From:** Gramola, Regina
**Sent:** Tuesday, August 19, 2014 2:16 PM
**To:** Murgittroyd, Robert
**Cc:** Chin, Deborah; Treglia, Carlo; Willemann, Don; Dao, Son; Smith, Saul; Cassimire, Keven; Alkaisi, Zeyad; Desimone, Peter
**Subject:** RE: MP Platform Screen Doors Pilot (PSD) - D61117

Bob,
I know this was a rush initiative by the Chairmen, so it might look scant. I'll see what Don's folks say and one of them will get back to you.

FYI, a draft SOW went to Carlo and Peter only last week. I was going to give the original to Carlo, but he wasn't in this morning.

Regina

**From:** Murgittroyd, Robert
**Sent:** Tuesday, August 19, 2014 1:49 PM
**To:** Gramola, Regina
**Cc:** Chin, Deborah; Treglia, Carlo; Willemann, Don; Dao, Son; Smith, Saul; Cassimire, Keven; Alkaisi, Zeyad; Desimone, Peter
**Subject:** RE: MP Platform Screen Doors Pilot (PSD) - D61117

Regina,

I just received the subject MP for review. Do you know the basis of the estimate and duration?

Bob

**From:** Gramola, Regina
**Sent:** Tuesday, August 19, 2014 11:50 AM
**To:** Murgittroyd, Robert
**Cc:** Chin, Deborah; Treglia, Carlo; Willemann, Don; Dao, Son; Smith, Saul; Cassimire, Keven; Alkaisi, Zeyad; Desimone, Peter
**Subject:** RE: MP Platform Screen Doors Pilot (PSD) - D61117

Bob,
I left the original MP for Platform Screen Doors on your chair this morning. If you have any questions/concerns, please let me know. If not, when the review is complete in your area, please call me for pick up.

Thank you, Regina

*Regina Gramola*
*Systems Engineering Support*
*2 Broadway, A3.51*
*646-252-4655*
*917-670-3614*
*Regina.gramola@nyct.com*

**From:** Gramola, Regina
**Sent:** Wednesday, August 13, 2014 1:44 PM
**To:** Alkaisi, Zeyad
**Cc:** Chin, Deborah; Treglia, Carlo; Desimone, Peter; Willemann, Don; Dao, Son; Smith, Saul; Cassimire, Keven
**Subject:** FW: MP Platform Screen Doors Pilot (PSD) - D61117

Zeyad,
Attached is an e-copy of MP for your staff to review. I will bring the original to you when we meet at 3 p today.

Regina

**From:** Cassimire, Keven
**Sent:** Wednesday, August 13, 2014 1:12 PM
**To:** Gramola, Regina
**Cc:** Kumar, Konal; Chin, Deborah; Smith, Saul; Dao, Son; Greene, Jo; Willemann, Don
**Subject:** RE: MP Platform Doors

Hi Regina,

I made the requested change to the MP, attached above. The ConOps is also attached for your use.

Let me know if you need anything more.

Keven Cassimire
CPM Systems & Security
646-252-4297

**From:** Gramola, Regina
**Sent:** Wednesday, August 13, 2014 12:46 PM
**To:** Willemann, Don
**Cc:** Cassimire, Keven; Kumar, Konal; Chin, Deborah; Smith, Saul; Dao, Son; Greene, Jo
**Subject:** MP Platform Doors

Don/Keven,
Debbie wants the 2011 NYCT ConOps attached to the MP and please add something like this to the Alternative Analysis section: "Since this is a pilot the costs of implementation and the benefits of this Chairman's initiative will be analyzed before any rollout."

The original MP is with Mark and I'll keep take it to Zeyad after he reviews/signs, however, we'll need to address the above before it goes further.

Thanks, Regina

**From:** Gramola, Regina
**Sent:** Wednesday, August 13, 2014 12:09 PM
**To:** Alkaisi, Zeyad
**Cc:** Chin, Deborah; Willemann, Don; Kumar, Konal; Cassimire, Keven; Treglia, Carlo; Desimone, Peter; Cohen, Alexander N.
**Subject:** Status of Master Plans for Yard CCTV Ph II (c-31620 and Platform Doors (D-61117)

Zeyad,
Platform Doors

The original is circulating within the Program Area this morning. Will have it to you no later than tomorrow morning—hopefully sooner.

Yard CCTV

SOW and Exec Summary will be emailed today and the original will start circulation today.

Regina

*Regina Gramola*
*Systems Engineering Support*
*2 Broadway, A3.51*
*646-252-4655*
*917-670-3614*
*Regina.gramola@nyct.com*

2

| (ESS) Platform Doors CPM and Non-CPM EFA Esti | | | |
|---|---|---|---|
| **Company / Dept.** | **First** | **Last Name** | **CPM EFA** |
| NYCT DoS Eng'g. | Kevin | Coughlin | 0 |
| NYCT DoS Eng'g. - C&SE | John | Cuccia | 0 |
| | | | |
| NYCT CPM Sys. & Security DMO | Don | Willeman | 720 |
| NYCT CPM Sys. & Security DMO | Keven | Cassimire | 840 |
| NYCT CPM Civil/Structural | Francisco | Perez | 560 |
| NYCT CPM Architectural | George | Yee | 800 |
| | | | |
| NYCT CPM Comms - Coord. | Kai | Chen | 180 |
| NYCT CPM Comms - Fiber | Zhi | Lin | 180 |
| NYCT CPM Code Compliance | Michael | Lodespoto | 360 |
| NYCT CPM Electrical Eng'g. | Raj | Desai | 240 |
| NYCT CPM Environmental | Mohammed | Khan | 600 |
| NYCT CPM Mechanical Eng'g. | Donald | Iannuzzi | 360 |
| NYCT CPM Signals | Salazar | Jean-Baptiste | 180 |
| | | | |
| NYCT OSS | Paul | Gerardi | 0 |
| NYCT EMD | | | 0 |
| NYCT DCE | Robert | Ziegler | 0 |
| NYCT Stations Programs | | | 0 |
| | | | |
| CM Office | | | 560 |
| Estimating | | | 120 |
| Scheduling | | | 120 |
| Project Coordination | | | 180 |
| Other Administration | | | 180 |
| ***TOTAL EFA HOURS*** | | | **6180** |
| ***RATE PER HOUR*** | | | **83.5** |
| ***TOTAL*** | | | **$516,030** |
| ***10% CONTINGENCY*** | | | **$51,603** |
| ***EFA TOTALS FOR CPM & NON-CPM SEPARATED OUT*** | | | **$567,633** |

mates

| NON CPM | TOTAL |
|---|---|
| 560 | 560 |
| 360 | 360 |
| | |
| 0 | 720 |
| 0 | 840 |
| 0 | 560 |
| | 800 |
| | |
| 0 | 180 |
| 0 | 180 |
| 0 | 360 |
| 0 | 240 |
| 0 | 600 |
| 0 | 360 |
| 0 | 180 |
| | |
| 240 | 240 |
| 360 | 360 |
| 540 | 540 |
| 360 | 360 |
| | |
| 0 | 560 |
| 0 | 120 |
| 0 | 120 |
| 0 | 180 |
| 0 | 180 |
| **2420** | 8600 |
| **83.5** | |
| **$202,070** | |
| **$20,207** | |
| $222,277 | $ 789,910 |

2 Broadway
New York, NY 10004

Carmen Bianco
President

New York City Transit

June 23, 2014

STV INCORPORATED
225 PARK AVENUE SOUTH
NEW YORK, NY 10003
ATTN: MR. AL KLEIN, SENIOR VICE PRESIDENT

RE: CM1411, Task Order No.: 11

Title: ENGINEERING DESIGN DRAWINGS & SPECIFICATIONS FOR PLATFORM SCREEN DOOR (PSD) PILOT AT THE MTA-NYCT 14TH ST. / 6TH AVE. STATION (CANARSIE "L" LINE)

Dear Mr. Klein:

Enclosed are five (5) original copies of Task Order Agreement for CM-1411, Task Order No.: 11.

Please execute all copies of the Agreement in the lower left hand corner where applicable, affix the corporate seal, and have the execution signature on the following pages notarized.

Keep one copy of agreement for your files and return four (4) copies to the undersigned at the following address:

Steve Rogers
Director, Consultant Services
MTA New York City Transit
2 Broadway, 2nd Floor- C2.22
New York, NY 10004

When fully executed, we will deliver a completely executed copy to you.

Sincerely,

Steve Rogers
Director, Consultant Services

# METROPOLITAN TRANSPORTATION AUTHORITY ACTING BY THE MTA NEW YORK CITY TRANSIT TASK ORDER AGREEMENT

Contract No. CM-1411 Task Order No.: 11

Consultant PSE No.: D81411

Consultant: STV INCORPORATED

Task Order Title: ENGINEERING DESIGN DRAWINGS & SPECIFICATIONS FOR PLATFORM SCREEN DOOR (PSD) PILOT AT THE MTA-NYCT 14TH ST. / 6TH AVE. STATION (CANARSIE "L" LINE)

This Task Order, when properly executed, constitutes authorization to proceed with the scope of work as attached effective ______________________________.

All terms, covenants and conditions of the original agreement dated October 13, 2011 as changed /modified /supplemented to date remain in full force and effect.

This task order does not increase or decrease either the compensation schedule or the estimated cost of out-of-pocket expenses or the provisional overhead rate included in the payment for Services Article of the Contract.

The compensation for the task order, included as a portion of the total cost of the project, is $1,300,116.84 payable as follows.

| Type of Cost | Cost in $ Value |
|---|---|
| Service Cost | $1,237,337.23 |
| Fixed Fee | $62,779.61 |
| Out of Pocket Expenses : $452,592.06 | |
| Total Cost of this Task Order | $1,300,116.84 |

STV INCORPORATED

Signature: ______________________
Name: ______________________
Title: ______________________
Date: ______________________

Metropolitan Transportation Authority
Acting By
The MTA New York City Transit

Signature: ______________________
Name: William DeSantis
Title: Chief Procurement Officer
Date: ______________________

CONSULTANT: RETURN EXECUTED COPIES TO: MTA New York City Transit
2 Broadway, Room No.: C2.22, New York, N.Y.10004
ATTENTION: Steve Rogers, Director, Consultant Services

THE METROPOLITAN TRANSPORTATION AUTHORITY

ACTING BY THE

NEW YORK CITY TRANSIT AUTHORITY

**Scope of Work**

**For**

**Engineering Design, and Technical Services for the Development of:**

**Engineering Design Drawings & Specifications for**
**Platform Screen Door (PSD) Pilot at the**
**MTA-NYCT 14th St. / 6th Ave. Station**
**(Canarsie "L" Line)**

# Contract#: CM1411-Task Order No.: 11

# TABLE OF CONTENTS

1. PROJECT DESCRIPTION . . . . . . . . . . . . . . . . 3
2. BACKGROUND . . . . . . . . . . . . . . . . 3
3. SCOPE OF WORK . . . . . . . . . . . . . . . . 4
A. Design . . . . . . . . . . . . . . . . 4
A1 Platform Door System . . . . . . . . . . . . . . . . 5
A2 Communications . . . . . . . . . . . . . . . . 7
A3 Electrical . . . . . . . . . . . . . . . . 8
A4 Mechanical . . . . . . . . . . . . . . . . 8
A5 Signals . . . . . . . . . . . . . . . 10
A6 Sequence of Operations . . . . . . . . . . . . . . . 11
A7 Structural . . . . . . . . . . . . . . . 11
A8 Architectural . . . . . . . . . . . . . . . 11
B1 Specific Requirements . . . . . . . . . . . . . . . 12
B2 General Work Items . . . . . . . . . . . . . . . 12
4. DELIVERABLES . . . . . . . . . . . . . . . 13
5. APPLICABLE CODES, STANDARDS AND GUIDELINES . . . . . . . . . . . . . . . 14
6. SCHEDULE . . . . . . . . . . . . . . . 15
7. SERVICES PROVIDED BY MTA AGENCIES . . . . . . . . . . . . . . . 15
8. SPECIAL CONDITIONS . . . . . . . . . . . . . . . 16

i) Reduce track fires due to trash and debris thrown from platforms.

j) Increase crew safety.

k) Improve safety of employees working on platforms while reducing requirements for flagging protection.

In light of these potential advantages, NYCT has undertaken this pilot platform doors system to determine its practical feasibility. The results of this pilot and further necessary investigation and analyses will become the basis of further implementation of platform doors at various facilities.

## 3. SCOPE OF WORK

Under this Task Order, the Consultant shall be required to develop a Feasibility Study and Conceptual Design documents for the work detailed below.

