# AN APPRAISAL OF ECONOMIC LOSS RESULTING FROM IMPAIRMENT TO LUISA JANSSEN HARGER DA SILVA

Kristin K. Kucsma, M.A.
Kenneth T. Betz, MBA, M.A.

SOBEL TINARI ECONOMICS GROUP
www.SobelTinariEconomics.com

293 Eisenhower Parkway
2nd Floor
Livingston, New Jersey 07039
973 / 992-1800  phone
973 / 994-1571  fax

112 W. 34th Street
18th Floor
New York, New York 10120
212 / 201-0938  phone
212 / 201-0937  fax

June 8, 2023



# TABLE OF CONTENTS

Certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Purpose of Appraisal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Opinion of Economic Values. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Background Facts and Assumptions. . . . . . . . . . . . . . . . . . . . . . . . 4

Components of Analysis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Pre-Injury Lifetime Adjusted Earnings. . . . . . . . . . . . . . . . . . . . 10

Post-Injury Lifetime Adjusted Earnings.. . . . . . . . . . . . . . . . . . . 14

Cost of Lifetime Care. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Summary. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Exhibits 1: Lifetime Earnings

Exhibits 2-17: Life Care Plan

Qualifications Profiles

Lists of Trial and Deposition Testimonies

Statement of Ethical Principles and Principles of Professional Practice

Professional Fees



## Certification

This is to certify that we are not related to any of the parties to subject action, nor do we have any present or intended financial interest in this case beyond the fees due for professional services rendered in connection with this report and possible subsequent services. Further, we certify that our professional fees are not contingent on the outcome of this matter but are based on the services provided to counsel in connection with subject action.

This is to further certify that all assumptions, methodologies, and calculations utilized in this appraisal report are based on current knowledge and methods applied in the determination of projected pecuniary losses.

In addition, this is to further certify that we pledge to abide by the spirit and the letter of the Statement of Ethical Principles and Principles of Professional Practice of the National Association of Forensic Economics, a copy of which is attached to this report.

Lastly, we certify that the Sobel Tinari Economics Group has received, thus far, $0 compensation for preparation of a report for Luisa Janssen Harger Da Silva v. New York City Transit Authority, Metropolitan Transportation Authority, and Raqia Shabazz. As of this date, an outstanding balance of $6,600 is due. Our services are billed according to our Professional Fees, a copy of which is attached to this report.

Kristin K. Kucsma, M.A.

Kenneth T. Betz, MBA, M.A.

SOBEL TINARI
ECONOMICS GROUP

HARGER DA SILVA / **Roth & Roth, LLP**                                                    **page 2**

## Purpose of Appraisal

The Sobel Tinari Economics Group was retained to evaluate the economic losses as a result of the impairment of Luisa Janssen Harger Da Silva. Background facts regarding Luisa Janssen and her family were provided in a packet of documents pursuant to this matter. Additional information was received subsequent to the initial communication. Facts from these sources as well as additional information gathered from published documents are fully referenced at the point of use in this report.

The purpose of this report, therefore, is <u>to provide a written appraisal of economic losses in the case of Luisa Janssen Harger Da Silva.</u>



HARGER DA SILVA / **Roth & Roth, LLP**                                                **page 3**

## Opinion of Economic Values

Within a reasonable degree of economic certainty, and based on the facts provided to us and the analysis contained in this report, it is our professional opinion that the <u>total future value</u> of the pecuniary losses amounts to between

**SIXTY-SIX MILLION,
SEVEN HUNDRED FIFTY-EIGHT THOUSAND,
NINE HUNDRED SIXTY-FIVE DOLLARS**

[       **$66,758,965**       ]

**and**

**SEVENTY-TWO MILLION,
EIGHT HUNDRED THREE THOUSAND,
ONE HUNDRED NINETEEN DOLLARS**[1]

[       **$72,803,119**       ]

The preceding range of loss is a function of plaintiff's post-injury earnings capacity and alternative assumptions regarding her lifetime care, matters ultimately to be determined by the trier-of-fact. Further, our valuation does not take into account the ramifications of intangible, non-economic losses such as human suffering, love, emotional feelings, or loss of consortium that may have been experienced by plaintiff or her family members.

---

[1]   At the time of trial, these figures will be updated to reflect the passage of time and more recently available economic data from the sources already cited in this report.



HARGER DA SILVA / **Roth & Roth, LLP**                                                **page 4**

## Background Facts and Assumptions

1) Summary information:

- ▸   Plaintiff:         Luisa Janssen Harger Da Silva; female
- ▸   Born:            October 2, 1994
- ▸   Injury:           August 2, 2016
- ▸   Residence:      Brooklyn, New York (at the current time*)
                      Florianopolis, Brazil (at the time of incident)
- ▸   Education:      Master's degree in Architecture (June 2020)
- ▸   Spouse:         George Brown      (born: 05/02/1991)

   * plaintiff moved to the United States in August 2018. [SOURCE: transcript of Examination Before Trial of Luisa Janssen Harger Da Silva, dated August 1, 2019, pp. 5-6.]

2) Description of the incident: it is reported that, on August 2, 2016, Ms. Harger Da Silva suffered injuries when she fell onto the train tracks of the New York Subway system and was struck by a train. [SOURCES: Complaint, dated August 2, 2017; Plaintiff Luisa Jannsen Harger Da Silva's Verified Objections and Responses to Defendant's First Set of Interrogatories, dated June 5, 2018; narrative report on Luisa Janssen Harger Brown, prepared by Stuart B. Kahn, MD, dated June 4, 2023, p. 2.]

3) Life expectancy: as of August 2, 2016, females of plaintiff's age (21.83 years) are expected to live, on average, an additional 60.3 years. [SOURCE: *National Vital Statistics Reports*, Volume 70, No. 19, United States Life Tables, 2019, Table 3, March 22, 2022, https://www.cdc.gov/nchs/data/nvsr/nvsr70/nvsr70-19.pdf, by interpolation.] Therefore, females in plaintiff's statistical cohort live to an average age of 82.13 years, implying a statistical date of death of November 19, 2076.

4) Education, occupation and employment: at the time of the incident, Ms. Harger Da Silva was pursuing a Bachelor's degree in Architecture and was an Architecture intern for Arquidois, in Florianopolis, Brazil. We note that, at the time of the incident, plaintiff was visiting her significant other, now husband, in the United States. Following the incident, plaintiff returned to her education and was graduated with a Bachelor's degree in Architecture and Urban Planning from Universidade Federal de Santa Catarina, in Florianopolis, Brazil, in March 2018. Following her graduation, plaintiff enrolled in the Master of Architecture degree program at the City College of the City University of New York, and was graduated in June 2020. For the purpose of this analysis, we assume that, had she not been injured, plaintiff also would have completed her Master's degree program by the end of June 2020. Throughout her time in school, plaintiff worked as an intern for several



employers from 2019 through 2021. As of January of 2021, and through the present time, plaintiff has been employed by Code Consultant, Inc. (CCI) as an Accessibility Consultant. Plaintiff began her employment with CCI as an intern in January 2021 and began working full-time on June 1, 2021. [SOURCES: Sobel Tinari Economics Group Fact-Finding Questionnaire (FFQ), p. 6; plaintiff's resume; plaintiff's internship offer letter, CCI, dated October 28, 2020; and plaintiff's employment offer letter, CCI, dated May 20, 2021.]

For the purpose of this analysis, we value plaintiff's earnings in future years, commencing on July 1, 2023. We reserve the right to amend our analysis, upon request, should additional information become available.

5) Statistical retirement age: as of July 1, 2020, females of plaintiff's age (25.75 years) and level of education (Master's degree) have 41.75 median years to retirement. [SOURCE: Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, "The Markov Model of Years to Final Separation from the Labor Force 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", *Journal of Forensic Economics*, Volume 28 (1-2), 2019, pp. 109 - 195, by interpolation.] Applying these years results in a median statistical retirement age of 67.50 years, occurring on April 1, 2062.

6) Expected working years: worklife expectancy tables provide statistics descriptive of the actual working life experience of the civilian population by gender, age, employment status, and schooling. As of July 1, 2020, females of plaintiff's age/education/ labor-force-activity statistical cohort have 35.75 median years of remaining labor force activity. [SOURCE: Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, "The Markov Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", *Journal of Forensic Economics*, Volume 28 (1-2), 2019, pp. 15 - 108, by interpolation.]

7) Worklife-to-retirement ratio: the number of years from July 1, 2020, until plaintiff's statistical retirement date (41.75 years in this case) exceeds the number of expected remaining working years (35.75 in this case). Thus arithmetically, the number of years of worklife for this statistical cohort comprises 85.6% of the total remaining number of years until retirement.

8) History of earnings: plaintiff's gross earnings figures for the years 2019 through 2023 are presented in the table that follows: [SOURCES: plaintiff's W-2 Wage and Tax Statements, 2019-2022; and plaintiff's paystub, pay period ending March 31, 2023.]



HARGER DA SILVA / **Roth & Roth, LLP**                                    **page 6**

| Year | Employer | | | Total Earnings [(2) ~ (4)] |
| | NYSARC, Inc. | Hellmuth Obata & Kassaba | Code Consultants, Inc. | |
| (1) | (2) | (3) | (4) | (5) |
| 2019 | $    3,713 | - | - | $    3,713 |
| 2020* | 4,575 | $    6,120 | - | 10,695 |
| 2021^ | 75 | - | $    76,945 | 77,020 |
| 2022 | - | - | 79,372 | 79,372 |
| 2023 | - | - | #32,024 | 32,024 |

\* plaintiff completed a Masters of Architecture degree
^ plaintiff began employment as an intern with CCI
   January 2; plaintiff began working full-time as an Associate Accessibility Consultant for CCI: June 1, 2021
\# represents year-to-date earnings through March 31, 2023 (includes annual bonus from 2022: $8,899)

9) Pre-injury earnings capacity: for the purpose of this analysis, we assume that Luisa will receive earnings commensurate with those of full-time working persons, who are architects, with a Master's degree.[2]

10) Fringe benefits: through her employment with CCI, plaintiff receives a variety of fringe benefits including health insurance benefits and participation in a 401(k) plan. [SOURCES: FFQ, pp. 6-7; and plaintiff's paystub, *op. cit.*] For the purposes of this analysis, we utilize benchmark statistical data to value fringe benefits. Thus, we value plaintiff's fringe benefits at 14.7% of gross earnings, based upon estimated average replacement costs nationally for health insurance coverage, life and disability insurance (estimated at 10.1% of gross earnings), and employer contributions to retirement and savings plans (estimated at 4.6% of gross earnings). [SOURCE: U.S. Department of Labor, Bureau of Labor Statistics, *Economic News Release*, March 18, 2022, Employer Costs for Employee Compensation - December

---

[2]

We note that plaintiff's actual earnings through her employment with Code Consultants, Inc. is consistent with the median yearly earnings of all year-round, full-time working persons, who are Architects, except naval, with a Master's degree, as presented on page 9 of this report. [SOURCE: Expectancy Data Full Time Earnings in the United States: 2017 Edition, females, Shawnee Mission, Kansas, 2019, Table 713; and U.S. Census Bureau (2018) American Community Survey - 2013 - 2017, http://www.census.gov/acs/www/.]

SOBEL TINARI
ECONOMICS GROUP

2021, Table 5. Private industry, by major occupational group and bargaining status, https://www.bls.gov/news.release/ecec.htm.]

11) Functionality and employability: as a result of incident that occurred on August 2, 2016, plaintiff suffered severe injuries to her left leg and left arm, resulting in amputation to the left leg and left arm. [SOURCES: narrative report on Luisa Janssen Harger Brown, *op. cit.*, pp. 2-3.] Following the incident, as previously stated, plaintiff continued her pursuit for, and attained, her Master's degree in architecture followed by eventually attaining a full-time position as an Accessability Consultant. In his life care plan, Stuart B. Kahn, MD, states:

> Since her injury, she [Ms. Harger Da Silva] has been struggling with her return to work. Given her multiple present permanent conditions, it is unlikely that this type of work will be feasible for Ms. Janssen Harger Brown without reasonable accommodation going forward. Ms. Janssen Harger Brown would benefit from a vocational evaluation to determine what type of work accommodations she would be best suited for. It is highly likely with her impairment, disabilities and handicaps, combined with her education and skill set that she will be able to continue to work, but will need assistance to do that. She deserves the chance to have a successful career through ADA's promise of reasonable accommodation.

> At a minimum, she will require round trip transportation by private door to door car service to and from work, and to and from sites that she needs to evaluate.

> She will require an assistant at work when she has to go to site evaluations who can take the measurements that are required of an architect working in evaluating compliance in architectural accommodation. She will need to be supplemented for lost income for time she needs to take off for her medical care. As she ages, and likely by age 55, she will likely only be able to work part time, if at all, as the physical demands on an amputee with above elbow and above knee amputations is demanding, and the energy consumption becomes more and more challenging.

[SOURCE: *ibid.*, p. 15.]

12) Post-injury earnings: based upon the aforementioned, and for the purpose of this analysis, we assume plaintiff will continue her current employment as an architect and continue receiving earnings commensurate with those of full-time working females, who are architects, with a Master's degree, until she reaches age 55. At that time, we value post-injury earnings based on two (2) alternative scenarios, as follows:



Scenario A: we assume plaintiff will only be able to work part-time through her statistical date of retirement. Absent information regarding how many hours per week plaintiff may be able to work after age 55, we present a range of values through plaintiff's statistical date of retirement. We reserve the right to amend our analysis, upon request, should additional information become available.

Scenario B: we assume plaintiff, at age 55, will not be able to continue working and will suffer a total loss of earnings through her statistical date of retirement. We reserve the right to amend our analysis, upon request, should additional information become available.

13) Cost of lifetime care: as a result of her injuries, plaintiff will require continued medical care. A life care plan prepared by Stuart B. Kahn, MD, outlines the various care plaintiff is projected to require. [SOURCES: narrative report on Luisa Janssen Harger Brown, *op. cit*.; and Life Care Plan on Luisa Janssen Harger Da Silva prepared by Stuart B. Kahn, MD, dated December 1, 2022.] For the purpose of our analysis, we assume an implementation date of July 1, 2023, for the life care plan. Future costs of lifetime care are analyzed is a separate section of this report, and detailed calculations are appended to this analysis.

14) Household services: because the life care plan includes a provision for housekeeping, we do not include a separate analysis of lost household services in future years in this report. In addition, we do not include a separate analysis of lost household services in past years at this time. We reserve the right to amend this report, upon request, should additional information be provided.

15) Care services: in his life care plan, Stuart B. Kahn, MD, states:

Once back in Brazil, she [Ms. Harger Da Silva] remained living in her family home and dedicated two years to outpatient rehabilitation. During that time, she suffered not only the physical issues related to her condition, but substantial psychiatric and emotional issues. She obtained care for this as well. She was completely dependent on her family for all ADL's until she was able to transfer in and out of a wheel chair. She slowly healed with regard to her stumps.

After returning to her family home, she had to cancel her semester at the university. She needed to focus on her care and rehabilitation. She spent her days having a routine of dressing changes three hours per day. This painful process included debridement daily, bed exercises daily as she was not able to be upright or put any pressure on her stumps. She was not able to partake in the rehabilitation process during this time.



**HARGER DA SILVA / Roth & Roth, LLP** **page 9**

The slow healing of her stumps delayed the OT and PT substantially. She started out patient PT, and OT three times per week after the stumps healed. She never really was able to walk even with her prosthesis, though with her prosthesis from Brazil she could stand with poor mobility. Her upper extremity prosthesis from Brazil primarily functioned as a cosmetic prosthesis and was utterly useless for any function due to her short stump, poor fit and inability to maintain stability.

When she returned to the university she needed to be accompanied by her mother daily for transport and to classes as she could not take books out of a book bag, hold a notepad to write notes, or even take a sip of water from a bottle.

[SOURCES: narrative report on Luisa Janssen Harger Brown; *op. cit.*, pp. 2-3.]

The life care plan provides for home health aide care and a personal assistant to Luisa. Details for each component are outlined below:

*Home Health Aide Care*

The life care plan provides for home health aide care for four (4) hours per week, or 208 hours per year, at $27 to $30 per hour, in future years only. [SOURCE: Life Care Plan on Luisa Janssen Harger Brown, *op. cit.*, p. 15.] For the purpose of this analysis, we do not value a loss of home health aide care in past years, in our report at this time. We reserve the right to amend our analysis, upon request, should additional information become available.

*Personal Assistant*

The life care plan provides for a personal assistant for 12 hours per workday (5 days per week), or 3,120 hours per year, at $27 to $30 per hour, in future years only. [SOURCE: *ibid.*, p. 15.] For the purpose of this analysis, we do not value a loss of personal assistance in past years, in our report at this time. We reserve the right to amend our analysis, upon request, should additional information become available.



HARGER DA SILVA / **Roth & Roth, LLP**                                        **page 10**

## Component of Analysis

The pecuniary value of loss to Luisa Janssen Harger Da Silva is estimated by consideration of the following components:

1. pre-injury lifetime adjusted earnings
2. post-injury lifetime adjusted earnings
3. cost of lifetime care

These components are analyzed separately in the following sections of this appraisal report.

## Pre-Injury Lifetime Adjusted Earnings

To quantify Luisa's pre-injury lifetime earnings, we utilize data on the median yearly earnings of all year-round, full-time working persons, who are Architects, except naval, with a Master's degree. To generate relevant figures for New York, we utilize the ratio of average weekly wages for New York to the nation as shown in the table that follows. [SOURCE: U.S. Department of Labor, Bureau of Labor Statistics, Quarterly Census of Employment and Wages, http://www.bls.gov/cew/.]

| | Average Weekly Wage | | Ratio |
| Year | New York | United States | [(2) / (3)] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| 2019 | $  1,449 | $  1,139 | 127% |
| 2020 | 1,599 | 1,231 | 130% |
| 2021 | 1,693 | 1,300 | 130% |
| | | **Average:** | **129%** |

Using this average ratio, we adjust the national earnings figures upward by 29%, to reflect the higher level of earnings in New York and surrounding areas, as follows.



**HARGER DA SILVA / Roth & Roth, LLP**                                                                    **page 11**

| Age of Person | Architects, except Naval (Master's Degree) | |
| | National | New York [(2) x 129%] |
| (1) | (2) | (3) |
| 18 to 24 years old | $        36,319 | $        46,852 |
| 25 to 29 years old | 51,799 | 66,821 |
| 30 to 34 years old | 65,727 | 84,788 |
| 35 to 39 years old | 77,344 | 99,774 |
| 40 to 44 years old | 90,268 | 116,446 |
| 45 to 49 years old | 102,563 | 132,306 |
| 50 to 54 years old | 106,197 | 136,994 |
| 55 to 59 years old | 123,511 | 159,329 |
| 60 to 62 years old | 101,119 | 130,444 |
| 63 to 67 years old | 106,197 | 136,994 |
| 68 to 74 years old | 128,657 | 165,968 |

[SOURCES: Expectancy Data Full Time Earnings in the United States: 2017 Edition, Shawnee Mission, Kansas, 2019, Table 713; and U.S. Census Bureau (2018) American Community Survey - 2013 - 2017, http://www.census.gov/acs/www/.]

These data provide median yearly earnings by age group expressed in 2017 dollars. To convert these values to 2023 values, we apply annual growth rates of 2.5% (2018), 3.0% (2019), 5.4% (2020), 9.1% (2021) and 5.0% (2022 and 2023) consistent with recent and expected annual wage growth.[3] [SOURCE: U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, All Occupations, http://www.bls.gov/oes, percent calculated by author.]

To calculate lifetime earnings, the procedure adopted here is, first, to ascertain the total value of earnings of persons in 2023 dollars. We then grow the values by the previously noted yearly increase from 2023 to the midpoint of each time period. Next, we determine the rate of growth between each pair of midpoint values and apply that growth rate to develop earnings for the intervening years.

---

[3]     We assume wage growth through 2023 is likely to reflect wage growth from 2017 to 2021. Accordingly, we utilize compound wage growth from 2017 through 2021 to calculate annual wage growth in 2022 and 2023.



HARGER DA SILVA / **Roth & Roth, LLP**                                         **page 12**

To project gross earnings in the future (beginning in 2024), we apply a yearly increase of 3.6%, based on recent and expected wage growth economy-wide.[4] [SOURCES: U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, All Occupations, http://www.bls.gov/oes, percent calculated by author; Principal Economic Assumptions, *The 2022 Annual Report of the Board of Trustees of the Federal Old-age and Survivors Insurance and Federal Disability Insurance Trust Funds*, Table V.B1, http://www.ssa.gov/OACT/TR/2022/trTOC.html; Congressional Budget Office, Budget and Economic Data, cbo.gov/data/budget-economic-data; and other publicly available data.]

Determining <u>adjusted</u> earnings requires further calculations. An adjustment for worklife expectancy is necessary because the number of years of actual working life is generally less than the total number of years until retirement. As previously stated in the Background Facts and Assumptions section above, the estimated remaining years of worklife amount to 85.6% of the total remaining number of years until retirement.

Another adjustment takes into consideration the likelihood of periods of unemployment during a person's expected working life. Unemployment is an economy-wide phenomenon, but various statistical cohorts of the labor force experience different rates of unemployment. This adjustment is usually necessary since unemployment is not taken into consideration by worklife expectancy figures. The latter indicate the number of expected years of participation in the labor force, whereas unemployment refers to periods of no work of those persons already active in the labor force.

The unemployment adjustment factor is calculated by first considering a time period in the immediate past that is comparable to the number of years until the projected retirement date. Between 1980 and 2021, females in plaintiff's age cohort experienced an unemployment rate averaging 4.7% per annum. [SOURCE: U.S. Dept of Labor, Bureau of Labor Statistics, Labor Force Statistics including the National Unemployment Rate (Current Population Survey - CPS), unemployment rate by age and gender, www.bls.gov/cps, average calculated by author.]

Moreover, state unemployment compensation benefits serve to replace a portion of most workers' lost earnings during periods of unemployment. Unemployment compensation in New York is 50% of pay, or a maximum benefit of $504 a week (in 2023), whichever is lower. [SOURCE: State of New York, Department of Labor, Unemployment Insurance,

---

[4] Annual wage growth beginning in 2024 is best approximated by reference to the wage rate projections found in the Board of Trustees report cited above.



https://dol.ny.gov/system/files/documents/2022/01/P832.pdf.] Given the aforementioned, we adjust the unemployment rate downward from 4.7% to 3.9% (4.7% x 84%) to incorporate the income replacement rate of 16% and to represent the probability of unpaid unemployment (and, hence, lost earnings) during the remaining years of labor force activity.

Next, an upward adjustment takes into account the pecuniary value of fringe benefits employees receive in addition to their monetary compensation. As previously stated, we value fringe benefits at 14.7% of gross earnings. We reserve the right to amend our analysis, upon request, should additional information become available.

A final adjustment takes into account job maintenance expenses that plaintiff would have incurred in maintaining her employment. These expenses typically include transportation expenses, clothing, meals outside the home and other costs. We estimate these expenses at 5% of gross earnings.

Application of the preceding information yields an adjusted earnings factor as follows:

| | |
|---|---|
| Gross Earnings Base | 100.00% |
| x worklife adjustment | 85.60% |
| x (1 - 3.9% unemployment factor) | 96.10% |
| = Adjusted Earnings Base | 82.26% |
| x (1 + 14.7% fringe benefits) | 114.70% |
| = Fringe-Adjusted Earnings | 94.35% |
| x (1 - 5% job maintenance expenses) | 95.00% |
| **= Adjusted Earnings Factor** | **90.24%** |

These calculations indicate that adjusted earnings amount to 90.24% of gross earnings.

Application of the preceding information yields projected pre-injury lifetime adjusted earnings for Luisa Janssen Harger Da Silva through her statistical date of retirement at **$13,071,556**.

Detailed calculations regarding plaintiff's pre-injury lifetime adjusted earnings are presented in Exhibit 1, appended to this analysis.



HARGER DA SILVA / **Roth & Roth, LLP** **page 14**

## Post-Injury Lifetime Adjusted Earnings

To quantify Luisa's post-injury lifetime earnings, we utilize the same earnings previously established for plaintiff's pre-injury earnings. As previously stated in the Background Facts and Assumptions section of this report, for the purpose of this analysis, we assume plaintiff will continue her current employment as an architect until she reaches age 55. At that time, we value post-injury earnings based on two (2) alternative scenarios, as follows:

Scenario A: we assume that after age 55, plaintiff will only be able to work part-time through her statistical date of retirement. Absent information regarding how many hours per week plaintiff may be able to work after age 55, we present a range of values through plaintiff's statistical date of retirement. We reserve the right to amend our analysis, upon request, should additional information become available.

Scenario B: we assume plaintiff, at age 55, will not be able to continue working and will suffer a total loss of earnings through her statistical date of retirement. We reserve the right to amend our analysis, upon request, should additional information become available.

Application of the preceding information yields projected lifetime adjusted earnings for Luisa Janssen Harger Da Silva, in Scenario A and B, through her age 55, October 2, 2049, at **$6,262,782**. Further, we calculate plaintiff's adjusted earnings from October 2, 2049 (age 55) through her statistical date of retirement, at $6,808,774. Absent information regarding how many hours plaintiff may be able to work on a part-time basis, after age 55, we value projected post-injury adjusted earnings after age 55, at 25%, 50%, and 75%, in Scenario A, for the trier of fact to consider, as presented in the following table:

| Post-Injury Adjusted Earnings [100%] | Range of Values | | |
| --- | --- | --- | --- |
| | Twenty-Five Percent [(1) x 25%] | Fifty Percent [(1) x 50%] | Seventy-Five Percent [(1) x 75%] |
| (1) | (2) | (3) | (4) |
| $       6,808,774 | $       1,702,194 | $       3,404,387 | $       5,106,581 |

Detailed calculations regarding plaintiff's lifetime adjusted earnings are presented in Exhibit 1, appended to this analysis.



HARGER DA SILVA / **Roth & Roth, LLP**                                               **page 15**

## Cost of Lifetime Care

As a result of her injuries, plaintiff has medical requirements that will continue throughout her life expectancy. As presented in the Background Facts and Assumptions section of this report, a life care plan prepared by Stuart B. Kahn, MD, outlines the various categories of care plaintiff is projected to require. [SOURCE: Life Care Plan for Luisa Janssen Harger Da Silva, *op. cit*.] The annual base cost for each item is stated in 2022 dollars. Our analysis projects the value of future care, with no consideration given to any past medical costs incurred, or household or other services provided, to date.

We utilize an implementation date of July 1, 2023, for the life care plan. As of that date, females of plaintiff's age (28.74 years) live, on average, an additional 53.6 years. [SOURCE: *National Vital Statistics Reports*, Volume 70, No. 19, *op. cit*.] Therefore, as of July 1, 2023, females in plaintiff's statistical cohort have an expected total life span averaging 82.34 years, implying a statistical date of death of February 4, 2077.

For purposes of projecting costs associated with this life care plan, we have reviewed various data for the U.S. Because the Life Care Plan was prepared in 2022, we apply yearly increases consistent with recent and expected annual growth to establish projected 2023 costs. Thereafter, we utilize long-term growth rates, based on expected growth, to project costs through plaintiff's statistical date of death. The following table includes the annual increases we have adopted for the calculation of life care plan costs. For purposes of this analysis, we do not apply a "technology accelerator" when projecting the costs of the prosthetics. We reserve the right to amend our analysis, upon request.

| Life Care Plan Component | Yearly Increase in Past Years | Yearly Increase in Future Years |
|---|---|---|
| Physician Services | 4.25% | 3.50% |
| Other Medical Professionals | 2.40% | 2.75% |
| Non-prescription Drugs and Supplies# | 4.70% | 2.40% |
| Transportation | 14.50% | 2.50% |
| Home Health Aide | 6.20% | 3.60% |
| Registered Nurses | 2.60% | 3.60% |
| Chore Services / Childcare Services /  Personal Assistant | 5.00% | 3.60% |
| General Price Level | 4.70% | 2.40% |

# based on General Price Level



SOURCES: Consumer Price Index, All Urban Consumers: U.S. City Average, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/cpi/; U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, http://www.bls.gov/oes, percent calculated by author; U.S. Department of Labor, Bureau of Labor Statistics, Occupational Outlook Handbook (OOH), https://www.bls.gov/ooh/; and Principal Economic Assumptions, *The 2022 Annual Report of the Board of Trustees of the Federal Old-age and Survivors Insurance and Federal Disability Insurance Trust Funds*, Table V.B1, http://www.ssa.gov/OACT/TR/2022/trTOC.html; Congressional Budget Office, Budget and Economic Data, cbo.gov/data/budget-economic-data; and other publicly available data.

The estimated total value of the costs per treatment or service item is calculated by applying the selected growth rate to the annual base cost for each item over the years of evaluation. If a projected cost provided in the life care plan spans a range of values, the midpoint value is used in determining the appropriate lifetime cost. Likewise, if a replacement schedule spans a range of time, the midpoint in the time span is used.

The Life Care Plan presents two (2) alternative options with regard to future Home and Community Based services. In Option 1, it is assumed that plaintiff will require a personal assistant until she reaches age 55. In Option 2, it is assumed that plaintiff will require a personal assistant until she reaches age 60. [SOURCE: Life Care Plan for Luisa Janssen Harger Da Silva, *op. cit.*, p. 15.] The ultimate determination of loss is left to a determination by the trier-of-fact. We reserve the right to amend our analysis, upon request, should additional information become available.

Components of care that are presented without sufficient information regarding the cost, frequency, or duration are not included in our analysis at this time. Further, the life care plan provides potential future medical care that is not included in the summary table of the life care plan. For purposes of this analysis, we include those costs in a separate exhibit for the trier-of-fact to consider. The precise degree of loss is left to a determination by the trier-of-fact upon a full hearing of all relevant facts in this matter. We reserve the right to amend our analysis, upon request, should additional information be provided.

Using the methodology outlined above, the total future value of the cost of expected lifetime care for plaintiff is summarized in the following table. Detailed calculations are provided in Exhibits 2 through 17, appended to this analysis.



HARGER DA SILVA / **Roth & Roth, LLP**                                    **page 17**

| Component of Care | Future Value | |
| --- | --- | --- |
| | Option 1: Age 55 | Option 2: Age 60 |
| Special Medical Care & Evaluations | $ 307,890 | $ 307,890 |
| Therapeutic Evaluations & Therapeutic Modalities | 1,045,553 | 1,045,553 |
| Surgical Interventions and Associated Rehabilitation Services | 106,764 | 106,764 |
| Above Knee and Above Elbow Prostheses, Supplies, and Prosthetic Services | 49,079,587 | 49,079,587 |
| Durable Medical Equipment, Mobility Equipment, and Adaptive/Assistive Aids and Services | 222,723 | 222,723 |
| Home and Community Based Services | 13,406,356 | 14,343,930 |
| Purchase of a Modified Van and Maintenance | 778,737 | 778,737 |
| Sub-Total Value: | $ 64,947,610 | $ 65,885,184 |
| Injury-Related Potential and/or Contingent Services/Costs | 109,161 | 109,161 |
| **Total Value:** | **$ 65,056,771** | **$ 65,994,345** |



## Summary

We now combine the previously calculated losses in this case to obtain alternative total loss values, as presented in the tables that follow:

*Post-Injury Earnings: Scenario A*

*Cost of Lifetime Care: Option 1\**

| Range of Values | | | |
|---|---|---|---|
| 75%^ | 50%^ | 25%^ | Component of Analysis |
| $ 13,071,556 | $ 13,071,556 | $ 13,071,556 | pre-injury lifetime adjusted earnings |
| | | | post-injury lifetime adjusted earnings |
| (6,262,782) | (6,262,782) | (6,262,782) | through age 55 |
| (5,106,581) | (3,404,387) | (1,702,194) ^ | thereafter |
| 65,056,771 | 65,056,771 | 65,056,771 * | cost of lifetime care |
| **$  66,758,965** | **$  68,461,158** | **$  70,163,352** | **total value of economic loss** |

*Cost of Lifetime Care: Option 2\**

| Range of Values | | | |
|---|---|---|---|
| 75%^ | 50%^ | 25%^ | Component of Analysis |
| $ 13,071,556 | $ 13,071,556 | $ 13,071,556 | pre-injury lifetime adjusted earnings |
| | | | post-injury lifetime adjusted earnings |
| (6,262,782) | (6,262,782) | (6,262,782) | through age 55 |
| (5,106,581) | (3,404,387) | (1,702,194) ^ | thereafter |
| 65,994,345 | 65,994,345 | 65,994,345 * | cost of lifetime care |
| **$  67,696,539** | **$  69,398,732** | **$  71,100,926** | **total value of economic loss** |



**HARGER DA SILVA / Roth & Roth, LLP**                                                     **page 19**

*Post-Injury Earnings: Scenario B*

| Range of Values | | |
|---|---|---|
| Cost of Lifetime Care: Option 1* | Cost of Lifetime Care: Option 2* | Component of Analysis |
| $    13,071,556 | $    13,071,556 | pre-injury lifetime adjusted earnings |
| | | post-injury lifetime adjusted earnings |
| (6,262,782) | (6,262,782) | through age 55 |
| - | - | thereafter |
| 65,056,771 | 65,994,345 * | cost of lifetime care |
| **$    71,865,545** | **$    72,803,119** | **total value of economic loss** |

It is important to understand that each total loss figure in the two tables presented above is a present value amount (in 2023 dollars), representing a lump-sum payment needed at present to generate a flow of payments sufficient to compensate for the losses in each year of loss included in this appraisal. In addition, please note that pre-trial or pre-judgment interest has not been calculated. These interest losses are typically determined at the time of trial and would be in addition to the losses calculated in this appraisal report.

The preceding findings are based on information provided to us as of this date. They are subject to revision should additional information be forthcoming that would change any facts or assumptions upon which this analysis rests. We also note that pecuniary losses are an approximation and are provided by the economic expert as a guide to the trier-of-fact. [SOURCE: *Jones and Laughlin Steel Corp. v. Pfeifer*, 462 U.S. 523, 545-47 (1983).]



**Exhibit 1**
**Luissa Harger Da Silva**
**Pre-Injury/Post-Injury Earnings**
**Median Lifetime Earnings - Architects, Except Navy - Master's Degree**
**Future Growth at 3.6%**

| Year | Age | Portion of Year | Wages Base Years | Gross Earnings | Adjusted Earnings [(3) x (5) x 90.24%] | |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | |
| 2021 | 27 | | $ 81,122 | $ 81,122 | | |
| 2022 | 28 | | | 88,616 | | |
| 2023 | 29 | 50% | | 96,803 | $ 43,678 | ^ |
| 2024 | 30 | 100% | | 105,746 | 95,426 | |
| 2025 | 31 | 100% | | 115,516 | 104,242 | |
| 2026 | 32 | 100% | 126,188 | 126,188 | 113,872 | |
| 2027 | 33 | 100% | | 135,056 | 121,875 | |
| 2028 | 34 | 100% | | 144,547 | 130,440 | |
| 2029 | 35 | 100% | | 154,706 | 139,607 | |
| 2030 | 36 | 100% | | 165,578 | 149,418 | |
| 2031 | 37 | 100% | 177,215 | 177,215 | 159,918 | |
| 2032 | 38 | 100% | | 189,357 | 170,875 | |
| 2033 | 39 | 100% | | 202,331 | 182,583 | |
| 2034 | 40 | 100% | | 216,194 | 195,093 | |
| 2035 | 41 | 100% | | 231,007 | 208,460 | |
| 2036 | 42 | 100% | 246,834 | 246,834 | 222,743 | |
| 2037 | 43 | 100% | | 262,335 | 236,731 | |
| 2038 | 44 | 100% | | 278,810 | 251,598 | |
| 2039 | 45 | 100% | | 296,319 | 267,398 | |
| 2040 | 46 | 100% | | 314,927 | 284,190 | |
| 2041 | 47 | 100% | 334,704 | 334,704 | 302,037 | |
| 2042 | 48 | 100% | | 349,177 | 315,097 | |
| 2043 | 49 | 100% | | 364,275 | 328,722 | |
| 2044 | 50 | 100% | | 380,026 | 342,935 | |
| 2045 | 51 | 100% | | 396,458 | 357,764 | |
| 2046 | 52 | 100% | 413,601 | 413,601 | 373,233 | |
| 2047 | 53 | 100% | | 441,631 | 398,528 | |
| 2048 | 54 | 100% | | 471,561 | 425,537 | |
| 2049 | 55 | 75% | | 503,520 | 340,782 | |
| | | | **Sub-Total (through age 55):** | | **$ 6,262,782** | |
| 2049 | 55 | 25% | | 503,520 | 113,594 | |
| 2050 | 56 | 100% | | 537,644 | 485,170 | |
| 2051 | 57 | 100% | 574,081 | 574,081 | 518,051 | |
| 2052 | 58 | 100% | | 565,738 | 510,522 | |
| 2053 | 59 | 100% | | 557,515 | 503,102 | |
| 2054 | 60 | 100% | | 549,412 | 495,789 | |
| 2055 | 61 | 100% | 541,427 | 541,427 | 488,583 | |
| 2056 | 62 | 100% | | 567,831 | 512,411 | |
| 2057 | 63 | 100% | | 595,524 | 537,400 | |
| 2058 | 64 | 100% | | 624,566 | 563,609 | |
| 2059 | 65 | 100% | 655,025 | 655,025 | 591,095 | |
| 2060 | 66 | 100% | | 700,656 | 632,272 | |
| 2061 | 67 | 100% | | 749,465 | 676,317 | |
| 2062 | 68 | 25% | | 801,674 | 180,858 | # |
| 2063 | 69 | | | 857,521 | | |
| 2064 | 70 | | | 917,258 | | |
| 2065 | 71 | | 981,156 | 981,156 | | |
| | | | **Sub-Total (after age 55):** | | **$ 6,808,774** | |
| | | | **Total:** | | **$ 13,071,556** | |

^ earnings assumed to begin on July 1
# earnings calculated through plaintiff's statistical date of retirement, April 1



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 2**

### Special Medical Care & Evaluations

| | Age | Physiatrist (PM&R) (first 10 months) | Physiatrist (PM&R) (next one year) | PM&R (thereafter) | Pain Management Specialist | Therapeutic Spinal Injections* | Stump and Plastic Surgeons | Orthopedists | Primary Care Physician | Psychiatrist | Diagnostic Imaging Studies | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2022 Cost: $525 | $700 | $500 | $300 | $1,953 | $288 | $288 | $200 | $625 | $232 | |
| | | Growth Rate: 4.25% | 4.25% | 4.25% | 4.25% | 4.25% | 4.25% | 4.25% | 4.25% | 4.25% | 2.40% | |
| | | 2023 Cost: $547 | $730 | $521 | $313 | $2,036 | $300 | $300 | $209 | $652 | $237 | |
| | | Growth Rate: 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 2.75% | |
| 2023 | 29 | $ 365 | $ - | $ - | 313 | 2,036 | 300 | 300 | 209 | 652 | 119 | 4,292 |
| 2024 | 30 | 189 | 566 | - | - | - | 310 | - | 216 | - | 244 | 1,525 |
| 2025 | 31 | - | 195 | 279 | - | - | 321 | - | 223 | - | 250 | 1,269 |
| 2026 | 32 | - | - | 578 | 347 | 2,257 | 332 | - | 231 | - | 257 | 4,003 |
| 2027 | 33 | - | - | 598 | - | - | 344 | 344 | 239 | - | 264 | 1,790 |
| 2028 | 34 | - | - | 619 | - | - | 356 | - | 248 | - | 271 | 1,494 |
| 2029 | 35 | - | - | 641 | - | - | 368 | - | 256 | - | 279 | 1,544 |
| 2030 | 36 | - | - | 663 | 398 | 2,591 | 381 | 381 | 265 | - | 287 | 4,966 |
| 2031 | 37 | - | - | 686 | - | - | 395 | - | 275 | - | 295 | 1,650 |
| 2032 | 38 | - | - | 710 | - | - | 408 | - | 284 | - | 303 | 1,706 |
| 2033 | 39 | - | - | 735 | 441 | 2,872 | 423 | - | 294 | - | 311 | 5,076 |
| 2034 | 40 | - | - | 761 | - | - | 438 | 438 | 304 | - | 319 | 2,260 |
| 2035 | 41 | - | - | 788 | - | - | 453 | - | 315 | - | 328 | 1,884 |
| 2036 | 42 | - | - | 815 | 489 | 3,184 | 469 | - | 326 | - | 337 | 5,621 |
| 2037 | 43 | - | - | 844 | - | - | 485 | 485 | 337 | - | 347 | 2,498 |
| 2038 | 44 | - | - | 873 | - | - | 502 | - | 349 | - | 356 | 2,081 |
| 2039 | 45 | - | - | 904 | - | - | 520 | - | 362 | - | 366 | 2,151 |
| 2040 | 46 | - | - | 935 | 561 | 3,654 | 538 | - | 374 | - | 376 | 6,439 |
| 2041 | 47 | - | - | 968 | - | - | 557 | 557 | 387 | - | 386 | 2,855 |
| 2042 | 48 | - | - | 1,002 | - | - | 576 | - | 401 | - | 397 | 2,376 |
| 2043 | 49 | - | - | 1,037 | 622 | 4,051 | 596 | - | 415 | - | 408 | 7,130 |
| 2044 | 50 | - | - | 1,073 | - | - | 617 | 617 | 429 | - | 419 | 3,156 |
| 2045 | 51 | - | - | 1,111 | - | - | 639 | - | 444 | - | 431 | 2,625 |
| 2046 | 52 | - | - | 1,150 | 690 | 4,492 | 661 | - | 460 | - | 442 | 7,895 |
| 2047 | 53 | - | - | 1,190 | - | - | 684 | - | 476 | - | 455 | 2,805 |
| 2048 | 54 | - | - | 1,232 | - | - | 708 | 708 | 493 | - | 467 | 3,608 |
| 2049 | 55 | - | - | 1,275 | - | - | 733 | - | 510 | - | 480 | 2,998 |
| 2050 | 56 | - | - | 1,320 | 792 | 5,155 | 759 | - | 528 | - | 493 | 9,046 |
| 2051 | 57 | - | - | 1,366 | - | - | 785 | - | 546 | - | 507 | 3,204 |
| 2052 | 58 | - | - | 1,414 | - | - | 813 | 813 | 565 | - | 521 | 4,125 |
| 2053 | 59 | - | - | 1,463 | 878 | 5,715 | 841 | - | 585 | - | 535 | 10,017 |
| 2054 | 60 | - | - | 1,514 | - | - | 871 | - | 606 | - | 550 | 3,540 |
| 2055 | 61 | - | - | 1,567 | - | - | 901 | 901 | 627 | - | 565 | 4,561 |
| 2056 | 62 | - | - | 1,622 | - | - | 933 | - | 649 | - | 580 | 3,784 |
| 2057 | 63 | - | - | 1,679 | 1,007 | 6,558 | 965 | - | 672 | - | 596 | 11,477 |
| 2058 | 64 | - | - | 1,738 | - | - | 999 | - | 695 | - | 613 | 4,044 |
| 2059 | 65 | - | - | 1,798 | - | - | 1,034 | 1,034 | 719 | - | 630 | 5,216 |
| 2060 | 66 | - | - | 1,861 | 1,117 | 7,271 | 1,070 | - | 745 | - | 647 | 12,711 |
| 2061 | 67 | - | - | 1,927 | - | - | 1,108 | - | 771 | - | 665 | 4,470 |
| 2062 | 68 | - | - | 1,994 | - | - | 1,147 | 1,147 | 798 | - | 683 | 5,768 |
| 2063 | 69 | - | - | 2,064 | 1,238 | 8,062 | 1,187 | - | 826 | - | 702 | 14,077 |
| 2064 | 70 | - | - | 2,136 | - | - | 1,228 | - | 854 | - | 721 | 4,940 |
| 2065 | 71 | - | - | 2,211 | - | - | 1,271 | - | 884 | - | 741 | 5,107 |
| 2066 | 72 | - | - | 2,288 | - | - | 1,316 | 1,316 | 915 | - | 761 | 6,596 |
| 2067 | 73 | - | - | 2,368 | 1,421 | 9,251 | 1,362 | - | 947 | - | 782 | 16,131 |
| 2068 | 74 | - | - | 2,451 | - | - | 1,409 | - | 980 | - | 804 | 5,645 |
| 2069 | 75 | - | - | 2,537 | - | - | 1,459 | 1,459 | 1,015 | - | 826 | 7,295 |
| 2070 | 76 | - | - | 2,626 | 1,575 | 10,257 | 1,510 | - | 1,050 | - | 848 | 17,866 |
| 2071 | 77 | - | - | 2,718 | - | - | 1,563 | - | 1,087 | - | 872 | 6,239 |
| 2072 | 78 | - | - | 2,813 | - | - | 1,617 | - | 1,125 | - | 896 | 6,451 |
| 2073 | 79 | - | - | 2,911 | 1,747 | 11,372 | 1,674 | 1,674 | 1,164 | - | 920 | 21,462 |
| 2074 | 80 | - | - | 3,013 | - | - | 1,732 | - | 1,205 | - | 946 | 6,896 |
| 2075 | 81 | - | - | 3,118 | - | - | 1,793 | - | 1,247 | - | 972 | 7,131 |
| 2076 | 82 | - | - | 3,228 | - | - | 1,856 | - | 1,291 | - | 998 | 7,373 |
| 2077 | 83 | - | - | 1,670 | - | - | 1,921 | - | 1,336 | - | 92 | 5,020 |
| | Totals: | $ 554 | $ 762 | $ 80,883 | $ 13,636 | $ 88,778 | $ 48,239 | $ 12,173 | $ 33,557 | $ 652 | $ 28,656 | $ 307,890 |

* the life care plan provides a total cost range from $17,500 to $45,000 (or an average of $31,250) for fourteen (14) to eighteen (18) procedures, or an average of sixteen (16) procedures throughout plaintiff's lifetime; for the purpose of this analysis, we estimate an average cost of $1,953 per occurrence ($31,250 / 16 occurrences)


SOBEL TINARI ECONOMICS GROUP

**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 3**

### Therapeutic Evaluations & Therapeutic Modalities (1 of 2)

| Year | Age | Psychological Counseling | Crisis Intervention Counseling^ | Couple's Counseling | Physical Therapy (first year) | Physical Therapy (thereafter) | Occupational Therapy Evaluation (Ergonomic and Safety Evaluation) | Occupational Therapy (first 10 months) | Occupational Therapy (thereafter) | Occupational Work Place Ergonomic and Safety Evaluations* | Therapeutic Trials of Complementary and Integrative Medicine (CIM) (first 3.5 months) | Therapeutic Trials of Complementary and Integrative Medicine (CIM) (next 6 months) | Sub-Total (1 of 2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 Cost: | | $7,800 | $1,800 | $2,250 | $21,450 | $2,750 | $450 | $4,225 | $2,500 | $875 | $3,000 | $2,600 | |
| Growth Rate: | | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | |
| 2023 Cost: | | $7,987 | $1,843 | $2,304 | $21,965 | $2,816 | $461 | $4,326 | $2,560 | $896 | $3,072 | $2,662 | |
| Growth Rate: | | 2.75% | 2.75% | 2.75% | 2.75% | 2.75% | 2.75% | 2.75% | 2.75% | 2.75% | 2.75% | 2.75% | |
| 2023 | 29 | $ 3,994 | $ - | $ 2,304 | $ 10,982 | $ - | $ 461 | $ 4,326 | $ - | $ 896 | $ 3,072 | $ 1,024 | $ 27,059 |
| 2024 | 30 | 4,103 | - | - | 11,284 | 2,893 | - | - | 2,630 | - | - | 1,683 | 22,595 |
| 2025 | 31 | - | 1,946 | - | - | - | - | - | - | - | - | - | 1,946 |
| 2026 | 32 | - | - | - | - | 3,055 | - | - | 2,777 | - | - | - | 5,832 |
| 2027 | 33 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2028 | 34 | - | - | - | - | 3,225 | - | - | 2,932 | - | - | - | 6,157 |
| 2029 | 35 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2030 | 36 | - | - | - | - | 3,405 | - | - | 3,095 | - | - | - | 6,500 |
| 2031 | 37 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2032 | 38 | - | - | - | - | 3,595 | - | - | 3,268 | - | - | - | 6,863 |
| 2033 | 39 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2034 | 40 | - | - | - | - | 3,795 | - | - | 3,450 | - | - | - | 7,245 |
| 2035 | 41 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2036 | 42 | - | 2,623 | - | - | 4,007 | - | - | 3,643 | - | - | - | 10,272 |
| 2037 | 43 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2038 | 44 | - | - | - | - | 4,230 | - | - | 3,846 | - | - | - | 8,076 |
| 2039 | 45 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2040 | 46 | - | - | - | - | 4,466 | - | - | 4,060 | - | - | - | 8,526 |
| 2041 | 47 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2042 | 48 | - | - | - | - | 4,715 | - | - | 4,286 | - | - | - | 9,001 |
| 2043 | 49 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2044 | 50 | - | - | - | - | 4,978 | - | - | 4,525 | - | - | - | 9,503 |
| 2045 | 51 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2046 | 52 | - | - | - | - | 5,256 | - | - | 4,778 | - | - | - | 10,033 |
| 2047 | 53 | - | 3,535 | - | - | - | - | - | - | - | - | - | 3,535 |
| 2048 | 54 | - | - | - | - | 5,549 | - | - | 5,044 | - | - | - | 10,593 |
| 2049 | 55 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2050 | 56 | - | - | - | - | 5,858 | - | - | 5,325 | - | - | - | 11,183 |
| 2051 | 57 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2052 | 58 | - | - | - | - | 6,185 | - | - | 5,622 | - | - | - | 11,807 |
| 2053 | 59 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2054 | 60 | - | - | - | - | 6,529 | - | - | 5,936 | - | - | - | 12,465 |
| 2055 | 61 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2056 | 62 | - | - | - | - | 6,893 | - | - | 6,267 | - | - | - | 13,160 |
| 2057 | 63 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2058 | 64 | - | 4,764 | - | - | 7,278 | - | - | 6,616 | - | - | - | 18,657 |
| 2059 | 65 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2060 | 66 | - | - | - | - | 7,684 | - | - | 6,985 | - | - | - | 14,669 |
| 2061 | 67 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2062 | 68 | - | - | - | - | 8,112 | - | - | 7,374 | - | - | - | 15,486 |
| 2063 | 69 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2064 | 70 | - | - | - | - | 8,564 | - | - | 7,786 | - | - | - | 16,350 |
| 2065 | 71 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2066 | 72 | - | - | - | - | 9,042 | - | - | 8,220 | - | - | - | 17,261 |
| 2067 | 73 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2068 | 74 | - | - | - | - | 9,546 | - | - | 8,678 | - | - | - | 18,224 |
| 2069 | 75 | - | 6,420 | - | - | - | - | - | - | - | - | - | 6,420 |
| 2070 | 76 | - | - | - | - | 10,078 | - | - | 9,162 | - | - | - | 19,240 |
| 2071 | 77 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2072 | 78 | - | - | - | - | 10,640 | - | - | 9,673 | - | - | - | 20,313 |
| 2073 | 79 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2074 | 80 | - | - | - | - | 11,233 | - | - | 10,212 | - | - | - | 21,445 |
| 2075 | 81 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2076 | 82 | - | - | - | - | 11,860 | - | - | 10,781 | - | - | - | 22,641 |
| 2077 | 83 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Totals:** | | $ 8,097 | $ 19,287 | $ 2,304 | $ 22,267 | $ 172,669 | $ 461 | $ 4,326 | $ 156,972 | $ 896 | $ 3,072 | $ 2,707 | |

^ the life care plan provides a total cost range from $7,200 to $10,800 (or an average of $9,000) for four (4) to six (6) short-term courses, or an average of five (5) courses throughout plaintiff's lifetime; for the purpose of this analysis, we estimate an average cost of $1,800 per occurrence ($9,000 / 5 occurrences)

* the life care plan provides a total cost range from $750 to $1,000 (or an average of $875) for evaluations throughout plaintiff's worklife; for the purpose of this analysis, we value the total cost in the first year of the life care plan


SOBEL TINARI
ECONOMICS GROUP

**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 4**

**Therapeutic Evaluations & Therapeutic Modalities (2 of 2)**

| Year | Age | Therapeutic Trials of Complementary and Integrative Medicine (CIM) (thereafter) | Membership at YMCA (until age 65) | Membership at YMCA (until age 81) | Personal Fitness/ Acquatic Trainer (until age 81) | Private Personal Trainer for In-Home Sessions (age 81 to age 82) | Nutritionist (until age 60) | Nutritionist (thereafter) | Vocational Services* | Sub-Total (2 of 2) | Sub-Total (1 of 2) | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 Cost: | | $1,200 | $1,008 | $804 | $3,033 | $3,900 | $113 | $225 | $4,250 | | | |
| Growth Rate: | | 2.40% | 4.70% | 4.70% | 4.70% | 4.70% | 2.40% | 2.40% | 2.40% | | | |
| 2023 Cost: | | $1,229 | $1,055 | $842 | $3,176 | $4,083 | $115 | $230 | $4,352 | | | |
| Growth Rate: | | 2.75% | 2.40% | 2.40% | 2.40% | 2.40% | 2.75% | 2.75% | 2.75% | | | |
| 2023 | 29 | $ - | $ 528 | $ - | $ 1,588 | $ - | $ 115 | $ - | $ 4,352 | $ 6,583 | $ 27,059 | $ 33,642 |
| 2024 | 30 | 737 | 1,081 | - | 3,252 | - | 118 | - | - | 5,188 | 22,595 | 27,783 |
| 2025 | 31 | 1,297 | 1,107 | - | 3,330 | - | 122 | - | - | 5,856 | 1,946 | 7,802 |
| 2026 | 32 | 1,333 | 1,133 | - | 3,410 | - | 125 | - | - | 6,001 | 5,832 | 11,833 |
| 2027 | 33 | 1,370 | 1,160 | - | 3,492 | - | 128 | - | - | 6,150 | - | 6,150 |
| 2028 | 34 | 1,407 | 1,188 | - | 3,576 | - | 132 | - | - | 6,303 | 6,157 | 12,460 |
| 2029 | 35 | 1,446 | 1,217 | - | 3,661 | - | 136 | - | - | 6,460 | - | 6,460 |
| 2030 | 36 | 1,486 | 1,246 | - | 3,749 | - | 139 | - | - | 6,620 | 6,500 | 13,121 |
| 2031 | 37 | 1,527 | 1,276 | - | 3,839 | - | 143 | - | - | 6,785 | - | 6,785 |
| 2032 | 38 | 1,569 | 1,306 | - | 3,931 | - | 147 | - | - | 6,954 | 6,863 | 13,816 |
| 2033 | 39 | 1,612 | 1,338 | - | 4,026 | - | 151 | - | - | 7,126 | - | 7,126 |
| 2034 | 40 | 1,656 | 1,370 | - | 4,122 | - | 155 | - | - | 7,304 | 7,245 | 14,549 |
| 2035 | 41 | 1,702 | 1,403 | - | 4,221 | - | 160 | - | - | 7,485 | - | 7,485 |
| 2036 | 42 | 1,748 | 1,437 | - | 4,323 | - | 164 | - | - | 7,671 | 10,272 | 17,943 |
| 2037 | 43 | 1,796 | 1,471 | - | 4,426 | - | 168 | - | - | 7,862 | - | 7,862 |
| 2038 | 44 | 1,846 | 1,506 | - | 4,533 | - | 173 | - | - | 8,058 | 8,076 | 16,134 |
| 2039 | 45 | 1,897 | 1,542 | - | 4,641 | - | 178 | - | - | 8,258 | - | 8,258 |
| 2040 | 46 | 1,949 | 1,579 | - | 4,753 | - | 183 | - | - | 8,464 | 8,526 | 16,990 |
| 2041 | 47 | 2,002 | 1,617 | - | 4,867 | - | 188 | - | - | 8,674 | - | 8,674 |
| 2042 | 48 | 2,057 | 1,656 | - | 4,984 | - | 193 | - | - | 8,890 | 9,001 | 17,892 |
| 2043 | 49 | 2,114 | 1,696 | - | 5,103 | - | 198 | - | - | 9,111 | - | 9,111 |
| 2044 | 50 | 2,172 | 1,737 | - | 5,226 | - | 204 | - | - | 9,338 | 9,503 | 18,841 |
| 2045 | 51 | 2,232 | 1,778 | - | 5,351 | - | 209 | - | - | 9,571 | - | 9,571 |
| 2046 | 52 | 2,293 | 1,821 | - | 5,480 | - | 215 | - | - | 9,809 | 10,033 | 19,842 |
| 2047 | 53 | 2,356 | 1,865 | - | 5,611 | - | 221 | - | - | 10,053 | 3,535 | 13,588 |
| 2048 | 54 | 2,421 | 1,909 | - | 5,746 | - | 227 | - | - | 10,303 | 10,593 | 20,896 |
| 2049 | 55 | 2,488 | 1,955 | - | 5,884 | - | 233 | - | - | 10,560 | - | 10,560 |
| 2050 | 56 | 2,556 | 2,002 | - | 6,025 | - | 240 | - | - | 10,823 | 11,183 | 22,006 |
| 2051 | 57 | 2,626 | 2,050 | - | 6,169 | - | 246 | - | - | 11,092 | - | 11,092 |
| 2052 | 58 | 2,699 | 2,099 | - | 6,317 | - | 253 | - | - | 11,369 | 11,807 | 23,175 |
| 2053 | 59 | 2,773 | 2,150 | - | 6,469 | - | 260 | - | - | 11,652 | - | 11,652 |
| 2054 | 60 | 2,849 | 2,201 | - | 6,624 | - | 267 | 267 | - | 12,209 | 12,465 | 24,674 |
| 2055 | 61 | 2,928 | 2,254 | - | 6,783 | - | - | 549 | - | 12,514 | - | 12,514 |
| 2056 | 62 | 3,008 | 2,308 | - | 6,946 | - | - | 564 | - | 12,826 | 13,160 | 25,987 |
| 2057 | 63 | 3,091 | 2,364 | - | 7,113 | - | - | 580 | - | 13,147 | - | 13,147 |
| 2058 | 64 | 3,176 | 2,421 | - | 7,284 | - | - | 595 | - | 13,475 | 18,657 | 32,133 |
| 2059 | 65 | 3,263 | 1,859 | 494 | 7,458 | - | - | 612 | - | 13,686 | - | 13,686 |
| 2060 | 66 | 3,353 | - | 2,024 | 7,637 | - | - | 629 | - | 13,643 | 14,669 | 28,312 |
| 2061 | 67 | 3,445 | - | 2,073 | 7,821 | - | - | 646 | - | 13,985 | - | 13,985 |
| 2062 | 68 | 3,540 | - | 2,123 | 8,008 | - | - | 664 | - | 14,335 | 15,486 | 29,821 |
| 2063 | 69 | 3,637 | - | 2,174 | 8,200 | - | - | 682 | - | 14,693 | - | 14,693 |
| 2064 | 70 | 3,737 | - | 2,226 | 8,397 | - | - | 701 | - | 15,061 | 16,350 | 31,411 |
| 2065 | 71 | 3,840 | - | 2,279 | 8,599 | - | - | 720 | - | 15,438 | - | 15,438 |
| 2066 | 72 | 3,945 | - | 2,334 | 8,805 | - | - | 740 | - | 15,824 | 17,261 | 33,086 |
| 2067 | 73 | 4,054 | - | 2,390 | 9,017 | - | - | 760 | - | 16,221 | - | 16,221 |
| 2068 | 74 | 4,165 | - | 2,447 | 9,233 | - | - | 781 | - | 16,627 | 18,224 | 34,851 |
| 2069 | 75 | 4,280 | - | 2,506 | 9,455 | - | - | 803 | - | 17,043 | 6,420 | 23,463 |
| 2070 | 76 | 4,398 | - | 2,566 | 9,681 | - | - | 825 | - | 17,470 | 19,240 | 36,710 |
| 2071 | 77 | 4,519 | - | 2,628 | 9,914 | - | - | 847 | - | 17,908 | - | 17,908 |
| 2072 | 78 | 4,643 | - | 2,691 | 10,152 | - | - | 871 | - | 18,356 | 20,313 | 38,669 |
| 2073 | 79 | 4,771 | - | 2,756 | 10,395 | - | - | 894 | - | 18,816 | - | 18,816 |
| 2074 | 80 | 4,902 | - | 2,822 | 10,645 | - | - | 919 | - | 19,287 | 21,445 | 40,733 |
| 2075 | 81 | 5,037 | - | 2,167 | 8,175 | 3,504 | - | 944 | - | 19,827 | - | 19,827 |
| 2076 | 82 | 5,175 | - | - | - | 46,644 | - | 970 | - | 52,789 | 22,641 | 75,430 |
| 2077 | 83 | 443 | - | - | - | - | - | 499 | - | 942 | - | 942 |
| **Totals:** | | $ 147,365 | $ 60,632 | $ 38,700 | $ 328,446 | $ 50,148 | $ 5,791 | $ 17,060 | $ 4,352 | | | $ 1,045,553 |

\* the life care plan provides a total cost range from $3,500 to $5,000 (or an average of $4,250) for vocational specialist services throughout plaintiff's worklife; for the purpose of this analysis, we value the total cost in the first year of the life care plan



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 5**

**Surgical Interventions and Associated Rehabilitation Services**

| | Age | Osseointegration Limb Replacement Surgery* | Pre-Implantation of Soft Tissue Revision Surgery* | Total Cost |
|---|---|---|---|---|
| 2022 Cost: | | $54,463 | $49,191 | |
| Growth Rate: | | 3.00% | 3.00% | |
| 2023 Cost: | | $56,097 | $50,667 | |
| Growth Rate: | | 6.00% | 6.00% | |
| 2023 | 29 | $ 56,097 | $ 50,667 | $ 106,764 |
| 2024 | 30 | - | - | - |
| 2025 | 31 | - | - | - |
| 2026 | 32 | - | - | - |
| 2027 | 33 | - | - | - |
| 2028 | 34 | - | - | - |
| 2029 | 35 | - | - | - |
| 2030 | 36 | - | - | - |
| 2031 | 37 | - | - | - |
| 2032 | 38 | - | - | - |
| 2033 | 39 | - | - | - |
| 2034 | 40 | - | - | - |
| 2035 | 41 | - | - | - |
| 2036 | 42 | - | - | - |
| 2037 | 43 | - | - | - |
| 2038 | 44 | - | - | - |
| 2039 | 45 | - | - | - |
| 2040 | 46 | - | - | - |
| 2041 | 47 | - | - | - |
| 2042 | 48 | - | - | - |
| 2043 | 49 | - | - | - |
| 2044 | 50 | - | - | - |
| 2045 | 51 | - | - | - |
| 2046 | 52 | - | - | - |
| 2047 | 53 | - | - | - |
| 2048 | 54 | - | - | - |
| 2049 | 55 | - | - | - |
| 2050 | 56 | - | - | - |
| 2051 | 57 | - | - | - |
| 2052 | 58 | - | - | - |
| 2053 | 59 | - | - | - |
| 2054 | 60 | - | - | - |
| 2055 | 61 | - | - | - |
| 2056 | 62 | - | - | - |
| 2057 | 63 | - | - | - |
| 2058 | 64 | - | - | - |
| 2059 | 65 | - | - | - |
| 2060 | 66 | - | - | - |
| 2061 | 67 | - | - | - |
| 2062 | 68 | - | - | - |
| 2063 | 69 | - | - | - |
| 2064 | 70 | - | - | - |
| 2065 | 71 | - | - | - |
| 2066 | 72 | - | - | - |
| 2067 | 73 | - | - | - |
| 2068 | 74 | - | - | - |
| 2069 | 75 | - | - | - |
| 2070 | 76 | - | - | - |
| 2071 | 77 | - | - | - |
| 2072 | 78 | - | - | - |
| 2073 | 79 | - | - | - |
| 2074 | 80 | - | - | - |
| 2075 | 81 | - | - | - |
| 2076 | 82 | - | - | - |
| 2077 | 83 | - | - | - |
| **Totals:** | | **$ 56,097** | **$ 50,667** | **$ 106,764** |

* assumed to occur in 2023



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 6**

**Above Knee and Above Elbow Prostheses, Supplies and Prosthetist Services**

| | Age | Transfermoral Everyday Prosthesis | Transfemoral Running Prosthesis | Transfemoral Cosmetic Prosthesis | Transfemoral Bike-Riding Prosthesis | Transhumeral Pattern Recognition Technology Prosthesis | Transhumeral Body Powered Prosthesis | Transhumeral Activity Specific Prosthesis | Transhumeral Cosmetic Prosthesis | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022 Cost: | | $233,114 | $80,696 | $255,779 | $84,979 | $267,363 | $26,998 | $29,814 | $42,409 | |
| Growth Rate: | | 4.25% | 4.25% | 4.25% | 4.25% | 4.25% | 4.25% | 4.25% | 4.25% | |
| 2023 Cost: | | $243,021 | $84,126 | $266,650 | $88,591 | $278,726 | $28,145 | $31,081 | $44,211 | |
| Growth Rate: | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | |
| 2023 | 29 | $ 243,021 | $ 84,126 | $ 266,650 | $ 88,591 | $ 278,726 | $ 28,145 | $ 31,081 | $ 44,211 | $ 1,064,551 |
| 2024 | 30 | - | - | - | - | - | - | - | - | - |
| 2025 | 31 | - | - | - | - | - | - | - | - | - |
| 2026 | 32 | 269,442 | 93,272 | 295,639 | 98,222 | 309,028 | 31,205 | 34,460 | 49,018 | 1,180,287 |
| 2027 | 33 | - | - | - | - | - | - | - | - | - |
| 2028 | 34 | - | - | - | - | - | - | - | - | - |
| 2029 | 35 | 298,735 | 103,412 | 327,780 | 108,900 | 342,625 | 34,598 | 38,207 | 54,347 | 1,308,605 |
| 2030 | 36 | - | - | - | - | - | - | - | - | - |
| 2031 | 37 | - | - | - | - | - | - | - | - | - |
| 2032 | 38 | 331,213 | 114,655 | 363,416 | 120,740 | 379,875 | 38,359 | 42,360 | 60,256 | 1,450,874 |
| 2033 | 39 | - | - | - | - | - | - | - | - | - |
| 2034 | 40 | - | - | - | - | - | - | - | - | - |
| 2035 | 41 | 367,222 | 127,120 | 402,926 | 133,866 | 421,174 | 42,530 | 46,966 | 66,806 | 1,608,610 |
| 2036 | 42 | - | - | - | - | - | - | - | - | - |
| 2037 | 43 | - | - | - | - | - | - | - | - | - |
| 2038 | 44 | 407,146 | 140,940 | 446,731 | 148,420 | 466,963 | 47,153 | 52,072 | 74,069 | 1,783,494 |
| 2039 | 45 | - | - | - | - | - | - | - | - | - |
| 2040 | 46 | - | - | - | - | - | - | - | - | - |
| 2041 | 47 | 451,410 | 156,262 | 495,299 | 164,556 | 517,730 | 52,280 | 57,733 | 82,122 | 1,977,392 |
| 2042 | 48 | - | - | - | - | - | - | - | - | - |
| 2043 | 49 | - | - | - | - | - | - | - | - | - |
| 2044 | 50 | 500,486 | 173,251 | 549,147 | 182,446 | 574,017 | 57,964 | 64,009 | 91,050 | 2,192,370 |
| 2045 | 51 | - | - | - | - | - | - | - | - | - |
| 2046 | 52 | - | - | - | - | - | - | - | - | - |
| 2047 | 53 | 554,898 | 192,086 | 608,849 | 202,281 | 636,423 | 64,265 | 70,968 | 100,949 | 2,430,720 |
| 2048 | 54 | - | - | - | - | - | - | - | - | - |
| 2049 | 55 | - | - | - | - | - | - | - | - | - |
| 2050 | 56 | 615,225 | 212,970 | 675,041 | 224,273 | 705,613 | 71,252 | 78,684 | 111,924 | 2,694,982 |
| 2051 | 57 | - | - | - | - | - | - | - | - | - |
| 2052 | 58 | - | - | - | - | - | - | - | - | - |
| 2053 | 59 | 682,111 | 236,123 | 748,430 | 248,656 | 782,326 | 78,998 | 87,238 | 124,092 | 2,987,975 |
| 2054 | 60 | - | - | - | - | - | - | - | - | - |
| 2055 | 61 | - | - | - | - | - | - | - | - | - |
| 2056 | 62 | 756,268 | 261,794 | 829,798 | 275,689 | 867,379 | 87,587 | 96,723 | 137,583 | 3,312,821 |
| 2057 | 63 | - | - | - | - | - | - | - | - | - |
| 2058 | 64 | - | - | - | - | - | - | - | - | - |
| 2059 | 65 | 838,488 | - | 920,012 | 305,661 | 961,679 | 97,109 | 107,238 | 152,541 | 3,382,728 |
| 2060 | 66 | - | - | - | - | - | - | - | - | - |
| 2061 | 67 | - | - | - | - | - | - | - | - | - |
| 2062 | 68 | 929,647 | - | 1,020,034 | 338,892 | 1,066,230 | 107,667 | 118,897 | 169,125 | 3,750,492 |
| 2063 | 69 | - | - | - | - | - | - | - | - | - |
| 2064 | 70 | - | - | - | - | - | - | - | - | - |
| 2065 | 71 | 1,030,716 | - | 1,130,930 | 375,736 | 1,182,149 | 119,372 | - | 187,512 | 4,026,414 |
| 2066 | 72 | - | - | - | - | - | - | - | - | - |
| 2067 | 73 | - | - | - | - | - | - | - | - | - |
| 2068 | 74 | 1,142,773 | - | 1,253,882 | 416,585 | 1,310,669 | 132,350 | - | 207,898 | 4,464,157 |
| 2069 | 75 | - | - | - | - | - | - | - | - | - |
| 2070 | 76 | - | - | - | - | - | - | - | - | - |
| 2071 | 77 | 1,267,013 | - | 1,390,201 | - | 1,453,162 | 146,739 | - | 230,500 | 4,487,616 |
| 2072 | 78 | - | - | - | - | - | - | - | - | - |
| 2073 | 79 | - | - | - | - | - | - | - | - | - |
| 2074 | 80 | 1,404,760 | - | 1,541,341 | - | 1,611,147 | 162,692 | - | 255,559 | 4,975,500 |
| 2075 | 81 | - | - | - | - | - | - | - | - | - |
| 2076 | 82 | - | - | - | - | - | - | - | - | - |
| 2077 | 83 | - | - | - | - | - | - | - | - | - |
| Totals: | | $ 12,090,575 | $ 1,896,009 | $ 13,266,107 | $ 3,433,515 | $ 13,866,917 | $ 1,400,265 | $ 926,636 | $ 2,199,564 | $ 49,079,587 |



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 7**

Durable Medical Equipment, Mobility Equipment, and Adaptive/Assistive Aids & Devices (1 of 3)

| Year | Age | Fully Adjustable Bed Frame | Tempur Pedic Mattress | Flat Bed Foundation | Flat Mattress | Ergonomic Table | Electronic Component Replacement | Electronics Package | Ergonomic Task Chair | Thermostatic Device | Shower Grab Bars | Sub-Total (1 of 3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 Cost: | | $3,100 | $4,269 | $210 | $725 | $1,300 | $300 | $775 | $595 | $568 | $163 | |
| Growth Rate: | | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | |
| 2023 Cost: | | $3,246 | $4,469 | $220 | $759 | $1,361 | $314 | $811 | $623 | $594 | $170 | |
| Growth Rate: | | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | |
| 2023 | 29 | $ 3,246 | $ 4,469 | $ 220 | $ 759 | $ 1,361 | $ - | $ - | $ 623 | $ 594 | $ 170 | $ 11,442 |
| 2024 | 30 | - | - | - | - | - | - | - | - | - | - | - |
| 2025 | 31 | - | - | - | - | - | - | - | - | - | - | - |
| 2026 | 32 | - | - | - | - | - | - | - | - | - | - | - |
| 2027 | 33 | - | - | - | - | - | - | - | - | - | - | - |
| 2028 | 34 | - | - | - | - | - | - | - | - | - | - | - |
| 2029 | 35 | - | - | - | - | - | - | - | - | - | - | - |
| 2030 | 36 | - | - | - | - | - | - | - | - | - | - | - |
| 2031 | 37 | - | - | - | - | - | - | - | 753 | - | - | 753 |
| 2032 | 38 | - | - | - | - | - | - | - | - | - | - | - |
| 2033 | 39 | - | - | - | 962 | - | - | - | - | - | - | 962 |
| 2034 | 40 | - | - | - | - | - | - | - | - | - | - | - |
| 2035 | 41 | - | - | - | - | - | - | - | - | - | - | - |
| 2036 | 42 | - | - | - | - | - | - | - | - | - | - | - |
| 2037 | 43 | - | - | - | - | - | - | - | - | - | 237 | 237 |
| 2038 | 44 | - | 6,379 | - | - | - | - | - | 889 | - | - | 7,268 |
| 2039 | 45 | - | - | - | - | - | - | - | - | - | - | - |
| 2040 | 46 | - | - | - | - | - | - | - | - | - | - | - |
| 2041 | 47 | 4,974 | - | - | - | - | - | - | - | - | - | 4,974 |
| 2042 | 48 | - | - | - | - | - | - | - | - | - | - | - |
| 2043 | 49 | - | - | 353 | 1,220 | - | - | - | - | - | - | 1,573 |
| 2044 | 50 | - | - | - | - | - | - | - | - | - | - | - |
| 2045 | 51 | - | - | - | - | - | - | - | - | - | - | - |
| 2046 | 52 | - | - | - | - | 2,348 | 542 | 1,400 | 1,075 | - | - | 5,365 |
| 2047 | 53 | - | - | - | - | - | - | - | - | - | - | - |
| 2048 | 54 | - | - | - | - | - | - | - | - | - | - | - |
| 2049 | 55 | - | - | - | - | - | - | - | - | - | - | - |
| 2050 | 56 | - | - | - | - | - | - | - | - | 1,127 | - | 1,127 |
| 2051 | 57 | - | - | - | - | - | - | - | - | - | 331 | 331 |
| 2052 | 58 | - | - | - | - | - | - | - | - | - | - | - |
| 2053 | 59 | - | 9,104 | - | 1,546 | - | - | - | 1,269 | - | - | 11,919 |
| 2054 | 60 | - | - | - | - | - | - | - | - | - | - | - |
| 2055 | 61 | - | - | - | - | - | - | - | - | - | - | - |
| 2056 | 62 | - | - | - | - | - | - | - | - | - | - | - |
| 2057 | 63 | - | - | - | - | - | - | - | - | - | - | - |
| 2058 | 64 | 7,444 | - | - | - | - | - | - | - | - | - | 7,444 |
| 2059 | 65 | - | - | - | - | - | - | - | - | - | - | - |
| 2060 | 66 | - | - | - | - | - | - | - | - | - | - | - |
| 2061 | 67 | - | - | - | - | - | - | - | 1,534 | - | - | 1,534 |
| 2062 | 68 | - | - | - | - | - | - | - | - | - | - | - |
| 2063 | 69 | - | - | 568 | 1,960 | - | - | - | - | - | - | 2,528 |
| 2064 | 70 | - | - | - | - | - | - | - | - | - | - | - |
| 2065 | 71 | - | - | - | - | - | - | - | - | - | 461 | 461 |
| 2066 | 72 | - | - | - | - | - | - | - | - | - | - | - |
| 2067 | 73 | - | - | - | - | - | - | - | - | - | - | - |
| 2068 | 74 | - | 12,993 | - | - | 3,957 | 913 | 2,359 | 1,811 | - | - | 22,034 |
| 2069 | 75 | - | - | - | - | - | - | - | - | - | - | - |
| 2070 | 76 | - | - | - | - | - | - | - | - | - | - | - |
| 2071 | 77 | - | - | - | - | - | - | - | - | - | - | - |
| 2072 | 78 | - | - | - | - | - | - | - | - | - | - | - |
| 2073 | 79 | - | - | - | 2,485 | - | - | - | - | - | - | 2,485 |
| 2074 | 80 | - | - | - | - | - | - | - | - | - | - | - |
| 2075 | 81 | - | - | - | - | - | - | - | - | - | - | - |
| 2076 | 82 | 11,408 | - | - | - | - | - | - | 2,190 | - | - | 13,597 |
| 2077 | 83 | - | - | - | - | - | - | - | - | - | - | - |
| Totals: | | $ 27,072 | $ 32,945 | $ 1,141 | $ 8,932 | $ 7,667 | $ 1,455 | $ 3,759 | $ 10,144 | $ 1,721 | $ 1,198 | |



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 8**

**Durable Medical Equipment, Mobility Equipment, and Adaptive/Assistive Aids & Devices (2 of 3)**

| Year | Age | Shower Chair | Extended Shower Head | Long Handle Sponges and Brushes | Rolling Shower Chair | Ergonomic and Assistive Aids and Devices* | Manual Wheelchair | Cushions for Manual Wheelchair | Maintenance and Repair for Manual Wheelchair | Power Wheelchair | Cushions for Power Wheelchair | Sub-Total (2 of 3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2022 Cost: $63 | $39 | $11 | $550 | $40 | $2,945 | $150 | $63 | $9,907 | $525 | |
| | | Growth Rate: 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | |
| | | 2023 Cost: $65 | $41 | $12 | $576 | $42 | $3,083 | $157 | $65 | $10,373 | $550 | |
| | | Growth Rate: 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | |
| 2023 | 29 | $ 65 | $ 41 | $ 12 | $ - | $ 21 | $ 3,083 | $ 157 | $ 33 | $ - | $ - | $ 3,412 |
| 2024 | 30 | - | - | - | - | 43 | - | - | 67 | - | - | 110 |
| 2025 | 31 | - | - | - | - | 44 | - | - | 69 | - | - | 112 |
| 2026 | 32 | - | - | - | - | 45 | - | - | 70 | - | - | 115 |
| 2027 | 33 | - | - | 13 | - | 46 | - | 173 | 72 | - | - | 303 |
| 2028 | 34 | - | - | - | - | 47 | - | - | 74 | - | - | 121 |
| 2029 | 35 | - | 47 | - | - | 48 | - | - | 75 | - | - | 171 |
| 2030 | 36 | - | - | - | - | 49 | - | - | 77 | - | - | 126 |
| 2031 | 37 | 79 | - | 14 | - | 50 | - | 190 | 79 | - | - | 412 |
| 2032 | 38 | - | - | - | - | 52 | 3,817 | - | 81 | - | - | 3,950 |
| 2033 | 39 | - | - | - | - | 53 | - | - | 83 | - | - | 136 |
| 2034 | 40 | - | - | - | - | 54 | - | - | 85 | - | - | 139 |
| 2035 | 41 | - | 54 | 15 | - | 55 | - | 209 | 87 | - | - | 421 |
| 2036 | 42 | - | - | - | - | 57 | - | - | 89 | - | - | 146 |
| 2037 | 43 | - | - | - | - | 58 | - | - | 91 | - | - | 149 |
| 2038 | 44 | - | - | - | - | 60 | - | - | 93 | - | - | 153 |
| 2039 | 45 | 96 | - | 17 | - | 61 | - | 230 | 96 | - | - | 499 |
| 2040 | 46 | - | - | - | - | 62 | - | - | 98 | - | - | 160 |
| 2041 | 47 | - | 63 | - | - | 64 | 4,725 | - | 100 | - | - | 4,952 |
| 2042 | 48 | - | - | - | - | 65 | - | - | 103 | - | - | 168 |
| 2043 | 49 | - | - | 18 | - | 67 | - | 252 | 105 | - | - | 443 |
| 2044 | 50 | - | - | - | - | 69 | - | - | 108 | - | - | 176 |
| 2045 | 51 | - | - | - | - | 70 | - | - | 110 | - | - | 181 |
| 2046 | 52 | - | - | - | - | 72 | - | - | 113 | - | - | 185 |
| 2047 | 53 | 116 | 72 | 20 | - | 74 | - | 277 | 116 | - | - | 675 |
| 2048 | 54 | - | - | - | - | 75 | - | - | 118 | - | - | 194 |
| 2049 | 55 | - | - | - | - | 77 | - | - | 121 | 19,217 | 1,018 | 20,434 |
| 2050 | 56 | - | - | - | - | 79 | 5,850 | - | 124 | - | - | 6,053 |
| 2051 | 57 | - | - | 22 | - | 81 | - | 305 | 127 | - | - | 536 |
| 2052 | 58 | - | - | - | - | 83 | - | - | 130 | - | - | 213 |
| 2053 | 59 | - | 83 | - | - | 85 | - | - | 133 | - | 1,120 | 1,421 |
| 2054 | 60 | - | - | - | - | 87 | - | - | 136 | - | - | 223 |
| 2055 | 61 | 140 | - | 25 | - | 89 | - | 335 | 140 | - | - | 729 |
| 2056 | 62 | - | - | - | - | 91 | - | - | 143 | - | - | 234 |
| 2057 | 63 | - | - | - | - | 93 | - | - | 147 | - | 1,231 | 1,471 |
| 2058 | 64 | - | - | - | - | 96 | - | - | 150 | - | - | 246 |
| 2059 | 65 | - | 96 | 27 | 1,352 | 98 | 7,242 | 369 | 154 | - | - | 9,337 |
| 2060 | 66 | - | - | - | - | 100 | - | - | 157 | - | - | 258 |
| 2061 | 67 | - | - | - | - | 103 | - | - | 161 | - | 1,354 | 1,617 |
| 2062 | 68 | - | - | - | - | 105 | - | - | 165 | - | - | 270 |
| 2063 | 69 | - | - | 30 | - | 108 | - | 406 | 169 | 26,785 | - | 27,497 |
| 2064 | 70 | - | - | - | - | 110 | - | - | 173 | - | - | 283 |
| 2065 | 71 | - | 111 | - | - | 113 | - | - | 177 | - | 1,488 | 1,889 |
| 2066 | 72 | - | - | - | - | 116 | - | - | 181 | - | - | 297 |
| 2067 | 73 | - | - | 33 | - | 118 | - | 446 | 186 | - | - | 783 |
| 2068 | 74 | - | - | - | 1,674 | 121 | 8,965 | - | 190 | - | - | 10,950 |
| 2069 | 75 | - | - | - | - | 124 | - | - | 195 | - | 1,636 | 1,955 |
| 2070 | 76 | - | - | - | - | 127 | - | - | 199 | - | - | 327 |
| 2071 | 77 | - | 127 | 36 | - | 130 | - | 490 | 204 | - | - | 988 |
| 2072 | 78 | - | - | - | - | 133 | - | - | 209 | - | - | 342 |
| 2073 | 79 | - | - | - | - | 136 | - | - | 214 | - | 1,799 | 2,150 |
| 2074 | 80 | - | - | - | - | 140 | - | - | 219 | - | - | 359 |
| 2075 | 81 | - | - | 39 | - | 143 | - | 539 | 225 | - | - | 946 |
| 2076 | 82 | - | - | - | - | 147 | - | - | 230 | - | - | 377 |
| 2077 | 83 | - | - | - | - | 14 | - | - | 21 | - | - | 35 |
| **Totals:** | | $ 496 | $ 694 | $ 321 | $ 3,027 | $ 4,508 | $ 33,682 | $ 4,378 | $ 7,075 | $ 46,002 | $ 9,647 | |

* the life care plan provides a total cost range from $1,575 to $2,750 (or an average of $2,162.50) for Ergonomic and Assistive Aids and Devices throughout plaintiff's lifetime; for the purpose of this analysis, we estimate an average annual cost of $40 ($2,162.50 / 54.3 years)



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 9**

**Durable Medical Equipment, Mobility Equipment, and Adaptive/Assistive Aids & Devices (3 of 3)**

| Year | Age | Maintenance and Repair for Power Wheelchair* | Backup Manual Wheelchair | Cushions for Manual Wheelchair | Maintenance and Repair for Backup Manual Wheelchair^ | Sports Wheelchair | Maintenance and Repair for Backup Manual Wheelchair# | Sub-Total (3 of 3) | Sub-Total (1 of 3) | Sub-Total (2 of 3) | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 Cost: | | $65 | $463 | $150 | $12 | $2,750 | $55 | | | | |
| Growth Rate: | | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | | | | |
| 2023 Cost: | | $68 | $484 | $157 | $13 | $2,879 | $58 | | | | |
| Growth Rate: | | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | 2.40% | | | | |
| 2023 | 29 | $ - | $ 484 | $ 157 | $ 6 | $ 2,879 | $ 29 | $ 3,556 | $ 11,442 | $ 3,412 | $ 18,410 |
| 2024 | 30 | - | - | - | 13 | - | 59 | 72 | - | 110 | 182 |
| 2025 | 31 | - | - | - | 13 | - | 60 | 74 | - | 112 | 186 |
| 2026 | 32 | - | - | - | 13 | - | 62 | 75 | - | 115 | 190 |
| 2027 | 33 | - | - | - | 14 | - | 63 | 77 | - | 303 | 380 |
| 2028 | 34 | - | - | - | 14 | - | 65 | 79 | - | 121 | 200 |
| 2029 | 35 | - | - | - | 14 | - | 66 | 81 | - | 171 | 251 |
| 2030 | 36 | - | - | - | 15 | - | 68 | 83 | - | 126 | 209 |
| 2031 | 37 | - | - | - | 15 | - | 70 | 85 | 753 | 412 | 1,250 |
| 2032 | 38 | - | - | - | 16 | - | 71 | 87 | - | 3,950 | 4,037 |
| 2033 | 39 | - | - | 199 | 16 | - | 73 | 288 | 962 | 136 | 1,386 |
| 2034 | 40 | - | - | - | 16 | - | 75 | 91 | - | 139 | 230 |
| 2035 | 41 | - | - | - | 17 | - | 77 | 93 | - | 421 | 514 |
| 2036 | 42 | - | - | - | 17 | - | 78 | 95 | - | 146 | 241 |
| 2037 | 43 | - | 675 | - | 18 | - | 80 | 773 | 237 | 149 | 1,159 |
| 2038 | 44 | - | - | - | 18 | - | 82 | 100 | 7,268 | 153 | 7,521 |
| 2039 | 45 | - | - | - | 18 | 4,208 | 84 | 4,311 | - | 499 | 4,809 |
| 2040 | 46 | - | - | - | 19 | - | 86 | 105 | - | 160 | 265 |
| 2041 | 47 | - | - | - | 19 | - | 88 | 108 | 4,974 | 4,952 | 10,034 |
| 2042 | 48 | - | - | - | 20 | - | 90 | 110 | - | 168 | 278 |
| 2043 | 49 | - | - | 252 | 20 | - | 93 | 365 | 1,573 | 443 | 2,381 |
| 2044 | 50 | - | - | - | 21 | - | 95 | 115 | - | 176 | 292 |
| 2045 | 51 | - | - | - | 21 | - | 97 | 118 | - | 181 | 299 |
| 2046 | 52 | - | - | - | 22 | - | 99 | 121 | 5,365 | 185 | 5,671 |
| 2047 | 53 | - | - | - | 22 | - | 102 | 124 | - | 675 | 799 |
| 2048 | 54 | - | - | - | 23 | - | 104 | 127 | - | 194 | 321 |
| 2049 | 55 | 126 | - | - | 23 | - | 107 | 256 | - | 20,434 | 20,690 |
| 2050 | 56 | - | 919 | - | 24 | - | 109 | 1,052 | 1,127 | 6,053 | 8,232 |
| 2051 | 57 | - | - | - | 24 | - | 112 | 136 | 331 | 536 | 1,002 |
| 2052 | 58 | - | - | - | 25 | - | 115 | 140 | - | 213 | 353 |
| 2053 | 59 | - | - | 320 | 26 | - | 117 | 463 | 11,919 | 1,421 | 13,803 |
| 2054 | 60 | - | - | - | 26 | - | 90 | 116 | - | 223 | 340 |
| 2055 | 61 | - | - | - | 27 | - | - | 27 | - | 729 | 755 |
| 2056 | 62 | - | - | - | 27 | - | - | 27 | - | 234 | 262 |
| 2057 | 63 | - | - | - | 28 | - | - | 28 | - | 1,471 | 1,499 |
| 2058 | 64 | - | - | - | 29 | - | - | 29 | 7,444 | 246 | 7,719 |
| 2059 | 65 | - | - | - | 30 | - | - | 30 | - | 9,337 | 9,367 |
| 2060 | 66 | - | - | - | 30 | - | - | 30 | - | 258 | 288 |
| 2061 | 67 | - | - | - | 31 | - | - | 31 | 1,534 | 1,617 | 3,183 |
| 2062 | 68 | - | - | - | 32 | - | - | 32 | - | 270 | 302 |
| 2063 | 69 | 176 | - | 406 | 32 | - | - | 614 | 2,528 | 27,497 | 30,638 |
| 2064 | 70 | - | 1,280 | - | 33 | - | - | 1,314 | - | 283 | 1,597 |
| 2065 | 71 | - | - | - | 34 | - | - | 34 | 461 | 1,889 | 2,384 |
| 2066 | 72 | - | - | - | 35 | - | - | 35 | - | 297 | 332 |
| 2067 | 73 | - | - | - | 36 | - | - | 36 | - | 783 | 818 |
| 2068 | 74 | - | - | - | 37 | - | - | 37 | 22,034 | 10,950 | 33,021 |
| 2069 | 75 | - | - | - | 37 | - | - | 37 | - | 1,955 | 1,993 |
| 2070 | 76 | - | - | - | 38 | - | - | 38 | - | 327 | 365 |
| 2071 | 77 | - | - | - | 39 | - | - | 39 | - | 988 | 1,027 |
| 2072 | 78 | - | - | - | 40 | - | - | 40 | - | 342 | 383 |
| 2073 | 79 | - | - | 514 | 41 | - | - | 555 | 2,485 | 2,150 | 5,190 |
| 2074 | 80 | - | - | - | 42 | - | - | 42 | - | 359 | 401 |
| 2075 | 81 | - | - | - | 43 | - | - | 43 | - | 946 | 989 |
| 2076 | 82 | 239 | - | - | 44 | - | - | 283 | 13,597 | 377 | 14,257 |
| 2077 | 83 | - | - | - | 4 | - | - | 4 | - | 35 | 39 |
| **Totals:** | | $ 541 | $ 3,358 | $ 1,848 | $ 1,358 | $ 7,087 | $ 2,667 | | | | $ 222,723 |

\* the life care plan provides a total cost range from $1,500 to $2,000 (or an average of $1,750) for maintenance and repair for the power wheelchair over a 27 year period throughout plaintiff's lifetime; for the purpose of this analysis, we estimate an average annual cost of $65 ($1,750 / 27 years)

^ the life care plan provides a total cost range from $500 to $750 (or an average of $625) for maintenance and repair for backup manual wheelchair throughout plaintiff's lifetime; for the purpose of this analysis, we estimate an average annual cost of $12 ($625 / 54.3 years)

# the life care plan provides a total cost range from $1,500 to $2,000 (or an average of $1,750) for maintenance and repair for the sport wheelchair over a 32 year period throughout plaintiff's lifetime; for the purpose of this analysis, we estimate an average annual cost of $55 ($1,750 / 32 years)



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 10**

### Home and Communiuty Based Services: Option 1 (Age 55) (1 of 2)

| Year | Age | Housekeeping Services | Home Health Aide (until age 55) | Home Health Aide (thereafter) | Personal Assistant (until age 55) | Child Care Services (until age 5)* | Child Care Services (until age 12)* | Private Case Manager (initial) | Private Case Manager (until age 65) | Private Case Manager (age 65 until 75) | Sub-Total (1 of 2) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 Cost: | | $3,640 | $31,122 | $51,870 | $85,500 | $84,845 | $28,080 | $250 | $100 | $200 | |
| Growth Rate: | | 5.00% | 6.20% | 6.20% | 5.00% | 5.00% | 5.00% | 2.40% | 2.40% | 2.40% | |
| 2023 Cost: | | $3,822 | $33,052 | $55,086 | $89,775 | $89,087 | $29,484 | $256 | $102 | $205 | |
| Growth Rate: | | 3.60% | 3.60% | 3.60% | 3.60% | 3.60% | 3.60% | 2.75% | 2.75% | 2.75% | |
| 2023 | 29 | $ 1,911 | $ 16,526 | $ - | $ 44,888 | $ - | $ - | $ 256 | $ - | $ - | $ 63,580 |
| 2024 | 30 | 3,960 | 34,241 | - | 93,007 | - | - | - | 105 | - | 131,313 |
| 2025 | 31 | 4,102 | 35,474 | - | 96,355 | - | - | - | 108 | - | 136,040 |
| 2026 | 32 | 4,250 | 36,751 | - | 99,824 | - | - | - | 111 | - | 140,936 |
| 2027 | 33 | 4,403 | 38,074 | - | 103,418 | - | - | - | 114 | - | 146,009 |
| 2028 | 34 | 4,561 | 39,445 | - | 107,141 | 53,160 | - | - | 117 | - | 204,424 |
| 2029 | 35 | 4,726 | 40,865 | - | 110,998 | 110,147 | - | - | 121 | - | 266,856 |
| 2030 | 36 | 4,896 | 42,336 | - | 114,994 | 114,112 | - | - | 124 | - | 276,461 |
| 2031 | 37 | 5,072 | 43,860 | - | 119,133 | 118,220 | - | - | 127 | - | 286,413 |
| 2032 | 38 | 5,254 | 45,439 | - | 123,422 | 122,476 | - | - | 131 | - | 296,723 |
| 2033 | 39 | 5,444 | 47,075 | - | 127,865 | 63,443 | 20,997 | - | 134 | - | 264,958 |
| 2034 | 40 | 5,640 | 48,770 | - | 132,469 | - | 43,505 | - | 138 | - | 230,521 |
| 2035 | 41 | 5,843 | 50,525 | - | 137,237 | - | 45,072 | - | 142 | - | 238,819 |
| 2036 | 42 | 6,053 | 52,344 | - | 142,178 | - | 46,694 | - | 146 | - | 247,415 |
| 2037 | 43 | 6,271 | 54,229 | - | 147,296 | - | 48,375 | - | 150 | - | 256,321 |
| 2038 | 44 | 6,497 | 56,181 | - | 152,599 | - | 50,117 | - | 154 | - | 265,547 |
| 2039 | 45 | 6,730 | 58,203 | - | 158,093 | - | 51,921 | - | 158 | - | 275,105 |
| 2040 | 46 | 6,973 | 60,299 | - | 163,784 | - | 26,895 | - | 162 | - | 258,113 |
| 2041 | 47 | 7,224 | 62,469 | - | 169,680 | - | - | - | 167 | - | 239,540 |
| 2042 | 48 | 7,484 | 64,718 | - | 175,789 | - | - | - | 171 | - | 248,162 |
| 2043 | 49 | 7,753 | 67,048 | - | 182,117 | - | - | - | 176 | - | 257,095 |
| 2044 | 50 | 8,032 | 69,462 | - | 188,673 | - | - | - | 181 | - | 266,349 |
| 2045 | 51 | 8,322 | 71,963 | - | 195,465 | - | - | - | 186 | - | 275,936 |
| 2046 | 52 | 8,621 | 74,553 | - | 202,502 | - | - | - | 191 | - | 285,868 |
| 2047 | 53 | 8,932 | 77,237 | - | 209,792 | - | - | - | 196 | - | 296,157 |
| 2048 | 54 | 9,253 | 80,018 | - | 217,345 | - | - | - | 202 | - | 306,817 |
| 2049 | 55 | 9,586 | 62,174 | 34,541 | 168,877 | - | - | - | 207 | - | 275,385 |
| 2050 | 56 | 9,931 | - | 143,138 | - | - | - | - | 213 | - | 153,282 |
| 2051 | 57 | 10,289 | - | 148,291 | - | - | - | - | 219 | - | 158,798 |
| 2052 | 58 | 10,659 | - | 153,629 | - | - | - | - | 225 | - | 164,513 |
| 2053 | 59 | 11,043 | - | 159,160 | - | - | - | - | 231 | - | 170,434 |
| 2054 | 60 | 11,440 | - | 164,890 | - | - | - | - | 237 | - | 176,567 |
| 2055 | 61 | 11,852 | - | 170,826 | - | - | - | - | 244 | - | 182,922 |
| 2056 | 62 | 12,279 | - | 176,975 | - | - | - | - | 251 | - | 189,505 |
| 2057 | 63 | 12,721 | - | 183,346 | - | - | - | - | 258 | - | 196,325 |
| 2058 | 64 | 13,179 | - | 189,947 | - | - | - | - | 265 | - | 203,391 |
| 2059 | 65 | 13,653 | - | 196,785 | - | - | - | - | 272 | 272 | 210,982 |
| 2060 | 66 | 14,145 | - | 203,869 | - | - | - | - | - | 559 | 218,573 |
| 2061 | 67 | 14,654 | - | 211,209 | - | - | - | - | - | 574 | 226,437 |
| 2062 | 68 | 15,182 | - | 218,812 | - | - | - | - | - | 590 | 234,584 |
| 2063 | 69 | 15,728 | - | 226,689 | - | - | - | - | - | 606 | 243,024 |
| 2064 | 70 | 16,294 | - | 234,850 | - | - | - | - | - | 623 | 251,767 |
| 2065 | 71 | 16,881 | - | 243,305 | - | - | - | - | - | 640 | 260,826 |
| 2066 | 72 | 17,489 | - | 252,064 | - | - | - | - | - | 658 | 270,210 |
| 2067 | 73 | 18,118 | - | 261,138 | - | - | - | - | - | 676 | 279,932 |
| 2068 | 74 | 18,771 | - | 270,539 | - | - | - | - | - | 694 | 290,004 |
| 2069 | 75 | 19,446 | - | 280,278 | - | - | - | - | - | 357 | 300,081 |
| 2070 | 76 | 20,146 | - | 290,368 | - | - | - | - | - | - | 310,515 |
| 2071 | 77 | 20,872 | - | 300,822 | - | - | - | - | - | - | 321,693 |
| 2072 | 78 | 21,623 | - | 311,651 | - | - | - | - | - | - | 333,274 |
| 2073 | 79 | 22,402 | - | 322,871 | - | - | - | - | - | - | 345,272 |
| 2074 | 80 | 23,208 | - | 334,494 | - | - | - | - | - | - | 357,702 |
| 2075 | 81 | 24,044 | - | 346,536 | - | - | - | - | - | - | 370,579 |
| 2076 | 82 | 24,909 | - | 359,011 | - | - | - | - | - | - | 383,920 |
| 2077 | 83 | 2,323 | - | 33,474 | - | - | - | - | - | - | 35,797 |
| **Totals:** | | $ 611,073 | $ 1,430,280 | $ 6,423,507 | $ 3,884,940 | $ 581,559 | $ 333,576 | $ 256 | $ 6,334 | $ 6,248 | |

* the life care plan provides for child care services when plaintiff has a child. These services are provided beginning at plaintiff's age 33 or 35, or an average age of 34, in 2028.
  For the purpose of this analysis, we assume a birthdate of plaintiff's future child of July 1, 2028



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 11**

### Home and Communiuty Based Services: Option 1 (Age 55) (1 of 2)

| Year | Age | Private Case Manager (thereafter) | Visiting Nurse (initial)* | Visiting Nurse (until age 55)* | Visiting Nurse (age 55 to age 70)* | Visiting Nurse (thereafter)* | Residence Adaptations and Modifications^ | Sub-Total (2 of 2) | Sub-Total (1 of 2) | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022 Cost: | | $300 | $247 | $109 | $218 | $436 | $645 | | | |
| Growth Rate: | | 2.40% | 2.60% | 2.60% | 2.60% | 2.60% | 4.70% | | | |
| 2023 Cost: | | $307 | $253 | $112 | $224 | $447 | $675 | | | |
| Growth Rate: | | 2.75% | 3.60% | 3.60% | 3.60% | 3.60% | 2.40% | | | |
| 2023 | 29 | $ - | $ 253 | $ - | $ - | $ - | $ 337 | $ 590 | $ 63,580 | $ 64,171 |
| 2024 | 30 | - | - | 116 | - | - | 691 | 807 | 131,313 | 132,120 |
| 2025 | 31 | - | - | 120 | - | - | 708 | 828 | 136,040 | 136,867 |
| 2026 | 32 | - | - | 124 | - | - | 725 | 849 | 140,936 | 141,785 |
| 2027 | 33 | - | - | 129 | - | - | 742 | 871 | 146,009 | 146,880 |
| 2028 | 34 | - | - | 133 | - | - | 760 | 893 | 204,424 | 205,317 |
| 2029 | 35 | - | - | 138 | - | - | 778 | 916 | 266,856 | 267,772 |
| 2030 | 36 | - | - | 143 | - | - | 797 | 940 | 276,461 | 277,401 |
| 2031 | 37 | - | - | 148 | - | - | 816 | 964 | 286,413 | 287,377 |
| 2032 | 38 | - | - | 154 | - | - | 835 | 989 | 296,723 | 297,712 |
| 2033 | 39 | - | - | 159 | - | - | 855 | 1,015 | 264,958 | 265,973 |
| 2034 | 40 | - | - | 165 | - | - | 876 | 1,041 | 230,521 | 231,562 |
| 2035 | 41 | - | - | 171 | - | - | 897 | 1,068 | 238,819 | 239,887 |
| 2036 | 42 | - | - | 177 | - | - | 919 | 1,096 | 247,415 | 248,511 |
| 2037 | 43 | - | - | 183 | - | - | 941 | 1,124 | 256,321 | 257,445 |
| 2038 | 44 | - | - | 190 | - | - | 963 | 1,153 | 265,547 | 266,700 |
| 2039 | 45 | - | - | 197 | - | - | 986 | 1,183 | 275,105 | 276,289 |
| 2040 | 46 | - | - | 204 | - | - | 1,010 | 1,214 | 258,113 | 259,327 |
| 2041 | 47 | - | - | 211 | - | - | 1,034 | 1,246 | 239,540 | 240,786 |
| 2042 | 48 | - | - | 219 | - | - | 1,059 | 1,278 | 248,162 | 249,440 |
| 2043 | 49 | - | - | 227 | - | - | 1,084 | 1,311 | 257,095 | 258,406 |
| 2044 | 50 | - | - | 235 | - | - | 1,110 | 1,346 | 266,349 | 267,694 |
| 2045 | 51 | - | - | 243 | - | - | 1,137 | 1,381 | 275,936 | 277,316 |
| 2046 | 52 | - | - | 252 | - | - | 1,164 | 1,417 | 285,868 | 287,284 |
| 2047 | 53 | - | - | 261 | - | - | 1,192 | 1,454 | 296,157 | 297,611 |
| 2048 | 54 | - | - | 271 | - | - | 1,221 | 1,492 | 306,817 | 308,309 |
| 2049 | 55 | - | - | 280 | 280 | - | 1,250 | 1,811 | 275,385 | 277,196 |
| 2050 | 56 | - | - | - | 581 | - | 1,280 | 1,861 | 153,282 | 155,144 |
| 2051 | 57 | - | - | - | 602 | - | 1,311 | 1,913 | 158,798 | 160,711 |
| 2052 | 58 | - | - | - | 624 | - | 1,342 | 1,966 | 164,513 | 166,480 |
| 2053 | 59 | - | - | - | 646 | - | 1,375 | 2,021 | 170,434 | 172,455 |
| 2054 | 60 | - | - | - | 670 | - | 1,408 | 2,077 | 176,567 | 178,645 |
| 2055 | 61 | - | - | - | 694 | - | 1,441 | 2,135 | 182,922 | 185,057 |
| 2056 | 62 | - | - | - | 719 | - | 1,476 | 2,195 | 189,505 | 191,700 |
| 2057 | 63 | - | - | - | 744 | - | 1,512 | 2,256 | 196,325 | 198,581 |
| 2058 | 64 | - | - | - | 771 | - | 1,548 | 2,319 | 203,391 | 205,710 |
| 2059 | 65 | - | - | - | 799 | - | 1,585 | 2,384 | 210,982 | 213,366 |
| 2060 | 66 | - | - | - | 828 | - | 1,623 | 2,451 | 218,573 | 221,024 |
| 2061 | 67 | - | - | - | 858 | - | 1,662 | 2,520 | 226,437 | 228,956 |
| 2062 | 68 | - | - | - | 888 | - | 1,702 | 2,590 | 234,584 | 237,174 |
| 2063 | 69 | - | - | - | 920 | - | 1,743 | 2,663 | 243,024 | 245,687 |
| 2064 | 70 | - | - | - | 477 | 477 | 1,784 | 2,738 | 251,767 | 254,505 |
| 2065 | 71 | - | - | - | - | 1,976 | 1,827 | 3,803 | 260,826 | 264,629 |
| 2066 | 72 | - | - | - | - | 2,047 | 1,871 | 3,918 | 270,210 | 274,128 |
| 2067 | 73 | - | - | - | - | 2,121 | 1,916 | 4,037 | 279,932 | 283,969 |
| 2068 | 74 | - | - | - | - | 2,197 | 1,962 | 4,159 | 290,004 | 294,163 |
| 2069 | 75 | 357 | - | - | - | 2,276 | 2,009 | 4,642 | 300,081 | 304,723 |
| 2070 | 76 | 1,099 | - | - | - | 2,358 | 2,057 | 5,515 | 310,515 | 316,030 |
| 2071 | 77 | 1,130 | - | - | - | 2,443 | 2,107 | 5,679 | 321,693 | 327,373 |
| 2072 | 78 | 1,161 | - | - | - | 2,531 | 2,157 | 5,849 | 333,274 | 339,123 |
| 2073 | 79 | 1,193 | - | - | - | 2,622 | 2,209 | 6,024 | 345,272 | 351,296 |
| 2074 | 80 | 1,225 | - | - | - | 2,716 | 2,262 | 6,204 | 357,702 | 363,906 |
| 2075 | 81 | 1,259 | - | - | - | 2,814 | 2,316 | 6,390 | 370,579 | 376,969 |
| 2076 | 82 | 1,294 | - | - | - | 2,915 | 2,372 | 6,581 | 383,920 | 390,501 |
| 2077 | 83 | 443 | - | - | - | 755 | 219 | 1,417 | 35,797 | 37,214 |
| | Totals: | $ 9,161 | $ 253 | $ 4,854 | $ 11,101 | $ 30,248 | $ 72,967 | | | $ 13,406,356 |

* we assume these visits will be with a Registered Nurse

^ the life care plan provides a total cost range from $20,000 to $50,000 (or an average of $35,000) for residence adaptations and modifications throughout plaintiff's lifetime; for the purpose of this analysis, we estimate an average annual cost of $645 ($35,000 / 54.3 years)



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 12**

### Home and Communiuty Based Services: Option 2 (Age 60) (1 of 2)

| Year | Age | Housekeeping Services | Home Health Aide (until age 60) | Home Health Aide (thereafter) | Personal Assistant (until age 55) | Child Care Services (until age 5)* | Child Care Services (until age 12)* | Private Case Manager (initial) | Private Case Manager (until age 65) | Private Case Manager (age 65 until 75) | Sub-Total (1 of 2) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 Cost: | | $3,640 | $31,122 | $51,870 | $85,500 | $84,845 | $28,080 | $250 | $100 | $200 | |
| Growth Rate: | | 5.00% | 6.20% | 6.20% | 5.00% | 5.00% | 5.00% | 2.40% | 2.40% | 2.40% | |
| 2023 Cost: | | $3,822 | $33,052 | $55,086 | $89,775 | $89,087 | $29,484 | $256 | $102 | $205 | |
| Growth Rate: | | 3.60% | 3.60% | 3.60% | 3.60% | 3.60% | 3.60% | 2.75% | 2.75% | 2.75% | |
| 2023 | 29 | $ 1,911 | $ 16,526 | $ - | $ 44,888 | $ - | $ - | $ 256 | $ - | $ - | $ 63,580 |
| 2024 | 30 | 3,960 | 34,241 | - | 93,007 | - | - | - | 105 | - | 131,313 |
| 2025 | 31 | 4,102 | 35,474 | - | 96,355 | - | - | - | 108 | - | 136,040 |
| 2026 | 32 | 4,250 | 36,751 | - | 99,824 | - | - | - | 111 | - | 140,936 |
| 2027 | 33 | 4,403 | 38,074 | - | 103,418 | - | - | - | 114 | - | 146,009 |
| 2028 | 34 | 4,561 | 39,445 | - | 107,141 | 53,160 | - | - | 117 | - | 204,424 |
| 2029 | 35 | 4,726 | 40,865 | - | 110,998 | 110,147 | - | - | 121 | - | 266,856 |
| 2030 | 36 | 4,896 | 42,336 | - | 114,994 | 114,112 | - | - | 124 | - | 276,461 |
| 2031 | 37 | 5,072 | 43,860 | - | 119,133 | 118,220 | - | - | 127 | - | 286,413 |
| 2032 | 38 | 5,254 | 45,439 | - | 123,422 | 122,476 | - | - | 131 | - | 296,723 |
| 2033 | 39 | 5,444 | 47,075 | - | 127,865 | 63,443 | 20,997 | - | 134 | - | 264,958 |
| 2034 | 40 | 5,640 | 48,770 | - | 132,469 | - | 43,505 | - | 138 | - | 230,521 |
| 2035 | 41 | 5,843 | 50,525 | - | 137,237 | - | 45,072 | - | 142 | - | 238,819 |
| 2036 | 42 | 6,053 | 52,344 | - | 142,178 | - | 46,694 | - | 146 | - | 247,415 |
| 2037 | 43 | 6,271 | 54,229 | - | 147,296 | - | 48,375 | - | 150 | - | 256,321 |
| 2038 | 44 | 6,497 | 56,181 | - | 152,599 | - | 50,117 | - | 154 | - | 265,547 |
| 2039 | 45 | 6,730 | 58,203 | - | 158,093 | - | 51,921 | - | 158 | - | 275,105 |
| 2040 | 46 | 6,973 | 60,299 | - | 163,784 | - | 26,895 | - | 162 | - | 258,113 |
| 2041 | 47 | 7,224 | 62,469 | - | 169,680 | - | - | - | 167 | - | 239,540 |
| 2042 | 48 | 7,484 | 64,718 | - | 175,789 | - | - | - | 171 | - | 248,162 |
| 2043 | 49 | 7,753 | 67,048 | - | 182,117 | - | - | - | 176 | - | 257,095 |
| 2044 | 50 | 8,032 | 69,462 | - | 188,673 | - | - | - | 181 | - | 266,349 |
| 2045 | 51 | 8,322 | 71,963 | - | 195,465 | - | - | - | 186 | - | 275,936 |
| 2046 | 52 | 8,621 | 74,553 | - | 202,502 | - | - | - | 191 | - | 285,868 |
| 2047 | 53 | 8,932 | 77,237 | - | 209,792 | - | - | - | 196 | - | 296,157 |
| 2048 | 54 | 9,253 | 80,018 | - | 217,345 | - | - | - | 202 | - | 306,817 |
| 2049 | 55 | 9,586 | 82,898 | - | 225,169 | - | - | - | 207 | - | 317,861 |
| 2050 | 56 | 9,931 | 85,883 | - | 233,275 | - | - | - | 213 | - | 329,302 |
| 2051 | 57 | 10,289 | 88,974 | - | 241,673 | - | - | - | 219 | - | 341,155 |
| 2052 | 58 | 10,659 | 92,177 | - | 250,373 | - | - | - | 225 | - | 353,435 |
| 2053 | 59 | 11,043 | 95,496 | - | 259,387 | - | - | - | 231 | - | 366,157 |
| 2054 | 60 | 11,440 | 74,200 | 41,222 | 201,544 | - | - | - | 237 | - | 328,644 |
| 2055 | 61 | 11,852 | - | 170,826 | - | - | - | - | 244 | - | 182,922 |
| 2056 | 62 | 12,279 | - | 176,975 | - | - | - | - | 251 | - | 189,505 |
| 2057 | 63 | 12,721 | - | 183,346 | - | - | - | - | 258 | - | 196,325 |
| 2058 | 64 | 13,179 | - | 189,947 | - | - | - | - | 265 | - | 203,391 |
| 2059 | 65 | 13,653 | - | 196,785 | - | - | - | - | 272 | 272 | 210,982 |
| 2060 | 66 | 14,145 | - | 203,869 | - | - | - | - | - | 559 | 218,573 |
| 2061 | 67 | 14,654 | - | 211,209 | - | - | - | - | - | 574 | 226,437 |
| 2062 | 68 | 15,182 | - | 218,812 | - | - | - | - | - | 590 | 234,584 |
| 2063 | 69 | 15,728 | - | 226,689 | - | - | - | - | - | 606 | 243,024 |
| 2064 | 70 | 16,294 | - | 234,850 | - | - | - | - | - | 623 | 251,767 |
| 2065 | 71 | 16,881 | - | 243,305 | - | - | - | - | - | 640 | 260,826 |
| 2066 | 72 | 17,489 | - | 252,064 | - | - | - | - | - | 658 | 270,210 |
| 2067 | 73 | 18,118 | - | 261,138 | - | - | - | - | - | 676 | 279,932 |
| 2068 | 74 | 18,771 | - | 270,539 | - | - | - | - | - | 694 | 290,004 |
| 2069 | 75 | 19,446 | - | 280,278 | - | - | - | - | - | 357 | 300,081 |
| 2070 | 76 | 20,146 | - | 290,368 | - | - | - | - | - | - | 310,515 |
| 2071 | 77 | 20,872 | - | 300,822 | - | - | - | - | - | - | 321,693 |
| 2072 | 78 | 21,623 | - | 311,651 | - | - | - | - | - | - | 333,274 |
| 2073 | 79 | 22,402 | - | 322,871 | - | - | - | - | - | - | 345,272 |
| 2074 | 80 | 23,208 | - | 334,494 | - | - | - | - | - | - | 357,702 |
| 2075 | 81 | 24,044 | - | 346,536 | - | - | - | - | - | - | 370,579 |
| 2076 | 82 | 24,909 | - | 359,011 | - | - | - | - | - | - | 383,920 |
| 2077 | 83 | 2,323 | - | 33,474 | - | - | - | - | - | - | 35,797 |
| **Totals:** | | $ 611,073 | $ 1,887,735 | $ 5,661,081 | $ 5,127,485 | $ 581,559 | $ 333,576 | $ 256 | $ 6,334 | $ 6,248 | |

\* the life care plan provides for child care services when plaintiff has a child. These services are provided beginning at plaintiff's age 33 or 35, or an average age of 34, in 2028.
For the purpose of this analysis, we assume a birthdate of plaintiff's future child of July 1, 2028



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 13**

**Home and Communiuty Based Services: Option 2 (Age 60) (1 of 2)**

| Year | Age | Private Case Manager (thereafter) | Visiting Nurse (initial)* | Visiting Nurse (until age 55)* | Visiting Nurse (age 55 to age 70)* | Visiting Nurse (thereafter)* | Residence Adaptations and Modifications^ | Sub-Total (2 of 2) | Sub-Total (1 of 2) | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2022 Cost: $300 | $247 | $109 | $218 | $436 | $645 | | | |
| | | Growth Rate: 2.40% | 2.60% | 2.60% | 2.60% | 2.60% | 4.70% | | | |
| | | 2023 Cost: $307 | $253 | $112 | $224 | $447 | $675 | | | |
| | | Growth Rate: 2.75% | 3.60% | 3.60% | 3.60% | 3.60% | 2.40% | | | |
| 2023 | 29 | $ - | $ 253 | $ - | $ - | $ - | $ 337 | $ 590 | $ 63,580 | $ 64,171 |
| 2024 | 30 | - | - | 116 | - | - | 691 | 807 | 131,313 | 132,120 |
| 2025 | 31 | - | - | 120 | - | - | 708 | 828 | 136,040 | 136,867 |
| 2026 | 32 | - | - | 124 | - | - | 725 | 849 | 140,936 | 141,785 |
| 2027 | 33 | - | - | 129 | - | - | 742 | 871 | 146,009 | 146,880 |
| 2028 | 34 | - | - | 133 | - | - | 760 | 893 | 204,424 | 205,317 |
| 2029 | 35 | - | - | 138 | - | - | 778 | 916 | 266,856 | 267,772 |
| 2030 | 36 | - | - | 143 | - | - | 797 | 940 | 276,461 | 277,401 |
| 2031 | 37 | - | - | 148 | - | - | 816 | 964 | 286,413 | 287,377 |
| 2032 | 38 | - | - | 154 | - | - | 835 | 989 | 296,723 | 297,712 |
| 2033 | 39 | - | - | 159 | - | - | 855 | 1,015 | 264,958 | 265,973 |
| 2034 | 40 | - | - | 165 | - | - | 876 | 1,041 | 230,521 | 231,562 |
| 2035 | 41 | - | - | 171 | - | - | 897 | 1,068 | 238,819 | 239,887 |
| 2036 | 42 | - | - | 177 | - | - | 919 | 1,096 | 247,415 | 248,511 |
| 2037 | 43 | - | - | 183 | - | - | 941 | 1,124 | 256,321 | 257,445 |
| 2038 | 44 | - | - | 190 | - | - | 963 | 1,153 | 265,547 | 266,700 |
| 2039 | 45 | - | - | 197 | - | - | 986 | 1,183 | 275,105 | 276,289 |
| 2040 | 46 | - | - | 204 | - | - | 1,010 | 1,214 | 258,113 | 259,327 |
| 2041 | 47 | - | - | 211 | - | - | 1,034 | 1,246 | 239,540 | 240,786 |
| 2042 | 48 | - | - | 219 | - | - | 1,059 | 1,278 | 248,162 | 249,440 |
| 2043 | 49 | - | - | 227 | - | - | 1,084 | 1,311 | 257,095 | 258,406 |
| 2044 | 50 | - | - | 235 | - | - | 1,110 | 1,346 | 266,349 | 267,694 |
| 2045 | 51 | - | - | 243 | - | - | 1,137 | 1,381 | 275,936 | 277,316 |
| 2046 | 52 | - | - | 252 | - | - | 1,164 | 1,417 | 285,868 | 287,284 |
| 2047 | 53 | - | - | 261 | - | - | 1,192 | 1,454 | 296,157 | 297,611 |
| 2048 | 54 | - | - | 271 | - | - | 1,221 | 1,492 | 306,817 | 308,309 |
| 2049 | 55 | - | - | 280 | 280 | - | 1,250 | 1,811 | 317,861 | 319,672 |
| 2050 | 56 | - | - | - | 581 | - | 1,280 | 1,861 | 329,302 | 331,164 |
| 2051 | 57 | - | - | - | 602 | - | 1,311 | 1,913 | 341,155 | 343,068 |
| 2052 | 58 | - | - | - | 624 | - | 1,342 | 1,966 | 353,435 | 355,401 |
| 2053 | 59 | - | - | - | 646 | - | 1,375 | 2,021 | 366,157 | 368,178 |
| 2054 | 60 | - | - | - | 670 | - | 1,408 | 2,077 | 328,644 | 330,721 |
| 2055 | 61 | - | - | - | 694 | - | 1,441 | 2,135 | 182,922 | 185,057 |
| 2056 | 62 | - | - | - | 719 | - | 1,476 | 2,195 | 189,505 | 191,700 |
| 2057 | 63 | - | - | - | 744 | - | 1,512 | 2,256 | 196,325 | 198,581 |
| 2058 | 64 | - | - | - | 771 | - | 1,548 | 2,319 | 203,391 | 205,710 |
| 2059 | 65 | - | - | - | 799 | - | 1,585 | 2,384 | 210,982 | 213,366 |
| 2060 | 66 | - | - | - | 828 | - | 1,623 | 2,451 | 218,573 | 221,024 |
| 2061 | 67 | - | - | - | 858 | - | 1,662 | 2,520 | 226,437 | 228,956 |
| 2062 | 68 | - | - | - | 888 | - | 1,702 | 2,590 | 234,584 | 237,174 |
| 2063 | 69 | - | - | - | 920 | - | 1,743 | 2,663 | 243,024 | 245,687 |
| 2064 | 70 | - | - | - | 477 | 477 | 1,784 | 2,738 | 251,767 | 254,505 |
| 2065 | 71 | - | - | - | - | 1,976 | 1,827 | 3,803 | 260,826 | 264,629 |
| 2066 | 72 | - | - | - | - | 2,047 | 1,871 | 3,918 | 270,210 | 274,128 |
| 2067 | 73 | - | - | - | - | 2,121 | 1,916 | 4,037 | 279,932 | 283,969 |
| 2068 | 74 | - | - | - | - | 2,197 | 1,962 | 4,159 | 290,004 | 294,163 |
| 2069 | 75 | 357 | - | - | - | 2,276 | 2,009 | 4,642 | 300,081 | 304,723 |
| 2070 | 76 | 1,099 | - | - | - | 2,358 | 2,057 | 5,515 | 310,515 | 316,030 |
| 2071 | 77 | 1,130 | - | - | - | 2,443 | 2,107 | 5,679 | 321,693 | 327,373 |
| 2072 | 78 | 1,161 | - | - | - | 2,531 | 2,157 | 5,849 | 333,274 | 339,123 |
| 2073 | 79 | 1,193 | - | - | - | 2,622 | 2,209 | 6,024 | 345,272 | 351,296 |
| 2074 | 80 | 1,225 | - | - | - | 2,716 | 2,262 | 6,204 | 357,702 | 363,906 |
| 2075 | 81 | 1,259 | - | - | - | 2,814 | 2,316 | 6,390 | 370,579 | 376,969 |
| 2076 | 82 | 1,294 | - | - | - | 2,915 | 2,372 | 6,581 | 383,920 | 390,501 |
| 2077 | 83 | 443 | - | - | - | 755 | 219 | 1,417 | 35,797 | 37,214 |
| | Totals: | $ 9,161 | $ 253 | $ 4,854 | $ 11,101 | $ 30,248 | $ 72,967 | | | $ 14,343,930 |

\* we assume these visits will be with a Registered Nurse

^ the life care plan provides a total cost range from $20,000 to $50,000 (or an average of $35,000) for residence adaptations and modifications throughout plaintiff's lifetime; for the purpose of this analysis, we estimate an average annual cost of $645 ($35,000 / 54.3 years)



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 14**

**Purchase of a Modified Van and Maintenance**

| | Age | Purchase of Modified Van* | Routine Van Maintenance^ | Total Cost |
|---|---|---|---|---|
| | 2022 Cost: | $11,854 | $5,075 | |
| | Growth Rate: | 14.50% | 14.50% | |
| | 2023 Cost: | $13,573 | $5,811 | |
| | Growth Rate: | 2.50% | 2.50% | |
| 2023 | 29 | $ 13,573 | $ 2,905 | $ 16,478 |
| 2024 | 30 | - | 5,956 | 5,956 |
| 2025 | 31 | - | 6,105 | 6,105 |
| 2026 | 32 | - | 6,258 | 6,258 |
| 2027 | 33 | - | 6,414 | 6,414 |
| 2028 | 34 | - | 6,574 | 6,574 |
| 2029 | 35 | - | 6,739 | 6,739 |
| 2030 | 36 | - | 6,907 | 6,907 |
| 2031 | 37 | - | 7,080 | 7,080 |
| 2032 | 38 | - | 7,257 | 7,257 |
| 2033 | 39 | - | 7,438 | 7,438 |
| 2034 | 40 | - | 7,624 | 7,624 |
| 2035 | 41 | 18,254 | 7,815 | 26,069 |
| 2036 | 42 | - | 8,010 | 8,010 |
| 2037 | 43 | - | 8,211 | 8,211 |
| 2038 | 44 | - | 8,416 | 8,416 |
| 2039 | 45 | - | 8,626 | 8,626 |
| 2040 | 46 | - | 8,842 | 8,842 |
| 2041 | 47 | - | 9,063 | 9,063 |
| 2042 | 48 | - | 9,290 | 9,290 |
| 2043 | 49 | - | 9,522 | 9,522 |
| 2044 | 50 | - | 9,760 | 9,760 |
| 2045 | 51 | - | 10,004 | 10,004 |
| 2046 | 52 | 23,951 | 10,254 | 34,205 |
| 2047 | 53 | - | 10,510 | 10,510 |
| 2048 | 54 | - | 10,773 | 10,773 |
| 2049 | 55 | - | 11,042 | 11,042 |
| 2050 | 56 | - | 11,318 | 11,318 |
| 2051 | 57 | - | 11,601 | 11,601 |
| 2052 | 58 | - | 11,891 | 11,891 |
| 2053 | 59 | - | 12,189 | 12,189 |
| 2054 | 60 | - | 12,493 | 12,493 |
| 2055 | 61 | - | 12,806 | 12,806 |
| 2056 | 62 | - | 13,126 | 13,126 |
| 2057 | 63 | - | 13,454 | 13,454 |
| 2058 | 64 | 32,211 | 13,790 | 46,002 |
| 2059 | 65 | - | 14,135 | 14,135 |
| 2060 | 66 | - | 14,489 | 14,489 |
| 2061 | 67 | - | 14,851 | 14,851 |
| 2062 | 68 | - | 15,222 | 15,222 |
| 2063 | 69 | - | 15,603 | 15,603 |
| 2064 | 70 | - | 15,993 | 15,993 |
| 2065 | 71 | - | 16,392 | 16,392 |
| 2066 | 72 | - | 16,802 | 16,802 |
| 2067 | 73 | - | 17,222 | 17,222 |
| 2068 | 74 | - | 17,653 | 17,653 |
| 2069 | 75 | 42,264 | 18,094 | 60,358 |
| 2070 | 76 | - | 18,547 | 18,547 |
| 2071 | 77 | - | 19,010 | 19,010 |
| 2072 | 78 | - | 19,485 | 19,485 |
| 2073 | 79 | - | 19,973 | 19,973 |
| 2074 | 80 | - | 20,472 | 20,472 |
| 2075 | 81 | - | 20,984 | 20,984 |
| 2076 | 82 | - | 21,508 | 21,508 |
| 2077 | 83 | - | 1,984 | 1,984 |
| | **Totals:** | **$ 130,252** | **$ 648,485** | **$ 778,737** |

\* The life care plan also provides for the periodic purchase of a modified van with wheelchair access. In our analysis we reduce this cost by the average cost of purchasing a new vehicle of $45,646 (2022 dollars). [SOURCE: National Automobile Dealers Association, NADA Data 2022, www.nada.org.]



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 15**

Summary (Home and Community Based Services: Option 1: Age 55)

| Year | Age | Special Medical Care & Evaluations | Therapeutic Evaluations & Therapeutic Modalities | Surgical Interventions and Associated Rehabilitation Services | Above Knee and Above Elbow Prostheses, Supplies and Prosthetist Services | Durable Medical Equipment, Mobility Equipment, and Adaptive/ Assistive Aids and Services | Home and Community Based Services (Option 1: Age 55) | Purchase of a Modified Van and Maintenance | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 29 | $ 4,292 | $ 33,642 | $ 106,764 | $ 1,064,551 | $ 18,410 | $ 64,171 | $ 16,478 | $ 1,308,307 |
| 2024 | 30 | 1,525 | 27,783 | - | - | 182 | 132,120 | 5,956 | 167,565 |
| 2025 | 31 | 1,269 | 7,802 | - | - | 186 | 136,867 | 6,105 | 152,229 |
| 2026 | 32 | 4,003 | 11,833 | - | 1,180,287 | 190 | 141,785 | 6,258 | 1,344,355 |
| 2027 | 33 | 1,790 | 6,150 | - | - | 380 | 146,880 | 6,414 | 161,614 |
| 2028 | 34 | 1,494 | 12,460 | - | - | 200 | 205,317 | 6,574 | 226,045 |
| 2029 | 35 | 1,544 | 6,460 | - | 1,308,605 | 251 | 267,772 | 6,739 | 1,591,371 |
| 2030 | 36 | 4,966 | 13,121 | - | - | 209 | 277,401 | 6,907 | 302,605 |
| 2031 | 37 | 1,650 | 6,785 | - | - | 1,250 | 287,377 | 7,080 | 304,143 |
| 2032 | 38 | 1,706 | 13,816 | - | 1,450,874 | 4,037 | 297,712 | 7,257 | 1,775,401 |
| 2033 | 39 | 5,076 | 7,126 | - | - | 1,386 | 265,973 | 7,438 | 287,000 |
| 2034 | 40 | 2,260 | 14,549 | - | - | 230 | 231,562 | 7,624 | 256,226 |
| 2035 | 41 | 1,884 | 7,485 | - | 1,608,610 | 514 | 239,887 | 26,069 | 1,884,448 |
| 2036 | 42 | 5,621 | 17,943 | - | - | 241 | 248,511 | 8,010 | 280,327 |
| 2037 | 43 | 2,498 | 7,862 | - | - | 1,159 | 257,445 | 8,211 | 277,175 |
| 2038 | 44 | 2,081 | 16,134 | - | 1,783,494 | 7,521 | 266,700 | 8,416 | 2,084,346 |
| 2039 | 45 | 2,151 | 8,258 | - | - | 4,809 | 276,289 | 8,626 | 300,133 |
| 2040 | 46 | 6,439 | 16,990 | - | - | 265 | 259,327 | 8,842 | 291,863 |
| 2041 | 47 | 2,855 | 8,674 | - | 1,977,392 | 10,034 | 240,786 | 9,063 | 2,248,804 |
| 2042 | 48 | 2,376 | 17,892 | - | - | 278 | 249,440 | 9,290 | 279,276 |
| 2043 | 49 | 7,130 | 9,111 | - | - | 2,381 | 258,406 | 9,522 | 286,550 |
| 2044 | 50 | 3,156 | 18,841 | - | 2,192,370 | 292 | 267,694 | 9,760 | 2,492,113 |
| 2045 | 51 | 2,625 | 9,571 | - | - | 299 | 277,316 | 10,004 | 299,814 |
| 2046 | 52 | 7,895 | 19,842 | - | - | 5,671 | 287,284 | 34,205 | 354,898 |
| 2047 | 53 | 2,805 | 13,588 | - | 2,430,720 | 799 | 297,611 | 10,510 | 2,756,032 |
| 2048 | 54 | 3,608 | 20,896 | - | - | 321 | 308,309 | 10,773 | 343,907 |
| 2049 | 55 | 2,998 | 10,560 | - | - | 20,690 | 277,196 | 11,042 | 322,487 |
| 2050 | 56 | 9,046 | 22,006 | - | 2,694,982 | 8,232 | 155,144 | 11,318 | 2,900,728 |
| 2051 | 57 | 3,204 | 11,092 | - | - | 1,002 | 160,711 | 11,601 | 187,612 |
| 2052 | 58 | 4,125 | 23,175 | - | - | 353 | 166,480 | 11,891 | 206,024 |
| 2053 | 59 | 10,017 | 11,652 | - | 2,987,975 | 13,803 | 172,455 | 12,189 | 3,208,090 |
| 2054 | 60 | 3,540 | 24,674 | - | - | 340 | 178,645 | 12,493 | 219,692 |
| 2055 | 61 | 4,561 | 12,514 | - | - | 755 | 185,057 | 12,806 | 215,693 |
| 2056 | 62 | 3,784 | 25,987 | - | 3,312,821 | 262 | 191,700 | 13,126 | 3,547,679 |
| 2057 | 63 | 11,477 | 13,147 | - | - | 1,499 | 198,581 | 13,454 | 238,159 |
| 2058 | 64 | 4,044 | 32,133 | - | - | 7,719 | 205,710 | 46,002 | 295,607 |
| 2059 | 65 | 5,216 | 13,686 | - | 3,382,728 | 9,367 | 213,366 | 14,135 | 3,638,499 |
| 2060 | 66 | 12,711 | 28,312 | - | - | 288 | 221,024 | 14,489 | 276,823 |
| 2061 | 67 | 4,470 | 13,985 | - | - | 3,183 | 228,956 | 14,851 | 265,444 |
| 2062 | 68 | 5,768 | 29,821 | - | 3,750,492 | 302 | 237,174 | 15,222 | 4,038,778 |
| 2063 | 69 | 14,077 | 14,693 | - | - | 30,638 | 245,687 | 15,603 | 320,698 |
| 2064 | 70 | 4,940 | 31,411 | - | - | 1,597 | 254,505 | 15,993 | 308,445 |
| 2065 | 71 | 5,107 | 15,438 | - | 4,026,414 | 2,384 | 264,629 | 16,392 | 4,330,364 |
| 2066 | 72 | 6,596 | 33,086 | - | - | 332 | 274,128 | 16,802 | 330,944 |
| 2067 | 73 | 16,131 | 16,221 | - | - | 818 | 283,969 | 17,222 | 334,361 |
| 2068 | 74 | 5,645 | 34,851 | - | 4,464,157 | 33,021 | 294,163 | 17,653 | 4,849,489 |
| 2069 | 75 | 7,295 | 23,463 | - | - | 1,993 | 304,723 | 60,358 | 397,832 |
| 2070 | 76 | 17,866 | 36,710 | - | - | 365 | 316,030 | 18,547 | 389,517 |
| 2071 | 77 | 6,239 | 17,908 | - | 4,487,616 | 1,027 | 327,373 | 19,010 | 4,859,173 |
| 2072 | 78 | 6,451 | 38,669 | - | - | 383 | 339,123 | 19,485 | 404,111 |
| 2073 | 79 | 21,462 | 18,816 | - | - | 5,190 | 351,296 | 19,973 | 416,736 |
| 2074 | 80 | 6,896 | 40,733 | - | 4,975,500 | 401 | 363,906 | 20,472 | 5,407,908 |
| 2075 | 81 | 7,131 | 19,827 | - | - | 989 | 376,969 | 20,984 | 425,900 |
| 2076 | 82 | 7,373 | 75,430 | - | - | 14,257 | 390,501 | 21,508 | 509,070 |
| 2077 | 83 | 5,020 | 942 | - | - | 39 | 37,214 | 1,984 | 45,198 |
| | Totals: | $ 307,890 | $ 1,045,553 | $ 106,764 | $ 49,079,587 | $ 222,723 | $ 13,406,356 | $ 778,737 | $ 64,947,610 |



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 16**

**Summary (Home and Community Based Services: Option 2: Age 60)**

| Year | Age | Special Medical Care & Evaluations | Therapeutic Evaluations & Therapeutic Modalities | Surgical Interventions and Associated Rehabilitation Services | Above Knee and Above Elbow Prostheses, Supplies and Prosthetist Services | Durable Medical Equipment, Mobility Equipment, and Adaptive/Assistive Aids and Services | Home and Community Based Services (Option 2: Age 60) | Purchase of a Modified Van and Maintenance | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 29 | $ 4,292 | $ 33,642 | $ 106,764 | $ 1,064,551 | $ 18,410 | $ 64,171 | $ 16,478 | $ 1,308,307 |
| 2024 | 30 | 1,525 | 27,783 | - | - | 182 | 132,120 | 5,956 | 167,565 |
| 2025 | 31 | 1,269 | 7,802 | - | - | 186 | 136,867 | 6,105 | 152,229 |
| 2026 | 32 | 4,003 | 11,833 | - | 1,180,287 | 190 | 141,785 | 6,258 | 1,344,355 |
| 2027 | 33 | 1,790 | 6,150 | - | - | 380 | 146,880 | 6,414 | 161,614 |
| 2028 | 34 | 1,494 | 12,460 | - | - | 200 | 205,317 | 6,574 | 226,045 |
| 2029 | 35 | 1,544 | 6,460 | - | 1,308,605 | 251 | 267,772 | 6,739 | 1,591,371 |
| 2030 | 36 | 4,966 | 13,121 | - | - | 209 | 277,401 | 6,907 | 302,605 |
| 2031 | 37 | 1,650 | 6,785 | - | - | 1,250 | 287,377 | 7,080 | 304,143 |
| 2032 | 38 | 1,706 | 13,816 | - | 1,450,874 | 4,037 | 297,712 | 7,257 | 1,775,401 |
| 2033 | 39 | 5,076 | 7,126 | - | - | 1,386 | 265,973 | 7,438 | 287,000 |
| 2034 | 40 | 2,260 | 14,549 | - | - | 230 | 231,562 | 7,624 | 256,226 |
| 2035 | 41 | 1,884 | 7,485 | - | 1,608,610 | 514 | 239,887 | 26,069 | 1,884,448 |
| 2036 | 42 | 5,621 | 17,943 | - | - | 241 | 248,511 | 8,010 | 280,327 |
| 2037 | 43 | 2,498 | 7,862 | - | - | 1,159 | 257,445 | 8,211 | 277,175 |
| 2038 | 44 | 2,081 | 16,134 | - | 1,783,494 | 7,521 | 266,700 | 8,416 | 2,084,346 |
| 2039 | 45 | 2,151 | 8,258 | - | - | 4,809 | 276,289 | 8,626 | 300,133 |
| 2040 | 46 | 6,439 | 16,990 | - | - | 265 | 259,327 | 8,842 | 291,863 |
| 2041 | 47 | 2,855 | 8,674 | - | 1,977,392 | 10,034 | 240,786 | 9,063 | 2,248,804 |
| 2042 | 48 | 2,376 | 17,892 | - | - | 278 | 249,440 | 9,290 | 279,276 |
| 2043 | 49 | 7,130 | 9,111 | - | - | 2,381 | 258,406 | 9,522 | 286,550 |
| 2044 | 50 | 3,156 | 18,841 | - | 2,192,370 | 292 | 267,694 | 9,760 | 2,492,113 |
| 2045 | 51 | 2,625 | 9,571 | - | - | 299 | 277,316 | 10,004 | 299,814 |
| 2046 | 52 | 7,895 | 19,842 | - | - | 5,671 | 287,284 | 34,205 | 354,898 |
| 2047 | 53 | 2,805 | 13,588 | - | 2,430,720 | 799 | 297,611 | 10,510 | 2,756,032 |
| 2048 | 54 | 3,608 | 20,896 | - | - | 321 | 308,309 | 10,773 | 343,907 |
| 2049 | 55 | 2,998 | 10,560 | - | - | 20,690 | 319,672 | 11,042 | 364,962 |
| 2050 | 56 | 9,046 | 22,006 | - | 2,694,982 | 8,232 | 331,164 | 11,318 | 3,076,748 |
| 2051 | 57 | 3,204 | 11,092 | - | - | 1,002 | 343,068 | 11,601 | 369,969 |
| 2052 | 58 | 4,125 | 23,175 | - | - | 353 | 355,401 | 11,891 | 394,946 |
| 2053 | 59 | 10,017 | 11,652 | - | 2,987,975 | 13,803 | 368,178 | 12,189 | 3,403,813 |
| 2054 | 60 | 3,540 | 24,674 | - | - | 340 | 330,721 | 12,493 | 371,769 |
| 2055 | 61 | 4,561 | 12,514 | - | - | 755 | 185,057 | 12,806 | 215,693 |
| 2056 | 62 | 3,784 | 25,987 | - | 3,312,821 | 262 | 191,700 | 13,126 | 3,547,679 |
| 2057 | 63 | 11,477 | 13,147 | - | - | 1,499 | 198,581 | 13,454 | 238,159 |
| 2058 | 64 | 4,044 | 32,133 | - | - | 7,719 | 205,710 | 46,002 | 295,607 |
| 2059 | 65 | 5,216 | 13,686 | - | 3,382,728 | 9,367 | 213,366 | 14,135 | 3,638,499 |
| 2060 | 66 | 12,711 | 28,312 | - | - | 288 | 221,024 | 14,489 | 276,823 |
| 2061 | 67 | 4,470 | 13,985 | - | - | 3,183 | 228,956 | 14,851 | 265,444 |
| 2062 | 68 | 5,768 | 29,821 | - | 3,750,492 | 302 | 237,174 | 15,222 | 4,038,778 |
| 2063 | 69 | 14,077 | 14,693 | - | - | 30,638 | 245,687 | 15,603 | 320,698 |
| 2064 | 70 | 4,940 | 31,411 | - | - | 1,597 | 254,505 | 15,993 | 308,445 |
| 2065 | 71 | 5,107 | 15,438 | - | 4,026,414 | 2,384 | 264,629 | 16,392 | 4,330,364 |
| 2066 | 72 | 6,596 | 33,086 | - | - | 332 | 274,128 | 16,802 | 330,944 |
| 2067 | 73 | 16,131 | 16,221 | - | - | 818 | 283,969 | 17,222 | 334,361 |
| 2068 | 74 | 5,645 | 34,851 | - | 4,464,157 | 33,021 | 294,163 | 17,653 | 4,849,489 |
| 2069 | 75 | 7,295 | 23,463 | - | - | 1,993 | 304,723 | 60,358 | 397,832 |
| 2070 | 76 | 17,866 | 36,710 | - | - | 365 | 316,030 | 18,547 | 389,517 |
| 2071 | 77 | 6,239 | 17,908 | - | 4,487,616 | 1,027 | 327,373 | 19,010 | 4,859,173 |
| 2072 | 78 | 6,451 | 38,669 | - | - | 383 | 339,123 | 19,485 | 404,111 |
| 2073 | 79 | 21,462 | 18,816 | - | - | 5,190 | 351,296 | 19,973 | 416,736 |
| 2074 | 80 | 6,896 | 40,733 | - | 4,975,500 | 401 | 363,906 | 20,472 | 5,407,908 |
| 2075 | 81 | 7,131 | 19,827 | - | - | 989 | 376,969 | 20,984 | 425,900 |
| 2076 | 82 | 7,373 | 75,430 | - | - | 14,257 | 390,501 | 21,508 | 509,070 |
| 2077 | 83 | 5,020 | 942 | - | - | 39 | 37,214 | 1,984 | 45,198 |
| | Totals: | $ 307,890 | $ 1,045,553 | $ 106,764 | $ 49,079,587 | $ 222,723 | $ 14,343,930 | $ 778,737 | $ 65,885,184 |



**Luisa Janssen Harger Da Silva**
**Implementation Date: July 1, 2023**
**Exhibit 17**

### Injury-Related Potential and/or Contingent Services/Costs

| | | Intermittent Therapeutic Injections* | Total Cost |
|---|---|---|---|
| | 2022 Cost: | $677 | |
| | Growth Rate: | 4.25% | |
| | 2023 Cost: | $706 | |
| | Growth Rate: | 3.50% | |
| 2023 | 57 | $ 353 | $ 353 |
| 2024 | 58 | 731 | 731 |
| 2025 | 59 | 756 | 756 |
| 2026 | 60 | 783 | 783 |
| 2027 | 61 | 810 | 810 |
| 2028 | 62 | 839 | 839 |
| 2029 | 63 | 868 | 868 |
| 2030 | 64 | 898 | 898 |
| 2031 | 65 | 930 | 930 |
| 2032 | 66 | 962 | 962 |
| 2033 | 67 | 996 | 996 |
| 2034 | 68 | 1,031 | 1,031 |
| 2035 | 69 | 1,067 | 1,067 |
| 2036 | 70 | 1,104 | 1,104 |
| 2037 | 71 | 1,143 | 1,143 |
| 2038 | 72 | 1,183 | 1,183 |
| 2039 | 73 | 1,224 | 1,224 |
| 2040 | 74 | 1,267 | 1,267 |
| 2041 | 75 | 1,311 | 1,311 |
| 2042 | 76 | 1,357 | 1,357 |
| 2043 | 77 | 1,405 | 1,405 |
| 2044 | 78 | 1,454 | 1,454 |
| 2045 | 79 | 1,505 | 1,505 |
| 2046 | 80 | 1,558 | 1,558 |
| 2047 | 81 | 1,612 | 1,612 |
| 2048 | 82 | 1,668 | 1,668 |
| 2049 | 83 | 1,727 | 1,727 |
| 2050 | 84 | 1,787 | 1,787 |
| 2051 | 85 | 1,850 | 1,850 |
| 2052 | 86 | 1,915 | 1,915 |
| 2053 | 87 | 1,982 | 1,982 |
| 2054 | 88 | 2,051 | 2,051 |
| 2055 | 89 | 2,123 | 2,123 |
| 2056 | 90 | 2,197 | 2,197 |
| 2057 | 91 | 2,274 | 2,274 |
| 2058 | 92 | 2,354 | 2,354 |
| 2059 | 93 | 2,436 | 2,436 |
| 2060 | 94 | 2,521 | 2,521 |
| 2061 | 95 | 2,609 | 2,609 |
| 2062 | 96 | 2,701 | 2,701 |
| 2063 | 97 | 2,795 | 2,795 |
| 2064 | 98 | 2,893 | 2,893 |
| 2065 | 99 | 2,994 | 2,994 |
| 2066 | 100 | 3,099 | 3,099 |
| 2067 | 101 | 3,208 | 3,208 |
| 2068 | 102 | 3,320 | 3,320 |
| 2069 | 103 | 3,436 | 3,436 |
| 2070 | 104 | 3,556 | 3,556 |
| 2071 | 105 | 3,681 | 3,681 |
| 2072 | 106 | 3,810 | 3,810 |
| 2073 | 107 | 3,943 | 3,943 |
| 2074 | 108 | 4,081 | 4,081 |
| 2075 | 109 | 4,224 | 4,224 |
| 2076 | 110 | 4,372 | 4,372 |
| 2077 | 111 | 407 | 407 |
| | **Totals:** | **$ 109,161** | **$ 109,161** |

* the life care plan provides a total cost range from $16,200 to $57,348 (or an average of $36,774) for therapeutic injections throughout plaintiff's lifetime; for the purpose of this analysis, we estimate an average annual cost of $677 ($36,744 / 54.3 years)



**Kristin Kucsma, M.A.**

*Qualifications Profile*

Principal of the Firm and Chief Economist
SOBEL TINARI ECONOMICS GROUP
293 Eisenhower Parkway, 2nd Floor
Livingston, NJ 07039
KKucsma@SobelTinariEconomics.com
973-992-1800

**Education**

ABD in Economics, Rutgers University, New Brunswick, NJ
M.A. in Economics, Rutgers University, New Brunswick, NJ (1993)
B.A. in Economics / English Minor, Seton Hall University, South Orange, NJ, *summa cum laude* (1991)

**Fields of Specialization**

Applied Microeconomic Theory, American Economic History, Monetary History of the United States, Macroeconomic Theory and Business Cycles, Banking Structure and Regulation

**Honors and Awards**

Recognition Award, #1 Economic Expert, New York Law Journal, 2014, 2015, 2016, 2017, 2018 2019, 2020, 2021, and 2022.
Best 50 Women in Business Award, NJBIZ, Class of 2017
"5.0" Teaching Commendation Award, Stillman School of Business, Seton Hall University, 2003-04
Teaching Commendation Award, Stillman School of Business, Seton Hall University, 2002-2003, 2001-2002.
Recognition Award, Educational Opportunity Program, Seton Hall University, 2003
Professor of the Year Award, Alpha Kappa Psi, Seton Hall University, 2002-2003, 2001-2002.
President's Award for Student Services, Seton Hall University, 2001
The Faculty Pirate Pride Award, Seton Hall University, 2000-2001
Feature of Faculty Profile, Seton Hall University Magazine, 2001

**Positions Held**

Principal of the Firm, Sobel & Co., January 1, 2016 - present
In addition to my responsibilities as Managing Director and Chief Economist of the Sobel Tinari Economics Group (STEG), a wholly owned subsidiary of Sobel & Co., I represent and lead STEG as a division of Sobel & Co.

September 30, 2022                               page  1



**Kristin Kucsma, M.A.**

**Positions Held (cont'd)**

Managing Director (since July 2014) and Chief Economist (since March 2017), Sobel Tinari Economics Group, January 2008 - present

> *Primary responsibilities:* oversee the day-to-day operations of the group; analyze data, prepare reports, and provide expert testimony; manage our team of economists, analysts and research assistants and collaborate on the group's more complex cases; perform independent and co-authored research, present at national and regional conferences, regularly teach CLEs and lead other seminars, and serve as an active participant in the field of forensic economics.

President, Bull and Bear Consulting, September 2006 - December 2007

> Review portfolios of equities, fixed-income securities and mutual funds for clients; manage financial assets for several high-end clients; advise clients and refer them to specialists regarding long-term care, supplemental health insurance and a variety of trusts including qualified personal residential and generation skipping trusts.

Lecturer, Department of Economics, Drew University, September 2004 – August 2006

> *Courses Taught:* Money, Banking and the Macroeconomy; Principles of Microeconomics; Principles of Macroeconomics; Intermediate Macroeconomic Analysis; and Mergers and Manias: The Business of Banking

Faculty Associate, Department of Economics, Seton Hall University, Sept. 1999 - July 2004

> *Graduate Courses Taught:* The National Economy (MBA Level Macro); HUB 1 (Blend of Economics and Corporate Finance)**;** *Undergraduate Courses Taught:* Principles of Microeconomics; Principles of Macroeconomics; Money and Banking; Intermediate Microeconomic Theory; Government and Business; Labor Economics; Small Scale Technology; and Economics in Our Nation's Capital.

Program Coordinator for Economic History Sessions, Eastern Economic Association, 2005 -2007.

Faculty Advisor to Omicron Delta Epsilon, the International Honor Society in Economics, Drew University and Seton Hall University, September 1999 – August 2006

Faculty Advisor for the Fed Challenge, Seton Hall University and the Federal Reserve Bank of New York, 2002-2004.

Co-chair and Project Coordinator for University Retention Committee, Seton Hall University, December 2000 – July 2004.

Adjunct Lecturer, Department of Economics, Seton Hall University, 1998 – 1999.

Lecturer, Department of Economics, Drew University, 1997 – 1999**.**

Instructor, Department of Economics, Saint Peter's College, on-campus as well as at corporate satellite centers, 1995 – 1998.

Instructor, Department of Economics, Rutgers University, New Brunswick NJ, 1992 – 1995.

Teaching Assistant, Department of Economics, Rutgers University, New Brunswick NJ, 1991 – 1992.

September 30, 2022                                     page  2



**Kristin Kucsma, M.A.**

**Professional Activities**

Executive Mentor for Seton Hall University's Women's Leadership Development Honors Program, 2017- 2020.

Member, American Academy of Economic and Financial Experts, 2017 - present

Member, American Economic Association, 2017 - present

National Association of Forensic Economics, 2010 - present.

Member, Eastern Economic Association, 1997 - present.

National Association of Forensic Economics, Chairperson, Software Committee, 2015 - 2017

Member, District Ethics Committee, Office of Attorney Ethics of the Supreme Court of New Jersey, 2010 - 2016.

Member, American Monetary Institute, 2006 - 2014

Member, Conference Organizing Committee, Eastern Economic Association, 2006

Co-Developer of Revised Business Writing Course, Stillman School of Business, Seton Hall University, 2003– 2004.

Member, CDI-7: Writing Intensive Workshop for Business, Seton Hall University, 2003 - 2004.

Designer of Various Question/Answer Duos for Sophomore Assessment, Stillman School of Business, Seton Hall University, 2001 – 2004.

> Topics included the "Congested Parks Dilemma", the impact on the US economy of tobacco litigation, issues of market structure with respect to TIVO, the blackout of August 2003 that affected the northeast United States and the Martha Stewart litigation.

Guest Speaker, National Council of Negro Women, Seton Hall University, February 2004.

**Publications**

"Loss of Services Calculations Should Not Incorporate a Personal Consumption Deduction**,"** co-authored with Frank D. Tinari, The National Association of Forensic Economics Newsletter, *The Forecast,* November 2017**,** pp. 9-11.

"How to Distinguish Between a Forensic Economist and an Accountant and Why it Matters When Evaluating Economic Damages," *The New Jersey Law Journal*, 2014 How-To Guide.

"How to Make Sure Your Economic Expert is Prepared for Cross-Examination," *The New Jersey Law Journal*, 2013 How-To Guide.

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of New Jersey," co-authored with Frank D. Tinari, *Journal of Forensic Economics*, 21(2), June 2010, pp. 219-234. (To be updated in 2018) http://www.JournalofForensicEconomics.com/doi/pdf/10.5085/jfe21.2.219.

"State's Housing Rules Ignore Needs of Immigrants," co-authored with Frank D. Tinari, *Daily Record*, Morris County, NJ, August 30, 2009. (Note: article title is what is available electronically; newsprint copy is titled: "COAH Rules Hurt Immigrants").



**Kristin Kucsma, M.A.**

**Publications (cont'd)**

White paper: Is Affordable Housing the Remedy to Perceived Discrimination Against Immigrants? co-authored with Frank D. Tinari, prepared for the Community Forum on Immigration and Education Issues, convened by the New Jersey State Advisory Committee to the United States Commission on Civil Rights, May 2009.

"COAH Research is Full of Short-comings," co-authored with Frank D. Tinari, *Newark Star-Ledger,* April 1, 2009.

"Companionship, Advice, and Counsel Services," co-author, Section 640 of Chapter 6,The Value of Household Services, of *Determining Economic Damages,* by Gerald D. Martin, Ph.D., Costa Mesa, Ca: James Publishing, Inc., July 2008, pp. 6-7 - 6-11.

Wrote entries for *barter, cost of information, demand, the discount rate, the functions of money, price floors and ceilings and profit maximization* for Encyclopedia of Capitalism, Dr. Syed B. Hussain, Editor, Golson Books, Ltd., published 2004.

**Papers Presented**

"Loss of Services Calculation Should Not Incorporate a Personal Consumption Deduction," Northeast Business and Economics Conference, Stockton University, New Jersey, October 2018.

"Household Services: An Economist's Approach to Calculating the Market Value of Replacement Services," co-authored with Kenneth T. Betz, presented by Kenneth T. Betz, Northeast Business and Economics Conference, Stockton University, New Jersey, October 2018.

"A Note on Household Services: Updated Hourly Rates," co-authored with Kenneth T. Betz, presented by Kenneth T. Betz at the Eastern Economic Association Conference, Boston, Massachusetts, March 2018.

"Update to Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of New Jersey," co-authored with Sarah A. Betz, presented by Sarah A. Betz at the Eastern Economic Association Conference, Boston, MA, March 2018.

"Loss of Services Calculations Should Not Incorporate a Personal Consumption Deduction**,"** co-authored with Frank D. Tinari, presented by Frank D. Tinari at the Eastern Economic Association Conference, Boston, MA, March 2018.

"Valuation of Services Provided by Family Members: Focus on On-Call Services," Eastern Economic Association Conference, New York, New York, February 25, 2017.

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters: Focus on On-call Services," Seminar sponsored by the Pennsylvania Association for Justice, P.A., Philadelphia PA, October 2015.

"The Crisis in Economics Education and Its Impact on Political Participation and Economic Growth," The American Monetary Institute Monetary Reform Conference, Chicago IL, September 2006.



**Kristin Kucsma, M.A.**

**Papers Presented (cont'd)**

"A Picture Comes into Focus: A Reexamination of the Crisis of 1877-78," Eastern Economic Association Conference, Philadelphia PA, February 2006.

"The Opportunity Cost of Undervaluing Core Concepts in Macroeconomics Courses," Eastern Economic Association Conference, Philadelphia PA, February 2006.

"A Framework for Teaching Money and Banking in a Liberal Arts Setting," as part of a panel discussion with Mary Lesser and Steven Cechetti, Eastern Economic Association Conference, New York NY, February 2005.

"Portrait of a Panic: The Crisis of 1877," Eastern Economic Association Conference, Washington DC, February 2004.

"Betrayed by the FDIC? A Preliminary Examination of the D'Oench, Duhme Doctrine and Its Impact on the Potential Efficiency of Banks in the United States," Eastern Economic Association Conference, New York NY, February 2003.

"Celebrating Economics as a Social Science," 14th Annual Conference on Teaching Economics: Instruction and Classroom Based Research at Robert Morris University, Moon Township PA, February 2003.

"Deciphering the Mystery of Medieval Debasement," Eastern Economic Association Conference, New York NY, February 2001.

**Comments, Notes and Reviews**

Review for publisher of Laurence Ball's *Money and Banking* textbook, 2003 - 2004

Referee, "A Test of the Purchasing Power Parity Concept Including the Law of One Price and Its Applicability in International Business," *Journal of Applied Management,* South Orange, New Jersey, 1999

**Other Conference Activities**

"Projecting Future Effective Tax Rates: Overview of Montana Law for FE's," "Structural Changes in Interest Rates,' "Hours and Wages Panel: Supreme Court Decisions in Wage and Hour Class Actions: Determining Settlement Value for Mediation in Wage and Hour Class Action and PAGA cases," "Applying the Mitigation Principle to Damages in Injury Lawsuits," "An Overview of Offset Earnings in California Wrongful Termination Cases," participant in sessions organized by the National Association of Forensic Economics for the Western Economic Association Virtual Conference, July 1, 2022.

"Comparisons of, Adjustments to, and Outlooks for Various Wage Growth Measures," "The Impact of COVID-19 on Less Than Full-Time Workers," "Estimating the Lost Earnings of a Child," "Application of CA Civil Code Section 3361: Can Economists Prepare Damage Calculations consistent with the Law that also have a Basis in Reality?," "Issues in Forensic Economics,"



**Kristin Kucsma, M.A.**

**Other Conference Activities (cont'd)**

"CMS  Health Care Price Projections & Issues for Economic Damages Experts," Estimating Medical Component Interest Rates," "Determining the Reasonable Value of Medical Care: a New Empirical Approach," participant in sessions, American Academy of Economic and Financial Experts Annual Meeting, April 21-22, 2022.

"Post Job Loss Unemployment Duration for Young Persons," "Wage Net Discount Rates: Unmasking the Impact of COVID-19," "Cause and Effect: The Asymmetry in Deducing Effect and Inferring Case," participant in sessions organized by the National Association of Forensic Economics at the Eastern Economic Association Conference Virtual Conference, February 25, 2022.

"Forensic Economics and the Gig Economy**,"** "A Joint Session with the Committee for the Status of Women in the Economics Profession," "Work Life Expectancy and Earning Capacity," and "Evaluating Business Losses in a Forensic Setting & Forensic Expert Survey Results," participant in sessions organized by the National Association of Forensic Economics for the Allied Social Science Associations at the American Economic Association Conference, Virtual Conference, January 8-9, 2022.

"Consumer Expenditure Surveys Program: Products, Trends, and Recent Changes," "American Time Use Survey: What Can It Tell Us? How Can We Use It?," "The Cost of Care: Measuring Medical Care in the Consumer Price Index," "The Costs and Consequences of the Coronavirus Pandemic: Three Lessons Now Apparent," and "Longer-Run Economic Consequences of Pandemics," participant in sessions organized by the National Association of Forensic Economics for the Western Economic Association Virtual Conference, June 26, 2020.

Session Chair for the Economics Session, organized by the Northeast Business Economics Association, Stockton University, New Jersey, October 2018.

Session Organizer for the Forensic Economic Session organized by the National Association of Forensic Economics at the Eastern Economic Association Conference, Boston, Massachusetts, March 2018.

Discussant of paper titled, "Hyperbolic Discounting and the Defense Economist's Impact on Settlement Outcomes," session hosted by the National Association of Forensic Economics by the Allied Social Science Associations at the American Economic Association Conference, Philadelphia, Pennsylvania, January 6, 2018.

"Topics in Forensic Economics: Valuation of Services Provided by Family Members: Focus on On-Call Services**,"**  Presenter, session organized by the National Association of Forensic Economics at the Eastern Economic Association Conference, New York, New York, February 25, 2017.

"Current Developments in Testimony for the Defense: A Panel Discussion," Panelist, session organized by the National Association of Forensic Economics at the Eastern Economic

September 30, 2022                    page  6



**Kristin Kucsma, M.A.**

**Other Conference Activities (cont'd)**

Association Conference, Washington, D.C., February 27, 2016**.**

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters: Focus on On-Call Services," Seminar sponsored by the Pennsylvania Association for Justice, Philadelphia, Pennsylvania, October 2015.

Session Organizer for Undergraduate Panel: "Tax Reform in the US: Is A Consumption Tax the Answer?", Eastern Economic Association Conference, Philadelphia, Pennsylvania, February 2006

Discussant for two panels: "Topics in Economic History" and "Teaching and Learning Economics: Achieving Desired Outcomes," Eastern Economic Association Conference, Philadelphia, Pennsylvania, February 2006.

Discussant for two panels: "Personal Behavior: Time, Money, Risk and Trust" and "Lessons From the Past: Money, Trade and Wages," Eastern Economic Association Conference, New York, New York, February 2001.

Discussant for panel on "Political and Economic Transformations," Northeastern Political Science Association and International Studies Association Conference, Philadelphia, Pennsylvania, November 1999.

"A Picture Comes Into Focus: A Reexamination of the Crisis of 1877-78," Work in Progress

"The Opportunity Cost of Undervaluing Core Concepts in Undergraduate Macroeconomics Courses," February 2006.

"Regulation of the US Banking Industry in the Aftermath of the Great Depression," Work in Progress, 2004.

"Increasing the Marginal Utility Derived From An Economics Course Through Experiential Education," Work in Progress, 2004.

"Betrayed by the FDIC? A Preliminary Examination of the D'Oench, Duhme Doctrine and Its Impact on the Potential Efficiency of Banks in the United States," 2001.

September 30, 2022                                          page 7



**Kristin Kucsma, M.A.**

**Speaking Engagements**

"Assessing Economic Damages in New York Personal Injury and Wrongful Death Matters," presenter for virtual CLE program, sponsored by Finkelstein & Partners, September 13, 2022.

"Becoming More Knowledgeable About BLS Occupational Employment & Wage Statistics," co-presenter for virtual session, sponsored by the National Association of Forensic Economics for the Western Economic Association Virtual Conference, July 1, 2022.

"Traumatic Brain Injury (TBI): Preparing Your Case Using Vocational/Life Care Plan Experts and Economists," co-presenter for virtual CLE program, sponsored by Connectionology Seminars of America, LLC, June 30, 2022.

"Exploring Catastrophic Damages," instructor for continuing education program, Advanced Boot Camp, 2022 AREA Conference *Offsets: Earnings & Mitigation in Post-COVID Litigation,* sponsored by the American Rehabilitation Economics Association (AREA), Chicago, IL, May 26, 2022.

"Assessing Economic Damages in Matters Involving Personal Injury," presenter for virtual CLE program, sponsored by the Middlesex Bar Association, May 3, 2022.

"Assessing Economic Damages in Personal Injury and Wrongful Death Matters, presenter for virtual CLE program, sponsored by the New York State Academy of Trial Lawyers, March 10, 2022.

"Proving and Improving Wrongful Death Damages:" *Ask Me Expert Session*, guest expert for virtual CLE, sponsored by the New York State Academy of Trial Lawyers, January 12, 2022.

"The Evolution of Litigation and Where It Is Going," co-presenter for webcast, sponsored by ALM Law.com, October 27, 2021.

"Assessing Economic Damages in Wrongful Death Matters," co-presenter for virtual CLE program, Excelling at Litigating a New Jersey Wrongful Death Action, sponsored by the New Jersey State Bar Association, August 12, 2021.

"Presenting Damages Through Expert Economics Testimony," co-presenter for CLE program, Boardwalk Virtual Seminar 2021, sponsored by the New Jersey Association for Justice, New Lawyers Section, June 30, 2021.

"Knowing Your Worth," co-presenter for CLE program, Boardwalk Virtual Seminar 2021, sponsored by the New Jersey Association for Justice, Women Trial Lawyers Caucus, June 29, 2021.

"Assessing Damages from Both Sides: Applications Through Case Studies, Including Matters Involving Injury to Self-Employed Individuals," instructor for virtual continuing education program, Advanced Boot Camp, 2022 AREA Conference *Expert Interaction: Point and Counterpoint,* sponsored by the American Rehabilitation Economics Association (AREA), May 20, 2021.

September 30, 2022                             page 8



**Kristin Kucsma, M.A.**

**Speaking Engagements (cont'd)**

"Presenting Damages Through Expert Economic Testimony," instructor for virtual CLE program, *Bootcamp for Lawyers*, sponsored by the New York State Trial Lawyers Association, New York, New York, April 29, 2021.

"Boardable Damages," co-presenter at CLE program, Winter Virtual Seminar 2021, sponsored by the New Jersey Association for Justice, February 25, 2021.

A Young Lawyer's Guide to Insuring Their Financial Health; "Economic Planning," co-presenter for virtual seminar, sponsored by the New Jersey State Bar Association, Young Lawyers Division, November 24, 2020.

Case Development Using Economists, Vocational Experts and Life Care Planners: Review of Recent Case Outcomes, co-presenter for CLE Program, sponsored by OAS, East Rutherford, New Jersey, November 5, 2019.

"Mock Trial - Direct and Cross Examination of Employability/Life Care Plan Expert and Economist at Trial," co-presenter for CLE program, sponsored by CMCS Management, Inc., Woodbridge, New Jersey, June 11, 2019.

"Presenting Damages Through Expert Economic Testimony," instructor for CLE program, *Bootcamp for Lawyers*, sponsored by the New York State Trial Lawyers Association, New York, New York, June 4, 2019.

"Presenting Damages Through Expert Economic Testimony," co-presenter for CLE program, Boardwalk Seminar 2018, sponsored by the New Jersey Association for Justice, Atlantic City, New Jersey, May 8, 2019.

"Assessing Economic Damages in Matters Involving Personal Injury." co-presenter for CLE program, sponsored by CMCS Management, Inc., West Palm Beach, Florida, April 1, 2019.

"Valuing Economic Damages in Employment Law Cases," presenter for CLE program, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, October 24, 2018.

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters Part II: Family Services," presenter for CLE program, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, September 13, 2018.

"Assessing Economic Damages in Wrongful Death Matters Part I: Lost Income," presenter for CLE program, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, June 12, 2018.

"The Economic Expert at Trial," instructor for CLE program, *Bootcamp for Lawyers*, sponsored by The New York State Trial Lawyers Association, New York, New York, June 7, 2018.

"Quantifying Lost Profits," co-presenter for CLE program, *Commercial Litigation from the Masters*, sponsored by The New Jersey State Bar Association, New Brunswick, New Jersey, May 31, 2018.

September 30, 2022                                page 9



**Kristin Kucsma, M.A.**

**Speaking Engagements (cont'd)**

"Evaluating Economic Damages, Personal Injury, Part II," presenter for CLE program, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, May 17, 2018.

"Recent Developments in Assessing Economic Damages," co-presenter for CLE program, Boardwalk Seminar 2018, sponsored by the New Jersey Association for Justice, Atlantic City, New Jersey, May 11, 2018.

"The Missing Damages," co-presenter for CLE program, Boardwalk Seminar 2018, sponsored by the New Jersey Association for Justice, Atlantic City, May 9, 2018.

"Mock Trial – Direct and Cross Examination of an Employability/Life Care Plan Expert and Economist at Trial," co-presenter for CLE program, sponsored by CMCS Management, Inc., Woodbridge, New Jersey, April 24 2018.

"Assessing Economic Damages in Matters Involving Personal Injury & Wrongful Death," presenter for CLE program, held at Gluck & Walrath LLP, Trenton, New Jersey, March 28, 2018.

"Assessing Economic Damages in Matters Involving Personal Injury: Lost Income," presenter for CLE pprogram, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, March 13, 2018.

"Medical Malpractice Trial: What You Need to Know," co-presenter for CLE program, sponsored by The New York State Trial Lawyers Association, New York, New York, March 6, 2018.

"Valuing Economic Damages in Employment Law Cases," co-presenter for CLE program, sponsored by CMCS Management, Inc., Iselin, New Jersey, November 1, 2017.

"The Celebrated Court Reporter," Keynote Speaker, CEU program, sponsored by the Susan Gioffre Court Reporting Seminar, Edison, New Jersey, October 28, 2017.

"Building The House of Damages Using a Vocational Expert/Life Care Planner, and an Economist in Severe Child Injury Cases," co-presenter for CLE program, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October 17, 2017.

"Building Your House of Damages with Economic Experts," co-presenter for CLE program, sponsored by The New York State Academy of Trial Lawyers, Brooklyn, New York, October 4, 2017.

"Building Your House of Damages with Economic Experts," co-presenter for CLE program, sponsored by The New York State Academy of Trial Lawyers, Flushing, New York, September 25, 2017.

"Building Your House of Damages with Economic Experts," co-presenter for CLE program, sponsored by The New York State Academy of Trial Lawyers, New York, New York, September 19, 2017.

"How to Excel at Direct and Cross Examination of an Economic Expert at Trial," co-presenter for CLE program, sponsored by The Legal Intelligencer, Philadelphia, Pennsylvania, September 12, 2017.

September 30, 2022                                    page  10



**Kristin Kucsma, M.A.**

**Speaking Engagements (cont'd)**

"Bootcamp for the Seasoned Attorney: A Clinical Course in Advanced Trial Tactics," instructor for boot camp, sponsored by The New York State Trial Lawyers Association, New York, New York, May 31, 2017**.**

"Analyzing Traumatic Brain Injury Cases Using Neurologists, Employability/Life Care Plan Experts, and Economists," co-presenter for CLE program, sponsored by CMCS Management, Inc., Kenilworth, New Jersey, May 2, 2017.

"Mock Trial – Direct and Cross Examination of an Employability/Life Care Plan Expert and Economist at Trial," co-presenter for CLE program, sponsored by CMCS Management, Inc., East Rutherford, New Jersey, March 23, 2017.

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters," co-presenter for CLE program, sponsored by the New Jersey State Bar Association, Iselin, New Jersey, November 21, 2016.

"Evaluating Economic Damages in Personal Injury Matters in New York," co-presenter for CLE program, sponsored by the Westchester County Bar Association, White Plains, New York, November 8, 2016.

"Personal Injury and Economic Damages: Preparing Your Case," and "The Testimony of the Economist: Excelling at Direct and Cross Examination of Your Economic Expert," co-presenter for CLE program, sponsored by CMCS Management, Inc., East Rutherford, New Jersey, October 19, 2016.

"How an Economist Projects Future Lifetime Care Costs," co-presenter for CLE program, sponsored by CMCS Management, Inc., New York, New York, September 29, 2016.

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters," co-presenter for CLE program, sponsored by the New Jersey State Bar Association, Atlantic City, New Jersey, August 12, 2016.

"Valuing Economic Damages in Cases Involving Catastrophic Injury & Wrongful Death in NJ," presenter for CLE program, held at Messa & Associates, Philadelphia, Pennsylvania, July 20, 2016.

Participated in the New Jersey State Bar Association, 2016 Civil Trial Advocacy Summer Institute, sponsored by the American College of Trial Lawyers, New Brunswick, New Jersey, July 11, 2016.

"Direct and Cross Examination of Economic, Vocational and Life Care Planning Experts in the Catastrophic Injury Case: Use of Demonstrative Evidence," co-presenter for CLE program, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, March 16, 2016.

"Presenting the Economist at Trial – A Live Demonstration with Expert" and "Panel Discussion on the Finer Points of Direct Examination," co-presenter for CLE programs, sponsored by the



**Kristin Kucsma, M.A.**

**Speaking Engagements (cont'd)**

New Jersey Association for Justice: Six Concurrent Seminars, New Brunswick, New Jersey, February 6, 2016.

"Valuing Economic Damages in Wrongful Death Cases," presenter for CLE program, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, November 17, 2015.

"Deposing Your Economic Expert," Hudson County Inn of Court, Hudson County Community College Culinary Conference Center, Jersey City, New Jersey, November 9, 2015.

"Recent Developments in Assessing Economic Damages," co-presenter for CLE program, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October 29, 2015.

"An Introduction to Economic Damages," co-presenter for CLE program, sponsored by Union County Bar Association, Summit, New Jersey, October 27, 2015.

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters: Focus on On-Call Services," presented as part of the CLE program, sponsored by Pennsylvania Association for Justice, P.A., Philadelphia, Pennsylvania, October 22, 2015.

"Valuing Economic Damages in Cases Involving Catastrophic Injury," presenter for CLE program, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, October 13, 2015.

"Valuing Economic Damages in Medical Malpractice Cases in New York," co-presenter for CLE program, sponsored by NYLJ, Union League, New York, October 9, 2015.

"Introduction to Economic Damages," presenter for CLE program, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, September 16, 2015.

"Valuing Economic Damages in Wrongful Death Cases," co-presenter for CLE program, sponsored by the New Jersey Association for Justice, Boardwalk Seminar, Atlantic City, New Jersey, May 1, 2015.

"Valuing Economic Damages in Employment Law Cases," co-presenter for CLE program, sponsored by the Legal Intelligencer, Philadelphia, Pennsylvania, April 10, 2015.

"Telling the Damages Story: Effectively Proving Damages at Trial", presenter for CLE program, sponsored by the New York State Academy of Trial Lawyers, New York, NY, April 30 and April 31, 2015.

"Building the House of Damages: Using a Vocational Expert, Life Care Planner, and Economist," presenter for CLE program, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, March 26, 2015.

"How to Effectively Quantify Economic Damages in Personal Injury and Medical Malpractice Cases," presenter for CLE program, sponsored by the NJAJ Pines Manor, Four Concurrent Seminars, Edison, New Jersey, February 28, 2015.

"Valuing Economic Damages in Wrongful Death Cases," co-presenter for CLE program, sponsored by the Gloucester County Legal Education Association, Mantua Township, New Jersey, November 22, 2014.



**Kristin Kucsma, M.A.**

**Speaking Engagements (cont'd)**

"Valuing Economic Damages in Catastrophic Injury Cases," presenter for CLE program, sponsored by the Gloucester County Legal Education Association, Mantua Township, New Jersey, November 22, 2014.

"Integrating Vocational Experts and Economics in Documenting Damages in Personal Injury Cases", co-presenter for CLE program, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October  23, 2014.

"Economic Damages, Proving Loss With Life Care Planners," Vocational Experts and Economists in Personal Injury and Medical Malpractice Cases , co-presenter for CLE program, sponsored by NYSTLA Management, Inc., New York, New York, May 20 and 28, 2014.

"Use of an Economist in Litigated Matters," Hudson County Inn of Court, Hudson County Community College Culinary Conference Center, Jersey City, New Jersey, April 21, 2014.

"The Use of a Vocational Expert/Life Care Planner and Economist in Assessing Damages in Child and Adult Personal Injury Cases," co-presenter for CLE program, sponsored by CMCS. Management, Inc., Saddle Brook, New Jersey, March 20, 2014.

"How To Effectively Quantify Economic Damages in Personal Injury and Medical Malpractice Cases," Clifford Inn of Court, Brownstone, Paterson, NJ, February 4, 2014.

"Documenting Vocational and Economic Damages in Personal Injury Cases," co-presenter CLE program, sponsored by CMCS Management, Inc., Mount Laurel, New Jersey, December 11, 2013.

"How to Effectively Quantify Economic Damages in Personal Injury and Medical Malpractice Cases," co-presenter for CLE program, sponsored by Comprehensive Medical Case Management, Inc., Philadelphia, July 30, 2013.

"The Economist's Role: Lost Profits & Employment Litigation", co-presenter for CLE program, sponsored by the New Jersey Law Journal, Edison, NJ, May 1, 2013.

"The Economist's Role: Lost Profits & Employment Litigation", co-presenter for CLE program, sponsored by the New Jersey Law Journal, Florham Park, NJ, April 10, 2013.

"Documenting Vocational & Economic Damages in Catastrophic Personal Injury Cases," co-presenter for CLE program, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, March 14, 2013.

"Measuring Lost Profits," Worrall F. Mountain American Inn of Court, Morristown, New Jersey, October 22, 2012.

"Proving Damages to the Jury", co-presenter for CLE program, sponsored by New York State Academy of Trial Lawyers, October 23, 2012.



**Kristin Kucsma, M.A.**

**Speaking Engagements (cont'd)**

"Using an Economist to Prove Damages in Non-Catastrophic Personal Injury Cases," co-presenter for CLE program, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October 11, 2012.

"Some Key Issues in the Use of Economic Experts", co-presenter, *Litigation Summit*, Philadelphia, September 13, 2012.

Mock Trial, participant (economic expert for plaintiff), CLE program sponsored by New Jersey Law Center, New Brunswick, NJ, July 11, 2012.

"Valuing Economic Damages in Matters Involving Employment Litigation", Brennan/Vanderbilt Inn of Court, East Hanover, NJ, June 25, 2012.

"Proof of Damages in a Wrongful Death Case" at the "Proving Damages in Personal Injury Cases: How BIG is Your Case?" seminar, sponsored by the Gann Legal Education Foundation, Renaissance Woodbridge in Iselin, New Jersey, April 22, 2011.

"How Outstanding Plaintiff Lawyers Build Their Case on Damages - and How Effective Defense Lawyers Can Destroy It," Obstetric Malpractice: Cutting-Edge Techniques for Bringing and Defending Perinatal Brain Injury Cases, national conference, continuing education seminar, Chicago, IL, November 9 - 11, 2009.

"Deposition of an Economist from the Witness' Viewpoint", Taking and Defending Effective Depositions in New York, continuing education seminar, New York, NY, March 12, 2009.

"The Role of the Economist in Assessing Damages for Defendants," with co-presenter Frank D. Tinari, Ph.D., GEICO, Huntington, NY, July 31, 2008.

"Economic and Statistical Issues in Assessing Damages for Defendants," with co-presenter Frank Tinari, Ph.D, LUM , DRASCO & POSITAN, Roseland, New Jersey, June 2, 2008.

"Economic Damages: Overlooked Elements in Personal Injury and Wrongful Death Cases," ATLA-NJ Women Attorney's Dinner Meeting, Mountainside, New Jersey, April 9, 2008.



**Kristin Kucsma, M.A.**

**Trials, Arbitrations, Mediations, and Depositions**

Ms. Kucsma has testified in over 410 trials, arbitrations, and mediations in both Federal and State courts. She has testified in over 690 depositions. A detailed listing of Ms. Kucsma's trial and deposition testimony is available upon request.

Ms. Kucsma has prepared numerous economic loss evaluations for use in litigation regarding economic damages, earnings, fringe benefits, household services, guidance, companionship, employment discrimination, lost profits, commercial damages, breach of contract, defamation, divorce, and punitive damages.



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Moneef Hauter, vs. POO Parking Corp., Manhattan Parking Group, LLC, and Fernando Soriano, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Case No.: 302618/16, September 21, 2022.

Heather J. Pugliese, Individually, and as Administrator of the Estate of Joshua H. Pugliese, deceased, vs. Philip P. Goodwin, M.D., Mount Kisco, Medical Group, P.C., Mount Kisco Medical Group, P.C., d/b/a Caremont Medical P.C., and Caremont Medical P.C., on behalf of the plaintiff, Supreme Court of the State of New York, County of Westchester, Index No.: 64041/2019, September 15, 2022.

Marianne Mauro, D.M.D. & Kimberly Woodward, her wife, vs. Golden Eagle International Trade LLC, Bruce Yang, John & Jane Doe I-X, fictitious name for a heretofore unknown entity, ABC CORP., I-X, fictitious name for a heretofore unknown, defendants, XYZ Partnership, I-X, fictitious name for a heretofore unknown defendants, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: County of Middlesex, Docket No.: MID-L-004493-19, September 12, 2022.

Taj Patterson vs. Williamsburg Safety Patrol, Inc., a/ka, Shomrim, Abraham Winkler, Aharon Hollender, Mayer Herskovic, Joseph Fried, and Pinchas Braver, on behalf of the plaintiff, virtual Inquest Hearing, Supreme Court of the State of New York, County of Kings, Index No.: 9093/14, August 10, 2022

Valerie Cadorett vs. Adriana N. Navia, John Does (1-3), on behalf of the plaintiff, virtual de bene esse deposition, Superior Court of New Jersey, Law Division: Bergen County, Docket No.: BER-L-006741-19, July 14, 2022.

Elizabeth Cecere and Kevin Cecere, Administrators Ad Prosequendum of the Estate of Dominick Michael Cecere and Elizabeth Cecere and Kevin Cecere vs. Julio Acevedo, John Doe, Montella Landscaping and Tree Service, ABC Company, Victoria Forgiarini, Jane Doe, Sussex County Technical School, Sussex County Regional Cooperative, Lenape Valley Regional High School, Def Company, Harry Kearney, Joe Doe, State of New Jersey, County of Sussex, Borough of Stanhope, GHI Company, on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Sussex County, Docket No.: SSX-L-451-17, July 6, 2022.

Richie Scrivanich, The September 11th Victim Compensation Fund (VCF) Hearing, virtual hearing, June 29, 2022.

Gustavo A. Castillo vs. Joseph A. Barrett, Ryder Truck Rental, Inc., Willow Run Foods, Inc. and Allstate Insurance Co., on behalf of the plaintiff, Superior Court of New Jersey, Law Division: Union County, Docket No.: UNN-L-3679-18, June 27, 2022.



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Steven C. Eckert vs. City of New York, on behalf of the plaintiff, United States District Court Southern District of New York, Case No.: 19cv-2825, June 13, 2022.

William M. Robinson III, vs. Alexander T. Roberts, A.A. Truck Renting Corp. and ABC Carpet & Home, Inc., on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 22482/2014E, June 2, 2022.

Erik Schmitz and Andrea Giunta Schmitz vs. Michael Gleeson, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 150977/2016, Virtual Arbitration, Hearing No.: 1000234526, May 9, 2022.

Subi Thomas Samuel and Sherry Samuel vs. Alan Marshall Bubin, M.D., Amanda Leung, M.D., Adena N. Leder, D.O., Ali Chaudry, M.D., Dava L. Klirsfeld, M.D., North Shore University Hospital, Elina Trofimovsky, M.D., and Eric P. Gottesman, M.D., Itzhak Haimovic, M.D., Michael L. Hundert, M.D., P.C., Peter A. Mynn, M.D. and Robert R. Linden, D.O., on behalf of the plaintiff, Supreme Court of the State of New York, County of Queens, Index No.: 708556/15, April 19, 2022.

Raymond Carroll vs. Sydney S. Yoon, M.D., and Radisphere National Radiology Group, Inc., on behalf of the plaintiff, Supreme Court of the State of New York, County of Nassau, Index No.: 601207/2015, March 29, 2022.

Earl Lind, Jr. and Dorothy Lind vs. Tishman Construction Corporation of New York and Tishman Construction Corporation, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 154781/2016, March 25, 2022.

Estate of Roberto Ramos, The September 11th Victim Compensation Fund (VCF) Hearing, virtual hearing, Claim No.: VCF No.: 0072240, March 17, 2022.

Estate of Francis Pitone, The September 11th Victim Compensation Fund (VCF) Hearing, virtual hearing, Claim No.: VCF No.: 0085899, March 17, 2022.

Xavier Ingram vs. County of Camden, Camden County Police Department, Jeremy Merck, Antonio Gennetta, Nicholas Marchiafava, John Scott Thompson, Orlando Cuevas, on behalf of the plaintiff, United States District Court for the District of New Jersey, Civil Action No.: 14-5519-JBS-KMW, March 11, 2022.

Vernon Earl Monroe, Jr., and Marita Green vs. Andrew Rosen, M.D. and Empire State Orthopaedics, PLLC, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 805221/2015, February 28, 2022.

September 30, 2022                                    Page 2



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Laura Chait, Administratrix of the Estate of Barry Steven Chait, Deceased and Laura Chait, Individually, vs. Alan Bloom, D.O., Zachary Coppola, D.O., Orange Regional Medical Center and Roseanna Roantree, D.O., on behalf of the plaintiff, Supreme Court of the State of New York, County of Orange, Index No.: EF002113/19, December 10, 2021.

Jean E. Baptiste vs. Brian Joel Tan Adversalo and Merlyn A. Adversalo, on behalf of the plaintiff, Supreme Court of the State of New York, County of Queens, November 23, 2021.

Camarillorazo, Guillermo vs. 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, on behalf of the plaintiff, United States District Court, Northern District of Florida, Tallahassee Division, Case No.: 7:20-cv-00098, MDR Case No.: 3:19-md-2885, November 5, 2021.

In the Matter of the Estate of James Murphy vs. In the Matter of the Estate of Robert Taylor, on behalf of the plaintiff, virtual bench trial, Superior Court of New Jersey Chancery Division: Hudson County Probate Part, Docket No.: 315036, August 23, 2021.

Nada Koenigsberg as Executrix of the Estate of Carl Koenigsberg, vs. Kevin Collier, D.M.D., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Monmouth County, Docket No.: MON-L-000053-14, August 17, 2021.

Estate of Christopher Longley, The September 11th Victim Compensation Fund (VCF) Hearing, virtual hearing, Claim No.: VCF No.: 0084541, August 5, 2021.

Janelle Golan as Administrator of the goods, chattels and credits and Estate of Richard Golan and Janelle Golan, Individually vs. North Shore-Long Island Jewish Health System, Inc., Long Island Jewish Hospital, Bhupesh Dhama M.D., Frank Manetta M.D., Premier Cardiology Consultants, PLLC, Ravindra B. Kodall M.D., on behalf of the plaintiff, Supreme Court of the State of New York, Queens County, Index No.: 700217/2013, July 27, 2021.

Naomi Weaver and Solomon Weaver, infants by their mother and natural guardian, Natasha Brothers Weaver, and Natasha Brothers Weaver, Individually, vs. Ulrika Holm, Michael Cabbad, Robert J. Soper, The Long Island College Hospital and Central Brooklyn Medical Group, LLC d/b/a Preferred Health Partners, on behalf of the plaintiff, Solomon Weaver, Supreme Court of the State of New York, County of Kings, Index No.: 6740/11, National Arbitration and Mediation (NAM), New York, New York, July 23, 2021.

Frederick D. Williams, vs. GFI Securities LLC, Richard Giles, BGC Partners, Inc., and BGC Holdings, L.P., on behalf of the claimant, FINRA Dispute Resolution Arbitration No.: 19-02480, July 21, 2021.



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Danny Myers, Christina Myers, Nicholas Myers, minor, and Ashley Myers, a minor, vs. Palm Bay Hospital, Inc., and John McPherson, and Brevard Physician Associates, PLLC, on behalf of the plaintiff, In The Circuit Court of the 18th Judicial District In and For Brevard County, Florida, Case No.: 05-2019-CA-029463, July 8, 2021.

Michael Rios, vs. Craig C. Swenson, Esq., Swenson & Doyle, LLC, Law Office of Craig C. Swenson, John Does, Esqs., 1-10, Jane Does, Esq., 1-10, ABC Corporations, 1-10, (a fictitious designation for presently unknown licensed attorneys professionals and/or unknown persons or entities), on behalf of the plaintiff, virtual proof hearing, Superior Court of New Jersey Law Division: Passaic County, Docket No.: PAS-L-4108-19, June 24, 2021.

Donna Graulich, individually and as Administratrix of the Estate of Robert Anthony Graulich, deceased, vs. Christopher Lamendola, M.D., Soterios C. Phillippou, M.D., Cardiothoracic Surgery, P.C., St. Francis Hospital, DePuy Synthes Sales, Inc., Neil R. Bercow, M.D., Gary W. Freeberg, M.D., and Nassau Chest Physicians, P.C., on behalf of the plaintiff, Supreme Court of the State of New York, Suffolk County, Index No.: 64939/14, May 27, 2021.

Mark Blanke and Owlpoint, LLC vs. Mark K. Ludwig and Mark G. Muntzer, on behalf of the respondents, virtual JAMS Arbitration, JAMS Ref. No.: 1425031601, May 26, 2021.

Warren Hatchett vs. George Moncho, on behalf of the defendant, virtual JMB Federal Arbitration, United States District Court, District of New Jersey, Case No.: 3:19-CV-20567, May 25, 2021.

Estes, Luke vs. 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, on behalf of the plaintiff, United States District Court, Northern District of Florida, Pensacola Division, Case No.: 7:20-cv-137, MDR Case No.: 3:19-md-2885, April 16, 2021.

Keefer, Lewis vs. 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, on behalf of the plaintiff, United States District Court, Northern District of Florida, Pensacola Division, Case No.: 7:20-cv-104, MDR Case No.: 3:19-md-2885, April 16, 2021.

Andrew Mobus vs. Bard College, Peter Laipson, and Susan Lyon, on behalf of the plaintiff, United States District Court, District of Massachusetts, Civil Action No.: 1:17-cv-11011, April 8, 2021.

Danielle Amodeo vs. Unifi Health and Wellness, LLC d/b/a Get In Shape for Women, Farris Fanik, Get In Shape Franchise, Inc., John Does 1-5, and XYZ Company, on behalf of the plaintiff, virtual proof hearing, Superior Court of New Jersey Law Division: Middlesex County, Docket No.: MID-L-6570-17, April 5, 2021.

SOBEL TINARI
ECONOMICS GROUP

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Raymond DeFelice vs. Kristin Sigler, Kenneth Sigler, John Does 1-10 (fictitious names), Jane Does 1-10 (fictitious business entities), ABC Corps. 1-10, (fictitious business entities who identities are presently unknown), State Farm Insurance Company, on behalf of the plaintiff, de bene esse deposition, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-1937-19, March 5, 2021.

Estate of Nathaniel Holland, Jr., The September 11th Victim Compensation Fund (VCF) Hearing, virtual hearing. Claim No.: VCF0035138, February 4, 2021.

Estate of Sayoko Tanaka (deceased) by Kim Rosello, Administrator Ad Prosequendum and Estate of Keith Marcus Rosello (deceased), by Kim Rosello, Administrator vs. Jonathan R. Kazary, Kenwall Inc., John Does 1-5 (names being fictitious and unknown), and ABC Corporations 1-5 (names being fictitious and unknown), on behalf of the plaintiff, virtual bench trial, Superior Court of New Jersey Law Division: Union County, Docket No.; UNN-L-003636-18, November 19, 2020.

Rony Desir vs. The United States of America, on behalf of the plaintiff, virtual bench trial, United States District Court for the Eastern District of New York, Case No.: 1:17-cv-00996, November 4, 2020.

Nicola Lomonte vs. Township of Hillside, and Angela Garretson, individually and in her official capacity as Mayor, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L-002721-17, September 24, 2020.

Joy Spriggs vs. City of Plainfield, Adrian O. Mapp, Mayor of the City of Plainfield, Rebecca Williams, Counsel President, Cory Storch, Councilman 2nd Ward, Joylette Mills-Ransome, Councilwoman at Large, 2nd and 3rd Ward, Charles McCrea, Councilman, 3rd Ward, R. Allan Smiley, City Administrator, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L-002710-17, March 9, 2020.

Douglas A. Gelber and his wife, Lynda Rodia, per quod, vs. New Jersey Transit Corporation, Marcial W. Mejia, et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Passaic County, Docket No.: PAS-L-0057-17, March 6, 2020.

Melissa Blanken vs. Apkudo, LLC, on behalf of the respondent, American Arbitration Association Hearing, Washington, D.C., Case No.: 01-18-0002-5681, March 4, 2020.

Patrick Cornely, President Policemen's Benevolent Association Local No. 351, individually and in his official capacity, Policemen's Benevolent Association Local No. 351 vs. Camden County and David S. Owens, individually and in his official capacity as Director of the Camden County Department of Corrections, John Doe(s) 1-10 & XYZ Corp(s) 1-10, on behalf of the plaintiff,

September 30, 2022                                    Page 5



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Superior Court of New Jersey Law Division: Camden County, Docket No.: CAM-L-4671-17, March 2, 2020.

Maria Rotsides, as guardian for Nicos Rotsides, an incapacitated person and Maria Rotsides, Ind., vs. Kyle Chapple, M.D., Atlantic Neurological Specialists, Steven Weiner, M.D., and Anesthesia Associates of Morristown, P.A., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Morris County, Docket No.: MRS-L-2107-16, February 26, 2020.

Joy Spriggs vs. City of Plainfield, Adrian O. Mapp, Mayor of the City of Plainfield, Rebecca Williams, Counsel President, Cory Storch, Councilman 2nd Ward, Joylette Mills-Ransome, Councilwoman at Large, 2nd and 3rd Ward, Charles McCrea, Councilman, 3rd Ward, R. Allan Smiley, City Administrator, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L-002710-17, February 24, 2020.

Virginia Raffay, individually and as Executrix of the Estate of Laszlo Raffay, Jr. vs. Joseph Casella, D.O., Premier Health Associates, John Does (fictitious names of healthcare providers whose negligence contributed to the death of Laszlo Raffay by mechanisms not currently known and whose identities are not known) and ABC Groups (fictitious names of groups, entity and/or practice of which any defendant is an agent, servant or employee), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Sussex County, Docket No.: SSX-L-000176-17, February 24, 2020.

Hector Martinez vs. Dann Marine Towing, LC and Cement Transporter 1802 LC, on behalf of the claimant, Judicial Arbitration & Mediation Services, JAMS Ref. No.: 1425029220, New York, New York, February 12, 2020.

Darline Vilce Bathelus vs. Gary S. Protass, on behalf of plaintiff, Supreme Court of New York, County of Nassau, Index No.: 609284/2017, February 4, 2020.

Damara Scott vs. Patrick Pignatello, PNC Financial Services Corporation, John Does 1-20, Jane Does 1-20, ABC Corporations 1-10, and XYZ Corporations 1-10, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-7276-15, January 30, 2020.

Estate of Samir Mikhail by Elizabeth Mikhail as Administrator Ad Prosequendum of the Estate of Samir Mikhail, and Elizabeth Mikhail vs. George J. Ciechanowski, M.D., Preston A. Hupart, D.O., Total Cardiology Care, RWJ Barnabas Health, John Does 1-100 (representing presently unknown healthcare providers, including, but not limited to, doctors, nurses, technicians, etc), Jane Does 1-100 (representing presently unknown healthcare providers, including, but not limited to, doctors, nurses, technicians, etc.), ABC Corps. 1-100 (representing presently unknown facilities or entities who rendered care to the plaintiff) and Doe Managed Care Company 1-100 (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failures or plaintiff's injuries), et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Hudson County, Docket No.: HUD-L-4487-16, January 30, 2020.

Candice Morciglio and Christian Morciglio, wife and husband vs. CBRE, Inc., CB Richard Ellis, Inc., Brightview Landscapes, LLC, The Brickman Group, Ltd., LLC, Brickman Facility Solutions, LLC, Retzko's Landscaping and Lawn Care, ABM Industries Incorporated, ABM Solutions, LLC, ABM Janitorial Services Northeast, Inc., John Does, Mary Does, ABC, Inc., and/or XYZ Partnerships, j/s/a, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Burlington County, Docket No.: BUR-L-1298-17, January 28, 2020.

All The Way Towing, LLC vs. Bucks County International, Inc., and Dynamic Towing Equipment and Manufacturing, Inc., Terrco, Inc., Scrappy's Auto Service, Inc., John Does 1-3, and XYZ Corporations, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Ocean County, Docket No.: OCN-L-1865-12, January 27, 2020.

Roger C. Gates and Lorraine Gates, his wife vs. County of Passaic, John Doe 1-10, and Corporation A-Z, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Passaic County, Docket No.: PAS-L-2925-17, January 22, 2020.

Gaetano Impoco vs. Marjam Supply Co., Inc., Earl Johnson, The Whiting-Turner Contracting Company, Tom Rectenwald Construction, Inc., and Bay Plaza Mall, LLC, on behalf of the plaintiff, Supreme Court of the State of New York, County of Kings, Index No.: 507322/14, January 10, 2020.

Janak Sarkaria, M.D. vs. Summit Anesthesia Associates, P.A. and Overlook Medical Center, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Middlesex County, Docket No.: MID-L-6481-16, December 9, 2019.

Lloyd F. Audette vs. Charles Dicecca, M.D., Adriana Carrillo, M.D., and Steven Robins, P.T., on behalf of the plaintiff, United States District Court, Commonwealth of Massachusetts, Docket No.: 14-2394C, December 5, 2019.

Ana Rodriguez and Miguel Angel Rosa Sr. vs. Costco Wholesale Corporation, Anthony Anzaldi, Hyster-Yale Group, Inc., John Doe Electric Pallet Company 1-10 (fictitious designations), John Doe Electric Pallet Maintenance Company 1-10 (fictitious designations), John Does 1-10 (a person, persons, entity or entities whose identity is presently unknown), XYZ Corporations 1-10 (fictitious designations), John Doe Building Services Company 1-10 (fictitious designations), on behalf of the



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

plaintiff, Superior Court of New Jersey Law Division: Middlesex County, Docket No.: MID-L-3418-17, December 3, 2019.

Vernon Earl Monroe, Jr., and Marita Green vs. Andrew Rosen, M.D. and Empire State Orthopaedics, PLLC, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 805221/2015, November 15, 2019.

Laura A. Santoro, as the Administratrix of the Goods, Chattels and Property of Nicola Michael Santoro and Laura A. Santoro, Individually vs. Orange Regional Medical Center, Alan Bloom, M.D., Crystal Run Healthcare, LLP, Ying Yang, M.D., and Sandeep Singh, M.D., on behalf of the plaintiff, Supreme Court of the State of New York, County of Orange, Index No.: 2016-6276, November 1, 2019.

Ernest W. Hinson, Jr., vs. United States of America, on behalf of the plaintiff, United States District Court, For the District of New Jersey, Civil Action No.: 18-CV-870 (BRM) (LHG), October 30, 2019.

The Estate of Frank Joseph Covello, Jr., deceased, by Administratrix and Administratrix Ad Prosequendum, Gina Marie Bruzzichesi, and Gina Marie Bruzzichesi, individually vs. The County of Morris, Township of Morris Plains, The Town of Morristown, and John Does (1-10) and ABC Corp. (1-10), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Morris County, Docket No.: MOR-L-1831-17, October 29, 2019.

Estate of Paula Kirby by Personal Representative/Executor of the Estate Peter Kirby and Peter Kirby, individually and Samantha J. Kirby, Zachary J. Kirby, Amanda J. Conley and Elijah J. Kirby, surviving heirs and wrongful death beneficiaries vs. Shore Medical Specialists, Sandip Patel, MD, Jorge G. Pardes, MD, Community Medical Center, XYZ Hospital (a fictitious name representing a class of fictitious defendants), DEF Imaging (a fictitious name representing a class of fictitious defendants), ABC Group (a fictitious name representing a class of fictitious defendants), John Doe, MD (a fictitious name representing a class of fictitious defendants), Jane Doe, RN (a class of any fictitiously named defendant-nurses or other employees of the defendant-physician and/or the defendant-group), Doe Physician Group, PA or Doe Physician Group, PC or Doe Managed Care Company (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers' actions or failures or plaintiff's injury), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Ocean County, Docket No.: OCN-L-786-17, October 21, 2019.

Estate of Mohammed Khawatmi by and through Mohammed S. Khawatmi and Douha Khawatmi vs. Bonfire Forongo House and Lounge, Luis A. Yanez, National Continental Insurance Company,

September 30, 2022                    Page 8



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

NJ Valet Parking, LLC, OD Security, LLC, Bartender 1-10, John Does 1-10 (fictitious names representing unknown individuals), and ABC Corporation 1-10 (fictitious names representing unknown entities) and Kings Bonfire, LLC t/a Bonfire Restaurant, improperly pleaded as Bonfire Mofongo House & Lounge vs. NJ Valet Parking, LLC and OD Security, LLC, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Passaic County, Docket No.: PAS-L-1755-17, October 18, 2019.

Norma Gaguancela vs. BJ's Wholesale Club, Inc., Nick Segedin, John Does 1-10 (said names being fictitious, real names unknown), and ABC Corp. 1-10 (said names being fictitious, real names unknown), John Does Subcontractors 1-10 (said names being fictitious, real names unknown), on behalf of the defendant, Superior Court of New Jersey Law Division: Middlesex County, Docket No.: MID-L-3824-16, October 16, 2019.

Chaya Applegrad, a minor by her mother and Guardian Ad Litem, Esther Applegrad, Esther Applegrad, individually, and Gedalia Applegrad, individually vs. Eric Bentolila, M.D., an individual, Valley Hospital, an entity, Kourtney Kaczmarski, R.N., an individual, Mary Brown, an individual, John Does 1-10 and Jane Does 3-10, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Passaic County, Docket No.: PAS-L-908-08, October 10, 2019.

Candida Disla, as Administratrix of the Estate of Leonel Disla, and in her individual capacity vs. The City of New York, The New York City Police Department, Police Officer Robert Barnett, Shield Number 20032, Police Officers John/Jane Does 1-10, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Civil Term, Index No.: 22450-06, October 8, 2019.

Sarena Davis vs. Western Beef Retail, Inc. and Cactus Properties 3, LLC, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 22539, October 8, 2019.

Estate of Flora Marie Comizzoli and Robert Comizzoli vs. William Green, M.D., et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Middlesex County, Docket No.: MID-L-6101-16, October 2, 2019.

Andrea Crawford, Administratrix of the Estate of Monty Crawford vs. Corizon Health, Inc., Corizon, Inc., Allegheny County, Orlando Harper, Monica Long, Samir Miland Moussa, M.D., Sarah Patterson (Administratrix of the Estate of Michael Patterson, M.D.), Norberto A. Rodriguez, M.D., Eugene L. Youngue, M.D., Suzanne Mundy, P.A., Rob Bradkovich, Javona Butler, Leslie Anne Dubich, Susan Friend, Alisia Hollingsworth, Carla Ivan, Gina Jones, Blondell Johnson, Patrick Neary, Charlotte Porter, Alea Rollinitis, Amie Shank, Amy Smith, Felicia Spears, Tim Wick, Patricia Williams, Simone Wilson, Rabi Zaouif, Medical Staff John and Jane Does No. 1 through 50 (individuals employed as medical staff at the Allegheny County Jail whose identities cannot presently be determined) and Correctional Staff John and Jane Does No. 1 through 50 (individuals

September 30, 2022                    Page 9



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

employed as correctional officers and supervisors at the Allegheny County correctional facility whose identities cannot presently be determined), on behalf of the plaintiff, de bene esse deposition, United States District Court, Western District of Pennsylvania, Case No.: 1:17-cv-00113-BR, September 20, 2019.

Yves Michel Fontaine vs. MMLERY LLC, 61-73 Elwood LLC, 533 41st Street Realty, LLC and Sharp Management Corp., on behalf of the plaintiff, Supreme Court of the State of New York, County of Kings, Index No.: 6590/12, September 19, 2019.

Jeanne Gardner and Edward Gardner vs. Brian J. Mignola, M.D., University Physicians Group, P.C., Anthony Alastra, M.D., John S. Shiau, M.D., Healthcare Associates in Medicine, P.C., Alcibiades Rodriguez, M.D. and Staten Island University Hospital, on behalf of the plaintiff, Supreme Court of the State of New York, County of Richmond, Index No.: 100575/15, September 18, 2019.

Frederick B. Ashplant, Administrator Ad Prosequendum of the Estate of Laura Ann Ashplant and Frederick B. Ashplant, individually vs. Ashraf Anani, M.D., Gennaro Marino, D.O., Akbar Khan, M.D., Jonathon Stillman, M.D., Lisa Stevens, M.D., Bonnie Cheng, M.D., Aravinda Reddy, M.D., Nidal Matalkah, M.D., Patrick Hines, M.D., Lawrence Guarino, M.D., Richard E. Krieger, M.D., Richard E. Krieger, M.D., P.A., Chilton Memorial Hospital, Chilton Medical Center, Chilton Hospital, Atlantic Health System, Inc., Chilton Hospitalist Practice, P.C., Chilton Emergency Physicians, LLC, House Physicians of Chilton, LLC, ID Care, ID Associates, P.A., Infectious Disease Care, North Jersey Gastro, North Jersey Gastroenterology and Endoscopy Associates, P.A., Wayne Hills Medical Associates, P.A., Montclair Radiology, Montclair Radiological Associates, P.A., Gastrointestinal Group of North Jersey, P.A., John Doe, M.D., and/or Mary Doe, M.D., One through Ten (fictitious names) and ABC Corporations, One through Ten (fictitious names), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-211-14, September 16, 2019.

Madelyn M. Sieben, Executrix of the Estate of Marc A. Sieben, deceased and Madelyn M. Sieben, individually vs. Jay Dubowsky, MD, and Manhasset Medical Associates, PC, on behalf of the plaintiff, Supreme Court of the State of New York, County of Nassau, Index No.: 603930/2016, September 13, 2019.

Don Perillo vs. Coach Leasing, Inc., Suburban Transit Corp. and Jamal Peten, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Ocean County, Docket No.: OCN-L-269-17, September 12, 2019.

Aldo T. Puletti, Jr., as Administrator of the Estate of Rose Puletti, and Aldo T. Puletti, Jr., as Executor of Aldo Puletti, a/k/a Aldo T. Puletti, Sr., vs. Sanjiv Bajaj, M.D., Verrazano Imaging at Staten Island University Hospital, Verrazano Radiology Associates, P.C., Staten Island University

September 30, 2022                                    Page 10



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Hospital, North Shore-Long Island Jewish Health Systems, Inc., North Short-LIJ Medical Group, P.C., on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 101443/2014, August 12, 2019.

Susan DeFlorio, as Administratrix Ad Prosequendum for the Heirs at Law of Paul DeFlorio, deceased, and as Administratrix of the Estate of Paul DeFlorio, deceased and individually vs. Cooper University Healthcare, Cooper University Hospital, Jon S. Heist, DO, PA, Jon S. Heist, DO, John Does I to C, et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Camden County, Docket No.: CAM-L-639-16, July 18, 2019.

Estate of Lisa Flynn, The September 11th Victim Compensation Fund (VCF) Hearing, Claim No.: VCF0016288, July 2, 2019.

Kevin Williams, as Administrator of the Estate of Arlene M. Lewis, deceased and Kevin Williams, individually vs. Lawrence M. Model, M.D., Lawrence M. Model & Associates, Bradley J. Cohen, M.D., Hematology Oncology Associates of Rockland, P.C. and Highland Medical, P.C., on behalf of the plaintiff, Supreme Court of the State of New York, County of Rockland, Index No.: 32825/14, June 27, 2019.

Margarita Soriano, individually and as Administratrix Ad Prosequendum of the Estate of Gumercindo Soriano vs. 70 Hudson Street Realty, LLC, DF 70 Realty, LLC, MF 70 Realty, LLC, LJC 70 Realty, LLC, Hazel Rock, Inc., John Does 1-5, Jane Roes 1-5 and XYZ Corporations 1-5 (fictitious entities whose names are not known), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Hudson County, Docket No.: HUD-L-3086-15, June 26, 2019.

Harold Hansen vs. Rite Aid Corp., Eckerd Corporation, Craig Muriello, Michelle Caga, Lisa Ford, John Doe (1-10), Jane Doe (1-10) and XYZ Corp (1-10), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Monmouth County, Docket No.: MON-L-4790-08, June 25, 2019.

Fernando Marrero vs. Gabriel Valencia and Sal Franciamore, Jr., on behalf of the plaintiff, Supreme Court of the State of New York, Index No.: 22239/2015E, June 18, 2019.

Harold Hansen vs. Rite Aid Corp., Eckerd Corporation, Craig Muriello, Michelle Caga, Lisa Ford, John Doe (1-10), Jane Doe (1-10) and XYZ Corp (1-10), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Monmouth County, Docket No.: MON-L-4790-08, June 12, 2019.

William Dengler and Johanna Dengler, his wife vs. ABB, Inc., et al., on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 190090/2018, June 5, 2019.



## Kristin Kucsma, M.A.

### *Trial, Arbitration and Mediation Testimony*

Robert E. Shannon, Jr., vs. The New York Times Building, LLC, The New York Times Building Condominium, The New York Times Company Board of Managers, The New York Times Company, Forest City Ratner Companies, LLC, Forest City Board of Managers, First New York Partners Management, LLC and Fujitec America, Inc., on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 150709/12, June 5, 2019.

Dalila Czukerberg vs. Newark Public Schools, City of Newark, State of New Jersey, Regina V. Sharpe, individually, Henri Frederique, individually and Cynthia Guinn, individually, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-8847-15, June 4, 2019.

Mei F. Cheow and Pow Choo Chung vs. Cheng Lin Jin and Skyline Travel, on behalf of the plaintiff, Supreme Court of the State of New York, County of Queens, Index No.: 14942/13, May 20, 2019.

Kenneth K. Beesmer and Lori Beesmer vs. Wells Fargo Advisors, LLC and Steven L. Quesnell, on behalf of the claimant, FINRA Dispute Resolution Arbitration No.: 17-02368, New York, New York, May 21, 2019.

Anthony Rocco and Lisa Rocco vs. Naeem Ahmed, M.D., Srinivas Duvvuri, M.D., and Staten Island University Hospital, on behalf of the plaintiff, Supreme Court of the State of New York, County of Richmond, Index No.: 101955/07, May 7, 2019.

Estate of Joshua A. Fischel by Amy Schwartz, Administratrix Ad Prosequendum, Harrison Fischel, an infant by his Guardian ad Litem, Amy Schwartz and Amy Schwartz, individually vs. Lejla Mujic, MD, Dana DeOliveira, PA, Barnabas Health/Saint Barnabas Medical Center, et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-4249-14, April 30, 2019.

Dr. Rachel Wellner vs. The City of New York, P.O. Niguel Vega, Shield No. 08642, individually and in his official capacity, P.O. Nicolett Davodian, Shield No. 24143, individually and in her official capacity, and P.O.s "John Doe" #1-10, individually and in their official capacities (the name "John Doe" being fictitious, as the true names are presently unknown), United States District Court, Southern District of New York, 16 Civ. 7032 (JGK), April 23, 2019.

Mark Hayo vs. The State of New York, on behalf of the plaintiff, State of New York, Court of Claims, Claim No.: 121086, April 24, 2019.

Andrea Sullivan vs. Crete Carrier Corporation and Markies A. Crump, on behalf of the plaintiff, The Commonwealth of Pennsylvania, Court of Common Pleas of Monroe County, Docket No.: 8716CV2015, April 5, 2019.



**Kristin Kucsma, M.A.**

***Trial, Arbitration and Mediation Testimony***

Bryan Greenblatt and Austria Greenblatt vs. Baumgardner House Lifting, Castcapa Construction, LLC, Sullivan Land Services, LTD., SLS Co. LTD and C.A.C. Industries, Inc., on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 151562/2016, April 4, 2019.

Morgan Santiago, individually and as Administrator Ad Prosequendum for the Estate of Diane Santiago vs. Thomas J. Magliaro, MD, Sanjiv Patankar, MD, Amar Bukhari, MD, St. Peter's University Hospital, et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Middlesex County, Docket No.: MID-L-5424-15, March 25, 2019.

Keimoneia Redish vs. Darryl Adler, Bhawesh Patel, Carmen Taype Roberts, Ronald L. Ciubotaru, R. Stumacher, R. Bandagorla and St. Barnabas Hospital, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 310294/11, March 20, 2019.

Anne-Marie Ryan, Executrix of the Estate of Rohan V.C. Ryan, deceased, and Anne-Marie Ryan, individaully vs. Jeffrey Bechler, M.D.; University Orthopaedic Associates, LLC; John Does (being fictitious names); ABC Medical Practice (being a fictitious name), on behalf of the Plaintiff, Superior Court of New Jersey Law Division: Mercer County, Docket No.: MER-L-1607-15, March 13, 2019.

Vladimir Kaploun, Administrator of the Estate of Roman Kaploun, deceased and Valentina Kaploun vs. Ahmed H. Dar and John Doe 1-10 and Jane Doe 1-10, parents of Ahmed Dar, and possible co-Conspirators, whose names are fictitious, unknown to plaintiff, on behalf of the plaintiff, Superior Court of New Jersey Law Division, Hudson County, Docket No.: HUD-L-1161-17, March 12, 2019.

Santos Uvidia vs. The Cardinal Spellman High School and the Archdiocese of New York, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 306692/2012, March 11, 2019.

Sandra Szell vs. Kessler Institute for Rehabilitation, Agnes Blaszcyk, Laura Priester, Ronald Thomas, John Does (fictitious names of those persons whose identities and or culpability are not presently known who participated in the plaintiff's care and who contributed or caused her injury); ABC Groups (fictitiously name groups, companies or entities of which any defendant was an agent servant or employee), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-6881-15, February 22, 2019.

Joy Semple and Burt Hervein Ross, as Co-Administrators of the Estate of Candida Semple, deceased vs. Eav Lim, M.D., Jorge Venegas, M.D. and Wyckoff Heights Medical Center, on behalf of the plaintiff, Supreme Court of the State of New York, County of Kings, Index No.:309/15, February 21, 2019.



**Kristin Kucsma, M.A.**

***Trial, Arbitration and Mediation Testimony***

Rosa Maria Reynoso vs. 96 Dan Meat Market Inc., Dan's Supermarket, Garibalde Then and John Doe, first and last names are being fictitious and unknown to plaintiff, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 301397/14, February 21, 2019.

George Stack, as attorney-in-fact for Lucille Stack and George Stack, individually vs. Huntington Hospital Association, d/b/a Huntington Hospital, Huntington Hospital, North Shore-Long Island Jewish Health System, Inc., Cohen, Bergman & Klepper, M.D.'s, P.C., Paval Romano, M.D. and Paul Maccaro, M.D., on behalf of the plaintiff, Supreme Court of the State of New York, County of Suffolk, Index No.: 063728/2014, February 6, 2019.

Min Amy Guo vs. Novartis Pharmaceuticals Corporation, John Does 1-10 (fictitiously names), and XYZ Corporations 1-10 (fictitiously named), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Morris County, Docket No.: MRS-L-1486-14, January 30, 2019.

Gerald Demenna and Veronica Scutaro vs. Geia Bowden, Public Service Electric & Gas Company, John and Jane Does 1-10 and ABC Companies 1-10, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-9022-14, January 28, 2019.

Timothy Silo vs. City of New York, Raymond W. Kelly, in his capacity as police commissioner of the City of New York, and Casey Stewart, individually and as a psychologist employed by the New York City Police Department, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 150372/2013, January 24, 2019.

Nicholas Chin, The September 11th Victim Compensation Fund (VCF) Hearing, Claim No.: VCF0018299, January 16, 2019.

Austin Chin, The September 11th Victim Compensation Fund (VCF) Hearing, Claim No.: VCF0019518, January 16, 2019.

Estate of Gary Davis, by and through Tammy Davis, Administrator for the Estate of Gary Davis, Deceased vs. Amanullah A. Vazir, M.D., Aderemi B. Soyombo, M.D., St. Joseph's Regional Medical Center, St. Joseph's Healthcare System, and John Does 1-10 (fictitious names), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Passaic County, Docket No.: PAS-L-003357-15, January 15, 2019.

Mary Murphy-Clagett as Temporary Administrator for the Estate of Pietro Macaluso vs. A.O. Smith Corporation, et al., 50-B Hearing, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 190311/15, December 10, 2018.



**Kristin Kucsma, M.A.**

***Trial, Arbitration and Mediation Testimony***

John Christ and Jill Christ, individually and as adoptive parents and guardians of Shayne Christ, a minor child vs. Preston McCollum and Allstate Insurance Company, on behalf of the plaintiff, de bene esse deposition, in The Commonwealth of Pennsylvania, Court of Common Pleas of Pike County, No.: 1209-2014, November 30, 2018.

Melissa Migut vs. State of New Jersey, Administrative Office of the Courts; Glenn A. Grant, J.A.D. in his capacity as the Acting Administrator Director of the Courts; Harvey M. Goldstein, in his capacity as the Manager of the Intensive Supervision Program and Jasper Reeves, in his capacity as Building Manager, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Mercer County, Docket No.: MER-L-934-14, November 15, 2018.

Jefferies LLC and Jefferies Group, LLC vs. Rick Alan Davidson, on behalf of the respondent, FINRA Dispute Resolution Arbitration No.: 17-02868, New York, New York, November 12, 2018.

Doreen DiToro, as the Executrix of the Estate of Michael DiToro, deceased, and Doreen DiToro, Individually vs. Richmond University Medical Center, Frank Scafuri, D.O., Madhvi Rana, M.D., Frank Scafuri, III, D.O., P.C., and Kikkeri Vinaya, M.D., on behalf of the plaintiff, Supreme Court of the State of New York, County of Richmond, Index No.: 151024/2015E, November 9, 2018.

Mirvella Dulanto, as Administratrix of the Estate of Ysenia Arango and Frank Javier, individually vs. Robert Cameron, M.D., Richard Frimer, M.D., Leon Kranzler, M.D., David G. Rusch, M.D., White Plains Hospital and White Plains Radiology Associates, P.C., on behalf of the plaintiff, Supreme Court of the State of New York, County of Westchester, Index No.: 52239/2015, October 31, 2018.

Denise Jarius and David Jarius, her husband vs. Yuan Lin, Mingjun Liu, John Does 1-10 (fictitious names, real names unknown), ABC Companies 1-10 (fictitious names, real names unknown), on behalf of the plaintiff, de bene esse deposition, Superior Court of New Jersey Law Division: Middlesex County, Docket No.: MID-L-3211-16, October 29, 2018.

Marek Jedrzejek vs. 4L Equipment Leasing, LLC, et al., on behalf of the plaintiff, Supreme Court of the State of New York, County of Queens, Index No.: 7081102015, October 23, 2018.

Susan Kasman, Administratrix of the Estate of Lee Kasman and Susan Kasman, Individually vs. Shivang Trivedi, MD, Cardiology Associates of Somerset County, John Doe, Jane Doe, RN, et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Somerset County, Docket No.: SOM-L-1237-15, October 22, 2018.



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Philippe Carr-Forster vs. Andrew Landis, Hilary Landis and Emma Landis, an infant, Felix Kwakye and Slate Cab Corporation, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 160354/15, October 17, 2018.

Amanda Holley vs. Port Authority of New York and New Jersey, Port Authority of New York and New Jersey Police Department, Superintendent Michael A. Fedorko, Chief Michael Brown, Sergeant Erick Torres, and John and Jane Does 1-10, (fictitious names), on behalf of the plaintiff, United States District Court for the District of New Jersey, Civil Action No.: 14-7534-BRM-DEA, October 3, 2018.

Makiko Murakami and Jeffrey Tam, as Co-Administrators of the Estate of Ryo Murakami., Deceased, and Mako Murakami, Individually, vs. Lutheran Medical Center, Steven Athanaikl, M.D., Margaret Kuhn-Basti, M.D., New York Presbyterian Columbia University Medical Center, William A. Bulman, M.D., Matthew Bacchetta, M.D., E. Sander Connolly, Jr., M.D., and Jan Claasen, M.D., on behalf of the plaintiff, Supreme Court of the State of New York, County of Kings, Index No.: 12975/2014, September 27, 2018.

Lukasz Bedkowski vs. Shiavone Construction Co., LLC, Ryan Yanosh, and John Doe and Jane Does 1-10, fictitious names for unknown parties, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Hudson County, Docket No.: HUD-L-348-17, September 10, 2018.

Linda Steele-Denardo, as Executor of the Estate of Donald Denardo, deceased, and Linda Steele-Denardo, Individually, vs. Memorial Hospital for Cancer and Allied Diseases, Memorial Sloan Kettering Cancer Center, Kathryn Beal, M.D., Pamela Salerno, P.A., Viviane Tabar, M.D., and "John Doe" and "Mary Doe," on behalf of the plaintiff, Supreme Court of the State of New York, County of Richmond, Index No.: 100028/2014, July 27, 2018.

Adel Shehata vs. Jose Koruthu, on behalf of the plaintiff, Supreme Court of the State of New York, County of Richmond, Index No.: 100042/15, July 20, 2018.

Aida Vergara vs. Metropolitan Authority and New York City Transit Authority, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 309841/12, July 19, 2018.

Karen Schramm, as wife and Guardian of Michael Schramm and Karen Schramm, Individually vs. The City of New York, Hudson River Park Trust and Gramercy Group, Inc., Mediation, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 158043/2017, July 18, 2018.



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Helena Ross, as Administratrix, of the Estate of Emory F. Ross, deceased, as Administratrix Ad Prosequendum for the heirs-at-law of Emory F. Ross, Deceased and Individually vs. Eddy Simon, M.D., JFK Medical Center, John Doe (a fictitious name) and North Jersey Emergency Physicians, PA, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-5733-15, July 16, 2018.

Allison R. Richardson vs. SIGMA Transportation Inc., Sadam Maroun Jaser and Noel D. Santana-Amadi, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 303399/14, July 5, 2018.

Alban Hoxha vs. Robert Castillo, MTA New York City Transit Authority and Metropolitan Transportation Authority, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 161292/2014, June 20, 2018.

David Straka vs. BASF, a corporation or business organization, David Freidinger, Individually, and/or as agent, servant, or employee of BASF, Deon Carter, Individually, and/or as agent, servant, or employee of BASF, and John Does 1-100, said names being fictitious and unknown, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L-1025-16, June 12, 2018.

Jeanie Lynn Baily Kohl, as Executor of the Estate of James Elwood Kohl, Jr., deceased vs. Derrick D. Young, on behalf of the plaintiff, United States District Court for the Northern District of New York, Case No: 8:17-cv-692 (BKS/CFH), June 8, 2018.

Alliance International Inc., vs. Bloomage Freda Biopharm U.S.A., and Bloomage Freda Biopharm Co., Ltd., Arbitration, on behalf of the plaintiff, Superior Court of New Jersey Chancery Division: Morris County, Docket No.: MRS-L-001084-17, May 30, 2018.

Keith Hudson vs. Town of Morristown, Karl Peter Demnitz, Individually and in his official capacity as Chief of Police, John Doe(s) 1-10, and XYZ Corp(s). 1-10, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Morris County, Docket No.: MRS-L-2343-15, May 24, 2018.

Russell J. Lester vs. JD Carlisle Development Corp., MD Carlisle Development Corp., and 835 6th Ave Master LP, on behalf of the plaintiff, Supreme Court of the State of New York, County of New York, Index No.: 152112/12, May 15, 2018.

Jose Bauta vs. Greyhound Lines Inc., Sabrina Anderson, Akos Gubica, Karoly Gubica, CAV Enterprise, LLC, First Group America, Inc. and First Group PLC, on behalf of the plaintiff, United States District Court, Eastern District Court of the State of New York, Docket No.: 14-3725, May 4, 2018.

SOBEL TINARI
ECONOMICS GROUP

**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

Angela Marrero, Individually and as Administratrix of the Estate of Louis Marrero, Deceased vs. Louis Faiella, III, M.D., Advanced Urology Centers of New York, P.C., and Integrated Medical Professionals, on behalf of the plaintiff, Supreme Court of the State of New York, County of Suffolk, Index No.: 021329/2012, April 30, 2018.

Frederick F. Fagal, Jr. vs. Marywood University, on behalf of the plaintiff, United States District Court, Middle District of Pennsylvania, No.: 3:14-cv-02404-ARC, April 23, 2018.

John Astriab, Clyde Banks, James Buckley, William Cullinane, Richard DeStefano, David Labruno, Ezio Scerbo, John Whalen vs. City of Jersey City, Jersey City Police Department, Mayor Jerramiah Healy, in his individual and official capacities, and Business Administrator Brian O'Reilly, in his individual and official capacities, on behalf of the plaintiffs, United States District Court for the District of New Jersey, Newark Vicinage, Civil Action No.: 06-3790 (FSH), April 20, 2018.

Shane Forbes and Charles Forbes vs. Natalie Nickol and Lawrence Nickol, on behalf of the plaintiff, The Court of Common Pleas of Bucks County, Pennsylvania, Docket No.: 2014-06490, April 18, 2018.

Peter I. Chukwuneke vs. TCBA Ambulance, Inc., and Kevin Kirton, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No.: 302745/2011, April 5, 2018.

Joseph J. Wiles and Terry Jean Wiles as the Administrators of the Estate of Michael Wiles vs. Daniel D. Files, D.O., and Bucks Family Medicine, P.C., on behalf of the plaintiff, Court of Common Pleas, Bucks County, Pennsylvania, Civil Action No.: 2009-13261, April 4, 2018.

MaryAnne Cosimano vs. Township of Union, Frank Bradley, and Daniel Zieser, on behalf of the plaintiff, United States District Court of New Jersey, Civil Action No.: 10-5710 (JLL), April 4, 2018.

Bria Albinder-Miletsky, an infant by her Natural Mother and Guardian Ad Litem, Cindi Albinder-Miletsky, Cindi Albinder-Miletsky, Individually, and Jason Miletsky, Individually vs. Manuel Alvarez, M.D., R & R Perinatal Associates, Hackensack University Medical Center, Magadalena J. Pawlik, A.P.N., Monique P. Donnelly, R.P.N., John Does 1 through 10 (fictitious names, true identities unknown), Jane Does 1 through 10 (fictitious names, true identities unknown), Entities A through Z (fictitious names, true identities unknown), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Bergen County, Docket No.: BER-L-4342-14, April 2, 2018.

Thomas Kosch and Eileen Kosch, his wife vs. Gabriel Gonzalez, SuperValu Inc., John Does 1-10, ABC Corps. 1-10, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Passaic County, Docket No.: PAS-L-03301-15, March 28, 2018.

September 30, 2022                    Page 18



**Kristin Kucsma, M.A.**

***Trial, Arbitration and Mediation Testimony***

Francina Elysee, Administrator of the Estate of Issac Elysee, Deceased, and Francina Elysee, Individually vs. Rajasree Roy, M.D., North Shore Long Island Jewish Health System, Inc., Joseph Ghassibi, M.D., St. Luke's Hospital, St. Luke's Roosevelt Hospital Center Foundation Inc., and Continuum Health Partners, Inc., on behalf of the plaintiff, Supreme Court of The State of New York, County of New York, Index No.: 805276/12, March 27, 2018.

Nancy Velasquez, Individually and as Administrator Ad Prosequendum of the Estate of Michael Mercado, vs. Newark Police Department, City of Newark, Police Officer Tyrone Moore, Police Officer Victor Garcia, John and Jane Does 1-10, (fictitious unidentified individuals), and ABC Corp 1-10, (fictitious unidentifiable business entities), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-9943-13, March 19, 2018.

Richard John Powers, Individually and as Executor of the Estate of Meg Felice Charlop, deceased vs. Kyong Kwan Min, New York City Transit Authority, Metropolitan Transportation Authority, MTA Bus Company, Manhattan and Bronx Surface Transit Operating Authority, Wayne W. Forde, City of New York, John or Jane Doe 1 through 3 or ABC Corp. or Entity 1 through 3, the names being fictitious and unknown to plaintiff and being the person, party, entity, partnership, corporation, employer, agent, servant, or assign for whom Kyong Kwan Min was operating his motor vehicle, or third party who serviced, repaired or maintained the premises, or was responsible for implementing and keeping safe in good repair bicycle lanes at the premises, as described in the complaint, on behalf of the plaintiff, Supreme Court of the State of New York, County of Bronx, Index No: 307701/10, March 7, 2018.

Mark P. Gardner, vs. Metropolitan America KEC Prospect LLC, John Doe (1-10) (fictitious names representing unknown defendants who owned, operated, controlled and maintained the property), and ABC Corp. (1-10) (fictitious names representing unknown defendants who performed maintenance and snow removal activity at the property), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-3248-15, March 5, 2018.

Ana Pereira vs. Michael Esposito, M.D., et al., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Monmouth County, Docket No.: MON-L-1397-12, February 27, 2018.

Graciela Terra vs. Mount Sinai Hospital of Queens and George J. Tsioulias, M.D., on behalf of the plaintiff, Supreme Court of The State of New York, County of Queens, Index No.: 12606/13, January 31, 2018.

Basilia D'Amico, Individually and as Administratrix Ad Prosequendum of the Estate of Franco D'Amico vs. Meherwan Burzor Joshi, M.D., Oscar E. Verzosa, M.D., Ellen T. Leavell, M.D., Paul J. Bolanowski, M.D., Vanessa Mae S. Abrina, M.D., Maged M. Lotfalla, M.D., Trinitas Regional Medical Center, Rutgers, The State University, ABC Entities 1-10 and John Does 1-20, unknown

September 30, 2022                    Page 19



**Kristin Kucsma, M.A.**

*Trial, Arbitration and Mediation Testimony*

entities and persons, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L-788-15, January 26, 2018.

Jason Brownrigg vs. Steven David Shamah and Hyman M. Shamah, on behalf of the plaintiff, Supreme Court of the State of New York, County of Kings, Index No.: 8104/2015, January 22, 2018.

September 30, 2022                                           Page 20



**Kristin Kucsma, M.A.**

*Deposition Testimony*

Norma Davis vs. Disability Rights New Jersey, Gwen Orlowski and Ellen Catanese, Docket No.: UNN-L-004093-20, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, September 2, 2022.

William McBurnie vs. CRC Insurance Services, Inc., BB&T Corporation, BB&T Insurance Holdings, Inc., Branch Banking and Trust Company a/k/a BB&T Bank, John Howard, both individually and in his supervisory and/or managerial capacity as Chairman and CEO of BB&T Insurance Holdings, Inc., Samuel Davison Obenauer a/k/a Dave Obenauer, both individually and in his supervisory and/or managerial capacity as Chairman and CEO of CRC Insurance Services, Inc., Jane Doe I-V (these names being fictitious as their present identities are unknown), John Doe I-V (these names being fictitious as their present identities are unknown), XYZ Corporation I-V (these names being fictitious as their present identities are unknown), Docket No.: MON-L-003495-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and compensation for excess taxes, August 31, 2022.

Steven Rosen and Helen Rosen, his wife vs. Ronniel Nazarian, M.D., Princeton Orthopaedic Associates, P.A., Harshpal Singh, M.D., Bernard Newman, M.D., North Jersey Brain & Spine Center, Orthopedic Spine & Sports Medicine Center, John Doe Doctors, 1-100 (said names being fictitious) and John Doe Nurses 1-100 (said names being fictitious), John Doe Company or Business 1-100 (said name being fictitious), Docket No.: MID-L-6854-16, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, and household services, August 30, 2022.

Melissa Cerniglia vs. Tony S. Wanich, M.D., High Mountain Orthopedics, Jeffrey Moore, M.D., Marc A. Meyer, M.D., Kathleen Johanson, D.O., St. Joseph's Regional Medical Center, North American Partners in Anesthesia of New Jersey, LLC John Does 1-10, (fictitious names representing unknown individuals); and ABC Corporation 1-10 (fictitious names representing unknown entities), Docket No.: PAS-L-3122-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings from Progressive Diagnostic Imaging, adjusted earnings from Schedule C, cost of health insurance, and household services, August 19, 2022.

Joseph Jackson vs. Nassau County, Detective Robert Dempsey, Detective Gary Abbondandelo, Detective John M. Holland, Detective Michael Herts, Detective Martin Alger, Detective Walter Swenson, Detective Anthony Kosier, Detective Sergeant Dane Severin, and John and Jane Doe 1-20, Case 2:18-cv-03007-JS-AKT, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful incarceration proceeding, opinion regarding pre-incarceration lifetime earnings, August 16, 2022.

Josiah Galloway vs. Nassau County, The Incorporated Village of Hempstead, Police Officer Steven Horowitz, Detective Matthew Ross, Detective Charles De Caro, Detective Ronald Lipson, Detective

September 30, 2022                                    page 1



# Kristin Kucsma, M.A.

## *Deposition Testimony*

Thomas D'Luginski, Detective George Darienzo, Detective Kevin Cunningham, Detective Sergeant Richard Dorsi, Detective Rene B. Yao, Detective Carl Strange, Detective Joseph P. Sortino, John and Jane Doe 1-20, Case 2:19-cv-05026-AMD-JO, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful incarceration proceeding, opinion regarding adjusted lifetime earnings, August 16, 2022.

Ingrid Garcia vs. The Prudential Insurance Company of America, Chrisoula Toskos, and Milena Gashkevich, Docket No.: ESX-L-05089-20, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and compensation for excess taxes, August 12, 2022.

Vanita Perry vs. St. Barnabas Medical Center, RWJ Barnabas Health, RWJ Barnabas Health, Inc., Tommy Patten, ABC Company 1-5 (fictitious names), John Doe 1-5 ,(fictitious names) Paul Poe 1-5 (fictitious names), Widget Maintenance Company (fictitious name), ACME Painting Company (fictitious name), DEF Company (fictitious name), XYZ Company (fictitious name), DEF Corp. 1-5 (fictitious names), and Harry Hoe 1-5 (fictitious names), Docket No.: ESX-L-2479-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and household services, August 11, 2022.

Patrick J. Mostyn and Anna M. Mostyn, vs. Alfred H. Blanton, Julie A. Blanton, Donna M. Murray, Berkshire Hathaway Home Services Fox and Roach Realtors-Princeton, Gerri Grassi, Shamrock Home Inspections, PM Pest Control, John and Jane Does 1-10, names being fictitious and ABC Corps. 1-10, names being fictitious, Docket No.: MER-L-001547-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal damages, opinion regarding testing, repair, remediation and sale costs for 1026 Lawrence Rd, costs for medical treatment, costs for alternative housing, carrying costs for 1026 Lawrence Rd, replacement of rental properties, and legal fees, August 9, 2022.

Estate of Magda Girgis, by her Adminstrator Ad Prosequendum, Fekri Girgis, and Fekri Girgis, individually, vs. IJKG OPCO, LLC doing business as Bayonne Medical Center, Carepoint Health a/k/a Bayonne Medical Center, Mohammad Asif, M.D., F.A.C.C., Essex Hudson Cardiology Associates, LLP, John Doe, M.D. I-V (these names being fictitious as their true identities are presently unknown), Jane Doe, M.D. I-V (these names being fictitious as their true identities are presently unknown), John Doe, R.N. I-V (these names being fictitious as their true identities are presently unknown), Jane Doe, R.N. I-V (these names being fictitious as their true identities are presently unknown), and XYZ Corporation I-V (these corporate names being fictitious as their true identities are presently unknown), Docket No.: ESX-L-001348-20, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted SSD income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, August 2, 2022.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Issac Ramos Ward, by and through Richard Nordan, Esq., as Guardian ad litem, and Ester Jimenez Ward, individually and as parent and natural guardian of Issac Ramos Ward, vs. Denise Anna-Marie Davies, C.N.M., Allan Neal Boruszak, M.D., Bladen Healthcare, LLC d/b/a Cape Fear Valley Bladen County Hospital, Woman's Health Specialists, Cape Fear Valley-Bladen Women's and Surgical Specialists, LLC, and Cumberland County Hospital System, Inc d/b/a Cape Fear Valley Health System, File No.: 21 CUS 3678, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings, and cost of lifetime care, August 1, 2022.

Christopher Vaughn and Michelle Vaughn, vs. Iris Mentle, M.D., Ashish Shukla, M.D., Heart Specialists of Central Jersey, LLP, RWJ Barnabas Health Medical Group, RWJ Barnabas Health, RWJ Physician Enterprise, John Does (fictitious names of healthcare providers whose names and identities and/or culpability are not currently known); ABC Companies (fictitious names of companies or entities of which any of the defendants were an agent, servant and/or employee), virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, cost of lifetime care, and household services, July 28, 2022.

Aida Visakay, as Executor for the Estate of William Visakay, vs. Sears Roebuck and Company, Sears Rockaway Townsquare, KCD IP, LLC, d/b/a Craftsman, Briggs & Stratton, Husqvarna, Stanley Black & XYZ Corporation 1-10, (fictitious designations), John Doe 1-10 (fictitious designations), Case No.: 2:17-cv-11570-JLL-CLW, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, July 27, 2022.

The Estate of Sean King and Lisa King, individually and as Administratrix Ad Prosequendum on behalf of the Estate of Sean King, Inc., vs. High Grade Beverage, HGB Realty 2, Anthony DeMarco, Denise DeMarco Crutchley, Diana Battaglia, Joseph HGB Realty, Inc., LLC, Elizabeth HGB Realty, LLC, Joseph A. DeMarco, Elizabeth DeMarco, Docket No.: MRS-L-002048-19, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, July 20, 2022.

Sharon Harpster, vs. Brenntag North America, as successor-in-interest to Mineral Pigment Solutions, Inc., as successor-in-interest to Whittaker Clark & Daniels, Inc., Brenntag Specialists, Inc., as successor-in-interest to Mineral Pigment Solutions, Inc., as successor-in-interest to Whittaker Clark & Daniels, Inc., Chanel Inc., Cyprus Amax Minerals Company, Cyprus Amax Minerals Company, as successor to American Talc Company, Metropolitan Talc Company, Inc., Charles Mathieu, Inc., Windsor Minerals, Inc., Resource Processors, Inc., Sierra Talc Company and United Talc Company, Cyprus Mines Corporation, Ingersoll-Rand Company, Johnson & Johnson, Johnson & Johnson Consumer Companies, Inc., Johnson & Johnson Consumer, Inc., L'Oreal USA,

September 30, 2022                                    page 3



### Kristin Kucsma, M.A.

### *Deposition Testimony*

Inc., Pfizer Inc., Revlon, Inc., Whittaker Clark & Daniels, Inc., John Doe Corporations 1-50, John Doe Corporations 51-100, Docket No.: MID-L-08173-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding financial support from SSR benefits, financial support from NJ pension benefits, financial support from State Street pension benefits, household services, companionship services to children, and advice and counsel services to children, July 19, 2022.

Nancy Douglass and David Douglass, her husband vs. Hunterdon Medical Center, a Hospital Corporation of the State of New Jersey, it agents, servants or employees, Jeffrey Chen, M.D., Hunterdon Surgical Associates, and John/Jane Doe 1-50 (fictitious names representing unknown physicians, nurses, technicians, medical providers, and caretakers involved in the care, treatment, management and diagnosis of plaintiff, Nancy Douglass, Docket No.: HNT-L-000042-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, July 12, 2022.

Marshawn Love, vs. City of Asbury Park, Asbury Park Police Department, Anthony Salerno, Jr., Jane Doe I-V (these names being fictitious as their present identities are unknown), John Doe, I-V (these names being fictitious as their present identities are unknown), XYZ Corporation I-V (these names being fictitious as their present identities are unknown), Docket No.: MON-L-2767-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrong termination proceeding, opinion regarding adjusted earnings (demotion and failure to promote and unpaid suspension), pension benefits, and compensation for excess taxes, July 11, 2022.

John Dinan and Anna Dinan, vs. William Sommers, D.O., and Charla L. Phoenix, PA-C, and Wilmington Neurology Consultants, P.A., and Paul Tymour Boulos, M.D., and Delaware Neurosurgical Group, P.A., Case No. NC20C-04-127, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of lifetime care, household services, and care services in past years, July 7, 2022.

Willie Jackson and Vianna Jackson, Per Quod, vs. Jose Gonzalez-Martinez, Mark IV Transport, and Logistics, Inc., Docket No.: ESX-L-8492-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, household services, and care services, June 29, 2022.

Ricardo Sforza vs Holy Name Hospital, Geraldine Bowe, NP, Patrick Khoo, M.D., Stuart Silberstein, M.D., and Roberto Singer, M.D., Docket No.: BER-L-006657-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, June 27, 2022.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Wesley Eugene Norton  vs. 3M  Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, Case No.: 8:20-cv-82809, Case No.: 3:19-md-02885, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings in future years, and future medical costs, June 23, 2022.

Ryan Struck  vs. 3M  Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, Case No.: 8:20-cv-35155, Case No.: 3:19-md-02885, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings  from Army Service (pre-and post-impairment), post-impairment adjusted earnings from Civilian Employment, and future medical costs, June 23, 2022.

Ellen E. Henry, as Administrator Ad Prosequendum and General Administrator of the Estate of Tyrell Marquise Henry, vs. Delta Automotive Services, Inc., d/b/a, Delta Automotive Transport, Paul Calderone, The Doe Corporation (fictitious name of the owner of the car carrier), The Roe Company (fictitious name of any corporation, LLC, LLP, partnership, or sole proprietorship that employed or acted in an agency with Paul Calderone and Delta Automotive Services and The Doe Corporation, j/s/a, Docket No.: BER-L-006518-20, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents, household services, companionship services to parents, and advice and counsel services to parents, June 22, 2022.

Stacy Sovelove, individually, and as Executor of the Estate of Marc S. Sovelove, deceased, vs. Dr. Michael Shirazi, M.D., Dr. Amarpal K. Purewal, M.D., Dr. Scott Sundick, M.D., Dr. Hernan Sanchez-Trejo, M.D., Dr. Keren Bakal, M.D., Dr. Asim Khan, M.D., Dr. Sanford T. Reikes, M.D., Dr. Jeffrey R. Blitstein, M.D., Overlook Medical Center, Atlantic Health System and Dr. John Doe 1-5 (being fictitious designations), Docket No.: MRS-L-001635-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income in past years, adjusted income in future years, cost of health insurance, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, June 20, 2022.

M&T Bank vs. Worldwide Supply LLC, Worldwide Supply SA, LLC, James P. Smith, Jr., and Gerald Van Orden also known as Jay Van Orden, and Worldwide Supply LLC, Worldwide Supply SA, LLC,  James P. Smith, Jr., and Gerald Van Orden also known as Jay Van Orden, Plaintiffs-in-Counterclaim v M&T Bank, Defendant-in-Counterclaim, Case No.: 2:20-cv-06378, virtual deposition, Chatham, New Jersey, on behalf of the plaintiffs-in-counterclaim, opinion regarding economic damages, June 17, 2022.

Carolyn Greico vs. GEICO, Patricia A. Moore and Alexa Moore, Docket No.: ESX-L-007518-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal  injury proceeding,

September 30, 2022                                page 5



**Kristin Kucsma, M.A.**

*Deposition Testimony*

opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, June 15, 2022.

Brian Joseph Gref vs. American International Industries, individually and as successor-in-interest for the Clubman Brand, and to The Neslemur Company and Pinaud Company, Brenntag North America, Brenntag Specialists, Inc., as successor-in-interest to Mineral Pigment Solutions, Inc., as successor-in-interest to Whittaker Clark & Daniels, Inc., Colgate-Palmolive Company as successor-in-interest to The Mennen Company, Cyprus Amax Minerals Company, sued individually, doing business as, and as successor to American Talc Company, Metropolitan Talc Co., Inc., and Charles Mathieu, Inc., and Sierra Talc Company and United Talc Company, Cyprus Mines Corporation individually, doing business as, and successor-in-interest to American Talc Company, Metropolitan Talc Co., Inc., Charles Mathieu, Inc., Cyprus Industrial Minerals Company, Windsor Minerals Inc., and Vermont Talc, Dana Classic Fragrances, Inc., IMG Holdings Inc., Johnson & Johnson, Johnson & Johnson Consumer Companies, Kolmar Laboratories, Inc., Patriarch Partners, LLC, Shulton, Inc., The Proctor & Gamble Manufacturing Company as successor-in-interest to Shulton Inc., Whittaker Clark & Daniels, Inc., Whittaker Clark & Daniels, Inc., individually and as successor to Charles Mathieu Inc. and Metropolitan Talc Co., John Doe 1 through John Doe 75 (fictitious), Docket No.: 1:20-cv-05589, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding financial support to minor children, continued financial support or accumulation to estate (adjusted earnings, Veterans Affairs benefits), household services, and tangible parental nurturing and guidance services, June 8, 2022.

Anthony Supreme, as Administrator and Administrator ad Prosequendum of the Estate of Adeline Deriphonse, deceased, vs. Coach USA, Inc. and Community Coach, LLC; New Jersey Transit, Corp.; Jacques Merceron; and ABC Corporations 1-5 and John Does 1-5, Docket No.: ESX-L-2133-21, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to son, and advice and counsel services to son, June 3, 2022.

Estate of Patrick M. Sages vs, Hack Piro, PA, Thomas M. Madden, and Robert G. Alensewicz, Docket No.: MRS-L-001236-9, virtual deposition, Livingston, New Jersey, on behalf of the defendants, counter-claim proceeding, opinion regarding set offs - credits and counterclaims, May 20, 2022.

Franco Conte, individually and as Substituted Administrator ad Prosequendum of the Estate of Catherine Conte, deceased; and Rosario Conte, individually, vs. Mathew Cholankeril, M.D., individually and as an agent, servant, and/or employee of Trinitas Regional Medical Center and/or Cholankeril Medical Associates, Trinitas Regional Medical Center,  Cholankeril Medical Associates, John Does 1-10 (said names fictitious, real names unknown, in their capacity as medical care providers or individuals who are in any way connected to treatment of plaintiff), and ABC Corporations 1-10 (said names fictitious, real names unknown, in their capacity as medical care providers, businesses, consultants, and/or manufacturers, distributors, or suppliers of medical equipment, devices, supplies or services, or individuals and/or businesses who are in any way

September 30, 2022                                    page 6



**Kristin Kucsma, M.A.**

*Deposition Testimony*

connected to the medical treatment of Plaintiff), Docket No.: UNN-L-003425-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, pension income, household services, daytime companionship services to the spouse, daytime companionship services to son, nighttime companionship services to family, advice and counsel services to spouse, and advice and counsel services to son, May 16, 2022.

John Palmisano, Jay Hajeski, Sean Wall, Walter Everett, and Matthew Manibusan, individually and on behalf of all others similarly situated, vs. Crowder Gulf, LLC., BIL-JIM Construction Co., Inc., Maple Lake, Inc., R. Kremer and Son Maine Contractors, LLC, ABC Corporations (1-100), and DEF Corporations (1-500), Case No.: 3:17-cv-9371-PGS-TJB, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, class action, opinion regarding economic damages, May 13, 2022.

Aaron Katzel vs. American International Group, Inc., Peter Solmssen, Lucy Fato, Case No.: 1:20-cv-07220-AKH, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and compensation for excess taxes, May 1, 2022.

Alan Smith, and Edith Smith, his wife, vs. A.W. Chesterton, Advance Auto Parts, inc., American Honda Motor Co., Inc., Brake Parts Inc., Barke Systems, Inc., Brand Insulations, Inc., BWDAC Inc., f/k/a BWD Automotive Corporation, CBS Corporation, a Delaware corporation f/k/a Viacom, Inc. successor-by-merger to CBS Corporation,, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation, Cleaver-Brooks, Inc., Continental Automotive Systems, Inc., Crane Co., Crown Cork & Seal Company, Inc., Dana Companies, LLC, Eaton Corporation, Federal-Mogul, Asbestos Personal Injury Trust, as successor to Felt Products Manufacturing Co., Ford Motor Company, Foster Wheeler Energy Corporation, Friction, Inc., General Electric Company, Genuine Parts Company, Hennessy Industries, LLC, Industrial Holdings Corporation f/k/a The Carborundum Company, John Crane, Inc., Kelly Moore Paint company Inc., Luk Aftermath Service LLC, Luk Clutch Systems LLC, successor-in-interest to Luk, Inc., Morse Tec LLC, f/k/a Borgwarner Morse Tec LLC, and Successor-by-Merger to Borg-Warner Corporation, Case No.: 21-L-00078, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings/ income, cost of health insurance, household services, companionship services to spouse, companionship services to child, advice and counsel services to spouse, and advice and counsel services to child, April 27, 2022.

Kamiylah Wright as Administratrix Ad Prosequendum of the Estate of Kace Hacker and Kamiylah Wright, Individually, and Kadeem Hacker, vs. Holy Name Medical Center, Padmini Chelliah, MD., Chung Peng, M.D., Susan Cocoziello, M.D., Sarina Goldstein, RN, C. Maebanua, RN, Valerie Powers, RN, Diane Bargara, RN, Michelle Calabria, RN, Diane Rhee, RN, Victoria Chaderjian, RB, Jocelyn Kane, RN, Caroline Diaz, RN, Kerry Massaro, RN, Theresa Koprowski, RN, Nicole Hicks, RN, Lisa Tripoli, RN, Christopher Batista, Craig Gunderson, John Doe 1-50, Jane Doe, 1-50, Richard Roe, M.D. 1-50, ABC Corp. 1-20; Def Corp. 1-20, and GHI Corp. 1-20, (said names being fictitious), Docket No.: PAS-L-1491-20, virtual deposition, Livingston, New Jersey, on behalf of



**Kristin Kucsma, M.A.**

*Deposition Testimony*

the plaintiff, wrongful death proceeding, opinion regarding financial support to parents, companionship services to parents, and advice and counsel services to parents, April 25, 2022.

Stephanie Gonzalez, an individual, vs. Dr. Eric Lazar, a physician, Robert Wood University Hospital at Somerset, a business entity, Associated Radiologists, PA, a business entity, ABC Companies, PA, a business entity, ABC Companies (1-5), fictitiously named business entities; John Does (1-5), fictitiously named physicians, nurses, and/or individuals; and Jane Does (1-5), fictitiously named physicians, nurses and/or individuals, Docket No.: MID-L-003134-19, virtual deposition, personal injury proceeding, Livingston, New Jersey, on behalf of the plaintiff, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and cost of lifetime care, April 18, 2022.

Gianna Chakeres, an infant by her guardian ad litem, Lisa Chakeres and John Chakeres, vs. Mark Seigel, M.D., Back Seigel & Goldstein, M.D., PA, CentraState Medical Center, part of CentraState Health Care System, Raye Buscano, RN, Courtney Thomaier, RN, Docket No.: MON-L-004562-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings, and cost of lifetime care, April 11, 2022.

Ruben Martinez and Maria Martinez vs. City of Los Angeles, Anthony Razo, Salvador Lizarraga, William Eagleson, Gilbert Silva, (#27345), Jesus Linn (#23502), and Marilyn Droz, Case No.: CV 20-10559-PA-KS, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff wrongful incarceration proceeding, opinion regarding, adjusted lifetime earnings, household services, care services to spouse, and legal advocacy services, April 6, 2022.

Kimberly Stone Sexton vs. Nash Hospitals, Inc., Emergency Coverage Corporation, Elysia Anne Mallon, D.O., Ronald Powell, M.D., DLP Wilson Medical Center, LLP, Wilson Emergency Physician Partners, PLLC, and Anna Pevznerkalika, M.D., File No. 18 CVS 1659, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding pre-impairment lifetime adjusted earnings, post-impairment lifetime adjusted earnings, cost of lifetime care, household services in past years, childcare services, April 6, 2022.

Estate of Raymond Viola, by and through the Executrix Michelle Viola Fleishman, vs. David Benderson, M.D., Larisa Kayserman, M.D., John Does fictitious names of healthcare providers whose identities and culpability are not presently known who were involved in any way in causing a delay in diagnosis of plaintiff's condition); ABC Groups (fictitious names of any group, entity, partnership, business, corporation of any kind of which any defendant is an agent, servant or employee), Valley Physician Services d/b/a Valley Medical Group and Retina Consultants, PA II, Docket No.: BER-L-1289-20, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted Social Security Retirement income, companionship services to children, and advice and counsel services to children, April 5, 2022.

Z.R., an infant minor, by his Guardian ad Litem, Shahira Roman, and Shahira Roman, individually, vs. Mohamed Esiely, M.D., Camille Walker, M.D., Akousua Asantewaa-Oti, M.D., Sam Nasseri,

September 30, 2022                                   page 8



**Kristin Kucsma, M.A.**

*Deposition Testimony*

M.D., Jersey City Medical Center, and Health Wise Women, Docket No.: HUD-L-1918-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted lifetime earnings, and cost of lifetime care, April 4, 2022.

John Crisafulli, Executor of The Estate of Michelle Crisafulli, Deceased, and John Crisafulli, Individually, vs. Peter L. Scala, M.D., Cristina G. Pamaar, M.D., New Jersey Anesthesia Associates, P.C., and John and Jane Does 1-10 (said names being fictitious), Docket No.: ESX-L-000057-20, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, pension income, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, April 4, 2022.

Ralph Birch vs. Town of New Milford, Andrew Ocif, Scott O'Mara, John Musherino, Steven Jordan, Joseph Quartiero, Michael Graham, Brian Acker, Henry Lee, and Robert Santoro as the Administrator of the Estate of David Shortt, Case No.: 3:20-CV-01790-VAB, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful incarceration proceeding, opinion regarding adjusted pre-incarceration lifetime earnings, and adjusted post-incarceration earnings, March 31, 2022.

Manuel Canovas vs. Andrew G. Rudnick, M.D., John Doe, M.D., (fictitious name), Hunterdon Cardiovascular Associates, ABC Corp. (fictitious entity), Manny Moe, M.D., 1-10, fictitious names representing physicians and medical providers whose identities are presently unknown), Docket No.: HNT-L-370-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, cost of lifetime care, and household services in past years, March 28, 2022.

Richard Farkas vs. Avalon Gold, LLC, AvalonBay Communities, Inc., and Judy Painting Corp., defendants, Avalon Gold, LLC, AvalonBay Communities, Inc., vs. Judy Painting Corp., and MMJLB Corp., Docket No.: 1:19-cv-04779, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of lifetime care, and home care services, March 4, 2022.

Julissa Novillo and Greg Gambino, her husband, vs. Donato S. Russo, M.D., Donato S. Russo, M.D., LLC, Docket No.: UNN-L-002928-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services, companionship services to spouse, companionship services to daughter, advice and counsel services to spouse, and advice and counsel services to daughter, March 1, 2022.

Michael Patriarca, as Administrator and Administrator Ad Prosequendum of the Estate of Alexander M. Patriarca and Michael Patriarca, Individually, vs. Ocean Medical Center, Melissa M. Lantz, DO, Docket No.: OCN-L-000639-19, virtual deposition, Livingston, New Jersey, on behalf of the



# Kristin Kucsma, M.A.

## *Deposition Testimony*

plaintiff, wrongful death proceeding, opinion regarding financial support to parents, companionship services to parents, and advice and counsel services to parents, February 22, 2022.

Widline Richemond, Administratrix and Administratrix ad Prosequendum of the Estate of Teresa Jean, and Widline Richemond, Individually vs Sumena Thongrod, D.O., New Jersey Healthcare Specialists, P.C., f/k/a Hackensack Anesthesiology Associates, Hackensack University Medical Center, Envision Physician Healthcare Corporation, Docket No.: ESX-L-003299-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to mother, companionship services to mother, and advice and counsel services to mother, February 8, 2022.

Hye Sun Kang vs. L'Oreal USA, Inc., and Bloomingdale's, Inc., Case No.: 1:18-cv-11682-VEC, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, January 25, 2022.

Vincent Branciforti, Administrator and Administrator Ad Prosequendum of the Estate of Lina Branciforti vs. Mark DeMasi, D.O., Reliance Medical Group, Docket No.: ATL-L-435-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death and survival act proceeding, opinion regarding adjusted earnings/financial support, companionship services to parents, additional care services to parents, advice and counsel services to parents, and care services, January 20, 2022.

David Toledo vs. Jillian Delahoz, R.N., Andrew A. Kimmel, R.N., St. Joseph's Regional Medical Center, St. Joseph's University Medical Center, St. Joseph's Healthcare System, Docket No.: PAS-L-000279-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, January 19, 2022.

Luke Vilsmeyer vs. 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, Case No.: 7:20-cv-113, Case No.: 3:19-md-02885, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings in future years, and future medical care, January 18, 2022.

Steven Wilkerson, vs. 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, Case No.: 7:20-cv-00035, Case No.: 3:19-md-02885, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in future years, and future medical care, January 18, 2022.

Taronica L McCormick, Administrator of the Estate of Dwayne K. McCormick vs. Robert D. Huang, M.D., Jose Sarao, M.D., Ear, Nose and Throat Group of New Jersey, Union Surgery Center,



# Kristin Kucsma, M.A.

## *Deposition Testimony*

John Does Nos. 1 through 5, M.D., Jane Does, Nos. 1 through 5, R.N., ABC Corporation, Nos. 1 through 5, and XYZ Corporation Nos. 1 through 5, Docket No.: MID-L-002702-20, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, adjusted pension income, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, December 15, 2021.

Judith Inselberg Van Etten vs. Wells Fargo Bank, N.A., Civil Action No.: 2:18-cv-11638, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, opinion regarding damages under the Consumer Fraud Act, December 14, 2021.

Warren Schreiner vs. Toms River Surgery Center L.L.C., USP New Jersey, Inc., Rosanne Jantos, ABC Corporations 1-5, and John Does 1-5, Docket No.: OCN-L-001891-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, December 2, 2021.

Lauren Smithson Castillo, Individually, and as the Administratrix for the Estate of Gerado Enrique Castillo vs. Cheryl Ann Hess, PMHNP-BC, James Almer Smith, III, MD and MindPath Care Centers North Carolina, PLLC, f/k/a Carolina Partners in Mental Healthcare, PLLC, File No.: 20CVS 002693, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services, tangible daytime services to spouse, tangible nighttime services to family, tangible daytime services to daughter, advice and counsel services to spouse, and advice and counsel services to daughter, November 24, 2021.

Mary Anne Cuervo, Individually and as Administratrix Ad Prosequendum of The Estate of Javier Cuervo, Deceased vs. John Patrick O'Grady, M.D., Affiliated Medical Associates of Morristown, Morristown Medical Center, Atlantic Health System, Docket No.: MRS-L-000185-20, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, cost of health insurance, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, November 19, 2021.

Estate of Muhammad Tajuddin, deceased by & through its Administratrix, Fakhrun Nisa Taj & Fakhrun Nisa Taj, Individually, vs. Reza A. Shah, D.O., Mercer Surgical Group, P.C., Health System, Inc., Robert Wood Johnson University, Hospital Hamilton/RWJ Barnabas Health, Docket No.: MER-L-001557-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship



**Kristin Kucsma, M.A.**

*Deposition Testimony*

services to children, advice and counsel services to spouse, and advice and counsel services to children, November 11, 2021.

Estate of Elios Xhemollari, by his Administrator Ad Prosequendum, Besnick Xhemollari, and Besnick Xhemollari, Administrator of the Estate of Elios Xhemollari, Deceased and Individually, vs. Milasin Cmiljanovic, "John Doe 1-10" (being fictitious designation), CEVA Freight, LLC, "ABC Corp 1-10" (being fictitious designation), Docket No.: BER-L-001159-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents, companionship services to parents, and advice and counsel services to parents, November 8, 2021.

Bronwyn Beesley, Executor of the Estate of David L. Beesley, and Bronwyn Beesley, individually, vs. Shrenik Shah, M.D., Shrenik Shah, M.D., P.C., Union County Health Care Associates, Docket No.: ESX-L-2349-20, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death and survival act proceeding, opinion regarding adjusted earnings/income, adjusted Social Security Retirement income, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, November 3, 2021.

Priscilla Thomas vs. John F. Carney, John Doe(s) I-X (said names being fictitious, true names presently unknown), ABC Corp., IX (said names being fictitious, true names presently unknown), Docket No.: OCN-L-1479-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, cost of lifetime care, and household services, October 26, 2021.

Dana Tasy vs. HMS Ferries, Inc., Case No.: 21 Civ 344, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension benefits, and household services, October 25, 2021.

Heidi Cella, Administrator of the Estate of Robert Schwegler, deceased v. Ravinder Tikoo, M.D., Therapro Corf. LLC, John Does 1-10 (fictitious names representing unknown individuals), and ABC Corporations 1-10 (fictitious names representing unknown entities), Docket No.: ESX-L-002544-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death and survival act proceeding, opinion regarding adjusted earnings/income in past years, adjusted income in future years, cost of health insurance, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, October 21, 2021.



**Kristin Kucsma, M.A.**

*Deposition Testimony*

Phillip Gleason vs. Harnish Chawla, M.D., Devendra Amin, M.D., Amin Heart Associates, et al., Docket No.: WRN-L-00239-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, October 20, 2021.

Steven Grater and Dawn Grater, his wife, vs. Marcello E. Sammarone, M.D., and Advanced Pain Therapy, LLC and John Does 1-10 (being fictitious names), Docket No.: MRS-L-001071-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, cost of health insurance, and household services, October 14, 2021.

Ryan P. Kennedy, as Administrator ad Prosequendum of the Estate of Judith Ann Kennedy, deceased and in her own right, vs. Edward Wingfield, M.D., and Hamilton Cardiology Associates, and Robert Wood Johnson University Hospital, Docket No.: MER-L-001325-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support, companionship services to children, and advice and counsel services to children, October 14, 2021.

Raymond Cross vs. City of Elizabeth, John Does(s) 1-10, Jane Does(s) 1-10, and XYZ Corp. 1-10, Docket No.: UNN-L-002819-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, and compensation for excess taxes, September 28, 2021.

Jacob Joel Javier Tavarez, a minor child, by his mother and guardian ad litem, Raquel Tavarez Lopez, and Raquel Tavarez Lopez, individually, vs. Charlene Villa, RN, Alexander Juusela, M.D., Julio Caban, M.D., Newark Beth Israel Medical Center and RWJ Barnabas Health, Docket No.: ESX-L-006862-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding, adjusted lifetime earnings, and cost of lifetime care, September 27, 2021.

Stefany Raps vs. Atlantic Eye Physicians, P.A., Donald Stemmer, and Anita Durban, ABC Corporations 1-5 (fictitious names describing presently unidentified business entities), and John Does 1-5 (fictitious names describing presently unidentified individuals), Docket No.: MON-L-000063-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, September 22, 2021.

Glenn McMahon and Kathleen Finan, his wife, per quod, vs. Maryann Nicoll, R.N., Jennifer Daley, R.N., Marisa Trocolar, R.N., Jeremy Pineda, R.N., Rebecca Ormsbee, R.N., Kathleen Lynch, R.N., Christine Carbone, R.N., Donna Kuplan, R.N., Jessica Morales Gonzalez, R.N., Katherine Soldo, R.N., Katherine Lavinio, R.N., Donna Nunez, R.N., Lindsey Devlin, R.N., Margaret Kaiser, R.N., Susan Mead, R.N., Daniel D. Yao, M.D.,, Manoj Shahane, M.D., Daniel H. Woo, M.D., Roger

September 30, 2022                              page 13



# Kristin Kucsma, M.A.

## *Deposition Testimony*

Cheng, CRNA, John Kalynovych, RT, Larry Mammone, RT, Thais Acosta, RT, et al., Docket No.: MRS-L-2732-17, virtual deposition, Livingston, New Jersey, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, September 21, 2021.

The Estate of Alice Joy Selverian, Stephen Selverian, Individually, and on the behalf of the Estate, and Harrison Selverian (a minor) Individually by and through his Guardian ad Litem, Stephen Selverian vs Quest Diagnostics Incorporated, Xiaolin Liu-Jardin, M.D., William E. Tarr, M.D., Cherry Hill OB/GYN, Dr. Stacy A McCrosson, Dr. Kristen McCullen, John Does 1-10 (fictitious names as identity is unknown), Jane Does 1-10, (fictitious names as identity is unknown(, ABC Corps, 1-10 (fictitious names as entities are unknown), Docket No.: MID-L-004797-18, virtual deposition, on behalf of the plaintiff, wrongful death  proceeding, opinion regarding adjusted income, household services, companionship services to son, advice and counsel services to spouse, and advice and counsel services to son, September 10, 2021.

Jennifer Cruz, Individually and as Administrator of the Estate of Jose Cruz, vs. County of Ulster, Lucas Brooks, and Jacqueline Lopez, as the Administrator of the Estate of Efrain Lopez, Case No.: 1:19-cv-00377, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, parental nurturing and guidance services, and special care services to son, September 9, 2021.

Ramsden DeArmas vs. Rebounderz, LLC, Rebounderz Franchise and Development, Inc., Edison Family Entertainment, LLC, D/B/A Rebounderz Edison, and John Does 1-5, said names being fictitious, Docket No.: MID-L-006081-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding pre-injury adjusted earnings in past years, pre-injury earnings in future years, post-injury adjusted earnings in future years, cost of health insurance, and household services, September 7, 2021.

Magaly Descalzi, vs. Brian Day, M.D., Totowa OB/GYN, Passaic Valley OB/GYN, John Does 1-10 (fictitious names representing unknown individuals), and ABC Corporations 1-10 (fictitious names representing unknown entities), Docket No.: PAS-L-000228-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death and survival act proceeding, opinion regarding adjusted earnings /income, household services, companionship services to spouse, companionship services to daughter, advice and counsel services to spouse, and advice and counsel services to daughter, August 23, 2021.

Alison Kent-Friedman, vs. The New York State Insurance Fund, Eric Madoff, William O'Brien, Peter Cusick, John Dormin, Joseph Mullen, and John and Jane Doe (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants), Case No.: 1:18-cv-04422-VM, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings, and compensation for excess taxes, August 20, 2021.

September 30, 2022                                        page 14



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Camarillorazo, Guillermo, vs. 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, Case No.: 7:20-cv-00098, Case No.: 3:19-md-2885-MCR-GRJ, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings in future years, and future medical care, August 19, 2021.

Allan M. Josephson, vs. Neeli Bendapudi, President of the University of Louisville, in her official and individual capacities; Gregory C. Postel, former Interim President and Executive Vice President of Health Affairs at the University of Louisville, in his official and individual capacities; Beth A. Boehm, Executive Vice President and University Provost at the University of Louisville, in her official and individual capacities; Toni M. Ganzel, Interim Executive Dean of Health Affairs and Dean of the School of Medicine at the University of Louisville, in her official and individual capacities; Kimberly A. Boland, Interim Chair of the Department of Pediatrics at the University of Louisville, in her official and individual capacities; Charles R. Woods, former Chair of the Department of Pediatrics at the University of Louisville, in his individual capacity; Jennifer F. Le, former Interim Division Co-Chief of the Division of Child and Adolescent Psychiatry and Psychology and current Chief of the Division of Child and Adolescent Psychiatry and Psychology at the University of Louisville, in her official and individual capacities; Bryan D. Carter, former Interim Division Co-Chief of the Division of Child and Adolescent Psychiatry and Psychology and Chief of the Division of Psychology at the University of Louisville, in his official and individual capacities; William D. Lohr, former Interim Division Co-Chief of the Division of Child and Adolescent Psychiatry and Psychology at the University of Louisville, in his official and individual capacities, Case No.: 3:19-cv-230-RGJ, virtual deposition, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, adjusted earnings as expert witness in past years, adjusted earnings as expert witness in future years, cost of insurance-based fringe benefits, and compensation for excess taxes, August 10, 2021.

Charlotte Charles and Tim Dunn, Individually and as Co-Administrators of the Estate of Harry Dunn, and Niall Dunn, Individually, vs. Anne Sacoolas and Jonathan Sacoolas, Case No.: 1:20-cv-1052, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents and brother, household services (household chores, maintenance and management), tangible companion services to parents, tangible companion services to brother, specialized IT services to parents, specialized IT services to brother, and specialized advice and counsel services to brother, August 6, 2021.

Richard Lipowski and Marta Lipowski vs. Noble Construction Group, LLC., Suffolk Construction Company, Inc., Forest City Ratner Companies, LLC, G&S Investors/Jersey City L.P., ABC Corporation 1-99, (said names being fictitious, true names presently unknown) and John Doe 1-99 (said names being fictitious true names presently unknown), Docket No.: HUD-L-5029-18, virtual deposition, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension benefits, and cost of lifetime care, July 26, 2021.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Rosa Urena Acosta vs. Aaron Bernie, M.D., Gregory Zimmerman, M.D., John Does (fictitious names of healthcare providers whose identities and culpability are not presently known who were involved in any way in causing plaintiff's injury), ABC Groups (fictitious names of any group, entity, partnership, business, corporation of any kind, of which any defendant is an agent, servant or employee), Garden State Urology, St. Clare's Hospital and Prime Health Care Services, Inc., Docket No.: MRS-L-1071-19, virtual deposition, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, July 22, 2021.

Celina Abreu, Individually, as Administrator and as Administrator ad Prosequendum of the Estate of Frankely Rodolfo Gutierrez, deceased, vs. FBN Transportation LLC, Abbyland Trucking, Inc., Jeffrey Reed, Does 1-10, Docket No.: MRS-L-000725-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to son, advice and counsel services to spouse, advice and counsel services to son, and special care services to son, July 15, 2021.

Sushil Parekh, Individually and as Limited Administrator & Administrator ad Prosequendum of the Estate of Kashmira Parekh, deceased, vs. Jayendra Patel, M.D., Medical Associates of Marlboro, P.C., Vyshali Shetty, M.D., Greg Sorkin, D.O., HMH Hospitals Corporations d/b/a Hackensack Meridian Health JFK Medical Center, North Jersey Emergency Physicians, P.A., The Community Hospital Group Inc., d/b/a JFK Medical Center, Hospitalist Associates of Central Jersey Inc., John Doe Employer A-Z (multiple fictitious entities), John/Jane Doe Physicians A-Z (multiple fictitious persons), John/Jane Doe Medical Providers A-Z (multiple fictitious persons and/or entities), Docket No: MID-L-316-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted Social Security Retirement income, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, July 14, 2021.

Sandra A. Montagne, as ad Prosequendum Administrator of the Estate of Keith Joseph Montagne Sr., and Sandra A. Montagne, Individually, vs. Hackensack Meridian Jealth, Inc., Priya Sharad, Shore Rehabilitation Institute, John/Jane Does #1-5, Docket No.: OCN-L-1763-20, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff wrongful death proceeding, opinion regarding adjusted income, adjusted pension income, household services companionship services to spouse *(*daytime companionship services and nighttime companionship services)*,* companionship services to children, advice and counsel services to spouse, advice and counsel services to children, July 13, 2021.

Kimberly Lee vs. AstraZeneca Pharmaceuticals LP, and AstraZeneca LP, Case No.: 2:17-cv-00212-CCC-MF, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, July 1, 2021.



**Kristin Kucsma, M.A.**

*Deposition Testimony*

Diane Nelson vs. AstraZeneca Pharmaceuticals LP, and AstraZeneca LP, Case No.: 2:17-cv-13727-CCC-MF, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, July 1, 2021.

James Rieder vs. AstraZeneca Pharmaceuticals LP, and AstraZeneca LP, Case No.: 2:17-cv-00850-CCC-MF, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, July 1, 2021.

The Estate of Megan Villanella by her Administrator ad Prosequendum James J. Villanella, The Estate Of Adaline Grace Villanella, by her Administrator ad Prosequendum James J. Villanella, and James J. Villanella, Individually, vs. Anthony V. Casale, Jr., Anthony Casale, Sr., Deborah A. Casale, "ABC Corp. 1-10", "John Doe 1-10" and "John Doe 11-20," (names in notes being fictitious and unknown), Docket No.: ESX-L-002840-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to daughter, advice and counsel services to spouse, and advice and counsel services to daughter, June 21, 2021.

Doreen Love, individually and as Executor of the Estate of Elinore Love vs. Gregg M. Saldutti, MD, South Jersey Anesthesia and Pain Physicians, PC, Underwood-Memorial Hospital, Inspira Medical Center-Woodbury and Inspira Health Network, John Does 1-10 (a class of fictitiously named physicians) and ABC, Inc., (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failures or plaintiff's death), Docket No.: GLO-L-1282-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding companionship services to daughters, and advice and counsel services to daughters, June 17, 2021.

Erin Burns Rubas vs. Hudson County Prosecutor's Office, Hudson County, Hudson County Prosecutor's Office, Chief of Investigations Gennaro Rubino, Prosecutor Esther Suarez, (Individually and in their Official Capacity), John and Jane Does 1-10, individually and in their official capacities, Civ No.:18-CV-8223, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension benefits, and compensation for excess taxes, June 4, 2021.

Nicholas Merritt, a minor by his Guardian ad Litem and mother, Stephanie Merritt, Stephanie Merritt, individually, and Matthew Merritt, individually vs. Abigail Gleason, M.D., Laura Disalvo, R.N., Taryn Popleik, R.N., OB Gyn Group of East Brunswick, Obstetrical and Gynecological Group of East Brunswick, Obstetrical and Gynecological Group of East Brunswick by Women for Women, Regional Women's Health Group, LLC, Axia Women's Health Care Center, St. Peter's University Hospital, St. Peter's University Healthcare System, John Doe, M.D. (I-X) (a fictitious designation representing a class of as yet unknown individuals involved directly or indirectly in Plaintiff's



# Kristin Kucsma, M.A.

## *Deposition Testimony*

medical care and/or are otherwise responsible for Plaintiff's injuries), and Doe Physician Group, PA or Doe Physician Group, PC or Doe Managed Care Company (I-X) (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual Defendants in this matter or with Plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failures or Plaintiffs' injuries), Docket No.: MON-L-3240-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted lifetime earnings, cost of lifetime care, companionship services to parents, and advice and counsel services to parents, June 3, 2021.

Juraj Ivic, vs. Advance Stores Company, Incorporated d/b/a Advance Auto Parts, North Sunrise Corp., Lane-Valente Industries Inc., SMS Assist, LLC., and ABC Corp., a fictitious name intending to be that of an unknown contractor, Case No.: 19-cv-00509-SJF-ARL, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of lifetime care, and household services, May 24, 2021.

Arthur Guglielmo, individually and as Administrator ad Prosequendum of the Estate of Nicole Guglielmo, deceased vs. Sherri L. Emma, MD, Dr.. Emma, P.C., Dr. Emma's Medical Weight Loss Center, Brick Woman's Physician's, P.C., Ann Marie Pagano, MD, and Concordia Clinical Research, Inc., and, Concordia Research Labs, Inc., Docket No.: MON-L-002630-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advice and counsel services to children, May 14, 2021.

Amanda Glasser, as Administratrix of the Estate of Mark Glasser, a/k/a Mark Charles Glasser and Amanda Glasser, Individually vs. Aileen S. Armstrong, M.D., AHS Hospital Corp./ Morristown Medical Center, Anesthesia Associates of Morristown, P.A., Jane Does 1-10 and John Does 1-10, Case No.: 2:18-cv-17509, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, May 11, 2021.

Warren Hatchett vs. George Moncho, Case No.: 3:19-cv-20567, virtual deposition, Livingston, New Jersey, on behalf of the defendant, personal injury proceeding, opinion regarding plaintiff's calculation of economic damages, May 10, 2021.

Lucille Pascal and Laroche Pierre, as Guardians and Natural Parents of Giradet Pierre, a minor, Group 1 Realty, Inc., Group 1 Automotive, Inc., Taylor Mades Construction, LLC, Consolidated Construction and Development Corp., JW Jones Construction, LLC, and The City of North Miami, Case No.: 2017-003495-CA-01, virtual deposition, Livingston, New Jersey, on behalf of the



## Kristin Kucsma, M.A.

### *Deposition Testimony*

plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, April 28, 2021.

Lindsey M. Rich, Administratrix of the Estate of Linda Jean Neveil and Lindsey M. Rich, individually vs. Sarah Bryczkowski, MD, JFK Medical Center, John Doe Physicians, M.D., 1-10 (names being fictitious) and Jane Roes, R.N., 1-10 (names being fictitious), Docket No.: MID-L-3524-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support from adjusted earnings, financial support from Social Security Disability benefits, companionship services to daughter, and advice and counsel services to daughter, April 21, 2021.

Linda Eweka vs. Kathleen Hurley, M.D., American Anesthesiology of New Jersey, d/b/a, New Jersey Anesthesia Associates, St. Barnabas Medical Center, Mednax Services, Inc., John Does, (a class of fictitiously named defendants whose identities are not presently known but which represent healthcare providers whose identities and/or culpability are not presently known), ABC Groups (fictitiously named groups or companies of which John Does or Kathleen Hurley, M.D. were agents, servants or employees), Docket No.: ESX-L-000284-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, cost of health insurance, and cost of lifetime care, April 20, 2021.

Reshma Abell vs. Pacira Pharmaceuticals, Inc., Dave Stack, individually and in his capacity as Chief Executive Officer of Pacira Pharmaceuticals, Inc., and Rich Kahr, Peter Murphy, Dennis McLoughlin, Paul Ciavolella, Glenn Reiser, Joyce Davis, and Matt Lehmann, in their capacities as employees of Pacira Pharmaceuticals, Inc., Case No.: 2:18-cv–16509-MCA-LDW, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination, opinion regarding adjusted earnings in past years, adjusted earnings n future years, equity-based awards in past years, equity-based awards in future years, and compensation for excess taxes, March 26, 2021.

Jane Doe and John Doe, Co-Administrators of the Estate of A.A., vs. Bedford Central School District, Dr. Christopher M. Manno, Susan Ostrofsky, Helayna Herschkorn, and Stephen Quinn, Case No.:718-cv-11797, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents or accumulation to estate, care services to parents, and advice and counsel services to parents, March 24, 2021.

Frederick L. Gohlke, IV, a minor, by and through his Guardians ad Litem, Mary Luciano & Frederick L. Gohlke, III and Mary Luciano and Frederick L. Gohlke, III, Individually vs. Trinitas Regional Medical Center, Trinitas Perinatal Center, Orly Langer Most, M.D., Richard Tai, M.D., Ariella Landa, RDMS, John Doe Employers A-Z (multiple fictitious entities), John/Jane Doe Obstetrical Care Providers A-A, (multiple fictitious entities), John/Jane Doe Clerks A-Z (multiple fictitious entities), & John/Jane Doe Spoliator (fictitious entity), j/s/a, Docket No.: UNN-L-2345-17, on behalf of the plaintiff, virtual deposition, Livingston, New Jersey, personal injury proceeding, opinion regarding cost of lifetime care, March 15, 2021.



**Kristin Kucsma, M.A.**

*Deposition Testimony*

Tahir I. Muhammad vs. Richard Bernardi, Jr., John Doe 1-5 (name being fictitious driver), Marilyn Bernardi, John Doe 1-5 (name being fictitious owner), Docket No.: MID-L-3735-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and pension benefits, March 10, 2021.

Tish Nalls Castillo vs. Anthony Viso, in his individual and official capacity, County of Hudson, Civil Action No.: 2:17-CV-5255-KM-JBC, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, employment discrimination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, and compensation for excess taxes, March 8, 2021.

Raymond DeFelice vs. Kristin Sigler, Kenneth Sigler, John Does 1-10 (fictitious names), Jane Does 1-10 (fictitious business entities), ABC Corps. 1-10, (fictitious business entities who identities are presently unknown), State Farm Insurance Company, Docket No.: ESX-L-1937-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and household services, March 5, 2021.

Nicole Morrison as Administrator for the Estate of Roberto Grant and as Mother and Legal Guardian for the Property of SG and AG, decedents minor children vs. United States of America, Federal Bureau of Prisons, Executive Assistant Lee Plourde, Correction Officer Kern, and John and Jane Does(s) agents, servants and employees of the defendants, Case No.: Civ.6779 (WHP), virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income/financial support or accumulation to estate, household services, parental nurturing and guidance, and care services to mother, March 4, 2021.

Ryan Porcaro vs. Nexel Industries, Inc., CME (formerly known as Claflin Medical Equipment, Hospital Associates, and RSI), ABC Corp., XYZ Corp. and John Does I-V (fictitious defendants), Civil Action No.: 2: 17-cv-02573(KM/JBC), virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, adjusted earnings in past years, adjusted earnings in future years, and household services, March 1, 2021.

Mary Karen O'Brien, Individually and as Executrix of the Estate of Richard O'Brien v. Maria Chirino, MD, Stephanie Jaramillo, PA, Barbara Croker, RN, Jane Roes (fictitious names of those individuals whose names and/or culpability are not presently known, who caused or contributed to the harm complained of and who are agents servants or employees of Trinitas Regional Medical Center, and/or ABC Groups), John Does (fictitious names of healthcare providers whose negligence contributed to the death of Richard O'Brien by mechanisms not currently known and whose identities are not known), Trinitas Regional Medical Center, and ABC Groups (fictitious names of groups, entity and/or practice of which any defendant is an agent, servant or employee), Docket No.: UNN-L-86-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, retirement income, household services,



## Kristin Kucsma, M.A.

### *Deposition Testimony*

companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, February 26, 2021.

Elena Kindler and Hyman Kindler, husband and wife, vs. New Jersey Department of Transportation, et al., Docket No.: HUD-L-4783-18, on behalf of the plaintiff, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, FINRA retirement benefits (Employees Retirement Plan (ERP) and Savings Plus Plan (SPP)), cost of health insurance, and household services, February 24, 2021.

Abutaleb Mortezai, and Golnaz Mortezai, husband and wife vs. Anthony Delli Santi, DC, a sole proprietorship, Docket No.: MRS-L-002105-18, on behalf of the plaintiff, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding household services, companionship services to spouse, and companionship services to children February 23, 2021.

Rene Annette Richards, Individually, and as the Administrator of the Estate of Robert E. Richards, deceased vs. Johnson & Johnson, Inc., Cordis Corporation, Cardinal Health, Inc., Confluent Medical Technologies, Inc., and Does 1-100, File No. 5:17-CV-00178-BKS-ATB, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted NYSLRS income, adjusted Social Security income, household services, and parental nurturing and guidance services, February 22, 2021.

Paul Marini, an individual and Roberta Marini, his wife per quod vs. Dr. Stephen Ford, an individual, Stephen Ford, PA, a business entity, et al., Docket No.: MID-L-4439-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, and household services, February 19, 2021.

Anna Palivoda v. Julio Melendez, III, Trucar Leasing Corp., John Doe 1-5 (fictitious designations), XYZ Corporations 1-10 (fictitious designations), Docket No.: MID-L-003991-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, February 18, 2021.

Rex Berry vs. BNSF Railway Company, f/k/a Burlington Northern and Santa Fe Railway Company, Cause No.: 1931-CC00777, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, U.S. Railroad Retirement Board benefits, and household services, February 17, 2021.

Estate Of Miguel Astaiza by Elsa Astaiza, Administrator Ad Prosequendum and Elsa Astaiza, Individually as surviving spouse, vs. Raimundo L. Obregon, M.D., Carlos Remolina, M.D., Carlos Remolina, M.D., P.A., and/or Unknown Resident(s), Eugene C. Kennedy, M.D., University



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Radiology Group, Trinitas Medical Center, John Does 1-10, (a class of fictitiously named physicians), Jane Does 1-10 (a class of fictitiously named nurses) and ABC, Inc., (a fictitious designation representing the entities affiliated or connected in any Class Of As Yet Unknown Corporate manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly, or administratively responsible For the other medical providers actions or failures or plaintiff's death), Docket No.: UNN-L-1649-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children  February 16, 2021.

Joanne M. Kuhn, as administrator for the Estate of Stephen Kuhn, deceased vs. James R. Clifford, M.D., Rochelle Park Cardiac Center Corporation, Paul Keshishian, D.O., Redi-Med Urgent Care, et. al., Docket No.: BER-L-000772-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted  income, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), and advice and counsel services to spouse, February 2, 2021.

Estate of Richard Forzani, by Kathleen Forzani as Executrix of the Estate, and Kathleen Forzani, individually v. Alexander Biener, MD, Alexander Biener, MD, P.A., The Valley Hospital, Valley Health System, John Does 1-100 (representing presently unknown healthcare providers, including, but not limited to, doctors, fellows, residents, interns, nurses, technicians, etc), Jane Does 1-100 (representing presently unknown healthcare providers, including, but not limited to, doctors, fellows, residents, interns, nurses, technicians, etc) and ABC Corporations 1-100 (representing presently unknown facilities or entities who rendered care to the plaintiff), Docket No.: BER-L-4478-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, opinion regarding adjusted Social Security Retirement income, household services, special care services to decedent, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, January 25, 2021.

Lynne Crow (deceased) vs. NJM Insurance Company, et al., Docket No.: ESX-L-4680-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support from Social Security Retirement benefits, financial support from pension benefits, companionship services to children, and advice and counsel services to children, January 20, 2021.

The Estate of Lee S. Berg by his Executrix, Lisa P. Berg, and Lisa P. Berg, individually, vs. Elliot Rudnitzky, M.D., JFK Medical Associates, JFK Medical Center, JFK Health, Hackensack Meridian Health, Rudnitzky and Shugar M.D.'s, P.A., John Does, 1-,100 (representing presently unknown healthcare providers, including, but not limited to, doctors, fellows, residents, interns, nurses, technicians, etc.), Jane Does 1-100, M.D./D.D., (representing presently unknown health care providers, including, but not limited to, doctors, fellows, residents, interns, nurses, technicians, etc.)



## Kristin Kucsma, M.A.

### *Deposition Testimony*

and ABC Corporations 1-10 (representing presently unknown facilities or entities who rendered care to the Plaintiff), Docket No.: MID-L-1095-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding   adjusted Social Security Disability income,  household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and services to spouse, and advice and services to children, January 18, 2021.Gerald Donnelly & Dawn Donnelly, Husband & Wife vs. Robert Ilowite, D.O., the Dermatology Center, Marianna Shvartsbeyn, MD, Hui C. Tsou, MD, Acupath Laboratories, Inc., John/Jane Doe Physicians A-Z (multiple fictitious physicians), John Doe Medical Employers A-Z (multiple fictitious entities), John/Jane Doe Medical Providers A-Z (multiple fictitious persons and/or entities), j/s/a, Docket No.: MID-L-1095-19, on behalf of the plaintiff, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted earnings in past years, adjusted earnings/income in future years, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, January 6, 2021.

Michael Palmer and Virginia Palmer, his wife vs. Gennaro J. Marino, D.O., Lyndsay A. Van Pelt, M.D., Priti Bachubhai Ram, M.D., Steven D. Richman, M.D., Peter L. Carrazzone, M.D., Chilton Memorial Hospital/Chilton Medical Center/Chilton Hospital, ABC Emergency Medicine Practice (a fictitious name), ABC Emergency Medicine Practice II (a fictitious name), Virtual Radiologic Professionals, LLC, ABC Radiology Practice (being a fictitious name), ABC Family Medicine Practice (being a fictitious name), John Does (being fictitious names), Docket No.: PAS-L-001202-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and cost of lifetime care, January 5, 2021.

Joseph P. Matina vs. Gregory A. Rabiecki, Docket No.: ESX-L-000111-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, additional business expenses, and household services, December 22, 2020.

Megan Strayer, Individually and as Administratrix ad Prosequendum and General Administratrix of the Estate of Ivan Scott Strayer, deceased vs. Wingate at Wyndham, Wingate Vineland, Wyndham Worldwide, Wyndham Hotels and Resorts, Inc., Roth 55 Development Corp, Wingate Hotel, Edward Roth, Henry Roth, ABC Companies 1-5 (fictitious entities, real names unknown), XYZ Security Companies 1-5 (fictitious entities, real names unknown), Larry Pulcine, Osmose Utilities Services, Inc., Docket No.: CUM-L-716-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to son, advice and counsel services to spouse, and advice and counsel services to son, December 21, 2020.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Lloyd Baker, vs. 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, Case No.: 7:20-cv-00039, Case No.: 3:19-md-02885, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings in future years, household services, childcare services, support and accompaniment to spouse, support and accompaniment to children, and future medical care, December 15-16, 2020.

Luke Estes, vs. 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, Case No.: 7:20-cv-00137, Case No.: 3:19-md-02885, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted pre-impairment earnings, adjusted post-impairment earnings, household services, childcare services, support and accompaniment to spouse, support and accompaniment to children, and future medical care, December 15-16, 2020.

Lewis Keefer, vs. 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, Case No.: 7:20-cv-00104, Case No.: 3:19-md-02885, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted pre-impairment earnings, adjusted post-impairment earnings, household services, childcare services, support and accompaniment to spouse, support and accompaniment to children, and future medical care, December 15-16, 2020.

Dustin McCombs vs. 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aero Intermediate, LLC and Aero, LLC, Case No.: 7:20-cv-00094, Case No.: 3:19-md-02885, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted pre-impairment earnings in future years, adjusted post-impairment earnings in future years, household services, childcare services, support and accompaniment to Ms. Putney, support and accompaniment to son, and future medical care, December 15-16, 2020.

Estate of Donna Albanese by and through Gia Romano as Executrix and Louis Albanese Individually vs. Bergen Passaic Cataract Surgery, 18-01 Pollitt Dr LLC c/o Ryan, LLC, DSL Pollitt LLC, ABC Corp. 1-10, Def. Corp. 1-10, XYZ Maintenance 1-10, Docket No.: BER-L-7262-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to daughters, advice and counsel services to spouse, and advice and counsel services to daughters, November 24, 2020.

Sentiliano Canko vs. Precision Custom Coatings LLC, John Does 1-10, (fictitious names representing unknown individuals), and/or XYZ Corps. 1-10 (fictitious names representing unknown corporation, partnerships and/or Limited Liability Companies or other type of legal

September 30, 2022                                        page 24



## Kristin Kucsma, M.A.

### *Deposition Testimony*

entities), Case No.: 2:15-cv-08367, virtual deposition, Livingston, NJ, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in future years, and cost of lifetime care, November 20, 2020.

Victoria Ross and Richard Ross, Per Quod vs. Meadowlands Hospital, Steven Schiebert, M.D., New Jersey Spine & Orthopedic, Jay N. Patel, M.D., Annie Agarwal, D.O., Jasleen Saini, M.D., Peggy Jaggessar, R.N., Bernadette Maingil, R.N., John Doe 1-10, Robert Roe 1-10 (these names being fictitious as their true identities are presently unknown), ABC Corporation (said name being fictitious as the true identity is presently unknown), XYZ Corporation (said name being fictitious as the true identity is presently unknown), Docket No.: ESX-L-2035-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding the cost of lifetime care, November 16, 2020.

Estate of Michael Ruzek by Administratrix and Administratrix ad Prosquendum of the Estate Anna Ruzek and Anna Ruzek, Individually; and Michael Joseph Ruzek, Joseph Ruzek and Vincent G. Ruzek, surviving heirs and wrongful death beneficiaries vs. Michael G. Katz, MD, Electrophysiology Associates, Atlantic Medical Group, Atlantic Health System, AHS Hospital Corp, XYZ Hospital (a fictitious name representing a class of fictitious defendants), ABC Group (a fictitious name representing a class of fictitious defendants), John Doe, MD (a fictitious name representing a class of fictitious defendants), Jane Doe (a fictitious name representing a class of defendant-nurses or other employees of the defendant-physician, defendant-group and/or defendant-hospital), Doe Physician Group, PA, or Doe Physician Group, PC or Doe Managed Care Company (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers' actions or failures or plaintiff's injury), Docket No.: ESX-L-8919-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted Social Security Disability income, adjusted MONY income, household services, companionship services to the spouse (daytime companionship services, nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, October 29, 2020.

Carmen Rosa Gomez, Individually, and as Administrator Ad Prosequendum of the Estate of Jorge L. Gomez, Deceased, vs. H&M International Transportation, Inc., Norfolk Southern Corporation, Consolidated Rail Corporation Technical Service International, Mi-Jack Products, Inc., Hoist Lifttruck Manufacturing, Inc., FedEx Freight, Inc., General Cable Industries, Inc., Pivix Industries, Inc., Brady Marine Repair Co., Inc., and Norfolk Southern Railway, Company, Case No. 2:l 7-cv-231-KSH-JAD, Livingston, New Jersey, on behalf of the plaintiff, opinion regarding adjusted income, cost of health insurance, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), championship services to children,



**Kristin Kucsma, M.A.**

*Deposition Testimony*

advice and counsel services to spouse, and advice and counsel services to children, October 28, 2021.

Maryann Scotti-Cesa and Stanley Cesa, her husband vs. Sean Enis, M.D., New Jersey Imaging Network, Stuart Moses, M.D., Montclair Radiology, John Does 1-10 (fictitious names representing unknown individuals), and ABC Corporations 1-10 (fictitious names representing unknown entities), Docket No.: ESX-L-3249-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted income, health insurance, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, October 26, 2020.

Daniel Jensen and Donna Jensen his wife, vs. Donald Mykulak, M.D., Skylands Urology Group P.A., and John/Jane Doe 1-50 (fictitious names representing unknown physicians, nurses, technicians, health care providers, and caretakers involved in the care, treatment, management and diagnosis of Plaintiff, Daniel Jensen, Docket No.: ESX-L-3977-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, opinion regarding adjusted earnings in past years, adjusted earnings in future years, health insurance, and household services, October 22, 2020.

Talbird Reeve Sams vs Pinnacle treatment Centers, Inc., John Does (1-10) (said names being fictitious individuals) and ABC-XYZ Corporations (said names being fictitious business entities), Individually, Jointly and Severally, Civil Action No.: 1:18-ev-09610-JHR-AMD, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and compensation for excess taxes, October 16, 2020.

Vincent Mautone and Diane Mautone, his wife per quod, vs. 36-54 Urban Renewal, LLC, Wasseem Boraie, Empty Building Security, John Does, A through Z (names being fictitious), ABC Companies 1 through 100 (names being fictitious), Docket No.: ESX-L-8070-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, opinion regarding household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, October 15, 2020.

Erin Shelton vs. State of New Jersey-New Jersey State Police (its directors, officers, servants, agents, assignees, delegates and/or employees), NJSP Supervising PST Domenica Miller (married last name is Hoblit) (in her individual, administrative and/or official representative capacity), NJSP Supervisor Sergeant (ASFC) George Coyle (in his individual, administrative and/or official representative capacity), John/Jane Doe(s) 1-10 (fictitious names(s) of officers/persons responsible for causing plaintiff's injuries not known to plaintiff at the time of the filing of complaint), ABC Corporation(s) [Corp.], ABC Public and Governmental Entities 1-10 (fictitious names intending to



## Kristin Kucsma, M.A.

### *Deposition Testimony*

designate the corporation(s), entity or entities responsible for causing plaintiff's injuries not known to plaintiff at the time of the filing of complaint), Docket No.: MER-L-1587-16, virtual deposition, Livingston, New Jersey, on behalf of plaintiff, opinion regarding adjusted earnings in past years, adjusted earnings in future years, net pension benefits, and compensation for excess taxes, October 9, 2020.

Babette Guerrero vs. New Jersey Transit Corporation and/or ABC Corporation, John Maimone and/or John Doe 1-5 (fictitious names), Docket No.: BER-L-33-19, virtual deposition, Livingston, New Jersey, on behalf of plaintiff, opinion regarding adjusted earnings in past years, pre-injury adjusted earnings in future years, post-injury adjusted earnings in future years, cost of health insurance, and household services, October 8, 2020.

Estate of Steven Tringali, deceased, by and through its Executrix, Judy Tringali and Judy Tringali, individually vs. Gary Gorodokin, M.D., Gastroenterology Consultants of North Jersey, North Jersey Surgery Center, LLC, John/Jane Doe Physician A-Z (multiple fictitious physicians), John Doe Employers A-Z (multiple fictitious entities), John/Jane Doe Medical Providers (multiple fictitious persons and/or entities), j/s/a, Docket No.: BER-L-4471-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, opinion regarding adjusted earnings/income, cost of health insurance, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advise and counsel services to children, care services to decedent, and care services to spouse, October 6, 2020.

Olna Cajuste and Julsson Cajuste, her husband vs. Thressiamma Cholankeril, M.D. a/k/a Theresa Cholankeril, M.D., Docket No.: UNN-L-2499-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings/income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, September 23, 2020.

Estate of Maria Luz Payan Lopez by Administrator of the Estate, Fredrick D. Miceli, Esq. vs. Susan Rubinoff, M.D., Bergen Regional Medical Center, New Bridge Medical Center (formally known as Bergen Regional Medical Center), John Roe, M.D. 1-10 (a fictitious name representing a class of fictitiously name defendant physicians), Jane Roe 1-10 (a fictitious name representing a class of fictitiously named medical providers), John Does 1-10 (a class of fictitiously named defendants), ABC Hospital 1-10 (a fictitious name representing a class of fictitious defendants), Doe Physician Group, P.A. 1-10 or Doe Physician Group, P.C. 1-10 or Doe Managed Care Company 1-10 (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff care and vicariously, directly or administratively responsible for the other medical providers' actions or failures or plaintiff's injury), Docket No.: ESX-L-7735-17, virtual deposition, Livingston, New



**Kristin Kucsma, M.A.**

*Deposition Testimony*

Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding companionship services to children, and advice and counsel services to children, September 22, 2020.

Danny Myers, Kristina Myers, Nicholas Myers, minor and Ashley Myers, minor vs. Palm Bay Hospital, Inc. and John McPherson, M.D. and Brevard Physician Associates, PLLC, Case No.: 319643, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care and household services, September 18, 2020.

Estate of Michael Gnecco by Administrator of the Estate, Christina Rodriguez and Jill Gnecco, individually vs. Jody J. Rogers, M.D., Dorothy Dalena, M.D., EPA, Emergency Physician Associates of Northern New Jersey, Overlook Medical Center, Atlantic Health System, AHS Hospital Corp., Steven M. Levine, D.O., Bhervi Patel, M.D., Overlook Family Practice, John Roe, M.D. (a fictitious name representing a class of fictitiously name defendant physicians), Jane Roe (a fictitious name representing a class of fictitiously named medical providers), John Does (a class of fictitiously named defendants), ABC Hospital (a fictitious name representing a class of fictitious defendants), Doe Physician Group, PA or Doe Physician Group, PC or Doe Managed Care Company (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiffs care and vicariously, directly or administratively responsible for the other medical providers' actions or failures or plaintiff's injury), Docket No.: ESX-L-4179-16, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income/financial support, household services, cost of health insurance, companionship services to daughter, and advice and counsel services to daughter, September 15, 2020.

Judy Magarino, Executrix of the Estate of Robert Magarino and Judy Magarino, individually vs. Premier Health Associates, LLC and David Medunick, D.O., John Does (fictitious names of those individuals whose names and/or culpability are not presently known, who caused or contributed to the harm complained of), and ABC Groups (fictitious names of groups, entity and/or practice of which any defendant is an agent, servant or employee), Docket No.: SSX-L-000180-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted Social Security Retirement income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, September 2, 2020.

Dorota Leszcz, Administratrix Ad Prosequendum of the Estate of John Leszcz and Dorota Leszcz, individually vs. Edmond Balakhane, M.D., Abhiskek Shrivastava, M.D., James Hurwitz, M.D., Victor Bruno, M.D., Robert Wood Johnson University Hospital at Rahway, John Does 1-10 (fictitiously named defendants), Jane Does 1-10 (fictitiously named defendants) and ABC Corporation 1-10 (fictitious public and/or private entities), Docket No.: UNN-L-000042-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion



## Kristin Kucsma, M.A.

### *Deposition Testimony*

regarding adjusted income, cost of health insurance, household services, companionship services to spouse, companionship services to son, advice and counsel services to spouse and advice and counsel services to son, August 25, 2020.

David R. Pfeil vs. Laboratory Corporation of America Holdings, Leon Bronson Barnard, Benjamin Reid Miller, James P. Whelan, Gary Martin Huff and David P. King, Docket No.: MID-L-7390-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, equity-based compensation, and compensation for excess taxes, August 14, 2020.

Peter C. Dondero and Donna Dondero vs. Dev R. Gupta, M.D., Hackensack Neurology Group, John/Jane Does 1-10, Docket No.: BER-L-006968-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, August 11, 2020.

Angela Gonzales, individually and as Executor of Amado Gonzales vs. 3M Company, et al., Index No.: 190113/16, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted Social Security Retirement (SSR) income, and household services, August 4, 2020.

William V. Imondo III. vs. United States of America, Case No.: 7:19-cv-02443, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension benefits, and household services, July 30, 2020.

Drake Smith, Jeff Smith and Elyse Printen, as parents of Drake Smith vs. The Josselyn Center, Susan V. Lin, M.D., Propsych Associates S.C., Ok Ro Hong, M.D., Case No.: 2018L012001, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted lifetime earnings and cost of lifetime care, July 30, 2020.

Eileen Mayfield and William Mayfield, her husband vs. Joel Goldstein, M.D., Michael Lospinuso, M.D., Orthopaedic Spine Institute of Central Jersey, P.A., John Does (fictitious names of persons whose culpability and/or identities are not presently known), Jane Roes (fictitious names of healthcare providers whose culpability and/or identities are not presently known), ABC Groups (fictitious name of groups, entities, practices, associations whose identity or current designation is not currently known of which any individual defendant is an agent, servant or employee), Docket No.: MON-L-855-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, July 24, 2020.



# Kristin Kucsma, M.A.

### *Deposition Testimony*

Margaret Przygodzki, Administratrix of the Estate of Peter Przygodzki, deceased, and Margaret Przygodzki, individually vs. St. Joseph's Regional Medical Center, Alexander Riss, D.O., Fred Berlin, M.D., Imaging Subspecialists of North Jersey, LLC, Evan Allen, M.D., Specialists on Call, John Does 1-10 (fictitious names representing unknown individuals), and ABC Corporations 1-10 (fictitious names representing unknown entities), Docket No.: PAS-L-1146-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, July 23, 2020.

Sophie Mannarino and Michael Menna, as Co-Administrators for the Estate of Michael J. Mannarino, a.k.a. Michael J. Mannarino, Jr. vs. FCA US LLC, Rockaway Chrysler Dodge Jeep Ram and ZF North America, Inc. and John Does 1-100, Index No.: 716395/2017, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted Social Security Retirement income, cost of health insurance, household services, and parental nurturing and guidance services, July 15, 2020.

Monica Munhoz Gomes, individually and as Administrator Ad Prosequendum of the Estate of Renato Roberto Gomes, deceased, vs. Klidjan Bozali, JAG Leasing, Inc., John and Jane does 1-10 (said names being fictitious and unknown) and ABC Corporations 1-10 (fictitious individuals, corporations or other business entities presently unidentified), Docket No.: 2:19-cv-07985-JMV-SCM, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, July 10, 2020.

Joseph Fasanello vs. United Nations International School, Docket No.: 19CV5281 (GHW), virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of insurance-based fringe benefits, and compensation for excess taxes, June 22, 2020.

Aaron Essner vs. Howmedica Osteonics Corp. (d/b/a Stryker Corporation) and Colleen Riley, Docket No.: BER-L-3805-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, equity-based compensation, and compensation for excess taxes, June 18, 2020.

Eileen Wildrick, Executrix of the Estate of Richard Zindell, deceased vs. Arbor Terrace of Middletown, John Does 1-10 (fictitious names representing unknown individuals), and ABC Corporations 1-10 (fictitious names representing unknown entities), Docket No.: MON-L-3409-17,



**Kristin Kucsma, M.A.**

*Deposition Testimony*

virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding companionship services to children and advice and counsel services to children, June 16, 2020.

Yordan E. Avalos Sobrino and Yelina Rodriguez Gomez vs. Rapid Trucking, LLC, Stewart Materials, Inc., MJS Golf Services, LLC, and Fleet Parts & Services, LLC, Case No.: 11-2017-CA-000934-00001-XX, virtual deposition,  Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding pre-injury adjusted earnings in past years, pre-injury adjusted earnings in future years, post-injury adjusted earnings in future years, and household services, June 15, 2020.

Antonio Teixeira, as Administrator of the Estate of Marlenes Teixeira, deceased and individually vs. Kamran Khazaei, M.D., Preferred Women Healthcare, Kerry-Anne Perkins, D.O., Miriam Fabionar, R.N., Trinitas Regional Medical Center, John Does 1-10 (fictitious names representing unknown individuals), and ABC Corporations 1-10 (fictitious names representing unknown entities), Docket No.: UNN-L-003701-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, pension income, cost of health insurance, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, May 27, 2020.

Stephanie Acquadro vs. The Trustees of the Newark Academy d/b/a Newark Academy, Donald M. Austin, Head of School and individually, Frederick Von Rollenhagen, Dean of Faculty, and individually, John Does 1-5, Jane Does 1-5, Docket No.:UNN-L-002936-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and cost of retiree supplemental health insurance, May 13, 2020.

Brooklyn Williams, an infant by her guardian ad litem, Nicole Williams, and Nicole Williams and Michael Williams, individually vs. Karen Koscica, D.O., Camille Walker, M.D., Roshni Patel, D.O., Munir Nazir, M.D., Alexander Juusela, M.D., Kristy Palomares, M.D., Johanna Lee, M.D., John Does (fictitious names of other healthcare providers who participated in the prenatal care and imaging studies and testing of Nicole Williams whose identities are not presently known), ABC Groups (fictitious name of group, entity, partnership of whom any defendant is an agent, servant or employee whose actual name or designation is not presently known) and Newark Beth Israel Medical Center, Docket No.: ESX-L-6596-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and lifetime earnings, May 8, 2020.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Monet Punter-Spencer vs. Charles S. Irving and Transport Corporation of America, Inc., Index No.: 18-CV-1959 (JMF), virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, cost of health insurance, and cost of lifetime care, May 1, 2020.

Christian E. Kraus and Veronica Pagani Kraus vs. Chase Auto Finance and Li Gong, Docket No.: MON-L-3772-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, April 24, 2020.

Donna Cheung, as Administratrix of the Estate of Johnny Cheung, and Donna Cheung, individually vs. Michael G. Kaiser, M.D., Sarah Alexander, P.A., and John Doe Physicians 1-10 (fictitious names, the true names being unknown at this time), Docket No.: BER-L-006543-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted earnings of spouse, cost of health insurance, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, April 17, 2020.

Felix Lopez vs. Asim Dikengil, M.D., A.G. Dikengil, M.D., P.A., John Athas, M.D., Paramus Medical Imaging, Marc Arginteanu, M.D., Metropolitan Neurosurgery Associates, P.A., John Does (fictitious names of persons whose culpability and/or identities are not presently known), Jane Roes (fictitious names of healthcare providers whose culpability and/or identities are not presently known), ABC Groups (fictitious name of groups, entities, practices, associations whose identity or current designation is not currently known of which any individual defendant is an agent, servant or employee), Docket No.: BER-L-007391-17, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding pre-impairment adjusted earnings in past years, pre-impairment adjusted earnings in future years, post-impairment adjusted earnings in future years, pension benefits, and cost of lifetime care, April 8, 2020.

Raymond Daley, an incapacitated person by Amy M. Daley, his Guardian, and Amy M. Daley, individually, vs. Stacey Telenson, APN, Jaimee Sujkowski, R.N., Kimberlee Galamb, R.N., Abigail Givan, NP, Jersey Shore University Medical Center, Meridian Health, Meridian Health Systems, Inc., Meridian Health Resources, Hackensack Meridian Health, Hackensack Meridian Health Network, John Doe, M.D., (I-X) (a fictitious designation representing a class of as yet unknown individuals involved directly or indirectly in plaintiff's medical care and/or are otherwise responsible for plaintiff's injuries), Jane Doe, R.N., (I-X) (a fictitious designation representing a class of as yet unknown individuals involved directly or indirectly in plaintiff's medical care and/or are otherwise responsible for plaintiff's injuries), and Doe Physician Group, PA or Doe Physician Group, PC or Doe Managed Care Company, (I-X) (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual



# Kristin Kucsma, M.A.

## *Deposition Testimony*

defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failures or plaintiff's injuries), Docket No.: MON-L-1183-17, Livingston, New Jersey on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advice and counsel services to children, and cost of lifetime care, March 19, 2020.

Adam W. McCormack vs. James S. Harman, D.O., Comprehensive Neurosurgical, DBA North Jersey Brain and Spine Center, John Does 1-10 (said names being fictitious, real names unknown in their capacity as medical care providers), Jane Does R.N. 1-5 (said names being fictitious, real names unknown in their capacity as medical care providers), ABC Corp. 1-5 (said names being fictitious, real names unknown in their capacity as medical care providers and/or suppliers of medical equipment or services) , Docket No.: ESX-L-5672-18, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance and household services, March 9, 2020.

Elkazar Budagov and Esther Budagov vs. Daniel J. Char, M.D., Joshua W. Bernheim, M.D., New Jersey Endovascular Therapeutics, P.C. and The Valley Hospital, Inc., Docket No.: BEG-L-000257-18, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, household services and companionship services to spouse, February 27, 2020.

Kathleen Humphrey, as Executrix of the Estate of Griffith Humphrey and Kathleen Humphrey, individually vs. Nehal L. Mehta, M.D., Respicare, Ellen J. Hirsh, M.D., Infectious Disease Care, John Does 1-5 (these names being fictitious as their true identities are presently unknown), ABC Corporations 1-5 (these names being fictitious as their true identities are presently unknown), Docket No.: SOM-L-000059-18, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, February 19, 2020.

Michelle Perone and David Perone, Sr. vs. Brian Siligato, Patricia Siligato, Domino's Pizza, LLC, Joarder Properties, LLC, Mohammed Joarder and Salim Joarder, ABC Coporation 1-5, John Does 1-100, Jack Does, 1-100 and Richard Roes, 1-100, Docket No.: ATL-L-838-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, pre-injury adjusted earnings in future years, post-injury adjusted earnings in future years, and household services, February 11, 2020.



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Nehme Jaafar and Fatime Jaafar vs. Alan Miller, M.D., Vassar Brothers Medical Center, Emergency Physician Services of New York, P.C., and the United States of America, Docket No.: 17-CV-9262 (VB), Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, February 7, 2020.

Andrew Mobus vs. Bard College, Peter Laipson, and Susan Lyon, Civil Action No.: 17-cv-11011, New York, New York, on behalf of the plaintiff, opinion regarding adjusted lifetime earnings, February 6, 2020.

Curtis Cawthon vs. San Antonio's Incredible Pizza Company, LLC, Cause No.: 2017C118585, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and cost of lifetime care, February 5, 2020.

Lissette Hernandez, individually and as Executrix of the Estate of Ricardo Hernandez Camacho vs. Mark Lehman, M.D., Michael C. McGinnis, M.D., Marite Campos, Jane Does 1-100 (fictitious names of Medical care provider(s), agent(s), servant(s), employees(s) and/or contractor(s) of defendant(s), involved in plaintiff's medical testing, treatment and/or diagnosis, causing plaintiff's injuries, identities yet unknown and/or medical records at issue render illegible), et als., Docket No.: MID-L-4650-14, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted earnings/income, household services, companionship services to spouse, companionship services to children, nighttime companionship services to family, advice and counsel services to spouse, advice and counsel services to children, and care services to Bryan, January 23, 2020.

Ameliha Williams, as Guardian Ad Litem for the infant, Joe Williams vs. Jersey City Medical Center, Cheryl A. Carter, M.D., Dr. Jinadu, M.D., Dr. Nagar, M.D., Dr. Gibson, M.D., Dr. Palromar, M.D., John Doe Doctors (1-10) (fictitious names), ABC Corps. 1-10 (fictitious names), ABC Associations 1-10 (fictitious names), ABC Partnerships 1-10 (fictitious names), Docket No.: HUD-L-1465-18, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings, and cost of lifetime care, January 20, 2020.

Robert Doran, Maria Baez, Alexander Shaporov and Bernard Linn vs. New York State Department of Health Office of the Medicaid Inspector General, Dennis Rosen, James C. Cox, Dan Coyne, Anna Coschignano, Sherri Thompkins, Robert Byrnes, Russell S. Rizzo, Matthew Chiesa, Christopher Bedell, and John and Jane Does 1-5 (said names being fictitious and persons intended being those who aided and abetted the unlawful conduct of the named Defendants), Docket No.: 15-cv-07217 (PKC) (SN), Livingston, New Jersey, on behalf of the plaintiff, Robert Doran, wrongful termination



**Kristin Kucsma, M.A.**

*Deposition Testimony*

proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, net pension benefits, and compensation for excess taxes, January 9, 2020.

Robert Doran, Maria Baez, Alexander Shaporov and Bernard Linn vs. New York State Department of Health Office of the Medicaid Inspector General, Dennis Rosen, James C. Cox, Dan Coyne, Anna Coschignano, Sherri Thompkins, Robert Byrnes, Russell S. Rizzo, Matthew Chiesa, Christopher Bedell, and John and Jane Does 1-5 (said names being fictitious and persons intended being those who aided and abetted the unlawful conduct of the named Defendants), Docket No.: 15-cv-07217 (PKC) (SN), Livingston, New Jersey, on behalf of the plaintiff, Maria Baez, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, and compensation for excess taxes, January 9, 2020.

Shakeera C. Jackson, as Administrator Ad Prosequendum of the Estate of Isaac D. Brown, IV, vs. Carol Geo Mattis, 97-103 Lindsley, LLC, John Does 1-5, and ABC Entities 1-5 (being fictitious names of as yet unidentified parties), Docket No.: ESC-L-000555-18, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income/financial support, household services, companionship services to Layla, and advice and counsel services to Layla, January 8, 2020.

William Penn and Caitlin Penn, individually and William Penn as personal representative of the Estate of Elaina Patricia Penn vs. Baby Matters, LLC, Leslie Dudel-Kemm, Williams-Sonoma, Inc., Pottery Barn Kids, Toys "R" Us, Inc., John Does 1-20 (said names being fictitious designations), and ABC Corporations 1-20 (said names being fictitious designations), Docket No.: PAS-L-1016-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents, companionship services to parents, companionship services to older sibling, advice and counsel services to parents, and advice and counsel services to older sibling, January 7, 2020.

Kirld Abad vs. Mister East, Amikle Restaurant, Inc., and Central Park Bar Restaurant Sushi, Docket No.: UNN-L-0679-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings, and cost of lifetime care, January 7, 2020.

Jorge Calderon vs. Fedex Corporation, Fedex Express Corporation, et al., Civil Action No.: 2:17-CV-01608, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, PPA benefits, and compensation for excess taxes, January 3, 2020.

Dennis McInerney vs. Hess Retail Stores, LLC and John Does 1-5 & ABC Companies 1-5 (fictitious names representing unknown persons or entities responsible for inspecting, managing, maintaining, cleaning and repairing the premises, and hiring, training, supervising and retaining employees,

September 30, 2022                                    page 35



# Kristin Kucsma, M.A.

## *Deposition Testimony*

agents, contractors and servants), Docket No.: HUD-L-2144-17, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding pre-injury adjusted earnings in past years, pre-injury adjusted earnings in future years, post-injury adjusted earnings in future years, and household services, December 16, 2019.

Jose R. Aguirre vs. Rony D. Arita, Harry C. Oefinger, Docket No.: ESX-L-6791-17, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, December 13, 2019.

Niakema Good, as Administrator Ad Prosequendum of the Estate of John W. Good, Jr., Niakema Good, individually and Talikah Good vs. Newark Extended Care Facility, Inc., Newark Health and Extended Care Facility, Inc., Eleanor Mendez, L.P.N. and Alpesh Amin, M.D., "John Does 1-10", "Jane Does 1-10" and "ABC Co. 1-10", Docket No.: ESX-L-3088-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding companionship services to daughters, and advice and counsel services to daughters, December 12, 2019.

Peter H. Meister, legal guardian for Maria Moser Meister and Peter H. Meister, individually vs. Verizon New Jersey, Inc., PSE&G Services Corporation, Neptune Holding US Corp. d/b/a Altice USA, NJ Transit Corporation, John Doe (a fictitious name), ABC Corporation (a fictitious corporation), Manny Moe (a fictitious name), and/or DEF Corporation (a fictitious corporation), Docket No.: ESX-L-4738-17, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and cost of lifetime care, December 12, 2019.

Eric P. Hatke and Theresa R. Hatke, individually, and as General Administrator and General Administratrix and Ad Prosequendum of the Estate of Ethan Hatke vs. William E. Costanzo, M.D., F.A.C.C., F.A.C.P., and Mercer Bucks Cardiology and John/Jane Does 1-5 (fictitious names of individuals which cannot be ascertained or identified at this time), and ABC Corporations 1-5 (fictitious names of corporations of entities that cannot be ascertained or identified at this time), Docket No.: MER-L-1508-17, Princeton, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents, companionship services to parents, and advice and counsel services to parents, November 22, 2019.

Irene Frederick and Steven E. Frederick vs. John Sarris, M.D., Henry Moyle, M.D., Neil N. Jasey, M.D., Lydia Kallini, R.N., Cara Abitante, R.N., Kathryn DiPaulo, R.N., Perlita Pascioles, R.N., Kate Bernard, CM, Jay Picerno, Larry Creech, Nancy Holececk, R.N., Lore Colineri, R.N., RWJ Barnabas Health, Community Medical Center, Shore Neurology, P.A., Neurosurgeons of New Jersey, Kessler Institute for Rehabilitation, Select Medical, Chief Operating Officer Services of Community Medical Center/RWJ Barnabas Health, VP/Chief Nursing Officer Services of



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Community Medical Center/RWJ Barnabas Health, Emergency Department Director/Manager Services of Community Medical Center/RWJ Barnabas Health, VP Clinical Services of Community Medical Center/RWJ Barnabas Health, Primary Stroke Center Director/Manager of Community Medical Center/RWJ Barnabas Health, Emergency Department Charge Nurse of Community Medical Center/RWJ Barnabas Health, Emergency Department Medical Director of Community Medical Center/RWJ Barnabas Health, Transfer Center Director/Manager/Coordinator of Community Medical Center/RWJ Barnabas Health, Neuroscience Director/Manager of Community Medical Center/RWJ Barnabas Health, Medical Staff Chief of Neurology of Community Medical Center/RWJ Barnabas Health, John Does, 1-100 (representing presently unknown healthcare providers, including, but not limited to, doctors, fellows, residents, interns, nurses, technicians, etc.), Jane Does 1-100 (representing presently unknown health care providers, including, but not limited to, doctors, fellows, residents, interns, nurses, technicians, etc.) and ABC Corporations 1-100 (representing presently unknown facilities or entities who rendered care to the plaintiff), Docket No.: OCN-L-779-17, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, November 20, 2019.

Lloyd F. Audette vs. Charles Dicecca, MD, Adriana Carrillo, MD, and Steven Robins, PT, Docket No.: 14-2394C, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, pre-injury adjusted earnings in future years, and post-injury adjusted earnings in future years, November 19, 2019.

Edward Koza and Erica Norey, his wife vs. Hackensack University Medical Center, Hackensack UMC Mountainside, Mountainside Hospital, Luis A. Santos, MD, Krista G. Bilbraut, MD, Ana L. Arias, MD, Matthew J. Deluca, MD, XYZ Hospital (a class of fictitiously named defendants), ABC Group (a class of fictitiously named defendants representing any group affiliation or employer of any individually named defendant), Robert Roe, MD (a class of fictitiously named defendant-physicians), Jane Doe, RN (a class of any fictitiously named defendant-nurses or other employees of the defendant-physician, defendant-group and/or the defendant-hospital) and Doe Physician Group, PA or Doe Physician Group, PC or Doe Managed Care Company (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers' actions or failures or plaintiff's injury), Docket No.: ESX-L-241-17, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension benefits, and household services, November 12, 2019.

Gayle Quattrone, Executrix for the Estate of Frank Quattrone, Jr., and on behalf of the heirs of Frank Quattrone, Jr., and Gayle Quattrone, individually vs. Anthony G. Gotay, MD, Comprehensive Counseling Center of North Haledon, John Doe, MD 1-10, Jane Doe, MD 1-10, John Doe, RN 1-10,



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Jane Doe, RN 1-10, John Doe 1-10, Jane Doe 1-10, John Doe Corp. 1-10, fictitious names, Richard Silvestri, PHD, Docket No.: BER-L-3311-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to daughters, advice and counsel services to spouse, and advice and counsel services to daughters, November 11, 2019.

Kiliek Dashawn Anthony vs. Timothy W. Baptist, New Jersey Transit Corporation, State of New Jersey, John Does 1-20, ABC Corps 1-20, Docket No.: ESX-L-8381-16, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings, cost of lifetime care, care services, and household services, November 11, 2019.

Pietro Grana vs. Prudential Financial, Inc., Structure-Tone, Inc., Star-Lo Electrical, Inc., Skanska USA Building, Inc., Travis, Inc., John Does 1-15 (fictitious names representing yet unknown persons connected in any manner, whether direct or vicarious, with plaintiff's employment or accident), and ABC Corporations 1-10 (fictitious names representing yet unknown corporate entities affiliated or connected in any manner, whether direct or vicarious, with plaintiff's employment or accident), Docket No.: ESX-L-7388-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension benefits, and household services, November 7, 2019.

Ivan Tymiv and Orsana Tymiv vs. Lowes Home Centers, LLC, Ahmed Hassan, and John Does 1 through 100 (fictitious names), Docket No.: MID-L-6536-17, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, October 31, 2019.

William Gunnar Truitt vs. Salisbury Bank and Trust Company and Salisbury Bancorp, Inc., Civil Action No.: 7:18-cv-08386-NSR, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, employer cost of insurance-based benefits, and compensation for excess taxes, October 29, 2019.

MaxLite, Inc. vs. M&C Lighting Ltd, et al., Case No.: 12-4072, Livingston, New Jersey, on behalf of the plaintiff, opinion regarding lost profits, October 24, 2019.

Timothy Culhane and Laurie Culhane, his wife vs. Norman Penera, M.D., Valley Medical Group (a subsidiary of Valley Health System), John Does 1-10 (fictitious names representing unknown individuals), and ABC Corporations 1-10 (fictitious names representing unknown entities), Docket No.: PAS-L-3837-17, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, and household services, October 24, 2019.

## Kristin Kucsma, M.A.

### *Deposition Testimony*

Cynthia Flackman, as Executrix of the Estate of Robert Flackman, deceased, and on behalf of the heirs-at-law of Robert Flackman, deceased, and Cynthia Flackman, individually vs. Joseph Shami, M.D., Gastroenterology Associates of New Jersey, Oren Bernheim, M.D., Fuad Ahmad, M..D., and John Does 1 to 10 (a fictitious name), Docket No.: MRS-L-1063-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, care services to mother-in-law, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, October 22, 2019.

Vanessa Sutherland vs. Andrei Botea, M.D., University Hospital, John Does (fictitious names of healthcare providers whose identities and/or culpability are not presently known), Jane Roes (fictitious names of healthcare providers whose identities and/or culpability are not presently known), and ABC Groups (fictitious names of any entity of which any individual defendant is an agent, apparent agent, servant or employee), Docket No.: ESX-L-6335-17, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, October 18, 2019.

John Visconti, Administrator of the Estate of Kristi Lynn Rose Visconti, deceased and John Visconti, individually vs. Lasanta Horana, M.D., Jody Pasqua, R.N., Stephen Williams, R.N., Amanda Buffum, R.N., Robert Wood Johnson University Hospital-Hamilton, University of Medicine and Dentistry of New Jersey, Nightingale Nurses, LLC, John Does (being fictitious names), ABC Entities (being fictitious names), Docket No.: MER-L-002402-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, care services to son, advice and counsel services to spouse, and advice and counsel services to son, October 17, 2019.

Barbara Warter, as Executrix of the Estate of Oren Warter, M.D., vs. Kessler Institute for Rehabilitation, Kimberly A. Grady, R.N., Gina Coira, R.N., John Does(s) (1-10), and ABC Entities (1-10), Docket No.: ESX-L-3174-16, Roseland, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services, companionship services to spouse, companionship services to sons, advice and counsel services to spouse, advice and counsel services to sons, and special care services to Ryan, October 17, 2019.

Oluwakemi Lewu-Smith vs. Fendi North America, Inc., JAMS Ref. No. 1460005242, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, therapy costs, and compensation for excess taxes, October 15, 2019.

Patricia A. Mioli, Executrix of the Estate of Gary L. Mioli, deceased and Patricia A. Mioli, individually vs. Kenneth A. Levitsky, M.D., Garden State Orthopaedic Associates, P.A., Garden



**Kristin Kucsma, M.A.**

*Deposition Testimony*

State Orthopaedic Associates, P.A., Garden State Surgical Center, LLC, Kim Guerrero, R.N., Midhael L. Amoroso, M.D., DRA Diagnostic Radiology Associates, Lyn Bae, R.N., John Does (being fictitious names), ABC Entities (being fictitious names), Docket No.: BER-L-5779-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, pension income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advice and counsel services to children, October 4, 2019.

John P. Barbary vs. Plymouth Rock Management Company of New Jersey, Palisades Safety and Insurance Association, Palisades Safety and Insurance Management Corporation, High Point Safety and Insurance Management Corp., High Point Preferred Insurance Company, High Point Safety and Insurance Company, High Point Property and Casualty Insurance Company, Prudential Insurance Agency, LLC, as successor to Prudential Insurance Brokerage Inc., Docket No.: MRS-L-2561-16, Livingston, New Jersey, on behalf of the plaintiff, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, and compensation for excess taxes on lump sum award, October 3, 2019.

Michele Gillen vs. CBS Television Stations, Inc., WFOR-TV, WBFS-TV, CBS Broadcasting, Inc., Civil Action No.: 18-23788-Civ-Scola, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, cash balance plan, restricted stock plan, and compensation for excess taxes, October 1, 2019.

Lynn Pickard, Executrix of the Estate of David Pickard, deceased vs. Dr. Dale G. Schaar, an individual and Robert Wood Johnson University Hospital, a business entity, John Does (1-5), fictitious individuals, Jane Does (1-5), fictitious individuals, and ABC Companies (1-5), fictitious business entities, Docket No.: MID-L-6820-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted disability retirement income, household services, companionship services to spouse, companionship services to Joseph, advice and counsel services to spouse, and advice and counsel services to Joseph, September 27, 2019.

Joel Alcox vs. The City of Lompoc, The County of Santa Barbara and Does 1 through 10 inclusive, Case No.: 5:17-cv-00507-JVS-AJW, Livingston, New Jersey on behalf of the plaintiff, wrongful conviction and incarceration proceeding, opinion regarding adjusted lifetime earnings, September 24, 2019.

Steve Coleman vs. Maria Kim Grand, Case No.: 1:18-cv-05663 (JBW) (RLM), Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, September 24, 2019.

## Kristin Kucsma, M.A.

### *Deposition Testimony*

Michael A. Legregni vs. Borough of Bergenfield, The Borough of Bergenfield Police Department, John Doe(s) 1-10 & XYZ Corp(s) 1-10, Docket No.: BER-L-7283-16, Livingston, New Jersey on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, and compensation for excess taxes, September 17, 2019.

Thomas D. McGee, Executor of the Estate of Diane C. McGee, deceased and Thomas D. McGee, individually vs. Stephen Kocaj, MD, Summit Medical Group, John Does I-V (being fictitious names), Jane Roes I-V (being fictitious names), and ABC Medical Practice (being a fictitious name), Docket No.: ESX-L-80-18, Livingston, New Jersey on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, September 17, 2019.

Henry Kobernik-Pollack, a minor, by his mother and next friend, Liza Kobernik vs. Advocate Health and Hospitals Corporation d/b/a Advocate Lutheran General Hospital, et al., Case No.: 16-L-3039, Livingston, New Jersey on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted lifetime earnings, cost of lifetime care, care services, and out-of-pocket expenses, September 16, 2019.

Karen Veltri vs. John Bojkovic, Adams Electrical Services, LLC, John Doe 1-5 (fictitious designations), XYZ Corporations 1-10 (fictitious designations), Docket No.: MRS-L-661-18, Livingston, New Jersey on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, cost of lifetime care, and household services, August 27, 2019.

Estate of Paula Kirby by Personal Representative/Executor of the Estate of Peter Kirby and Peter Kirby, individually, and Samantha J. Kirby, Zachary J. Kirby, Amanda J. Conley and Elijah J. Kirby, surviving heirs and wrongful death beneficiaries vs. Shore Medical Specialists, Sandip Patel, MD, Jorge G. Pardes, MD, Community Medical Center, XYZ Hospital (a fictitious name representing a class of fictitious defendants), DEF Imaging (a fictitious name representing a class of fictitious defendants), ABC Group (a fictitious name representing a class of fictitious defendants), John Doe, MD (a fictitious name representing a class of fictitious defendants), Jane Doe, RN (a class of any fictitiously named defendant-nurses or other employees of the defendant-physician and/or the defendant-group), Doe Physician Group, PA or Doe Physician Group, PC or Doe Managed Care Company (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers' actions or failures or plaintiff's injury), Docket No.: OCN-L-786-17, Livingston, New Jersey on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship



**Kristin Kucsma, M.A.**

*Deposition Testimony*

services to spouse, companionship services to children, nighttime companionship services to family, advice and counsel services to spouse, advice and counsel services to children, specialized advice and counsel services to children, and care services, August 22, 2019.

Estate of Douglas W. Smith by Executrix of the Estate, Elizabeth J. Smith and Elizabeth J. Smith, John Ike Smith and Elizabeth Anne Marie Smith, individually vs. James J. Hefferan, MD, Associates in Cardiovascular Care, John Doe, MD (a class of fictitiously named defendant physicians), ABC Group (a class of fictitiously named defendants representing any group affiliation and/or employer of any individually named defendant), Jane Doe (a class of fictitiously named defendant-nurses or other employees of the defendant-physicians and/or defendant-groups), Doe Physician Group, PA or Doe Physician Group, PC or Doe Managed Care Company (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers' actions or failures or plaintiff's injury), 101 JFK Parkway Health Club, 101/103 JFK Parkway SPE LLC, RXR Realty, John Roe (a class of fictitiously named defendants responsible for the care and maintenance of the property located at 101 JFK Parkway), XYZ Company (a class of fictitiously named defendants), Docket No.: ESX-L-725-17, Summit, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advice and counsel services to children, and specialized financial advice services to family, August 19, 2019.

The Estate of Derek D. Mosley, through Administrator ad Prosequendum, James E. Isman, J.S.C., Ret., vs. City of Atlantic City, ACPD Officer Brent Dooley, ACPD Officer K. Skeeter and John Doe responsible party(s), Docket No.: ATL-L-2447-16, Livingston, New Jersey, on behalf of the plantiff, wrongful death proceeding, opinion regarding financial support to sons, companionship services to sons, and advice and counsel services to sons, August 16, 2019.

Jennifer West, personal representative of the Estate of Ronald West, Jr., deceased vs. Union Pacific Railroad Company, Civil Action No.: 8:17-cv-00036, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, Railroad Retirement Board Income (Tier II), cost of health insurance, household services, and advice and counsel services to Boston, August 13, 2019.

Estate of Victor Gaza, Jr. By Purita Gaza, the Administratrix of the Estate of Victor Gaza, Jr., and Purita Gaza, his wife, individually vs. Joseph Popovich, M.D., Ana J. Icabalceta, R.N., Ann Marie Altoonian, R.N., Damaris Rodriguez, R.N., John Does, M.D. 1-10 (fictitious names representing physicians, medical care providers and nurses, whose respective identities are not contained within the records and/or whose identities are unknown and/or whose signatures are illegible at present, who cared for decedent, Victor P. Gaza, Jr., on or about May 15, 2013, May 16, 2013 and/or May

**Kristin Kucsma, M.A.**

*Deposition Testimony*

17, 2013 at Christ Hospital), Hudson Hospital OPCO, LLC d/b/a Carepoint Health-Christ Hospital, Phoenix Health Care, Inc., Onward Healthcare, Peter Goldsmith, M.D., Jim Nguyen, D.O., Nilda A. Marcelo, R.N. and Wilbur Montana, D.O., Docket No.: ESX-L-3285-15, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, July 30, 2019.

Jennifer Danzy, individually, as Administratrix, and as Administratrix Ad Prosequendum of the Estate of William Danzy vs. David Carrieri, D.O., Medemerge Full Health & Urgent Care Services, John Does 1-10, ABC Corps. 1-10, Docket No.: MID-L-3634-17, Roseland, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, pension income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, July 30, 2019.

Ronald Raghunandan and Monica Ramdehol, his wife vs. Michel Paley, M.D., Ridgefield Imaging Center, Nagesh B. Krish, M.D., John Does 1-10 (fictitious names representing unknown individuals), and ABC Corporations 1-10 (fictitious names representing unknown entities), Docket No.: HUD-L-625-18, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, July 25, 2019.

Kyle Telfer vs. Jason Cohen, ABC, Inc. (1-10), and John Doe (1-10), said names ABC, Inc., and John Doe, being fictitious, jointly, individually, and in the alternative, Docket No.: MID-L-5540-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding pre-injury lifetime adjusted earnings, post-injury lifetime adjusted earnings, and cost of lifetime care, July 22, 2019.

Connie Leahy, Administratrix Ad Prosequendum of the Estate of Thomas J. Leahy, III, and Connie Leahy, individually vs. Skylands Medical Group, C. Robert Damico, D.O., John Does 1-20, Jane Does 1-20 and ABC Corporations 1-10, Docket No.: MRS-L-1084-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, July 19, 2019.

Muriel Olivier as Administrator of the Estate of Ralph D'Onofrio vs. Jersey City, Jersey City Medical Center, Bruno Mulino, M.D., Stephen Kelly, D.O., Mostafa El-Khashab, M.D., Awad Musa, Public Service Electric and Gas, Docket No.: HUD-L-00177-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted pension income, cost of health insurance, household services, companionship services to spouse,

## Kristin Kucsma, M.A.

### *Deposition Testimony*

companionship services to daughter, advice and counsel services to spouse, advice and counsel services to daughter, and care services to spouse, July 10, 2019.

Daniel R. Pereyra and Gilse Sanchez v. Christ Hospital, Care Point Health, Hudson Hospital OPCO, LLC d/b/a Care Point Health - Christ Hospital, Sang Hyun Lee, M.D., Eileen Cancannon, M.D., Manssor Kahn, M.D., Rushita Patel, M.D., Deepak Amin, M.D., Emergency Medical Associates, Emergency Medical Associates (EMA) at Christ Hospital, Dave Dalzell, M.D., Night Shift Radiology, Christ Hospital Imaging Center, Radiology Professional Associates, John Does 1-100 (representing presently unknown healthcare providers including, but not limited to doctors, nurses, technicians, etc.), Jane Does 1-100 (representing presently unknown healthcare providers including, but not limited to doctors, nurses, technicians, etc.), ABC Corps. 1-100 (representing presently unknown facilities or entities who rendered care to the plaintiff), Doe Managed Care Company 1-100 (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failures or plaintiff's injuries), et al., Docket No.: HUD-L-3296-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and household services, July 9, 2019.

Angel Rodriguez and Elisandra Rodriguez vs. Skylands Medical Group and Jean-Paul Bonnet, D.O., Docket No.: SSX-L-426-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and cost of lifetime care, July 3, 2019.

Ana Rodriguez and Miguel Angel Rosa Sr. vs. Costco Wholesale Corporation, Marilyn Sanchez, Anthony Anzaldi, Hyster Company, Modern Equipment Handling, Eastern Lift Truck Co., John Doe Electric Pallet Company 1-10 (fictitious designations), John Doe(s) 1-10 (a person, persons, entity or entities whose identity is presently unknown), XYZ Corporations 1-10 (fictitious designations), John Doe Building Services Company 1-10 (fictitious designations), Docket No.: MID-L-3418-17, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, July 1, 2019.

Barbara Bok vs. Shari Reitzen, Riverside Medical Group, Hackensack University Medical Center, John Doe 1-10, Jane Doe 1-10 (heretofore unidentified individuals), ABC Corporation 1-10 (heretofore unidentified corporations, partnerships, and/or other business entities), Docket No.: HUD-L-4561-17, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, June 28, 2019.



# Kristin Kucsma, M.A.

### *Deposition Testimony*

Sheila O'Dell and John O'Dell vs. Stephanie Ortega, M.D., Vrad (Virtual Radiologic Corporation), Mednax, Brendan Miner, M.D., John Yoon, M.D., Kamaljeet Kalsi, D.O., Rina Kapidia, M.D., Vital Medical Forces of Denville, Michael Russoniello, M.D., Associates in Pulmonary Medicine, Brenda Stouffer, St. Clare's Hospital, Prime Healthcare Services, Inc., Virtual Radiologic Professionals, LLC, ABC Groups (fictitious names of entities, groups, partnerships or other entities of which any of the defendants was an agent, servant or employee), et al., Docket No.: MID-L-4347-16, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, additional fringe benefits, household services, care services, and cost of lifetime care, June 28, 2019.

Ernest W. Hinson, Jr. vs. United States of America, Civil Action No.: 18-CV-870 (BRM) (LGH), Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, June 19, 2019.

Amanda Ocasio, as Legal Guardian of Noah Ocasio, a minor, Amanda Ocasio, individually, and Richard Ocasio, individually vs. St. Barnabas Medical Center, Timothy S. Yeh, M.D., Phuong M. Nghi, M.D., Karendeep Kandola, R.N., Jennifer M. Aranda, R.N., John Does(s) (1-10), and ABC Entities (1-10), Docket No.: ESX-L-002145-16, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings, and cost of lifetime care, June 17, 2019.

Adrian Arrington, Derek Owens, Angelica Palacios and Kyle Solomon, individually and on behalf of all other similarly situated vs. National Collegiate Athletic Association, Northern District of Illinois, Eastern Division, Case No.: 1:11-cv-06356, Chicago, Illinois, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings, and cost of lifetime care, June 13, 2019.

Eugene Coleman, individually and as personal representative of the Estate of Jacqueline Coleman vs. Bethesda Hospital, Inc., the State of Florida, Division of Administrative Hearings, Docket No.: 19-000635MA, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding lost financial support/net accumulations to estate, and household services, June 6, 2019.

Virginia Raffay, individually and as Executrix of the Estate of Laszlo Raffay, Jr., vs. Joseph Casella, D.O., Premier Health Associates, John Does (fictitious names of healthcare providers whose negligence contributed to the death of Laszlo Raffay by mechanisms not currently known and who identities are not known) and ABC Groups (fictitious names of groups, entity and/or practice of which any defendant is an agent, servant or employee), Docket No.: SSX- L-176-17, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income,

**Kristin Kucsma, M.A.**

*Deposition Testimony*

adjusted Social Security Retirement income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advice and counsel services to children, and care services to spouse, May 30, 2019.

Debbie Hernandez vs. New Jersey Imaging Network, LLC, d/b/a Progressive Imaging of Belleville, Christina Levchook, M.D., John Does (fictitious names of healthcare providers or other persons whose identities and culpability are not presently known who were involved in any way in causing a delay in diagnosis of plaintiff's condition), and ABC Groups (fictitious names of any group, entity, partnership, business, corporation of any kind, of which any defendant is an agent, servant or employee), Docket No.: ESX-L-1732-16, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings and income/financial support, cost of health insurance, household services, companionship services to children, and advice and counsel services to children, May 29, 2019.

Mariana A. Baez, as General Administrator and Administratrix Ad Prosequendum of the Estate of Freddy A. Baez, deceased, and Mariana A. Baez, individually vs. Jimmy M. Paulo, M.D., Wayne J. Caputo, D.P.M., Andry Silkov, M.D., Sacha Balmir, D.O., Seong Choi, M.D., and John Doe, M.D., 4-5 (being fictitious and unknown), Docket No.: ESX-L-2632-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding companionship services to parents, April 18, 2019.

Isaiah Johnson, Jr., an infant by his Guardian ad Litem, Sarina Gott and Sarina Gott and Isaiah Johnson, individually vs. Owobamoshola Shonowo, M.D., Steven Goldberg, M.D., Steven Berkman, M.D., Eumena Divino, M.D. and Borislava Burt-Libo, M.D., Bay Obstetrics & Gynecology, Raritan Bay Medical Center, S.A.S. OBGYN, LLC, John Does (fictitious names of other healthcare providers who participated in the prenatal care of Sarina Gott during her 2011 and 2014 pregnancies whose identities and/or culpability are not presently known), and ABC Groups (fictitious name of any group, entity, partnership or principal of which any defendant is an agent, servant or employee whose actual name or designation is not presently known), Docket No.: MID-L-7183-16, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings, April 10, 2019.

Estate of Flora Marie Comizzoli by Robert Comizzoli, the Administrator of the Estate of Flora Marie Comizzoli and Robert Comizzoli, her husband, individually vs. William M. Green, M.D., John Doe, M.D. (Fictitious name); William A. Parker, M.D., Manny Moe, M.D. (fictitious name), Princeton Healthcare System/Breast health Center, and ABC Inc. (fictitious entity) d/b/a Princeton Healthcare System/Breast Health Center, Docket No.: MID-L-6101-16, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings, household services, and nighttime companionship services, April 3, 2019.

September 30, 2022                                                                                  page 46



# Kristin Kucsma, M.A.

## *Deposition Testimony*

Kerrie Prettitore, by her GAL Glenn Prettitore, and Glenn Prettitore individually, vs. Louise Ligresti, M.D., Valley Medical Group, Valley Health Systems, Valley Hospital, et. al, Docket No.: BER-L-1391-16, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted earnings to Glenn in past years, adjusted earnings to Glenn in future years, adjusted income, care services, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, March 28, 2019.

11 Saw Mill LLC, a limited liability company, Edwin C. Jean, an individual, and Joy L. Jean, an individual vs. Hal M. Hirsch, an individual, Helen S. Hirsch, an individual, and John and Jane Does 1-10, and ABC Corporations 1-10, Docket No.: BER-L-4088-16, Livingston, New Jersey, on behalf of the plaintiff, opinion regarding cost of home modifications, carrying costs, and loss of investment returns, March 27, 2019.

G.S. and E.S., infants by their guardians ad litem, Michelle Stern and David Stern, and Michelle Stern and David Stern, individually vs. Labcorp, Laboratory Corporation of America, XYZ Company (a fictitious name), and John Doe, 1-100 (fictitious names), Civil Action No.: 3:16-cv-2235-MAS-DEA, Livingston, New Jersey, on behalf of the plaintiff, person injury proceeding, opinion regarding lifetime earnings, March 26, 2019.

Douglas A. Gelber and his wife, Lynda Rodia, per quod, vs. New Jersey Transit Corporation, Marcial W. Mejia, et al., Docket No.: PAS-L-0057-17, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, pre-injury adjusted earnings in future years, post-injury adjusted earnings in future years, cost of future surgery, and household services, March 19, 2019.

Francisco Suero and Maria Suarez, his spouse vs. Philip M. Wheeler, Werner Enterprises, James D. Barry, U.S. Cross Country Auto Trans, John Doe, James Doe, Robert Doe, ABC Corporation, Def Corporation, and XYZ Corporation, names fictitious, Civil Action No.:O 4:17-cv-00106-MWB, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, March 18, 2019.

Janak Sarkaria, M.D. vs. Summit Anethesia Associates, P.A., and Overlook Medical Center, Docket No.: MID-L-6481-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and compensation for excess taxes, March 7, 2019.

Michael Luciano vs. Michele Adubato, Adubato & Jaffe, Esqs., Beth Jaffe, Andrew Sayles, Karen Painter Randall, Steven Kroll, Connell Foley, LLP., the Hartford Insurance Company, John Does



**Kristin Kucsma, M.A.**

*Deposition Testimony*

1-4, ABC Corporations 1-4, Docket No.: HUD-L-2359-17, Morris Plains, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, February 26, 2019.

Maria Rotsides, as Guardian for Nicos Rotsides, an incapacitated person, and Maria Rotsides, individually vs. Kyle Chapple, M.D., Atlantic Neuro Surgical Specialists; Steven Weiner, M.D.; and Anesthesia Associates of Morristown P.A., Docket No.: MRS-L-2107-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding companionship services to spouse (daytime companionship services and nighttime companionship services), advice and counsel services to spouse, and cost of lifetime care, February 26, 2019.

Kunal Shah vs. Meditab Software, Inc.; Medical Supply Corp; Midesh Patel and John Does 1-5 and 6-10, Civil Action No.: 1:16-cv-08864-JBS-JS, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted profit sharing in past years, adjusted earnings in future years, adjusted profit sharing in future years, reimbursement for health insurance costs, and compensation for excess taxes, February 20, 2019.

Donna Babich, individually and as Executrix and Executrix Ad Prosequendum of the Estate of Theodore D. Babich, deceased vs. Audi of America, et al., Docket No.: MID-L-03922-15-AS, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, February 12, 2019.

Jason Gillespie and Christina Gillespie vs. Ronald T. Lewis, New Jersey Transit Corporation, Docket No.: ESX-L-4040-17, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, cost of lifetime care, and household services, January 28, 2019.

Estate of Mohammed Khawatmi, by and through Mohammed S. Khawatmi and Douha Khawatmi vs. Bonfire Mofongo House & Lounge, Luis A. Yanez, National Continental Insurance Company, Bartender 1-10, John Doe 1-10 and ABC Corp. 1-10 (names being fictitious), and Kings Bonfire, LLC t/a Bonfire Restaurant Mofongo House & Lounge v. NJ Valet Parking, LLC and OD Security, LLC, Docket No.: PAS-L-1755-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents, companionship services to parents, and advice and counsel services to parents, January 25, 2019.

Estate of Brianna Mendonca, deceased, by Administrator Pablo Mendonca and Pablo Mendonca, individually vs. Aldona Skripkus, M.D., Offune Obaze, M.D., Radhika Vijayan, M.D., Magdaline Kopacz, M.D., Jyoti Sinha, M.D., Carlotta Hample, M.D., Karen Francolla, M.D., and Hackensack



## Kristin Kucsma, M.A.

### *Deposition Testimony*

University Medical Center, John Does, M.D. 1-5 and Jane Does, R.N. 1-5 (a class of fictitiously named defendants), and Doe Physician Group, PA or Doe Physician Group, PC or Doe Managed Care Company, (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failure or plaintiff's injury), Docket No.: ESX-L-4150-15, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents, companionship services to parents, and advice and counsel services to parents, January 23, 2019.

Jeffrey Dean, an individual vs. New Jersey Manufacturers Insurance Company, Docket No.: MON-L-4094-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, January 18, 2019.

Barry Rickards and Sharon Rickards vs. 3M Company, f/k/a Minnesota Mining & Manufacturing Co., et al., Docket No.: 15-56, telephone deposition, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to daughter, advice and counsel services to spouse, and advice and counsel services to daughter, January 11, 2019.

Luz A. Nunez vs. Mordecai D. Katz, John Doe 1-10 and XYZ Corp. 1-10 (fictitious names for persons and/or entities as yet unidentified), Docket No.: BER-L-6279-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, December 19, 2018.

Kenneth Klapak vs. Pacific Press Technologies LLC, Quality Products Inc., Case No.: 16-cv-2120, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension benefits, cost of health insurance, and household services, December 17, 2018.

Pedrina Lopez Aguilar, as Administrator Ad Prosequendum of the Estate of Jose A. Aguilar vs. Donald J. Ross, Wisniewski Trucking Corporation, John Doe 1-5, ABC Companies 1-5 and XYZ Corporation, (said names being fictitious and unknown), Docket No.: MRS-L-2190-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to children in past years, adjusted income to children in future years, household services to sister in past years, household services to children in future years, companionship services to children in future years, and advice and counsel services to children in future years, December 14, 2018.

September 30, 2022                                   page 49



**Kristin Kucsma, M.A.**

*Deposition Testimony*

Corrine DeKeukelaere, Administratrix of the Estate of James M. DeKeukelaere, and Corrine DeKeukelaere Individually vs. Shankar Srinivasan, M.D., Immediate Care Psychiatric Center, john Doe and Jane Doe (1-100) and ABC Corp (1-100) (fictitious names/entities unknown), Docket No: MOR-L-122-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted pension income, household services, companionship services to spouse, nighttime companionship services to family, companionship services to daughter, advice and counsel services to spouse, and advice and counsel services to daughter, December 11, 2018.

Tamara Bell vs. Shop Rite and/or John Doe One and John Doe Two, fictitious names, i/j/s/a Docket No.: CUM-L-42-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, December 11, 2018.

Ralph Iacobelli, Administrator Ad Prosequendum of the Estate of Dominick Iacobelli, and Angelina Iacobelli vs. Mikaelie Marseille, Comfort Keepers, Charles Molinaro, John Doe (1-3) and Richard Roe, Inc. (1-5) (Fictitious Defendants), Docket No.: ESX-L-2062-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted Social Security Retirement income, incremental cost of facility care, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, November 30, 2018.

Mary Murphy-Clagett as Temporary Administrator for the Estate of Pietro Macaluso vs. A.O. Smith Corporation, et al., Index No.: 190311/2015, Livingston, New Jersey, on behalf of the plaintiff, 50-B Analysis, November 29, 2018.

Dennis Reardon and Susan Reardon, his wife vs. Venkata K. Jonna, MD, St. Peter's Physician Associates, St. Peter's University Hospital, John Doe/Jane Doe, MD, I-V (said names being fictitious, true identities presently unknown), XYZ Corporation, I-V (said names being fictitious, true identities presently unknown), Docket No.: MID-L-2424-17, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, net pension benefits, and Social Security Retirement benefits, November 28, 2018.

John Christopher Butler vs. Ravi Suria, Civil Action No.: 1:17-CV-3077, Livingston, New Jersey, on behalf of the defendant, opinion regarding loan agreements and interest rates, November 27, 2018.

David A. Joffe vs. King & Spalding LLP, Civil Action No.: 17-CV-03392 (VEC), New York, New York, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted

September 30, 2022                              page 50



**Kristin Kucsma, M.A.**

*Deposition Testimony*

earnings in past years, adjusted earnings in future years, and compensation for excess taxes, November 20, 2018.

Richard Sanders vs. Jason Schuchman, Felicia Schuchman, John Does I-X, (said names being fictitious, true names presently unknown), ABC Employer I-X (said names fictitious, true names presently unknown), Docket No.: MID-L-3057-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, November 19, 2018.

Estate of Samir Mikhail by Elizabeth Mikhail as Administrator Ad Prosequendum of the Estate of Samir Mikhail, and Elizabeth Mikhail vs. George J. Ciechanowski, M.D.; Preston A. Hupart, D.O.; Total Cardiology Care; RWJ Barnabas Health; John Does 1-100 (representing presently unknown healthcare providers; including, but not limited to, doctors, nurses, technicians, etc.); Jane Does 1-100 (representing presently unknown healthcare providers; including, but not limited to, doctors, nurses, technicians, etc.); ABC Corps. 1-100 (representing presently unknown facilities or entities who rendered care ot the plaintiff) and Doe Managed Care Company 1-100 (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual Defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failures or plaintiff's injuries), et. al, Docket No.: HUD-L-4487-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful death  proceeding, opinion regarding household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, November 19, 2018.

Alan Fernando Reyes, an infant, by his Guardian Ad Litem, Jenny Collahuazo and Jenny Collahuazo, individually vs. Paula M. Barcia, M.D., Paula Barcia-Pena, M.D., Newark Beth Israel Medical Center, John Doe (name being fictitious) and ABC Corp (name being fictitious), Docket No.: ESX-L-6400-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings, November 15, 2018.

Jeffrey Bowie vs. Costco Wholesale Corporation, Bruce Dzeneorf; and John and Jane Does 1-10 (fictitious names), Civil Action No.: 3:16-CV-05808-BRM-LHG, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, November 14, 2018.

John Gleeson, in His Own Right and as Co-Administrator of the Estate of John P. Gleeson Deceased, Margaret Gleeson, in Her Own Right and as Co-Administrator of the Estate of John P. Gleeson, Deceased, and Donna Dempsey, on behalf of and as the Natural Parent and Guardian of the Property of both E.A.G., an Infant, and J.P.G, an Infant vs. County of Nassau, Nassau County

**Kristin Kucsma, M.A.**

*Deposition Testimony*

Correctional Center, Nassau County Sheriff's Department, Michael J. Sposato, Individually, and as Sheriff of Nassau County, Armor Correctional Health Services, Inc., Armor correctional Health Services of New York, Inc., Nassau County Corrections Officers, "John Does 1-10," in their Individual and Official Capacities, Armor Correctional Health Services, Inc., Employees and Agents, "John and Jane Does 11-20," in their Individual and Official Capacities, Case No.: 15-CV-06487, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, household services, and parental nurturing and guidance services, October 19, 2018.

Jean Derisse, Individually and as Administrator and Administrator Ad Prosequendum of the Estate of Kerene Derisse, deceased vs. William Sloan, M.D., Affiliates in Gastroenterology, Howard Berman, M.D., and John Does 1-10, (fictitious names, true names being unknown), Docket No.: ESX-L-5022-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted pension income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, October 2, 2018.

Michelango Malleo vs. Abbvie Inc., Civil Action No.: 3:17-cv-00784-JCH, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension benefits, RSU awards, and compensation for excess taxes, October 1, 2018.

Michelle and Richard Chapman vs. BASF Catalysts, LLC, et al., Docket No.: MID-L-2911-17 AS, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings/income, household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, September 25, 2018.

Ricardo Rimondi and Pilar Rimondi vs. BASF Catalysts, LLC, et al., Docket No.: MID-L-2911-17, AS, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted Social Security Disability and pension income, household services, companionship services to spouse, companionship services to sons, advice and counsel services to spouse, and advice and counsel services to sons, September 25, 2018.

Joanna Ruman and Jacenty Ruman vs. BASF Catalysts, LLC, et al., Docket No.: MID-L-2919-17 AS, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings/income, household services, companionship services to spouse, companionship services to daughters, advice and counsel services to spouse, and advice and counsel services to daughters, September 25, 2018.

September 30, 2022                            page 52



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Valerie Montone vs. City of Jersey City, Jersey City Police Department, Mayor Jeremiah Healy, in his individual and official capacities, Police Chief Robert Troy in his individual and official capacities, Civil Action No.: 2:06-cv-280 CRC; John Astriab, Clyde Banks, James Buckley, William Cullinane, Richard DeStefano, David LaBruno, Ezio Scerbo and John Whalen vs. City of Jersey City, Jersey City Police Department, Mayor Jeremiah Healy, in his individual and official capacities, Police Chief Robert Troy in his individual and official capacities, Business Administrator Brian O'Reilly in his individual and official capacities, 2:06-cv-3790, Livingston, New Jersey, on behalf of the plaintiffs, wrongful termination proceeding, opinion regarding compensation for excess taxes, September 21, 2018.

Olivia M. Archer vs. Carol Trolano, R.N., Cheryl Conlin, R.N., Linda Rosenzweig, R.N., Rita Lyman-Sicilia, C.R.N.A., Antonios Thalassinos, D.O., Cape Regional Medical Center, Physician Associates, Cape Regional Health System, et al., Docket No.: CPM-L-565-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings, pension benefits, cost of health insurance, and household services, September 19, 2018.

Donna Cappadona vs. Trinitas Regional Medical Center, and John Does 1-5, Docket No.: BER-L-2057-17, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings, pension benefits, and household services, September 18, 2018.

Kenneth Franco, an alleged incapacitated individual, by his Guardians Ad Litem, Cecilia Griglak and Patrick Griglak, and Cecilia Griglak and Patrick Griglak, Individually, vs. Fairleigh Dickinson University, Abe Bow (1-3 fictitiously named), John Vin (1-3 of them - fictitiously named), Def Company (1-10 fictitiously named), Upsilon Hexaton Chapter of Phi Sigma Kappa Fraternity, The Grand Chapter of Phi Sigma Kappa, Inc., ABC Company (1-10 names being fictitious), et al., Docket No.: BER-L-5362-16, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings, and cost of lifetime care, September 14, 2018.

Damara Scott, vs. Patrick Pignatello, PNC Financial Services Corporation, John Does 1-20, Jane Does 1-20, ABC Corporations 1-10, and XYZ Corporations 1-10, Docket No.: ESX-L-7276-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, household services, and future medical care, September 10, 2018.

Estate of Elizabeth Fuehring, by the Administratrix Ad Prosequendum, Sarah Slanovec, and Sarah Slanovec, Individually, vs. CPP Streets of Chester, LLC d/b/a The Streets of Chester Shopping Center, Historic Chester Business Association, Inc., Hideaway Farm LLC, Centurion Shield Protection Services, LLC, State Shuttle, Inc., Alstede's Farm, LLC, Neil McWilliams, Anthony Tomilson, Toni Perry, and/or The Write Direction, LLC, ABC Corporations 1-10, and John Does 1-10, Docket No.: MRS-L-2780-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful



## Kristin Kucsma, M.A.

### *Deposition Testimony*

death proceeding, opinion regarding financial support to parents, companionship services to parents, and advice and counsel services to parents, August 29, 2018.

Isabelle Parham, Individually and as Administratrix Ad Prosequendum of the Estate of John E. Parham and Isabelle Parham, Individually, per quo, vs. The City of Hackensack, New Jersey, a Municipal Corporation of the State of New Jersey, County of Bergen, its Officials, Employees and/or agents, Stephen Ochman, Individually and as a Police Officer of the City of Hackensack, and Salvatore DeAngelis, Docket No.: BER-L-1527-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, companionship services to son, advice and counsel services to spouse, and advice and counsel services to son, August 24, 2018.

Delia Carracedo, Guardian of Antonio Raphael Carracedo, a minor, and Delia Carracedo, Administrator Ad Prosequendum of the Estate of Rafael Carracedo, deceased, vs. Martin P. Mayer, M.D., John Does 1-20 (fictitious names representing as yet unidentified individuals, including physicians), ABC Corp. 1-20 (fictitious names representing as yet unidentified business entities, Docket No.: MID-L-657-17, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance, companionship services to son, and advice and counsel services to son, August 23, 2018.

Christine Broadley and Beau Broadley, Her Husband, vs. Labcorp., John Does A-Z (said names being fictitious as their identities are presently unknown), and Jane Does A-Z (said names being fictitious as their identities are presently unknown), Docket No.: MON-L-2171-15, Morristown, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, August 22, 2018.

Susan DeFlorio, as Administratrix Ad Prosequendum for the Heirs at Law of Paul DeFlorio, Deceased, as Adminstratrix of the Estate of Paul DeFlorio, Deceased and Individually, vs. Cooper University Healthcare, Cooper University Hospital, Jon S. Heist, D.O.. P.A., Jon S. Heist, D.O., John Does I to C, Jane Does I to C, John Does Incorporated I to C, John Does Professional Assoc. I to C, John Does Partnerships I to C, and John Does Institutional I to C, Fictitious and Unidentified Medical Personnel, Corporations, Professional Associations, Partnership and Institutions, Individually, Jointly and in the Alternative, Docket No.: GLO-L-639-016, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to spouse, nighttime companionship services to spouse, and advice and counsel services to spouse, August 20, 2018.

Linda Denise Folsom vs. Empire International, Ltd., a New Jersey Corporation doing business as Empirecls Worldwide Chauffeured Services, Empirecls Worldwide Chauffeured Services, a Foreign Corporation, and Mayurkumar Patel, Civil Action No.: 16-cv-8068-LAK, New York, New York,



**Kristin Kucsma, M.A.**

*Deposition Testimony*

on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and household services, August 14, 2018.

Estate of Erika Coro Chimbana, deceased, by Administrator and Administrator Ad Prosequendum Mirian Bailon and Zoila Chimbana and Michael Coro, vs. Barnabas Health, Newark Israel Medical Center, Sadie Mirabel D.O., Stephen Amaefuna, M.D., John Does, M.D., 1-5 and Jane Does, R.N. 1-5 (class of fictitiously named defendants), and Doe Physician Group. PA or Doe Physician Group, PC, or Doe Physician Managed Care Company (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failures or plaintiff's injury), Docket No.: ESX-L-190-16, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support to parents, companionship services to parents, and advice and counsel services to parents, July 30, 2018.

Melissa Migut vs. State of New Jersey, Administrative Office of the Courts, Glenn A. Grant, J.A.D. in his capacity as the Acting Administrator Director of the Courts, Harvey M. Goldstein, in his capacity as the Manager of the Intensive Supervision Program and Jasper Reeves, in his capacity as Building Manager, Docket No.: MER-L-934-14, Princeton, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, net pension benefits, and compensation for excess taxes, July 25, 2018.

Deana Zingrone and Charles Zingrone vs. The William W. Backus Hospital and/or its servants, agents, apparent agents and/or employees, Nader M. Bahadory, DO and/or his servants, agents, apparent agents and/or employees, Matthew J Spates, MD, and/or his servants, agents, apparent agents and/or employees, Faisal Nagarwala, MD and/or his servants, agents, apparent agents and/or employees, Nathaniel Dueker, MD and/or his servants, agents, apparent agents and/or employees, John P. Tauro, DO, DC and/or his servants, agents, apparent agents and/or employees, No.: CV 15 6025590 S, New York, New York, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and household services, July 24, 2018.

Judith Schaper vs. The Bronx Lebanon Hospital Center and Carol Wilson, Index No.: 17-CV-01246, White Plains, New York, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension benefits, and compensation for excess taxes, July 17, 2018.

September 30, 2022                              page 55



# Kristin Kucsma, M.A.

### *Deposition Testimony*

Karrie Kolesar as Personal Representative of the Estate of Thomas G. Kolesar, Deceased and Karrie Kolesar, as Adminstratrix Ad Prosequendum of the Estate of Thomas G. Kolesar, Deceased, vs. Michael A. Cascarina, M.D., Laura M. Tesoriero, M.D., Our Family Practice, LLC, John/Jane Doe #1-5 c/o Our Family Practice, LLC, Community Medical Center and Barnabas Health, Docket No.: OCN-L-1108-15, Shrewsbury, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, companionship services to daughters, and advice and counsel services to daughters, July 9, 2018.

Rosalyn Williams, Individually and as Administrator Ad Prosequendum of the Estate of Daryll Williams vs. Brian Johnson, Kadian Brodley, Barbara Bennett-Brodley, Gennadiy Monich, MZ Express, Inc., Lisa Beam, Donald Wroten, Sr., Mountaire Farms, Inc., Wei Lin, Oriental Pearl Travel, Inc., Robert Deiner, Robin Deiner, Shu Zhang, Michael Aulisio, Jacob Reed, LLP Transport, LLC, Richard Wehrhan, Enterprise FM Trust Lease, Pablo Vizcaino-Paulino, RTV Trucking, LLC, Major Kumar, All American Recycling Co., Francesco Fabrizio, Penske Leasing and Rental, Lun D. Chen, Lun K. Chen, Wendell Powell, Hub Truck Rental, Fezhong Chen, Murat Okur, Delphia Distribution, Inc., John Does 1-40, ABC Corps. 1-40, Docket No.: MID-L- 2609-16, Roseland, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, pension income, cost of health insurance, household services, companionship services to spouse, and advice and counsel services to spouse, June 29, 2018.

Danielle Dodds vs. Live Nation Entertainment, Inc., Richard Santiago, Arbitration Demand, telephone deposition, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, June 26, 2018.

David Jones vs. Peter Park, M.D., Alfonso Ciervo, M.D., Innovative Vascular Health Group, Christopher Spagnuola, M.D., Monmouth Medical Center, John Does (fictitious names of those persons whose true identities and/or culpability are not presently known, who participated in plaintiff's medical surgical radiological and nursing care March, April, May and June 2011), Seaview Orthopedics and Medical Associates, ABC Groups (fictitious name of any group practice association, entity of whom or which any individual defendant is an agent, servant or employee) and Jane Roes (fictitious names of those persons whose true identities and/or culpability are not presently known, who participated in plaintiff's medical surgical radiological and nursing care March, April, May and June 2011), Docket No.: MON-L-1060-13, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding cost of lifetime care, June 21, 2018.

Allyson Sexton, etc., et al., vs. Anthony V. Rizzetta, D.O., et al., Docket No.: 1:15-CV-03181 RBK, AMD, Mt. Laurel, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, June 18, 2018.

September 30, 2022                                    page 56



**Kristin Kucsma, M.A.**

*Deposition Testimony*

Priyashri Nayak vs. Bayer Healthcare LLC, & Jerry Meisel, Docket No.: MRS-L-1780-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and pre-termination equity benefits, June 15, 2018.

K. Doe vs. Kurt Ludwigsen, in his individual capacity, Kristen Lambertson, in her individual capacity, Michael G. Scales, individually and as President of Nyack College, David G. Jennings, individually and as Executive Vice President of Nyack College, Keith Davie, individually and as Athletic Director for Nyack College, Amanda Aikens, individually and as Assistant Athletic Director for Nyack College, Taylor Brown, individually and as Assistant Softball Coach for Nyack College, Nyack College, and Does 1-10, Case No.: 7:15-cv-07822-CS, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted pre-injury earnings in future years, and adjusted post-injury earnings in future years, June 12, 2018.

Kerrie Prettitore, by her GAL Glenn Prettitore, and Glenn Prettitore individually, vs. Louise Ligresti, M.D., Valley Medical Group, Valley Health Systems, Valley Hospital, et. al, Docket No.: BER-L-1391-16, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of lifetime care, care services, household services, and nighttime (on-site, on-call) services to spouse, June 7, 2018.

Shavon Gaddie, Executrix of the Estate of Gloria Gaddie, deceased, vs. Ilia Segal, M.D., Pulmonary & Critical Care Associates, LLC, Alan Heideman, M.D., Millburn Medical Imaging, P.A., John Does (fictitious names of healthcare providers whose identities and culpability are not presently known who were involved in any way in causing a delay in diagnosis of decedent's condition), ABC Groups (fictitious names of any group, entity, partnership, business, corporation, of any kind, of which any defendant is an agent, servant or employee), Docket No.: ESX-L-6165-15, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, May 21, 2018.

Enrichetta Ravina vs. Columbia University, a/k/a The Trustees of Columbia University in the City of New York, and Geert Bekaert, Civ. No.: 1:16-cv-02137, New York, New York, on behalf of the defendant, employment discrimination proceeding, opinion regarding plaintiff's calculation of economic damages, May 16, 2018.

Raymond Bailey and Cordella Davids, his wife, Ira Delgado and Dorothy Miller, his wife, Frederick Fischer, Gregory Klein, Nicholas Warren and Maria Miller, his wife vs. Time Warner Cable Enterprise, LLC, Time Warner Cable, LLC, Time Warner Cable Company, Rob Marcus, Lynden Armogan, Daymion Montanez, Marielys Mejia, ABC Corp. 1-5, and/or John Doe 1-5, and/or Jane Doe 1-5, (the last three being fictitious designations), Docket No.: BER-L-10272-15, Livingston,

September 30, 2022                                  page 57



## Kristin Kucsma, M.A.

### *Deposition Testimony*

New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension income, and compensation for excess taxes, May 15, 2018.

Kathleen Ryan, Guardian of Patricia O'Brien, an Incompetent and Rachel Constance, Spouse of Patricia O'Brien, by Civil Union vs. Richard D. Shih, M.D., Patrick Zimmerman, M.D., Kathryn Calmus-Frankel, M.D., Lorraine M. Kane, R.N., Tanya R. Parolari, R.N., Karen Galluzzo, R.N., Morristown Medical Center, Valerie G. McLaughlin, Jennifer L. Mazza, R.N., Heather D. Neidle, P.A., Monmouth Medical Center, John Does 1-5, and Jane Does 1-5, being fictitious names, Docket No.: ESX-L-7288-15, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, household services, and cost of lifetime care, May 14, 2018.

Maida Garabed, Individually and as Executrix of the Estate of Arka Garabed vs. Sheldon Eisenberg, M.D., Westwood Cardiology Associates, Hackensack University Medical Center Cardiovascular Partners, John Does (fictitious names of healthcare providers whose negligence contributed to the death of Arka Garabed by mechanisms not currently known and whose identities are not known) and ABC Groups (fictitious names of groups, entity and/or practice of which any defendant is an agent, servant or employee), Docket No.: BER-L-1317-16, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted Social Security income, household services, companionship services to spouse, companionship services to daughters, advice and counsel services to spouse, and advice and counsel services to daughters, May 2, 2018.

Dalila Czukerberg, (a/k/a/ Dalila Rosenstrauch) vs. Newark Public Schools, City of Newark, State of New Jersey, Regina V. Sharpe, individually, Henri Frederique, individually, and Cynthia Guinn, individually, Docket No.: ESX-L-8847-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, post-retirement health insurance, net pension income, and compensation for excess taxes, May 1, 2018.

Geraldo Herrera as the Administrator Ad Prosequendum of the Estate of Leslie Lebron, deceased, and Geraldo Herrera, individually vs. Edwin Kane, M.D., Michael Buckley, M.D., and St. Mary's Hospital, Docket No.: PAS-L-2922-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding financial support, household services, companionship services to daughter and son, advice and counsel services to daughter and son, and cost of psychiatric care to daughter and son, April 27, 2018.

Cynthia Arteglier vs. Novo Nordisk, Inc. and Kevin Haimovitz, Docket No.: MID-L02173-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion



## Kristin Kucsma, M.A.

### *Deposition Testimony*

regarding adjusted earnings in past years, adjusted earnings in future years, and compensation for excess taxes, April 26, 2018.

Kevin Olivares, by his guardian ad litem, Maria Olivares vs. Rasul Quardatullah, Umaya Ali, Middlesex Builders, Inc., et al., Docket No.: MID-L-6783-13, Shrewsbury, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime adjusted earnings, and cost of lifetime care, April 11, 2018.

Min Amy Guo, vs. Novartis Pharmaceuticals Corporation, John Does 1-10 (fictitiously named), and XYZ Corporation 1-10 (fictitiously named), Docket No.: MRS-L-1486-14, Whippany, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, equity-based compensation, and compensation for excess taxes, April 6, 2018.

Carolyn M. Estrada vs. Paul G. Rivero and Camp Out, Inc., Docket No.: ESX-L-7557-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury matter, opinion regarding pre-injury earnings: adjusted earnings in past years, adjusted earnings in future years, pension benefits, and cost of health insurance; post-injury earnings: adjusted earnings in past years, adjusted earnings in future years, and cost of lifetime care, March 26, 2018.

Estate of Landy Ortiz by Dorian Ortiz, the Administrator of the Estate of Landy Oritz, and Landy Ortiz, Individually vs. Adam Moises, M.D., John Doe, M.D., JFK Medical Center, ABC Inc., (fictitious entity), d/b/a JFK Medical Center, et als., Docket No.: MID-L-4235-15, Chatham, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to brother, and advice and counsel services to brother, March 22, 2018.

Kelly A. Ramsay-Morrell vs. Paul G. Saccone, M.D., Carl Quillen, M.D./P.A., Barnabas Health Medical Group, Saint Clare's Hospital, Saint Clare's Health System, John Does 1-100, (representing presently unknown healthcare providers, including, but not limited to, doctors, nurses, technicians, etc.), ABC Corps. 1-100 (representing presently unknown facilities or entities who rendered care to the plaintiff), et al., Docket No.: MRS-L-1816-16, Roseland, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, and household services, March 20, 2018.

Suzanne Ferrie and Patrick J. Ferrie vs. Lauren Murphy, R.N., A.P.N., Zubin Bamboat, M.D., Hackensack Radiology Group, P.A., Hackensack University Medical Center, Patrick Toth, M.D., John Doe(s), M.D., and/or Jane Doe(s) M.D., (fictitious names representing doctor who rendered treatment to plaintiff), Richard Roe(s) and Jane Roe(s), (fictitious names representing other medical professionals who rendered treatment to plaintiff, including but not limited to, medical personnel



### Kristin Kucsma, M.A.

## *Deposition Testimony*

administering contrast materials on September 16, 2013), and/or ABC Corporation, (fictitious name representing corporate entities), their servants, agents, and/or representatives jointly, severally, or in the alternative, Docket No.: BER-L-7004-15, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in future years, and cost of lifetime care, March 18, 2018.

Ajay Saraswat vs. Business Integra, Inc., Selva Jayaraman, Pratibha Ramdoss, Jagan Parathasarathy, Case No.: 1:15-cv-04680, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted lifetime earnings, and compensation for excess taxes, March 16, 2018.

Cory Beach and Cherie Beach vs. United States of America, No.: 15 Civ 2732, New York, New York, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, pension income, cost of health insurance, post-retirement adjusted earnings in future years, and cost of lifetime care, March 15, 2018.

Michael B. Donohue and Anne Donohue, his wife vs. ABB, Inc., et al., Index No.: 190232/2017, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted pension income, household services, parental nurturing and guidance services, and guidance services to grandson, March 7, 2018.

Clara Ferebee, Individually, and as Administrator of the Estate of Tanya Davenport, Deceased vs. Bayer Corporation, Bayer Pharmaceuticals Corporation, Bayer Healthcare Pharmaceuticals Inc., Bayer Healthcare LLC, Bayer Healthcare AG, Berlex Laboratories, Inc., Berlex, Inc., and Bayer Schering Pharma, United States District Court Southern District of Illinois, Civil Action No. 3:10-cv-13322-DRH-PMF, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted income to children, household services, companionship services to children, and advice and counsel services to children, March 6, 2018.

Frank Alan Longley and Alice Longley vs. Daniel Zacharias, M.D., Daniel Zacharias, M.D. PC, John Does (fictitious names of healthcare providers whose identities and culpability are not presently known who were involved in any way in causing a delay in diagnosis of plaintiff's condition), ABC Groups (fictitious names of any group, entity, partnership, business, corporation of any kind, of which any defendant is an agent, servant or employee), Docket No.: ESX-L-1421-16, Chatham, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding care services, household services, adjusted earnings in past years, and adjusted earnings in future years, February 27, 2018.

Estate of Carol Falcone vs. Chu, M.D., Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding Social Security Income, adjusted pension income, household



**Kristin Kucsma, M.A.**

*Deposition Testimony*

services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, February 23, 2018.

Lamont D. Parks and Jackie M. Parks vs. United States of America, No.: 15 Civ. 2735 (CS), New York, New York, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, cost of health insurance, pension income, projected private investigator-related earnings in future years, and cost of lifetime care, February 12, 2018.

Lynne M. Mele and Gale B. Giacalone-Tursini, Co-Executrix of The Estate of Leonard Giacalone, deceased vs. Angelo Piccirillo, Inc., d/b/a Angelo's Restaurant, John Does (1-10) (fictitious names representing unknown individuals), ABC Corporations 1-10 (fictitious names representing unknown entities), Docket No.: ESX-L-1046-16, Woodland Park, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding Social Security Retirement Income, household services, companionship services to spouse, special care services to spouse, nighttime companionship services to spouse, and advice and counsel services to spouse, January 23, 2018.

Keith Hudson vs. Town of Morristown, Karl Peter Demnitz, Individually and in his official capacity as Chief of Police, John Doe(s) 1-10, and XYZ Corp(s). 1-10, Docket No.: MRS-L-2343-15, Livingston, New Jersey, on behalf of the plaintiff, wrongful termination proceeding, opinion regarding adjusted on-call compensation in past years, adjusted on-call compensation in future years, transportation expenses, pension income, and compensation for excess taxes, January 23, 2018.

Sergio Hincapie, as Administrator of the Estate of Milena Echeverry vs. Estate of Jorge Echeverry, Dale A. Darlington, Penske Truck Leasing Co., and Penske Corporation, Docket No.: UNN-L-1381-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to sons, and advice and counsel services to sons, January 18, 2018.

Bria Albinder-Miletsky, an infant by her natural Mother and Guardian Ad Litem, Cindi Albinder-Miletsky, Cindi Albinder-Miletsky, individually and Jason Miletsky vs. Manuel Alvarez, M.D., R & R Perinatal Associates, Hackensack University Medical Center, Magdalena J. Pawlik, A.P.N, Monique P. Donnelly, R.P.N., John Does 1 through 10 (fictitious names, true identities unknown), Jane Does 1 through 10 (fictitious names, true identities unknown), Entities A through Z (fictitious names, true identities unknown), Docket No.: BER-L-4342-14, Livingston, New Jersey, wrongful death proceeding, opinion regarding lifetime adjusted earnings, and cost of lifetime care, January 12, 2018.

Tracy T. Tompkins-Martin, Administrator of the Estate of Joyce Anne Call Tompkins and Individually, vs. Manny E. Christakos, M.D., Medical Park Imaging of Wayne, Qiang Sun, M.D.,

September 30, 2022                                            page 61



## Kristin Kucsma, M.A.

### *Deposition Testimony*

Richard M. Flanzman, M.D., and John Doe M.D.'s, I through V (fictitious defendants), Docket No.: PAS-L-213-16, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted pension income, adjusted Social Security income, household services, companionship services to daughter, and advice and counsel services to daughter, January 8, 2018.



**Kenneth T. Betz, MBA, M.A.**

*Qualifications Profile*

Senior Economist
SOBEL TINARI ECONOMICS GROUP
293 Eisenhower Parkway, 2nd Floor
Livingston, NJ 07039
Kbetz@SobelTinariEconomics.com
973-992-1800

**Education**

M.A. in Financial Economics, Fairleigh Dickinson University, Madison, NJ (1998)
MBA in Finance, Fairleigh Dickinson University, Madison , NJ (1982)
B.S. in Economics and Finance, Fairleigh Dickinson University, Madison, NJ (1980)

**Fields of Specialization**

Macroeconomic Theory, Monetary Policy, Corporate Finance, Forensic Economics

**Positions Held**

**Senior Economist, Sobel Tinari Economics Group, January 2011 - present**

Primary responsibilities: analyze data, prepare reports, provide expert testimony, and serve as an active participant in the field of forensic economics.

**Clinical Lecturer in Economics and Finance, Fairleigh Dickinson University, Silberman College of Business, August 2022 - present.**

Senior Lecturer, August 2011 - July 2022
Lecturer, August 2002 - July 2011
Adjunct, January 1998 - July 2002

Undergraduate Courses Taught:
Money and Banking, Introduction to Macroeconomics, Introduction to Microeconomics, Business Finance I, Business Finance II, International Business Finance, International Monetary Theory, Financial Markets and Institutions, International Trade, Economics of Sports, Sports Finance, Principles of Financial Analysis, Intermediate Financial Analysis. Working Capital Management, Capital Budgeting/Value Creation, Special Topics in Finance, Portfolio Management, Investment Planning, Introduction to Wealth Management, Client Relations/Financial Management, and Real Estate Principles and Practices.

September 30, 2022                              page 1



**Kenneth T. Betz, MBA, M.A.**

**Positions Held (cont'd)**

Graduate Courses Taught:
Economic Analysis, Financial Analysis, Principles of Finance, and Global Economic Environment.

**Associate of Economist M. Marcus, Ph.D., 1981 –2010**

Financial analysis and determination of Rate of Return for regulated utilities.  Prepared reports appraising economic loss and provided expert testimony in personal injury, wrongful death and employment cases.

**Adjunct Instructor, County College of Morris, January 1988-June 1990**

Courses Taught:  Principles of Macroeconomics and Business Mathematics

**Academic and Professional Activities**

Member, American Economic Association
Member, Eastern Economic Association
Member, American Association of University Professors
Member, National Association of Forensic Economics
Member, National Association for Business Economics
Chairman of the Finance Committee, Assumption College, Denville, N.J., 2009 to 2022.
Member, Board of Trustees, Assumption College, Denville, N.J., 2015 to 2022.
Member, Mendham Borough Open Space Committee, 1999 to 2006.
Active Member, Mendham Borough Fire Department, 1976 to present.
        Treasurer/Assistant Treasurer, 1984-2003.
Member, Mendham Borough First Aid Rescue Squad, 1977 to 2006.  Director 1982-1983,
        Treasurer/Assistant Treasurer, 2004-2006.
Treasurer, Mendham Borough Chapter of New Jersey State Firemen's Association, 1993-2003.
Student Government Association Faculty Advisor of the Year "Maddy Award"
        recipient, 2008 and 2012.
FDU Greek Life Faculty Advisor of the Year, 2007.
Silberman College of Business, College at Florham, Teacher of the Year, 2005 and 2015.

**Publications**

"Valuing Non-Wage Compensation of Private Sector Labor Union Workers in the Construction Trades," co-authored with Frank D. Tinari, Ph.D., *Journal of Forensic Economics*, 24(2), October 2013, pp. 205-220.



**Kenneth T. Betz, MBA, M.A.**

**Publications (cont'd)**

"Predictors of Performance in Introductory Finance: Variables within and beyond the Student's Control," co-authored with Fred Englander and Zhaobo Wang, *Higher Education Studies*, Volume 5, No. 4 (2015), pp. 119-130.

**Presentations**

"Gulf Oil Spill: What it Means for America," co-presenter, discussed economic impact, sponsored by Maxwell Becton College of Arts and Sciences and the College at Florham Student Government Association, Madison, New Jersey, September 28, 2010.

Paper presentation, "Calculating Lost Fringe Benefits of Private-Sector Union Workers in Injury Cases," with Frank D. Tinari, Ph.D., National Association of Forensic Economics session at Eastern Economic Association Annual Conference, Boston, Massachusetts, March 10, 2012.

"Direct Examination of a Vocational Expert & Economist in a Personal Injury Case," co-presenter, CLE program sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October 17, 2013.

Paper presentation, "The Role of Student Procrastination in Explaining Student Performance in an Introductory Finance Course," with Fred Englander, Ph.D. and Zhaobo Wang, Ph.D., Conference of the International Academy of Business and Public Administration Disciplines (IABPAD) in Las Vegas, Nevada, on October 24, 2014.

"Damages: Proving Them & Defending Against Them - Plaintiff & Defense Perspectives," co-presenter, New Jersey Institute for Continuing Legal Education, New Brunswick, New Jersey, February 27, 2017.

Paper presentation, "Household Services: An Economist's Approach to Calculating the Market Value of Replacement Services," with Kristin Kucsma, National Association of Forensic Economics session at Eastern Economic Association Annual Conference, Boston, Massachusetts, March 3, 2018.

"Excelling at Litigating Wrongful Death Action Cases," co-presenter, New Jersey Institute for Continuing Legal Education, West Orange, New Jersey, October 19, 2018.

Paper presentation, "Household Services: An Economist's Approach to Calculating the Market Value of Replacement Services," with Kristin Kucsma, Northeast Business & Economics Association, Galloway, New Jersey, October 26, 2018.

September 30, 2022                              page 3



**Kenneth T. Betz, MBA, M.A.**

**Trials and Depositions**

Mr. Betz has testified in both Federal and State courts. A detailed listing of Mr. Betz's trial and deposition testimony is available upon request.

Mr. Betz has prepared numerous economic loss evaluations for use in litigation regarding economic damages; earnings, fringe benefits, household services, guidance, companionship, employment discrimination, and lost profits.

## Kenneth T. Betz, MBA, M.A.

### *Trial, Arbitration and Mediation Testimony*

Bathelus, Charles vs. Michael Zaqboski, M.D., McHugh Zaboski, Lopez Pattahill, M.D., P.A., N.J. MED, P.A., John Does 1-10, Jane Does 1-10 and ABC Corporations 1-10, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L-0323-16, October 22, 2018.

Schettino, James by it's Executrix, Eileen Schettino, and Eileen Schettino individually, vs. Reinhard Schwartz, M.D., Hunterdon Gastroenterology Associates, P.A., Gregory Broslawski, D.O., John Bello, M.D., Hunterdon Surgical Associates, Gina Zancelli-Astran, D.O., Hunterdon Healthcare, John Does 1-10 and Jane Does 1-10 (representing presently unknown health care providers, including but not limited to doctors, nurses, technicians); and ABC Corps. 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff who have deviated from the standard of care), on behalf of the plaintiff, Superior Court of New Jersey Law Division: Hunterdon County, Docket No.: HNT-L-0046-14, February 15, 2017.

Anokye-Appiah, Estella A., as Administratrix of the Estate of her sister, Ernestina Anokye a/k/a Vivian Anokye, vs. David H. Berman and Brooklyn Hospital, on behalf of the plaintiff, New York Kings County Supreme Court, Case No.: 003155/2009, July 17, 2013.

Gloria Rein vs. Denise Fog, D.O., Booth Radiology, Inc., and Joan F. O'Shea, M.D., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Camden County, Docket No.: CAM-L-4964-08, January 10, 2013.

Maria Dolywa and Bruce Dolywa vs. Eugene Anderson and Tri-State Top Soil, Inc., on behalf of the plaintiff, Superior Court of New Jersey Law Division: Sussex County, Docket No.: SSX-L-548-08, January 26, 2012.

Michael McGlone, on behalf of the plaintiff, Supreme Court of the State of New York, January 25, 2011.

Elizabeth and James Mellor, as Co-Administrators of the Estate of Jason Mellor, vs. Jens Peter Moe, Kurt Melnechuck, and 30 Foot Wellcraft Scarab known as "Bahama Boom," John Does 1-10, and ABC, Inc., 1-10, on behalf of the plaintiff, United States District Court, Southern District of Florida, Case No.: 06-61841-CIV-COHN/SNOW, September 17, 2007

Allen Hilton, on behalf of the plaintiff, Supreme Court of the State of New York, County of Nassau, January 21, 2005

Elizabeth Bernoskie, Administratrix Ad Prosequendum as General Administratrix of the Estate of Charles Bernoskie, Deceased vs. Robert Zarinsky and Theodore Schiffer, on behalf of the plaintiff, Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L 1111-00, August 15, 2003.

September 30, 2022        page 1



**Kenneth T. Betz, MBA, M.A.**

***Trial, Arbitration and Mediation Testimony* (cont'd)**

Rogerio Borba, on behalf of the plaintiff, New York State Court of Claims, New York, New York, February 5, 2003.



## Kenneth T. Betz, MBA, M.A.

### *Deposition Testimony*

Vipan Gupta and Madhu Gupta as Guardians Ad Litem, for their minor son, A.G., Madhu Gupta, Individually, vs. Robyn Meglio, M.D., Michael Straker, M.D., Shannon McDermott, R.N., Zida Victoria, R.N., Connie Millu, R.N., Clar Maass Medical Center, RWJ Barnabas Health, Inc., Dr. Robyn Meglio, M.D., John or Jane Does 1-100, fictitious names being natural persons at present unidentified, XYZ Corporations 1-100, fictitious names beings corporations at present unidentified, ABC entities 1-100, fictitious names beings commercial entities at present unidentified, Docket No.: ESX-L-6387-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding lifetime earnings, and cost of lifetime care, September 28, 2022.

Ashly Zeek vs. Carlos A. Toro-Acosta, El Fenix Leasing Company, Tony Sanchez, Ltd., Moe Doe, Larry Doe, Curly Doe and/or Three Stooges Company, (fictitious names for the persons, partnerships and/or corporations intended), Docket No.: MRS-L-0003-20, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, July 28, 2022.

Estate of Frederick Febick, by its Administratrix Stephanie Pelino vs. Caitlyn Krichman, NP, Jay Vida, DO, Meridian Urgent Care, Hackensack Meridian Urgent Care, John Does 1-10, Jane Does, 1-10 (representing presently unknown health care providers, including but not limited to internists, family practice doctors, emergency room doctors, physician assistants, residents, doctors, radiologists, physician assistants, nurses, nurse practitioners, technicians, and others), and ABC Corps 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff who have deviated from the standard of care), Docket No.: OCN-L-1524-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, household services, companionship services to children, advice, and advice and counsel services to children, July 21, 2022.

Estate of Anthony Zarejko, by Christina Zarejko, Administratrix vs. Anjali Ratnathicam, D.O., Bergen Surgical Specialists - Vascualr and Endovascular Surgery, Azura Vascular Care, Hackensack Vascualr Specialists, Dhalia Chalabi, M.D., Roman Prager, M.D., Advnaced Medical Group, Ronda Jackson, R.N., Robin Hutoon, R.n., Hackensack University Medical Center, John Does 1-10 and Jane Does 1-10 (representing presently unknown health care providers or healthcare providers with regard to whom negligence is not presently suspected, including but not limited to; surgeons, Emergency Room doctors, internists, doctors, nurses, technicians, aides, fellows, residents and others); and ABC Corps. 1-10 (representing presently unknown facilities or entities whose personnel rendered care to the plaintiff or facilities or entities with regard to which negligence is not presently suspected, Docket No.: BER-L-007219-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted Social Security Retirement income, adjusted pension

September 30, 2022                                        page 3



**Kenneth T. Betz, MBA, M.A.**

*Deposition Testimony* (cont'd)

income, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to son, advice and counsel services to spouse, and advice and counsel services to son, March 15, 2022.

Estate of Frederick Malchow, by its Administratrix Ad Prosequendum, Larisa Malhow vs. Cental Railroad of New Jersey, Conrail New Jersey Transit, Metro North Railroad, et als., Docket No.: ESX-L-3758-18, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding adjusted income, adjusted retirement income, household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, and advice and counsel services to children, February 15, 2022.

Estate of Winston Robinson, by its Administratrix, Jasmine Robinson, and Jasmine Robinson individually, vs. Laurence S. Chaise, M.D., Elder Oliverso M.D., University Radiology, Raritan Bay Medical Center, John Does 1-10 (representing presently unknown health care providers, including but not limited to, residents, doctors, radiologists, physician assistants, nurses, nurse practitioners, technicians, and others); and ABC CORPS 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff who have deviated from the standard of care), Docket No.: MID-L-000357-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, wrongful death proceeding, opinion regarding household services, companionship services to spouse (daytime companionship services and nighttime companionship services), companionship services to children, advice and counsel services to spouse, advice and counsel services to children, and care services to decedent, November 18, 2021.

Zoila Cisneros, and Julio Cisneros, her husband vs. Zachary Hart, D.P.M., Advanced Podiatry, P.A., Union County Surgery Center, John Does 1-10, Jane Does 1-10 (representing presently unknown health care providers, including but not limited to doctors, residents, fellows, nurses, nurse practitioners, advanced practice nurses, technicians, etc. or such health care providers with regard to which negligence is not presently suspected) and ABC Corporations 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff or such entities with regard to which negligence is not presently suspected), Docket No.: UNN-L-2442-19, virtual deposition, Livingston, New Jersey, on behalf of the plaintiff, personal injury proceeding, opinion regarding adjusted earnings in past years, adjusted earnings in future years, and household services, September 1, 2021.

The Estate of Leland Sember, by John Sember, Executor vs. Jose C. Rios, M.D., Morris Imaging Associates, Morristown Medical Center, Atlantic Health System, John Does 1-10, Jane Does 1-10 (representing presently unknown health care providers, including but not limited to oral surgeons, residents, doctors, radiologists, physician assistants, nurses, nurse practitioners,



**Kenneth T. Betz, MBA, M.A.**

*Deposition Testimony* (cont'd)

technicians, and others), and ABC Corps 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff who have deviated from the standard of care), Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L-4127-18, virtual deposition Livingston, New Jersey, wrongful death proceeding, on behalf of the plaintiff, Livingston, New Jersey, opinion regarding financial support, companionship services to children, and advice and counsel services to children, February 26, 2021.

Katrina Schubert, Plaintiff, vs. Natiah Arrick, Miller Keystone Blood Center, John Does 1 - 10 and Jane Does 1 - 10 (representing presently unknown health care providers, including but not limited to doctors, nurses, technicians); and ABC CORPS 1 - 10 (representing presently unknown facilities or entities who rendered care to the plaintiff who have deviated from standard care), Superior Court of New Jersey Law Division: Mercer County, Docket No.: MER-L-0737-19, on behalf of the plaintiff, personal injury proceeding, virtual deposition, Livingston, New Jersey, personal injury proceeding, opinion regarding adjusted income, November 5, 2020.

Estate of Gloria Ciccone, by its Executor Albert Ciccone and Albert Ciccone, the husband of Gloria Ciccone, Individually, vs. Emil Shakov, MD, The Youth Fountain, John Does 1-10 (representing presently unknown health care providers including but not limited to doctors, residents, fellows, nurses, nurse practitioners, advanced practice nurses, technicians, etc. or such health care providers with regard to which negligence is not presently suspected) and ABC Corporations 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff or such entities with regard to which negligence is not presently suspected), Superior Court of New Jersey Law Division: Ocean County, Docket No.: OCN-L-3337, on behalf of the plaintiff, Livingston, New Jersey, wrongful death proceeding, opinion regarding adjusted income, household services, daytime companionship services to spouse, daytime companionship services to children, nighttime companionship services to family, advice and counsel services to spouse, and advice and counsel services to children, February 26, 2020

Rosa Valladares, vs. Kotta Ramamurthy, M.D., JFK Medical Center, Superior Court of New Jersey Law Division: Middlesex County, Docket No.: MID-L-4479-17, on behalf of the plaintiff, Livingston, New Jersey, personal injury proceeding, opinion regarding adjusted income and household services, September 27, 2019.

Suzie Chong, a minor, by her guardian ad litem, Chol Chong, and Chong and Min Jee Kim, Individually, vs. Joseph Chong, M.D., John Does 1-10 and Jane Does 1-10 (representing presently unknown health care providers, including but not limited to doctors, nurses, technicians, etc.) and ABC Corporations 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff), Superior Court of New Jersey Law Division: Bergen



**Kenneth T. Betz, MBA, M.A.**

*Deposition Testimony* (cont'd)

County, Docket No.: BER-L-5461-16, personal injury proceeding, on behalf of the plaintiff, Livingston, New Jersey, opinion regarding the cost of lifetime care, November 19, 2018.

Estate of David Ignaczak, by Stasia Sloma, Administratrix, vs. Fariborz Ashtyani, M.D., Hackensack Sleep and Pulmonary Center, Ronald Rigolosi, M.D., Excelcare Medical Associates, Holy Name Physician Associates, Riverside Family Care, Donna Koch, D.O., Comprehensive Family Care, John Does 1-10 and Jane Does 1-10 (representing presently unknown health care providers, including but not limited to doctors, residents, fellows, nurses, nurse practitioners, advanced practice nurses, technicians, etc. or such health care providers with regard to which negligence is not presently suspected) and ABC Corporations 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff or such entities with regard to which negligence is not presently suspected), Superior Court of New Jersey Law Division: Passaic County, Docket No.: PAS-L-3823-17, wrongful death proceeding, on behalf of plaintiff, Livingston, New Jersey, opinion regarding adjusted income, household services, companionship services, and advice and counsel services, September 20, 2018.

Charles Bathelus and Yolande Bathelus, vs. Michael Zaboski, M.D., McHugh Zaboski, Lopez Pattahill, M.D., P.A., N.J. MED, P.A., John Does 1-10, Jane Does 1-10 and ABC Corporations 1-10, Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L-0323-16, on behalf of the plaintiff, Livingston, New Jersey, wrongful death proceeding, opinion regarding adjusted income, adjusted pension income, household services, companionship services to spouse and children, and advice and counsel services to spouse and children, April 9, 2018.

Estate of Mary E. Breeden, by its Executrix Charise Breeden-Balaam, vs. Arti Mahenbral Patel, M.D., Nudrat Ayub, M.D., Susan Szapiel, M.D., Khadija Baij, M.D., Newark Beth Israel Medical Center, Deborah Toraman, R.N., Anna Schuererman, R.N., Jennifer Crist-Munoz, A.P.N., Arlene Hilario, R.N., John Does 1-10 and Jane Does 1-10 (representing presently unknown health care providers or health care providers whose names are illegible in pertinent medical records, including but not limited to doctors, nurses, technicians, radiology department employees, those responsible for ensuring proper and timely access to MRI Corporations 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff), Superior Court of New Jersey Law Division: Essex County, Docket No: ESX-L-1150-15, on behalf of the plaintiff, Livingston, New Jersey, opinion regarding companionship services to daughter, and advice and counsel services to daughter, January 9, 2018.

Alfredo Jimenez G/A/L Frida Jimenez, Plaintiff(s), vs. Hoboken University Medical Center, Dr. Gak, et als., Superior Court of New Jersey Law Division: Hudson County, Docket No.: HUD-L--1628-15, on behalf of the plaintiff, Livingston, New Jersey, wrongful death proceeding, opinion regarding cost of lifetime care, August 17, 2017.



**Kenneth T. Betz, MBA, M.A.**

*Deposition Testimony* **(cont'd)**

Estate of Irene Neves, by Cipriano Neves, Executor and Cipriano Neves, Individually, Plaintiff, vs. Jeffrey Danzing, M.D., Bergen Gastroenterology, P.C., John H. Hajjar, M.D., Sovereign Medical Group, LLC, Jaclyn A. Calem-Grunat, M.D., Herbert Greenstein, M.D., Radiology Associates of Ridgewood, Valley Hospital, et al., Superior Court of New Jersey Law Division: Bergen County, Docket No. BER-L-4039-15, on behalf of the plaintiff, Livingston, New Jersey, wrongful death proceeding, opinion regarding adjusted pension income, adjusted Social Security income, household services, companionship services to spouse, companionship services to son, advice and counsel services to spouse, and advice and counsel services to son, August 7, 2017.

Estate of Alan Kucharski, by its Administratrix Ad Prosequendum, Susan Kucharski, vs. Central Railroad of New Jersey, Conrail, New Jersey Transit and Does 1 through X, (X being a number as yet determined, representing persons or corporations whose present identities and/or potential liabilities are unknown, their agents, servants and/or employees), Superior Court of New Jersey Law Division: Essex County, Docket No. ESX-L-5661-14, on behalf of the plaintiff, Livingston, New Jersey, wrongful death proceeding, opinion regarding adjusted income, adjusted pension income, household services, companionship services to spouse, and advice and counsel services to spouse, March 1, 2017.

Mike Charles, minor by his g.a.l., Emmania Charles and Emmania Charles, individually, vs. Samuel Thomas, M.D., Meridian Health, et als., Superior Court of New Jersey Law Division, Essex County, Docket No.: ESX-L-9911-13, on behalf of the plaintiff, Livingston, New Jersey, personal injury proceeding, opinion regarding adjusted income, and cost of lifetime care, December 19, 2016.

Guiseppina Quaglietta and Michelle Quaglietta, vs. Valerie T. Huet, John Does 1-10 (said names being fictitious) and XYZ Corporations 1-10 (said names being fictitious), Superior Court of New Jersey Law Division: Union County, Docket No.: UNN-L-4421-14, on behalf of the plaintiff, Livingston, New Jersey, personal injury proceeding, opinion regarding adjusted income, and household services, April 20, 2016.

Estate of James Schettino by it Executrix, Eileen Schettino, and Eileen Schettino individually, vs. Reinhard Schwartz, M.D., Hunterdon Gastroenterology Associates, P.A., Gregory Broslawski, D.O., John Bello, M.D., Hunterdon Surgical Associates, Gina Zancelli-Astran, D.O., Hunterdon Healthcare, John Does 1-10 and Jane Does 1-10 (representing presently unknown health care providers, including but not limited to doctors, nurses, technicians); and ABC Corps. 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff who have deviated from the standard of care), Superior Court of New Jersey Law Division: Hunterdon County, Docket No.: HNT-L-0046-14, on behalf of the plaintiff, Livingston, New Jersey, wrongful death proceeding, opinion regarding adjusted income, cost of health insurance,



**Kenneth T. Betz, MBA, M.A.**

***Deposition Testimony*** **(cont'd)**

household services, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advice and counsel services to children, April 4, 2016.

Estate of Roger Predmore, by its representative, Diane Predmore, vs. St. Clare's Hospital; John Fisher, M.D.; Isabel Smith, R.N.; Mellisa Lovitch, R.N.; Laura Duven Voorde, R.N.; Carol Monzo, R.N.; Ester Rodriguez, R.N.; Sally Jo Brill, R.N.; Valentina Zazubec, R.N.; Donna Martin, R.N.; JoAnne Odom, R.N.; Tracey Anderson, R.N.; Sarah Foran, R.N.; Margaret Babock, R.N.; Armina Hall, R.N.; Marguerite Philips, R.N.; Meleovda Grillo, R.N.; Robin Steller, R.N.; Mercedita Reilly, R.N.; Cumella Moira, R.N.; Sandra Telischack, R.N., Asst Don; Michelle Maniach, R.N.; Michelle Mckenney, R.N.; Theresa Danielle, R.N.; Drahomira Space, R.N.; Barn Hill Care Center; Newton Memorial Hospital, et al., Superior Court of New Jersey Law Division: Morris County, Docket No.: MRS-L-217-13, wrongful death proceeding, on behalf of the plaintiff, Livingston, New Jersey, opinion regarding adjusted pension income, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advice and counsel services to children, June 4, 2015.

Estate of Danielle Soares, by its Administratrix Maria Canhoto, vs. Clara Maas Medical Center, Lorelei Armas, R.N., Dorothine Dunkins, R.T., Michael Burney, John Does 1-10 and Jane Does 1-10 (representing presently unknown health care providers, including but not limited to doctors, nurses, technicians, etc.) and ABC Corps. 1-10 (representing presently unknown facilities or entities who rendered care to the plaintiff), Defendants. Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX-L-3069-12, wrongful death proceeding, on behalf of the plaintiff, Livingston, New Jersey, opinion regarding companionship services to parents, and advice and counsel services to parents, July 9, 2014.

Estate of Besim Aydin, vs. Sabbar Danish, M.D., Sun H. Lee, M.D., Laurie Montedonico, RN, Rowena Valmores, RN, Patricia Parker, RN, Robert Wood Johnson University Hospital, John Does 1 - 10 and ABC Corps. 1 - 10, Superior Court of New Jersey Law Division: Middlesex County, Docket No.: MID-L-1415-12, on behalf of the plaintiff, Livingston, New Jersey, wrongful death proceeding, opinion regarding adjusted income in past years, adjusted income in future years, companionship services to spouse, companionship services to children, advice and counsel services to spouse, advice and counsel services to children, May 21, 2014.

Edward Carley, vs. Yegesh Ahuja, M.D., Kenneth Brown, M.D., Antonio Colon, R.N., Sharon Cahill, N.P., Michelle Lopez, R.N., Aileen Edwards, P.C.T., Jersey City Medical Center, John Does 1 - 10 (including any assistant surgeons), and Jane Does 1 - 10 and ABC Corporations, 1-10, Superior Court of New Jersey Law Division, Hudson County, Docket No.: HUD-L-2541-12,

September 30, 2022                    page  8



**Kenneth T. Betz, MBA, M.A.**

*Deposition Testimony* **(cont'd)**

personal injury proceeding, on behalf of the plaintiff, Livingston, New Jersey, opinion regarding loss of earnings and cost of future lifetime care, May 7, 2014.

Dennis R. Clune and Laurie Clune, vs. Tishman Construction Corporation, Amquip Crane Rental, LLC Manitowoc Cranes, The Manitowoc Company, Inc., and ABC Corporation 1 - 10 (fictitious names), vs. Stone Concrete, Inc., defendant/third party plaintiff vs. Merchants Insurance Group and Merchants Mutual Insurance Company, Brett Balsley Insurance Group, successor in interest to Balsley Losco Greenberg and Balsley Losco Greenberg, i/j/s/a, Superior Court of New Jersey Law Division: Ocean County, Docket No.: OCN-L-2243-10, personal injury proceeding, on behalf of the plaintiff, Livingston, New Jersey, opinion regarding loss of earnings, January 14, 2014.

King, Michael, an infant by his G/A/L, Crystal Kinder-King and Walter A. King, Jr., and Crystal Kinder-King and Walter A. King, Jr., Individually, vs. Khosro Dibadj, M.D., St. Barnabas Medical Center, New Jersey Anesthesia Associates, P.C., et al., Superior Court of New Jersey Law Division: Essex County, Docket No.: ESX - L - 142 - 09, personal injury proceeding, on behalf of the plaintiff, Morristown, New Jersey, opinion regarding loss of earnings and cost of future lifetime care, January 8, 2013.

Merwede, Roy v. Matthew Parrello, Borough of Paramus Police Department, ABC Corp. 1 - 10 (fictitious name) and John Does 1 - 10 (fictitious name), Superior Court of New Jersey Law Division: Bergen County, Docket No.: BER-L - 5923 - 09, personal injury proceeding, on behalf of the plaintiff, Hackensack, New Jersey, opinion regarding loss of earnings, April 28, 2011.



**NAFE**

National Association of Forensic Economics

**P.O. Box 394**
**Mount Union, PA  17066**

**Phone:    (866) 370-6233**     **Promoting the Advancement of Forensic Economics**     **http://www.nafe.net**

## Statement of Ethical Principles and Principles of Professional Practice
## National Association of Forensic Economics (NAFE)
(Effective January 4, 2020)

Forensic economics is the scientific discipline that applies economic theories and methods to matters within a legal framework. Forensic economics covers, but is not limited to:

- the calculation of pecuniary damages in personal and commercial litigation;
- the analysis of liability, such as the statistical analysis of discrimination, the analysis of market power in antitrust disputes, and fraud detection; and,
- other matters subject to legal review, such as public policy analysis, and business, property, and asset valuation.

When providing expert opinion, a NAFE member pledges, as a condition of membership, adherence to the following:

1. **Engagement**
   Practitioners of forensic economics should decline involvement in any litigation when asked to assume invalid representations of fact or alter methodologies without foundation or compelling analytical reason. Practitioners of forensic economics should work with a client to avoid any existing or potential conflicts of interest.

2. **Compensation**
   Practitioners of forensic economics should not accept contingency fee arrangements, or fee amounts associated with the size of a court award or out-of-court settlement.

3. **Diligence**
   Practitioners of forensic economics should employ generally accepted and/or theoretically sound economic methodologies based on reliable economic data. Practitioners of forensic economics should attempt to provide accurate, fair and reasonable expert opinions, recognizing that it is not the responsibility of the practitioner to verify the accuracy or completeness of the case-specific information that has been provided.

4. **Disclosure**
   Practitioners of forensic economics should provide sufficient detail to allow replication of all numerical calculations, with reasonable effort, by other competent forensic economics experts, and be prepared to provide sufficient disclosure of sources of information and assumptions underpinning their opinions.

5. **Consistency**
   While it is recognized that practitioners of forensic economics may be given a different assignment when engaged on behalf of the plaintiff than when engaged on behalf of the defense, for any given assignment, the basic assumptions, sources, and methods should not change regardless of the party who engages the expert to perform the assignment. There should be no change in methodology for purposes of favoring any party's claim. This requirement of consistency is not meant to preclude methodological changes as new knowledge evolves, nor is it meant to preclude performing requested calculations based upon a hypothetical--as long as its hypothetical nature is clearly disclosed.

6. **Knowledge**
   Practitioners of forensic economics should strive to maintain a current knowledge base of the discipline.

7. **Discourse**
   Practitioners of forensic economics shall preserve and protect open, uninhibited discussion in educational and professional forensic economics conferences, and list serves, by refraining from citation of remarks made in such environments, without permission from the originator.



**SOBEL TINARI ECONOMICS GROUP**
**Professional Fees**
**(effective May 15, 2023)**

**NOTICE: In litigated matters we are retained by counsel, not individual plaintiffs or defendants,
and all of our correspondence and communications are with retaining counsel.**

Our firm name or the name of any of our testifying experts, should not be used or listed for litigation purposes without prior notification and approval by the **SOBEL TINARI ECONOMICS GROUP.**

**Unauthorized use of our name is subject to a fee of $5,000.**

**Payment Requirements**

To maintain scientific and ethical standards of objectivity, fees for services are not contingent on the outcome of litigated matters. The retaining attorney and law firm are responsible for payment of all fees. Payment in full for all services is due upon completion of work. A signed final report will be issued only when payment of the outstanding balance due has been received.

**Retainer Deposit**

In order to contract for services, and/or name us as an expert, and before work can begin, a **non-refundable retainer deposit** is required. Retention of our services is contingent on the receipt of the non-refundable retainer payment. Such payment formally retains us and constitutes your agreement to the terms of **SOBEL TINARI ECONOMICS GROUP** Professional Fees.

The retainer deposit in standard tort cases is typically between $4,000 and $5,000, depending on the nature of the assignment. All work is charged against the retainer deposit. For extended assignments, additional retainer deposits will be requested.

**Written Reports (Research and preparation)**

The total cost of a written report in standard tort cases is typically between $5,000 and $6,500. If work is needed on an expedited basis, multiple scenarios apply, or a more complex analysis is required, an additional fee will apply.

Supplements and revisions to previously issued reports are billed according to the Professional Fees that are in effect at the time of the request.

**Trial, Arbitration Mediation or _De bene esse_ Video Testimony**
**\*\*All unpaid balances must be paid in full before testimony.\*\***

If a case settles or a decision is made not to call our expert to testify, a refund will be issued for payment received less the non-refundable portion, and less any other outstanding invoices.

$900 • Non-refundable fee for trial preparation (including preparation of demonstrative aids, administrative services, etc.)
- ► Payment is due upon receipt of invoice.
- ► An additional charge for updates, revisions, or additional trial preparation may apply.

$4,500 • Half-day appearance.
- ► Payment is due at no later than three (3) business days before the day of testimony. NOTE: We cannot hold a date for trial until we have received payment in full.
- ► An additional fee for travel time may apply (billed at $500 per hour).

$3,500 • Additional half-day continuation on same or next day.



**SOBEL TINARI ECONOMICS GROUP**
**Professional Fees (continued)**

## Deposition Testimony

**\*\*All unpaid balances must be paid <u>in full</u> before testimony.\*\***

$2,000    • Half-day appearance.

   Payment is due at no later than three (3) business days before the day of testimony.

$2,000    • Additional half-day continuation on same or next day.

Payment is to be made by our retaining attorney. If adversary firm is responsible for paying, our retaining attorney is expected to recoup payment advanced to us. Cancellation less than 24 hours before a scheduled appearance is invoiced at $500.00.

## In-Person Consultation (invoiced portal-to-portal plus reasonable travel expenses)
$500 per hour

## Late Payment Finance Charge

Amounts outstanding are subject to a 1.3% monthly late payment charge after 30-day grace period.

We reserve the right to stop work or withdraw from an assignment if invoices are not paid on a timely basis.

In the event the account becomes delinquent and is turned over to an attorney/collection agency for collection, reasonable attorney's fees plus all court and attendant collection costs will be the responsibility of the retaining attorney/law firm. These fees will also include the cost of travel (air fares, car rentals), lodging, meals, etc. to collect or file any court motions required in the collection process.

All fees listed herein apply until such time as they are changed by **SOBEL TINARI ECONOMICS GROUP.**

All payments should be made to:

**SOBEL TINARI ECONOMICS GROUP**
293 Eisenhower Parkway,
2nd Floor
Livingston, New Jersey 07039
www.sobeltinarieconomics.com
973-992-1800 (p)
973-994-1571 (f)

**Credit Card and ACH payments may be made at:**
**https://sobeltinarieconomics.com/make-a-payment**

**EIN: 45-4848013**

