SONIN & GENIS
ATTORNEYS AT LAW | LLC

Robert J. Genis | Admitted in NY, NJ, CT
Sherri Sonin (1957-2017)

Max Silverberg | Admitted in NY
Walter J. Hayes | Admitted in MA

VIA ECF ONLY

September 18, 2026

Hon. Frederic Block
Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Da Silva v. New York City Transit Authority, et. al.*
17-cv-04550(FB)

Honorable Sir:

We represent the Plaintiff in the above matter and are respectfully informing this Honorable Court of two recent occurrences:

First, on September 17, 2026, the Appellate Division, First Department, issued a decision in *Beauchamp v. NYCTA*, 2026 NY Slip Op 05364 (attached) allowing an award of TWENTY MILLION DOLLARS ($20,000,000.00) for seven (7) years of past pain and suffering (approximately $ ***2,857,142.86 per year***), and SEVENTEEN MILLION DOLLARS ($ 17,000,000.00) for future pain and suffering for eighteen (18) years (approximately ***$ 944,444.44 per year***) to a 62-year-old woman injured on March 6, 2017. As this decision was issued yesterday, neither side had an opportunity to bring this case on damages to this Court's attention. (*See* **Exhibit A** annexed)

Second, on September 15, 2026, the United States Court of Appeals for the Second Circuit denied the appeal of Defendants herein as to this Court's prior denial of Defendants' motion for summary judgment dismissal of this case (2025 WL 722967). (*See* **Exhibit B** annexed)

Respectfully submitted,
*Robert J. Genis*
Robert J. Genis Esq.
Sonin & Genis, LLC

David Roth, Esq.
Roth & Roth, LLP
Co-Counsel for Plaintiff

CC: Andrew Patrick Keaveney, Esq. (via ECF)
*Counsel for Defendants*

**Bronx** 718-561-4444 | 1 Fordham Plaza, Suite 907, Bronx, NY 10458 | **Fax** 718-561-2162
**New Jersey** 201-592-1115 | 16 Skyline Drive, Box 298, Montville, NJ 07045
www.soningenis.com