**Timothy J. Collazzi**
Member

tcollazzi@lcbf.com

LCBF Landman Corsi Ballaine & Ford P.C.

**New Jersey Office**
One Gateway Center
22nd Floor
Newark, NJ 07102

P: 973.623.2700
F: 973.623.4496

**Delaware Office**
300 Delaware Avenue,
Suite 210
Wilmington, DE 19801

P: 302.268.6433
F: 302.514.6505

**New York Office**
120 Broadway
13th Floor
New York, NY 10271

P: 212.238.4800
F: 212.238.4848

**Pennsylvania Office**
One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103

P: 215.561.8540
F: 215.988.1215

lcbf.com

September 25, 2026

***Via ECF***
Hon. Frederic Block, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Harger Da Silva v. NYCTA, et al.***
**Docket No. 17-cv-04550 (FB) (VMS)**

Dear Judge Block:

This office represents defendants New York City Transit Authority, Metropolitan Transportation Authority, and Raqia Shabazz ("Defendants") in the above-referenced matter. As your Honor is aware, Defendants bundle-filed the post-trial motions, Plaintiff's Opposition, and Defendants' Reply on May 5, 2026. (See Docket Entry No. 360).

In reviewing the Court's docket, however, Defendants discovered that it inadvertently omitted its moving Memorandum of Law ("Memo") from the bundle-filing, despite identifying it in its Notice of Motion (see id.), timely serving the Memo on Plaintiff pursuant to the agreed-upon briefing schedule, and Plaintiff responding to the Memo in her opposition papers.

Defendants, therefore, enclose the "as served" copy of its January 20, 2026 Memorandum of Law, which it intended to include in its bundle-filing. (See **Exhibit A**). The Memo has not been altered, edited, or revised in anyway and is identical to what Defendants timely served on Plaintiff and in no way prejudices Plaintiff.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Timothy J. Collazzi

Timothy J. Collazzi

cc: All counsel of record (via ECF)