Kaplan Martin

Kaplan Martin LLP
1133 Avenue of the Americas, Suite 1500
New York, NY 10036

(212) 316-9500
rkaplan@kaplanmartin.com

September 25, 2026

**BY CM/ECF**
The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:* *Da Silva v. New York City Transit Authority, et al.*,
No. 17 Civ. 04550 (E.D.N.Y.) (FB) (VMS)

Dear Judge Block:

We write on behalf of Defendants New York City Transit Authority, Metropolitan Transportation Authority, and Raqia Shabazz in response to Plaintiff's letter dated September 18, 2026 (ECF No. 364).

*First*, Plaintiff's description of the Second Circuit's September 15 decision in this case warrants clarification. The court dismissed Defendants' interlocutory appeal "for lack of appellate jurisdiction," holding that the denial of New York's qualified immunity defense was not immediately appealable under the collateral order doctrine. ECF No. 364-2 at 4-5. The court did not address the merits of Defendants' immunity defenses and expressly stated: "Our decision today does not affect Defendants' right to appeal from a final judgment in this case." *Id.* at 4 n.2.

*Second*, in *Beauchamp v. New York City Transit Authority, et al.*, __ N.Y.S.3d __, 2026 WL 2749559 (1st Dep't, Sept. 17, 2026), the First Department reduced the jury's pain-and-suffering award from $57 million to $37 million, even though the plaintiff in that case suffered an injury that "deglov[ed]" her right leg, rendered her incontinent, and "le[ft] her left leg virtually paralyzed and insensate, and causes her unremitting and excruciating pain." *Beauchamp*, 2026 WL 2749559, at *1-2. The decision once again reinforces that, as Plaintiff concedes, the jury's $70 million pain-and-suffering award in this case "exceed[s] the highest sustained New York jury awards." ECF No. 360-4 at 74.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas, Suite 1500
New York, New York 10036
Tel: (212) 316-9500

cc: Counsel of Record (via ECF)