### A. Design.

The platform doors system specified under this Task Order, shall be three-quarter (¾) height, and based on the prior developed Platform Screen Doors/Platform Edge Doors/Platform Edge Gates Concept of Operations Rev. 1.1 (CONOPS document). The Design must satisfy the requirements of the CONOPS. Also available for reference are multiple platform doors feasibility studies performed under the 2nd Ave. Line construction project.

A copy of these documents will be made available, upon request, to the successful Consultant during the performance of this Task Order.

*In general, the Design to be included shall consist of:*

a) Bid drawings and specifications, indicating placement and dimensions of the platform doors along with its various supporting devices, such as operation panels, motor operators, glazing, conduit, etc. on the location plans and details of the 14th St./6th Ave. station.

b) Bid drawings and specifications, for the work to be performed in the Communication Rooms at the selected station, such as locating adequate numbers of racks/cabinets for equipment, power and cooling requirements.

c) Design of a new platform-door-control room, or modification of other existing rooms as necessary. Rearrangement of existing equipment may be necessary to make room for new equipment.

d) Bid Design and specifications for the structural, architectural, mechanical, controls, electrical, communications, signals, and other systems to connect all associated platform door devices throughout the selected station. .

## 1. PROJECT DESCRIPTION

The Metropolitan Transportation Authority, acting by New York City Transit (NYCT), seeks to engage the services of a Consultant to develop **ENGINEERING DESIGN DRAWINGS AND SPECIFICATIONS** for the design and installation of a platform screen door, platform edge door, and/or a platform edge gate (PSD/PED/PEG) pilot system at the NYCT's **14th St. / 6th Ave. Station (Canarsie "L" Line).** NYCT will manage this project. PSD/PED/PEGs will be referred to as platform doors, or PSD, throughout in the rest of this document.

The **NYCT Platform Screen Doors/Platform Edge Doors/Platform Edge Gates Concept of Operations Rev. 1.1 (ConOps), 2011** is the baseline for this task order; as such, this solution is to be consistent with this ConOps, and it should be referenced extensively for this design effort, since it focused on the entire NYC Transit system.

This Task Order shall include all associated and incidental studies, and analyses required to develop Engineering and Specifications documents for Bid.

## 2. BACKGROUND

In an ongoing effort to improve customer safety, convenience, security, and overall station appearance, NYCT has identified the need for a platform door system in its subway infrastructure. The goal of the platform door system is to improve Customer safety by:

a) Eliminating the occurrence of customers accidentally falling or being pushed onto the trackway.

b) Deterring customers from jumping onto the trackway.

c) Deterring unauthorized individuals and would-be criminals (terrorist acts, vandalism, etc.) from accessing the trackway.

d) Mitigating the occurrence of objects (cell phones, PDAs, etc.) falling onto the trackway and customers trying to retrieve them.

e) Mitigating the occurrence of customers leaning over the trackway to seek train arrivals.

f) Deterring customers from surfing on cars.

g) Deterring customers from boarding and alighting between cars.

h) Reduce trash accumulating on the trackway.

*Other platform doors system requirements include, but are not necessarily limited to the following:*

## A1 Platform Door System

A1.1 Platform doors shall not impair train crew's visibility of signals, Conductor Boards, Signs, CCTV, etc. Platform door open and closed indication status shall be provided on the platform side and be clearly visible to train crews.

A1.2 Platform doors shall be capable of both manual and automatic operation. The mode of operation will be selectable by the train crew.

A1.3 If Consultant design proposal necessitates modifications be made to the train car equipment, Consultant must submit to the Authority for approval, all interface definitions to be met by NYCT's train vendor. Once approved, the Authority will issue the requirements to its Vendor for its detailed design of that subsystem. The Consultant shall then work with the Authority's Vendor to achieve a working system between both the carborne and wayside systems.

A1.4 If Consultant design proposal necessitates modifications be made to the train car equipment, manual/automatic door controls shall be provided inside the train cab, with a wireless RF interface to the platform component of the platform doors. In addition to the controls that shall be provided inside the cab, controls shall be provided outside the train and accessible to train crews for operation from cab windows.

A1.5 Platform doors shall incorporate manual operation panels located outside trains, accessible to train crews.

A1.6 The ability to operate the platform doors manually shall be provided from the platform side.

A1.7 The platform door system shall incorporate emergency doors accessible to passengers from the trackside, operable by panic latch or NYCT-approved means. Emergency platform doors shall not be located in front of station structural columns or other obstructions on the platform.

A1.8 Means shall be provided for emergency and maintenance door access to authorized personnel working on the track side. Determine methods for emergency-service personnel to access such systems as well.

A1.9 The platform doors system shall permit individual platform door panels to be bypassed manually.

A1.10 Platform doors shall be vandal resistant, comply with NYCT material standards, and shall meet Class 1 material criteria per BCNYS Table 803.5.

A1.11 Platform doors shall comply with all applicable ADA requirements, including access, audible alarms, signs for sight impaired.

A1.12 Platform doors shall incorporate closed and open status indication as well as means to detect customers between the platform and train doors.

A1.13 Platform door failure modes and operating procedure/guideline shall result in platform failed doors defaulting to a safe-state position (as defined by NYCT)

A1.14 Platform doors shall operate within station dwell times defined by NYCT.

A1.15 The platform door system must be resistant to steel dust, vibrations, humidity and condensation and shall not incur any damage from regular and high-pressure station wash.

A1.16 The platform door system shall be provided with track access hinged emergency doors located at each end of the platform. The doors shall be remotely and locally controlled. Authorized personnel shall be able to unlock the platform end door from the platform side using a designated key. Once activated, the door will re-close automatically by the action of an automatic door closer.

A1.17 A panic-bar mechanism shall be provided for each platform end door/gate. This bar shall be accessible from trackside.

A1.18 Once a panic bar is pushed:

a. The door is mechanically unlocked, manually opened and automatically closes.
b. An alarm shall be transmitted to a Local Control Panel and to the RCC (Rail Control Center).

A1.19 Platform door obstructions shall be annunciated to a new platform-doors-control room.

A1.20 Design a modular platform door system with features that allow for rapid deployment and installation.

A1.21 Platform door modules shall be factory assembled and tested to the greatest extent possible in order to reduce installation time, startup time, as well as time for replacement if necessary.

A1.22 Propose platform door control features to enable individual door operation, based on discussion with thru discussion with Rapid Transit Operations (RTO) personnel.

A1.23 Platform doors shall incorporate door obstruction sensing compatible to door-obstruction sensing systems used on the subway car-door system for the same line.

A1.24 Design life of all door equipment and controls shall be thirty years.

A1.25 Platform doors shall be compliant with all required codes and standards as defined by NYCT.

A1.26 In the automatic mode, platform doors shall open automatically once a train is stopped at the proper position in the station.

A1.27 In the automatic mode, platform doors shall close automatically after adjacent train doors are closed. Any time delay shall be defined during the design phase.

A1.28 Open/close operation of platform doors when in the automatic mode shall be with little or no impact (increase) on scheduled train dwell time.

A1.29 Consultant shall provide an analysis of long-term maintenance (life cycle) of PSD systems, including glazing systems, door operators, control systems, etc.

## A2 Communications

A2.1 Perform an analysis to determine the optimum communications design for the selected station in this Task Order for approval by NYCT.

A2.2 Design a Passenger Station Local Area Network (PS-LAN) infrastructure for station connectivity via the NYCT SACNS and/or COE networks to the RCC and BCC.

A2.3 A CCTV system shall be provided in a platform doors control room for monitoring platform door operation. All platform doors and their open/close state, and the space between platform doors and the train doors must be clearly visible.

A2.4 The CCTV system shall be provided with recording capability for up to 72 hours and then the content archived locally. The process of archiving shall be automatic and without any recording interruption.

A2.5 Customer Information Signs (CIS), speakers, conduits and other communications system elements shall be relocated as needed to make way for the platform doors and ancillary equipment.

A2.6 Provide communications design for new platform-door-control room and any other rooms added or modified.

## A3 Electrical

A3.1 Determine power requirements for new platform doors equipment in the station.

A3.2 Consultant shall determine whether additional electrical distribution capacity is required to power the platform doors, and check if the existing electrical services are adequate. If not, Consultant shall investigate feasibility of expanding the electrical services, including utility, structural and architectural design elements.

A3.3 Consultant shall recommend the appropriate UPS with battery back-up for the platform doors. Adequate spaces for UPS and batteries shall be identified and designed within the station as needed. Also, investigate recommended use of normal and reserve services in the station for the most reliable distribution.

A3.4 Design an integrated, high-reliability controls scheme for the platform door system. Provide all control indications to RCC and other facilities as directed by the Authority, including performance reports and diagnostic/monitoring controls.

A3.5 Lighting, conduits, and other electrical systems and equipment shall be relocated as needed to make way for the platform doors and ancillary equipment.

A3.6 Design a grounding system that will minimize the possibility of shock from an electrical potential that becomes applied to the platform door system.

A3.7 Platform doors shall be resistant to, and shall not generate electromagnetic interference (EMI) to levels exceeding those defined by NYCT.

A3.8 Provide electrical design for new platform-door-control room and any other rooms added or modified.

## A4 Mechanical

A4.2 Determine HVAC loads of new equipment to be installed.

A4.3 Platform doors shall not compromise air-flow characteristics in stations below acceptable levels as defined by NYCT.

A4.4 Platform doors shall be designed to be compatible with climate control (HVAC) systems in the station where it is operational.

A4.5 Platform doors shall withstand the air pressure that results from piston effect of trains entering and leaving the station.

A4.6 The installation of platform screen doors shall have no more than a minimal impact on the ambient temperature in the station and the station's ability to control smoke in the event of a train or other fire.

A4.7 To confirm the installation of platform screen doors have minimum or no impact on station temperature or smoke control, the Consultant shall perform the following:

a. Temperature:

i. Computational Fluid Dynamic Modeling (CFD) of the station as currently configured, and with the installation of the proposed platform doors to determine the expected ambient temperature of the station during hot weather. The Consultant shall assume that there is peak hour system operation with an outside ambient temperature of 89° F.

ii. The Consultant shall perform additional CFD modeling, as required, to determine to what extent the ambient temperature in the track ways will increase to insure train AC performance is not effective.

iii. An increase of more than an average of 5° F over the station with platform doors will be considered failure.

b. Smoke Control:

i. Computational Fluid Dynamic Modeling (CFD) of the station as currently configured and with the installation of the proposed platform screen doors to determine the extent of mitigation of smoke during a train fire. A minimum of 3 runs shall be performed

for the initial condition, and 3 runs for each door type, door size and door configuration that is being considered.

ii. A run shall be performed for a fire located at each end of the station and one run with the fire at the middle of the station. In conjunction with CFD modeling, egress modeling shall be performed for each CFD run. The Consultant shall analyze the CFD modeling with the egress modeling and compare the approximate number of passengers in an untenable environment with and without platform screen doors.

iii. The CFD Smoke Control Modeling parameters will be provided by CPM.

iv. Passenger load shall be in accordance with NFPA 130.

v. Blockage of an additional platform mezzanine egress or >10% additional passengers in an untenable environment with platform screen doors shall be considered failure.

A4.8 The Consultant shall use Fluent CFD Software for temperature and smoke control modeling and STEPS – Simulation of Transient Evacuation and Pedestrian Movements software for egress modeling. Approval of methodology and software are required prior to their use.

A4.9 All developed computer models will be the property of NYCT to permit NYCT personnel to perform additional simulations. All source code(s) and executable files of the developed models, and support documentation shall be delivered, at the time of approval, to NYCT for their use and shall be in a compact disk (CD) media, readable in the Microsoft Windows (MSW) environment.

A4.10 All raw data, input and output files for conducted simulations and calculations shall also be provided in a CD media readable in the MSW environment at the time reports are submitted to NYCT for review and/or approval. The developed software delivered to NYCT should be unrestricted use and time expiration.

A4.11 Provide mechanical design for new platform-door-control room and any other rooms added or modified.

A4.12 Standpipes, valve cabinets and other mechanical systems and equipment shall be relocated as needed to make way for the platform doors and ancillary equipment.

**A5 Signals**

A5.1 NYCT does not recommend integration to the existing Communications Based Train Control (CBTC) system at the station. CBTC ensures that trains are properly berthed, enables the train side doors, and has a stopping accuracy of ± one foot in Automatic Train Operation.

A5.2 Platform doors shall not interfere with train to wayside (and vice versa) communication (radio, CBTC) and with the signals system.

## A6 Sequence of Operations

A6.1 Consultant shall develop a sequence of operations necessary for the system to be fully operational.

A6.2. Trains shall be prohibited from entering/leaving a station when the platform doors are open without authorization. Trains will enter/leave the station following an approved procedure.

A6.3 Prepare installation, testing and startup procedures that take into consideration installation of a platform door system over a period of time, under GOs, and with platform doors locked open for train operation until the entire system is operational.

## A7 Structural

A7.1 Analyze and support existing platform edge structure as required for additional load of platform doors and motors/operators.

A7.2 Provide structural design for new platform-door-control room and any other rooms added or modified.

A7.3 The Consultant shall maintain the integrity of the structure with all design alternatives such as minimizing impact to pedestrian egress, waterproofing, and to maintain the functional facility requirements.

A7.4 Survey entire platform level of station including "back-of-platform areas" using LiDAR equipment, and submit to the Engineer in Microstation format.

## A8 Architectural

A8.1 Consultant shall perform passenger circulation and egress analysis to support the feasibility of the chosen design approach. Perform passenger flow modeling, using software such as Legion, or other comprehensive software to support this analysis and present results to the Authority for approval of special constraints.

A8.2 Study and propose options for glazing systems on new doors and wall framing for platform door system. Consultant shall consider overall station aesthetics in the development of the complete design, including working with door vendors to achieve an optimal approach.

A8.3 Provide architectural design for new platform-door-control room and any other rooms.

A8.4 Provide continuous linear photo luminescent way finding to platform side of door system, including stairs and other paths of egress from the platform level.

## B1 Specific Requirements

Other work activities to be performed by the Consultant under this Task Order shall include, but are not necessarily limited to, the following:

1. Gather and review existing documents pertaining to the selected station. These documents include, but are not necessarily be limited to the following:
    a. As-built drawings;
    b. R143/R160 car related drawings
    c. Contract documents for ongoing work at these facilities;
2. Conduct comprehensive field surveys at the selected station, all of the monitored locations, as well as NYCT & MTA $C_3$ sites (as necessary).
3. NYCT has determined that Historical & NYS SHPO guidelines are not applicable for this station.
4. Determine various equipment to be located in the communication rooms/closets to support the platform doors system at the selected station, including associated electrical and communication equipment. Determine space requirements to locate this equipment and develop detailed layouts depicting proposed new equipment, as well as existing equipment in the room/closets, if any.
5. Design new platform-door-control room and expand existing communications room as required.
6. Update the existing ConOps (see page 2) for standalone and integrated platform door solutions.

7. The Consultant shall conduct a peer review of at least three (3) other major transportation systems to gain an understanding of platform door systems installed in similar terminals/complexes, giving special attention to the RATP Line 1 PSD installation in Paris. Consultant shall then prepare a report and present findings to the Authority. Consultant should recommend warranty and maintenance/cleaning approaches or plans in use by other properties. Focus shall be on older networks like Paris and London, where door systems are being retrofitted.

## B2 General Work Items.

B2. 1 The Consultant shall develop and update project cost estimates. The project cost includes design fees, construction bid cost, project management cost, agency labor force accounts (EFA and TA Labor), contingencies, escalations and any other costs.

B2. 2 The Consultant shall develop a detailed schedule incorporating all of the work activities covered under this task order and update it regularly for up-to-date progress status. The Consultant shall also develop and update as necessary, a system development schedule through its full implementation.

B2.3 The Consultant shall attend regular task order meetings with NYCT and any affiliate agencies and prepare meeting agendas, presentations as necessary and requested, and minutes of meetings.

B2.4 The Consultant shall present the critical path items and highlights to MTA management. This shall include all decision points that must be resolved in order to maintain progress.

B2.5 The Consultant shall prepare and submit bi-weekly Task Order progress reports to NYCT.

B2.6 The Consultant shall make presentations on all deliverables at the time of submission to NYCT as necessary and when requested and address comments generated by NYCT on these submissions by responding in writing with proper disposition of each comment and later incorporating them in the final version of the deliverables.

B2.7 The Consultant shall provide support services to prepare an IFB package for construction of the designed platform doors system at the selected station. These services include, but are not limited to, answering requests for information (RFI's) from prospective bidders, issue addenda as necessary, and attending site surveys and meetings.

B2.8 Perform all associated and incidental work as may be necessary for completing this Task Order.

B2.9 Upon request, the Consultant shall provide a Construction Support Service Scope of Work and cost proposal for negotiation and issuance under a separate task order.

## 4. DELIVERABLES

a) A bar chart schedule for this task order in addition to a schedule for the construction phase.

b) Monthly Project Status Reports and minutes of all meetings. This should include a 1-2 page summary outline with an update on each action item for ease of checking its progress. The Project Status Report shall also provide details on project budget, including but not limited to, expended and Estimate at Completion (EAC) hours and dollar amounts, variances in project budget and schedule and action(s) being taken to address them, and status of requested changes to the task order scopes;

c) Full Design submissions including drawings, technical specifications, calculations, cost estimates, schedules and reports.

d) Provide Preliminary Engineering, Final Design, Bid and Conformed Specifications and Drawings in dgn, pdf, and printed formats as requested by the Design Manager.

e) Provide Code Compliance checklists with each design submittal to address changes to lighting levels, heating, cooling and other parameters as needed.

f) Provide final reports and Presentations including applications, technologies and methodologies:

1) State-of-the-Industry/Peer Review study report;
2) Comparison between prominent solutions, with analysis as well as feasibility and recommendations of platform door configurations;
3) Risk Analysis for the proposed design.
4) Updated ConOps (after Prelimininary Engineering Submittal).
5) Analysis of long-term maintenance (life cycle) of PSD systems (See Section A1.25 ).

g) Twenty (20) copies of all relevant documents on paper and also in electronic form as requested and detailed below.

h) All documentation shall be made available in original, electronic file format in Word, Excel, dgn, jpg, Visio, etc., as requested, in addition to fully formatted and bookmarked pdf files as directed.

i) Pdf files shall be provided via direct electronic conversion from native electronic files using Adobe Acrobat. Other pdf editors shall not be used for this project,

except by approval by the Design Manager. Scans produced from paper printouts are NOT acceptable for this project. Pdf files shall not be locked.

j) Consultant is responsible for the delivery and distribution of all deliverables to the various stakeholder groups, as directed by the Design Manager.

## 5. APPLICABLE CODES, STANDARDS AND GUIDELINES

All codes of practice, reference standards, and guidelines used shall be the latest publication and application available during development of this task. The applicable guidelines, codes of practice and criteria for this task shall include, but not be limited to, the following:

a. Building Code of New York State;

b. Fire Code of New York State;

c. Energy Conservation Construction Code of New York State;

d. Mechanical, Plumbing and Fuel Gas codes of New York State;

e. NFPA 70: National Electric Code and New York City Electrical Code;

f. NFPA 130: Standard for Fixed Guideway Transit and Passenger Rail Systems;

g. NYS "Energy-Star" requirements;

h. All applicable NYCT design standards, guidelines, procedures rules and regulations, and policy instructions;

## 6. SCHEDULE

The design task shall be completed within Fourteen (14) months from the Notice-to-Proceed date for this Task Order. The Consultant shall achieve the following milestone submittals:

| | |
|---|---|
| Month 1 | Gather, review, and confirm existing information |
| Month 2 | State of the Industry/Peer Review report & presentation |
| Month 3 | Conceptual Design |
| Month 6 | Preliminary Engineering Submittal |
| Month -11 | Final Design Submittal |
| Months 12-14 | Signed Bid Documents |

## 7. SERVICES PROVIDED BY MTA AGENCIES

The following services shall be provided by NYCT, MTA and its affiliate agencies as necessary and when requested by the Consultant in support of the work specified under this Task order:

1. Copies of assessment reports.
2. Electronic copies of existing platform doors documents including ConOps, and all other supporting documentation.
3. Copies of available existing plans and other documentation for the selected station as requested.
4. Access to each of the selected station for all qualified and approved project personnel to participate in field assessments and surveys. The access shall be requested in advance and must be pre-approved.
5. Make available access to NYCT personnel for interviews and procedure reviews, based on their schedule and in such a manner as to minimize the operational impact to the NYCTA and inconvenience to the personnel, to the extent possible.
6. Copies of existing design guidelines.
7. Track Safety training for Consultant personnel by NYCT, which is a prerequisite for access on or near the right-of-way.

## 8. SPECIAL CONDITIONS

Project Collaboration on MTA Security Program web-based, Project Management Tool.

For the performance of work under this Task Order, the Consultant will be required to fully participate in project collaboration on the MTA's Capital Security Program's "Project Solve" or NYCT's "Constructware" website, a web-based project management and collaboration tool. The Consultant shall be responsible for timely posting of all documents created by them or members of the project team.

Consultant shall be expected to use the tool extensively throughout the project cycle. The Consultant shall manage the portal to handle all questions and answers. The Consultant shall use the database and reporting features of the portal.

The Consultant's project personnel will be provided access to the site as necessary by NYCT at no cost to the Consultant. Proper training in the use of this tool may be provided to the Consultant at no cost as necessary and when requested.

# SECTION 4

# OPERATING BUDGET IMPACT

TBD

# SECTION 5

# PROJECT PROFILE

# N/A

# SECTION 6

# ATTACHMENTS

# SECTION 7

# SCHEDULE

# SCHEDULE

- Month 1 — Gather, review, and confirm existing information
- Month 2 — State of the Industry/Peer Review report & presentation
- Month 3 — Conceptual Design
- Month 6 — Preliminary Engineering Submittal
- Month 7 -11 — Final Design Submittal
- Months 12-14 — Signed Bid Documents
- Months 15 – 32 — Construction
- Months 33 – 36 — Closeout

**TOTAL SCHEDULE: 3 Years**

# SECTION 8

# PROJECT MASTER PLAN
# SIGN-OFF SHEET

## PROJECT MASTER PLAN SIGN-OFF SHEET

### PROJECT IDENTIFICATION

PROJECT NAME: PLATFORM SCREEN DOORS PILOT

PSE NUMBER: D-61117

MP ESTIMATE: ~~$20,700,000~~ $16,045,512

PLANNING NUMBER:

YEAR OF AWARD: 2014

### PROJECT APPROVALS

DESIGN MANAGER, CPM:

Don Willemann
NAME (Type/Print)

SIGNATURE [signature]

DATE 8/14/14

PROJECT MASTER PLAN MANAGER, CPM:

Steve Babsky
NAME (Type/Print)

SIGNATURE [signature]

DATE 8-13-14

PROGRAM MANAGER, CPM:

Deborah Chin
NAME (Type/Print)

SIGNATURE [signature]

DATE 8/13/14

PROGRAM OFFICER, CPM:

Mark Bienstock
NAME (Type/Print)

SIGNATURE Mark Bienstock

DATE 8/13/14

DEPUTY VICE PRESIDENT PROGRAM CONTROLS, CPM

Zeyad Alkaisi
NAME (Type/Print)

SIGNATURE Zeyad Alkaisi

DATE 9/12/14

CHIEF ELECTRONICS MAINTENANCE DIVISION, DOS

Leonard Ciaccio
NAME (Type/Print)

SIGNATURE

DATE

# PROJECT MASTER PLAN SIGNOFF SHEET

**PROJECT NAME: PLATFORM SCREEN DOORS PILOT (PSD)**

| Title | Name / Date |
|---|---|
| CHIEF ENGINEERING OFFICER, RS & MOW ENGINEERING, DOS<br><br>________________<br>SIGNATURE | *Kenneth Mooney*<br>NAME (Type/Print)<br><br>________________<br>DATE |
| CHIEF COMMUNICATIONS ENGINEER<br><br>________________<br>SIGNATURE | *Rafael Ruffo*<br>NAME (Type/Print)<br><br>________________<br>DATE |
| VICE PRESIDENT, ENGINEERING SERVICES, CPM<br><br>________________<br>SIGNATURE | *Madan Naik*<br>NAME (Type/Print)<br><br>________________<br>DATE |
| VICE PRESIDENT & CHIEF OFFICER, SPONSOR DEPARTMENT CAPITAL PROGRAM<br><br>________________<br>SIGNATURE | *Marva Brown*<br>NAME (Type/Print)<br><br>________________<br>DATE |
| CHIEF OFFICER CAPITAL PROGRAM<br><br>________________<br>SIGNATURE | *David Henley*<br>NAME (Type/Print)<br><br>________________<br>DATE |

# Exhibit J

# Platform Screen Doors

12/18/14

# Agenda

- Executive Summary
- Consultant Scope of Work
- Design Schedule
- Station Selection Criteria
- Initial Station – 6th Avenue (Canarsie Line)
- Alternative Locations
  - Platform Photographs
- Recommendation

# Executive Summary

- Consultant contract awarded to design a Platform Screen Door System at one subway station.
- NYCT needs to identify a station:
  - Suitable for installation of platform screen doors
  - Can learn lessons applicable to other stations

# Consultant Scope of Work

- Design a platform screen door pilot system at one subway station.
- Work includes motor controls, CCTV at RCC, coordination with Signals and Car Equipment, ventilation and other systems.

# Design Schedule

| | |
|---|---|
| • Awarded Consultant Design Task | 10/30/14 |
| • Design Kickoff Meeting | 10/31/14 |
| – *(Design on hold until location identified)* | |
| • Preliminary Design Review | 06/15/15 |
| • Final Design Review | 12/15/15 |
| • Signed Bid Documents | 04/15/16 |
| • Construction Award | 09/15/16 |

# Station Selection Criteria

- Captive Car Fleet
  - Fixed car door alignment
- CBTC Controlled
  - Consistent stopping position
- Column Locations
  - Clearance for door installation
- Staircase Locations
  - Clearance for passenger flow (walking & wheelchair)
- ADA Access
  - Accessibility for disabled riders
- Ridership
  - High: Assess impact on train dwell times
  - Low: Allow for maintenance
- Interference with future planned work

# Station Comparison

| | 6th Avenue | Times Square | Hunters Point |
|---|---|---|---|
| Captive Car Fleet | ✓ | ✓ | ✓ |
| CBTC Controlled | ✓ | ✓ | ✓ |
| Column Locations | ✗ | ✓ | ✓ |
| Staircase Locations | ✗ | ✓ | ✓ |
| ADA Access | ✗ | ✓ | ✗ |
| Ridership | ✓ | ✓ | ✓ |
| No Interference | ✓ | ✓ | ✓ |
| | | | |
| | | | |

# Initial Station: 6th Avenue (Canarsie Line)

## Pros

- Captive Car Fleet
  - Fixed door alignment
- CBTC Controlled
  - Consistent stop position

## Cons

- Columns 3 feet from platform edge
  - ADA & Code Issues
  - Some columns line up in front of train doors
- Staircases very close to platform edge
  - Will need to be replaced to accommodate doors

# Alternative Locations
## (Flushing Line)

| Station | Boro | Platform Type | Column to Edge | Station Elevator | Ridership (2013) | Pros/Cons |
|---|---|---|---|---|---|---|
| **Times Square** | Manh. | Island | ~8 ft. (most)<br><br>3 ft. (end) | Yes | 63.6 M | • High daily ridership<br>• Landmarked Station<br>• No ADA Concerns<br>• Ample Power<br>• Space available for PSD control room |
| **Hunters Point** | Queens | Side | ~4 ft. (most)<br><br>2 ft. (end) | No | 1.7 M | • Lower daily ridership<br>• In-Bound AM Rush (LIRR)<br>• Will trigger ADA Elevator<br>• Comm. Room Expansion pending under C-43048<br>• Some staircase access constraints<br>• Need to identify space for PSD control room |

## Times Square




End of platform




## Hunters Point




End of platform



# Recommendation

- Design Platform Door System at Hunters Point Station on the Flushing Line
  - Coordinate with on-going CBTC Contract

Notes Summary:

No speaker notes are contained in this presentation.

# Exhibit K

Division of Systems and Security

# CPM

# MASTER PLAN

NEW YORK CITY TRANSIT

# TRACK INTRUSION DETECTION PILOT PHASE II

Contract: TBD

Planning No: ~~EN05-7332~~ PP02-1619

**Rev 4, January, 2016**

# TRACK INTRUSION DETECTION
# PHASE II

## CONTENTS


| | |
|---|---|
| EXECUTIVE SUMMARY | Section 1 |
| SCOPE OF WORK | Section 2 |
| COST ESTIMATE SUMMARY | Section 3 |
| OPERATING BUDGET IMPACT | Section 4 |
| CONSTRUCTION SCHEDULE | Section 5 |
| PROJECT PROFILE | Section 6 |
| ATTACHMENTS | Section 7 |
| PROJECT MASTER PLAN SIGNOFF SHEET | Section 8 |

# SECTION 1

# EXECUTIVE SUMMARY

## EXECUTIVE SUMMARY PAGE 1 OF 2

### 1. PROJECT IDENTIFICATION

| | | | |
|---|---|---|---|
| **Investment** | CPM | **Budget Category:** | |
| **Project Title:** | Track Intrusion Detection Pilot Phase II (TIDS-2) | **Planning Number:** | ~~EN05-7332~~ PR02-1619 |
| **Needs Category:** SOGR | **Useful Life:** 15 Years | **Sponsor Dept:** | Subways, System Safety |

| | | | |
|---|---|---|---|
| **Design Cost:** | $0.7M | **Design Start:** | FEB, 2016 |
| **Construction Cost:** | $4.6M | **Construction Award:** | JUL, 2016 |
| **Total Budget:** | $5.3M | **Beneficial Use:** | MAY, 2017 |

### 2. PROJECT DESCRIPTIVE INFORMATION

**a. Description of Work**

The Track Intrusion Detection Pilot, Phase 2 (TIDS-2) is a continuation of the Track Intrusion Detection Pilot, Phase 1 (TIDS-1), which was conducted at the Rector Street Station (BMT/Broadway Line). In an effort to detect customers, workers, or objects on active tracks and to alert Train Operators, Station personnel and the RCC/RTO Supervision for Situational Awareness and possible remedial action, there is a need to pilot various technologies as proofs of concept. These pilots will gather technical, constructability, maintainability and operational information to better select reasonable and feasible technologies for deployment in the NYCT System.

The systems configurations shall include the following:

a. CCTV available at the RCC for situation evaluation and forensics.
b. Local visual indications (in approach to and within the station) for Station Personnel, Train Operators and First Responders
c. Secure local and remote System Reset ability.

The TIDS systems to be trialed, will demonstrate the ability to filter out small objects, rodents/birds, and alarm actual persons and larger object on the trackway. It will involve various detection technologies such as laser scanners/sensors, intelligent cameras, thermal camera sensors, microwave radio sensors as applicable to different vendor technologies.

The system shall generate local alarms by means of flashing yellow light/strobe installed in the approach to the station, to alert incoming train's operators of the incident(s). The alarm shall be transported to the Rail Control Center and NYCT Security Command Center at 130 Livingston Street for viewing and processing. The system shall provide a means of resetting the flashing amber light/strobes locally from the station and remotely from the RCC when it is safe to resume normal train operation.

## EXECUTIVE SUMMARY PAGE 2 OF 3

**b. Objectives/Purpose of Proposed Project**

The TIDS pilot initiatives are being deployed to test the effectiveness of specific detection technologies suitable for implementation within the NYCT system environment in order to reduce fatalities and/or injuries in the NYCT subway system.

From January 1, 2011 through February 28, 2013, a total of 357 incidents, of which 129 were fatalities occurred within the entire NYCT system. Of those incidents 78 incidents including 36 fatalities involved individuals who were struck by trains within station confines.

The ongoing TIDS Pilot projects for NYCT began in November, 2013 and consists of two phases:

The **first phase** has been implemented at Rector street Station, and consists of the following vendors and technologies:

Rector Street North Bound Platform:

a) TelSys: Guideway Intrusion Detection Video Technology combined with Laser Technology.
b) Sight Logix/Parsons: Thermal Detection technology

Rector Street South Bound Platform:

a) Molinari & Associates: Laser Technology
b) HoneyWell: Microwave Radio Transmission Technology

The Sight Logix/Parsons system was turned off in August, 2015 due to excessive, unexplained false alarms. The remaining three vendor's systems have completed the testing phase. The HoneyWell system utilizes column-side and platform overhang sensors that will be difficult to install in narrow stations with tight curves. The Molinari system uses cameras mounted on the track ceiling and lasers centered between the tracks, requiring GO's to install and maintain. The Telsys system initially used video analytics, but later added laser technology to their system due to excessive false alarms. In order for NYCT to fully address the rollout of the TIDS system to accommodate multiple passenger station configurations, it is necessary to qualify additional vendors and technologies through a second TIDS pilot.

Maintainability of the TIDS equipment will be taken into account for the TIDS-2 pilot and the TIDS system rollout. The TIDS-1 equipment is located in the vicinity of the tracks right of way, on the platform ceiling, overhangs, track walls, and columns. Maintaining this equipment will impact train service and require either flagging or G.O.'s Additionally, the TIDS-2 pilot and system rollout will need to allocate adequate resources to cover the maintenance, hardware, and software changes, of the TIDS system.

## EXECUTIVE SUMMARY



Phase 2 of the Track Intrusion Detection (TIDS-2) will be implemented at 50th Street Station on the IND, 8th avenue (A/C) line lower level.

The TIDS-2 vendors are as follows:

**50th Street South Bound Platform:**

a) **Xtralis**: Combination of Xtralis analytics (IntrusionTrace) and FastTrace video recorder/transmitter gateways with video content analysis. Panasonic vandal cameras will be installed on the platform edge to capture video of the platform and track area.

b) **EIA**: Leveraging thermal cameras, lasers/sensors, VMS, and analytics to deliver an integrated solution.

**50th Street North Bound Platform:**

a) **Duostech:** Intelligent, digital, multi-sensor solution including Laser Induced Differential Absorption Radar (LIDAR), and real-time video analytics to detect and report track intrusion incidents.

b) **Clearsy System Engineering** will provide a solution consisting of Laser technology and platform edge cameras.

As with TIDS-1, NYCT in-house work forces from Infrastructure Capital Construction (ICC), will install the vendor's equipment as well as furnish and install required conduits and cabling (power, communications cabling) between the field equipment and the designated local Communications/ TTB room. NYCT Electronic Maintenance Division (EMD) of MOW/Subways will install cameras and terminate required cables to cameras located within the station.

## 3. EVALUATION / JUSTIFICATION

**a. Analysis of Operating Budget Impacts (All Projects)**

Refer to Section 4

**b. Cost-Benefit Analysis (For System Improvement & Network Expansion projects only)**

Not Applicable

**c. Alternative Analysis (For projects with significant alternatives)**

Not required

# SECTION 2

# SCOPE OF WORK

# SUMMARY SCOPE OF WORK

| | | | | | |
|---|---|---|---|---|---|
| **PLANNING NO.** | ~~EN05-7552~~ PP02-1619 | **SPONSOR DEPT.:** | Subways, Operating Support | **STATUS:** | **DRAFT** |
| **BUDGET CAT:** | T-03 | **USER DEPT.:** | Subways | | |
| **PSE NO:** | TBD | | | | |

**TITLE:** **Track Intrusion Detection Pilot Phase II**

**PROJECT DESCRIPTION (BRIEF):** The Track Intrusion Detection system will detect and alarm the presence of people and objects entering or falling onto the track bed within the station area.

| | | | | | |
|---|---|---|---|---|---|
| **BID COST:** | **TBD** | **COST BASE:** | | **ESTIMATE PREPARED BY:** | **CPM & Procurement** |
| **TOTAL COST:** | **TBD** | **CONFIDENCE LEVEL:** | | **High** | |
| **CONSTRUCTION AWARD YEAR:** | 2016 | **DESIGN START:** | Feb, 2016 | **BENEFICIAL USE** | Sept, 2016 |

**LOCATION CODE:**

| | | | | |
|---|---|---|---|---|
| **LOCATION: 50th Street Station** | **LINE/SEG: IND** | **ASSET CODE** | **OFF-LINE FAC.** | **ROUTE /SEC** |

**COMMUNITY BOARD NO. : 4** **BOROUGH:** Manhattan

**PRELIMINARY ENGINEERING EVALUATION:** PE evaluations will be done during the design phase.

**RECOMMENDATION:** This work is recommended for ensuring safety of the riding public in the NYCT Subway system.

| | | | |
|---|---|---|---|
| **SCOPE DEVELOPED BY: P.O.C.-IN-CHARGE** | **Don Willemann, P.E.** | **PHONE:** | **646-252-3865** |
| **USER REPRESENTATIVE: SPONSOR REPRESENTATIVE:** | **Marva Brown** | **PHONE:** | **646-252-5983** |
| **SCOPE DEVELOPMENT REPRESENTATIVE:** | **Alexis Marks** | **PHONE:** | **646-252-4308** |

# TRACK INTRUSION DETECTION PHASE 2
# (TIDS-2)

## SCOPE OF WORK

### 1. PROJECT BACKGROUND

The Track Intrusion Detection Pilot, Phase 2 (TIDS-2) is a continuation of the Track Intrusion Detection Pilot, Phase 1 (TIDS-1), which is being conducted at the Rector Street Station (BMT/Broadway Line). In an effort to detect customers, workers, or objects on active tracks and to alert Train Operators, Station personnel and the RCC/RTO Supervision for Situational Awareness and possible remedial action, there is a need to pilot various technologies as proofs of concept. These pilots will gather technical, constructability, maintainability and operational information to better select reasonable and feasible technologies for deployment in the NYCT System.

The detection systems shall include the following:

a. CCTV available at the RCC for situation evaluation and forensics.
b. Local visual indications (in approach to and within the station) for Station Personnel, Train Operators and First Responders.
c. Secure local and remote system reset ability.

The TIDS-2 systems to be trialed will demonstrate the ability to filter out small objects, rodents/birds, and alarm actual persons and larger object on the track way. It will involve various detection technologies such as laser scanners/sensors, analyzers, intelligent cameras (video analytics), thermal cameras, as applicable to different vendor technologies.

The system shall generate local alarms by means of flashing yellow light/strobes installed in the approach to the station to alert incoming train's operators of the incident(s). The alarm shall be transported to the Rail Control Center (RCC), Backup Control Center (BCC), and NYCT Security Command Center (SCC) at 130 Livingston Street for viewing and processing. The system shall provide a means of resetting the flashing amber light/strobes locally from the station and remotely from the RCC when it is safe to resume normal train operation.

For a complete list of TIDS-2 systems requirements, refer to Appendix A.

### SCOPE OF WORK

The following scope of work provides the guidelines for furnishing, installing, integrating and testing all hardware, software, and interfacing equipment required for an integrated Track Intrusion Detection System (TIDS) pilot which will test track intrusion detection technologies from four different vendors, as identified below, at 50th street station on the IND, 8th avenue (A/C) line in Manhattan:



NYCTA-00735

## South Bound Platform

### A. Xtralis

Xtralis will provide a perimeter security solution using a combination of analytics video recorder/transmitter gateways with video Content Analysis. Panasonic vandal cameras will be installed on the platform edge to capture video of the platform and track area.

### B. EIA

EIA Integrated Networked Technologies will leverage a combination of technologies and devices including: thermal cameras, lasers/sensors, and analytics to deliver an integrated solution.

## North Bound Platform

### C. Duostech

Duostech will provide an intelligent, digital, multi-sensor solution including Laser Induced Differential Absorption Radar (LIDAR), and real-time video analytics to detect and report track intrusion incidents.

### D. Clearsy System Engineering

Clearsy will provide an integrated solution consisting of laser technology and platform edge cameras.

**Table 1. TIDS-2 Vendor Equipment Matrix**

| SOUTH BOUND PLATFORM | | NORTH BOUND PLATFORM | |
|---|---|---|---|
| Xtralis: Video Analytics | EIA: Thermal Cameras, Lasers | Duostech: Video Analytics, LIDAR | Clearsy: Lasers, Cameras |
| 16 Cameras | 8 Thermal Cameras | 5 Cameras | 3 Cameras |
| | 9 Lasers | 4 LIDAR | 18 Lasers |

## 1. SYSTEMS AND TECHNOLOGIES

The Track Intrusion Detection system shall include the following components:

A) Detection and alarm equipment
B) Network Access and cabling
C) Monitoring location equipment

### A. Detection and alarms

The vendor shall provide required hardware components (mechanical, electrical, communications, etc.) to enable the system to monitor the track area within the station to detect and alarm the presence of

objects or people who enter or fall onto the track roadbed. Such falls shall trigger the following conditions:

1. A local alarm shall be generated by means of a series of flashing lights/strobes to be installed every sixty (60) feet in approach to the station to warn approaching trains of ongoing intrusion incidents. The flashing lights shall be spread out at an area beginning (360) feet in approach to the station. The vendor shall provide a means of resetting the flashing lights/strobes locally from the station area and remotely from the RCC and BCC. In addition, each vendor shall supply an interface box which shall allow NYCT to disconnect the strobes as needed from the main equipment cabinet for maintenance purposes.

    a. During a TIDS alarm, the Rail Command Center (RCC), Backup Command Center (BCC), and Security Command Center (SCC) shall have an indication that the station lights/strobes have been activated. The associated video requested from RCC, BCC and/or SCC shall be streamed over NYCT Wide Area Network (WAN). Video associated with an alarm shall also be stored locally in the DVR.

    b. The TIDS system shall be able to filter out trains (moving or stationary), small objects less than twelve to fifteen (12-15) inches, rodents, birds etc.

**B. Network Access and Cabling**

1. The alarm indications shall be transmitted to the local TIDS room located at the end of the station platform, near the comm room. A path shall be created through NYCTs existing Wide area Network (WAN) to transport the alarms to the monitoring locations (RCC, BCC and SCC).

2. The Vendor shall furnish all necessary network interfacing equipment such as servers, equipment cabinet/enclosures, mounting brackets, as required to interface to the NYCT enterprise network, the NYCT Security network and to transport the alarms to the monitoring locations.

**C. Monitoring Equipment**

1. Monitoring locations shall be the RCC, BCC and SCC. The Vendor shall furnish and install a total of six laptops (2 for the RCC, 1 for 130 Livingston Street, 3 for the vendor's evaluation) with the required management software such that NYCT personnel can retrieve and view the alarms from the station, and to conduct the evaluation of the vendors as applicable.

2. Each vendor shall supply the Design Manager's office the required software and administration privileges to allow a total of ten (10) designated NYCT personnel to monitor the installed system within the NYCT network.

**3. TIDS REQUIREMENTS**

See Appendix A

## 4. RESPONSIBILITIES

### 4.1 General

NYCT Capital Program Management (CPM) and NYCT Procurement are the vendor Points of Contact. CPM is responsible for the technical and management aspect of the pilot with input from MOW, EMD and other stakeholders such as: Rapid Transit Operations (RTO), Office of System Safety (OSS), CPM signals, etc. Procurement is responsible for price negotiation with the vendors.

### 4.2 NYCT

NYCT will perform the following services under the guidance of the Vendor:

a. Install vendor supplied TIDS equipment and accessories such as: cameras, sensors, mounting brackets, junction boxes, lights/strobes, interface boxes, interfacing equipment to NYCT's WAN and head-ends, laptops etc.

b. Furnish and Install network (Cat 5, Cat 6) cables, power cables and associated conduits from the Communications rooms to the vendor's field equipment as per each vendor's diagrams and instructions. In addition NYCT shall furnish and install power cables and conduits to the interface box, to the local alarm strobes/lights located in the field and in the station.

c. Terminate all conduits and cables/wires to required equipment as per the Vendor's diagrams and instructions.

d. Supply 120 VAC power to each vendor's equipment.

e. Provide network connection and path to transport the alarms indications and low bandwidth video footage to the RCC and SCC at 130 Livingston Street.

f. Allocate IP addresses for each vendor's system.

g. Provide the Vendor with access and protection to any necessary platform equipment rooms, and to the right of way alongside the platform.

h. Coordinate with internal NYCT divisions to provide support during installation, testing and evaluation.

### 4.3 Vendor Responsibility

a. Submit the design of the TIDS system to the Design Manager's office for approval.

   1. Consult with the Design Manager's Office and the RCC to define the user interface (during normal, alarm, and bypass modes) before it is delivered.

   2. Bypass mode functionality must be included in the design and demonstrated during the final evaluation test of the system.

   3. Include a password protected command to reset the field strobes from the RCC, in case it is not possible to acknowledge a TIDS alarm from the RCC due to a communications failure, equipment configuration changes, or other factors.

b. Furnish all equipment including but not limited to hardware and software, cameras, mounting hardware, equipment cabinets, junction boxes, lights/strobes, interface boxes, lights/strobes trigger mechanism, interfacing and head-end equipment, and all other equipment necessary for a complete Track Intrusion Detection Pilot Phase II system.

c. Furnish all cabling (except Cat 5, Cat 6 and power cables) and fittings required for the TIDS system.

d. Provide circuit breakers as per each vendor's equipment power needs.

e. Provide technical assistance and support during all phases of this pilot including field installation, system commissioning and testing.

   1. During installation, each vendor shall have at least two field engineers available to support the installation, in order to allow for ICC to have two crews on site during the install.

f. Build, configure and test supplied equipment and materials, including hardware and software configuration tools, as required for the pilot.

g. Provide equipment required for interfacing and integrating field equipment and equipment at both monitoring locations, the NYCT's WAN, to facilitate alarm transmission and viewing at the RCC and the SCC.

h. Furnish two laptops at the RCC, one laptop at the SCC, three additional laptops with the required software to conduct the evaluation test as indicated under each vendor's specific section.

i. Supply all software and licensing required for the system including software configuration, vendor's management system and maintenance tools.

j. Provide installation drawings identifying all pilot equipment including sensors, warning lights, enclosures etc., and conduit runs. Indicate their proposed location, and provide equipment details such as operating temperature, power requirement/consumption, heat load, space requirement, etc.

k. Identify the number of IP addresses required to transport alarms and videos to the monitoring locations.

l. Provide training (for RCC console operators, EMD maintenance, MOW engineering, and software training), installation manuals and record documents, etc.

m. Deliver equipment to the site in coordination with NYCT Subways Electronic Maintenance Division (EMD) and Infrastructure Capital Construction (ICC) divisions.

n. Provide the Design Manager's (DM) office with the equipment cost through NYCT Procurement.

o. Provide the DM office with Optional Maintenance pricing for one year and for two years.

p. Submit as-built drawings to the DM office thirty (30) days after system installation.

## 5. COMMUNICATIONS

NYCT shall provide access to the NYCT network in order to transport the alarms to the monitoring locations. The vendor shall indicate if Quality of Service (QoS) is needed on the network to transport the track intrusion alarms.

## 6. ELECTRICAL

120 Volts AC power, 20Amps will be provided to power the vendor's equipment. The vendor shall perform the necessary conditioning within his equipment cabinet to ensure the equipment has access to a clean power source.

## 7. STRUCTURAL

a. Equipment to be installed in the equipment/head end room, in the station area and in the right of way shall be ruggedized and able to sustain extreme environmental conditions such as heat (up to

120 degree Fahrenheit), humidity, and steel dust. In addition equipment to be installed within the station area such as cameras, junction boxes shall be able to sustain normal vibration associated with the station platform.

b. The Vendor shall propose to NYCT's ICC and EMD personnel the optimum location (track wall, columns, pole, etc.) to install the field equipment. The Vendor shall provide mounting details and specifications for pole, wall or column mounted equipment.

c. Track Intrusion equipment to be installed in the head end equipment room. Air conditioned cabinets are recommended to avoid overheating failures.

## 8. MAINTENANCE SUPPORT

For a one year period after installation, and for a three month demonstration period, the vendor shall be the first responder/maintainer of the Track Intrusion Detection System. The vendor shall resolve in a timely manner any problems/issues encountered during the one year period after installation. If the problem can be resolved onsite, NYCT EMD personnel shall be present during the problem resolution for knowledge transfer. If the defective part must be repaired at the factory, a replacement part shall be provided and installed while the repair is being done.

NYCT EMD must have access to each vendor's Management System and be provided with the maintenance tools required to monitor the condition of the system and maintain the system hardware, software, firmware, etc.

## 9. PROJECT ESTIMATED COSTS

The Vendor shall provide NYCT with a list of equipment (including equipment specifications requirements) and services to be provided to NYCT and their associated cost so that NYCT can allocate a total budget for the pilot.

## 10. PROJECT ESTIMATED COSTS

The Vendor shall provide NYCT with a list of equipment (including equipment specifications requirements) and services to be provided to NYCT and their associated cost so that NYCT can allocate a total budget for the pilot.

## 11. PILOT PROJECT SCHEDULE

A complete, integrated pilot system shall be tested, and ready to be placed into operation within four weeks after NYCT installation. The system shall be demonstrated to NYCT management within two weeks after successful installation and testing. The pilot shall be evaluated for a period of three months, commencing after all equipment has been installed, officially tested by NYCT, and the system is placed into operation.

## 12. OPERATIONAL IMPACT

The pilot shall be conducted in a way that minimizes impact on train operation. NYCT and Vendor's personnel involved in the pilot shall be track safety trained. All track safety procedures shall be adhered to at all times during all phases of the TIDS project.3

## 13. RISKS AND ASSUMPTIONS

A. For the TIDS-2 pilot at West 50th Street, the system shall generate local alarms by means of flashing yellow light/strobes installed in the approach to the station. Future installations of strobe lights will allow for bi-directional traffic at stations where this is applicable.

B. Alarms and video will not be provided to the Station Agent at West 50th for the TIDS-2 pilot. This requirement will be addressed with Subways and the RCC during the planning and design phases of the system rollout.

C. Upon completion of the TIDS-2 pilot, specifications will be developed for a subsequent roll-out project to require acceptable vendor(s) to integrate TIDS functionality with NYCT's existing Genetec and NICE/Qognify PSIM head-end systems at the RCC, BCC, and the Security C3 Center.

## MTA New York City Transit Authority

| | | | |
|---|---|---|---|
| 1. PROJECT DESCRIPTION: | Track Intrusion Detection System (TIDS-2) | | |
| 2. a. PLANNING NO: N/A | 3. a. PREPARED BY: | A. Marks | 4. a. DATE OF ESTIMATE: 05/07/16 |
| b. PSE NO: [illegible] | b. TELEPHONE : | (646)252-4308 | b. CONSTR. DURATION: 10 Months |

5. PROJECT COST SUMMARY: (All Figures in Current Dollars in Millions)

a. Design

Design: $641,100

IQ Environmental: $32,120

**Design Total:** **$673,220** 70K

| | |
|---|---|
| b. Bid/Procurement Cost | $3,157,953 |
| c. Contingency | $157,898 |
| d. Inspection/Engineering Force Acct (EFA) | $1,066,680 70K. |
| e. TA Labor | $260,040 Ay 5/25/16 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| i. Other (specify): | |
| **Total Project Cost** | 5,315,791 |

TOTAL COST PER ITEM (Labor & Materials)

DESCRIPTION OF MAJOR WORK ITEMS IN BID COST:

1- Cost Based on current Dollars.

2. Bid cost includes Escalation, A.F.I.,

3. Construction Duration - 10 months.

4. The estimate is based on design criteria and product specifications. Work within the TIDS Room during the day. All other work performed during night & weekend hours.

5. Bid costs excludes state and local taxes, utilities, financial charges, legal expenses, permits, and outside consultant services

Current dollars, etc.

7. Construction is estimated at 10 months

**TOTAL COST: $5.3M**



NYCTA-00742

DIVERSIONS

| Area/Location | Hours | Trk(s) | Service Plan | #occ | Unit-Cost | Subtotal | #Flagg | Shifts | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| West 50th Street, 8th Avenue Lower Level | 0001-5000 | D3, D4 | Piggybacking on 53rd Street tube Sandy/Low Resistance Contact Rail* | 10 | $114,760 | $0 | 2 | 7 | 140 |
| | | | | 10 | | $0 | | | 140 |

WORKTRAINS

| TYPE | UNIT-COST (INCLUDES LD/UNLD) | #OCC | WORK-TRAIN SUBTOTAL | #FLAGGERS /SHIFT | #SHIFTS | #FLAGGERS |
|---|---|---|---|---|---|---|
| 8hr | $6,500 | 0 | $0 | 2 | 1 | 0 |
| 53HR | $26,000 | 0 | $0 | 2 | 7 | 0 |
| | | 0 | $0 | | | 0 |

FLAGGING

| #OCC Under Traffic | #FLAGGERS /OCC | #FLAGGERS UNDER TRAFFIC | DIVERSIONS + WORK TRAINS + UNDER-TRAFFIC | Total# Flaggers (w/SHT & EQPT) | FLAGGING UNIT COST /TOUR | FLAGGING TOTAL COST |
|---|---|---|---|---|---|---|
| 5 | 4 | 20 | 160 | 184 | $900 | $165,600 |

TEST TRAINS

| #OCC | Unit-Cost | Subtotal |
|---|---|---|
| 0 | $1,850 | $0 |

ACCESS & PROTECTION

| Trade | Hrs of Work | #Occ | # of Shifts | #Maintainers/Occ | Cost/Tour | Subtotal |
|---|---|---|---|---|---|---|
| CommRm | 0800-1600 | 12 | 1 | 2 | $800 | $19,200 |
| EDR | 0800-1600 | 12 | 1 | 2 | $800 | $19,200 |
| Hydraulics | 0800-1600 | | | | $800 | $0 |
| other? | 0800-1600 | | | | $800 | $0 |
| | | | | | | $38,400 |

INSPECTIONS

| Trade | Hrs of Work | #Occ | # of Shifts | #Maintainers/MSII/Occ | Cost/Tour | Subtotal |
|---|---|---|---|---|---|---|
| Carpentry | 0800-1600 | | | | $900 | $0 |
| Masonry | 0800-1600 | | | | $900 | $0 |
| Painting | 0800-1600 | | | | $900 | $0 |
| Plumbing | 0800-1600 | | | | $900 | $0 |
| Tinsmith | 0800-1600 | | | | $900 | $0 |
| Iron | 0800-1600 | | | | $900 | $0 |
| Struct Eng. | 0800-1600 | 2 | 1 | 2 | $900 | $3,600 |
| Lighting | 0800-1600 | | | | $900 | $0 |
| Hydraulics | 0800-1600 | | | | $900 | $0 |
| Fire Lines | 0800-1600 | | | | $900 | $0 |
| Station Signage | 0800-1600 | 6 | 1 | 2 | $900 | $10,800 |
| Signal | 0800-1600 | | | | $900 | $0 |
| Track | 0800-1600 | | | | $900 | $0 |
| Third Rail | 0800-1600 | | | | $900 | $0 |
| Communication | 0800-1600 | 6 | 1 | 2 | $900 | $10,800 |
| Electrical | 0800-1600 | 4 | 1 | 2 | $900 | $7,200 |
| other? | 0800-1600 | | | | $900 | $0 |
| | | | | | | $32,400 |

Assumptions:
This will piggyback on P-36447 (Sandy project) or MW11-6134 Low Resistance Contact Rail. Construction duration = 10 months

| | |
|---|---|
| SUBTOTAL | $236,400 |
| ADJUSTMENT (10%) | $23,640 |
| ESCALATION (0%) | $0 |
| TOTAL | $260,040 |

fk. 5.20.16

Prepared by NYCT 5/20/2016

# SECTION 4

# OPERATING BUDGET IMPACT

# (NOT APPLICABLE FOR PILOT PROJECT)

# SECTION 5

# CONSTRUCTION SCHEDULE

1/1

# Track Intrusion Detection Pilot 2 - MR 162 50th Street 8th Ave

Date :14-Apr-16

| Activity ID | Activity Name | Original Duration |
|---|---|---|
| **Track Intrusion Detection Pilot 2 - MR 162 50th Street 8th Ave** | | |
| **Design** | | |
| 100 | NTP (all Vendors) | 0d |
| **Installation** | | |
| **Vendor 1 - Xtralis (South Bound)** | | |
| X1000 | Procure Xtralis Equipment and Material | 22d |
| X1010 | Prep Comm room & Install main cabinet | 2d |
| X1020 | Install platform mounted equipment - Sub Cabinets/JB | 5d |
| X1030 | Install Conduit and Run cable - platform and track (G.O) | 5d |
| X1040 | Installation of track mounted cameras/lasers (GO) | 5d |
| X1050 | Terminate & Configure TIDS in Comm. Rm and platform equipment | 2d |
| X1060 | Configure Main Cabinet in Comm Room | 1d |
| X1070 | Infrastructure Cabling for video alarms @ RCC,SCC | 2d |
| X1080 | Furnish and Program all 5 laptops | 1d |
| X1090 | Vendor testing | 5d |
| X1100 | Finish Xtralis Installation | 0d |
| **Vendor 2 - EIA (South Bound)** | | |
| E1000 | Procure EIA Equipment and Material | 30d |
| E1010 | Install Conduit and Run cable - platform and track (G.O) | 5d |
| E1020 | Prep Comm room & Install main cabinet | 2d |
| E1030 | Install platform mounted equipment - Sub Cabinets/JB | 5d |
| E1040 | Installation of track mounted cameras/lasers (GO) | 5d |
| E1050 | Terminate & Configure TIDS in Comm. Rm and platform equipment | 2d |
| E1060 | Configure Main Cabinet in Comm Room | 1d |
| E1070 | Furnish and Program all 5 laptops | 1d |
| E1080 | Vendor testing | 5d |
| E1090 | Finish EIA Installation | 0d |
| **Vendor 3 - Duostech (North Bound)** | | |
| D1000 | Procure Duostech Equipment and Material | 43d |
| D1010 | Install Conduit and Run cable - platform and track (G.O) | 5d |
| D1020 | Installation of track mounted cameras/lasers (GO) | 5d |
| D1030 | Prep Comm room & Install main cabinet | 2d |
| D1040 | Install platform mounted equipment - Sub Cabinets/JB | 5d |
| D1050 | Terminate & Configure TIDS in Comm. Rm and platform equipment | 2d |
| D1060 | Configure Main Cabinet in Comm Room | 1d |
| D1070 | Furnish and Program all 5 laptops | 1d |
| D1080 | Vendor testing | 5d |
| D1090 | Finish Duostech Installation | 0d |
| **Vendor 4 - Clearsy (North Bound)** | | |
| C1000 | Procure Clearsy Equipment and Material | 43d |
| C1010 | Install Conduit and Run cable - platform and track (G.O) | 5d |
| C1020 | Prep Comm room & Install main cabinet | 2d |
| C1030 | Install platform mounted equipment - Sub Cabinets/JB | 5d |
| C1040 | Installation of track mounted cameras/lasers (GO) | 5d |
| C1050 | Terminate & Configure TIDS in Comm. Rm and platform equipment | 2d |
| C1060 | Configure Main Cabinet in Comm Room | 1d |
| C1070 | Furnish and Program all 5 laptops | 1d |
| C1080 | Vendor testing | 5d |
| C1090 | Finish Clearsy Installation | 0d |
| **Installation of Lights/Strobes on Platform** | | |
| ICC1000 | Procure Alarm Strobes/ Lights | 70d |
| ICC1010 | Install Conduit & Run Cable for alarm lights/strobes NB Platform (G.O) | 5d |
| ICC1020 | Install Interface box, Alarm lights/strobes and test -NB (G.O) | 5d |
| ICC1030 | Install Conduit & Run Cable for alarm lights/strobes SB Platform (G.O) | 5d |
| ICC1040 | Install Interface box, Alarm lights/strobes and test -SB (G.O) | 5d |
| **NYCT Official Testing** | | |
| A1000 | Official NYCT System Testing | 20d |
| A1010 | Test Result Documentation | 10d |
| **Evaluation & Closeout** | | |
| A1020 | System performance and evaluation period | 64d |
| A1030 | Final As-builts, O&M Manuals | 64d |
| A1040 | EMD Training on all four TIDS systems | 64d |
| A1050 | Test Result Documentation | 20d |
| A1060 | Substantial Completion | 0d |



CONSTRUCTION DURATION: 10 months

MTA Capital Program Management

# SECTION 6

# PROJECT MASTER PLAN

# SIGN-OFF SHEET

## PROJECT MASTER PLAN SIGN-OFF SHEET

### PROJECT IDENTIFICATION

PROJECT NAME: TRACK INTRUSION DETECTION, PHASE 2 (TIDS-2)

PLANNING NUMBER: PP02-1619 ~~EN05-7332~~ YEAR OF AWARD: 2016

### PROJECT APPROVALS

**DESIGN MANAGER, CPM:**

*Don Willemann*
NAME (Type/Print)

SIGNATURE (signed) acting for Don Willemann

DATE January 22, 2016

**PROJECT MASTER PLAN MANAGER, CPM:**

*Beatrice Chait*
NAME (Type/Print)

SIGNATURE (signed)

DATE 1/22/16

**PROGRAM MANAGER, CPM:**

*Eric Jones*
NAME (Type/Print)

SIGNATURE (signed)

DATE 1/26/16

**PROGRAM OFFICER, CPM:**

*Mark Bienstock*
NAME (Type/Print)

SIGNATURE Mark Bienstock

DATE 1/29/16

**DEPUTY VICE PRESIDENT PROGRAM CONTROLS, CPM**

*Zeyad Alkaisi*
NAME (Type/Print)

SIGNATURE (signed)

DATE 5/20/16

**CHIEF ELECTRONICS MAINTENANCE DIVISION, DOS**

*Leonard Ciaccio*
NAME (Type/Print)

SIGNATURE (signed)

DATE 2/1/16

| PROJECT MASTER PLAN SIGNOFF SHEET | |
|---|---|
| PROJECT NAME: TRACK INTRUSION DETECTION, PHASE 2 (TIDS-2) | |
| CHIEF ENGINEERING OFFICER, RS & MOW ENGINEERING, DOS<br>SIGNATURE: [signature] | *Kenneth Mooney*<br>NAME (Type/Print)<br>3/4/16<br>DATE |
| CHIEF COMMUNICATIONS ENGINEER<br>SIGNATURE: [signature] | *Rafael Ruffo*<br>NAME (Type/Print)<br>2/11/16<br>DATE |
| VICE PRESIDENT, ENGINEERING SERVICES, CPM<br>SIGNATURE: [signature] | *Alok Saha*<br>NAME (Type/Print)<br>5/23/2016<br>DATE |
| VICE PRESIDENT & CHIEF OFFICER, SPONSOR DEPARTMENT CAPITAL PROGRAM<br>SIGNATURE: [signature] | *Marva Brown*<br>NAME (Type/Print)<br>5/20/2016<br>DATE |
| CHIEF OFFICER CAPITAL PROGRAM<br>SIGNATURE: [signature] | *David Henley*<br>NAME (Type/Print)<br>6/3/16<br>DATE |

## APPENDIX A. TIDS Requirements

| | Track Intrusion Detection System (TIDS) Requirements |
|---|---|
| | Requirement statement |
| | GENERAL REQUIREMENTS |
| 1 | The TIDS shall be fully operational 24 hours day, 7 days a week, 365 days a year. |
| 2 | The TIDS shall be capable of continuous self-diagnostics. |
| 3 | The TIDS shall provide the capability for the user to switch the TIDS between active and bypass. |
| 4 | All head end equipment shall have temperature monitor and alarming. |
| 5 | The TIDS equipment shall include hardware watchdog module to reset the computer(s) in case of processor failure. |
| 6 | The TIDS equipment shall be ruggedized and able to sustain temperatures above 120 degree Fahrenheit, sustained high steel dust concentration, water conditions, and high vibration environment. |
| 7 | The TIDS shall provide login capability at all locations. |
| 8 | The TIDS shall provide a user interface for TIDS programming, detection tuning, and other TIDS configuration capabilities |
| 9 | All alarms shall emit a sound on the TIDS computer(s) |
| 10 | Each TIDS device shall have a unique identifier to permit alarms to be identified by vendor |
| 11 | The local system shall provide a dry contact interface to trigger the lights/strobes. |
| 12 | TIDS alarms shall include:<br>- Intrusions from the platform onto the track area<br>- Intrusions from the tunnel entrance to the station track area<br>- Intrusions from the tunnel entrance to the tunnel track area<br>- Intrusions from the ladder leading onto the track area at the end of the platform(s). |
| 13 | The TIDS shall provide notification of a detection event within the station confines, via audible and/or visible means. |
| 14 | The local system shall alarm no more than 3 seconds after an intrusion/detection event. |
| 15 | All TIDSs (local and remote) shall log all detected events. |
| 16 | All video with associated alarms shall be stored on DVR in high resolution (30 fps) from all cameras |
| 17 | All stored video shall be time stamped. |
| 18 | The TIDS shall provide a user interface for copying video, identified by a start time and end time, to portable media. |
| 19 | The TIDS shall interface with the RCC/BCC and SCC via NYCT's fiber network. |
| 20 | The TIDS shall have 99% detection of objects 12 inches or larger. |
| 21 | The TIDS shall generate nor more than 0.15/day false positive alarms. |

| | |
|---|---|
| 22 | The TIDS shall be able to filter out trains (moving or stationary), objects of a certain size, rodents, birds etc. |
| 23 | A local alarm shall be generated by means of a series of seven (7) flashing yellow lights/strobes to be installed every sixty (60) feet in the direction of train traffic to warn approaching trains. |
| 24 | The flashing lights shall be spread out to cover an area beginning three hundred and sixty (360) feet in approach to the station and ending at the station entrance. |
| 25 | The system shall provide a means of resetting the flashing lights/strobes from all TIDS computers. |
| 26 | Provision shall be made to disable the system locally. |
| 27 | The TIDS shall provide the capability to search for, display, and print all logged TIDS events |
| 28 | The operator shall be able to clear an alarm condition |
| 29 | The TIDS system shall log component failure rates. |
| 30 | If an alarm is valid, the strobe lights shall not be turned off by any other means than alarm acknowledgment |
| 31 | Video associated with a TIDS alarm shall be recorded in high resolution (30 fps) on local DVR storage. |
| 32 | The alarm display shall include the zone number that captured the intrusion. |
| 33 | The system shall be capable of being disabled for a duration of time. |
| 34 | The system display shall indicate all locations where it is disabled |
| 35 | If the system has not been enabled after a pre-defined time duration, the system shall provide a reminder notification. |
| 36 | The strobe lights shall be deactivated when the system is in bypass mode. |
| 37 | All intrusion events shall be recorded and stored when the system is in bypass mode. |
| 38 | The system shall detect and log intrusions while in disabled mode |
| 39 | Alarm video shall be displayed on a single screen. |
| 40 | Unacknowledged alarms shall be queued and triggered from newest to oldest |
| 41 | Only alarm acknowledgement by an authorized operator will turn off field lights. |
| 42 | Video display shall pop-up on the monitor only when there is an alarm/event. |
| 43 | The system display shall include a graphical map of the station and station device locations. |
| 44 | The system display shall include a graphical layout of all of the TIDS devices |
| 45 | The RCC/BCC and SCC operator shall be able to click on any camera, and receive a live image of that camera |
| 46 | The system shall provide volume control as an administrative-only function. |
| 47 | The system shall be capable of tracking the status of system faults. |
| 48 | Authorized users at the RCC/BCC shall be capable of initiating a remote system test. |
| 49 | The system shall maintain a log of system events. |

| | |
|---|---|
| 50 | The system shall allow authorized users to query logged incidents. |
| 51 | All events shall be recorded and stored locally. |
| 52 | The system shall be capable of providing remote monitoring capability. |
| 53 | The TIDS video and alarms shall be capable of interfacing with PSIM applications |
| 54 | The system shall be synchronized with the NYCT NTP time server |
| 55 | The system shall be capable of sending intrusion alarms via email |
| | **RCC/BCC and SCC REQUIREMENTS** |
| 56 | The system shall transmit system diagnostic information to the RCC, BCC, SCC and EMD |
| 57 | All TIDS alarm videos shall be accessible locally, at the RCC/BCC and SCC |
| 58 | All TIDS alarms shall be displayed simultaneously at the local system, the RCC/BCC and SCC |
| 59 | The RCC/BCC shall have the ability to turn off the system remotely. |
| 60 | The RCC/BCC shall have primary control of the TIDS and response to alarm activations. |
| 61 | The RCC/BCC shall be able to clear any TIDS alarms |
| 62 | The RCC/BCC shall be able to disable any single alarm or group of alarms |
| 63 | The RCC/BCC and SCC system shall alarm no more than 5 seconds after an intrusion detection/event. |
| 64 | The RCC/BCC shall be able to bypass the TIDS system. |
| 65 | The RCC/BCC shall be able to schedule a system bypass by date and time |
| 66 | The RCC/BCC shall be able to specify any length of time period for system bypass |
| 67 | The RCC/BCC shall have the ability to turn off the TIDS system. |
| 68 | The RCC/BCC shall be able to switch the TIDS system between active and bypass mode. |
| 69 | The RCC/BCC and SCC shall not receive any alarms when the TIDS system is in bypass mode. |
| 70 | The RCC/BCC and SCC shall receive recordings of valid intrusion events. |
| 71 | Recordings of valid intrusions shall include moments before and after the event. |
| 72 | The system shall require the RCC/BCC operator to reset alarm conditions |
| 73 | The system shall provide the ability to view all alarms received in table format. |
| 74 | The RCC/BCC shall be capable of resetting the field strobe lights, regardless of whether an alarm has been acknowledged. |
| 75 | The RCC/BCC and SCC shall be notified if the strobe light(s) do not operate upon alarm. |
| 76 | The RCC/SCC TIDS display shall have an indication (visual, software based etc.) that the station lights/strobes have been activated |
| 77 | The RCC/BCC shall have the ability to reset the strobe lights if they are activated, but an alarm is not received. |

| | |
|---|---|
| 78 | The RCC/BCC and SCC TIDS display shall include a live capture of flashing strobe lights when there is a detection event. |
| 79 | The RCC/BCC operator shall be able to acknowledge alarms via a system dialog box |
| 80 | The SCC shall have the capability to see when an alarm has been acknowledged by the RCC |
| 81 | The RCC/BCC and SCC operator shall have the ability to stream live video from any single camera, at any time, to view for display |
| 82 | The RCC/BCC and SCC shall have the ability to play video of an entire event. |
| 83 | Video shall be streamed to the RCC/BCC and SCC at a background frame rate of 7 fps until there is an incident. |
| 84 | Video associated with a TIDS alarm shall be streamed to RCC/BCC and SCC at a frame rate of 30 F/S. |
| 85 | A snapshot of a TIDS event shall be frozen on the RCC/BCC and SCC display. |
| 86 | Upon alarm, the camera that is closest to the event location shall display video on the RCC/BCC and SCC display |
| 87 | Video of acknowledged alarm(s) shall not remain on the RCC/BCC and SCC display. |
| 88 | The TIDS event alarm window shall remain open until the most recent alarm is acknowledged. |
| 89 | The RCC/BCC and SCC operator shall have the ability to select and save any event. |
| 90 | The RCC/BCC and SCC shall be able to enter notes in the TIDS event display window. |
| 91 | The TIDS event display window shall include a comment field with a pull-down menu, to select the type of event that occurred. |
| 92 | The TIDS event display window comment field pull-down menu shall include:<br>"Person(s) crossing tracks"<br>"Jumper"<br>"Person(s) leaning over platform"<br>"Person throwing object(s) on tracks"<br>"Person sitting on platform edge"<br>"Maintenance Personnel on tracks"<br>"Passenger Accident"<br>"False positive: Animal"<br>"False positive: Bird"<br>"False positive: Object"<br>"System test"<br>"Other" |

# Exhibit L

Timothy J. Collazzi
Member

tcollazzi@lcbf.com

Landman Corsi Ballaine & Ford P.C.

New Jersey Office
One Gateway Center
22nd Floor
Newark, NJ 07102

P: 973.623.2700
F: 973.623.4496

Delaware Office
300 Delaware Avenue,
Suite 210
Wilmington, DE 19801

P: 302.268.6433
F: 302.514.6505

New York Office
120 Broadway
13th Floor
New York, NY 10271

P: 212.238.4800
F: 212.238.4848

Pennsylvania Office
One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103

P: 215.561.8540
F: 215.988.1215

lcbf.com

November 20, 2025

***Via ECF***
Hon. Frederic Block, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Harger Da Silva v. NYCTA, et al.***
**Docket No. 17-cv-04550 (FB) (VMS)**

Dear Judge Block:

As you know, this office represents Defendants New York City Transit Authority, Metropolitan Transportation Authority, and Raqia Shabazz ("Defendants") in the above-mentioned matter.

Defendants write in furtherance of their objection to the improper comments Plaintiff's counsel made during his summation. As the Court knows, Plaintiff's counsel: (1) made inflammatory and unduly prejudicial comments (including personal attacks intended to villainize Defendants and their counsel)[1]; (2) improperly referred to facts not in evidence; and (3) inappropriately injected his own beliefs into his summation. A complete list identifying counsel's improper comments are attached hereto as **Appendix A**.

A trial court should order a new trial where "counsel's conduct create[s] undue prejudice or passion which played upon the sympathy of the jury." *Matthews v. CTI Container Transport Intern.*, 871 F.2d 270, 278 (1989); *see also Koufakis v. Carvel*, 425 F.2d 892, 901, 904 (2d Cir. 1970) (new trial warranted where counsel's summation, among other things, repeatedly included "slanderous and baseless epithets" and was "replete with improper personal references to himself, and to . . . trial counsel for the [defendants]"). In determining the effect of counsel's improper conduct, courts consider, *inter alia*, the totality of the circumstances, including the nature of the comments, their frequency, their possible relevancy to the real issues before the jury, the manner in which the parties and the court treated the comments." *Marcoux v. Farm Service & Supplies*, 290 F.Supp.2d 457, 471-72 (S.D.N.Y. 2003) (citing *Forrestal v. Magendantz*, 848 F.2d 303, 309 (1st Cir. 1988)).

Here, faced with the reality that he cannot prove the necessary elements of Plaintiff's negligence claims, Plaintiff's counsel resorted to overzealous comments intended to "poison the minds of the jurors" against Defendants. *Cf*

---

1 Many such comments were made while gesturing/pointing at Defense counsel.

*U.S. v. Sucony-Vacuum Oil Co.*, 310 U.S. 150, 240 (1940). While the Court has already denied Defendants' request for a mistrial, the Court still has the opportunity to address the prejudice Plaintiffs' comments will likely cause Defendants by issuing a curative instruction. *See Matthews*, 871 F.2d at 278; *accord Hofer v. Mack Trucks, Inc.*, 981 F.2d 377, 385 (8th Cir. 1992). Accordingly, Defendants propose the following instruction:

> During yesterday's closing argument, Plaintiff's counsel made numerous passionate comments about defendants, defense counsel, and Plaintiff's accident. You are reminded that you are to decide this case based on the evidence in the record; not by passion. These statements by counsel are not evidence. The testimony of witnesses is evidence, as are the documents I have admitted into evidence. Your deliberations should rely on your recollection of the testimony, your review of the documents I have admitted into evidence, and the instructions I will give you regarding the law.

Plaintiff can claim no prejudice from this instruction as her counsel's conduct requires it. Furthermore, Plaintiff's counsel was on notice that Defendants would be objecting to these types of tactics. (*See* ECF 327).

*   *   *

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ *Timothy J. Collazzi*

Timothy J. Collazzi

cc: All counsel of record (via ECF)



4922-2263-8459v.1

# APPENDIX A

| Record Cite | Comment | Impropriety |
|---|---|---|
| **2147** | Transit Authority and Ms. Shabazz disregarded the safety of your community | Reptile tactics |
| **2147** | A member of our community has been harmed | Reptile tactics |
| **2147** | Do you want to give the defendants a pass on safety? | Reptile tactics |
| **2147** | Does operating a subway system . . . mean that you have responsibilities and duties to keep us safe or is it an excuse? | Reptile tactics |
| **2147** | Did they act safe enough for our community? | Reptile tactics |
| **2147** | If you want them not to have duties and responsibilities to keep us safe, their customers, and use their job as an excuse, vote for them | Reptile tactics |
| **2147-2148** | If you want an unsafe subway system . . . vote for defendants | Reptile tactics |
| **2148** | Ask yourself who actually enforces safety standards to make sure we are safe. | Reptile tactics |
| **2148** | Transit Authority is not immune from accountability for their actions and . . .they should be held accountable for their actions. | Reptile tactics |
| **2148** | They put many lives at risk by its conduct. Anyone could have been harmed by their negligence. | Reptile tactics |
| **2153** | I was wondering to myself last night why wasn't Shabazz paying attention. . . . . But then I remembered, I asked one question, did you have a cellphone on you? Yeah I did. | Injection of own beliefs<br>Speculative |
| **2153** | Do we know if she used it? We don't? Was there testimony? No. But was there testimony that she didn't? No. | Burden shifting |
| **2155** | As I was entering the station, I saw someone laying on the tracks, laying on the tracks | Fact not in evidence |
| **2157** | Shabazz only saw her laying on the tracks as she entered the station. | Fact not in evidence. |
| **2157** | Stick with the truth. But that's not what happened. That's just not what happened. | Maligning defendants<br>Inflammatory |
| **2157** | Now, then they tried to blame the victim. Luisa, this is your fault. You. Your fault. | Inflammatory<br>Maligning defendants<br>Maligning counsel |
| **2157** | Blaming her would be a sin. | Inflammatory |
| **2158** | And he said it was 20 to 40 seconds before the train came. | Fact not in evidence |

Case 1:17-cv-04550-FB-VMS Document 376-3 Filed 12/05/25 Page 145 of 149 PageID #: 27202

| | | |
|---|---|---|
| **2158** | Gabriella Smith . . . testified - - when asked this question. . . .for 7 to 10 seconds Luisa was on the track before the train even came into the station. | Fact not in evidence. |
| **2159** | The driver herself saying, yeah, she was already on the track to the police | Fact not in evidence |
| **2160** | I'm thinking, what would a person think when they're on the tracks, they can't move, they're in and out of it, and you feel the vibrations of the train approaching, you hear the oncoming train? | Golden Rule<br>Sympathy<br>Fact not in evidence |
| **2160** | If your eyes can be opened, you see those headlights coming at you, bearing down at you. | Golden Rule<br>Sympathy<br>Fact not in evidence |
| **2160** | The terror, the fear of what was about to happen | Fact not in evidence |
| **2160** | Whatever amount of time you think it was, that must have been the longest period in eternity for Luisa, lying there helpless. Helpless. Not able to move. Feeling the vibrations. Hearing the train. Seeing the light. And then the lights went out of her. And yes, they went out for her. | Facts notice in evidence<br>Sympathy<br>Golden Rule |
| **2161** | Poor shell of a body | Sympathy |
| **2161** | Can you imagine, imagine seeing your arm, seeing your leg? | Golden Rule<br>Sympathy |
| **2161** | Seeing your severed arm and leg lying there, unable to move, stuck under a train car? | Golden Rule<br>Sympathy |
| **2162** | They were profoundly negligent in such a manner that is offensive. Offensive. | Inflammatory<br>Injection of own beliefs |
| **2162** | They look, they blame the victim every time. | Inflammatory<br>Reptile tactics |
| **2162** | Can they find a way to blame the victim? | Inflammatory<br>Reptile tactics |
| **2164** | Well, geez, we got to look like we're doing something here, folks. | Inflammatory<br>Maligning defendants |
| **2164** | There's always this one guy, his jacket's always hanging on the chair. He's never there, but the jacket's there, so it looks like he's working, looks like he was just here. This is three-card monte. This is a shell game. This is let's have lip service. | Inflammatory<br>Maligning defendants |
| **2167** | We're supposed to be the best. We're supposed to be the Big Apple. We're supposed to be the leader, the trendsetter. Okay? We are lagging behind the entire world in terms of safety. | Reptile tactics |
| **2167** | If any one of you at your job said, hey, we could get somebody to do something for us, and it's not going to cost us, and it's going to benefit us, if you told your boss, yeah, | Golden Rule |

| | | |
|---|---|---|
| | I passed on it, you would be fired. | |
| **2168** | And then you saw the peeling of the onion, the lies. | Inflammatory |
| **2169** | That is the insulting part, many parts of the insulting part of the Defense, defending the indefensible. | Maligning defendants<br>Maligning counsel<br>Reptile tactics |
| **2170** | You all have lives, you have challenges every day, whether it's your home life, your personal life, or your work life. You got challenges. We all do. Do you just say, oh what do you want from me, there are challenges? | Golden Rule |
| **2170** | I would be lying in bed crying | Injection of own beliefs |
| **2170** | She is going out and working her butt off, and they want to attack her for that. | Maligning counsel. |
| **2170** | You get nothing. Nothing. That's what they want. | Inflammatory |
| **2170** | It's outrageous. And to have a doctor say that is offensive. It's offensive. | Injection of own beliefs |
| **2172** | And now you start more of the shell game because they still have to have the appearance of doing something. | Inflammatory<br>Maligning defendants |
| **2172** | But you know what, let's pretend they're right.<br>Let's pretend it's not a lie. | Inflammatory |
| **2173** | It's a shell game. | Inflammatory<br>Maligning defendants |
| **2173** | They pay more of our money to do a design to do nothing with it. | Inflammatory |
| **2173** | Because then they keep three-card monte, the shell game. | Inflammatory<br>Maligning defendants |
| **2174** | You're just stalling and shuffling along until your pension kicks in | Inflammatory<br>Maligning defendants |
| **2175** | We're going to have the best study you ever saw in your life. It's going to be incredible. After we're all dead and going, there's going to be this fantastic study. They're going to publish it, maybe make a movie out of it. It's going to be incredible. | Inflammatory<br>Maligning defendants |
| **2175** | Again, it's a shell game of pretending to be a study. | Inflammatory<br>Maligning defendants |
| **2176** | You're the TA. People are getting mowed down three to five times a week. | Inflammatory |
| **2177** | Cheryl Kennedy . . .who didn't have the guts to come and look at any one of you in the eye . . . | Inflammatory |
| **2178** | Is safety your number one priority? No. Is it your top three? No. Is it your top five? You are the head of Office of System Safety. No. Safety's not that important. | Facts not in evidence |
| **2178** | Can you picture that? Your job, your sole job is safety, but safety is not one of your top concerns. | Golden Rule<br>Facts not in evidence |

| | | |
|---|---|---|
| **2181** | You heard me go through today the requirements under federal law of what they're supposed to do . . . We know they violated federal law. | Inflammatory |
| **2182-83** | If any one of you ran the Transit Authority - - and I don't know you folks form a hole in the wall. We've spent a lot of time together, but we don't know each other. If you said tomorrow, you, you, you, all of you, you are now running the Transit Authority, you are in charge, people are getting mowed down three to five times a week, do you think any one of you would say maybe we should do nothing? | Golden Rule<br>Inflammatory<br>Reptile tactic |
| **2183** | Do you think any one [of] you would say let's do some more ad[]s because they haven't worked in the past 20 years, but maybe they will start working now? No, you wouldn't. You would think how do we fix the problem, what can we do. You mean there is a way we can do it for free. This is a no-brainer. | Golden Rule<br>Inflammatory<br>Reptile tactic |
| **2183** | If you were like that in your jobs, you would all be fired, okay, everyone of us. | Golden Rule<br>Inflammatory<br>Reptile tactic |
| **2183** | Then they are going to ask you was Luisa negligent. Yes, she shouldn't have been born. It wouldn't have happened if she wasn't born. | Inflammatory<br>Maligning counsel |
| **2184** | Maybe shouldn't have fallen in love. That's her fault too. | Inflammatory<br>Maligning counsel |
| **2184** | That's her fault. She shouldn't have a clean apartment and buying cleaning products | Inflammatory<br>Maligning counsel |
| **2184** | Luisa, you shouldn't have fainted. That's bad. You're negligent because you fainted. | Inflammatory<br>Maligning counsel |
| **2184** | Well, she could have had a heart attack. That would be her fault too, I guess, or a stroke, that would be her fault, right, if you want to look at it that way. | Inflammatory<br>Maligning counsel |
| **2185** | You're making a person - - they are not soldiers in the army in a war. They are train drivers. And they make them look at the severed arms and limbs, decapitated people, and they are flipping out. | Inflammatory<br>Reptile tactics<br>Maligning counsel |
| **2189** | She's a person. She's a human being and she has value. I don't care what they say. | Inflammatory<br>Maligning defendants<br>Maligning counsel |
| **2189** | I don't care that they begrudge her a wheelchair, they begrudge her a leg, they begrudge her help at work. | Reptile tactic |
| **2190** | Could you imagine what it takes to work missing an arm and leg? | Golden Rule |
| **2190** | But no matter what they say and no matter what you do, | Inflammatory |



4922-2263-8459v.1

| | | |
|---|---|---|
| | you will never kill that spirit. | Reptile tactic |
| **2190** | They have tried to kill that spirit, and they will never kill her spirit. | Inflammatory<br>Reptile tactic<br>Maligning counsel<br>Maligning defendants |
| **2190** | They cannot kill that spirit | Inflammatory<br>Reptile tactic<br>Maligning counsel<br>Maligning defendants |
| **2191-92** | She's too tough; they couldn't kill her. | Inflammatory<br>Maligning defendants |
| **2192-93** | Because when we are hurt, we want our mother, we want our family. All of us do. They blame her for going to her family? They begrudge her for family? | Inflammatory<br>Reptile tactic |
| **2193** | They mocked her. They showed you a picture, look how good she's doing, look at her in Brazil with an arm and a leg, she's fantastic, never better. Oh, my god. | Maligning counsel |
| **2193** | Most of the trial I could not forget if I wanted to throw up or cry. | Injection of own beliefs |
| **2194** | They could criticize George Brown all they want, and they have and they will. | Maligning counsel |
| **2195** | Commuting is rough, okay? It takes a lot out of you. Could you imagine doing it with one arm and one leg? | Golden Rule<br>Sympathy |
| **2195** | Could you imagine that you have to always schedule yourself so that the Access-A-Ride, who's always late, is going to be there, and you're standing there on one leg waiting for the Access-A-Ride. | Golden Rule<br>Sympathy |
| **2196** | They begrudge her every aspect of life. It's bad enough they take away her arm and her leg, but they say, no, don't give her a thing to make her life as good as it can be. | Inflammatory<br>Sympathy<br>Maligning counsel |
| **2201** | We have to make her take out garbage with her mouth? That's what she has to be condemned to? | Inflammatory |
| **2202** | It's hard with two arms and two legs. Can you imagine having a child with one arm and one leg when they need you, when they want you? | Golden Rule<br>Sympathy<br>Inflammatory |
| **2202** | You want to have a child? Tough. That's the Transit Authority's attitude. | Inflammatory<br>Maligning defendants |
| **2203** | To have George and her mother cross-examined for the sin of loving her. | Inflammatory |
| **2203-04** | You know, I don't even know how -- how to put it in words, but I have certain beliefs, and I believe we're all here for a purpose. I don't believe in coincidences. You know, you | Reptile tactics |

| | | |
|---|---|---|
| | were all here for jury selection, and it was a big room, a lot of people. You're here. That's no coincidence. That's no coincidence. Things happen for a reason. We are all here together for a reason. I hope that that reason is to do justice to another member of our community. | |
| **2204** | You know, some people believe in a religion that there are 36 people in the world -- it's called the Lamed-Vavnik -- at all times that are just; 36 just people. And if the world does not have 36 just people, it's over. I pray that seven of you are just. | Reptile tactics |
| **2204** | If there's no justice for the least of us, there can be no justice for any of us. Without full compensation, no one is safe. No one. | Reptile tactics |
| **2204-05** | If you think it's okay to break safety rules by allowing less than full compensation, because that's what that would be, not allowing full compensation is to give them a pass. | Reptile tactics |
| **2205** | Our jury system exists to protect our communities. There's a reason it is open to the public, and we have members of the public here, because everyone in our community has rights. You are the enforcer of safety. | Reptile tactics |